| | |
|---|---|
| 1 | John W. Dillon (SBN 296788) |
| 2 |    jdillon@gandb.com |
| | **GATZKE DILLON & BALLANCE LLP** |
| 3 | 2762 Gateway Road |
| 4 | Carlsbad, California 92009 |
| | Phone: (760) 431-9501 |
| 5 | Fax: (760) 431-9512 |
| 6 | |
| 7 | George M. Lee (SBN 172982) |
| |    gml@seilerepstein.com |
| 8 | **SEILER EPSTEIN LLP** |
| 9 | 275 Battery Street, Suite 1600 |
| | San Francisco, California 94111 |
| 10 | Phone: (415) 979-0500 |
| 11 | Fax: (415) 979-0511 |
| 12 | Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual; PATRICK RUSS, an individual; RYAN PETERSON, an individual; SAN DIEGO COUNTY GUN OWNERS, a membership organization, | Case No. 3:19-cv-01537-JAH-AGS |
| | **NOTICE OF APPEARANCE OF GEORGE M. LEE AS COUNSEL FOR PLAINTIFFS** |
| Plaintiffs, | |
| vs. | |
| XAVIER BECERRA, in his official capacity as Attorney General of California; MARTIN HORAN, in his official capacity as Chief of the Department of Justice Bureau of Firearms, | |
| Defendants. | |

TO THE COURT, AND TO ALL PARTIES, THROUGH THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that George M. Lee, a member of the Bar, duly admitted to appear before the Southern District of California, hereby enters his appearance as associated counsel of record for plaintiffs JAMES MILLER, PATRICK RUSS, RYAN PETERSON, and SAN DIEGO COUNTY GUN OWNERS ("plaintiffs") in the above action. Lead counsel of record for plaintiffs will continue to be John W. Dillon, Esq.

Contact and notice information for counsel entering his appearance herein is as follows:

George M. Lee
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, CA 94111
Tel. (415) 979-0500
Fax (415) 979-0511
Email: gml@seilerepstein.com

Associated counsel undersigned respectfully requests to receive notice of all filings and ECF events.

Dated: August 16, 2019            **SEILER EPSTEIN LLP**

/s George M. Lee
George M. Lee

Attorney for Plaintiffs