John W. Dillon (SBN 296788)
jdillon@gandb.com
**GATZKE DILLON & BALLANCE LLP**
2762 Gateway Road
Carlsbad, California 92009
Phone: (760) 431-9501
Fax: (760) 431-9512

George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual; PATRICK RUSS, an individual; RYAN PETERSON, an individual; SAN DIEGO COUNTY GUN OWNERS POLITICAL ACTION COMMITTEE, a membership organization,<br><br>                Plaintiffs,<br><br>   vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California;<br>MARTIN HORAN, in his official capacity as Chief of the Department of Justice Bureau of Firearms,<br><br>                Defendants. | Case No. 3:19-cv-01537-JAH-AGS<br><br>**NOTICE OF RELATED CASE**<br><br>**[CivLR 40.1.f]**<br><br>Hon. Judge John A. Houston and Magistrate Judge Andrew G. Schopler |

TO THE COURT, CLERK OF THE COURT, AND TO ALL PARTIES IN THE RELATED CASES REFERENCED BELOW:

PLEASE TAKE NOTICE that pursuant to S.D. CivLR 40.1.f, Plaintiffs James Miller, Patrick Russ, Ryan Peterson, and San Diego County Gun Owners Political Action Committee ("Plaintiffs") hereby serve this Notice of Related Case to show that this captioned action is related to another action within this District, namely, *Duncan v. Becerra*, Case No. 3:17-cv-1017-BEN-JLB, filed May 17, 2017.

The above-captioned case is a Second Amendment challenge to California's categorical prohibition pursuant to Penal Code §§ 30515(a)(2) and 30515(a)(5) on lawfully-owned firearms in common use for lawful purposes, solely because these classes of firearms feature likewise lawfully-owned and commonly possessed for lawful purposes "large-capacity" magazines (capable of holding more than ten rounds of ammunition) defined by Penal Code § 16740 and regulated under the now-enjoined Penal Code § 32310.

The present case is related to *Duncan* because both cases involve a Second Amendment challenge to California law categorically prohibiting the possession, manufacture, transportation, sale, and transfer of lawfully owned firearms and firearms parts/accessories that are commonly possessed for lawful purposes and protected under the United States Constitution. Further, the two cases involve (a) some of the same parties (defendant Xavier Becerra, sued in both actions in his

official capacity as Attorney General of the State of California); (b) the same type of personal property (large capacity magazines defined by Cal. Penal Code § 16740); and (c) substantially the same facts and questions of law (i.e., whether the state can prohibit the possession of firearms that contain large capacity magazines under the Second Amendment), an issue this District Court has adjudicated. See Complaint filed herewith, ¶¶ 1, 2, 31 (citing *Duncan v. Becerra*, 366 F.Supp.3d 1131 (S.D. Cal. 2019) (granting summary judgment in favor of plaintiffs, and granting injunctive relief from enforcement of Pen. Code § 32310). Like the low-numbered case (*Duncan*), this case also seeks declaratory and injunctive relief pertaining to the constitutionality of a state statute under the Second Amendment.

Further, the consideration of this matter, involving the legality of firearms featuring large capacity magazines under state law, would effect a saving of judicial effort and avoid or minimize the risk of multiple, inconsistent rulings and judgments within the same District.

Accordingly, and pursuant to CivLR 40.1.h, the Clerk of the Court is requested to report the related cases to "the judges concerned at the earliest date practicable."

August 16, 2019 **GATZKE DILLON & BALLANCE LLP**

/s John W. Dillon
John W. Dillon