John W. Dillon (SBN 296788)
jdillon@gandb.com
**GATZKE DILLON & BALLANCE LLP**
2762 Gateway Road
Carlsbad, California 92009
Phone: (760) 431-9501
Fax: (760) 431-9512

George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual; PATRICK RUSS, an individual; RYAN PETERSON, an individual; and SAN DIEGO COUNTY GUN OWNERS POLITICAL ACTION COMMITTEE, a membership organization,<br><br>            Plaintiffs,<br><br>    vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California; and MARTIN HORAN, in his official capacity as Chief of the Department of Justice Bureau of Firearms,<br><br>           Defendants. | Case No. 3:19-cv-01537-JAH-AGS<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I declare that I am employed with the law firm of Gatzke Dillon & Ballance LLP, whose address is 2762 Gateway Road, Carlsbad, California 92009. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on August 20, 2019, I served a copy of the following document(s):

1.   **NOTICE OF RELATED CASE.**

**BY OVERNIGHT DELIVERY [Code Civ. Proc. sec. 1013(d)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by either Golden State Overnight or Federal Express, at 2762 Gateway Road, Carlsbad, California 92009 in accordance with Gatzke Dillon & Ballance LLP's ordinary business practices.

I am readily familiar with Gatzke Dillon & Ballance LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Gatzke Dillon & Ballance LLP's business practice the document(s) described above will be delivered to an authorized courier or driver authorized by Golden State Overnight, or Federal Express, to receive documents on the same date that it (they) is (are) placed at Gatzke Dillon & Ballance LLP for collection.

**SEE ATTACHED LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Carlsbad, California on August 20, 2019.

_Alexandria Gibson_
Alexandria Gibson

## ATTACHED SERVICE LIST

| | |
|---|---|
| Carl D. Michel (SB No. 144258)<br>Sean A. Brady (SB No. 262007)<br>Anna M. Barvir (SB No. 268728)<br>Matthew D. Cubeiro (SB No. 291519)<br>MICHEL & ASSOCIATES, P.C.<br>180 E. Ocean Boulevard, Suite 200<br>Long Beach, California 90802<br>Telephone: (562) 216-4444<br>Facsimile: (562) 216-4445 | ___ U.S. Mail<br>_X_ Overnight<br>___ Electronic |
| Xavier Becerra (SB No. 118517)<br>Attorney General of California<br>1300 I Street, Suite 125<br>Sacramento, California 95814 | ___ U.S. Mail<br>_X_ Overnight<br>___ Electronic |
| Alexandra R. Gordon (SB No. 207650)<br>Deputy Attorney General<br>Tamar Pachter (SB No. 146083)<br>Supervising Deputy Attorney General<br>Thomas S. Patterson (SB No. 202890)<br>Senior Assistant Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, California 94102-7004<br>Telephone: (415) 703-5509<br>Fax: (415) 703-5480 | ___ U.S. Mail<br>_X_ Overnight<br>___ Electronic |
| John Darrow Echeverria(SB No. 268843)<br>Office of the California Attorney General<br>300 S. Spring Street, Suite 1702<br>Los Angeles, California 90013<br>Telephone: (213) 897-4902<br>Fax: (213) 897-5775 | ___ U.S. Mail<br>_X_ Overnight<br>___ Electronic |
| Nelson R. Richards (SB No. 246996)<br>Anthony P. O'Brien (SB No. 232650)<br>California Attorney General's Office<br>Deputy Attorneys General<br>1300 I Street, 17th Floor<br>Sacramento, California 95814<br>Telephone: (916) 810-7867/ (916) 210-6002<br>Fax: (916) 324-8835 | ___ U.S. Mail<br>_X_ Overnight<br>___ Electronic |

*PROOF OF SERVICE*