# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Miller et al.

                        **Plaintiff,**

v.

Becerra et al.

                        **Defendant.**

Case No. 19-cv-01537-JAH-AGS

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE**

FILED
AUG 20 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re: "Low-Numbered Case No.: 17-cv-01017-BEN-JLB

Title: Duncan et al v. Becerra et al

Nature of Case: 950 Constitutional - State Statute

The above "low-numbered" case and the present case appear:

- ☒ (1) to arise from the same or substantially identical transactions, happenings or events; or
- ☒ (2) involve the same or substantially the same parties or property; or
- ☐ (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- ☒ (4) call for determination of the same or substantially identical questions of law; or
- ☐ (5) where a case is refiled within one year of having previously been terminated by the Court; or
- ☒ (6) for other reasons would entail unnecessay duplication of labor if heard by different judges.

**New Case #:** 19-cv-01537-BEN-JLB

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated: 8/16/19

By: s/ T. Ferris

T. Ferris, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated: 8/16/2019

Roger T. Benitez
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Roger T. Benitez and Magistrate Judge Jill L. Burkhardt for all further proceedings.

Dated: 8-20-19

John A. Houston
United States District Judge