George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

John W. Dillon (SBN 296788)
jdillon@gdandb.com
**GATZKE DILLON & BALLANCE LLP**
2762 Gateway Road
Carlsbad, California 92009
Phone: (760) 431-9501
Fax: (760) 541-9512

*Attorneys for Plaintiffs*

**(Other Counsel of Record on Next Page)**

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of California, et al., <br><br> Defendants. | Case No. 3:19-cv-01537-BEN-JLB <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND TO VACATE CASE MANAGEMENT CONFERENCE HEARING AND RULE 26 COMPLIANCE DATES** |

1  XAVIER BECERRA
   Attorney General of California
2  MARK R. BECKINGTON
3  Supervising Deputy Attorney General
   JOHN D. ECHEVERRIA (SBN 268843)
4  John.Echeverria@doj.ca.gov
5  300 South Spring Street, Suite 1702
6  Los Angeles, CA 90013
   Telephone: (213) 269-6249
7  Fax: (916) 731-2124
8
   *Attorneys for Defendants*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# STIPULATION

The parties to this action, by and through counsel, stipulate as follows:

1. WHEREAS, on September 12, 2019, the Court filed its Notice and Order Setting Rule 26 Compliance and Case Management Conference [Dkt. No. 8] ("Notice and Order") in the above-captioned matter, setting a telephonic Case Management Conference for October 18, 2019, and dates for completion of matters pertaining to the requirements of Rule 26;

2. WHEREAS, the parties met and conferred telephonically to discuss the matters set forth in the Notice and Order on September 17, 2019; and

3. WHEREAS, Plaintiffs since filed a First Amended Complaint for Declaratory and Injunctive Relief [Dkt. No. 9] ("FAC") on September 27, 2019, which will necessitate further discussion and plans regarding discovery, and expand the scope of initial disclosures or other compliance with Rule 26;

4. THEREFORE, the parties STIPULATE to the following, and request that the Court order:

A. That pursuant to an extension of time requested and granted, Defendants shall be permitted to file an answer or other responsive pleading to the FAC on or before October 25, 2019;

B. That the Court vacate the Case Management Conference currently set for hearing on October 18, 2019 pending further rescheduling; and

C. That the Court vacate all deadlines set forth in the Notice and Order, excuse further compliance with the Notice and Order, and reset such dates pertaining to compliance with Rule 26, until after the Defendants have filed their answer or other pleading responding to the FAC.

STIPULATED BY:

October 3, 2019          **SEILER EPSTEIN LLP**

s/ George M. Lee
George M. Lee

Attorneys for Plaintiffs

October 3, 2019          **OFFICE OF THE ATTORNEY GENERAL**

s/ John D. Echeverria
John D. Echeverria
[*consent to file provided 10/3/19*]

Attorneys for Defendants