1  XAVIER BECERRA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  JOHN D. ECHEVERRIA
   Deputy Attorney General
4  State Bar No. 268843
    300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013
    Telephone:  (213) 269-6249
6   Fax:  (916) 731-2124
    E-mail:  John.Echeverria@doj.ca.gov
7  *Attorneys for Defendants*

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MILLER, et al.,**<br><br>                              Plaintiffs,<br><br>         v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,**<br><br>                              Defendants. | 19-cv-1537 BEN-JLB<br><br>**JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[Fed. R. Civ. P. 6(b)(1); Local Rule 12.1]<br><br>Judge:         Hon. Roger T. Benitez<br>Courtroom:  5A<br>Action Filed:  August 15, 2019 |

COME NOW THE PARTIES, by and through their respective counsel, and under Federal Rule of Civil Procedure 6(b)(1) and Local Rule 12.1, hereby jointly move the Court to extend the time for Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Brent E. Orick, in his official capacity as Interim Director of the Department of Justice Bureau of Firearms (together, "Defendants") to answer or otherwise respond to Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief (the "FAC") (Dkt. 9).

Plaintiffs filed the FAC on September 27, 2019. The last day for Defendants to answer or otherwise respond to the FAC is currently October 11, 2019. *See* Fed. R. Civ. P. 15(a)(3). Undersigned counsel for Defendants requires additional time to review the new allegations in the FAC and the underlying legal and factual issues to determine how to respond appropriately to the FAC.

On October 2, 2019, counsel for the Parties met and conferred telephonically to discuss the case and Defendants' need for an extension of time to respond to the FAC, and the Parties agree that good cause exists to extend the deadline for Defendants to answer or otherwise respond to the Complaint by two weeks.

No previous extensions of time to answer or otherwise respond to the FAC have been sought or obtained in this action;

Accordingly, the Parties respectfully request that the Court enter an order, under Federal Rule of Civil Procedure 6(b)(1) and Local Rule 12.1, extending the time for Defendants to answer or otherwise respond to the FAC until October 25, 2019.

|    |                           |                                           |
|----|---------------------------|-------------------------------------------|
| 1  | Dated:  October 8, 2019   | Respectfully Submitted,                   |
| 2  |                           | XAVIER BECERRA                            |
|    |                           | Attorney General of California            |
| 3  |                           | MARK R. BECKINGTON                        |
|    |                           | Supervising Deputy Attorney General       |
| 4  |                           |                                           |
| 5  |                           |                                           |
| 6  |                           | /s/ John D. Echeverria  _____        |
|    |                           | JOHN D. ECHEVERRIA                        |
| 7  |                           | Deputy Attorney General                   |
|    |                           | *Attorneys for Defendants*                |
| 8  |                           |                                           |
| 9  |                           |                                           |
| 10 | Dated:  October 8, 2019   | GATZKE DILLON & BALLANCE LLP              |
| 11 |                           |                                           |
| 12 |                           | /s/ John W. Dillon (by consent) _____     |
|    |                           | JOHN W. DILLON                            |
| 13 |                           | *Attorneys for Plaintiffs*                |

3

# CERTIFICATE OF SERVICE

| Case Name: | **James Miller, et al. v. Xavier Becerra, et al.** | No. | **19-cv-1537 BEN-JLB** |
|---|---|---|---|

I hereby certify that on October 8, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 8, 2019, at Los Angeles, California.

| Colby Luong | /s/ Colby Luong |
|---|---|
| Declarant | Signature |

SA2019104420
53802022.docx