**FILED**

OCT 10 2019

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al.,<br><br>                       Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>                       Defendants. | 19-cv-1537 BEN-JLB<br><br>**ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[Fed. R. Civ. P. 6(b)(1); Local Rule 12.1]<br><br>Judge:      Hon. Roger T. Benitez<br>Courtroom:  5A<br>Action Filed:  August 15, 2019 |

Having considered the Joint Motion to Extend Time to Answer or Otherwise Respond to First Amended Complaint, and good cause appearing, under Federal Rule of Civil Procedure 6(b)(1) and Local Rule 12.1, the last day for Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Brent E. Orick, in his official capacity as Interim Director of the Department of Justice Bureau of Firearms, to answer or otherwise respond to the First Amended Complaint (Dkt. 9) shall hereby be extended from October 11, 2019 to October 25, 2019.

**IT IS SO ORDERED.**

Dated: 10/10/2019

_____
Hon. Roger T. Benitez