# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **James Miller, et al. v. Xavier Becerra, et al.** | Case No. | **19-cv-1537 BEN-JLB** |

I hereby certify that on October 25, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS CERTAIN CLAIMS IN FIRST AMENDED COMPLAINT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CERTAIN CLAIMS IN FIRST AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 25, 2019, at Los Angeles, California.

| | |
|---|---|
| Colby Luong | /s/ Colby Luong |
| Declarant | Signature |

SA2019104420
53849435.docx