John W. Dillon (Bar No. 296788)
Gatzke Dillon & Ballance LLP
2762 Gateway Road
Carlsbad, California 92009
Telephone: (760) 431-9501
Facsimile: (760) 431-9512
E-mail:  jdillon@gdandb.com

George M. Lee (SBN 172982)
SEILER EPSTEIN LLP
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511
E-mail: gml@seilerepstein.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al.,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>                    Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>**PARTIES' JOINT MOTION TO EXCEED PAGE LIMIT OF BRIEFS REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed: August 15, 2019<br>Amended Complaint Filed: September 27, 2019 |

# JOINT MOTION

Plaintiffs James Miller, et al., and Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Brent E. Orick, in his official capacity as Director of the Department of Justice Bureau of Firearms (collectively, the "Parties"), by and through their respective attorneys of record, hereby move the Court pursuant to Local Civil Rules 7.2 and 7.1(h) to allow Plaintiffs to exceed the page limit of 25 pages by no more than seven (7) additional pages for Plaintiffs' memorandum of points and authorities in support of Plaintiffs' forthcoming motion for preliminary injunction.  If granted, the Parties request that the page limit for Defendants' memorandum of points and authorities in opposition to Plaintiffs' preliminary injunction motion also be extended by the same amount (seven pages).

Plaintiffs represent that they have good cause to exceed the page limit in their briefing of the motion. Due to the complexity of the issues in the instant litigation, number of expert reports and the ability to aptly state the issues surrounding various claims, Plaintiffs will need up to seven (7) additional pages to properly analyze the issues. The various provisions challenged in this case include many technical definitions that must be identified and addressed in full. The additional 7 pages will allow Plaintiffs to submit complete and substantive papers for the Court's review and determination. Defendants do not oppose Plaintiffs' request for a 7-page extension of the page limit.

If Plaintiffs' request is granted, the Parties, by and through their counsel, also request the same extension of the page limits for Defendants' memorandum of points and authorities in opposition to Plaintiffs' preliminary injunction motion. It is the Parties' view that Plaintiffs and Defendants should be afforded the same extension of page limits, as the extended discussion in Plaintiffs' motion for preliminary injunction will require additional response from Defendants in their opposition. Thus, the Parties agree that Defendants should be granted an additional seven pages for their memorandum of points and authorities in opposition to Plaintiffs' motion for preliminary injunction.

November 19, 2019                   Respectfully submitted,

                                    Gatzke, Dillon & Ballance LLP

                                    By:   */s/ John W. Dillon*
                                          John Dillon

November 19, 2019

                                          XAVIER BECERRA
                                          Attorney General of California
                                          Mark R. Beckington
                                          Supervising Deputy Attorney General

                                    By:   */s/ John D. Echeverria* (by consent)
                                          John D. Echeverria
                                          Deputy Attorney General
                                          *Attorneys for Defendants Xavier*
                                          *Becerra, in his official capacity as*
                                          *Attorney General of the State of*
                                          *California, and Brent E. Orick, in his*
                                          *official capacity as Interim Director of*
                                          *the Department of Justice Bureau of*
                                          *Firearms*