George M. Lee (SBN 172982)
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511
Email: gml@seilerepstein.com

John W. Dillon (SBN 296788)
**GATZKE DILLON & BALLANCE LLP**
2762 Gateway Road
Carlsbad, California 92009
Phone: (760) 431-9501
Fax: (760) 541-9512
Email: jdillon@gdandb.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PATRICK RUSS** |

TO THE COURT, CLERK OF THE COURT, AND TO ALL PARTIES

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(1), Plaintiff Patrick Russ hereby withdraws as a Plaintiff in this action. Plaintiff's withdrawal operates as a dismissal of the action, without prejudice; and it applies *only* to Plaintiff Patrick Russ (and *no* other Plaintiff named in this action).

December 2, 2019                    Respectfully submitted,

                                            Gatzke, Dillon & Ballance LLP

                                            By: */s/ John W. Dillon*

                                                  John Dillon