George M. Lee (SBN 172982)
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511
Email: gml@seilerepstein.com

John W. Dillon (SBN 296788)
**GATZKE DILLON & BALLANCE LLP**
2762 Gateway Road
Carlsbad, California 92009
Phone: (760) 431-9501
Fax: (760) 541-9512
Email: jdillon@gdandb.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>        Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>Hon. Roger T. Benitez<br>Magistrate Hon. Jill L. Burkhardt<br><br>**DECLARATION OF PLAINTIFF NEIL RUTHERFORD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint filed: August 15, 2019<br>Amended Complaint filed:<br>September 27, 2019<br><br>Hearing Date: January 16, 2020<br>Time: 10:00 a.m.<br>Courtroom: 5A, 5th Floor |

# DECLARATION OF NEIL RUTHERFORD

I, Neil Rutherford, declare as follows:

1. I am an adult resident of the County of San Diego, California, and am a named plaintiff in the above matter. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

2. This declaration is executed in support of plaintiffs' motion for a preliminary injunction.

3. I am not prohibited from owning firearms under federal or state law.

4. I desire to obtain and acquire AR-15 pattern firearms that are commonly sold in many other jurisdictions in the country. Most of these off-the-shelf AR-15 rifles have some or all of the features listed in Pen. Code § 30515(a)(1) and have the capacity to accept detachable magazines. These commonly-sold firearms include centerfire rifles that are between 26-30 inches in overall length.

5. I also desire to obtain and acquire: AR pistols, which contain some or all of the features described in Pen. Code § 30515(a)(4)(A)-(D); and semi-automatic shotguns which contain some or all of the features described in Pen. Code § 30515(a)(6) and (a)(7), but am prevented by these definitions which characterize such firearms as "assault weapons" under California law.

- 1 -

*Declaration Of Plaintiff Neil Rutherford In Support Of Plaintiffs' Motion For Preliminary Injunction*
(Case No. 3:19-cv-01537-BEN-JLB)

6. Accordingly, and for the reasons set forth in plaintiffs' motion, I respectfully ask that the Court grant preliminary injunctive relief, enjoining enforcement or application of Penal Code §§ 30515(a) and (b), 30600, 30605, 30800, 30910, 30915, 30945, 30950, 31000, and 31005, as well as Title 11, California Code of Regulations §§ 5460 and 5471, to the extent that the definition of "assault weapon" is based upon the characteristics of Pen. Code § 30515(a)(1) and (2), (4), (6) and (7), against Plaintiffs on an as-applied basis, and against all similarly situated persons.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 5, 2019.

Neil Rutherford

- 2 -

DECLARATION OF PLAINTIFF NEIL RUTHERFORD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:19-CV-01537-BEN-JLB)