George M. Lee (SBN 172982)
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511
Email: gml@seilerepstein.com

John W. Dillon (SBN 296788)
**GATZKE DILLON & BALLANCE LLP**
2762 Gateway Road
Carlsbad, California 92009
Phone: (760) 431-9501
Fax: (760) 541-9512
Email: jdillon@gdandb.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>　　　　Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>Hon. Roger T. Benitez<br>Magistrate Hon. Jill L. Burkhardt<br><br>**DECLARATION OF BRANDON COMBS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint filed: August 15, 2019<br>Amended Complaint filed:<br>September 27, 2019<br><br>Hearing Date: January 16, 2020<br>Time: 10:00 a.m.<br>Courtroom: 5A, 5th Floor |

# DECLARATION OF BRANDON COMBS

I, Brandon Combs, declare as follows:

1. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts. This declaration is executed in support of the plaintiffs' motion for a preliminary injunction.

2. I am the President of the Plaintiff Firearms Policy Coalition, Inc. (FPC), a non-profit organization incorporated under the laws of Delaware, with a place of business in Sacramento, California. FPC is a plaintiff in the above matter.

3. As is represented in its Articles of Incorporation, the chartered purposes of FPC include: protecting and defending the Constitution of the United States and the People's rights, privileges, and immunities deeply rooted in this Nation's history and tradition, especially the inalienable, fundamental, and individual right to keep and bear arms; protecting, defending, and advancing the means and methods by which the People of the United States may exercise those rights, including, but not limited to, the acquisition, collection, transportation, exhibition, carry, care, use, and disposition of arms for all lawful purposes, including, but not limited to, self-defense, hunting, and service in the appropriate militia for the common defense of the Republic and the individual liberty of its citizens; fostering and promoting the shooting sports and all lawful uses of arms; and fostering and promoting awareness of, and public engagement in, all of the above.

4. FPC has members and supporters, who possess all the indicia of membership, throughout the United States, including thousands in the State of California and the County of San Diego. The other plaintiffs in this action are members of FPC.

5. FPC's members and supporters, who possess all the indicia of membership, include individuals who wish to own common semiautomatic firearms with common

- 1 -

DECLARATION OF BRANDON COMBS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:19-CV-01537-BEN-JLB)

characteristics that are proscribed under the State's "assault weapon" ban laws challenged in this lawsuit.

6.  FPC's members and supporters, who possess all the indicia of membership, also include those who would use those same firearms for lawful purposes, including but not limited to self-defense, proficiency training, competition, and sport; train their children on the safe handling and use of such firearms; pass down their property to their heirs; firearm dealers and shooting ranges; civil rights organizations; supporters and advocates of human liberties, including the rights enshrined in the Second Amendment to the United States Constitution; and those who would, if so called by Congress or the State, muster and report as members of the militia.

7.  California's "assault weapon" laws, and Defendants' enforcement of same, unconstitutionally infringes on, denies access to, and burdens fundamental rights protected under the Second Amendment to the United States Constitution.

8.  Firearms that meet California's definitions of "assault weapon," and are thus banned on pain of severe criminal and other penalties, include but are not limited to standard, AR-15 platform firearms that are commonly sold, kept, and used for lawful purposes in the majority of States.

9.  Defendants have enforced the State's "assault weapon" ban scheme challenged in this lawsuit against FPC members and supporters, who possess all the indicia of membership, and similarly situated members of the public.

10. FPC has expended and diverted time and resources that could have been used on other programs because of the State of California's unconstitutional "assault weapon" ban laws challenged in this lawsuit and Defendants' enforcement of them. Failure to obtain the relief requested in the lawsuit and Plaintiffs' motion would result in severe frustration of the purpose and mission of FPC and subject the organization, its

- 2 -

DECLARATION OF BRANDON COMBS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:19-CV-01537-BEN-JLB)

members, and similarly situated individuals to ongoing and irreparable harm.

11.  The relief that FPC seeks in this lawsuit is germane and directly related to the organization's purposes, and FPC is therefore suing on FPC's own behalf, and on behalf of its members and supporters, including all of the plaintiffs herein, and similarly situated members of the public.

12.  As a Plaintiff, FPC represents itself, its members and supporters, including the other Plaintiffs, similarly situated members of the public, and others affected by California's unconstitutional gun control scheme, such as firearm dealers which are required to facilitate firearm purchases and transfers, shooting ranges, and members and supporters who reside outside of but visit and wish to exercise their rights in California.

13.  Accordingly, and for the reasons set forth in the motion and supporting memorandum, FPC respectfully requests that the Court grant preliminary injunctive relief, so that Plaintiffs, FPC' members and supporters, and others similarly situated to them can access and exercise pre-existing rights guaranteed by the Constitution without fear of prosecution and further frustration of FPC's purposes.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 5, 2019.

Brandon Combs

- 3 -

DECLARATION OF BRANDON COMBS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:19-CV-01537-BEN-JLB)