George M. Lee (SBN 172982)
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511
Email: gml@seilerepstein.com

John W. Dillon (SBN 296788)
**GATZKE DILLON & BALLANCE LLP**
2762 Gateway Road
Carlsbad, California 92009
Phone: (760) 431-9501
Fax: (760) 541-9512
Email: jdillon@gdandb.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al.,<br><br>       Plaintiffs,<br><br>   vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>       Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br> Hon. Roger T. Benitez<br>Magistrate Hon. Jill L. Burkhardt<br><br>**DECLARATION OF D. ALLEN YOUNGMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint filed: August 15, 2019<br>Amended Complaint filed: September 27, 2019<br><br>Hearing Date: January 16, 2020<br>Time: 10:00 a.m.<br>Courtroom: 5A, 5th Floor |

## DECLARATION OF D. ALLEN YOUNGMAN

I, D. Allen Youngman, declare as follows:

1. I am and have been the Executive Director of the Defense Small Arms Advisory Council (DSAAC) since its founding in 2004. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could competently testify thereto.

2. My declaration is executed in support of Plaintiffs' motion for preliminary injunction.

3. I served in the United States Army for more than 34 years in a variety of assignments including Infantry, Special Forces, and Armor units; and retired from active duty, at the rank of Major General, in 2003. I am a graduate of the Army War College and hold a bachelor's degree in Political Science from the University of Kentucky and a Juris Doctorate from the University of Kentucky College of Law. Prior to returning to full-time active duty with the United States Army, I practiced law in Owensboro, Kentucky and served as a prosecuting attorney from 1981-1985.

4. The DSAAC is a 501(c)(6) trade association comprised of U.S.-based military and law enforcement small arms manufacturers. DSAAC represents the small arms and light weapons segment of the defense industry with the Department of Defense, the Department of State, and international fora including the United Nations and is a UN-recognized Non-Governmental Organization (NGO) providing technical advice on all aspects of the global firearms trade.

5. As part of my professional responsibilities and training in the military, and within this industry, I have necessarily become familiar with modern firearms, small arms, and the firearms trade. I am also a senior firearms instructor for the Daviess County Sheriff's Office, and a graduate of the Kentucky Department of Criminal Justice

- 1 -

Training Law Enforcement Firearms Instructor Course.

## THE AR-15 DESIGN

6. The AR-15 is a descendent of the ArmaLite Corporation's AR-10. The AR-10 was, at the time of its conception in 1955, highly innovative. The weapon featured heavy use of aluminum and polymer parts, being very lightweight compared to contemporary arms of primarily wood and steel construction. It featured a barrel, locking assembly, and stock in a straight line, significantly reducing recoil and improving controllability. The AR-10 design also featured a fairly easily removable barrel, wherein the barrel and locking component are permanently fused as a single unit. This means barrel changes in the AR-pattern can be performed without affecting "headspace" (a critical dimension for the safe operation of any firearm, which requires specialized equipment to set and inspect in many firearms). The AR-10 was chambered in the 7.62x51mm NATO standard cartridge, what is now considered a "full power" rifle cartridge.

7. There are essentially three classes of small arms ammunition cartridge: (1) "pistol/handgun" (such as 9mm Luger and .45 ACP), (2) "intermediate" (such as 5.56mm NATO and 7.62x39 Russian), and (3) "full power" rifle (such as 7.62x51mm NATO and 8x57mm Mauser). "Intermediate" cartridges are so-called because their weight and energy is in between "pistol/handgun" and "full power" rifle ammunition.

8. In the early stages of the Vietnam War, comparisons between the intermediate cartridge AK-47 on the side of the Viet Cong and the American's more conventional M14 evidenced a difficulty on the part of Americans to carry enough ammunition to maintain fire superiority over enemy combatants carrying intermediate arms. A single round of 7.62x51mm rifle ammunition weighs just under an ounce, where a round of intermediate AK-47 ammunition weighs about half an ounce. This effectively doubled

- 2 -

the amount of ammunition an individual could carry.

9. Seeking an intermediate weapon of their own, the U.S. Continental Army Command (CONARC) suggested the development of a 5.56mm caliber service rifle weighing around 6 pounds when loaded with 20 rounds of ammunition in 1957. The ArmaLite Corporation submitted a scaled-down version of its full-power AR-10 rifle for testing in 1958. This rifle was called the ArmaLite AR-15. CONARC testing found that soldiers equipped with AR-15 rifles could carry three times more ammunition than the contemporary M14 rifle and that the AR-15 was three times more reliable.

10. After more testing and minor changes, the design was sold to Colt. The AR-15 was ultimately adopted into U.S. Military Service as the M-16. Shortly thereafter, Colt introduced a line of semiautomatic-only AR-15 rifles as the "Colt AR-15," which it marketed to civilians and law enforcement.

11. In 1980, NATO Draft Standardization Agreement 4179 (STANAG) proposed the magazine dimensions of the AR-15 magazine to be standard for all NATO member countries, so that NATO members could easily share rifle ammunition and magazines if needed. Although the agreement was never ratified and thus discarded and remains a draft, most NATO members have adopted or modified their service weapons to accept AR-15 STANAG magazines (for example the Spanish CETME-L, British SA-80, and French FA-MASItalian AR-70, and Belgian FNC were all designed or re-designed to accept STANAGAR-15 magazines). Standard capacities were set at 20 or 30 rounds, but the concept only governed the critical dimensions and controls of the magazine, meaning a host of capacities are possible while retaining interoperability.

12. The only intellectual property respecting the AR-15 pattern of firearm is the term "AR-15" itself, which remains the property of Colt. The design itself is in the public domain. As a result, and due the firearm's generally favorable reputation, a host

- 3 -

of manufacturers began producing the design under a litany of different names, often with the "-15" suffix. The modularity of the original design and ease of component swapping has seen the AR-15 thrust into virtually every avenue of firearms that are used, from home defense, to target shooting, to hunting, and militia service.

## SUITABILITY OF THE AR-15 RIFLE FOR MILITIA SERVICE

13. American state militias have a long history of prioritizing, and even requiring, the ownership of effective and interoperable equipment. New Hampshire's 1687 militia act, for example, required all persons over the age of 16 maintain "a well fixed musket" about .75 caliber. 1 Law of New Hampshire: Province Period 221 (Albert Stillman Batchellor ed., 1904). Virginia's 1784 militia act required men aged 18 to 50 to keep "a good clean musket, carrying an ounce ball" (about .69 caliber, a standard caliber of the era) and "a cartridge box properly made, to contain and secure twenty cartridges," among other equipment. 11 William Waller Henning, The Statutes at Large: Being a Collection of All the Laws of Virginia, from the First Session of the Legislature, in the Year 1619, at 478-79 (1823).  These acts ensured that, if called to muster, militiamen would have equipment that was both combat effective and largely cross-compatible at the individual level.

14. The AR-15 pattern of rifle, with its highly standardized and interchangeable component parts, is a firearm not just well-suited, but ideal for militia service. The rifle's use of STANAG magazines and common ammunition, its reliability, low cost, and light weight, serve the same purposes sought to be achieved by the drafters of our Founding Era militia acts.

15. The modularity and extreme standardization of the AR-15 makes it an ideal weapon for militia service. For example, with few notable exceptions, AR-15 rifles can interchange trigger mechanisms, bolt and locking components, barrels, magazines,

- 4 -

buttstocks, optical sights, bayonets, and other assorted furniture, with few specialized tools. Further, even if two AR-15s might be set up for vastly different uses (for example, long-range versus short-range engagement), the majority of wearable components remain interchangeable.

16. The parts interchangeability of the AR-15 platform means any militia field armorer need with a short list of components could service the militia's standard rifles, as well as special purpose armament. It also means that virtually any standard rifle could be equipped by said armorer for a special purpose. It is most certainly in the best interest of the militia for militiamen to have their arms serviceable in such a consistent, economical, and efficient way as is afforded virtually uniquely by the AR-15 platform.

17. Modern, semi-automatic firearms are also designed to be used, and are sold with ammunition feeding devices, called ammunition magazines (or simply, "magazines"). A magazine is simply "a receptacle for a firearm that holds a plurality of cartridges or shells under spring pressure preparatory for feeding into the chamber. Magazines take many forms, such as box, drum, rotary, tubular, etc. and may be fixed or removable." See: http://saami.org/glossary/. The vast majority of the firearms sold at retail to law enforcement and the civilian markets today are semi-automatic, particularly handguns, and which contain removable magazines.

18. It is generally well-known, well-accepted, and indisputable that AR 15 pattern rifles are commonly owned by millions of persons in the United States, for a variety of lawful purposes, including recreational target shooting, competition, home defense, collecting, militia service and hunting.

19. For all of these reasons, including the ubiquity, commonality, and widespread ownership of the AR-15 rifle, in common chamberings as .223 and 5.56 x 45mm, and the interchangeability of parts, including magazines, make the AR-15 particularly well

- 5 -

*DECLARATION OF D. ALLEN YOUNGMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION*
(CASE NO. 3:19-CV-01537-BEN-JLB)

1  suited for modern militia service in the United States.

2  I declare under penalty of perjury that the foregoing is true and correct. Executed
3  on December 4, 2019.

_____
Maj. Gen. D. Allen Youngman (Ret.)