George M. Lee (SBN 172982)
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511
Email: gml@seilerepstein.com

John W. Dillon (SBN 296788)
**GATZKE DILLON & BALLANCE LLP**
2762 Gateway Road
Carlsbad, California 92009
Phone: (760) 431-9501
Fax: (760) 541-9512
Email: jdillon@gdandb.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al., | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | Hon. Roger T. Benitez<br>Magistrate Hon. Jill L. Burkhardt |
| vs. | **DECLARATION OF ADAM KRAUT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| XAVIER BECERRA, in his official capacity as Attorney General of California, et al., | |
| Defendants. | Complaint filed: August 15, 2019<br>Amended Complaint filed: September 27, 2019 |
| | Hearing Date: January 16, 2020<br>Time: 10:00 a.m.<br>Courtroom: 5A, 5th Floor |

## DECLARATION OF ADAM KRAUT

I, Adam Kraut, declare as follows:

1. I am not a party in the above-titled action. I am over the age of 18, have personal knowledge of the facts and events referred to in this declaration, and am competent to testify to the matters stated below. This declaration is executed in support of Plaintiffs' motion for a preliminary injunction.

2. I am the Director of Legal Strategy for Firearms Policy Coalition. I am licensed to practice law in the State of Pennsylvania. I am also admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the Third, Sixth and D.C. Circuit, the United States District Court for the Eastern, Middle, and Western Districts of Pennsylvania, and the United States District Court for the District of Columbia. Prior to practicing as an attorney, I managed a federal firearms licensee for approximately 3 years.

3. I have been shooting firearms since I was twelve (12) years-old. I've taken several firearms training courses, which have included basic and intermediate levels of instruction. I consider myself to be knowledgeable and proficient in the operation and use of handguns, rifles, and shotguns.

4. On Friday, October 18, 2019, I went to a shooting range in Gap, Pennsylvania, to film the video which is presented in support of Plaintiff's motion for preliminary injunction. The video depicts the same firearm in two different configurations along with four different magazines that were used. The video that we shot has been uploaded to and can be accessed at: http://bit.ly/miller-kraut-video ("Video").

5. In the video, the first configuration I use is that of a California "featureless" rifle, *i.e.*, lacking the features set forth in Cal. Penal Code section 30515(a); 11 Cal. Code of Regs. § 5471(o). (See Video at 0:29-0:35). In lieu of a flash hider, the firearm

- 1 -

*DECLARATION OF ADAM KRAUT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION*
(CASE NO.: 3:19-CV-01537-BEN-JLB)

has a Thordsen Customs barrel cap. In place of the pistol grip and collapsible stock, the firearm is equipped with the Thordsen Customs FRS-15 Gen III Enhanced stock kit. The firearm equipped with these devices allows it to be possessed lawfully in California while retaining the ability to use a detachable magazine.

6. The second configuration shown in the Video is that of a standard AR-15 sold in the majority of states which do not have any form of an assault weapons ban (Video at 0:36-0:43). In lieu of the barrel cap, the barrel is equipped with an A2 flash hider. In place of the FRS-15 stock kit, the firearm utilizes a B5 Systems pistol grip and B5 Systems Bravo collapsible stock.

7. Regardless of whether the firearm was in the California featureless configuration or that of a standard AR-15, the magazine is removed and inserted from the firearm in the same manner. In order to remove the magazine from the rifle, an individual must push the magazine release button located on the right side of the firearm, which allows the magazine to drop free. A new magazine is inserted into the rifle, followed by the bolt release being actuated, which chambers another round, rendering the firearm ready to continue shooting.

8. To demonstrate the difference in ability to reload a California featureless rifle and a standard AR-15, along with the ability to shoot either configuration quickly and accurately, a steel target was placed 25 yards downrange from the shooting position. This distance was confirmed with a laser range finder.

9. The steel target measures approximately 8 inches wide and 16 inches tall. The Video depicts me standing next to the target (Video at 0:00-0:22) and holding the target in front of me in order to show the scale of the target next to a person (Video at 0:23-0:28). The camera was placed at the shooting position to capture me holding the steel target in order to give perspective from what a shooter would see at 25 yards.

- 2 -

10. The first course of fire is ten (10) rounds fired from the rifle in the California featureless configuration (Video at 0:44-0:48). Out of ten (10) rounds, nine (9) made contact with the target.

11. The second course of fire is ten (10) rounds fired from the rifle in the standard configuration (Video at 0:49-0:53). Out of ten (10) rounds, eight (8) made contact with the target.

12. The third course of firearm depicts three (3) rounds being fired from the rifle in the California featureless configuration, the magazine being released, a new magazine being inserted, the bolt release being actuated, and another three rounds being fired at the target (Video at 0:54-1:01).

13. The fourth course of firearm depicts three (3) rounds being fired from the rifle in the standard configuration, the magazine being released, a new magazine being inserted, the bolt release being actuated, and another three rounds being fired at the target (Video at 1:02-1:07).

14. Employing no specialized techniques for these shooting demonstrations, this Video demonstration shows that there is no significant or discernable difference between the ability to accurately shoot at a rapid rate and reload the firearm in either configuration.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on December 4, 2019.

_____
Adam Kraut

- 3 -

*DECLARATION OF ADAM KRAUT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION*
(CASE NO.: 3:19-CV-01537-BEN-JLB)