George M. Lee (SBN 172982)
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511
Email: gml@seilerepstein.com

John W. Dillon (SBN 296788)
**GATZKE DILLON & BALLANCE LLP**
2762 Gateway Road
Carlsbad, California 92009
Phone: (760) 431-9501
Fax: (760) 541-9512
Email: jdillon@gdandb.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>　　　　Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>Hon. Roger T. Benitez<br>Magistrate Hon. Jill L. Burkhardt<br><br>**NOTICE OF ERRATA RE: PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint filed: August 15, 2019<br>Amended Complaint filed: September 27, 2019<br><br>Date: Thursday, January 16, 2020<br>Time: 10:00 a.m.<br>Department: Courtroom 5A (5th floor) |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs file this Notice of Errata to correct inadvertent errors in Plaintiffs' Notice of Motion and Motion for Preliminary Injunction, the Memorandum of Points and Authorities, and the Declarations of Plaintiffs James Miller, Wendy Hauffen, Ryan Peterson, John Phillips, Neil Rutherford, Adrian Sevilla, and the Declarations of John Lott, and Ashley Hlebinsky, all of which were filed on December 6, 2019.

In reviewing the motion and supporting papers, Plaintiffs noticed a few typographical errors, as follows:

1. On the caption page of the notice, the memorandum of points and authorities, and the declaration of Ashley Hlebinsky, the Judges assigned to this case were not properly identified. The caption pages have been corrected and properly identify "Hon. Roger T. Benitez" and "Magistrate Hon. Jill L. Burkhardt."

2. On page two of the notice of motion, Plaintiffs' incorrectly state, "This motion is also based on the *Second* Amended Complaint, pleadings, and records already on file…." This has been corrected to refer to the operative pleading, the "First Amended Complaint."

3. In reviewing Plaintiffs' memorandum of points and authorities, Plaintiffs noted the need to properly align the table of authorities and add four cases inadvertently omitted from the table, but cited in the brief. Plaintiffs have also included the full citation of *Jackson v. City of San Francisco* 746 F.3d 953 (9th Cir. 2014) on page 19 of the points and authorities.

4. In reviewing the Declarations of Plaintiffs James Miller, Wendy Hauffen, Ryan Peterson, John Phillips, Neil Rutherford, and Adrian Sevilla, the relief

- 1 -

requested did not encapsulate the entirety of the relief sought. Therefore, the last paragraph of each Plaintiff declaration was revised, and the declarations were re-signed.

5. In reviewing the Declaration of expert Dr. John Lott, Dr. Lott realized that his previous residence was inadvertently listed on page one of his declaration. His current residence has been corrected. Also, pin citations in paragraphs 20 and 21 of his declaration were corrected.

The corrected versions of the Notice of Motion and Motion for Preliminary Injunction, Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction, and the Declarations of James Miller, Wendy Hauffen, Ryan Peterson, John Phillips, Neil Rutherford, Adrian Sevilla, Ashley Hlebinsky, and John Lott are filed simultaneously with this Notice of Errata.

December 13, 2019         **SEILER EPSTEIN LLP**

                          **GATZKE DILLON & BALLANCE LLP**

                          Attorneys for Plaintiffs

                          */s/ John W. Dillon*
                          John W. Dillon

- 2 -

*Notice Of Errata Re: Plaintiffs' Motion For Preliminary Injunction* (Case No. 3:19-cv-01537-BEN-JLB)