George M. Lee (SBN 172982)
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511
Email: gml@seilerepstein.com

John W. Dillon (SBN 296788)
**GATZKE DILLON & BALLANCE LLP**
2762 Gateway Road
Carlsbad, California 92009
Phone: (760) 431-9501
Fax: (760) 541-9512
Email: jdillon@gdandb.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>            Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>Hon. Roger T. Benitez<br>Magistrate Hon. Jill L. Burkhardt<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint filed: August 15, 2019<br>Amended Complaint filed: September 27, 2019<br><br>Date: Thursday, January 16, 2020<br>Time: 10:00 a.m.<br>Department: Courtroom 5A (5th floor) |

- 1 -

*Plaintiffs' Notice Of Motion and Motion For Preliminary Injunction* (Case No. 3:19-cv-01537-BEN-JLB)

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: Notice is hereby given that on January 16, 2020, at 10:00 a.m. in Courtroom 5A (5th floor) of the above-captioned Court, located at 221 W. Broadway, San Diego, California 92101, Plaintiffs will move for preliminary injunction under Rule 65(a) of the Federal Rules of Civil Procedure. Specifically, Plaintiffs will seek an order enjoining Defendants Attorney General Xavier Becerra and his agent, servants, employees, and those working in active concert with him, from enforcing or giving effect to California Penal Code sections 30515 (a) and (b), 30600, 30605, 30800, 30910, 30915, 30925, 30945, 30950, 31000, and 31005, as well as Title 11, California Code of Regulations section 5460 and 5471 during the pendency of this action.

Plaintiffs bring this motion on the grounds that California Penal Code sections 30515 (a) and (b), 30600, 30605, 30800, 30910, 30915, 30925, 30945, 30950, 31000, and 31005, as well as Title 11, California Code of Regulations section 5460 and 5471 apply a categorical ban on common semiautomatic firearms with common characteristics in violation of the Second Amendment of the U.S. Constitution. The criminalization of the Plaintiffs and other law-abiding individuals from, inter alia, keeping, bearing, buying, selling, transferring, possessing, transporting, or passing down to heirs or other by bequest of so-called "assault weapons" infringes on the Second Amendment's core right of the individual right to keep and bear arms for self defense and other lawful purposes.

The motion is based on this notice of motion and motion, the memorandum of points and authorities field concurrently with this motion, and the supporting and concurrently filed Declarations of Jim Miller, Neil Rutherford, Ryan Peterson, Adrian Sevilla, John Phillips, Wendy Hauffen, Michael A. Schwartz, Gene

Hoffman, Alan Gottlieb, Brandon Combs, Adam Kraut, Allen Youngman, Ashley Hlebinsky, Emanuel Kapelsohn, George A. Mocsary, James Curcuruto, and Dr. John Lott. This motion is also based on the First Amended Complaint, pleadings, and records already on file, and on any further matters the Court deems appropriate at or before the time of the hearing.

December 6, 2019

**SEILER EPSTEIN LLP**

**GATZKE DILLON & BALLANCE LLP**

Attorneys for Plaintiffs

*/s/ John W. Dillon*_____
John W. Dillon