1  George M. Lee (SBN 172982)
2  **SEILER EPSTEIN LLP**
   275 Battery Street, Suite 1600
3  San Francisco, California 94111
4  Phone: (415) 979-0500
   Fax: (415) 979-0511
5  Email: gml@seilerepstein.com

6
7  John W. Dillon (SBN 296788)
   **GATZKE DILLON & BALLANCE LLP**
8  2762 Gateway Road
9  Carlsbad, California 92009
   Phone: (760) 431-9501
10 Fax: (760) 541-9512
   Email: jdillon@gdandb.com
11
12 *Attorneys for Plaintiffs*

13

14

15                 **UNITED STATES DISTRICT COURT**

16          **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

17
   JAMES MILLER, et al.,                    Case No. 3:19-cv-01537-BEN-JLB
18
                                            Hon.  Roger T. Benitez
19              Plaintiffs,                 Magistrate Hon. Jill L. Burkhardt

20    vs.                                   **DECLARATION OF PLAINTIFF**
                                            **WENDY HAUFFEN IN SUPPORT OF**
21                                          **PLAINTIFFS' MOTION FOR**
   XAVIER BECERRA, in his official          **PRELIMINARY INJUNCTION**
22 capacity as Attorney General of
   California, et al.,                      Complaint filed: August 15, 2019
23                                          Amended Complaint filed:
24              Defendants.                 September 27, 2019

25
                                            Date: Thursday, January 16, 2020
26                                          Time: 10:00 a.m.
27                                          Courtroom: 5A, 5th floor
28

---

*DECLARATION OF PLAINTIFF WENDY HAUFFEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION*
(CASE NO. 3:19-CV-01537-BEN-JLB)

**DECLARATION OF WENDY HAUFFEN**

I, Wendy Hauffen, declare as follows:

1.  I am an adult resident of the County of San Diego, California, and am a named plaintiff in the above matter.  I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

2.  This declaration is executed in support of plaintiffs' motion for a preliminary injunction.

3.  I am not prohibited from owning firearms under federal or state law.  In fact, I currently hold a license to carry a concealed weapon (CCW), issued by my local county sheriff, that requires a background check, good cause, and good moral character in order to obtain.  Under state law, this CCW must be renewed every two years.

4.  I am the lawful owner of a semi-automatic, centerfire rifle that is specifically described as an AR-15 pattern rifle.  However, this firearm does not have any of the features listed in Penal Code § 30515(a)(1), (*e.g.*, a pistol grip (§ 30515(a)(1)(A)), a thumbhole stock (§ 30515(a)(1)(B)), a telescoping stock (§ 30515(a)(1)(C)), a grenade launcher/flare launcher (§ 30515(a)(1)(D)), a flash suppressor (§ 30515(a)(1)(E)), or a forward pistol grip (§ 30515(a)(1)(F))).  Thus, because my rifle does not have any of the statutorily-described features, this rifle is not considered to be an "assault weapon" under section 30515(a)(1).

5.  I rendered this firearm in this "featureless" configuration (see, e.g., 11 CCR § 5471(o)) in order to lawfully avoid having to register the firearm as an "assault weapon" pursuant to Pen. Code § 30900(b). I would not have otherwise purchased these "featureless" parts for my firearm and installed them on to my firearm if I was not required to do so, because I prefer my firearm to have a number of the listed features in penal code section 30515(a).  However, to have these features, I would have had to

- 1 -

register my firearm as an "assault weapon." Registering would effectively prohibited me from transferring or passing along the firearm to my heirs or selling it to anyone else. Eventually, I do plan on either passing down my firearms to my heirs or selling my firearms if the need should ever arise.

6.  I wish to continue to lawfully possess this firearm, and to reattach some or all of the § 30515(a)(1) features listed above, but fear that I would be subject to arrest and/or prosecution under Pen. Code §§ 30600 (for manufacturing, transporting, or transferring an "assault weapon"), or 30605 (for possessing an "assault weapon").

7. By reattaching some or all of the features described by 30515(a)(1) to my firearm, or acquiring additional firearms that bear some or all of these features, I would possess and therefore desire to possess ordinary and standardized semiautomatic, centerfire firearms with listed features, like the AR-15, that are commonly and lawfully held, and used lawful purposes, in many other parts of the country.

8. As a female firearms trainer who specializes in training other women in the proficiency of arms and self-defense, I find the many semiautomatic, centerfire firearms with listed features, like the AR-15 rifle, to be well-suited to women shooters, because of its relatively light weight and because it can easily be customized to accommodate smaller shooters.  In particular, the collapsible/telescoping stock which is common on most AR-15 pattern rifles (and specifically prohibited by Pen. Code § 30515(a)(C)) makes it an ideal rifle with which to instruct and train women, and for women to own and use for self-defense and other purposes.  Additionally, I prefer to have other ergonomic features on my firearm like a pistol grip or forward vertical grip to assist in controlling the firearm and ensuring accuracy while shooting. Also, the ability to use standardized 30-round magazines and low recoil ammunition are some other reasons why I, as well as many of my students, prefer semiautomatic, centerfire firearms with

- 2 -

listed features, like the AR-15 rifle. In the firearms and training communities, this is a widely-held and accepted understanding.  As an example, attached hereto as **Exhibit 1** is a recent article entitled, "Female Gun Owners: We Prefer the AR-15" published at the Washington Free Beacon on November 10, 2019. As female a firearms instructor, I agree with the sentiments expressed in this article.

9.  For these reasons, it is therefore and further my desire to obtain and acquire additional semiautomatic, centerfire firearms, like AR-15 pattern firearms, that either have some or all of the features listed in Pen. Code § 30515(a)(1).  Such firearms would also include AR-15 pistols, which contain many of the same features listed above, and additional features described by § 30515(a)(4)(A)-(D).

10. I also own a standard Sig Sauer P239 9mm semiautomatic pistol. I use this firearm when I teach firearms classes and shoot recreationally at the range. I also carry this pistol in public as it is one of the listed firearms on my concealed weapons permit. I wish to be able to replace the standard barrel in my pistol with a threaded barrel that would allow me to attach either a flash suppressor or a muzzle brake to my firearm. The muzzle brake would assist my accuracy and control while shooting in my firearm's classes and recreational shooting. I would use a flash suppressor when carrying my pistol at night to help ensure that I would not be blinded by the muzzle flash of the gun if I were to ever have to use it in self-defense. However, regardless of what attachments I attach to the barrel, merely installing a threaded barrel would make my pistol an assault weapon and subject me to severe criminal penalties.

11. Due to California's assault weapons ban, I am prohibited from acquiring and using common, everyday semiautomatic firearms with listed features. This prohibition prevents me from exercising my Second Amendment right to acquire, own, and possess, common firearms for various lawful purposes like self-defense. But for California's

- 3 -

1  assault weapons ban, I would re-configure my currently possessed firearms and would
2  also acquire additional firearms that would otherwise be classified as "assault
3  weapons."

4      12. Accordingly, and for the reasons set forth in Plaintiffs' motion, I respectfully
5  ask that the Court grant Plaintiffs' motion for preliminary injunction.

    I declare under penalty of perjury that the foregoing is true and correct. Executed
on December 12, 2019.

_____
Wendy Hauffen

- 4 -

**EXHIBITS**
**TABLE OF CONTENTS**

| Exhibit | Description | Page(s) |
|---|---|---|
| 1 | "Female Gun Owners: We Prefer the AR-15," Washington Free Beacon, November 2019 | 0001-0005 |

- 5 -

# EXHIBIT "1"

Exhibit 1
0001

SUBSCRIBE TO OUR MORNING BEACON NEWSLETTER

SUBSCRIBE TO OUR BEACON EXTRA NEWSLETTER

# Female Gun Owners: We Prefer the AR-15



Courtney Manwaring looks over an AR-15 / Getty Images

Stephen Gutowski - NOVEMBER 10, 2019 5:00 AM

In the aftermath of a recent Florida self-defense shooting, female gun owners argued that the AR-15 provides specific advantages to women for home defense, vehemently rejecting the views of gun-control activists who insist the firearm is unnecessary.

Speaking with the *Washington Free Beacon* on Friday, five female firearm owners and advocates said the AR-15 platform offers several features that are ideal for women specifically. Robyn M. Sandoval, executive director of A Girl & A Gun Women's Shooting League, said the rifle is both more effective and safer for female shooters.

**Exhibit 1**
**0002**

"ARs are an excellent choice for women for home defense," Sandoval told the *Free Beacon*. "The platform is relatively lightweight and easy to hold and customize so that the firearm fits her body correctly. Having a rifle that is the right size for the shooter makes it more comfortable to shoot and therefore more accurate and safer."

Many Democratic politicians, including 2020 frontrunner Joe Biden, have long decried the AR-15 as both dangerous and an impractical or unnecessary firearm for civilians, especially women. But the female firearm owners the *Free Beacon* spoke to rejected the logic of these pro-gun-control men.

"AR-15s are perfect for women," Mary Chastain, a writer and gun owner, said. "Despite the size, they are lightweight and have hardly any kickback. This allows us to aim well and shoot the target where we want to."

Dana Loesch, a nationally syndicated radio host and gun-rights activist who has faced threats to her safety throughout her career, said she picks an AR-15 when it comes to home defense.

"I was always taught in training that your pistol is what you use to get to your rifle, and the AR-15 is what I choose to use," Loesch told the *Free Beacon*.

The customizability of the rifle is a big selling point for women, competitive shooter and trainer Julie Golob said.

"The AR platform can be a useful and effective option for women when it comes to defending themselves and their property," she told the *Free Beacon*. "Starting with the fact that the length of pull can be adjusted easily, unlike rifles with fixed stocks, the AR can quickly become custom fit to its user. The pistol grip, combined with quick access to the safety and other controls, makes this platform one a woman can confidently control."

"I can choose my trigger, hand guard, barrel length, grip," Dianna Muller, a former police officer and head of the gun-rights group DC Project, added. "I can put a light, laser, etc. I call it the Mr. Potato Head for the gun connoisseur!"

The testimony of these women contradicts Biden, who has repeatedly claimed that AR-15s are hard to use and ineffective compared with shotguns. In 2013, he said he had advised his own wife to use a double-barrel shotgun instead of an AR-15.

"I said, 'Jill, if there's ever a problem, just walk out on the balcony here, walk out and put that double-barrel shotgun and fire two blasts outside the house,'" Biden said in an interview with *Parents Magazine*. "You don't need an AR-15—it's harder to aim.

**Exhibit 1**
**0003**

It's harder to use, and in fact you don't need 30 rounds to protect yourself. Buy a shotgun! Buy a shotgun!"

Late last month, a heavily pregnant mother did exactly what Biden warned against to defend her family. She used an AR-15 to fend off two armed men who were attacking her husband and daughter in their Florida home.

The women who spoke with the *Free Beacon* disagreed with Biden's assertions that AR-15s are not necessary. Loesch said she was competent with shotguns, but has found the AR-15 is simply a better option.

"The 12 gauge is an excellent home defense gun, too, but the collateral consideration does affect my decision there (frangible ammo is an option)," Loesch told the *Free Beacon*. "AR-15s are easy to shoulder, lightweight, the low recoil makes it easier to maintain target acquisition, and the ergonomics are great. I can access everything without compromising a defensive stance. I also have more rounds with an AR-15."

Chastain also said that she finds the AR-15 easier than many other firearms to use.

"You can use it with one hand, which helps me," she said. "My entire left side is handicapped, caused by brain trauma at birth. There are many guns I cannot use. The AR is perfect because I can use the functions with only my right hand. The lightness of the gun makes it easy for my handicapped left arm and hand to hold it."

The women said the availability of magazines with more ammunition capacity than the double-barrel shotguns Biden highlighted—which hold only two rounds—is a significant advantage of the AR platform, as is the variety of ammunition types.

"Standard capacity magazines create a reduced chance to have to fumble to exchange mags under stress," Golob said.

"The ballistics of defensive ammunition prevent over-penetration, and standard-capacity magazines hold 30 rounds, which is more than a shotgun or pistol," Sandoval said.

The women who spoke to the *Free Beacon* stressed that, while they believe the AR-15 provides them certain advantages over other guns, women are more than able to become skilled with shotguns, handguns, or any other firearm.

"There are pros and cons to any self-defense tool," Golob said. "Practice on the range and training gun-handling skills, whether it's a rifle, pistol, or shotgun, is key. I feel that the best home defense option for a woman is the one she is most comfortable with and that she can produce the best results."

**Exhibit 1**
**0004**

Sandoval encouraged women to "train extensively on any firearm they choose to use to protect their families" but also noted AR-15 classes are one of the most commonly available—one of its primary advantages in her opinion.

Some of the women also view the imposing nature and reputation of the AR-15 as a bonus feature.

"I also like the fact that they're scary looking," Chastain said. "A man breaks into my house, I don't mind using a scary looking weapon to defend myself."

"Ultimately, I want the meanest, most manageable thing I can get," Loesch said.

**Exhibit 1**
**0005**