George M. Lee (SBN 172982)
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511
Email: gml@seilerepstein.com

John W. Dillon (SBN 296788)
**GATZKE DILLON & BALLANCE LLP**
2762 Gateway Road
Carlsbad, California 92009
Phone: (760) 431-9501
Fax: (760) 541-9512
Email: jdillon@gdandb.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>　　　　Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br>Hon. Roger T. Benitez<br>Magistrate Hon. Jill L. Burkhardt<br><br>**DECLARATION OF PLAINTIFF JOHN PHILLIPS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint filed: August 15, 2019<br>Amended Complaint filed: September 27, 2019<br><br>Date: Thursday, January 16, 2020<br>Time: 10:00 a.m.<br>Department: Courtroom 5A (5th floor) |

# DECLARATION OF JOHN PHILLIPS

I, John Phillips, declare as follows:

1.  I am an adult resident of the County of San Diego, California, and am a named plaintiff in the above matter. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

2.  This declaration is executed in support of plaintiffs' motion for a preliminary injunction.

3.  I am a Federal Firearms Licensee ("FFL") and firearms dealer in the Department of Justice's Centralized List of Firearms Dealers. I am the president of plaintiff PWGG, L.P., doing business as "Poway Weapons & Gear" and "PWG Range," which is both a licensed firearms retailer and a shooting range in Poway, California. I am also a member of the organizational plaintiffs, San Diego County Gun Owners PAC, California Gun Rights Foundation, Second Amendment Foundation and Firearms Policy Coalition, Inc. I make this declaration on my own behalf, and as President of PWGG, L.P.

4.  As a licensed firearms retailer, I would like to have the business purchase, sell, and transfer firearms in common use for lawful purposes—commonly sold for lawful purposes in other parts of the country, which are defined as "assault weapons" and contain some or all of the features described by Penal Code § 30515(a)—to ordinary, non-prohibited adults through my FFL dealership, and would engage in this business but for the State's laws, and Defendants' policies, practices, customs, and enforcement of same.

5.  PWG holds a "Dangerous Weapons License/Permit" issued and maintained by defendants through the California Department of Justice, Bureau of Firearms. This permit allows my dealership to acquire and sell so-called "assault weapons" to select

- 1 -

DECLARATION OF PLAINTIFF JOHN PHILLIPS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:19-CV-01537-BEN-JLB)

exempted recipients, such as law enforcement officers. However, the permit does not allow us to sell, transfer or rent so-called "assault weapons" to non-exempt agencies or individuals, ordinary, non-prohibited citizens such as the other individual plaintiffs named in the lawsuit, to the institutional and organizational plaintiffs or their law-abiding customers/members. In addition to potential criminal violations, violating these laws subjects our permit to revocation per 11 CCR § 4147.

6. I would, through my licensed dealership, acquire and sell the firearms described under Penal Code § 30515(a) to ordinary, non-exempt citizens such as, but not limited to, the other individual plaintiffs named in the lawsuit, but for the State's laws, and I would otherwise fear the loss of licenses, arrest, prosecution and loss of property and liberty under defendants' policies, practices and customs. In addition to violating my customers' Second Amendment rights, the State's laws and defendants thus further infringe upon my economic liberties, causing me financial damages because I cannot acquire and transfer to lawful persons such arms that are protected by the Second Amendment.

7. Accordingly, and for the reasons set forth in Plaintiffs' motion, I respectfully ask that the Court grant Plaintiffs' motion for preliminary injunction.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2019.

John Phillips

- 2 -

DECLARATION OF PLAINTIFF JOHN PHILLIPS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:19-CV-01537-BEN-JLB)