George M. Lee (SBN 172982)
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511
Email: gml@seilerepstein.com

John W. Dillon (SBN 296788)
**GATZKE DILLON & BALLANCE LLP**
2762 Gateway Road
Carlsbad, California 92009
Phone: (760) 431-9501
Fax: (760) 541-9512
Email: jdillon@gdandb.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of California, et al., <br><br> Defendants. | Case No. 3:19-cv-01537-BEN-JLB <br><br> Hon. Roger T. Benitez <br> Magistrate Hon. Jill L. Burkhardt <br><br> **DECLARATION OF PLAINTIFF NEIL RUTHERFORD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Complaint filed: August 15, 2019 <br> Amended Complaint filed: September 27, 2019 <br><br> Date: Thursday, January 16, 2020 <br> Time: 10:00 a.m. <br> Courtroom: 5A, 5th floor |

# DECLARATION OF NEIL RUTHERFORD

I, Neil Rutherford, declare as follows:

1. I am an adult resident of the County of San Diego, California, and am a named plaintiff in the above matter. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

2. This declaration is executed in support of plaintiffs' motion for a preliminary injunction.

3. I am not prohibited from owning firearms under federal or state law.

4. I desire to obtain and acquire AR-15 pattern firearms that are commonly sold in many other jurisdictions in the country. Most of these off-the-shelf AR-15 rifles have some or all of the features listed in Pen. Code § 30515(a)(1) and have the capacity to accept detachable magazines. These commonly-sold firearms include centerfire rifles that are between 26-30 inches in overall length.

5. I also desire to obtain and acquire: AR pistols, which contain some or all of the features described in Pen. Code § 30515(a)(4)(A)-(D); and semi-automatic shotguns which contain some or all of the features described in Pen. Code § 30515(a)(6) and (a)(7), but am prevented by these definitions which characterize such firearms as "assault weapons" under California law.

6. Accordingly, and for the reasons set forth in Plaintiffs' motion, I respectfully ask that the Court grant Plaintiffs' motion for preliminary injunction.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2019.

Neil Rutherford