| | |
|---|---|
| 1 | George M. Lee (SBN 172982) |
| 2 | **SEILER EPSTEIN LLP**<br>275 Battery Street, Suite 1600 |
| 3 | San Francisco, California 94111 |
| 4 | Phone: (415) 979-0500<br>Fax: (415) 979-0511 |
| 5 | Email: gml@seilerepstein.com |
| 6 | |
| 7 | John W. Dillon (SBN 296788)<br>**GATZKE DILLON & BALLANCE LLP** |
| 8 | 2762 Gateway Road |
| 9 | Carlsbad, California 92009<br>Phone: (760) 431-9501 |
| 10 | Fax: (760) 541-9512 |
| 11 | Email: jdillon@gdandb.com |
| 12 | *Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>    Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>Hon. Roger T. Benitez<br>Magistrate Hon. Jill L. Burkhardt<br><br>**DECLARATION OF ADRIAN SEVILLA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint filed: August 15, 2019<br>Amended Complaint filed: September 27, 2019<br><br>Date: Thursday, January 16, 2020<br>Time: 10:00 a.m.<br>Courtroom: 5A, 5th floor |

# DECLARATION OF ADRIAN SEVILLA

I, Adrian Sevilla, declare as follows:

1. I am an adult resident of the County of San Diego, California, and am a named plaintiff in the above matter. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

2. This declaration is executed in support of plaintiffs' motion for a preliminary injunction.

3. I am not prohibited from owning firearms under federal or state law.

4. I desire to obtain and acquire AR-15 pattern firearms that are commonly sold in many other jurisdictions in the country. Most of these off-the-shelf AR-15 rifles have some or all of the features listed in Pen. Code § 30515(a)(1) and have the capacity to accept detachable magazines. These commonly-sold firearms include centerfire rifles that are between 26-30 inches in overall length.

5. I also desire to obtain and acquire: AR pistols, which contain some or all of the features described in Pen. Code § 30515(a)(4)(A)-(D); and semi-automatic shotguns which contain some or all of the features described in Pen. Code § 30515(a)(6) and (a)(7), but am prevented by these definitions which characterize such firearms as "assault weapons" under California law.

6. Accordingly, and for the reasons set forth in Plaintiffs' motion, I respectfully ask that the Court grant Plaintiffs' motion for preliminary injunction.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2019.

_Adrian S_
Adrian Sevilla

- 1 -