1  XAVIER BECERRA
   Attorney General of California
2  State Bar No. 118517
   MARK R. BECKINGTON
3  Supervising Deputy Attorney General
   State Bar No. 126009
4  JOHN D. ECHEVERRIA
   Deputy Attorney General
5  State Bar No. 268843
     300 South Spring Street, Suite 1702
6    Los Angeles, CA  90013
     Telephone:  (213) 269-6249
7    Fax:  (916) 731-2124
     E-mail:  John.Echeverria@doj.ca.gov
8  *Attorneys for Defendants Xavier Becerra, in*
   *his official capacity as Attorney General of*
9  *the State of California, and Brent E. Orick,*
   *in his official capacity as Interim Director of*
10 *the Department of Justice Bureau of*
   *Firearms*

11

IN THE UNITED STATES DISTRICT COURT

12

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14

| | |
|---|---|
| 15 **JAMES MILLER; PATRICK RUSS; WENDY HAUFFEN; NEIL** | 19-cv-1537 BEN-JLB |
| 16 **RUTHERFORD; ADRIAN SEVILLA; RYAN PETERSON;** | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY** |
| 17 **GUNFIGHTER TACTICAL, LLC; JOHN PHILLIPS; PWGG, L.P.; SAN** | **PROCEEDINGS PENDING RESOLUTION OF RELATED** |
| 18 **DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS** | **APPEALS** |
| 19 **FOUNDATION; SECOND AMENDMENT FOUNDATION; and** | Date:          January 27, 2020 |
| 20 **FIREARMS POLICY COALITION, INC.,** | Time:          10:30 a.m. |
| 21 | Courtroom:  5A |
| | Judge:         Hon. Roger T. Benitez |
| 21                              Plaintiffs, | Trial Date:   None Set |
| 22 | Action Filed: August 15, 2019 |
| 22                    **v.** | |
| 23 | |
| 24 **CALIFORNIA ATTORNEY** | |
| **GENERAL XAVIER BECERRA;** | |
| 25 **and DOJ BUREAU OF FIREARMS** | |
| **DIRECTOR BRENT ORICK,** | |
| 26 | |
|                               Defendants. | |
| 27 | |

28

---

Defendants' Notice of Motion and Motion to Stay Proceedings Pending Resolution of Related
Appeals (19-cv-1537 BEN-JLB)

## NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF RELATED APPEALS

PLEASE TAKE NOTICE that, on January 27, 2020, at 10:30 a.m., or as soon thereafter as the matter may be heard before the Honorable Roger T. Benitez in Courtroom 5A of the Edward J. Schwartz U.S. Courthouse, located at 221 West Broadway, San Diego, California 92101, Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Brent E. Orick, in his official capacity as Interim Director of the Department of Justice Bureau of Firearms (together, "Defendants") will and presently do move this Court to stay the instant proceedings pending resolution of related appeals in *Rupp v. Becerra*, No. 19-56004 (9th Cir.), and *Duncan v. Becerra*, No. 19-55376 (9th Cir.).

Defendants move for a stay on the ground that the *Rupp* and *Duncan* appeals, which are currently pending before the Ninth Circuit Court of Appeals, bear directly on the constitutional issues raised in the instant litigation. The outcome of the related appeals will substantially narrow, if not resolve entirely, Plaintiffs' claims in this case. A stay pending resolution of the *Rupp* and *Duncan* appeals will thus promote the interests of judicial economy, the orderly resolution of constitutional challenges to California's Assault Weapons Control Act, and the avoidance of inconsistent judicial rulings.

This motion is based on this filing, the concurrently filed Memorandum of Points and Authorities in Support of Defendants' Motion to Stay Proceedings Pending Resolution of Related Appeals, and the papers and pleadings on file in this action.

Defendants' Notice of Motion and Motion to Stay Proceedings Pending Resolution of Related Appeals (19-cv-1537 BEN-JLB)

Dated: December 13, 2019

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General


/s/ John D. Echeverria
JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Brent E. Orick, in his official capacity as Interim Director of the Department of Justice Bureau of Firearms*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendants' Notice of Motion and Motion to Stay Proceedings Pending Resolution of Related Appeals (19-cv-1537 BEN-JLB)