1  XAVIER BECERRA
   Attorney General of California
2  State Bar No. 118517
   MARK R. BECKINGTON
3  Supervising Deputy Attorney General
   State Bar No. 126009
4  JOHN D. ECHEVERRIA
   Deputy Attorney General
5  State Bar No. 268843
    300 South Spring Street, Suite 1702
6   Los Angeles, CA  90013
    Telephone:  (213) 269-6249
7   Fax:  (916) 731-2124
    E-mail:  John.Echeverria@doj.ca.gov
8  *Attorneys for Defendants Xavier Becerra, in*
   *his official capacity as Attorney General of*
9  *the State of California, and Brent E. Orick,*
   *in his official capacity as Interim Director of*
10 *the Department of Justice Bureau of*
   *Firearms*

11                IN THE UNITED STATES DISTRICT COURT

12            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14

15

| | |
|---|---|
| 16  **JAMES MILLER, et al.,** | 19-cv-1537 BEN-JLB |
| 17                     Plaintiffs, | **JOINT MOTION AND** |
| | **STIPULATION TO CONTINUE** |
| 18             v. | **HEARING ON MOTION FOR** |
| | **PRELIMINARY INJUNCTION** |
| 19 | **AND MOTION TO DISMISS** |
| 20  **CALIFORNIA ATTORNEY** | |
| **GENERAL XAVIER BECERRA,** | **[Fed. R. Civ. P. 6(b)(1)]** |
| 21  **et al.,** | |
| | Judge:      Hon. Roger T. Benitez |
| 22                     Defendants. | Courtroom:  5A |
| | Action Filed:  August 15, 2019 |

23        Plaintiffs and Defendants, by and through their respective counsel, and under

24   Federal Rule of Civil Procedure 6(b)(1), hereby jointly move the Court to continue

25   the hearing date for Plaintiffs' Motion for Preliminary Injunction, Dkt. 22, and

26   Defendants' Motion to Dismiss Certain Claims in First Amended Complaint,

27   Dkt. 16, from January 16, 2020 at 10:00 a.m. to January 30, 2020 at 10:00 a.m.

28

## BACKGROUND ON REQUESTED CONTINUANCE

Plaintiffs filed the initial complaint in this action on August 15, 2019, Dkt. 1, and the operative First Amended Complaint on September 27, 2019, Dkt. 9.  On October 25, 2019, Defendants filed a motion to dismiss certain claims asserted in the First Amended Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  Dkt. 16.  Defendants noticed the motion to dismiss for hearing on December 16, 2019.  On December 4, 2019, Plaintiffs filed an opposition to the motion to dismiss.  Dkt. 21.

On December 6, 2019, Plaintiffs filed a Motion for Preliminary Injunction, noticing the motion for hearing on January 16, 2019.  Dkt. 22.  The preliminary injunction motion included over 1,800 pages of material, including declarations from seven expert witnesses.  *See* Dkt. 22-1–22-19.  Under Local Civil Rule 7.1(e)(2), Defendants' opposition to the preliminary injunction motion is currently due on January 2, 2020.

On December 10, 2019, the Court *sua sponte* continued the hearing on Defendants' motion to dismiss, Dkt. 16, from December 16, 2019 to January 16, 2020—the current hearing date on Plaintiffs' preliminary injunction motion.  Dkt. 23.  Under Local Civil Rule 7.1(e)(3), Defendants' reply memorandum in further support of the motion to dismiss is currently due on January 9, 2020.

On December 13, 2019, Defendants filed a Motion to Stay Proceedings Pending Resolution of Related Appeals, noticing the motion for hearing on January 27, 2019.  Dkt. 25.

## GROUNDS FOR REQUESTED CONTINUANCE

Counsel for the parties have met and conferred regarding Defendants' request to continue the hearing on the preliminary injunction motion.  Defendants need additional time to review the preliminary injunction motion and prepare an opposition to the motion.  The January 2, 2020 deadline for Defendants' opposition

2

Joint Motion and Stipulation to Continue Hearing on Motion for Preliminary Injunction and Motion to Dismiss (19-cv-1537 BEN-JLB)

also poses additional scheduling difficulties for Defendants due to the Christmas and New Year's holidays.

The parties have agreed to stipulate, for good cause, to a continuance of the hearing on Plaintiffs' preliminary injunction motion to January 30, 2020, with Defendants' opposition to the motion being due on January 16, 2020, and Plaintiffs' reply being due on January 23, 2020.  Defendants have agreed to stipulate that Plaintiffs have not waived any argument of irreparable injury through Plaintiffs' stipulation to continue the preliminary injunction hearing date; nor will Defendants argue undue delay of the preliminary injunction briefing and hearing schedule as a result of this stipulation.  In the interest of judicial economy, and in light of the Court's order resetting the motion to dismiss hearing for January 16, 2020, Dkt. 23, the parties have also agreed that good cause exists to continue the hearing on the motion to dismiss to January 30, 2020.

No previous continuances have been requested for the hearings on Plaintiffs' preliminary injunction motion or Defendants' motion to dismiss.

## BACKGROUND ON DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF RELATED APPEALS

On December 13, 2019, Defendants filed a motion to stay the instant action pending resolution of two appeals currently pending before the Ninth Circuit: *Rupp v. Becerra*, No. 19-56004 (9th Cir.), and *Duncan v. Becerra*, No. 19-55376 (9th Cir.).  Dkt. 25.  The parties have met and conferred regarding Defendants' intention to apply ex parte for a temporary stay of the preliminary injunction and motion to dismiss hearings, and the attendant briefing schedules, until the Court has ruled on Defendants' motion to stay.  Plaintiffs oppose a stay of this case, desire an opportunity to file a written opposition to Defendants' stay motion, and oppose the ex parte request for a temporary stay of the two substantive matters already before this Court (i.e., Plaintiffs' preliminary injunction motion and Defendants' motion to dismiss), pending the Court's ruling on the motion to stay.

The instant joint motion is made without prejudice to Defendants' ability to seek a temporary stay of the hearing and briefing on Plaintiffs' preliminary injunction motion and Defendants' motion to dismiss, pending the Court's ruling on Defendants' motion to stay. Plaintiffs also reserve rights to oppose such future requests, if any.

## CONCLUSION

For these reasons, the parties respectfully move the Court for an order, under Federal Rule of Civil Procedure 6(b)(1), continuing the hearings on Plaintiffs' motion for preliminary injunction and Defendants' motion to dismiss from January 16, 2020 at 10:00 a.m. to January 30, 2020 at 10:00 a.m.  If granted, under Local Civil Rule 7.1(e), Defendants' opposition to the preliminary injunction motion will be due on January 16, 2020, Plaintiffs' reply in further support of the preliminary injunction motion will be due on January 23, 2020, and Defendants reply in further support of the motion to dismiss will be due on January 23, 2020.

4

Joint Motion and Stipulation to Continue Hearing on Motion for Preliminary Injunction and Motion to Dismiss (19-cv-1537 BEN-JLB)

Dated:  December 18, 2019                    Respectfully Submitted,

                                            XAVIER BECERRA
                                            Attorney General of California
                                            MARK R. BECKINGTON
                                            Supervising Deputy Attorney General



                                            /s/ John D. Echeverria
                                            JOHN D. ECHEVERRIA
                                            Deputy Attorney General
                                            *Attorneys for Defendants*


Dated:  December 18, 2019                    GATZKE DILLON & BALLANCE LLP



                                            /s/ John W. Dillon (by consent)
                                            JOHN W. DILLON
                                            *Attorneys for Plaintiffs*

5

# CERTIFICATE OF SERVICE

Case Name: **James Miller, et al. v.**            Case No.  **19-cv-1537 BEN-JLB**
                  **Xavier Becerra, et al.**

I hereby certify that on <u>December 18, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT MOTION AND STIPULATION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO DISMISS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>December 18, 2019</u>, at Los Angeles, California.

|                        |                        |
|------------------------|------------------------|
| John D. Echeverria     | /s/ John D. Echeverria |
| Declarant              | Signature              |