# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **James Miller, et al. v. Xavier Becerra, et al.** | Case No. | **19-cv-1537 BEN-JLB** |

I hereby certify that on <u>December 19, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' EX PARTE APPLICATION TO TEMPORARILY STAY THE HEARING AND BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION [22] AND MOTION TO DISMISS [16] PENDING RULING ON DEFENDANTS' MOTION TO STAY [25]**

**DECLARATION OF JOHN D. ECHEVERRIA IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION TO TEMPORARILY STAY THE HEARING AND BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION [22] AND MOTION TO DISMISS [16] PENDING RULING ON DEFENDANTS' MOTION TO STAY [25]**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>December 19, 2019</u>, at Los Angeles, California.

| | |
|---|---|
| Colby Luong | /s/ Colby Luong |
| Declarant | Signature |

SA2019104420
53987509.docx