IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MILLER, et al.,** | 19-cv-1537 BEN-JLB |
| Plaintiffs, | **ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO DISMISS** |
| v. | |
| **XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,** | **[Fed. R. Civ. P. 6(b)(1)]** |
| | Judge:    Hon. Roger T. Benitez<br>Courtroom:   5A |
| Defendants. | Action Filed:  August 15, 2019 |

1

1    Having considered the Joint Motion to Continue Hearing on Motion for
2 Preliminary Injunction and Motion to Dismiss, and good cause appearing, under
3 Federal Rule of Civil Procedure 6(b)(1), the hearing on Plaintiffs' motion for
4 preliminary injunction, Dkt. 22, and Defendants' motion to dismiss, Dkt. 16, is
5 hereby continued from January 16, 2020 at 10:00 a.m. to **Wednesday, January 29,**
6 **2020 at 10:00 a.m.  (Note the change of date.)**
7    Under Local Civil Rule 7.1(e), Defendants' opposition to the preliminary
8 injunction motion is due by January 16, 2020, Plaintiffs' reply in further support of
9 the preliminary injunction motion is due by January 23, 2020, and Defendants'
10 reply in further support of the motion to dismiss is due by January 23, 2020.
11    **IT IS SO ORDERED.**
12 Dated:  ___12/19/19_____                  _____
13                                                              Hon. Roger T. Benitez