George M. Lee (SBN 172982)
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511
Email: gml@seilerepstein.com

John W. Dillon (SBN 296788)
**GATZKE DILLON & BALLANCE LLP**
2762 Gateway Road
Carlsbad, California 92009
Phone: (760) 431-9501
Fax: (760) 541-9512
Email: jdillon@gdandb.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al., | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **DECLARATION OF JOHN W. DILLON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION TO STAY THE HEARING AND BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION [22] AND MOTION TO DISMISS [16] PENDING RULING ON DEFENDANTS' MOTION TO STAY [25]** |
| vs. | |
| XAVIER BECERRA, in his official capacity as Attorney General of California, et al., | |
| Defendants. | |

## DECLARATION OF JOHN W. DILLON

I, John W. Dillon, declare as follows:

1. I am counsel for Plaintiffs' James Miller et al., in the above captioned matter.

2. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify to such facts. I make this declaration in support of Plaintiffs' Opposition to Defendants' *Ex Parte* Application to Stay the Hearing and Briefing Schedule on Motion for Preliminary Injunction and Motion to Dismiss Pending Ruling on Motion to Stay.

3. On September 27, 2019, Plaintiffs filed the operative First Amended Complaint for Declaratory and Injunctive Relief. Dkt. 9. On October 25, 2019, Defendants filed a motion to dismiss certain claims asserted in the First Amended Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Dkt. 16. Defendants' motion to dismiss was noticed for December 16, 2019. Plaintiffs' filed their opposition to Defendants' motion to dismiss on December 4, 2019. Dkt. 21.

4. Prior to filing Plaintiffs' opposition to Defendants' notice to dismiss, Plaintiffs informed Defendants' of their intent to file a motion for preliminary injunction. Defendants' counsel indicated that they would like to discuss the briefing and hearing schedule because it would be difficult to adequately brief their opposition due to the Christmas and New Years holidays. Because Plaintiffs preliminary injunction motion was extensive, Plaintiffs filed the Joint Motion for Leave to File Excess Pages of Briefs Regarding Plaintiff's Motion for Preliminary Injunction on November 19, 2019. Dkt. 17. Defendants were aware of and joined in this motion.

5. This Court subsequently granted Plaintiffs' Joint Motion to exceed the page limit on November 20, 2019. On that same day, this Court issued a Notice of Change of Hearing regarding Defendants' Motion to Dismiss to December 18, 2019. Dkt. 19.

6.     Plaintiffs filed their Opposition to Defendants' Motion to Dismiss on December 4, 2019.

7.     On December 6, 2019, Plaintiffs filed their Motion for Preliminary Injunction and Declaratory Relief. The Court provided Plaintiffs with the January 16, 2020 hearing date for this motion.

8.     On December 9, 2019, Defendants' counsel initiated contact to extend the briefing and hearing schedule of both Plaintiffs' preliminary injunction motion and Defendants' motion to dismiss. Plaintiffs' agreed to extend both briefing and hearing schedules to January 30, 2020. The draft joint motion and stipulation went through several revisions before filing. Attached hereto as **Exhibit 1** are true and correct copies of counsels' email exchanges regarding the joint motion.

9.     On December 10, 2019, this Court issued a Notice changing the hearing date for Defendants' motion to dismiss to January 16, 2020. Dkt. 23. On that same day, Defendants' counsel verbally indicated that Defendants would also be seeking a motion to stay the case.

10.    During the time in which parties were revising the joint motion to further continue the briefing and hearing schedules, Defendants filed their motion to stay proceedings on December 13, 2019 (Dkt. 25) and informed Plaitniffs' counsel that they would seek an ex parte motion to stay the preliminary injunction and motion to dismiss pending this Court's ruling on Defendants' motion to stay.

11.    After finalizing the joint motion, Defendants filed the motion on December 18, 2019.

12.    On December 19, 2019, Defendants filed an *Ex Parte* Motion to Stay Defendants' motion to dismiss and Plaintiffs preliminary injunction motion.

13.    As can be seen in counsels' correspondence, Plaintiffs' counsel was not dilatory in the meet and confer process. Plaintiffs entered into good faith discussions to extend the briefing and hearing schedules of the preliminary injunction motion and

motion to dismiss because of Defendants' counsel's concern of work during the holiday season. Plaintiffs joined in this motion, which was granted.

14.     While finalizing the joint motion (Dkt. 26), Defendants' counsel wanted to add language in the joint motion that would indicate Plaintiffs' consent/agreement to hearing dates beyond January 30, 2020. Plaintiffs informed Defendants that this was never agreed to and that the Joint Motion needed to specifically request a date of January 30, 2020. See **Exhibit 1**.

15.     Notably, although Defendants counsel indicated that Defendants were likely to file a motion to stay the case when Plaintiffs first filed their original complaint in August, and again after Plaintiffs filed their first amended complaint in September, Defendants waited until December 13, 2019 to file the motion. This occurred only after Plaintiffs filed their extensive motion for preliminary injunction motion and after Plaintiffs filed their opposition to Defendants' motion to dismiss.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on December 23, 2019.


*/s/ John W. Dillon*
John W. Dillon

- 3 -

1
2
3

## EXHIBITS
## TABLE OF CONTENTS

4
5

| **Exhibit** | **Description** | **Page(s)** |
|---|---|---|
| 1 | Email correspondence between Plaintiffs' and Defendants' counsels | 0001-0024 |

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

Exhibit 1
0001

**Alexandria M. Gibson**

| | |
|---|---|
| **From:** | John D. Echeverria <John.Echeverria@doj.ca.gov> |
| **Sent:** | Tuesday, November 19, 2019 3:32 PM |
| **To:** | John Dillon |
| **Cc:** | George Lee |
| **Subject:** | RE: Miller v. Becerra - Joint Motion to Exceed Page Limit |
| **Attachments:** | 2019-11-19 Motion to Exceed Page Limit (AGO).doc; 2019-11-19 Proposed Order Granting Page Limit Extention (AGO).doc |

John,

Attached are our revisions to the motion and proposed order.  If you have no additional changes, you may add my electronic signature by consent and file on my behalf.  Let me know when you and George are available to discuss the hearing date and briefing schedule.

Thanks,

John

---

**From:** John Dillon <JDillon@gdandb.com>
**Sent:** Tuesday, November 19, 2019 1:49 PM
**To:** John D. Echeverria <John.Echeverria@doj.ca.gov>
**Cc:** George Lee <gml@seilerepstein.com>
**Subject:** Miller v. Becerra - Joint Motion to Exceed Page Limit

John:

Attached are word versions of the proposed joint motion to exceed the page limit for Plaintiffs' preliminary injunction motion and the proposed order. Please review and send back any comments or revisions you may have in redline. I will finalize and file with the Court today.

Thanks,

- John


John W. Dillon
760.431.9501
www.cafirearmslaw.com
*For updates and news on California firearms laws and regulations, listen to me on **"Gun Sports Radio"** every Sunday on **AM 1170 The Answer - KCBQ***

**Exhibit 1**
**0002**

**Alexandria M. Gibson**

| | |
|---|---|
| **From:** | John D. Echeverria <John.Echeverria@doj.ca.gov> |
| **Sent:** | Monday, December 9, 2019 2:22 PM |
| **To:** | George Lee; John Dillon |
| **Subject:** | Miller v. Becerra - Preliminary Injunction Motion |

George and John,

Are both of you available today to discuss the scheduling of the hearing and briefing schedule for the preliminary injunction motion, which was filed last Friday?  As I discussed with John by phone this morning, the January 16, 2020 hearing date will cause significant scheduling issues for our office and for our expert witnesses; we will need more time, and I would like to work out an agreement with you on a date and schedule that is convenient for all parties.

Thanks,
John

_____

John D. Echeverria
Deputy Attorney General
Office of the California Attorney General
Department of Justice
300 S. Spring Street, Suite 1702
Los Angeles, California 90013
Tel: (213) 269-6249
Fax: (916) 731-2124

*\*\*Please note new telephone number, effective immediately\*\**

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**Exhibit 1**
**0003**
1

**Alexandria M. Gibson**

| | |
|---|---|
| **From:** | John D. Echeverria <John.Echeverria@doj.ca.gov> |
| **Sent:** | Monday, December 9, 2019 2:45 PM |
| **To:** | George Lee |
| **Cc:** | John Dillon |
| **Subject:** | RE: Miller v. Becerra - Preliminary Injunction Motion |

Thanks, George.  I look forward to hearing from John.

John

---

**From:** George Lee <gml@seilerepstein.com>
**Sent:** Monday, December 9, 2019 2:26 PM
**To:** John D. Echeverria <John.Echeverria@doj.ca.gov>
**Cc:** John Dillon <JDillon@gdandb.com>
**Subject:** Re: Miller v. Becerra - Preliminary Injunction Motion

John: I am not available today, but I've been discussing with John D. & he will be getting back to you on this, hopefully today.

George M. Lee
SEILER EPSTEIN LLP | Tel. (415) 979-0500

---

**From:** "John D. Echeverria" <John.Echeverria@doj.ca.gov>
**Date:** Monday, December 9, 2019 at 2:22 PM
**To:** George Lee <gml@seilerepstein.com>, John Dillon <JDillon@gdandb.com>
**Subject:** Miller v. Becerra - Preliminary Injunction Motion

George and John,

Are both of you available today to discuss the scheduling of the hearing and briefing schedule for the preliminary injunction motion, which was filed last Friday?  As I discussed with John by phone this morning, the January 16, 2020 hearing date will cause significant scheduling issues for our office and for our expert witnesses; we will need more time, and I would like to work out an agreement with you on a date and schedule that is convenient for all parties.

Thanks,
John

John D. Echeverria
Deputy Attorney General
Office of the California Attorney General
Department of Justice
300 S. Spring Street, Suite 1702
Los Angeles, California 90013
Tel: (213) 269-6249
Fax: (916) 731-2124

Exhibit 1
0004

**Please note new telephone number, effective immediately**

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**Alexandria M. Gibson**

| | |
|---|---|
| **From:** | John D. Echeverria <John.Echeverria@doj.ca.gov> |
| **Sent:** | Wednesday, December 11, 2019 10:09 AM |
| **To:** | John Dillon |
| **Cc:** | George Lee |
| **Subject:** | RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule |

Hi John,

Just to be clear, we will be filing a noticed motion to stay the case with a hearing date likely in mid-January 2020.  The ex parte application will be filed later and will be limited to our request to continue the preliminary injunction hearing and briefing deadlines until the Court has ruled on our motion to stay.  I will prepare a joint motion to continue the preliminary injunction hearing per our agreement, which I will send to you for review.

Thanks,
John

---

**From:** John Dillon <JDillon@gdandb.com>
**Sent:** Tuesday, December 10, 2019 4:07 PM
**To:** John D. Echeverria <John.Echeverria@doj.ca.gov>
**Cc:** George Lee <gml@seilerepstein.com>
**Subject:** Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule

John:

I wanted to get back to you after conferring with our clients and co-counsel regarding our call earlier today.

First, to summarize our earlier discussion, in light of the holidays, we offered to extend the briefing and hearing schedule for the preliminary injunction motion to January 30, 2020. The deadline for Defendants' opposition would be January 16, 2020, and Plaintiffs' reply would be due on January 23, 2020. Our proposal was conditioned on Defendants' stipulating not to argue undue delay regarding the extension of the briefing and hearing schedule.

You indicated that Defendants were in general agreement with those dates and our condition. However, you also stated that Defendants would seek an *ex parte* motion to stay the case. As an alternative to filing a joint motion/stipulation on the preliminary injunction briefing and hearing schedule, you offered to stipulate to these dates in your *ex parte* application if the Court were to deny your motion to stay.

We are willing to stipulate to extending the briefing and hearing schedule for the preliminary injunction with the same condition referenced above. However, we feel it would be best to separate this stipulation from your *ex parte* stay application. We want to keep the issues separate because we agree to the continuance for the preliminary injunction motion, but will oppose your stay application. Combining the two makes it potentially confusing and unnecessary. Lastly, we appreciate you providing the "heads-up" as to the *ex parte* stay application.

Kindly prepare the proposed injunction stipulation; and let us know your timing on the *ex parte* stay application.

Thanks,

-   John D.

**Exhibit 1**
**0006**

**Alexandria M. Gibson**

| | |
|---|---|
| **From:** | John D. Echeverria <John.Echeverria@doj.ca.gov> |
| **Sent:** | Wednesday, December 11, 2019 4:45 PM |
| **To:** | John Dillon; George Lee |
| **Subject:** | RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule |
| **Attachments:** | Joint Motion to Continue Hearings.docx; Proposed Order to Continue Hearings.docx |

John and George,

Attached are a draft joint motion and a proposed order for your review.  Let me know if you have any comments or if I
authorization to sign and file for one of you.

Thanks,

John

**From:** John Dillon <JDillon@gdandb.com>
**Sent:** Tuesday, December 10, 2019 4:07 PM
**To:** John D. Echeverria <John.Echeverria@doj.ca.gov>
**Cc:** George Lee <gml@seilerepstein.com>
**Subject:** Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule

John:

I wanted to get back to you after conferring with our clients and co-counsel regarding our call earlier today.

First, to summarize our earlier discussion, in light of the holidays, we offered to extend the briefing and hearing
schedule for the preliminary injunction motion to January 30, 2020. The deadline for Defendants' opposition
would be January 16, 2020, and Plaintiffs' reply would be due on January 23, 2020. Our proposal was
conditioned on Defendants' stipulating not to argue undue delay regarding the extension of the briefing and
hearing schedule.

You indicated that Defendants were in general agreement with those dates and our condition. However, you
also stated that Defendants would seek an *ex parte* motion to stay the case. As an alternative to filing a joint
motion/stipulation on the preliminary injunction briefing and hearing schedule, you offered to stipulate to
these dates in your *ex parte* application if the Court were to deny your motion to stay.

We are willing to stipulate to extending the briefing and hearing schedule for the preliminary injunction with
the same condition referenced above. However, we feel it would be best to separate this stipulation from your
*ex parte* stay application. We want to keep the issues separate because we agree to the continuance for the
preliminary injunction motion, but will oppose your stay application. Combining the two makes it potentially
confusing and unnecessary. Lastly, we appreciate you providing the "heads-up" as to the *ex parte* stay
application.

Kindly prepare the proposed injunction stipulation; and let us know your timing on the *ex parte* stay
application.

Thanks,

-   John D.

**Exhibit** 1
**0007**

**Alexandria M. Gibson**

| | |
|---|---|
| **From:** | John D. Echeverria <John.Echeverria@doj.ca.gov> |
| **Sent:** | Friday, December 13, 2019 11:16 AM |
| **To:** | John Dillon; George Lee |
| **Subject:** | RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule |
| **Attachments:** | Joint Motion to Continue Hearings.docx; Proposed Order to Continue Hearings.docx |

John and George,

Following up on the attached joint motion.  Let me know if we can file or if you have comments.  Thanks.

John

**From:** John D. Echeverria
**Sent:** Wednesday, December 11, 2019 4:45 PM
**To:** 'John Dillon' <JDillon@gdandb.com>; George Lee <gml@seilerepstein.com>
**Subject:** RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule

John and George,

Attached are a draft joint motion and a proposed order for your review.  Let me know if you have any comments or if I authorization to sign and file for one of you.

Thanks,

John

**From:** John Dillon <JDillon@gdandb.com>
**Sent:** Tuesday, December 10, 2019 4:07 PM
**To:** John D. Echeverria <John.Echeverria@doj.ca.gov>
**Cc:** George Lee <gml@seilerepstein.com>
**Subject:** Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule

John:

I wanted to get back to you after conferring with our clients and co-counsel regarding our call earlier today.

First, to summarize our earlier discussion, in light of the holidays, we offered to extend the briefing and hearing schedule for the preliminary injunction motion to January 30, 2020. The deadline for Defendants' opposition would be January 16, 2020, and Plaintiffs' reply would be due on January 23, 2020. Our proposal was conditioned on Defendants' stipulating not to argue undue delay regarding the extension of the briefing and hearing schedule.

You indicated that Defendants were in general agreement with those dates and our condition. However, you also stated that Defendants would seek an *ex parte* motion to stay the case. As an alternative to filing a joint motion/stipulation on the preliminary injunction briefing and hearing schedule, you offered to stipulate to these dates in your *ex parte* application if the Court were to deny your motion to stay.

**Exhibit 1**
**0008**

We are willing to stipulate to extending the briefing and hearing schedule for the preliminary injunction with the same condition referenced above. However, we feel it would be best to separate this stipulation from your *ex parte* stay application. We want to keep the issues separate because we agree to the continuance for the preliminary injunction motion, but will oppose your stay application. Combining the two makes it potentially confusing and unnecessary. Lastly, we appreciate you providing the "heads-up" as to the *ex parte* stay application.

Kindly prepare the proposed injunction stipulation; and let us know your timing on the *ex parte* stay application.

Thanks,

- John D.

John W. Dillon
760.431.9501
www.cafirearmslaw.com
*For updates and news on California firearms laws and regulations, listen to me on **"Gun Sports Radio"** every Sunday on **AM 1170 The Answer - KCBQ***



**NOTICE:** This communication and any attached document(s) are privileged and confidential. In addition, any disclosure of this transmission does not compromise or waive the attorney-client privilege or the work product doctrine. If you have received this communication in error, please delete it and contact me at jdillon@gdandb.com.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**Exhibit 1**
**0009**

## Alexandria M. Gibson

| | |
|---|---|
| **From:** | John D. Echeverria <John.Echeverria@doj.ca.gov> |
| **Sent:** | Friday, December 13, 2019 11:44 AM |
| **To:** | John Dillon |
| **Cc:** | George Lee |
| **Subject:** | RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule |

Hi John,

I'll keep an eye out for your comments on the joint motion.  Relatedly, we are planning to file our motion to stay the case.  Given that we are trying to continue the PI and motion to dismiss hearings to 1/30, would you have an objection to us noticing the stay motion for 1/30 as well?  Also, as a reminder, we may apply ex parte to continue the PI hearing and motion to dismiss pending resolution of the forthcoming stay motion, but I will be in touch with you in advance of any such application.

Thanks,
John

**From:** John Dillon <JDillon@gdandb.com>
**Sent:** Friday, December 13, 2019 11:34 AM
**To:** John D. Echeverria <John.Echeverria@doj.ca.gov>
**Cc:** George Lee <gml@seilerepstein.com>
**Subject:** Re: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule

John:

I have a few revisions. I will be sending it to you shortly.

- John D.

Sent from my iPhone

> On Dec 13, 2019, at 11:15 AM, John D. Echeverria <John.Echeverria@doj.ca.gov> wrote:
>
> John and George,
>
> Following up on the attached joint motion.  Let me know if we can file or if you have comments.  Thanks.
>
> John

**From:** John D. Echeverria
**Sent:** Wednesday, December 11, 2019 4:45 PM

**Exhibit 1**
1
**0010**

**Alexandria M. Gibson**

| | |
|---|---|
| **From:** | John D. Echeverria <John.Echeverria@doj.ca.gov> |
| **Sent:** | Friday, December 13, 2019 3:41 PM |
| **To:** | John Dillon |
| **Cc:** | George Lee |
| **Subject:** | RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule |

John,

I'm unable to notice the motion to stay well before the January 30 date.  I called the court clerk today, and January 27 is the first available date he gave me.  It also sounds like January 30 may not work for the Court either.  My plan is to file the motion to stay today, noticing it for hearing on January 27, 2020.  I will send you a revised joint motion/stipulation reflecting that the motion has been filed and that we are seeking a continuance to January 30, 2020 for the PI motion and motion to dismiss hearings, or any date thereafter that is convenient for the Court.  In all likelihood, we will have to file the joint motion early next week (preferably, Monday).  If you want to stipulate to a longer continuance of the PI/MTD hearings to build in more time for the Court to resolve the stay motion first, I'm happy to agree to that.  Otherwise, we will, at a minimum, need the two-week continuance and may apply ex parte next week to continue the PI/MTD hearings until the Court has ruled on the stay motion.

Let me know if you would like to discuss on the phone.

Thanks,
John

_____

John D. Echeverria
Deputy Attorney General
Office of the California Attorney General
Department of Justice
300 S. Spring Street, Suite 1702
Los Angeles, California 90013
Tel: (213) 269-6249
Fax: (916) 731-2124

**\*\*Please note new telephone number, effective immediately\*\***

**From:** John Dillon <JDillon@gdandb.com>
**Sent:** Friday, December 13, 2019 3:29 PM
**To:** John D. Echeverria <John.Echeverria@doj.ca.gov>
**Cc:** George Lee <gml@seilerepstein.com>
**Subject:** RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule

John:

If you intend to file the motion to stay, it should be noticed well before the January 30, 2020 preliminary injunction and motion to dismiss hearing date.

Exhibit 1
0011

**Alexandria M. Gibson**

| | |
|---|---|
| **From:** | John D. Echeverria <John.Echeverria@doj.ca.gov> |
| **Sent:** | Friday, December 13, 2019 4:33 PM |
| **To:** | efile_benitez@casd.uscourts.gov |
| **Cc:** | John Dillon; George Lee |
| **Subject:** | 19cv1537 - Order Staying Proceedings Pending Resolution of Related Appeals |
| **Attachments:** | Miller v. Becerra (19-cv-1537-BEN-JLB) - Proposed Order.docx |

Attached please find the proposed order in connection with the Motion to Stay Proceedings Pending Resolution of Related Appeals (Dkt. 25), which was filed today.

Regards,
John Echeverria

---

John D. Echeverria
Deputy Attorney General
Office of the California Attorney General
Department of Justice
300 S. Spring Street, Suite 1702
Los Angeles, California 90013
Tel: (213) 269-6249
Fax: (916) 731-2124

**\*\*Please note new telephone number, effective immediately\*\***

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**Alexandria M. Gibson**

| | |
|---|---|
| **From:** | John D. Echeverria <John.Echeverria@doj.ca.gov> |
| **Sent:** | Friday, December 13, 2019 4:43 PM |
| **To:** | John Dillon |
| **Cc:** | George Lee |
| **Subject:** | RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule |
| **Attachments:** | Joint Motion to Continue Hearings (AGO Rev. 12-13-19).docx |

Hi John,

As you may have seen, Defendants have filed the motion to stay, which is noticed for hearing on January 27, 2020, which was the first available hearing date provided by the Court. Attached is a redline against the version you sent, which includes our additional revisions to reflect the filing of the stay motion among some other changes. Let me know if you have any comments or if this is acceptable to file.

Thanks and have a good weekend,

John


**From:** John Dillon <JDillon@gdandb.com>
**Sent:** Friday, December 13, 2019 3:17 PM
**To:** John D. Echeverria <John.Echeverria@doj.ca.gov>
**Cc:** George Lee <gml@seilerepstein.com>
**Subject:** RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule


John:

Attached is a redline and clean version of the proposed joint motion/stipulation.

- John D.



John W. Dillon
760.431.9501
www.cafirearmslaw.com
*For updates and news on California firearms laws and regulations, listen to me on **"Gun Sports Radio"** every Sunday on **AM 1170 The Answer - KCBQ***



**Exhibit 1**
**0013**

**Alexandria M. Gibson**

| | |
|---|---|
| **From:** | John D. Echeverria <John.Echeverria@doj.ca.gov> |
| **Sent:** | Tuesday, December 17, 2019 3:28 PM |
| **To:** | John Dillon |
| **Cc:** | George Lee |
| **Subject:** | FW: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule |
| **Attachments:** | Joint Motion to Continue Hearings (AGO Rev. 12-13-19).docx |

Hi John,

Just following up on the attached revised joint motion.  Let me know if you have comments or if I can file.

Thanks,

John

**From:** John D. Echeverria
**Sent:** Friday, December 13, 2019 4:43 PM
**To:** 'John Dillon' <JDillon@gdandb.com>
**Cc:** George Lee <gml@seilerepstein.com>
**Subject:** RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule

Hi John,

As you may have seen, Defendants have filed the motion to stay, which is noticed for hearing on January 27, 2020, which was the first available hearing date provided by the Court.  Attached is a redline against the version you sent, which includes our additional revisions to reflect the filing of the stay motion among some other changes.  Let me know if you have any comments or if this is acceptable to file.

Thanks and have a good weekend,

John

**From:** John Dillon <JDillon@gdandb.com>
**Sent:** Friday, December 13, 2019 3:17 PM
**To:** John D. Echeverria <John.Echeverria@doj.ca.gov>
**Cc:** George Lee <gml@seilerepstein.com>
**Subject:** RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule

John:

Attached is a redline and clean version of the proposed joint motion/stipulation.

- John D.

**Exhibit 1**
**0014**

## Alexandria M. Gibson

| | |
|---|---|
| **From:** | John D. Echeverria <John.Echeverria@doj.ca.gov> |
| **Sent:** | Wednesday, December 18, 2019 2:14 PM |
| **To:** | John Dillon; George Lee |
| **Subject:** | FW: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule |
| **Attachments:** | Joint Motion to Continue Hearings (AGO Rev. 12-13-19).docx |

John and George,

Defendants need certainty on the hearing date and briefing schedule for the preliminary injunction motion. The current January 2, 2020 deadline for our opposition poses significant scheduling difficulties, as we have discussed. We need to file the joint motion as soon as possible. Please inform me whether I have authorization to file the attached joint motion with your consent (updated to reflect today's date) or if you have further revisions. This is my third email regarding this version of the joint motion. If I don't hear back from you by 5:00 p.m. PT today, Defendants will be applying ex parte tomorrow to continue the hearing on the motion for preliminary injunction and the motion to dismiss until January 30, 2020, including the briefing schedule on both motions, as the parties have previously agreed. As an alternative, the ex parte application will ask the Court to vacate the hearing date on both motions pending the Court's ruling on Defendants' motion to stay, which I understand Plaintiffs will oppose.

If you respond by 5:00 p.m. today and we are able to file the joint motion today, Defendants still intend to apply ex parte tomorrow with a request that the Court vacate the hearing date and briefing schedule on both motions pending its ruling on the motion to stay.

Please respond as soon as possible regarding the joint motion and confirm whether Plaintiffs will oppose the ex parte application to vacate the hearing and briefing schedule on the motion for preliminary injunction and the motion to dismiss. I look forward to hearing from you.

Regards,

John Echeverria

_____

John D. Echeverria
Deputy Attorney General
Office of the California Attorney General
Department of Justice
300 S. Spring Street, Suite 1702
Los Angeles, California 90013
Tel: (213) 269-6249
Fax: (916) 731-2124

***Please note new telephone number, effective immediately***

**From:** John D. Echeverria
**Sent:** Tuesday, December 17, 2019 3:28 PM
**To:** 'John Dillon' <JDillon@gdandb.com>
**Cc:** George Lee <gml@seilerepstein.com>
**Subject:** FW: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule

**Exhibit 1**
**0015**

**Alexandria M. Gibson**

| | |
|---|---|
| **From:** | John D. Echeverria <John.Echeverria@doj.ca.gov> |
| **Sent:** | Wednesday, December 18, 2019 3:51 PM |
| **To:** | George Lee |
| **Cc:** | John Dillon |
| **Subject:** | RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule |
| **Attachments:** | RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule |

George,

I am in receipt of John's revisions to the joint motion, which I will review shortly. I believe that Plaintiffs are still misunderstanding the ex parte relief that we will be requesting. As previously explained in the attached email, the motion to stay was noticed for hearing on January 27, 2020. Defendants are not seeking a stay of the action by way of an ex parte application. Under Local Rule 7.1(e)(2), Plaintiffs' opposition to the motion to stay is currently due by January 13, 2020, which will not require Plaintiffs' to oppose the motion to stay during the holiday season. If the motion to stay poses scheduling difficulties for either your or John, I am happy to discuss an alternative hearing date on the motion to stay; I noticed the motion for hearing on January 27, 2020 because that was the date provided to me by the clerk. The ex parte application will be limited to a request to *temporarily* stay the hearing and briefing on the motion for preliminary injunction and motion to discuss until the Court has ruled on the pending motion to stay. It makes little sense, and will substantially prejudice the parties and burden the Court, if the parties brief those motions only to have the case stayed pending resolution of the *Rupp* and *Duncan* appeals. I understand that Plaintiffs oppose the motion to stay, but please confirm whether Plaintiffs also oppose a *temporary* stay while the Court considers the stay motion.

John

**From:** George Lee <gml@seilerepstein.com>
**Sent:** Wednesday, December 18, 2019 3:37 PM
**To:** John D. Echeverria <John.Echeverria@doj.ca.gov>
**Cc:** John Dillon <JDillon@gdandb.com>
**Subject:** Re: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule

Hi, John. John D. has apparently been caught up in other matters today and will be getting back to you shortly on the joint motion.

As to the ex parte application that defendants intend to present, please let us know what the basis is for having it heard as an ex parte matter, and not as a regular motion. Or perhaps you can send us the ex parte application that you have drafted up to this point. In any event, defendants' application should reflect that plaintiffs intend to oppose the application and request the opportunity to file a written response. And on this point, we will gently note the irony, given the original basis for defendants' request to continue the motion for preliminary injunction in the first place (i.e., wishing to avoid briefing during the holidays), that we are now in the position of having to oppose defendants' ex parte application, and in essence oppose the stay motion itself, during this very holiday season that you had hoped to avoid working through.

George M. Lee
SEILER EPSTEIN LLP | Tel. (415) 979-0500

Exhibit 1
0016

**Alexandria M. Gibson**

| | |
|---|---|
| **From:** | John D. Echeverria <John.Echeverria@doj.ca.gov> |
| **Sent:** | Wednesday, December 18, 2019 4:09 PM |
| **To:** | John Dillon; George Lee |
| **Subject:** | RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule |
| **Attachments:** | Proposed Order to Continue Hearings (AGO Rev 12-18-19).docx; Joint Motion to Continue Hearing (AGO Rev. 12-18-19).docx |

John and George,

Attached are further revisions to the joint motion in track changes.  I have adjusted some of the language to reflect that Defendants intend to file an ex parte application for a temporary stay of the case pending the Court's ruling on the motion to stay; I can see in John's revisions that Plaintiffs will be opposing that limited ex parte request.  Also, I have added back the language at the end allowing the Court to set the hearing for a later date, which is included at the beginning.  It was my impression during my telephone call with the clerk in advance of filing the motion to stay that January 30, 2020 may not be available for a hearing.

Please let me know as soon as possible if the changes to the attached are acceptable.  If so, I will file the joint motion as revised and email the proposed order to the Court.  We need to file this motion today.

Thanks,

John

**From:** John Dillon <JDillon@gdandb.com>
**Sent:** Wednesday, December 18, 2019 3:33 PM
**To:** John D. Echeverria <John.Echeverria@doj.ca.gov>; George Lee <gml@seilerepstein.com>
**Subject:** RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule

John:

I apologize for the delay in getting back to you. Attached is a redline and clean version of the joint motion. If you agree to our changes, we consent to it being filed. Please send us a PDF version of the filed motion. George may follow up on this issue, but yes, Plaintiffs oppose the ex parte application.

-   John

John W. Dillon
760.431.9501
www.cafirearmslaw.com
*For updates and news on California firearms laws and regulations, listen to me on* ***"Gun Sports Radio"*** *every Sunday on* ***AM 1170 The Answer - KCBQ***

**Exhibit 1**
**0017**

**Alexandria M. Gibson**

| | |
|---|---|
| **From:** | John D. Echeverria <John.Echeverria@doj.ca.gov> |
| **Sent:** | Wednesday, December 18, 2019 5:07 PM |
| **To:** | John Dillon; George Lee |
| **Subject:** | RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule |

John, it looks like you have removed the line "or any date thereafter that is convenient for the Court" on the last page, which is included on the first page. Can I add that back in? Otherwise your changes are fine.

**From:** John Dillon <JDillon@gdandb.com>
**Sent:** Wednesday, December 18, 2019 4:58 PM
**To:** John D. Echeverria <John.Echeverria@doj.ca.gov>; George Lee <gml@seilerepstein.com>
**Subject:** RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule

John:

Attached is a redline and clean version of the most recently revised joint motion. If the following changes are accepted, you have our consent to file.

- John

John W. Dillon
760.431.9501
www.cafirearmslaw.com
*For updates and news on California firearms laws and regulations, listen to me on **"Gun Sports Radio"** every Sunday on **AM 1170 The Answer - KCBQ***



**NOTICE:** This communication and any attached document(s) are privileged and confidential. In addition, any disclosure of this transmission does not compromise or waive the attorney-client privilege or the work product doctrine. If you have received this communication in error, please delete it and contact me at jdillon@gdandb.com.

**Exhibit 1**
**0018**

## Alexandria M. Gibson

| | |
|---|---|
| **From:** | John D. Echeverria <John.Echeverria@doj.ca.gov> |
| **Sent:** | Wednesday, December 18, 2019 5:12 PM |
| **To:** | John Dillon; George Lee |
| **Subject:** | RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule |
| **Attachments:** | Joint Motion to Continue Hearing (AGO Rev. 12-18-19 510pm).docx |

John,

I need to confirm that you are OK with adding the line "or any date thereafter that is convenient for the Court" into the last page of the joint motion.  Attached is a redline reflecting that change.  Otherwise, your changes are acceptable.  Do I have authorization to file?

John

**From:** John Dillon <JDillon@gdandb.com>
**Sent:** Wednesday, December 18, 2019 4:58 PM
**To:** John D. Echeverria <John.Echeverria@doj.ca.gov>; George Lee <gml@seilerepstein.com>
**Subject:** RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule

John:

Attached is a redline and clean version of the most recently revised joint motion. If the following changes are accepted, you have our consent to file.

-   John

John W. Dillon
760.431.9501
www.cafirearmslaw.com
*For updates and news on California firearms laws and regulations, listen to me on* **"Gun Sports Radio"** *every Sunday on* **AM 1170 The Answer - KCBQ**



**Exhibit 1**
**0019**

**Alexandria M. Gibson**

| | |
|---|---|
| **From:** | John D. Echeverria <John.Echeverria@doj.ca.gov> |
| **Sent:** | Wednesday, December 18, 2019 5:23 PM |
| **To:** | John Dillon |
| **Cc:** | George Lee |
| **Subject:** | RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule |

As I explained earlier, it does not appear that a January 30, 2020 hearing date will work for the Court. I am concerned that the Court will simply deny the motion given that we are asking the Court to set a hearing on a particular day. The version I sent last Friday included this language in an attempt to accommodate the Court. What if we say "or the earliest date thereafter that is convenient for the Court"?

**From:** John Dillon <JDillon@gdandb.com>
**Sent:** Wednesday, December 18, 2019 5:20 PM
**To:** John D. Echeverria <John.Echeverria@doj.ca.gov>
**Cc:** George Lee <gml@seilerepstein.com>
**Subject:** Re: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule

Sorry I would like that removed entirely. We do not agree to a date after January 30, 2020.

- John

Sent from my iPhone

On Dec 18, 2019, at 5:07 PM, John D. Echeverria <John.Echeverria@doj.ca.gov> wrote:

John, it looks like you have removed the line "or any date thereafter that is convenient for the Court" on the last page, which is included on the first page. Can I add that back in? Otherwise your changes are fine.

**From:** John Dillon <JDillon@gdandb.com>
**Sent:** Wednesday, December 18, 2019 4:58 PM
**To:** John D. Echeverria <John.Echeverria@doj.ca.gov>; George Lee <gml@seilerepstein.com>
**Subject:** RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule

John:

Attached is a redline and clean version of the most recently revised joint motion. If the following changes are accepted, you have our consent to file.

- John

**Exhibit 1**
**0020**

## Alexandria M. Gibson

| | |
|---|---|
| **From:** | John D. Echeverria <John.Echeverria@doj.ca.gov> |
| **Sent:** | Wednesday, December 18, 2019 5:29 PM |
| **To:** | John Dillon |
| **Cc:** | George Lee |
| **Subject:** | RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule |

John,

Please let me know whether I can file the joint motion.  I can include the language that I proposed—"or the earliest date thereafter that is convenient for the Court" (underlined word added)—or if that still concerns you, I can include "or the earliest available hearing date thereafter that is convenient for the Court" (underlined phrase added).  The second option may be more preferable to you.  Please respond as soon as possible, as we need to get this on file today.

John

**From:** John Dillon <JDillon@gdandb.com>
**Sent:** Wednesday, December 18, 2019 5:20 PM
**To:** John D. Echeverria <John.Echeverria@doj.ca.gov>
**Cc:** George Lee <gml@seilerepstein.com>
**Subject:** Re: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule

Sorry I would like that removed entirely. We do not agree to a date after January 30, 2020.

- John

Sent from my iPhone

On Dec 18, 2019, at 5:07 PM, John D. Echeverria <John.Echeverria@doj.ca.gov> wrote:

John, it looks like you have removed the line "or any date thereafter that is convenient for the Court" on the last page, which is included on the first page.  Can I add that back in?  Otherwise your changes are fine.

**From:** John Dillon <JDillon@gdandb.com>
**Sent:** Wednesday, December 18, 2019 4:58 PM
**To:** John D. Echeverria <John.Echeverria@doj.ca.gov>; George Lee <gml@seilerepstein.com>
**Subject:** RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule

John:

Attached is a redline and clean version of the most recently revised joint motion. If the following changes are accepted, you have our consent to file.

**Alexandria M. Gibson**

| | |
|---|---|
| **From:** | John D. Echeverria <John.Echeverria@doj.ca.gov> |
| **Sent:** | Wednesday, December 18, 2019 5:42 PM |
| **To:** | John Dillon |
| **Cc:** | George Lee |
| **Subject:** | RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule |
| **Attachments:** | Joint Motion to Continue Hearing (AGO Rev. 12-18-19 539pm).docx; Proposed Order to Continue Hearings (AGO Rev 12-18-19).docx |

John,

I don't find your position to be reasonable, especially where the language was included in several iterations of the motion.  Nevertheless, as you are aware, Defendants are in need of immediate relief due to the hearing date that you have selected, so I'm attaching the revised joint motion per your instructions along with the proposed order.  Please confirm I can file asap.

John

**From:** John Dillon <JDillon@gdandb.com>
**Sent:** Wednesday, December 18, 2019 5:36 PM
**To:** John D. Echeverria <John.Echeverria@doj.ca.gov>
**Cc:** George Lee <gml@seilerepstein.com>
**Subject:** Re: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule

John:

We agreed that we would extend the hearing date to January 30, 2020. We are not agreeing to a date thereafter. If the 30th does not work for the Court, then the Court will decide on what date we will get. However, our joint motion/stipulation is only for January 30, 2020.

The motion needs to reflect this before filing.

- John D.

Sent from my iPhone

On Dec 18, 2019, at 5:22 PM, John D. Echeverria <John.Echeverria@doj.ca.gov> wrote:

As I explained earlier, it does not appear that a January 30, 2020 hearing date will work for the Court.  I am concerned that the Court will simply deny the motion given that we are asking the Court to set a

**Exhibit 1**
**0022**

**Alexandria M. Gibson**

| | |
|---|---|
| **From:** | John D. Echeverria <John.Echeverria@doj.ca.gov> |
| **Sent:** | Wednesday, December 18, 2019 5:49 PM |
| **To:** | John Dillon |
| **Cc:** | George Lee |
| **Subject:** | RE: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule |

Thank you.

**From:** John Dillon <JDillon@gdandb.com>
**Sent:** Wednesday, December 18, 2019 5:48 PM
**To:** John D. Echeverria <John.Echeverria@doj.ca.gov>
**Cc:** George Lee <gml@seilerepstein.com>
**Subject:** Re: Miller v. Becerra Preliminary Injunction Briefing and Hearing Schedule

John:

The revised motion and proposed order are acceptable. You have our consent to file the motion as revised.

Thank you,

- John D.

Sent from my iPhone

On Dec 18, 2019, at 5:41 PM, John D. Echeverria <John.Echeverria@doj.ca.gov> wrote:

John,

I don't find your position to be reasonable, especially where the language was included in several iterations of the motion. Nevertheless, as you are aware, Defendants are in need of immediate relief due to the hearing date that you have selected, so I'm attaching the revised joint motion per your instructions along with the proposed order. Please confirm I can file asap.

John

**From:** John Dillon <JDillon@gdandb.com>
**Sent:** Wednesday, December 18, 2019 5:36 PM
**To:** John D. Echeverria <John.Echeverria@doj.ca.gov>

**Exhibit 1**
**0023**

## Alexandria M. Gibson

| | |
|---|---|
| **From:** | John D. Echeverria <John.Echeverria@doj.ca.gov> |
| **Sent:** | Thursday, December 19, 2019 3:15 PM |
| **To:** | John Dillon; George Lee |
| **Subject:** | FW: Activity in Case 3:19-cv-01537-BEN-JLB Miller et al v. Becerra et al Motion to Stay |
| **Attachments:** | Doc 27 - Defendants' Ex Parte Application for Temporary Stay.pdf; Doc 27-1 - Declaration of John D. Echeverria.pdf; Doc 27-2 - Proof of Service.pdf; Doc 26 - Joint Motion to Continue.pdf |

| | |
|---|---|
| **Importance:** | High |

John and George,

Attached please find as-filed copies the Defendants' ex parte application to temporarily stay the hearing and briefing schedule on the motion for preliminary injunction and motion to dismiss pending the Court's ruling on the motion to stay, which was just electronically filed.  I'm also attaching an as-filed copy of the joint motion that was filed last night for your convenience.

Regards,
John Echeverria

---

John D. Echeverria
Deputy Attorney General
Office of the California Attorney General
Department of Justice
300 S. Spring Street, Suite 1702
Los Angeles, California 90013
Tel: (213) 269-6249
Fax: (916) 731-2124

**Please note new telephone number, effective immediately**

**From:** efile_information@casd.uscourts.gov <efile_information@casd.uscourts.gov>
**Sent:** Thursday, December 19, 2019 3:10 PM
**To:** efile_information@casd.uscourts.gov
**Subject:** Activity in Case 3:19-cv-01537-BEN-JLB Miller et al v. Becerra et al Motion to Stay

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.