1  XAVIER BECERRA
   Attorney General of California
2  State Bar No. 118517
   MARK R. BECKINGTON
3  Supervising Deputy Attorney General
   State Bar No. 126009
4  PETER H. CHANG
   Deputy Attorney General
5  State Bar No. 241467
   JOHN D. ECHEVERRIA
6  Deputy Attorney General
   State Bar No. 268843
7   300 South Spring Street, Suite 1702
   Los Angeles, CA  90013
8   Telephone:  (213) 269-6249
   Fax:  (916) 731-2124
9   E-mail:  John.Echeverria@doj.ca.gov
   *Attorneys for Defendants Xavier Becerra, in*
10 *his official capacity as Attorney General of*
   *the State of California, and Brent E. Orick,*
11 *in his official capacity as Interim Director of*
   *the Department of Justice Bureau of*
12 *Firearms*

13            IN THE UNITED STATES DISTRICT COURT

14          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15

16

17

| | |
|---|---|
| **JAMES MILLER, et al.,** | 19-cv-1537 BEN-JLB |
| Plaintiffs, | |
| v. | **DECLARATION OF CHRISTOPHER B. COLWELL, M.D., IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |
| **CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,** | |
| Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF CHRISTOPHER B. COLWELL, M.D.

I, Christopher B. Colwell, declare:

1.      I am the Chief of Emergency Medicine at Zuckerberg San Francisco General Hospital and Trauma Center and Professor and Vice Chair in the Department of Emergency Medicine at the University of California at San Francisco School of Medicine.  I am over the age of 18, and I make this declaration in support of Defendants' opposition to Plaintiffs' motion for a preliminary injunction.  This declaration is based on my own personal knowledge and experience, and if called as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

## BACKGROUND AND QUALIFICATIONS

2.      I am currently the Chief of Emergency Medicine at Zuckerberg San Francisco General Hospital and Trauma Center and Professor and Vice Chair in the Department of Emergency Medicine at the University of California at San Francisco School of Medicine.  I was previously the Chief of Emergency Medicine at Denver Health Medical Center and Professor and Executive Vice Chair in the Department of Emergency Medicine at the University of Colorado School of Medicine.  I received my Emergency Medicine training at Denver General Hospital in the Denver Affiliated Residency in Emergency Medicine and am board certified by American Board of Emergency Medicine (ABEM) in both Emergency Medicine and Emergency Medical Service (EMS).  I am licensed to practice medicine in the states of California and Colorado.

3.      I have over 25 years of experience treating gunshot wound victims in the Emergency Department at large urban level I trauma centers and in that time have treated over a thousand patients with gunshot wounds.  I am qualified to offer opinions as to the physiologic trauma caused by gunshot wounds and other penetrating injuries.

4. I have provided expert testimony in *Worman v. Healey*, No. 1:17-cv-10107-WGY (D. Mass. Nov. 8, 2017) (by deposition), and *Rupp v. Becerra*, No. 8:17-cv-00746-JLS-JDE (C.D. Cal. Dec. 20, 2018) (by deposition).

5. A list of my work history, educational background, publications, expert witness testimony, is included in my curriculum vitae, which is attached to this report.

## OPINIONS

6. I have experienced first-hand the extensive damage caused by assault weapons, and I have witnessed both victims and on occasion even shooters experience the horror of what these weapons can do.

7. In one instance, a man who had shot his girlfriend with an assault rifle said he had had no idea how destructive assault weapons can be. He admitted to me that he had used a newly acquired AR-15 in the shooting. I have seen the devastating impact these events have on the lives of my patients and their families. I have spoken extensively around the country on the experience of caring for victims of mass shootings and have testified as the treating physician on multiple occasions to describe the extent of injuries due to gunshot wounds from all weapons, including assault weapons, in criminal trials. I was subpoenaed in these cases by the prosecuting district attorney and was not compensated for that testimony.

8. Firearm injuries are an important public health problem in the United States, accounting for more than 30,000 deaths each year in addition to significant illness and disability. I have extensive experience with the different wounds caused by assault and non-assault weapons and the consistently more serious nature of the injuries from assault weapons. Gunshot wounds from assault weapons, such as AR-15 platform rifles and Intratec TEC-9 pistols, tend to be higher in complexity with higher complication rates than such injuries from non-assault weapons, increasing the likelihood of morbidity in patients that present injuries from assault

2

1   weapons.  In my experience, assault weapons tend to cause far greater damage to

2   the muscles, bones, soft tissue, and vital organs.  They are too often shredded

3   beyond repair.

4       9.    My first-hand experience treating victims of gunshot wounds includes

5   being the physician at the scene of the Columbine High School shooting on

6   April 20, 1999, in which a TEC-DC 9 pistol and a Hi-Point 995 rifle were used, and

7   as an Emergency Department physician treating victims of the Aurora Theater

8   shooting on July 20, 2012, in which an AR-15 rifle was used.  I have treated many

9   other patients that have been both victims and shooters of assault weapons,

10  including AK-47s and AR-15s, and have also treated many victims and shooters of

11  non-assault weapons and other weapons.  While significant injury can certainly

12  result from non-assault weapons, my experience has been that individuals who have

13  been shot by assault weapons tend to have more wounds and injuries that are far

14  more extensive.  These weapons cause significantly more damage and have resulted

15  in higher morbidity and mortality than other weapons.

16      10.   There is no doubt in my mind that victims of assault weapons are at far

17  greater risk of both immediate and long-term complications.  These complications

18  include higher amputation rates and higher infection rates.  A vivid example was a

19  victim of a shooting from a Glock handgun who presented to our Emergency

20  Department with an elbow wound.  We were able to treat this wound and release

21  the patient from the Emergency Department.  Just three months earlier, I had seen a

22  patient shot in the exact same spot with an AK-47 and the arm needed to be

23  amputated just below the shoulder.  This is just one example of the additional

24  damage and destruction assault weapons cause, which I have witnessed in the

25  course of treating trauma patients.  In each of these examples, law enforcement

26  informed me of the weapon used in the shooting.

27      11.   Assault weapons, especially when equipped with large capacity

28  magazines that can hold 30, 50, or even 100 rounds of ammunition, can fire more

1  shots without reloading, causing more injuries per victim (and thus more

2  complications), and many of the most devastating injuries I have managed in my

3  over 25 years of experience treating gunshot wound victims.

4      12.    It is my opinion that while all weapons pose risk, assault weapons,

5  especially when equipped with large capacity magazines, pose a far greater risk to

6  the public from a medical standpoint than non-assault firearms.

7      I declare under penalty of perjury that the foregoing is true and correct.

8  Executed on January 9, 2020 at San Francisco, California.

9

10

11                                 Christopher B. Colwell, M.D.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Declaration of Christopher B. Colwell, M.D.

Curriculum Vitae
# Christopher Beall Colwell, M.D

**Current Position:**

**Chief, Department of Emergency Medicine**
**Zuckerberg San Francisco General Hospital and Trauma Center**
**Professor and Vice Chair, Department of Emergency Medicine**
**UCSF School of Medicine**

**Work Address:**

Zuckerberg San Francisco Hospital and Trauma Center
Department of Emergency Medicine
1001 Potrero Ave. #6A02
San Francisco, CA 94110

Christopher.Colwell@ucsf.edu
Phone: (415) 206-2518
Fax: (415) 206-5818

**Board Certification:**

1) American Board of Emergency Medicine 1997
   Re-certification 2007, 2017
2) American Board of Emergency Medicine – Emergency Medical Services 2015

NPI number – 1629092788
California license – G142756 (active)
Colorado license – 34341 (not active)
Michigan license – 4301059401 (not active)

**Education:**

| | |
|---|---|
| **Undergraduate:** | **University of Michigan** |
| | **Ann Arbor, Michigan** |
| | **Bachelor of Science Degree, 1988** |
| **Medical School:** | **Dartmouth Medical School** |
| | **Hanover, New Hampshire** |
| | **Medical Doctorate, 1992** |

Internship:         **St. Joseph Mercy Hospital/University of Michigan**
                               **Ann Arbor, Michigan**
                               **Transitional Medicine, 1993**

Residency:         **Denver Affiliated Residency in Emergency Medicine**
                               **Denver, Colorado, 1993-1996**
                               **Chief Resident 1995-1996**

**Academic appointments:**

1. **Professor and Vice Chair**
   **Department of Emergency Medicine**
   **University of California at San Francisco School of Medicine**
   **2016 - Present**

2. **Professor of Emergency Medicine**
   **Department of Emergency Medicine**
   **University of Colorado School of Medicine**
   **2012-2016**

3. **Executive Vice Chair, Department of Emergency Medicine, 2010 - 2016**
   **University of Colorado School of Medicine**
   **2010-2016**

4. **Associate Professor of Emergency Medicine**
   **Department of Emergency Medicine**
   **University of Colorado School of Medicine**
   **2010-2012**

5. **Associate Professor of Emergency Medicine**
   **Division of Emergency Medicine, Department of Surgery**
   **University of Colorado Health Sciences Center**
   **2004-2009**

6. **Assistant Professor of Emergency Medicine**
   **Division of Emergency Medicine, Department of Surgery**
   **University of Colorado Health Sciences Center**
   **Denver, Colorado**
   **1998-2004**

7. **Assistant Professor of Emergency Medicine**

Department of Emergency Medicine, University of Michigan School of Medicine
Ann Arbor, Michigan
1996-1998

**Clinical appointments:**

1. Chief of Emergency Medicine, 2016-present
   Department of Emergency Medicine
   Zuckerberg San Francisco General Hospital and Trauma Center
   San Francisco, California

2. Director of Emergency Medicine, 2010 – 2016
   Interim Director of the Department of Emergency Medicine, 2009-2010
   Associate Director, 2000-2009
   Attending Physician, 1998-2016
   Department of Emergency Medicine
   Denver Health
   Denver, Colorado

3. Program Director, EMS Fellowship
   2000-2012

4. Medical Director, Denver Paramedic Division
   2000-2012

5. Medical Director, Denver Fire Department
   2000-2010

6. Associate Director, Denver Paramedic Division
   1998-2000

7. Senior Associate Director, Denver Health Residency in Emergency Medicine
   2009 - 2016

8. Attending Physician, 1996-1998
   St. Joseph Mercy Hospital/University of Michigan
   Ann Arbor, Michigan

**Honors and Awards:**        2017-2018 Quarterly Resident Bedside Teaching Award
                              UCSF Department of Emergency Medicine

**Outstanding Contributions - Best Authors in Adult
Emergency Medicine
UpToDate – Wolters Kluwer
March, 2017**

**2016 Career Service Award
Denver Health and Hospital Association
Medical Staff Awards
September 21st, 2016**

**The Peter Rosen Leadership Award
Presented by the 2016 Emergency Medicine Residency
at Denver Health for Outstanding Departmental
Leadership
June 27th, 2016**

**2016 Financial Vitality Pillar Award
For largest increase in charges and revenue while
maintaining same cost
June 9th, 2016**

**Meritorious Service Award
Presented by the Colorado Chapter of the American
College of Emergency Physicians for Achievements that
have Enhanced Colorado's Health Care System and the
Profession of Emergency Medicine in Colorado.
January 20th, 2015**

**2015 Patient Safety and Quality Pillar Award
For meticulous, high-quality, and thoughtful design and
implementation of Denver Health's Ebola Preparedness
Plan
June, 2015**

**The Corey M. Slovis Award for Excellence in
Education. U.S. Metropolitan Municipalities EMS
Medical Directors Consortium, February, 2015**

**Positively Collaborative Award for outstanding
collaboration towards the improvement of Colorado's
trauma system. Trauma Program, Colorado
Department of Public Health and Environment,
January, 2012**

The Vincent J. Markovchick Program Director's Award 2011

Distinctive Service Award – Denver Paramedic Division 2010

Chief Executive Officer Special Commendation Award for expert medical leadership of Denver's 911 system, 2009

Mayor's Award of Appreciation for assistance and aid to Hurricane Katrina evacuees. 2005

Ernest E. Moore Award for Outstanding Contributions in Trauma Care, 2000

Outstanding Senior Resident, 1996

Chief Resident, Emergency Medicine Residency, 1995-1996

**Membership in professional organizations:**

1. American College of Emergency Physicians (ACEP), 1994-present
   a. Fellow, 1999-present
   b. Colorado ACEP, 1993-1996, 1998-present
   c. Michigan ACEP, 1996-1998
2. American Medical Association (AMA), 1993-2000, 2006-present
3. National Association of EMS Physicians (NAEMSP), 2002-present
4. Society for Academic Emergency Medicine (SAEM), 1995-2000, 2008-present
5. Emergency Medicine Residents Association (EMRA), 1992-1997

**Major Committee, Teaching, and Service Responsibilities:**

1. Section Editor, Traumatic Emergencies. Corependium Emergency Medicine Textbook
2. UCSF Ad Hoc Committee for Faculty Misconduct Investigations, Standing Panel. 2019 – 2022
3. San Francisco Pride Parade - Medical Coverage (with San Francisco Fire Department). June 30th, 2019
4. Medical Executive Committee, Zuckerberg San Francisco General Hospital and Trauma Center. 2016-present

5. ZSFG CPG Board of Directors. 2016-present
6. UCSF Department of Emergency Medicine Incentive Review Committee. 2016 – present
7. Zuckerberg San Francisco General Hospital and Trauma Center Trauma Peer Review Committee. 2016-present
8. Board of Directors, American College of Emergency Physicians – Colorado Chapter, 2007-2011
9. Conference Director, Annual Rocky Mountain Conference in Trauma and Emergency Medicine, 2003 – 2016
10. American Board of Emergency Medicine (ABEM) Oral Board Examiner, 2011 - present
11. Course Director, Introduction to Traumatic Emergencies, (SURG 6623) University of Colorado School of Medicine, 1999
    a. A course for second year medical students that introduces the student to selected traumatic emergencies and their management
12. Course Director, Prehospital Medicine (SURG 6626), University of Colorado at Denver School of Medicine, 2005-2016
    a. A course for first and second year medical students that introduces them to prehospital medicine and includes clinical time riding on an ambulance
13. Course Director, Flight Medicine (SURG 6628), University of Colorado at Denver School of Medicine, 2009-2016
    a. A course for second year medical students (SURG 6626 is a pre-requisite) that introduces the student to flight medicine and includes clinical time riding in a helicopter as well as fixed wing airplane transport
14. Instructor, Introduction to Traumatic Emergencies, (SURG 6623) University of Colorado School of Medicine, 1999-2016
15. Lecturer, Injury Epidemiology and Control (PRMD 6637), University of Colorado School of Medicine, 2003
16. Instructor, Emergency Medicine at Denver Health Medical Center (SURG 8005), University of Colorado School of Medicine, 1998-2016
17. Instructor, Integrated Clinicians Course (ICC) 8005: Preparing for Internship: Reading and Understanding EKGs
18. Instructor, Integrated Clinicians Course (ICC) IDPT 7003: Management of Trauma, University of Colorado School of Medicine, 2011
19. Instructor, Integrated Clinicians Course (ICC) IDPT 7004: Management of Trauma, University of Colorado School of Medicine, 2010. Lecturer and small group leader
20. Instructor, Integrated Clinicians Course (ICC) IDPT 7004: Management of Trauma, University of Colorado School of Medicine, 2009. Lecturer and small group leader
21. Member, Medical Staff Executive Committee, 2009-present
22. Member, Denver Health Executive Committee for Patient Safety and Quality, 2006-2016

23. Council Member, Colorado's Mile High Regional Emergency and Trauma Advisory Council (RETAC), Denver County appointed representative, 2000-2016
24. Committee chair, Destination and Diversion committee, Mile High RETAC 2002-2016
25. Member, State EMS Formulary Task Force, 2006 – 2009
26. Member, Pediatric Trauma Committee, 2006-present
27. Member, Rocky Mountain Center for Medical Response (RMCMR), 2002-2016
28. Member, Colorado State Advisory Council on Emergency Medical Services, 1998-2000
29. Ute Mountain Ute EMS Program medical director, 1994-1996
30. Steering Committee member, Denver Health Residency in Emergency Medicine, 1998-2016
31. Denver Health Residency in Emergency Medicine Compliance Committee, 2006-2014
32. Pharmacy and Therapeutics Committee member, Denver Health Medical Center, 1998-2006
33. EMS Education committee member, Denver Health Medical Center, 1998-2016
34. Safety Committee member, Denver Health Medical Center, 1998-2001
35. Residency Advisory Committee, Denver Health Medical Center Residency in Emergency Medicine, 1998-2016
36. Moderator, Case Presentations, Rocky Mountain Critical Care Transport Conference, May, 2003
37. Instructor, Difficult Airway Lab, Rocky Mountain Critical Care Transport Conference, May, 2003
38. Trauma Center Site Surveyor, State of Florida Department of Health and Rehabilitative Services, Office of Emergency Medical Services, 2003-present
    a. Trauma site review – 10/23 – 10/25, 2019
39. Member, Denver EMS Council, 1998-2016
40. Member, Denver Metro Physician Advisors, 1999-2016
41. Medical Expert and Faculty, Boulder Trial Academy, International Association of Defense Counsel, 1998-2002
42. Member, Medical Advisory Group (MAG), to the Colorado State EMS Director, 2003-2008
43. Transfusion Committee member, St. Joseph Mercy Hospital, Ann Arbor, Michigan. 1996-1998

**Editorial Positions**

1. Section Editor, Trauma, UpToDate, 2009 - present
2. Section Editor, Abstracts
   The Journal of Emergency Medicine, 1999-2002
3. Review Editor, The Journal of Emergency Medicine, 1999-2008
4. Review Editor, Western Journal of Emergency Medicine, 2008 - present
5. Manuscript reviewer, Academic Emergency Medicine, 2003 – present
6. Manuscript reviewer, Critical Care, 2008-present
7. Manuscript reviewer, Patient Safety in Surgery, 2009-present
8. Guest Editor, EM International, Prehospital Care


**Publications:**

**Peer Reviewed Journal Articles**

1. Shapiro M, Dechert, **Colwell C**, Bartlett R, Rodriguez: Geriatric Trauma: Aggressive Intensive Care Management is Justified.  American Surgeon 1994;60(9):695-8
2. **Colwell C**, Pons PT, Blanchet J, Mangino C: Claims Against a Paramedic Ambulance Service: A Ten Year Experience. J Emerg Med 1999, 17(6):999-1002
3. Apfelbaum J, **Colwell C**, Roe E: Precipitous Breech Delivery of Twins: A Case Report. Prehospital Emerg Care 2000; 4(1):78-81
4. Gnadinger CA, **Colwell C**, Knaut AL: Scuba Diving-Induced Pulmonary Edema in a Swimming Pool. J Emerg Med 2001; 21(4):419-421
5. Houry D, **Colwell C**, Ott C: Abdominal Pain in a Child after Blunt Abdominal Trauma: An Unusual Injury. J Emerg Med 2001; 21(3):239-241
6. Barton E, Ramos J, **Colwell C**, Benson J, Bailey J, Dunn W: Intranasal Administration of Naloxone by Paramedics. Prehosp Emerg Care 2002; 6:54-8
7. **Colwell C**, Pons PT, Pi R: Complaints Against an EMS System. J Emerg Med 2003;25(4):403-408
8. **Colwell C,** McVaney K, Haukoos J, Wiebe D, Gravitz C, Dunn W, Bryan T: An Evaluation of Out-of-Hospital Advanced Airway Management in an Urban Setting. Acad Emerg Med 2005; 12(5):417-22
9. McVaney KE, Macht M, **Colwell CB**, Pons PT: Treatment of Suspected Cardiac Ischemia with Aspirin by Paramedics in an Urban Emergency Medical Services System. Prehospital Emerg Care 2005, 9(3):282-284
10. Barton E, **Colwell CB**, Wolfe TR, Fosnocht D, Gravitz C, Bryan T, Dunn W, Benson J, Bailey J: The Efficacy of Intranasal Naloxone as a Needleless Alternative for Treatment of Opiate Overdose in the Prehospital Setting. J Emerg Med 2005;29(3):265-71
11. Levine SD, **Colwell CB**, Pons PT, Gravitz C, Haukoos JS, McVaney KE: How Well do Paramedics Predict Admission to the Hospital? A Prospective Study. J Emerg Med 2006;31(1):1-5

12. **Colwell CB**: Case Studies in Infectious Disease: Travel-Related Infections. Emerg Med 2006;38(10):35-43

13. Bonnett CJ, Peery BN, Cantril SV, Pons PT, Haukoos JS, McVaney KE, **Colwell CB:** Surge capacity: a proposed conceptual framework. Am J Emerg Med 2007;25:297-306.

14. **Colwell C**. Initial evaluation and management of shock in adult trauma. In: UpToDate, Basow DS (Ed), UpToDate, Waltham, MA, 2007 - present

15. Bonnett CJ, **Colwell CB**, Schock T, McVaney KE, Depass C: Task Force St. Bernard: Operational Issues and Medical Management of a National Guard Disaster Response. Prehospital and Disaster Medicine 2007;22(5):440-447

16. **Colwell CB**: Heat Illness. Emerg Med 2008; 40(6): 33-39

17. **Colwell CB**, Cusick JC, Hawkes AP and the Denver Metro Airway Study Group: A prospective study of prehospital airway management in an urban EMS system. Prehosp Emerg Care 2009; 13:304-310

18. **Colwell CB**, Mehler P, Harper J, Cassell L, Vazquez J, Sabel A: Measuring quality in the prehospital care of chest pain patients. Prehospital Emerg Care 2009;13:237-240

19. Kashuk JL, Halperin P, Caspi G, **Colwell CB**, Moore EE: Bomb explosions in acts of terrorism: Evil creativity challenges our trauma systems. J Am Coll Surg 2009; 209(1):134-140

20. Stone SC, Abbott J, McClung CD, **Colwell CB**, Eckstein M, Lowenstein SR: Paramedic knowledge, attitudes, and training in end-of-life care. Prehospital Disaster Medicine 24(6):529-34, Nov-Dec 2009.

21. Gaither JB, Matheson J, Eberhardt A, **Colwell CB**: Tongue engorgement associated with prolonged use of the King-LT laryngeal tube device. Ann Emerg Med, 2009. Ann Emerg Med 2010; 55(4):367-9.

22. Bookman SJ, Eberhardt AM, Gaither JB, **Colwell CB**: Hospital Group Preparation for the 2008 Democratic National Convention. Journal of Homeland Security and Emergency Management 2010; Vol. 7: Iss. 1, Article 16.

23. Haukoos JS, Witt G, Gravitz C, Dean J, Jackson D, Candlin T, Vellman P, Riccio J, Heard K, Kazatomi T, Luyten D, Pineda G, Gunther J, Biltoft J, **Colwell CB**: Out-of-hospital cardiac arrest in Denver, Colorado: Epidemiology and outcomes. Acad Emerg Med 2010; 17(4):391-8.

24. Haukoos JS, Byyny RL, Erickson C, Paulson S, Hopkins E, Sasson C, Bender B, Gravitz C, Vogel JA, **Colwell CB**, Moore EE. Validation and refinement of a rule to predict emergency intervention in adult trauma patients. Ann Emerg Med 2011;58:164-171

25. **Colwell CB**, Eberhardt A. Less Lethal Force. Emergency Medicine Reports 2011, 32(18):1-12

26. Soriya G, McVaney KE, Liao MM, Haukoos JS, Byyny RL, Gravitz C, **Colwell CB.** Safety of prehospital intravenous fentanyl for adult trauma patients. J Trauma Acute Care Surg 2012;72(3):755-59

27. Gudnik MR, Sasson C, Rea TD, Sayre MR, Zhang J, Bobrow BJ, Spaite DW, McNally B, Denninghoff K, Stolz U, Levy M, Barger J, Dunford JV, Sporer K, Salvucci A, Ross D, **Colwell CB**, Turnbull D, Rosenbaum R, Schrank K,

Waterman M, Dukes R, Lewis M, Fowler R, Lloyd J, Yancey A, Grubbs E, Lloyd J, Morris J, Boyle S, Johnson T, Wizner C, White M, Braithwaite S, Dyer S, Setnik G, Hassett B, Santor J, Swor B, Chassee T, Lick C, Parrish M, Radde D, Mahoney B, Todd D, Salomone J, Ossman E, Myers B, Garvey L, Camerson J, Slattery D, Ryan J, McMullan J, Keseg D, Leaming J, Sherwood BK, Luther J, Slovis C, Hinchey P, Harrington M, Griswell J, Beeson J, Persse D, Gamber M, Ornato J. Increasing hospital volume is not associated with improved survival in out of hospital cardiac arrest of cardiac etiology. Resuscitation 2012; 83(7):862-8

28. Mascolo M, Trent S, **Colwell CB**, Mehler PS. What the Emergency Department needs to know when caring for your patients with eating disorders. Int J Eat Disord 2012;45(8):977-81

29. **Colwell CB**, Bookman S, Johnston J, Roodberg K, Eberhardt AM, McVaney KE, Kashuk J, Moore EE. Medical Preparation for the 2008 Democratic National Convention. J Trauma Acute Care Surg 2012 Dec;73(6):1624-8

30. Trent SA, Moreira ME, **Colwell CB**, Mehler P. ED management of patients with eating disorders. Am J Emerg Med 2013 May;31(5):859-65

31. French AJ, **Colwell CB**. Atlas of Emergency Ultrasound. J Trauma Acute Care Surg 2013;75:919.

32. Cleveland N, **Colwell C**, Douglass E, Hopkins E, Haukoos JS. Motor Vehicle Crash Severity Estimations by Physicians and Prehospital Personnel. Prehosp Emerg Care 2014;18(3):402-7

33. Macht M, Mull AC, McVaney KE, Caruso EH, Johnston JB, Gaither JB, Shupp AM, Marquez KD, Haukoos JS, **Colwell CB**. Comparison of Droperidol and Halperidol for use by paramedics: Assessment of safety and effectiveness. Prehosp Emerg Care 2014:18(3):375-80

34. Nassel AF, Root ED, Haukoos JS, McVaney K, **Colwell C**, Robinson J, Eigel B, Magid DJ, Sasson C. Multiple cluster analysis for the identification of high-risk census tracts for out-of-hospital cardiac arrest (OHCA) in Denver, Colorado. Resuscitation 2014;85:1667-73

35. Vogel JA, Seleno N, Hopkins E, **Colwell CB**, Gravitz C, Haukoos JS. Denver Emergency Department Trauma Organ Failure Score outperforms traditional methods of risk stratification in trauma.  Am J Emerg Med 2015;33(10):1440-4

36. Vogel JA, Newgard CD, Holmes JF, Diercks DB, Arens AM, Boatright DH, Bueso A, Gaona SD, Gee KZ, Nelson A, Voros JJ, Moore EE, **Colwell CB**, Haukoos JS; Western Emergency Services Translational Research Network. Validation of the Denver Emergency Department Trauma Organ Failure Score to Predict Post-Injury Multiple Organ Failure. J Am Coll Surg 2016;222(1):73-82

37. Joseph D, Vogel JA, Smith CS, Barrett W, Bryskiewicz G, Eberhardt A, Edwards D, Rappaport L, **Colwell CB**, McVaney KE. Alcohol as a Factor in 911 Calls in Denver. Prehosp Emerg Care 2018, 22(4):427-35

38. Hsia RY, Huang D, Mann NC, **Colwell C**, Mercer MP, Dai M, Niedzwiecki MJ. A US National Study of the Association Between Income and Ambulance

Response Time in Cardiac Arrest. JAMA Network Open 2018;1(7):e185202.
doi:10.1001/jamanetworkopen.2018.5202

**Invited Articles, Book Chapters, and Editorials**

1. **Colwell C**, Harken A: *Cardiac Arrhythmias*. In: Markovchick V, Pons P(eds) Emergency Medicine Secrets. Hanley & Belfus, Inc., Philadelphia, PA; 2nd Edition, 1999, pp. 119-123
2. Murphy P, **Colwell C**: *Prehospital Management of Epiglottitis*. EMS 2000; 29(1):41-9
3. Murphy P, **Colwell C**: *Prehospital Management of Neck Trauma.* EMS 2000; 29(5):53-71
4. Murphy P, **Colwell C**: *Heatwave: Prehospital Mangement of Heat Related Conditions.* EMS 2000; 29(6):33-49
5. Murphy P, **Colwell C**: *Prehospital Management of Diabetes.* EMS 2000; 29(10):78-85
6. Murphy P, **Colwell C**, Bryan T: *Noncardiac Chest Pain.* EMS 2001; 30(4):66-71
7. Murphy P, **Colwell C**: *Communication Breakdown: When Medic and Medical Control Don't Agree.* Cover Story, EMS 2001 30(5):61-2
8. Murphy P, **Colwell C**, Linder G: *Assessment Clues.* EMS 2001; 30(7):45-8
9. **Colwell C**, Murphy P, Bryan T: *Mechanism of Injury: An Overview* Cover Story, EMS 2003; 32(5):52-64
10. **Colwell C**, Harken A: *Cardiac Arrhythmias*. In: Markovchick V, Pons P(eds) Emergency Medicine Secrets. Hanley & Belfus, Inc., Philadelphia, PA; 3rd Edition, 2003, pp. 140-143
11. Kendall J, **Colwell C**: *Pericarditis and Myocarditis* In: Markovchick V, Pons P (eds) Emergency Medicine Secrets. Hanley & Belfus, Inc., Philadelphia, PA; 3rd Edition, 2003, pp. 149-154
12. **Colwell CB,** Murphy P, Bryan T. *Prehospital Management of the Pregnant Patient.* EMS 2004; 33(3):59-67.
13. **Colwell CB,** Murphy P, Bryan T. *Pulseless Electrical Activity.* EMS 2004; 33(9):63-8.
14. **Colwell CB,** Murphy P, Bryan T, Nelson S. *Psychological Disorders: A General Overview.* EMS 2004;33(11):74-83.
15. **Colwell C:** *Traumatic Shock* In: Harwood-Nuss A, Wolfson A (eds) The Clinical Practice of Emergency Medicine. Lippincott Williams & Wilkins, Philadelphia, PA; 4th Edition, 2005; 907-12.
16. **Colwell C**, Murphy P, Bryan T. *Pediatric Potpourri: An Overview of Select Pediatric Conditions.* EMS 2005;34(7):50-58
17. **Colwell C,** Murphy P, Bryan T. *Uncompleted Suicide Attempts.* EMS 2005;34(11):73-86
18. Murphy P, **Colwell CB,** Pineda G, Bryan T: *Breaking Down Barriers: How EMS providers can communicate with autistic patients.* EMS 2006;35(4):84-89

19. Murphy P, **Colwell CB,** Pineda G, Bryan T: *Traumatic Amputations.* EMS 2006; 35(6):90-96

20. **Colwell CB**, Murphy P, Bryan T: *Geriatric Trauma*. EMS 2006;35(9):135-140

21. **Colwell CB**: *Cardiac Dysrhythmias, Pacemakers, and Implantable Defibrillators* In: Markovchick V, Pons P (eds) Emergency Medicine Secrets. Mosby Elsevier, Philadelphia, PA; 4th Edition, 2006: 194-204

22. Kendall JL, **Colwell CB**: *Pericarditis and Myocarditis* In: Markovchick V, Pons P (eds) Emergency Medicine Secrets. Mosby Elsevier, Philadelphia, PA; 4th Edition, 2006: 213-218

23. **Colwell CB**: *Disasters* In: Chapleau W, Pons P (eds) Emergency Medical Technician. Mosby JEMS Elsevier, St. Louis, MO, 2007:708-725

24. **Colwell CB**: *Hyperkalemia* In: Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (eds): Rosen and Barkin's 5-Minute Emergency Consult Lippincott Williams & Wilkins, Philadelphia, PA; 3rd Edition, 2007: 550-551

25. **Colwell CB**: *High Altitude Illness* In: Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (eds): Rosen and Barkin's 5-Minute Emergency Consult Lippincott Williams & Wilkins, Philadelphia, PA; 3rd Edition, 2007:522-523

26. **Colwell CB**: *Dialysis Complications* In: Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (eds): Rosen and Barkin's 5-Minute Emergency Consult Lippincott Williams & Wilkins, Philadelphia, PA; 3rd Edition, 2007:310-311

27. **Colwell CB**: *Gastroenterology* In: Chapleau W, Burba AC, Pons PT, Page D (eds): The Paramedic McGraw-Hill, New York, NY; 2008:839-861

28. **Colwell CB**: *Lightning and Electrical Injuries*  In: Adams JG (Ed): Emergency Medicine Elsevier, Philadelphia, PA, 2008;131:1451

29. Murphy P, **Colwell CB**, Pineda G, Bryan T: *Cerebral hemorrhage. What EMS providers need to know about cerebral anatomy and common forms of cerebral hemorrhage*. EMS 2009; 38(5):46-55

30. **Colwell CB,** Johnston J, Schimpf B, Nieberlein D, Petre B, Bookman S, Robinson J, Jackamore S, Gaither J, Eberhardt A, Benson J, Crowl D. *The response and lessons learned from the crash at Denver International Airport.* JEMS 2009; 34(9):36-45.

31. Murphy P, **Colwell CB**, Pineda G, Bryan T. *Shortness of breath: A review of select conditions.* EMS 2009, 38(7):51-63.

32. **Colwell CB,** Moore EE: *Traumatic Shock* In: Wolfson AB (ed): Harwood-Nuss' Clinical Practice of Emergency Medicine Lippincott Williams &Wilkins, Philadelphia, PA, 5th Edition, 2009:142-148

33. **Colwell CB,** Markovchick V: *Radiation Injuries* In: Marx JA, Hockberger RS, Walls RM (eds): Rosen's Emergency Medicine: Concepts and Clinical Practice Mosby Elsevier Philadelphia, PA 7th Edition, 2009:1933-1941

34. Murphy P, **Colwell CB**, Pineda G, Bryan T: *Burning issues: By understanding the pathophysiology of burns, providers can give patients their best chance at good outcomes.* EMS 2009, 38(10):83-90.

35. Murphy P, **Colwell CB**, Pineda G, Bryan T: *Abdominal Pain: A review of select conditions.* EMS 2010, 39(1):68-74

36. Murphy P, **Colwell CB**, Pineda G, Bryan T: *A Shocking Call: Prehospital assessment and management of electrical injuries and lightning strikes.* EMS 2010, 39(2):46-53

37. Murphy P, **Colwell CB**, Pineda G, Bryan T: *Shootings: What EMS providers need to know: the assessment and treatment of victims of gunshot wounds.* EMS 2010, 39(4):37-45

38. **Colwell CB**: *Managing the Acutely Agitated Patient*. EMS Innovations 2010 EMS 2010, 39(7):I-8-I-9

39. Soriya G, **Colwell CB**: *Basic Life Support*. In: Moore EE (ed): <u>Encyclopedia of Intensive Care Medicine</u> Springer, 1st Edition, 2010

40. Soriya G, **Colwell CB**: *Emergency Medical Services* In: Moore EE (ed): <u>Encyclopedia of Intensive Care Medicine</u> Springer, 1st Edition, 2010

41. Mull A, **Colwell CB**: *Prehospital Care* In: Moore EE (ed): <u>Encyclopedia of Intensive Care Medicine</u> Springer, 1st Edition, 2010

42. Murphy P, **Colwell CB**, Pineda G, Bryan T: *Hemochromatosis*. EMS 2010; 39(10):53-57

43. **Colwell CB**: *Hyperkalemia* In: Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin AZ, Shayne P, Rosen P (eds): <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> Lippincott Williams & Wilkins, a Wolters Kluwer, PA 4th Edition, 2011: 552-553

44. **Colwell CB**: *High Altitude Illness* In: Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin AZ, Shayne P, Rosen P (eds): <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> Lippincott Williams & Wilkins, Wolters Kluwer, PA 4th Edition, 2011: 524-525

45. **Colwell CB**: *Dialysis Complications* In: Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin AZ, Shayne P, Rosen P (eds): <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> Lippincott Williams & Wilkins, a Wolters Kluwer, PA 4th Edition, 2011: 310-311

46. **Colwell CB**, Mull AC: *Cardiac Dysrhythmias, Pacemakers, and Implantable Defibrillators*. In: Markovchick VJ, Pons PT, Bakes KM (eds): <u>Emergency Medicine Secrets</u> Elsevier Mosby, St. Louis MO 5th Edition, 2011:208-218

47. Kendall JL, **Colwell CB**: *Pericarditis and Myocarditis* In: Markovchick VJ, Pons PT, Bakes KM (eds): <u>Emergency Medicine Secrets</u> Elsevier Mosby, St. Louis MO 5th Edition, 2011:229-234

48. **Colwell CB**, Soriya G: *Heat Illness* In: Markovchick VJ, Pons PT, Bakes KM (eds): <u>Emergency Medicine Secrets</u> Elsevier Mosby, St. Louis MO 5th Edition, 2011:407-410

49. Murphy P, **Colwell CB,** Pineda G: *Smoke Inhalation*. EMS World 2011; May issue

50. Eberhardt A, **Colwell CB**: *Prehospital Care.* In: Legome E, Shockley LW (eds): <u>Trauma: A Comprehensive Emergency Medicine Approach</u> Cambridge University Press, New York, 2011:653-662

51. Crowl D, **Colwell CB**, Mettera CJ: *Double trouble: Don't get fooled when assessing the pregnant trauma patient.* JEMS 2011; Sept:52-59

52. Mehler PS, **Colwell CB**, Stahel PF: *A structured approach to improving patient safety: Lessons from a public safety-net system.* Patient Safety in Surgery 2011; 5:32 (1 December, 2011)

53. Murphy P, **Colwell CB**, Pineda G: *Understanding the Trauma Triad of Death*. EMS World 2012, 41(2):44-51

54. Thomas SH, Colwell CB, Deslandes J, Dyer S, Goodloe JM. Prehospital Care. Emerg Med International 2012, Article ID 965480

55. **Colwell CB.** *On-Line Medical Direction*. In: Pons PT, Markovchick VJ (eds): Prehospital Care: Pearls and Pitfalls. People's Medical Publishing House, Shelton, CT, 2012:79-82

56. **Colwell CB**. *Incident Management*. In: Pons PT, Markovchick VJ (eds): Prehospital Care: Pearls and Pitfalls. People's Medical Publishing House, Shelton, CT, 2012:137-45

57. **Colwell CB**. *Chest Pain*. In: Pons PT, Markovchick VJ (eds): Prehospital Care: Pearls and Pitfalls. People's Medical Publishing House, Shelton, CT, 2012:239-44

58. Prehospital Care. Emergency Medicine International Special Edition. Thomas SH, **Colwell C**, Deslandes JC, Dyer S, Goodloe JM, Guest Editors. Hindawi Publishing Corp, 2012

59. Thomas SH, **Colwell C**, Deslandes JC, Dyer S, Goodloe JM. Prehospital Care. Emergency Medicine International 2012; article ID 965480

60. **Colwell CB**. *Lightning and Electrical Injuries*. In: Adams (ed): Emergency Medicine: Clinical Essentials Elsevier Saunders, Philadelphia, PA 2nd Edition 2013:1148-52

61. **Colwell CB.** Book review: *An Introduction to Clinical Emergency Medicine, 2nd ed.* In: J Trauma and Acute Care Surgery 2013 Jan;74(1):344

62. **Colwell CB.** *Radiation Injuries* In: Marx (ed): Rosen's Emergency Medicine; Concepts and Clinical Practice Elsevier Saunders, Philadelphia, PA 8th Edition, 2014:1945-53

63. Murphy P, **Colwell C**, Pineda G. *All You Need to Know About Bariatrics*. EMS World 2014, 43(3):26-35

64. **Colwell CB**, Moore EE. *Traumatic Shock*. In: Wolfson AB (ed): Harwood Nuss' Clinical Practice of Emergency Medicine Lippincott Williams &Wilkins, Philadelphia, PA, 6th Edition, 2014:137-142

65. **Colwell CB**. *High Altitude Illness* In: Schaider et al (ed): Rosen and Barkin's 5- Minute Emergency Medicine Consult. Wolters Kluwer, Philadelphia, PA 5th Edition, 2015:534-5

66. **Colwell CB**. *Dialysis Complications* In: Schaider et al (ed): Rosen and Barkin's 5- Minute Emergency Medicine Consult. Wolters Kluwer, Philadelphia, PA 5th Edition, 2015: 312-3

67. **Colwell CB**. *Hyperkalemia* In: Schaider et al (ed): Rosen and Barkin's 5- Minute Emergency Medicine Consult. Wolters Kluwer, Philadelphia, PA 5th Edition, 2015: 562-3

68. **Colwell CB.** *Refusal in the Field: When can an uncooperative patient refuse care and transport?* Journal of Emergency Medical Services (JEMS) July, 2016

69. **Colwell CB**, Moore E. *Initial evaluation and management of abdominal gunshot wounds in adults.* In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA. (Accessed July 12, 2019 – 10,156 views in 2018)

70. **Colwell CB**, Moore E. *Initial evaluation and management of abdominal stab wounds in adults*. In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA. (Accessed July 12, 2019 – 10,383 views in 2018)

71. **Colwell CB**. *Initial evaluation and management of shock in adult trauma and management of non-hemorrhagic shock*. In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA. (Accessed July 12, 2019 – 17,317 views in 2018)

72. **Colwell CB**. *Geriatric trauma: Initial evaluation and management.* In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA. (Revision – July, 2019. 17,777 views in 2018)

73. **Colwell CB**. *Supply, Demand, and Crisis: Emergency Department Diversion of Ambulances in San Francisco.* San Francisco Medicine (Journal of The San Francisco Medical Society), 90(3):15-17, April, 2017

74. **Colwell CB,** Fox CJ. *Abdominal Aortic Aneurysm.* In: Rosen's Emergency Medicine – Concepts and Clinical Practice. Elsevier, Philadelphia, PA. 9th Edition, 2018:1027-35.

75. **Colwell CB**. *Imaging in trauma.* Audio Digest Emergency Medicine 35:16 (August 21), 2018

76. **Colwell CB.** *Geriatric trauma.* Audio Digest Emergency Medicine 35:16 (August 21), 2018

77. Mason J, **Colwell CB,** Grock A. *Agitation Crisis Control.* Ann Emerg Med 2018;72:371-3

78. Mason J, Mallon B, **Colwell CB**. *Restraining the Agitated Patient.* EM:RAP October 2018, Volume 18, Issue 10.

79. **Colwell CB.** *Initial management of moderate to severe hemorrhage in the adult trauma patient.* In UpToDate. Post TW (Ed), UpToDate, Waltham, MA. (Accessed July 12, 2019 – 73,983 views in 2018)

80. **Colwell CB**. *Media Communication.* In: Communication in Emergency Medicine. Moreira ME and French AJ (Eds). Oxford University Press, New York, NY, 2019: 259-267

**Letters to the Editor**

1. **Colwell C**, Markovchick V, Pons P: **Drug Concern** J. Emerg. Med. Services 2000;25:10

2. Abboud P, **Colwell C**: **Critically reappraising the literature-driven practice of analgesia administration for acute abdominal pain in the emergency room prior to surgical evaluation.** Am J Surg, 2004; Jul 188(1):102-3, Author reply 103-4

3. **Colwell C**, McVaney K, Haukoos J: Reply to: **Out-of-hospital Endotracheal Intubation-It's Time to Stop Pretending that Problems Don't Exist.** Acad Emerg Med 2005;12(12):1245-6

4. **Colwell C**: **Reply to: EMS Response to Columbine: Lessons Learned**. The Internet Journal of Rescue and Disaster Medicine 2006; Vol. 5, No. 2

## Abstracts Presented

1. **Colwell C,** Wolfe R, Moore E, Cairns C: **Differences in Hemodynamic Data Between Geriatric and Younger Adult Trauma Patients.** Poster Presentation; 21st Annual Rocky Mountain Conference on Emergency Medicine and Nursing, Jan. 30th, 1995

2. **Colwell C**, Wolfe R, Moore E, Cairns C: **Differences in Hemodynamic Data Between Geriatric and Younger Adult Trauma Patients.** Presented as an oral presentation at the 25th Annual Meeting of the Society for Academic Emergency Medicine, Denver, Colorado, May, 1995.

3. Branney S, **Colwell C**, Aschenbrenner J, Pons P: **Safety of Droperidol for Sedating Out-of-control ED Patients.** Presented at the Annual Meeting of the Society for Academic Emergency Medicine, Denver, Colorado, 1996. (Acad Emerg Med 1996; 3:527)

4. Barton E, Ramos J, **Colwell C**: **Intranasal Administration of Naloxone by Paramedics: Could this be a better practice?** Presented at American College of Emergency Physicians (ACEP) Research Forum, October 2001. (Ann Emerg Med 2001; 38(4):Supplement p. S18)

5. Barton E, **Colwell C**, Ramos J: **Intrnasal Administration of Naloxone by Paramedics: Could this be a better practice?** Presented at The First Mediterranean Emergency Medicine Congress, Stressa Convention Center, Stressa, Italy, September 2001

6. Levine S, **Colwell C**, Pons P, Gravitz C, Haukoos J: **How well do paramedics predict admission to the hospital?** Presented at AAEM Resident Research Competition, San Diego, California, February 2005

7. **Colwell C,** Mehler P, Sabel A, Harper J, Johnson L, Cassell L: **Determining the Quality of Comprehensive Care for Non-Traumatic Chest Pain through a Composite Measure.** Presented at SAEM Western Regional Research Forum, Portland, Oregon, March, 2007.

8. **Colwell C,** Mehler P, Sabel A, Harper J, Johnson L, Cassell L. **Analysis of Ambulance Response for Patients with Medical Chest Pain Based on the Severity of Potential Cardiac Symptoms.** Presented at SAEM Western Regional Research Forum, Portland, Oregon, March 2007.

9. Haukoos JA, Witt G, **Colwell C. The Epidemiology of Out-of-Hospital Cardiac Arrest in Denver, Colorado. Results from Phase I of the Denver Cardiac Arrest Registry.** Presented at SAEM Annual Meeting, May 30th, 2008, Washington D.C.

10. Kashuk JL, Moore EE, Barnett C, Berlew CC, **Colwell CB**, Brody A, Johnson J, Biffl W, Sabel AL. **Implementation of an in-hospital mass casualty incident (MCI) plan based upon the Israeli model: The challenges of shifting to the battlefield mentality in the civilian setting.** International

Preparedness & Response to Emergencies & Disasters Conference. Tel –Aviv, Israel. January 11th, 2010.

11. Moore EE, Kashuk JL, **Colwell CB**, Barnett C, Burlew CC, Biffl WL, Johnson JL, Brody A, Sabel A**. Live victim volunteers (LVV) enhance performance improvement for in-hospital mass casualty incident (MCI) drills: listen to the patient!** International Preparedness & Response to Emergencies and Disasters (IPRED). Tel-Aviv, Israel. January 12th, 2010.

12. Barnett C, Kashuk J, Moore EE, **Colwell CB**, Johnson JL, Biffl W, Burlew CC, Brody A, Sabel A. **Notification and Communication: Critical initial steps in mass casualty incident drills.** International Preparedness & Respons to Emergencies and Disasters (IPRED). January 12th, 2010. Tel Aviv, Israel

13. **Colwell CB**, Moore EE, Kashuk J, Robinson J, Bookman S. **Lessons learned from the 2008 Democratic National Convention**. International Preparedness & Response to Emergencies and Disasters (IPRED). Tel-Aviv, Israel. January 12th, 2010.

14. Soriya G, **McVaney K**, **Liao M**, **Haukoos J**, **Byyny R**, **Colwell C**. **Safety of pre-hospital single-dose fentanyl in adult trauma patients**. 13th Annual Western Regional Society for Academic Emergency Medicine Meeting, Sonoma, CA, 2010 (Oral).

15. Soriya G, McVaney K, **Liao M**, **Haukoos J**, **Byyny R**, **Colwell C**. **Safety of pre-hospital single-dose fentanyl in adult trauma patients**. Society for Academic Emergency Medicine Annual Meeting, Scottsdale, Phoenix, AZ, 2010 (Poster).

16. Sasson C, **Colwell C**, McNally B, Haukoos J.  **"Associations Between Individual-level and Census Tract-level Characteristics and Performance of Bystander CPR Among Patients Who Experience Out-of-Hospital Cardiac Arrest."**  Oral Presentation American Heart Association November 2010.

17. Sasson C, **Colwell C**, McNally B, Dunford J, Haukoos J.  "Using the Cardiac Arrest Registry to Enhance Survival to Examine Regional Variation in the Utilization of Automated External Defibrillators." Poster Presentation Resuscitation Science Symposium American Heart Association November 2010.

18. Macht M, **Colwell CB**, Mull A, Johnston J B, Shupp A, Marquez KD, Gaither J, Haukoos J. "Droperidol versus haloperidol for prehospital sedation of acutely agitated patients." Poster presentation at NAEMSP 2012 Annual Meeting, January 2012

19. Nassel A, Haukoos J, McNally B, **Colwell CB**, Severyn F, Sasson C. "Using Geographic Information Systems and Cluster Analysis to identify Neighborhoods with High Out of Hospital Cardiac Arrest Incidence and Low Bystander Cardiopulmonary Resuscitation Prevalence in Denver, Colorado." Oral Presentation, Society of Academic Emergency Medicine Annual Meeting, May 2012, Chicago, Illinois. Acad Emerg Med 2012 19(4) Suppl.1, #513:S271-272

20. Vogel JA, Arens A, Johnson C, Ruygrok M, Smalley C, Byyny R, **Colwell CB**, Haukoos J. "Prehosptial and Emergency Department Intubation is

     Associated with Increased Mortality in Patients with Moderate to Severe Traumatic Brain Injury". Oral Presentation, Society of Academic Emergency Medicine Annual Meeting, May 2012, Chicago, Illinois. Acad Emerg Med 2012 19(4) Suppl. 1, #517:S273-S274

21. Vogel JA, Sasson C, Hopkins E, **Colwell CB**, Haukoos J. "Systems-Wide Cardiac Arrest Interventions Improve Neurologic Survival after Out-of-Hosptial Cardiac Arrest". Moderated Poster Presentation, Society of Academic Emergency Medicine Annual Meeting, May 2012, Chicago, Illinois. Acad Emerg Med 2012 19(4) Suppl. 1, #615:S324

22. Muramoto S**, Colwell C**, Mehler P, Bakes K. "Cost analysis of a hospital-based violence intervention program: At-risk intervention and mentoring program (AIM)." Poster presentation at 25th Annual Interprofessional Research and EBP Symposium, March 2014, Denver, CO.

23. Huang D, Niedzwiecki M, Mercer M, **Colwell CB**, Mann C, Hsia R. "Poor Neighborhoods Have Slower Response and Transport Times". Oral Presentation, National Association of EMS Physicians (NAEMSP) 2017 Annual Meeting, New Orleans, LA, January 26th, 2017.

24. Kanzaria HK, Mercer MP, To J, Costa B, Luna A, Bilinski J, Staconis D, Pitts M, Dentoni T, Williams T, Singh MK, **Colwell CB**, Marks JD. "Using Lean Methodology to Create a Care Pathway for Low Acuity Emergency Department Patients in a Safety-Net Hospital". Poster presentation, Society for Academic Emergency Medicine (SAEM) 2017. Orlando, FL. May 17th, 2017.

25. Niedzwiecki M, Huang D, Mercer M, **Colwell CB**, Mann NC, Hsia RY. "Do Poor Neighborhoods Have Slower EMS Times? Oral presentation, Society for Academic Emergency Medicine (SAEM) 2017. Orlando, FL, May 18th, 2017

**Invited Lectures, Presentations, and Visiting Professorships:**

1. Hypertensive Emergencies
   Interdepartmental Grand Rounds, University of Michigan
   Ann Arbor, Michigan, May 1997

2. Pediatric Meningitis
   Emergency Medicine Grand Rounds, University of Michigan
   Ann Arbor, Michigan, October, 1997

3. Antibiotic Use in the Emergency Department
   Attending Lecture in Emergency Medicine
   Denver Health Medical Center, Denver, Colorado, October 1998

4. The Myth of EMS Response Times
   26th Annual Rocky Mountain Trauma and Emergency Medicine Conference
   Breckenridge, Colorado, July 1999

5. Geriatric Trauma
   26th Annual Rocky Mountain Trauma and Emergency Medicine Conference
   Breckenridge, Colorado, July 1999

6. Mass Casualty and Disaster Management: The Columbine Shootings
   Multidisciplinary Trauma Conference, Denver Health Medical Center

Denver, Colorado, September 1999

7. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Northeast EMS Conference
Boston, Massachusetts, September 1999

8. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Keynote Address, Winnipeg EMS Conference
Winnipeg, Canada, October 1999

9. <u>Mass Casualty and Disaster Management</u>
Grand Rounds
Harvard Medical School and Harvard Affiliated Emergency Medicine
Residency
October 26th, 1999
Boston, Massachusetts

10. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Pediatric Emergency Care Conference
Grand Rapids, Michigan, March 2000

11. <u>Geriatric Trauma</u>
Trauma Care Appreciation Day
Denver, Colorado, May 2000

12. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Fifth International Conference on Pediatric Trauma
Beaver Creek, Colorado, June 2000

13. <u>Complaints Against EMS</u>
27th Annual Rocky Mountain Trauma and Emergency Medicine Conference
Steamboat, Colorado, July 2000

14. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Sixth Annual Trauma Symposium, Cleveland Clinic Health System
Cleveland, Ohio, October 2000

15. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
EMS TEST Conference
Columbus, Georgia, October 2000

16. <u>Myocardial Infarction</u>
Colorado State EMS Conference 2000
Breckenridge, Colorado, October 2000

17. <u>Hypothermia</u>
Colorado State EMS Conference 2000
Breckenridge, Colorado, October 2000

18. <u>Complaints Against EMS</u>
Colorado State EMS Conference 2000
Breckenridge, Colorado, October 2000

19. <u>Hypothermia</u>
Rocky Mountain Winter Trauma and Emergency Medicine Conference
Copper Mountain, Colorado, January 2001

20. <u>Mechanism of Injury</u>
Grand Rounds, Longmont Community Hospital
Longmont, Colorado, March 2001

21. <u>Stabilization of the Trauma Patient</u>
    Trauma Care Appreciation Day, Denver Health Medical Center
    Denver, Colorado, April 2001
22. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
    El Paso EMS Conference
    El Paso, Texas, September 2001
23. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
    Memorial Medical Center Trauma Conference
    Johnstown, Pennsylvania, October 2001
24. <u>Mechanism of Injury</u>
    Colorado State EMS Conference 2001
    Breckenridge, Colorado, October 2001
25. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
    Massachusetts EMS Conference
    Worcester, Massachusetts, December 2001
26. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
    Sierra-Cascade Trauma Society
    Crested Butte, CO, February, 2002
27. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
    Emergency Medicine Grand Rounds, University of Massachusetts
    Worcester, Massachusetts, March 2002
28. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
    Multidisciplinary Trauma Conference, Denver Health Medical Center
    Denver, Colorado, March 2002
29. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
    Grand Rounds, Day Kimball Hospital
    Putnam, Connecticut, May 2002
30. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
    Grand Rounds, Legacy Emanuel Hospital & Health Center
    Portland, Oregon, June 2002
31. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
    Trauma Grand Rounds, Scripps Memorial Hospital
    La Jolla, California, September 2002
32. <u>High Altitude Illness</u>
    Annual Meeting, Sierra Cascade Trauma Society
    Vail, Colorado, January 2003
33. <u>ALS in Trauma: Should We Even Bother?</u>
    30th Annual Rocky Mountain Trauma and Emergency Medicine Conference
    Breckenridge, Colorado, August 2003
34. <u>Hypothermia</u>
    30th Annual Rocky Mountain Trauma and Emergency Medicine Conference
    Breckenridge, Colorado, August 2003
35. <u>Research in EMS</u>
    Grand Rounds, Denver Paramedic Division
    Denver, Colorado September, 2003
36. <u>High Altitude Illness</u>

Colorado State EMS Conference 2003
Keystone, Colorado, October, 2003

37. <u>Controversies in EMS</u>
Colorado State EMS Conference 2003
Keystone, Colorado, October 2003

38. <u>Hypothermia</u>
Sierra Cascade Trauma Society, 2004
Aspen, Colorado, February 9, 2004

39. <u>Current Research in Prehospital Care</u>
Rocky Mountain Critical Care Transport Conference
Denver, Colorado, May 6th, 2004

40. <u>Blood Substitutes in the Field</u>
Clinical Conference on Pre-Hospital Emergency Care, 2004
Orlando, Florida, July 10th, 2004

41. <u>Management of Potential C-spine Injuries: Clearance and Beyond</u>.
31st Annual Rocky Mountain Trauma and Emergency Medicine Conference
Copper Mtn, Colorado. July 18th, 2004

41. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>.
Grand Rounds, North Colorado Medical Center
Greeley, Colorado. September 14, 2004

42. <u>Research in EMS and Trauma</u>
12th Annual EMS and Trauma Grand Rounds Conference
Aurora, Colorado. September 15, 2004

43. <u>Blood Substitutes in the Field: The Prehospital Trials</u>
2004 Colorado State EMS Conference
Keystone, Colorado. November 5th, 2004

44. <u>Cadaver Anatomy Lab: Dissection and Procedure Review on a Human Cadaver</u>. Preconference workshop, 2004 Colorado State EMS Conference
Keystone, Colorado. Novemeber 5th, 2004

45. <u>Prehospital Management of Trauma</u>
32nd Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado. June 14th, 2005

46. <u>Difficult Airway Lecture/Lab</u>
32nd Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado. June 15th, 2005

47. <u>Bleeding Disorders</u>
32nd Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado. June 15th, 2005

48. <u>Travel-Related Infectious Disease</u>
ACEP Scientific Assembly 2005
September 28th, Washington D.C.

49. <u>The Hot Joint</u>
ACEP Scientific Assembly 2005
September 29th, Washington D.C.

50. <u>Mass Casualty and Disaster Management</u>
Trauma and Critical Care Conference

San Juan Regional Medical Center, Farmington, New Mexico
February 18th, 2006

51. <u>Dialysis Related Emergencies</u>
    33rd Annual Rocky Mountain Trauma and Emergency Medicine Conference
    Breckenridge, Colorado. June 14th, 2006

52. <u>Show Me Where it Hurts: Pain Management in the Field</u>
    33rd Annual Rocky Mountain Trauma and Emergency Medicine Conference
    Breckenridge, Colorado. June 15th, 2006

53. <u>Environmental Emergencies</u>
    2006 Rocky Mountain Rural Trauma Symposium
    September 14, 2006. Billings, Montana.

54. <u>Drugs of Abuse</u>
    2006 Rocky Mountain Rural Trauma Symposium
    September 15, 2006. Billings, Montana.

55. <u>Cadaver Anatomy Lab: Dissection and Procedure Review on a Human
    Cadaver.</u> Preconference workshop, 2006 Colorado State EMS Conference
    Keystone, Colorado.

56. <u>Dialysis-Related Emergencies</u>
    2006 Colorado State EMS Conference
    November 3rd, 2006, Keystone, Colorado

57. <u>High-Altitude Illness</u>
    2006 Colorado State EMS Conference
    November 3rd, 2006. Keystone, Colorado

58. <u>Drugs of Abuse</u>
    34th Annual Rocky Mountain Trauma and Emergency Medicine Conference
    Breckenridge, Colorado. June 20th, 2007

59. <u>Environmental Emergencies</u>
    34th Annual Rocky Mountain Trauma and Emergency Medicine Conference
    Breckenridge, Colorado. June 22th, 2007

60. <u>Ultrasound Use in the Acutely Traumatized Patient</u>
    Instuctor, Ultrasound Workshop
    34th Annual Rocky Mountain Trauma and Emergency Medicine Conference
    Breckenridge, Colorado. June 22th, 2007

61. <u>Jigawatts: Back to the Future of Electrical Injuries</u>
    American College of Emergency Physicians - Scientific Assembly,
    October 8-11, 2007. Seattle, Washington

62. <u>What's Hot, What's Not: Hypo to Hyperthermia, and All Things in Between</u>
    American College of Emergency Physicians - Scientific Assembly,
    October 8-11, 2007. Seattle, Washington

63. <u>Environmental Emergencies</u>
    Colorado State EMS Conference, November 8th-11th, 2007
    Keystone, Colorado

64. <u>Cadaver Anatomy Lab: Dissection and Procedure Review.</u>
    Colorado State EMS Conference 2007 – Pre-conference Workshop
    Keystone, Colorado

65. <u>Drugs of Abuse</u>

Colorado Society of Osteopathic Medicine: The Medical "Home
Improvements" Course. February 24th, 2008
Keystone, Colorado

66. Initial Evaluation of the Trauma Patient
Colorado Society of Osteopathic Medicine: The Medical "Home
Improvements" Course. February 24th, 2008
Keystone, Colorado

67. Geriatric Trauma
35th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 25th, 2008
Breckenridge, CO

68. What's Hot, What's Not: Hypo to Hyperthemia and All Things in Between
ACEP Scientific Assembly 2008, October 28th
Chicago, Il

69. Triage Out Debate: Efficient or Unethical?
ACEP Scientific Assembly 2008, October 28th
Chicago, Il

70. Update in EMS Literature: What's Hot and What's Not
ACEP Scientific Assembly 2008, October 29th
Chicago, Il

71. Cadaver Disection Lab
2008 Colorado State EMS Conference, November 6th
Breckenridge, CO

72. Geriatric Trauma
2008 Colorado State EMS Conference, November 7th
Breckenridge, CO

73. Lessons Learned from the DNC
Colorado Front Range MMRS Hospital Response to a Mass Casualty
Incident, December 8th, 2008
Denver, CO

74. Lessons Learned from the DNC
The EMS State of the Sciences Conference: A Gathering of Eagles 2009
February 20th, 2009
Dallas, TX

75. Nightmare EMS Communications
The EMS State of the Sciences Conference: A Gathering of Eagles 2009
February 21st, 2009
Dallas, TX

76. Mass Casualty and Disaster Management
Trauma Perspectives 2009 (4/10/09)
Durango, CO

77. Airway Management and Pitfalls
Trauma Perspectives 2009 (4/10/09)
Durango, CO

78. Trauma Management
Integrated Clinicians Course (ICC) 7004

University of Colorado at Denver School of Medicine
May 5th, 2009
79. EMS Update, 2009
Grand Rounds, Beth Israel/Deaconess Department of Emergency Medicine
May 6th, 2009
80. EMS Update – Panel Discussion
36th Annual Trauma and Emergency Medicine Conference
June 18th 2009, Breckenridge, CO
81. Trauma in Pregnancy
36th Annual Trauma and Emergency Medicine Conference
June 19th 2009, Breckenridge, CO
82. Cadaver Lab: Anatomical Dissection
2009 Colorado State EMS Conference
November 5th, Keystone, Colorado
83. Trauma in Pregnancy
2009 Colorado State EMS Conference
November 6th, Keystone, Colorado
84. Update in EMS Literature: What's Hot and What's Not
2009 Colorado State EMS Conference
November 6th, Keystone, Colorado
85. Lessons Learned from the DNC
International Preparedness and Response to Emergencies and Disasters
(IPRED)
January 12th 2010
Tel Aviv, Israel
86. Geriatric Trauma
Second Annual BCFFA EMS Conference
January 23rd 2010, Boulder, Colorado
87. Pharmaceutical Restraints: A New Medication Approach to the Agitated
Patient
The EMS State of the Sciences Conference: A Gathering of Eagles 2010
February 26th, 2010
Dallas, Tx
88. Transfer of the Rural Trauma Patient
Second Annual Western Colorado Trauma Conference
May 21st 2010, Delta, Colorado
89. Moderator, EMS Medical Director Panel: "Refusal of Care in the Prehospital
Setting"
37th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 17th 2010, Breckenridge, Colorado
90. Critical Issues in Triage
37th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 18th 2010, Breckenridge, Colorado
91. Field Triage Guidelines: State of the Art or State of the Science?
ACEP Scientific Assembly 2010
September 28th, Las Vegas, Nevada

92. Less Lethal Force: An Emerging Problem in Prehospital Care
ACEP Scientific Assembly 2010
September 29th, Las Vegas, Nevada
93. Trauma Case Panel: Stump the Experts
Carlo Rosen (Moderator), Christopher B. Colwell MD, John Fildes MD, Julie
A. Mayglothling MD.
ACEP Scientific Assembly 2010
September 29th, Las Vegas, Nevada
94. Critical Issues in Triage
Trauma and Critical Care Conference
October 22nd, 2010
Durango, Colorado
95. Trauma Panel Case Review
Christopher B. Colwell, Moderator
October 23rd, 2010
Durango, Colorado
96. Lightning and Electrical Emergencies
Trauma and Critical Care Conference
October 23rd, 2010
Durango, Colorado
97. Cadaver Dissection Lab
Colorado State EMS Conference 2010
November 4th, 2010
Keystone, Colorado
98. Accidental Hyper And Hypothermia And All Things In Between
Colorado State EMS Conference 2010
November 5th, 2010
Keystone, Colorado
99. Biophone Calls: The Good, The Bad, And The Ugly
Colorado State EMS Conference 2010
November 5th, 2010
Keystone, Colorado
100.    Geocoding Cardiac Arrest in Denver
ECCU 2010 (Emergency Cardiac Care Update)
December 8th, 2010
San Diego, California
101.    Management of the Agitated Patient
ECCU 2010 (Emergency Cardiac Care Update)
December 9th, 2010
San Diego, California
102.    The Nose Knows: Intranasal Medication Options are Growing
EMS State of the Sciences: A Gathering of Eagles XIII 2011
February 26th, 2011
UT Southwestern Medical Center, Dallas, Texas
103.    Beyond Agitated Delirium: Dealing with the Issue of In-Custody Deaths
The EMS State of the Sciences: A Gathering of Eagles XIII 2011

February 26th, 2011
UT Southwestern Medical Center, Dallas, Texas
104. ED Operations 101: Follow the Money
Council of Emergency Medicine Residency Directors (CORD) Academic
Assembly 2011 (March 4th)
San Diego, California
105. CPR, Defibrillation, and Drugs: What is the right VF mix?
EMS Regional Conference: Resuscitation Excellence
May 15th, 2011
New York, New York
106. We Don't Need No Stinking Breaths! Compressions Only Pre-Arrival
Instructions.
EMS Regional Conference: Resuscitation Excellence
May 15th, 2011
New York, New York
107. Moderator – Panel Discussion: Optimizing Colorado's Trauma System
38th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 22nd, 2011
Breckenridge, Colorado
108. Pitfalls in Trauma Care
38th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 24th, 2011
Breckenridge, Colorado
109. Deleterious Delirium Deliberations: Modern Pitfall is Managing Agitated
EMS Patients
Advanced EMS Practitioner's Forum and Workshop
ACEP Scientific Assembly
October 14th, 2011
San Francisco, California
110. Certifiable Behaviors: Preparing for EMS Subspecialty Board
Certification
Advance EMS Practitioner's Forum and Workshop
ACEP Scientific Assembly
October 14th, 2011
San Francisco, California
111. Cadaver Dissection and Anatomy Lab
Colorado State EMS Conference 2011
November 3rd, 2011
Keystone, Colorado
112. On the Wings of Eagles: Hot Topics in EMS
Colorado State EMS Conference 2011
November 4th, 2011
Keystone, Colorado
113. Droperidol for Agitation
Advanced Topics in Medical Direction
NAEMSP National Meeting, 2012

January 11th, 2012
Tucson, Arizona
114.  <u>Trauma in Pregnancy</u>
Children's Hospital EMS Conference
Aurora, Colorado
January 20th, 2012
115.  <u>Withdrawing Support: A Prehospital Protocol for Alcohol Withdrawal</u>
EMS State of the Science: A Gathering of Eagles XIV
February 24th, 2012
Dallas, Texas
116.  <u>A Sanguine Approach: The Use of Blood Products and Substitutes in the
Field</u>
EMS State of the Science: A Gathering of Eagles
February 24th, 2012
Dallas, Texas
117.  <u>Blast Injuries</u>
1st Annual Trauma Symposium
March 15th, 2012
Burlington, Colorado
118.  <u>Rural Trauma</u>
1st Annual Trauma Symposium
March 15th, 2012
Burlington, Colorado
119.  <u>Trauma in Pregnancy</u>
2012 NE Colorado EMS Symposium
April 21st, 2012
Fort Morgan, Colorado
120.  <u>Hemorrhage Control in the Field: Tourniquets and Beyond</u>
Grand Rounds – St. Mary's and Convent Health Care/Synergy Medical Center
Hospitals
May 10th, 2012
Saginaw, Michigan
121.  <u>Mass Casualty and Disaster Management</u>
Invited Lecture – Convent Health Care/Synergy Medical Center
April 21st, 2012
Saginaw, Michigan
122.  <u>Trauma in Pregnancy</u>
39th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 29th, 2012
Breckenridge, Colorado
123.  <u>Taking it on the QT: What are the Cardiac Effects of Sedation Practices?</u>
Emergency Cardiac Care Update (ECCU) 2012
Pre-conference Workshop
September 12th, 2012
Orlando, Florida
124.  <u>Withdrawing Support: Managing Alcohol Withdrawal in the Field</u>

Emergency Cardiac Care Update (ECCU) 2012
Pre-conference Workshop
September 12th, 2012
Orlando, Florida

125. Making Waves Diagnostically: Identifying Subtle Critical Emergencies with Capnography
Emergency Cardiac Care Update (ECCU) 2012
Conference Session – Eagles: State of the Science
September 13th, 2012
Orlando, Florida

126. Two Carbon Fragmentations: A Prehospital Protocol for Ethanol Withdrawal.
2012 ACEP Advanced EMS Practitioners' Forum and Workshop
October 7th, 2012
Denver, Colorado

127. How to Break the Ache: 2012 Approaches to Prehospital Pain Control
2012 ACEP Advanced EMS Practitioners' Forum and Workshop
October 7th, 2012
Denver, Colorado

128. I'd Scan That! Effective Diagnostic Trauma Imaging
ACEP Scientific Assembly
October 9th, 2012
Denver, Colorado

129. Evidence-Based Minor Trauma Management
ACEP Scientific Assembly
October 9th, 2012
Denver, Colorado

130. Trauma Talk: The Latest and the Greatest Trauma Literature
ACEP Scientific Assembly
October 10th, 2012
Denver, Colorado

131. The Combative, Uncooperative, Arrested, and Threatening Trauma Patient: A Legal, Ethical, and Medical Minefield
ACEP Scientific Assembly
October 10th, 2012
Denver, Colorado

132. MCI Medical Response: Are We Prepared?
Denver Health Critical Care Conference
October 12th, 2012
Denver, Colorado

133. The Colorado Shootings: Lessons Learned from Mass Casualty Events
Grand Rounds – Beth Israel/Deaconess Medical Center
November 7th, 2012
Boston, Massachusetts

134. The Colorado Shootings: Lessons Learned from Mass Casualty Events
Keynote Speaker: Hillsborough County Medical Association

November 13th, 2012
Tampa Bay, Florida

135.    The Colorado Shootings: Lessons Learned on Disaster Management and
        Mass Casualty Events
        Grand Rounds: Scripps Memorial Hospital
        December 11th, 2012
        La Jolla, California

136.    EMS in the Cross-Hairs: The Columbine, Aurora and Safeway Shootings
        EMS State of the Science: A Gathering of Eagles XV
        February 22nd, 2013
        Dallas, Texas

137.    Oh, What a Relief It Is! Revisiting Pain Medication Use in EMS
        EMS State of the Science: A Gathering of Eagles XV
        February 22nd, 2013
        Dallas, Texas

138.    ED Operations 101: Follow the Money
        Council of Emergency Medicine Residency Directors (CORD)
        Academic Assembly 2013
        March 7th, 2013
        Denver, Colorado

139.    Disaster Planning & Response: Lessons Learned from the Colorado
        Shootings
        Trauma, Critical Care, and Acute Care Surgery 2013 – Medical Disaster
        Response
        March 17th, 2013
        Las Vegas, Nevada

140.    Case Management Interactive Session: Practical Issues & Dilemmas in
        Mass Casualty Preparedness
        Trauma, Critical Care, and Acute Care Surgery 2013 – Medical Disaster
        Response
        March 17th, 2013
        Las Vegas, Nevada

141.    Trauma Surgeons Emergency Physicians and Trauma Care
        Trauma, Critical Care, and Acute Care Surgery 2013
        March 20th, 2013
        Las Vegas, Nevada

142.    Mass Casualty and Disaster Management – The Colorado Shootings
        Visiting Professorship/Grand Rounds
        Southern Illinois University School of Medicine
        April 18th, 2013
        Springfield, Illinois

143.    Mass Casualty and Disaster Management – The Colorado Shootings
        Sangamon County Medical Society
        April 18th, 2013
        Springfield, Illinois

144.    Lessons Learned from the Colorado Shootings

12th Annual Trauma Symposium
Mississippi Coastal Trauma Region
May 1st, 2013
Biloxi, Mississippi

145. <u>Mass Casualty and Disaster Management – The Colorado Shootings</u>
Grand Rounds – Indiana University Hospital-Methodist
May 10th, 2013
Indianapolis, Indiana

146. <u>Prehospital Panel</u>
Moderator
40th Annual Rocky Mountain Trauma & Emergency Medicine
Conference
June 27th, 2013
Breckenridge, Colorado

147. <u>Environmental Emergencies</u>
40th Annual Rocky Mountain Trauma & Emergency Medicine Conference
June 28th, 2013
Breckenridge, Colorado

148. <u>Lessons Learned from the Colorado Shootings</u>
43rd Annual Wyoming Trauma Conference
August 16th, 2013
Cheyenne, Wyoming

149. <u>Oh What a Relief It Is: Evolving Trends in Prehospital Pain Management</u>
IAFF Advanced EMS Practitioners, Chiefs, & Medical Directors Forum
August 24th, 2013
Denver, Colorado

150. <u>EMS in the Cross-Hairs: The Columbine, Aurora, and Safeway Shootings</u>
IAFF Advanced EMS Practitioners, Chiefs, & Medical Directors Forum
August 24th, 2013
Denver, Colorado

151. <u>The Reality of the New Specialty: What Will Be the Impact of the New
EMS Boards for Fire?</u>
IAFF Advanced EMS Practitioners, Chiefs, & Medical Directors Forum
August 24th, 2013
Denver, Colorado

152. <u>I'd Scan That!: Use of CT Scans in Trauma Care</u>
Grand Rounds – University of Wisconsin School of Medicine
August 29th, 2013
Madison, Wisconsin

153. <u>Evidence-Based Minor Trauma Management</u>
Grand Rounds – University of Wisconsin School of Medicine
August 29th, 2013
Madison, Wisconsin

154. <u>Mass Casualty and Disaster Management: EMS Lessons from the
Colorado Shootings</u>
EMS World Expo 2013

September 11th, 2013
Las Vegas, Nevada
155.   2013 Approaches to Pain Management and Sedation
EMS World Expo 2013
September 11th, 2013
Las Vegas, Nevada
156.   Mass Casualty and Disaster Management: Lessons Learned from the
Colorado Shootings
DuPage County Medical Society Annual Meeting
October 9th, 2013
Chicago, Illinois
157.   Mass Casualty Management: The Colorado Shootings
Northern Colorado Emergency and Trauma Care Symposium
October 11th, 2013
Loveland, Colorado
158.   The Combative, Uncooperative, Arrested and Threatening Trauma Patient:
A Legal, Ethical and Medical Minefield!
ACEP Scientific Assembly 2013
October 15th, 2013
Seattle, Washington
159.   Skip the Scan! Effective Diagnostic Trauma Imaging
ACEP Scientific Assembly 2013
October 16th, 2013
Seattle, Washington
160.   I Survived: Domestic Disasters – Lessons Learned from the Trenches
ACEP Scientific Assembly 2013
October 16th, 2013
Seattle, Washington
161.   Managing Ballistic Injuries in the Pre-Hospital Setting
World Extreme Medicine Expo 2013
Harvard Medical School
October 28th, 2013
Boston, Massachusetts
162.   Cadaver Lab – Trauma Procedures
Colorado State EMS Conference 2013
November 7th, 2013
Keystone, Colorado
163.   Mass Casualty and Disaster Management: Lessons Learned from the
Colorado Shootings
2013 Trauma and Critical Care Conference
November 8th, 2013
Durango, Colorado
164.   Mass Casualty and Disaster Management: The Colorado Shootings
Lake County Medical Society Annual Meeting
December 3rd, 2013
Chicago, Illinois

165. <u>Myths in Trauma Care</u>
Yampa Valley Medical Center Trauma Conference
November 15th, 2013
Steamboat Springs, Colorado

166. <u>Myths in Pediatric Care</u>
The Brian Schimpf Memorial Prehospital Pediatric Care Conference
February 8th, 2014.
Denver, Colorado

167. <u>Child-Like Behaviors: 10 Myths of EMS Pediatric Care</u>
EMS State of the Science: A Gathering of Eagles XVI
February 28th, 2014
Dallas, Texas

168. <u>Epidemic Proportions: Dosing Ketamine in the Era of Mamba Dramas</u>
EMS State of the Science: A Gathering of Eagles XVI
March 1st, 2014
Dallas, Texas

169. <u>Covering Mental Illness and Violence</u>
Health Journalism 2014 (Association of Health Care Journalism)
March 29th, 2014
Denver, Colorado

170. <u>Wound Management: How Do you Manage Cuts and Burns</u>
American College of Emergency Physicians (ACEP) Advanced Practice
Provider Academy
April 15th, 2014
San Diego, CA

171. <u>Evaluation of Patients with Blunt Multiple Trauma and Penetrating
Trauma: A Systematic Approach</u>
American College of Emergency Physicians (ACEP) Advanced Practice
Provider Academy
April 15th, 2014
San Diego, CA

172. <u>Preparedness Put to the Test: Lessons Learned from Major Events to
Guide Hospital Disaster Preparedness</u>
Medical World Americas Conference and Expo
April 28th, 2014
Houston, TX

173. <u>Myths in Trauma Care</u>
13th Annual MS Coastal Trauma Symposium
May 14th, 2014
Biloxi, MS

174. <u>Anxiolysis for the Cardiac Care Provider: Easy Choices for Sedation in
Emergency Care</u>
Emergency Cardiac Care Update (ECCU), EMS Preconference Workshop
June 3rd, 2014
Las Vegas, NV

175. <u>Taking it on the QT: What are the Cardiac Effects of Sedation Practices?</u>

Emergency Cardiac Care Update (ECCU), EMS Preconference Workshop
June 3rd, 2014
Las Vegas, NV

176. <u>Anxiolysis for the Cardiac Care Provider: Easy Choices for Sedation in Emergency Care</u>
Emergency Cardiac Care Update (ECCU), 2014 Citizens CPR
Foundation: Clinical Solutions and Best Practices for EMS
June 4th, 2014
Las Vegas, NV

177. <u>Taking it on the QT: What are the Cardiac Effects of Sedation Practices?</u>
Emergency Cardiac Care Update (ECCU), 2014 Citizens CPR
Foundation: Clinical Solutions and Best Practices for EMS
June 4th, 2014
Las Vegas, NV

178. <u>Hyperfibrinolysis, Physiologic Fibrinolysis, and Fibrinolysis Shutdown: The Spectrum of Postinjury Fibrinolysis and Relevance to Antifibrinolytic Therapy</u>
Moderator - Denver Health Trauma Services Continuing Education Series
June 25th, 2014
Denver, CO

179. <u>Myths in Pediatric Emergency Care</u>
41st Annual Rocky Mountain Trauma and Emergency Medicine Conference
July 9th, 2014
Breckenridge, CO

180. <u>The Combative, Uncooperative, Intoxicated Patient: An Ethical, Moral and Legal Dilemma</u>
41st Annual Rocky Mountain Trauma and Emergency Medicine Conference
July 11th, 2014
Breckenridge, CO

181. <u>Myths in Pediatric Care</u>
2014 University of Colorado Health and Denver Health Trauma Consortium: Acute Care Surgery, Trauma, and EMS Conference
August 23rd, 2014
Colorado Springs, CO

182. <u>Rural Trauma Care</u>
Great Plains Trauma Conference
September 18th, 2014
North Platte, Nebraska

183. <u>How to Break the Ache: 2014 Ways to Manage Prehospital Analgesia and Sedation</u>
Advanced EMS Practitioner's Forum and Workshop
ACEP 2014
October 26th, 2014
Chicago, Illinois

184. <u>No Small Lie: Debunking Myths in Pediatric EMS Care</u>
Advanced EMS Practitioner's Forum and Workshop

ACEP 2014
October 26th, 2014
Chicago, Illinois

185.    The Combative, Uncooperative, Arrested, and Threatening Trauma
        Patient: A Legal, Ethical, and Medical Minefield!
        American College of Emergency Physicians (ACEP) Scientific Assembly
        2014
        October 27th, 2014
        Chicago, Illinois

186.    Cruising the Literature: The Most Influential EMS Articles of 2014
        American College of Emergency Physicians (ACEP) Scientific Assembly
        2014
        October 28th, 2014
        Chicago, Illinois

187.    Tales from the Rig: EMS Medical Director Words of Wisdom
        American College of Emergency Physicians (ACEP) Scientific Assembly
        2014
        October 28th, 2014
        Chicago, Illinois

188.    Imagine a World Without Backboards? Controversies in Spinal
        Immobilization
        American College of Emergency Physicians (ACEP) Scientific Assembly
        2014
        October 28th, 2014
        Chicago, Illinois

189.    Disaster Management: Lessons Learned from the Colorado Shootings
        Keynote Address: 9th Annual NORTN Regional Trauma Conference
        November 7th, 2014
        Akron General Hospital, Akron, Ohio

190.    The Combative, Uncooperative, Arrested, and Threatening Trauma
        Patient: A Legal, Ethical, and Medical Minefield!
        9th Annual NORTN Regional Trauma Conference
        November 7th, 2014
        Akron General Hospital, Akron, Ohio

191.    Ketamine for Excited Delirium
        EMS World Expo
        November 11th, 2014
        Nashville, TN

192.    10 Myths of EMS Pediatric Care
        EMS World Expo
        November 11th, 2014
        Nashville, TN

193.    Biophone Communications
        EMS World Expo
        November 11th, 2014
        Nashville, TN

194.   EMS Medical Director Panel
EMS World Expo
November 12th, 2014
Nashville, TN

195.   The Combative, Uncooperative, Arrested, and Threatening Trauma Patient: A Legal, Ethical, and Medical Minefield!
Boulder Community Hospital/AMR EMS Conference 2014
December 6th, 2014
Boulder, CO

196.   Special K: Ketamine in EMS
7th Annual Advanced Topics in Medical Direction
NAEMSP 2015
January 20th, 2015
New Orleans, LA

197.   First it was Backboards, now C-Collars
EMS State of the Science: A Gathering of Eagles XVII
February 20th, 2015
Dallas, TX

198.   Taking it to the Streets! Prehospital Infusion of Plasma
EMS State of the Science: A Gathering of Eagles XVII
February 20th, 2015
Dallas, TX

199.   Street Fighting Man! When the Combative Patient is Refusing Transport
EMS State of the Science: A Gathering of Eagles XVII
February 21st, 2015
Dallas, TX

200.   A Hurt-Full Remark: Supporting Ketamine Use for Pain Management
EMS State of the Science: A Gathering of Eagles XVII
February 21st, 2015
Dallas, TX

201.   Imagine a World Without Backboards? Controversies in Spinal Immobilization
2nd Annual Brain Schimpf Memorial Pediatric EMS Conference
February 28th, 2015
Denver, CO

202.   Providing for the Providers: Impact of Traumatic Events on Providers
Keynote address: Colorado CPR Association Annual Meeting
April 30th, 2015
Denver, CO

203.   Mass Casualty and Disaster Management: Lessons Learned from the Colorado Shootings
North Trauma Care Region 2015 Trauma Symposium
May 8th, 2015
Tupelo, MS

204.   Management of Excited Delirium in the Era of Legalized Marijuana
Vanderbilt Residency in Emergency Medicine

May 19th, 2015
Nashville, TN

205.    Mass Casualty and Disaster Management: Lessons Learned from the Colorado Shootings
Grand Rounds Presentation, Vanderbilt University School of Medicine
May 19th, 2015
Nashville, TN

206.    Active Shooter – Prehospital Forum (Moderator)
42nd Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 19th, 2015
Vail, Colorado

207.    Imagine a World without Backboards
42nd Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 20th, 2015
Vail, Colorado

208.    Mass Casualty and Disaster Management: Lessons Learned from the Colorado Shootings
Ohio EMS Lecture Series – Keynote address
August 20th, 2015
Akron, Ohio

209.    Myths in Pediatric Care
Grand Rounds, Deaconess Regional Trauma Center
EMS Trauma Symposium
September 9th, 2015
Evansville, Indiana

210.    Plasma Administration in the Field: The COMBAT Trial
World Trauma Symposium
September 16th, 2015
Las Vegas, Nevada

211.    The Combative, Uncooperative, Intoxicated Trauma Patient: A Medical, Legal, and Ethical Nightmare!
EMS World
September 17th, 2015
Las Vegas, Nevada

212.    The Medical Impact of Marijuana Legalization
EMS World
September 17th, 2015
Las Vegas, Nevada

213.    How to Deploy a New Toy for Every Girl and Boy: Implementing a Simpler System for Treating Children
ACEP 2015 Scientific Assembly Advanced EMS Practitioners Forum and Workshop
October 25th, 2015
Boston, Massachusetts

214.    For the Life of all Flesh is the Blood Thereof! Prehospital Use of Blood Products and Systemic Bleeding Control

ACEP 2015 Scientific Assembly Advanced EMS Practitioners Forum and Workshop
October 25th, 2015
Boston, Massachusetts

215.   Trauma STAT! Don't Miss the Visual Cue
ACEP Scientific Assembly 2015
October 28th, 2015
Boston, Massachusetts

216.   The Combative, Uncooperative Trauma Patient
ACEP Scientific Assembly 2015
October 28th, 2015
Boston, Massachusetts

217.   How to Deploy a New Toy for Every Girl and Boy: Implementing a Simpler System for Treating Children
EAGLES – Best Practices in Street Medicine: Implementing the New Guidelines and Several Exceptional Innovations in Out-of-Hospital Emergency Cardiac Care
ECCU (Emergency Cardiovascular Care Update) 2015
December 9th, 2015
San Diego, California

218.   Anxiolysis in Emergency Cardiac Care: 2015 Approaches to Safe Sedation
EAGLES – Best Practices in Street Medicine: Implementing the New Guidelines and Several Exceptional Innovations in Out-of-Hospital Emergency Cardiac Care
ECCU (Emergency Cardiovascular Care Update) 2015
December 9th, 2015
San Diego, California

219.   Latest Drugs of Abuse: The Impact of Legalization of Marijuana and Testing of EMS Personnel
EMS Today (JEMS Conference and Exposition
February 25th, 2016
Baltimore, Maryland

220.   Chemical Suicides
EMS Today (JEMS Conference and Exposition)
February 25th, 2016
Baltimore, Maryland

221.   Lightning Rounds: Ask the Eagles
EMS Today (JEMS Conference and Exposition)
February 26th, 2016
Baltimore, Maryland

222.   Deliriously Yours: 2016 Approaches to Managing the Toxic Patients
First There First Care Regional EMS Conference
May 26th, 2016
Broward County, Florida

223.   Promoting Post-Traumatic Provider Protection: Dealing with Depression, Anxiety, and Stress in EMS
First There First Care Regional EMS Conference
May 26th, 2016
Broward County, Florida

224.   There Will Be Blood in the Streets: On-Scene Use of Plasma, Cells and Other Clot-Musters
First There First Care Regional EMS Conference
May 26th, 2016
Broward County, Florida

225.   Trauma in Pregnancy
43rd Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 18th, 2016
Denver, Colorado

226.   Mass Casualty and Disaster Management: Lessons Learned from the Colorado Shootings
Zuckerberg San Francisco General Hospital and Trauma Center Department of Medicine Grand Rounds
September 6th, 2016
San Francisco, California

227.   Primum Non Nocere – to Yourself: Responding to the Malicious Mayhem of Mentally-ill Menaces
2016 ACEP Scientific Assembly – Advanced EMS Practitioner's Forum and Workshop
October 15th, 2016
Las Vegas, Nevada

228.   No Child (or Adult) Left Behind? The Complexities of Patient Refusal & Non-Transport Decisions
2016 ACEP Scientific Assembly – Advanced EMS Practitioner's Forum and Workshop
October 15th, 2016
Las Vegas, Nevada

229.   Taking the Pressure Off Sedation: Why Ketamine is My Pet Amine
2016 ACEP Scientific Assembly – Advanced EMS Practitioner's Forum and Workshop
October 15th, 2016
Las Vegas, Nevada

230.   Beyond the MVC: Burned, Blasted, and Bolted Trauma Victims
2016 ACEP Scientific Assembly
October 16th, 2016
Las Vegas, Nevada

231.   Fast Facts: Let's Chat About Trauma
2016 ACEP Scientific Assembly
October 16th, 2016
Las Vegas, Nevada

232.   The Combative, Uncooperative, Trauma Patient

2016 ACEP Scientific Assembly
October 16th, 2016
Las Vegas, Nevada

233. <u>Managing the Malicious Mayhem from Mentally Ill Menaces: The Evolving Roles of EMS in Active Shooter Incidents</u>
41st Annual Alaska EMS Symposium
November 4th, 2016
Anchorage, Alaska

234. <u>Grass Roots Experience with Swedish Fish: A Token Presentation on Marijuana Legalization</u>
41st Annual Alaska EMS Symposium
November 4th, 2016
Anchorage, Alaska

235. <u>Promoting Post-Traumatic Provider Protection: Dealing with Depression, Anxiety, and Stress in EMS</u>
41st Annual Alaska EMS Symposium
November 4th, 2016
Anchorage, Alaska

236. <u>Minding Your P's and Q's: What are the Actual Cardiac Effects of Sedation Practices?</u>
41st Annual Alaska EMS Symposium
November 4th, 2016
Anchorage, Alaska

237. <u>It's No Small Matter: Implementing a Simpler System for Treating Children</u>
41st Annual Alaska EMS Symposium
November 4th, 2016
Anchorage, Alaska

238. <u>Calling a Code Alert on our Mental Health: Suicide in EMS</u>
2017 NAEMSP Annual Meeting and Scientific Assembly
January 26th, 2017
New Orleans, Louisiana

239. <u>Child Abuse</u>
2017 Iowa Emergency Medical Services Association Pediatric Conference
February 25th, 2017
Des Moines, Iowa

240. <u>Apparent Life-Threatening Events</u>
2017 Iowa Emergency Medical Services Association Pediatric Conference
February 25th, 2017
Des Moines, Iowa

241. <u>Impact of Marijuana Legalization</u>
2017 Iowa Emergency Medical Services Association Pediatric Conference
February 25th, 2017
Des Moines, Iowa

242. <u>Myths in Pediatric Care</u>
2017 Iowa Emergency Medical Services Association Pediatric Conference

February 25th, 2017
Des Moines, Iowa

243.   Traumatic Shock
UCSF High Risk Emergency Medicine Conference
April 9th, 2017
Maui, Hawaii

244.   Penetrating Abdominal Trauma
UCSF High Risk Emergency Medicine Conference
April 9th, 2017
Maui, Hawaii

245.   The Combative, Intoxicated Trauma Patient: A Medical, Legal, and
Ethical Conundrum!
UCSF High Risk Emergency Medicine Conference
April 9th, 2017
Maui, Hawaii

246.   Geriatric Trauma
UCSF High Risk Emergency Medicine Conference
April 9th, 2017
Maui, Hawaii

247.   Accidental Hypothermia
Wilderness Medicine: Avoiding and Managing Outdoor Medical Emergencies
UCSF Wilderness Medicine Medical School Elective and Mini Medical
School for the Public
April 26th, 2017
San Francisco, California

248.   High Altitude Illness
Wilderness Medicine: Avoiding and Managing Outdoor Medical Emergencies
UCSF Wilderness Medicine Medical School Elective and Mini Medical
School for the Public
April 26th, 2017
San Francisco, California

249.   Managing the Crashing, Combative Trauma Patient
High Risk Emergency Medicine San Francisco
June 1st, 2017
San Francisco, California

250.   Imaging in Trauma
High Risk Emergency Medicine San Francisco
June 1st, 2017
San Francisco, California

251.   Safe Sedation in the Era of Legalized Marijuana
National EMS Safety Summit
August 21st, 2017
Denver, Colorado

252.   Safety in EMS – Panel Discussion
National EMS Safety Summit
August 22nd, 2017

Denver, Colorado
253.    Lessons Learned from Active Shooter Scenarios
6th Annual Medical-Legal Forum
Mile High Regional Medical and Trauma Advisory Council
September 28th, 2017
Lakewood, Colorado
254.    Integration and Challenges of Local, State and Federal Medical Surge
Resources – Perspectives on the SFFW Full Scale Exercise and Asset
Integration
Panelist – Medical Peer to Peer Exchange Seminar
San Francisco Fleet Week 2017
October 4th, 2017
San Francisco, California
255.    Trauma STAT! Don't Miss This Visual Cue!
American College of Emergency Physicians (ACEP) Scientific Assembly
October 31st, 2017
Washington D.C.
256.    FAST FACTS: Let's Chat About Adult Trauma
American College of Emergency Physicians (ACEP) Scientific Assembly
October 31st, 2017
Washington D.C.
257.    Advanced Wound Care Closure in the ED: Putting the Pieces Back
Together
American College of Emergency Physicians (ACEP) Scientific Assembly
October 31st, 2017
Washington D.C.
258.    Pediatric Resuscitation is No Small Matter: 2017 Approaches to Managing
Cardiac Events in Children
Emergency Cardiovascular Care Update (ECCU) 2017
December 5th, 2017
New Orleans, Louisiana
259.    De-MS in EMS: Fentanyl versus Morphine for Chest Pain Management
Emergency Cardiovascular Care Update (ECCU) 2017
December 5th, 2017
New Orleans, Louisiana
260.    Toxic Remarks: Case Studies of Cardiac Effects of Drugs of Abuse
Emergency Cardiovascular Care Update (ECCU) 2017
December 6th, 2017
New Orleans, Louisiana
261.    Mass Casualty and Disaster Management: Lessons Learned from the
Colorado Shootings
Grand Rounds – University of Michigan Department of Emergency Medicine
January 10th, 2018
Ann Arbor, Michigan
262.    Better Mind Your P's and Q;s: Subtle Cardiac Effects of Drugs of Abuse
EMS State of the Science: A Gathering of Eagles XX

March 2nd, 2018
Dallas, Texas

263. DeMSing EMS: Why I'd Get Rid of Morphine Sulfate
EMS State of the Science: A Gathering of Eagles XX
March 3rd, 2018
Dallas, Texas

264. A Grass Roots Experience: The Medical Implications of Marijuana Legalization in Colorado
ZSFG Medicine Grand Rounds
March 27th, 2018
San Francisco, California

265. Pitfalls in the Trauma Airway
UCSF High Risk Emergency Medicine Hawaii
April 9th, 2018
Maui, Hawaii

266. Challenging Trauma Case Panel
Moderator
UCSF High Risk Emergency Medicine
April 11th, 2018
Maui, Hawaii

267. Pitfalls in Patients with Stab Wounds
UCSF High Risk Emergency Medicine Hawaii
April 10th, 2018
Maui, Hawaii

268. Pitfalls in the Patient Found Down
UCSF High Risk Emergency Medicine Hawaii
April 10th, 2018
Maui, Hawaii

269. The Combative, Uncooperative Trauma Patient
SEMPA 360 – Society of Emergency Medicine Physician Assistants National Assembly
May 5th, 2018
San Antonio, Texas

270. Mass Casualty: Lessons Learned from the Colorado Shootings
SEMPA 360 – Society of Emergency Medicine Physician Assistants National Assembly
May 5th, 2018
San Antonio, Texas

271. The Medical Impact of Marijuana Legalization
SEMPA 360 – Society of Emergency Medicine Physician Assistants National Assembly
May 5th, 2018
San Antonio, Texas

272. Update on Urologic Emergencies
Moderator – Panel Discussion on Testicular Torsion, Priapism, and Penile Fracture

American Urological Association (AUA) Annual Meeting 2018
May 20th, 2018
San Francisco, California

273. <u>Assessing Capacity in the Intoxicated Trauma Patient</u>
Keynote Address – 45th Annual Rocky Mountain Trauma and Emergency
Medicine Conference
June 7th, 2018
Vail, Colorado

274. <u>Pitfalls in Patients with Stab Wounds</u>
45th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 8th, 2018
Vail, Colorado

275. <u>Trauma Panel of Experts</u>
45th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 8th, 2018
Vail, Colorado

276. <u>Cruising the Literature: Trauma 2018</u>
American College of Emergency Physicians (ACEP) National Scientific
Assembly 2018
October 2nd, 2018
San Diego, California

277. <u>Fast Facts: Let's Chat about Adult Trauma</u>
American College of Emergency Physicians (ACEP) National Scientific
Assembly 2018
October 2nd, 2018
San Diego, California

278. <u>ED Thoracotomy: When, Who, and How</u>
American College of Emergency Physicians (ACEP) National Scientific
Assembly 2018
October 3rd, 2018
San Diego, California

279. <u>Clear as Mud: C-Spine Clearance 2018</u>
American College of Emergency Physicians (ACEP) National Scientific
Assembly 2018
October 3rd, 2018
San Diego, California

280. <u>Grass-Roots Experience with Rocky Mountain Highs: What Marijuana
Legislation did for the C-States</u>
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

281. <u>How to De-Code the No-Load Mode: When a Patient Declines Transport</u>
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

282.   <u>Mitigating Child-Like Behaviors: Dismantling Major Myths of EMS Care</u>
<u>for Kids</u>
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

283.   <u>Not Just a Breathless Experience: The Cardiac Effects of Drugs of Abuse</u>
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

284.   <u>Altered States of Mind – Part 1: Sedation Practices in EMS</u>
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

285.   <u>Causalities for Caustic Cautions About Precautions: 2018 Approaches to</u>
<u>Spinal Motion Restriction</u>
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

286.   <u>On the Wings of Eagles – Hot Topics in EMS</u>
Iowa EMS Association (IEMSA) Annual Meeting
November 9th, 2018
Des Moines, Iowa

287.   <u>Myths in Pediatric Care</u>
Iowa EMS Association (IEMSA) Annual Meeting
November 10th, 2018
Des Moines, Iowa

288.   <u>Impact of Legalization of Marijuana on EMS/The Combative Intoxicated</u>
<u>Patient</u>
Iowa EMS Association (IEMSA) Annual Meeting
November 10th, 2018
Des Moines, Iowa

289.   <u>Intubation and Sedation of the Critically Ill Patient</u>
High Risk Emergency Medicine 2019
February 19th, 2019
Honolulu, Hawaii

290.   <u>Transfer of the Trauma Patient</u>
High Risk Emergency Medicine 2019
February 20th, 2019
Honolulu, Hawaii

291.   <u>Advanced Wound Care Closure in the ED</u>
High Risk Emergency Medicine 2019
February 22nd, 2019
Honolulu, Hawaii

292.   <u>Persistent Injurious Concepts: Continuing Major Myths in Trauma Care</u>
EMS State of the Science XXI: A Gathering of Eagles
March 1st, 2019

Dallas, Texas

293.    <u>Electrocardiography 501: Subtle ECG Findings You Might Miss</u>
EMS State of the Science XXI: A Gathering of Eagles
March 2nd, 2019
Dallas, Texas

294.    <u>The History of Emergency Medicine</u>
San Diego Trauma Society
April 12th, 2019
San Diego, California

295.    <u>Trauma Literature 2019 – The Latest and Greatest</u>
Grand Rounds: Mount Sinai Health System/Icahn School of Medicine
April 16th, 2019
New York, New York

296.    <u>Hypothermia and Cold Related Injury</u>
2019 Wilderness Medicine Elective
UCSF School of Medicine
May 1st, 2019
San Francisco, California

297.    <u>High Altitude Illness</u>
2019 Wilderness Medicine Elective
UCSF School of Medicine
May 1, 2019
San Francisco, California

298.    <u>Precautionary Cautions About Precautions: 2019 Approaches to Spinal Motion Restriction</u>
Polk County Fire Rescue EMS Week 2019 Medical Seminar – Eagles
May 23rd, 2019
Orlando, Florida

299.    <u>Mitigating Child-Like Behaviors: Dismantling the Major Myths about Managing Maladies in Minors</u>
Polk County Fire Rescue EMS Week 2019 Medical Seminar – Eagles
May 23rd, 2019
Orlando, Florida

300.    <u>Acing the Tracing Your Facing: Subtle ECG Findings You Don't Want to Miss</u>
Polk Country Fire Rescue EMS Week 2019 Medical Seminar – Eagles
May 23rd, 2019
Orlando, Florida

301.    <u>Mass Casualty and Disaster Management – Lessons Learned from the Colorado Shootings</u>
Grand Rounds – Department of Emergency Medicine
University Hospitals Cleveland Medical Center
June 13th, 2019
Cleveland, Ohio

302.    <u>High Altitude Illness</u>
University Hospitals Cleveland Medical Center

June 13th, 2019
Cleveland, Ohio

303.    <u>Sedation of the Trauma Patient</u>
University Hospitals Cleveland Medical Center
June 13th, 2019
Cleveland, Ohio

304.    <u>Mass Casualty and Disaster Management: Lessons Learned from the
Colorado Shootings</u>
Keynote address – 31st Annual David Miller Memorial Trauma Symposium
October 11th, 2019
Springfield, Missouri

305.    <u>The Combative, Uncooperative, Arrested, and Threatening Trauma
Patient: A Legal, Ethical, and Medical Minefield</u>
31st Annual David Miller Trauma Symposium
October 11th, 2019
Springfield, Missouri

306.    <u>Management of Pelvic Trauma – Binders, REBOA, and More!</u>
American College of Emergency Physicians (ACEP) Scientific Assembly,
2019 [ACEP19]
October 28th, 2019
Denver, Colorado

307.    <u>Life Saving Procedures in Trauma</u>
American College of Emergency Physicians (ACEP) Scientific Assembly,
2019 [ACEP19]
October 28th, 2019
Denver, Colorado

308.    <u>Cruising the Literature – Best Trauma Articles of 2019</u>
American College of Emergency Physicians (ACEP) Scientific Assembly,
2019 [ACEP19]
October 29th, 2019
Denver, Colorado

309.    <u>Transfer of the Trauma Patient</u>
Grand Rounds – Kaiser San Francisco
December 3rd, 2019
San Francisco, California

310.    <u>Management of Pelvic Fractures</u>
Grand Rounds – Vanderbilt University Medical Center
December 17th, 2019
Nashville, Tennessee

311.

**Certifications**

- NRP, 2009
- ATLS, 2003
  - ATLS Instructor
    - November 18th, 2016
    - July 23rd, 2017
    - June 25th, 2018
    - June 24th, 2019
    - October 17th, 2019
- ACLS, 1996
- PALS, 1994
- ATLS instructor, 2010 – present
- BLS, 2016

**Media**

- Tales From the Front Lines - San Francisco Magazine – September, 2017
- How to Control Bleeding – The New York Times Magazine – April 22nd, 2018
- Skinned Knees to Broken Heads: Tracking Scooter Injuries – The New York Times – August 3rd, 2018
- Interview – NBC – Scooter injuries – August 8th, 2018
- Interview – San Francisco Chronicle – Scooter Injuries – August 11th, 2018
- Wines on a Plane: Does Drinking Affect You Differently While Flying? – Wine Spectator, August 21st, 2018
- National Public Radio (NPR) segment – Heat Related Emergencies – October, 2018
- Interview – KPIX TV Channel 5 –  Scooter injuries - January 25th, 2019
- Interview – San Francisco Chronicle – Scooter Injuries – January 26th, 2019
- Interview – RTV6 Indianapolis – Marijuana use kills Indiana teen, mother speaks out. Stephanie Wade, April 11, 2019 (https://www.theindychannel.com/news/working-for-you/marijuana-use-kills-indiana-teen-mother-speaks-out)
- Interview – The New Yorker – Twenty years after Columbine. Michael Luo, April 20th, 2019. (https://www.newyorker.com/news/news-desk/twenty-years-after-columbine)
- Interview – Fox KTVU Channel 2 – San Francisco averaged one fentanyl overdose death a week last year. Amber Led, June 25th, 2019

(http://www.ktvu.com/news/ktvu-local-news/san-francisco-averaged-one-fentanyl-overdose-death-a-week-last-year)
- Patients Leaving AMA: Signed Forms Alone Are Not Sufficient Malpractice Defense. ED Legal Letter, Volume 30, No. 8, p. 85-88, August, 2019
- Interview – San Francisco Chronicle – Psychiatric patients in the ED. August 15, 2019
- Interview – San Francisco Examiner – ED Diversion – September 26th, 2019
- Interview – San Francisco Chronicle – Emergency department management of substance abuse – November 5th, 2019
- Interview – KTVU Channel 2 Morning News (Mornings on 2) – Holiday mishaps – December 20th, 2019 https://sfgov1-my.sharepoint.com/:v:/r/personal/maricella_miranda_sfdph_org/Documents/Media/KTVU%202_Chris%20Colwell_ED%20holidays_2019/IMG_0571.MOV?csf=1&e=RQGwJN
- 

**Additional Activities**

- American Board of Emergency Medicine (ABEM) Oral Board Examiner
  - October 8-11, 2016
  - October 14-17, 2017
  - October 13-16, 2018
  - October 5-8, 2019
- President, Sigma Phi Epsilon fraternity, Ann Arbor, MI  1987-1988 Active Member: 1984-1988
- Varsity Tennis, University of Michigan, Ann Arbor, MI 1984-1988 Big Ten Team Champions: 1985, 1986, 1988.   NCAA Team Semifinals: 1988
- Psi Chi Honor Society 1987-1988
- Captain, Varsity Tennis Team, La Jolla High School, La Jolla, CA
- Michigan Alumnae Scholarship recipient, San Diego Chapter 1984-1985

**Languages**     Fluent in Spanish