1  XAVIER BECERRA
   Attorney General of California
2  State Bar No. 118517
   MARK R. BECKINGTON
3  Supervising Deputy Attorney General
   State Bar No. 126009
4  PETER H. CHANG
   Deputy Attorney General
5  State Bar No. 241467
   JOHN D. ECHEVERRIA
6  Deputy Attorney General
   State Bar No. 268843
7    300 South Spring Street, Suite 1702
     Los Angeles, CA  90013
8    Telephone:  (213) 269-6249
     Fax:  (916) 731-2124
9    E-mail:  John.Echeverria@doj.ca.gov
   *Attorneys for Defendants Xavier Becerra, in*
10 *his official capacity as Attorney General of*
   *the State of California, and Brent E. Orick,*
11 *in his official capacity as Interim Director of*
   *the Department of Justice Bureau of*
12 *Firearms*

13                IN THE UNITED STATES DISTRICT COURT

14              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15

16

17 | **JAMES MILLER, et al.,** | 19-cv-1537 BEN-JLB |

18 |                           |                    |
                Plaintiffs,
19
        v.                    **DECLARATION OF JOHN D.**
20                            **ECHEVERRIA IN SUPPORT OF**
                              **DEFENDANTS' OPPOSITION TO**
21 **CALIFORNIA ATTORNEY**     **PLAINTIFFS' MOTION FOR**
   **GENERAL XAVIER BECERRA,** **PRELIMINARY INJUNCTION**
22 **et al.,**
                              Date:       February 6, 2020
23              Defendants.   Time:       2:00 p.m.
                              Courtroom:  5A
24                            Judge:      Hon. Roger T. Benitez
                              Trial Date: None Set
25                            Action Filed: August 15, 2019

26

27

28

---

Declaration of John D. Echeverria in Support of Defendants' Opposition to Plaintiffs' Motion for
Preliminary Injunction (19-cv-1537 BEN-JLB)

# DECLARATION OF JOHN D. ECHEVERRIA

I, John D. Echeverria, declare:

1. I am a Deputy Attorney General with the California Department of Justice and serve as counsel to Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Brent E. Orick, in his official capacity as Interim Director of the Department of Justice Bureau of Firearms, in the above-captioned matter. I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction.

2. Except as otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness I could testify competently as to those facts.

3. Attached hereto are true and correct copy of the following exhibits:

| Exhibit | Description | Pages |
|---------|-------------|-------|
| 1 | S.B. 880 Report, 2015-2016 Reg. Sess., Assembly Committee on Public Safety (June 14, 2016) | 1-12 |
| 2 | Violence Policy Ctr., *Firearm Justifiable Homicides and Non-Fatal Self-Defense Gun Use: An Analysis of Federal Bureau of Investigation and National Crime Victimization Survey Data* (2018) | 13-31 |
| 3 | Bureau of Alcohol, Tobacco & Firearms, Report and Recommendation on the Importability of Certain Semiautomatic Rifles (1989) | 32-51 |
| 4 | Violence Policy Ctr., *Key Points About Assault Weapons* | 52-53 |
| 5 | H.R. Rep. No. 103-489, Public Safety and Recreational Firearms Use Protection Act | 54-100 |
| 6 | Brady Ctr. to Prevent Gun Violence, *Assault Weapons "Mass Produced Mayhem"* (2008) | 101-164 |

1

Declaration of John D. Echeverria in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction (19-cv-1537 BEN-JLB)

| Exhibit | Description | Pages |
|---|---|---|
| 7 | Excerpt of United States Army, *Rifle Marksmanship M16/M4 - Series Weapons* (2008) | 165-186 |
| 8 | Expert Report & Declaration of Michael Mersereau, *Rupp v. Becerra*, No. 17-cv-00746-JLS-JDE (C.D. Cal. Mar. 25, 2019) (Dkt. 76-3) | 187-198 |
| 9 | Violence Policy Ctr., *The Militarization of the U.S. Civilian Firearms Market* (2011) | 199-252 |
| 10 | Bureau of Alcohol, Tobacco, Firearms & Explosives, *Study on the Importability of Certain Shotguns* (2011) | 253-287 |
| 11 | Colt.com, AR15A4 Advertisement | 288-289 |
| 12 | Colt.com, About Colt Rifles | 290-292 |
| 13 | Guns & Ammo (July 1981) | 293-306 |
| 14 | Mich. Public Acts, 1927 – No. 372 | 307-314 |
| 15 | Mich. Public Acts, 1927 – Ch. 1052 | 315-317 |
| 16 | Ohio General Code, 1933 – § 12819-3 | 318-319 |
| 17 | Pub. L. No. 275, 1932 – 72d Cong., Sess. I, Chs. 465, 466 | 320-325 |
| 18 | Robert J. Spitzer, *Gun Law History in the United States and Second Amendment Rights*, 80 Law & Contemporary Problems 55 (2017) | 326-355 |
| 19 | Br. of *Amicus Curiae* Everytown for Gun Safety in Supp. of Def.'s Mot. for Summ. J., *Rupp v. Becerra*, No. 8:17-cv-00746-JLS-JDE (C.D. Cal. Apr. 1, 2019) (Dkt. 82-1) | 356-385 |
| 20 | Christopher S. Koper et al., *Criminal Use of Assault Weapons and High-Capacity Semiautomatic Firearms: An Updated Examination of Local and National Sources*, 95 J. of Urban Health 313 (2017) | 386-395 |
| 21 | Excerpts of Bureau of Alcohol, Tobacco & Firearms, *Department of the Treasury Study on the Sporting Suitability of Modified Semiautomatic Assault Rifles* (1998) | 396-449 |

2

Declaration of John D. Echeverria in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction (19-cv-1537 BEN-JLB)

| Exhibit | Description | Pages |
|---|---|---|
| 22 | Violence Policy Ctr., *"Officer Down"*: *Assault Weapons and the War on Law Enforcement* (2003) | 450-479 |
| 23 | Panagiotis K. Stefanopoulos et al., *Gunshot Wounds: A Review of Ballistics Related to Penetrating Trauma*, J. of Acute Disease, 178 (2014) | 480-488 |
| 24 | Adam Lankford & James Silver, *Why Have Public Mass Shootings Become More Deadly? Assessing How Perpetrators' Motives and Methods Have Changed Over Time*, Criminology & Pub. Pol'y 1 (2019) | 489-513 |
| 25 | Excerpts of Deposition of Gary Kleck, *Rupp v. Becerra*, No. 8:17-cv-00746-JLS-JDE (C.D. Cal. Dec. 12, 2018) (Dkt. 76-15) | 514-524 |
| 26 | Law Ctr. to Prevent Gun Violence, *The California Model: Twenty Years of Putting Safety First* (2013) | 525-533 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 23, 2020 at Los Angeles, California.

s/ John D. Echeverria<br>John D. Echeverria

3

Declaration of John D. Echeverria in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction (19-cv-1537 BEN-JLB)