# EXHIBIT 8
# TO THE DECLARATION OF JOHN D. ECHEVERRIA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RUPP; et al.,<br><br>                            Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California et al.,<br><br>                           Defendants. | 8:17-cv-00746-JLS-JDE<br><br>**EXPERT REPORT AND DECLARATION OF DETECTIVE MICHAEL MERSEREAU OF THE LOS ANGELES POLICE DEPARTMENT** |

I, Michael Mersereau, declare and state as follows:

1. I am a Detective employed by the Los Angeles Police Department (the "LAPD") as a sworn officer for approximately 22 years. I have personal knowledge of the facts set forth below except those stated on information and belief. As to those facts, I believe them to be true and if called as a witness, could and would testify competently thereto.

2. I am currently assigned to the LAPD Gun Unit and have been for approximately 15 years. The LAPD Gun Unit is involved exclusively in the enforcement of the California Dangerous Weapons Control Act and the Municipal Code of the City of Los Angeles as it pertains to firearms. Prior to this assignment, I worked uniform patrol, unformed gangs, and divisional gang detectives. In these assignments, I have encountered a wide variety of firearms and firearms accessories, including assault rifles, and I have made numerous arrests for firearms violations.

1

Declaration of Michael Mersereau (8:17-cv-00746-JLS-JDE)

Def. Exhibit 3
Page 000133

Miller et al. v. Becerra et al. – Defs.' Exhibit 8
Page 000188

3. Pursuant to my current assignment, I received training from the Bureau of Alcohol, Tobacco, Firearms and Explosives (BATFE) on illegal firearms trafficking, firearms identification and tracing, undercover operations, hidden compartment identification and recognition, assault weapons, and Federal Firearms laws. I have also received informal training on the above- mentioned subjects from more experienced investigators. I routinely review California Department of Justice (DOJ) and BATFE publications related to firearm identification and transactions. I have attended numerous gun shows and firearms trade expositions. I routinely review Firearms Industry trade publications. I have spoken to hundreds of persons engaged in the business of firearms sales. I have also been involved in numerous investigations of illegally transferred firearms, possession of prohibited weapons including machine guns, assault weapons, and short barrel shotguns and rifles, as well as possession of firearms by prohibited persons. As a result of these investigations, I have seized or participated in the seizure of hundreds of assault rifles and numerous high capacity magazines. I am a court qualified firearms expert and have testified on multiple occasions as such. I have also fired many different firearms including various assault weapons and machine guns for training and court testimony.

4. Gun violence is a significant problem in Los Angeles. The LAPD lacks a central database of all firearms related statistics. The statistics set forth below are accumulated by many different entities within the department including the Gun Unit and Robbery Homicide division. Here are some statistics for the past several years regarding gun-related crimes in Los Angeles:

2

Declaration of Michael Mersereau (8:17-cv-00746-JLS-JDE)

Def. Exhibit 3
Page 000134

Miller et al. v. Becerra et al. – Defs.' Exhibit 8
Page 000189

| Year | Total Number of Gunshot Victims |
|---|---|
| 2013 | 1012 |
| 2014 | 994 |
| 2015 | 1119 |
| 2016 | 1180 |
| 2017 (as of 9/6/17) | 718 |

| Year | Total Number of "Shots Fired" Calls |
|---|---|
| 2013 | 2198 |
| 2014 | 2134 |
| 2015 | 2419 |
| 2016 | 2628 |
| 2017 | N/A |

| Year | Total Number of Firearms Related Arrests |
|---|---|
| 2013 | 1225 |
| 2014 | 1153 |
| 2015 | 1265 |
| 2016 | 1509 |
| 2017 | N/A |

5.  Not surprisingly given the above statistics, the number of weapons seized both city-wide, and by the gun unit, are high as well. Here are some statistics for the past five years regarding gun-related seizures:

3

Declaration of Michael Mersereau (8:17-cv-00746-JLS-JDE)

Def. Exhibit 3
Page 000135

Miller et al. v. Becerra et al. – Defs.' Exhibit 8
Page 000190

| Year | Total Number of Firearms Booked Citywide |
|---|---|
| 2013 | 5130 |
| 2014 | 5529 |
| 2015 | 6151 |
| 2016 | 5908 |
| 2017 (as of 9/6/17) | 4513 |

6. Statistics regarding assault weapons and machine guns (as define in the California Penal Code) are provided because these guns typically use large-capacity magazines. The LAPD does not keep statistics on the number of assault weapons and machine guns recovered citywide due to the expertise needed to determine whether a weapon is actually an assault weapon or a machine gun. The below statistics represent Assault Weapons / Machine Guns recovered by the Gun Unit only. Citywide numbers are likely higher.

| Year | Number of Assault Rifles/Machine Guns recovered by the Gun Unit |
|---|---|
| 2013 | 123 |
| 2014 | 113 |
| 2015 | 145 |
| 2016 | 89 |
| 2017 | 125 |

7. With respect to large-capacity magazines specifically, the statistics provided below represent only the seizure of large capacity magazines by the Gun Unit. As with assault rifles, the LAPD does not keep statistics on the number of large-capacity magazines recovered citywide.

4

Declaration of Michael Mersereau (8:17-cv-00746-JLS-JDE)

Def. Exhibit 3
Page 000136

Miller et al. v. Becerra et al. – Defs.' Exhibit 8
Page 000191

| Year | Number of Large-Capacity Magazines Recovered by the Gun Unit |
|---|---|
| 2013 | 601 |
| 2014 | 392 |
| 2015 | 8826[1] |
| 2016 | 224 |
| 2017 | 551 |

8.  It is my opinion, based on my training and experience, that assault rifles (as defined by California Penal Code sections 30510 and 30515) pose a greater danger to both police officers and the public than other unrestricted semi-automatic, centerfire rifles with detachable (non-fixed) magazines. What distinguishes Assault Rifles from unrestricted rifles (as described above) is the presence of one or more features enumerated in the California Penal Code including a pistol grip (including a forward pistol grip) or thumbhole stock, adjustable stock, or flash suppressor. These features when attached to a semi-automatic, centerfire rifle with a detachable magazine make that rifle more dangerous to police offices and the public due to an increase in the lethality of the rifle. The purpose of each of these features is to increase the control of the rifle that they are attached too. Increased control leads to the ability of the shooter to fire rounds faster and with more accuracy. Any modification to a firearm that allows a shooter to fire rounds faster with increased accuracy leads to greater potential lethality.

9.  The most ubiquitous feature of assault weapons is the pistol grip or thumbhole stock. Modern military battle rifles are almost universally equipped with pistol grips. Modern military battlefield tactics rely on the ability of troops to send, rapidly and accurately, a large number of rounds down range towards enemy positions. Pistol grips and thumbhole stocks provide the combatant with more

---

[1] This was due to an abnormal seizure regarding a deceased individual at a condominium in the Pacific Palisades.

5

Declaration of Michael Mersereau (8:17-cv-00746-JLS-JDE)

Def. Exhibit 3
Page 000137

Miller et al. v. Becerra et al. – Defs.' Exhibit 8
Page 000192

1  control of the rifle and thus more accuracy during rapid fire. Pistol grips and
2  thumbhole stocks also position the trigger finger relative to the trigger so that the
3  trigger press is in a straight line. This allows the shooter to not only be more
4  accurate but also increases the speed with which rounds can be fired. Pistol grips
5  and thumbhole stocks serve the same purpose when installed on civilian semi-
6  automatic rifles in that they increase the number and accuracy of rounds that can be
7  fired by any given shooter in a given amount of time.

8     10. Adjustable stocks also contribute to the control of the rifle in that they
9  allow the shooter to optimize the rifle to their arm length. This increases the
10 shooter's ability to rapidly send rounds down range with increased accuracy. By
11 collapsing the stock, the rifle becomes more concealable potentially allowing a
12 suspect to introduce the firearm into a vulnerable location such a school or
13 workplace with less fear of detection.

14    11. Flash suppressors also contribute to the potential lethality of a rifle.
15 Flash suppressors function to reduce the "flash signature" in the shooter's field of
16 vision in low light conditions. By reducing the effect of the muzzle flash on the
17 shooter's night vision, the shooter can get back on target quicker. The ability to
18 acquire one's sight picture faster allows the shooter to more rapidly deliver rounds
19 to the target with greater accuracy. Many flash suppressors on the market are
20 hybrid designs meant not only to reduce the flash signature of the rifle but to limit
21 barrel rise which increases accuracy.

22    12. By definition, assault rifles are capable of accepting a detachable (non-
23 fixed) magazine. These magazines can hold as many as 100 rounds. Large
24 capacity magazines allow the shooter to fire more rounds at their target(s) before
25 the need to stop and reload. The use of detachable large capacity magazines in
26 conjunction with any semi-automatic or fully automatic rifle makes that rifle more
27 lethal.
28

6

Declaration of Michael Mersereau (8:17-cv-00746-JLS-JDE)

Def. Exhibit 3
Page 000138

Miller et al. v. Becerra et al. – Defs.' Exhibit 8
Page 000193

13. Adding any of the features described above further increases the ability of the shooter to accurately and rapidly deliver rounds to the target, increasing the potential lethality of the firearm beyond that presented by a featureless rifle. There is a direct correlation between a shooter's ability to inflict more casualties on targeted persons and the number of rounds immediately available to a shooter to more rapidly and accurately deliver those round s on target. This has been illustrated in various mass-shootings in and around the City of Los Angeles over the past twenty years.

14. For example, in one of the most brazen crimes ever committed, on February 28, 1997, two heavily armed men robbed a Bank of America in North Hollywood. According to reports that I have read, the bank robbers emptied more than one thousand rounds of ammunition using fully automatic pistol grip equipped machine guns with high-capacity drum magazines (holding 75 to 100 rounds), an AR-15 assault rifle equipped with a pistol grip and converted to file automatically with two high-capacity magazines (holding 100 rounds each), a semi-automatic HK-91 rifle equipped with a pistol grip and several 30-round high-capacity magazines, and armor-piercing bullets. The LAPD officers responding to the scene were outgunned and injured as a result of this incident. Indeed, twelve police officers and eight civilians were injured.

15. On August 10, 1999, a white supremacist fired shots into the lobby of the North Valley Jewish Community Center in Granada Hills. According to reports I have read, the shooter was armed with a fully-automatic Uzi machine gun, a semi-automatic pistol, and large capacity magazines. Three children, a teenage counselor, and an office worker were injured.

16. On June 7, 2013, a shooter opened fire in and around the campus of Santa Monica College. According to reports that I have read, the shooter was armed with a semi-automatic rifle (similar in type to an AR-15) equipped with a pistol grip,

7

Declaration of Michael Mersereau (8:17-cv-00746-JLS-JDE)

Def. Exhibit 3
Page 000139

Miller et al. v. Becerra et al. – Defs.' Exhibit 8
Page 000194

1,300 rounds of ammunition, and forty 30-round magazines. Five people were killed and four people were injured.

17. On November 1, 2013, a gunman opened fire at the Los Angeles International Airport. According to reports that I have read, the shooter used a Smith & Wesson M&P15 semi-automatic rifle equipped with a pistol grip and loaded with a detachable 30-round large-capacity magazine. The shooter also had five additional 30-round large-capacity magazines and hundreds of rounds of ammunition in his carrying bag. One TSA agent was killed and several other people were injured.

18. On December 2, 2015, a married couple targeted a San Bernardino County Department of Public Health event and Christmas party, killing fourteen people and wounding twenty-two others. According to reports that I have read, the shooters were armed with semi-automatic pistols, a Smith & Wesson M&P15 rifle modified to make it fully automatic and equipped with a pistol grip and detachable large capacity magazine, a DPMS A-15 rifle with a pistol grip that was modified to accept a detachable large-capacity magazine, and at least four large-capacity magazines.

19. It is my opinion, based on my training and experience, that the above-described attacks would have been less deadly had the shooters not been armed with assault rifles or assault rifles converted to machine guns.

20. There are numerous devices on the market that when installed on a semi-automatic rifle, increase the rifle's rate of fire to that of some machine guns. These devices are easily installed on the rifle without special tools or training. Although these "multiburst trigger activators" are unlawful in the state of California, they are widely available in neighboring states and on the internet. The LAPD Gun Unit has encountered an increasing number of these devices in the last several years. Combining a multiburst trigger activator with a rifle equipped with the above-

8

Declaration of Michael Mersereau (8:17-cv-00746-JLS-JDE)

Def. Exhibit 3
Page 000140

Miller et al. v. Becerra et al. – Defs.' Exhibit 8
Page 000195

described features increases the lethality of the firearm many fold. This has been illustrated by a mass-shooting in the City of Las Vegas on October 1, 2017.

21. According to reports that I have read, a single shooter firing from a 32nd floor hotel window located some distance from a crowded outdoor concert venue was able to shoot to death 58 concert goers and injuring hundreds of others. This was the deadliest mass shooting in modern United States history. Reports about and photos of the gunman's weapons that I have viewed show that he was armed with numerous semi-automatic, centerfire rifles with detachable magazines and equipped with pistol grips. These firearms would meet the definition of an assault rifle if they were possessed within California. It is highly unlikely that this shooter could have inflicted as many casualties as he was able had his rifles not been equipped with features that were designed to help the shooter control his firearms with improved accuracy during rapid fire.

22. I have been involved in the seizure of assault weapons that have been converted into machine guns. This process is as simple as "dropping in" a few parts to a more involved process of drilling additional holes in the receiver of the rifle. Once modified in this manner, rifles equipped with the above-described features are indistinguishable from the battlefield rifles used by the world's military forces.

23. There is no evidence that assault rifles are "commonly" used for self-defense. While any firearm including an assault rifle could be used effectively in a self-defense scenario, handguns and shotguns are the more common and preferred choice. Legally sanction use of force including deadly force is commonly understood to be defense against an immediate and proximate threat of physical harm to one's self or others. In other words, the threat needs to be imminent and to some degree up close and personal. This proximity requirement makes a rifle an inappropriate and unnecessary choice of weapon. The evidence cited in articles and by internet bloggers to support the assertion that assault rifles are "commonly" used

9

Declaration of Michael Mersereau (8:17-cv-00746-JLS-JDE)

Def. Exhibit 3
Page 000141

Miller et al. v. Becerra et al. – Defs.' Exhibit 8
Page 000196

1 by the public to defend themselves is mostly based on anecdotal evidence as there
2 is no uniformed collection of data on the subject. Many of the anecdotes cited by
3 proponents for the use of assault rifles as defensive weapons involve the mere
4 pointing of the rifle at the suspect who then fled with no shots fired. Pointing a
5 handgun at a suspect would have the same effect. Other anecdotes involve assault
6 rifles used to fend off unarmed suspects. Again, a handgun or shotgun would have
7 the same effect and of course there are numerous non-lethal options available. In
8 many of these scenarios cited the use of deadly force would not have been legally
9 sanctioned. The purpose of deploying a rifle as opposed to a handgun should be
10 based on the fact that the target is beyond the reasonable effective range of a
11 handgun. Other considerations are a need to defeat body armor, fortified
12 concealment, a position of advantage (high ground), or a suspect armed with
13 superior fire power such as a rifle. These are the criteria used by the LAPD when
14 deciding to deploy a rifle. It is highly unlikely that citizens would face a situation
15 where the threat is beyond the effective range of a handgun and certainly not with
16 any great frequency. It is even less likely that the law would view such a distant
17 perceived threat as justifying a use of force at all much less a use of lethal force
18 delivered via a rifle. I do not believe, based on my training and experience, that
19 there are frequent occasions when a member of the public would face threat by an
20 armed suspect wearing body armor or concealed behind a barrier that would defeat
21 handgun ammunition. Absent these factors a handgun, shotgun or non-lethal
22 options should suffice in dealing with the vast majority of self-defense scenarios
23 where force is legally justified.

25     I declare under penalty of perjury that the foregoing is true and correct.

27     Executed on October 25, 2018 at Los Angeles, California.

10

Declaration of Michael Mersereau (8:17-cv-00746-JLS-JDE)

Def. Exhibit 3
Page 000142

Miller et al. v. Becerra et al. – Defs.' Exhibit 8
Page 000197

*[signature]* Michael Mersereau
MICHAEL MERSEREAU

11

Declaration of Michael Mersereau (8:17-cv-00746-JLS-JDE)

Def. Exhibit 3
Page 000143

Miller et al. v. Becerra et al. – Defs.' Exhibit 8
Page 000198