# EXHIBIT 11
# TO THE DECLARATION OF JOHN D. ECHEVERRIA



## Colt AR15A4



Throughout the world today, Colt's reliability, performance, and accuracy provide our Armed Forces the confidence required to accomplish any mission.

**MODELS**

| MODEL | CAL. | MSRP | SPECS | PURCHASE |
|---|---|---|---|---|
| AR15A4 | 5.56x45 NATO | $1,099 | Spec Sheet | Buy Now |

**MEDIA**

**Company**
Mission
History
The Colt Difference
Careers
Investor Relations
Colt Canada
Site Map

**Colt Products**
Pistols
Revolvers
Modern Sporting Rifles
Custom Shop
Licensed Products
Archive Services
Colt Gear

**Customer Service**
Custom Shop
Find a Dealer
Serial Number Lookup
Videos
FAQ
Downloads
Contact Us

Copyright 2017 by Colt's Manufacturing Company LLC
Privacy Statement
Terms of Use
Terms & Conditions of Purchase
Terms & Conditions of Sale
Create Account | Login

Def. Exhibit 24
Page 001071

Miller et al. v. Becerra et al. – Defs.' Exhibit 11
Page 000289