# EXHIBIT 12
# TO THE DECLARATION OF JOHN D. ECHEVERRIA



HOME     CATALOG   COLT GIVES   SHOP COLT   CUSTOMER SERVICES   COMPANY   MEDIA   CONTACT

Find a Dealer | Create Account | Login

**SELECT A RIFLE**

> Expanse M4
> LE6920 Series
> Colt Trooper® Patrol Carbine
> Colt Combat Unit™ Carbine
> AR15A4
> LE6940 Series
> M.A.R.C.901 Series
> California Compliant Carbines

## About Colt Rifles

Colt rifle customers want the genuine article. They know that the story of today's Colt commercial and sporting rifles began with the Stoner AR-15® design that Colt transformed into a military-grade rifle -- the Colt M16 automatic rifle. First deployed in the early days of the Vietnam War, the M16 followed in the footsteps of its Colt ancestors, establishing the quality, reliability and performance benchmarks by which all tactical military rifles have since been measured.

Nearly half a century has elapsed since the United States Government first fielded the Colt M16. Since that time Colt has never surrendered its position as manufacturer of the world's preeminent combat rifles. During the War on Terror that followed September 11, 2001, American troops have increasingly been outfitted with the Colt M4 carbine, successor to the Colt M16 and proud bearer of the American and Colt military tradition.

Colt's rifles are the only rifles available to sportsmen, hunters and other shooters that are manufactured in the Colt factory and based on the same military standards and specifications as the United States issue Colt M16 rifle and M4 carbine. Colt customers want the best, and none of Colt's competitors can match the quality, reliability, accuracy and performance built into every Colt rifle.

**DOWNLOADS**

| | |
|---|---|
| 2017 Colt Consumer Price List | 79.4 KB |
| Archive Properties 2016 Price List | 191.3 KB |
| Colt 2017 Commercial Catalog | 3.7 MB |
| Custom Shop 1911 Order Form 2017 | 601.6 KB |
| ISO Certificate, Issued 3 Dec 2016 | 325.8 KB |

  

| **Company** | **Colt Products** | **Customer Service** |
|---|---|---|
| Mission | Pistols | Custom Shop |
| History | Revolvers | Find a Dealer |
| The Colt Difference | Modern Sporting Rifles | Serial Number Lookup |
| Careers | Custom Shop | Videos |
| Investor Relations | Licensed Products | FAQ |
| Colt Canada | Archive Services | Downloads |
| Site Map | Colt Gear | Contact Us |

Def. Exhibit 25
Page 001072

Copyright 2017 by Colt's Manufacturing Company LLC

Privacy Statement
Terms of Use
Terms & Conditions of Purchase
Terms & Conditions of Sale
Create Account   |   Login

Def. Exhibit 25
Page 001073

Miller et al. v. Becerra et al. – Defs.' Exhibit 12
Page 000292