# EXHIBIT 13
# TO THE DECLARATION OF JOHN D. ECHEVERRIA



Def. Exhibit 35
Page 001457

Miller et al. v. Becerra et al. – Defs.' Exhibit 13
Page 000294

# GUNS & AMMO

JULY 1981 • VOLUME 25, NUMBER 7 • PUBLISHED MONTHLY

### HANDGUNS
Handloading Tips for the .44 Magnum Sixgun: by Bob Milek .................... 34
Vintage Loads for Vintage Peacemakers: by Mike Venturino .................... 58
The Ruger .22 Automatic: by Dave Arnold .................... 68

### RIFLES
Tomorrow's State-of-the-Art Sporting Rifle: by Art Blatt .................... 48
Personalize Your Rifle with a Custom-Finished Stock: by Jon Sundra .................... 62

### SHOTGUNS
Mannlicher/Gamba "Edinburgh" Trap Combo: by Art Blatt .................... 70

### GENERAL
The Rifle Cartridges of Paul Mauser: by John Wootters .................... 40
Crosman American Classic Airgun: by Craig Boddington .................... 71

### RKBA
The Bloody Trail of Gunless Murderers! by Jan Libourel .................... 31

### DEPARTMENTS
Washington Report: by Reid Andrews .................... 6
Letters .................... 8
Gunnotes: by Elmer Keith, Executive Editor .................... 10
Gunsmith: by J.B. Wood .................... 22
What's New .................... 28
Gun-E-Sack: by Jon Sundra .................... 30
Black Powder: by Phil Spangenberger .................... 38
Reloading: by John Wootters .................... 44
Jordan on Handguns: by Bill Jordan .................... 46
Hunting Wheels: by John Jelinek .................... 67
Classified .................... 96
Parting Shot: by Dick Wolff .................... 98

### PETERSEN PUBLISHING COMPANY
R. E. PETERSEN Chairman of the Board
F. R. WAINGROW President
ROBERT E. BROWN Sr. Vice President, Publisher
DICK DAY Sr. Vice President, Hot Rod Division
JIM P. WALSH Sr. Vice President, National Advertising Director
ROBERT MACLEOD V.P., Publisher
THOMAS J. SIATOS V.P., Group Publisher
PHILIP E. TRIMBACH V.P., Financial Administration
WILLIAM PORTER V.P., Circulation Director
JAMES J. KRENEK V.P., Manufacturing
LEO D. LaREW Treasurer/Asst. Secretary
DICK WATSON Controller
LOU ABBOTT Director, Production
JOHN CARRINGTON Director, Book Sales and Marketing
MARIA COX Director, Data Processing
BOB D'OLIVO Director, Photography
NIGEL P. HEATON Director, Circulation Marketing and Administration
AL ISAACS Director, Corporate Art
CAROL JOHNSON Director, Advertising Administration
DON McGLATHERY Director, Advertising Research
JACK THOMPSON Assistant Director, Circulation
VERN BALL Director, Fulfillment Services

### SALES OFFICES
LOS ANGELES: Ralph Panico, Western Advertising Director, 8833 Sunset Blvd., Los Angeles, CA 90069, (213) 657-5100. NEW YORK: James J. Rainsford, Eastern Advertising Director, 437 Madison Avenue, New York, NY 10022, (212) 935-9150. DETROIT: Edward McLaughlin, Detroit Advertising Director, 333 West Fort St. Building, Suite 1800, Detroit, MI 48226, (313) 964-6680. CHICAGO: Dennis Banner, Chicago Advertising Director, John Hancock Center, 875 N. Michigan Avenue, Suite 3131, Chicago, IL 60611, (312) 222-1920. CLEVELAND: Dewey F. Patterson, Branch Mgr., Three Commerce Park Square, 23200 Chagrin Boulevard, Suite 605, Cleveland, Ohio 44122, (216) 464-1522. ATLANTA: Richard E. Holcomb, Branch Mgr., Four Piedmont Center, Suite 601, Atlanta, GA 30305, (404) 231-4004. DALLAS: Jeff Young, Branch Mgr., 800 West Airport Freeway, Suite 201, Irving, TX 75061, (214) 579-0454.

### PETERSEN ACTION GROUP
LOS ANGELES: Ralph Panico, Western Advertising Director. NEW YORK: James J. Rainsford, Eastern Advertising Director, New York. DETROIT: Edward McLaughlin, Detroit-Cleveland Advertising Director. CHICAGO: Dennis Banner, Advertising Director. CLEVELAND: Dewey F. Patterson. ATLANTA: Richard E. Holcomb. DALLAS: Jeff Young.

GUNS & AMMO Magazine, combined with Guns & Hunting. Copyright 1981 by Petersen Publishing Company, 8490 Sunset Blvd., Los Angeles, Calif. 90069. Phone 657-5100, all rights reserved. Controlled Circulation Postage Paid at Los Angeles, CA 90052, and at Additional Mailing Offices. Subscription Rates: U.S. Possessions—1 yr. $11.94, 2 yrs. $19.94, $1.50 per copy. All others—1 yr. $17.94. Change Of Address: Give six weeks notice for change of address. Please supply both old and new address and an address label. Mail to P.O. Box 3292, Los Angeles, CA 90028.

CONTRIBUTIONS: Should be mailed to post office box 3292, Los Angeles 90028. They must be accompanied by return postage and we assume no responsibility for loss or damage thereto. Any material accepted is subject to such revision as is necessary in our sole discretion to meet the requirements of this publication. Upon publication payment will be made at our current rate, which covers all authors and/or contributor's right, title, and interest in and to the material mailed including, but not limited to photos, drawings, charts and designs, which shall be considered as text. The act of mailing a manuscript and/or material shall constitute an express warranty by the contributor that the material is original and in no way an infringement upon the rights of others.

GUNS & AMMO Magazine (ISSN0017-5684). POSTMASTER: Please send form 3579 to GUNS & AMMO, P.O. Box 3205, Los Angeles, CA 90028.



**HOWARD FRENCH**, Editor
E. G. BELL, Jr., Managing Editor
CAROL WINET, Art Director
CONNIE KELLEY, Art Assistant

DAVE HETZLER, Senior Staff Editor
PHIL SPANGENBERGER, Associate Editor
JAN LIBOUREL, Associate Editor
CRYSTAL CHOW, Copy Editor
LAURIE SAMMERS, Editorial Assistant

BOB ELLISON, Western Ad Mgr. (Los Angeles)
EVERETT O'BRYAN, Midwestern Ad Mgr. (Chicago)
JEFF YOUNG, Dallas Ad Mgr.
JANET BOZEMAN, Sportsman's Directory

WILLIAM LICHT, Detroit Ad Mgr. (Michigan, Ontario)
BROWNIE FISHER, N.Y. Eastern Adv. Representative
JAY HARD, N.Y. Eastern Adv. Representative
KRIS O'NEILL, Advertising Services

**ELMER KEITH**, Executive Editor

CHUCK ADAMS, Hunting
BILL JORDAN, Sr. Field Editor
JOHN WOOTTERS, Shooting Editor
JOHN LACHUK, Special Projects

BOB MILEK, Field Editor
REID ANDREWS, Legislation

ART BLATT, Field Editor
JON SUNDRA, Eastern Field Editor
J.B. WOOD, Gunsmith
ALEX KERR, Shotguns

THOMAS J. SIATOS, Vice President, Executive Publisher          RICHARD S. FAY, Publisher

ACKNOWLEDGEMENTS: The Brass Rail, Los Angeles, CA; Pachmayr Gun Works, Los Angeles, CA; Bob's Military Antiques, Santa Monica, CA; Pony Express Sport Shop, Encino, CA; Martin B. Retting, Culver City, CA; London Guns, Santa Monica, CA; The Eagle's Nest Militaria, Los Angeles, CA; The Old West Gun Room, El Cerrito, CA; Reloading Bench, Panorama City, CA.

Def. Exhibit 35
Page 001458

Miller et al. v. Becerra et al. – Defs.' Exhibit 13
Page 000295



Spawned in the crucible of war a new breed of rifles challenges the legendary Mauser bolt gun as...

# TOMORROW'S STATE-OF-THE-ART SPORTING RIFLE

By Art Blatt

You say there's no place for "military-style" arms in the world of sporting firearms? Granted, today's service look-alikes are less stylish and graceful than a Remington Model 700BDL or one of Roy Weatherby's colorful creations; however, these autoloading rifles from around the world are on the brink of revolutionizing the world of rifle shooting.

In 1939, when Oldsmobile first introduced the automatic transmission, auto buffs were very skeptical about this modern contraption. Today, nearly 75 percent of all American cars are so equipped. So it *will* be the way of autoloading rifles.

Most shooters and veteran riflemen look down their noses at these steel-stamped rifles as remnants from an erector set. The turn-bolt aficionado looks with a great deal of disdain at anybody toting one of these space-age rifles with plastic stocks and fore-ends. The dyed-in-the-wool deer hunter watching his domain being infiltrated by these black and gray guns assumes that these "new generation" hunters are merely fantasizing "war games" and are playing "soldier." How soon we forget.

Practically all of today's "modern" bolt-action rifles can trace their "roots" back to Paul Mauser's development—the fabled Model 98 bolt rifle. Unquestionably, this was the finest *military* turnbolt ever invented. And, how about the American-bred Springfield? How many thousands of these service rifles are still in the hands of "civilian" shooters and hunters? Remington Arms, in 1921 after their mili-

Colt's AR-15 is among the most popular autoloading rifles. It is chambered for the .223 Remington, which, properly handloaded, is a fine varmint cartridge.

Added firepower cannot be a replacement for proven hunting techniques. Hunters still must use traditional stalking skills and binoculars, even when utilizing an "unconventional" twenty-shot autoloader like this AR-15 from Colt.

48 GUNS & AMMO/JULY 1981

Def. Exhibit 35
Page 001459

Miller et al. v. Becerra et al. – Defs.' Exhibit 13
Page 000296



To those purists who state that there's no place in the sporting world for "military"-type rifles—how can we forget that practically all of today's "modern" bolt guns originated from the German 1898 Mauser?

tary contracts had expired for the 1917 Enfield, simply sold off their remaining inventory—to the civilian market—as the Model 30. Thousands of hunters snapped up these rifles, realizing that a piece of ordnance produced to U.S. Government specifications had to be a first-class piece of machinery—and they were right!

So before pooh-poohing these military-type rifles of today and categorizing all who use these guns as people who wear camouflage underwear, let's find out who is purchasing these much-maligned rifles, and what they are using them for.

We asked Barry Kahn, owner of B&B Sales in North Hollywood, California—who is a major gun dealer in all types of military look-alikes—just who is snapping up these rifles in huge quantities. We'd half expected his answer to be a segment from the "cult of preachers of doom." To our surprise Barry informed us that those purchasing these "assault"-type rifles are from all walks of life and income groups. Although relatively high-priced—compared to typical sporting rifles—FN-LARs, H&Ks and Colt AR-15s are equally divided among doctors, lawyers, truck drivers and businessmen—a typical cross section of shooters everywhere.

To back up Barry Kahn's claim, we went to various rifle ranges and "plinking palaces" around Southern California to seek out and talk to owners of these ultra-modern rifles. We talked to benchrest shooters using the Armalite AR-180 chambered for the .223 Remington cartridge. We asked them why they bought their AR-180s and what they used them for. To a man, they all stated that the AR-180 was merely an addition to their existing battery of "sporting" rifles. Sure, there was a secondary reason and—they purchased a bit of military history—after all, the AR-180 was developed from the military M-16 (full-auto version of the Colt AR-15).

The Colt AR-15 can provide the hunter with better accuracy than he'd imagine, as this five-shot, 100 yard group is a little under two inches.

Nestled inside the stock of the AR-15 is a complete cleaning kit that includes bore and chamber brushes.

Weaver's Qwick-Point in a B-Square mount turns the AR-15 into an excellent combo for elusive "jacks."

OVERLEAF: Today's selective-fire military rifles have given rise to a number of semi-auto sporters, either directly adapted from, or inspired by, these military rifles. The sampling shown here includes: (1) Heckler & Koch HK-93 .223 Rem. (2) SIG PE 7.5x55 mm (3) Beretta BM 62 .308 WCF (4) SIG AMT .308 (5) Heckler & Koch HK-91 .308 (6) Ruger Mini-14 .223 (7) FN-FAL (LAR) .308 (8) Australian Leader .223 (9) Springfield Armory M1A in .308 with combat-styled stock (10) Colt AR-15 in .223 Remington.

Def. Exhibit 35
Page 001460

Miller et al. v. Becerra et al. – Defs.' Exhibit 13
Page 000297



TOMORROW'S SPORTING RIFLE

Def. Exhibit 35
Page 001461

Miller et al. v. Becerra et al. – Defs.' Exhibit 13
Page 000298



Def. Exhibit 35
Page 001462



# TOMORROW'S SPORTING RIFLE

All of these military-type rifles chambered for the .223 Remington round are certainly sporters in their own right. Used for long-range varminting, especially at a galloping coyote going uphill some 300 yards distant, these rifles enable the hunter to make instant corrections on this elusive target. Turn-bolt gunners wouldn't have a chance under these circumstances, but an autoloading-armed rifleman greatly increases his odds of hitting a running target.

We also interviewed many owners of FN-LARs (FAL), Springfield M1As, Beretta Model 62s and H&K 91s. All of these quality arms are chambered for the potent .308 Winchester cartridge. Long known for its inherent accuracy, this NATO-inspired round is truly a versatile and magnificent cartridge. Nearly as powerful as the tried-and-true .30-06 Springfield, the .308's shorter overall length and lighter overall weight has proved itself in military conflict, benchrest shooting, and recently chambered in handguns, for Metallic Silhouette shooting.

What do we call this special breed of rifles? When do they lose their military connotation and stand on their own name or marque? We don't know when the Colt Model 1911 shed its military stigma nor when the Garand and .30 carbine were elevated to collector's status. But all of these military autoloading rifles have unique features and are capable of double or even triple-duty.

Let's take a closer look at some of them and see why they offer the sportsman/hunter/shooter more features—dollar for dollar—than most "sporting rifles." Aesthetically, we'd have to rate most of these pistol-gripped guns a four on a scale of ten. None of them has the sleek styling of a Mannlicher-style carbine. The mini-wood stocks appear to be remnants off a school desk. They cannot be described as having a brightly polished blued look. But, as with all mechanical contrivances, form follows function and to a "gun" all of these autoloaders share a common adjective—reliable. How many civilian rifles could pass the gruelling and exhaustive tests that all of these rifles must brush aside easily? Not many. We doubt that most popular autoloading "sporting rifles" could shoot two-inch groups at 100 yards after a rapid-firing session of 500 rounds—the H&K 91 will. With minimal care, any of these military-type rifles will outlast, and often outshoot, a wide variety of "sporting rifles." H&K recommends

*There are a gaggle of accessories for Ruger's Mini-14, including this plastic, folding replacement stock.*

*This Mini-14 replacement stock has a hand-actuated "slide" action that can quickly clear any malfunctions.*

*B-Square offers a wide variety of scope mounts; this version for the Ruger Mini-14 is easily bolted on.*

*Magazines of various capacities are available for the Mini-14, ranging from five-shot mags to 30-rounders.*

*The .223 PMC ammunition we used in this test proved to be very accurate and dependable in all the test guns.*

*The FN-LAR (FAL) in 7.62 NATO is perhaps the most accurate (and expensive) rifle of its kind. With the iron sights we were able to fire groups that measured under two inches at the customary 100-yard range.*

Def. Exhibit 35
Page 001463

Miller et al. v. Becerra et al. – Defs.' Exhibit 13
Page 000300



the barrel on their Model 91 be replaced after 75,000 rounds! Typically, most hunting or varmint barrels are usually shot-out after seven to 10,000 rounds. How's that for longevity?

Disassembly of these rifles, when one knows how, is exceedingly simple. Usually the only tool required to dissect a rifle completely is the tip of a cartridge. Pins and spring-loaded latches predominate over traditional screws and hex-nuts. Another plus is parts interchangeability—the FN-LAR is the issue rifle for over 90 countries in the world. One would stand a better chance of finding a firing pin for one in Mozambique than a Winchester Model 70 floorplate in Venezuela. Critical tolerances are held on all these rifles and one could easily make up a complete rifle from a parts bin—and be assured that it would function properly and shoot accurately.

The Swiss SIGs, both the AMT (.308) and the PE (7.5 Swiss) boast integral folding bipods. Again purists rap this feature, but how many civilian products like the Harris Bi-Pod are regularly purchased every year? Without the aid of a natural rest like a tree, large boulder or fence post, the bipod is the most convenient and possibly the greatest aid to pinpoint accuracy ever devised. Remember the buffalo hunters with their crossed sticks? Nearly all manufacturers offer bipods as accessories and they all share a common design that enables the legs to fold flat against the fore-arm for easy storage.

Another cause for attack on these rifles' aesthetics is the built-in muzzle brakes that are often referred to as "flash-hiders." Over the years countless numbers of commercial devices have been offered to the "sportsman" to reduce recoil and muzzle flip by adding one of these appendages. And isn't the Mag-na-porting® principle nothing more than a *built-in* muzzle brake?

Pistol grips are also assailed, yet many custom rifle and shotgun stock makers will build thumbhole models, which is a first cousin to the pistol grip design. Yet, there are those who maintain that a traditional grip design—which is like grasping

*Springfield Armory's M1A chambered for the 7.62 NATO (.308 Winchester) cartridge is a prized piece and is eagerly sought by both shooters and military equipment enthusiasts. The "combat"-type stock features a hinged buttplate which helps stabilize the rifle—especially when used in the prone position. A 20-round magazine is standard although five and 10 round magazines are available.*

*The Beretta Model 62 is a near-copy of the old Garand and is chambered for the .308 Winchester cartridge.*

*The Beretta Model 62's sights are typically military—rugged, dependable and adjustable. The rear can be adjusted from 100 through 500 meters and the "wings" on the front sight protects the blade from bumps and bruises.*

*Like its predecessor—the Garand—straight-line feeding is one of the Beretta's best points. Jams are few.*

*Beretta's Model 62 was developed from their Model 59—a selective fire version used by the Italian army for over ten years.*

*In firing over 100 rounds from each rifle tested, we found that all of them were extremely reliable with a variety of types of reloads and factory ammo.*

GUNS & AMMO/JULY 1981   53

Def. Exhibit 35
Page 001464
Miller et al. v. Becerra et al. – Defs.' Exhibit 13
Page 000301

# TOMORROW'S SPORTING RIFLE

the top edge of a 2x4—is more in keeping with the rifle's good looks. Appearances aside, the pistol grip is comfortable and adaptable to a wider range of shooters' hands. Everybody's hands are a different size, yet pistol grips do seemingly "fit-all"! These vertical handholds afford greater control of the rifle during firing and enable the shooter to absorb more of the rifle's recoil in the hands instead of at a more tender part of the body, the shoulder and upper arm.

Speaking of recoil, all of these guns generate less recoil than manually-operated rifles. Why? First, most of these autoloaders are gas-operated. Remember back in 1963 when Remington Arms introduced their popular Model 1100 shotgun? The boys from Bridgeport proved to the shooting world that gas-operated guns greatly reduced "kick" by spreading recoil out over a longer period of time.

With minor variances, most of these autoloading rifles work on the same principle. Just the correct amount of gas pressure is metered to operate the rifle's mechanism while the excess is exhausted into the air. Many of these rifles have a built-in adjustable gas piston enabling both light loads, like the .308 Remington Accelerators, and "hot" G.I. ammunition to properly cycle the action. The FN-LAR features a knurled knob near the muzzle enabling the shooter to dial in the correct amount of gases easily and efficiently. The Colt AR-15 generates so little recoil that a shooter could place the buttstock against the bridge of his nose with little regard to facial damage—try that with any boltgun chambered for the .223 round.

All these military autoloaders share an



*The Heckler & Koch HK93 shown above is wearing B-Square's scope mount, one that's much less expensive than the factory unit. A simple push of the button drops the 20-rd. magazine; a five-shot is available.*







*Instead of the cocking lever being on the bolt itself, H&K locates it over the barrel on the left side.*

interesting characteristic—stock design and its relationship to the axis of the bore. All of these rifles possess elevated sights that demand that the shooter place his head in a more erect position. This different shooting and head placement position helps to reduce felt recoil and places less strain and stress on the shooter's neck. The rifle is merely brought "to" the shooter's cheek instead of the shooter having to assume a cramped position to "get into the gun." This stock design and placement of the sights provides an in-line direction of recoil which is predominantly straight-back, instead of up and towards the shooter's face. Recoil is best described as a shove rather than a blow to the shoulder.

*Even though the .308 version of the H&K (shown here) is a bit much for prairie dogs, the HK93 in .223 Rem. is perfect with a scope in place.*

*The accuracy displayed by all the test rifles is demonstrated by the HK91's 100-yd. ability shown here.*

And on the subject of sights, all of these military-type rifles boast excellent

54 GUNS & AMMO/JULY 1981

Def. Exhibit 35
Page 001465

Miller et al. v. Becerra et al. – Defs.' Exhibit 13
Page 000302



# TOMORROW'S SPORTING RIFLE

aperture-type rear sights and are quickly and easily adjustable for shooting from 100 to 1,200 meters. Some use a flip-flop arrangement which either doubles or halves the sight range. Others, like the Swiss SIG PE boast a highly refined micrometer sight that is infinitely adjustable out to 1,500 meters, and as a bonus feature, both sights—front and rear—fold flat against the barrel and receiver. All of these rugged and dependable sighting systems are fully protected by "dog-ears" which deflect casual bumps and deter even the most damaging blows. Even if one of these rifles is dropped on a hard surface and lands on the sights, it is very unlikely that either sight will be damaged. Borrowing a page from the military manual—Smith & Wesson's new Models 439 and 459 autoloading pistols have an identical sight-protection set of dog-ears.

Another common besmirchment is that all military-type rifles aren't accurate and their inherent inaccuracy is compensated for by their ability to belch out great quantities of ammunition in a short period of time. Only half of that statement is correct. The semi-auto cyclic rate is as fast as the shooter can manipulate his trigger finger. We were able to fire 20-

H&K's M-93 is chambered for the .223 Remington round and this autoloading rifle is a durable, rugged performer. The folding bipod is a worthwhile accessory for varmint shooting.

The H&K Model 93, fired with factory ammo from the prone position, turned in some impressive groups.

The newest of these rifles is the Australian-made Leader autoloading carbine in .223 Remington caliber. It borrows some of its design features from the Colt AR-15 and the Armalite AR-180. This rifle from "Down Under" is a six-pound lightweight. It is businesslike in appearance and performance and costs about $400.

## MILITARY-TYPE SEMI-AUTOMATIC SPORTING RIFLE SPECIFICATIONS

| NAME | MODEL | CALIBER | MAGAZINE CAPACITY (S) | RETAIL PRICE | IMPORTER AND/OR SALES COMPANY |
|---|---|---|---|---|---|
| Berétta | Model 62 | .308 Win. | 5/20 rounds | $985.00 | Beretta USA, 17601 Indian Head Hwy., Accokeek, MD 20607 |
| Colt | AR-15 Sporter | .223 Rem. | 5/20/40 rounds | $479.95 | Colt Firearms, 150 Huyshope Ave., Hartford, CT 06102 |
| Fabrique Nationale | LAR Match | .308 Win. | 10/20 rounds | $1,975.00 | Steyr, Daimler Puch of America, 85 Metro Way, Secaucus, NJ 07094 |
| Heckler & Koch | HK91A2 | .308 Win. | 5/20 rounds | $656.00 | Heckler & Koch, 933 N. Kenmore St., Arlington, VA 22201 |
| Heckler & Koch | HK93A2 | .223 Rem. | 5/20 rounds | $638.00 | Heckler & Koch, 933 N. Kenmore St., Arlington, VA 22201 |
| Leader Dynamics | Mark 5 | .223 Rem. | 10/20 rounds | $480.00 | World Public Safety, 5855 Green Valley Circle, Culver City, CA 90230 |
| Ruger | Mini-14 | .223 Rem. | 5/10/20 rounds | $269.50 | Sturm, Ruger & Co., Southport, CT 06490 |
| SIG | AMT-308 | .308 Win. | 5/10/20 rounds | $2,400.00 | Mandall Shooting Supplies, P.O. Box 2327, Scottsdale, AZ 85251 |
| SIG | PE-57 | 7.5x55 Swiss | 24 rounds | $2,000.00 | Mandall Shooting Supplies, P.O. Box 2327, Scottsdale, AZ 85251 |
| Springfield | M1A | .308 Win. | 5/10/20 rounds | $850.00 | Springfield Armory, Genesco, IL 61254 |

Def. Exhibit 35
Page 001466

Miller et al. v. Becerra et al. – Defs.' Exhibit 13
Page 000303



magazines with reasonable accuracy in time periods of less than five seconds. We selected the FN-LAR and from a bench position poured 20 rounds into a 12x18-inch steel plate 200 meters downrange and made it sound like the bells of St. Mary's. Test after test with all the rifles in this roundup proved that these guns were exceptionally rugged and dependable—but how about their ability to place five shots inside a water glass at 100 yards? Could they pass this "sporting"-arms type test? Only one of our rifles was equipped with a scope—the Heckler & Koch Model 91—all the others were "iron" sight versions. We decided to shoot what we had and rounded up a supply of PMC ammunition in both NATO calibers, .223 and .308, and trudged out to Angeles Shooting Range in San Fernando, California. We proceeded to set up our bench with our shooting paraphernalia, spotting scope, shooting coat, chronograph and cleaning equipment. No sooner had we laid out ten rifles on an adjacent bench than we were suddenly besieged by every other shooter on the line. These autoloaders are great conversation pieces and are magic to strike up new friendships. However, with all these interested spectators constantly kibitzing, our one-day shooting test was stretched out to almost three days of benchrest work.

We didn't have the time to "zero-in" each rifle to print its five-shot group in the bullseye, but rather elected to shoot
continued on page 78

On the SIG 7.5x55 Swiss, besides the rear sight being adjustable in the same manner as a micrometer, both the front and rear sight fold down out of the way so they can't be damaged during transport, or when being carried in a rough manner in the field.

Accuracy of the SIG 7.5x55 Swiss when fired from the prone position, was outstanding. One-hundred-yard groups hovered around the 1¾-inch mark, and these were fired after already emptying a full magazine as fast as the trigger could be pulled.

The SIG .308 AMT, like the other arms in the test, featured an easily detachable multi-round magazine.

The SIG AMT, again like the other rifles in this test, was capable of outstanding accuracy once the military trigger pull was overcome.

Two accessories that the possessor of the SIG AMT needn't purchase as after-market add-ons are the carrying handle and the bipod that folds up out of the way on top of the barrel shield.

An interesting feature of the SIG AMT is the sight arrangement. The rear sight is adjustable only for distance in meters, while the front sight is fully adjustable for both elevation and windage, the latter being handled by the tried-and-true method of drifting in the dovetail.

GUNS & AMMO/JULY 1981 57

Def. Exhibit 35
Page 001467
Miller et al. v. Becerra et al. – Defs.' Exhibit 13
Page 000304



## SEMI-AUTO RIFLES

*continued from page 57*

only for groups as the guns were sighted and sent out by the various factories. Our ammunition, PMC, was strictly "military issue" with "ball" variety bullets. The .308 was loaded with ball powder and a 147-grain FMJ while the .223 was equipped with a 55-grain FMJ slug. We fired a few rounds through each rifle for familiarization and to learn how to overcome the military-type trigger. All the triggers were two-stage variety, and once the slack was taken up, the triggers were all crisp, but very, very heavy. Eight to 12-pound pulls were recorded with a trigger scale.

None of these rifles should be readjusted to provide lighter trigger pulls because premature firing could occur when the bolt slams forward. And, after one gets used to these heavy triggers, they can be handled nicely as they all break very cleanly. Only one rifle had a glitch—the M1A initially presented a minor problem as the trigger blade did not always return to its forwardmost position, which necessitated a gentle prodding. However, after about 40 rounds of firing, this gremlin disappeared.

At the conclusion of these accuracy tests, we were frankly astonished at the results. Five-shot groups with most of the iron-sighted rifles were on a par with many of today's scope-sighted turn-bolt rifles. The scope-sighted H&K Model 91, time after time, recorded groups hovering around the 1¼-inch mark. The FN-LAR was able to chip in with 1½-inch groups using PMC ammunition, and with open sights. All of the rifles chambered for the .308 Winchester cartridge shot sub-two-inch, five-shot groups at 100 yards. Our four test guns chambered for the .223—the Australian Leader, the Colt AR-15, H&K Model 93 and the superlative Ruger Mini-14—are all capable of excellent accuracy, with this group's leader being the H&K Model 93, as it produced the tightest five-shot group, measuring a tad over 1¾ inches on a 100-yard target.

Okay, now that we've established that this special breed of rifles is rugged, dependable and accurate, what does one do with them? Southern California is a shooter's Shangri-la as there are many "special purpose" shooting clubs. Combat pistol shooters have their own following, metallic silhouette shooters are a tightly-knit group and now on the scene is a group of dedicated riflemen who dream up riflemen's games. To find out what these games are all about, we entered a match which was named a "sniper course." Ten silhouette-type camouflage targets were placed randomly on the course ranging from 200 to 225 meters. An 11th shot was needed to hit a steel plate—300 meters distant—which stopped the clock. A two-minute time limit was placed on the shooter, during which he had to fire at all ten targets and then ring the gong. This was a small match, as inclement weather took its toll, but over 20 hearty riflemen entered. Most of the shooters were using auto-loading rifles—H&Ks, M1As and the FN-LARs. Two Ruger Mini-14s were also spotted and two shooters tried to run the course with Steyr bolt-action rifles. Now, two minutes may seem to be a long time, especially if your pants are on fire or you're holding your breath, but in an 11-shot rifle match, if you're not carrying an autoloader, you'll run out of time. The bolt-action boys couldn't reload and fire fast enough to complete this assignment in the time frame. Another contributing factor to their failure was taking their eyes off the targets while cycling the bolt. All contestants fired from the prone position, and scopes and bipods were used by the top four finishers.

Another popular pastime with these autoloaders is balloon-busting. A gaggle of balloons are released, preferably on a windy day, and shooting against a safe backstop, these bouncing targets are fired at from a minimum of 100 yards. The competitor who bursts the most balloons with a single magazine loading of 20 rounds is declared the winner of the match. Try that game sometime with your favorite "thutty-thutty"!

If casual jackrabbit hunting is your bag, then wouldn't you rather have the convenience of a 20-shot magazine hanging between your hands when ole bre'r rabbit decides to do his famous bunny hop? Follow-up shots are much more ef-



*For all-out enjoyment at bargain-basement prices the Ruger Mini 14 gives top value for dollars spent.*

Def. Exhibit 35
Page 001468

Miller et al. v. Becerra et al. – Defs.' Exhibit 13
Page 000305



Def. Exhibit 35
Page 001469

Miller et al. v. Becerra et al. – Defs.' Exhibit 13
Page 000306