# EXHIBIT 15
# TO THE DECLARATION OF JOHN D. ECHEVERRIA

256     JANUARY SESSION, 1927—CHAPTER 1052.

## CHAPTER 1052.

AN ACT TO REGULATE THE POSSESSION OF FIREARMS.

H 729 A
Approved
April 22, 1927.

*It is enacted by the General Assembly as follows:*

Certain words and phrases, how construed:

SECTION 1. When used in this act the following words and phrases shall be construed as follows:

"Pistol."

"Pistol" shall include any pistol or revolver, and any shot gun, rifle or similar weapon with overall length less than twenty-six inches, but shall not include any pistol without a magazine or any pistol or revolver designed for the use of blank cartridges only.

"Machine gun."

"Machine gun" shall include any weapon which shoots automatically and any weapon which shoots more than twelve shots semi-automatically without reloading.

"Firearm."

"Firearm" shall include any machine gun or pistol.

"Person."

"Person" shall include firm, association or corporation.

"Licensing authorities."

"Licensing authorities" shall mean the board of police commissioners of a city or town where such board has been instituted, the chief of police or superintendent of police of other cities and towns having a regular organized police force, and in towns where there is no chief of police or superintendent of police it shall mean the town clerk who may issue licenses upon the recommendation of the town sergeant;

"Crime of violence."

"Crime of violence" shall mean and include any of the following crimes or an attempt to commit any of the same, viz.: murder, manslaughter, rape, mayhem, assault or battery involving grave bodily injury, robbery, burglary, and breaking and entering.

"Sell."
"Purchase."
"Purchasing."

"Sell" shall include let or hire, give, lend and transfer, and the word "purchase" shall include hire, accept and borrow, and the expression "purchasing" shall be construed accordingly."

Exhibit
00018

Miller et al. v. Becerra et al. – Defs.' Exhibit 15
Page 000316

Case 3:19-cv-01537-BEN-JLB   Document 33-21   Filed 01/23/20   PageID.4115   Page 3 of 3

Case 3:17-cv-01017-BEN-JLB   Document 50-2   Filed 03/05/18   PageID.4433   Page 19 of 147

JANUARY SESSION, 1927—CHAPTER 1052.     257

SEC. 2. If any person shall commit or attempt to commit a crime of violence when armed with or having available any firearm, he may in addition to the punishment provided for such crime of violence be punished as provided in this act. In the trial of a person for committing or attempting to commit a crime of violence the fact that he was armed with or had available a pistol without license to carry the same, or was armed with or had available a machine gun, shall be prima facie evidence of his intention to commit said crime of violence. <span style="float:right">Additional punishment under this act.

What to be prima facie evidence of intention to commit crime of violence.</span>

SEC. 3. No person who has been convicted in this state or elsewhere of a crime of violence shall purchase, own, carry or have in his possession or under his control any firearm. <span style="float:right">Who to be denied firearms.</span>

SEC. 4. No person shall, without a license therefor, issued as provided in section six hereof, carry a pistol in any vehicle or concealed on or about his person, except in his dwelling house or place of business or on land possessed by him, and no person shall manufacture, sell, purchase or possess a machine gun except as otherwise provided in this act. <span style="float:right">Carrying of pistol forbidden, except when.

Machine gun.</span>

SEC. 5. The provisions of section four shall not apply to sheriffs, deputy sheriffs, the superintendent and members of the state police, prison or jail wardens or their deputies, members of the city or town police force or other duly appointed law enforcement officers, nor to members of the army, navy or marine corps of the United States, or of the national guard, when on duty, or of organizations by law authorized to purchase or receive firearms from the United States or this state, nor to officers or employees of the United States authorized by law to carry a concealed firearm, nor to duly authorized military organizations when on duty, nor to the members thereof when at or going to or from <span style="float:right">Sec. 4 not to apply to whom.</span>

Exhibit
00019

Miller et al. v. Becerra et al. – Defs.' Exhibit 15
Page 000317