# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al., <br><br> Defendant. | CASE NO. 3:19-CV-1537-BEN-JLB <br><br> **GIFFORDS LAW CENTER'S MOTION FOR LEAVE TO FILE** *AMICUS CURIAE* **BRIEF** <br><br> Date: February 6, 2020 <br> Time: 2:00 pm |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 6, 2019, at 2:00 p.m. in Courtroom 5a of the above-titled court, movant Giffords Law Center to Prevent Gun Violence ("Giffords Law Center") will, and hereby does, move for an order permitting it to participate as *amicus curiae* in the Motion for Preliminary Injunction, which is currently scheduled to be heard at the above-referenced date, time, and location. This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities and all attachments thereto, all papers and pleadings on file in this action, and upon further evidence and argument as may be presented to the Court in connection with this matter.

Dated: Jan 24, 2020

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE

    */s/* Hannah Shearer
HANNAH SHEARER (SBN 292710)
hshearer@giffords.org

*Attorneys for Proposed* Amicus Curiae *Giffords Law Center to Prevent Gun Violence*

MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF
CASE NO. 3:19-cv-1537-BEN-JLB

Gibson, Dunn & Crutcher LLP