# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of the State of California, et al.,<br><br>　　　　Defendants. | **[PROPOSED] ORDER GRANTING GIFFORDS LAW CENTER'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**<br><br>CASE NO. 3:19-cv-1537-BEN-JLB |

Upon consideration of the motion of Giffords Law Center to Prevent Gun Violence ("Giffords Law Center") for leave to participate as an *amicus curiae* and file an *amicus curiae* brief, it is hereby ORDERED that the motion of Giffords Law Center is GRANTED.

SO ORDERED.

Dated:_____         _____
　　　　　　　　　　　　　　　　　　　　The Honorable Roger T. Benitez
　　　　　　　　　　　　　　　　　　　　United States District Judge