XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
  455 Golden Gate Ave., Ste. 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3776
  Fax:  (415) 703-1234
  E-mail:  Peter.Chang@doj.ca.gov
*Attorneys for Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Brent E. Orick, in his official capacity as Interim Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MILLER, et al.,** | 19-cv-1537 BEN-JLB |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE OF PETER H. CHANG AS COUNSEL FOR DEFENDANTS** |
| **XAVIER BECERRA, et al.,** | |
| Defendants. | |

PLEASE TAKE NOTICE THAT Peter H. Chang, Deputy Attorney General, hereby enters his appearance as additional counsel for Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Brent E. Orick, in his official capacity as Interim Director of the Department of Justice Bureau of Firearms. Mr. Chang is a member of the State Bar of California and is admitted to practice before this Court. Mr. Chang's contact information is as follows:

>Peter H. Chang
>455 Golden Gate Ave., Ste. 11000
>San Francisco, CA 94102
>Telephone: (415) 510-3776
>Facsimile: (415) 703-1234
>E-mail: Peter.Chang@doj.ca.gov

Dated: January 28, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

*s/ Peter H. Chang*
PETER H. CHANG
Deputy Attorney General
*Attorneys for Defendants*