George M. Lee (SBN 172982)
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511
Email: gml@seilerepstein.com

John W. Dillon (SBN 296788)
**Dillon Law Group APC**
2647 Gateway Road, Suite 105 No. 255
Carlsbad, California 92009
Phone: 760-642-7150
Fax: 760-642-7151
JDillon@Dillonlawgp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al., | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **NOTICE OF ATTORNEY CHANGE OF ADDRESSS AND LAW FIRM** |
| vs. | |
| XAVIER BECERRA, in his official capacity as Attorney General of California, et al., | |
| Defendants. | |

1    TO THE COURT, CLERK OF THE COURT, AND TO ALL PARTIES

2        PLEASE TAKE NOTICE that pursuant to S.D. CivLR 83.3(e), John W. Dillon, one of the attorneys of record for Plaintiffs James Miller et al. in the above entitled case hereby provides this notice of a change of address and law firm and requests the Court make the following changes to update my address, firm name, and contact information:

John W. Dillon (SBN 296788)
Dillon Law Group APC
2647 Gateway Road, Suite 105 No. 255
Carlsbad, California 92009
Phone: 760-642-7150
Fax: 760-642-7151
JDillon@Dillonlawgp.com

May 28, 2020                         Respectfully submitted,

**SEILER EPSTEIN LLP**

**DILLON LAW GROUP APC**

Attorneys for Plaintiffs

*/s/ John W. Dillon*_____
John W. Dillon