UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of the State of California, <br><br> Defendant. | Case No.: 19-cv-1537-BEN (JLB) <br><br> ORDER DENYING LEAVE TO PARTICIPATE AS AMICI CURIAE <br> [Dkt. Nos. 34 and 35] |

Movant Giffords Law Center to Prevent Gun Violence and Movant Everytown for Gun Safety Fund seek leave to participate in the action as amici curiae. Courts have broad discretion to consider amicus briefs and appoint amicus curiae. In this case the movants seek to assist in the defense of statutes restricting ownership and possession of firearms defined as assault weapons. The Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California, is well-equipped to defend the statutes at issue. Therefore, the Court denies the motions of Movants.

**IT IS SO ORDERED.**

Dated: July 30, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge