XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3479
Fax: (415) 703-1234
E-mail: John.Echeverria@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MILLER, et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,**<br><br>Defendants. | 3:19-cv-01537-BEN-JLB<br><br>**DEFENDANTS' EX PARTE APPLICATION TO APPEAR BY VIDEO AT THE OCTOBER 19, 2020 EVIDENTIARY HEARING**<br><br>Date: October 19, 2020<br>Time: 9:30 a.m.<br>Courtroom: 5A<br>Judge: Hon. Roger T. Benitez<br>Action Filed: September 1, 2019 |

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Brent E. Orick, in his official capacity as Interim Director of the Department of Justice Bureau of Firearms (together, "Defendants"), by and through their counsel, hereby apply ex parte to this Court for an order permitting them, their counsel, and their witnesses to

appear by video at the evidentiary hearing on Plaintiffs' motion for preliminary injunction, currently set for October 19, 2020 (Dkt. 47).

Defendants bring this ex parte application for good cause, as set forth in the accompanying declaration of counsel. In particular, Defendants request that the following individuals be permitted to appear by video at the October 19, 2020 evidentiary hearing in this matter:

- Deputy Attorney General John D. Echeverria (Counsel for Defendants): Mr. Echeverria resides in San Francisco, California and is concerned about traveling to the hearing due to the risk of contracting and/or transmitting COVID-19. Mr. Echeverria has a medical condition that may increase the risk for severe illness from COVID-19.
- Lucy P. Allen: Ms. Allen resides in New York City, New York and is concerned about traveling across the country during the COVID-19 pandemic. Ms. Allen also has certain scheduling conflicts with her work at NERA Economic Consulting requiring her to appear by video.
- Dr. Christopher B. Colwell: Dr. Colwell is the Chief of Emergency Medicine at Zuckerberg San Francisco General Hospital and Trauma Center in San Francisco, California. Due to his professional obligations, and a personal family commitment, Dr. Colwell will have significant difficulty traveling to the hearing in person and requests the opportunity to appear by video.
- Dr. John J. Donohue: Dr. Donohue is a professor at Stanford Law School in Palo Alto, California. Dr. Donohue has concerns about traveling to, and appearing in person at, the hearing due to the COVID-19 pandemic. Dr. Donohue has an increased risk of developing a severe illness from COVID-19.
- Dr. Louis Klarevas: Dr. Klarevas is a research professor at Teachers College, Columbia University in New York City, New York.

Dr. Klarevas requests an appearance at the hearing by video due concerns about traveling across the country during the COVID-19 pandemic. Dr. Klarevas is at an increased risk of developing a severe illness from COVID-19.

- Blake Graham: Blake Graham is an Assistant Director for the Bureau of Firearms at the California Department of Justice in Sacramento, California. Due to family and work commitments, Assistant Director Graham will have significant difficulty traveling to the hearing in person and requests the opportunity to appear by video.

Plaintiffs do not oppose this request.

Defendants will submit a proposed order in accordance with section 2(h) of the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California.

Dated: October 2, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
PETER H. CHANG
Deputy Attorney General

*s/ John D. Echeverria*

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendants*

**DECLARATION OF JOHN D. ECHEVERRIA**

I, John D. Echeverria, declare:

1. I am a Deputy Attorney General with the California Department of Justice and serve as counsel to Defendants in the above-captioned matter.

2. Except as otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness I could testify competently as to those facts. I make this declaration in support of Defendants' Ex Parte Application to Appear by Video at the October 19, 2020 Evidentiary hearing.

3. On March 16, 2020, the Court issued an order vacating the hearing on Plaintiffs' motion for preliminary injunction due to the outbreak of SARS-CoV-2, the virus that causes the novel coronavirus disease-2019 ("COVID-19").

4. On March 30, 2020, the Honorable Larry Alan Burns, Chief Judge of the United States District Court for the Southern District of California, issued an Order of the Chief Judge ("OCJ") declaring a judicial emergency in the Southern District of California due to COVID-19 (OCJ 18).

5. On March 30, 2020, in light of the COVID-19 emergency, the Chief Judge authorized the use of video conferencing, or telephonic conferencing if video conferencing is not readily available, for certain criminal proceedings (OCJ 20).

6. During a status conference on September 23, 2020, the Court set an evidentiary hearing on Plaintiffs' pending motion for preliminary injunction for October 19, 2020 (Dkt. 47).

7. During the status conference, the Court indicated that all declarants who submitted declarations in support of and in opposition to Plaintiffs' preliminary injunction motion should appear at the evidentiary hearing to present live testimony.

8. The Court indicated that counsel and witnesses may request to appear at the hearing remotely if they have concerns about traveling to the hearing and/or appearing in person in light of the ongoing COVID-19 pandemic.

9. On September 29, 2020, the Chief Judge issued an OCJ extending the judicial emergency and the authorizations provided in OCJ 20 "[b]ecause the emergency conditions continue to exist" and "to protect the public safety and prevent the spread of COVID-19" (OCJ 43).

10. I currently reside in San Francisco, California and am concerned about traveling to the hearing and appearing in person due to the risk of contracting and/or transmitting COVID-9. I also have a medical condition that may increase the risk for severe illness if I contract COVID-19.

11. I conferred with Defendants' declarants regarding their availability to attend the evidentiary hearing and any concerns they may have about appearing at the hearing in person.

12. Lucy P. Allen resides in New York City, New York. Ms. Allen informed me that she has concerns about traveling across the country during the COVID-19 pandemic. Ms. Allen also informed me that she has certain scheduling conflicts with her work at NERA Economic Consulting requiring her to appear by video.

13. Dr. Christopher B. Colwell is the Chief of Emergency Medicine at Zuckerberg San Francisco General Hospital and Trauma Center in San Francisco, California. Dr. Colwell informed me that he has work commitments at the hospital and a personal family commitment on the day of the hearing.

14. Dr. John J. Donohue is a professor at Stanford Law School in Palo Alto, California. Dr. Donohue informed me that he has concerns about traveling to, and appearing in person at, the hearing due to the COVID-19 pandemic. Dr. Donohue also informed me that he is at an increased risk of developing a severe illness from COVID-19.

15. Dr. Louis Klarevas is a research professor at Teachers College, Columbia University in New York City, New York. Dr. Klarevas informed me that he has concerns about traveling across the country during the COVID-19 pandemic.

Dr. Klarevas also informed me that he is at an increased risk of developing a severe illness from COVID-19.

16. Blake Graham is an Assistant Director for the Bureau of Firearms at the California Department of Justice in Sacramento, California. Assistant Director Graham informed me that he will have significant difficult traveling to the hearing for an in-person appearance due to family and work commitments on the day of the hearing.

17. On September 29, 2020, I emailed George Lee and John Dillon, counsel for Plaintiffs, suggesting that the parties meet and confer concerning the logistics for the October 19, 2020 evidentiary hearing, including Defendants' intent to request leave to appear by video. I asked whether Plaintiffs were interested in joining a motion to appear by video.

18. Later that day, Mr. Lee responded that Plaintiffs were not inclined to join such a motion, but stated that they would not oppose it.

19. On September 30, 2020, I emailed Mr. Lee a draft joint motion to appear by video. I informed Mr. Lee that, unless Plaintiffs wish to join the motion, Defendants intend to file a motion seeking leave for Defendants to appear by video on October 2, 2020.

20. On October 2, 2020, Mr. Lee informed me that Plaintiffs cannot join the motion, but again stated that Plaintiffs will not oppose it. Mr. Lee also stated that Plaintiffs have several witnesses who may need to appear by video and will be filing a separate application as to those witnesses.

21. Later on October 2, 2020, I left a voicemail with Mr. Lee and sent a follow-up email informing him that Defendants will be filing later that day an ex parte application to appear by video instead of a motion. I noted in the email that Defendants' application would represent that Plaintiffs do not oppose the request to appear by video.

22. Good cause exists for the issuance of the requested order to permit Mr. Echeverria, Ms. Allen, Dr. Colwell, Dr. Donohue, Dr. Klarevas, and Assistant Director Graham to appear at the October 19, 2020 by video due to their concerns about the ongoing COVID-19 pandemic and/or scheduling conflicts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 2, 2020, at San Francisco, California.

s/ John D. Echeverria
John D. Echeverria

## CERTIFICATE OF SERVICE

Case Name: **Miller, James et al. v. Xavier Becerra, et al.**
Case No. **3:19-cv-01537-BEN-JLB**

I hereby certify that on October 2, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' EX PARTE APPLICATION TO APPEAR BY VIDEO AT THE OCTOBER 19, 2020 EVIDENTIARY HEARING; DECLARATION OF JOHN D. ECHEVERRIA**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 2, 2020, at San Francisco, California.

| John D. Echeverria | s/ John D. Echeverria |
| --- | --- |
| Declarant | Signature |