# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MILLER, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,** <br><br> Defendants. | 19-cv-1537-BEN-JLB <br><br> **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO APPEAR BY VIDEO AT THE OCTOBER 19, 2020 EVIDENTIARY HEARING** <br><br> Date:  October 19, 2020 <br> Time:  9:30 a.m. <br> Courtroom:  5A <br> Judge:  Hon. Roger T. Benitez |

On October 2, 2020, Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Brent E. Orick, in his official capacity as Interim Director of the Department of Justice Bureau of Firearms (together, "Defendants"), filed an Ex Parte Application to Appear by Video at the October 19, 2020 Evidentiary Hearing. Plaintiffs do not oppose this request.

For good cause shown, Defendants' application is GRANTED. The following individuals are permitted to appear by video at the evidentiary hearing, set for October 19, 2020 at 9:30 a.m.: Deputy Attorney General John D. Echeverria; Lucy P. Allen; Dr. Christopher B. Colwell; Dr. John J. Donohue; Dr. Louis Klarevas; and Blake Graham.

**IT IS SO ORDERED.**
Dated:  October 5, 2020

_____
Hon. Roger T. Benitez
United States District Judge