John W. Dillon (SBN 296788)
   jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

George M. Lee (SBN 172982)
   gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al., | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **PLAINTIFFS' EX PARTE APPLICATION TO PERMIT TESTIMONY BY VIDEO CONFERENCING AT HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| XAVIER BECERRA, in his official capacity as Attorney General of California, et al., | Date: October 19, 2020<br>Time: 9:30 a.m.<br>Courtroom 5A |
| Defendants. | Judge: Hon. Roger T. Benitez |

## EX PARTE APPLICATION

Plaintiffs James Miller, et al. ("plaintiffs"), by and through counsel undersigned, hereby make this ex parte application for leave to permit certain

witnesses, listed below, to appear remotely via video conferencing, to testify at the evidentiary hearing on plaintiffs' motion for preliminary injunction, scheduled for hearing on October 19, 2020 at 9:30 a.m. in Courtroom 5A.

The basis for this application, as set forth in the supporting declaration of counsel undersigned, *infra* at pp. 4-6, is that good cause exists to permit the following to provide testimony by video conferencing as follows:

| **WITNESS** | **REASON FOR REQUEST TO APPEAR BY VIDEO** |
|---|---|
| **James Curcuruto** | Mr. Curcuruto, a resident of Connecticut, is living with a person undergoing a medical treatment and is concerned about travelling and exposure/transmission to COVID-19 during this time. (Lee Decl., ¶ 4.) |
| **John Lott** | Mr. Lott, a resident of Virginia, has professional commitments require him to return to the East Coast by October 20, 2020. Plaintiffs will endeavor to secure his live testimony at the hearing, but Mr. Lott is otherwise available to testify and provisionally requests to appear by video on October 19, 2020. (Lee Decl., ¶ 5.) |
| **Robert Margulies, M.D.** | Dr. Margulies, who is a resident of Washington State, is an emergency room doctor who is staffed at a clinic, is concerned about exposure of patients to COVID-19 after traveling, and also has pre-existing training scheduled for October 19, 2020. (Lee Decl., ¶ 6.) |
| **Adrian Sevilla** | Mr. Sevilla, a plaintiff in this matter, has a pre-planned trip with his family to Mexico which will take him out of the country on October 19, 2020. Mr. Sevilla is otherwise available to testify and requests to appear by video on the afternoon of October 19, 2020. (Lee Decl., ¶ 7.) |

| | | |
|---|---|---|
| **Alan Gottlieb** | | Mr. Gottlieb, a resident of the State of Washington, has pre-planned travel which will take him to Arizona. Mr. Gottlieb is otherwise available to testify and requests to appear by video on the afternoon of October 19, 2020. (Lee Decl., ¶ 8.) |

Plaintiffs otherwise intend to fulfill this Court's preference to hear live testimony of other witnesses who submitted declarations in support of their motion.

This application is made pursuant to S.D. Local Rule 83.3g, with notice to counsel of record for defendants (Lee Decl., ¶ 10), and Order of the Chief Judge No. 18, ¶ 4, providing the district courts to conduct court proceedings by telephone or video conferencing where practicable in light of the COVID-19 pandemic conditions. Defendants do not oppose this request. (Lee Decl., ¶ 10.)

Accordingly, plaintiffs respectfully request that the Court grant them leave to permit these witnesses to appear by video conferencing technology at the evidentiary hearing on October 19, 2020, as set forth in the Proposed Order submitted herewith.

Respectfully submitted,

Dated: October 9, 2020               S<small>EILER</small> E<small>PSTEIN</small> LLP

/s/ George M. Lee
George M. Lee

Attorney for Plaintiffs

//
//
//

# DECLARATION OF GEORGE M. LEE
## IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION

I, George M. Lee, declare as follows:

1. I am an attorney at law, in good standing, duly licensed to practice law in this state and appear before its courts. I am admitted to the Southern District of California. I am counsel of record for plaintiffs James Miller, et al. in the above matter. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could competently testify thereto.

2. This declaration is executed in support of plaintiffs' ex parte application for leave to permit certain witnesses to appear by video connection at the evidentiary hearing on plaintiffs' motion for preliminary injunction, currently scheduled for hearing on October 19, 2020.

3. Plaintiffs intend to fulfill this Court's desire to hear testimony of live witnesses at the hearing. However, some of plaintiffs' witnesses are unable to, and would be burdened by travelling to appear at the hearing for the reasons that follow.

4. **James Curcuruto**, who submitted a declaration in support of plaintiffs' motion, is a resident of Connecticut. I am informed and believe, and have been asked to represent that Mr. Curcuruto is living with a family member who is undergoing medical treatment at this time, and is therefore concerned about travelling to San Diego and potential exposure to and transmission of COVID-19. Mr. Curcuruto is otherwise available to testify and requests to appear by video on the morning of October 19, 2020.

5. **John Lott**, who submitted a declaration in support of plaintiffs' motion, is a resident of Burke, Virginia. I am informed and believe, and have been asked to represent that Mr. Lott's professional commitments require him to return to the East Coast by October 20, 2020. Plaintiffs will endeavor to secure his live

testimony at the hearing, but Mr. Lott is otherwise available to testify and provisionally requests to appear by video on October 19, 2020.

      6.     **Robert Margulies, M.D.**, who submitted a rebuttal declaration in support of plaintiffs' motion, is a resident of Richland, Washington. I am informed and believe, and have been asked to represent that Dr. Margulies is staffed as a physician at a medical clinic and is concerned about travelling to San Diego and exposure and transmission of COVID-19 following such travel. In addition, Dr. Margulies has pre-existing professional training scheduled on the morning of October 19, 2020. Dr. Margulies is otherwise available to testify and requests to appear by video on the afternoon of October 19, 2020.

      7.     **Adrian Sevilla**, an individual plaintiff who submitted a declaration in support of plaintiffs' motion, is a resident of San Diego County. However, I am informed and believe, and have been asked to represent that Mr. Sevilla has a pre-planned trip with his family to Mexico which will take him out of the country on October 19, 2020. Mr. Sevilla is otherwise available to testify and requests to appear by video on the afternoon of October 19, 2020.

      8.     **Alan Gottlieb**, the founder of Second Amendment Foundation (SAF), and who submitted a declaration in support of plaintiffs' motion, is a resident of the State of Washington. I am informed and believe, and have been asked to represent that Mr. Gottlieb has pre-planned travel which will take him to Arizona at the time of the hearing. Mr. Gottlieb is otherwise available to testify and requests to appear by video on the afternoon of October 19, 2020.

      9.     For these reasons, plaintiffs respectfully request leave to permit these witnesses to appear remotely via video conferencing at the hearing on October 19, 2020.

//

//

10. Pursuant to L.R. 83.3g, on October 9, 2020, I informed Deputy Attorney General John D. Echeverria, counsel of record for defendants, of plaintiffs' intention to make this application for leave to allow the above witnesses to appear and testify remotely, and inquired as to whether defendants would oppose this application. On October 9, 2020, Deputy Attorney General Echeverria informed me that defendants would not oppose this request.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 9, 2020

_____
GEORGE M. LEE