# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>　　　　Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO PERMIT TESTIMONY BY VIDEO CONFERENCING AT HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:　　October 19, 2020<br>Time:　　9:30 a.m.<br>Courtroom 5A<br>Judge:　　Hon. Roger T. Benitez |

## ORDER GRANTING EX PARTE APPLICATION

On October 9, 2020, Plaintiffs James Miller, et al. ("plaintiffs"), filed an ex parte application to permit testimony of certain witnesses by video conferencing at the hearing on Plaintiffs' Motion for Preliminary Injunction, currently scheduled for hearing on October 19, 2020 at 9:30 a.m. in Courtroom 5A of this District Court [ECF No. 50]. The application was supported by the declaration of Plaintiffs' counsel. Defendants do not oppose this request.

This Court, having considered the application, and for good cause shown as set forth in the supporting declaration, hereby GRANTS Plaintiffs' application. The following individuals shall be permitted to appear by video conferencing at the hearing on Plaintiffs' motion:

- James Curcuruto;
- John Lott;
- Robert Margulies, M.D.;
- Adrian Sevilla; and
- Alan Gottlieb.

IT IS SO ORDERED.

Dated: October 14, 2020

HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE