John W. Dillon (SBN 296788)
  jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

George M. Lee (SBN 172982)
  gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of California, et al., <br><br> Defendants. | Case No. 3:19-cv-01537-BEN-JLB <br><br> **PLAINTIFFS' EX PARTE APPLICATION TO PERMIT TESTIMONY OF NEIL RUTHERFORD BY VIDEO CONFERENCING AT HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:  October 19, 2020 <br> Time:  9:30 a.m. <br> Courtroom 5A <br> Judge:  Hon. Roger T. Benitez |

## EX PARTE APPLICATION

Plaintiffs James Miller, et al. ("plaintiffs"), by and through counsel

undersigned, hereby make this ex parte application for leave to permit Plaintiff, Neil Rutherford, listed below, to appear remotely via video conferencing, to testify at the evidentiary hearing on plaintiffs' motion for preliminary injunction, scheduled for hearing on October 19, 2020 at 9:30 a.m. in Courtroom 5A.

The basis for this application, as set forth in the supporting declaration of counsel undersigned, *infra* at pp. 4-6, is that good cause exists to permit the following to provide testimony by video conferencing as follows:

| WITNESS | REASON FOR REQUEST TO APPEAR BY VIDEO |
|---|---|
| **Neil Rutherford** | Mr. Rutherford, a resident of California who submitted a declaration in support of Plaintiffs' Motion for Preliminary Injunction, was relying on childcare services in order to testify in person at the hearing scheduled for October 19, 2020. Due to COVID-19 related complications, Mr. Rutherford lost his childcare services for this Monday, October 19, 2020. Mr. Rutherford has attempted to find replacement childcare services but has been unable to do so. (Dillon Decl. ___.) |

Plaintiffs otherwise intend to fulfill this Court's preference to hear live testimony of other witnesses who submitted declarations in support of their motion.

This application is made pursuant to S.D. Local Rule 83.3g, with notice provided to Deputy Attorney General John D. Echeverria, counsel of record for defendants, (Dillon Decl., ¶ 6), and Order of the Chief Judge No. 18, ¶ 4, providing the district courts to conduct court proceedings by telephone or video conferencing where practicable in light of the COVID-19 pandemic conditions. Plaintiffs' counsel has reached out to Defendants counsel John Echeverria through email and by phone. However, as of this writing, Defendants' counsel has not responded. (Dillon Decl., ¶ 6.)

Accordingly, Plaintiffs respectfully request that the Court grant them leave to permit Plaintiff Neil Rutherford to appear by video conferencing technology at the evidentiary hearing on October 19, 2020, as set forth in the Proposed Order submitted herewith.

Respectfully submitted,

Dated: October 17, 2020

**DILLON LAW GROUP APC**

/s/ John W. Dillon
John W. Dillon

Attorney for Plaintiffs

# DECLARATION OF JOHN W. DILLON
## IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION

I, John W. Dillon, declare as follows:

1. I am an attorney at law, in good standing, duly licensed to practice law in this state and appear before its courts. I am admitted to the Southern District of California. I am counsel of record for plaintiffs James Miller, et al. in the above matter. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could competently testify thereto.

2. This declaration is executed in support of plaintiffs' ex parte application for leave to permit Plaintiff witness Neil Rutherford to appear by video connection at the evidentiary hearing on plaintiffs' motion for preliminary injunction, currently scheduled for hearing on October 19, 2020.

3. Plaintiffs otherwise intend to fulfill this Court's desire to hear testimony of live witnesses at the hearing. However, unforeseen complications have arisen for Plaintiffs' witness and he is unable to, and would be burdened by travelling to appear at the hearing for the reasons that follow.

4. **Neil Rutherford**, a resident of California who submitted a declaration in support of Plaintiffs' Motion for Preliminary Injunction. I am informed and believe, and have been asked to represent that Mr. Rutherford was relying on childcare services in order to testify in person at the hearing scheduled for October 19, 2020. Due to COVID-19 related complications, Mr. Rutherford recently lost his childcare services for this Monday, October 19, 2020. Mr. Rutherford has attempted to find replacement childcare services but has been unable to do so.

5. For these reasons, Plaintiffs respectfully request leave to permit this witness to appear remotely via video conferencing at the hearing on October 19, 2020.

6. Pursuant to L.R. 83.3g, on October 17, 2020, 4:01 p.m., I emailed

Deputy Attorney General John D. Echeverria, counsel of record for defendants, notifying him of plaintiffs' intention to make this application for leave to allow the above witness to appear and testify remotely, and inquired as to whether defendants would oppose this application. I also called Deputy Attorney General John D. Echeverria at the number (415) 510-3479 and left a voice message. As of the time of this writing, 6:11 p.m., October 17, 2020, Deputy Attorney General Echeverria has not responded.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 17, 2020

                                                                      JOHN W. DILLON