MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MILLER, ET AL. VS BECERRA, ET AL.

Case Number: 19CV1537-BEN(JLB)   WITNESS LIST   Evidentiary Hearing

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| 10-19-2020 | X | | EMANUEL KAPELSOHN |
| 10-19-2020 | X | | ASHLEY HLEBINSKY |
| 10-19-2020 | X | | JAMES CURCURUTO |
| 10-19-2020 | X | | GEORGE MOCSARY |
| 10-19-2020 | X | | ALLEN YOUNGMAN |
| 10-19-2020 | | X | LOUIS KLAREVAS |
| 10-19-2020 | | X | BLAKE GRAHAM |
| 10-19-2020 | | X | LUCY ALLEN |
| 10-22-2020 | X | | RYAN JAMES PETERSON |
| 10-22-2020 | | X | ADAM KRAUT |
| 10-22-2020 | | X | JOHN J. DONOHUE |
| 10-22-2020 | X | | JOHN LOTT |