# SEILER EPSTEIN LLP
**ATTORNEYS AT LAW**

GML@SEILEREPSTEIN.COM

October 30, 2020

Hon. Roger T. Benitez
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF CALIFORNIA
221 West Broadway, Courtroom 5A
San Diego, CA 92101

Re:   *Miller v. Becerra*
      USDC No. 3:19-cv-01537-BEN-JLB

Dear Judge Benitez:

    On behalf of the parties in this action, we write to jointly request that the Court clarify and/or modify the October 23, 2020 minute order concerning the filing of pretrial briefs [ECF No. 55]. At the conclusion of the evidentiary hearing last week, on October 22, 2020, the parties discussed, and the Court ordered on the record, the submission of simultaneous, supplemental briefs not to exceed 25 pages in light of the passage of time since the briefing on the motion for preliminary injunction earlier this year. On October 23, 2020, the Court issued a minute order, stating that "[p]retrial briefs to be simultaneously exchanged and filed no later than 11/5/2020" [ECF No. 55]. It was the parties' understanding that simultaneous supplemental briefs would be filed on November 5, 2020, and that any pre-trial materials, e.g., Memoranda of Contention of Facts and Law, exhibit and witness lists, would be filed in advance of the December 16, 2020 pretrial conference on November 18, 2020, as required under S.D. Local Rule 16.1(f)(2).

    To streamline the presentation of issues to the Court, and reduce duplicative submissions, the parties respectfully propose modification of the Court's October 23, 2020 minute order to (i) vacate the requirement that the parties file supplemental briefs on November 5, 2020, given that any supplemental briefing can be made in the parties' respective Memoranda of Contention of Facts and Law, and (ii) require the parties to exchange and file their Memoranda of Contention of Facts and Law, including exhibit and witness lists, on November 18, 2020 (28 days before the Pretrial Conference) pursuant to S.D. Local Rule 16.1(f)(2).

    Consistent with the Court's suggestion at the conclusion of the evidentiary hearing, we are available for a telephonic conference to discuss these issues and the Court's preference and to prepare a proposed order as necessary. Following this letter, we will be reaching out to your clerk with the suggestion of a telephonic conference.

**SEILER EPSTEIN LLP**
ATTORNEYS AT LAW
Page 2

We thank Your Honor for your attention to this request.

| | |
|---|---|
| SEILER EPSTEIN LLP | OFFICE OF THE ATTORNEY GENERAL |
| */s/ George M. Lee* | */s/ John D. Echeverria* |
| George M. Lee | John D. Echeverria |
| Attorneys for Plaintiffs | Attorneys for Defendants |