1  XAVIER BECERRA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  JOHN D. ECHEVERRIA
   Deputy Attorney General
4  State Bar No. 268843
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3479
6    Fax:  (415) 703-1234
     E-mail:  John.Echeverria@doj.ca.gov
7  *Attorneys for Defendants Xavier Becerra, in
   his official capacity as Attorney General of
8  the State of California, and Luis Lopez, in his
   official capacity as Director of the
9  Department of Justice Bureau of Firearms*

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12                         CIVIL DIVISION

14  **JAMES MILLER, et al.,**              3:19-cv-01537-BEN-JLB

15                          Plaintiffs,    **DEFENDANTS' SUBMISSION OF EVIDENCE REQUESTED AT EVIDENTIARY HEARING**

16        v.

17  **CALIFORNIA ATTORNEY**                Courtroom:    5A
    **GENERAL XAVIER BECERRA, et al.,**    Judge:        The Honorable
18                                                       Roger T. Benitez
                            Defendants.    Trial Date:   January 21, 2021
19                                         Action Filed: August 15, 2019

                                1

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, in accordance with the directive of the Court at the October 19, 2020 evidentiary hearing on Plaintiffs' then-pending motion for a preliminary injunction, *see* Oct. 19, 2020 Hrg. Tr. at 108-09; Oct. 22, 2020 Hrg. Tr at 8, Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms,[1] hereby submit the following law-enforcement records discussed by Dr. Louis Klarevas during his October 19, 2020 testimony:

>  **Exhibit 1** – Las Vegas Metropolitan Police Dep't, Criminal Investigative Report of the 1 October Mass Casualty Shooting (2018), *available at* https://info.publicintelligence.net/LVMPD-Route91ShootingFinalReport.pdf (last visited Nov. 3, 2020)
>
> **Exhibit 2** – U.S. Dep't of Justice, Fed. Bureau of Investigation, Key Findings of the Behavioral Analysis Unit's Las Vegas Review Panel (2019), *available at* https://info.publicintelligence.net/FBI-LasVegasShootingMotive.pdf (last visited Nov. 3, 2020)
>
> **Exhibit 3** – Orlando Police Dep't, Homicide Unit, Supplement Report, Case No. 2016-242039 (2016), *available at* https://www.orlando.gov/files/sharedassets/public/initiatives/pulse/pulsehomicidereport_redacted.pdf (last visited Nov. 3, 2020)
>
> **Exhibit 4** – Fed. Bureau of Investigation, Pulse Nightclub Shooting FBI Lab Ballistics Report (2018), *available at* https://vault.fbi.gov/pulse-nightclub-shooting-fbi-lab-ballistics-report (last visited Nov. 3, 2020)
>
> **Exhibit 5** – Fed. Bureau of Investigation, Pulse Nightclub Shooting Part 1, *available at* https://vault.fbi.gov/pulse-nightclub-

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Bureau of Firearms Director Luis Lopez, in his official capacity, is substituted for former Director Marin Horan.

shooting/Pulse%20Nightclub%20Shooting%20Part%2001%20of%2002/view (last visited Nov. 3, 2020)

**Exhibit 6** – Fed. Bureau of Investigation, Pulse Nightclub Shooting Part 2, *available at* https://vault.fbi.gov/pulse-nightclub-shooting/pulse-nightclub-shooting-part-02-of-02/view (last visited Nov. 3, 2020)

Dated: November 4, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

*s/ John D. Echeverria*

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Luis Lopez, in his official capacity as Interim Director of the Department of Justice Bureau of Firearms*

SA2019104420
42415163.docx