**EXHIBIT 3**

## ORLANDO POLICE DEPARTMENT
## HOMICIDE UNIT
## SUPPLEMENT REPORT

### CASE NUMBER 2016-242039

### Date of Original Report: 6/12/16

| | | |
|---|---|---|
| VICTIM: Mass Victims | DATE ASSIGNED: | 6/12/16 |
| OFFENSE: Murder | FSS #: | 782.04 |
| UCR CODE: 090A | SUPPLEMENT DATE: | 9/20/16 |
| DISPOSITION CODE: 23 | DATE CASE CLEARED: | 6/12/16 |
| METHOD OF NOTIFICATION: In Person – By F.D.L.E. | DATE NOTIFIED OF DISPOSITION: | 6/12/16 |

## NARRATIVE:

On 6/12/16, at approximately 0404 hours, I, Detective Chris Haas (#8600), was on-call for the Homicide Unit when Sergeant Ian Berkman (#10145) contacted me regarding a mass shooting at Pulse nightclub located at 1912 S. Orange Avenue (Orlando, FL). I was told there were multiple deceased victims at the scene. I was told the suspect, later identified as Omar Mir Seddique Mateen (O/M – DOB: 11/16/86), was barricaded inside the club with hostages. I was assigned as the lead detective on the case, and Detective ████████████████ was assigned to assist.

At approximately 0505 hours, I arrived at Kaley Street and Orange Avenue. The entire surrounding area was cordoned off by officers with the Orlando Police Department (O.P.D.), deputies with the Orange County Sheriff's Office (O.C.S.O.), and officers with several other assisting agencies. I briefly met with Lieutenant Daniel Brady (#10322), one of the on-duty O.P.D. watch commanders. Lieutenant Brady advised there were at least 20 deceased victims inside the main dance floor of the club. He also confirmed the suspect was still barricaded with hostages inside the club and was possibly wearing a bomb vest. I was told the S.W.A.T. Team had the suspect contained on the west side of the club inside one of the bathrooms. I was also told the O.C.S.O.'s Explosive Ordnance Disposal Team (Bomb Squad) was on scene assisting the S.W.A.T. Team. Lieutenant Brady directed me to the O.P.D. Command Post at Harding Street and Orange Avenue, approximately one block south of the crime scene.

When I arrived at the O.P.D. Command Post a few minutes later, there were dozens of apparent witnesses still on scene. A small group of witnesses/victims were being escorted by officers from the area of Pulse nightclub to our location. Some of these witnesses were crying and visibly upset. It was determined they had just been rescued from the bathrooms moments earlier by members of the S.W.A.T. Team.

One of the victims was a Hispanic male who was suffering multiple gunshot wounds. He was carried out to the street by two O.P.D. officers, an O.C.S.O. deputy, and a Belle Isle Police officer. The victim was placed in the backseat of a Belle Isle police vehicle and transported to the Orlando Regional Medical Center (O.R.M.C.). The Belle Isle Police officer, later identified as Brandon Cornwell, was wearing a body camera that captured the footage of this rescue. The footage was later turned over to my custody. The scene when I arrived was still extremely chaotic and active with an incredibly large

police presence. For this reason, although I witnessed this rescue in person, I could not recall exactly which officers were involved. When I later reviewed the body camera footage, it showed K-9 Officer Manny Florin (#16152) and Officer Hector Vadi (#30887) were the two O.P.D. officers who assisted Officer Cornwell, but the footage did not clearly show the face of the O.C.S.O. deputy, just the patch on his uniform shirt.

Just as Officer Cornwell was leaving the scene with the above described shooting victim, I heard several gunshots, quickly followed by a barrage of gunfire coming from the Pulse nightclub. The sound of this gunfire was also captured on Officer Cornwell's body camera footage, as well as footage from several other body cameras. I found out a few minutes later the suspect was killed in an exchange of gunfire with members of the S.W.A.T. Team. Additionally, I found out one of the S.W.A.T. officers, later identified as Michael Napolitano (#18825), suffered a non-life threatening gunshot wound and was transported by officers to O.R.M.C. for treatment. I was told the crime scene itself was considered unstable due to information there may have been explosives in the building and possibly in a vehicle in the parking lot.

The Federal Bureau of Investigation (F.B.I.) and Florida Department of Law Enforcement (F.D.L.E.) sent agents directly to the scene. During the early stages of the investigation, I was told the F.B.I. would be taking over the criminal investigation regarding the mass murder of victims inside the Pulse nightclub and F.D.L.E. would be taking over the use of force investigation regarding the officer involved shooting.

Captain Tim Crews (#7480), the Commander of the O.P.D. Criminal Investigations Division (C.I.D.), was also on scene. He directed us to assist the F.B.I. and F.D.L.E. with interviews of witnesses. There were approximately 100 witnesses still on scene, so additional detectives were called in from O.P.D. and O.C.S.O. to assist with interviews. LYNX was notified and sent buses to the scene to transport witnesses back to O.P.D. headquarters. Detectives also responded to O.R.M.C. where they interviewed injured victims. A total of 88 audiotaped interviews were conducted by O.P.D. and O.C.S.O. detectives, and 62 sworn written statements were collected. Some of the witnesses gave both written and audiotaped statements. These statements were all later turned over to the F.B.I.

The purpose of this report is to document a specific timeline of events during the early morning hours of 6/12/16. The time frame examined will be from the initial shooting inside Pulse nightclub, to the final exchange of gunfire between the suspect and members of the S.W.A.T. Team, as well as the rescue efforts of the victims who were held hostage by the suspect. The timeline will be focusing on actions taken by responding patrol officers and deputies inside and outside the nightclub during the listed time frame.

Neither this report, nor the timeline, will be documenting the number of rounds fired by officers during the incident, the number of rounds fired by the suspect during the incident, what weapons were used, or the exact number of injured and deceased victims. Those facts will be investigated and documented by both the F.B.I. and F.D.L.E.

Due to the large number of officers and deputies involved in various aspects of this incident, I will not be documenting the action taken by each and every law enforcement officer involved. Most of the officers and deputies involved completed individual supplement reports. A total of 184 supplement reports were completed by officers from O.P.D., O.C.S.O., Belle Isle Police Department, Maitland

Police Department, Winter Park Police Department, Winter Garden Police Department, Oviedo Police Department, and the Seminole County Sheriff's Office.

Several other agencies responded to the incident, but any reports they generated were not turned over to the custody of O.P.D. A majority of the officers named in this report will be from O.P.D., but officers and deputies from other agencies who were captured on body camera footage playing a critical role in this incident will also be named, as much as possible.

In order to reconstruct an accurate timeline of events, an examination was made of all O.P.D. radio transmissions, body camera footage, dash camera footage, surveillance footage, and supplement reports from responding officers and deputies. Informal interviews were also conducted with several officers and deputies who played a critical role in the aftermath.

Following protocol regarding a Signal 43 (radio code: "Rush - Officer needs help"), a vast majority of responding O.P.D. officers went directly to the scene with little to no radio traffic. As a result, there is very limited information in the Computer-Aided Dispatch (C.A.D.) printout regarding arrival times for officers, and actions taken once they arrived on scene. Additionally, many of the responding officers and deputies could not recall, or did not recognize, the other law enforcement officers they worked with during the incident. This created a challenge in reconstructing the events.

Another challenge was the fact that most of the video footage (body camera footage, dash camera footage, and surveillance footage) was either not synchronized and/or accurately time stamped. The two exceptions were the O.C.S.O. Chase helicopter footage and the Seminole County Sheriff's Office Alert helicopter, both of which captured aerial footage of several aspects of this incident. The Chase helicopter footage was one second fast, and the Alert helicopter footage was one second slow, when compared to the O.P.D. computer/radio system. Each body camera video clip provided from O.C.S.O. was labeled using their start times, which were fairly accurate, but none of the video was date or time stamped.

There were 15 surveillance cameras inside and outside of the Pulse nightclub, only seven of which provided footage relevant to this report. None of the cameras displayed an accurate time, and they were not synchronized with each other. The cameras were anywhere between one hour and 12 minutes to one hour and 15 minutes behind the actual time. There was also no audio with any of the surveillance footage inside the club.

The F.B.I., which maintained custody and control of the Pulse surveillance footage, respectfully declined to provide O.P.D. with a copy for our records. The F.B.I. agents involved allowed my supervisor, Sergeant Jay Draisin (#12419), and myself to view the footage under supervision at their office. They gave us full access to the footage over a period of several days. We were allowed to take notes while watching the footage, but we were not allowed to take screen shots or otherwise copy the footage.

There were over 44 hours of body camera footage and over 13 hours of dash camera footage turned over to my custody from officers and deputies who responded to this incident. The agencies that provided body camera footage were O.P.D., O.C.S.O., Belle Isle Police Department, Edgewood Police Department, and Winter Garden Police Department. A smaller percentage of the body camera footage was from officers or deputies who actually entered the club. A majority were from officers or deputies who assisted outside the club or at the triage area.

SUPPLEMENT REPORT                                    OPD CASE No. 2016-242039

As previously stated, most of the videos either had the wrong time, or no date and time stamp at all. In order to determine the exact time of significant events from the footage, I had to listen to radio traffic on the dash or body camera footage. Once a distinctive radio transmission was made in the footage, I was able to mark the exact time by listening to the actual radio traffic provided by the O.P.D. Communications Center. Each radio transmission was date and time stamped down to the 10th of a second the officer's mic was keyed up. Once the exact time of the radio traffic was marked, I was able to then determine the exact time of the significant event by calculating the time difference between the two. This process had to be done for every dash camera or body camera video with relevant footage.

Due to the above described challenges, the following timeline is an approximation. However, specific times listed in the timeline should be accurate within a matter of seconds. When I refer to the Signal 43, I am referring to the exact time when Orlando Police Detective Adam Gruler (#12897) first called out shots fired at Pulse nightclub. The exact time of Detective Gruler's first radio transmission, after the shooting began, was at 02:02:17 hours (2:02a.m. and 17 seconds).

The following is a timeline of the Pulse nightclub shooting and the subsequent aftermath. Included at the conclusion of the report is a diagram of Pulse nightclub and screenshots taken from footage of specific events referenced throughout the timeline.

## TIMELINE:

**0202 hours:**
- Surveillance footage inside Pulse nightclub showed the suspect, armed with a military style rifle, entering the front parlor through the south entrance of the club. He immediately shot a patron who was standing inside the front parlor at the metal beaded door to the right.
- The suspect continued into the main dance floor where he continued firing rapid shots at victims inside the club.
- Detective Gruler immediately reported on Patrol East radio channel, "Shots fired, shots fired, shots fired!" The police dispatcher immediately broadcast a Signal 43 for Detective Gruler at an unknown location.
- 18 seconds later, Detective Gruler additionally reported, "Shots fired, 1912 S. Orange Avenue. Shots fired, multiple down!" Detective Gruler updated responding units with three more radio transmissions reporting additional shots being fired from inside the club. This series of radio transmissions by Detective Gruler were made during a period of one minute and nine seconds.
- During this time frame, dozens of patrons inside the club ran out into the parking lot and away from the scene. Surveillance footage from inside the club showed patrons exiting the double doors on the south side of the club, through the parlor and out the main entrance, through the patio on the east side, and into a fenced in hallway on the north side. Footage showed how one of the Pulse security employees, believed to be Neal Whitleton, was able to kick a hole in the fence allowing approximately 20 patrons to escape into the parking lot of the neighboring business to the north, Pro Tint and Detailing (1900 S. Orange Avenue).
- At one point, Detective Gruler witnessed the suspect shoot two victims just outside the double doors on the south side of the building. While taking protective cover behind a vehicle in the south parking lot,

Detective Gruler was able to fire several rounds at the suspect who was standing just inside the double doors and still firing multiple rounds inside the club.

**0203 hours:**
- Less than one minute and 20 seconds after the Signal 43 was called, Officer Connary Reynolds (#31298) arrived on scene as the first officer to back up Detective Gruler. Officer Reynolds parked his marked patrol vehicle on W. Esther Street on the south side of the Pulse nightclub and took cover behind a vehicle in the parking lot.

**0204 hours:**
- Approximately 20 seconds after Officer Reynolds arrived on scene, Detective Gruler reported, "We've got multiple down. I only have one officer here with me. I still have a subject inside continuing to shoot."
- 22 seconds later, Detective Gruler stated, "I need people here now guys!"
- Four seconds later, Officer James Hyland (#17447) advised over the radio he was almost 10-97 (arrival on scene).
- 19 seconds later (approximately two minutes and 31 seconds after the Signal 43), Officer Hyland arrived on scene as the second officer to back up Detective Gruler. Officer Hyland was driving an unmarked black Ford F150 pickup truck.
- Detective Gruler advised him over the radio, "Right there, right there, stop! He's in the patio!" Officer Hyland parked his truck at the east entrance to the Pulse nightclub parking lot on Orange Avenue just north of W. Esther Street. The patio Detective Gruler was referring to is on the east side of the Pulse nightclub facing Orange Avenue.
- Nine seconds later (approximately two minutes and 40 seconds after the Signal 43), Officer Ann Mislang (#18079) arrived on scene as the third officer to back up Detective Gruler.
- Officer Mislang's marked patrol vehicle was equipped with a dash camera that captured two witnesses running from the east side of the Pulse nightclub onto Orange Avenue. Detective Gruler can be seen taking cover behind a vehicle on the southeast corner of the Pulse nightclub parking lot. The sound of rapid fire gunshots, presumably from inside the club, can be heard on Officer Mislang's dash camera as her vehicle came to a stop. She parked on Orange Avenue right behind Officer Hyland's vehicle.

**0205 hours:**
- 17 seconds after arriving on scene, Officer Hyland, who was taking cover behind his pickup truck, reported over the radio, "He's still firing, he's still firing! We need more people here now! Multiple shots!"
- Officer Mislang's dash cam captured Detective Gruler, followed by Officer Reynolds, first running for cover behind Officer Hyland's truck, then running for cover behind Officer Mislang's vehicle (**page 21, photo 1**).
- Officer Reynolds continued around to the north side of the building and was able to monitor the north side of the nightclub in case the suspect tried to escape.
- Officer Hyland maintained cover behind his unmarked pickup truck and was able to monitor the south doors in case the suspect tried to escape.

SUPPLEMENT REPORT                                        OPD CASE No. 2016-242039

- Detective Gruler can be seen and heard advising over the radio, "He has an assault rifle, he has an assault rifle!" This transmission is made three minutes and five seconds after the Signal 43 was called. Detective Gruler had three officers on scene backing him up, and the sounds of additional sirens approaching the scene can be heard on Officer Mislang's dash camera footage.
- 30 seconds after Officer Mislang arrived on scene, Detective Gruler can be seen in the footage firing a single shot towards the suspect, who is off camera inside the club (**page 21, photo 2**). The sound of rapid fire gunshots can still be heard coming from inside the club.
- 12 seconds later (approximately three minutes and 32 seconds after the Signal 43 was called), Detective Gruler can be seen firing two additional shots towards the suspect inside the club. These are the last shots fired by Detective Gruler during the incident. The sound of rapid fire gunshots coming from inside the nightclub stopped, suggesting the suspect may have realized the police were outside and he moved to the back (west side) of the club.

**0206 hours:**
- Officer Richard Fink (#30041) and Officer Felix Monroig-Santiago (#11804) arrived on scene and parked their marked patrol vehicles on Orange Avenue behind Officer Mislang's vehicle.
- Approximately four minutes and six seconds after the Signal 43 was called, Detective Gruler can be heard on Officer Mislang's dash camera forming a team to enter the bar. Although he is out of camera view, his voice can be heard telling Officer Mislang to take the lead with her long gun. Officer Mislang, Officer Fink, and Officer Monroig-Santiago are all part of the team.
- Approximately four minutes and 39 seconds after the Signal 43 was called, Detective Gruler appeared back in Officer Mislang's dash camera footage. His gun is pointed toward the nightclub and he is heard yelling to his teammates, "Guys, approach. Let's go." He is then seen moving toward the east side of the Pulse nightclub. His teammates are presumably behind Officer Mislang's vehicle and are not seen on dash camera footage approaching the building.
- Less than five minutes after the Signal 43 was called, the team of four officers (Detective Gruler, Officer Mislang, Officer Fink, and Officer Monroig-Santiago) approached the east patio (Orange Avenue side) of the Pulse nightclub.
- At this point, based on surveillance footage inside the club, the suspect was moving back and forth between the main dance floor (just inside from the east patio) and the west bar area.

**0207 hours:**
- Approximately five minutes and 33 seconds after the Signal 43 was called, Lieutenant Scott Smith is seen on Officer Mislang's dash camera footage arriving on scene in his unmarked silver Ford Explorer police vehicle, parking on the corner of W. Esther Street and Orange Avenue.
- Within seconds of Lieutenant Smith's arrival, Officer Cornwell (Belle Isle Police Department) and O.P.D. K-9 Officer ███████████ can be seen arriving on scene on Officer Mislang's dash camera. As previously stated, Officer Cornwell was wearing a body camera. He parked his marked patrol vehicle facing north on Orange Avenue just south of Esther Street. K-9 Officer ███████ parked his marked patrol vehicle facing south directly behind Lieutenant Smith's vehicle.

**SUPPLEMENT REPORT**                                **OPD CASE No. 2016-242039**

- Both officers exited their vehicles and moved to the south side of the Pulse nightclub.  Additional officers who arrived on the south side of the club were K-9 Officer Manny Florin (#16152), Officer Ben Chisari (#18087), and Officer Napolitano.
- Behind Officer Mislang's vehicle and off camera, Sergeant Ira Morris (#10765) and Officer Doug Cote (#16904) arrived on scene and met up with officers just outside the patio on the east side of the club.
- Approximately five minutes and 38 seconds after the Signal 43 was called, the suspect is seen on surveillance footage running from the main dance floor, through the west bar area, and into the back bathrooms on the west side of the club where he stayed for the remainder of the incident.

**0208 hours:**
- Two separate teams were being formed to enter the club.
- Sergeant Morris, who had a ballistic shield, formed a team just outside the east patio. His team included Officer Cote, Officer Monroig-Santiato, and Officer Mislang.
- Detective Gruler and Officer Fink broke away and joined officers on the south side of the club.
- The second team, led by Lieutenant Smith, was formed on the south side of the club.  His team included Sergeant ████████ Officer Manny Florin, Officer Mike Napolitano, Officer Ben Chisari, and Officer Cornwell (Belle Isle P.D.).
- Sergeant Morris' team entered the east patio.  Based on surveillance footage inside the club, this occurred approximately six (6) minutes and eight (8) seconds after the shots began (as patrons are first seen fleeing the patio).
- Sergeant Morris' team can be seen directing a patron out of from the main dance floor, through the patio out to Orange Avenue.
- Unbeknownst to the officers on scene, the suspect was now barricaded with hostages in the bathrooms on the west side of the club.

**0209 hours:**
- Officer Napolitano used his ASP baton to break out the glass of the large window on the south side of the club.
- Officer Michael Myles from Edgewood Police Department was also one of the first officers on scene. He took cover behind Detective Gruler's unmarked vehicle in the parking lot on the south side of the club.
- Officer Myles was wearing a body camera, which captured footage of Officer Napolitano shattering the large window. Based on the footage, this occurred approximately seven minutes and 17 seconds after the Signal 43 was called (**page 22, photo 3**).
- Once the glass window was shattered, officers were able to clearly see into the front parlor of the club.
- While in the front parlor facing north, there are two doors covered with metal beads that lead into the club. The metal beaded door on the left leads into the west bar area. The metal beaded door on the right leads into main dance floor.
- As Lieutenant Smith's team was breaching the parlor window, Sergeant Morris and his team moved from the east patio into the main dance room where they observed at approximately 35 to 40 injured and deceased victims laying on the floor.

SUPPLEMENT REPORT                                            OPD CASE No. 2016-242039

- Officer Justin Wilkins (#30423), who was wearing a body camera, arrived on scene and went to the front of Orlando Fire Station 5 (1818 S. Orange Avenue) where six patrons from Pulse nightclub were in the parking lot. At least two of the patrons were suffering gunshot wounds.
- Sergeant Noelia Pina (#11767) and Officer Kelvin Vidro (#30422) were already on scene in the fire station parking lot assisting these victims. This was all captured on Officer Wilkins' body camera footage.

**0210 hours:**
- Lieutenant Smith and his team entered into the front parlor area on the south side of the club through the broken window (**page 22, photo 4**).
- A seventh officer, believed to be Officer Hyland, entered the club behind Lieutenant Smith's team. Once Lieutenant Smith's team was inside the main parlor area (**page 23, photo 5**), Officer Hyland separated and eventually moved into the main dance floor.
- Officer Mislang assisted a female bartender who had been hiding behind the patio bar since the shooting began approximately eight minutes earlier. The bartender, who was not injured, was directed out of the club and out to Orange Avenue.

**0211 hours:**
- Lieutenant Smith can be heard on radio transmissions taking charge of the incident. He maintained constant radio communication with other officers inside the club, as well as officers taking a perimeter position outside the club.
- Shortly after Lieutenant Smith's team entered the front parlor area, Officer Cornwell's body camera footage captured the sound of at least five additional shots being fired by the suspect further inside the club. This occurred approximately nine minutes and 30 seconds after the Signal 43 was called.
- Lieutenant Smith and his team moved quickly towards the sound of the gunshots, which led them into the west bar area. They immediately cleared a bathroom on the southwest corner of the bar.
- It became apparent to officers the suspect was barricaded in one of the bathrooms on the west side of the club, which were both at the end of a small hallway attached to the west bar.
- Lieutenant Smith and his team kept their firearms pointed at the hallway, but no additional shots were fired by the suspect (**page 23, photo 6**).

**0212 – 0213 hours:**
- Lieutenant Smith and his team maintained their position in the west bar, keeping the suspect pinned down in the west bathrooms.
- Video surveillance from the east patio of Pulse showed an additional unknown officer entering through the east patio and into the main dance floor where Sergeant Morris' team was located.
- Video surveillance from Pulse showed Detective Gruler and Officer Fink entering the south side of the club through the broken window into the front parlor.
- Body camera footage from several different body cameras showed multiple officers and deputies moving in and surrounding the nightclub in the south parking lot, the Orange Avenue side, and from the window tinting business to the north (**page 24, photo 7**).

SUPPLEMENT REPORT                                                    OPD CASE No. 2016-242039

**0214 hours:**
- Sergeant Morris and his team can be seen on Pulse surveillance footage assessing victims in the main dance floor. They eventually move around the main bar and out of camera view on the north side of the club.
- Two more officers, believed to be Officer Michael Ragsdale (#30750) and Officer Kyle Medvetz (#19552), are seen on surveillance video entering the main dance floor through the east patio.
- A large group of officers and deputies began converging on the club toward the east patio, as well as the south parking lot toward the main entrance.
- Inside the club, Officer Ragsdale and Officer Medvetz quickly located a group of approximately 22 patrons hiding in the bathroom on the southeast corner of the main dance floor. While Officer Medvetz provided cover, Officer Ragsdale extracted this group out of the club to awaiting officers outside the east patio (**page 24, photo 8**).
- Based on surveillance footage from the patio area and from footage from several body cams, it did not appear any of these patrons were injured (**page 25, photo 9**).

**0215 hours:**
- Orlando Police Officers ▮▮▮▮▮▮▮▮▮▮ Joseph Imburgio (#19018), Daniel Robertson (#17291), and an unknown deputy entered the east patio and began assessing the scene.
- A male victim with a prosthetic leg was hiding behind a bar in the east patio. Officers quickly helped him out of the patio towards Orange Avenue.
- Approximately 30 seconds later, Officer Imburgio, Officer ▮▮▮▮ and the unknown deputy entered the main dance room and began assessing injured victims laying on the floor.
- Officer Cote, who initially went in with Sergeant Morris' team, can now be seen on Officer ▮▮▮▮ body camera footage helping victims in the main dance floor.
- The three O.P.D. officers (Cote, ▮▮▮▮ and Imburgio) and the unknown O.C.S.O. deputy provided security for injured victims who could walk, and uninjured victims who were hiding or playing dead in the main dance floor.
- At least seven people in the main dance floor were quickly extracted out to toward the either the main entrance on the south side of the club, or through the east patio to awaiting officers and deputies.
- Lieutenant Roger Brennan (#7597), Sergeant Diego Toruno (#10956), Sergeant Kevin Beers (#13415), Officer Alison Clarke (#14159), Officer Neal Arnold (#30680), Officer Wilkins, several unidentified O.C.S.O. deputies, and assisting units formed a triage area on the east side of Einstein Bagels, 1901 S. Orange Avenue.
- Einstein Bagels is located at the southeast intersection of Orange Avenue and Kaley Street, diagonally across Orange Avenue from Pulse nightclub.
- In addition to injured patrons who were able to walk on their own from the club, the 22 patrons just extracted from inside the club were directed to the east parking lot of Einstein Bagels.
- Officer Wilkins' body camera footage showed officers corralling witnesses in the Einstein Bagels parking lot.
- O.C.S.O. Deputy Kevin O'Malley arrived on scene in the south parking lot. He was wearing a body camera, which showed footage of him assessing injured victims in the parking lot. Deputy O'Malley

made sure they stayed behind vehicles, for their own safety, while trying to gather intelligence from them regarding the shooter.

- At one point, there were patrons off camera trying to run back into the club. Deputy O'Malley was able to stop them and keep them safe outside in the parking lot.

**0216 hours:**

- The following officers formed a triage team on the south side of the club near the main entrance: Sergeant Joe Capece (#12608), Officer Michael Mislang (#18934), Officer Elizabeth Bethea (#19124), Officer Luke Austin (#18921), Officer Graham Cage (#17706), Officer Jeff Rine (#15633), Officer Rick Fink, K-9 Officer ▓▓▓▓▓ and Officer Roberston.
- Officer Graham and Officer Rine were both wearing body cameras, which captured footage of officers securing the south entrance and forming a triage team (**pages 25 and 26, photos 10 thru 12**).
- Officer Robertson initially made entry through the east patio. Lieutenant Smith previously asked for him over the radio, so Officer Robertson came around the south side to assist units at that location.
- The above group of officers split into two teams, with one group providing security, while the second group acted as a triage team and extracted incapacitated victims.
- Officer Ragsdale and Officer Medvetz moved through the main dance floor toward the main entrance on the south side, where they joined the above listed triage team. Officer Ragsdale maintained security near the front lobby, while Officer Medvetz joined a group just outside the main entrance.
- Lieutenant Smith can be heard on the radio requesting Lieutenant Brennan get together a triage team and start removing injured victims from the club who are not ambulatory.
- During the same radio transmission, Lieutenant Smith asked the dispatcher to initiate a full S.W.A.T. call-out.

**0217 hours:**

- Lieutenant Smith and Sergeant ▓▓▓▓▓ can be heard on several body cam videos firing shots. On video surveillance from inside the club, Sergeant ▓▓▓▓▓ is off camera, but Lieutenant Smith can be seen firing shots.
- This occurred approximately 14 minutes and 56 seconds after the Signal 43 was called.
- On Officer Cornwell's body cam footage, Lieutenant Smith can be heard yelling "Show me your hands!" just prior to firing shots.
- Officer Cornwell was the closest officer with a body camera to this shooting. Several other officers had body cameras either just outside the south main entrance or inside the club in the main dance floor, all of which captured the sound of gunfire.
- Officer ▓▓▓▓▓ body camera captured footage of himself and several officers assessing victims in the main dance floor when the above shots were fired. At that moment, these officers had no way of knowing whether it was other officers, the suspect, or possibly a second suspect, firing shots. Without hesitation, the officers continued assisting victims without regard for their own safety.
- Sergeant Lonzie Wellon (#14310), who was debriefing witnesses outside the club, obtained information there may have been a second shooter. Sergeant Wellon relayed this to other units over the radio.
- Video surveillance footage from inside the club showed there was only one suspect during the entire incident, but officers on scene had no way of knowing that at the time.

SUPPLEMENT REPORT                                                    OPD CASE No. 2016-242039

**0218 hours:**
- Officer ▮▮▮▮ moved to the southwest corner of the main dance room and met up with Officer Hyland, who was already providing security inside the club.
- While Officer ▮▮▮▮ provided cover, Officer Hyland grabbed an incapacitated male victim from next to the stage and pulled him through the main entrance. This was captured on Officer ▮▮▮▮ body camera footage.
- Two female patrons who were also hiding next to the stage were able to get up and run out on their own through the south entrance. Neither of the two females appeared injured.
- While Officer Rine provided cover, Officer Fink grabbed an incapacitated female victim from the main dance floor and pulled her out through the main entrance. This was captured on Officer Rine's body camera footage.
- Over the following 10 minutes, officers and deputies began arriving inside the club and can be seen on surveillance footage checking pulses and pulling out at least 14 incapacitated victims from the main dance floor alone. These victims are mostly pulled out through the east patio, but several are pulled out through the main entrance on the south side.
- Officer Fink is seen on surveillance footage pulling at least two more incapacitated victims out from inside the club to the south parking lot.
- Surveillance footage inside the main dance floor shows other officers and deputies beginning to pull incapacitated victims out to the east patio to other units.
- Sergeant Keith Vidler (O.C.S.O.) can be seen on surveillance footage from the club, as well as footage from several different body cameras, taking charge inside the main dance floor. He is seen pulling several incapacitated victims out.
- Deputy Mark Rutkoski (O.C.S.O.) was wearing a body camera, which showed footage of him helping pull victims out of the main dance floor.
- O.C.S.O. Reserve Deputy Rob Knight can also be seen on surveillance and body camera footage checking pulses and assisting with removing incapacitated victims from the club.
- In addition to Officer Fink and Officer Hyland, there were several O.P.D. Officers who are seen on surveillance and body camera footage pulling incapacitated victims out of the club, including Officer Liz Bethea (#19124), Detective Michael Mastrangelo (#12274), and Officer Rine.
- As previously stated, not every officer or deputy who played a critical role will be listed, but the above named law enforcement officers were all identified on video.

**0219 hours:**
- Footage from several body cameras showed deputies and officers entering the east patio and grabbing incapacitated victims who were just extracted from the main dance floor and moving them across the street to Einstein Bagels.
- Officer Wilkins' body camera captured footage of officers beginning to carry injured victims into the Einstein Bagels parking lot from Pulse nightclub (**page 27, photo 13**).
- Unknown officers began CPR on one of the first victims brought to Einstein Bagels parking lot. This is not clearly captured on body camera footage, but Officer Wilkins can be heard talking about what he observes.

- Once the east parking lot of Einstein Bagels began filling up with injured victims, officers moved the uninjured witnesses to behind a wall that separates the north entry into the Wendy's parking lot and the east parking lot of Einstein Bagels.

**0220 hours:**
- The dispatcher asked Lieutenant Smith if he wanted just the S.W.A.T. Team called out, or did he also want the Crisis Negotiation Team (C.N.T.) and Emergency Services Unit (E.S.U.) called out.
- Lieutenant Brady advised the dispatcher this needed to be a full call out of all three teams.
- The dispatcher advised units on Patrol East that a 911 caller reported being barricaded inside a downstairs bathroom with the suspect.
- Ambulances and fire/rescue personnel were gathering at the triage area on E. Kaley Street just north of Einstein Bagels (**page 27, photo 14**).
- Body camera footage from Officer Wilkins and several O.C.S.O. deputies shows rescue personnel treating victims in the Einstein Bagels parking lot.
- The Communications Center initiated a full S.W.A.T., C.N.T., and E.S.U. call-out.

**0221 hours:**
- Lieutenant Smith asked the dispatcher to get as much intelligence as possible from the 911 caller about the suspect, what he looks like, what he is wearing, and the number of other victims barricaded in the bathroom.
- The dispatcher reported the 911 caller cannot advise any further details because the suspect is "right there."
- Lieutenant Smith asked the dispatcher to keep the caller on the line and make every effort to extract any information possible about the suspect.
- A male gunshot victim was able to escape from one of the west bathrooms and crawl out to the west bar. He was pulled out to the south parking lot by Officer Cage and Officer Hyland. This rescue was caught on body camera footage captured by Officer Cage, as well as Officer Jon Paul Gargano from Belle Isle Police Department.

**0222 – 0223 hours:**
- The 911 caller from inside the bathroom reported the suspect was reloading his firearm.
- Lieutenant Smith and the dispatcher communicate several times about the caller in the bathroom with the suspect. Information is obtained that there are numerous other hostages in the bathroom.
- There was continued communication over the radio between Lieutenant Smith and officers outside the club. He requested officers attempt to gather as much information as possible about the suspect from witnesses at the triage area.
- The triage area at Einstein Bagels was becoming crowded and chaotic with witnesses and injured victims. Officers and deputies were continuing to assist fire and medical personnel with the injured.

**0223 – 0224 hours:**
- Due to the large number of victims being brought out, coupled with the serious nature of their injuries, officers at Pulse decided to transport victims on their own. Officer Imburgio used Officer Hyland's

SUPPLEMENT REPORT                                              OPD CASE No. 2016-242039

unmarked pickup truck as a makeshift ambulance. He pulled the truck into the Pulse parking lot where Officer Vadi, Officer Myles, and other assisting units began placing victims in the bed.

- Officer Imburgio, Officer Vadi, and Officer Myles, made several trips to O.R.M.C., most of the time with at least two to three victims in the back. Officer Vadi and Officer Myles rode in the back with the victims during transport.
- When officers first arrived on scene, there were at least four gunshot victims laying unresponsive in the south parking lot. Those victims were also transported to O.R.M.C. by Officer Imburgio's team.
- Officer Gargano's body camera captured footage of several victims being loaded into the back of Officer Hyland's pickup truck.
- Approximately 42 victims were transported to the hospital as a result of the Pulse shooting, 40 to O.R.M.C., and two to Florida South Hospital. Officer Imburgio estimated that his team, along with assisting officers and deputies, transported approximately 20 to 25 gunshot victims to O.R.M.C.

**0225 hours:**
- Officer Cage, K-9 Officer ████████ and Officer Dan Robertson, extracted a patron who was hiding inside the fenced in storage area just outside the double doors on the south side of the club.
- This was captured on Officer Cage's body camera footage.

**0227 hours:**
- Officer Cage and Detective Gruler, along with an unknown deputy, loaded an incapacitated female victim into the back of Officer Hyland's pickup truck.
- This was also captured on Officer Cage's body camera footage, as well as Officer Gargano's body camera footage.

**0230 hours:** An unidentified male, believed to be the suspect, called 911 and spoke in a foreign language, but quickly hung-up.

**0232 hours:**
- Sergeant Vidler and assisting units extracted five people who had been hiding in the kitchenette behind the main bar. This was captured on Officer Rine's body camera footage, as well as Pulse surveillance footage.
- Two of the five extracted from the kitchenette were injured and had to be carried out by officers and deputies. The other three were able to walk out on their own. They were moved out to the east patio to awaiting officers and deputies.

**0235 hours:**
- Sergeant Vidler and assisting units extracted six people who had been hiding in the upstairs office area above the main dance floor.
- This was also captured on Officer Rine's body camera footage and Pulse surveillance footage. They can be seen getting escorted across the main dance floor and out the east patio to awaiting officers and deputies.

SUPPLEMENT REPORT                                          OPD CASE No. 2016-242039

- There was one female and five males. Three of the males were suffering apparent gunshot wounds. One of the injured males had to be helped out by two unknown deputies.
- Surveillance footage from inside the club showed Sergeant Vidler searching and clearing the office after the above six witnesses and victims were extracted.
- At that point during the incident, there were dozens of victims and witnesses still barricaded with the suspect in the west bathrooms. There were over 30 deceased victims inside the club, mostly in the main dance room.
- All other victims and witnesses were successfully extracted from the club by officers and deputies.
- Two victims were later pronounced deceased in the parking lot of Einstein Bagels. Nine more were later pronounced deceased at O.R.M.C.

**0240 hours:**
- The suspect called 911 and spoke English. He told the 911 operator that he "did the shooting in Orlando."
- When asked to identify himself, he refused. Each time he was asked, the suspect pledged allegiance to the Islamic State. The 911 call lasted 50 seconds.

**0248 hours:**
- Sergeant Andy Brennan (#7276) of C.N.T. called the suspect back and engaged in a conversation with him that lasted approximately six minutes (0248 to 0254 hours).
- During this conversation, the suspect suggested he was wearing a bomb vest. He also claimed there was a vehicle in the parked lot with explosives. Sergeant Brennan tried to obtain additional information, but the suspect refused to answer any more questions.

**0250 hours:** Both the O.P.D. Mobile Command Center (M.C.C.) and the C.N.T. Vehicle were enroute to the scene.

**0252 hours:**
- A 911 caller reported to the O.P.D. Communications Center that the suspect possibly had a bomb strapped to him.
- This was likely the 911 caller overhearing the conversation between the suspect and Sergeant Brennan.

**0306 hours:**
- A second male gunshot victim, who had been hiding in one of the west bathrooms, was able to crawl out to the west bar on his own volition. This was captured on video from inside Pulse nightclub.
- Officer Gargano's body camera footage captured members of the S.W.A.T. Team pulling the victim out of the club to awaiting officers in the south parking lot.

**0307 hours:** The above male gunshot victim was loaded into the back of Officer Hyland's unmarked pickup truck and transported to the nearby triage area.

**0310 hours:** Both the M.C.C. and C.N.T. Vehicle arrived on scene and posted in an open lot on Orange Avenue just north of Orlando Fire Station 5, located at 1818 S. Orange Avenue (northwest corner of S. Orange Avenue and W. Kaley Street).

**0312 hours:**
- Additional members of the S.W.A.T. Team began arriving on scene.
- Responding patrol officers and deputies had been maintaining security inside and outside the club since the rescue efforts first began over an hour earlier.
- As additional S.W.A.T. Team officers arrived, they slowly relieved the officers and deputies already on scene (**page 28, photos 15 and 16**).

**0318 hours:** Both the M.C.C. and the C.N.T. Vehicle were operational at the above location.

**0342 hours:** The S.W.A.T. Team rescued 4 male dancers who had been hiding in the north dressing room.

**0403 hours:**
- A Greater Orlando Aviation Authority (GOAA) K-9 Officer and his K-9 partner alerted on a vehicle, later confirmed to be the suspect's, parked at the auto tinting business next door to Pulse nightclub.
- O.C.S.O.'s Bomb Squad was just arriving on scene and was notified of this new development.
- Officers were directed to start another perimeter around the suspect's vehicle, being cautious of possible explosives.

**0409 hours:** A 911 caller again reported the suspect possibly had a bomb strapped to him.

**0429 hours:**
- A victim being held hostage inside the west bathrooms sent a text message to her brother advising the suspect was going to attach four bomb vests to hostages.
- The witness (victim's brother) relayed this information to Officer Brandon Rush (#30679), who then advised other officers on scene over the radio.
- Officer Rush walked this witness to the O.P.D. Command Post to provide additional intelligence for the S.W.A.T. Team.

**0433 hours:** Both the M.C.C. and the C.N.T. Vehicle moved from their original location (just north of S. Orange Avenue and W. Kaley Street) to the intersection of S. Orange Avenue and Harding Street.

**0445 – 0450 hours:**
- While the S.W.A.T. Team was working on rescuing victims in the two west bathrooms, they also learned of a group of employees and patrons hiding in a dressing room on the west side of Pulse, just north of the bathrooms.
- Members of the S.W.A.T. Team were able to jar the air conditioning unit loose. They directed the victims inside the west dressing room to pull on the air conditioning unit while the S.W.A.T. Team pushed on it.

- Once the unit was removed, S.W.A.T. officers pulled a total of 8 the victims out of the building through the hole in the wall.
- I could not find video footage of this happening, and the radio channel utilized by the S.W.A.T. Team does not record, so the exact time it occurred is unknown. The time listed was deduced from listening to 911 calls and radio traffic on Patrol East and Emergency Downtown.

**0459 hours:**
- The O.C.S.O. Bomb Squad was making final preparations to use an explosive charge to breach the west wall of the nightclub.
- Both O.C.S.O. Chase helicopter and Seminole County Sheriff's Office Alert helicopter were requested to break away from their orbit over Pulse and create a safe distance.

**0502 hours:**
- The O.C.S.O. Bomb Squad detonated the charge, but the wall was only partially breached.
- This was captured on Officer Gargano's body camera footage.
- The S.W.A.T. Team initially backed away.
- Within a few minutes, they examined the partial breach and realized the wall was thin enough to possibly utilize their armored vehicle to continue breaching the wall.

**0508 hours:**
- The S.W.A.T. Team's armored vehicle made its first attempt at breaching the west wall of Pulse nightclub.
- This was captured on Officer Gargano's body camera footage, which is approximately four hours and three seconds fast, when compared to the O.P.D. computer/radio system (**page 29, photo 17**).
- The following timestamps are based on footage captured from Officer Gargano's body camera.

**0509 hours:** The S.W.A.T. Team can be heard on loud speaker telling the victims inside the bathroom to move away from the wall being breached.

**0510 hours:**
- Several S.W.A.T. officers move toward the breached wall and start assisting victims out of the south bathroom.
- The first two out are a male and a female. They were wet, apparently from a plumbing pipe bursting when the wall was breached, but they did not appear to be injured.

**0511 hours:**
- Five more victims were extracted from the south bathroom by the S.W.A.T. Team.
- The victims were all wet, and one had to be carried out by the S.W.A.T. Team to assisting officers. The others were able to walk on their own.

**0512 hours:**

- Additional victims were extracted from the bathrooms, but only one was captured on Officer Gargano's body camera footage. The victim was a female who was wet, and she appeared to be slightly injured. She was able to walk on her own, but she was limping and Officer Gargano escorted away from the scene.
- Although additional victims were being extracted, none of it was captured on body camera footage.
- A team of officers can be seen on Officer Gargano's body camera footage urgently carrying an injured victim away from the scene past Officer Gargano and the victim he is escorting. This team is likely K-9 Officer Florin, Officer Vadi, and an unknown deputy (as described at the beginning of the report).
- Officer Cornwell's body camera footage shows him joining this team and carrying the victim out towards the O.P.D. Command Post on S. Orange Avenue, along with the other victims who had just been extracted.

**0513 hours:**

- The O.C.S.O. Chase helicopter was orbiting over Pulse capturing FLIR footage of the S.W.A.T. Team pulling additional victims out through the breached west wall (**page 29, photo 18**).
- One of the victims was incapacitated and two S.W.A.T. officers can be seen dragging the victim away from the club to awaiting officers.

**0514 hours:**

- One of the S.W.A.T. officers can be seen on Chase helicopter footage using a battering ram to widen the hole on one of the walls.
- The helicopter footage, which is captured using it's Forward Looking Infrared (FLIR) camera, shows a large flash outside the west wall where the S.W.A.T. is gathered.
- At that same moment, the police dispatcher, who was still on the line with a 911 caller, advised shots were fired inside the north bathroom. The time displayed on the Chase footage at that moment was 05:14:46 (5:14a.m. and 46 seconds).
- A second large flash can then be seen outside the west wall. These two flashes were flash bangs deployed by the S.W.A.T. Team in response to the shots being fired by the suspect inside the bathroom.

**0515 hours:**

- On the Chase footage, at 05:15:23 hours (5:15a.m. and 23 seconds), the S.W.A.T. Team members can be seen engaging the suspect and firing numerous rounds along the west wall (**page 30, photo 19**).
- Officer Napolitano can be seen falling to the ground after being struck in the helmet with a shot fired by the suspect. He is quickly directed away from the scene by another S.W.A.T. officer.
- The Mobile Command Center also captured footage of the shooting (**page 30, photo 20**).
- Officer Gargano's body camera footage shows him at the O.P.D. Command Post with the victim he just escorted from the west bathrooms of Pulse (**page 31, photos 21 and 22**).
- Several shots can be heard in the distance, followed by a barrage of gunfire. His body camera footage captured the sound of the suspect and S.W.A.T. Team exchanging gunfire.

SUPPLEMENT REPORT                                                    OPD CASE No. 2016-242039

- Officer Gargano and several other officers ran toward the south side of Pulse nightclub. As they approach, at least three more victims are seen fleeing the nightclub, presumably from having just been rescued by the S.W.A.T. Team.
- One of the victims was injured and is seen on Officer Gargano's body camera footage being carried by officers away from the scene.

**0516 hours:**
- S.W.A.T. officers can be seen on Officer Gargano's body camera footage escorting Officer Napolitano from the scene.
- Detective Ed Michael (#12670), who is a member of S.W.A.T., and Officer Seth James (#12869), who is a member of E.S.U., can be seen sitting Officer Napolitano down behind a vehicle and assessing his injury (**page 32, photo 23**).

**0517 – 0518 hours:**
- Officers escorted Officer Napolitano out to S. Orange Avenue where he was loaded into the back of Officer Hyland's pickup truck before getting transported to O.R.M.C. (**page 32, photo 24**).
- An incapacitated victim can be seen on Chase helicopter footage being pulled from the breached wall by the S.W.A.T. Team and pulled away from the scene to awaiting officers.

**0519 hours:**
- Chase helicopter was orbiting over Pulse nightclub for several minutes while S.W.A.T. Team members continued to extract victims from the west bathrooms.
- Due to an obstructed view from the trees on the west side of club, there is only limited footage of the rescue efforts.

**0523 – 0525 hours:**
- Footage from Officer Gargano's body cam captured footage of him and a large group of officers moving into to assist the S.W.A.T. Team with victims who were just pulled from the breached wall of the west bathrooms (**pages 33 and 34, photos 25 thru 28**).
- Chase helicopter continued to orbit overhead, but was still only providing limited footage.

**0526 hours:**
- All of the remaining victims were extracted from the north bathrooms by the S.W.A.T. Team. A large group of officers and deputies moved in to escort the victims out to safety.
- Several victims were injured and needed to be transported away from the scene on stretchers.
- Although portions of this were captured on both Officer Cornwell's and Officer Gargano's body camera footage, it was still difficult to get an exact count of how many victims were removed by the S.W.A.T. Team.
- Based on the limited footage, there appeared to be approximately five (5) additional victims who were rescued from the north bathrooms.

SUPPLEMENT REPORT                                                          OPD CASE No. 2016-242039

- At least two of them were suffering gunshots wounds and were transported out of the scene in the back of unmarked pickup trucks. This was captured on footage from Officer Cornwell's body camera.

**0527 hours:**
- An announcement was made over the radio that all remaining victims had been rescued and Officers needed to back away from Pulse due to the threat of explosives.
- An estimated total of 18 victims were rescued from the west bathrooms by the S.W.A.T. Team. There were approximately 13 victims in the south bathroom who were rescued before the suspect was killed, and there were approximately 5 victims in the north bathroom who were rescued afterwards.
- The bomb threat continued for several hours until the F.B.I. was able to determine the scene was safe from explosives.

As previously stated, the primary focus of this timeline was to document the actions taken by responding patrol officers and deputies inside and outside the nightclub during the aftermath. The specifics regarding the number of rounds fired by officers during the incident, the number of rounds fired by the suspect during the incident, what weapons were used, or the exact number of injured and deceased victims will be investigated and documented by both the F.B.I. and F.D.L.E. respectively.

This report and timeline are for informational purposes only.

I swear/affirm the above statements are correct and true.

_____
Signature

**Calder C. Haas**                    **#8600**
Detective's Name and Employee Number

_____
Supervisor Approval

Sworn to and subscribed before me, the undersigned authority, this **20th** day **of September, 2016**.

_____
☐ Law Enforcement Officer
    Orlando PD              Emp. # _1?419_

☐ Notary Public

☐ Personally Known   ☐ Produced Identification

## Please see the following diagram and photos.

SUPPLEMENT REPORT                                                    OPD CASE No. 2016-242039

## DIAGRAM OF PULSE NIGHTCLUB:



(Not to scale)

- The main entrance on the south side of the club is where the suspect first entered and began firing shots.
- The double doors on the south side is where Detective Gruler first engaged the suspect.
- The east patio along Orange Avenue is where Detective Gruler engaged the suspect the second time.
- The large parlor window is where Officer Napolitano used his ASP baton to break the glass and gain entry.
- The main dance floor is where a vast majority of the victims were killed.
- The women's restroom attached to the main dance floor is where 22 patrons were found hiding after the shooting.
- The hallway near the west bar is where Lieutenant Smith and Sergeant ▮▮▮▮ engaged the suspect.
- The north dressing room is where approximately 4 male dancers were rescued by the S.W.A.T. Team.
- The west dressing room is where approximately 8 employees and patrons were rescued by the S.W.A.T. Team.
- The west bathrooms are where the S.W.A.T. Team breached the wall and rescued an estimated 18 victims.

SUPPLEMENT REPORT                           OPD CASE No. 2016-242039

## PHOTO TIMELINE:

The following photos are screenshots from footage taken during various aspects of the incident in the same order as the above timeline:



Photo 1:

Detective Gruler and Officer Reynolds taking cover behind vehicles during the first two minutes of the shooting.



Photo 2:

Detective Gruler on Orange Avenue, in front of Officer Ann Mislang's vehicle, engaging the suspect inside the main dance floor, just past the east patio.

SUPPLEMENT REPORT                                      OPD CASE No. 2016-242039





**Photo 4:**
Lieutenant Smith's team entering main parlor through broken front window.

SUPPLEMENT REPORT



SUPPLEMENT REPORT                                                OPD CASE No. 2016-242039



Photo 7:

Officers converging on Pulse
from the north; setting up in
the parking lot of Pro Tint
and Detailing.



Photo 8:

Officers escorting the first
of 22 patrons from the
main dance floor, approx.
12 minutes after the
shooting began.

SUPPLEMENT REPORT                                    OPD CASE No. 2016-242039



Photo 9:

Additional photo of
officers escorting 22
patrons out of the
main dance floor
through the east patio.



Photo 10:

Officers beginning to
secure the main
entrance near the
south parking lot just
moments after the 22
patrons were escorted
out the east patio.

SUPPLEMENT REPORT                                    OPD CASE No. 2016-242039



Photo 11:

Officers forming a
triage team on the
south side of club.



Photo 12:

Triage team making
entry through main
door on south side of
club.

SUPPLEMENT REPORT                                OPD CASE No. 2016-242039



Photo 13:

Officers on the east side of Einstein Bagels escorting an injured victim into the triage area.



Photo 14:

Law enforcement and medical personnel gathering on north side of triage scene.

SUPPLEMENT REPORT                                      OPD CASE No. 2016-242039



Photo 15:

The S.W.A.T. Team arriving on scene and surrounding the south side of Pulse nightclub.

SUPPLEMENT REPORT

**SUPPLEMENT REPORT**

SUPPLEMENT REPORT                                          OPD CASE No. 2016-242039



Photo 21: Officers and witnesses gathering at Mobile Command Post during tail end of S.W.A.T. standoff.



Photo 22: Officers carrying injured victim to Mobile Command Post during tail end of S.W.A.T. standoff.

SUPPLEMENT REPORT                                    OPD CASE No. 2016-242039



Photo 23: Officer Napolitano just moments after getting shot by the suspect.



Photo 24: Officer Napolitano getting loaded into back of unmarked pickup and quickly transported to O.R.M.C.

SUPPLEMENT REPORT                                    OPD CASE No. 2016-242039



Photo 25: Officers and S.W.A.T. Team at west wall preparing to rescue hostages after suspect was shot.



Photo 26: S.W.A.T. Team starting to remove victims from breached wall after suspect was shot.

SUPPLEMENT REPORT                                    OPD CASE No. 2016-242039



Photo 27: S.W.A.T. Team continuing to rescue victims from breached wall after standoff suspect.



Photo 28: Officers assisting the S.W.A.T. team with victim who was rescued after standoff with the suspect.