**EXHIBIT 5**

**FBI Tampa**
Special Agent Dave Couvertier
(813) 253-1033

June 20, 2016

# Investigative Update Regarding Pulse Nightclub Shooting

ORLANDO—In order to provide an update on the progress of the investigation into the Pulse nightclub shooting, the FBI is releasing an excerpt from the timeline of events inside the Pulse nightclub during the early morning hours of Sunday, June 12, 2016. Out of respect for the victims of this horrific tragedy, law enforcement will not be releasing audio of the shooter's 911 calls at this time, nor will law enforcement be releasing audio or transcripts of the calls made by victims at the Pulse nightclub during the incident. (See joint statement from DOJ. (https://www.justice.gov/opa/pr/joint-statement-justice-department-and-fbi-regarding-transcript-related-orlando-terror-attack))

The following is based on Orlando Police Department (OPD) radio communication (times are approximate):

- 2:02 a.m.: OPD call transmitted multiple shots fired at Pulse nightclub.
- 2:04 a.m.: Additional OPD officers arrived on scene.
- 2:08 a.m.: Officers from various law enforcement agencies made entrance to Pulse and engaged the shooter.
- 2:18 a.m.: OPD SWAT (Special Weapons and Tactics) initiated a full call-out.
- 2:35 a.m.: Shooter contacted a 911 operator from inside Pulse. The call lasted approximately 50 seconds, the details of which are set out below:

    *Orlando Police Dispatcher (OD)*
    *Omar Mateen (OM)*

**OD:** Emergency 911, this is being recorded.
**OM:** *In the name of God the Merciful, the beneficent* [Arabic]
**OD:** What?
**OM:** *Praise be to God, and prayers as well as peace be upon the prophet of God* [Arabic]. I wanna let you know, I'm in Orlando and I did the shootings.
**OD:** What's your name?
**OM:** My name is I pledge of allegiance to Abu Bakr al-Baghdadi of the Islamic State.
**OD:** Ok, What's your name?
**OM:** I pledge allegiance to Abu Bakr al-Baghdadi *may God protect him* [Arabic], on behalf of the Islamic State.
**OD:** Alright, where are you at?
**OM:** In Orlando.
**OD:** Where in Orlando?
*[End of call.]*

(Shortly thereafter, the shooter engaged in three conversations with OPD's Crisis Negotiation Team.)

- 2:48 a.m.: First crisis negotiation call occurred lasting approximately nine minutes.
- 3:03 a.m.: Second crisis negotiation call occurred lasting approximately 16 minutes.
- 3:24 a.m.: Third crisis negotiation call occurred lasting approximately three minutes.

In these calls, the shooter, who identified himself as an Islamic soldier, told the crisis negotiator that he was the person who pledged his allegiance to [omitted], and told the negotiator to tell America to stop bombing Syria and Iraq and that is why he was "out here right now." When the crisis negotiator asked the shooter what he had done, the shooter stated, "No, you already know what I did." The shooter continued, stating, "There is some vehicle outside that has some bombs, just to let you know. You people are gonna get it, and I'm gonna ignite it if they try to do anything stupid." Later in the call with the crisis negotiator, the shooter stated that he had a vest, and further described it as the kind they "used in France." The shooter later stated, "In the

next few days, you're going to see more of this type of action going on." The shooter hung up and multiple attempts to get in touch with him were unsuccessful.

- 4:21 a.m.: OPD pulled an air conditioning unit out of a Pulse dressing room window for victims to evacuate.

(While the FBI will not be releasing transcripts of OPD communication with victims, significant information obtained from those victims allowed OPD to gain knowledge of the situation inside Pulse.)

- 4:29 a.m.: As victims were being rescued, they told OPD the shooter said he was going to put four vests with bombs on victims within 15 minutes.

(An immediate search of the shooter's vehicle on scene and inside Pulse ultimately revealed no vest or improvised explosive device.)

- 5:02 a.m.: OPD SWAT and OCSO Hazardous Device Team began to breach wall with explosive charge and armored vehicle to make entry.
- 5:14 a.m.: OPD radio communication stated that shots were fired.
- 5:15 a.m.: OPD radio communication stated that OPD engaged the suspect and the suspect was reported down.

Based on OPD radio communications, there were no reports of shots being fired inside Pulse between the initial exchange of gunfire between responding officers and shooter, and the time of the final breach. During this time, the shooter communicated with an OPD 911 operator and an OPD crisis negotiator, and OPD radio communications reported that victims were being rescued.

The FBI urges the public to provide information about the shooter and any contact they may have had with him. Since the release of the FBI's Seeking Information poster (https://www.fbi.gov/wanted/seeking-info/omar-mir-seddique-mateen), the FBI has received thousands of tips. The FBI will investigate every tip.

To provide a tip, please call 1-800-CALL-FBI or visit **tips.fbi.gov** (https://tips.fbi.gov).

## *Actualización de la Investigación Sobre los Hechos Ocurridos en el Centro Nocturno Pulse*

ORLANDO—En un esfuerzo de proveer la información más reciente sobre el progreso de la investigación sobre los hechos ocurridos en el centro nocturno Pulse, el FBI publica un resumen de los eventos ocurridos dentro del centro nocturno en la madrugada del domingo 12 de junio de 2016. Por respeto a las víctimas de esta horrible tragedia, las autoridades no publicarán el audio de las llamadas hechas por el sospechoso al sistema de emergencia 911. Así mismo no publicaran transcripciones de las llamadas realizadas por las víctimas desde adentro del centro nocturno Pulse mientras ocurrían los hechos.

La siguiente información se basa en los sistemas de comunicaciones del Departamento de la Policía de Orlando (OPD) (las horas publicadas son aproximadas)

- 2:02 am: OPD informa sobre múltiples disparos en el centro nocturno Pulse.
- 2:04 am: Oficiales adicionales de OPD llegan a la escena.
- 2:08 am: Oficiales de varias agencias hacen su entrada al centro nocturno y confrontan al sospechoso.
- 2:18 am: OPD SWAT responde a la escena.

El FBI incluye una transcripción de la interacción del sospecho con el operador del 911 ocurrida a las 2:35 am generada dentro del centro nocturno Pulse. La llamada duró aproximadamente cincuenta segundos. También se incluye un resumen de las conversaciones sostenidas con el equipo de negociadores de OPD. (Se incluyen en el comunicado de prensa en inglés en versión original no traducida)

El sospechoso sostuvo tres conversaciones con el equipo de negociadores de OPD.

- 2:48 am: Se generó la primera llamada con el equipo de negociadores de OPD la cual duró nueve minutos.
- 3:03 am: Se generó la segunda llamada con el equipo de negociadores de OPD la cual duró aproximadamente dieciséis minutos.

- 3:24 am: Se generó la tercera y última llamada con el equipo de negociadores de OPD la cual duró aproximadamente tres minutos. (Un resumen de la versión original no traducida de la llamada se incluye en el comunicado de prensa en inglés.)

Luego de la última llamada, se realizaron múltiples intentos para contactar al sospechoso, mismos que resultaron infructuosos.

- 4:21 am: OPD removió una unidad de aire acondicionado ubicado en la pared de un camerino del centro nocturno Pulse para asistir en el rescate de víctimas adicionales.

A pesar de que el FBI no publicará transcripciones de las comunicaciones entre víctimas y OPD, información que estas ofrecieron al momento de su rescate, sirvió para obtener detalles significativos sobre o que estaba ocurriendo adentro del centro nocturno Pulse. Mientras las víctimas estaban siendo rescatadas aproximadamente a las 4:29 am, estas informaron a los oficiales que el sospechoso amenazó con poner chalecos con explosivos a cuatro de las víctimas en los siguientes quince minutos.

(Luego de un cateo inmediato del vehículo del sospechoso y del club nocturno Pulse, oficiales descartaron la presencia de explosivos.)

- 5:02 am: OPD SWAT comenzó a detonar explosivos y utilizaron un vehículo blindado para ganar acceso al centro nocturno.
- 5:14 am: Comunicaciones recibidas por OPD informan sobre disparos adicionales.
- 5:15 am: Comunicaciones recibidas por OPD informan que oficiales confrontaron al sospechoso quien murió en la escena.

De acuerdo con el sistema de comunicaciones de OPD, no se recibió información de disparos adicionales escuchados dentro del centro nocturno desde el intercambio inicial de disparos entre oficiales y el sospechoso, hasta el momento en que los oficiales hicieron su entrada final. Durante ese periodo de tiempo, el sospecho se comunicó con una operadora de OPD 911 y el equipo de negociadores. OPD recibió comunicaciones corroborando el rescate de víctimas durante el mismo periodo de tiempo.

El FBI hace un llamado al público para que continúe proveyendo información sobre sospechoso y cualquier contacto que hayan tenido con él. Desde la publicación del FBI's Seeking Information poster (https://www.fbi.gov/wanted/seeking-info/omar-mir-seddique-mateen), el FBI ha recibido miles de llamadas ofreciendo información. El FBI continuará investigando toda información que se reciba. Para proveer información relacionada a este incidente, favor de llamar al 1-800- CALL FBI o visite la página **tips.fbi.gov** (http://tips.fbi.gov).

**FBI Tampa**
Special Agent Dave Couvertier
(813) 253-1033

June 15, 2016

# FBI ASAC Ron Hopper's Remarks at Press Briefing on Pulse Nightclub Shooting Investigation

*The following remarks were prepared for delivery by FBI Tampa Assistant Special Agent in Charge Ron Hopper at a June 15, 2016 press briefing concerning the Orlando Pulse nightclub shooting*

Good afternoon.

My name is Ron Hopper, and I am the Assistant Special Agent in Charge of the FBI's Tampa Field Office overseeing the city of Orlando. I am joined today by Chief Mina of OPD [Orlando Police Department], United States Attorney Lee Bentley, and our law enforcement partners at the Florida Department of Law Enforcement, the Orange County Sheriff's Office, the ATF, and DEA. Also with us today are Florida Governor Rick Scott and Orlando Mayor Buddy Dyer. I would like to thank all of my partners standing here with me today and many others who have come from all over to help us investigate this terrible attack on our community. The level of cooperation and partnership we have seen over the last several days has been incredible, and we will continue to stand shoulder to shoulder and work together to investigate this horrific attack.

We wanted to take time and give you an update on what we're doing and again ask for your help in certain areas related to the investigation. Because this is an ongoing investigation, there's much I still cannot share with you, so I would ask for your patience when I tell you I can't discuss certain things. We continue to cover many leads, and we want to make sure that when we share information

with you, it's not only timely, but most importantly, that it's factually accurate. We owe it to the victims, their families, loved ones, and community to bear witness with finite accuracy.

The FBI's Office of Victim Assistance and our highly experienced Victim Assistance Rapid Deployment Team is working together with the city of Orlando and federal, state, and community agencies to provide resources and support to victims, next of kin, and loved ones at the Family Assistance Center. This center is located at Camping World Stadium and is open from 10 a.m. to 8 p.m. Wednesday through Friday, 8 a.m. to 2 p.m. on Saturday, and noon to 8 p.m. on Sunday. For more information please visit fbi.gov/orlandovictims (http://www.fbi.gov/orlandovictims).

There have been media reports about alleged threats or attacks on members of religious or ethnic communities that could be perceived to be in response to the shooting at Pulse. Let me be beyond clear on this point: civil rights violations are a priority for the FBI, and we will investigate reported incidents against individuals based upon any protected class, to include race, religion, and sexual orientation. Any known threats or known incidents should be reported immediately to your local FBI field office.

Let me tell you a little bit about where we're at today with the investigation. The FBI's Evidence Response Teams remain at Pulse and continue to process the crime scene. As you might imagine, this is methodical and time-intensive work that includes trajectory analysis and crime scene mapping. It is imperative we get this right, and we are committed to staying here for as long as it takes to carefully process this vast crime scene.

We continue to seek and follow all leads about the activities and associates of the shooter, Omar Mir Seddique Mateen. We need your help, though, in developing the most complete picture of what the shooter did and why he did it. The FBI has placed a Seeking Information poster (https://www.fbi.gov/wanted/seeking-info/omar-mir-seddique-mateen) on our website at FBI.gov that includes photos and additional information about the shooter. We want to hear from any member of the public who has any information about him, regardless of how small you may think it is, to contact the FBI by calling 1-800-CALL-FBI or by submitting a tip

online at tips.fbi.gov. Again, we ask anyone who may have had contact with the shooter to report that information to the FBI. No piece of information is too small and information can be kept confidential.

As I said before, this investigation is ongoing, and we are not able to provide additional information at this time. Investigations are deliberate by their nature, and that's because we want to be able to tell you what happened in a thorough and accurate way and to do that takes time. I ask for your patience as we go about our work. We will keep you informed of our progress.

Once again, I'd like to thank our partner agencies, and most of all, I want to thank the Orlando community. Your courage, compassion and resilience in the face of this great tragedy are an inspiration to us all.

Thank you. I'd now like to invite Chief Mina to say a few words.

**FBI Tampa**
Special Agent Dave Couvertier
(813) 253-1033

June 17, 2016

# Statement Regarding Director Comey's Visit to Orlando

FBI Director James Comey visited Orlando, Florida today to thank and express admiration to the first responders for their heroism and to those who rendered care that saved lives in the face of the horrific shooting at the Pulse nightclub. He also expressed gratitude to the investigators who are working tirelessly to piece together the events leading up to this senseless attack.

**FBI Tampa**
Special Agent Dave Couvertier
(813) 253-1033

June 17, 2016

# FBI Statement on Orlando Shooting

In May 2016, while following up on an unrelated investigative matter, FBI agents made contact with the Lotus Gunworks. During this visit, Lotus personnel advised that there had been an individual who had been in the store days earlier asking about a specific type of body armor. Because the store did not carry that particular style of body armor, it referred this unknown individual elsewhere but was unable to collect any information about him, to include name, date of birth, charge card, telephonic information, or e-mail address. After the June 12, 2016 shooting at Pulse, Lotus personnel notified the FBI that the unknown individual who had visited their store in May resembled the Pulse shooter. Unfortunately, given the lack of information about this individual, FBI agents were unable to conduct any meaningful investigative follow up.

June 15, 2016

# Seeking Public Assistance in the Orlando Shooting Investigation





The FBI asked for the public's help today to learn more about the movements of Omar Mateen prior to his shooting rampage Sunday at an Orlando, Florida nightclub that left 49 people dead.

"We need your help in developing a picture of what the shooter did and why he did it," said Ron Hopper, assistant special agent in charge of the Bureau's Tampa Field Office. During an afternoon press briefing in Orlando with local law enforcement partners, Hopper urged anyone with information, no matter how small, to call the FBI or submit a tip online.A Seeking Information poster regarding the deceased shooter is available on the FBI's website. Anyone who has had contact with the shooter, either in person or online, is asked to contact the FBI at 1-800-CALL-FBI, submit a tip online at tips.fbi.gov (https://www.fbi.gov/tips), or call your local FBI office."The FBI's Office for Victim Assistance and its experienced Victim Assistance Rapid Deployment Team is working together with the city of Orlando and federal, state, and community agencies to provide resources and support to victims, next of kin, and loved ones," Hopper said. For more information about victim services and receiving assistance, visit

fbi.gov/orlandovictims (https://www.fbi.gov/resources/victim-assistance/seeking-victim-information/assistance-for-victims-of-the-pulse-nightclub-shooting-in-orlando).

## Additional information:

- Seeking Information Poster: Omar Mateen (https://www.fbi.gov/wanted/seeking-info/omar-mir-seddique-mateen)
- Assistance for Victims of the Pulse Nightclub Shooting (https://www.fbi.gov/resources/victim-assistance/seeking-victim-information/assistance-for-victims-of-the-pulse-nightclub-shooting-in-orlando)
- Hopper's full remarks at press briefing (https://www.fbi.gov/contact-us/field-offices/tampa/news/press-releases/fbi-asac-ron-hopper2019s-remarks-at-press-briefing-on-pulse-nightclub-shooting-investigation)
- FBI, This Week podcast (https://www.fbi.gov/audio-repository/ftw-comey-on-orlando-mp3-for-audio-podcasting.mp3/view)
- Submit a tip | tips.fbi.gov (https://www.fbi.gov/tips) | 1-800-CALL-FBI