# EXHIBIT 6

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1353120-0

Total Deleted Page(s) = 72
Page 2 ~ b5;
Page 3 ~ b5;
Page 4 ~ b5;
Page 5 ~ b5;
Page 6 ~ b5;
Page 7 ~ b5;
Page 8 ~ b5;
Page 9 ~ b5;
Page 10 ~ b5;
Page 12 ~ b5;
Page 13 ~ b5;
Page 14 ~ b5;
Page 15 ~ b5;
Page 16 ~ b5;
Page 17 ~ b5;
Page 18 ~ b5;
Page 19 ~ b5;
Page 20 ~ b5;
Page 23 ~ b5;
Page 24 ~ b5;
Page 25 ~ Duplicate;
Page 26 ~ Duplicate;
Page 27 ~ Duplicate;
Page 28 ~ Duplicate;
Page 29 ~ Duplicate;
Page 30 ~ Duplicate;
Page 31 ~ Duplicate;
Page 33 ~ b5;
Page 34 ~ b5;
Page 40 ~ Duplicate;
Page 41 ~ Duplicate;
Page 46 ~ b5;
Page 47 ~ b5;
Page 48 ~ b5;
Page 50 ~ b5;
Page 51 ~ b5;
Page 52 ~ b5;
Page 54 ~ Duplicate;
Page 55 ~ Duplicate;
Page 56 ~ Duplicate;
Page 58 ~ b5;
Page 60 ~ b5;
Page 62 ~ b5;
Page 70 ~ b6; b7C;
Page 84 ~ b5;
Page 85 ~ b5;
Page 86 ~ b5;
Page 93 ~ b5;
```

```
Page 94 ~ b5;
Page 95 ~ b5;
Page 101 ~ b5;
Page 102 ~ b5;
Page 103 ~ b5;
Page 107 ~ b5;
Page 108 ~ b5;
Page 109 ~ b5;
Page 110 ~ b5;
Page 118 ~ b5;
Page 119 ~ b5;
Page 120 ~ b5;
Page 124 ~ Duplicate;
Page 125 ~ Duplicate;
Page 126 ~ Duplicate;
Page 127 ~ Duplicate;
Page 140 ~ b6;
Page 173 ~ b5;
Page 178 ~ b5;
Page 187 ~ b5;
Page 189 ~ b5;
Page 191 ~ b5;
Page 200 ~ b5;
Page 204 ~ b5;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

[_____] **(RMD) (FBI)**                                                     b6
                                                                                    b7C
_____

**From:**          [_____] (WF) (FBI)
**Sent:**          Friday, June 17, 2016 12 13 PM
**To:**            [_____] (DO) (FBI), Quinn, Richard P  (DO) (FBI) [_____] (DO) (FBI),      b6
                   [_____] (TP) (FBI) [_____] (LA) (FBI), [_____] (TP) (FBI)          b7C
**Subject:**       Draft press release today
**Attachments:**   Draft Press Release for Friday 6 16 docx


Attached is the draft press release for issue later this afternoon. This release, while supported by the USA, has not been reviewed by the USAO PIO at this point in time. I am sending to him now. Please review and let me know of edits and concerns. Because of the length of the transcripts, we would like to make them attachments.  Note that the transcripts have been reviewed by the ASAC, the USAO prosecutor and the OPD Chief. [                                                                              ]      b5

Thank you,                                                                          b6
                                                                                    b7C
[_____]

[_____]
Public Affairs Specialist
FBI Washington Field Office                                                         b6
Media Line  202-278-3519                                                            b7C
[_____]

**(RMD) (FBI)**                                                                    b6
                                                                                   b7C

**From:**                         (WF) (FBI)
**Sent:**          Friday, June 17, 2016 12:36 PM
**To:**                           (DO) (FBI); Quinn, Richard P. (DO) (FBI);            (DO) (FBI);     b6
                                  (TP) (FBI);              (LA) (FBI)         (TP) (FBI)                 b7C
**Subject:**       Re: Draft press release today
**Attachments:**   Draft (2) Press Release for Friday 6.17.docx

I added one sentence to the second page, that states:

b5

I've attached the updated draft.

Thanks,

Public Affairs Specialist                                                          b6
FBI Washington Field Office                                                        b7C
Media Line: 202-278-3519


**From:**                (WF) (FBI)
**Sent:** Friday, June 17, 2016 12:13 PM                                            b6
**To:**                  (DO) (FBI); Quinn, Richard P. (DO) (FBI)         (DO) (FBI);         (TP) (FBI);   b7C
              (LA) (FBI);              (TP) (FBI)
**Subject:** Draft press release today

Attached is the draft press release for issue later this afternoon. This release, while supported by the USA, has
not been reviewed by the USAO PIO at this point in time. I am sending to him now. Please review and let me
know of edits and concerns. Because of the length of the transcripts, we would like to make them
attachments.  Note that the transcripts have been reviewed by the ASAC, the USAO prosecutor and the OPD
Chief.

b5

Thank you,
                                                                                   b6
                                                                                   b7C


Public Affairs Specialist
FBI Washington Field Office                                                        b6
Media Line: 202-278-3519                                                           b7C

[_____] **(RMD) (FBI)**                                    b6
                                                                  b7C

**From:**         [_____] (DO) (FBI)
**Sent:**         Friday, June 17, 2016 12:47 PM
**To:**           Quinn, Richard P. (DO) (FBI)
**Cc:**           [_____] (WF) (FBI); [_____] (DO) (FBI) [_____] (TP) (FBI); [____]    b6
                  [____] LA) (FBI) [_____] (TP) (FBI); [_____] (NY) (FBI)           b7C
**Subject:**      RE: Draft press release today
**Attachments:**  Draft Press Release for Friday 6 16 - NPO edits.docx

Rich,
Attached release has a few NPO edits.  Want me to pass up the chain or will you handle?

[_____]
Unit Chief
National Press Office                                              b6
FBI Office of Public Affairs                                       b7C

[_____] office
[_____] mobile

**From:** [_____] (WF) (FBI)                                  b6
**Sent:** Friday, June 17, 2016 12:36 PM                           b7C
**To:** [____] (DO) (FBI); Quinn, Richard P. (DO) (FBI); [_____] (DO) (FBI); [_____] (TP) (FBI);
[____] (LA) (FBI); [_____] (TP) (FBI)
**Subject:** Re: Draft press release today

I added one sentence to the second page, that states:

[                                                                          ]    b5

I've attached the updated draft.

Thanks,

[_____]

Public Affairs Specialist
FBI Washington Field Office                                        b6
Media Line: 202-278-3519                                           b7C
[_____]

**From:** [_____] (WF) (FBI)
**Sent:** Friday, June 17, 2016 12:13 PM                           b6
**To:** [____] (DO) (FBI); Quinn, Richard P. (DO) (FBI); [_____] DO) (FBI); [_____] (TP) (FBI);    b7C
[____] (LA) (FBI); [_____] (TP) (FBI)
**Subject:** Draft press release today

Attached is the draft press release for issue later this afternoon. This release, while supported by the USA, has
not been reviewed by the USAO PIO at this point in time. I am sending to him now. Please review and let me
know of edits and concerns. Because of the length of the transcripts, we would like to make them

1

attachments.  Note that the transcripts have been reviewed by the ASAC, the USAO prosecutor and the OPD Chief.

b5

Thank you,

b6
b7C

Public Affairs Specialist
FBI Washington Field Office
Media Line: 202-278-3519

☐ **(RMD) (FBI)**                                                           b6
                                                                           b7C

**From:** ☐ (WF) (FBI)
**Sent:** Friday, June 17, 2016 6:44 PM
**To:** ☐ (DO) (FBI), Quinn, Richard P  (DO) (FBI)                    b6
**Cc:** ☐ TP) (FBI), ☐ (DO) (FBI), ☐ (LA) (FBI), ☐            b7C
☐ (NY) (FBI), ☐ (DO) (FBI)
**Subject:** Draft press release for Saturday
**Attachments:** FBI Draft (4) Press Release for Saturday 6 18 docx

☐ Rich,                                                                    b6
                                                                           b7C

Attached is a revised press release based upon your feedback and that of the USAO (who had minimal
changes).                                                                   b5
                                                                           b6
                                                                           b7C

☐                                                                          b5

☐                                                                          b5

Thank you,

☐

☐                                                                          b6
Public Affairs Specialist                                                  b7C
FBI Washington Field Office
Media Line  202-278-3519
☐

☐ (RMD) (FBI)

b6
b7C

**From:** ☐ (WF) (FBI)
**Sent:** Friday, June 17, 2016 6:55 PM
**To:** ☐ (DO) (FBI); Quinn, Richard P. (DO) (FBI)
**Cc:** ☐ (TP) (FBI)☐ (DO) (FBI)☐ (LA) (FBI) ☐
☐ (NY) (FBI)☐ (DO) (FBI)
**Subject:** Re: Draft press release for Saturday

b6
b7C

b5

☐
Public Affairs Specialist
FBI Washington Field Office
Media Line: 202-278-3519
☐

b6
b7C

**From:** ☐ (WF) (FBI)
**Sent:** Friday, June 17, 2016 6:44 PM
**To** ☐ (DO) (FBI); Quinn, Richard P. (DO) (FBI)
**Cc:** ☐ (TP) (FBI); ☐ (DO) (FBI); ☐ (LA) (FBI); ☐ (NY) (FBI) ☐
☐ (DO) (FBI)
**Subject:** Draft press release for Saturday

b6
b7C

☐ Rich,

b6
b7C

Attached is a revised press release based upon your feedback and that of the USAO (who had minimal changes). ☐

b5
b6
b7C

b5

b5

Thank you,

☐

b6
b7C

1

Public Affairs Specialist
FBI Washington Field Office
Media Line: 202-278-3519

b6
b7C

| ☐ | (RMD) (FBI) | b6 b7C |

**From:** [        ] (WF) (FBI)
**Sent:** Friday, June 17, 2016 8:03 PM
**To:** Quinn, Richard P. (DO) (FBI); [        ] (DO) (FBI)   b6
**Cc:** [        ] (TP) (FBI); [        ] (DO) (FBI); [        ] (LA) (FBI); [        ]   b7C
[        ] (NY) (FBI); [        ] (DO) (FBI); Kortan, Michael P. (DO) (FBI)
**Subject:** Re: Draft press release for Saturday
**Attachments:** FBI Draft (5) Press Release for Monday 6.20.docx

Thanks Rich,

[        ]   b5
I have updated the release with your edits and will send to the USAO PIO down here. Can NPO run the traps   b6
with DOJ and CTD to ensure everyone is good with this draft for a Monday?   b7C

Thanks,

[        ]

[        ]   b6
Public Affairs Specialist   b7C
FBI Washington Field Office
Media Line: 202-278-3519
[        ]

---

**From:** Quinn, Richard P. (DO) (FBI)
**Sent:** Friday, June 17, 2016 7:23 PM
**To:** [        ] (WF) (FBI); [        ] (DO) (FBI)   b6
**Cc:** [        ] (TP) (FBI); [        ] (DO) (FBI); [        ] LA) (FBI); [        ] (NY) (FBI); [        ]   b7C
[        ] (DO) (FBI); Kortan, Michael P. (DO) (FBI)
**Subject:** RE: Draft press release for Saturday

[        ]   b5

[        ]   b5

[        ]   b5

Let me know thoughts,

Rich

*Richard P. Quinn*

1

*Federal Bureau of Investigation*
*Media/Investigative Publicity*

[____] (o)     b6
     (m)       b7C

**From:** [____] (WF) (FBI)     b6
**Sent:** Friday, June 17, 2016 6:55 PM
**To:** [____] (DO) (FBI); Quinn, Richard P. (DO) (FBI)     b6
**Cc:** [____] (TP) (FBI); [____] (DO) (FBI); [____] LA) (FBI); [____] (NY) (FBI);     b7C
[____] (DO) (FBI)
**Subject:** Re: Draft press release for Saturday

[____]     b5

[____]
Public Affairs Specialist     b6
FBI Washington Field Office     b7C
Media Line: 202-278-3519
[____]

_____

**From:** [____] (WF) (FBI)     b6
**Sent:** Friday, June 17, 2016 6:44 PM
**To:** [____] (DO) (FBI); Quinn, Richard P. (DO) (FBI)     b6
**Cc:** [____] (TP) (FBI); [____] (DO) (FBI); [____] LA) (FBI); [____] (NY) (FBI) [____]     b7C
[____] DO) (FBI)
**Subject:** Draft press release for Saturday

[____] Rich,     b6
                b7C

Attached is a revised press release based upon your feedback and that of the USAO (who had minimal
changes). [____]     b5
                b6
[____]     b7C

[____]     b5

[____]     b5

Thank you,

2

Public Affairs Specialist
FBI Washington Field Office
Media Line: 202-278-3519

b6
b7C

(RMD) (FBI)

b6
b7C

| From: | Raimondi, Marc (OPA) (JMD) |
|---|---|
| Sent: | Saturday, June 18, 2016 10:47 AM |
| To: | Quinn, Richard P. (DO) (FBI) |
| Cc: | Newman, Melanie (OPA) (JMD) |
| Subject: | Re: Question for AG |

Rich,

b5

On Jun 18, 2016, at 10:21 AM, Quinn, Richard P. (DO) (FBI)

wrote:

b6
b7C

Hey Melanie,

b5

b5

b5

Rich

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity

(o)
(m)

b6
b7C

-------- Original message --------
From: "Newman, Melanie (OPA)" <Melanie.Newman@usdoj.gov<mailto:Melanie.Newman@usdoj.gov>>
Date: 06/18/2016 9:59 AM (GMT-05:00)
To: "Quinn, Richard P. (DO) (FBI)"

Cc: "Raimondi, Marc (OPA) (JMD)" <Marc.Raimondi@usdoj.gov<mailto:Marc.Raimondi@usdoj.gov>>
Subject: Re: Question for AG

b6
b7C

Rich -

b5

On Jun 18, 2016, at 9:30 AM, Quinn, Richard P. (DO) (FBI)

wrote:

b6
b7C

Copy.

b5

b5

b5

b5

In any event, you'll be hearing/seeing something shortly as they'vebeen working closely with USAO and I specifically requested USAO discuss with main DOJ.

Rich

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
☐ (o)                                                                           b6
  (m)                                                                           b7C
-------- Original message --------
From: "Newman, Melanie (OPA)"
<Melanie.Newman@usdoj.gov<mailto:Melanie.Newman@usdoj.gov><mailto:Melanie.Newman@usdoj.gov>>
Date: 06/18/2016 9:08 AM (GMT-05:00)                                             b6
To: "Quinn, Richard P. (DO) (FBI)"                                              b7C

Subject: Re: Question for AG

Thank you!

On Jun 18, 2016, at 8:46 AM, Quinn, Richard P. (DO) (FBI)                        b6
☐                                                                               b7C
☐                                     wrote:

Melanie,

b5

Rich

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
☐ (o)                                                                           b6
  (m)                                                                           b7C

2

-------- Original message --------
From: "Quinn, Richard P. (DO) (FBI)"

Date: 06/17/2016 5:12 PM (GMT-05:00)                                              b6
To: "Newman, Melanie (OPA) (JMD)"                                                b7C
<Melanie.Newman@usdoj.gov<mailto:Melanie.Newman@usdoj.gov><mailto:Melanie.Newman@usdoj.gov><m
ailto:Melanie.Newman@usdoj.gov>>
Subject: RE: Question for AG

                                                                                 b5

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
            (o)                                                                  b6
            (m)                                                                  b7C

-------- Original message --------
From: "Newman, Melanie (OPA)"
<Melanie.Newman@usdoj.gov<mailto:Melanie.Newman@usdoj.gov><mailto:Melanie.Newman@usdoj.gov><m
ailto:Melanie.Newman@usdoj.gov>>
Date: 06/17/2016 5:00 PM (GMT-05:00)
To: "Quinn, Richard P. (DO) (FBI)"

                                                                                 b6
                                                                                 b7C
Subject: Question for AG

                                                                                 b5

3

| | | |
|---|---|---|
| | (RMD) (FBI) | b6 b7C |

| | | |
|---|---|---|
| **From:** | (WF) (FBI) | |
| **Sent:** | Saturday, June 18, 2016 11:41 AM | b6 |
| **To:** | Quinn, Richard P. (DO) (FBI) (DO) (FBI) | b7C |
| **Cc:** | (TP) (FBI) | |
| **Subject:** | Re: | |
| **Attachments:** | FBI Draft (6) Press Release for Saturday 6.18.docx | |

10-4. We've been working on the draft all morning and know the more we delay providing it to the USAO, the longer all other approvals take today.

b5
b6
b7C

I've attached the most recent version.

Public Affairs Specialist
FBI Washington Field Office
Media Line: 202-278-3519

b6
b7C

---

**From:** Quinn, Richard P. (DO) (FBI)
**Sent:** Saturday, June 18, 2016 10:26 AM
**To** (WF) (FBI); (DO) (FBI)
**Subject:**

b6
b7C

b5

I asked them not to foreclose in the idea until they've seen the draft, at which point we can make a decision.

If TP really wants it out today, would light a fire under USAO and have them get with main DOJ with the draft.

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
o)
m)

b6
b7C

**[RMD) (FBI)**

b6
b7C

| | |
|---|---|
| **From:** | (DO) (FBI) |
| **Sent:** | Saturday, June 18, 2016 12:49 PM |
| **To:** | Quinn, Richard P. (DO) (FBI) (DO) (FBI) (WF) (FBI); (LA) (FBI) (NY) (FBI); (TP) (FBI); (TP) (FBI) |
| **Cc:** | (DO) (FBI) |
| **Subject:** | Draft Orlando timeline press release |
| **Attachments:** | FBI Draft (7) Press Release for Saturday 6.18.docx |

b6
b7C

Latest draft after checking some more time stamps and making a few tweaks.

_____ **(RMD) (FBI)**                                     b6
                                                                                 b7C

**From:**          Hopper, Ronald  (TP) (FBI)
**Sent:**          Saturday, June 18, 2016 1:41 PM
**To:**            Quinn, Richard P. (DO) (FBI)
**Subject:**       Fwd: Final draft release
**Attachments:**   FBI Draft (7) Press Release for Saturday 6.18.docx

--

-------- Original message --------
From: |_____|(WF) (FBI)" |_____|
Date: 06/18/2016 1:01 PM (GMT-05:00)
To: "Hopper, Ronald (TP) (FBI)" |_____|        b6
Cc: |_____|(TP) (FBI)" |_____| (USAFLM)"     b7C
|_____(DO) (FBI)|_____|
(NY) (FBI)"                              |LA) (FBI)" <|_____|
|_____|(TP) (FBI)" <|_____|
Subject: Final draft release

Ron,
|                                                                   |  b5
|_____|  b6
I'm copying |_____| from the USAO for his pass to USA Bentley.   b7C
As soon as we have confirmation that USAO Middle District has obtained approval from DOJ we will pass back
to executive management at Headquarters for final approval to release.
Thank you,
|_____|

|_____|                                                        b6
Public Affairs Specialist                                             b7C
FBI Washington Field Office
Call:|_____|
|_____|

**(RMD) (FBI)**                                                                 b6
                                                                               b7C

| | |
|---|---|
| **From:** | Raimondi, Marc (OPA) (JMD) |
| **Sent:** | Saturday, June 18, 2016 2:26 PM |
| **To:** | Quinn, Richard P. (DO) (FBI); Newman, Melanie (OPA) (JMD); Lewis, Kevin S. (OPA) (JMD) |
| **Subject:** | Fwd: AG talkers |

Melanie/Rich, I took a shot at the draft talking points for the AG on this matter below.  The entire approved release is below for context.  Please let me know your thoughts

b5

Begin forwarded message:

From: "Raimondi, Marc (OPA)" <mraimondi@jmd.usdoj.gov<mailto:mraimondi@jmd.usdoj.gov>>
Date: June 18, 2016 at 2:08:32 PM EDT
To: "Raimondi, Marc (OPA)" <mraimondi@jmd.usdoj.gov<mailto:mraimondi@jmd.usdoj.gov>>
Subject: AG talkers

b5

b5

1

b6
b7C

**(RMD) (FBI)**

| | |
|---|---|
| **From:** | Newman, Melanie (OPA) (JMD) |
| **Sent:** | Saturday, June 18, 2016 2:36 PM |
| **To:** | Raimondi, Marc (OPA) (JMD) |
| **Cc:** | Quinn, Richard P. (DO) (FBI); Lewis, Kevin S. (OPA) (JMD) |
| **Subject:** | Re: AG talkers |

I've also made some edits to make
this more concise. Rich, let us know what you think of this.

b5

b5

On Jun 18, 2016, at 2:25 PM, Raimondi, Marc (OPA)
<mraimondi@jmd.usdoj.gov<mailto:mraimondi@jmd.usdoj.gov>> wrote:

b5

[blank] **(RMD) (FBI)**                                                                                b6
                                                                                                       b7C

| | |
|---|---|
| **From:** | [blank] (WF) (FBI) |
| **Sent:** | Saturday, June 18, 2016 2:42 PM |
| **To:** | Quinn, Richard P. (DO) (FBI)[blank] (DO) (FBI); Kortan, Michael P. (DO) (FBI) |
| **Subject:** | RE: AG talkers |

b6
b7C

Thanks Rich.
I am departing Orlando today but would like to share this with [blank] for visability.      b6
                                                                                                 b7C

--

-------- Original message --------
From: "Quinn, Richard P. (DO) (FBI)" [blank]
Date: 06/18/2016 2:39 PM (GMT-05:00)                                                      b6
To: [blank] (DO) (FBI)" [blank] (WF) (FBI)"                                               b7C
[blank]  "Kortan, Michael P. (DO) (FBI)" [blank]
Subject: Fwd: AG talkers

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
[blank] (o)                                                                               b6
[blank] (m)                                                                               b7C

-------- Original message --------
From: "Newman, Melanie (OPA)" <Melanie.Newman@usdoj.gov>
Date: 06/18/2016 2:35 PM (GMT-05:00)                                                      b6
To: "Raimondi, Marc (OPA) (JMD)" <Marc.Raimondi@usdoj.gov>                               b7C
Cc: "Quinn, Richard P. (DO) (FBI)" [blank] , "Lewis, Kevin S. (OPA) (JMD)"
<Kevin.S.Lewis@usdoj.gov>
Subject: Re: AG talkers

[blank] I've also made some edits to make this more concise. Rich, let us know what     b5
you think of this.

[blank box]                                                                               b5

[blank box]                                                                               b5

_____ **(RMD) (FBI)**_____                                                         b6
                                                                                                          b7C

| | |
|---|---|
| **From:** | Steinbach, Michael B. (DO) (FBI) |
| **Sent:** | Saturday, June 18, 2016 3:23 PM |
| **To:** | Quinn, Richard P. (DO) (FBI); Ghattas, Carl  (CTD) (FBI) |
| **Cc:** | Kortan, Michael P. (DO) (FBI) |
| **Subject:** | RE: Statement |

Copy. ThanKS for the heads up

--

-------- Original message --------
From: "Quinn, Richard P. (DO) (FBI)"
Date: 06/18/2016 3:08 PM (GMT-05:00)                                                                       b6
To: "Ghattas, Carl (CTD) (FBI)"                      "Steinbach, Michael B. (DO) (FBI)"                    b7C

Cc: "Kortan, Michael P. (DO) (FBI)"
Subject: RE: Statement

So the DOJ folks have a copy they will most likely share with AG later tonight, and I'm sure Mike K will
socialize with D.

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
                       o)                                                                                 b6
                       m)                                                                                 b7C

-------- Original message --------
From: "Ghattas, Carl (CTD) (FBI)"
Date: 06/18/2016 2:56 PM (GMT-05:00)
To: "Quinn, Richard P. (DO) (FBI)"                   "Steinbach, Michael B. (DO) (FBI)"                    b6
                                                                                                          b7C
Cc: "Kortan, Michael P. (DO) (FBI)"                                           (CTD) (FBI)"
                                    (CTD) (FBI)"
Subject: RE: Statement

Rich,

Are both D and AG being provided copies today?

Carl

--

1

-------- Original message --------
From: "Quinn, Richard P. (DO) (FBI)" <

Date: 06/18/2016 2:15 PM (GMT-05:00)
To: "Steinbach, Michael B. (DO) (FBI)" <

Cc: "Kortan, Michael P. (DO) (FBI)" <

Subject: Statement

'Ghattas, Carl (CTD) (FBI)"       b6
                                  b7C

(CTD) (FBI)"

(CTD) (FBI)" <

Mike/Carl,

b5

b5

b5

b5

The revised draft (attached) is now two pages, and the USAO and main DOJ are on board.  I wanted to run by you as well as the AG is likely to make mention of it during her appearances tomorrow.

Thanks,

Rich

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
                  (o)                                     b6
                  (m)                                     b7C

☐ **(RMD) (FBI)**                                                                          b6
                                                                                          b7C

**From:** ☐ TP) (FBI)
**Sent:** Saturday, June 18, 2016 3:51 PM
**To:** Quinn, Richard P. (DO) (FBI); ☐ (WF) (FBI) ☐ (DO) (FBI);   b6
☐ (LA) (FBI)                                                                              b7C
**Subject:** RE: Counterterrorism Overnight News Articles for 18 June 2016

Will make those changes now

--

-------- Original message --------
From: "Quinn, Richard P. (DO) (FBI)" ☐
Date: 06/18/2016 3:37 PM (GMT-05:00)
To: ☐ (WF) (FBI)" ☐ (DO) (FBI)"   b6
☐ (TP) (FBI)" ☐ (LA) (FBI)"   b7C
☐
Subject: RE: Counterterrorism Overnight News Articles for 18 June 2016

☐                                                                                          b5

☐                                                                                          b5

Will explain later.

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
☐ (o)                                                                                     b6
☐ (m)                                                                                     b7C

-------- Original message --------
From: " ☐ (WF) (FBI)" ☐
Date: 06/18/2016 3:22 PM (GMT-05:00)                                                      b6
To: "Quinn, Richard P. (DO) (FBI)" ☐ DO) (FBI)"   b7C
☐ (TP) (FBI)" ☐ (LA) (FBI)"
☐
Subject: Fwd: Counterterrorism Overnight News Articles for 18 June 2016
                                                                                          b6
Rich and ☐                                                                                b7C

☐                                                                                          b5

1

b5

b6
b7C

--

-------- Original message --------
From: [        ](TP) (FBI)" [        ]
Date: 06/18/2016 3:10 PM (GMT-05:00)
To: [        ](WF) (FBI)"
Subject: Fwd: Counterterrorism Overnight News Articles for 18 June 2016

b6
b7C

b5

#### Orlando killer had no links to IS: CIA chief [DAWN]
- CIA chief John Brennan has told the Senate intelligence committee that his agency found no evidence of a connection between Omar Mateen and the militant Islamic State (IS) group. Mr Brennan told the lawmakers that four days of investigation by the CIA and other US intelligence agencies concluded that Mateen was a "lone wolf." The FBI also has determined that Mateen was not directed by or in contact with IS before the Orlando attack. In Facebook posts from inside the club and a 911 call during the attack, Mateen reportedly declared his allegiance to the group. But investigators are now focusing more on his apparently complicated relationship with his sexuality.

--

-------- Original message --------
From: [        ](MM) (FBI)"
Date: 06/18/2016 3:03 PM (GMT-05:00)
To:
Cc:
Subject: Counterterrorism Overnight News Articles for 18 June 2016

b6
b7C

b7E

To

b7E

**The following list of overnight counterterrorsim related news articles are intended for information only, and not as official FBI opinion:**

NATIONAL

2

1. Pa. man charged with terrorism for Orlando-scale threats, cops say **[Lehigh Valley Live]**
   - John Robert Large, 51, of Lansford in Carbon County, made the threat in a call to Pennsylvania State Police on Monday, the day after 49 people were shot to death in Florida, according to the U.S. Marshals Service. He allegedly made threats in the call to police "as well as making a statement that he had something planned for months that would make the recent Orlando shooting look small," a news release from the marshals service states.
   - Large was brought before a judge Wednesday in Vermont's Orange County and ordered held in lieu of $250,000 bail at the Southern State Correctional Facility in Springfield, Vermont. He faces a status conference scheduled July 13.
2. Microsoft-Funded Professor Builds Software to Fight Terrorism **[Bloomberg]**
   - Dartmouth College computer science professor Hany Farid -- using funding from Microsoft Corp. -- has developed technology to help scrub extremist content from the internet. Working with the nonprofit think tank Counter Extremism Project, Farid built software capable of identifying and tracking photo, video and audio files, even if they've been altered. The software, unveiled Friday, would allow websites such as Facebook Inc. to automatically catch flagged content and remove it or prevent it from being uploaded. On a call to discuss the technology, Farid, who is also a senior advisor to the CEP, said his software would allow companies to automatically remove posts that violate the sites' terms of use. He also said deleting the content is not a freedom of speech issue because the companies have the right to dictate what's suitable.
   - Companies that opt to use the technology will have access to the database and can add their own entries, subject to review, Farid said. The software will then flag any existing content and block attempts to upload files with digital signatures from the database.

INTERNATIONAL

1. Iraqi forces seize most of Fallujah from ISIS **[Fox News]**
   - Defense Secretary Ash Carter said it was "too early to tell" if Iraqi forces control all of the city. "There is still some fighting to be done." Carter said the U.S. military supported the Iraqi forces with advice and air support.
   - Fox News asked Carter about CIA Director John Brennan's testimony Thursday saying the terror capacity of ISIS had not been diminished despite some 13,000 airstrikes, bringing into question the strategy against the group. Carter said the strategy against ISIS had "three parts to it" and defeating ISIS in Iraq and Syria was "necessary but not sufficient."
2. Man charged in France over plan to attack tourists **[Middle East Eye]**
   - A man suspected of planning to attack American, English and Russian tourists in France is criminally charged late Friday and placed in detention, a judicial source said. The unidentified 22-year-old, who is reportedly a convert to a hardline interpretation of Islam, was arrested in the southern French city of Carcassonne on Monday, and was charged with association with a terrorist group, according to the source.
   - The man "confessed to investigators that he wanted to attack American, English and Russian tourists, before launching an attack on security forces – police and military," the French paper reported. The suspect is said to be from Lunel, a town from which 20 people have travelled to Syria and Iraq to join militant groups, the Telegraph reported.
3. Windsor's Mohamed El Shaer arrested on terrorism peace bond **[CBC Canada]**
   - High-risk traveller Mohamed El Shaer of Windsor, Ont., has been arrested by the RCMP, becoming one of the few Canadians to be picked up on a terrorism peace bond. Just days after serving several months in jail for committing passport fraud, El Shaer was quickly arrested because Mounties suspected he would leave the country to join a terrorist group, police confirmed Friday.

- Police released El Shaer on a bond and will monitor him electronically. He is required to stay in Windsor, must not have a passport and cannot go close to the airport.

4. Orlando killer had no links to IS: CIA chief **[DAWN]**

- CIA chief John Brennan has told the Senate intelligence committee that his agency found no evidence of a connection between Omar Mateen and the militant Islamic State (IS) group. Mr Brennan told the lawmakers that four days of investigation by the CIA and other US intelligence agencies concluded that Mateen was a "lone wolf." The FBI also has determined that Mateen was not directed by or in contact with IS before the Orlando attack. In Facebook posts from inside the club and a 911 call during the attack, Mateen reportedly declared his allegiance to the group. But investigators are now focusing more on his apparently complicated relationship with his sexuality.

5. Anti-terror official likely to be Indonesia's youngest top cop **[Nikkei - Asian Review]**

- President Joko Widodo's recent nomination of Tito Karnavian to lead the Indonesian police has drawn applause from many, with Karnavian's clean track record and long counterterrorism experience bringing hope for reforms amid the growing threat of global terrorism. "I believe he has the capacity, intelligence and also good competence ... as well as ability to build networks with other law enforcement officers," Widodo explained.
- Karnavian had led the National Police's anti-terrorism unit, Densus 88, and was the police chief in restive Papua Province prior to his appointment as chief of the Jakarta police -- when he again won praise for successfully tackling Islamic State-inspired local militants during their attack in central Jakarta this January.

6. Boko Haram kills 24 in northeastern Nigeria **[DAWN]**

- Twenty-four people were killed when Boko Haram fighters opened fire on mourners, a local community leader said Friday, in the second attack in northeast Nigeria this week after a relative lull. The attack happened at about 8:00 pm (local time) in Kuda village near the town of Gulak, in Adamawa state, according to Maina Ularamu, a former local government chairman in nearby Madagali.
- "They came on motorcycles and opened fire on the crowd, killing 24. Most of the victims were women. They looted food supplies and burnt homes and they left almost an hour later," he told AFP. Boko Haram was driven out of the state by a military counter-offensive from January 2015 and since there has been a relative calm despite sporadic attacks.

7. Second black box recovered from EgyptAir crash site **[DAWN]**

- Search teams on Friday recovered the second flight recorder of an EgyptAir plane from the bottom of the Mediterranean that could prove vital in establishing the cause of the crash. Egyptian investigators said search teams managed to recover the Airbus A320's flight data recorder -- which gathers information among other things about the speed, altitude and direction of the plane -- a day after they retrieved its cockpit voice recorder. It was not immediately clear how much of its data would be usable, but Cairo's civil aviation authority said on Thursday that salvage experts had managed to retrieve the voice recorder's crucial memory unit despite extensive damage to the black box.

8. Qods Force general vows to fight in Iraq and Syria until the last jihadist is killed **[Long War Journal]**

- A senior advisor to the commander of the Islamic Revolutionary Guards Corps – Qods Force vowed that Iranian forces would continue to fight in Iraq and Syria until the last Islamic State and "takfiri" fighters are killed. The statement, which was made by Brigadier General Iraj Masjedi, signals the entrenchment of Iranian military assets in Iraq and Syria and the two countries continue to be mired in civil wars. Masjedi serves as a senior advisor to Qods Force commander Qassem Soleimani, who has directed Iran's intervention in Iraq and Syria and has organized Shia militias to battle the Islamic State, Al Nusrah Front (al Qaeda's official branch in Syria), and other jihadist and rebel groups.

- The "Islamic resistance front" has "completely surrounded" Islamic State forces in Fallujah, according to Masjedi. Iraqi forces are said to have seized Fallujah's government center today. The government has claimed that the Shia militas will not participate in the battle for Fallujah, however Popular Mobilization Forces units have been spotted in numerous locations around Fallujah.

9. Islamic State-Linked Filipino Jihadists Threaten to Decapitate 2 Hostages After Beheading Canadians [Breitbart]
   - Abu Sayyaf's threat follows the savage decapitation of the two other hostages — Canadians John Ridsdel (April 25) and Robert Hall (June 13) — after their government refused to meet ransom demands, reports the *Philippine Daily Inquirer*. The Abu Sayyaf group (ASG) is demanding 600 million Philippine pesos (about $13 million) in ransom for Sekkingstad and Flor, who remain in the clutches of the terrorist group.

10. Austria arrests three asylum-seekers [DAWN]
    - Austrian police have arrested three asylum-seekers who allegedly fought with or helped rebel groups in Syria and Iraq that are classed by Vienna as "terrorist" organisations, officials said on Friday. There were no indications that the two Iraqis and one Syrian, arrested in refugee centres in the western state of Tyrol, were planning attacks in Europe, police said. The 27-year-old Syrian is believed to have fought for Al Qaeda's Syrian affiliate, Al-Nusra Front, and killed 20 members of government forces, including prisoners, local official Peter Oehm said.

11. AQIM sends proof-of-life video of Swiss hostage [The Local (Switzerland)]
    - The video – which runs for two minutes and 50 seconds and was posted on social media sites Twitter and Telegram as well as YouTube – shows a veiled woman who appears to be Western. Speaking in French, in a barely audible voice, she says she is Stockly. Both facing the camera, and in profile, she gives the date as May 17, 2016, and says she has been in the hands of Al-Qaeda in the Islamic Maghreb (AQIM) for 130 days.
    - In late January, AQIM claimed responsibility for Stockly's kidnapping, which it said took place on January 7th. The group said it would free her in exchange for freeing a number of AQIM fighters jailed in Mali and one of their leaders held in The Hague.

12. 194 Held in Bangladesh Mass Arrests May Have Militant Ties, Police Say [New York Times]
    - The Bangladeshi police on Friday ended a week of mass arrests in response to the three-year campaign of killings by Islamist militants, saying that among the more than 11,000 people detained in the sweeps, 194 were believed to be linked to militant networks.
    - The police say that 151 of the 194 they arrested and consider militants are associated with a single group, Jama'atul Mujahedeen Bangladesh. All of them figure on a police list of 800 important suspected militants, and 20 are considered "very significant arrests," said Monirul Islam, director of counterterrorism for the Dhaka Metropolitan Police.

Thanks,

FBI Miami Division
Intelligence Branch

(desk)
(cell)

b6
b7C
b7E

**(RMD) (FBI)**

b6
b7C

| | |
|---|---|
| **From:** | Kortan, Michael P. (DO) (FBI) |
| **Sent:** | Saturday, June 18, 2016 11:35 PM |
| **To:** | Quinn, Richard P. (DO) (FBI) |
| **Subject:** | RE: Latest Draft |

Thanks. Looks good. May tinker slightly for style. Let's talk tomorrow. M

--

-------- Original message --------
From: "Quinn, Richard P. (DO) (FBI)"
Date: 06/18/2016 10:56 PM (GMT-05:00)
To: "Kortan, Michael P. (DO) (FBI)"
Subject: Latest Draft

b6
b7C

Mike,

Made the changes we discussed.

b5

b5

Feel free to review and let me know if this works..

b5

Rich

Richard P. Quinn
Section Chief
Media/Investigative Publicity
Federal Bureau of Investigation
(office)
(mobile)

b6
b7C

1

**(RMD) (FBI)**

b6
b7C

| | |
|---|---|
| **From:** | Ghattas, Carl  (CTD) (FBI) |
| **Sent:** | Sunday, June 19, 2016 7:50 AM |
| **To:** | Quinn, Richard P. (DO) (FBI); Mendenhall, Bradley G. (CTD) (FBI) |
| **Cc:** | (DO) (FBI) |
| **Subject:** | RE: Text Messages |

b6
b7C

b5

--

-------- Original message --------
From: "Quinn, Richard P. (DO) (FBI)"
Date: 06/19/2016 7:47 AM (GMT-05:00)
To: "Ghattas, Carl (CTD) (FBI)"                              "Mendenhall, Bradley G. (CTD) (FBI)"

Cc:                          (DO) (FBI)"
Subject: RE: Text Messages

b6
b7C

b5

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
                    (o)
                    (m)

b6
b7C

-------- Original message --------
From: "Ghattas, Carl (CTD) (FBI)"
Date: 06/19/2016 7:18 AM (GMT-05:00)
To: "Quinn, Richard P. (DO) (FBI)"                              "Mendenhall, Bradley G. (CTD) (FBI)"

Cc:                    (DO) (FBI)"
Subject: RE: Text Messages

b6
b7C

b5

--

-------- Original message --------
From: "Quinn, Richard P. (DO) (FBI)"
Date: 06/19/2016 7:15 AM (GMT-05:00)
To: "Ghattas, Carl (CTD) (FBI)"                    "Mendenhall, Bradley G. (CTD) (FBI)"

b6
b7C

Cc:                    (DO) (FBI)"
Subject: RE: Text Messages

Carl,

b5

Rich

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
                    (o)
                    (m)

b6
b7C

-------- Original message --------
From: "Ghattas, Carl (CTD) (FBI)"
Date: 06/19/2016 6:42 AM (GMT-05:00)
To: "Mendenhall, Bradley G. (CTD) (FBI)"                    "Quinn, Richard P. (DO)
(FBI)"
Subject: Text Messages

b6
b7C

Gentlemen,

b5

Thanks,
Carl

--

**(RMD) (FBI)**

b6
b7C

| | |
|---|---|
| **From:** | Raimondi, Marc (OPA) (JMD) |
| **Sent:** | Sunday, June 19, 2016 8:46 AM |
| **To:** | Quinn, Richard P. (DO) (FBI) |
| **Subject:** | Fwd: AG previewed tomorrow's release on morning shows today |

For your situational awareness. Nothing new.

Marc Raimondi
National Security Division
U.S. Department of Justice

b6

Sent from a mobile device. Please excuse typos, abbr's and misspellings.

Begin forwarded message:

From: "Newman, Melanie (OPA)" <mnewman@jmd.usdoj.gov<mailto:mnewman@jmd.usdoj.gov>>
Date: June 19, 2016 at 08:40:38 EDT
To: "Raimondi, Marc (OPA)" <mraimondi@jmd.usdoj.gov<mailto:mraimondi@jmd.usdoj.gov>>
Cc: "Bentley, Lee (USAFLM)"

b6
b7C

(USAFLM)"

(OAG)" (OAG)"

Subject: Re: AG previewed tomorrow's release on morning shows today

b5

On Jun 19, 2016, at 8:36 AM, Raimondi, Marc (OPA)
<mraimondi@jmd.usdoj.gov<mailto:mraimondi@jmd.usdoj.gov>> wrote:

Lee, we wanted to let you know that the AG this morning previewed some of what you approved
the FBI to release tomorrow regarding the transcript and timeline.

She is doing all five networks and major cable morning shows. You are encouraged to watch.
Happy to discuss further if you'd like.

Marc Raimondi
DOJ Public Affairs
U.S. Department of Justice

b6

Sent from a mobile device. Please excuse typos, abbr's and mispellings.

**(RMD) (FBI)**                                                          b6
                                                                         b7C

| | |
|---|---|
| **From:** | Kortan, Michael P. (DO) (FBI) |
| **Sent:** | Sunday, June 19, 2016 1:11 PM |
| **To:** | Quinn, Richard P. (DO) (FBI) |
| **Subject:** | RE: Latest Draft |

Can add back your, or some, explanation why we edited, like you had before?   Tx


--


-------- Original message --------                                       b6
From: "Quinn, Richard P. (DO) (FBI)"                                     b7C
Date: 06/19/2016 12:48 PM (GMT-05:00)
To: "Kortan, Michael P. (DO) (FBI)"                          (DO) (FBI)"
Subject: Latest Draft

Mike,

  As discussed, the most recent draft.  It made the changes we discussed, and took out a few more items.

                                                                         b5
                                                                         b6
                                                                         b7C

Thanks,

Rich

Richard P. Quinn
Section Chief
Media/Investigative Publicity
Federal Bureau of Investigation
                        (office)                                         b6
                        (mobile)                                         b7C

1

[REDACTED] **(RMD) (FBI)**

b6
b7C

**From:** [REDACTED] (DO) (FBI)
**Sent:** Sunday, June 19, 2016 1:38 PM
**To:** Quinn, Richard P. (DO) (FBI); Kortan, Michael P. (DO) (FBI)
**Subject:** RE: Latest Draft

Sure thing

[REDACTED]
Unit Chief
National Press Office
Federal Bureau of Investigation
[REDACTED] desk)
[REDACTED] cell)

b6
b7C

-------- Original message --------
From: "Quinn, Richard P. (DO) (FBI)" [REDACTED]
Date: 06/19/2016 12:48 PM (GMT-05:00)
To: "Kortan, Michael P. (DO) (FBI)" [REDACTED] (DO) (FBI)" [REDACTED]
Subject: Latest Draft

b6
b7C

Mike,

As discussed, the most recent draft. It made the changes we discussed, and took out a few more items.

[REDACTED]

b5
b6
b7C

Thanks,

Rich

Richard P. Quinn
Section Chief
Media/Investigative Publicity
Federal Bureau of Investigation
[REDACTED] office)
[REDACTED] mobile)

b6
b7C

[_____] **(RMD) (FBI)**                                                      b6
_____              b7C

**From:**           [_____] (DO) (FBI)
**Sent:**           Sunday, June 19, 2016 1:44 PM
**To:**             Quinn, Richard P. (DO) (FBI); Kortan, Michael P. (DO) (FBI)
**Subject:**        RE: Latest Draft

Got it.

[_____]
Unit Chief
National Press Office                                                          b6
Federal Bureau of Investigation                                               b7C
[_____] (desk)
[_____] (cell)

-------- Original message --------
From: "Quinn, Richard P. (DO) (FBI)" <[_____]
Date: 06/19/2016 1:39 PM (GMT-05:00)                                           b6
To: [_____] (DO) (FBI)" <[_____]  "Kortan, Michael P. (DO) (FBI)" <[_____]    b7C
Subject: RE: Latest Draft

Just sent latest...

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity                                                  b6
[_____] (o)                                                                b7C
[_____] (m)

-------- Original message --------
From: [_____] (DO) (FBI)" <[_____]
Date: 06/19/2016 1:38 PM (GMT-05:00)                                           b6
To: "Quinn, Richard P. (DO) (FBI)" <[_____]  "Kortan, Michael P. (DO) (FBI)" <[_____]   b7C
Subject: RE: Latest Draft

Sure thing

[_____]
Unit Chief
National Press Office                                                          b6
Federal Bureau of Investigation                                               b7C
[_____] (desk)
[_____] (cell)

-------- Original message --------
From: "Quinn, Richard P. (DO) (FBI)" <[_____]
Date: 06/19/2016 12:48 PM (GMT-05:00)                                          b6
To: "Kortan, Michael P. (DO) (FBI)" <[_____] (DO) (FBI)" <[_____]        b7C
Subject: Latest Draft

Mike,

As discussed, the most recent draft. It made the changes we discussed, and took out a few more items.

1

b5
b6
b7C

Thanks,

Rich

Richard P. Quinn
Section Chief
Media/Investigative Publicity
Federal Bureau of Investigation
(office)
(mobile)

b6
b7C

_____ (RMD) (FBI)                                              b6
                                                                              b7C

**From:**        Kortan, Michael P. (DO) (FBI)
**Sent:**        Sunday, June 19, 2016 1:50 PM
**To:**          _____ (DO) (FBI); Quinn, Richard P. (DO) (FBI)    b6
**Subject:**     RE: Latest Draft                                             b7C

Thanks

--

-------- Original message --------
From: _____ (DO) (FBI)" _____
Date: 06/19/2016 1:44 PM (GMT-05:00)                                          b6
To: "Quinn, Richard P. (DO) (FBI)" _____ "Kortan, Michael P. (DO) (FBI)" _____   b7C
Subject: RE: Latest Draft

Got it.

_____
Unit Chief                                                                    b6
National Press Office                                                         b7C
Federal Bureau of Investigation
_____ (desk)
_____ (cell)

-------- Original message --------
From: "Quinn, Richard P. (DO) (FBI)" _____
Date: 06/19/2016 1:39 PM (GMT-05:00)                                          b6
To: _____ DO) (FBI)" _____ "Kortan, Michael P. (DO) (FBI)" _____   b7C
Subject: RE: Latest Draft

Just sent latest...

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity                                                 b6
_____ o)                                                               b7C
_____ m)

-------- Original message --------
From: _____ (DO) (FBI)" _____
Date: 06/19/2016 1:38 PM (GMT-05:00)                                          b6
To: "Quinn, Richard P. (DO) (FBI)" _____ "Kortan, Michael P. (DO) (FBI)" _____   b7C
Subject: RE: Latest Draft

Sure thing

_____
Unit Chief                                                                    b6
National Press Office                                                         b7C
Federal Bureau of Investigation
_____ (desk)

1

⬚ (cell)                                                                b6
                                                                       b7C

-------- Original message --------
From: "Quinn, Richard P. (DO) (FBI)" ⬚                                  b6
Date: 06/19/2016 12:48 PM (GMT-05:00)                                  b7C
To: "Kortan, Michael P. (DO) (FBI)" ⬚            (DO) (FBI)" ⬚
Subject: Latest Draft

Mike,

   As discussed, the most recent draft.  It made the changes we discussed, and took out a few more items.

⬚

⬚                                                                      b5
                                                                       b6
                                                                       b7C

Thanks,

Rich

Richard P. Quinn
Section Chief
Media/Investigative Publicity
Federal Bureau of Investigation
⬚        (office)                                                       b6
         (mobile)                                                      b7C
⬚

| | |
|---|---|
| ☐ (RMD) (FBI) | b6 b7C |

| | |
|---|---|
| **From:** | ☐ (DO) (FBI) |
| **Sent:** | Sunday, June 19, 2016 3:21 PM |
| **To:** | Quinn, Richard P. (DO) (FBI); Kortan, Michael P. (DO) (FBI) |
| **Subject:** | Fwd: Latest Draft |
| **Attachments:** | ☐ edits_FBI Draft (9) Press Release for Saturday 6.18 (1).docx |

b6
b7C

☐
Unit Chief
National Press Office
Federal Bureau of Investigation
☐ desk)
☐ cell)

b6
b7C

-------- Original message --------
From: ☐ (DO) (FBI)" ☐
Date: 06/19/2016 3:19 PM (GMT-05:00)
To: ☐ (DO) (FBI)" ☐ (DO) (FBI)" ☐
Subject: Re: Latest Draft

b6
b7C

See attached for my suggested track changes/comments. A lot it is for web style, but there are some substantive things in there as well. For example ☐

b5

☐
Office of Public Affairs
FBI.gov and Internet Operations Unit
☐

b6
b7C

**From** ☐ (DO) (FBI)
**Sent:** Sunday, June 19, 2016 1:37 PM
**To:** ☐ DO) (FBI); ☐ (DO) (FBI)
**Subject:** Fwd: Latest Draft

b6
b7C

☐ any chance you can take a look at the attached?

b6
b7C

☐
Unit Chief
National Press Office
Federal Bureau of Investigation
☐ desk)
☐ cell)

b6
b7C

-------- Original message --------
From: "Quinn, Richard P. (DO) (FBI)" ☐
Date: 06/19/2016 1:20 PM (GMT-05:00)
To: "Kortan, Michael P. (DO) (FBI)" ☐
Cc: ☐ (DO) (FBI)" ☐
Subject: Re: Latest Draft

b6
b7C

1

Back in...

Richard P. Quinn
Section Chief
Media/Investigative Publicity
Federal Bureau of Investigation
                    (office)                                                    b6
                    (mobile)                                                    b7C

**From:** Kortan, Michael P. (DO) (FBI)
**Sent:** Sunday, June 19, 2016 1:11 PM
**To:** Quinn, Richard P. (DO) (FBI)
**Subject:** RE: Latest Draft

Can add back your, or some, explanation why we edited, like you had before?   Tx


~~

-------- Original message --------
From: "Quinn, Richard P. (DO) (FBI)"                                           b6
Date: 06/19/2016 12:48 PM (GMT-05:00)                                          b7C
To: "Kortan, Michael P. (DO) (FBI)"                         (DO) (FBI)"
Subject: Latest Draft

Mike,

   As discussed, the most recent draft.  It made the changes we discussed, and took out a few more items.


                                                                               b5
                                                                               b6
                                                                               b7C


Thanks,

Rich

Richard P. Quinn
Section Chief
Media/Investigative Publicity
Federal Bureau of Investigation
                    (office)                                                   b6
                    (mobile)                                                   b7C

###

```
                    (RMD) (FBI)                                          b6
                                                                         b7C
```

**From:**        Kortan, Michael P. (DO) (FBI)
**Sent:**        Sunday, June 19, 2016 6:17 PM
**To:**          Quinn, Richard P. (DO) (FBI)
**Subject:**     RE: Latest Draft

Looks great, actually.   Maybe just drop the "FBI's" investigation, so we don't have the
double FBI in the first sentence.  Like it.  tx. M

_____
From: Quinn, Richard P. (DO) (FBI)
Sent: Sunday, June 19, 2016 5:55 PM
To: Kortan, Michael P. (DO) (FBI)
Subject: Re: Latest Draft

Mike,


You'll probably kill me, but I restructured the press statement/release to a format that is
more concise, less distracting, and more in line with a timeline/sequence.  I've got no pride
of ownership so if you think the last draft is better, let me know and we can go with it.


Rich


Richard P. Quinn
Section Chief
Media/Investigative Publicity
Federal Bureau of Investigation
[                ](office)                                                b6
[                ](mobile)                                                b7C
[                ]

_____
From: Kortan, Michael P. (DO) (FBI)
Sent: Sunday, June 19, 2016 1:50 PM
To:[            ](DO) (FBI); Quinn, Richard P. (DO) (FBI)                  b6
Subject: RE: Latest Draft                                                 b7C

Thanks


--


-------- Original message --------
From: [            ](DO) (FBI)"[            ]                              b6
Date: 06/19/2016 1:44 PM (GMT-05:00)                                      b7C
To: "Quinn, Richard P. (DO) (FBI)"[                ]"Kortan, Michael P. (DO)
(FBI)"[            ]
Subject: RE: Latest Draft

Got it.


                                 1

```
Unit Chief
National Press Office                                          b6
Federal Bureau of Investigation                               b7C
            (desk)
            (cell)
```

-------- Original message --------
From: "Quinn, Richard P. (DO) (FBI)"
Date: 06/19/2016 1:39 PM (GMT-05:00)                          b6
To:                    (DO) (FBI)"                  , "Kortan, Michael P. (DO) (FBI)"   b7C

Subject: RE: Latest Draft

Just sent latest...

```
Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity                                 b6
            (o)                                               b7C
            (m)
```

-------- Original message --------
From:              (DO) (FBI)"
Date: 06/19/2016 1:38 PM (GMT-05:00)                          b6
To: "Quinn, Richard P. (DO) (FBI)"       "Kortan, Michael P. (DO)   b7C
(FBI)"
Subject: RE: Latest Draft

Sure thing

```
Unit Chief
National Press Office                                         b6
Federal Bureau of Investigation                              b7C
            (desk)
            (cell)
```

-------- Original message --------
From: "Quinn, Richard P. (DO) (FBI)"
Date: 06/19/2016 12:48 PM (GMT-05:00)                         b6
To: "Kortan, Michael P. (DO) (FBI)"                    (DO) (FBI)"   b7C
Subject: Latest Draft

Mike,

    As discussed, the most recent draft.  It made the changes we discussed, and took out a
few more items.

**b5**
**b6**
**b7C**

Thanks,

Rich


Richard P. Quinn
Section Chief
Media/Investigative Publicity
Federal Bureau of Investigation

(office)                                                                            **b6**
(mobile)                                                                           **b7C**

**(RMD) (FBI)**

b6
b7C

| | |
|---|---|
| **From:** | (DO) (FBI) |
| **Sent:** | Sunday, June 19, 2016 8:14 PM |
| **To:** | Quinn, Richard P. (DO) (FBI) |
| **Subject:** | RE: |

Excellent. The way you restructured makes sense.

Unit Chief
National Press Office
Federal Bureau of Investigation
(desk)
(cell)

b6
b7C

--------- Original message ---------
From: "Quinn, Richard P. (DO) (FBI)"
Date: 06/19/2016 7:47 PM (GMT-05:00)
To: (DO) (FBI)'
Subject:

b6
b7C

Are you good with this?

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
(o)
(m)

b6
b7C

1

**(RMD) (FBI)**                                                                                    b6
                                                                                                   b7C

**From:**         (LA) (FBI)
**Sent:**         Sunday, June 19, 2016 8:17 PM
**To:**           Quinn, Richard P. (DO) (FBI)
**Cc:**           (DO) (FBI)
**Subject:**      Latest Draft
**Attachments:**  InvestigativeUpdateOrlandoShooting.docx

Rich,

Attached is version of draft you sent to me today, formatted on FBI letterhead which I've created for Tampa. I
made a few edits re typos and some awkward or unclear sentences.                                    b5

Thanks.

FBI Press Relations                                                                                b6
Temporarily Assigned to FBI Orlando (Tampa Field Office)                                           b7C

Follow on Twitter:  @FBITampa

1

_____ (RMD) (FBI)

| | | | b6 |
|---|---|---|---|
| **From:** | _____ (LA) (FBI) | | b7C |
| **Sent:** | Sunday, June 19, 2016 8:43 PM | | |
| **To:** | Quinn, Richard P. (DO) (FBI) | | |
| **Cc:** | _____ (DO) (FBI) | | |
| **Subject:** | RE: Latest Draft | | |

OK will do. Thank you.

_____

FBI Press Relations
Los Angeles Field Office                                                    b6
                                                                           b7C
_____ (cell)


-------- Original message --------
From: "Quinn, Richard P. (DO) (FBI)" _____
Date: 06/19/2016 8:39 PM (GMT-05:00)                                        b6
To: _____ (LA) (FBI)" _____                                          b7C
Cc: _____ (DO) (FBI)" _____
Subject: RE: Latest Draft

Just so everyone is on the same page, this is the final version that should be lifted into the template.

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity                                              b6
_____ (o)                                                               b7C
_____ (m)


-------- Original message --------
From: "Quinn, Richard P. (DO) (FBI)" _____
Date: 06/19/2016 8:37 PM (GMT-05:00)                                        b6
To: "_____ (LA) (FBI)" _____                                         b7C
Cc: "_____ (DO) (FBI)" _____
Subject: RE: Latest Draft

Yep...the version I sent you (12a) is the final...you van tell because the structure is changed.

You can put it into the template and i'll make sure it's the right version.

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity                                              b6
_____ (o)                                                               b7C
_____ (m)

-------- Original message --------
From: [          ](LA) (FBI)"[                              ]                                      b6
Date: 06/19/2016 8:32 PM (GMT-05:00)                                                              b7C
To: "Quinn, Richard P. (DO) (FBI)"[                            ]
Cc: [                      ](DO) (FBI)[                        ]
Subject: RE: Latest Draft

OK, I cut and pasted what you sent to me this afternoon after we spoke so should be same. Or is this a
different version altogether?
I didn't write this release so I'm a little paranoid that all updates may not be incorporated.

[                ]

FBI Press Relations                                                                               b6
Los Angeles Field Office                                                                          b7C
[                    ](cell)

-------- Original message --------
From: "Quinn, Richard P. (DO) (FBI)"[                          ]                                  b6
Date: 06/19/2016 8:26 PM (GMT-05:00)                                                             b7C
To: [            ](LA) (FBI)"[                    ]
Cc: [                    ](DO) (FBI)"[                      ]
Subject: RE: Latest Draft

[          ]                                                                                      b6
                                                                                                 b7C

[                                                                                            ]    b5

Rich

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity                                                                     b6
[            ](o)                                                                                 b7C
[            ](m)

-------- Original message --------
From: [          ](LA) (FBI)"[                    ]                                               b6
Date: 06/19/2016 8:16 PM (GMT-05:00)                                                             b7C
To: "Quinn, Richard P. (DO) (FBI)"[                    ]

Cc: ☐ (DO) (FBI)" ☐                                                    b6
Subject: Latest Draft                                                  b7C

Rich,

Attached is version of draft you sent to me today, formatted on FBI letterhead which I've created for Tampa. I made a few edits re typos and some awkward or unclear sentences.

                                                                       b5

Thanks.


☐
FBI Press Relations                                                    b6
Temporarily Assigned to FBI Orlando (Tampa Field Office)               b7C
☐

Follow on Twitter:  @FBITampa

[ ] **(RMD) (FBI)**

b6
b7C

**From:** [ ] (LA) (FBI)
**Sent:** Sunday, June 19, 2016 11:07 PM
**To:** Quinn, Richard P. (DO) (FBI)
**Subject:** Re: RE:
**Attachments:** InvestigativeUpdateOrlandoShooting.docx; InvestigativeUpdateOrlandoShootingNoEdits.docx

First doc includes my edits.  Second, as is.
Thank you sir.

[ ]

b6
b7C

FBI Press Relations
Temporarily Assigned to FBI Orlando (Tampa Field Office)

[ ]

Follow on Twitter:  @FBITampa

**From:** Quinn, Richard P. (DO) (FBI)
**Sent:** Sunday, June 19, 2016 7:55 PM
**To:** [ ] (LA) (FBI)
**Subject:** RE:

b6
b7C

Sounds good...send one as drafted, then another as revised, and we'll decide on one to move forward with.

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
[ ] (o)
[ ] (m)

b6
b7C

-------- Original message --------
**From:** [ ] (LA) (FBI)'[ ]
**Date:** 06/19/2016 10:44 PM (GMT-05:00)
**To:** "Quinn, Richard P. (DO) (FBI)[ ] (DO) (FBI)"
[ ]
**Cc:** [ ] (TP) (FBI)" [ ] (DO) (FBI)"
[ ]
**Subject:** Re:

b6
b7C

Yes, at desk now.  Okay if I clean up a few things as I did in earlier draft?  Very minor?
I can send you a copy as is now, and then my preferred version.  You can decide.

[ ]

b6
b7C

FBI Press Relations
Temporarily Assigned to FBI Orlando (Tampa Field Office)

[ ]

Follow on Twitter:  @FBITampa

**From:** Quinn, Richard P. (DO) (FBI)
**Sent:** Sunday, June 19, 2016 7:10 PM
**To:** [                ] LA) (FBI); [                ] (DO) (FBI)                                                        b6
**Cc:** [                ] (TP) (FBI); [                ] (DO) (FBI)                                                        b7C
**Subject:**

Hey [                ]

When you'return able to place into the template, can you send me a copy?  Wanna be able to give Mike a bootleg that he can share with Director so he knows what's coming.

Thanks,

Rich

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
[                ] (o)                                                        b6
[                ] (m)                                                        b7C

2

_____ (RMD) (FBI)                                                    b6
                                                                                        b7C

From:            _____ (LA) (FBI)
Sent:            Monday, June 20, 2016 8.35 AM
To:              Quinn, Richard P. (DO) (FBI);_____ (DO) (FBI);_____ (TP) (FBI)   b6
Cc:              _____ (DO) (FBI)                                              b7C
Subject:         Re: RE:
Attachments:     HopperRemarks062016.docx


Thank you sir. I've attached proposed remarks for ASAC Hopper (he will likely use as a general guide, not read verbatim).
The Q&A document is a current work in progress as we'll be going over a lot of it with the ASAC and Chief in a briefing at 9am.
We will do best to send to you.


_____
FBI Press Relations                                                                     b6
Temporarily Assigned to FBI Orlando (Tampa Field Office)                                b7C
_____
Follow on Twitter:  @FBITampa


From: Quinn, Richard P. (DO) (FBI)
Sent: Monday, June 20, 2016 4:11 AM
To:_____ (LA) (FBI);_____ (DO) (FBI);_____ (TP) (FBI)            b6
Cc:_____ (DO) (FBI)                                                              b7C
Subject: Re: RE:

_____                                                                                 b6
                                                                                        b7C

_____                 b5


_____                 b5


Best of luck today,

Rich

Richard P. Quinn
Section Chief
Media/Investigative Publicity
Federal Bureau of Investigation
_____ (office)                                                                b6
_____ (mobile)                                                                b7C
_____


From:_____ (LA) (FBI)
Sent: Sunday, June 19, 2016 11:53 PM
To: Quinn, Richard P. (DO) (FBI)
Cc:_____ (DO) (FBI);_____ (DO) (FBI)                                   b6
Subject: Re: RE:                                                                        b7C

Thank you sir.

FBI Press Relations
Temporarily Assigned to FBI Orlando (Tampa Field Office)

Follow on Twitter:  @FBITampa

b6
b7C

---

**From:** Quinn, Richard P. (DO) (FBI)
**Sent:** Sunday, June 19, 2016 8:23 PM
**To** _____(LA) (FBI)
**Cc:** _____(DO) (FBI) _____(DO) (FBI)
**Subject:** RE: RE:

b6
b7C

Both look fine-some minor formatting issues but thoae are quick fixes.

b5

Thanks _____

b6
b7C

Rich

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
_____(o)
_____(m)

b6
b7C

-------- Original message --------
**From:** _____(LA) (FBI)" _____
**Date:** 06/19/2016 11:06 PM (GMT-05:00)
**To:** "Quinn, Richard P. (DO) (FBI)" _____
**Subject:** Re: RE:

b6
b7C

First doc includes my edits.  Second, as is.
Thank you sir.

FBI Press Relations
Temporarily Assigned to FBI Orlando (Tampa Field Office)

Follow on Twitter:  @FBITampa

b6
b7C

**From:** Quinn, Richard P. (DO) (FBI)
**Sent:** Sunday, June 19, 2016 7:55 PM

2

To: ☐ (LA) (FBI)   b6 b7C
Subject: RE:

Sounds good...send one as drafted, then another as revised, and we'll decide on one to move forward with.

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
☐ (o)   b6 b7C
☐ (m)

-------- Original message ---------
From: ☐ A) (FBI)"
Date: 06/19/2016 10:44 PM (GMT-05:00)
To: "Quinn, Richard P. (DO) (FBI)" ☐ (DO) (FBI)"   b6 b7C
Cc: ☐ (TP) (FBI)" ☐ (DO) (FBI)"

Subject: Re:

Yes, at desk now.  Okay if I clean up a few things as I did in earlier draft?  Very minor?
I can send you a copy as is now, and then my preferred version.  You can decide.

☐   b6 b7C
FBI Press Relations
Temporarily Assigned to FBI Orlando (Tampa Field Office)
☐

Follow on Twitter:  @FBITampa

From: Quinn, Richard P. (DO) (FBI)
Sent: Sunday, June 19, 2016 7:10 PM
To: ☐ (LA) (FBI); ☐ DO) (FBI)   b6 b7C
Cc: ☐ (TP) (FBI); ☐ (DO) (FBI)
Subject:

Hey ☐   b6 b7C

When you'return able to place into the template, can you send me a copy?  Wanna be able to give Mike a bootleg that he can share with Director so he knows what's coming.

Thanks,

Rich

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
☐ o)   b6 b7C
☐ m)

3

| | (RMD) (FBI) | b6 |
|---|---|---|
| | | b7C |

| | | |
|---|---|---|
| **From:** | Newman, Melanie (OPA) (JMD) | |
| **Sent:** | Monday, June 20, 2016 9:18 AM | |
| **To:** | Woog, Carlin R. EOP/NSC; Raimondi, Marc (OPA) (JMD); Quinn, Richard P. (DO) (FBI) | |
| **Cc:** | Price, Ned C. EOP/NSC | |
| **Subject:** | RE: Talking Points for Transcript Release Today | |

b6
b7C

+Rich, as this is an FBI release. He can give you details on when and how it will be released this morning, but it is going to happen before [ ] briefs.

b6
b7C

Here is what I sent to you guys yesterday at 10:16 a.m. - I've updated to make it more useable for [ ]

b6
b7C

b5

Melanie R. Newman
Director, Office of Public Affairs
U.S. Department of Justice
Direct: 202-305-1920
Cell: [ ]
@MelanieDOJ

b6

-----Original Message-----
From: Woog, Carlin R. EOP/NSC [ ]
Sent: Monday, June 20, 2016 9:07 AM
To: Newman, Melanie (OPA); Raimondi, Marc (OPA)
Cc: Price, Ned C. EOP/NSC
Subject: Talking Points for Transcript Release Today

b6

Hi Melanie and Marc,

Do you have talking points for the transcript release this AM?

1

Thanks,

Carl

----------------------------------------------
Carl Woog
NSC/Press

b6

**(RMD) (FBI)**

b6
b7C

| | |
|---|---|
| From: | Raimondi, Marc (OPA) (JMD) |
| Sent: | Monday, June 20, 2016 11:07 AM |
| To: | Woog, Carlin R. EOP/NSC; Quinn, Richard P. (DO) (FBI); Newman, Melanie (OPA) (JMD) |
| Cc: | Price, Ned C. EOP/NSC |
| Subject: | RE: Talking Points for Transcript Release Today |

b5

-----Original Message-----
From: Woog, Carlin R. EOP/NSC                                b6
Sent: Monday, June 20, 2016 11:02 AM
To: Quinn, Richard P. (DO) (FBI); Newman, Melanie (OPA)
Cc: Raimondi, Marc (OPA); Price, Ned C. EOP/NSC
Subject: RE: Talking Points for Transcript Release Today

b5

-----Original Message-----
From: Quinn, Richard P. (DO) (FBI)                           b6
Sent: Monday, June 20, 2016 10:54 AM                         b7C
To: Newman, Melanie (OPA) (JMD) <Melanie.Newman@usdoj.gov>; Woog, Carlin R. EOP/NSC

Cc: Raimondi, Marc (OPA) (JMD) <Marc.Raimondi@usdoj.gov>; Price, Ned C. EOP/NSC     b6

Subject: RE: Talking Points for Transcript Release Today

Link coming but here's final...

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
                    (o)                                      b6
                    (m)                                      b7C

-------- Original message --------
From: "Newman, Melanie (OPA)" <Melanie.Newman@usdoj.gov>
Date: 06/20/2016 10:49 AM (GMT-05:00)
To: "Woog, Carlin R. EOP/NSC"                                b6
Cc: "Raimondi, Marc (OPA) (JMD)" <Marc.Raimondi@usdoj.gov>, "Quinn, Richard P. (DO) (FBI)"   b6
                          "Price, Ned C. EOP/NSC"            b7C
Subject: RE: Talking Points for Transcript Release Today

1

Deferring to Rich on the final - as we have also not received or seen the final yet. I don't believe it's posted yet on FBI.gov.

Melanie R. Newman
Director, Office of Public Affairs
U.S. Department of Justice
Direct: 202-305-1920
Cell: [                ]                                                          b6
@MelanieDOJ


-----Original Message-----
From: Woog, Carlin R. EOP/NSC [                                    ]          b6
Sent: Monday, June 20, 2016 10:48 AM
To: Newman, Melanie (OPA)
Cc: Raimondi, Marc (OPA); Quinn, Richard P. (DO) (FBI); Price, Ned C. EOP/NSC
Subject: RE: Talking Points for Transcript Release Today

Now that you have released them, could you please send to us? Thanks, Carl

-----Original Message-----
From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]
Sent: Monday, June 20, 2016 9:23 AM
To: Woog, Carlin R. EOP/NSC [                          ]                      b6
Cc: Raimondi, Marc (OPA) <Marc.Raimondi@usdoj.gov>; Quinn, Richard P. (DO) (FBI)   b7C
[                        ] Price, Ned C. EOP/NSC [                    ]
Subject: Re: Talking Points for Transcript Release Today

Let us know what else you need, thanks.

> On Jun 20, 2016, at 9:21 AM, Woog, Carlin R. EOP/NSC [                        ] wrote:   b6
>
> Okay thanks.
>
> -----Original Message-----
> From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]
> Sent: Monday, June 20, 2016 9:18 AM
> To: Woog, Carlin R. EOP/NSC [                    ] Raimondi,                  b6
> Marc (OPA) <Marc.Raimondi@usdoj.gov>; Quinn, Richard P. (DO) (FBI)           b7C
> [
> Cc: Price, Ned C. EOP/NSC [                        ]
> Subject: RE: Talking Points for Transcript Release Today
>
> +Rich, as this is an FBI release. He can give you details on when and how it will be   b6
released this morning, but it is going to happen before [    ] briefs.               b7C
>
> Here is what I sent to you guys yesterday at 10:16 a.m. - I've updated to make it more   b6
useable for [        ]                                                                b7C
>

[                                                                            ]          b5



b5

> Melanie R. Newman
> Director, Office of Public Affairs
> U.S. Department of Justice
> Direct: 202-305-1920
> Cell: 
> @MelanieDOJ
>
>
> -----Original Message-----
> From: Woog, Carlin R. EOP/NSC 
> Sent: Monday, June 20, 2016 9:07 AM
> To: Newman, Melanie (OPA); Raimondi, Marc (OPA)
> Cc: Price, Ned C. EOP/NSC
> Subject: Talking Points for Transcript Release Today
>
> Hi Melanie and Marc,
>
> Do you have talking points for the transcript release this AM?
>
> Thanks,
>
> Carl
>
> ------------------------------------------
> Carl Woog
> NSC/Press
>
>
>
>
>
>
>
>

b6

b6

b6

3

_____ (RMD) (FBI)                                                    b6
                                                                               b7C

From:        Newman, Melanie (OPA) (JMD)
Sent:        Monday, June 20, 2016 11:27 AM
To:          Quinn, Richard P. (DO) (FBI)
Subject:     Fwd: Redactions In Orlando

Can we discuss this?[                          ]I'm in with her now but can call   b5
you shortly if you're available.

Begin forwarded message:

From:[                                                              ]
Date: June 20, 2016 at 11:19:18 AM EDT
To: "Melanie Newman (OPA)" <Melanie.Newman@usdoj.gov<mailto:Melanie.Newman@usdoj.gov>>,   b6
"Kevin S. Lewis (OPA)" <Kevin.S.Lewis@usdoj.gov<mailto:Kevin.S.Lewis@usdoj.gov>>          b7C
Cc:[                                              ]
[                                                      ]
Subject: Redactions In Orlando

Mucho controversy over decision to redact some national security info in transcripts today.
I've told our folks based on AG remarks yesterday and us atty remarks at press conf ongoing
now the decision from Doj point of view represents a desire to avoid harming victims and
giving shooter more notoriety. That's not cutting it for our brass. Do you have any more on
this? Under review to change your minds?

Sent from my iPhone

1

**(RMD) (FBI)**

b6
b7C

| | |
|---|---|
| **From:** | (DO) (FBI) |
| **Sent:** | Monday, June 20, 2016 11:46 AM |
| **To:** | Raimondi, Marc (OPA) (JMD); Newman, Melanie (OPA) (JMD); Iverson, Dena W. (OPA) (JMD) |
| **Cc:** | Quinn, Richard P. (DO) (FBI) (LA) (FBI); (DO) (FBI) |
| **Subject:** | Final Press Release |
| **Attachments:** | InvestigativeUpdateOrlandoShooting.docx; Q&A_updated06202016.docx; HopperRemarks06202016.docx |

b6
b7C

See documents regarding Orlando presser

Unit Chief
National Press Office
FBI Office of Public Affairs

b6
b7C

office
mobile



# NEWS RELEASE

For Immediate Distribution:  June 20, 2016

**Federal Bureau of Investigation**
*Tampa Field Office*

**FBI Media Representative:**
Special Agent Amy Pittman
Phone Number: (813) 253-1000

## Investigative Update Regarding Pulse Nightclub Shooting

ORLANDO -- In order to provide an update on the progress of the investigation into the Pulse nightclub shooting, the FBI is releasing an excerpt from the timeline of events inside the Pulse nightclub during the early morning hours of Sunday, June 12, 2016. Out of respect for the victims of this horrific tragedy, law enforcement will not be releasing audio of the shooter's 911 calls at this time, nor will law enforcement be releasing audio or transcripts of the calls made by victims at the Pulse nightclub during the incident. Furthermore, the name of the shooter and that of the person/group to whom he pledged allegiance are omitted.

The following is based on Orlando Police Department (OPD) radio communication (times are approximate):

2:02 a.m.:   OPD call transmitted multiple shots fired at Pulse nightclub.
2:04 a.m.:   Additional OPD officers arrived on scene.
2:08 a.m.:   Officers from various law enforcement agencies made entrance to Pulse and engaged the shooter.
2:18 a.m.:   OPD S.W.A.T. (Special Weapons & Tactics) initiated a full call-out.
2:35 a.m.:   Shooter contacted a 911 operator from inside Pulse.  The call lasted approximately 50 seconds, the details of which are set out below:

Orlando Police Dispatcher (OD)
Shooter (OM)

OD:   Emergency 911, this is being recorded.
OM:   In the name of God the Merciful, the beneficial [*in Arabic*]
OD:   What?
OM:   Praise be to God, and prayers as well as peace be upon the prophet of God [*in Arabic*]. I let you know, I'm in Orlando and I did the shootings.
OD:   What's your name?
OM:   My name is I pledge of allegiance to [*omitted*].
OD:   Ok, What's your name?
OM:   I pledge allegiance to [*omitted*] may God protect him [*in Arabic*], on behalf of [*omitted*].
OD:   Alright, where are you at?

Follow us at:

 www.fbi.gov/Tampa          @FBITampa           www.facebook.com/FBI

OM:   In Orlando.
OD:   Where in Orlando?

[End of call.]

(Shortly thereafter, the shooter engaged in three conversations with OPD's Crisis Negotiation Team.)

2:48 a.m.:   First crisis negotiation call occurred lasting approximately nine minutes.
3:03 a.m.:   Second crisis negotiation call occurred lasting approximately 16 minutes.
3:24 a.m.:   Third crisis negotiation call occurred lasting approximately three minutes.

In these calls, the shooter, who identified himself as an Islamic soldier, told the crisis negotiator that he was the person who pledged his allegiance to [*omitted*], and told the negotiator to tell America to stop bombing Syria and Iraq and that is why he was "out here right now." When the crisis negotiator asked the shooter what he had done, the shooter stated, "No, you already know what I did." The shooter continued, stating, "There is some vehicle outside that has some bombs, just to let you know. You people are gonna get it, and I'm gonna ignite it if they try to do anything stupid." Later in the call with the crisis negotiator, the shooter stated that he had a vest, and further described it as the kind they "used in France." The shooter later stated, "In the next few days, you're going to see more of this type of action going on." The shooter hung up and multiple attempts to get in touch with him were unsuccessful.

4:21 a.m.:   OPD pulled an air conditioning unit out of a Pulse dressing room window for victims to evacuate.

(While the FBI will not be releasing transcripts of OPD communication with victims, significant information obtained from those victims allowed OPD to gain knowledge of the situation inside Pulse.)

4:29 a.m.:   As victims were being rescued, they told OPD the shooter said he was going to put four vests with bombs on victims within 15 minutes.

(An immediate search of the shooter's vehicle on scene and inside Pulse ultimately revealed no vest or improvised explosive device.)

5:02 a.m.:   OPD SWAT and OCSO Hazardous Device Team began to breach wall with explosive charge and armored vehicle to make entry.
5:14 a.m.:   OPD radio communicationstated that shots were fired.
5:15 a.m.:   OPD radio communication stated that OPD engaged the suspect and the suspect wasreported down.

Based on OPD radio communications, there were no reports of shots being fired inside Pulse between the initial exchange of gunfire between responding officers and shooter,

Follow us at:

 www.fbi.gov/Tampa      @FBITampa      www.facebook.com/FBI

and the time of the final breach. During this time, the shooter communicated with an OPD 911 operator and an OPD crisis negotiator, and OPD radio communications reported that victims were being rescued.

The FBI urges the public to provide information about the shooter and any contact they may have had with him. Since the release of the FBI's Seeking Information poster, the FBI has received thousands of tips. The FBI will investigate every tip.

To provide a tip, please call 1-800-CALL-FBI or visit tips.fbi.gov.

Release No. YR-062016

  

**(RMD) (FBI)**

b6
b7C

| | |
|---|---|
| **From:** | Raimondi, Marc (OPA) (JMD) |
| **Sent:** | Monday, June 20, 2016 12:12 PM |
| **To:** | Newman, Melanie (OPA) (JMD); Quinn, Richard P. (DO) (FBI) |
| **Subject:** | RE: Release of unredacted transcript |

Sorry, I meant to add that this was draft and was meant as a starting point for Melanie to edit.  My bad.

---

**From:** Newman, Melanie (OPA)
**Sent:** Monday, June 20, 2016 12:11 PM
**To:** Raimondi, Marc (OPA); Quinn, Richard P. (DO) (FBI)
**Subject:** RE: Release of unredacted transcript

Please hold on this – I need to edit this.

Melanie R. Newman
Director, Office of Public Affairs
U.S. Department of Justice
Direct: 202-305-1920
Cell                                                                                    b6
@MelanieDOJ

---

**From:** Raimondi, Marc (OPA)
**Sent:** Monday, June 20, 2016 12:10 PM
**To:** Quinn, Richard P. (DO) (FBI); Newman, Melanie (OPA)
**Subject:** Release of unredacted transcript
**Importance:** High

b5

b5

b5

1

**(RMD) (FBI)**

b6
b7C

| | |
|---|---|
| **From:** | Raimondi, Marc (OPA) (JMD) |
| **Sent:** | Monday, June 20, 2016 12:24 PM |
| **To:** | Newman, Melanie (OPA) (JMD); Quinn, Richard P. (DO) (FBI) |
| **Subject:** | RE: Release of unredacted transcript |

b5

---

**From:** Newman, Melanie (OPA)
**Sent:** Monday, June 20, 2016 12:22 PM
**To:** Raimondi, Marc (OPA); Quinn, Richard P. (DO) (FBI)
**Subject:** RE: Release of unredacted transcript

i would proposed something along the lines of the following — and i think we need to move this out as soon as possible.

b5

b5

b5

Melanie R. Newman
Director, Office of Public Affairs
U.S. Department of Justice

1

Direct: 202-305-1920
Cell [                    ]                                                                                   b6
@MelanieDOJ

**From:** Raimondi, Marc (OPA)
**Sent:** Monday, June 20, 2016 12:12 PM
**To:** Newman, Melanie (OPA); Quinn, Richard P. (DO) (FBI)
**Subject:** RE: Release of unredacted transcript

Sorry, I meant to add that this was draft and was meant as a starting point for Melanie to edit.  My bad.

**From:** Newman, Melanie (OPA)
**Sent:** Monday, June 20, 2016 12:11 PM
**To:** Raimondi, Marc (OPA); Quinn, Richard P. (DO) (FBI)
**Subject:** RE: Release of unredacted transcript

Please hold on this -- I need to edit this.

Melanie R. Newman
Director, Office of Public Affairs
U.S. Department of Justice
Direct: 202-305-1920
Cell [                    ]                                                                                   b6
@MelanieDOJ

**From:** Raimondi, Marc (OPA)
**Sent:** Monday, June 20, 2016 12:10 PM
**To:** Quinn, Richard P. (DO) (FBI); Newman, Melanie (OPA)
**Subject:** Release of unredacted transcript
**Importance:** High

[                                                                      ]                                        b5

[                                                                      ]                                        b5

[                                                                      ]                                        b5

2

| | (RMD) (FBI) | | b6 |
|---|---|---|---|
| | | | b7C |

| | |
|---|---|
| **From:** | Newman, Melanie (OPA) (JMD) |
| **Sent:** | Monday, June 20, 2016 12:40 PM |
| **To:** | Quinn, Richard P. (DO) (FBI); Raimondi, Marc (OPA) (JMD) |
| **Subject:** | RE: Release of unredacted transcript |

Thank you!

Melanie R. Newman
*Director, Office of Public Affairs*
U.S. Department of Justice
Direct: 202-305-1920
Cell [              ]                                                                                    b6
@MelanieDOJ

**From:** Quinn, Richard P. (DO) (FBI) [                              ]                    b6
**Sent:** Monday, June 20, 2016 12:39 PM                                              b7C
**To:** Newman, Melanie (OPA); Raimondi, Marc (OPA)
**Subject:** RE: Release of unredacted transcript

Copy that Melanie/checking with Mike K for heads up to D.

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
[              ] (o)                                                                                      b6
[              ] (m)                                                                                      b7C

-------- Original message --------
From: "Newman, Melanie (OPA)" <Melanie.Newman@usdoj.gov>
Date: 06/20/2016 12:21 PM (GMT-05:00)                                                  b6
To: "Raimondi, Marc (OPA) (JMD)" <Marc.Raimondi@usdoj.gov>, "Quinn, Richard P. (DO) (FBI)"     b7C
[              ]

Subject: RE: Release of unredacted transcript

I would proposed something along the lines of the following – and I think we need to move this out as soon as possible.

[                                                                                                              ]       b5


[                                                                                                              ]       b5

1

b5

Melanie R. Newman
Director, Office of Public Affairs
U.S. Department of Justice
Direct: 202-305-1920
Cell⎡          ⎤                                                                              b6
@MelanieDOJ

**From:** Raimondi, Marc (OPA)
**Sent:** Monday, June 20, 2016 12:12 PM
**To:** Newman, Melanie (OPA); Quinn, Richard P. (DO) (FBI)
**Subject:** RE: Release of unredacted transcript

Sorry, I meant to add that this was draft and was meant as a starting point for Melanie to edit.  My bad.

**From:** Newman, Melanie (OPA)
**Sent:** Monday, June 20, 2016 12:11 PM
**To:** Raimondi, Marc (OPA); Quinn, Richard P. (DO) (FBI)
**Subject:** RE: Release of unredacted transcript

Please hold on this – I need to edit this.

Melanie R. Newman
Director, Office of Public Affairs
U.S. Department of Justice
Direct: 202-305-1920
Cell⎡          ⎤                                                                              b6
@MelanieDOJ

**From:** Raimondi, Marc (OPA)
**Sent:** Monday, June 20, 2016 12:10 PM
**To:** Quinn, Richard P. (DO) (FBI); Newman, Melanie (OPA)

2

**Subject:** Release of unredacted transcript
**Importance:** High

b5

b5

b5

☐ **(RMD) (FBI)**

b6
b7C

| | |
|---|---|
| **From:** | ☐ LA) (FBI) |
| **Sent:** | Monday, June 20, 2016 1:09 PM |
| **To:** | ☐ DO) (FBI) ☐ (TP) (FBI) ☐ (DO) (FBI) |
| **Cc:** | Quinn, Richard P. (DO) (FBI) |
| **Subject:** | Re: RE: |

b5
b6
b7C

☐

FBI Press Relations
Temporarily Assigned to FBI Orlando (Tampa Field Office)

b6
b7C

☐

Follow on Twitter:  @FBITampa

**From** ☐ (DO) (FBI)
**Sent:** Monday, June 20, 2016 9:57 AM
**To:** ☐ TP) (FBI) ☐ LA) (FBI); ☐ (DO) (FBI)
**Cc:** Quinn, Richard P. (DO) (FBI)
**Subject:** RE: RE:

b6
b7C

b5

b5

Unit Chief
National Press Office
FBI Office of Public Affairs                                                    b6
                                                                               b7C

office
mobile

**From:** [          ](TP) (FBI)                                                b6
**Sent:** Monday, June 20, 2016 12:54 PM                                        b7C
**To:** [       ]LA) (FBI); [          ](DO) (FBI); [          ]DO) (FBI)
**Subject:** RE:

I recall the email because I didn't know what an ellipses was!  Will look for it but doubt I kept it.

--

-------- Original message --------
From: [                              ]
Date: 06/20/2016 12:51 PM (GMT-05:00)
To: [          ](DO) (FBI)' [                    ](DO) (FBI)"         b6
[                              ](TP) (FBI)"                            b7C
Subject: Re:

[      ]                                                               b6
                                                                      b7C

Please see [      ] request below. [                              ]   b5
                                                                      b6
                                                                      b7C

[              ]
FBI Press Relations                                                    b6
Temporarily Assigned to FBI Orlando (Tampa Field Office)              b7C
[          ]
Follow on Twitter:  @FBITampa

**From:** [          ](DO) (FBI)
**Sent:** Monday, June 20, 2016 9:44 AM                                b6
**To:** [          ](DO) (FBI); [          ](LA) (FBI)                 b7C
**Subject:**

[                                                                ]     b5

[                                    ]                                 b5

2

Unit Chief
National Press Office
FBI Office of Public Affairs

b6
b7C

office
mobile

**(RMD) (FBI)**

b6
b7C

| | |
|---|---|
| **From:** | Newman, Melanie (OPA) (JMD) |
| **Sent:** | Monday, June 20, 2016 1 26 PM |
| **To:** | Woog, Carlin R  EOP/NSC |
| **Cc:** | Quinn, Richard P  (DO) (FBI), Raimondi, Marc (OPA) (JMD), Price, Ned C  EOP/NSC |
| **Subject:** | Re  Talking Points for Transcript Release Today |

FYI - We plan to issue the following statement shortly, along with an unredacted version of
the transcript:

b5

> On Jun 20, 2016, at 11:02 AM, Woog, Carlin R. EOP/NSC                      wrote:
>

b6

b5

>
>
>

b5

b5

>
>
>
> -----Original Message-----
> From: Quinn, Richard P. (DO) (FBI) [mailto
> Sent: Monday, June 20, 2016 10:54 AM
> To: Newman, Melanie (OPA) (JMD) <Melanie.Newman@usdoj.gov>; Woog,
> Carlin R. EOP/NSC
> Cc: Raimondi, Marc (OPA) (JMD) <Marc.Raimondi@usdoj.gov>; Price, Ned
> C. EOP/NSC
> Subject: RE: Talking Points for Transcript Release Today
>
> Link coming but here's final...
>
> Richard P. Quinn
> Federal Bureau of Investigation
> Media/Investigative Publicity
>                   (o)
>                   (m)
>
>
> -------- Original message --------
> From: "Newman, Melanie (OPA)" <Melanie.Newman@usdoj.gov>
> Date: 06/20/2016 10:49 AM (GMT-05:00)

b6
b7C

b6
b7C

1

> To: "Woog, Carlin R. EOP/NSC" [                            ]
> Cc: "Raimondi, Marc (OPA) (JMD)" <Marc.Raimondi@usdoj.gov>, "Quinn,                     b6
> Richard P. (DO) (FBI)" [                            ]'Price, Ned C.           b7C
> EOP/NSC" [                            ]
> Subject: RE: Talking Points for Transcript Release Today
>
>
> Deferring to Rich on the final - as we have also not received or seen the final yet. I
don't believe it's posted yet on FBI.gov.
>
> Melanie R. Newman
> Director, Office of Public Affairs
> U.S. Department of Justice
> Direct: 202-305-1920
> Cell: [            ]                                                          b6
> @MelanieDOJ
>
>
> -----Original Message-----
> From: Woog, Carlin R. EOP/NSC [                            ]               b6
> Sent: Monday, June 20, 2016 10:48 AM
> To: Newman, Melanie (OPA)
> Cc: Raimondi, Marc (OPA); Quinn, Richard P. (DO) (FBI); Price, Ned C.
> EOP/NSC
> Subject: RE: Talking Points for Transcript Release Today
>
> Now that you have released them, could you please send to us? Thanks,
> Carl
>
> -----Original Message-----
> From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]
> Sent: Monday, June 20, 2016 9:23 AM
> To: Woog, Carlin R. EOP/NSC [                            ]                b6
> Cc: Raimondi, Marc (OPA) <Marc.Raimondi@usdoj.gov>; Quinn, Richard P.    b7C
> (DO) (FBI) [                            ]Price, Ned C. EOP/NSC
> [                            ]
> Subject: Re: Talking Points for Transcript Release Today
>
> Let us know what else you need, thanks.
>
>> On Jun 20, 2016, at 9:21 AM, Woog, Carlin R. EOP/NSC [                ] wrote:   b6
>>
>> Okay thanks.
>>
>> -----Original Message-----
>> From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]
>> Sent: Monday, June 20, 2016 9:18 AM
>> To: Woog, Carlin R. EOP/NSC [                            ] Raimondi,        b6
>> Marc (OPA) <Marc.Raimondi@usdoj.gov>; Quinn, Richard P. (DO) (FBI)          b7C
>> [                            ]
>> Cc: Price, Ned C. EOP/NSC [                            ]
>> Subject: RE: Talking Points for Transcript Release Today
>>
>> +Rich, as this is an FBI release. He can give you details on when and how it will be      b6
released this morning, but it is going to happen before [    ] briefs.              b7C
>>

2

>> Here is what I sent to you guys yesterday at 10:16 a.m. - I've updated to make it more
useable for [          ]                                                              b6
>>                                                                                    b7C
>>

[blank box]                                                                          b5

>>
>> Melanie R. Newman
>> Director, Office of Public Affairs
>> U.S. Department of Justice
>> Direct: 202-305-1920
>> Cell: [          ]                                                                 b6
>> @MelanieDOJ
>>
>>
>> -----Original Message-----
>> From: Woog, Carlin R. EOP/NSC [                        ]                           b6
>> Sent: Monday, June 20, 2016 9:07 AM
>> To: Newman, Melanie (OPA); Raimondi, Marc (OPA)
>> Cc: Price, Ned C. EOP/NSC
>> Subject: Talking Points for Transcript Release Today
>>
>> Hi Melanie and Marc,
>>
>> Do you have talking points for the transcript release this AM?
>>
>> Thanks,
>>
>> Carl
>>
>> ----------------------------------------
>> Carl Woog
>> NSC/Press
>> [          ]
>> [          ]                                                                       b6
>> [          ]

b6
b7C

**(RMD) (FBI)**

| | | |
|---|---|---|
| **From:** | Woog, Carlin R. EOP/NSC | b6 |
| **Sent:** | Monday, June 20, 2016 1:31 PM | |
| **To:** | Newman, Melanie (OPA) (JMD) | |
| **Cc:** | Quinn, Richard P. (DO) (FBI); Raimondi, Marc (OPA) (JMD); Price, Ned C. EOP/NSC | |
| **Subject:** | Re: Talking Points for Transcript Release Today | |

How long until this goes out?

---------
Carl Woog
NSC/Press

b6

> On Jun 20, 2016, at 1:26 PM, Newman, Melanie (OPA) <Melanie.Newman@usdoj.gov> wrote:
>
> FYI - We plan to issue the following statement shortly, along with an unredacted version of
the transcript:

b5

>
>> On Jun 20, 2016, at 11:02 AM, Woog, Carlin R. EOP/NSC                          wrote:    b6
>>

b5

>>
>>

b5

b5

>>
>>
>> -----Original Message-----
>> From: Quinn, Richard P. (DO) (FBI) [mailto                          ]           b6
>> Sent: Monday, June 20, 2016 10:54 AM                                            b7C
>> To: Newman, Melanie (OPA) (JMD) <Melanie.Newman@usdoj.gov>; Woog,
>> Carlin R.
>> Cc: Raimondi, Marc (OPA) (JMD) <Marc.Raimondi@usdoj.gov>; Price, Ned
>> C. EOP/NSC                                                                      b6
>>
>> Subject: RE: Talking Points for Transcript Release Today
>>
>> Link coming but here's final...

>>
>> Richard P. Quinn
>> Federal Bureau of Investigation
>> Media/Investigative Publicity
>>            (o)                                                                      b6
>>            (m)                                                                      b7C
>>
>>
>> -------- Original message --------
>> From: "Newman, Melanie (OPA)" <Melanie.Newman@usdoj.gov>
>> Date: 06/20/2016 10:49 AM (GMT-05:00)
>> To: "Woog, Carlin R. EOP/NSC"                                                       b6
>> Cc: "Raimondi, Marc (OPA) (JMD)" <Marc.Raimondi@usdoj.gov>, "Quinn,                 b7C
>> Richard P. (DO) (FBI)"                            "Price, Ned C.
>> EOP/NSC"
>> Subject: RE: Talking Points for Transcript Release Today
>>
>>
>> Deferring to Rich on the final - as we have also not received or seen the final yet. I
don't believe it's posted yet on FBI.gov.
>>
>> Melanie R. Newman
>> Director, Office of Public Affairs
>> U.S. Department of Justice
>> Direct: 202-305-1920                                                               b6
>> Cell:
>> @MelanieDOJ
>>
>>
>> -----Original Message-----
>> From: Woog, Carlin R. EOP/NSC                                                      b6
>> Sent: Monday, June 20, 2016 10:48 AM
>> To: Newman, Melanie (OPA)
>> Cc: Raimondi, Marc (OPA); Quinn, Richard P. (DO) (FBI); Price, Ned C.
>> EOP/NSC
>> Subject: RE: Talking Points for Transcript Release Today
>>
>> Now that you have released them, could you please send to us? Thanks,
>> Carl
>>
>> -----Original Message-----
>> From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]
>> Sent: Monday, June 20, 2016 9:23 AM
>> To: Woog, Carlin R. EOP/NSC                                                         b6
>> Cc: Raimondi, Marc (OPA) <Marc.Raimondi@usdoj.gov>; Quinn, Richard P.               b7C
>> (DO) (FBI)                            Price, Ned C. EOP/NSC
>>
>> Subject: Re: Talking Points for Transcript Release Today
>>
>> Let us know what else you need, thanks.
>>
>>> On Jun 20, 2016, at 9:21 AM, Woog, Carlin R. EOP/NSC                         wrote:    b6
>>>
>>> Okay thanks.
>>>
>>> -----Original Message-----
>>> From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]

```
>>> Sent: Monday, June 20, 2016 9:18 AM
>>> To: Woog, Carlin R. EOP/NSC [          ]      Raimondi,                    b6
>>> Marc (OPA) <Marc.Raimondi@usdoj.gov>; Quinn, Richard P. (DO) (FBI)        b7C
>>> [                                    ]
>>> Cc: Price, Ned C. EOP/NSC
>>> Subject: RE: Talking Points for Transcript Release Today
>>>
>>> +Rich, as this is an FBI release. He can give you details on when and how it will be   b6
>>> released this morning, but it is going to happen before [     ] briefs.               b7C
>>>
>>> Here is what I sent to you guys yesterday at 10:16 a.m. - I've updated to make it more
>>> useable for [        ]                                                                b6
>>>                                                                                        b7C
>>>
```

b5

```
>>> Melanie R. Newman
>>> Director, Office of Public Affairs
>>> U.S. Department of Justice
>>> Direct: 202-305-1920
>>> Cell: [          ]                                                                     b6
>>> @MelanieDOJ
>>>
>>>
>>> -----Original Message-----
>>> From: Woog, Carlin R. EOP/NSC [                                        ]              b6
>>> Sent: Monday, June 20, 2016 9:07 AM
>>> To: Newman, Melanie (OPA); Raimondi, Marc (OPA)
>>> Cc: Price, Ned C. EOP/NSC
>>> Subject: Talking Points for Transcript Release Today
>>>
>>> Hi Melanie and Marc,
>>>
>>> Do you have talking points for the transcript release this AM?
>>>
```

3

```
>>> Thanks,
>>>
>>> Carl
>>>
>>> -------------------------------------------
>>> Carl Woog
>>> NSC/Press
>>>
>>>
>>>
>>>
>>
>>
>>
```



b6

| | (RMD) (FBI) | b6<br>b7C |

| | |
|---|---|
| **From:** | Raimondi, Marc (OPA) (JMD) |
| **Sent:** | Monday, June 20, 2016 1:32 PM |
| **To:** | Kortan, Michael P. (DO) (FBI); Quinn, Richard P. (DO) (FBI) |
| **Cc:** | Newman, Melanie (OPA) (JMD); James, Kelli D. (OPA) (JMD) |
| **Subject:** | FW. DRAFT: JOINT STATEMENT FROM JUSTICE DEPARTMENT AND FBI REGARDING TRANSCRIPTS RELATED TO THE ORLANDO TERROR ATTACK |

**Importance:**      High

Mike/Rich, any issues with this?

**From:** James, Kelli D. (OPA)
**Sent:** Monday, June 20, 2016 1:30 PM
**To:** Newman, Melanie (OPA); Raimondi, Marc (OPA)
**Subject:** DRAFT: JOINT STATEMENT FROM JUSTICE DEPARTMENT AND FBI REGARDING TRANSCRIPTS RELATED TO THE ORLANDO TERROR ATTACK

 **Department of Justice**

| | |
|---|---|
| FOR IMMEDIATE RELEASE | OPA |
| MONDAY, JUNE 20, 2016 | (202) 514-2007 |
| WWW.JUSTICE.GOV | TTY (866) 544-5309 |

b5

\# \# \#

16-708

DO NOT REPLY TO THIS MESSAGE.  IF YOU HAVE QUESTIONS, PLEASE USE THE CONTACTS IN THE MESSAGE OR CALL THE OFFICE OF PUBLIC AFFAIRS AT 202-514-2007.

_____(RMD) (FBI)                                                    b6
                                                                              b7C

From:        Raimondi, Marc (OPA) (JMD)
Sent:        Monday, June 20, 2016 1 32 PM
To:          Woog, Carlin R  EOP/NSC, Newman, Melanie (OPA) (JMD)
Cc:          Quinn, Richard P  (DO) (FBI), Price, Ned C  EOP/NSC
Subject:     RE  Talking Points for Transcript Release Today


Working on timing now

-----Original Message-----
From: Woog, Carlin R. EOP/NSC  _____              b6
Sent: Monday, June 20, 2016 1:31 PM
To: Newman, Melanie (OPA)
Cc: Quinn, Richard P. (DO) (FBI); Raimondi, Marc (OPA); Price, Ned C. EOP/NSC
Subject: Re: Talking Points for Transcript Release Today

How long until this goes out?

---------
Carl Woog
NSC/Press
_____                                            b6
_____

> On Jun 20, 2016, at 1:26 PM, Newman, Melanie (OPA) <Melanie.Newman@usdoj.gov> wrote:
>
> FYI - We plan to issue the following statement shortly, along with an unredacted version of
the transcript:

                                                                              b5

>> On Jun 20, 2016, at 11:02 AM, Woog, Carlin R. EOP/NSC_____ wrote:    b6
>>
                                                                              b5

>>
>> _____                                         b5
>>
                                                                              b5

>>
>>
>>                                                              '
>> -----Original Message-----

1

>> From: Quinn, Richard P. (DO) (FBI) [mailto
>> Sent: Monday, June 20, 2016 10:54 AM
>> To: Newman, Melanie (OPA) (JMD) <Melanie.Newman@usdoj.gov>; Woog,
>> Carlin R. EOP/NSC
>> Cc: Raimondi, Marc (OPA) (JMD) <Marc.Raimondi@usdoj.gov>; Price, Ned
>> C. EOP/NSC
>> Subject: RE: Talking Points for Transcript Release Today
>>
>> Link coming but here's final...
>>
>> Richard P. Quinn
>> Federal Bureau of Investigation
>> Media/Investigative Publicity
>>                    (o)
>>                    (m)
>>
>>
>> -------- Original message --------
>> From: "Newman, Melanie (OPA)" <Melanie.Newman@usdoj.gov>
>> Date: 06/20/2016 10:49 AM (GMT-05:00)
>> To: "Woog, Carlin R. EOP/NSC" <
>> Cc: "Raimondi, Marc (OPA) (JMD)" <Marc.Raimondi@usdoj.gov>, "Quinn,
>> Richard P. (DO) (FBI)"                              "Price, Ned C.
>> EOP/NSC"
>> Subject: RE: Talking Points for Transcript Release Today
>>
>>
>> Deferring to Rich on the final - as we have also not received or seen the final yet. I
don't believe it's posted yet on FBI.gov.
>>
>> Melanie R. Newman
>> Director, Office of Public Affairs
>> U.S. Department of Justice
>> Direct: 202-305-1920
>> Cell:
>> @MelanieDOJ
>>
>>
>> -----Original Message-----
>> From: Woog, Carlin R. EOP/NSC
>> Sent: Monday, June 20, 2016 10:48 AM
>> To: Newman, Melanie (OPA)
>> Cc: Raimondi, Marc (OPA); Quinn, Richard P. (DO) (FBI); Price, Ned C.
>> EOP/NSC
>> Subject: RE: Talking Points for Transcript Release Today
>>
>> Now that you have released them, could you please send to us? Thanks,
>> Carl
>>
>> -----Original Message-----
>> From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]
>> Sent: Monday, June 20, 2016 9:23 AM
>> To: Woog, Carlin R. EOP/NSC
>> Cc: Raimondi, Marc (OPA) <Marc.Raimondi@usdoj.gov>; Quinn, Richard P.
>> (DO) (FBI)                              Price, Ned C. EOP/NSC
>>
>> Subject: Re: Talking Points for Transcript Release Today

b6
b7C

b6
b7C

b6
b7C

b6

b6

b6
b7C

2

>>
>> Let us know what else you need, thanks.
>>
>>> On Jun 20, 2016, at 9:21 AM, Woog, Carlin R. EOP/NSC ⬚ wrote:  **b6**
>>>
>>> Okay thanks.
>>>
>>> -----Original Message-----
>>> From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]
>>> Sent: Monday, June 20, 2016 9:18 AM
>>> To: Woog, Carlin R. EOP/NSC ⬚ Raimondi,  **b6**
>>> Marc (OPA) <Marc.Raimondi@usdoj.gov>; Quinn, Richard P. (DO) (FBI)  **b7C**
>>> ⬚
>>> Cc: Price, Ned C. EOP/NSC ⬚
>>> Subject: RE: Talking Points for Transcript Release Today
>>>
>>> +Rich, as this is an FBI release. He can give you details on when and how it will be  **b6**
>>> released this morning, but it is going to happen before ⬚ briefs.  **b7C**
>>>
>>> Here is what I sent to you guys yesterday at 10:16 a.m. - I've updated to make it more  **b6**
>>> useable for ⬚  **b7C**
>>>
>>>

⬚ **b5**

>>>
>>> Melanie R. Newman
>>> Director, Office of Public Affairs
>>> U.S. Department of Justice
>>> Direct: 202-305-1920
>>> Cell: ⬚  **b6**
>>> @MelanieDOJ
>>>
>>>
>>> -----Original Message-----
>>> From: Woog, Carlin R. EOP/NSC ⬚  **b6**

```
>>> Sent: Monday, June 20, 2016 9:07 AM
>>> To: Newman, Melanie (OPA); Raimondi, Marc (OPA)
>>> Cc: Price, Ned C. EOP/NSC
>>> Subject: Talking Points for Transcript Release Today
>>>
>>> Hi Melanie and Marc,
>>>
>>> Do you have talking points for the transcript release this AM?
>>>
>>> Thanks,
>>>
>>> Carl
>>>
>>> ------------------------------------------
>>> Carl Woog
>>> NSC/Press
>>>
>>>
>>>
>>>
>>
>>
>>
```

b6

**RMD) (FBI)**                                                                          b6
                                                                                        b7C

| | |
|---|---|
| **From:** | Newman, Melanie (OPA) (JMD) |
| **Sent:** | Monday, June 20, 2016 1:33 PM |
| **To:** | Raimondi, Marc (OPA) (JMD) |
| **Cc:** | Kortan, Michael P. (DO) (FBI); Quinn, Richard P. (DO) (FBI); James, Kelli D. (OPA) (JMD) |
| **Subject:** | Re: DRAFT: JOINT STATEMENT FROM JUSTICE DEPARTMENT AND FBI REGARDING TRANSCRIPTS RELATED TO THE ORLANDO TERROR ATTACK |
| **Attachments:** | image001.jpg; image002.png |

Also, [                                              ] Thanks.                          b5

On Jun 20, 2016, at 1:32 PM, Raimondi, Marc (OPA)
<mraimondi@jmd.usdoj.gov<mailto:mraimondi@jmd.usdoj.gov>> wrote:

Mike/Rich, any issues with this?

From: James, Kelli D. (OPA)
Sent: Monday, June 20, 2016 1:30 PM
To: Newman, Melanie (OPA); Raimondi, Marc (OPA)
Subject: DRAFT: JOINT STATEMENT FROM JUSTICE DEPARTMENT AND FBI REGARDING TRANSCRIPTS RELATED
TO THE ORLANDO TERROR ATTACK

<image001.jpg><image002.png>

---

FOR IMMEDIATE RELEASE
OPA
MONDAY, JUNE 20, 2016
(202) 514-2007
WWW.JUSTICE.GOV<http://www.justice.gov/>
TTY (866) 544-5309

                                                                                        b5

# # #

16-708

DO NOT REPLY TO THIS MESSAGE.  IF YOU HAVE QUESTIONS, PLEASE USE THE CONTACTS IN THE MESSAGE
OR CALL THE OFFICE OF PUBLIC AFFAIRS AT 202-514-2007.

**(RMD) (FBI)**                                                                      b6
                                                                                      b7C

| | |
|---|---|
| **From:** | Newman, Melanie (OPA) (JMD) |
| **Sent:** | Monday, June 20, 2016 1:35 PM |
| **To:** | Quinn, Richard P. (DO) (FBI) |
| **Cc:** | Raimondi, Marc (OPA) (JMD) |
| **Subject:** | Re: Talking Points for Transcript Release Today |

Also,                                                                                b5

On Jun 20, 2016, at 1:33 PM, Quinn, Richard P. (DO) (FBI)                             b6
                                                        wrote:                         b7C

Melanie,

If you want to forward this to Kelli (?) for incorporation, might save a little time:

                                                                                      b5

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
                          o)                                                           b6
                          m)                                                           b7C

1

-------- Original message --------
From: "Newman, Melanie (OPA)" <Melanie.Newman@usdoj.gov<mailto:Melanie.Newman@usdoj.gov>>
Date: 06/20/2016 1:26 PM (GMT-05:00)
To: "Woog, Carlin R. EOP/NSC"                                          b6
Cc: "Quinn, Richard P. (DO) (FBI)"                                     b7C
                                              "Raimondi, Marc (OPA) (JMD)"
<Marc.Raimondi@usdoj.gov<mailto:Marc.Raimondi@usdoj.gov>>, "Price, Ned C. EOP/NSC"

Subject: Re: Talking Points for Transcript Release Today

FYI - We plan to issue the following statement shortly, along with an unredacted version of
the transcript:

                                                                      b5

> On Jun 20, 2016, at 11:02 AM, Woog, Carlin R. EOP/NSC                b6

                                              wrote:
>

                                                                      b5

>
>
> -----Original Message-----
> From: Quinn, Richard P. (FBI)                                        b6
> Sent: Monday, June 20, 2016 10:54 AM                                 b7C
> To: Newman, Melanie (OPA) (JMD)
> <Melanie.Newman@usdoj.gov<mailto:Melanie.Newman@usdoj.gov>>; Woog,
> Carlin R. EOP/NSC
>
> Cc: Raimondi, Marc (OPA) (JMD)
> <Marc.Raimondi@usdoj.gov<mailto:Marc.Raimondi@usdoj.gov>>; Price, Ned  b6
> C. EOP/NSC
>
> Subject: RE: Talking Points for Transcript Release Today
>
> Link coming but here's final...
>
> Richard P. Quinn
> Federal Bureau of Investigation

> Media/Investigative Publicity
> ☐ (o)                                                          b6
> ☐ (m)                                                          b7C
>
>
> -------- Original message --------
> From: "Newman, Melanie (OPA)"
> <Melanie.Newman@usdoj.gov<mailto:Melanie.Newman@usdoj.gov>>
> Date: 06/20/2016 10:49 AM (GMT-05:00)
> To: "Woog, Carlin R. EOP/NSC"
> ☐                                                              b6
> Cc: "Raimondi, Marc (OPA) (JMD)"                              b7C
> <Marc.Raimondi@usdoj.gov<mailto:Marc.Raimondi@usdoj.gov>>, "Quinn,
> Richard P. (DO) (FBI)"
> ☐                                            "Price,
> Ned C. EOP/NSC"
> ☐
> Subject: RE: Talking Points for Transcript Release Today
>
>
> Deferring to Rich on the final - as we have also not received or seen the final yet. I
> don't believe it's posted yet on FBI.gov<http://fbi.gov>.
>
> Melanie R. Newman
> Director, Office of Public Affairs
> U.S. Department of Justice
> Direct: 202-305-1920
> Cell: ☐                                                        b6
> @MelanieDOJ
>
>
> -----Original Message-----
> From: Woog, Carlin R. EOP/NSC ☐                               b6
> Sent: Monday, June 20, 2016 10:48 AM
> To: Newman, Melanie (OPA)
> Cc: Raimondi, Marc (OPA); Quinn, Richard P. (DO) (FBI); Price, Ned C.
> EOP/NSC
> Subject: RE: Talking Points for Transcript Release Today
>
> Now that you have released them, could you please send to us? Thanks,
> Carl
>
> -----Original Message-----
> From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]
> Sent: Monday, June 20, 2016 9:23 AM
> To: Woog, Carlin R. EOP/NSC
> ☐
> Cc: Raimondi, Marc (OPA)                                       b6
> <Marc.Raimondi@usdoj.gov<mailto:Marc.Raimondi@usdoj.gov>>; Quinn,   b7C
> Richard P. (DO) (FBI)
> ☐                                            Price,
> Ned C. EOP/NSC
> ☐
> Subject: Re: Talking Points for Transcript Release Today
>
> Let us know what else you need, thanks.
>

3

>> On Jun 20, 2016, at 9:21 AM, Woog, Carlin R. EOP/NSC
>> [                                                    ]wrote:          b6
>>
>> Okay thanks.
>>
>> -----Original Message-----
>> From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]
>> Sent: Monday, June 20, 2016 9:18 AM
>> To: Woog, Carlin R. EOP/NSC
>> [                                                    ]
>> Raimondi, Marc (OPA)                                                  b6
>> <Marc.Raimondi@usdoj.gov<mailto:Marc.Raimondi@usdoj.gov>>; Quinn,     b7C
>> Richard P. (DO) (FBI)
>> [                                                    ]
>> Cc: Price, Ned C. EOP/NSC
>> [                                                    ]
>> Subject: RE: Talking Points for Transcript Release Today
>>                                                                       b6
>> +Rich, as this is an FBI release. He can give you details on when and how it will be   b7C
released this morning, but it is going to happen before [    ] briefs.
>>
>> Here is what I sent to you guys yesterday at 10:16 a.m. - I've updated to make it more
useable for [    ]                                                     b6
>>                                                                       b7C

b5

>>
>> Melanie R. Newman
>> Director, Office of Public Affairs
>> U.S. Department of Justice
>> Direct: 202-305-1920
>> Cell: [                    ]                                          b6
>> @MelanieDOJ
>>
>>

4

```
>> -----Original Message-----
>> From: Woog, Carlin R. EOP/NSC                                            b6
>> Sent: Monday, June 20, 2016 9:07 AM
>> To: Newman, Melanie (OPA); Raimondi, Marc (OPA)
>> Cc: Price, Ned C. EOP/NSC
>> Subject: Talking Points for Transcript Release Today
>>
>> Hi Melanie and Marc,
>>
>> Do you have talking points for the transcript release this AM?
>>
>> Thanks,
>>
>> Carl
>>
>> -----------------------------------------
>> Carl Woog
>> NSC/Press
>>
>>
>>                                                                          b6
>>
>>
>
>
>
```

**(RMD) (FBI)**                                                                        b6
                                                                                       b7C

| | |
|---|---|
| **From:** | Raimondi, Marc (OPA) (JMD) |
| **Sent:** | Monday, June 20, 2016 1 39 PM |
| **To:** | Woog, Carlin R. EOP/NSC, Newman, Melanie (OPA) (JMD) |
| **Cc:** | Quinn, Richard P. (DO) (FBI); Price, Ned C. EOP/NSC |
| **Subject:** | RE. Talking Points for Transcript Release Today |

Carl, next few minutes it looks like, we will send you the final

-----Original Message-----
From: Woog, Carlin R. EOP/NSC                                                          b6
Sent: Monday, June 20, 2016 1:31 PM
To: Newman, Melanie (OPA)
Cc: Quinn, Richard P. (DO) (FBI); Raimondi, Marc (OPA); Price, Ned C. EOP/NSC
Subject: Re: Talking Points for Transcript Release Today

How long until this goes out?

---------
Carl Woog
NSC/Press                                                                             b6

> On Jun 20, 2016, at 1:26 PM, Newman, Melanie (OPA) <Melanie.Newman@usdoj.gov> wrote:
>
> FYI - We plan to issue the following statement shortly, along with an unredacted version of
the transcript:

                                                                                       b5

>
>> On Jun 20, 2016, at 11:02 AM, Woog, Carlin R. EOP/NSC          wrote:              b6
>>

                                                                                       b5

>>
>>
>> -----Original Message-----

1

```
>> From: Quinn, Richard P. (DO) (FBI)                                          b6
>> Sent: Monday, June 20, 2016 10:54 AM                                        b7C
>> To: Newman, Melanie (OPA) (JMD) <Melanie.Newman@usdoj.gov>; Woog,
>> Carlin R. EOP/NSC
>> Cc: Raimondi, Marc (OPA) (JMD) <Marc.Raimondi@usdoj.gov>; Price, Ned
>> C. EOP/NSC
>> Subject: RE: Talking Points for Transcript Release Today
>>
>> Link coming but here's final...
>>
>> Richard P. Quinn
>> Federal Bureau of Investigation
>> Media/Investigative Publicity
>>                  (o)                                                         b6
>>                  (m)                                                         b7C
>>
>>
>> -------- Original message --------
>> From: "Newman, Melanie (OPA)" <Melanie.Newman@usdoj.gov>
>> Date: 06/20/2016 10:49 AM (GMT-05:00)                                       b6
>> To: "Woog, Carlin R. EOP/NSC"                                              b7C
>> Cc: "Raimondi, Marc (OPA) (JMD)" <Marc.Raimondi@usdoj.gov>, "Quinn,
>> Richard P. (DO) (FBI)"                          "Price, Ned C.
>> EOP/NSC"
>> Subject: RE: Talking Points for Transcript Release Today
>>
>>
>> Deferring to Rich on the final - as we have also not received or seen the final yet. I
don't believe it's posted yet on FBI.gov.
>>
>> Melanie R. Newman
>> Director, Office of Public Affairs
>> U.S. Department of Justice
>> Direct: 202-305-1920
>> Cell:                                                                        b6
>> @MelanieDOJ
>>
>>
>> -----Original Message-----
>> From: Woog, Carlin R. EOP/NSC                                               b6
>> Sent: Monday, June 20, 2016 10:48 AM
>> To: Newman, Melanie (OPA)
>> Cc: Raimondi, Marc (OPA); Quinn, Richard P. (DO) (FBI); Price, Ned C.
>> EOP/NSC
>> Subject: RE: Talking Points for Transcript Release Today
>>
>> Now that you have released them, could you please send to us? Thanks,
>> Carl
>>
>> -----Original Message-----
>> From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]
>> Sent: Monday, June 20, 2016 9:23 AM
>> To: Woog, Carlin R. EOP/NSC                                                 b6
>> Cc: Raimondi, Marc (OPA) <Marc.Raimondi@usdoj.gov>; Quinn, Richard P.       b7C
>> (DO) (FBI)                       Price, Ned C. EOP/NSC
>>
>> Subject: Re: Talking Points for Transcript Release Today
```

>>
>> Let us know what else you need, thanks.
>>
>>> On Jun 20, 2016, at 9:21 AM, Woog, Carlin R. EOP/NSC [                    ] wrote:     **b6**
>>>
>>> Okay thanks.
>>>
>>> -----Original Message-----
>>> From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]
>>> Sent: Monday, June 20, 2016 9:18 AM
>>> To: Woog, Carlin R. EOP/NSC [                        ] Raimondi,     **b6**
>>> Marc (OPA) <Marc.Raimondi@usdoj.gov>; Quinn, Richard P. (DO) (FBI)     **b7C**
>>> [                                    ]
>>> Cc: Price, Ned C. EOP/NSC [                        ]
>>> Subject: RE: Talking Points for Transcript Release Today
>>>
>>> +Rich, as this is an FBI release. He can give you details on when and how it will be     **b6**
>>> released this morning, but it is going to happen before [      ] briefs.     **b7C**
>>>
>>> Here is what I sent to you guys yesterday at 10:16 a.m. - I've updated to make it more     **b6**
>>> useable for [        ]     **b7C**
>>>
>>>

[                                                                          ]     **b5**

>>>
>>> Melanie R. Newman
>>> Director, Office of Public Affairs
>>> U.S. Department of Justice
>>> Direct: 202-305-1920
>>> Cell: [                ]     **b6**
>>> @MelanieDOJ
>>>
>>>
>>> -----Original Message-----
>>> From: Woog, Carlin R. EOP/NSC [                                ]     **b6**

```
>>> Sent: Monday, June 20, 2016 9:07 AM
>>> To: Newman, Melanie (OPA); Raimondi, Marc (OPA)
>>> Cc: Price, Ned C. EOP/NSC
>>> Subject: Talking Points for Transcript Release Today
>>>
>>> Hi Melanie and Marc,
>>>
>>> Do you have talking points for the transcript release this AM?
>>>
>>> Thanks,
>>>
>>> Carl
>>>
>>> -----------------------------------------
>>> Carl Woog
>>> NSC/Press
>>>
>>>
>>>
>>>
>>
>>
>>
```



b6

**(RMD) (FBI)**

b6
b7C

| | |
|---|---|
| **From:** | Mentzer, Larissa L. (CTD) (FBI) |
| **Sent:** | Monday, June 20, 2016 1:44 PM |
| **To:** | Mendenhall, Bradley G. (CTD) (FBI); Quinn, Richard P. (DO) (FBI); Tabb, Jay S. (CTD) (FBI); Hopper, Ronald  (TP) (FBI) |
| **Subject:** | Fwd: Release of unredacted transcript |

Jay/grant/rich - see below -

b5

--

-------- Original message --------
From: "Hopper, Ronald (TP) (FBI)" -
Date: 06/20/2016 1:35 PM (GMT-05:00)
To:                    (TP) (FBI)'                              (DO) (FBI)"

b6
b7C

(LA) (FBI'

(DO) (FBI)'                                                              (TP) (FBI)'

"Tabb, Jay S. (CTD) (FBI)                          "Mentzer, Larissa L. (CTD) (FBI)"

(TP) (FBI)'

(TP) (FBI)
Subject: RE: Release of unredacted transcript

b5

--

-------- Original message --------
From:                    (TP) (FBI)"
Date: 06/20/2016 1:31 PM (GMT-05:00)
To:                    (DO) (FBI                              LA) (FBI)"

b6
b7C

(DO) (FBI)

(TP) (FBI)"                                "Hopper, Ronald (TP) (FBI)"

Subject: RE: Release of unredacted transcript

I am providing this to Hopper.

b5

1

--

-------- Original message --------
From: [          ] (DO) (FBI) [                    ]
Date: 06/20/2016 1:28 PM (GMT-05:00)
To: [          ] LA) (FBI)" [                    ] (DO) (FBI)"     b6
[                    ] (TP) (FBI)" [                    ]            b7C
[          ] (TP) (FBI) [                    ]
Subject: FW: Release of unredacted transcript

Looks like DOJ is going to issue a statement soon and release the full transcript of the 911 calls. [          ]
[                                                                                    ]             b5

I will send you their final--hopefully before it goes out.  This will happen sooner rather than later unless
something changes.

Will you advise ASAC and other relevant parties that this is coming?

Thanks!

[                    ]
Unit Chief
National Press Office                                                              b6
FBI Office of Public Affairs                                                       b7C

[                    ] office
[                    ] mobile

**From:** Quinn, Richard P. (DO) (FBI)
**Sent:** Monday, June 20, 2016 12:40 PM
**To:** Kortan, Michael P. (DO) (FBI)
**Cc:** [          ] DO) (FBI)                                                      b6
**Subject:** Fwd: Release of unredacted transcript                                 b7C

This is what DOJ wants to put out...

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
[          ] (o)                                                                    b6
[          ] (m)                                                                    b7C

-------- Original message --------
From: "Newman, Melanie (OPA)" <Melanie.Newman@usdoj.gov>
Date: 06/20/2016 12:21 PM (GMT-05:00)                                              b6
To: "Raimondi, Marc (OPA) (JMD)" <Marc.Raimondi@usdoj.gov>, "Quinn, Richard P. (DO) (FBI)"  b7C
[                    ]
Subject: RE: Release of unredacted transcript

I would proposed something along the lines of the following – and I think we need to move this out as soon as possible.

b5

b5

Melanie R. Newman
Director, Office of Public Affairs
U.S. Department of Justice
Direct: 202-305-1920
Cell:
@MelanieDOJ

b6

**From:** Raimondi, Marc (OPA)
**Sent:** Monday, June 20, 2016 12:12 PM
**To:** Newman, Melanie (OPA); Quinn, Richard P. (DO) (FBI)
**Subject:** RE: Release of unredacted transcript


Sorry, I meant to add that this was draft and was meant as a starting point for Melanie to edit. My bad.


**From:** Newman, Melanie (OPA)
**Sent:** Monday, June 20, 2016 12:11 PM
**To:** Raimondi, Marc (OPA); Quinn, Richard P. (DO) (FBI)
**Subject:** RE: Release of unredacted transcript

3

Please hold on this – I need to edit this.

Melanie R. Newman
Director, Office of Public Affairs
U.S. Department of Justice
Direct: 202-305-1920
Cell

b6

@MelanieDOJ

**From:** Raimondi, Marc (OPA)
**Sent:** Monday, June 20, 2016 12:10 PM
**To:** Quinn, Richard P. (DO) (FBI); Newman, Melanie (OPA)
**Subject:** Release of unredacted transcript
**Importance:** High

b5

b5

b5

4

b6
b7C

_____ (RMD) (FBI)

| | | b6 |
|---|---|---|
| **From:** | Woog, Carlin R. EOP/NSC _____ | |
| **Sent:** | Monday, June 20, 2016 1:44 PM | |
| **To:** | Raimondi, Marc (OPA) (JMD) | |
| **Cc:** | Newman, Melanie (OPA) (JMD); Quinn, Richard P. (DO) (FBI); Price, Ned C. EOP/NSC | |
| **Subject:** | Re: Talking Points for Transcript Release Today | |

Thank you

---------
Carl Woog
NSC/Press

b6

> On Jun 20, 2016, at 1:38 PM, Raimondi, Marc (OPA) <Marc.Raimondi@usdoj.gov> wrote:
>
> Carl, next few minutes it looks like, we will send you the final
>
> -----Original Message-----
> From: Woog, Carlin R. EOP/NSC _____                          b6
> Sent: Monday, June 20, 2016 1:31 PM
> To: Newman, Melanie (OPA)
> Cc: Quinn, Richard P. (DO) (FBI); Raimondi, Marc (OPA); Price, Ned C.
> EOP/NSC
> Subject: Re: Talking Points for Transcript Release Today
>
> How long until this goes out?
>
> ---------
> Carl Woog
> NSC/Press
>
>                                                                    b6
>
>
>> On Jun 20, 2016, at 1:26 PM, Newman, Melanie (OPA) <Melanie.Newman@usdoj.gov> wrote:
>>
>> FYI - We plan to issue the following statement shortly, along with an unredacted version
of the transcript:

b5

>>
>>> On Jun 20, 2016, at 11:02 AM, Woog, Carlin R. EOP/NSC _____ wrote:    b6
>>>

b5

```
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Quinn, Richard P. (DO) (FBI)                                    b6
>>> Sent: Monday, June 20, 2016 10:54 AM                                  b7C
>>> To: Newman, Melanie (OPA) (JMD) <Melanie.Newman@usdoj.gov>; Woog,
>>> Carlin R. EOP/NSC
>>> Cc: Raimondi, Marc (OPA) (JMD) <Marc.Raimondi@usdoj.gov>; Price, Ned
>>> C. EOP/NSC <                                                          b6
>>> Subject: RE: Talking Points for Transcript Release Today
>>>
>>> Link coming but here's final...
>>>
>>> Richard P. Quinn
>>> Federal Bureau of Investigation
>>> Media/Investigative Publicity
>>>                  (o)                                                  b6
>>>                  (m)                                                  b7C
>>>
>>>
>>> -------- Original message --------
>>> From: "Newman, Melanie (OPA)" <Melanie.Newman@usdoj.gov>
>>> Date: 06/20/2016 10:49 AM (GMT-05:00)
>>> To: "Woog, Carlin R. EOP/NSC"                                         b6
>>> Cc: "Raimondi, Marc (OPA) (JMD)" <Marc.Raimondi@usdoj.gov>, "Quinn,   b7C
>>> Richard P. (DO) (FBI)"                              "Price, Ned C.
>>> EOP/NSC"
>>> Subject: RE: Talking Points for Transcript Release Today
>>>
>>> Deferring to Rich on the final - as we have also not received or seen the final yet. I
don't believe it's posted yet on FBI.gov.
>>>
>>> Melanie R. Newman
>>> Director, Office of Public Affairs
>>> U.S. Department of Justice
>>> Direct: 202-305-1920                                                  b6
>>> Cell:
>>> @MelanieDOJ
>>>
>>>
>>> -----Original Message-----
>>> From: Woog, Carlin R. EOP/NSC [mailto:                                b6
>>> Sent: Monday, June 20, 2016 10:48 AM
>>> To: Newman, Melanie (OPA)
>>> Cc: Raimondi, Marc (OPA); Quinn, Richard P. (DO) (FBI); Price, Ned C.
>>> EOP/NSC
```

```
>>> Subject: RE: Talking Points for Transcript Release Today
>>>
>>> Now that you have released them, could you please send to us?
>>> Thanks, Carl
>>>
>>> -----Original Message-----
>>> From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]
>>> Sent: Monday, June 20, 2016 9:23 AM
>>> To: Woog, Carlin R. EOP/NSC [                    ]                     b6
>>> Cc: Raimondi, Marc (OPA) <Marc.Raimondi@usdoj.gov>; Quinn, Richard P.   b7C
>>> (DO) (FBI)[                    ]     Price, Ned C. EOP/NSC
>>>[                    ]
>>> Subject: Re: Talking Points for Transcript Release Today
>>>
>>> Let us know what else you need, thanks.
>>>
>>>> On Jun 20, 2016, at 9:21 AM, Woog, Carlin R. EOP/NSC [          ]wrote:  b6
>>>>
>>>> Okay thanks.
>>>>
>>>> -----Original Message-----
>>>> From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]
>>>> Sent: Monday, June 20, 2016 9:18 AM
>>>> To: Woog, Carlin R. EOP/NSC [                    ]Raimondi,              b6
>>>> Marc (OPA) <Marc.Raimondi@usdoj.gov>; Quinn, Richard P. (DO) (FBI)      b7C
>>>> [                    ]
>>>> Cc: Price, Ned C. EOP/NSC <[                    ]
>>>> Subject: RE: Talking Points for Transcript Release Today
>>>>
>>>> +Rich, as this is an FBI release. He can give you details on when and how it will be   b6
released this morning, but it is going to happen before[    ]briefs.                          b7C
>>>>
>>>> Here is what I sent to you guys yesterday at 10:16 a.m. - I've updated to make it more
useable for [      ]                                                                          b6
>>>>                                                                                         b7C
>>>>
```

b5

3



b5

```
>>>>
>>>> Melanie R. Newman
>>>> Director, Office of Public Affairs
>>>> U.S. Department of Justice
>>>> Direct: 202-305-1920                                    b6
>>>> Cell:
>>>> @MelanieDOJ
>>>>
>>>>
>>>> -----Original Message-----
>>>> From: Woog, Carlin R. EOP/NSC                           b6
>>>> Sent: Monday, June 20, 2016 9:07 AM
>>>> To: Newman, Melanie (OPA); Raimondi, Marc (OPA)
>>>> Cc: Price, Ned C. EOP/NSC
>>>> Subject: Talking Points for Transcript Release Today
>>>>
>>>> Hi Melanie and Marc,
>>>>
>>>> Do you have talking points for the transcript release this AM?
>>>>
>>>> Thanks,
>>>>
>>>> Carl
>>>>
>>>> -----------------------------------------
>>>> Carl Woog
>>>> NSC/Press
>>>>
>>>>                                                          b6
>>>>
>>>>
>
```

▭ **(RMD) (FBI)**

b6
b7C

| From: | ▭ (DO) (FBI) |
|---|---|
| Sent: | Monday, June 20, 2016 1:45 PM |
| To: | ▭ (TP) (FBI); Hopper, Ronald  (TP) (FBI); ▭ (LA) (FBI) ▭ |
| | ▭ (DO) (FBI); ▭ (TP) (FBI); Tabb, Jay S. (CTD) (FBI); |
| | Mentzer, Larissa L. (CTD) (FBI); ▭ (TP) (FBI); ▭ (TP) (FBI); |
| | Quinn, Richard P. (DO) (FBI) |
| Subject: | RE: Release of unredacted transcript |

b6
b7C

b5

Unit Chief
National Press Office
FBI Office of Public Affairs

b6
b7C

▭ office
▭ mobile

| **From:** | ▭ (TP) (FBI) |
|---|---|
| **Sent:** | Monday, June 20, 2016 1:39 PM |
| **To:** | Hopper, Ronald (TP) (FBI); ▭ (DO) (FBI); ▭ (LA) (FBI); ▭ (DO) (FBI); |
| ▭ (TP) (FBI); Tabb, Jay S. (CTD) (FBI); Mentzer, Larissa L. (CTD) (FBI); ▭ (TP) (FBI); |
| ▭ (TP) (FBI) |
| **Subject:** | RE: Release of unredacted transcript |

b6
b7C

b5

--

--------- Original message ---------
From: "Hopper, Ronald (TP) (FBI)" ▭
Date: 06/20/2016 1:35 PM (GMT-05:00)
To: ▭ (TP) (FBI)" ▭ (DO) (FBI)"
▭ (LA) (FBI)"
▭ (DO) (FBI)" ▭ (TP) (FBI)"
▭ "Tabb, Jay S. (CTD) (FBI)" ▭ "Mentzer, Larissa L. (CTD) (FBI)"
▭ (TP) (FBI)"
▭ (TP) (FBI)"
Subject: RE: Release of unredacted transcript

b6
b7C

b5

1

--

-------- Original message --------
From: [          ] (TP) (FBI)" [                    ]
Date: 06/20/2016 1:31 PM (GMT-05:00)
To: [          ] (DO) (FBI) [                    ] (LA) (FBI)"        b6
[                    ] (DO) (FBI)"                                    b7C
[          ] (TP) (FBI) [                    ] "Hopper, Ronald (TP) (FBI)"
[                    ]
Subject: RE: Release of unredacted transcript

I am providing this to Hopper. [                    ]                  b5

--

-------- Original message --------
From: [          ] (DO) (FBI)' [                    ]
Date: 06/20/2016 1:28 PM (GMT-05:00)
To: [          ] (LA) (FBI)" [                    ] (DO) (FBI)"        b6
[                    ] (TP) (FBI)"                                    b7C
[          ] (TP) (FBI)'
Subject: FW: Release of unredacted transcript

Looks like DOJ is going to issue a statement soon and release the full transcript of the 911 calls. [     ]    b5

I will send you their final--hopefully before it goes out.  This will happen sooner rather than later unless
something changes.

Will you advise ASAC and other relevant parties that this is coming?

Thanks!

[                    ]
Unit Chief
National Press Office
FBI Office of Public Affairs                                          b6
                                                                     b7C
[          ] office
[          ] mobile

From: Quinn, Richard P. (DO) (FBI)
Sent: Monday, June 20, 2016 12:40 PM

2

**To:** Kortan, Michael P. (DO) (FBI)
**Cc:** _____ (DO) (FBI)                                                 b6
**Subject:** Fwd: Release of unredacted transcript                         b7C

This is what DOJ wants to put out...

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
_____ (o)                                                               b6
_____ (m)                                                               b7C

-------- Original message --------
From: "Newman, Melanie (OPA)" <Melanie.Newman@usdoj.gov>                    b6
Date: 06/20/2016 12:21 PM (GMT-05:00)                                       b7C
To: "Raimondi, Marc (OPA) (JMD)" <Marc.Raimondi@usdoj.gov>, "Quinn, Richard P. (DO) (FBI)"
_____

Subject: RE: Release of unredacted transcript

I would proposed something along the lines of the following — and I think we need to move this out as soon as possible.   b5

b5

Melanie R. Newman
Director, Office of Public Affairs
U.S. Department of Justice

3

Direct: 202-305-1920
Cell: [                    ]                                                    b6
@MelanieDOJ

---

**From:** Raimondi, Marc (OPA)
**Sent:** Monday, June 20, 2016 12:12 PM
**To:** Newman, Melanie (OPA); Quinn, Richard P. (DO) (FBI)
**Subject:** RE: Release of unredacted transcript

Sorry, I meant to add that this was draft and was meant as a starting point for Melanie to edit.  My bad.

---

**From:** Newman, Melanie (OPA)
**Sent:** Monday, June 20, 2016 12:11 PM
**To:** Raimondi, Marc (OPA); Quinn, Richard P. (DO) (FBI)
**Subject:** RE: Release of unredacted transcript

Please hold on this – I need to edit this.

Melanie R. Newman
Director, Office of Public Affairs
U.S. Department of Justice
Direct: 202-305-1920
Cell: [                    ]                                                    b6
@MelanieDOJ

---

**From:** Raimondi, Marc (OPA)
**Sent:** Monday, June 20, 2016 12:10 PM
**To:** Quinn, Richard P. (DO) (FBI); Newman, Melanie (OPA)
**Subject:** Release of unredacted transcript
**Importance:** High

[                                                                          ]    b5

[                                                                          ]    b5

[                                                                          ]    b5

_____**(RMD) (FBI)** _____

b6
b7C

| | |
|---|---|
| **From:** | Raimondi, Marc (OPA) (JMD) |
| **Sent:** | Monday, June 20, 2016 1:47 PM |
| **To:** | Kortan, Michael P. (DO) (FBI); Quinn, Richard P. (DO) (FBI) |
| **Cc:** | Newman, Melanie (OPA) (JMD) |
| **Subject:** | FW: DRAFT: JOINT STATEMENT FROM JUSTICE DEPARTMENT AND FBI REGARDING TRANSCRIPTS RELATED TO THE ORLANDO TERROR ATTACK |

Team, please prep to launch but we are getting this in front of the AG for final clearance.

**From:** James, Kelli D. (OPA)
**Sent:** Monday, June 20, 2016 1:41 PM
**To:** Newman, Melanie (OPA)
**Cc:** Raimondi, Marc (OPA)
**Subject:** DRAFT: JOINT STATEMENT FROM JUSTICE DEPARTMENT AND FBI REGARDING TRANSCRIPTS RELATED TO THE ORLANDO TERROR ATTACK

 **Department of Justice**

| | |
|---|---|
| FOR IMMEDIATE RELEASE | OPA |
| MONDAY, JUNE 20, 2016 | (202) 514-2007 |
| WWW.JUSTICE.GOV | TTY (866) 544-5309 |

b5

RMD) (FBI)                                                                    b6
                                                                             b7C

**From:** Mentzer, Larissa L. (CTD) (FBI)
**Sent:** Monday, June 20, 2016 1:47 PM
**To:** Tabb, Jay S. (CTD) (FBI); Mendenhall, Bradley G. (CTD) (FBI); Quinn, Richard P. (DO) (FBI)
**Cc:** Hopper, Ronald  (TP) (FBI)
**Subject:** Fwd: Release of unredacted transcript

                                                                             b5

--

-------- Original message --------
From:[                    ]DO) (FBI)'
Date: 06/20/2016 1:44 PM (GMT-05:00)
To:[            ](TP) (FBI)[              ]"Hopper, Ronald (TP) (FBI)"      b6
                            [        (LA) (FBI)                    ]          b7C
[  (DO) (FBI)[              ]                          (TP) (FBI)'[        ]
[              ]"Tabb, Jay S. (CTD) (FBI)"[              ]"Mentzer, Larissa L. (CTD) (FBI)"
[              (TP) (FBI)[              ](TP) (FBI)'[              ]
(TP) (FBI)[              ]"Quinn, Richard P. (DO) (FBI)"[              ]
Subject: RE: Release of unredacted transcript

                                                                             b5

Unit Chief
National Press Office                                                        b6
FBI Office of Public Affairs                                                 b7C
[              ]office
[              ]mobile

**From:**[              ](TP) (FBI)
**Sent:** Monday, June 20, 2016 1:39 PM
**To:** Hopper, Ronald (TP) (FBI);[              ](DO) (FBI)[              ](LA) (FBI)[              ](DO) (FBI);   b6
[              ](TP) (FBI); Tabb, Jay S. (CTD) (FBI); Mentzer, Larissa L. (CTD) (FBI);[              ](TP) (FBI);   b7C
[              ]TP) (FBI)
**Subject:** RE: Release of unredacted transcript

                                                                             b5

--

1

-------- Original message --------
From: "Hopper, Ronald (TP) (FBI)"
Date: 06/20/2016 1:35 PM (GMT-05:00)
To:                (TP) (FBI)'                                        (DO) (FBI)"          b6
                                    (LA) (FBI)'                                            b7C
   (DO) (FBI)'                                              (TP) (FBI)'
                        'Tabb, Jay S. (CTD) (FBI)          TP) (FBI)'        "Mentzer, Larissa L. (CTD) (FBI)"
(TP) (FBI)'
Subject: RE: Release of unredacted transcript

b5

...

-------- Original message --------
From:                (TP) (FBI)"
Date: 06/20/2016 1:31 PM (GMT-05:00)                                                       b6
To:                (DO) (FBI)'                              LA) (FBI)"                     b7C
                        TP) (FBI)'                    "Hopper, Ronald (TP) (FBI)"
                        (DO) (FBI)'

Subject: RE: Release of unredacted transcript

I am providing this to Hopper.                                                             b5

...

-------- Original message --------
From:                (DO) (FBI)'
Date: 06/20/2016 1:28 PM (GMT-05:00)                                                       b6
To:                LA) (FBI)                                  (DO) (FBI)"                  b7C
                                    TP) (FBI)"
            TP) (FBI)
Subject: FW: Release of unredacted transcript

Looks like DOJ is going to issue a statement soon and release the full transcript of the 911 calls.   b5

I will send you their final--hopefully before it goes out.  This will happen sooner rather than later unless something changes.

Will you advise ASAC and other relevant parties that this is coming?

Thanks!

Unit Chief
National Press Office                                                                                                 b6
FBI Office of Public Affairs                                                                                        b7C

office
mobile

**From:** Quinn, Richard P. (DO) (FBI)
**Sent:** Monday, June 20, 2016 12:40 PM
**To:** Kortan, Michael P. (DO) (FBI)
**Cc:** [                    ](DO) (FBI)                                                                           b6
**Subject:** Fwd: Release of unredacted transcript                                                    b7C

This is what DOJ wants to put out...

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
(o)                                                                                                                            b6
(m)                                                                                                                           b7C

-------- Original message --------
From: "Newman, Melanie (OPA)" <Melanie.Newman@usdoj.gov>
Date: 06/20/2016 12:21 PM (GMT-05:00)                                                                 b6
To: "Raimondi, Marc (OPA) (JMD)" <Marc.Raimondi@usdoj.gov>, "Quinn, Richard P. (DO) (FBI)"    b7C

Subject: RE: Release of unredacted transcript

I would proposed something along the lines of the following -- and I think we need to move this out as soon as possible.    b5

b5

3

b5

Melanie R. Newman
Director, Office of Public Affairs
U.S. Department of Justice
Direct: 202-305-1920
Cell[            ]
@MelanieDOJ

b6

---

**From:** Raimondi, Marc (OPA)
**Sent:** Monday, June 20, 2016 12:12 PM
**To:** Newman, Melanie (OPA); Quinn, Richard P. (DO) (FBI)
**Subject:** RE: Release of unredacted transcript

Sorry, I meant to add that this was draft and was meant as a starting point for Melanie to edit.  My bad.

---

**From:** Newman, Melanie (OPA)
**Sent:** Monday, June 20, 2016 12:11 PM
**To:** Raimondi, Marc (OPA); Quinn, Richard P. (DO) (FBI)
**Subject:** RE: Release of unredacted transcript

Please hold on this – I need to edit this.

Melanie R. Newman
Director, Office of Public Affairs
U.S. Department of Justice
Direct: 202-305-1920
Cell[            ]
@MelanieDOJ

b6

---

**From:** Raimondi, Marc (OPA)
**Sent:** Monday, June 20, 2016 12:10 PM
**To:** Quinn, Richard P. (DO) (FBI); Newman, Melanie (OPA)
**Subject:** Release of unredacted transcript
**Importance:** High

(RMD) (FBI)

b6
b7C

| | |
|---|---|
| **From:** | Raimondi, Marc (OPA) (JMD) |
| **Sent:** | Monday, June 20, 2016 1:48 PM |
| **To:** | Woog, Carlin R. EOP/NSC |
| **Cc:** | Newman, Melanie (OPA) (JMD); Quinn, Richard P. (DO) (FBI); Price, Ned C. EOP/NSC |
| **Subject:** | RE: Talking Points for Transcript Release Today |

May be a bit longer, Melanie is running some final traps on it.

-----Original Message-----
From: Woog, Carlin R. EOP/NSC                                b6
Sent: Monday, June 20, 2016 1:44 PM
To: Raimondi, Marc (OPA)
Cc: Newman, Melanie (OPA); Quinn, Richard P. (DO) (FBI); Price, Ned C. EOP/NSC
Subject: Re: Talking Points for Transcript Release Today

Thank you

----------
Carl Woog
NSC/Press

b6

> On Jun 20, 2016, at 1:38 PM, Raimondi, Marc (OPA) <Marc.Raimondi@usdoj.gov> wrote:
>
> Carl, next few minutes it looks like, we will send you the final
>
> -----Original Message-----
> From: Woog, Carlin R. EOP/NSC                              b6
> Sent: Monday, June 20, 2016 1:31 PM
> To: Newman, Melanie (OPA)
> Cc: Quinn, Richard P. (DO) (FBI); Raimondi, Marc (OPA); Price, Ned C.
> EOP/NSC
> Subject: Re: Talking Points for Transcript Release Today
>
> How long until this goes out?
>
> ----------
> Carl Woog
> NSC/Press
>
>                                                            b6
>
>
>
>> On Jun 20, 2016, at 1:26 PM, Newman, Melanie (OPA) <Melanie.Newman@usdoj.gov> wrote:
>>
>> FYI - We plan to issue the following statement shortly, along with an unredacted version
of the transcript:

b5

b5

>>
>>> On Jun 20, 2016, at 11:02 AM, Woog, Carlin R. EOP/NSC [                    ] wrote:  b6
>>>

b5

>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Quinn, Richard P. (DO) (FBI) [                    ]
>>> Sent: Monday, June 20, 2016 10:54 AM
>>> To: Newman, Melanie (OPA) (JMD) <Melanie.Newman@usdoj.gov>; Woog,          b6
>>> Carlin R. EOP/NSC [                    ]                                    b7C
>>> Cc: Raimondi, Marc (OPA) (JMD) <Marc.Raimondi@usdoj.gov>; Price, Ned
>>> C. EOP/NSC [                    ]
>>> Subject: RE: Talking Points for Transcript Release Today
>>>
>>> Link coming but here's final...
>>>
>>> Richard P. Quinn
>>> Federal Bureau of Investigation
>>> Media/Investigative Publicity
>>> [            ] (o)                                                          b6
>>> [            ] (m)                                                          b7C
>>>
>>>
>>> -------- Original message --------
>>> From: "Newman, Melanie (OPA)" <Melanie.Newman@usdoj.gov>
>>> Date: 06/20/2016 10:49 AM (GMT-05:00)
>>> To: "Woog, Carlin R. EOP/NSC" [                    ]
>>> Cc: "Raimondi, Marc (OPA) (JMD)" <Marc.Raimondi@usdoj.gov>, "Quinn,        b6
>>> Richard P. (DO) (FBI)" [                    ] "Price, Ned C.               b7C
>>> EOP/NSC" [                    ]
>>> Subject: RE: Talking Points for Transcript Release Today
>>>
>>>
>>> Deferring to Rich on the final - as we have also not received or seen the final yet. I
don't believe it's posted yet on FBI.gov.
>>>
>>> Melanie R. Newman
>>> Director, Office of Public Affairs
>>> U.S. Department of Justice
>>> Direct: 202-305-1920                                                       b6
>>> Cell: [            ]

2

>>> @MelanieDOJ
>>>
>>>
>>> -----Original Message-----
>>> From: Woog, Carlin R. EOP/NSC                                    b6
>>> Sent: Monday, June 20, 2016 10:48 AM
>>> To: Newman, Melanie (OPA)
>>> Cc: Raimondi, Marc (OPA); Quinn, Richard P. (DO) (FBI); Price, Ned C.
>>> EOP/NSC
>>> Subject: RE: Talking Points for Transcript Release Today
>>>
>>> Now that you have released them, could you please send to us?
>>> Thanks, Carl
>>>
>>> -----Original Message-----
>>> From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]
>>> Sent: Monday, June 20, 2016 9:23 AM                              b6
>>> To: Woog, Carlin R. EOP/NSC                                      b7C
>>> Cc: Raimondi, Marc (OPA) <Marc.Raimondi@usdoj.gov>; Quinn, Richard P.
>>> (DO) (FBI)                        Price, Ned C. EOP/NSC
>>>
>>> Subject: Re: Talking Points for Transcript Release Today
>>>
>>> Let us know what else you need, thanks.
>>>
>>>> On Jun 20, 2016, at 9:21 AM, Woog, Carlin R. EOP/NSC                wrote:   b6
>>>>
>>>> Okay thanks.
>>>>
>>>> -----Original Message-----
>>>> From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]
>>>> Sent: Monday, June 20, 2016 9:18 AM
>>>> To: Woog, Carlin R. EOP/NSC                        Raimondi,           b6
>>>> Marc (OPA) <Marc.Raimondi@usdoj.gov>; Quinn, Richard P. (DO) (FBI)   b7C
>>>>
>>>> Cc: Price, Ned C. EOP/NSC
>>>> Subject: RE: Talking Points for Transcript Release Today
>>>>
>>>> +Rich, as this is an FBI release. He can give you details on when and how it will be   b6
>>>> released this morning, but it is going to happen before        briefs.   b7C
>>>>
>>>> Here is what I sent to you guys yesterday at 10:16 a.m. - I've updated to make it more   b6
>>>> useable for                                                              b7C
>>>>

                                                                             b5


>>>>

3

**b5**

```
>>>>
>>>> Melanie R. Newman
>>>> Director, Office of Public Affairs
>>>> U.S. Department of Justice
>>>> Direct: 202-305-1920                                    b6
>>>> Cell:
>>>> @MelanieDOJ
>>>>
>>>>
>>>> -----Original Message-----
>>>> From: Woog, Carlin R. EOP/NSC                           b6
>>>> Sent: Monday, June 20, 2016 9:07 AM
>>>> To: Newman, Melanie (OPA); Raimondi, Marc (OPA)
>>>> Cc: Price, Ned C. EOP/NSC
>>>> Subject: Talking Points for Transcript Release Today
>>>>
>>>> Hi Melanie and Marc,
>>>>
>>>> Do you have talking points for the transcript release this AM?
>>>>
>>>> Thanks,
>>>>
>>>> Carl
>>>>
>>>> ------------------------------------------
>>>> Carl Woog
>>>> NSC/Press
>>>>
>>>>                                                          b6
>>>>
>>>>
>
```

4

[redacted] (RMD) (FBI)                                                    b6
                                                                          b7C

**From:**       Hopper, Ronald  (TP) (FBI)
**Sent:**       Monday, June 20, 2016 1:48 PM
**To:**         [redacted] (DO) (FBI); [redacted] (TP) (FBI); [redacted] (LA) (FBI);
                [redacted] (DO) (FBI); [redacted] (TP) (FBI); Tabb, Jay S. (CTD) (FBI);
                Mentzer, Larissa L. (CTD) (FBI) [redacted] (TP) (FBI); [redacted] (TP) (FBI);
                Quinn, Richard P. (DO) (FBI)
**Subject:**    RE: Release of unredacted transcript

[redacted]                                                                b5

--

-------- Original message --------
From: [redacted] (DO) (FBI)"
Date: 06/20/2016 1:44 PM (GMT-05:00)
To: [redacted] (TP) (FBI)"          [redacted] "Hopper, Ronald (TP) (FBI)"
[redacted] (LA) (FBI)"                                                    b6
[redacted] (DO) (FBI)"                        [redacted] (TP) (FBI)'       b7C
[redacted] Tabb, Jay S. (CTD) (FBI)'      [redacted] 'Mentzer, Larissa L. (CTD) (FBI)"
[redacted] (TP) (FBI)"
(TP) (FBI)"     [redacted] "Quinn, Richard P. (DO) (FBI)" [redacted]
Subject: RE: Release of unredacted transcript

[redacted]                                                                b5

[redacted]

[redacted]

Unit Chief
National Press Office
FBI Office of Public Affairs                                              b6
                                                                          b7C

[redacted] office
[redacted] mobile

**From:** [redacted] (TP) (FBI)
**Sent:** Monday, June 20, 2016 1:39 PM                                   b6
**To:** Hopper, Ronald (TP) (FBI) [redacted] (DO) (FBI); [redacted] (LA) (FBI); [redacted] (DO) (FBI);  b7C
[redacted] (TP) (FBI); Tabb, Jay S. (CTD) (FBI); Mentzer, Larissa L. (CTD) (FBI); [redacted] (TP) (FBI);
[redacted] (TP) (FBI)
**Subject:** RE: Release of unredacted transcript

[redacted]                                                                b5

1

--

-------- Original message --------
From: "Hopper, Ronald (TP) (FBI)" [                    ]
Date: 06/20/2016 1:35 PM (GMT-05:00)
To: [            ] (TP) (FBI)" [                    ] (DO) (FBI)"     b6
[              ] (LA) (FBI)                    [        ] (TP) (FBI)"     b7C
[      ] (DO) (FBI)"                    [                ]
[              ] "Tabb, Jay S. (CTD) (FBI)"     "Mentzer, Larissa L. (CTD) (FBI)"
[                        ] (TP) (FBI)"
[      ] (TP) (FBI)"
Subject: RE: Release of unredacted transcript

[                                                                    ]     b5
[                                                                    ]

--

-------- Original message --------
From: [              ] (TP) (FBI)" [                    ]
Date: 06/20/2016 1:31 PM (GMT-05:00)
To: [            ] (DO) (FBI)"                    [        ] (LA) (FBI)"     b6
[                ] (DO) (FBI)"                         b7C
[              ] (TP) (FBI)"                    "Hopper, Ronald (TP) (FBI)"
[              ]
Subject: RE: Release of unredacted transcript

I am providing this to Hopper. [                                  ]     b5
[                                                                    ]

--

-------- Original message --------
From: [              ] (DO) (FBI)" [                    ]
Date: 06/20/2016 1:28 PM (GMT-05:00)
To: [            ] (LA) (FBI)"                    [        ] (DO) (FBI)"     b6
[                        ] (TP) (FBI)"                         b7C
[      ] (TP) (FBI)" [                ]
Subject: FW: Release of unredacted transcript

Looks like DOJ is going to issue a statement soon and release the full transcript of the 911 calls. [        ]
[                                                                    ]     b5

2

I will send you their final--hopefully before it goes out. This will happen sooner rather than later unless something changes.

Will you advise ASAC and other relevant parties that this is coming?

Thanks!

_____

Unit Chief
National Press Office
FBI Office of Public Affairs

b6
b7C

_____ office
                   mobile

**From:** Quinn, Richard P. (DO) (FBI)
**Sent:** Monday, June 20, 2016 12:40 PM
**To:** Kortan, Michael P. (DO) (FBI)
**Cc:** [_____] DO) (FBI)
**Subject:** Fwd: Release of unredacted transcript

b6
b7C

This is what DOJ wants to put out...

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
[_____] (o)
[_____] (m)

b6
b7C

-------- Original message --------
From: "Newman, Melanie (OPA)" <Melanie.Newman@usdoj.gov>
Date: 06/20/2016 12:21 PM (GMT-05:00)
To: "Raimondi, Marc (OPA) (JMD)" <Marc.Raimondi@usdoj.gov>, "Quinn, Richard P. (DO) (FBI)"
[_____]
Subject: RE: Release of unredacted transcript

b6
b7C

I would proposed something along the lines of the following -- and I think we need to move this out as soon as possible.

b5

b5

b5

Melanie R. Newman
Director, Office of Public Affairs
U.S. Department of Justice
Direct: 202-305-1920
Cell:

b6

@MelanieDOJ

**From:** Raimondi, Marc (OPA)
**Sent:** Monday, June 20, 2016 12:12 PM
**To:** Newman, Melanie (OPA); Quinn, Richard P. (DO) (FBI)
**Subject:** RE: Release of unredacted transcript

Sorry, I meant to add that this was draft and was meant as a starting point for Melanie to edit. My bad.

**From:** Newman, Melanie (OPA)
**Sent:** Monday, June 20, 2016 12:11 PM
**To:** Raimondi, Marc (OPA); Quinn, Richard P. (DO) (FBI)
**Subject:** RE: Release of unredacted transcript

Please hold on this – I need to edit this.

Melanie R. Newman
Director, Office of Public Affairs
U.S. Department of Justice
Direct: 202-305-1920
Cell:

b6

@MelanieDOJ

**From:** Raimondi, Marc (OPA)
**Sent:** Monday, June 20, 2016 12:10 PM
**To:** Quinn, Richard P. (DO) (FBI); Newman, Melanie (OPA)
**Subject:** Release of unredacted transcript
**Importance:** High

4

**(RMD) (FBI)**                                                                b6
                                                                               b7C

| | |
|---|---|
| **From:** | Newman, Melanie (OPA) (JMD) |
| **Sent:** | Monday, June 20, 2016 1:49 PM |
| **To:** | Raimondi, Marc (OPA) (JMD) |
| **Cc:** | Kortan, Michael P. (DO) (FBI); Quinn, Richard P. (DO) (FBI) |
| **Subject:** | Re: DRAFT: JOINT STATEMENT FROM JUSTICE DEPARTMENT AND FBI REGARDING TRANSCRIPTS RELATED TO THE ORLANDO TERROR ATTACK |
| **Attachments:** | image001.jpg; image002.png |

Let's shoot for 1:55. AG had cleared but we are also flagging for leg and management folks.

On Jun 20, 2016, at 1:46 PM, Raimondi, Marc (OPA) <mraimondi@jmd.usdoj.gov<mailto:mraimondi@jmd.usdoj.gov>> wrote:

Team, please prep to launch but we are getting this in front of the AG for final clearance.

From: James, Kelli D. (OPA)
Sent: Monday, June 20, 2016 1:41 PM
To: Newman, Melanie (OPA)
Cc: Raimondi, Marc (OPA)
Subject: DRAFT: JOINT STATEMENT FROM JUSTICE DEPARTMENT AND FBI REGARDING TRANSCRIPTS RELATED TO THE ORLANDO TERROR ATTACK

<image001.jpg><image002.png>

---

FOR IMMEDIATE RELEASE
OPA
MONDAY, JUNE 20, 2016
(202) 514-2007
www.JUSTICE.GOV<http://www.justice.gov/>
TTY (866) 544-5309

b5

1

RMD) (FBI)                                                                b6
                                                                         b7C

| | |
|---|---|
| From: | Kortan, Michael P. (DO) (FBI) |
| Sent: | Monday, June 20, 2016 1:52 PM |
| To: | Quinn, Richard P. (DO) (FBI) |
| Subject: | FW: DRAFT: JOINT STATEMENT FROM JUSTICE DEPARTMENT AND FBI REGARDING TRANSCRIPTS RELATED TO THE ORLANDO TERROR ATTACK |
| Attachments: | image001.jpg; image002.png |

Can you send me your latest?

-----Original Message-----
From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]       b6
Sent: Monday, June 20, 2016 1:49 PM                                  b7C
To: Raimondi, Marc (OPA) (JMD) <Marc.Raimondi@usdoj.gov>
Cc: Kortan, Michael P. (DO) (FBI)                    Quinn, Richard P. (DO) (FBI)

Subject: Re: DRAFT: JOINT STATEMENT FROM JUSTICE DEPARTMENT AND FBI REGARDING TRANSCRIPTS
RELATED TO THE ORLANDO TERROR ATTACK

Let's shoot for 1:55. AG had cleared but we are also flagging for leg and management folks.

On Jun 20, 2016, at 1:46 PM, Raimondi, Marc (OPA)
<mraimondi@jmd.usdoj.gov<mailto:mraimondi@jmd.usdoj.gov>> wrote:

Team, please prep to launch but we are getting this in front of the AG for final clearance.

From: James, Kelli D. (OPA)
Sent: Monday, June 20, 2016 1:41 PM
To: Newman, Melanie (OPA)
Cc: Raimondi, Marc (OPA)
Subject: DRAFT: JOINT STATEMENT FROM JUSTICE DEPARTMENT AND FBI REGARDING TRANSCRIPTS RELATED
TO THE ORLANDO TERROR ATTACK

<image001.jpg><image002.png>

FOR IMMEDIATE RELEASE
OPA
MONDAY, JUNE 20, 2016
(202) 514-2007
WWW.JUSTICE.GOV<http://www.justice.gov/>
TTY (866) 544-5309

b5

1

**(RMD) (FBI)**

b6
b7C

| | |
|---|---|
| **From:** | Kortan, Michael P. (DO) (FBI) |
| **Sent:** | Monday, June 20, 2016 2:05 PM |
| **To:** | Quinn, Richard P. (DO) (FBI) |
| **Subject:** | FW: Talking Points for Transcript Release Today |

b5

_____ **(RMD) (FBI)**                                                       b6
                                                                                            b7C

**From:**          Raimondi, Marc (OPA) (JMD)
**Sent:**          Monday, June 20, 2016 2:08 PM
**To:**            Quinn, Richard P. (DO) (FBI)
**Cc:**            Newman, Melanie (OPA) (JMD)
**Subject:**       RE:

Looks good, thanks

**From:** Quinn, Richard P. (DO) (FBI) _____
**Sent:** Monday, June 20, 2016 2:06 PM
**To:** Raimondi, Marc (OPA)                                                                b6
**Cc:** Newman, Melanie (OPA)                                                               b7C
**Subject:**

Marc,

   Mike did some additions:

                                                                                            b5

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
_____ (o)                                                                        b6
_____ (m)                                                                        b7C

1

**(RMD) (FBI)**

b6
b7C

| | |
|---|---|
| **From:** | Newman, Melanie (OPA) (JMD) |
| **Sent:** | Monday, June 20, 2016 2:09 PM |
| **To:** | Quinn, Richard P. (DO) (FBI) |
| **Cc:** | Raimondi, Marc (OPA) (JMD) |
| **Subject:** | Re: |

b5

b5

On Jun 20, 2016, at 2:06 PM, Quinn, Richard P. (DO) (FBI)

wrote:

b6
b7C

Marc,

    Mike did some additions:

b5

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity

(o)
(m)

b6
b7C

☐ (RMD) (FBI)

| | | |
|---|---|---|
| **From:** | ☐ (DO) (FBI) | b6 |
| **Sent:** | Monday, June 20, 2016 2:15 PM | b7C |
| **To:** | ☐ (DO) (FBI); ☐ (LA) (FBI); ☐ (TP) (FBI); ☐ (TP) (FBI) | |
| **Cc:** | Quinn, Richard P. (DO) (FBI) | |
| **Subject:** | RE: Release of unredacted transcript | |

DOJ is tracking the same way.

☐

Unit Chief
National Press Office
FBI Office of Public Affairs                                                                 b6
                                                                                            b7C

☐ office
☐ mobile

| | | |
|---|---|---|
| **From:** ☐ (DO) (FBI) | | b6 |
| **Sent:** Monday, June 20, 2016 2:12 PM | | b7C |
| **To:** ☐ (DO) (FBI); ☐ (LA) (FBI); ☐ (TP) (FBI); ☐ (TP) (FBI) | | |
| **Subject:** RE: Release of unredacted transcript | | |

☐                                                                                            b5

--

.

-------- Original message --------
From: ☐ (DO) (FBI)"☐                                                                         b6
Date: 06/20/2016 2:02 PM (GMT-05:00)                                                         b7C
To: ☐ (DO) (FBI)"☐ (LA) (FBI)"
☐ (TP) (FBI)"☐
Subject: RE: Release of unredacted transcript

Have not seen the final, just the sent their early sentiment.

☐

Unit Chief
National Press Office
FBI Office of Public Affairs                                                                 b6
                                                                                            b7C

☐ office
☐ mobile

1

**From:** [redacted] (DO) (FBI)
**Sent:** Monday, June 20, 2016 2:01 PM
**To:** [redacted] (DO) (FBI) [redacted] LA) (FBI) [redacted] (TP) (FBI); [redacted] TP) (FBI)
**Subject:** RE: Release of unredacted transcript

b6
b7C

[redacted] do you know what the statement will say? The statement that accompanies the new unreached release?

b6
b7C

--

-------- Original message --------
**From:** [redacted] (DO) (FBI)' [redacted]
**Date:** 06/20/2016 1:28 PM (GMT-05:00)
**To:** [redacted] LA) (FBI) [redacted] (DO) (FBI)"
[redacted] (TP) (FBI) [redacted]
[redacted] (TP) (FBI)' [redacted]
**Subject:** FW: Release of unredacted transcript

b6
b7C

Looks like DOJ is going to issue a statement soon and release the full transcript of the 911 calls. [redacted]
[redacted]

b5

I will send you their final--hopefully before it goes out. This will happen sooner rather than later unless something changes.

Will you advise ASAC and other relevant parties that this is coming?

Thanks!

[redacted]
Unit Chief
National Press Office
FBI Office of Public Affairs

b6
b7C

[redacted] office
[redacted] mobile

**From:** Quinn, Richard P. (DO) (FBI)
**Sent:** Monday, June 20, 2016 12:40 PM
**To:** Kortan, Michael P. (DO) (FBI)
**Cc:** [redacted] (DO) (FBI)
**Subject:** Fwd: Release of unredacted transcript

b6
b7C

This is what DOJ wants to put out...

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
[redacted] (o)

b6
b7C

[REDACTED] (m)                                                              b6
                                                                           b7C

-------- Original message --------
From: "Newman, Melanie (OPA)" <Melanie.Newman@usdoj.gov>                    b6
Date: 06/20/2016 12:21 PM (GMT-05:00)                                      b7C
To: "Raimondi, Marc (OPA) (JMD)" <Marc.Raimondi@usdoj.gov>, "Quinn, Richard P. (DO) (FBI)"
[REDACTED]

Subject: RE: Release of unredacted transcript

I would proposed something along the lines of the following – and I think we need to move this out as soon as possible.      b5

[REDACTED]                                                                  b5

Melanie R. Newman
Director, Office of Public Affairs
U.S. Department of Justice
Direct: 202-305-1920
Cell [REDACTED]                                                             b6
@MelanieDOJ

---
**From:** Raimondi, Marc (OPA)
**Sent:** Monday, June 20, 2016 12:12 PM
**To:** Newman, Melanie (OPA); Quinn, Richard P. (DO) (FBI)
**Subject:** RE: Release of unredacted transcript

Sorry, I meant to add that this was draft and was meant as a starting point for Melanie to edit.  My bad.

---

**From:** Newman, Melanie (OPA)
**Sent:** Monday, June 20, 2016 12:11 PM
**To:** Raimondi, Marc (OPA); Quinn, Richard P. (DO) (FBI)
**Subject:** RE: Release of unredacted transcript

Please hold on this -- I need to edit this.

Melanie R. Newman
Director, Office of Public Affairs
U.S. Department of Justice
Direct: 202-305-1920
Cell                                                                  b6
@MelanieDOJ

---

**From:** Raimondi, Marc (OPA)
**Sent:** Monday, June 20, 2016 12:10 PM
**To:** Quinn, Richard P. (DO) (FBI); Newman, Melanie (OPA)
**Subject:** Release of unredacted transcript
**Importance:** High

b5

b5

b5

4

| _____ | **(RMD) (FBI)** | b6 |
|                  |                 | b7C |

| | |
|---|---|
| **From:** | Newman, Melanie (OPA) (JMD) |
| **Sent:** | Monday, June 20, 2016 2:16 PM |
| **To:** | Quinn, Richard P. (DO) (FBI) |
| **Cc:** | Raimondi, Marc (OPA) (JMD) |
| **Subject:** | Fwd: UPDATED DRAFT: JOINT STATEMENT FROM JUSTICE DEPARTMENT AND FBI REGARDING TRANSCRIPTS RELATED TO THE ORLANDO TERROR ATTACK |
| **Attachments:** | image001.jpg; image002.png |

Rich - has the Director or CoS cleared this?

We are ready to launch but want to confirm clearance on your end. Thanks.

Begin forwarded message:

From: "James, Kelli D. (OPA)" <kjames@jmd.usdoj.gov<mailto:kjames@jmd.usdoj.gov>>
Date: June 20, 2016 at 2:14:44 PM EDT
To: "Newman, Melanie (OPA)" <mnewman@jmd.usdoj.gov<mailto:mnewman@jmd.usdoj.gov>>
Cc: "Raimondi, Marc (OPA)" <mraimondi@jmd.usdoj.gov<mailto:mraimondi@jmd.usdoj.gov>>
Subject: UPDATED DRAFT: JOINT STATEMENT FROM JUSTICE DEPARTMENT AND FBI REGARDING TRANSCRIPTS RELATED TO THE ORLANDO TERROR ATTACK

[cid:image001.jpg@01D1CAFE.18072380][cid:image002.png@01D1CAFE.18072380]

---

FOR IMMEDIATE RELEASE
OPA
MONDAY, JUNE 20, 2016
(202) 514-2007
WWW.JUSTICE.GOV<http://www.justice.gov/>
TTY (866) 544-5309

b5

1

**(RMD) (FBI)**

b6
b7C

| | |
|---|---|
| **From:** | Kortan, Michael P. (DO) (FBI) |
| **Sent:** | Monday, June 20, 2016 2:30 PM |
| **To:** | Quinn, Richard P. (DO) (FBI) |
| **Subject:** | FW: Suggested edits |

This is being circulated at DOJ now.

**From:** Axelrod, Matthew (ODAG) [mailto:Matthew.Axelrod@usdoj.gov]
**Sent:** Monday, June 20, 2016 2:26 PM                                                                 b6
**To:** Kortan, Michael P. (DO) (FBI)                          Newman, Melanie (OPA) (JMD)        b7C
<Melanie.Newman@usdoj.gov>; Rybicki, James E. (DO) (FBI)
**Subject:** Suggested edits

I just spoke to Rybicki and we had a few minor tweaks, indicated in blue below.  If you guys are okay with this, then we can send it out.

b5

Matthew S. Axelrod
Principal Associate Deputy Attorney General
U.S. Department of Justice
Desk:  (202) 514-2105                                                                                        b6
Cell:

1

**(RMD) (FBI)**                                                                        b6
                                                                                       b7C

| | |
|---|---|
| **From:** | Newman, Melanie (OPA) (JMD) |
| **Sent:** | Monday, June 20, 2016 2:31 PM |
| **To:** | Quinn, Richard P. (DO) (FBI) |
| **Cc:** | Raimondi, Marc (OPA) (JMD)_____(DO) (FBI) |
| **Subject:** | Re: UPDATED DRAFT: JOINT STATEMENT FROM JUSTICE DEPARTMENT AND FBI REGARDING TRANSCRIPTS RELATED TO THE ORLANDO TERROR ATTACK |

b6
b7C

What is the revision you made? We've received a different version that includes Rybicki's edits.

> On Jun 20, 2016, at 2:29 PM, Quinn, Richard P. (DO) (FBI) _____ wrote:
>
> Thanks Melanie-COS Jim Rybicki reviewing now.
>
> Made one minor revision below:

b6
b7C

b5

1

> 

b5

> 
> 
> Richard P. Quinn
> Federal Bureau of Investigation
> Media/Investigative Publicity
> _____ (o)

b6

> _____ (m)

b7C

> 
> 
> -----Original Message-----
> From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]
> Sent: Monday, June 20, 2016 2:16 PM
> To: Quinn, Richard P. (DO) (FBI)
> Cc: Raimondi, Marc (OPA) (JMD)
> Subject: Fwd: UPDATED DRAFT: JOINT STATEMENT FROM JUSTICE DEPARTMENT
> AND FBI REGARDING TRANSCRIPTS RELATED TO THE ORLANDO TERROR ATTACK
> 
> Rich - has the Director or CoS cleared this?
> 
> We are ready to launch but want to confirm clearance on your end. Thanks.
> 
> 
> Begin forwarded message:
> 
> From: "James, Kelli D. (OPA)"
> <kjames@jmd.usdoj.gov<mailto:kjames@jmd.usdoj.gov>>
> Date: June 20, 2016 at 2:14:44 PM EDT
> To: "Newman, Melanie (OPA)"
> <mnewman@jmd.usdoj.gov<mailto:mnewman@jmd.usdoj.gov>>
> Cc: "Raimondi, Marc (OPA)"
> <mraimondi@jmd.usdoj.gov<mailto:mraimondi@jmd.usdoj.gov>>
> Subject: UPDATED DRAFT: JOINT STATEMENT FROM JUSTICE DEPARTMENT AND
> FBI REGARDING TRANSCRIPTS RELATED TO THE ORLANDO TERROR ATTACK
> 
> [cid:image001.jpg@01D1CAFE.18072380][cid:image002.png@01D1CAFE.1807238
> 0]
> --------------------------------------------------------------------------------
> FOR IMMEDIATE RELEASE
OPA
> MONDAY, JUNE 20, 2016
(202) 514-2007
> WWW.JUSTICE.GOV<http://www.justice.gov/>
TTY (866) 544-5309
> 

b5

_____ **(RMD) (FBI)**                                                          b6
                                                                                         b7C

**From:**          Newman, Melanie (OPA) (JMD)
**Sent:**          Monday, June 20, 2016 2:31 PM
**To:**            Quinn, Richard P. (DO) (FBI)
**Subject:**       Fwd: Suggested edits


Begin forwarded message:

From: "Newman, Melanie (OPA)" <mnewman@jmd.usdoj.gov<mailto:mnewman@jmd.usdoj.gov>>        b6
Date: June 20, 2016 at 2:29:35 PM EDT                                                     b7C
To: "Axelrod, Matthew (ODAG)" <maaxelrod@jmd.usdoj.gov<mailto:maaxelrod@jmd.usdoj.gov>>
Cc: "Kortan, Michael P. (DO) (FBI)"
_____ "Rybicki, James E. (DO) (FBI)"
Subject: Re: Suggested edits

One minor grammar edit below in caps. If this works, we will finalize and send.

On Jun 20, 2016, at 2:25 PM, Axelrod, Matthew (ODAG)
<maaxelrod@jmd.usdoj.gov<mailto:maaxelrod@jmd.usdoj.gov>> wrote:

I just spoke to Rybicki and we had a few minor tweaks, indicated in blue below.  If you guys
are okay with this, then we can send it out.

                                                                                         b5

Matthew S. Axelrod
Principal Associate Deputy Attorney General U.S. Department of Justice
Desk:  (202) 514-2105                                                                    b6
Cell: _____

1

_____**(RMD) (FBI)**_____                    **b6**
                                                                                 **b7C**

**From:**       Newman, Melanie (OPA) (JMD)
**Sent:**       Monday, June 20, 2016 2:40 PM
**To:**         Quinn, Richard P. (DO) (FBI)
**Cc:**         Kortan, Michael P. (DO) (FBI); Raimondi, Marc (OPA) (JMD); James, Kelli D. (OPA) (JMD)
**Subject:**    RE: Suggested edits


Edits made to the below. Kelli, can you mock up this final, final version?

Melanie R. Newman
Director, Office of Public Affairs
U.S. Department of Justice
Direct: 202-305-1920
Cell: [_____]                                                                 **b6**
@MelanieDOJ


-----Original Message-----                                                       **b6**
From: Quinn, Richard P. (DO) (FBI) [_____]                     **b7C**
Sent: Monday, June 20, 2016 2:35 PM
To: Newman, Melanie (OPA)
Cc: Kortan, Michael P. (DO) (FBI); Raimondi, Marc (OPA)
Subject: RE: Suggested edits

So this incorporates the changes made by Mr. Axelrod:

Might be worth doing a final look just to make sure we haven't lost anything due to multiple
versions flying back/forth:

                                                                                 **b5**

b5

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity

(o)
(m)

b6
b7C

-----Original Message-----
From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]
Sent: Monday, June 20, 2016 2:31 PM
To: Quinn, Richard P. (DO) (FBI)
Subject: Fwd: Suggested edits


Begin forwarded message:

From: "Newman, Melanie (OPA)" <mnewman@jmd.usdoj.gov<mailto:mnewman@jmd.usdoj.gov>>
Date: June 20, 2016 at 2:29:35 PM EDT
To: "Axelrod, Matthew (ODAG)" <maaxelrod@jmd.usdoj.gov<mailto:maaxelrod@jmd.usdoj.gov>>
Cc: "Kortan, Michael P. (DO) (FBI)"

b6
b7C

"Rybicki, James E. (DO) (FBI)"

Subject: Re: Suggested edits

One minor grammar edit below in caps. If this works, we will finalize and send.

On Jun 20, 2016, at 2:25 PM, Axelrod, Matthew (ODAG)
<maaxelrod@jmd.usdoj.gov<mailto:maaxelrod@jmd.usdoj.gov>> wrote:

I just spoke to Rybicki and we had a few minor tweaks, indicated in blue below.  If you guys
are okay with this, then we can send it out.

b5

**b5**

Matthew S. Axelrod
Principal Associate Deputy Attorney General U.S. Department of Justice
Desk:  (202) 514-2105                                                    **b6**
Cell:

_____**(RMD) (FBI)**_____   b6
                                                                                     b7C

| | |
|---|---|
| **From:** | James, Kelli D. (OPA) (JMD) |
| **Sent:** | Monday, June 20, 2016 2:41 PM |
| **To:** | Newman, Melanie (OPA) (JMD); Quinn, Richard P. (DO) (FBI) |
| **Cc:** | Kortan, Michael P. (DO) (FBI); Raimondi, Marc (OPA) (JMD) |
| **Subject:** | RE: Suggested edits |

Got it - will get back to you asap.

-----Original Message-----
From: Newman, Melanie (OPA)
Sent: Monday, June 20, 2016 2:40 PM
To: Quinn, Richard P. (DO) (FBI)
Cc: Kortan, Michael P. (DO) (FBI); Raimondi, Marc (OPA); James, Kelli D. (OPA)
Subject: RE: Suggested edits

Edits made to the below. Kelli, can you mock up this final, final version?

Melanie R. Newman
Director, Office of Public Affairs
U.S. Department of Justice
Direct: 202-305-1920
Cell:｜＿＿＿＿＿＿＿｜                                                                  b6
@MelanieDOJ


-----Original Message-----                                                            b6
From: Quinn, Richard P. (DO) (FBI) [mailto:｜＿＿＿＿＿＿＿＿＿＿＿＿｜                         b7C
Sent: Monday, June 20, 2016 2:35 PM
To: Newman, Melanie (OPA)
Cc: Kortan, Michael P. (DO) (FBI); Raimondi, Marc (OPA)
Subject: RE: Suggested edits

So this incorporates the changes made by Mr. Axelrod:

Might be worth doing a final look just to make sure we haven't lost anything due to multiple
versions flying back/forth:

                                                                                      b5

1

b5

Richard P. Quinn
Federal Bureau of Investigation
Media/Investigative Publicity
_____ (o)
_____ (m)

b6
b7C

-----Original Message-----
From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]
Sent: Monday, June 20, 2016 2:31 PM
To: Quinn, Richard P. (DO) (FBI)
Subject: Fwd: Suggested edits



Begin forwarded message:

From: "Newman, Melanie (OPA)" <mnewman@jmd.usdoj.gov<mailto:mnewman@jmd.usdoj.gov>>
Date: June 20, 2016 at 2:29:35 PM EDT
To: "Axelrod, Matthew (ODAG)" <maaxelrod@jmd.usdoj.gov<mailto:maaxelrod@jmd.usdoj.gov>>
Cc: "Kortan, Michael P. (DO) (FBI)"
_____ "Rybicki, James E. (DO) (FBI)"
_____
Subject: Re: Suggested edits

b6
b7C

One minor grammar edit below in caps. If this works, we will finalize and send.

On Jun 20, 2016, at 2:25 PM, Axelrod, Matthew (ODAG)
<maaxelrod@jmd.usdoj.gov<mailto:maaxelrod@jmd.usdoj.gov>> wrote:

I just spoke to Rybicki and we had a few minor tweaks, indicated in blue below.  If you guys
are okay with this, then we can send it out.

2

b5

Matthew S. Axelrod
Principal Associate Deputy Attorney General U.S. Department of Justice
Desk:  (202) 514-2105                                                          b6
Cell:

**(RMD) (FBI)**                                                                    b6
                                                                                    b7C

| | |
|---|---|
| **From:** | Newman, Melanie (OPA) (JMD) |
| **Sent:** | Monday, June 20, 2016 2:47 PM |
| **To:** | Woog, Carlin R. EOP/NSC; Raimondi, Marc (OPA) (JMD) |
| **Cc:** | Quinn, Richard P. (DO) (FBI); Price, Ned C. EOP/NSC |
| **Subject:** | RE: Talking Points for Transcript Release Today |

Here is the version that will go out in a few minutes. We are mocking up final now.

b5

Melanie R. Newman
Director, Office of Public Affairs
U.S. Department of Justice
Direct: 202-305-1920                                                              b6
Cell: [          ]
@MelanieDOJ


-----Original Message-----
From: Woog, Carlin R. EOP/NSC [mailto:[          ]                              b6

1

Sent: Monday, June 20, 2016 1:44 PM
To: Raimondi, Marc (OPA)
Cc: Newman, Melanie (OPA); Quinn, Richard P. (DO) (FBI); Price, Ned C. EOP/NSC
Subject: Re: Talking Points for Transcript Release Today

Thank you

- - - - - - - - -
Carl Woog
NSC/Press                                                                    b6



> On Jun 20, 2016, at 1:38 PM, Raimondi, Marc (OPA) <Marc.Raimondi@usdoj.gov> wrote:
>
> Carl, next few minutes it looks like, we will send you the final
>
> -----Original Message-----
> From: Woog, Carlin R. EOP/NSC                                              b6
> Sent: Monday, June 20, 2016 1:31 PM
> To: Newman, Melanie (OPA)
> Cc: Quinn, Richard P. (DO) (FBI); Raimondi, Marc (OPA); Price, Ned C.
> EOP/NSC
> Subject: Re: Talking Points for Transcript Release Today
>
> How long until this goes out?
>
> - - - - - - - - -
> Carl Woog
> NSC/Press                                                                  b6
>
>
>
>> On Jun 20, 2016, at 1:26 PM, Newman, Melanie (OPA) <Melanie.Newman@usdoj.gov> wrote:
>>
>> FYI - We plan to issue the following statement shortly, along with an unredacted version
of the transcript:

                                                                            b5



>>
>>> On Jun 20, 2016, at 11:02 AM, Woog, Carlin R. EOP/NSC         wrote:     b6
>>>
                                                                            b5

>>>

b5

>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Quinn, Richard P. (DO) (FBI) [mailto:
>>> Sent: Monday, June 20, 2016 10:54 AM
>>> To: Newman, Melanie (OPA) (JMD) <Melanie.Newman@usdoj.gov>; Woog,
>>> Carlin R. EOP/NSC                                                    b6
>>> Cc: Raimondi, Marc (OPA) (JMD) <Marc.Raimondi@usdoj.gov>; Price, Ned   b7C
>>> C. EOP/NSC
>>> Subject: RE: Talking Points for Transcript Release Today
>>>
>>> Link coming but here's final...
>>>
>>> Richard P. Quinn
>>> Federal Bureau of Investigation
>>> Media/Investigative Publicity
>>>                  (o)                                                  b6
>>>                  (m)                                                  b7C
>>>
>>>
>>> -------- Original message --------
>>> From: "Newman, Melanie (OPA)" <Melanie.Newman@usdoj.gov>
>>> Date: 06/20/2016 10:49 AM (GMT-05:00)
>>> To: "Woog, Carlin R. EOP/NSC"                                        b6
>>> Cc: "Raimondi, Marc (OPA) (JMD)" <Marc.Raimondi@usdoj.gov>, "Quinn,   b7C
>>> Richard P. (DO) (FBI)"                        "Price, Ned C.
>>> EOP/NSC"
>>> Subject: RE: Talking Points for Transcript Release Today
>>>
>>>
>>> Deferring to Rich on the final - as we have also not received or seen the final yet. I
>>> don't believe it's posted yet on FBI.gov.
>>>
>>> Melanie R. Newman
>>> Director, Office of Public Affairs
>>> U.S. Department of Justice
>>> Direct: 202-305-1920                                                 b6
>>> Cell:
>>> @MelanieDOJ
>>>
>>>
>>> -----Original Message-----
>>> From: Woog, Carlin R. EOP/NSC
>>> Sent: Monday, June 20, 2016 10:48 AM                                 b6
>>> To: Newman, Melanie (OPA)
>>> Cc: Raimondi, Marc (OPA); Quinn, Richard P. (DO) (FBI); Price, Ned C.
>>> EOP/NSC
>>> Subject: RE: Talking Points for Transcript Release Today
>>>
>>> Now that you have released them, could you please send to us?
>>> Thanks, Carl
>>>

3

```
>>> -----Original Message-----
>>> From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]
>>> Sent: Monday, June 20, 2016 9:23 AM
>>> To: Woog, Carlin R. EOP/NSC                                          b6
>>> Cc: Raimondi, Marc (OPA) <Marc.Raimondi@usdoj.gov>; Quinn, Richard P.   b7C
>>> (DO) (FBI)                        Price, Ned C. EOP/NSC
>>>
>>> Subject: Re: Talking Points for Transcript Release Today
>>>
>>> Let us know what else you need, thanks.
>>>
>>>> On Jun 20, 2016, at 9:21 AM, Woog, Carlin R. EOP/NSC              wrote:   b6
>>>>
>>>> Okay thanks.
>>>>
>>>> -----Original Message-----
>>>> From: Newman, Melanie (OPA) [mailto:Melanie.Newman@usdoj.gov]
>>>> Sent: Monday, June 20, 2016 9:18 AM                                 b6
>>>> To: Woog, Carlin R. EOP/NSC                         Raimondi,        b7C
>>>> Marc (OPA) <Marc.Raimondi@usdoj.gov>; Quinn, Richard P. (DO) (FBI)
>>>>
>>>> Cc: Price, Ned C. EOP/NSC
>>>> Subject: RE: Talking Points for Transcript Release Today
>>>>                                                                      b6
>>>> +Rich, as this is an FBI release. He can give you details on when and how it will be   b7C
released this morning, but it is going to happen before        briefs.
>>>>
>>>> Here is what I sent to you guys yesterday at 10:16 a.m. - I've updated to make it more
useable for
>>>>                                                                      b6
>>>>                                                                      b7C
>>>>
```
                                                                          b5

```
>>>>
>>>> Melanie R. Newman
>>>> Director, Office of Public Affairs
```



```
>>>> U.S. Department of Justice
>>>> Direct: 202-305-1920
>>>> Cell: [          ]                                    b6
>>>> @MelanieDOJ
>>>>
>>>>
>>>> -----Original Message-----
>>>> From: Woog, Carlin R. EOP/NSC [                    ]   b6
>>>> Sent: Monday, June 20, 2016 9:07 AM
>>>> To: Newman, Melanie (OPA); Raimondi, Marc (OPA)
>>>> Cc: Price, Ned C. EOP/NSC
>>>> Subject: Talking Points for Transcript Release Today
>>>>
>>>> Hi Melanie and Marc,
>>>>
>>>> Do you have talking points for the transcript release this AM?
>>>>
>>>> Thanks,
>>>>
>>>> Carl
>>>>
>>>> ----------------------------------------
>>>> Carl Woog
>>>> NSC/Press
>>>> [                                            ]          b6
>>>>
>>>>
>>>>
>
```

RMD) (FBI)                                                                    b6
                                                                             b7C

From:        Newman, Melanie (OPA) (JMD)
Sent:        Monday, June 20, 2016 3:02 PM
To:          Carlin_R_Wood            Ned Price                             b6
Cc:          Quinn, Richard P. (DO) (FBI); Raimondi, Marc (OPA) (JMD)
Subject:     Fwd: JOINT STATEMENT FROM JUSTICE DEPARTMENT AND FBI REGARDING
             TRANSCRIPT RELATED TO THE ORLANDO TERROR ATTACK
Attachments: image001.jpg; image002.png


This is out.


Begin forwarded message:

From: "USDOJ-Office of Public Affairs (SMO)"
<Ex_PAOMailbox@jmd.usdoj.gov<mailto:Ex_PAOMailbox@jmd.usdoj.gov>>
Date: June 20, 2016 at 2:58:39 PM EDT
To: "USDOJ-Office of Public Affairs (SMO)"
<Ex_PAOMailbox@jmd.usdoj.gov<mailto:Ex_PAOMailbox@jmd.usdoj.gov>>
Subject: JOINT STATEMENT FROM JUSTICE DEPARTMENT AND FBI REGARDING TRANSCRIPT RELATED TO THE
ORLANDO TERROR ATTACK

[cid:image001.jpg@01D1CB03.FA826230][cid:image002.png@01D1CB03.FA826230]
_____

FOR IMMEDIATE RELEASE
OPA
MONDAY, JUNE 20, 2016
(202) 514-2007
WWW.JUSTICE.GOV<http://www.justice.gov/>
TTY (866) 544-5309

JOINT STATEMENT FROM JUSTICE DEPARTMENT AND FBI REGARDING TRANSCRIPT RELATED TO THE ORLANDO
TERROR ATTACK

WASHINGTON - The Department of Justice and the Federal Bureau of Investigation (FBI) issued
the following statement regarding the FBI's release of the transcript related to the Orlando
shooting:


"The purpose of releasing the partial transcript of the shooter's interaction with 911
operators was to provide transparency, while remaining sensitive to the interests of the
surviving victims, their families, and the integrity of the ongoing investigation.  We also
did not want to provide the killer or terrorist organizations with a publicity platform for
hateful propaganda.  Unfortunately, the unreleased portions of the transcript that named the
terrorist organizations and leaders have caused an unnecessary distraction from the hard work
that the FBI and our law enforcement partners have been doing to investigate this heinous
crime.  As much of this information had been previously reported, we have re-issued the
complete transcript to include these references in order to provide the highest level of
transparency possible under the circumstances."

Transcript of Orlando Police Department 911 Calls, June 12, 2016

2:35 a.m.: Shooter contacted a 911 operator from inside Pulse.  The call lasted approximately
50 seconds, the details of which are set out below:

1

(OD)    Orlando Police Dispatcher

(OM)    Omar Mateen

OD:     Emergency 911, this is being recorded.

OM:     In the name of God the Merciful, the beneficent [Arabic]

OD:     What?

OM:     Praise be to God, and prayers as well as peace be upon the prophet of God [Arabic]. I wanna let you know, I'm in Orlando and I did the shootings.

OD:     What's your name?

OM:     My name is I pledge of allegiance to Abu Bakr al-Baghdadi of the Islamic State.

OD:     Ok, What's your name?

OM:     I pledge allegiance to Abu Bakr al-Baghdadi may God protect him [Arabic], on behalf of the Islamic State.

OD:     Alright, where are you at?

OM:     In Orlando.

OD:     Where in Orlando?

[End of call.]

# # #

16-708

DO NOT REPLY TO THIS MESSAGE.  IF YOU HAVE QUESTIONS, PLEASE USE THE CONTACTS IN THE MESSAGE OR CALL THE OFFICE OF PUBLIC AFFAIRS AT 202-514-2007.