John W. Dillon (SBN 296788)
jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>**DECLARATION OF BRANDON COMBS IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

# DECLARATION OF BRANDON COMBS

I, Brandon Combs, declare as follows:

1.     I am not a party in the above-titled action. I am over the age of 18, have personal knowledge of the facts referred to in this declaration, and am competent to testify to the matters stated below. This declaration is executed in support of Plaintiffs' motion for preliminary injunction and supplemental brief.

2.     I was born in California and resided there for the majority of my life, and have family and friends in the State who wish to exercise the full scope of their constitutionally protected rights, including by purchasing and possessing so-called "assault weapons" banned under California law.

3.     I have been an advocate for Second Amendment and other constitutionally protected rights for my entire life, and since the mid-2000's, have amassed extensive experience advocating for Californians' rights and freedoms in legislation, regulations, research, outreach, and litigation.

4.     I was the creator and founder of the Calguns Community Chapers (C3) program, which was a grassroots effort to educate, inform, and support gun owners throughout the State of California, including on the issues of "assault weapons" laws.

5.     Subsequently, I founded and lead as President the Institutional Plaintiff Firearms Policy Coalition, Inc. (FPC).

6.     As part of my extensive work in the Second Amendment advocacy space, I have talked with thousands of California guns owners at events across the State, online, electronically, and telephonically.

7.     As one of the operators of various gun owner support hotlines, I have personally spoken with many dozens of peaceable gun owners and their family members who were impacted by Defendants' enforcement of Penal Code 30515 and the California Department of Justice (Department) regulations enacted

pursuant to the State's Roberti-Roos Assault Weapons Control Act. As part of that support work, I have acquired or otherwise supported criminal defense counsel, including by provided funding for those unable to afford their own specialized counsel familiar with California's Byzantine gun control laws, among other resources, to such counsel, in efforts to defend impacted gun owners against prosecution under the State's "assault weapons" laws.

8.      In one recent example of this, Mr. Arnold Chin, a California and federally licensed firearm retailer, had a weapon seized by agents of the California Department of Justice because the firearm had a threaded barrel and a muzzle device that the Department held to be a "flash suppressor," thus allegedly rendering it an illegal "assault weapon" under Penal Code section 30515. Mr. Chin was referred for prosecution by the Department (*see* San Joaquin County Superior Court case no. STK-CR-MI-2018-0006888).

9.      Mr. Chin's case is one of many dozens of "assault weapon" cases I have directly witnessed and participated in during my years of working with California gun owners and their counsel.

10.      My personal experience, and that of my staff at Firearms Policy Coalition, in speaking with thousands of California gun owners at events across the State, and in online forums dedicated to the California gun own community, supports my view that hundreds of thousands of Californians lawfully would purchase, keep and bear, transfer, transport, sell, bequest, and use rifles, shotguns, pistols, and other weapons prohibited under California Penal Code section 30515 but for the Defendants' enforcement of the laws and regulations that prohibit such under pain of severe criminal penalty.

11.      As part of my and FPC's efforts to protect and advance constitutional rights, I submit requests for public records to federal, state, and local governments.

12.     To that end, I submitted requests for public information under California's Public Records Act (PRA), as set forth in California Government Code section 6250, *et seq.*, to California Attorney General and his Department of Justice requesting information regarding the number and status of applications for registration of so-called "assault weapons" under California's 2016 legislative changes to expand the number and types of "assault weapons" under Penal Code Section 30515 pursuant to Senate Bill 880 (2015 – 2016 Reg. Sess.), Assembly Bill 1135 (2015 – 2016 Reg. Sess.), Assembly Bill 103 (2017 – 2018 Reg. Sess.), and the Department's regulations.

13.     Specifically, one request I submitted that the Department received on July 2, 2018, sought public records including, among other things, "The number of applications for firearm registration as an "Assault Weapon" under Penal Code section 30900(b) submitted from July 31, 2017, to the present."

14.     I also requested information on the number of applications that had been approved, denied/rejected, and applications that were still being processed for that same time period.

15.     On or about July 11, 2018, I received a response to my request from California Deputy Attorney General Robert D. Wilson, for Attorney General Becerra, dated February 1, 2018 detailing the information I requested. Attached hereto as **Exhibit A** is a true and correct copy of the Department's dated July 11, 2018, response and records provided to me.

16.     All of these documents are publicly available on the Firearms Policy Coalition website at https://www.firearmspolicy.org/california-bbaw-registration-key-facts-stats.

17.     The Department's records provided to me state that, excluding prior "assault weapon" registration periods, just in the time period the Department provided records for—the entirety of the SB 880 / AB 1135 / AB 103 registration period for which the Department made the application system publicly available,

i.e., from August 3, 2018 to June 30, 2018, inclusive—68,848 total "assault weapon" applications were submitted to the Department, consisting of 6,365 pistol assault weapons, 1,365 shotgun assault weapons, and 61,118 rifle assault weapons.

18.    I also know that, because of the Attorney General's and his Department's inoperable and failed registration system, lack of public notice and outreach, a "ten-fold increase in incomplete applications between February and June of 2018," Memorandum and Order [Denying Defendants' Motion to Dismiss], *Sharp, et al. v. Becerra, et al.* (E.D.Cal. Case No. 2:18-cv-02317-MCE-AC), Doc. 26, at p.4, and other issues caused by them which "supports an inference of deliberate indifference," *id*. at p.8, thousands of law-abiding Californians were unable to use the system and apply for "assault weapon" registration for their firearms, which subjects them to criminal sanction for possession of an illegal, unregistered "assault weapon", among other potential crimes, under the State's Roberti-Roos Assault Weapon Control Act.

19.    Unless and until an injunction issues, millions of California gun owners will be denied their Second and Fourteenth Amendment rights, and thousands will continue to be at risk of criminal liability, loss of property, and loss of liberty, under California's "assault weapon" ban challenged in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on November 5, 2020.

_____

By: Brandon Combs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **EXHIBIT LIST**

| Exhibit | Description | Page |
|---------|-------------|------|
| A | California DOJ, July 11, 2018 Response Letter to Brandon Combs With Records | 0001-0009 |

# EXHIBIT "A"

**XAVIER BECERRA**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
Public: (916) 445-9555
Facsimile: (916) 227-0470

July 11, 2018

Brandon Combs
4212 N. Freeway Blvd,, Suite 6
Sacramento, CA 95834

Re: Public Records Act Request received July 2, 2018

Dear Mr. Combs:

This letter is in response to your public records request in which you sought records pursuant to the Public Records Act ("PRA") as set forth in Government Code section 6250 et seq. Specifically, you requested the following information:

"Please provide me with a copy of the following records in existence that allow me and the public to determine:

1. The number of applications for firearm registration as an "Assault Weapon" under Penal Code section 30900(b) that were submitted from July 31, 2017, to the present. In lieu of documents I will accept your calculation of the number of applications as a full response to this request.

2. The number of applications for firearm registration as an "Assault Weapon" under Penal Code section 30900(b) that have been approved from July 31, 2017, to the present. In lieu of documents I will accept your calculation of the number of applications that have been approved as a full response to this request.

3. The number of applications for firearm registration as an "Assault Weapon" under Penal Code section 30900(b) that have been denied/rejected from July 31, 2017, to the present. In lieu of documents I will accept your calculation of the number of applications that have been denied/rejected as a full response to this request.

4. The number of applications for firearm registration as an "Assault Weapon" under Penal Code section 30900(b) submitted from July 31, 2017, to the present that are still being processed. In lieu of documents I will accept your calculation of the number of applications still being processed as a full response to this request.

 0002

Brandon Combs
July 11, 2018
Page 2

5. The average time it takes to review and make a determination on an "Assault Weapon" registration application under Penal Code section 30900(b) submitted from July 31, 2017, to the present. In lieu of documents I will accept a list of all applications including their respective dates of submission and DOJ's determination of acceptance or denial as a full response to this request.

6. From January 1, 2017, to the present, a copy of all daily, weekly, monthly, or other periodical reports about "Assault Weapon" registrations and applications under Penal Code section 30900(b)."

Here are the responses to your requested information:

1. 68,848 applications to register bullet button assault weapons were submitted for registration in the California Firearms Application Reporting System (CFARS).

2. 13,519 firearms were registered as of June 30, 2018. An application that is being processed is not considered "registered." An assault weapon would only be registered if the applicant meets all the firearm and background requirements and is approved by the Department.

3. 1,373 applications were rejected as of July 11, 2018.

4. 52,443 applications are still being processed by the Department as of July 11, 2018.

5. We cannot provide you with an estimate on the time it takes to review and make a determination on an assault weapon registration application because it varies greatly depending on the circumstances.

6. Please find enclosed the information you seek.

Sincerely,

ROBERT D. WILSON
Deputy Attorney General

For   XAVIER BECERRA
Attorney General

Enclosure



0003

| DATE | NUM OF GUNS | GUN-PISTOL | GUN-SHOTGUN | GUN-RIFLE | NUM OF TRANSACTION | NUM-ID-UNIQUE ID | NUM-JOIN-GUN | NUM-JOIN-TRANS | NUM-SERIAL-EMB US | NUM-SERIAL-REGULAR |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/03/2017 | 80 | 11 | 1 | 68 | 22 | 22 | 10 | 1 | 3 | 77 |
| 08/04/2017 | 26 | 2 | 2 | 22 | 15 | 14 | 1 | 1 | 0 | 26 |
| 08/05/2017 | 10 | 1 | | 9 | 8 | 8 | | | 1 | 9 |
| 08/06/2017 | 7 | | | 7 | 6 | 6 | | | 0 | 7 |
| 08/07/2017 | 29 | 1 | | 28 | 22 | 21 | 1 | 1 | 0 | 29 |
| 08/08/2017 | 59 | 1 | | 58 | 32 | 22 | 2 | 1 | 0 | 59 |
| 08/09/2017 | 21 | | | 21 | 11 | 10 | 11 | 1 | 0 | 21 |
| 08/10/2017 | 6 | 1 | | 5 | 6 | 6 | | | 0 | 6 |
| 08/11/2017 | 4 | | | 4 | 4 | 4 | | | 0 | 4 |
| 08/12/2017 | 3 | | | 3 | 3 | 2 | | | 0 | 3 |
| 08/13/2017 | 20 | 2 | | 18 | 10 | 9 | 1 | 1 | 0 | 20 |
| 08/14/2017 | 6 | 1 | 1 | 4 | 3 | 3 | | | 0 | 6 |
| 08/15/2017 | 4 | | | 4 | 2 | 2 | | | 0 | 4 |
| 08/16/2017 | 7 | | | 7 | 7 | 6 | | | 0 | 7 |
| 08/17/2017 | 2 | | | 2 | 2 | 2 | | | 0 | 2 |
| 08/18/2017 | 10 | | 1 | 9 | 8 | 8 | | | 0 | 10 |
| 08/19/2017 | 17 | 4 | | 13 | 12 | 11 | | | 4 | 13 |
| 08/20/2017 | 7 | 4 | | 3 | 4 | 3 | | | 4 | 3 |
| 08/21/2017 | 24 | 2 | | 22 | 15 | 15 | 3 | 1 | 0 | 24 |
| 08/22/2017 | 38 | | | 38 | 23 | 21 | 1 | 1 | 0 | 38 |
| 08/23/2017 | 30 | | | 30 | 21 | 19 | 2 | 1 | 0 | 30 |
| 08/24/2017 | 23 | 1 | 1 | 21 | 19 | 18 | | | 0 | 23 |
| 08/25/2017 | 29 | 4 | 1 | 24 | 15 | 12 | | | 0 | 29 |
| 08/26/2017 | 31 | | | 31 | 14 | 13 | 3 | 2 | 0 | 31 |
| 08/27/2017 | 26 | | | 26 | 13 | 12 | 3 | 1 | 0 | 26 |
| 08/28/2017 | 11 | 2 | | 9 | 8 | 7 | 1 | 1 | 0 | 11 |
| 08/29/2017 | 1 | | | 1 | 1 | 1 | | | 0 | 1 |
| 08/30/2017 | 4 | | | 4 | 4 | 4 | | | 0 | 4 |
| 08/31/2017 | 15 | | | 15 | 14 | 13 | | | 0 | 15 |
| 09/01/2017 | 23 | 4 | | 19 | 15 | 15 | | | 0 | 23 |
| 09/02/2017 | 23 | | | 23 | 13 | 12 | | | 0 | 23 |
| 09/03/2017 | 23 | 6 | | 17 | 13 | 11 | 2 | 2 | 6 | 17 |
| 09/04/2017 | 46 | 6 | 2 | 38 | 13 | 13 | | | 0 | 46 |
| 09/05/2017 | 18 | | | 18 | 11 | 10 | | | 0 | 18 |
| 09/06/2017 | 13 | 1 | | 12 | 9 | 9 | 3 | 1 | 0 | 13 |
| 09/07/2017 | 11 | | | 11 | 9 | 9 | 2 | 1 | 0 | 11 |
| 09/08/2017 | 9 | 1 | | 8 | 7 | 7 | | | 1 | 8 |
| 09/09/2017 | 7 | | | 7 | 6 | 6 | | | 0 | 7 |
| 09/10/2017 | 24 | | | 24 | 9 | 9 | 11 | 3 | 0 | 24 |
| 09/11/2017 | 14 | | 2 | 12 | 12 | 11 | | | 1 | 13 |
| 09/12/2017 | 17 | 3 | | 14 | 10 | 9 | 1 | 1 | 0 | 17 |
| 09/13/2017 | 26 | 3 | | 23 | 16 | 14 | | | 0 | 26 |
| 09/14/2017 | 16 | 1 | | 15 | 9 | 9 | | | 0 | 16 |
| 09/16/2017 | 11 | | | 11 | 11 | 10 | 1 | 1 | 0 | 11 |
| 09/16/2017 | 16 | | | 15 | 15 | 14 | 2 | 2 | 0 | 16 |
| 09/17/2017 | 9 | | | 9 | 8 | 8 | | | 0 | 9 |
| 09/18/2017 | 20 | 1 | | 19 | 12 | 12 | | | 0 | 20 |
| 09/19/2017 | 15 | | | 15 | 13 | 12 | | | 0 | 15 |
| 09/20/2017 | 10 | | | 10 | 10 | 10 | | | 0 | 10 |
| 09/21/2017 | 14 | 1 | | 13 | 11 | 10 | | | 0 | 14 |
| 09/22/2017 | 13 | 1 | | 12 | 7 | 7 | | | 0 | 13 |
| 09/23/2017 | 17 | 2 | | 15 | 7 | 7 | | | 0 | 17 |
| 09/24/2017 | 10 | | | 10 | 8 | 7 | | | 0 | 10 |
| 09/25/2017 | 9 | | | 9 | 9 | 9 | | | 0 | 9 |
| 09/26/2017 | 19 | | | 19 | 7 | 7 | | | 2 | 17 |
| 09/27/2017 | 11 | | | 11 | 9 | 9 | | | 0 | 11 |
| 09/28/2017 | 21 | 1 | | 20 | 9 | 9 | 11 | 1 | 0 | 21 |
| 09/29/2017 | 9 | | | 9 | 8 | 8 | | | 0 | 9 |
| 09/30/2017 | 13 | | | 13 | 12 | 12 | | | 0 | 13 |
| 10/01/2017 | 27 | 4 | | 23 | 13 | 13 | 8 | 2 | 2 | 25 |
| 10/02/2017 | 34 | 2 | | 32 | 24 | 21 | | | 0 | 34 |
| 10/03/2017 | 17 | 2 | | 15 | 12 | 12 | | | 0 | 17 |
| 10/04/2017 | 20 | 1 | 1 | 18 | 16 | 16 | 4 | 2 | 0 | 20 |
| 10/05/2017 | 28 | 3 | | 25 | 18 | 16 | | | 0 | 28 |
| 10/06/2017 | 16 | 1 | | 15 | 15 | 15 | | | 0 | 16 |
| 10/07/2017 | 55 | 1 | | 54 | 27 | 25 | 7 | 2 | 0 | 55 |
| 10/08/2017 | 41 | 3 | 1 | 37 | 28 | 25 | 4 | 4 | 2 | 39 |



| Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/09/2017 | 19 | 3 | | 16 | 14 | 14 | | | 0 | 19 |
| 10/10/2017 | 15 | | | 15 | 13 | 13 | | | 0 | 15 |
| 10/11/2017 | 9 | 2 | | 7 | 9 | 9 | 1 | 1 | 0 | 9 |
| 10/12/2017 | 9 | | | 9 | 9 | 8 | 1 | 1 | 0 | 9 |
| 10/13/2017 | 21 | 3 | | 18 | 16 | 16 | | | 0 | 21 |
| 10/14/2017 | 31 | 3 | | 28 | 17 | 16 | 7 | 2 | 0 | 31 |
| 10/15/2017 | 34 | 1 | | 33 | 20 | 20 | 2 | 2 | 0 | 34 |
| 10/16/2017 | 25 | | 3 | 22 | 13 | 12 | | | 0 | 25 |
| 10/17/2017 | 28 | | 1 | 27 | 21 | 20 | | | 0 | 28 |
| 10/18/2017 | 17 | | | 17 | 16 | 14 | | | 0 | 17 |
| 10/19/2017 | 10 | | | 10 | 8 | 8 | 1 | 1 | 1 | 9 |
| 10/20/2017 | 26 | 1 | | 25 | 17 | 17 | | | 0 | 26 |
| 10/21/2017 | 37 | 5 | 1 | 31 | 21 | 18 | 2 | 1 | 0 | 37 |
| 10/22/2017 | 24 | 2 | 1 | 21 | 17 | 16 | | | 0 | 24 |
| 10/23/2017 | 8 | | | 8 | 5 | 5 | | | 0 | 8 |
| 10/24/2017 | 23 | 4 | 1 | 18 | 11 | 11 | 1 | 1 | 0 | 23 |
| 10/25/2017 | 20 | | | 20 | 12 | 12 | 1 | 1 | 0 | 20 |
| 10/26/2017 | 19 | 2 | | 17 | 12 | 12 | | | 0 | 19 |
| 10/27/2017 | 13 | | | 13 | 11 | 11 | | | 0 | 13 |
| 10/28/2017 | 24 | 1 | | 23 | 14 | 14 | | | 0 | 24 |
| 10/29/2017 | 33 | 4 | 1 | 28 | 21 | 19 | | | 0 | 33 |
| 10/30/2017 | 20 | | | 20 | 16 | 16 | 1 | 1 | 0 | 20 |
| 10/31/2017 | 22 | 3 | | 19 | 12 | 12 | | | 0 | 22 |
| 11/01/2017 | 9 | 1 | 1 | 7 | 9 | 9 | | | 0 | 9 |
| 11/02/2017 | 26 | | | 26 | 17 | 17 | | | 0 | 26 |
| 11/03/2017 | 27 | | 2 | 25 | 15 | 14 | | | 2 | 25 |
| 11/04/2017 | 25 | 5 | | 20 | 17 | 16 | 2 | 2 | 1 | 24 |
| 11/05/2017 | 32 | 1 | | 31 | 28 | 28 | 1 | 1 | 0 | 32 |
| 11/06/2017 | 13 | | | 13 | 10 | 10 | | | 0 | 13 |
| 11/07/2017 | 14 | | | 14 | 10 | 10 | | | 0 | 14 |
| 11/08/2017 | 31 | | | 31 | 19 | 19 | | | 0 | 31 |
| 11/09/2017 | 21 | 1 | | 20 | 18 | 17 | | | 0 | 21 |
| 11/10/2017 | 20 | 1 | | 19 | 17 | 16 | 1 | 1 | 0 | 20 |
| 11/11/2017 | 44 | 2 | 4 | 38 | 15 | 15 | 6 | 2 | 0 | 44 |
| 11/12/2017 | 31 | 1 | 1 | 29 | 24 | 23 | | | 0 | 31 |
| 11/13/2017 | 43 | 6 | 1 | 36 | 18 | 17 | | | 6 | 37 |
| 11/14/2017 | 48 | 6 | | 42 | 20 | 19 | | | 2 | 46 |
| 11/15/2017 | 43 | 3 | | 40 | 29 | 25 | 7 | 2 | 2 | 41 |
| 11/16/2017 | 28 | 3 | | 25 | 22 | 18 | | | 1 | 27 |
| 11/17/2017 | 24 | 1 | | 23 | 19 | 18 | | | 0 | 24 |
| 11/18/2017 | 20 | 2 | | 18 | 14 | 13 | 1 | 1 | 0 | 20 |
| 11/19/2017 | 43 | 2 | | 41 | 20 | 20 | | | 0 | 43 |
| 11/20/2017 | 31 | 1 | | 30 | 25 | 25 | | | 1 | 30 |
| 11/21/2017 | 29 | | | 29 | 19 | 18 | 2 | 1 | 1 | 28 |
| 11/22/2017 | 29 | 1 | 1 | 27 | 22 | 18 | 2 | 2 | 1 | 28 |
| 11/23/2017 | 16 | 2 | | 14 | 14 | 13 | 3 | 3 | 0 | 16 |
| 11/24/2017 | 24 | 2 | | 22 | 20 | 18 | 2 | 2 | 0 | 24 |
| 11/25/2017 | 33 | | 1 | 32 | 31 | 25 | | | 0 | 33 |
| 11/26/2017 | 38 | 1 | 1 | 36 | 30 | 25 | | | 3 | 35 |
| 11/27/2017 | 27 | | | 27 | 21 | 20 | 6 | 1 | 0 | 27 |
| 11/28/2017 | 35 | 2 | | 33 | 28 | 26 | | | 1 | 34 |
| 11/29/2017 | 23 | | | 23 | 19 | 18 | | | 0 | 23 |
| 11/30/2017 | 19 | | 2 | 17 | 17 | 16 | 1 | 1 | 1 | 18 |
| 12/01/2017 | 20 | 2 | 2 | 16 | 16 | 16 | | | 0 | 20 |
| 12/02/2017 | 25 | | 1 | 24 | 19 | 19 | 3 | 1 | 0 | 25 |
| 12/03/2017 | 30 | 1 | | 29 | 20 | 20 | 1 | 1 | 1 | 29 |
| 12/04/2017 | 44 | 2 | | 42 | 25 | 25 | 3 | 1 | 0 | 44 |
| 12/05/2017 | 47 | 3 | | 44 | 26 | 25 | 5 | 1 | 0 | 47 |
| 12/06/2017 | 30 | 1 | | 29 | 27 | 26 | 1 | 1 | 0 | 30 |
| 12/07/2017 | 32 | 3 | | 29 | 21 | 21 | | | 3 | 29 |
| 12/08/2017 | 51 | 4 | | 47 | 27 | 24 | 4 | 2 | 7 | 44 |
| 12/09/2017 | 56 | 2 | 3 | 51 | 37 | 34 | 3 | 1 | 0 | 56 |
| 12/10/2017 | 60 | | | 60 | 42 | 40 | 1 | 1 | 0 | 60 |
| 12/11/2017 | 37 | 2 | 1 | 34 | 30 | 29 | 4 | 3 | 0 | 37 |
| 12/12/2017 | 28 | 1 | | 27 | 23 | 18 | 2 | 2 | 0 | 28 |
| 12/13/2017 | 44 | 5 | 1 | 38 | 26 | 25 | 1 | 1 | 0 | 44 |
| 12/14/2017 | 22 | | | 22 | 20 | 19 | 3 | 2 | 0 | 22 |
| 12/15/2017 | 40 | | | 40 | 33 | 30 | 8 | 3 | 0 | 40 |


[FPC] FIREARMS POLICY COALITION   0005

| Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2017 | 49 | | | 49 | 35 | 34 | 2 | 2 | 0 | 49 |
| 12/17/2017 | 68 | 5 | 2 | 61 | 35 | 34 | 1 | 1 | 0 | 68 |
| 12/18/2017 | 49 | | | 49 | 35 | 32 | 7 | 4 | 0 | 49 |
| 12/19/2017 | 57 | 3 | 2 | 52 | 34 | 31 | 5 | 2 | 0 | 57 |
| 12/20/2017 | 56 | 4 | 2 | 50 | 42 | 38 | 3 | 3 | 0 | 56 |
| 12/21/2017 | 71 | 12 | | 59 | 41 | 37 | 12 | 4 | 0 | 71 |
| 12/22/2017 | 59 | 7 | 2 | 50 | 29 | 27 | 2 | 2 | 1 | 58 |
| 12/23/2017 | 67 | 1 | | 66 | 32 | 32 | 5 | 2 | 6 | 61 |
| 12/24/2017 | 35 | 2 | 1 | 32 | 18 | 18 | | | 2 | 33 |
| 12/25/2017 | 34 | | | 34 | 27 | 27 | 1 | 1 | 0 | 34 |
| 12/26/2017 | 129 | 5 | 1 | 123 | 63 | 60 | | | 2 | 127 |
| 12/27/2017 | 123 | 2 | | 121 | 57 | 56 | 20 | 6 | 0 | 123 |
| 12/28/2017 | 105 | 4 | | 101 | 74 | 67 | 7 | 4 | 1 | 104 |
| 12/29/2017 | 122 | 8 | 3 | 111 | 69 | 64 | 6 | 6 | 0 | 122 |
| 12/30/2017 | 122 | 11 | | 111 | 85 | 84 | 5 | 2 | 1 | 121 |
| 12/31/2017 | 181 | 13 | 5 | 163 | 107 | 98 | 9 | 7 | 0 | 181 |
| 01/01/2018 | 121 | 7 | 1 | 113 | 61 | 51 | | | 0 | 121 |
| 01/02/2018 | 57 | 5 | | 52 | 41 | 39 | 12 | 3 | 1 | 56 |
| 01/03/2018 | 40 | | | 40 | 32 | 31 | 1 | 1 | 0 | 40 |
| 01/04/2018 | 66 | 2 | 4 | 60 | 30 | 30 | 1 | 1 | 0 | 66 |
| 01/05/2018 | 57 | 3 | 4 | 50 | 39 | 33 | 4 | 2 | 1 | 56 |
| 01/06/2018 | 112 | 10 | 5 | 97 | 48 | 43 | 16 | 6 | 5 | 107 |
| 01/07/2018 | 66 | 2 | | 64 | 35 | 31 | 7 | 2 | 2 | 64 |
| 01/08/2018 | 49 | 3 | 1 | 45 | 33 | 33 | 2 | 1 | 3 | 46 |
| 01/09/2018 | 68 | 2 | 2 | 64 | 35 | 32 | 3 | 2 | 9 | 59 |
| 01/10/2018 | 39 | 3 | 1 | 35 | 25 | 23 | | | 2 | 37 |
| 01/11/2018 | 35 | 2 | | 33 | 24 | 24 | 1 | 1 | 1 | 34 |
| 01/12/2018 | 38 | 1 | | 37 | 20 | 19 | 1 | 1 | 0 | 38 |
| 01/13/2018 | 72 | 6 | | 66 | 34 | 30 | 17 | 7 | 0 | 72 |
| 01/14/2018 | 87 | 1 | 1 | 85 | 29 | 29 | 18 | 2 | 0 | 87 |
| 01/15/2018 | 45 | 3 | | 42 | 33 | 28 | 1 | 1 | 0 | 45 |
| 01/16/2018 | 49 | 3 | | 46 | 31 | 29 | | | 1 | 48 |
| 01/17/2018 | 37 | 4 | 2 | 31 | 22 | 21 | 1 | 1 | 0 | 37 |
| 01/18/2018 | 85 | 8 | 1 | 76 | 28 | 26 | 20 | 2 | 7 | 78 |
| 01/19/2018 | 54 | | | 54 | 23 | 22 | 24 | 4 | 0 | 54 |
| 01/20/2018 | 58 | 3 | | 55 | 29 | 28 | 6 | 3 | 5 | 52 |
| 01/21/2018 | 132 | 3 | 3 | 126 | 53 | 44 | 25 | 6 | 5 | 127 |
| 01/22/2018 | 44 | 4 | | 40 | 33 | 27 | 2 | 1 | 3 | 41 |
| 01/23/2018 | 47 | 4 | 1 | 42 | 23 | 21 | 1 | 1 | 0 | 47 |
| 01/24/2018 | 54 | 4 | 3 | 47 | 20 | 20 | 22 | 2 | 0 | 54 |
| 01/25/2018 | 39 | 5 | 2 | 32 | 21 | 21 | | | 2 | 37 |
| 01/26/2018 | 46 | 17 | 2 | 27 | 17 | 17 | 5 | 2 | 7 | 39 |
| 01/27/2018 | 50 | 8 | | 42 | 31 | 31 | 2 | 2 | 0 | 50 |
| 01/28/2018 | 84 | 12 | 3 | 69 | 44 | 39 | 2 | 2 | 3 | 81 |
| 01/29/2018 | 44 | 6 | | 38 | 30 | 28 | 1 | 1 | 5 | 39 |
| 01/30/2018 | 39 | | 1 | 38 | 21 | 21 | 1 | 1 | 4 | 35 |
| 01/31/2018 | 17 | | | 16 | 16 | 16 | | | 0 | 17 |
| 02/01/2018 | 59 | 7 | | 51 | 23 | 22 | 3 | 1 | 2 | 57 |
| 02/02/2018 | 66 | 4 | 1 | 61 | 45 | 28 | 15 | 3 | 1 | 65 |
| 02/03/2018 | 51 | 6 | 1 | 44 | 32 | 28 | 15 | 6 | 3 | 48 |
| 02/04/2018 | 87 | 20 | 2 | 65 | 34 | 26 | 23 | 2 | 24 | 63 |
| 02/05/2018 | 41 | 3 | | 38 | 27 | 26 | 8 | 2 | 3 | 38 |
| 02/06/2018 | 35 | 2 | | 33 | 23 | 23 | 4 | 1 | 1 | 34 |
| 02/07/2018 | 74 | 5 | 2 | 67 | 28 | 28 | 1 | 1 | 13 | 61 |
| 02/08/2018 | 17 | | | 17 | 16 | 16 | | | 0 | 17 |
| 02/09/2018 | 59 | 6 | 1 | 52 | 27 | 25 | 18 | 3 | 0 | 59 |
| 02/10/2018 | 57 | 7 | | 50 | 28 | 27 | 6 | 2 | 0 | 57 |
| 02/11/2018 | 115 | 10 | 2 | 103 | 47 | 43 | 10 | 3 | 1 | 114 |
| 02/12/2018 | 50 | 1 | | 49 | 33 | 32 | 6 | 3 | 1 | 49 |
| 02/13/2018 | 47 | 1 | | 46 | 34 | 32 | 9 | 2 | 0 | 47 |
| 02/14/2018 | 52 | 5 | | 47 | 36 | 27 | 3 | 1 | 3 | 49 |
| 02/15/2018 | 63 | 8 | 1 | 54 | 42 | 37 | 10 | 1 | 4 | 59 |
| 02/16/2018 | 47 | 4 | | 43 | 33 | 32 | 6 | 5 | 8 | 39 |
| 02/17/2018 | 104 | 9 | 2 | 93 | 49 | 45 | 26 | 8 | 0 | 104 |
| 02/18/2018 | 91 | 3 | | 88 | 56 | 54 | 17 | 7 | 0 | 91 |
| 02/19/2018 | 122 | 2 | 1 | 119 | 61 | 53 | 13 | 5 | 0 | 122 |
| 02/20/2018 | 92 | 6 | 1 | 85 | 41 | 39 | 16 | 7 | 2 | 90 |
| 02/21/2018 | 105 | 4 | 1 | 100 | 61 | 58 | 10 | 4 | 5 | 100 |


[FPC] FIREARMS POLICY COALITION   0006

| Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/22/2018 | 101 | 5 | 2 | 94 | 56 | 51 | 13 | 8 | 8 | 93 |
| 02/23/2018 | 108 | 6 | 3 | 99 | 51 | 47 | 42 | 5 | 1 | 107 |
| 02/24/2018 | 117 | 4 | 1 | 112 | 74 | 55 | 7 | 6 | 0 | 117 |
| 02/25/2018 | 92 | 4 | 3 | 85 | 50 | 46 | 3 | 2 | 1 | 91 |
| 02/26/2018 | 94 | 7 | 1 | 86 | 52 | 49 | 2 | 2 | 7 | 87 |
| 02/27/2018 | 97 | 8 | 1 | 88 | 52 | 47 | 13 | 3 | 1 | 96 |
| 02/28/2018 | 97 | 2 | 1 | 94 | 48 | 45 | 7 | 4 | 0 | 97 |
| 03/01/2018 | 91 | 11 | 2 | 78 | 60 | 51 | 15 | 5 | 10 | 81 |
| 03/02/2018 | 61 | 2 | | 59 | 38 | 37 | 1 | 1 | 4 | 57 |
| 03/03/2018 | 146 | 10 | 2 | 134 | 72 | 59 | 16 | 5 | 10 | 136 |
| 03/04/2018 | 99 | 4 | 2 | 93 | 57 | 55 | 16 | 8 | 4 | 95 |
| 03/05/2018 | 96 | 6 | 1 | 89 | 56 | 47 | 20 | 3 | 0 | 96 |
| 03/06/2018 | 64 | 1 | | 63 | 43 | 43 | 4 | 4 | 0 | 64 |
| 03/07/2018 | 57 | 3 | | 54 | 30 | 30 | 1 | 1 | 1 | 56 |
| 03/08/2018 | 99 | 20 | 3 | 76 | 48 | 44 | 2 | 2 | 5 | 94 |
| 03/09/2018 | 71 | 6 | | 65 | 43 | 37 | 2 | 2 | 1 | 70 |
| 03/10/2018 | 114 | 7 | 2 | 105 | 64 | 57 | 15 | 8 | 7 | 107 |
| 03/11/2018 | 103 | 6 | 2 | 95 | 63 | 55 | 9 | 3 | 1 | 102 |
| 03/12/2018 | 92 | 16 | 1 | 75 | 44 | 41 | 2 | 1 | 1 | 91 |
| 03/13/2018 | 95 | 8 | 1 | 86 | 56 | 51 | 6 | 4 | 4 | 91 |
| 03/14/2018 | 126 | 22 | 4 | 100 | 55 | 45 | 2 | 2 | 1 | 125 |
| 03/15/2018 | 107 | 2 | 2 | 103 | 53 | 49 | 8 | 3 | 2 | 105 |
| 03/16/2018 | 76 | 5 | 3 | 68 | 50 | 48 | 8 | 6 | 1 | 75 |
| 03/17/2018 | 81 | 2 | 2 | 77 | 47 | 42 | 19 | 10 | 1 | 80 |
| 03/18/2018 | 123 | 4 | 1 | 118 | 68 | 55 | 14 | 4 | 0 | 123 |
| 03/19/2018 | 94 | 3 | 1 | 90 | 49 | 47 | 6 | 4 | 1 | 93 |
| 03/20/2018 | 86 | 9 | | 77 | 44 | 43 | 8 | 4 | 5 | 81 |
| 03/21/2018 | 68 | 2 | 1 | 65 | 37 | 34 | 5 | 3 | 1 | 67 |
| 03/22/2018 | 51 | 5 | 1 | 45 | 46 | 42 | 4 | 3 | 3 | 48 |
| 03/23/2018 | 82 | 5 | 2 | 75 | 49 | 39 | | | 0 | 82 |
| 03/24/2018 | 111 | 9 | | 102 | 64 | 51 | 27 | 16 | 2 | 109 |
| 03/25/2018 | 141 | 23 | | 118 | 74 | 64 | 33 | 12 | 0 | 141 |
| 03/26/2018 | 103 | 8 | 2 | 93 | 46 | 41 | 20 | 2 | 0 | 103 |
| 03/27/2018 | 82 | 10 | | 72 | 41 | 37 | 12 | 5 | 0 | 82 |
| 03/28/2018 | 69 | 3 | | 66 | 44 | 41 | 2 | 2 | 4 | 65 |
| 03/29/2018 | 70 | 6 | 1 | 63 | 36 | 32 | 3 | 1 | 7 | 63 |
| 03/30/2018 | 53 | 3 | | 50 | 36 | 35 | 9 | 5 | 2 | 51 |
| 03/31/2018 | 91 | 8 | 1 | 82 | 41 | 39 | 13 | 6 | 0 | 91 |
| 04/01/2018 | 122 | 13 | 1 | 108 | 44 | 39 | 33 | 6 | 8 | 114 |
| 04/02/2018 | 119 | 7 | 3 | 109 | 51 | 49 | 13 | 3 | 9 | 110 |
| 04/03/2018 | 84 | 9 | 2 | 73 | 43 | 39 | 10 | 5 | 7 | 77 |
| 04/04/2018 | 71 | 7 | 1 | 63 | 44 | 40 | 7 | 6 | 3 | 68 |
| 04/05/2018 | 71 | 9 | 2 | 60 | 36 | 32 | 3 | 2 | 10 | 61 |
| 04/06/2018 | 65 | 4 | | 61 | 43 | 40 | 8 | 4 | 7 | 58 |
| 04/07/2018 | 173 | 9 | 5 | 159 | 83 | 81 | 30 | 8 | 3 | 170 |
| 04/08/2018 | 155 | 14 | 1 | 140 | 85 | 80 | 26 | 9 | 6 | 149 |
| 04/09/2018 | 109 | 7 | | 102 | 66 | 55 | 13 | 6 | 6 | 103 |
| 04/10/2018 | 58 | 3 | 1 | 54 | 38 | 33 | 5 | 4 | 5 | 53 |
| 04/11/2018 | 92 | 10 | 1 | 81 | 40 | 40 | 16 | 3 | 5 | 87 |
| 04/12/2018 | 85 | 3 | | 82 | 59 | 52 | 4 | 4 | 0 | 85 |
| 04/13/2018 | 108 | 8 | 2 | 98 | 65 | 51 | 11 | 5 | 3 | 105 |
| 04/14/2018 | 103 | 4 | 1 | 98 | 56 | 49 | 4 | 2 | 0 | 103 |
| 04/15/2018 | 133 | 9 | 3 | 121 | 80 | 70 | 10 | 5 | 9 | 124 |
| 04/16/2018 | 141 | 8 | 2 | 131 | 63 | 60 | 44 | 12 | 3 | 138 |
| 04/17/2018 | 98 | 14 | 1 | 83 | 61 | 56 | 7 | 7 | 7 | 91 |
| 04/18/2018 | 141 | 11 | 1 | 129 | 69 | 60 | 17 | 7 | 12 | 129 |
| 04/19/2018 | 119 | 5 | 3 | 111 | 58 | 50 | | | 5 | 114 |
| 04/20/2018 | 96 | 7 | 1 | 88 | 48 | 43 | 17 | 8 | 1 | 95 |
| 04/21/2018 | 158 | 8 | 2 | 148 | 81 | 68 | 2 | 2 | 5 | 153 |
| 04/22/2018 | 145 | 11 | 1 | 133 | 86 | 75 | 14 | 9 | 0 | 145 |
| 04/23/2018 | 143 | 12 | 2 | 129 | 74 | 67 | 16 | 7 | 5 | 138 |
| 04/24/2018 | 110 | 4 | 2 | 104 | 55 | 54 | 9 | 3 | 5 | 105 |
| 04/25/2018 | 107 | 8 | 5 | 94 | 62 | 58 | 11 | 7 | 3 | 104 |
| 04/26/2018 | 86 | 11 | | 75 | 44 | 38 | 6 | 4 | 7 | 79 |
| 04/27/2018 | 84 | 6 | 4 | 74 | 46 | 41 | 10 | 3 | 3 | 81 |
| 04/28/2018 | 143 | 11 | 2 | 130 | 89 | 80 | 13 | 9 | 9 | 134 |
| 04/29/2018 | 182 | 13 | 6 | 163 | 94 | 87 | 22 | 11 | 3 | 179 |
| 04/30/2018 | 147 | 22 | 3 | 122 | 81 | 73 | 8 | 5 | 5 | 142 |



[FPC] FIREARMS POLICY COALITION   0007

| Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/2018 | 196 | 23 | 2 | 171 | 92 | 87 | 11 | 5 | 11 | 185 |
| 05/02/2018 | 204 | 9 | 3 | 192 | 97 | 87 | 17 | 8 | 5 | 199 |
| 05/03/2018 | 109 | 12 | 1 | 96 | 55 | 53 | 24 | 10 | 4 | 105 |
| 05/04/2018 | 166 | 10 | 9 | 147 | 88 | 78 | 14 | 6 | 11 | 155 |
| 05/05/2018 | 218 | 17 | 9 | 192 | 103 | 91 | 24 | 10 | 2 | 216 |
| 05/08/2018 | 259 | 35 | 2 | 222 | 125 | 111 | 28 | 11 | 8 | 251 |
| 05/07/2018 | 274 | 33 | 6 | 235 | 128 | 111 | 33 | 9 | 2 | 272 |
| 05/08/2018 | 227 | 16 | 10 | 201 | 109 | 95 | 52 | 12 | 5 | 222 |
| 05/09/2018 | 256 | 21 | 8 | 227 | 104 | 97 | 88 | 17 | 11 | 245 |
| 05/10/2018 | 182 | 15 | 4 | 163 | 97 | 90 | 14 | 7 | 1 | 181 |
| 05/11/2018 | 189 | 17 | 2 | 170 | 91 | 87 | 15 | 3 | 11 | 178 |
| 05/12/2018 | 260 | 42 | 9 | 209 | 109 | 98 | 66 | 13 | 19 | 241 |
| 05/13/2018 | 319 | 13 | 5 | 301 | 163 | 148 | 23 | 10 | 11 | 308 |
| 05/14/2018 | 260 | 27 | 7 | 226 | 136 | 120 | 34 | 9 | 11 | 249 |
| 05/15/2018 | 298 | 40 | 7 | 251 | 136 | 122 | 50 | 15 | 8 | 290 |
| 05/16/2018 | 258 | 23 | 6 | 229 | 130 | 121 | 47 | 12 | 4 | 254 |
| 05/17/2018 | 206 | 28 | 7 | 171 | 121 | 113 | 25 | 5 | 15 | 191 |
| 05/18/2018 | 193 | 25 | 5 | 163 | 104 | 94 | 7 | 6 | 6 | 187 |
| 05/19/2018 | 223 | 6 | 7 | 210 | 125 | 119 | 31 | 13 | 4 | 219 |
| 05/20/2018 | 429 | 55 | 9 | 365 | 188 | 171 | 39 | 17 | 17 | 412 |
| 05/21/2018 | 421 | 36 | 7 | 378 | 173 | 157 | 64 | 20 | 5 | 416 |
| 05/22/2018 | 287 | 26 | 3 | 258 | 172 | 141 | 26 | 12 | 25 | 262 |
| 05/23/2018 | 305 | 32 | 10 | 263 | 153 | 131 | 47 | 25 | 18 | 287 |
| 05/24/2018 | 237 | 32 | 7 | 198 | 120 | 106 | 21 | 12 | 9 | 228 |
| 05/25/2018 | 240 | 9 | 3 | 228 | 151 | 133 | 18 | 11 | 5 | 235 |
| 05/26/2018 | 300 | 20 | | 280 | 161 | 137 | 61 | 22 | 20 | 280 |
| 05/27/2018 | 303 | 8 | 9 | 286 | 171 | 148 | 57 | 23 | 9 | 294 |
| 05/28/2018 | 513 | 40 | 10 | 463 | 265 | 212 | 70 | 20 | 37 | 476 |
| 05/29/2018 | 343 | 35 | 7 | 301 | 192 | 174 | 38 | 14 | 22 | 321 |
| 05/30/2018 | 368 | 49 | 6 | 313 | 194 | 173 | 66 | 19 | 26 | 342 |
| 05/31/2018 | 428 | 51 | 2 | 375 | 202 | 186 | 49 | 23 | 12 | 416 |
| 06/01/2018 | 330 | 36 | 6 | 288 | 176 | 155 | 51 | 16 | 32 | 298 |
| 06/02/2018 | 376 | 29 | 9 | 338 | 201 | 177 | 53 | 21 | 11 | 365 |
| 06/03/2018 | 500 | 33 | 5 | 462 | 270 | 245 | 87 | 34 | 19 | 481 |
| 06/04/2018 | 423 | 27 | 7 | 389 | 246 | 226 | 56 | 21 | 34 | 389 |
| 06/05/2018 | 572 | 52 | 9 | 511 | 268 | 241 | 145 | 31 | 31 | 541 |
| 06/06/2018 | 530 | 45 | 9 | 476 | 285 | 254 | 100 | 22 | 31 | 499 |
| 06/07/2018 | 533 | 46 | 11 | 476 | 285 | 238 | 126 | 33 | 13 | 520 |
| 06/08/2018 | 368 | 25 | 7 | 336 | 206 | 180 | 29 | 17 | 8 | 360 |
| 06/09/2018 | 546 | 36 | 5 | 505 | 296 | 263 | 63 | 18 | 40 | 506 |
| 06/10/2018 | 644 | 72 | 17 | 555 | 349 | 293 | 84 | 31 | 39 | 605 |
| 06/11/2018 | 603 | 42 | 12 | 549 | 376 | 326 | 47 | 30 | 32 | 571 |
| 06/12/2018 | 672 | 80 | 18 | 574 | 362 | 328 | 107 | 43 | 24 | 648 |
| 06/13/2018 | 705 | 76 | 10 | 619 | 373 | 336 | 79 | 36 | 29 | 676 |
| 06/14/2018 | 648 | 68 | 15 | 565 | 366 | 310 | 112 | 43 | 49 | 599 |
| 06/16/2018 | 633 | 80 | 11 | 542 | 322 | 282 | 74 | 24 | 30 | 603 |
| 06/16/2018 | 727 | 50 | 18 | 649 | 408 | 330 | 95 | 32 | 41 | 686 |
| 06/17/2018 | 797 | 54 | 6 | 737 | 433 | 356 | 93 | 50 | 26 | 771 |
| 06/18/2018 | 788 | 65 | 13 | 710 | 466 | 400 | 78 | 35 | 25 | 763 |
| 06/19/2018 | 1017 | 89 | 18 | 910 | 516 | 468 | 156 | 45 | 80 | 937 |
| 06/20/2018 | 932 | 94 | 11 | 827 | 505 | 439 | 170 | 53 | 50 | 882 |
| 06/21/2018 | 1258 | 120 | 18 | 1120 | 696 | 605 | 164 | 54 | 51 | 1207 |
| 06/22/2018 | 1221 | 83 | 22 | 1116 | 648 | 559 | 163 | 63 | 34 | 1187 |
| 06/23/2018 | 1250 | 122 | 27 | 1101 | 656 | 589 | 200 | 64 | 58 | 1192 |
| 06/24/2018 | 2027 | 247 | 44 | 1736 | 1019 | 895 | 337 | 114 | 88 | 1939 |
| 06/26/2018 | 1952 | 192 | 46 | 1714 | 1065 | 956 | 257 | 94 | 80 | 1872 |
| 06/26/2018 | 2307 | 215 | 49 | 2043 | 1245 | 1104 | 260 | 100 | 126 | 2181 |
| 06/27/2018 | 2699 | 275 | 55 | 2369 | 1477 | 1286 | 398 | 131 | 185 | 2514 |
| 06/28/2018 | 3960 | 462 | 85 | 3413 | 2024 | 1707 | 605 | 179 | 260 | 3700 |
| 06/29/2018 | 6040 | 650 | 134 | 5256 | 3292 | 2784 | 940 | 300 | 336 | 5704 |
| 06/30/2018 | 10597 | 1042 | 265 | 9290 | 5890 | 4875 | 1361 | 469 | 536 | 10061 |
| TOTAL | 68848 | 6365 | 1365 | 61118 | 37366 | 32679 | 9112 | 3189 | 3214 | 65634 |


[FPC] FIREARMS POLICY COALITION   0008