John W. Dillon (SBN 296788)
  jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

George M. Lee (SBN 172982)
  gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al., | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **DECLARATION OF NATHAN LEWIS SIEGEL IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| XAVIER BECERRA, in his official capacity as Attorney General of California, et al., | |
| Defendants. | |

STATE OF CONNECTICUT )
) SS. SOUTHPORT
COUNTY OF FAIRFIELD )

## DECLARATION OF NATHAN LEWIS SIEGEL

I, Nathan Lewis Siegel, being duly sworn on oath, declare and state as follows:

1. I am employed by Sturm, Ruger & Company, Inc. ("Ruger" or "the Company") as its Associate General Counsel for ATF Compliance.

2. I have personal knowledge of the general manner in which Ruger manufactures and sells its products and the records it maintains relating to those sales.

3. Ruger maintains records reflecting firearms it has manufactured, sold, and/or distributed.

4. Ruger's records reveal that the Company has manufactured and domestically distributed semiautomatic pistol models that accept detachable magazines and have at least one feature listed under Cal. Penal Code 30515(a)(4) since at least 2011.

5. On October 26, 2020, I researched Ruger's records regarding the domestic manufacture, sale, and distribution of semiautomatic pistol models that accept detachable magazines and have at least one feature generally banned pursuant to Cal. Penal Code 30515(a)(4).

6. Ruger's records reflect that, between January 1, 2017 and October 26, 2020, the Company domestically distributed at least 283,579 semiautomatic pistols that accept a detachable magazine and have at least one feature generally banned pursuant to Cal. Penal Code 30515(a)(4).

**[SIGNATURE PAGE TO FOLLOW]**

I SWEAR OR AFFIRM, UNDER PENALTY OF PERJURY, THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF. THIS DECLARATION IS EXECUTED AT 1 LACEY PLACE, SOUTHPORT, CT 06890 ON NOVEMBER 3, 2020.

Nathan Lewis Siegel