John W. Dillon (SBN 296788)
   jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

George M. Lee (SBN 172982)
   gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of California, et al., <br><br> Defendants. | Case No. 3:19-cv-01537-BEN-JLB <br><br> **DECLARATION OF KENNETH BROWN IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

# DECLARATION OF KENNETH BROWN

I, Kenneth Brown, declare as follows:

1. I am not a party in the above-titled action. I am over the age of 18, have personal knowledge of the facts referred to in this declaration, and am competent to testify to the matters stated below. This declaration is executed in support of Plaintiffs' motion for preliminary injunction and supplemental brief.

2. I am the Owner/President of Owen J. Brown & Associates. Owen J. Brown & Associates is a manufacturer's representative for the shooting, hunting, and outdoor trade. We provide sales and marketing services for independent dealers, chain stores, buying groups and distributors in the firearms industry since 1971.

3. Owen J. Brown & Associates is the exclusive representative for Benelli USA in the Western region of the United States. The Western region covers 13 states or approximately 26% of American states.

4. I recently reviewed out data as it pertains to the Benelli M1014 shotgun. This shotgun is a semiautomatic 12-gauge shotgun with a pistol grip and a slightly adjustable stock.

5. It is my understanding that his shotgun falls under the definition of an "assault weapon" pursuant to California law.

6. I have personally reviewed Owen J. Brown's Full Year History for our Chain retailers from 2017 to 2020 for the Benelli M1014 COMM 12/18.5 SKEL STK, product number 11701.

7. These numbers detail the how many Benelli shotguns were sent to chain retailers in our region for consumer sales.

8. From 2017 to 2020, there were 253 Benelli 11701 shotguns (with pistols grips and slightly adjustable stocks) delivered to the chain stores in our region.

9. I have also reviewed Owen J. Brown's Full Year History for our independent retailers from 2017 to 2020 for the Benelli M1014 COMM 12/18.5 SKEL STK), product number 11701.

10. These numbers detail how many Benelli 11701 shotguns were sent to independent retailers in our region for consumer sales.

11. From 2017 to 2020, there were 389 Benelli 11701 shotguns sent to independent retailers in our region for consumer sales.

12. Thus, from 2017 to 2020, we distributed a total of 642 Benelli 11701 in the Western region.

13. Relatedly, from 2017 to 2020, we also distributed a total of 838 11701CA M1014 COMM 12/18.5 SKEL STK-CA Benelli M4 shotguns. These are identical to the standard 11701 Benelli M4 shotgun except that the stock has been fixed in place to comply with California law.

14. Benelli offers a number of variations of what is commonly referred to as the Benelli M4 semiautomatic shotgun. Some of these have pistol grips. Some have pistol grips and a fixed stock. Others have neither a pistol grip nor adjustable stock. However, these are just slight variations of the exact same gun.

15. Taking this into consideration, I also reviewed the amount of other Benelli M4 variations that have been delivered to our chain and independent retailers.

16. According to Owen J. Brown's Full Year History for our Independent retailers on all Benelli M1014/M4 models offered for sale, from 2016 to 2020 there were 5,993 Benelli semiautomatic M1014/M4 variations delivered to our independent retailers in our region.

17. According to Owen J. Brown's Full Year History for our Chain retailers on all Benelli M1014/M4 models offered for sale, from 2016 to 2020 there were 2,500 Benelli semiautomatic M1014/M4 variations delivered to our chain retailers in our region.

18. These are just the numbers of shotguns that have been *produced and distributed* in the western region covering 13 states. These numbers also do not take into account the thousands of current outstanding orders for these shotguns.

19. I have reviewed all independent and chain store accounts in the western region for Owen J. Brown. Currently there are another 5,628 M4/M1014 variants on order.

20. With regard to the Benelli 11701 shotguns, the original model with a pistol grip and a slightly adjustable stock was originally designed to meet a military contract in approximately 1998/1999. Benelli made modifications to this shotgun and then released it to the civilian market shortly after.

21. In 2003, Benelli received a letter from the California Department of Justice Attorney General stating that the shotgun was considered an assault weapon due to the fact that the stock could be moved slightly. The letter "strongly encourages" Benelli USA to cease importation of the Benelli M1014 into California. Benelli complied with this request.

22. Attached hereto as **Exhibit A** is a true and correct copy of a June 23, 2003 letter from California Deputy Attorney General Tim Rieger to Jeffrey K Reh, General Counsel for Benelli USA Corporation.

23. It is my understanding that Benelli USA offers this California Complaint version of this model shotgun to solely to comply with California law. If there was no law prohibiting the collapsible/adjustable stock, the Benelli M1014 would be sold with a pistol grip and slightly adjustable stock in California.

24. It is also my understanding based on my knowledge and experience in the firearms industry that there are many other semiautomatic shotguns readily available for sale across the United States that would fit the definition of "assault weapon" in California.

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 |
3 | Executed within the United States on November 5, 2020.
4 |
5 |                                              By: Kenneth Brown

1
2
## **EXHIBIT LIST**

3
| Exhibit | Description | Page |
|---------|-------------|------|
| A | California DOJ letter to Benelli dated June 23, 2003 | 0001-0002 |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration of Kenneth Brown in Support of Plaintiffs' Supplemental Brief for Plaintiffs Motion for Preliminary Injunction
CASE NO. 3:19-cv-01537-BEN-JLB

# EXHIBIT "A"

0001

**BILL LOCKYER**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

P.O. BOX 160487
SACRAMENTO, CA 95816-0487

Facsimile: (916) 263-0676
(916) 263-0802

June 23, 2003

Jeffrey K. Reh
General Counsel
Benelli USA Corporation
17603 Indian Head Highway
Accokeek, MD 20607-2501

RE: Benelli M1014

Dear Mr. Reh:

    Thank you for providing the Department of Justice Firearms Division with a sample of the Benelli M1014 shotgun for review. It became the Department's duty to inspect this firearm after we received reports that Benelli M1014s with telescoping stocks and pistol grips (assault weapon characteristics) were being distributed for sale in California, so we appreciate your assistance. The focus of our review was to determine if this style of stock was a clear violation of California's Assault Weapon Law.

    Upon completion of our review, the Department has concluded that there is some telescoping movement in the firearm's stock. It is the Department's opinion that one of California's 58 District Attorneys could interpret this telescoping movement, as limited as it may be, to be an assault weapon characteristic as defined by California Penal Code (PC) Section 12276.1. This telescoping movement, when combined with the M1014's pistol grip, could place this firearm in violation of PC 12276.1. It is with this belief that the Department strongly encourages you to cease importation of the Benelli M1014 into California.

Sincerely,

TIM RIEGER
Deputy Attorney General

For    BILL LOCKYER
       Attorney General