John W. Dillon (SBN 296788)
jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al., | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | |
| vs. | **DECLARATION OF JOHN W. DILLON IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| XAVIER BECERRA, in his official capacity as Attorney General of California, et al., | |
| Defendants. | |

## DECLARATION OF JOHN W. DILLON

I, John W. Dillon, declare as follows:

1.      I am an attorney licensed in California. I am counsel for Plaintiffs James Miller et al., in the above-captioned matter. I make this declaration in support of Plaintiffs' motion for Preliminary Injunction and Supplemental Brief.

2.      Except as otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness I could testify competently as to those facts.

3.      Attached hereto is a true and correct copy of the following exhibits:

| Exhibit | Description | Pages |
|---------|-------------|-------|
| A | *The Biggest Gun Companies in the U.S. Market,* Money Talks News https://www.moneytalksnews.com/slideshows/the-biggest-gun-companies-in-the-u-s-market/ | 0001-0011 |
| B | *Ruger SR22 Threaded Barrel Kit,* Shopruger.com https://shopruger.com/Ruger-SR22-Threaded-Barrel-Kit/productinfo/90520/ | 0012-0015 |
| C | LLV-4 Competition Pistol Upper, Volquartsen.com https://volquartsen.com/products/1252-llv-4-competition-pistol-upper | 0016-0018 |
| D | Barrels for Ruger® Mark I Pistols, Tacticalsol.com https://tacticalsol.com/Products.aspx?CAT=13327 | 0019-0027 |
| E | Barrels for Browning® Buck Mark® Pistols, Tacticalsol.com https://tacticalsol.com/Products.aspx?CAT=13329 | 0028-0034 |
| F | XD-M® Elite 4.5_ OSP™ Threaded 9mm Handgun, Springfield-Armory.com https://www.springfield-armory.com/xd-series-handguns/xd-m-elite-handguns/xd-m-elite-45-osp-threaded-9mm-handgun/ | 0035-0042 |
| G | Pistols, Beretta.com https://www.beretta.com/en-us/pistols/#mpp=72 | 0043-0077 |

| Exhibit | Description | Pages |
|---|---|---|
| H | Barrels, Lonewolfdist.com<br>https://www.lonewolfdist.com/CATEGORY/4/barrels | 0078-0079 |
| I | Pistol Barrels for Sale, Primaryarms.com<br>https://www.primaryarms.com/MCategories+Handguns-Barrels | 0080-0098 |
| J | Double Diamond Threaded Barrel, Glockstore.com<br>https://www.glockstore.com/Double-Diamond-Threaded-Barrel | 0099-0103 |
| K | About Us, Glockstore.com<br>https://www.glockstore.com/about-us | 0104-0106 |
| L | Glock, KKMPrecision.com<br>https://kkmprecision.com/product-category/glock/ | 0107-0109 |
| M | 1911 Threaded Barrell, MidwayUSA.com<br>https://www.midwayusa.com/s?userSearchQuery=1911+threaded+barrel&userItemsPerPage=48 | 0110-0114 |
| N | 1911 Threaded Barrel, Brownells.com<br>https://www.brownells.com/search/index.htm?k=1911+threaded+barrel&psize=96 | 0115-0124 |
| O | Finding the Right 22LR Handgun for a Child, Gunmagwarehouse.com<br>https://gunmagwarehouse.com/blog/22lr_handgun_for_children/ | 0125-0134 |
| P | Tactical Shotguns SALE, AtlanticFirearms.com<br>https://atlanticfirearms.com/taxons/tactical-shotguns | 0135-0140 |
| Q | *The Flawed and Misleading Donohue, Aneja, & Weber Study Claiming Right-to-Carry Laws Include Violent Crime*, CrimeSearch.org<br>https://crimeresearch.org/2017/07/badly-flawed-misleading-donohue-aneja-weber-study/ | 0141-0157 |
| R | *UPDATE: Gun Ownership Remains at 47%, But That Probably Underestimates the True Rate*, CrimeSearch.org<br>https://crimeresearch.org/2018/03/problems-with-using-the-general-social-survey-to-measure-gun-ownership/ | 0158-0166 |

| Exhibit | Description | Pages |
|---------|-------------|-------|
| S | Active Shooter Resources, FBI.gov https://www.fbi.gov/about/partnerships/office-of-partner-engagement/active-shooter-resources | 0167-0172 |
| T | *The FBI's Misinterpretation of the Chane in Mass Public Shooting*, John R. Lott Jr., March 2015 | 0173-0185 |
| U | 2004 FBI Crime in the United States, City of Baltimore, Maryland, Table 8 https://ucr.fbi.gov/crime-in-the-u.s/2004 | 0186-0188 |
| V | 2014 FBI Crime in the United States, City of Baltimore, Maryland, Table 8 https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/table-8-by-state/Table_8_Offenses_Known_to_Law_Enforcement_by_Minnesota_by_City_2014.xls | 0189-0197 |
| W | 2003 FBI Crime in the United States, City of Richmond, Virginia, Table 8 https://ucr.fbi.gov/crime-in-the-u.s/2003 | 0198-0199 |
| X | 2009 FBI Crime in the United States, City of Richmond, Virginia, Table 8 https://ucr.fbi.gov/crime-in-the-u.s/2009 | 0200-0205 |
| Y | 2006 FBI Crime in the United States, City of Minneapolis, Minnesota, Table 8 https://ucr.fbi.gov/crime-in-the-u.s/2006 | 0206-0211 |
| Z | 2014 FBI Crime in the United States, City of Minneapolis, Minnesota, Table 8 https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/table-8-by-state/Table_8_Offenses_Known_to_Law_Enforcement_by_Minnesota_by_City_2014.xls | 0212-0219 |
| AA | *Spike in Premeditated Killing of Police Officers, Changes in Who is Killing Police*, CrimeSearch.org https://crimeresearch.org/2018/03/spike-premeditated-killing-police-officers/ | 0220-0225 |

1    I declare under penalty of perjury that the foregoing is true and correct.

2  Executed within the United States on November 5, 2020.

3

4    _____

5    By: John W. Dillon

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of John W. Dillon in Support of Plaintiffs' Supplemental Brief for Plaintiffs Motion for Preliminary Injunction
CASE NO. 3:19-cv-01537-BEN-JLB

# EXHIBIT "A"

# The Biggest Gun Companies in the U.S. Market

As the debate over gun control rages once again, here's a look at the manufacturers who supply the most firearms to Americans.

Kari Huus • February 27, 2018



Castoldo9 / Shutterstock.com

Once again, the country is in conflict over gun violence. The latest, heart-breaking shooting that left 17 dead at Stoneman Douglas High School in Parkland, Florida, has prompted students to take to the streets, President Donald Trump to advocate for arming teachers and the National Rifle Association to go on the offensive for its interpretation of the Second Amendment. Meanwhile, some companies rushed to distance themselves from the gun industry.

Even though there's been a decline in demand for guns since Trump took office — attributed to less panic buying by people who fear restriction or regulation of guns — firearms are a multibillion-dollar business in the U.S.

Here's a list of companies, American and foreign, that profit from the U.S. gun market, with their stock ticker symbols where relevant. While some of the largest are publicly traded companies that must disclose financials, many are private companies and are not required to disclose sales and profits. For those companies, we compiled information from other estimates and reports.

## 1. Smith & Wesson (AOBC)

The Biggest Gun Companies in the U.S. Market



*Smith & Wesson website screenshot / Money Talks News*

**Gun sales:** $773 million in 2017, according to the company's 2017 annual report, which noted 91.2 percent of its firearms sales were to domestic consumers. The remaining 8.8 percent of sales went to local, state or federal law enforcement, or exports. A 2016 report by Mother Jones states that the company produced 1.31 million guns for the U.S. market in 2014.

**Headquarters:** Springfield, Massachusetts, with additional facilities in Houlton, Maine, and Deep River, Connecticut

**About the company:** Smith & Wesson, now held by publicly traded American Outdoor Brand Corp. (AOBC), was founded in 1852 as a partnership between Horace Smith and Daniel B. Wesson. Handguns accounted for more than 60 percent of its total sales in 2017, and the remainder were "long guns"– shotguns and rifles, including AR-15-type models that the industry calls "modern sporting rifles." It was a Smith & Wesson AR-15 used in the most recent mass shooting in Florida.

# 2. Remington Outdoor



*Remington website / Money Talks News*

**Gun sales:** $603 million in 2017, according to a preliminary corporate report. Mother Jones reported that Remington Outdoor produced 1.47 million guns for the U.S. market in 2014.

**Headquarters:** Madison, North Carolina, with manufacturing operations in Huntsville, Alabama

**About the company:** The gun manufacturer — founded two centuries ago in New York and producing an array of rifles, shotguns, handguns and ammunition — is filing for bankruptcy. It was acquired by Cerberus Capital Management in 2007 when the gun market was booming, but it has been in decline for several years, Bloomberg reported. Overproduction and falling demand for guns has hurt the company and other manufacturers, Bloomberg notes, but Remington suffered an additional blow after the tragic 2012 shooting at Sandy Hook Elementary School:

> Remington came under unwanted scrutiny and litigation after the massacre of 20 children and six adults at the Sandy Hook Elementary School in Newtown, Connecticut, in which the gunman carried a small arsenal that included a Remington Bushmaster assault rifle.

The company was cleared of blame in the courts, but major investors bailed out.

The Chapter 11 filing will allow the company to continue to operate as it makes a turnaround plan and manages its debt.

## 3. Sturm, Ruger & Co. (RGR)



Jamie Currie / Shutterstock.com

**Gun sales:** $517.7 million (96 percent domestic) in 2017, according to the company's latest annual report. The company produced 1.64 million firearms for the U.S. market in 2014, Mother Jones reported.

**Headquarters:** Southport, Connecticut

**About the company:** This publicly traded company, founded in 1949, has manufacturing operations in Newport, New Hampshire; Prescott, Arizona; and Mayodan, North Carolina, and is the biggest gun supplier in the country, producing a wide array of hunting and assault rifles, pistols and revolvers. According to the company website, "Ruger offers consumers over 400 variations of more than 30 product lines ... a rugged, reliable firearm to meet every shooter's needs."

## 4. Sig Sauer



VoronStudio / Shutterstock.com

**Sales:** The company produced nearly a half-million guns for the U.S. market in 2015, making it the fourth-largest gun maker by volume, according to The Motley Fool.

**Headquarters:** Newington, New Hampshire

**About the company:** This company, with origins in Germany, is now operationally separate from Swiss-German company SIG Sauer GmbH. It manufactures at an $18 million facility in New Hampshire, according to the company website. Sig Sauer is best known for its pistols, which it markets to U.S. law enforcement and civilians, but it also makes rifles.

## 5. O.F. Mossberg & Sons



Favor21 Foto and Video / Shutterstock.com

**Sales:** The company supplied more than 658,000 guns in the U.S. in 2014, according to Mother Jones.

**Headquarters**: North Haven, Connecticut, with most of its manufacturing in Eagle Pass, Texas

**About the company:** O.F. Mossberg & Sons was founded in Connecticut in the early 1900s by a Swedish immigrant. The company's early success was built on the sale of its Brownie, a 22-caliber, four-shot "pocket pistol." It now specializes in rifles, shotguns and scopes. Since 2014, the company has been doing nearly all of its manufacturing at Maverick Arms, located in Eagle Pass, Texas. The company is one of the biggest producers of pump-action shotguns, but its growth is driven by assault rifles, according to Mother Jones.

# 6. Savage Arms



*Vista Outdoor / Money Talks News*

**Sales:** The gunmaker supplied nearly 400,000 firearms to the U.S. market in 2015, <u>The Motley Fool reported</u>.

**Headquarters**: Westfield, Massachusetts

**About the company:** Savage produces only long guns — mainly rifles, and a small number of shotguns. It is held by publicly traded company Vista Outdoors (VSTO), headquartered in Farmington, Utah, which owns a portfolio of gun, ammunition and related outdoor brands. Shooting sports (guns, ammunition, rifle scopes and reloading components) accounted for 54 percent of Vista's sales, or about $1.38 billion in fiscal 2017, according to <u>Vista's 2017 annual report</u>. The report, citing "recent examples of our innovative, market-leading products" it cited "the entry of the Savage brand into the popular MSR semi-automatic market."

# 7. Springfield Armory Inc.



*Springfield Armory / Money Talks News*

**Sales:** Produced 576,000 guns for the U.S. market in 2014, according to <u>Mother Jones</u>.

**Headquarters:** Geneseo, Illinois

**About the company:** Springfield Armory, founded in 1974, produces <u>M1911 pistols</u>, and the <u>M1A rifle</u> series. It sells a series of AR-15 assault rifles, and <u>imports semi-automatic pistols</u> from Croatia. Its slogan is "The First Name in American Firearms."

## 8. Beretta



*Militarist / Shutterstock.com*

**Sales:** Produced 463,000 guns for the U.S. market in 2014, according to <u>Mother Jones</u>.

**Headquarters:** Gardone Val Trompia, Italy

**About the company:** <u>The Italian company</u>, founded by in 1526 by Bartolomeo Beretta, is now headed by the 15th generation of Berettas. Beretta is best known to Americans for its semi-automatic pistol, the Beretta M9, which is the standard issue sidearm used by the U.S. military. The company produces a wide array of pistols, shotguns, rifles and carbines. The now-multinational company has its U.S. headquarters in Accokeek, Maryland, and a manufacturing plant in Gallatin, Tennessee. It also owns <u>luxury hunting lodges</u>, and sells high-end apparel and home furnishings.

## 9. Taurus International



Taurus USA / Money Talks News

**Sales:** The company produced 365,000 guns for the U.S. market in 2014, according to <u>Mother Jones</u>.

**Headquarters:** São Leopoldo, Brazil

**About the company:** <u>Taurus USA</u> is owned by <u>Forjas Taurus SA</u>, which trades on the Brazilian stock exchange. The company produces for the U.S. market from a facility in Miami and imports firearms as well. The company specializes in small arms — pistols and revolvers — and has a special line of guns tailored for concealed-carry.

## 10. Glock



Khakimullin Aleksandr / Shutterstock.com

**Gun sales:** The company produced more than 252,000 guns in 2015 for the U.S. market, <u>The Motley Fool reported</u>.

**Headquarters:** Austria, with U.S. headquarters in Smyrna, Georgia. It also has <u>operations</u> in Hong Kong, Uruguay and United Arab Emirates.

**About the company:** This Austrian firm is famous for its lightweight pistol design, which it first marketed to U.S. police, according to its <u>website.</u> It was a 9mm Glock that Jared Loughner used in his attack on a 2011 political rally in Tucson, Arizona, that killed six people and injured others, including U.S. Rep. Gabrielle Giffords, <u>CBS reported</u>.

Are you a gun owner? What do you think should be done to prevent gun violence in the U.S.? Share with us in comments below or on our <u>Facebook page</u>. (Yes, we know you have strong feelings. Please keep it civilized!)

## How to find cheaper car insurance in minutes

Getting a better deal on car insurance doesn't have to be hard. You can have The Zebra, <u>an insurance comparison site</u> compare quotes in just a few minutes and find you the best rates. Consumers save an average of $368 per year, according to the site, so if you're ready to secure your new rate, <u>get started now</u>.

*Disclosure: The information you read here is always objective. However, we sometimes receive compensation when you click links within our stories.*

**0011**

# EXHIBIT "B"



Ruger SR22® Threaded Barrel Kit - shopruger.com

FAQs   Login

Shopping Cart   0 Items | $0.00

Product Search

E V E R Y T H I N G   A N D   A N Y T H I N G   R U G E R ®

NEW ITEMS

SHOP BY PRODUCT

- Pistol Parts & Accessories
- Rifle Parts & Accessories
- Revolver Parts & Accessories
- Shotgun Parts & Accessories
- Airguns & Accessories

SHOP BY ACCESSORY

- Magazines & Loaders
- Holsters & Magazine Carriers
- Bags & Cases
- Optics, Scopes & Bases
- Scope Rings
- Sights, Lights & Lasers
- Grips
- Stocks, Combs & Cheek Pads
- Slings & Swivels
- Bipods & Monopods
- Barrels & Muzzle Devices
- Triggers
- Safes & Locking Devices
- Knives & Tools
- Pepper Spray
- Cleaning Supplies
- Shooting Supplies
- Safety Equipment
- Parts

SHOP BY SPORTSWEAR

- Hats
- Shirts
- Outerwear
- Women's Wear
- Belts & Buckles

SHOP BY CATEGORY

- Survival & Preparedness
- Competition
- Hunting
- Home
- Retailer
- Collectibles

HOT DEALS

Visit RUGER.COM

Home › Pistol Parts & Accessories › SR22

## RUGER® SR22® THREADED BARREL KIT



**Item Number: 90520**

Review Average: ★★★★☆
Number of Reviews: 1
View Reviews | Review this item

**Unit Price: $149.95**

In Stock

Quantity [1]

ADD TO CART

☐ I am a US Citizen or a Resident Alien

GENUINE RUGER FACTORY ACCESSORY

### Detailed Description

This Genuine Ruger® Factory Accessory is compatible with Ruger® SR22® pistols bearing serial numbers 361-7XXXX and higher.

The threaded barrel accepts any 1/2"-28 (Class 2A) muzzle device - including the Ruger® Silent-SR®. This kit contains a factory-manufactured stainless steel barrel for optimal fit and function. Barrel changing is quick and easy with no gunsmithing required. Barrel cap, adapter and wrench included. Does not fit the 4.5" length barrel model. Made in the USA.

*Ruger cannot bill to or ship to the following states and city: California, Connecticut, Washington DC, New York, and Chicago, IL. DO NOT ORDER THIS ITEM, if you live in these locations.*
Genuine Ruger® Factory Accessory

⚠️ **WARNING:** This product can expose you to chemicals including lead, which is known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to **www.P65Warnings.ca.gov**

### Product Video

03:58

### Product Reviews     Click here to review this item

### You May Also Like



.22 LR X-12, T12 UpLULA™ Magazine Loaders
$26.95



SR22® Pachmayr® Tactical Grip Glove
$11.95



Gould & Goodrich™ Belt Holster - Ambidextrous, Black
$29.95



SR22® Carrylite Holster - RH
$58.95

**0013**



⭐⭐⭐⭐☆ **Nice replacement**

Ordered this so I could attach a silencer to the firearm. Easy to install, all the parts are included to install the barrel. It comes with a thread protector for the barrel, but it does not include a thread protector for the adapter. Which if you just want to leave the adapter on the barrel there is nothing to protect the adapter threads. Carrying the barrel protector, which is small is a hassle and will be lost in a range bag. Getting both protectors would have been nice, But I ordered one for Amazon

*- Mark L, MI*

SR22® Magazine, 10-Round .22 LR Magazine Value 2-Pack
$55.95

Contact Us    |    Terms of Use    |    Privacy Policy
Copyright © 2019 Sturm Ruger & Co., Inc.

# EXHIBIT "C"

LLV-4 Competition Pistol Upper



### Build Your Own!

Don't see exactly what you want here? Build your own in our Custom Shop

## LLV-4 Competition Pistol Upper

This upper has it all for your Ruger MK IV. Not only is it extremely lightweight and well-balanced, but the accuracy is even better. How do we do that? We use a Type III hard anodized machined aluminum receiver to reduce the weight but then fit it with a stainless steel match barrel.

Our LLV Competition Uppers are unlike other lightweight designs. Even though it is lightweight, it still features a stainless steel breech to withstand the rigors of competitive shooting.

### Specs

- Type III hard anodized aluminum receiver
- Stainless match barrel
- Integral Picatinny rail on both top and bottom of receiver
- Fits all Ruger MK IV and MK IV 22/45 Models
- Made in the USA
- *This item **must** ship to an FFL dealer.*

### Related Items

- Browse other Ruger MK IV & 22/45



LLV-4, 4.5", Comp, Black [VC4LLV-4-C-B]

**$489**   Add to Cart (Backorder)   More info



LLV-4, 6", Target Sights, Black [VC4LLV-6-TS-B]

**$494**   Add to Cart   More info



LLV-4, 4.5", Comp and Target Sights, Black [VC4LLV-4-C-B-TS]

**$589**   Add to Cart (Backorder)   More info



LLV-4, 4.5", Black [VC4LLV-4-B]

**$394**   Add to Cart   More info



LLV-4, 6", Black [VC4LLV-6-B]

**$394**   Add to Cart   More info



LLV-4, 6", Comp and Target Sights, Black [VC4LLV-6-C-B-TS]

**$589**   Add to Cart (Backorder)   More info



Case 3:19-cv-01537-BEN-JLB   Document 64   Filed 11/06/20   PageID.8321   Page 23 of 230



LLV-4, 6", No Threads, Black [VC4LLV-6-NT-B]

**$394**  Add to Cart  More info



LLV-4, 4.5", No Threads, Black [VC4LLV-4-NT-B]

**$394**  Add to Cart  More info

# EXHIBIT "D"

ABOUT (CONTENT.ASPX?PAGE=ABOUT)     CONTACT (CONTACTFORM.ASPX?PAGE=CONTACT)

LOGIN (LOGIN.ASPX)     REGISTER (LOGINREGISTER.ASPX)     CART (CART.ASPX)     ( EMPTY )

**TACTICAL SOLUTIONS** (D e f a u l t . a s p x)

| Search | **Go** |

THE RIMFIRE LEADER IN QUALITY, PERFORMANCE, AND DEPENDABILITY

# | Barrels | (products.aspx?CAT=13313) | BARRELS FOR RUGER® MARK IV™ PISTOLS

## Products:

Items/Page:

| 15 | ˅ |

Sort:

| Default | ˅ |

Filter By Mfg:

| | ˅ |

First          Prev          **Page 1 of 1**          Next          Last

**0020**





(Detail.aspx?PROD=1425866&CAT=13327)

### INTEGRALLY SUPPRESSED PAC-LITE IV TSS (DETAIL.ASPX?PROD=1425866&CAT=13327)

In Stock

## $635.00

**PLIVTSSMB**
(Detail.aspx?PROD=1425866&CAT=13327)

Dealer Locator

(Detail.aspx?PROD=1386294&CAT=13327)

### GUN METAL GRAY PAC-LITE IV 4.5" BARREL (DETAIL.ASPX?PROD=1386294&CAT=13327)

In Stock

## $345.00

**PLIV45TEGMGNF**
(Detail.aspx?PROD=1386294&CAT=13327)

Dealer Locator





(Detail.aspx?PROD=1386285&CAT=13327)

### GUN METAL GRAY PAC-LITE IV 4.5" BARREL - FLUTED (DETAIL.ASPX?PROD=1386285&CAT=13327)

In Stock

## $355.00

(Detail.aspx?PROD=1386297&CAT=13327)

### MATTE BLACK PAC-LITE IV 4.5" BARREL (DETAIL.ASPX?PROD=1386297&CAT=13327)

Back Ordered

## $345.00

**0021**

**PLIV45TEGMGRF**

(Detail.aspx?PROD=1386285&CAT=13327)

More info

**PLIV45TEMBNF**

(Detail.aspx?PROD=1386297&CAT=13327)

More info





(Detail.aspx?PROD=1386296&CAT=13327)

### MATTE BLACK PAC-LITE IV 4.5" BARREL - FLUTED (DETAIL.ASPX?PROD=1386296&CAT=13327)

In Stock

# $355.00

(Detail.aspx?PROD=1386299&CAT=13327)

### MATTE OLIVE DRAB PAC-LITE IV 4.5" BARREL (DETAIL.ASPX?PROD=1386299&CAT=13327)

In Stock

# $345.00

**PLIV45TEMBRF**

(Detail.aspx?PROD=1386296&CAT=13327)

Dealer Locator

**PLIV45TEMODNF**

(Detail.aspx?PROD=1386299&CAT=13327)

Dealer Locator

**0022**



(Detail.aspx?PROD=1386298&CAT=13327)

## MATTE OLIVE DRAB PAC-LITE IV 4.5" BARREL - FLUTED (DETAIL.ASPX? PROD=1386298&CAT=13327)

In Stock

## $355.00

**PLIV45TEMODRF**

(Detail.aspx?PROD=1386298&CAT=13327)

Dealer Locator



(Detail.aspx?PROD=1386308&CAT=13327)

## GUN METAL GRAY PAC-LITE IV 6" BARREL (DETAIL.ASPX? PROD=1386308&CAT=13327)

In Stock

## $345.00

**PLIV6TEGMGNF**

(Detail.aspx?PROD=1386308&CAT=13327)

Dealer Locator




(Detail.aspx?PROD=1386304&CAT=13327)

**GUN METAL GRAY PAC-LITE IV 6"
BARREL - FLUTED (DETAIL.ASPX?
PROD=1386304&CAT=13327)**

In Stock

## $355.00

**PLIV6TEGMGRF**
(Detail.aspx?PROD=1386304&CAT=13327)

Dealer Locator

(Detail.aspx?PROD=1386314&CAT=13327)

**MATTE BLACK PAC-LITE IV 6"
BARREL (DETAIL.ASPX?
PROD=1386314&CAT=13327)**

In Stock

## $345.00

**PLIV6TEMBNF**
(Detail.aspx?PROD=1386314&CAT=13327)

Dealer Locator

**0024**





(Detail.aspx?PROD=1386309&CAT=13327)

### MATTE BLACK PAC-LITE IV 6" BARREL - FLUTED (DETAIL.ASPX? PROD=1386309&CAT=13327)

Back Ordered

## $355.00

**PLIV6TEMBRF**

(Detail.aspx?PROD=1386309&CAT=13327)

More info

(Detail.aspx?PROD=1386316&CAT=13327)

### MATTE OLIVE DRAB PAC-LITE IV 6" BARREL (DETAIL.ASPX? PROD=1386316&CAT=13327)

In Stock

## $345.00

**PLIV6TEMODNF**

(Detail.aspx?PROD=1386316&CAT=13327)

Dealer Locator

**0025**



(Detail.aspx?PROD=1386315&CAT=13327)

## MATTE OLIVE DRAB PAC-LITE IV 6" BARREL - FLUTED (DETAIL.ASPX? PROD=1386315&CAT=13327)

In Stock

## $355.00

**PLIV6TEMODRF**

(Detail.aspx?PROD=1386315&CAT=13327)

Dealer Locator

First          Prev          **Page 1 of 1**          Next          Last

⚠ WARNING: This product contains (one of more) chemicals including lead, known to the State of California to cause (cancer and) birth defects or other reproductive problems. For more information go to www.P65Warnings.ca.gove (https://www.p65warnings.ca.gov/) (Wash hands after handling.)

# Customer Service

Contact Us (ContactForm.aspx?PAGE=Contact)
FAQ (Content.aspx?PAGE=FAQ)
Product Manuals (Content.aspx?PAGE=MANUALS)

# Information

**0026**

Download Catalog (uiimages/10057/TACSOL_CATALOG.pdf)
Dealer Locator (tsdealergooglemap.aspx)

# About

About Us (Content.aspx?PAGE=About)
Returns (Content.aspx?PAGE=Returns)
Privacy (Content.aspx?PAGE=Privacy)
Security (Content.aspx?PAGE=Security)

## Social Media

[Instagram icon] (https://www.instagram.com/tacticalsol/?

[Facebook icon] [Twitter icon]
(https://www.facebook.com/TacticalSol)

**0027**

# EXHIBIT "E"

**TACTICAL SOLUTIONS** (Default.aspx)

| Search | | **Go** |

**THE RIMFIRE LEADER IN QUALITY, PERFORMANCE, AND DEPENDABILITY**

# | Barrels | (products.aspx?CAT=13313) | BARRELS FOR BROWNING® BUCK MARK® PISTOLS

# Products:

**Items/Page:**

| 15 | ⌄ |

**Sort:**

| Default | ⌄ |

**Filter By Mfg:**

| | ⌄ |

First          Prev          **Page 1 of 1**          Next          Last





(Detail.aspx?PROD=1366852&CAT=13329)

### GUN METAL GRAY TRAIL-LITE 4" BARREL (DETAIL.ASPX? PROD=1366852&CAT=13329)

In Stock

## $270.00

**TL4TEGMGNF**

(Detail.aspx?PROD=1366852&CAT=13329)

Add to Cart

(Detail.aspx?PROD=1366853&CAT=13329)

### MATTE BLACK TRAIL-LITE 4" BARREL (DETAIL.ASPX? PROD=1366853&CAT=13329)

Back Ordered

## $270.00

**TL4TEMBNF**

(Detail.aspx?PROD=1366853&CAT=13329)

More info

---





(Detail.aspx?PROD=1366854&CAT=13329)

### MATTE OLIVE DRAB TRAIL-LITE 4" BARREL (DETAIL.ASPX? PROD=1366854&CAT=13329)

Back Ordered

## $270.00

(Detail.aspx?PROD=1366856&CAT=13329)

### GUN METAL GRAY TRAIL-LITE 5.5" BARREL (DETAIL.ASPX? PROD=1366856&CAT=13329)

In Stock

## $270.00

**0030**

**TL4TEMODNF**

(Detail.aspx?PROD=1366854&CAT=13329)

More info

**TL55TEGMGNF**

(Detail.aspx?PROD=1366856&CAT=13329)

Add to Cart

---



(Detail.aspx?PROD=1366855&CAT=13329)

### GUN METAL GRAY TRAIL-LITE 5.5" BARREL - FLUTED (DETAIL.ASPX? PROD=1366855&CAT=13329)

Back Ordered

## $280.00

**TL55TEGMGRF**

(Detail.aspx?PROD=1366855&CAT=13329)

More info



(Detail.aspx?PROD=1366858&CAT=13329)

### MATTE BLACK TRAIL-LITE 5.5" BARREL (DETAIL.ASPX? PROD=1366858&CAT=13329)

Back Ordered

## $270.00

**TL55TEMBNF**

(Detail.aspx?PROD=1366858&CAT=13329)

More info





(Detail.aspx?PROD=1366857&CAT=13329)

### MATTE BLACK TRAIL-LITE 5.5" BARREL - FLUTED (DETAIL.ASPX? PROD=1366857&CAT=13329)

Back Ordered

## $280.00

**TL55TEMBRF**

(Detail.aspx?PROD=1366857&CAT=13329)

More info

(Detail.aspx?PROD=1366860&CAT=13329)

### MATTE OLIVE DRAB TRAIL-LITE 5.5" BARREL (DETAIL.ASPX? PROD=1366860&CAT=13329)

In Stock

## $270.00

**TL55TEMODNF**

(Detail.aspx?PROD=1366860&CAT=13329)

Add to Cart



(Detail.aspx?PROD=1366859&CAT=13329)

## MATTE OLIVE DRAB TRAIL-LITE 5.5" BARREL - FLUTED (DETAIL.ASPX? PROD=1366859&CAT=13329)

Back Ordered

## $280.00

**TL55TEMODRF**

(Detail.aspx?PROD=1366859&CAT=13329)

More info

First     Prev     **Page 1 of 1**     Next     Last

⚠ WARNING: This product contains (one of more) chemicals including lead, known to the State of California to cause (cancer and) birth defects or other reproductive problems. For more information go to www.P65Warnings.ca.gove (https://www.p65warnings.ca.gov/) (Wash hands after handling.)

## Customer Service

Contact Us (ContactForm.aspx?PAGE=Contact)
FAQ (Content.aspx?PAGE=FAQ)
Product Manuals (Content.aspx?PAGE=MANUALS)

## Information

**0033**

Case 3:19-cv-01537-BEN-JLB Document 64 Filed 11/06/20 PageID.8387

Download Catalog (uiimages/10057/TACSOL_CATALOG.pdf)
Dealer Locator (tsdealergooglemap.aspx)

# About

About Us (Content.aspx?PAGE=About)
Returns (Content.aspx?PAGE=Returns)
Privacy (Content.aspx?PAGE=Privacy)
Security (Content.aspx?PAGE=Security)

# Social Media

(https://www.instagram.com/tacticalsol/?

f       🐦
(https://www.facebook.com/tacticalsol)

# EXHIBIT "F"





RIFLES

HANDGUNS

FIREARM SELECTOR

COMPARE

FIND A RETAILER

INTEL

LE / IOP

WARRANTY

THE ARMORY LIFE





| OVERVIEW | FEATURES | SPECS | RESOURCES |





0036



# RIFLES

## HANDGUNS

**FIREARM SELECTOR**

**COMPARE**

**FIND A RETAILER**

**INTEL**

**LE / IOP**

**WARRANTY**

**THE ARMORY LIFE**



## THREADED BARREL

The 5.28" hammer-forged barrel of the XD-M® Elite Tactical OSP™ is extended and threaded, and features a tough Melonite® finish.



## SUPPRESSOR HEIGHT SIGHTS

The XD-M® Elite Tactical OSP™ is ready to accept today's top red dot optics and features tall suppressor-height sights to work in concert with them.

| CALIBER | |
|---|---|
| 9mm | |

| COLOR | |
|---|---|
| Black | |

| BARREL | |
|---|---|
| 5.28" Hammer Forged Steel, Threaded (.5 x 28), Melonite® Finish, 1:10 | |





# RIFLES

## HANDGUNS

FIREARM SELECTOR

COMPARE

FIND A RETAILER

INTEL

LE / IOP

WARRANTY

THE ARMORY LIFE

8.6″

**HEIGHT**

5.875″

**MSRP**

$709



SPEC SHEET

MANUAL

WARRANTY





SPRINGFIELD ARMORY

RIFLES

HANDGUNS

FIREARM SELECTOR

COMPARE

FIND A RETAILER

INTEL

LE / IOP

WARRANTY

THE ARMORY LIFE

CALIBER

9MM

MSRP

SHOW ALL

STATE COMPLIANT

NO

FILTER +

$590 MSRP

$590 MSRP

$590 MSRP

XD-M® ELITE 3.8" COMPACT HANDGUN

XDME9389CBHC

9MM | BLACK

LEARN MORE COMPARE

XD-M® ELITE 3.8" HANDGUN

XDME9389BHC

9MM | BLACK

LEARN MORE COMPARE

# RIFLES

## HANDGUNS

FIREARM SELECTOR

COMPARE

FIND A RETAILER

INTEL

LE / IOP

WARRANTY

THE ARMORY LIFE

🔍

XD-M® OSP™ OPTICS
MOUNTING PLATE – LEUPOLD®
/ SHIELD
$25.00

XD-M® OSP™ OPTICS
MOUNTING PLATE – TRIJICON®
/ HOLOSUN®
$25.00

XD-M® OSP™ OPTICS
MOUNTING PLATE – VORTEX® /
BURRIS®
$25.00

SPRINGFIELD CROSSED
CANNON T-SHIRT – BLACK
$19.99



SPRINGFIELD ARMORY HANDGUN WORLD

#GUNS
11-02-20

WHEN YOU SHOULDN'T USE A WEA

#GEAR #SKILLS
10-28-20

**0040**



# SPRINGFIELD ARMORY

## RIFLES

## HANDGUNS

### FIREARM SELECTOR

### COMPARE

### FIND A RETAILER

### INTEL

### LE / IOP

### WARRANTY

### THE ARMORY LIFE





SUPPRESSING THE XD-M ELITE TACTICAL OSP

#GEAR #GUNS

08-10-20

**WARNING** CALIFORNIA PROP 65

LEARN MORE

**NOTICE** LOCAL RESTRICTIONS

It is the buyer's responsibility to comply with all rules, restrictions and/or laws determined by your city or state. Please ensure you are up-to-date on all current laws regarding your purchase.



# SPRINGFIELD ARMORY.
## DEFEND YOUR LEGACY.



+  **RIFLES**



RIFLES

HANDGUNS

FIREARM SELECTOR

COMPARE

FIND A RETAILER

INTEL

LE / IOP

WARRANTY

THE ARMORY LIFE

© 2020 SPRINGFIELD ARMORY.

ALL RIGHTS RESERVED. PRODUCT SPECIFICATIONS ARE SUBJECT TO CHANGE WITHOUT NOTICE.

SITE BY GRAY LOON.



# EXHIBIT "G"





A MESSAGE TO OUR CUSTOMERS ABOUT COVID-19 | <u>LEARN MORE</u>



 **FILTER**

**66 items for Pistols product grid**

Home|Firearms|By Product|Pistols

# Pistols

Browse the most up-to-date catalog of Beretta pistols. Whether you're looking for a full size or concealed carry handgun, striker or hammer action, polymer or metal frame, you can find your perfect handgun, here.

**NEW**



**92X Performance**





**92X Full Size**





**92X Centurion**





**92X Compact W/Rail**





**92X Compact**



**M9A3 Black**



**Px4 Storm Carry**



**APX Carry Black**



**APX Carry FDE**



**APX Carry Wolf Grey**



**APX CARRY ODG**



**92G Elite LTT Centurion**



**92G Elite LTT Compact**



**92G ELITE LTT**

---



**PX4 Storm Compact Carry**

---



**Px4 Compact FDE**



**Px4 Compact Grey**



**Px4 Storm Compact**



**Px4 Storm Full**



**Px4 Storm SubCompact**



**Px4 Storm SD Type F**



**Px4 Storm Inox**



**M9A3 Black & Gray**

**0055**



**M9A3 Black & Green**



**M9A3 FDE & Black**



**M9A3 Green & Black**





**APX Centurion Combat**





**APX Compact FDE**





**APX Centurion FDE**

**0058**





**APX Centurion RDO**





**APX Target**



**APX**



**APX RDO**



**APX Combat**



**APX FDE**



**APX Compact**



**APX Centurion**



**92G Brigadier Volunteer**



**92FSR_22 Suppressor Ready Kit**



**92FSR_22 Sniper Grey**



**M9A1_22**



**21 A Bobcat Inox**



**Pico RE Blue Frame**



**Nano Sniper Grey Frame**



**Pico Lavender Frame**



**Nano RE Blue Frame**



**Pico FDE Frame**



**Nano Rosa Frame**



**Nano FDE Frame**



**92 A1**



**BU9 Nano**



**Pico**

---



**M9**

---



**92 FS**



**21 A Bobcat**



**3032 Tomcat Inox**



**M9A1**



**92 FS Inox**



**96 A1**



**92 Compact with Rail Inox**



**M9_22LR**



**92 Brigadier Inox**



LIMITED EDITION

**92 FS Fusion**

**0075**



**M9A3**



**U22 Neos**



**U22 Neos Inox**

---

1-66 of 66 items    Page 1 of 1    72 Items Per Page



FIREARMS  +

CUSTOMER SERVICE  +

COMMUNITY  +

# STAY INFORMED

Enter email address*    **SUBMIT**

© Beretta USA | Site designed and developed by Americaneagle.com

Site Map | Terms & Conditions | Privacy Policy | Contact Us

# EXHIBIT "H"



Home > Barrels



AlphaWolf for Glock



GEN5 Compatible Barrels



Lone Wolf for Glock



AlphaWolf for S&W Shield



AlphaWolf for Browning Hi Power



AlphaWolf for Ruger



Rock Island Armory (Armscor) 22TCM9R ...



Glock OEM

**Customer Service**
Contact Us
Dealer Signup
FAQs
Email Sign Up
Store Policies

**Information**
Lead Times

**About**
About Us
Employment Opportunities
Financing

**Social Media**



©Copyright 2020 Lone Wolf Arms. All Rights Reserved. Site fueled by Hydra Back Office

# EXHIBIT "I"

0

Cage Code: 87A80 ✉ info@primaryarms.com (mailto:info@primaryarms.com) ☎ 713-344-9600 (tel: 17133449600)

 (/)

What are you looking for today?    Go

Email Sign Up (/email-sign-up)

## 354 HANDGUNS BARRELS

Sort & Filter ⌄    Narrow By ❯

# UPGRADE YOUR HANDGUN BARREL TODAY!

Narrowed By:    Handguns Barrels ✖ (/Search)



 (/strike-industries-mass-driver-comp-glock-gen3-compact)

★★★★★

✔ In Stock

Strike Industries Mass Driver Compensator For Compact Glock Gen3® G19 Compatible (/Strike-Industries-Mass-Driver-Comp-Glock-Gen3-Compact)

View Details (/strike-industries-mass-driver-comp-glock-gen3-compact)

☐ Add To Compare

$79.99



 (/strike-industries-mass-driver-comp-glock-gen3-full-size)

★★★★★

✔ In Stock

Strike Industries Mass Driver Compensator For Standard Glock Gen3® G17 (/Strike-Industries-Mass-Driver-Comp-Glock-Gen3-Full-Size)

View Details (/strike-industries-mass-driver-comp-glock-gen3-full-size)

☐ Add To Compare

$79.99





(/strike-

industries-mass-driver-compensator-compact-gen4-glock-19)



⊘ In Stock

Strike Industries Mass Driver Compensator - Compact For Glock 19 Gen4 (/Strike-Industries-Mass-Driver-Compensator-Compact-Gen4-Glock-19)

View Details (/strike-
industries-mass-
driver-compensator-
compact-gen4-glock-
19)

☐ Add To Compare

$84.95



(/lone-wolf-

alpha-wolf-glock-19-barrel-9mm-fluted-threaded-nitride)

⊘ In Stock

Lone Wolf Alpha Wolf 9mm Fluted Threaded For Glock 19 - Nitride (/Lone-Wolf-Alpha-Wolf-Glock-19-Barrel-9mm-Fluted-Threaded-Nitride)

View Details (/lone-
wolf-alpha-wolf-glock-
19-barrel-9mm-fluted-
threaded-nitride)

☐ Add To Compare

$159.95



(/strike-

industries-mass-driver-compensator-standard-gen-4-glock-17)

⊘ In Stock

Strike Industries Mass Driver Compensator - Standard For Glock 17 Gen4 (/Strike-Industries-Mass-Driver-Compensator-Standard-Gen-4-Glock-17)

View Details (/strike-
industries-mass-
driver-compensator-
standard-gen-4-glock-
17)



(/glock-44-

threaded-barrel)

⊘ In Stock

Glock 44 Threaded Barrel (/Glock-44-Threaded-Barrel)

View Details (/glock-
44-threaded-barrel)

☐ Add To Compare

$159.99



**0082**

☐ Add To Compare

$84.95



(/strike-industries-enhanced-thread-protector-1-2x28-titan)

★ ★ ★ ★ ★

✔ In Stock

Strike Industries Enhanced Thread Protector 1/2x28 - Titan (/Strike-Industries-Enhanced-Thread-Protector-1-2x28-Titan)

View Details (/strike-industries-enhanced-thread-protector-1-2x28-titan)

☐ Add To Compare

$11.95



(/lantac-firing-pin-223-556)

★ ★ ★ ★ ★

✔ In Stock

LANTAC FIRING PIN 223/556 (/Lantac-Firing-Pin-223-556)

View Details (/lantac-firing-pin-223-556)

☐ Add To Compare

$18.99





(/griffin-armament-micro-carry-comp-1-2x28)

★★★★★

 In Stock

Griffin Armament Micro Carry Comp 1/2x28 (/Griffin-Armament-Micro-Carry-Comp-1-2x28)

View Details (/griffin-armament-micro-carry-comp-1-2x28)

☐ Add To Compare

$59.95



(/cmc-triggers-9mm-glock-g19-fluted-threaded-barrel-with-stainless-finish)

★★★★★

 In Stock

CMC Triggers Fluted Threaded Barrel For GLOCK 19 Gen3/Gen4 - Stainless (/Cmc-Triggers-9mm-Glock-G19-Fluted-Threaded-Barrel-With-Stainless-Finish)

View Details (/cmc-triggers-9mm-glock-g19-fluted-threaded-barrel-with-stainless-finish)

☐ Add To Compare

$169.99
$210.00



(/cmc-triggers-threaded-fluted-glock-19-barrel-with-black-dlc-finish)

★★★★★

 In Stock

CMC Triggers Fluted Threaded Barrel For GLOCK 19 Gen3/Gen4 - Black DLC (/Cmc-Triggers-Threaded-Fluted-Glock-19-Barrel-With-Black-Dlc-Finish)

View Details (/cmc-triggers-threaded-fluted-glock-19-barrel-with-black-dlc-finish)

(/grey-ghost-precision-glock-19-threaded-match-grade-barrel-non-coated)

★★★★★

 In Stock

Grey Ghost Precision Threaded Match Grade Barrel For GLOCK 19 - Non Coated (/Grey-Ghost-Precision-Glock-19-Threaded-Match-Grade-Barrel-Non-Coated)

View Details (/grey-ghost-precision-glock-19-threaded-match-grade-barrel-non-coated)



**0084**

☐ Add To Compare                    ☐ Add To Compare

$169.99                            $182.39
~~$210.00~~

 (/cmc-triggers-

9mm-glock-g19-fluted-threaded-barrel-with-ticn-bronze-finish)

★★★★★

✔ In Stock

CMC Triggers Fluted Threaded Barrel For GLOCK 19 Gen3/Gen4 - Bronze TiCN (/Cmc-Triggers-9mm-Glock-G19-Fluted-Threaded-Barrel-With-Ticn-Bronze-Finish)

View Details (/cmc-triggers-9mm-glock-g19-fluted-threaded-barrel-with-ticn-bronze-finish)

☐ Add To Compare

$169.99
~~$210.00~~

 (/cmc-triggers-

glock-9mm-threaded-fluted-g17-barrel-with-black-diamond-like-coating-finish)

★★★★★

✔ In Stock

CMC Triggers Fluted Threaded Barrel For GLOCK 17 Gen3/Gen4 - Black DLC (/Cmc-Triggers-Glock-9mm-Threaded-Fluted-G17-Barrel-With-Black-Diamond-Like-Coating-Finish)

View Details (/cmc-triggers-glock-9mm-threaded-fluted-g17-barrel-with-black-diamond-like-coating-finish)

☐ Add To Compare

$169.99
~~$210.00~~

 (/grey-ghost-

precision-glock-17-gen-5-threaded-barrel-black-nitride)

★★★★★

 (/zev-

technologies-9mm-pro-compensator-v2-1-2x28-black)

★★★★★

 Stock                       ✔ In Stock

Grey Ghost Precision Threaded Barrel For GLOCK 17 Gen5 - Black Nitride (/Grey-Ghost-Precision-Glock-17-Gen-5-Threaded-Barrel-Black-Nitride)

Zev Technologies 9mm PRO Compensator V2 - 1/2x28 - Black (/Zev-Technologies-9mm-Pro-Compensator-V2-1-2x28-Black)

View Details (/grey-ghost-precision-glock-17-gen-5-threaded-barrel-black-nitride)

View Details (/zev-technologies-9mm-pro-compensator-v2-1-2x28-black)

☐ Add To Compare

☐ Add To Compare

$182.39

**Click Here for Price**
~~$94.05~~



(/cmc-triggers-fluted-glock-17-barrel-9mm-bronze-ticn-finish)

★★★★★



(/strike-industries-ark-glock-17-barrel-spiral-fluted)

★★★★★

✔ In Stock

✔ In Stock

CMC Triggers Fluted Barrel For GLOCK 17 Gen3/Gen4 - Bronze TiCN (/Cmc-Triggers-Fluted-Glock-17-Barrel-9mm-Bronze-Ticn-Finish)

Strike Industries Ark Barrel Spiral Fluted For GLOCK 17 (/Strike-Industries-Ark-Glock-17-Barrel-Spiral-Fluted)

View Details (/cmc-triggers-fluted-glock-17-barrel-9mm-bronze-ticn-finish)

View Details (/strike-industries-ark-glock-17-barrel-spiral-fluted)

☐ Add To Compare

☐ Add To Compare

$169.99
~~$199.00~~

$169.95



(/cmc-triggers-fluted-glock-34-barrel-9mm-black-dlc-finish)

★★★★★

✔ In Stock

 Norton SHOPPING GUARANTEE 11/5/2020

CMC Triggers Fluted Barrel For GLOCK 34 Gen3/Gen4 - Black DLC (/Cmc-Triggers-Fluted-Glock-34-Barrel-9mm-Black-Dlc-Finish)

View Details (/cmc-triggers-fluted-glock-34-barrel-9mm-black-dlc-finish)

☐ Add To Compare

$169.99
$199.00



(/cmc-triggers-fluted-glock-17-barrel-9mm-stainless)

★★★★★

✔ In Stock

CMC Triggers Fluted Barrel For GLOCK 17 Gen3/Gen4 - Stainless (/Cmc-Triggers-Fluted-Glock-17-Barrel-9mm-Stainless)

View Details (/cmc-triggers-fluted-glock-17-barrel-9mm-stainless)

☐ Add To Compare

$169.99
$199.00



(/cmc-triggers-

-glock-g17-fluted-threaded-barrel-with-stainless-finish)

★★★★★



● In Stock

CMC Triggers Fluted Threaded Barrel For GLOCK 17 Gen3/Gen4 - Stainless (/Cmc-Triggers-9mm-Glock-G17-Fluted-Threaded-Barrel-With-Stainless-Finish)

(/griffin-armament-glock-gen5-g19-advanced-threaded-barrel)

★★★★★

View Details (/cmc-triggers-9mm-glock-g17-fluted-threaded-barrel-with-stainless-finish)

● In Stock

☐ Add To Compare

Griffin Armament Advanced Threaded Match Barrel With Micro Carry Comp For GLOCK 19 Gen5 (/Griffin-Armament-Glock-Gen5-G19-Advanced-Threaded-Barrel)

$169.99
$210.00

View Details (/griffin-armament-glock-gen5-g19-advanced-threaded-barrel)

☐ Add To Compare

$186.00



(/cmc-triggers-fluted-glock-19-barrel-9mm-bronze-ticn-finish)

★★★★★



(/griffin-armament-glock-g48-advanced-threaded-match-barrel-micro-carry-comp)

★★★★★

● In Stock

CMC Triggers Fluted Barrel For GLOCK 19 Gen3/Gen4 - Bronze TiCN (/Cmc-Triggers-Fluted-Glock-19-Barrel-9mm-Bronze-Ticn-Finish)

● In Stock

Griffin Armament Advanced Threaded Match Barrel With Micro Carry Comp For GLOCK 48 (/Griffin-Armament-Glock-G48-Advanced-Threaded-Match-Barrel-Micro-Carry-Comp)

View Details (/cmc-triggers-fluted-glock-19-barrel-9mm-bronze-ticn-finish)

View Details (/griffin-armament-glock-g48-advanced-threaded-match-barrel-micro-carry-comp)



☐ Add To Compare

$169.99
$199.00

☐ Add To Compare

$186.00



(/cmc-triggers-

fluted-glock-34-barrel-9mm-bronze-ticn-finish)

★★★★★

✔ In Stock

CMC Triggers Fluted Barrel For GLOCK 34 Gen3/Gen4 -
Bronze TiCN (/Cmc-Triggers-Fluted-Glock-34-Barrel-9mm-
Bronze-Ticn-Finish)

View Details (/cmc-
triggers-fluted-glock-
34-barrel-9mm-
bronze-ticn-finish)

☐ Add To Compare

$169.99
$199.00

(/lantac-9ine-

fluted-glock-43-barrel-stainless-steel)

★★★★★

✔ In Stock

Lantac 9INE Fluted Barrel For Glock 43 - Stainless Steel
(/Lantac-9ine-Fluted-Glock-43-Barrel-Stainless-Steel)

View Details (/lantac-
9ine-fluted-glock-43-
barrel-stainless-steel)

☐ Add To Compare

$229.99



(/strike-

industries-glock-19-ark-barrel)

★★★★★

✔ In Stock

Strike Industries Ark Barrel For GLOCK 19 (/Strike-Industries-
Glock-19-Ark-Barrel)

View Details (/strike-
industries-glock-19-
ark-barrel)

☐ Add To Compare



**0089**

$169.95



(/grey-ghost-

precision-glock-19-threaded-match-grade-barrel-black-

nitride-barrel)

★★★★★

✓ In Stock

Grey Ghost Precision Threaded Match Grade Barrel For
GLOCK 19 Gen3/4 - Black Nitride (/Grey-Ghost-Precision-
Glock-19-Threaded-Match-Grade-Barrel-Black-Nitride-Barrel)

View Details (/grey-
ghost-precision-glock-
19-threaded-match-
grade-barrel-black-
nitride-barrel)

☐ Add To Compare

$182.39



(/griffin-

armament-glock-gen5-g17-advanced-threaded-barrel)

★★★★★

✓ In Stock

Griffin Armament Advanced Threaded Match Barrel With
Micro Carry Comp For GLOCK 17 Gen5 (/Griffin-Armament-
Glock-Gen5-G17-Advanced-Threaded-Barrel)

View Details (/griffin-
armament-glock-gen5-



(/primary-

machine-cz-p10c-match-grade-barrel-threaded-fluted-black)

★★★★★

✓ In Stock

Primary Machine CZ P10C Match Grade Threaded Fluted
9mm Barrel - Black (/Primary-Machine-Cz-P10c-Match-Grade-
Barrel-Threaded-Fluted-Black)

View Details (/primary-
machine-cz-p10c-



g17-advanced-
threaded-barrel)

match-grade-barrel-
threaded-fluted-black)

☐ Add To Compare

☐ Add To Compare

$186.00

$227.99



(/grey-ghost-

precision-glock-43-match-grade-barrel-black-nitride)

★ ★ ★ ★ ★



(/lone-wolf-

alpha-wolf-glock-26-barrel-9mm-fluted-threaded-nitride)

★ ★ ★ ★ ★

✔ In Stock

✔ In Stock

Grey Ghost Precision Match Grade Barrel For GLOCK 43 -
Black Nitride (/Grey-Ghost-Precision-Glock-43-Match-Grade-
Barrel-Black-Nitride)

Lone Wolf Alpha Wolf 9mm Fluted Threaded For Glock 26 -
Nitride (/Lone-Wolf-Alpha-Wolf-Glock-26-Barrel-9mm-Fluted-
Threaded-Nitride)

View Details (/grey-
ghost-precision-glock-
43-match-grade-
barrel-black-nitride)

View Details (/lone-
wolf-alpha-wolf-glock-
26-barrel-9mm-fluted-
threaded-nitride)

☐ Add To Compare

☐ Add To Compare

$172.79

$159.95



(/wheaton-

arms-match-grade-threaded-glock-17-gen-1-4-compatible-
barrel-copper)

★ ★ ★ ★ ★



(/sig-sauer-

p229-threaded-barrel-9mm-13.5x1lh)

★ ★ ★ ★ ★

✔ In Stock

✔ In Stock

eaton Arms Match Grade Threaded Barrel For Glock 17
1-4 - Copper (/Wheaton-Arms-Match-Grade-Threaded-
Glock-17-Gen-1-4-Compatible-Barrel-Copper)

SIG Sauer P229 Threaded Barrel - 9mm - 13.5x1LH (/Sig-
Sauer-P229-Threaded-Barrel-9mm-13.5x1lh)

View Details (/sig-
sauer-p229-threaded-

**0091**

View Details
(/wheaton-arms-
match-grade-
threaded-glock-17-
gen-1-4-compatible-
barrel-copper)

☐ Add To Compare

$189.99

barrel-9mm-13.5x1lh)

☐ Add To Compare

$189.05



(/sig-sauer-

p320-barrel-full-size-357-sig-dlc)

★ ★ ★ ★ ★

 In Stock

SIG Sauer P320 Barrel - Full Size - .357 SIG - DLC (/Sig-Sauer-
P320-Barrel-Full-Size-357-Sig-Dlc)

View Details (/sig-
sauer-p320-barrel-full-
size-357-sig-dlc)

☐ Add To Compare

$141.55



(/true-

precision-sig-p365-9mm-threaded-barrel-stainless-blem)

★ ★ ★ ★ ★

 In Stock

True Precision SIG P365 9mm Threaded Barrel - Stainless -
Blem (/True-Precision-Sig-P365-9mm-Threaded-Barrel-
Stainless-Blem)

View Details (/true-
precision-sig-p365-
9mm-threaded-barrel-
stainless-blem)



☐ Add To Compare

$149.99



(/griffin-
armament-p365xl-threaded-barrel-micro-carry-comp-black-
nitride)

★ ★ ★ ★ ★

✔ In Stock

Griffin Armament P365XL Threaded Barrel With Micro Carry
Comp - Black Nitride (/Griffin-Armament-P365xl-Threaded-
Barrel-Micro-Carry-Comp-Black-Nitride)

View Details (/griffin-
armament-p365xl-
threaded-barrel-micro-
carry-comp-black-
nitride)

☐ Add To Compare

$186.00



(/zev-
technologies-glock-17-optimized-match-barrel-gen1-4-burnt-
bronze)

★ ★ ★ ★ ★

✔ In Stock

Zev Technologies Optimized Match Barrel For GLOCK 17
Gen1-4 - Burnt Bronze (/Zev-Technologies-Glock-17-
Optimized-Match-Barrel-Gen1-4-Burnt-Bronze)

View Details (/zev-
technologies-glock-17-
optimized-match-
barrel-gen1-4-burnt-
bronze)

☐ Add To Compare

$236.55



(/grey-ghost-
precision-glock-26-barrel-black-nitride)

★ ★ ★ ★ ★

✔ In Stock

Grey Ghost Precision Barrel For GLOCK 26 Gen5 - Black
Nitride (/Grey-Ghost-Precision-Glock-26-Barrel-Black-Nitride)



(/grey-ghost-
precision-glock-26-gen-5-threaded-barrel-black-nitride)

★ ★ ★ ★ ★

✔ In Stock

Grey Ghost Precision Threaded Barrel For GLOCK 26 Gen5 -
Black Nitride (/Grey-Ghost-Precision-Glock-26-Gen-5-
Threaded-Barrel-Black-Nitride)

Norton
SHOPPING
GUARANTEE
11/5/2020

View Details (/grey-
ghost-precision-glock-
26-barrel-black-nitride)

☐ Add To Compare

$172.79

View Details (/grey-
ghost-precision-glock-
26-gen-5-threaded-
barrel-black-nitride)

☐ Add To Compare

$182.39

 (/grey-ghost-

precision-glock-17-gen-5-barrel-black-nitride)

★ ★ ★ ★ ★

✔ In Stock

Grey Ghost Precision Barrel For GLOCK 17 Gen5 - Black
Nitride (/Grey-Ghost-Precision-Glock-17-Gen-5-Barrel-Black-
Nitride)

View Details (/grey-
ghost-precision-glock-
17-gen-5-barrel-black-
nitride)

☐ Add To Compare

$172.79

 (/griffin-

armament-sig-sauer-p365-advanced-threaded-barrel)

★ ★ ★ ★ ★

✔ In Stock

Griffin Armament SIG Sauer P365 Advanced Threaded Barrel
With Micro Carry Comp (/Griffin-Armament-Sig-Sauer-P365-
Advanced-Threaded-Barrel)

View Details (/griffin-
armament-sig-sauer-
p365-advanced-
threaded-barrel)

☐ Add To Compare

$186.00

 (/griffin-

armament-glock-gen3-g19-advanced-threaded-barrel)

★ ★ ★ ★ ★

 (/griffin-

armament-glock-gen3-g17-advanced-threaded-barrel)

★ ★ ★ ★ ★

✔ In Stock

 Stock

Griffin Armament Advanced Threaded Match Barrel With Micro Carry Comp For GLOCK 19 Gen3/4 (/Griffin-Armament-Glock-Gen3-G19-Advanced-Threaded-Barrel)

View Details (/griffin-armament-glock-gen3-g19-advanced-threaded-barrel)

☐ Add To Compare

$186.00

Griffin Armament Compatible Advanced Threaded Match Barrel For Glock® Gen3 /4 G17 With Micro Carry Comp (/Griffin-Armament-Glock-Gen3-G17-Advanced-Threaded-Barrel)

View Details (/griffin-armament-glock-gen3-g17-advanced-threaded-barrel)

☐ Add To Compare

$186.00



(/griffin-armament-glock-g43-advanced-threaded-barrel)



⊘ In Stock

Griffin Armament Advanced Threaded Match Barrel With Micro Carry Comp For GLOCK G43 (/Griffin-Armament-Glock-G43-Advanced-Threaded-Barrel)

View Details (/griffin-armament-glock-g43-advanced-threaded-barrel)

☐ Add To Compare

$186.00



(/arc-division-sparc-m-v2-glock-gen-3-compensator-black)



⊘ In Stock

Arc Division SPARC-M V2 Compensator For GLOCK Gen3 - Black (/Arc-Division-Sparc-M-V2-Glock-Gen-3-Compensator-Black)

View Details (/arc-division-sparc-m-v2-glock-gen-3-compensator-black)

☐ Add To Compare

$81.00



(/arc-division-sparc-v2-glock-gen-3-compensator-black)



★★★★★

⊘ In Stock

Arc Division SPARC V2 Compensator For GLOCK Gen3 - Black
(/Arc-Division-Sparc-V2-Glock-Gen-3-Compensator-Black)

View Details (/arc-
division-sparc-v2-
glock-gen-3-
compensator-black)

☐ Add To Compare

$85.00



(/agency-arms-

417-single-port-glock-compensator-17-19-34-gen4-black)

★★★★★

⊘ In Stock

Agency Arms 417 Single Port Compensator For Glock
17/19/34 Gen4 - Black (/Agency-Arms-417-Single-Port-Glock-
Compensator-17-19-34-Gen4-Black)

View Details (/agency-
arms-417-single-port-
glock-compensator-17-
19-34-gen4-black)

☐ Add To Compare

$110.00

1 of 8   ›

(/MCa

Barre

page=



Norton
SHOPPING
GUARANTEE
11/5/2020

ED HELP?      ⌃

PROGRAMS      ⌃

⬆

## OUR COMPANY ^

✉ **EMAIL SIGNUP**

Email Address

Sign Up



Primary Arms (htt           is rated
26893 customer reviews
Easy purchase with lots of fast shipping options available!

11/5/2020

f (http...) ...

(http://membership.nrahq.org/)

(https://www.nssf.org/)




## ALSO OF INTEREST

Marketing Categories:... (https://www.primaryarms.com/MCategories+Clothing--AND--Accessories)

Glock Pistol, Parts & Accessories (https://www.primaryarms.com/Brand+Glock)

Gun Parts - Handgun Barrels For Sale (https://www.primaryarms.com/1+Handgun-Barrels/MCategories+Gun-Parts)

Lone Wolf Alpha Wolf 9mm Fluted... (https://www.primaryarms.com/lone-wolf-alpha-wolf-glock-19-barrel-9mm-fluted-threaded-nitride)

Norton SHOPPING GUARANTEE
11/5/2020

**0097**

Strike Industries Mass Driver Compensat (https://www.primaryarms.com/strike-industries-mass-driver-comp-glock-gen3-compact)

Glock Accessories, parts and custom… (https://www.primaryarms.com/MCategories+Handguns/Platform+Glock-Handguns)

Pistol Compensator [Handgun Muzzle… (https://www.primaryarms.com/1+Muzzle-Devices/MCategories+Handguns-Barrels)

Handguns Barrels - Handgun Barrels For… (https://www.primaryarms.com/1+Handgun-Barrels/MCategories+Handguns-Barrels)

Marketing Categories: Handguns-Barrels,… (https://www.primaryarms.com/MCategories+Handguns-Barrels/Platform+Glock-Handguns)

✉  info@primaryarms.com (mailto:info@primaryarms.com)

© 2020 Primary Arms
Terms & Conditions (/terms-conditions)

**Site Map**   |   **Contact Us** (/contact-us)





(https://www.bbb.org/houston/business-reviews/sporting-goods-retail/primary-arms-llc-in-pearland-tx-90027054/#sealclick)

# EXHIBIT "J"



WE ARE SLOWLY CATCHING UP, BUT ARE CURRENTLY SHIPPING NON-FIREARM, IN STOCK ORDERS PLACED ON:  LEARN MORE ►


OVER $100


NEW


OVER $100


30-DAY


T$T
TOPSHOT


TRAINING


FREE

TOP 5 GLOCK UPGRADES ‖ CUSTOM GLOCK GALLERY

GS CUSTOM GUN SHOP



● ● ● ● ● ● ● ● ●

# DOUBLE DIAMOND THREADED BARREL
**0100**

$159.99 to $229.99

(6 Reviews)

SKU: 1001

<div style="background:#c00;color:#fff;padding:1em">**Select options**</div>

QTY.

1

**ADD TO CART**

**ADD TO WISHLIST**

VIDEOS

  

PRODUCT DESCRIPTION

Extended Length Threaded Barrels to accept a Ported Compensator.

Includes a Thread Protector with purchase.

Please note: Not compatible with Gen 5 Glocks.

ADDITIONAL INFORMATION

# YOU MAY ALSO LIKE

**0101**



---

# CUSTOMERS WHO BOUGHT THIS ITEM ALSO BOUGHT



---

Reviews 5

---

## SIGN UP FOR EXCLUSIVE SALES AND PRODUCT NEWS

username@domain.com

**0102**

JOIN

STORE LOCATOR    REQUEST A CATALOG

## SHOP

## COMPANY

## SUPPORT CENTER

## MY ACCOUNT

## CONTACT INFO

FOLLOW US

DISCLAIMER:

"GLOCK" is a federally registered trademark of Glock, Inc. and is one of many trademarks owned by Glock, Inc. or Glock Ges.m.b.H. Glockstore.com is not affiliated with nor endorsed by Glock, Inc. or Glock Ges.m.b.H.

© 2020 Glockstore. All Rights Reserved

▲ BACK TO TOP ▲

**0103**

# EXHIBIT "K"



CART: 0
(/cart)

(/)WE ARE SLOWLY CATCHING UP, BUT ARE CURRENTLY SHIPPING NON-FIREARM, IN STOCK ORDERS PLACED ON: 10/19/2020  **LEARN MORE ►** (http://glockstore.com/covid-19.html)



(/top5home)

(/custom-build-gallery)

(/custom)

≡

## About Us:

GS Performance, LLC was created in 1983 by Lenny Magill to facilitate the operation of a multi-brand international retail and wholesale distribution network with both printed and online catalog sales covering a broad spectrum of industries.

GlockStore, one of our major brands, is The World's #1 Source for Glock Parts & Accessories. We're the world's largest distributor of Glock parts and accessories, magazines, holsters, logo gear, apparel, concealment items, custom parts and Glock custom guns.

We also invite you to visit our retail location at 4770 Ruffner St. in San Diego, CA and experience GUNfit, a tactical style indoor range facility unlike any public shooting range you've ever experienced.

When shopping at GlockStore.com you can expect the highest level of quality and service available. Our commitment to excellence is built upon the highest standards of customer service. We offer the best products on the market backed by the most knowledgable professionals in the industry. We are constantly growing and we are so happy to have the trust and loyalty of our customers.

## SIGN UP FOR EXCLUSIVE SALES AND PRODUCT NEWS

| username@domain.com | JOIN |

STORE LOCATOR (/RETAIL-SHOWROOM)    REQUEST A CATALOG (/REQUEST-CATALOG)

**0105**

**SHOP**

**COMPANY**

**SUPPORT CENTER**

**MY ACCOUNT**

**CONTACT INFO**

FOLLOW US

(https://www.facebook.com/GlockStore/) (http://twitter.com/theglockstore) (https://www.youtube.com/user/glockstore)

DISCLAIMER:

"GLOCK" is a federally registered trademark of Glock, Inc. and is one of many trademarks owned by Glock, Inc. or Glock Ges.m.b.H. Glockstore.com is not affiliated with nor endorsed by Glock, Inc. or Glock Ges.m.b.H.

© 2020 Glockstore. All Rights Reserved

▲ BACK TO TOP ▲

**0106**

# EXHIBIT "L"



# KKM PRECISION

## Pages

About
Become A KKM Dealer
Blog
Cart
Checkout
Contact
Current Lead Times
FAQs
Home
Military and Law
Enforcement Discount
Information
My Account
Privacy Policy
Refund / Warranty
Shop
Testimonials
Warranty Information

## Categories

1911
How-To
Information
Uncategorized
Updates

## Archive

February 2018
December 2017
August 2017
July 2017
June 2017
May 2017



27 MATCH .357SIG
**$165.00 – $185.00**

🛒 Select options



27 MATCH 40S&W
**$165.00 – $185.00**

🛒 Select options



27 MATCH 40S&W WITH 9/16×24
SUPPRESSOR THREADS
**$230.00 – $250.00**

🛒 Select options



27 MATCH 40S&W WITH 9/16×32
THREADS
**$215.00 – $235.00**

🛒 Select options



27 MATCH 9MM
**$165.00 – $185.00**

🛒 Select options



27 MATCH 9MM WITH 1/2×28
SUPPRESSOR THREADS
**$230.00 – $250.00**

🛒 Select options

**0108**

April 2017



29 MATCH 10MM
**$165.00 – $185.00**

Select options

29 MATCH 10MM 4.50″
**$165.00 – $185.00**

Select options

29 MATCH 10MM BARREL WITH 4-PORT COMPENSATOR
**$275.00 – $295.00**

Select options

29 MATCH 10MM WITH 9/16×24 SUPPRESSOR THREADS
**$230.00 – $250.00**

Select options

29 MATCH 40S&W
**$165.00 – $185.00**

Select options

29 MATCH 40S&W 4.50″
**$165.00 – $185.00**

Select options

30 MATCH 45ACP
**$165.00 – $185.00**

Select options

30 MATCH 45ACP 4.50″
**$165.00 – $185.00**

Select options

30 MATCH 45ACP WITH .578×28 SUPPRESSOR THREADS
**$230.00 – $250.00**

Select options

Copyright 2017 © KKM Precision

**0109**

# EXHIBIT "M"



MidwayUSA.com
1-800-243-3220
5875 West Van Horn Tavern Rd.
Columbia, MO 65203

# "1911 threaded barrel" | Edit

Products 1 - 11 of 11 Products

Display: 48 Per Page ⌄       Sort By: Relevance ⌄



**Swenson Semi Drop-In Barrel 1911 Government 45 ACP 1 in 16" Twist 5.75" Government Threaded (.578"-28 Thread) Steel Matte Black**

★★★★☆ | 66 Reviews

Our Price: **$69.99**

Available

[ Add to Cart ]

**Swenson Semi Drop-In Barrel 1911 45 ACP 1 in 16" Twist 5" Commander Threaded (.578"-28 Thread) Steel Matte Black**

★★★★☆ | 2 Reviews

Our Price: **$62.99**

Available

[ Add to Cart ]

We use cookies to give you the best possible experience. You can learn more about the cookies we use and why we use them by viewing our **Privacy Policy**. By continuing to use our site, you accept our use of cookies.

0114



**Ed Brown Barrel with Bushing 1911 Government 45 ACP 1 in 16" Twist 5.5" Semi-Drop-In .578"-28 Threaded Muzzle with Thread Protector Stainless...**

★★★★☆ | *10 Reviews*

Our Price: $**251.99**

Available

**Add to Cart**

**Swenson Semi Drop-In Barrel 1911 9mm Luger 1 in 16" Twist 5" Government Threaded (.578"-28 Thread) Steel Matte Black**

★★★☆☆ | *3 Reviews*

Our Price: $**62.99**

Available

**Add to Cart**





**Ed Brown Barrel with Bushing 1911 Commander 45 ACP 1 in 16" Twist 4.75" Semi-Drop-In .578"-28 Threaded Muzzle with Thread Protector Stainless...**

★★★★★ | *1 Review*

Our Price: $**249.99**

Available

**Add to Cart**

**Ed Brown Semi-Drop-In Threaded Barrel with Bushing 1911 Government 9mm Luger 1 in 16" Twist 5.5" Stainless Steel with Thread Protector**

★★★★☆ | *1 Review*

Our Price: $**239.99**

Available

**Add to Cart**

We use cookies to give you the best possible experience. You can learn more about the cookies we use and why we use them by viewing our **Privacy Policy**. By continuing to use our site, you accept our use of cookies.

✕

**Remington 1911 R1 Tactical Government Double Stack Pistol 45 ACP 5.5" Barrel Threaded 15-Round Stainless Steel Black**

List Price: ~~$1299.00~~

Our Price: **$999.99**

SHIPS FREE 

Out of Stock, No Backorder

Notify Me 

**German Sport 1911 Pistol 22 Long Rifle 5" Threaded Barrel, 10-Round Faux Wood Grip**

List Price: ~~$319.95~~

Our Price: **$264.00**

Out of Stock, No Backorder

View Options

**Remington 1911 R1 Enhanced Government Pistol 45 ACP 5.5" Barrel Threaded 8-Round Black Laminate**

List Price: ~~$959.00~~

Our Price: **$789.99**

SHIPS FREE 

Out of Stock, No Backorder

Notify Me 

**German Sport 1911 AD-OPS Pistol 22 Long Rifle 5" Threaded Barrel, 10-Round Black Synthetic Grip Black, with Rail Faux Suppressor**

List Price: ~~$319.95~~

Our Price: **$265.99**

Out of Stock, No Backorder

Notify Me 

We use cookies to give you the best possible experience. You can learn more about the cookies we use and why we use them by viewing our **Privacy Policy**. By continuing to use our site, you accept our use of cookies.

**German Sport 1911 Pistol 22 Long Rifle 5" Threaded Barrel, 10-Round Two Tone Polished Slide Black Frame Polymer Grip Black**

List Price: $319.95

Our Price: $264.00

Out of Stock, No Backorder

Notify Me 

We use cookies to give you the best possible experience. You can learn more about the cookies we use and why we use them by viewing our **Privacy Policy**. By continuing to use our site, you 0114 our use of cookies.

# EXHIBIT "N"



**1-800-741-0015**

*Serious About Firearms Since 1939*

Home > keyword:"1911 threaded barrel" 

## 1911 Threaded Barrel *(312 items)*



**1911** MATCH GRADE **THREADED BARRELS**
*NIGHTHAWK CUSTOM*

*(In Stock)*
$234.99 - $259.99

 5.0 (1)



**1911** 45 ACP SUPPRESSOR READY **THREADED BARRELS**
*ED BROWN*

*(In Stock)*
$255.99 - $261.99

 4.0 (12)



**1911** 9MM SUPPRESSOR READY **THREADED BARRELS**
*ED BROWN*

*(In Stock)*
$255.99

 2.5 (2)

sale



sale
**1911** 9MM COMMANDER 4.25" WILSON/NOWLIN RAMP **BARREL**
*FUSION FIREARMS*

*(In Stock)*
$145.41 - $160.99
*(Select Items on Sale)*

 3.0 (1)



**THREADED BARRELS** FOR THE GLOCK® 26
*TRUE PRECISION, INC.*

*(In Stock)*
$179.99 - $199.99

 0.0



SR22® **THREADED BARREL KIT**
*RUGER*

*(Out of Stock)*
$131.99

 5.0 (3)



**BARREL** G44 **THREADED**
*GLOCK*

*(In Stock)*
$194.99

 5.0 (2)



P938 9MM **THREADED BARREL**
*SIG SAUER, INC.*

*(Out of Stock)*
$199.00

0.0









★★★☆ 3.1 (14)
THREADED BARRELS FOR GLOCK®

★★★★★ 5.0 (7) RECOMMENDED
BARREL 9MM S&W M&P
*APEX TACTICAL*

☆☆☆☆☆ 0.0 RECOMMENDED
THREADED BARREL FOR GLOCK® 17

☆☆☆☆☆ 0.0 FOR
SIG 365
*TRUE PRECISION, INC.*









SYNDICATE 19 **THREADED BARRELS**
*AGENCY ARMS LLC*

P229-1 9MM **THREADED BARREL**
*SIG SAUER, INC.*

BERETTA 92 **THREADED BARREL** 1/2"X28
*GEMTECH*

MATCH GRADE TWISTED **THREADED BARREL** FOR GLOCK® 43
*RIVAL ARMS*

*(Out of Stock)*
$170.00

*(Out of Stock)*
$199.00

*(Out of Stock)*
$214.99

*(In Stock)*
$199.99


☆☆☆☆☆ 0.0


☆☆☆☆☆ 0.0


★★★☆☆ 3.7 (3)


☆☆☆☆☆ 0.0









MATCH GRADE TWISTED **THREADED BARREL** FOR GLOCK® 19
*RIVAL ARMS*

**THREADED** MID LINE **BARREL** G34 TITANIUM NITRIDE
*AGENCY ARMS LLC*

**THREADED** GEN 5 G17 **BARRELS**
*AGENCY ARMS LLC*

**THREADED** MID LINE **BARREL** G43 BLACK NITRIDE
*AGENCY ARMS LLC*

*(Out of Stock)*
$199.99

*(In Stock)*
$210.00

*(In Stock)*
$210.00

*(In Stock)*
$210.00


★★★★☆ 4.0 (2)


★★★★★ 5.0 (1)


☆☆☆☆☆ 0.0


☆☆☆☆☆ 0.0









**THREADED** MID LINE **BARREL** G17 STAINLESS STEEL

*AGENCY ARMS LLC*  0.0

*(In Stock)*

M16X1LH **THREADED BARREL** WITH PROTECTOR FOR GLOCK® 21

*GLOCK*  0.0

*(Out of Stock)*

**THREADED** COMPACT **BARREL** FOR GLOCK®19 GEN 1-4

*FAXON FIREARMS*  4.0 (4)

*(Out of Stock)*

S&W M&P COMPACT 3.6" DIRECT DROP-IN **THREADED BARREL**

*APEX TACTICAL*  0.0

*(In Stock)*









**THREADED BARREL** 9MM SIG SAUER P226

*SIG SAUER, INC.*

*(In Stock)*
**$191.99**

 5.0 (1)

**THREADED** COMPETITION **BARREL** FOR GLOCK™34 GEN 1-4

*FAXON FIREARMS*

*(Out of Stock)*
**$151.99**

 0.0

**THREADED** MID LINE **BARREL** G43 STAINLESS STEEL

*AGENCY ARMS LLC*

*(In Stock)*
**$210.00**

 0.0

**THREADED** MID LINE **BARREL** G17 BLACK NITRIDE

*AGENCY ARMS LLC*

*(In Stock)*
**$210.00**

 0.0









**THREADED BARREL** .45ACP SIG SAUER P220

*SIG SAUER, INC.*

*(Out of Stock)*
**$230.99**

 3.7 (3)

FN 509 COMPACT DIRECT DROP-IN **THREADED BARREL**

*APEX TACTICAL SPECIALTIES INC*

*(In Stock)*
**$189.95**

 0.0

SYNDICATE **THREADED BARRELS** FOR GLOCK® 17

*AGENCY ARMS LLC*

*(Out of Stock)*
**$170.00**

 0.0

P220 45 CALIBER **THREADED BARREL**

*SIG SAUER, INC.*

*(Out of Stock)*
**$199.00**

 0.0



**THREADED** MID LINE **BARREL** G19 TITANIUM NITRIDE
*AGENCY ARMS LLC*

*(Out of Stock)*
 0.0



M14.5X1LH **THREADED BARREL** WITH PROTECTOR FOR GLOCK 23
*GLOCK*

*(Out of Stock)*
 0.0



**THREADED** GEN 5 G19 **BARRELS**
*AGENCY ARMS LLC*

*(Out of Stock)*
 0.0



**THREADED** MID LINE **BARREL** G17 TITANIUM NITRIDE
*AGENCY ARMS LLC*

*(Out of Stock)*
 0.0

---



PRO MATCH **THREADED** G19 **BARRELS**
*ZEV TECHNOLOGIES*

*(Out of Stock)*
**$228.99**

0.0



SYNDICATE **THREADED BARRELS** FOR GLOCK® 19
*AGENCY ARMS LLC*

*(Out of Stock)*
**$170.00**

0.0



**THREADED** MID LINE **BARREL** G19 BLACK NITRIDE
*AGENCY ARMS LLC*

*(Out of Stock)*
**$210.00**

0.0



SMITH & WESSON M&P M2.0 COMPACT **THREADED BARREL**
*APEX TACTICAL SPECIALTIES INC*

*(Out of Stock)*
**$199.99**

4.0 (2)

---



**THREADED** FULL-SIZE **BARREL** FOR GLOCK™17 GEN 1-4
*FAXON FIREARMS*

*(Out of Stock)*
**$141.99**

2.3 (3)



**THREADED** MID LINE **BARREL** G19 STAINLESS STEEL
*AGENCY ARMS LLC*

*(Out of Stock)*
**$210.00**

1.0 (1)



**THREADED BARREL** 9MM SIG SAUER P228, P229
*SIG SAUER, INC.*

*(Out of Stock)*
**$225.99**

3.0 (2)



**THREADED** MID LINE **BARREL** G34 BLACK NITRIDE
*AGENCY ARMS LLC*

*(Out of Stock)*
**$210.00**

0.0









**M13.51LH THREADED BARREL** WITH PROTECTOR FOR GLOCK® 17
*GLOCK*

**(Out of Stock)**
$171.99

 0.0

---

G48 **BARREL** FOR GLOCK® 48 9MM
*BROWNELLS*

*(In Stock)*
$154.99 - $159.99

 3.5 (2)

---

**THREADED** MID LINE **BARREL** G43 TITANIUM NITRIDE
*AGENCY ARMS LLC*

**(Out of Stock)**
$210.00

 0.0

---

19 LS **BARREL** FOR GEN3 GLOCK® 19 9MM
*BROWNELLS*

*(In Stock)*
$173.99 - $183.99

 3.3 (3)

---







MATCH GRADE **BARRELS** FOR GLOCK® 17
*BROWNELLS*

*(In Stock)*
$158.99 - $161.99

 3.9 (7)

---

MATCH GRADE **BARRELS** FOR GLOCK® 34
*BROWNELLS*

*(In Stock)*
$163.99 - $168.99

 4.0 (1)

---

MATCH GRADE **BARRELS** FOR GLOCK® 43
*BROWNELLS*

*(In Stock)*
$154.99 - $159.99

 4.0 (2)

---

MATCH GRADE **BARRELS** FOR GLOCK® 21
*BROWNELLS*

*(In Stock)*
$154.99 - $159.99

 3.9 (5)

---









MATCH GRADE **BARRELS** FOR GLOCK®19
*BROWNELLS*

**(Out of Stock)**
$156.99 - $163.99

 4.0 (3)

---

MATCH GRADE CONVERSION **BARRELS** FOR GLOCK® 22
*BROWNELLS*

*(In Stock)*
$154.99 - $159.99

 5.0 (4)

---

MATCH GRADE CONVERSION **BARRELS** FOR GLOCK® 23
*BROWNELLS*

*(In Stock)*
$154.99 - $159.99

 4.8 (8)

---

**THREADED** MID LINE **BARREL** G34 STAINLESS STEEL
*AGENCY ARMS LLC*

*(In Stock)*
$210.00

 0.0

**0120**



BROWNING HI POWER FULL SIZE 9MM **BARRELS**
*BROWNELLS*

*(In Stock)*
**$130.99**

 (8)



sale

sale
SIG P320 9MM FULL SIZE **BARRELS**
*BROWNELLS*

*(In Stock)*
**$99.99 - $130.99**
(Select Items on Sale!)

 (4)



SIG P320 COMPACT **BARRELS** BLACK
*GREY GHOST PRECISION*

*(In Stock)*
**$177.99 - $187.99**





FULL-SIZE MATCH FLAME **BARRELS** FOR GLOCK™ 17
*FAXON FIREARMS*

*(Out of Stock)*
**$179.99 - $189.99**





COMPETITION MATCH FLAME **BARRELS** FOR GLOCK™ 34
*FAXON FIREARMS*

*(In Stock)*
**$189.99 - $198.99**

 (1)



SIG SAUER P320 FULLSIZE 9MM LUGER FLAME FLUTED **BARREL**
*FAXON FIREARMS*

*(In Stock)*
**$194.99 - $204.99**

 (2)



MATCH GRADE **BARRELS** FOR S&W M&P
*WILSON COMBAT*

*(In Stock)*
**$189.95 - $259.95**

 (3)



SIG P320 FULL SIZE **BARRELS** BLACK
*GREY GHOST PRECISION*

*(Out of Stock)*
**$177.99 - $187.99**





SMITH & WESSON M&P 2.0 FULLSIZE 9MM LUGER FLAME FLUTED **BARREL**
*FAXON FIREARMS*

*(In Stock)*
**$194.99 - $204.99**



SIG SAUER P365 XL X-FLUTED MATCH GRADE **BARRELS**
*TRUE PRECISION, INC.*

*(Out of Stock)*
**$161.99 - $189.99**



MATCH GRADE FLUTED **BARRELS** FOR CZ P-10C
*PRIMARY MACHINE*

*(In Stock)*
**$224.99 - $239.99**



COMPACT MATCH FLAME **BARRELS** FOR GLOCK™ 19
*FAXON FIREARMS*

*(Out of Stock)*
**$170.99 - $179.99**

★★★★★ 0.0      ★★★★★ 0.0      ★★★★★ 5.0 (2)      ★★★★★ 5.0 (3)






**COLT 1903 BARREL** .32 ACP
*US ARMAMENT CORPORATION*

**SIG SAUER P320 COMPACT 9MM LUGER FLAME FLUTED BARREL**
*FAXON FIREARMS*

**SYNDICATE STANDARD BARRELS FOR GLOCK® 19**
*AGENCY ARMS LLC*

**SMITH & WESSON M&P 2.0 COMPACT 9MM LUGER FLAME FLUTED BARREL**
*FAXON FIREARMS*

*(Out of Stock)*
$135.99 - $148.99

*(Out of Stock)*
$185.99 - $194.99

*(Out of Stock)*
$160.00

*(In Stock)*
$185.99 - $194.99

★★★★★ 3.3 (3)      ★★★★★ 0.0      ★★★★★ 0.0      ★★★★★ 1.0 (1)






**1911 PRECISION QUALITY BARREL**
*KART PRECISION BARREL*

**1911 XACT FIT BARREL**
*KART PRECISION BARREL*

**1911 BARREL LINK**
*WILSON COMBAT*

**1911 BARREL ALIGNMENT BLOCK**
*BROWNELLS*

*(In Stock)*
$180.00 - $240.00

*(In Stock)*
$219.99 - $251.99

*(In Stock)*
$5.95 - $26.95

*(In Stock)*
$39.99

★★★★★ 4.8 (10)      ★★★★★ 5.0 (19)      ★★★★★ 4.9 (7)      ★★★★★ 4.2 (6)






**1911 BARREL LOCKING LUG FILE**
*BROWNELLS*

**XACT FIT TOOL KIT**
*KART PRECISION BARREL*

**1911 BARREL FITTING JIG**
*APEX TACTICAL SPECIALTIES INC*

**1911 DROP-IN MATCH BARRELS**
*ED BROWN*

*(In Stock)*

*(Out of Stock)*

*(In Stock)*

*(In Stock)*

$63.99

$50.00

$49.99

$183.99 - $189.99

    

★★★★★ **5.0** (5)    ★★★★☆ **4.0** (2)    ★★★★☆ **4.0** (1)    ★★★★☆ **4.4** (65)

   

**1911 BARREL BUSHING**
*WILSON COMBAT*

**1911 BARREL BUSHING**
*MGW*

**1911 BARREL LINK KIT**
*EGW*

**1911 6" GOVERNMENT BARREL WITH WILSON/NOWLIN RAMP**
*FUSION FIREARMS*

*(In Stock)*
$19.95

*(In Stock)*
$16.99 - $22.99

*(In Stock)*
$5.99 - $22.99

*(In Stock)*
$149.99 - $224.99

★★★★★ **4.7** (10)    ★★★★☆ **4.4** (4)    ★★★★☆ **4.2** (11)    ☆☆☆☆☆ **0.0**

   

**1911 MATCH BARREL & BUSHING SET**
*WILSON COMBAT*

**1911 DROP-IN BARREL & BUSHING**
*WILSON COMBAT*

**1911 MATCH FIT BARRELS**
*BAR-STO PRECISION MACHINE*

**1911 SOLID BARREL BUSHING**
*ED BROWN*

*(In Stock)*
$199.95 - $219.95

*(In Stock)*
$189.95

*(In Stock)*
$249.99 - $264.99

*(In Stock)*
$21.99 - $22.99

★★★★☆ **4.6** (6)    ★★★★★ **4.8** (4)    ★★★★★ **5.0** (2)    ★★★★★ **4.9** (14)

   

**1911 MATCH GRADE BARREL & BUSHING**
*NIGHTHAWK CUSTOM*

**1911 DROP-IN MATCH BARRELS 9MM**
*ED BROWN*

**1911 BARREL LINK PIN**
*BROWNELLS*

**1911 BARREL LINKS**
*NIGHTHAWK CUSTOM*

**0123**

*(In Stock)*
**$179.99**

 **3.0** (1)

*(In Stock)*
**$188.99**

 **4.5** (5)

*(In Stock)*
**$3.99 - $13.99**

 **5.0** (1)

*(In Stock)*
**$30.99**

**0.0**

---









**1911** LUG FITTING KIT
*BROWNELLS*

**1911** DROP-IN MATCH
FLUTED **BARRELS**
*ED BROWN*

45ACP S/S **1911** PRE-FIT
MATCH GRADE **BARREL** 5"
NON-RAMPED
*NOWLIN*

**1911** STAINLESS STEEL
**BARREL** BUSHINGS
*NOWLIN*

*(In Stock)*
**$20.99 - $179.99**

 **4.9** (6)

*(In Stock)*
**$204.99**

**0.0**

*(In Stock)*
**$254.95**

 **5.0** (7)

*(In Stock)*
**$19.95**

**0.0**

---

# EXHIBIT "O"

# THE MAG LIFE

Reviews  Podcast  Skills and Gunhandling  News  Releases  Insights  Accessories

Range Gear  Upkeep/DIY

# FINDING THE RIGHT 22LR HANDGUN FOR A CHILD

 BY PAUL CARLSON  JANUARY 15, 2017  3986  1

⬤ ⬤ ⬤ ⬤    Join the Discussion



For the past few years I have been working to set my oldest daughter up with a handgun she can fire independently.  It has been a struggle.

**0126**

11/5/2020   22lr handgun for children - The Yeg Blog

Before I share my thoughts, let me say that not every child is ready for shooting. I understand that. Some kids aren't ready for the responsibility of handling a firearm. On the other hand, some are. The decision to allow your children to interact with and handle guns is a serious one and parents should undertake this decision with the care and consideration it deserves. Actually shooting guns is another step in a serious direction. If in doubt, consult a knowledgeable firearms professional and err on the side of caution. We all have our strengths and areas where we need to improve and there is no shame in delaying your child's entry into the world of guns.

My daughter, M let's call her, has a responsible attitude. She is respectful, follows directions, and has shown a very strong interest in guns from an early age. I began teaching her how to deal with firearms at the age of two with the Eddie Eagle Gunsafe Program, followed by the rules of firearm safety that I use and that I teach my students. She was a natural. By the time she was 3 my wife and I decided she was ready to fire her first, very carefully guided shots.

We selected a Savage Rascal in .22 lr and headed to the range. She did a great job on that quick range trip and it was the first of many, but we soon ran into a problem. Just like you and me, my daughter was bitten by the bug. She really enjoyed shooting and was continually interested in shooting other guns. The challenge we faced when she was 3 and continue to deal with even years later is her size. M is a petite little bug. She is responsible beyond her years and quite capable of learning, but getting that little finger on the trigger is a challenge not to mention the fact that the heft of many double action only triggers is currently an impossibility. In her 5 years of shooting it hasn't gotten much better.

Between her Rascal, a Ruger 10/22, and her Smith & Wesson M&P 15-22, she has three rifles that she can operate comfortably and confidently. As she continues to shoot, however, she wants to broaden her horizons into handguns. After several false starts, we have finally made some progress and have narrowed her first rim fire handgun down to a few options that might actually work for her.

# The Ruger Mark IV 22/45 Lite



One of the most exciting choices available is in the new Ruger Mark IV .22/45 Lite. Ruger's 22/45 has a polymer grip frame and is equipped with an ambidextrous safety lever. Even better is the aluminum receiver that is ventilated helping to make the pistol light weight and easy to shoot.

https://gunmagwarehouse.com/blog/22lr_handgun_for_children/



In addition, the fact that 22/45 is a Mark IV means that cleaning will now be easier than ever.  With a simple investment in a handgun and some 22/45 magazines, we could be off to the races!

I haven't spent any considerable time with the Ruger Mark pistols and that makes the Ruger an option that adds something new to "our" collection.  That is never a bad thing.

# The Browning Buck Mark



Where the Ruger would be a new adventure, a Browning Buck Mark would be like a reunion with an old friend.  My first handgun was a Browning Buck Mark Target model and I put 10,000 rounds through her before I purchased my first centerfire handgun.  My Buck Mark is well worn, front heavy and as it is, unsuitable for her to shoot comfortably.

**0128**

11/5/2020
Case 3:19-cv-01537-BEN-JLB   Document 64   Filed 11/06/20   PageID.8432   Page 134 of 230
Choosing the right 22lr handgun for children



This makes a Buck Mark Lite Flute URX an attractive option with it aluminum barrel.  Or, I could go the aftermarket route and outfit the original Browning frame with a Tactical Solutions Trail Lite 4" aluminum barrel.  The aluminum barrel improves the balance of the gun while at the same time helping to make the .22 more accurate.



With the addition of the Tactical Solutions barrel, she would have a light and handy gun ready for the range as we already have a compliment of Buck Mark mags ready to go. Tempting indeed!

## A 1911-22lr Conversion

An option the is very appetizing to me is putting a converted 1911 into her hands. There are a variety of .22 conversion kits available for 1911's. I happen to have a Marvel conversion kit. The kit is accurate and reasonably reliable. The best part is that I have an aluminum framed 1911 that makes the perfect low mass lower for my small daughter.

**0130**



The only modification that might need to be made is a short reach, flat faced trigger to help her place her finger on the face of the trigger so that she can press it straight to the rear.

Magazines are readily available for .22 caliber 1911 conversions and these ProMag 22 magazines would make it easy to have plenty of loaded mags on hand so the shooting fun could continue with few interruptions.

# Final Thoughts

Whichever route we end up taking, we are in for a treat along the way. There's nothing better than a trip with your child to the range. The conversations are wonderful, the responsibility is empowering for both parent and child and there are going to be some great lessons along the way. Some of those lessons will probably even have to do with shooting!

If you have a child that is interested in shooting and you believe that they have the maturity level to treat firearms with the respect that they deserve, you might consider taking them to the range. Finding competent instruction isn't as difficult as you might think and the rewards that shooting can bring may be much more significant and far reaching than you ever imagined.

With the right rifles and handgun, shooting can be safe and enjoyable for any member of your family, maybe even your child.

Paul Carlson

**0131**



Paul Carlson, owner of Safety Solutions Academy, is a Professional Defensive Shooting Instructor.  He has spent the past decade and a half studying how humans can perform more efficiently in violent confrontations and honing his skills as an instructor both in the classroom and on the range.

Through Safety Solutions Academy, Paul teaches a variety of Critical Defensive Skills courses in more than a dozen states annually.  Courses range from Concealed Carry Classes to Advanced Critical Defensive Handgun Courses and include instruction for the defensive use of handguns, rifles and shotguns.  Safety Solutions Academy regularly hosts other industry leading experts as guest instructors to make sure that SSA's students have the opportunity for quality instruction across a broad range of Critical Defensive disciplines.

| TAGS | HANDGUN | 22LR | SHOOTING | RUGER MARK IV | KIDS |
| --- | --- | --- | --- | --- | --- |

---

## RELATED ARTICLES



**M&P 15-22: HOW TO UPGRADE WITH M&P 15-22 ACCESSORIES**

JANUARY 8, 2018

**WALTHER PPK/S .22 REVIEW – FOR YOUR EYES ONLY**

AUGUST 15, 2019

**SIG PERFECTS EVERYDAY CARRY: P365 FIRST SHOTS VIDEO**

FEBRUARY 3, 2018

**WALTHER'S NEW OPTIC READY PISTOL: THE Q4 TAC**

OCTOBER 15, 2016

---

## SUBSCRIBE TO OUR NEWSLETTER

Your email address

SUBSCRIBE

## GALLERY

### LATEST COMMENTS



wbarrettpowell
I found one used...

DW and CZ USA's WRAITH – a 1911 for Quietude · 43 minutes ago



Chris Mitchell
Den of thieves,...

The Top 5 Gun Movies (That Aren't Heat) · 3 days ago



Cave Wyatt
Well, Tears of the Sun...

The Top 5 Gun Movies (That Aren't Heat) · 3 days ago

**0133**



JJ
Umm, I have one in...

Why SilencerCo's Osprey 45 is the Jack-of-All-Trades Suppressor · 3 days ago

COMPANY

About GunMag Warehouse

Affiliate Program

My Account

Order Tracking

Contact Us

Careers

1.800.409.9439    |    |    |

Join Our Newsletter                                              Subscribe

LAWS & POLICY

Privacy Policy

Return Policy

Shipping Policy

LE Exemption

Shipping Restrictions

  

© 2020 GunMag Warehouse. All Rights Reserved.

**0134**

# EXHIBIT "P"

SEARCH BY MANUFACTURER NAME

Search... 

CATEGORIES    HOW TO BUY    LAYAWAY    GIVEAWAYS

**News Flash :** *Orders may take 5- 7 Business days to ship out. All items are in high demand and limited supply . We are working to restock as quickly as possible and please sign up for the Notify Me list . Please Stay Safe during these Challenging times !*

Home > Shotguns > Tactical Shotguns

# TACTICAL SHOTGUNS

Atlantic Firearms offers a wide selection Tactical Shotguns for Sporting , Home Defense and Hunting applications . We offer these in semi auto , pump action magazine fed and Bull pup configurations. Popular Shotguns choices are the AK47 / Kalashnikov action shotguns like the Lynx 12 or Kalashnikov USA KS-12 Shotgun. They are rugged and reliable with magazines and drums redialy available . AR15 Ergonomics in a shotgun configuration can be had with the UTAS XTR , Typhoon Defense F12 , Fedarm FR98 or the Panzer Arms series . If you are looking for a compact shotgun check out the Spets 12 or the various Bullpup Shotguns we offer .

| FILTER BY: | MANUFACTURER | | |
| --- | --- | --- | --- |
| | AVAILABILITY | | |
| SHOW: | 10 | | |
| SORT BY: | PRICE | MANUFACTURER | PRODUCT NAME |

**AMERICAN TACTICAL IMPORTS DF12 MARINE COTE SHOTGUN**
Shotguns



Home Defense Shotgun with durable Marinecote

PRICE: $329.00      VIEW PRODUCT

**ATI BULLDOG 12 SHOTGUN-ATIG12BDB**
Shotguns



0136



PRICE: $599.00                                          VIEW PRODUCT

**ATI BULLDOG 12 GAUGE BULLPUP SHOTGUN GREEN- ATIG12BDG**
Bullpup Shotguns



ATI Bulldog Bullpup Shotgun 12g Green ATIBDG

PRICE: $629.00                                          VIEW PRODUCT

**BLACK ACES TACTICAL PRO SERIES LEVER ACTION SHOTGUN- BLACK- BATPSL**
Black Aces Tactical





Black Aces Tactical Lever Action Shotgun BATPSL

PRICE: $399.00                                    VIEW PRODUCT

**BLACK ACES TACTICAL PRO S MAX SHOTGUN BLACK WALNUT**
Black Aces Tactical

Black Aces Tactical Pro Series S Max Shotgun Black Walnut

PRICE: $419.00                                    VIEW PRODUCT



**BLACK ACES TACTICAL PRO S MAX SHOTGUN NATURAL WALNUT**
Black Aces Tactical

Black Aces Tactical Pro Series S Max Shotgun Natural Walnut

PRICE: $419.00                                    VIEW PRODUCT

**BLACK ACES TACTICAL PRO SERIES S 12 GAUGE FIREARM SYNTHETIC**
Black Aces Tactical

**0138**



Search...

Black Aces Tactical Pro Series S Synthetic 12 Gauge firearm

PRICE: $449.00                                                    VIEW PRODUCT

BLACK ACES TACTICAL PRO SERIES M PUMP SHOTGUN- WALNUT- BATP18W
Black Aces Tactical

Black Aces Tactical Pro Series M Shotgun Walnut BATP18W

PRICE: $469.00                                                    VIEW PRODUCT

BLACK ACES TACTICAL BULLPUP PUMP SHOTGUN BATBPPBLK
Black Aces Tactical

Black Aces Tactical Bullpup Pump Shotgun Black BATBPPBLK

8133

PRICE: $599.00                                              VIEW PRODUCT

Search...

BLACK ACES TACTICAL PRO SERIES BULLPUP SHOTGUN BATBPB
Black Aces Tactical



Black Aces Pro Series Bullpup Shotgun Black

PRICE: $629.00                                             VIEW PRODUCT

← Previous     Next →

1  2  3  4  5  6  7  …  11

**0140**

# EXHIBIT "Q"



# Crime Prevention Research Center

- Research
- Data
- About/Board Of Academic Advisors
- Op-Eds
- Contact/Press
- Donate

Search

Right-to-Carry Laws and Violent Crime:

A Comprehensive Assessment Using

Panel Data and a State-Level

Synthetic Controls

Analysis

Donohue, Aneja, and Weber

June 12, 2017

Featured

## The Flawed And Misleading Donohue, Aneja, & Weber Study Claiming Right-To-Carry Laws Increase Violent Crime

9 Jul , 2017

An unpublished study by John Donohue, Abhay Aneja, and Kyle Weber has received a lot of attention for supposedly finding some evidence that right-to-carry laws increase overall violent crime rates.  It has been covered in Newsweek, The Atlantic, Bloomberg, Vice, Snopes, and many newspapers such as Newsday and the Salt Lake City Tribune.  As is typical of Donohue's work, there is no attempt to mention or respond to prior criticisms, and he just repeats the same, seriously biased methods and errors.

Publications such as Time and Newsweek would always interview critics when they ran stories on Lott's original research.  But when studies have the right political biases, reporters no longer get both sides of the story.  But especially when the media explicitly describes a study as "debunking" John Lott's previous research, you might

think a reporter would call up Lott and get his take on it. It has been two weeks after the Donohue-led research started getting attention, and not a single reporter has contacted him.

The bottom line is pretty clear: Since permit holders commit virtually no crimes, right-to-carry laws can't increase violent crime rates. You can't get the 1.5 to 20 percent increases in violent crime rates that a few of their estimates claim with only thousandths of one percent of permit holders committing violent crimes. To put it differently, states would have to be miss reporting 99%+ of crimes committed by permit holders for their results to be possible.

The synthetic control tests where they use anything from two to four states to predict the changes in another state's violent crime rates are extremely arbitrary. For example, would you look almost exclusively to Hawaii to predict violent crime rate changes in Idaho, Minnesota, Mississippi, Nebraska, and Utah? Would you look almost exclusively at Illinois to predict changing violent crime rates in South Carolina? Remember that half of Illinois' violent crime occurs in Chicago and an even larger majority of the changes in Illinois' changing violent crime rate is due to Chicago. Would you look at California and New York to predict changing violent crime rates in Georgia?

There is a reason that the vast majority of published peer-reviewed studies that use US data as this new study does find that right-to-carry laws reduce violent crime rates. [UPDATE: There is a published paper by Carl Moody and Thomas Marvell that points out that even if you use the specifications Donohue, Aneja, and Weber prefer, their results are "fragile and most likely incorrect."]

## I. Substance

This new study looks at only murder and violent crime rates, and its most notable claim is that there is some evidence that violent crime rates rose after right-to-carry laws were adopted. But with over 60% of violent crimes involving aggravated assault, any changes in violent crime rates are be driven by changes in aggravated assaults. Other papers in this areas have looked at all the different types of violent crime (such as murder, rape, robbery and aggravated assaults), so it is quite unusual to only examine them as a group and it hides how other crime rates are changing. Donohue's papers are the only ones to claim that there have been increases in aggravated assaults after right-to-carry laws were enacted. We will discuss the problems with this claim below. But more pertinently, permit holders commit virtually no aggravated assaults, especially not aggravated assaults with a weapon.

The authors' purported increase in violent crime is driven by aggravated assaults. No explanation is offered for why having more permits would cause more assaults. No one would suggest that permit holders are more vulnerable to assault, so the claim would have to be that permit holders are doing the assaults themselves. But this is implausible, since permit holders are virtually never convicted of aggravated assaults, let alone aggravated assaults with firearms. Concealed handgun permit holders committing crime can simply not increase either aggravated assaults or violent crime.

Permit holders commit aggravated assaults and violent felonies at rates of thousandths of one percentage point, accounting for hundredths of a percent of the violent crimes or aggravated assaults committed in a state.

On page 45, the authors claim that "official withdrawals clearly underestimate criminality by permit holders," but they offer no evidence for this claim. The provide one case in 2013 from the Huffington Post involving two permit holders who reportedly fatally shot each other. Another case from 2000 is provided, but that permit holder was prosecuted so it isn't clear what this reference demonstrates. The point is clear: Even if convictions of permit holders are somehow being missed by reporting agencies, the error rate would have to be ***truly massive*** to explain Donohue, Aneja, and Weber's results.

For example, take the discussion below for Michigan where we have data on violent crimes by permit holders. During the 2015-16 year, permit holders might have accounted for 0.053% of violent crime in the state. They claim that Michigan's violent crime rates rose by 8.8% after their right-to-carry law was adopted, that is 166 times larger than permit holder's share of violent crimes. To put it differently, for Donohue, Aneja, and

**0143**

Weber's results to be plausible, ***police departments would have to be missing 99.4% of cases where permit holders have committed violent crimes***.  For other states the numbers below show similar results: **Louisiana police would have to miss 99.5% of crimes committed by permit holders, Oklahoma would have to miss 99.93%, Tennessee 99.98%, and Texas 99.54%.**

These percentages assume that no crimes are stopped or deterred by permit holders.  To the extent that is true, these percentages would have to be even larger.

In any case, even our numbers overestimate any crimes that might arise from permitted concealed handguns.  There are two reasons for this.  First, virtually none of even these few violent crimes by permit holders were committed with guns.  Second, when you are talking about 600,000 concealed handgun permit holders in Michigan at least a few of them would have committed violent crimes even if there wasn't a right-to-carry law in the state.

**Louisiana**: Here are the percentages of permit holders who were charged or convicted of any type of felony, whether violent or nonviolent (aggravated assault is one type of felony, but felonies also typically include traffic violations). Including charged cases skews the number substantially, since permit holders have very low conviction rates in general.  After all, permit holders are usually arrested even if they used their guns in justifiable self-defense. Police and prosecutors can't just let them off the hook until they are sure about what happened.  The vast majority of these cases are unlikely to involve firearms, however. (underline)reports(/underline)

    2016: <u>16. Percent of permit holders who are charged or convicted of a felony: 0.0092%</u>

    2015: <u>19. Percent of permit holders who are charged or convicted of a felony: 0.0123%</u>

    2014: <u>15. Percent of permit holders who are charged or convicted of a felony: 0.0109%</u>

Share of violent crimes

    2015: There were 25,208 violent crimes in Louisiana, with 19 felony charges or convictions against permit holders. Assuming that these felonies were all violent and that the accused were guilty of the charges, permit holders would account for just **0.08%** of the total.  Again, this is an overestimate of permit holders' share of violent crimes.

    2014: There were 23,983 violent crimes in Louisiana, with 15 felony charges or convictions against permit holders. Assuming that these felonies were all violent and that the accused were guilty of the charges, permit holders would account for just **0.06%** of the total.  Again, this is an overestimate of permit holders' share of violent crimes.

The authors claim that the violent crime rate in Louisiana rose by 15.4% after the law was their right-to-carry law was adopted.  Even if we use all felonies committed by permit holders to estimate their share of violent crimes, for their results to hold, police departments would have to be **missing 99.5%** of cases where permit holders have committed a violent crime.

**Michigan**: Below is the percentage of permit holders who were convicted of aggravated assault (with and without a weapon)

    2015-2016: <u>17. Percent of permit holders who are convicted of an aggravated assault: 0.003%</u>

    2014-2015: <u>11. Percent of permit holders who are convicted of an aggravated assault: 0.002%</u>

Also, the percentage of permit holders who were convicted of any type of violent crime (Murder, manslaughter, criminal sexual conduct, armed robbery, unarmed robbery, aggravated assault)

    2015-2016: <u>22. Percent of permit holders who are convicted of a violent crime: 0.00396%</u>

These 22 cases compare to a total of 41,231 violent crimes in Michigan, that is a 0.053% share.

2014-2015: 18. Percent of permit holders who are convicted of a violent crime: 0.00352%

These 18 cases compare to a total of 42,348 violent crimes in Michigan, that is a 0.044% share.

Again, for their results to be plausible, police departments would have to be **missing 99.4%** of cases where permit holders have committed violent crimes.

**Minnesota**: Permit revocations due to any type of assault

2015: 0. Percent of permit holders who are convicted of an assault: 0.000%

2014: 0. Percent of permit holders who are convicted of an assault: 0.000%

2013: 0. Percent of permit holders who are convicted of an assault: 0.000%

2012: 0. Percent of permit holders who are convicted of an assault: 0.000%

2011: 0. Percent of permit holders who are convicted of an assault: 0.000%

2010: 0. Percent of permit holders who are convicted of an assault: 0.000%

There were 7,094 aggravated assaults in Minnesota in 2015 and no concealed handgun permit holders were convicted of these crimes. There were also no revocations for other violent crimes. The authors here claimed a -0.7% drop in violent crime after the law was passed.

**Oregon**: Permit holders who were convicted of any type of felony, violent or nonviolent. The vast majority of these cases are unlikely to involve firearms.

2016: 19. Percent of permit holders who are convicted of a felony: 0.0074%

There were 10,468 violent crimes in Oklahoma in 2015. Even though felonies involve more violent crimes, the 19 felonies that permit holders were convicted of in 2016 equal only 0.182% of violent crimes.

The authors claim that the violent crime rate in Oregon fell by -0.6% after the law was their right-to-carry law was adopted.

**Oklahoma**: Permit holders who were convicted of any type of felony. (reports)

2016: 20. Percent of permit holders who are convicted of a felony: 0.0071%

2015: 16. Percent of permit holders who are convicted of a felony: 0.0062%

2014: 15. Percent of permit holders who are convicted of a felony: 0.0069%

2013: 15. Percent of permit holders who are convicted of a felony: 0.0078%

2012: 10. Percent of permit holders who are convicted of a felony: Unknow rate because we don't have permit data for 2012.

There were 16,506 violent crimes in Oklahoma in 2015. Even though felonies involve more violent crimes, the 16 felonies that permit holders were convicted of equal only 0.097% of violent crimes.

The authors claim that the violent crime rate in Oklahoma rose by 9.7% after the law was their right-to-carry law was adopted. Even if we use all felonies committed by permit holders to estimate their share of violent crimes,

**0145**

for their results to hold, police departments would have to be **missing 99.93%** of cases where permit holders have committed a violent crime.

**Pennsylvania**: We were able to obtain data on revocations by 12 counties for aggravated assaults over the five years from 2012 to 2016.  Those counties had an annual rate of 0.0004% of permits revoked for aggravated assaults with a weapon.  It is hard to reconcile this tiny number with their claim that violent crimes rose by 26.5% in that state.

**Tennessee**: Revocations due to any type of assault other than vehicular assault

   2016: <u>Zero. Percent of permit holders who are convicted of a non-vehicular assault: 0.000%</u>

   2015: <u>Zero. Percent of permit holders who are convicted of a non-vehicular assault: 0.000%</u>

Permit holders who were convicted of any type of felony.

   2016: <u>29. Percent of permit holders who are convicted of a felony: 0.0049%</u>

   2015: <u>31. Percent of permit holders who are convicted of a felony: 0.0061%</u>

There were 40,400 violent crimes in Tennessee in 2015.  Even though felonies involve more violent crimes, the 31 felonies that permit holders were convicted of equal only 0.077% of violent crimes.

The authors claim that the violent crime rate in Tennessee rose by 29.5% after the law was their right-to-carry law was adopted.  Even if we use all felonies committed by permit holders to estimate their share of violent crimes, for their results to hold, police departments would have to be **missing 99.98%** of cases where permit holders have committed a violent crime.

**Texas**: Convictions for aggravated assault with any type of weapon

   2016: <u>8.  Percent of permit holders who are convicted of an aggravated assault: 0.00067%</u>

   2015: <u>10.  Percent of permit holders who are convicted of an aggravated assault: 0.0011%</u>

There were 67,727 aggravated assault in Texas in 2015.  Even though felonies involve more violent crimes, the 31 felonies that permit holders were convicted of equal only 0.077% of violent crimes.

The authors claim that the violent crime rate in Texas rose by 16.6% after the law was their right-to-carry law was adopted.  For their results to hold here, police departments would have to be **missing 99.54%** of cases where permit holders have committed a violent crime.

**Utah**: Convictions for aggravated assaults with and without a weapon (<u>permits</u>)

   2016: <u>3 convictions for aggravated assault</u>. 687,382 Permits. Percent of permit holders who are convicted of an aggravated assault: 0.00044%

   (1,630

   2015: <u>4 convictions for aggravated assault</u>. 632.276 Permits. Percent of permit holders who are convicted of an aggravated assault: 0.00063%

   2014: <u>4 convictions for aggravated assault</u>. 590,118 Permits. Percent of permit holders who are convicted of an aggravated assault: 0.00068  (all revocations 273 — rate is 0.046%)

   2013: <u>1 convictions for aggravated assault</u>. 535,857 Permits. Percent of permit holders who are convicted of an aggravated assault: 0.00019  (all revocations 320 — rate is 0.0597%)

**0146**

There are 4,046 aggravated assault in Utah in 2015. Permit holders accounted for only 0.099% of aggravated assaults, though this probably exaggerates their share because two-thirds of Utah's permit holders live outside of Utah where their aggravated assaults likely occurred. Their paper claims that Utah's violent crime rate fell by 20.2%.

## II. "individuals who carry guns around are a constant source of arming criminals"

Besides a few anecdotal stories, the paper points to the 600,000 cars that were stolen in 2013 out of about 250 million cars that were on the road (about 0.2%). The simplest solution to this problem is to eliminate gun-free zones that limit places where people can carry their guns. In addition, people with valuable items in their cars might be more likely to park their cars in secure areas so that the share of car thefts that occur with valuable items such as guns will undoubtedly be lower than the 0.2% rate for all cars.

But there is a more important problem with this argument. It is the belief that there aren't many close substitute ways for criminals to obtain guns. For example, even if you could cause all guns to disappear from the US, how long do you think that it would take drug gangs to bring them into the country along with the drugs that they smuggle in? Probably almost immediately. Just as drug gangs can bring in drugs they can bring in the guns that they need to protect that very valuable property. One needs only to look Mexico where there are no legally owned guns by civilians for drug gangs to steal. Mexican drug gangs aren't using 22 caliber handguns to commit their crimes.

## III. "as more citizens carry guns, more criminals will find it increasingly beneficial to carry guns and use them more quickly and more violently to thwart any potential armed resistance."

The evidence indicates that when civilians are carrying guns, gun crimes fall relative to overall crime. See this paper by Olson and Maltz from the Journal of Law and Economics as well as Lott's book "More Guns, Less Crime." So why this paper might speculate on what relationship might be, it is contrary to the empirical evidence.

## IV. "Fourth, the passage of RTC laws normalizes the practice of carrying guns in a way that may enable criminals to carry guns more readily without prompting a challenge, while making it harder for the police to know who is and who is not allowed to possess guns in public. Having a "designated permit holder" along to take possession of the guns when confronted by police seems to be an attractive benefit for criminal elements acting in concert (Fernandez et al., 2015; Luthern, 2015). Fifth, it almost certainly adds to the burden of a police force to have to deal with armed citizens. A policemen trying to give a traffic ticket has far more to fear if the driver is armed."

The question is what do police think about this. Do they think that concealed carry reduces the efficiency of law enforcement? Clearly, the answer is "no." PoliceOne, the largest private organization of police in the United States with 450,000 members (380,000 active duty full-time police and 70,000 retired), asked whether legally armed citizens helped reduce crime.

"Do you support the concealed carry of firearms by civilians who have not been convicted of a felony and/or not been deemed psychologically/medically incapable?" 91.3% say "Yes, without question and without further restrictions."

"Considering the particulars of recent tragedies like Newtown and Aurora, what level of impact do you think a legally-armed citizen could have made?" 86.2% of the officers said that "Casualties would likely have been reduced" or "avoided altogether."

"On a scale of one to five — one being low and five being high — how important do you think legally-armed citizens are to reducing crime rates overall?" 76.4% of officers said that legally-armed citizens were either very important or extremely important in reducing crime.

**0147**

Anyone who has talked to police officers knows that police are actually very relieved when they find out that a permit holder is driving the car that they are pulling over because they know how law-abiding permit holders are. The Castile case in Minnesota is the only case of its type.

## V. "All of these factors are a tax on police, and therefore one would expect law enforcement to be less effective on the margin, thereby contributing to crime."

As just noted, police strongly disagree with this claim and it would seem that if permit holders made the job of police more difficult, they would have noticed.

## VI. Murder rate results are completely misleading.

Throughout their paper, Donohue, Aneja, and Weber use murder data in which well over 70 percent of the county-level sample has zero murders. Including these zero values without using the appropriate statistical tests creates widely understood biasing effect, which in this instance has the effect of giving the appearance that right-to-carry laws increase crime. While they do use negative binomial regressions in some of their estimates, they never discuss this problem, many others have discussed it at length. Of the 22 estimates that they provide using negative binomials, there are three statistically significant results out of 22 estimates. Two of the three significant results are just from where they look at data over only the 2000 to 2014 period. The problem here is that they don't seem to understand that their results here are <u>proving the opposite</u> of what they claim for the simple reason that the states that adopted right-to-carry laws over the 2000 to 2014 period had much more restrictive permitting rules and issued permits during those years at a slower rate than states that adopted concealed handgun laws before 2000.

Since the authors never discuss the problem of zero values and the implications that it has for many of their results, here are a few quotes from past work. From More Guns, Less Crime (University of Chicago Press, 2nd edition in 2000 and 3rd edition 2010):

> p. 285: The "truncation problem," which occurs in county-level data sets because in some years many counties do not experience certain types of crimes at all—80 percent have no murders, for instance. If the murder rate in a county is zero before the law goes into effect, simple randomness means that sometimes the crime rate will go up, but the reverse cannot happen— crime rates cannot fall below zero. This could bias results for these regressions toward finding an increase in crime from the law. To avoid that, they exclude counties where there were no crimes committed.

> p. 288: . . . [Duggan] ignoring the "truncation problem," noted above by Plassmann and Tideman, and thus treating counties with no reported murders the same as the others. For example, when most counties have zero murders in any given year, no matter how good the law is, murder rates can't fall any further. But simple randomness can mean that sometimes you will see the crime rate rise from zero even though it had no connection with the right-to-carry laws. In his last set of estimates, his analysis of the different violent crime categories included counties with zero crimes. There are a number of ways to statistically adjust for this problem (Tobit, negative binomials, etc.), but Duggan didn't bother to use these techniques—thus biasing his results against finding a drop in crime.

Chapter 2 of MGLC shows that statistics for all violent crime rate categories suffer from this problem to some extent, though it is primarily seen for murder and to a lesser extent for rape and robbery. Plassmann and Tideman suggest a way of solving this problem in the 2001 Journal of Law and Economics (p. 772):

> <u>These analyses ignore the fact that crime rates cannot fall below zero.</u> We argue below that this practice makes their results unreliable for crimes with low crime rates, and we suggest that a count analysis is more appropriate. While the standard approach to estimating such count-data models is to undertake a maximum likelihood analysis using the Poisson or the negative binomial distribution, we find that a Markov chain Monte Carlo analysis of a Poisson-lognormal model is easier to implement and yields more precise estimates for the crime data.

See also Plassmann and Whitley (Stanford Law Review, 2003):

> A major problem with county-level data is what one should do with all the observations that have zero crime rates. Including arrest rates creates the problem of eliminating observations whenever a countyís crime rate is zero. This occurs because the arrest rate is defined as the number of arrests divided by the crime rate, and it is not possible to divide by zero. On the other hand, with weighted least squares, omitting the arrest rate is not a useful suggestion either. Including all counties with zero crime rates will bias the estimated benefit of the concealed handgun law towards finding an increase in crime, because no matter how good the law is, it cannot lower the crime rate below zero. Although the crime rate cannot fall in those counties, there will be some occasions, even due to pure randomness, where the crime rate rises. This problem occurs with Ayres and Donohueís table 1 estimates. . . .

## VII. Why looking at average crime rates before and after the law are not a useful way of measuring impact of crime rates

Despite all these problems with their estimates, only one of their 12 "spline" estimates in their first 8 tables show a statistically significant increase in crime rates after right-to-carry laws are adopted.  They find 7 significant results in their twelve estimates that look at simple before and after averages (what they call their "Dummy variable model"), but one had hoped that academics would have long ago realized that such estimates are not very reliable.  Here a discussion from the second edition of "More Guns, Less Crime" (2000, pp. 214-5).

4  *Do right-to-carry laws significantly reduce the robbery rate?*

Q. What's your take on John Lott's study and subsequent book that concludes concealed weapon laws lower the crime rate? (Lott's book is titled "More Guns, Less Crime," University of Chicago Press, 1998.)

A. His basic premise in his study is that these laws encourage private citizens to carry guns and therefore discourage criminal attacks, like homicides and rapes. Think for a second. Most murders and rapes occur in homes. So where would you see the greatest impact if his premise were true? You would see it in armed robbery. But there's no effect on armed robbery. His study is flawed, but it's costing us enormous problems. People are citing it everywhere. (Quote in the St. Paul, Minnesota, newspaper the *Pioneer Planet*, August 3, 1998, from an interview with Bob Walker, president of Handgun Control, Inc.)

Both the preceding quotes and many other criticisms are based on not recognizing that a law can be associated with reduced crime even when the average crime rate in the period after the law is the same as or higher than the average crime rate before the law.[81] For example, look at the four diagrams in figure 9.17. The first two diagrams show dramatic changes in crime rates from the law, but very different before-and-after average crime rates. In the first diagram (17a), the average crime rate after the law is lower than the average crime rate before it, while the reverse is true in the second diagram. The second diagram (17b) corresponds to an example in which the simple variable measuring the average effect from the law would have falsely indicated that the law actually "increased" the average crime rate, while in actual fact the crime rate was rising right up until the law passed and falling thereafter. If I had another figure where the inverted V shape was perfectly symmetrical, the before-and-after averages would have been the same. (With this in mind, it would be useful to reexamine the earlier estimates for robbery shown in figures 4.8 and 7.4.)

**0149**

estimates for robbery shown in figures 7.8 and 7.11.)

The third diagram (17c) illustrates the importance of looking at more than simple before-and-after averages in another way. A simple variable measuring the before-and-after averages would indicate that the average crime rate "fell" after the law was adopted, yet once one graphs out the before-and-after trends it is clear that this average effect is quite misleading—the crime rate was falling until the law went into effect and rising



UPDATING THE RESULTS IN 2000 | 215

Figure 9.17. Why looking at only the before-and-after average crime rates is so misleading

thereafter. Finally, the fourth diagram (17d) shows a case in which the average crime rate is obviously lower after the law than beforehand but the drop is merely a continuation of an existing trend. Indeed, if anything, the rate of decline in crime rates appears to have slowed down after the law. Looking at the simple before-and-after averages provides a very misleading picture of the changing trends in crime rates.

## VIII. Faulty assumption that all Right-to-carry laws are the same and the impact of ignoring the fact that more recently adopted right-to-carry laws have had higher fees and longer training requires.

Here is an abstract from a 2014 paper. The point here is equally applicable to the period up through 2014 that was studied by Donohue, Aneja, and Weber:

Unfortunately, many who have examined the impact of so-called "shall-issue" or "right-to-carry" laws assume that the adoption of such laws causes a large, immediate increase in the number of

<u>permits.</u>But that is often not the case, for states differ widely as to how easily permits can be obtained. This problem is particularly problematic for studies that have looked at the period after 2000. In fact, the share of the adult population with permits increased less during the 1999-2010 period in the states that adopted right-to-carry laws than the states that they are being compared against.

## IX. Synthetic approach

In the synthetic approach, that Donohue, Aneja, and Weber use they use from 2 to 4 states to predict changes in crime rates for right-to-carry states. But to say that it is arbitrary what states that they end up using for comparisons is an understatement. For example, if you wanted to predict how Georgia's violent crime rate would change over time, would your first choice be California and New York? If you wanted to predict the changing violent crime rates in states as diverse as Colorado, Idaho, Minnesota, Mississippi, Nebraska, and Utah, would you primarily or almost exclusively rely on Hawaii? Similarly, Louisiana and Tennessee might be surprised that these authors think that you should rely on Chicago (where half of Illinois' violent crimes occur and the vast majority of changes in Illinois' violent crime rate arise).

To put it mildly, their results are crucially dependent on what states that they pick to compare, and they have a lot of control over which states that they pick. The issue isn't really whether they use rules that result in Hawaii or some other state to make the comparison, but the fact that how they pick the states and the number of states that they use to compare is arbitrary.

## X. Lumping all violent crimes together

Other papers in this areas have looked at all the different types of violent crime (such as murder, rape, robbery and aggravated assaults), so it is quite unusual to only examine them as a group and it hides how other crime rates are changing. Let's assume for a second that aggravated assaults. Crimes involving aggravated assaults are on average much less harmful to people than the other violent crimes: murder, rape and robbery. It is simply not honest to lump all these crimes together as it would hide the true changing cost of violent crime.

## XI. Conclusion

There are many other points that have been previously raised and could be raised again, but these are three major mistakes in the Donohue, Aneja, and Weber paper. But the media doesn't even try to get both sides of the story, eschewing the most fundamental tenet of journalism. The authors also commit intellectual malpractice by refusing to address longstanding objections to their methods, which create the false impression that right-to-carry laws increase violent crime.

Points II, III, IV, and V have been added in the update of this report.

A response to Donohue's new response is **available here**.



<u>concealed carry</u>, <u>John Donohue</u>, <u>media bias on guns</u>, <u>Response to critics</u>

  Share on Facebook
<u>0</u>
<u>0</u>



**By johnrlott**

Related posts

 TV Bias On Guns: MTV's Teen Wolf "I Don't Like Guns"

 Fox News and the the Washington Examiner on our new report on the continued growth in concealed handgun permits

 New Concealed Carry Report For 2020: 19.48 Million Permit Holders, 820,000 More Than Last Year despite many states shutting down issuing permits because of the Coronavirus

---

## 24 Responses

1.  *Sajmon* says:
   July 9, 2017 at 11:05 AM

   Donohue says in his paper that official withdrawals clearly (his word) understate criminality by permit holders. Quote:

   "Convictions for violent crime are far smaller than acts of violent crime, so many permit holders would never face official withdrawal of their permits even if they committed a violent criminal act that would warrant such termination. Moreover, official withdrawals will be unnecessary when the offending permit holder is killed. In the nightmare case for RTC, two Michigan permit holding drivers pulled over to battle over a tailgating dispute in September of 2013 and each shot and killed the other. Again, without permits this would likely have not been a double homicide, but note that no official action to terminate permits would ever be recorded in a case like this."

   After that he point s out:

   "The second critical point is that RTC laws also increase crime by individuals other than permit holders in a variety of ways. First, the culture of gun carrying can promote confrontations."

He offers no proof to back this up. He says that George Zimmerman would not have hassled Trayvon Martin if Zimmerman had not had a gun. He also mentions Kathryn Steinle's death:

"In July 2015 in San Francisco, the theft of a gun from a car in San Francisco led to a killing of a tourist on a city pier that almost certainly would not have occurred if the lawful gun owner had not left it in the car."

But if I remeber correctly that gun was stolen from a federal agent by illegal immigrant who had been deported from the U.S. a total of five times bedore the shooting. So what is he talking about? It's bizzare.

Reply

2. _Study Blaming CCW For Crime Increase Debunked | Gunalizer_ says:
July 9, 2017 at 7:39 PM

[…] Crime Research Prevention Center: THE FLAWED AND MISLEADING DONOHUE, ANEJA, & WEBER STUDY CLAIMING RIGHT-TO-CARRY LAWS INCREASE V… […]

Reply

3. _Doug Sterling_ says:
July 10, 2017 at 6:57 PM

From what I have read previously Dohanue et al. do not claim that concealed carry causes crime to increase. They claim that it causes crime to not decrease as much as it did in other non-conceal-carry states, due to some not well understood social dynamic. Your point about Dohanue et al. using synthetic data directly rebuts the methods on which their doubtful conclusions are based; but your lengthy argument that concealed carry gun owners are law abiding does not.

Reply

   ○ _Jack Gordon_ says:
   August 9, 2017 at 9:21 AM

   Doug,
   What's the problem? Do you just have an itchy trigger-finger? Something wrong with that elevator that prevents it from going all the way to the top floor? Are all these meaningless email reprints below yours? In a word, are you a liberal?

   Reply

4. _Flawed Right-to-Carry 'Study' Bolsters Agenda against Guns_ says:
July 11, 2017 at 12:35 AM

[…] right-to-carry laws increase violent crime" is "flawed and misleading," an assessment by Crime Prevention Research Center responds. Yet despite serious concerns over methodology and bias, the media is spreading it far and wide, […]

Reply

5. _Flawed Right-to-Carry 'Study' Bolsters Agenda against Guns | The Daily Headline News_ says:
July 11, 2017 at 12:49 AM

[…] right-to-carry laws increase violent crime" is "flawed and misleading," an assessment by Crime Prevention Research Center responds. Yet despite serious concerns over methodology and bias, the media

is spreading it far and wide, […]

<u>Reply</u>

6. *Flawed Right-to-Carry 'Study' Bolsters Agenda against Guns* says:
   <u>July 11, 2017 at 1:06 AM</u>

   […] laws increase violent crime" is "flawed and misleading," an assessment by Crime Prevention Research Center responds.  Yet despite serious concerns over methodology and bias, the media is spreading it far and […]

<u>Reply</u>

7. *Flawed Right-to-Carry 'Study' Bolsters Agenda against Guns – Minnesota Gun Rights* says:
   <u>July 11, 2017 at 2:25 AM</u>

   […] laws increase violent crime" is "flawed and misleading," an assessment by Crime Prevention Research Center responds.  Yet despite serious concerns over methodology and bias, the media is spreading it far and […]

<u>Reply</u>

8. *Flawed Right-to-Carry 'Study' Bolsters Agenda against Guns - 2nd Amendment Right* says:
   <u>July 11, 2017 at 4:24 AM</u>

   […] right-to-carry laws increase violent crime" is "flawed and misleading," an assessment by Crime Prevention Research Center responds.  Yet despite serious concerns over methodology and bias, the media is spreading it far and wide, […]

<u>Reply</u>

9. *Court to Texas College Professors: Your Irrational Fear of Gun Owners Is Not Legally Addressable – Minnesota Gun Rights* says:
   <u>July 12, 2017 at 12:28 PM</u>

   […] toward classmates or instructors. Indeed, as economist and former university instructor John Lott recently reiterated, concealed carry permit holders are among the most law-abiding of Americans. It's ironic that […]

<u>Reply</u>

10. *Court to Texas College Professors: Your Irrational Fear of Gun Owners Is Not Legally Addressable – Dr. Rich Swier* says:
    <u>July 15, 2017 at 6:42 AM</u>

    […] toward classmates or instructors. Indeed, as economist and former university instructor John Lott recently reiterated, concealed carry permit holders are among the most law-abiding of Americans. It's ironic that a […]

<u>Reply</u>

11.  *Jim McNamara* says:
    <u>July 18, 2017 at 1:13 PM</u>

    Gun control researchers have a proclivity toward reaching preordained, flawed conclusions. Bias is a precusrosr that fuels their personal agenda. Their result-driven "research" can best be characterized as a contemptuous disregard of the scientific method in order to achieve an objective … the vilification of gun ownership. Evidence, facts, and statistics are immaterial to persons who are emotionally and passionately

committed to fallacious beliefs. Information is discarded, contradictions ignored, and reality twisted and distorted in order to sustain untenable convictions.

Reply

12. _ILA | Court to Texas College Professors: Your Irrational Fear of Gun Owners Is Not Legally Addressable – The Real Viral_ says:
July 18, 2017 at 8:24 PM

[…] toward classmates or instructors. Indeed, as economist and former university instructor John Lott recently reiterated, concealed carry permit holders are among the most law-abiding Americans. It's ironic that a […]

Reply

13. _MikeyParks_ says:
July 19, 2017 at 12:50 PM

Why is it the Left always has to resort to lying/cheating/false statistics to reinforce its point of view? Doesn't that reflect a profound lack of confidence in their "facts"?

Reply

14. _ILA | Court to Texas College Professors: Your Irrational Fear of Gun Owners Is Not Legally Addressable — College and University_ says:
July 19, 2017 at 7:59 PM

[…] toward classmates or instructors. Indeed, as economist and former university instructor John Lott recently reiterated, concealed carry permit holders are among the most law-abiding of Americans. It's ironic that a […]

Reply

15. _Sajmon_ says:
August 5, 2017 at 12:27 PM

Donohue wrote:

"as more citizens carry guns, more criminals will find it increasingly beneficial to carry guns and use them more quickly and more violently to thwart any potential armed resistance."

But this is pure speculation, contrary to the empirical evidence.

According to DOJ surveys, between 1993 and 2001 firearm violence accounted for 10% of all violent crimes. Between 2001 and 2010, about 9% of all violent victimization were committed with firearms. Virtually no change at all. So what is he talking about?

SOURCES:
Craig Perkins, "Weapon Use and Violent Crime, 1993-2001" (BJS)
Jennifer Truman, "Criminal Victimization, 2010" (BJS)

Reply

16. *beat* says:
September 6, 2017 at 4:40 PM

Touche. Outstanding arguments. Keep up the great effort.

Reply

17. *Does Concealed-Carry Reduce Crime? | mikethegunguy* says:
December 22, 2017 at 9:51 AM

[…] modeling approach, the data actually showed that in CCW states that violent crime went up. Lott has replied in detail to both these critiques, so the battle wages […]

Reply

18. *Refuting 'Gun Control' Misconceptions And Showing Why It Doesn't Work | Nova Dextra* says:
April 1, 2018 at 6:12 PM

[…] A study by the Crime Prevention Research Center found that individuals who have a concealed carry license are more law-abiding than police, meaning they are the most law-abiding group in the United States. The rate of misdemeanors and felonies committed by full-time police officers is about 0.1%, while in Texas, concealed carry holders were only at 0.01%, ten times less than the national average for police officers. Note that the vast majority of the crimes committed by license holders are not even related to firearms. […]

Reply

19. *JD* says:
May 5, 2018 at 12:46 PM

I've only read the beginning of this article, down to the point where state-by-state statistics on conviction rates of permit holders begin to be listed (I assume all of those just repeat the demonstration that the conviction rate of permit holders is very low). However, I think this attempt at rebuttal incorporates a logical fallacy. I'm not certain if there is a formal name for this fallacy, but I call it the "completeness fallacy."

In this article, the fallacy is neatly contained in this single sentence: "Since permit holders commit virtually no crimes, right-to-carry laws can't increase violent crime rates."

Implicitly assumed in this is that THE ONLY WAY that right-to-carry laws can possibly increase violent crime rates is if permit holders commit the crimes that increase the violent crime rate. Essentially, the assumption is that WE KNOW EVERY POSSIBLE WAY (and it happens to be just one) that right-to-carry laws could lead to increased violent crime rates, and by demonstrating that they do not lead to increased violent crime rates in any of the ways that they could, we have proved that right-to-carry laws can't increase violent crime rates.

So here's an example of why this is a fallacy — and you don't have to agree that what I write is true; only that it is an alternative possibility. And by the way, there are A LOT of alternative possibilities.

A right-to-carry law implicitly acknowledges that a citizen's primary defense against crime is himself, and that he should not depend on the police and law enforcement for protection. It may be a fiction, even in

the absence of a right-to-carry law, that the police and law enforcement are effective protections for citizens against crime, but it is a fiction that the state, in the absence of a right-to-carry law, promotes.

When the right-to-carry law is passed, part of the mechanism for promoting the dependence on police and law enforcement for protection from crime disappears: the state now acknowledges that you are largely on your own in defending yourself against crime.

But if I'm responsible for defending myself against crime, I guess I'm also responsible for deciding what crime is. Someone bumps me — I think intentionally! — on the street: assault! Someone walking by my car looks too long through one of the windows: attempted burglary! And, whether I have a concealed carry permit or not, the state through its right-to-carry law has acknowledged that it's up to me to protect myself against these "crimes," so I do.

And when what I see as my justified law enforcement measures are reported to the authorities, the violent crime rate ticks up slightly.

Reply

- *johnrlott* says:
  May 7, 2018 at 9:31 PM

  Hardly, JD. The point is that you see what the different ways permit holders might cause crime and then discuss to say whether make any sense. He raises the possibility that permit holders might be committing these crimes. Clearly, that is not a serious argument. Bring up the theories for how crime might increase and they can be discussed.

  Reply

  - *JD* says:
    May 8, 2018 at 8:52 AM

    "… right-to-carry laws can't increase violent crime rates" seems a pretty direct, definite claim, and not a "possibility" that is being raised.

    Is your position just that the author of the article is an inept writer?

    Reply

20. *MikelLindy* says:
    March 21, 2019 at 5:11 PM

    I can see, from this rebuttal, that you are not a scientist, and do not understand scientific studies… You are completely biased and making assumptions on a scientific study that it is not claiming.

    Reply

    - *johnrlott* says:
      April 2, 2019 at 5:29 PM

**0157**

# EXHIBIT "R"



# Crime Prevention Research Center

- [Research](#)
- [Data](#)
- [About/Board Of Academic Advisors](#)
- [Op-Eds](#)
- [Contact/Press](#)
- [Donate](#)

Search



Featured

## UPDATE: Gun Ownership Remains At 47%, But That Probably Underestimates The True Rate

25 Mar , 2018

**UPDATE**: Do you ever notice that most of these surveys on gun ownership seem to be done soon after a mass public shooting?  It isn't like they include this question in surveys they do every March or October.  A new survey conducted from March 10th to 14th, 2018 by NBC News/Wall Street Journal shows that gun ownership has leveled off at 47% or 48% range over the last year.

Has gun ownership gone up 6 percentage points in just three years?  Probably not.  That is the equivalent of a 13 percent increase in gun ownership.  Most likely, many people were unwilling to tell pollsters that they owned guns.  Still, with almost half of Americans owning guns according to this poll, one would have thought that it would get some news coverage.

These results imply that there are 59.3 million households with guns in 2017.  With an average household size of 2.53, that implies about 150 million people living in households with guns.



The Monmouth University Poll on March 2-5, 2018 asked: "Do you or anyone in your household own a gun, rifle, or pistol?"  With 46% saying "yes" and another 7% unsure or refusing to answer, it is quite plausible that half of all households own guns.





The following chart shows the most recent polling data on gun ownership rates by polling organization, and one can see what an outlier the General Social Survey (GSS) is. Even the next lowest survey estimates of 40% represent a 25 percent higher gun ownership rate than the GSS.



**Surveys on Household Gun Ownership**

As we have noted before, hard evidence on <u>concealed handgun permits</u> has continued to rise dramatically. It isn't too surprising that the number of gun owners has also gone up.

**UPDATE**: In addition to the ABC News/Washington Post and Gallup polls indicating that gun ownership rates are above 40% (shown below), similar results are obtained from <u>CNN poll conducted on January 5-6, 2016</u> that finds 40% live in a household owning a gun with 9% unwilling to state an opinion, implying that the true rate is above 40%. The CNN poll shows this.

D22. Do you or does anyone in your household own a gun?

| | Jan. 5-6 2016 |
|---|---|
| Yes | 40% |
| No | 51% |
| No opinion | 9% |

PEW polls, which had a drop in the percent of households that owned gun to <u>37% in February 2013</u>, showed that was <u>44%</u> of Americans in August 2016, and that it was <u>42% in March to April 2017</u>.

Quinnipiac University (Dec. 16-20, 2015. N=1,140 registered voters nationwide) asked: "Do you personally own a gun or does someone else in your household own a gun?"  They found that 46% either owned a gun or lived in a household with a gun.

CBS News/YouGov (December 5-11, 2017) indicated that 40% of households owned a gun.

**ORIGINAL POST on the General Social Survey (Nov 19, 2013)**:  The New York Times cites the General Social Survey to claim that the gun ownership rate is low and falling.  In November 2014, the GSS continued to claim that 32% of households own guns.



It is an impressive drop, and many have used it to claim that while gun sales have increased, the increase has taken the form of more guns being owned by a smaller and smaller number of people.  In a July 31 article, CNN stated it this way:

> A decreasing number of American gun owners own two-thirds of the nation's guns and as many as one-third of the guns on the planet — even though they account for less than 1% of the world's population, according to a CNN analysis of gun ownership data.
>
> The data, collected by the Injury Prevention Journal, the United Nations Office on Drugs and Crime, the General Social Survey and population figures from the U.S. Census Bureau, found that the number of U.S. households with guns has declined, but current gun owners are gathering more guns. . . .

Yet, the GSS survey shows a large drop that you don't see in many other surveys.  According to Gallup, in October 2011, they wrote: "At 47%, reported gun ownership is the highest it has been in nearly two decades — a finding that may be related to Americans' dampened support for gun-control laws."  Here is the Gallup survey data since 1991.



The latest Gallup poll claims that household ownership of guns <u>in 2014 stands at 42 percent</u> and 42% again in 2017. This implies that about 134 million Americans live in households with guns. Gallup also reports the data a little <u>differently elsewhere</u>.



Or take the <u>ABC News/Washington Post Poll</u> (<u>April 2013</u>)



Surveys always have problems with them, but in many cases surveys are the only way to determine gun ownership rates. One measure is to look at licensed gun owners, though there have only been a few states that have licenses and haven't changed the rules for getting the permits. Most notable is the state of Illinois. Over the last six years the GSS survey implies that legal gun ownership has fallen in Illinois, but FOID cards, which are necessary to legally own a gun, have been rising.

> Whereas a few years ago, 1.2 million Illinoisans held Firearm Owners Identification cards, the number has jumped to 1.6 million, state police spokeswoman Monique Bond said. Soon after the court decreed in December that Illinois couldn't ban public carry anymore, demand for FOID cards jumped precipitously. In January alone, Bond reported, there were 61,000 FOID applications, nearly double the 31,000 in January 2012. . . .

The 1.2 million FOID card holders appear to be true for 2009. From the Illinois State Police we have these data:

| | |
|---|---|
| 2010 | 1,316,508 |
| 2011 | 1,395,114 |
| 2012 | 1,476,408 |
| 9/6/13 | 1,633,039 |
| 12/31/15 | 1,942,008 |

February 6, 2017 2.1 million

February 25, 2020 nearly 2.3 million

The Chicago Tribune claims that the number of FOID cards "has grown by almost 1 million since 2010, according to state police." Using the Tribune numbers the percent of the adult population with FOID cards rose from 11.3% in 2010 (12.83 million with 75.6% 18 and older) to 21.15% in 2017 (12.8 million with 77.4% of the population 18 and over).

There is additional hard data that indicates more people are owning guns. The number of concealed handgun permits also provide some information, with the number of permits increasing from about 4.6 million in 2007 to well over 9.3 million at the beginning of 2013to about 13 million in 2015.

The GSS survey has raised concerns for some time. Here is something that John Lott wrote in his 2003 book The Bias Against Guns.

> A few years ago, while I was doing research at the University of Chicago, I had lunch with Tom Smith, who is the director of the General Social Survey at the National Opinion Research Center (NORC). This private organization conducts many important national surveys for the government as well as other clients. During lunch Tom mentioned how important he thought the General Social Survey was. He felt the large drop in gun ownership implied by his survey would "make it easier for politicians to do the right thing on guns" and pass more restrictive regulations. His surveys have traditionally shown one of the lowest gun ownership rates among any of the surveys: for example, almost 20 percentage points lower than recent polling by John Zogby. . . .

Tom Smith is still the director of the GSS. It is interesting to note that both the JAMA study this week as well as Tom Smith have received funding from the Joyce Foundation, which is well known for its gun control advocacy (or see here). This discussion is definitely not saying that the Joyce Foundation funding altered their views, but just that Joyce knows the individuals who are on their side of the debate.

Interesting side note: Taxes and fees on gun ownership are associated with big differences in gun ownership with income (Chicago and DC are obvious examples). By contrast, for the wide income range going from $33,000 to

$75,000 and those above $75,000, <u>Gallup indicates that the gun ownership rates for the country as a whole are identical</u>.

    

<u>Survey on gun ownership</u>

  Share on Facebook
0
0



**By johnrlott**

Related posts

 <u>Rasmussen Report shows 47% of American households own guns, 27% of households with guns have bought one in the last six months</u>

 <u>How badly does the media bias people's views on the types of deaths from firearms?</u>

 <u>Democratic Pollster Doug Schoen explains why gun control will be the unifying theme for Democrats in the 2020 election</u>

---

## 22 Responses

1. *Evaluating Mother Jones' "10 Pro-Gun Myths, Shot Down" - Crime Prevention Research Center* says:
   <u>January 15, 2014 at 12:09 PM</u>

# EXHIBIT "S"

# Active Shooter Resources

An active shooter is an individual actively engaged in killing or attempting to kill people in a populated area, and recent active shooter incidents have underscored the need for a coordinated response by law enforcement and others to save lives. The FBI is committed to working with its partners to protect schools, workplaces, houses of worship, transportation centers, other public gathering sites, and communities.

Although local and state law enforcement agencies are virtually always the first ones on the scene, the FBI has played a large role in supporting the response to every major incident in recent years and has much to offer in terms of capacity, expertise, specialized capabilities, training, and resources before and after an incident occurs. The successful prevention of these active shooter incidents lies with a wide range of public and private entities all working together.

To that end, the FBI provides operational, behaviorally-based threat assessment and threat management services to help detect and prevent acts of targeted violence, helping academic, mental health, business, community, law enforcement, and government entities recognize and disrupt potential active shooters who may be on a trajectory toward violence. The Bureau also continues its research to identify indicators that could signal potential violent intent.

## Run. Hide. Fight.

These FBI training videos demonstrate the three tactics you can use to keep yourself and others safe during an active shooter attack—run, hide, and fight. Learning these principles now will prepare and empower you to put them into practice—and survive—should the unthinkable occur.

In this FBI training video, customers at a bar are caught in an active shooter event. By employing the run, hide, and fight tactics, as well as knowing the basics of rendering first aid to others, they are prepared, empowered, and able to survive the attack.

Transcript / Visit Video Source (https://www.fbi.gov/video-repository/run-hide-fight-092120.mp4/view)

### Related Videos

In this trailer for the FBI training video Run. Hide. Fight., customers at a bar are caught in an active shooter event. Will they know what to do to survive?

Transcript / Visit Video Source (https://www.fbi.gov/video-repository/run-hide-fight-trailer-092120.mp4/view)

This FBI training video describes how to employ the run, hide, and fight tactics to survive an active shooter incident. Although set in a house of worship, these principles can be applied anywhere.

Transcript / Visit Video Source (https://www.fbi.gov/video-repository/prepare-to-survive-092120.mp4/view)

This brief FBI training video describes how to employ the run, hide, and fight tactics to survive an active shooter incident. Although set in a house of worship, these principles can be applied anywhere.

Transcript / Visit Video Source (https://www.fbi.gov/video-repository/prepare-to-survive-short-092120.mp4/view)

# Overview of FBI Roles

## FBI Jurisdiction in Active Shooter Incidents

Shortly after the tragic shootings at Sandy Hook Elementary School in Newtown, Connecticut in December 2012, the FBI sought ways its personnel could better assist its law enforcement partners. Two actions enhanced these efforts.

First, the Investigative Assistance for Violent Crimes Act of 2012 (https://www.gpo.gov/fdsys/pkg/PLAW-112publ265/pdf/PLAW-112publ265.pdf), signed into law by the president in January 2013, permits the U.S. attorney general—at the request of appropriate state or local law enforcement personnel—to provide federal assistance during active shooter incidents and mass killings (defined by the law as three or more people) in public places. The attorney general delegated this responsibility to the FBI.

Second, working with other cabinet agencies, the FBI is finding ways to help prevent and respond to active shooters. A White House working group—consisting of the Department of Justice (DOJ), Department of Homeland Security, Department of Education, and Department of Health and Human Services—is part of a broader initiative, Now is the Time (https://obamawhitehouse.archives.gov/issues/preventing-gun-violence), undertaken after the Sandy Hook shootings. DOJ, led by the FBI, was specifically tasked with training law enforcement and other first responders to ensure that protocols for responding to active shooter situations are consistent across the country.

## ALERRT/Other Training Initiatives

In response to the Newtown, Connecticut school shootings, the FBI—with the Department of Justice's Bureau of Justice Assistance—teamed up with the Advanced Law Enforcement Rapid Response Training (ALERRT) program, which was developed in Texas, supported by the state of Texas, and housed at Texas State University. ALERRT has trained more than 114,000 law enforcement first responders in a response protocol adopted by the FBI as the national standard for special agent tactical instructors. Many state and local police departments have also adopted it as a standard for active shooter response, ensuring law enforcement officers arriving on the scene understand how others are trained to respond.

Approximately 225 FBI tactical instructors from around the country were trained in the ALERRT protocols after attending its 40-hour train-the-trainer course and are using what they learned to assist with the increased demand for the training by state, local, tribal, and campus law enforcement agencies.

In addition to offering ALERRT to first responders, FBI field offices are bringing law enforcement command staff together to discuss best practices and lessons learned from prior mass shooting incidents. These two-day conferences include discussions and instructions related to specific aspects of active shooter incidents, including pre-event indicators (i.e., behavioral analysis), complex crime scene management and evidence collection, crisis management, victim assistance, media matters, and improvised explosive devices. To date, more than 64,000 police chiefs, sheriffs, and law enforcement executives from state, local, tribal, and campus law enforcement have participated in these conferences, which will be held on an ongoing basis to ensure that the law enforcement community is prepared for future threats.

FBI field offices also host tabletop exercises—focusing on how to respond and recover from an active shooter incident. These exercises bring together our partner federal agencies, state and local law enforcement, fire services, emergency medical services, federal prosecutors, and district, county, and states' attorneys.



## Operational/Victim Assistance

Once an active shooter incident occurs, the FBI proactively assists state, local, campus, and tribal law enforcement first responders to supplement resources as needed. We can send multiple investigators to the scene, integrate into the command post, and/or mobilize and deploy evidence response teams, behavioral analysis and crisis management personnel, bomb technicians, SWAT teams, and experts in working with the news media. As appropriate, we may also establish a command post at FBI Headquarters composed of various operational and behavioral Bureau components.

Another essential part of our operational response is our victim assistance program. The FBI's Victim Services Division (VSD), established in 2001, provides a variety of support services to victims/family members, first responders, investigative teams, and other operational elements. VSD assets available to support active shooter incidents include our field office victim specialists and members of our Victim Assistance Rapid Deployment Team from around the country, who are specially trained to handle mass casualty incidents.

# In the Aftermath

This FBI-produced documentary focuses on best practices after school shooting tragedies, including family reunification, dealing with accompanying trauma, and crisis planning. It highlights the difficult journey of recovery while also giving hope to survivors.

Transcript / Visit Video Source (https://www.fbi.gov/video-repository/in-the-aftermath-093020.mp4/view)

# Echoes of Columbine

This documentary explores the issue of school shootings and what schools, parents, and law enforcement can do to help prevent these attacks.

Transcript / Visit Video Source (https://www.fbi.gov/video-repository/echoes-of-columbine-2019a.mp4/view)

# For Law Enforcement: LEEP

The **Law Enforcement Enterprise Portal (LEEP) (https://www.fbi.gov/services/cjis/leep)** is a secure platform for law enforcement agencies, intelligence groups, and criminal justice entities. LEEP provides web-based investigative tools and analytical resources, and the networking it supports is unrivaled by other platforms available to the law enforcement

community. Users collaborate in a secure environment, use tools to strengthen their cases, and share departmental documents.

# FBI Resources

- Active Shooter Incidents in the United States in 2019 (https://www.fbi.gov/file-repository/active-shooter-incidents-in-the-us-2019-042820.pdf/view)
- Active Shooter Incidents: Topical One-Pagers, 2000-2018 (https://www.fbi.gov/file-repository/active-shooter-one-page-summaries-2000-2018.pdf/view)
- Making Prevention a Reality: Identifying, Assessing, and Managing the Threat of Targeted Attacks (https://www.fbi.gov/file-repository/making-prevention-a-reality.pdf/view)
- Active Shooter Incidents in the United States in 2018 (https://www.fbi.gov/file-repository/active-shooter-incidents-in-the-us-2018-041019.pdf/view)
- Active Shooter Incidents in the United States in 2016 and 2017 (https://www.fbi.gov/file-repository/active-shooter-incidents-us-2016-2017.pdf/view)
- Active Shooter Incidents in the United States in 2014 and 2015 (https://www.fbi.gov/file-repository/activeshooterincidentsus_2014-2015.pdf/view)
- A Study of Active Shooter Incidents in the United States Between 2000 and 2013 (https://www.fbi.gov/file-repository/active-shooter-study-2000-2013-1.pdf/view)
- A Study of the Pre-Attack Behaviors of Active Shooters in the United States Between 2000 and 2013 (https://www.fbi.gov/file-repository/pre-attack-behaviors-of-active-shooters-in-us-2000-2013.pdf/view)
- Quick Reference Guide: A Study of the Pre-Attack Behaviors of Active Shooters in the United States Between 2000 and 2013 (https://www.fbi.gov/file-repository/pre-attack-behaviors-of-active-shooters-2000-2013-quick-reference-guide.pdf/view)
- Active Shooter Incidents in the United States from 2000 to 2018 (List) (https://www.fbi.gov/file-repository/active-shooter-incidents-2000-2018.pdf/view)
- Quick Look: 277 Active Shooter Incidents in the United States from 2000 to 2018 (Graphics) (https://www.fbi.gov/about/partnerships/office-of-partner-engagement/active-shooter-incidents-graphics)
- Heat Map: Active Shooter Incidents 2000-2018 (https://www.fbi.gov/file-repository/active-shooter-incidents-2000-2018-100119.pdf/view)
- Heat Map: Active Shooter Incidents 2014-2018 (https://www.fbi.gov/file-repository/5-year-active-shooter-incidents-2014-2018-100119.pdf/view)
- Active Shooter Study: Quick Reference Guide (pdf) (https://www.fbi.gov/file-repository/as-study-quick-reference-guide-updated1.pdf/view)
- Active Shooter Event: Quick Reference Guide (pdf) (https://www.fbi.gov/file-repository/active-shooter-event-quick-reference-guide_2015.pdf/view) | Spanish version (https://www.fbi.gov/file-repository/active-shooter-event-quick-reference-guide-spanish1.pdf/view)
- Developing Emergency Operations Plans: A Guide for Businesses (https://www.fbi.gov/file-repository/active-shooter-guide-for-businesses-march-2018.pdf/view)
- Law Enforcement Bulletin: Active Shooter Events: 2000-2012 (https://leb.fbi.gov/articles/featured-articles/active-shooter-events-from-2000-to-2012)
- Law Enforcement Bulletin: Addressing the Problem of the Active Shooter (https://leb.fbi.gov/articles/featured-articles/addressing-the-problem-of-the-active-shooter)
- Law Enforcement Bulletin: Workplace Violence Prevention (https://leb.fbi.gov/articles/featured-articles/workplace-violence-prevention-readiness-and-response)
- Campus Attacks (https://www.fbi.gov/file-repository/campus-attacks.pdf/view)
- Violence Prevention in Schools (https://www.fbi.gov/file-repository/violence-prevention-in-schools-march-2017.pdf/view)

# Partner Agencies

- White House (https://www.whitehouse.gov/the-press-office/2013/06/18/vice-president-biden-marks-progress-executive-actions-help-reduce-gun-vi)
- Bureau of Justice Assistance (https://www.bja.gov/ProgramDetails.aspx?Program_ID=106)
- Department of Education (http://www2.ed.gov/admins/lead/safety/emergencyplan/index.html)
- Department of Health and Human Services (http://www.phe.gov/preparedness/planning/pages/eops.aspx)
- Department of Homeland Security (https://www.dhs.gov/active-shooter-preparedness)

# Additional Resources

- ALERRT  (http://alerrt.org/)
- Arapahoe High School Shooting Report (pdf) (http://www.colorado.edu/cspv/publications/AHS-Report/Report_on_the_Arapahoe_High_School_Shooting_FINAL.pdf)
- Critical Incident Review of Orlando Nightclub Attack (https://ric-zai-inc.com/ric.php?page=detail&id=COPS-W0857)
- DHS Countering Violent Extremism (https://www.dhs.gov/cveas-portal)/Active Shooter (https://www.dhs.gov/cveas-portal)
- Developing Emergency Operations Plans for Schools (https://www.fbi.gov/file-repository/rems-k-12-guide-508.pdf/view)
- Developing Emergency Plans for Institutions of Higher Learning (https://www.fbi.gov/file-repository/rems-ihe-guide_508.pdf/view)
- Developing Emergency Plans for Houses of Worship (https://www.fbi.gov/file-repository/developing_eops_for_houses_of_worship_final.pdf/view)


- FERPA Guidance (pdf) (https://www.fbi.gov/file-repository/ferpa-guide.pdf/view) | Spanish version (https://www.fbi.gov/file-repository/ferpa_spanish1.pdf/view)
- HIPAA Guidance (pdf) (https://www.fbi.gov/file-repository/hipaa-guide.pdf/view) | Spanish version (https://www.fbi.gov/file-repository/hipaa_spanish1.pdf/view)
- Planning and Response in a Health Care Setting (pdf) (https://www.fbi.gov/file-repository/active_shooter_planning_and_response_in_a_healthcare_setting.pdf/view)
- Incorporating Active Shooter Planning into Health Care Facility Emergency Plans (http://www.phe.gov/preparedness/planning/Documents/active-shooter-planning-eop2014.pdf)
- Sandy Hook Advisory Commission Final Report (pdf) (http://www.shac.ct.gov/SHAC_Final_Report_3-6-2015.pdf)
- Applying Counterterrorism Tools to Prevent Acts of Targeted Violence (IACP) (https://www.policechiefmagazine.org/applying-counterterrorism-tools-to-prevent-acts-of-targeted-violence/)

## The reports listed below were not authored by the FBI, but links to the reports are being provided for general public information.

- Washington, D.C. Navy Yard shootings, 9/16/13
  Internal Review of the Washington Navy Yard Shooting: A Report to the Secretary of Defense (http://archive.defense.gov/pubs/DoD-Internal-Review-of-the-WNY-shooting-20-Nov-2013.pdf), Department of Defense
- Sandy Hook Elementary School shootings, Newtown, Connecticut, 12/13/12
  Sandy Hook Elementary School Shootings Reports (http://cspsandyhookreport.ct.gov), Connecticut State Police

# EXHIBIT "T"

Volume XL, Issue 2                    March 2015

# The FBI's Misinterpretation of the Change in Mass Public Shooting



*John R. Lott, Jr., Fox News Contributor*

**A**n FBI report released on September 16, 2014 makes the assertion that active shooter attacks and deaths have increased dramatically since 2000—both increasing at an annual rate of about 16%. As the headline in the Wall Street Journal stated, "Mass Shootings on the Rise, FBI says."

But the FBI made a number of subtle and misleading decisions as well as outright errors. Once these biases and mistakes are fixed, the annual growth rate in homicides is cut in half. When a longer period of time is examined (1977 through the first half of 2014), deaths from mass public shootings show only a slight, statistically insignificant, increase—an annual increase of less than 1%.[1]

The FBI'misleadingly includes cases that aren't mass shootings—cases where no one or only one person was killed in a public place. While the FBI assures people that it "captured the vast majority of incidents falling within the search criteria," their report missed 20 shootings where at least two people were killed in a public place. Most of these missing cases took place early on, biasing their results toward showing an increase.

### Introduction

In a report released in September, 2013, the FBI claimed that between 2000 and 2013 there were 160 "active shooting incidents" in public places (Federal Bureau of Investigation, 2013). Even more worrisome, these attacks increased dramatically from just a single one in 2000 to 17 in 2013 and murders from 7 to 86 over the same period. Statistically, over time they find that attacks and the number of people killed had increased at an average annual rate of 16% (Figures 1 and 2).With the FBI officially behind the claims, media outlets worldwide gave this extensive coverage.

While the FBI report provides graphs illustrating "active shooting incidents," not mass shootings, the media has understandably interpreted the report as implying that mass public shootings have similarly increased. For example, the report's introduction assures readers, "The study does not encompass all mass killings or shootings in public places and therefore is

limited in its scope. Nonetheless, it was undertaken to provide clarity and data of value to both law enforcement and citizens as they seek to stop these threats and save lives during active shooter incidents" (FBI, 2013, p. 5).The report discusses mass public shootings, but it never makes it clear to the readers that these types of fatalities and attacks are actually not increasing over time. This caused great confusion.

A quick look at major headlines shows how the press has read this report:[2]

"Mass shootings on the rise, FBI says," *Wall Street Journal* (Barrett, 2014).

"FBI confirms a sharp rise in mass shootings since 2000," *New York Times* (Schmidt, 2014).

"FBI: Mass shooting incidents occurring more frequently," *CNN* (Perez, 2014).

"FBI study: Deaths in mass shootings increasing," *BBC* ("FBI study," 2014).



Figure 1: FBI's measure of active shooting attacks from 2000 to 2013

Figure 2: FBI's measure of fatalities from active shooter attacks from 2000 to 2013

The FBI report enters what has been a lively debate on whether mass public shootings have been increasing. The FBI report closely matches an earlier sample gathered by *Mother Jones* magazine (Follman, 2014).Academics, such as James Alan Fox, have taken the *Mother Jones* numbers to task, primarily for their arbitrary and, more important, inconsistent classification of cases over time (Fox, 2013).But the problems are much more extensive than previously noted.

Unfortunately, the FBI report engages in bait and switch and sleight of hand. As we will show, mass public shootings have only increased ever so slightly over the last four decades. While the FBI study discusses "mass shootings or killings," they miss a large number of mass public shootings that should be included in the sample. Their graphs are based on many cases that had absolutely nothing to do with mass killings or even killings of any kind. Worse, the cases that they miss and the cases that shouldn't have been included are not random. Both of these

actions work to make it look as if there was a much larger increase in mass public shootings than actually occurred. Over the last four decades there has been no statistically significant increase in these attacks.

### Problems with the Data

Out of the 160 cases the FBI report counts from 2000 to 2013, 32 instances involved a gun being fired with no one killed (see Appendix 2).And 11 of those have either zero or just one person wounded. Another 35 cases involved one single person murdered. It is hard to see how the FBI could have erroneously included these cases, which make up 42% of their 160 cases, in any discussion of "mass killings." Surely they do not fit the FBI's old definition, which required four or more murders. And it does not even fit their new one of three or more murders.

A major difficulty with studying so-called "active shooters" is that there is no official data source for such attacks. The term "active shooters" is very broad: "an individual actively engaged in killing or attempting to kill people in a confined and populated area," and thus doesn't require that anyone actually be killed. As we will show, the FBI data set misses 20 mass shootings where at least two people have been killed. Yet, the task for properly identifying all cases where no one has been killed is much more difficult. It is doubtful that police will record all these events, nor is the media likely to cover cases where there are no fatalities. An additional reason for excluding cases where no one is killed is that it may produce a systematic bias: it will be relatively easier to identify more recent public shootings where zero or one person was killed and thus

that would tend to produce an upward, if unintentional, bias in the number of cases over time.

In fact, these non-mass shootings, with zero or one person killed, drive much of the purported increase in the number of attacks. Out of the cases where no one or only one person was killed, 50 occurred during the last seven years of the period the FBI examines, and only 17 cases took place during the first seven years. In other words, the later period is padded much more heavily with these extra cases.

For example, in 2010, the FBI reports that there were 29 active shooter cases, but just 9 involve more than 1 fatality. In 2013, the FBI reports 17 attacks, but again just 9 involve more than 1 fatality.

"Though additional active shooter incidents may have occurred during this time period, the FBI is confident this research captured the vast majority of incidents falling within the search criteria"(Federal Bureau of Investigation, 2013, p. 5). Despite the FBI's assurances, their report misses 20 shootings where at least two people were killed in a public place (see Appendix 1).To put this in perspective, their data set misses 20 out of what should have been a total of 113 cases. They only report 93.

Take some examples of what the FBI report missed:

- a shooting at an Elgin, Illinois bar in 2001 by Luther Casteel that left 2 dead and 21 wounded ("Man charged with deadly shootout," 2001, n.d.);

- a shooting at a Columbus, Ohio concert in 2004 by Nathan Gale that left 4 dead and 7 wounded (Blanco, n.d.);
- a shooting at a St. Louis, Missouri office in 2006 by Herbert Chambers that left two people dead (Leonard, 2006);
- and a 59-year-old businessman who killed three people at his business in St. Louis in 2013 ("St. Louis shooting update," 2013).

Unfortunately, these cases were not missing at random. Indeed, these missing cases were three times more likely to occur in the first half than the second half (15 to 5). Thus, the missing observations again bias the results toward finding a larger increase over time. Erroneously including non-mass shootings as well as omitting many mass shootings biases the results to make it look as if attacks were increasing.

| | | | | | | Averages for the first and second half of the 14 years examined by the FBI | | |
|---|---|---|---|---|---|---|---|---|
| Year | FBI Total | Corrected Total = FBI Total – Cases with no one killed – Cases with one person killed + Cases that should have been included | Cases with no one killed | One person killed | Cases that should have been included | Cases with no one killed | Cases where one person was killed | Cases that should have been included |
| 2000 | 1 | 4 | 0 | 0 | 3 | | | |
| 2001 | 6 | 5 | 1 | 2 | 2 | | | |
| 2002 | 7 | 8 | 0 | 0 | 4 | | | |
| 2003 | 11 | 7 | 1 | 3 | 0 | | | |
| 2004 | 4 | 4 | 1 | 0 | 1 | | | |
| 2005 | 9 | 8 | 2 | 3 | 4 | | | |
| 2006 | 10 | 8 | 1 | 3 | 2 | 6 | 11 | 16 |
| 2007 | 14 | 11 | 2 | 2 | 1 | | | |
| 2008 | 8 | 6 | 2 | 1 | 1 | | | |
| 2009 | 19 | 9 | 2 | 8 | 0 | | | |
| 2010 | 26 | 9 | 10 | 7 | 0 | | | |
| 2011 | 10 | 7 | 2 | 1 | 0 | | | |
| 2012 | 21 | 17 | 4 | 1 | 1 | | | |
| 2013 | 17 | 11 | 4 | 4 | 2 | 26 | 24 | 5 |

Table 1: How the inclusion of non-mass shooting cases and missing other mass-shooting attacks biases the FBI report to show an increase in attacks over time

Volume XL, Issue 2

March 2015

### Limiting the Period Studied to 2000 to 2013

The FBI chose the year 2000 as the starting date for the analysis. But everybody who has studied these attacks knows that 2000 and 2001 were unusually quiet years with few mass shootings. Thus, by starting with those years and padding the cases in later years with non-mass shooting attacks, the study's authors should have known perfectly well what the result would be.

For example, while the FBI claims that there was only one active shooter attack in 2000, we show that there were in fact four cases, and we didn't even try to find whether they missed attacks where no one was killed. By contrast, in 1999, there were eight public shootings where at least two people were killed. Presumably, there were many more shootings where no one was killed.

Fortunately, it is easy to examine a much longer period of time. Back in 2000, University of Chicago's Professor Bill Landes and then–Yale Law School Research Scholar and now–CPRC President John Lott put together data on mass public shootings from 1977 to 1999.[3] In many ways the criteria that Lott and Landes set were similar to what the FBI said it would follow: non-gang attacks in public places. Shootings that were also part of some other crime, such as a robbery, were also

excluded. However, Lott and Landes examined mass shootings—cases where at least two people had been murdered in these public shootings.

Figure 3, with the corrected data and covering the period from 1977 through the first seven months of 2014, shows the deaths from mass public shootings. There is a slight increase in deaths over these 38 years, but even that small upward trend largely depends on one highly unusual year, 2012, when 91 deaths occurred.

While the number of mass public shootings might have increased over time, the change is just a tiny fraction of the change claimed by FBI (see Table 2). Using the FBI data implies a statistically significant 16.4% annual increase in deaths from mass public shootings. We corrected the FBI data and only looked at cases where at least two people have been killed. Doing so cuts the annual increase in deaths from mass public shootings in half. But the real change in results occurs when the longer period of data is used. Doing that reduces the annual increase to just 0.98%; just 6% of the increase implied by the FBI data and the relationship is no longer statistically significant.

Volume XL, Issue 2                                                                                                           March 2015

**Table 2: Regression estimating the increase over time in deaths from 1977 through July 2014 (regressing the natural log of mass public shooting deaths per 10,000,000 Americans on the number of years since 1977)**

|  | Percent change in death rate for each additional year | t-statistics | Statistically significant | Percent size of estimate for CPRC estimate compared to estimate using FBI data |
|---|---|---|---|---|
| **FBI Data 2000 to 2013** |  |  |  |  |
| All years | 16.4% | 4.50 | Yes |  |
| Not including 2012 | 15.2% | 3.80 | Yes |  |
| **Corrected data 2000 to 2013** |  |  |  |  |
| All years | 8.7% | 3.11 | Yes | 53.0% |
| Not including 2012 | 7.0% | 2.45 | Yes | 46.1% |
| **Corrected data 1977 to 2014** |  |  |  |  |
| All years | 0.976% | 1.38 | No | 6.0% |
| Not including 2012 | 0.615% | 0.88 | No | 4.0% |



Figure 3: Deaths per 10,000,000 Americans from Mass Public Shootings, at least 2 people killed per attack

Volume XL, Issue 2                                    March 2015

## Conclusion

Clearly, the FBI report contains significant errors. The FBI is not studying all the mass public shootings that occurred over the period of time and also pads the report with non-mass shootings. Correcting their errors and focusing on mass public shootings cuts the size of the claimed annual increase in deaths in half. Using data back to 1977, collected in previous research, virtually eliminates any increase in mass public shootings. The FBI report appears to be politically driven.

## Bibliography

Barrett, D. (2014). "Mass shootings on the rise, FBI says." *Wall Street Journal,* September 24. Available athttp://online.wsj.com/articles/mass-shootings-on-the-rise-fbi-says-1411574475.

Blanco, J. I. (n.d.). "Nathan Gale." *Murderpedia.* Available at http://www.murderpedia.org/male.G/g/gale-nathan.htm.

Carroll, L., & O'Connor, M. (2014). "Have there been 74 school shootings since Sandy Hook? A closer look at a tricky statistic." *Politifact.com.* Available at http://www.politifact.com/truth-o-meter/statements/2014/jun/13/everytown-gun-safety/have-there-been-74-school-shootings-sandy-hook-clo.

Fantz, A., Knight, L., & Wang, K. (2014). "A closer look: How many Newtown-like school shootings since Sandy Hook?" *CNN.com.* Available at http://www.cnn.com/2014/06/11/us/school-shootings-cnn-number.

"FBI study: Deaths in mass shootings increasing." (2014). *BBC*, September 24. Available at http"//www.bb.com/news/world-us-canada-29357199.

Federal Bureau of Investigation. (2013, September 16). *A study of active shooter incidents in the United States between 2000 and 2013.*Washington, DC: U.S. Department of Justice.

Fessenden, F. (2000). "They threaten, seethe and unhinge, then kill in quantity." *New York Times,* April 9. Available at http://www.nytimes.com.

Follman, M.(2014). "Yes, Mass Shootings are occurring more often."*Mother Jones*, October 21. Available at http://www.motherjones.com/politics/2014/10/mass-shootings-rising-harvard.

Fox, J. A.(2013). "Mass shootings not trending."*Boston Globe*, January, 23. Available at http://www.boston.com/community/blogs/crime_punishment/2013/01/mass_shootings_not_trending.html.

Volume XL, Issue 2                                    March 2015

Leger, D. (2014). "'Active shooter' incidents on the rise." *USA Today,* September 25. Available at http://www.usa.today.com/story/news/nation/2014/09/24/active-shooter-incidents-rising-fbi-finds/16158921/.

Leonard, C. (2006). "4 dead after gunman kills his child's mother, opens fire at workplace." *Associated Press,* April 19. Available at http://blogs.kansascity.com/crime_scene/files/4_dead_after_gunman_kills_his_childs_mother_opens_fire_at_workplace.pdf.

Lott, J. R., Jr. (2003). *The bias against guns.* Washington, DC: Regnery.

Lott, J. R., Jr. (2010). *More guns, less crime* (3rd ed.). Chicago: University of Chicago Press.

Lott, J. R., Jr. & Landes, W. M. (1999). Multiple victim public shootings, bombings, and right-to-carry concealed handgun laws: Contrasting private and public law enforcement, *Social Science Research Network.* Available at http://ssrn.com/abstract=161637.

Lott, J. R., Jr. & Landes, W. M. (2000). Multiple victim public shootings. *Social Science Research Network.* Available at http://ssrn.com/abstract=272929.

"Man charged with deadly shootout at tavern." (2001). *PoliceOne.com,* April 17. Available at http://www.policeone.com/news/36634-Man-charged-with-deadly-shootout-at-tavern-Elgin-IL.

Perez, E. (2014). "FBI: Mass shooting incidents occurring more frequently." *CNN,* September 24. Available at http://www.com/2014/09/24/justice/fbi-shooting-incidents-study/index.htm.

Schmidt, M. (2014). "F.B.I. confirms a sharp rise in mass shootings since 2000." *New York Times,* September 24. Available at http://mobile.nytimes.com/2014/09/25/us/25shooters.html

"St. Louis shooting update: Cops ID Ahmed Dirir, 59-year-old businessman, as gunman who killed 3, then himself." (2013). *CBS News,* June 14.Available at http://www.cbsnews.com/news/st-louis-shooting-update-cops-id-ahmed-dirir-59-year-old-businessman-as-gunman-who-killed-3-then-himself.

*\*John R. Lott, Jr. is an economist who has held research and/or teaching positions at the University of Chicago, Yale University, Stanford, UCLA, Wharton, and Rice and was the Chief Economist at the United States Sentencing Commission during1988 and 1989. He has published over 100 articles in academic journals. He also is the author of seven books including three editions of "More Guns, Less Crime," "Freedomnomics," and "The Bias Against Guns." Lott is a FoxNews.com contributor and a weekly columnist for them. Opinion pieces by Lott have appeared in such places as The Wall Street Journal, The New York Times, The Los Angeles Times, The New York Post, and USA Today. He has appeared on such television programs as the ABC and NBC National Evening News broadcasts, Fox News, The News Hour with Jim Lehrer, and the Today Show. He received his Ph.D. in economics from UCLA in 1984.*

Volume XL, Issue 2                                                                                     March 2015

**Appendix 1: The FBI's Missing Cases: Cases of Mass Public Shootings where at least two were people killed**

| Year | Month | Day | City | State | Attacker Name | Killed in public | Wounded | Location |
|------|-------|-----|------|-------|---------------|------------------|---------|----------|
| 2000 | 3 | 2 | Pittsburgh | Pennsylvania | Ronald Taylor | 2 | 3 | Restaurant |
| 2000 | 3 | 10 | Savannah | Georgia | Darrel Ingram | 2 | 1 | School |
| 2000 | 4 | 28 | Mount Lebanon | Pennsylvania | Richard Baumhammers | 5 | 1 | neighborhood |
| 2001 | 1 | 11 | Nevada County | Nevada | Scott Thorpe | 3 | 2 | county mental health office / Restaurant |
| 2001 | 4 | 13 | CHICAGO | Illinois | Luther Casteel | 2 | 21 | Bar |
| 2002 | 4 | 6 | TACOMA | Washington | Felise Kaio Jr | 2 | 1 | Bar |
| 2002 | 5 | 31 | Long Beach | California | Antonio Pineiro | 2 | 4 | Supermarket |
| 2002 | 6 | 11 | Kearney | Missouri | Lloyd Robert Jeffress | 2 | 2 | Monastery |
| 2002 | 10 | 29 | Tucson | Arizona | Robert S. Flores | 3 | 0 | School |
| 2004 | 12 | 8 | Columbus | Ohio | Nathan Gale | 4 | 7 | Concert |
| 2005 | 2 | 24 | Smith County | Texas | David Hernandez Arroyo Sr | 2 | 4 | Tyler Courthouse |
| 2005 | 4 | 8 | Eastern Shore | Maryland | Allison Lamont Norman | 9 | 5 | School and Multiple public locations |
| 2005 | 12 | 4 | FORT LAUDERDALE | Florida | Ralston Davis Jr | 2 | 1 | Multiple locations(apartment/gas station) |
| 2006 | 4 | 19 | ST. LOUIS | Missouri | Herbert Chalmers Jr | 2 | 1 | Home and Workplace |
| 2006 | 9 | 3 | Shepherdstown | West Virginia | Douglas W. Pennington | 2 | 0 | University |
| 2007 | 8 | 6 | Newark | New Jersey | Melvin Jovel | 3 | 1 | School |
| 2008 | 10 | 26 | Conway | Arkansas | Kawin Brockton, 19, Kelsey Perry, 19, Mario Tony, 20, Brandon Wade, 20 | 2 | 1 | School |
| 2012 | 2 | 21 | Norcross | Georgia | Jeong Soo Paek | 3 | 0 | at the spa |
| 2013 | 6 | 12 | St. Louis | Missouri | Ahmed Dirir | 3 | 0 | Office (in a Missouri office at AK Home Health Care LLC) |
| 2013 | 6 | 20 | West Palm Beach | Florida | Javier Burgo | 2 | 0 | Alexander W. Dreyfoos School of the Arts |

## Appendix 2: The FBI's Cases where zero or one person has been killed

| Year | Month | Day | City | State | Attacker Name | Killed |
|------|-------|-----|------|-------|---------------|--------|
| 2001 | 3 | 22 | El Cajon | California | Jason Anthony Hoffman | 0 |
| 2003 | 7 | 17 | Charleston | West Virginia | Richard Dean Bright | 0 |
| 2004 | 2 | 9 | East Greenbush | New York | Jon William Romano | 0 |
| 2005 | 2 | 13 | Kingston | New York | Robert Charles Bonelli Jr. | 0 |
| 2005 | 11 | 20 | Tacoma | Washington | Dominick Sergil Maldonado | 0 |
| 2006 | 3 | 25 | Reno | Nevada | James Scott Newman | 0 |
| 2006 | 10 | 9 | Joplin | Missouri | Thomas White | 0 |
| 2007 | 3 | 5 | Signal Hill | California | Alonso Jose Mendez | 0 |
| 2007 | 10 | 10 | Cleveland | Ohio | Asa Halley Coon | 0 |
| 2009 | 4 | 26 | Hampton | Virginia | Odane Greg Maye | 0 |
| 2009 | 5 | 18 | Cut Off | Louisiana | Justin Doucet | 0 |
| 2010 | 2 | 3 | Macomb | Illinois | Jonathan Joseph Labbe | 0 |
| 2010 | 2 | 10 | Knoxville | Tennessee | Mark Stephen Foster | 0 |
| 2010 | 2 | 23 | Littleton | Colorado | Bruco Strongeagle Eastwood | 0 |
| 2010 | 3 | 4 | Arlington | Virginia | John Patrick Bedell | 0 |
| 2010 | 5 | 7 | Bloomfield | New Jersey | Rasheed Cherry | 0 |
| 2010 | 5 | 27 | New York Mills | New York | Abraham Dickan | 0 |
| 2010 | 9 | 22 | Crete | Nebraska | Akouch Kashoual | 0 |
| 2010 | 10 | 8 | Carlsbad | California | Brendan O'Rourke | 0 |
| 2010 | 10 | 29 | Reno | Nevada | John Dennis Gillane | 0 |
| 2010 | 12 | 14 | Panama City | Florida | Clay Allen Duke | 0 |
| 2011 | 8 | 27 | Queens | New York | Tyrone Miller | 0 |
| 2011 | 9 | 13 | Girard | Kansas | Jesse Ray Palmer | 0 |
| 2012 | 2 | 8 | Middletown | New York | Timothy Patrick Mulqueen | 0 |
| 2012 | 7 | 17 | Tuscaloosa | Alabama | Nathan Van Wilkins | 0 |
| 2012 | 8 | 27 | Baltimore | Maryland | Robert Wayne Gladden Jr. | 0 |
| 2012 | 12 | 15 | Birmingham | Alabama | Jason Heath Letts | 0 |
| 2013 | 1 | 10 | Taft | California | Bryan Oliver | 0 |

**Appendix 2 (Continued): The FBI's Cases where zero or one person has been killed**

| 2013 | 4 | 12 | Christiansburg | Virginia | Neil Allen MacInnis | 0 |
|---|---|---|---|---|---|---|
| 2013 | 6 | 21 | Greenville | North Carolina | Lakin Anthony Faust | 0 |
| 2013 | 10 | 26 | Albuquerque | New Mexico | Christopher Thomas Chase | 0 |
| 2001 | 4 | 23 | San Jose | California | Cathline Repunte | 1 |
| 2001 | 12 | 6 | Goshen | Indiana | Robert L. Wissman | 1 |
| 2003 | 4 | 24 | Red Lion | Pennsylvania | James Sheets | 1 |
| 2003 | 5 | 9 | Cleveland | Ohio | Biswanath A. Halder | 1 |
| 2003 | 8 | 19 | Andover | Ohio | Richard Wayne Shadle | 1 |
| 2005 | 1 | 26 | Toledo | Ohio | Myles Wesley Meyers | 1 |
| 2005 | 11 | 8 | Jacksboro | Tennessee | Kenneth S. Bartley | 1 |
| 2005 | 11 | 22 | North Augusta | South Carolina | Unknown | 1 |
| 2006 | 6 | 25 | Denver | Colorado | Michael Julius Ford | 1 |
| 2006 | 7 | 28 | Seattle | Washington | Naveed Afzal Haq | 1 |
| 2006 | 8 | 30 | Hillsborough | North Carolina | Alvaro Castillo | 1 |
| 2006 | 9 | 29 | Cazenovia | Wisconsin | Eric Jordan Hainstock | 1 |
| 2007 | 8 | 30 | Bronx | New York | Paulino Valenzuela | 1 |
| 2007 | 10 | 8 | Simi Valley | California | Robert Becerra | 1 |
| 2008 | 3 | 3 | West Palm Beach | Florida | Alburn Edward Blake | 1 |
| 2009 | 4 | 7 | Temecula | California | John Suchan Chong | 1 |
| 2009 | 6 | 1 | North Little Rock | Arkansas | Carlos Leon Bledsoe | 1 |
| 2009 | 6 | 10 | Washington D.C. | Washington D.C. | James Wenneker von Brunn | 1 |
| 2009 | 7 | 1 | Simi Valley | California | Jaime Paredes | 1 |
| 2009 | 7 | 25 | Houston | Texas | Unknown | 1 |
| 2009 | 11 | 6 | Orlando | Florida | Jason Samuel Rodriguez | 1 |
| 2009 | 11 | 7 | Vail | Colorado | Richard Allan Moreau | 1 |
| 2009 | 11 | 10 | Tualatin | Oregon | Robert Beiser | 1 |
| 2010 | 1 | 4 | Las Vegas | Nevada | Johnny Lee Wicks Jr. | 1 |
| 2010 | 3 | 9 | Columbus | Ohio | Nathaniel Alvin Brown | 1 |
| 2010 | 3 | 30 | Tarpon Springs | Florida | Arunya Rouch | 1 |
| 2010 | 4 | 19 | Knoxville | Tennessee | Abdo Ibssa | 1 |
| 2010 | 9 | 20 | El Paso | Texas | Steven Jay Kropf | 1 |
| 2010 | 10 | 4 | Gainesville | Florida | Clifford Louis Miller Jr. | 1 |
| 2010 | 10 | 13 | Washington D.C. | Washington D.C. | Unknown | 1 |

## Appendix 2 (Continued): The FBI's Cases where zero or one person has been killed

| 2011 | 1  | 5  | Omaha       | Nebraska     | Richard L. Butler Jr.    | 1 |
|------|----|----|-------------|--------------|--------------------------|---|
| 2012 | 3  | 8  | Pittsburgh  | Pennsylvania | John Schick              | 1 |
| 2013 | 10 | 21 | Sparks      | Nevada       | Jose Reyes               | 1 |
| 2013 | 11 | 1  | Los Angeles | California   | Paul Anthony Ciancia     | 1 |
| 2013 | 12 | 13 | Centennial  | Colorado     | Karl Halverson Pierson   | 1 |
| 2013 | 12 | 17 | Reno        | Nevada       | Alan Oliver Frazier      | 1 |

**NOTES**

[1]Chengyu Huang and Rujun Wang provided valuable research assistance on this project.

[2] One of the few publications that didn't make such a link in their headline was *USA Today* (see Leger, 2014).

[3] The FBI report notes (p. 5): "Specifically, shootings that resulted from gang or drug violence—pervasive, long-tracked, criminal acts that could also affect the public—were not included in this study. In addition, other gun-related shootings were not included when those incidents appeared generally not to have put others in peril (e.g., the accidental discharge of a firearm in a school building or a person who chose to publicly commit suicide in a parking lot)." The first paper to use this definition was by Lott and Landes (1999, 2000). Lott (2003, 2010) has additional discussions. Some, such as the *New York Times,* refer to the attacks being studied here as "rampage" killings (Fessenden, 2000). Politifact and CNN also define these mass shootings in the same way (see Carroll & O'Connor, 2014; Fantz, Knight, & Wang, 2014).

# EXHIBIT "U"

**Table 8**

**Offenses Known to Law Enforcement**
by City 10,000 and over in Population, 2004—Continued

| City by state | Population | *Violent crime* | Murder and non-negligent man-slaughter | Forcible rape | Robbery | Aggravated assault | *Property crime* | Burglary | Larceny-theft | Motor vehicle theft | Arson[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTAH** | | | | | | | | | | | |
| Alpine/Highland | 17,860 | 5 | 0 | 3 | 0 | 2 | 294 | 86 | 197 | 11 | 1 |
| American Fork | 23,242 | 27 | 0 | 7 | 3 | 17 | 1,085 | 175 | 858 | 52 | 3 |
| Bountiful | 42,063 | 47 | 0 | 17 | 11 | 19 | 1,034 | 139 | 829 | 66 | 1 |
| Brigham City | 17,611 | 53 | 0 | 16 | 3 | 34 | 578 | 132 | 428 | 18 | 2 |
| Cedar City | 22,297 | 21 | 1 | 2 | 3 | 15 | 647 | 108 | 510 | 29 | 2 |
| Centerville | 14,984 | 6 | 0 | 2 | 1 | 3 | 346 | 56 | 270 | 20 | 4 |
| Clearfield | 27,580 | 50 | 0 | 15 | 7 | 28 | 790 | 122 | 619 | 49 | 4 |
| Draper | 31,516 | 33 | 0 | 8 | 9 | 16 | 1,009 | 192 | 761 | 56 | 4 |
| Farmington | 13,621 | 9 | 0 | 1 | 1 | 7 | 185 | 31 | 136 | 18 | 1 |
| Kaysville | 21,728 | 17 | 0 | 5 | 0 | 12 | 487 | 85 | 377 | 25 | 2 |
| Layton | 61,740 | 112 | 0 | 28 | 24 | 60 | 1,811 | 283 | 1,426 | 102 | 11 |
| Lehi | 23,638 | 22 | 1 | 9 | 1 | 11 | 596 | 211 | 345 | 40 | 0 |
| Logan | 44,373 | 32 | 0 | 12 | 4 | 16 | 1,001 | 163 | 804 | 34 | 3 |
| Midvale | 27,600 | 84 | 2 | 19 | 17 | 46 | 1,734 | 171 | 1,382 | 181 | 4 |
| Murray | 44,314 | 169 | 2 | 25 | 43 | 99 | 3,767 | 470 | 3,019 | 278 | 1 |
| North Ogden | 16,341 | 5 | 0 | 2 | 0 | 3 | 320 | 73 | 232 | 15 | 0 |
| North Park | 10,008 | 1 | 0 | 0 | 0 | 1 | 175 | 36 | 134 | 5 | 4 |
| Ogden | 79,544 | 349 | 4 | 34 | 107 | 204 | 5,149 | 802 | 3,921 | 426 | 0 |
| Orem | 88,999 | 53 | 1 | 13 | 17 | 22 | 3,895 | 452 | 3,255 | 188 | 0 |
| Payson | 14,997 | 14 | 0 | 0 | 4 | 10 | 640 | 208 | 406 | 26 | 3 |
| Pleasant Grove/Lindon | 33,102 | 17 | 1 | 9 | 3 | 4 | 736 | 72 | 599 | 65 | 1 |
| Provo | 107,094 | 150 | 0 | 40 | 17 | 93 | 3,334 | 532 | 2,620 | 182 | 15 |
| Salt Lake City | 182,768 | 1,328 | 15 | 92 | 465 | 756 | 16,343 | 2,353 | 12,108 | 1,882 | 49 |
| Sandy | 90,746 | 175 | 1 | 27 | 49 | 98 | 3,138 | 454 | 2,482 | 202 | 7 |
| South Jordan | 34,126 | 28 | 0 | 3 | 0 | 25 | 762 | 114 | 598 | 50 | 2 |
| South Salt Lake | 22,066 | 197 | 0 | 47 | 42 | 108 | 2,547 | 334 | 1,876 | 337 | 7 |
| Spanish Fork | 23,367 | 11 | 0 | 7 | 2 | 2 | 1,275 | 207 | 1,033 | 35 | 7 |
| Springville | 22,279 | 33 | 0 | 13 | 1 | 19 | 1,010 | 158 | 801 | 51 | 0 |
| Tooele | 27,484 | 78 | 0 | 18 | 10 | 50 | 839 | 147 | 619 | 73 | 8 |
| West Jordan | 86,054 | 162 | 0 | 34 | 34 | 94 | 3,253 | 359 | 2,683 | 211 | 13 |
| West Valley | 113,472 | 479 | 2 | 75 | 140 | 262 | 7,028 | 967 | 5,345 | 716 | 23 |
| **VERMONT** | | | | | | | | | | | |
| Bennington | 15,945 | 23 | 0 | 7 | 1 | 15 | 485 | 77 | 388 | 20 | 9 |
| Brattleboro | 12,040 | 29 | 0 | 5 | 2 | 22 | 407 | 49 | 341 | 17 | 3 |
| Colchester | 17,238 | 32 | 0 | 6 | 8 | 18 | 527 | 77 | 439 | 11 | 4 |
| Rutland | 17,166 | 24 | 0 | 3 | 9 | 12 | 855 | 80 | 754 | 21 | 7 |
| South Burlington | 16,345 | 21 | 0 | 4 | 5 | 12 | 790 | 87 | 687 | 16 | 2 |
| **VIRGINIA** | | | | | | | | | | | |
| Alexandria[3] | 130,206 | 386 | 2 | 30 | 162 | 192 | | | | 563 | 12 |
| Blacksburg | 40,465 | 57 | 1 | 12 | 9 | 35 | 607 | 103 | 479 | 25 | 9 |
| Bristol | 17,377 | 95 | 1 | 7 | 25 | 62 | 667 | 108 | 524 | 35 | 5 |
| Charlottesville | 39,552 | 322 | 4 | 29 | 69 | 220 | 1,621 | 221 | 1,250 | 150 | 10 |
| Chesapeake | 212,932 | 1,099 | 12 | 61 | 292 | 734 | 7,673 | 1,288 | 5,763 | 622 | 24 |
| Christiansburg | 17,933 | 27 | 2 | 7 | 5 | 13 | 658 | 106 | 529 | 23 | 3 |
| Colonial Heights | 17,458 | 51 | 3 | 4 | 20 | 24 | 779 | 73 | 672 | 34 | 11 |
| Culpeper | 10,546 | 39 | 0 | 7 | 7 | 25 | 465 | 35 | 413 | 17 | 2 |
| Danville | 47,456 | 302 | 4 | 15 | 93 | 190 | 2,239 | 274 | 1,846 | 119 | 14 |
| Falls Church | 10,589 | 25 | 1 | 2 | 8 | 14 | 400 | 35 | 315 | 50 | 6 |
| Fredericksburg | 20,390 | 96 | 2 | 12 | 25 | 57 | 1,009 | 79 | 852 | 78 | 3 |
| Front Royal | 14,301 | 38 | 0 | 9 | 8 | 21 | 553 | 51 | 466 | 36 | 5 |
| Hampton | 148,339 | 576 | 14 | 47 | 222 | 293 | 4,868 | 761 | 3,567 | 540 | 46 |
| Harrisonburg | 41,580 | 120 | 1 | 20 | 27 | 72 | 1,287 | 301 | 905 | 81 | 9 |
| Herndon | 21,937 | 34 | 2 | 2 | 6 | 24 | 466 | 27 | 399 | 40 | 1 |
| Hopewell | 22,614 | 176 | 1 | 11 | 55 | 109 | 1,132 | 274 | 736 | 122 | 9 |
| Leesburg | 33,651 | 63 | 0 | 13 | 11 | 39 | 849 | 73 | 733 | 43 | 1 |
| Lynchburg | 65,761 | 242 | 4 | 17 | 64 | 157 | 2,491 | 383 | 1,930 | 178 | 15 |
| Manassas | 37,536 | 163 | 3 | 21 | 48 | 91 | 1,137 | 127 | 875 | 135 | 8 |
| Manassas Park | 11,099 | 30 | 0 | 5 | 5 | 20 | 292 | 23 | 229 | 40 | 2 |
| Martinsville | 15,271 | 56 | 1 | 6 | 19 | 30 | 529 | 90 | 414 | 25 | 2 |
| Newport News | 183,454 | 1,380 | 17 | 104 | 523 | 736 | 7,782 | 1,444 | 5,406 | 932 | 86 |
| Norfolk | 244,132 | 1,342 | 35 | 82 | 684 | 541 | 12,548 | 1,474 | 9,846 | 1,228 | 47 |

See footnotes at end of table.

**Table 8**

**Offenses Known to Law Enforcement**

by City 10,000 and over in Population, 2004—Continued

| City by state | Population | Violent crime | Murder and non-negligent man-slaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **VIRGINIA—Continued** | | | | | | | | | | | |
| Petersburg | 33,420 | 288 | 4 | 18 | 111 | 155 | 2,390 | 562 | 1,436 | 392 | 32 |
| Poquoson | 11,962 | 9 | 0 | 0 | 2 | 7 | 182 | 37 | 136 | 9 | 4 |
| Portsmouth | 100,608 | 891 | 8 | 30 | 345 | 508 | 5,397 | 1,244 | 3,574 | 579 | 11 |
| Richmond | 196,667 | 2,700 | 93 | 101 | 1,343 | 1,163 | 13,089 | 2,731 | 7,982 | 2,376 | 94 |
| Roanoke | 93,787 | 851 | 8 | 60 | 187 | 596 | 5,955 | 993 | 4,470 | 492 | 46 |
| Salem | 24,848 | 34 | 0 | 5 | 8 | 21 | 617 | 66 | 509 | 42 | 1 |
| Suffolk | 74,247 | 422 | 4 | 29 | 94 | 295 | 2,836 | 495 | 2,197 | 144 | 28 |
| Virginia Beach | 443,840 | 1,005 | 15 | 138 | 482 | 370 | 13,504 | 1,772 | 10,970 | 762 | 146 |
| Waynesboro | 20,591 | 68 | 2 | 2 | 9 | 55 | 752 | 85 | 625 | 42 | 12 |
| Winchester | 24,677 | 74 | 0 | 7 | 20 | 47 | 1,427 | 108 | 1,259 | 60 | 6 |
| **WASHINGTON** | | | | | | | | | | | |
| Aberdeen | 16,398 | 77 | 0 | 25 | 13 | 39 | 2,000 | 250 | 1,623 | 127 | 9 |
| Anacortes | 15,657 | 36 | 0 | 5 | 8 | 23 | 629 | 100 | 500 | 29 | 2 |
| Arlington | 14,075 | 31 | 0 | 1 | 7 | 23 | 798 | 134 | 570 | 94 | 0 |
| Auburn | 45,182 | 243 | 1 | 16 | 90 | 136 | 3,998 | 859 | 2,337 | 802 | 41 |
| Bainbridge Island | 21,957 | 18 | 0 | 5 | 0 | 13 | 322 | 100 | 211 | 11 | 6 |
| Battle Ground | 12,881 | 30 | 1 | 9 | 3 | 17 | 429 | 88 | 314 | 27 | 7 |
| Bellevue | 113,670 | 174 | 0 | 38 | 75 | 61 | 4,856 | 680 | 3,570 | 606 | 32 |
| Bellingham | 72,130 | 182 | 2 | 25 | 70 | 85 | 5,878 | 764 | 4,749 | 365 | 25 |
| Bonney Lake | 13,371 | 16 | 0 | 5 | 6 | 5 | 558 | 107 | 390 | 61 | 4 |
| Bothell | 30,929 | 31 | 0 | 5 | 5 | 21 | 947 | 153 | 644 | 150 | 6 |
| Bremerton | 40,064 | 421 | 0 | 75 | 79 | 267 | 1,871 | 395 | 1,263 | 213 | 14 |
| Burien | 31,483 | 171 | 2 | 20 | 62 | 87 | 2,004 | 370 | 1,233 | 401 | 17 |
| Camas | 15,153 | 9 | 0 | 8 | 0 | 1 | 583 | 92 | 470 | 21 | 5 |
| Centralia | 15,158 | 95 | 0 | 21 | 17 | 57 | 1,484 | 220 | 1,155 | 109 | 3 |
| Covington | 15,474 | 39 | 0 | 9 | 11 | 19 | 598 | 123 | 350 | 125 | 11 |
| Des Moines | 29,382 | 115 | 2 | 17 | 41 | 55 | 1,280 | 244 | 648 | 388 | 6 |
| Edmonds | 40,353 | 48 | 4 | 5 | 15 | 24 | 1,273 | 222 | 878 | 173 | 13 |
| Ellensburg | 16,449 | 27 | 0 | 9 | 6 | 12 | 1,083 | 161 | 885 | 37 | 5 |
| Enumclaw | 11,069 | 21 | 0 | 4 | 0 | 17 | 462 | 56 | 301 | 105 | 1 |
| Everett | 97,783 | 563 | 3 | 62 | 185 | 313 | 7,004 | 1,346 | 3,986 | 1,672 | 52 |
| Federal Way | 82,675 | 280 | 0 | 50 | 121 | 109 | 5,134 | 759 | 3,257 | 1,118 | 25 |
| Issaquah | 14,835 | 22 | 0 | 5 | 9 | 8 | 914 | 117 | 651 | 146 | 0 |
| Kelso | 11,883 | 57 | 1 | 9 | 14 | 33 | 1,192 | 224 | 851 | 117 | 10 |
| Kenmore | 19,257 | 32 | 2 | 7 | 7 | 16 | 543 | 134 | 334 | 75 | 4 |
| Kennewick | 60,034 | 218 | 4 | 30 | 41 | 143 | 3,190 | 621 | 2,365 | 204 | 39 |
| Kent | 82,529 | 408 | 5 | 54 | 117 | 232 | 4,847 | 1,196 | 2,322 | 1,329 | 41 |
| Kirkland | 46,111 | 76 | 1 | 19 | 26 | 30 | 1,682 | 299 | 1,129 | 254 | 17 |
| Lacey | 33,168 | 112 | 0 | 18 | 30 | 64 | 1,547 | 222 | 1,210 | 115 | 11 |
| Lake Forest Park | 12,726 | 16 | 0 | 0 | 4 | 12 | 334 | 64 | 228 | 42 | 1 |
| Lakewood | 59,483 | 505 | 3 | 47 | 137 | 318 | 4,036 | 943 | 2,568 | 525 | 35 |
| Longview | 36,163 | 171 | 3 | 25 | 34 | 109 | 3,246 | 689 | 2,253 | 304 | 16 |
| Lynden | 10,157 | 5 | 1 | 2 | 2 | 0 | 239 | 41 | 185 | 13 | 2 |
| Lynnwood | 34,102 | 83 | 0 | 6 | 33 | 44 | 2,459 | 298 | 1,817 | 344 | 7 |
| Maple Valley | 14,286 | 25 | 1 | 8 | 4 | 12 | 455 | 108 | 261 | 86 | 2 |
| Marysville | 28,593 | 62 | 1 | 17 | 18 | 26 | 1,050 | 181 | 647 | 222 | 6 |
| Mercer Island | 22,615 | 15 | 0 | 2 | 4 | 9 | 612 | 102 | 447 | 63 | 6 |
| Mill Creek | 12,983 | 19 | 0 | 2 | 5 | 12 | 636 | 94 | 453 | 89 | 6 |
| Monroe | 14,973 | 26 | 1 | 4 | 5 | 16 | 466 | 37 | 375 | 54 | 4 |
| Moses Lake | 16,338 | 56 | 2 | 11 | 11 | 32 | 1,526 | 208 | 1,253 | 65 | 7 |
| Mountlake Terrace | 20,849 | 34 | 0 | 2 | 14 | 18 | 707 | 108 | 475 | 124 | 18 |
| Mount Vernon | 28,265 | 88 | 1 | 22 | 30 | 35 | 2,797 | 326 | 2,341 | 130 | 6 |
| Mukilteo | 19,395 | 20 | 0 | 3 | 6 | 11 | 559 | 110 | 345 | 104 | 5 |
| Oak Harbor | 21,320 | 44 | 1 | 10 | 4 | 29 | 558 | 126 | 409 | 23 | 8 |
| Olympia | 44,482 | 148 | 6 | 35 | 26 | 81 | 2,683 | 437 | 2,050 | 196 | 5 |
| Pasco | 38,684 | 142 | 3 | 12 | 36 | 91 | 1,706 | 334 | 1,229 | 143 | 5 |
| Port Angeles | 18,734 | 75 | 1 | 24 | 9 | 41 | 827 | 146 | 628 | 53 | 18 |
| Pullman | 25,535 | 25 | 0 | 9 | 5 | 11 | 545 | 98 | 415 | 32 | 8 |
| Puyallup | 36,062 | 137 | 0 | 17 | 44 | 76 | 2,604 | 334 | 1,909 | 361 | 0 |
| Redmond | 46,938 | 79 | 1 | 19 | 24 | 35 | 1,801 | 201 | 1,424 | 176 | 8 |
| Renton | 54,665 | 245 | 2 | 24 | 95 | 124 | 4,807 | 632 | 3,190 | 985 | 6 |
| Richland | 43,039 | 70 | 0 | 4 | 13 | 53 | 1,386 | 291 | 1,034 | 61 | 17 |
| Sammamish | 34,316 | 13 | 0 | 2 | 3 | 8 | 412 | 72 | 312 | 28 | 13 |

See footnotes at end of table.

# EXHIBIT "V"

Home (https://ucr.fbi.gov) • Crime in the U.S. (https://ucr.fbi.gov/crime-in-the-u-s) • 2014 (https://ucr.fbi.gov/crime-in-the-u-s/2014) • Crime in the U.S. 2014 (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014) • Tables (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables) • Table 8 (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8) • Table 8 by State (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/table-8-by-state) • Table 8 - Minnesota



(https://forms.fbi.gov/ucr-feedback-2014) | (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/resource-pages/contact-us) | (/about-us/cjis/ucr/data-quality-guidelines-new) | (/about-us/cjis/ucr)

(/about-us/cjis)

**CIUS Home (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/cius-home)**

**Table 8**

**Offenses Known to Law Enforcement (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/offenses-known-to-law-enforcement/main)**

**Violent Crime (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/offenses-known-to-law-enforcement/violent-crime/violent-crime)**

**Property Crime (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/offenses-known-to-law-enforcement/property-crime/property-crime)**

**Clearances (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/offenses-known-to-law-enforcement/clearances/clearances)**

**MINNESOTA**
**Offenses Known to Law Enforcement**

**Persons Arrested (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/persons-arrested/main)** by City, 2014

**Police Employee Data (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/police-employee-data/main)**

Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/table-8-by-state/Table_8_Offenses_Known_to_Law_Enforcement_by_Minnesota_by_City_2014.xls/@@template-layout-view?override-view=data-declaration)

Download Excel (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/table-8-by-state/Table_8_Offenses_Known_to_Law_Enforcement_by_Minnesota_by_City_2014.xls/output.xls)

Table 8 State Listing (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/Table_8_Offenses_Known_to_Law_Enforcement_by_State_by_City_2014.xls/view)

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Albany | 2,622 | 4 | 0 | 1 | | 0 | 3 | 31 | 1 | 30 | 0 | 0 |
| Albert Lea | 17,833 | 29 | 0 | 0 | | 5 | 24 | 398 | 36 | 342 | 20 | 1 |
| Alexandria | 11,713 | 26 | 0 | 9 | | 6 | 11 | 439 | 46 | 359 | 34 | 0 |
| Annandale | 3,302 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anoka | 17,295 | 52 | 0 | 16 | | 9 | 27 | 564 | 52 | 486 | 26 | 1 |
| Appleton | 1,360 | 1 | 0 | 0 | | 0 | 1 | 39 | 10 | 29 | 0 | 0 |
| Apple Valley | 50,472 | 42 | 0 | 9 | | 8 | 25 | 1,042 | 99 | 917 | 26 | 7 |
| Arden Hills | 9,764 | 11 | 1 | 2 | | 5 | 3 | 115 | 18 | 79 | 18 | 1 |
| Austin | 24,766 | 66 | 0 | 18 | | 6 | 42 | 585 | 101 | 452 | 32 | 1 |
| Avon | 1,424 | 1 | 0 | 1 | | 0 | 0 | 18 | 4 | 13 | 1 | 0 |
| Babbitt | 1,549 | 2 | 1 | 0 | | 0 | 1 | 22 | 3 | 17 | 2 | 0 |

**0190**

| ity | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| axter | 7,815 | 6 | 0 | 2 | | 0 | 4 | 391 | 8 | 379 | 4 | 0 |
| ayport | 3,698 | 1 | 0 | 0 | | 0 | 1 | 25 | 3 | 21 | 1 | 0 |
| ecker | 4,668 | 6 | 0 | 0 | | 0 | 6 | 41 | 6 | 32 | 3 | 0 |
| elgrade | 757 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| elle Plaine | 6,880 | 5 | 0 | 1 | | 1 | 3 | 87 | 21 | 65 | 1 | 1 |
| emidji | 14,513 | 63 | 0 | 18 | | 4 | 41 | 1,174 | 91 | 1,051 | 32 | 3 |
| enson | 3,124 | 2 | 0 | 0 | | 0 | 2 | 27 | 3 | 24 | 0 | 0 |
| ig Lake | 10,348 | 13 | 0 | 0 | | 0 | 13 | 143 | 20 | 118 | 5 | 1 |
| lackduck | 794 | 0 | 0 | 0 | | 0 | 0 | 13 | 4 | 9 | 0 | 0 |
| laine | 61,187 | 44 | 0 | 11 | | 17 | 16 | 1,840 | 182 | 1,610 | 48 | 4 |
| looming Prairie | 1,962 | 0 | 0 | 0 | | 0 | 0 | 8 | 3 | 4 | 1 | 0 |
| loomington | 87,163 | 157 | 0 | 23 | | 75 | 59 | 3,202 | 203 | 2,892 | 107 | 6 |
| lue Earth | 3,251 | 1 | 0 | 0 | | 0 | 1 | 50 | 7 | 42 | 1 | 0 |
| rainerd | 13,462 | 90 | 0 | 31 | | 6 | 53 | 655 | 114 | 511 | 30 | 3 |
| reckenridge | 3,362 | 5 | 0 | 1 | | 1 | 3 | 56 | 7 | 42 | 7 | 0 |
| rooklyn Center | 30,858 | 100 | 0 | 10 | | 45 | 45 | 1,215 | 156 | 985 | 74 | 1 |
| rooklyn Park | 78,986 | 305 | 1 | 50 | | 107 | 147 | 2,373 | 444 | 1,803 | 126 | 8 |
| rownton | 739 | 0 | 0 | 0 | | 0 | 0 | 4 | 2 | 2 | 0 | 0 |
| uffalo | 15,909 | 11 | 0 | 3 | | 0 | 8 | 306 | 21 | 275 | 10 | 0 |
| urnsville | 61,693 | 71 | 0 | 7 | | 27 | 37 | 1,699 | 139 | 1,501 | 59 | 3 |
| aledonia | 2,794 | 3 | 0 | 1 | | 0 | 2 | 2 | 1 | 1 | 0 | 1 |
| ambridge | 8,244 | 9 | 0 | 0 | | 2 | 7 | 411 | 30 | 373 | 8 | 0 |
| anby | 1,734 | 1 | 0 | 0 | | 0 | 1 | 16 | 2 | 13 | 1 | 0 |
| annon Falls | 4,077 | 5 | 0 | 1 | | 0 | 4 | 122 | 19 | 98 | 5 | 0 |
| entennial Lakes | 10,867 | 10 | 0 | 2 | | 0 | 8 | 148 | 25 | 116 | 7 | 0 |
| hamplin | 23,965 | 20 | 0 | 5 | | 6 | 9 | 324 | 62 | 256 | 6 | 0 |
| haska | 24,603 | 12 | 0 | 3 | | 2 | 7 | 214 | 28 | 181 | 5 | 1 |
| hisholm | 5,035 | 1 | 0 | 0 | | 1 | 0 | 79 | 6 | 70 | 3 | 0 |
| loquet | 12,030 | 28 | 0 | 8 | | 2 | 18 | 491 | 45 | 428 | 18 | 1 |
| old pring/Richmond | 5,460 | 4 | 0 | 1 | | 0 | 3 | 59 | 9 | 50 | 0 | 0 |
| orcoran | 5,545 | 2 | 0 | 0 | | 0 | 2 | 63 | 8 | 50 | 5 | 0 |
| ottage Grove | 35,577 | 20 | 1 | 7 | | 5 | 7 | 674 | 55 | 589 | 30 | 1 |

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| rookston | 7,905 | 16 | 0 | 5 | | 0 | 11 | 68 | 15 | 44 | 9 | 1 |
| rosby | 2,362 | 6 | 0 | 1 | | 0 | 5 | 99 | 11 | 88 | 0 | 0 |
| rystal | 22,692 | 35 | 0 | 2 | | 14 | 19 | 587 | 89 | 467 | 31 | 5 |
| awson | 1,467 | 4 | 0 | 0 | | 1 | 3 | 6 | 1 | 5 | 0 | 0 |
| ayton | 4,934 | 3 | 0 | 1 | | 1 | 1 | 40 | 7 | 31 | 2 | 0 |
| eephaven | 3,772 | 0 | 0 | 0 | | 0 | 0 | 15 | 2 | 11 | 2 | 0 |
| etroit Lakes | 8,978 | 11 | 0 | 5 | | 0 | 6 | 333 | 18 | 300 | 15 | 0 |
| ilworth | 4,148 | 8 | 0 | 2 | | 1 | 5 | 148 | 9 | 133 | 6 | 0 |
| uluth | 86,106 | 309 | 3 | 42 | | 73 | 191 | 3,650 | 503 | 3,002 | 145 | 12 |
| agan | 65,754 | 24 | 0 | 1 | | 12 | 11 | 1,177 | 152 | 995 | 30 | 7 |
| agle Lake | 2,563 | 1 | 0 | 0 | | 0 | 1 | 14 | 2 | 12 | 0 | 0 |
| ast Grand Forks | 8,598 | 24 | 0 | 12 | | 0 | 12 | 200 | 39 | 150 | 11 | 1 |
| cho | 262 | 0 | 0 | 0 | | 0 | 0 | 2 | 0 | 2 | 0 | 0 |
| den Prairie | 63,036 | 22 | 0 | 11 | | 4 | 7 | 849 | 98 | 735 | 16 | 3 |
| dina | 49,727 | 27 | 0 | 11 | | 10 | 6 | 889 | 104 | 773 | 12 | 2 |
| lk River | 23,548 | 19 | 0 | 7 | | 3 | 9 | 475 | 57 | 404 | 14 | 1 |
| lmore | 641 | 0 | 0 | 0 | | 0 | 0 | 5 | 1 | 4 | 0 | 0 |
| ly | 3,454 | 0 | 0 | 0 | | 0 | 0 | 55 | 7 | 46 | 2 | 0 |
| veleth | 3,693 | 13 | 0 | 3 | | 1 | 9 | 145 | 43 | 89 | 13 | 0 |
| airmont | 10,380 | 24 | 0 | 8 | | 3 | 13 | 323 | 47 | 262 | 14 | 1 |
| alcon Heights | 5,546 | 5 | 0 | 0 | | 2 | 3 | 103 | 26 | 66 | 11 | 0 |
| aribault | 23,424 | 75 | 0 | 13 | | 12 | 50 | 614 | 90 | 478 | 46 | 8 |
| armington | 22,428 | 16 | 0 | 2 | | 0 | 14 | 197 | 37 | 148 | 12 | 7 |
| ergus Falls | 13,408 | 43 | 0 | 3 | | 6 | 34 | 475 | 73 | 397 | 5 | 2 |
| loodwood | 522 | 0 | 0 | 0 | | 0 | 0 | 24 | 2 | 20 | 2 | 0 |
| orest Lake | 19,316 | 33 | 0 | 8 | | 5 | 20 | 513 | 62 | 421 | 30 | 2 |
| ridley | 27,778 | 68 | 0 | 8 | | 23 | 37 | 1,289 | 143 | 1,102 | 44 | 4 |
| ilbert | 1,802 | 2 | 0 | 1 | | 0 | 1 | 69 | 16 | 47 | 6 | 0 |
| lencoe | 5,507 | 3 | 0 | 2 | | 0 | 1 | 71 | 6 | 63 | 2 | 0 |
| lenwood | 2,523 | 1 | 0 | 1 | | 0 | 0 | 11 | 4 | 7 | 0 | 0 |
| olden Valley | 20,959 | 9 | 0 | 0 | | 3 | 6 | 491 | 81 | 395 | 15 | 1 |
| oodview | 4,029 | 4 | 0 | 2 | | 0 | 2 | 55 | 10 | 41 | 4 | 0 |
| rand Rapids | 11,020 | 24 | 0 | 10 | | 1 | 12 | 387 | 19 | 359 | 9 | 0 |

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Granite Falls | 2,784 | 2 | 0 | 0 | | 0 | 2 | 49 | 3 | 44 | 2 | 0 |
| Hallock | 965 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hastings | 22,484 | 40 | 1 | 12 | | 9 | 18 | 604 | 54 | 534 | 16 | 3 |
| Germantown | 9,648 | 10 | 0 | 3 | | 4 | 3 | 270 | 28 | 231 | 11 | 0 |
| Hibbing | 16,289 | 48 | 0 | 7 | | 1 | 40 | 293 | 36 | 247 | 10 | 2 |
| Hokah | 564 | 0 | 0 | 0 | | 0 | 0 | 8 | 2 | 6 | 0 | 0 |
| Hopkins | 18,131 | 37 | 0 | 8 | | 12 | 17 | 466 | 92 | 346 | 28 | 2 |
| Houston | 969 | 2 | 0 | 0 | | 0 | 2 | 7 | 2 | 5 | 0 | 0 |
| Hoyt Lakes | 2,016 | 1 | 0 | 0 | | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Hutchinson | 13,803 | 14 | 0 | 5 | | 0 | 9 | 323 | 24 | 296 | 3 | 2 |
| International Falls | 6,336 | 12 | 0 | 4 | | 2 | 6 | 163 | 31 | 125 | 7 | 1 |
| Inver Grove Heights | 34,454 | 69 | 0 | 22 | | 12 | 35 | 679 | 108 | 508 | 63 | 2 |
| Isanti | 5,416 | 2 | 0 | 0 | | 0 | 2 | 75 | 10 | 64 | 1 | 0 |
| Janesville | 2,243 | 1 | 0 | 0 | | 0 | 1 | 27 | 3 | 22 | 2 | 0 |
| Jordan | 5,977 | 4 | 0 | 0 | | 1 | 3 | 75 | 11 | 59 | 5 | 0 |
| Kasson | 6,071 | 4 | 0 | 3 | | 0 | 1 | 67 | 10 | 51 | 6 | 1 |
| Kimball | 761 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| La Crescent | 4,799 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lake City | 4,961 | 5 | 0 | 2 | | 1 | 2 | 70 | 4 | 64 | 2 | 0 |
| Lake Crystal | 2,535 | 5 | 0 | 3 | | 1 | 1 | 25 | 6 | 19 | 0 | 0 |
| Lakefield | 1,681 | 0 | 0 | 0 | | 0 | 0 | 14 | 5 | 9 | 0 | 0 |
| Lakes Area | 9,341 | 17 | 0 | 7 | | 0 | 10 | 142 | 22 | 112 | 8 | 2 |
| Lakeville | 59,194 | 25 | 0 | 1 | | 9 | 15 | 679 | 87 | 566 | 26 | 2 |
| Lauderdale | 2,480 | 1 | 0 | 0 | | 0 | 1 | 48 | 6 | 35 | 7 | 0 |
| Lester Prairie | 1,681 | 2 | 0 | 1 | | 0 | 1 | 30 | 1 | 27 | 2 | 0 |
| Le Sueur | 4,037 | 3 | 0 | 0 | | 0 | 3 | 66 | 12 | 51 | 3 | 0 |
| Lewiston | 1,585 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Litchfield | 6,678 | 10 | 0 | 6 | | 0 | 4 | 135 | 31 | 100 | 4 | 0 |
| Little Canada | 10,207 | 23 | 0 | 5 | | 8 | 10 | 310 | 74 | 195 | 41 | 4 |
| Little Falls | 8,198 | 11 | 0 | 3 | | 0 | 8 | 148 | 6 | 132 | 10 | 0 |
| Long Prairie | 3,361 | 6 | 0 | 4 | | 0 | 2 | 66 | 6 | 59 | 1 | 0 |
| Madison Lake | 1,066 | 0 | 0 | 0 | | 0 | 0 | 8 | 0 | 8 | 0 | 0 |

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| lankato | 40,959 | 107 | 1 | 20 | | 17 | 69 | 1,429 | 214 | 1,152 | 63 | 9 |
| laple Grove | 66,354 | 23 | 2 | 3 | | 9 | 9 | 1,181 | 119 | 1,037 | 25 | 1 |
| apleton | 1,751 | 2 | 0 | 1 | | 0 | 1 | 18 | 1 | 16 | 1 | 0 |
| laplewood | 40,295 | 61 | 3 | 4 | | 17 | 37 | 1,915 | 310 | 1,428 | 177 | 3 |
| arshall | 13,433 | 34 | 0 | 11 | | 4 | 19 | 329 | 56 | 268 | 5 | 5 |
| ledina | 5,304 | 1 | 0 | 0 | | 0 | 1 | 103 | 9 | 92 | 2 | 2 |
| elrose | 3,594 | 3 | 0 | 1 | | 0 | 2 | 36 | 6 | 29 | 1 | 0 |
| lendota Heights | 11,196 | 7 | 0 | 3 | | 0 | 4 | 219 | 26 | 189 | 4 | 0 |
| lilaca | 2,892 | 2 | 0 | 1 | | 0 | 1 | 77 | 6 | 66 | 5 | 0 |
| linneapolis | 404,461 | 4,093 | 31 | 389 | | 1,871 | 1,802 | 19,123 | 4,112 | 13,480 | 1,531 | 117 |
| linnetonka | 51,769 | 24 | 0 | 3 | | 6 | 15 | 790 | 142 | 627 | 21 | 4 |
| linnetrista | 9,235 | 2 | 0 | 1 | | 0 | 1 | 68 | 3 | 62 | 3 | 0 |
| lontevideo | 5,178 | 11 | 0 | 1 | | 1 | 9 | 156 | 21 | 125 | 10 | 0 |
| lontgomery | 2,942 | 3 | 0 | 0 | | 1 | 2 | 49 | 9 | 39 | 1 | 0 |
| loose Lake | 2,795 | 17 | 0 | 3 | | 1 | 13 | 90 | 4 | 86 | 0 | 0 |
| lorris | 5,348 | 11 | 0 | 4 | | 2 | 5 | 105 | 15 | 84 | 6 | 0 |
| lounds View | 12,645 | 23 | 0 | 5 | | 6 | 12 | 421 | 57 | 349 | 15 | 4 |
| lountain Lake | 2,136 | 0 | 0 | 0 | | 0 | 0 | 15 | 1 | 13 | 1 | 0 |
| ew Brighton | 22,276 | 10 | 1 | 2 | | 5 | 2 | 548 | 88 | 429 | 31 | 1 |
| ew Hope | 20,895 | 15 | 1 | 2 | | 3 | 9 | 325 | 41 | 267 | 17 | 2 |
| ewport | 3,466 | 4 | 1 | 2 | | 0 | 1 | 75 | 9 | 61 | 5 | 0 |
| ew Prague | 7,542 | 8 | 0 | 5 | | 0 | 3 | 85 | 10 | 74 | 1 | 0 |
| ew Richland | 1,197 | 2 | 0 | 0 | | 0 | 2 | 1 | 1 | 0 | 0 | 0 |
| ew Ulm | 13,136 | 9 | 0 | 5 | | 0 | 4 | 263 | 58 | 194 | 11 | 1 |
| orth Branch | 10,076 | 8 | 0 | 1 | | 1 | 6 | 272 | 53 | 213 | 6 | 1 |
| orthfield | 20,714 | 15 | 0 | 1 | | 2 | 12 | 274 | 58 | 214 | 2 | 1 |
| orth Mankato | 13,448 | 26 | 0 | 7 | | 3 | 16 | 255 | 44 | 196 | 15 | 0 |
| orth Oaks | 4,757 | 1 | 0 | 0 | | 0 | 1 | 34 | 7 | 27 | 0 | 0 |
| orth St. Paul | 11,948 | 10 | 0 | 0 | | 3 | 7 | 317 | 47 | 241 | 29 | 0 |
| akdale | 27,870 | 52 | 0 | 9 | | 11 | 32 | 1,210 | 120 | 1,011 | 79 | 3 |
| ak Park Heights | 4,877 | 2 | 0 | 0 | | 1 | 1 | 265 | 10 | 250 | 5 | 0 |
| livia | 2,374 | 6 | 0 | 1 | | 0 | 5 | 56 | 7 | 46 | 3 | 0 |
| rono | 21,288 | 5 | 0 | 2 | | 0 | 3 | 184 | 22 | 150 | 12 | 1 |

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ...rtonville | 1,842 | 0 | 0 | 0 | | 0 | 0 | 13 | 0 | 12 | 1 | 0 |
| ...sakis | 1,716 | 2 | 0 | 0 | | 0 | 2 | 13 | 3 | 10 | 0 | 0 |
| ...sseo | 2,487 | 0 | 0 | 0 | | 0 | 0 | 10 | 0 | 7 | 3 | 0 |
| ...watonna | 25,544 | 36 | 0 | 3 | | 6 | 27 | 619 | 79 | 510 | 30 | 0 |
| ...ark Rapids | 3,912 | 11 | 1 | 1 | | 0 | 9 | 276 | 34 | 233 | 9 | 2 |
| ...aynesville | 2,421 | 2 | 0 | 1 | | 0 | 1 | 46 | 8 | 37 | 1 | 1 |
| ...lainview | 3,284 | 3 | 0 | 0 | | 0 | 3 | 5 | 1 | 3 | 1 | 0 |
| ...lymouth | 74,833 | 54 | 1 | 13 | | 12 | 28 | 1,059 | 177 | 846 | 36 | 6 |
| ...rinceton | 4,683 | 0 | 0 | 0 | | 0 | 0 | 155 | 12 | 136 | 7 | 0 |
| ...rior Lake | 24,779 | 23 | 0 | 10 | | 1 | 12 | 371 | 33 | 327 | 11 | 0 |
| ...roctor | 3,075 | 7 | 0 | 0 | | 3 | 4 | 116 | 10 | 102 | 4 | 0 |
| ...amsey | 25,250 | 15 | 0 | 9 | | 0 | 6 | 348 | 29 | 306 | 13 | 1 |
| ...ed Wing | 16,528 | 36 | 0 | 12 | | 2 | 22 | 509 | 82 | 401 | 26 | 1 |
| ...edwood Falls | 5,107 | 11 | 0 | 2 | | 0 | 9 | 148 | 22 | 122 | 4 | 0 |
| ...ichfield | 36,408 | 78 | 0 | 12 | | 34 | 32 | 877 | 174 | 664 | 39 | 4 |
| ...obbinsdale | 14,387 | 28 | 0 | 0 | | 15 | 13 | 377 | 83 | 274 | 20 | 0 |
| ...ochester | 111,712 | 205 | 2 | 46 | | 52 | 105 | 2,223 | 338 | 1,775 | 110 | 8 |
| ...ogers | 12,180 | 5 | 0 | 1 | | 0 | 4 | 285 | 13 | 261 | 11 | 0 |
| ...oseau | 2,629 | 0 | 0 | 1 | | 0 | 0 | 59 | 3 | 54 | 2 | 0 |
| ...osemount | 22,850 | 17 | 0 | 3 | | 1 | 13 | 199 | 31 | 166 | 2 | 1 |
| ...oseville | 35,332 | 45 | 0 | 10 | | 9 | 26 | 1,854 | 257 | 1,510 | 87 | 2 |
| ...artell | 16,358 | 5 | 0 | 2 | | 0 | 3 | 345 | 25 | 313 | 7 | 0 |
| ...auk Centre | 4,317 | 10 | 0 | 1 | | 2 | 7 | 114 | 13 | 96 | 5 | 3 |
| ...auk Rapids | 13,382 | 11 | 0 | 3 | | 3 | 5 | 250 | 40 | 197 | 13 | 2 |
| ...avage | 29,065 | 27 | 0 | 7 | | 8 | 12 | 597 | 76 | 500 | 21 | 6 |
| ...hakopee | 39,632 | 57 | 0 | 21 | | 9 | 27 | 768 | 116 | 618 | 34 | 0 |
| ...horeview | 26,209 | 16 | 0 | 5 | | 1 | 10 | 290 | 47 | 220 | 23 | 5 |
| ...ilver Bay | 1,848 | 2 | 0 | 1 | | 0 | 1 | 5 | 2 | 3 | 0 | 0 |
| ...ilver Lake | 813 | 2 | 0 | 1 | | 0 | 1 | 18 | 0 | 14 | 4 | 0 |
| ...layton | 2,090 | 3 | 0 | 0 | | 0 | 3 | 37 | 3 | 32 | 2 | 0 |
| ...leepy Eye | 3,481 | 5 | 0 | 0 | | 0 | 5 | 3 | 1 | 1 | 1 | 0 |
| ...outh Lake Minnetonka | 12,096 | 10 | 0 | 4 | | 1 | 5 | 121 | 25 | 88 | 8 | 1 |

| ity | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| outh St. Paul | 20,504 | 79 | 0 | 12 | | 14 | 53 | 483 | 103 | 335 | 45 | 27 |
| pringfield | 2,092 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| pring Grove | 1,302 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| pring Lake Park | 6,469 | 12 | 0 | 0 | | 2 | 10 | 266 | 42 | 204 | 20 | 0 |
| t. Anthony | 8,680 | 10 | 0 | 0 | | 7 | 3 | 247 | 49 | 189 | 9 | 0 |
| taples | 2,890 | 3 | 0 | 0 | | 0 | 3 | 70 | 9 | 59 | 2 | 0 |
| t. Charles | 3,685 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| t. Cloud | 66,366 | 261 | 0 | 47 | | 53 | 161 | 2,510 | 382 | 1,973 | 155 | 11 |
| t. Francis | 7,349 | 16 | 0 | 7 | | 4 | 5 | 130 | 9 | 117 | 4 | 1 |
| tillwater | 18,770 | 8 | 0 | 1 | | 2 | 5 | 269 | 27 | 228 | 14 | 0 |
| t. James | 4,540 | 8 | 0 | 5 | | 0 | 3 | 103 | 29 | 67 | 7 | 0 |
| t. Joseph | 6,678 | 0 | 0 | 0 | | 0 | 0 | 20 | 0 | 17 | 3 | 0 |
| t. Louis Park | 47,957 | 65 | 0 | 5 | | 23 | 37 | 1,304 | 156 | 1,092 | 56 | 3 |
| t. Paul | 297,984 | 1,974 | 11 | 181 | | 654 | 1,128 | 10,383 | 2,330 | 6,045 | 2,008 | 119 |
| t. Paul Park | 5,346 | 12 | 0 | 2 | | 3 | 7 | 117 | 16 | 90 | 11 | 0 |
| t. Peter | 11,502 | 10 | 1 | 3 | | 0 | 6 | 179 | 33 | 140 | 6 | 0 |
| hief River Falls | 8,740 | 22 | 0 | 14 | | 1 | 7 | 302 | 40 | 252 | 10 | 0 |
| racy | 2,116 | 0 | 0 | 0 | | 0 | 0 | 16 | 3 | 12 | 1 | 0 |
| wo Harbors | 3,648 | 8 | 0 | 3 | | 0 | 5 | 35 | 5 | 29 | 1 | 0 |
| adnais Heights | 13,182 | 15 | 0 | 4 | | 1 | 10 | 313 | 39 | 236 | 38 | 2 |
| irginia | 8,650 | 46 | 1 | 7 | | 7 | 31 | 523 | 100 | 385 | 38 | 2 |
| abasha | 2,489 | 3 | 0 | 0 | | 0 | 3 | 49 | 11 | 37 | 1 | 0 |
| adena | 4,145 | 8 | 0 | 2 | | 0 | 6 | 55 | 3 | 44 | 8 | 1 |
| aite Park | 6,668 | 19 | 0 | 5 | | 4 | 10 | 693 | 35 | 638 | 20 | 0 |
| arroad | 1,779 | 0 | 0 | 0 | | 0 | 0 | 43 | 3 | 37 | 3 | 0 |
| aseca | 9,329 | 11 | 0 | 2 | | 0 | 9 | 189 | 16 | 170 | 3 | 1 |
| ayzata | 4,363 | 2 | 0 | 2 | | 0 | 0 | 104 | 23 | 78 | 3 | 0 |
| ells | 2,256 | 0 | 0 | 0 | | 0 | 0 | 14 | 2 | 11 | 1 | 0 |
| est Hennepin | 5,497 | 6 | 0 | 1 | | 0 | 5 | 33 | 3 | 29 | 1 | 0 |
| est St. Paul | 19,808 | 70 | 2 | 8 | | 18 | 42 | 1,043 | 123 | 853 | 67 | 5 |
| heaton | 1,367 | 2 | 0 | 0 | | 0 | 2 | 30 | 5 | 21 | 4 | 2 |
| hite Bear Lake | 24,802 | 31 | 0 | 6 | | 6 | 19 | 656 | 130 | 483 | 43 | 6 |

**0196**

| ity | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| /hite Bear ownship | 11,498 | 5 | 0 | 1 | | 0 | 4 | 182 | 27 | 144 | 11 | 1 |
| /illmar | 19,696 | 54 | 0 | 17 | | 6 | 31 | 552 | 52 | 475 | 25 | 3 |
| /indom | 4,562 | 13 | 0 | 6 | | 0 | 7 | 55 | 11 | 41 | 3 | 1 |
| /innebago | 1,386 | 6 | 0 | 4 | | 0 | 2 | 13 | 1 | 12 | 0 | 0 |
| /inona | 27,546 | 25 | 0 | 4 | | 1 | 20 | 72 | 12 | 58 | 2 | 0 |
| /insted | 2,294 | 1 | 0 | 0 | | 0 | 1 | 30 | 4 | 25 | 1 | 0 |
| /oodbury | 66,539 | 36 | 0 | 9 | | 7 | 20 | 1,177 | 147 | 990 | 40 | 2 |
| /orthington | 12,984 | 19 | 1 | 3 | | 7 | 8 | 201 | 36 | 155 | 10 | 1 |
| /yoming | 7,737 | 14 | 0 | 2 | | 0 | 12 | 92 | 6 | 81 | 5 | 0 |
| umbrota | 3,360 | 0 | 0 | 0 | | 0 | 0 | 48 | 16 | 26 | 6 | 0 |

- [1] The figures shown in this column for the offense of rape were reported using the revised Uniform Crime Reporting (UCR) definition of rape. See Data Declaration for further explanation.
- [2] The figures shown in this column for the offense of rape were reported using the legacy UCR definition of rape. See Data Declaration for further explanation.

**Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/table-8-by-state/Table_8_Offenses_Known_to_Law_Enforcement_by_Minnesota_by_City_2014.xls/@@template-layout-view?override-view=data-declaration)**

Provides the methodology used in constructing this table and other pertinent information about this table.



# EXHIBIT "W"

**VIRGINIA**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Alexandria | 132,468 | 405 | 3 | 25 | 169 | 208 | 4,292 | 429 | 3,253 | 610 | 21 |
| Blacksburg | 40,618 | 60 | 0 | 6 | 7 | 47 | 714 | 107 | 575 | 32 | 3 |
| Bristol | 17,336 | 89 | 0 | 4 | 4 | 81 | 654 | 84 | 547 | 23 | 5 |
| Charlottesville | 44,391 | 303 | 1 | 20 | 71 | 211 | 1,572 | 195 | 1,229 | 148 | 12 |
| Colonial Heights | 17,280 | 51 | 1 | 4 | 18 | 28 | 848 | 78 | 743 | 27 | 9 |
| Danville | 48,202 | 296 | 5 | 20 | 77 | 194 | 2,214 | 313 | 1,763 | 138 | 14 |
| Falls Church | 10,795 | 13 | 0 | 1 | 4 | 8 | 348 | 37 | 269 | 42 | 6 |
| Front Royal | 14,071 | 32 | 0 | 6 | 12 | 14 | 517 | 46 | 440 | 31 | 4 |
| Hampton | 147,777 | 599 | 10 | 56 | 246 | 287 | 5,115 | 896 | 3,659 | 560 | 40 |
| Harrisonburg | 41,429 | 106 | 0 | 13 | 23 | 70 | 1,179 | 183 | 927 | 69 | 13 |
| Herndon | 22,280 | 50 | 0 | 3 | 14 | 33 | 560 | 30 | 494 | 36 | 0 |
| Hopewell | 22,812 | 150 | 2 | 16 | 32 | 100 | 1,119 | 321 | 708 | 90 | 10 |
| Leesburg | 31,986 | 105 | 1 | 15 | 16 | 73 | 925 | 79 | 784 | 62 | 5 |
| Lynchburg | 65,438 | 267 | 6 | 25 | 72 | 164 | 2,395 | 411 | 1,822 | 162 | 13 |
| Manassas | 37,762 | 138 | 4 | 19 | 27 | 88 | 1,152 | 115 | 903 | 134 | 12 |
| Manassas Park | 11,048 | 20 | 1 | 1 | 3 | 15 | 247 | 17 | 184 | 46 | 2 |
| Martinsville | 15,457 | 58 | 0 | 6 | 14 | 38 | 621 | 118 | 475 | 28 | 2 |
| Newport News[2] | 182,565 | 1,253 | 27 | 94 | 389 | 743 | | | 5,489 | 980 | 85 |
| Norfolk | 242,077 | 1,383 | 40 | 86 | 717 | 540 | 13,854 | 1,784 | 10,632 | 1,438 | 22 |
| Petersburg | 33,536 | 289 | 9 | 22 | 89 | 169 | 2,296 | 574 | 1,505 | 217 | 18 |
| Poquoson | 11,835 | 3 | 0 | 0 | 0 | 3 | 180 | 20 | 154 | 6 | 2 |
| Portsmouth | 101,060 | 901 | 18 | 43 | 403 | 437 | 5,002 | 1,179 | 3,323 | 500 | 16 |
| Richmond[2] | 199,968 | 2,474 | 93 | 98 | 1,174 | 1,109 | | 2,816 | | 2,711 | 86 |
| Salem | 25,152 | 34 | 1 | 6 | 10 | 17 | 670 | 65 | 568 | 37 | 5 |
| Staunton | 23,936 | 42 | 1 | 6 | 7 | 28 | 852 | 81 | 718 | 53 | 5 |
| Suffolk | 70,856 | 399 | 2 | 38 | 110 | 249 | 2,538 | 408 | 1,971 | 159 | 34 |
| Virginia Beach | 439,454 | 928 | 24 | 119 | 408 | 377 | 14,564 | 2,138 | 11,621 | 805 | 188 |
| Waynesboro | 20,390 | 97 | 2 | 3 | 8 | 84 | 655 | 70 | 548 | 37 | 7 |
| Williamsburg | 11,842 | 25 | 0 | 6 | 9 | 10 | 322 | 24 | 285 | 13 | 1 |
| Winchester | 24,536 | 73 | 0 | 9 | 30 | 34 | 1,346 | 168 | 1,125 | 53 | 6 |

# EXHIBIT "X"

**Table 8**

**VIRGINIA**
**Offenses Known to Law Enforcement**
**by State by City, 2009**

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abingdon | 8,034 | 14 | 0 | 2 | 1 | 11 | 299 | 28 | 262 | 9 | 0 |
| Alexandria | 146,145 | 287 | 5 | 12 | 141 | 129 | 3,296 | 347 | 2,613 | 336 | 3 |
| Altavista | 3,362 | 12 | 0 | 1 | 2 | 9 | 103 | 22 | 75 | 6 | 1 |
| Amherst | 2,216 | 1 | 0 | 0 | 1 | 0 | 25 | 5 | 20 | 0 | 0 |
| Appalachia | 1,729 | 1 | 0 | 1 | 0 | 0 | 66 | 8 | 55 | 3 | 1 |
| Ashland | 7,152 | 29 | 0 | 0 | 10 | 19 | 273 | 21 | 234 | 18 | 0 |
| Bedford | 6,335 | 20 | 0 | 4 | 5 | 11 | 206 | 26 | 170 | 10 | 0 |
| Berryville | 3,187 | 4 | 1 | 0 | 0 | 3 | 80 | 9 | 71 | 0 | 0 |
| Big Stone Gap | 5,652 | 9 | 0 | 1 | 1 | 7 | 176 | 19 | 150 | 7 | 0 |
| Blacksburg | 42,047 | 50 | 0 | 15 | 11 | 24 | 700 | 165 | 507 | 28 | 2 |
| Blackstone | 3,568 | 14 | 0 | 0 | 5 | 9 | 135 | 21 | 107 | 7 | 1 |
| Bluefield | 5,122 | 7 | 0 | 1 | 2 | 4 | 246 | 27 | 214 | 5 | 1 |
| Bowling Green | 1,031 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Boykins | 599 | 0 | 0 | 0 | 0 | 0 | 5 | 2 | 3 | 0 | 0 |
| Bridgewater | 5,458 | 2 | 0 | 0 | 0 | 2 | 26 | 9 | 15 | 2 | 0 |
| Bristol | 17,502 | 54 | 0 | 5 | 11 | 38 | 627 | 108 | 492 | 27 | 5 |
| Broadway | 3,335 | 1 | 0 | 0 | 0 | 1 | 10 | 1 | 6 | 3 | 0 |
| Brookneal | 1,248 | 2 | 0 | 1 | 0 | 1 | 13 | 2 | 10 | 1 | 0 |
| Buena Vista | 6,509 | 9 | 0 | 0 | 2 | 7 | 102 | 1 | 99 | 2 | 2 |
| Burkeville | 470 | 2 | 0 | 0 | 1 | 1 | 13 | 2 | 10 | 1 | 0 |
| Cape Charles | 1,510 | 0 | 0 | 0 | 0 | 0 | 13 | 3 | 10 | 0 | 0 |
| Cedar Bluff | 1,039 | 1 | 0 | 1 | 0 | 0 | 11 | 3 | 7 | 1 | 0 |
| Charlottesville | 41,798 | 247 | 0 | 35 | 88 | 124 | 2,070 | 184 | 1,763 | 123 | 9 |
| Chase City | 2,307 | 5 | 0 | 0 | 1 | 4 | 66 | 8 | 56 | 2 | 1 |
| Chatham | 1,543 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 12 | 0 | 0 |
| Chesapeake | 223,261 | 831 | 12 | 42 | 229 | 548 | 7,731 | 1,317 | 5,985 | 429 | 30 |
| Chilhowie | 1,737 | 0 | 0 | 0 | 0 | 0 | 25 | 6 | 17 | 2 | 0 |
| Chincoteague | 4,293 | 3 | 0 | 0 | 0 | 3 | 85 | 18 | 55 | 12 | 0 |
| Christiansburg | 19,775 | 35 | 2 | 9 | 7 | 17 | 722 | 107 | 600 | 15 | 5 |
| Clarksville | 1,251 | 4 | 0 | 0 | 3 | 1 | 25 | 0 | 25 | 0 | 0 |
| Clifton Forge | 3,895 | 8 | 0 | 1 | 1 | 6 | 88 | 21 | 66 | 1 | 1 |
| Clintwood | 1,517 | 3 | 0 | 0 | 0 | 3 | 35 | 9 | 25 | 1 | 0 |

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Coeburn | 1,974 | 4 | 0 | 1 | 1 | 2 | 63 | 11 | 50 | 2 | 1 |
| Colonial Beach | 3,859 | 4 | 0 | 1 | 1 | 2 | 71 | 16 | 51 | 4 | 0 |
| Colonial Heights | 17,932 | 48 | 0 | 2 | 22 | 24 | 842 | 65 | 743 | 34 | 7 |
| Covington | 6,124 | 20 | 1 | 6 | 2 | 11 | 173 | 30 | 137 | 6 | 8 |
| Crewe | 2,274 | 6 | 0 | 1 | 4 | 1 | 64 | 10 | 51 | 3 | 0 |
| Culpeper | 14,562 | 70 | 0 | 6 | 16 | 48 | 460 | 35 | 415 | 10 | 1 |
| Damascus | 1,081 | 3 | 0 | 2 | 0 | 1 | 25 | 1 | 24 | 0 | 0 |
| Danville | 44,442 | 174 | 8 | 7 | 80 | 79 | 2,308 | 515 | 1,724 | 69 | 13 |
| Dayton | 1,354 | 0 | 0 | 0 | 0 | 0 | 21 | 3 | 18 | 0 | 0 |
| Dublin | 2,180 | 3 | 0 | 0 | 2 | 1 | 75 | 22 | 51 | 2 | 0 |
| Dumfries | 4,792 | 23 | 0 | 2 | 15 | 6 | 170 | 35 | 115 | 20 | 0 |
| Edinburg | 903 | 1 | 0 | 1 | 0 | 0 | 8 | 3 | 5 | 0 | 0 |
| Elkton | 2,625 | 0 | 0 | 0 | 0 | 0 | 33 | 4 | 28 | 1 | 0 |
| Emporia | 5,662 | 43 | 0 | 5 | 10 | 28 | 337 | 62 | 260 | 15 | 2 |
| Exmore | 1,341 | 3 | 0 | 0 | 1 | 2 | 44 | 8 | 34 | 2 | 0 |
| Fairfax City | 24,194 | 27 | 0 | 1 | 15 | 11 | 621 | 35 | 564 | 22 | 6 |
| Falls Church | 11,301 | 16 | 0 | 3 | 6 | 7 | 315 | 18 | 279 | 18 | 5 |
| Farmville | 7,462 | 16 | 4 | 1 | 1 | 10 | 173 | 15 | 155 | 3 | 0 |
| Franklin | 8,980 | 31 | 1 | 2 | 14 | 14 | 355 | 64 | 280 | 11 | 6 |
| Fredericksburg | 23,326 | 114 | 2 | 6 | 22 | 84 | 1,094 | 93 | 975 | 26 | 4 |
| Fries | 546 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Front Royal | 14,731 | 33 | 0 | 7 | 11 | 15 | 600 | 56 | 520 | 24 | 0 |
| Galax | 6,828 | 28 | 1 | 0 | 4 | 23 | 301 | 37 | 258 | 6 | 2 |
| Gate City | 2,037 | 3 | 0 | 1 | 0 | 2 | 37 | 7 | 27 | 3 | 0 |
| Glade Spring | 1,538 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 |
| Glasgow | 1,003 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 4 | 0 | 0 |
| Glen Lyn | 164 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 1 | 1 |
| Gordonsville | 1,720 | 2 | 0 | 0 | 0 | 2 | 21 | 3 | 17 | 1 | 0 |
| Gretna | 1,185 | 3 | 0 | 0 | 0 | 3 | 22 | 7 | 14 | 1 | 0 |
| Grottoes | 2,192 | 1 | 0 | 0 | 0 | 1 | 31 | 2 | 29 | 0 | 0 |
| Grundy | 947 | 0 | 0 | 0 | 0 | 0 | 5 | 1 | 4 | 0 | 0 |
| Halifax | 1,280 | 1 | 1 | 0 | 0 | 0 | 31 | 6 | 22 | 3 | 1 |
| Hampton | 145,932 | 454 | 11 | 27 | 195 | 221 | 5,226 | 835 | 4,001 | 390 | 31 |
| Harrisonburg | 44,597 | 134 | 0 | 10 | 27 | 97 | 1,236 | 187 | 996 | 53 | 5 |
| Haymarket | 1,268 | 1 | 0 | 0 | 0 | 1 | 24 | 2 | 22 | 0 | 0 |
| Haysi | 308 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 2 | 0 | 0 |
| Herndon | 22,078 | 48 | 1 | 9 | 15 | 23 | 395 | 27 | 344 | 24 | 0 |

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hillsville | 2,630 | 9 | 0 | 1 | 2 | 6 | 89 | 38 | 49 | 2 | 0 |
| Honaker | 1,438 | 1 | 0 | 0 | 0 | 1 | 22 | 2 | 20 | 0 | 0 |
| Hopewell | 23,324 | 207 | 4 | 13 | 70 | 120 | 833 | 263 | 501 | 69 | 11 |
| Hurt | 1,208 | 0 | 0 | 0 | 0 | 0 | 14 | 3 | 11 | 0 | 0 |
| Jonesville | 964 | 0 | 0 | 0 | 0 | 0 | 28 | 3 | 25 | 0 | 1 |
| Kenbridge | 1,273 | 7 | 0 | 1 | 0 | 6 | 5 | 2 | 2 | 1 | 0 |
| Kilmarnock | 1,287 | 2 | 0 | 1 | 0 | 1 | 26 | 9 | 15 | 2 | 0 |
| La Crosse | 586 | 0 | 0 | 0 | 0 | 0 | 19 | 4 | 5 | 10 | 0 |
| Lawrenceville | 1,342 | 1 | 0 | 0 | 1 | 0 | 51 | 35 | 16 | 0 | 1 |
| Lebanon | 3,186 | 6 | 0 | 0 | 2 | 4 | 104 | 7 | 94 | 3 | 0 |
| Leesburg | 41,092 | 62 | 2 | 8 | 19 | 33 | 732 | 44 | 664 | 24 | 4 |
| Lexington | 7,049 | 1 | 0 | 0 | 0 | 1 | 60 | 6 | 51 | 3 | 2 |
| Louisa | 1,583 | 1 | 0 | 1 | 0 | 0 | 22 | 3 | 17 | 2 | 0 |
| Luray | 4,840 | 3 | 0 | 0 | 2 | 1 | 140 | 16 | 115 | 9 | 1 |
| Lynchburg | 73,735 | 339 | 0 | 21 | 80 | 238 | 2,218 | 372 | 1,735 | 111 | 14 |
| Manassas | 35,321 | 173 | 2 | 10 | 56 | 105 | 1,083 | 152 | 831 | 100 | 8 |
| Manassas Park | 11,477 | 11 | 0 | 0 | 5 | 6 | 213 | 15 | 179 | 19 | 1 |
| Marion | 5,965 | 24 | 0 | 1 | 2 | 21 | 248 | 14 | 227 | 7 | 0 |
| Martinsville | 14,509 | 39 | 0 | 2 | 9 | 28 | 499 | 90 | 388 | 21 | 8 |
| Middleburg | 979 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 15 | 1 | 0 |
| Middletown | 1,154 | 3 | 0 | 2 | 1 | 0 | 23 | 4 | 19 | 0 | 1 |
| Mount Jackson | 2,014 | 0 | 0 | 0 | 0 | 0 | 50 | 9 | 35 | 6 | 0 |
| Narrows | 2,151 | 5 | 0 | 2 | 0 | 3 | 11 | 5 | 5 | 1 | 1 |
| New Market | 1,865 | 1 | 0 | 0 | 0 | 1 | 13 | 6 | 5 | 2 | 0 |
| Norfolk | 235,097 | 1,542 | 34 | 102 | 630 | 776 | 12,940 | 2,078 | 9,912 | 950 | 42 |
| Norton | 3,697 | 8 | 0 | 1 | 2 | 5 | 285 | 18 | 265 | 2 | 1 |
| Occoquan | 824 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 |
| Onancock | 1,375 | 1 | 0 | 0 | 0 | 1 | 34 | 7 | 26 | 1 | 0 |
| Onley | 468 | 2 | 0 | 0 | 0 | 2 | 15 | 3 | 12 | 0 | 0 |
| Orange | 4,688 | 5 | 0 | 2 | 1 | 2 | 106 | 13 | 86 | 7 | 1 |
| Parksley | 785 | 2 | 0 | 0 | 2 | 0 | 19 | 1 | 18 | 0 | 0 |
| Pearisburg | 2,767 | 3 | 0 | 0 | 1 | 2 | 71 | 7 | 62 | 2 | 1 |
| Pembroke | 1,166 | 2 | 0 | 0 | 0 | 2 | 25 | 10 | 15 | 0 | 0 |
| Pennington Gap | 1,721 | 0 | 0 | 0 | 0 | 0 | 7 | 3 | 4 | 0 | 0 |
| Petersburg | 32,966 | 307 | 6 | 12 | 121 | 168 | 2,192 | 673 | 1,272 | 247 | 0 |
| Pocahontas | 417 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Poquoson | 11,902 | 28 | 0 | 4 | 1 | 23 | 165 | 24 | 131 | 10 | 4 |

0203

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Portsmouth | 100,970 | 707 | 17 | 20 | 351 | 319 | 5,643 | 1,184 | 4,163 | 296 | 14 |
| Pound | 1,070 | 6 | 0 | 0 | 1 | 5 | 36 | 8 | 27 | 1 | 0 |
| Pulaski | 8,932 | 30 | 2 | 3 | 9 | 16 | 400 | 79 | 305 | 16 | 1 |
| Purcellville | 5,338 | 6 | 0 | 0 | 1 | 5 | 69 | 8 | 56 | 5 | 1 |
| Quantico | 614 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 |
| Radford | 16,216 | 80 | 1 | 15 | 8 | 56 | 514 | 167 | 335 | 12 | 5 |
| Remington | 678 | 0 | 0 | 0 | 0 | 0 | 6 | 2 | 4 | 0 | 0 |
| Rich Creek | 682 | 2 | 0 | 2 | 0 | 0 | 14 | 0 | 13 | 1 | 0 |
| Richlands | 3,983 | 12 | 1 | 0 | 2 | 9 | 224 | 64 | 155 | 5 | 0 |
| Richmond | 203,233 | 1,631 | 37 | 35 | 850 | 709 | 8,349 | 1,555 | 5,822 | 972 | 60 |
| Roanoke | 93,110 | 639 | 9 | 26 | 184 | 420 | 4,975 | 913 | 3,774 | 288 | 45 |
| Rocky Mount | 4,536 | 9 | 0 | 1 | 1 | 7 | 201 | 14 | 183 | 4 | 0 |
| Rural Retreat | 1,346 | 1 | 0 | 0 | 1 | 0 | 5 | 0 | 5 | 0 | 0 |
| Salem | 25,616 | 32 | 0 | 5 | 8 | 19 | 782 | 88 | 657 | 37 | 4 |
| Saltville | 2,207 | 3 | 0 | 0 | 0 | 3 | 44 | 9 | 35 | 0 | 0 |
| Shenandoah | 1,856 | 3 | 0 | 0 | 0 | 3 | 46 | 8 | 37 | 1 | 2 |
| Smithfield | 7,115 | 8 | 1 | 0 | 4 | 3 | 218 | 27 | 180 | 11 | 0 |
| South Boston | 7,822 | 38 | 0 | 8 | 7 | 23 | 464 | 116 | 341 | 7 | 5 |
| South Hill | 4,558 | 15 | 0 | 2 | 5 | 8 | 247 | 21 | 220 | 6 | 1 |
| Stanley | 1,562 | 1 | 0 | 0 | 1 | 0 | 50 | 1 | 47 | 2 | 1 |
| Staunton | 24,072 | 31 | 2 | 2 | 7 | 20 | 546 | 60 | 466 | 20 | 5 |
| Stephens City | 1,505 | 0 | 0 | 0 | 0 | 0 | 58 | 9 | 43 | 6 | 1 |
| St. Paul | 963 | 0 | 0 | 0 | 0 | 0 | 30 | 4 | 26 | 0 | 0 |
| Strasburg | 4,405 | 8 | 0 | 1 | 0 | 7 | 124 | 12 | 110 | 2 | 0 |
| Suffolk | 84,929 | 289 | 6 | 33 | 81 | 169 | 2,200 | 465 | 1,641 | 94 | 41 |
| Tappahannock | 2,202 | 9 | 0 | 1 | 0 | 8 | 131 | 17 | 109 | 5 | 0 |
| Tazewell | 4,247 | 5 | 0 | 0 | 1 | 4 | 91 | 18 | 71 | 2 | 1 |
| Timberville | 1,714 | 5 | 0 | 2 | 1 | 2 | 17 | 4 | 13 | 0 | 1 |
| Victoria | 1,722 | 9 | 0 | 1 | 3 | 5 | 25 | 2 | 21 | 2 | 0 |
| Vienna | 14,946 | 10 | 2 | 0 | 4 | 4 | 301 | 27 | 267 | 7 | 0 |
| Vinton | 7,879 | 20 | 0 | 3 | 3 | 14 | 272 | 41 | 222 | 9 | 3 |
| Virginia Beach | 436,175 | 910 | 18 | 70 | 452 | 370 | 13,359 | 2,043 | 10,751 | 565 | 107 |
| Warrenton | 9,235 | 25 | 1 | 3 | 6 | 15 | 253 | 27 | 221 | 5 | 0 |
| Warsaw | 1,350 | 0 | 0 | 0 | 0 | 0 | 10 | 1 | 9 | 0 | 0 |
| Waverly | 2,142 | 6 | 0 | 0 | 3 | 3 | 18 | 3 | 13 | 2 | 0 |
| Waynesboro | 22,313 | 67 | 0 | 9 | 21 | 37 | 793 | 119 | 646 | 28 | 4 |
| Weber City | 1,322 | 0 | 0 | 0 | 0 | 0 | 29 | 2 | 27 | 0 | 0 |

0204

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|
| West Point | 3,177 | 2 | 0 | 1 | 1 | 0 | 38 | 9 | 26 | 3 | 0 |
| White Stone | 336 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Williamsburg | 12,584 | 24 | 1 | 0 | 8 | 15 | 213 | 11 | 192 | 10 | 0 |
| Winchester | 26,252 | 84 | 0 | 9 | 40 | 35 | 1,166 | 150 | 977 | 39 | 4 |
| Wise | 3,226 | 3 | 0 | 0 | 0 | 3 | 101 | 11 | 84 | 6 | 1 |
| Woodstock | 4,315 | 8 | 0 | 2 | 2 | 4 | 74 | 1 | 65 | 8 | 0 |
| Wytheville | 8,336 | 17 | 0 | 0 | 7 | 10 | 218 | 13 | 198 | 7 | 1 |

# EXHIBIT "Y"

Table 8

# MINNESOTA[1]

**Offenses Known to Law Enforcement**

by State by City, 2006

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson[2] |
|------|-----------|---------------|--------------------------------------|---------------|---------|--------------------|----------------|----------|---------------|---------------------|----------|
| Albany | 2,020 | 0 | | 0 | 0 | 0 | 9 | 0 | 9 | 0 | 0 |
| Albert Lea | 18,035 | 0 | | 2 | 25 | 473 | 46 | 402 | 25 | 1 |
| Alexandria | 10,674 | 0 | | 2 | 14 | 275 | 15 | 245 | 15 | 7 |
| Annandale | 3,016 | 0 | | 0 | 3 | 70 | 4 | 64 | 2 | 0 |
| Anoka | 17,726 | 0 | | 15 | 27 | 813 | 139 | 628 | 46 | 8 |
| Appleton | 2,889 | 0 | | 0 | 1 | 48 | 5 | 43 | 0 | 0 |
| Apple Valley | 50,189 | 0 | | 14 | 42 | 1,541 | 179 | 1,315 | 47 | 11 |
| Austin | 23,626 | 0 | | 17 | 49 | 1,076 | 146 | 870 | 60 | 1 |
| Avon | 1,277 | 0 | | 1 | 1 | 20 | 3 | 17 | 0 | 0 |
| Baxter | 7,449 | 0 | | 1 | 8 | 324 | 20 | 293 | 11 | 1 |
| Bayport | 3,271 | 0 | | 1 | 0 | 46 | 9 | 35 | 2 | 1 |
| Becker | 3,894 | 0 | | 0 | 1 | 9 | 2 | 7 | 0 | 0 |
| Belle Plaine | 4,576 | 0 | | 0 | 3 | 106 | 22 | 83 | 1 | 0 |
| Bemidji | 13,385 | 0 | | 6 | 42 | 1,095 | 125 | 916 | 54 | 5 |
| Benson | 3,210 | 0 | | 0 | 2 | 87 | 19 | 58 | 10 | 0 |
| Big Lake | 8,863 | 0 | | 0 | 9 | 380 | 39 | 334 | 7 | 1 |
| Blackduck | 760 | 0 | | 0 | 0 | 8 | 0 | 8 | 0 | 0 |
| Blaine | 54,445 | 2 | | 15 | 74 | 2,404 | 256 | 2,057 | 91 | 20 |
| Blooming Prairie | 1,975 | 0 | | 0 | 1 | 31 | 6 | 18 | 7 | 0 |
| Bloomington | 81,706 | 5 | | 59 | 77 | 2,892 | 331 | 2,398 | 163 | 8 |
| Blue Earth | 3,475 | 0 | | 0 | 4 | 103 | 15 | 87 | 1 | 0 |
| Brainerd | 13,775 | 0 | | 7 | 51 | 715 | 115 | 555 | 45 | 15 |
| Breckenridge | 3,396 | 1 | | 0 | 2 | 50 | 3 | 43 | 4 | 0 |
| Brooklyn Center | 27,735 | 1 | | 87 | 64 | 1,997 | 203 | 1,563 | 231 | 12 |
| Brooklyn Park | 69,008 | 2 | | 155 | 168 | 3,258 | 612 | 2,320 | 326 | 18 |
| Browns Valley | 635 | 0 | | 0 | 0 | 2 | 0 | 2 | 0 | 0 |
| Brownton | 797 | 0 | | 0 | 0 | 4 | 1 | 3 | 0 | 0 |
| Buffalo | 13,379 | 0 | | 0 | 20 | 393 | 40 | 343 | 10 | 1 |
| Burnsville | 59,554 | 1 | | 35 | 62 | 2,164 | 297 | 1,742 | 125 | 16 |
| Caledonia | 2,959 | 0 | | 0 | 5 | 59 | 5 | 49 | 5 | |
| Cambridge | 7,246 | 0 | | 1 | 9 | 326 | 40 | 273 | 13 | 4 |
| Cannon Falls | 3,940 | 0 | | 0 | 3 | 234 | 39 | 181 | 14 | 0 |
| Centennial Lakes | 11,275 | 0 | | 0 | 8 | 199 | 37 | 154 | 8 | 0 |
| Champlin | 23,458 | 0 | | 5 | 10 | 589 | 83 | 495 | 11 | 3 |
| Chaska | 22,973 | 1 | | 1 | 12 | 428 | 45 | 375 | 8 | 3 |
| Chisholm | 4,732 | 0 | | 0 | 8 | 155 | 27 | 121 | 7 | 0 |
| Cloquet | 11,553 | 1 | | 2 | 18 | 408 | 51 | 339 | 18 | 4 |
| Cold Spring | 3,670 | 0 | | 0 | 4 | 80 | 16 | 64 | 0 | 0 |
| Columbia Heights | 18,231 | 1 | | 45 | 54 | 978 | 229 | 679 | 70 | 14 |
| Coon Rapids | 62,834 | 1 | | 26 | 76 | 3,152 | 306 | 2,706 | 140 | 22 |
| Corcoran | 5,721 | 0 | | 0 | 3 | 63 | 9 | 46 | 8 | 0 |
| Cottage Grove | 32,771 | 0 | | 8 | 25 | 766 | 135 | 588 | 43 | 7 |
| Crookston | 7,982 | | | 1 | 8 | 27 | 9 | 8 | 10 | 2 |

Table 8

# MINNESOTA[1]

## Offenses Known to Law Enforcement

by State by City, 2006

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Crosby | 2,237 | | 0 | | 0 | 6 | 130 | 13 | 113 | 4 | 0 |
| Crystal | 21,790 | | 0 | | 21 | 32 | 674 | 106 | 515 | 53 | 5 |
| Dawson | 1,458 | | 0 | | 0 | 1 | 23 | 12 | 11 | 0 | 0 |
| Dayton | 4,653 | | 0 | | 0 | 5 | 49 | 4 | 14 | 31 | 0 |
| Deephaven-Woodland | 4,211 | | 0 | | 0 | 1 | 41 | 12 | 27 | 2 | 2 |
| Detroit Lakes | 7,967 | | 0 | | 3 | 15 | 385 | 22 | 344 | 19 | 3 |
| Dilworth | 3,475 | | 0 | | 0 | 5 | 30 | 3 | 27 | 0 | 0 |
| Duluth | 85,463 | | 1 | | 116 | 224 | 4,057 | 630 | 3,214 | 213 | 12 |
| Eagan | 64,090 | | 0 | | 27 | 28 | 1,677 | 261 | 1,358 | 58 | 16 |
| Eagle Lake | 2,042 | | 0 | | 0 | 0 | 27 | 6 | 20 | 1 | 0 |
| East Grand Forks | 7,786 | | 0 | | 1 | 13 | 261 | 43 | 204 | 14 | 0 |
| Eden Prairie | 61,054 | | 0 | | 20 | 37 | 1,239 | 146 | 1,058 | 35 | 12 |
| Edina | 45,872 | | 0 | | 20 | 13 | 1,017 | 170 | 828 | 19 | 7 |
| Elk River | 21,472 | | 1 | | 3 | 11 | 841 | 141 | 669 | 31 | 8 |
| Elmore | 701 | | 0 | | 0 | 0 | 7 | 4 | 2 | 1 | 0 |
| Ely | 3,657 | | 0 | | 0 | 1 | 63 | 8 | 53 | 2 | 0 |
| Eveleth | 3,685 | | 0 | | 0 | 8 | 123 | 26 | 92 | 5 | 0 |
| Fairmont | 10,575 | | 0 | | 1 | 10 | 387 | 77 | 303 | 7 | 1 |
| Falcon Heights | 5,506 | | 0 | | 0 | 0 | 155 | 33 | 116 | 6 | 0 |
| Faribault | 22,194 | | 0 | | 6 | 47 | 991 | 206 | 738 | 47 | 10 |
| Farmington | 17,859 | | 1 | | 0 | 5 | 254 | 53 | 188 | 13 | 1 |
| Fergus Falls | 13,814 | | 0 | | 3 | 27 | 407 | 84 | 303 | 20 | 3 |
| Floodwood | 506 | | 0 | | 0 | 0 | 8 | 0 | 6 | 2 | 0 |
| Forest Lake | 17,469 | | 0 | | 4 | 3 | 543 | 55 | 432 | 56 | 0 |
| Fridley | 26,692 | | 2 | | 32 | 38 | 1,423 | 164 | 1,095 | 164 | 5 |
| Gilbert | 1,784 | | 0 | | 0 | 1 | 40 | 6 | 27 | 7 | 0 |
| Glencoe | 5,590 | | 0 | | 0 | 3 | 146 | 16 | 123 | 7 | 0 |
| Glenwood | 2,581 | | 0 | | 0 | 2 | 20 | 2 | 16 | 2 | 1 |
| Golden Valley | 20,137 | | 0 | | 22 | 22 | 601 | 99 | 459 | 43 | 1 |
| Goodview | 3,361 | | 0 | | 0 | 2 | 106 | 14 | 88 | 4 | 0 |
| Grand Rapids | 8,332 | | 0 | | 3 | 13 | 327 | 39 | 285 | 3 | 0 |
| Granite Falls | 3,008 | | 0 | | 0 | 5 | 28 | 7 | 18 | 3 | 0 |
| Hastings | 21,050 | | 0 | | 1 | 15 | 513 | 56 | 435 | 22 | 6 |
| Hermantown | 8,920 | | 0 | | 1 | 3 | 302 | 27 | 266 | 9 | 1 |
| Hibbing | 16,619 | | 0 | | 1 | 15 | 116 | 38 | 68 | 10 | 0 |
| Hilltop | 765 | | 0 | | 8 | 8 | 91 | 14 | 67 | 10 | 2 |
| Hokah | 599 | | 0 | | 0 | 0 | 6 | 2 | 3 | 1 | 0 |
| Hopkins | 16,937 | | 0 | | 19 | 30 | 444 | 73 | 326 | 45 | 2 |
| Houston | 1,008 | | 0 | | 0 | 2 | 14 | 2 | 10 | 2 | 0 |
| Hutchinson | 13,814 | | 0 | | 2 | 22 | 438 | 74 | 347 | 17 | 7 |
| International Falls | 6,374 | | 0 | | 1 | 8 | 262 | 38 | 200 | 24 | 2 |
| Inver Grove Heights | 33,404 | | 0 | | 12 | 29 | 791 | 100 | 611 | 80 | 23 |
| Jackson | 3,477 | | 0 | | 1 | 8 | 70 | 10 | 59 | 1 | 0 |

Table 8

**MINNESOTA**[1]

**Offenses Known to Law Enforcement**

by State by City, 2006

| City | Population | **Violent crime** | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | **Property crime** | Burglary | Larceny-theft | Motor vehicle theft | Arson[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Janesville | 2,162 | 0 | | 0 | 0 | 0 | 21 | 7 | 12 | 2 | 0 |
| Jordan | 5,154 | 0 | | 0 | 1 | 214 | 19 | 193 | 2 | 3 |
| Kimball | 692 | 0 | | 0 | 3 | 23 | 4 | 17 | 2 | 0 |
| La Crescent | 5,129 | 0 | | 0 | 3 | 82 | 2 | 76 | 4 | 0 |
| Lake City | 5,317 | 0 | | 0 | 1 | 121 | 5 | 110 | 6 | 0 |
| Lake Crystal | 2,533 | 0 | | 0 | 0 | 41 | 14 | 27 | 0 | 0 |
| Lakefield | 1,709 | 0 | | 0 | 0 | 13 | 4 | 9 | 0 | 1 |
| Lakes Area | 7,052 | 1 | | 0 | 10 | 190 | 32 | 147 | 11 | 2 |
| Lakeville | 51,828 | 0 | | 8 | 29 | 1,104 | 225 | 847 | 32 | 7 |
| Lauderdale | 2,230 | 0 | | 2 | 1 | 67 | 10 | 52 | 5 | 0 |
| Lester Prairie | 1,612 | 0 | | 0 | 1 | 30 | 4 | 23 | 3 | 0 |
| Lino Lakes | 19,554 | 0 | | 1 | 5 | 282 | 35 | 227 | 20 | 1 |
| Litchfield | 6,702 | 0 | | 0 | 6 | 170 | 28 | 131 | 11 | 3 |
| Little Falls | 8,193 | 0 | | 0 | 6 | 293 | 26 | 253 | 14 | 0 |
| Long Prairie | 2,964 | 0 | | 0 | 0 | 82 | 8 | 74 | 0 | 0 |
| Mankato | 35,210 | 0 | | 28 | 63 | 1,874 | 332 | 1,467 | 75 | 2 |
| Maple Grove | 60,155 | 0 | | 20 | 22 | 1,507 | 312 | 1,151 | 44 | 11 |
| Maplewood | 35,319 | 1 | | 24 | 63 | 2,492 | 353 | 1,931 | 208 | 20 |
| Marshall | 12,373 | 0 | | 0 | 21 | 395 | 55 | 330 | 10 | 1 |
| Medina | 4,775 | 0 | | 1 | 5 | 102 | 23 | 74 | 5 | 0 |
| Melrose | 3,166 | 0 | | 0 | 0 | 33 | 2 | 31 | 0 | 0 |
| Minneapolis | 375,302 | 57 | | 3,028 | 2,836 | 22,561 | 5,826 | 13,110 | 3,625 | 232 |
| Minnetonka | 50,379 | 0 | | 8 | 14 | 952 | 148 | 769 | 35 | 14 |
| Minnetrista | 7,874 | 0 | | 0 | 4 | 85 | 19 | 64 | 2 | 0 |
| Montevideo | 5,401 | 0 | | 0 | 6 | 180 | 27 | 145 | 8 | 1 |
| Montgomery | 3,097 | 0 | | 0 | 4 | 135 | 25 | 107 | 3 | 1 |
| Moorhead | 34,309 | 0 | | 8 | 39 | 875 | 114 | 702 | 59 | 6 |
| Mora | 3,472 | 0 | | 1 | 8 | 222 | 33 | 178 | 11 | 2 |
| Morris | 5,125 | 2 | | 0 | 8 | 100 | 9 | 90 | 1 | 0 |
| Mound | 9,479 | 0 | | 0 | 5 | 219 | 40 | 174 | 5 | 0 |
| Mounds View | 12,187 | 0 | | 8 | 26 | 531 | 88 | 394 | 49 | 8 |
| New Brighton | 20,877 | 0 | | 12 | 18 | 552 | 91 | 412 | 49 | 3 |
| New Hope | 20,432 | 0 | | 20 | 29 | 848 | 110 | 687 | 51 | 4 |
| Newport | 3,678 | 0 | | 1 | 5 | 165 | 22 | 124 | 19 | 1 |
| New Prague | 6,482 | 0 | | 1 | 9 | 162 | 33 | 128 | 1 | 0 |
| New Ulm | 13,710 | 0 | | 0 | 4 | 329 | 60 | 261 | 8 | 1 |
| North Branch | 10,302 | 0 | | 2 | 10 | 380 | 36 | 332 | 12 | 0 |
| Northfield | 18,796 | 0 | | 2 | 10 | 632 | 133 | 482 | 17 | 1 |
| North Mankato | 12,159 | 0 | | 1 | 3 | 245 | 6 | 228 | 11 | 8 |
| North St. Paul | 11,431 | 0 | | 3 | 10 | 431 | 36 | 365 | 30 | 3 |
| Oakdale | 27,572 | 0 | | 16 | 37 | 1,148 | 114 | 953 | 81 | 13 |
| Oak Park Heights | 4,092 | 0 | | 2 | 4 | 294 | 20 | 258 | 16 | 0 |
| Olivia | 2,521 | 0 | | 1 | 2 | 70 | 16 | 50 | 4 | |

**Table 8**

**MINNESOTA**[1]

**Offenses Known to Law Enforcement**

by State by City, 2006

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson[2] |
|------|-----------|--------------|-------------------------------------|--------------|---------|-------------------|---------------|----------|--------------|--------------------|---------|
| Orono | 11,896 | | 0 | | 0 | 2 | 191 | 35 | 153 | 3 | 0 |
| Owatonna | 24,294 | | 0 | | 4 | 19 | 664 | 135 | 499 | 30 | 10 |
| Park Rapids | 3,468 | | 0 | | 1 | 9 | 323 | 49 | 234 | 40 | 3 |
| Paynesville | 2,258 | | 0 | | 0 | 4 | 97 | 26 | 70 | 1 | 1 |
| Plymouth | 70,167 | | 0 | | 19 | 26 | 1,396 | 265 | 1,071 | 60 | 18 |
| Princeton | 4,725 | | 0 | | 1 | 7 | 161 | 10 | 142 | 9 | 0 |
| Prior Lake | 22,316 | | 0 | | 4 | 23 | 469 | 104 | 341 | 24 | 5 |
| Proctor | 2,798 | | 0 | | 0 | 3 | 124 | 7 | 115 | 2 | 1 |
| Ramsey | 22,222 | | 0 | | 2 | 13 | 778 | 69 | 672 | 37 | 6 |
| Red Wing | 15,905 | | 0 | | 5 | 27 | 688 | 132 | 506 | 50 | 5 |
| Redwood Falls | 5,307 | | 0 | | 1 | 12 | 242 | 43 | 195 | 4 | 1 |
| Richfield | 33,721 | | 1 | | 61 | 61 | 1,210 | 234 | 886 | 90 | 10 |
| Robbinsdale | 13,420 | | 0 | | 17 | 18 | 516 | 88 | 377 | 51 | 1 |
| Rochester | 95,585 | | 2 | | 81 | 152 | 2,525 | 486 | 1,892 | 147 | 55 |
| Roseau | 2,833 | | 0 | | 0 | 1 | 69 | 10 | 59 | 0 | 1 |
| Rosemount | 19,440 | | 0 | | 1 | 7 | 447 | 79 | 351 | 17 | 5 |
| Roseville | 32,293 | | 0 | | 21 | 28 | 1,520 | 201 | 1,216 | 103 | 6 |
| Sartell | 12,753 | | 0 | | 0 | 4 | 188 | 29 | 156 | 3 | 0 |
| Sauk Centre | 3,941 | | 0 | | 0 | 5 | 235 | 32 | 202 | 1 | 0 |
| Sauk Rapids | 11,600 | | 0 | | 2 | 4 | 149 | 18 | 110 | 21 | 0 |
| Savage | 26,759 | | 0 | | 2 | 25 | 752 | 136 | 592 | 24 | 7 |
| Shakopee | 31,442 | | 0 | | 5 | 46 | 1,124 | 187 | 889 | 48 | 4 |
| Silver Lake | 789 | | 0 | | 0 | 1 | 11 | 5 | 6 | 0 | 0 |
| Slayton | 1,966 | | 0 | | 0 | 3 | 29 | 7 | 21 | 1 | 0 |
| South Lake Minnetonka | 12,152 | | 0 | | 0 | 5 | 268 | 44 | 213 | 11 | 3 |
| South St. Paul | 19,491 | | 1 | | 6 | 17 | 710 | 120 | 520 | 70 | 7 |
| Spring Grove | 1,290 | | 0 | | 0 | 0 | 20 | 1 | 17 | 2 | 0 |
| Spring Lake Park | 6,744 | | 0 | | 3 | 22 | 440 | 60 | 333 | 47 | 3 |
| St. Anthony | 7,611 | | 0 | | 6 | 2 | 319 | 46 | 254 | 19 | 4 |
| Staples | 3,142 | | 0 | | 0 | 3 | 92 | 12 | 76 | 4 | 0 |
| St. Charles | 3,550 | | 0 | | 0 | 2 | 36 | 4 | 28 | 4 | 0 |
| St. Cloud | 66,232 | | 0 | | 54 | 153 | 3,062 | 377 | 2,555 | 130 | 18 |
| Stewart | 551 | | 0 | | 0 | 0 | 2 | 1 | 1 | 0 | 0 |
| St. Francis | 7,148 | | 0 | | 0 | 6 | 170 | 21 | 139 | 10 | 0 |
| Stillwater | 17,494 | | 0 | | 3 | 6 | 455 | 62 | 376 | 17 | 8 |
| St. James | 4,467 | | 0 | | 1 | 4 | 147 | 13 | 132 | 2 | 2 |
| St. Louis Park | 43,585 | | 0 | | 31 | 44 | 1,337 | 192 | 1,057 | 88 | 4 |
| St. Paul | 276,989 | | 17 | | 849 | 1,403 | 12,103 | 3,349 | 6,616 | 2,138 | 182 |
| St. Paul Park | 5,228 | | 0 | | 0 | 4 | 235 | 54 | 158 | 23 | 0 |
| St. Peter | 10,599 | | 0 | | 1 | 12 | 336 | 59 | 268 | 9 | 3 |
| Thief River Falls | 8,433 | | 0 | | 0 | 9 | 236 | 21 | 201 | 14 | 0 |
| Two Harbors | 3,557 | | 0 | | 0 | 3 | 59 | 16 | 40 | 3 | 1 |
| Virginia | 8,724 | | 0 | | 7 | 40 | 494 | 100 | 370 | 24 | 3 |

**Table 8**

**MINNESOTA**[1]

**Offenses Known to Law Enforcement**

by State by City, 2006

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson[2] |
|------|-----------|--------------|-------------------------------------|---------------|---------|-------------------|---------------|----------|--------------|--------------------|---------|
| Wabasha | 2,570 | 0 | | | 0 | 4 | 78 | 4 | 74 | 0 | 0 |
| Waite Park | 6,878 | 0 | | | 3 | 5 | 574 | 32 | 530 | 12 | 3 |
| Warroad | 1,710 | 0 | | | 0 | 0 | 73 | 5 | 65 | 3 | 1 |
| Waseca | 9,508 | 0 | | | 3 | 18 | 274 | 29 | 233 | 12 | 3 |
| Wayzata | 3,967 | 0 | | | 1 | 0 | 185 | 28 | 147 | 10 | 0 |
| Wells | 2,502 | 0 | | | 0 | 0 | 18 | 4 | 13 | 1 | 1 |
| West Hennepin | 5,647 | 0 | | | 0 | 2 | 107 | 36 | 67 | 4 | 0 |
| West St. Paul | 19,082 | 0 | | | 23 | 28 | 1,095 | 112 | 925 | 58 | 2 |
| Wheaton | 1,498 | 0 | | | 0 | 1 | 36 | 7 | 29 | 0 | 0 |
| White Bear Lake | 23,892 | 0 | | | 8 | 39 | 802 | 178 | 561 | 63 | 6 |
| Willmar | 18,305 | 0 | | | 8 | 35 | 737 | 111 | 597 | 29 | 9 |
| Windom | 4,446 | 0 | | | 0 | 12 | 115 | 28 | 82 | 5 | 0 |
| Winnebago | 1,428 | 0 | | | 0 | 2 | 35 | 11 | 21 | 3 | 0 |
| Winona | 26,765 | 1 | | | 4 | 16 | 582 | 100 | 462 | 20 | 6 |
| Winsted | 2,383 | 0 | | | 0 | 5 | 41 | 8 | 27 | 6 | 1 |
| Woodbury | 52,830 | 0 | | | 10 | 10 | 1,142 | 158 | 937 | 47 | 2 |
| Worthington | 11,166 | 0 | | | 9 | 23 | 258 | 91 | 155 | 12 | 0 |
| Wyoming | 3,846 | 0 | | | 0 | 4 | 107 | 16 | 88 | 3 | 0 |
| Zumbrota | 2,986 | 0 | | | 1 | 1 | 80 | 6 | 70 | 4 | 0 |

[1] The data collection methodology for the offense of forcible rape used by the Illinois (with the exception of Rockford, Illinois) and the Minnesota state UCR Programs does not comply with national UCR Program guidelines.  Consequently, their figures for forcible rape and violent crime (of which forcible rape is a part) are not published in this table.

[2] The FBI does not publish arson data unless it receives data from either the agency or the state for all 12 months of the calendar year.

Home (https://ucr.fbi.gov) • Crime in the U.S. (https://ucr.fbi.gov/crime-in-the-u.s) • 2014 (https://ucr.fbi.gov/crime-in-the-u.s/2014) • Crime in the U.S. 2014 (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014) • Tables (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables) • Table 8 (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8) • Table 8 by State (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/table-8-by-state) • Table 8 - Minnesota



(/about-us/cjis)
(https://forms.fbi.gov/ucr-feedback-2014) | (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/resource-pages/contact-us) | (/about-us/cjis/ucr/data-quality-guidelines-new) | (/about-us/cjis/ucr)

**CIUS Home (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/cius-home)**

**Table 8**

**Offenses Known to Law Enforcement (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/offenses-known-to-law-enforcement/main)**

**Violent Crime (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/offenses-known-to-law-enforcement/violent-crime/violent-crime)**

**Property Crime (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/offenses-known-to-law-enforcement/property-crime/property-crime)**

**Clearances (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/offenses-known-to-law-enforcement/clearances/clearances)**

**MINNESOTA**
**Offenses Known to Law Enforcement**

**Persons Arrested (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/persons-arrested/main)** by City, 2014

**Police Employee Data (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/police-employee-data/main)**

Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/table-8-by-state/Table_8_Offenses_Known_to_Law_Enforcement_by_Minnesota_by_City_2014.xls/@@template-layout-view?override-view=data-declaration)

Download Excel (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/table-8-by-state/Table_8_Offenses_Known_to_Law_Enforcement_by_Minnesota_by_City_2014.xls/output.xls)

Table 8 State Listing (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/Table_8_Offenses_Known_to_Law_Enforcement_by_State_by_City_2014.xls/view)

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Albany | 2,622 | 4 | 0 | 1 | | 0 | 3 | 31 | 1 | 30 | 0 | 0 |
| Albert Lea | 17,833 | 29 | 0 | 0 | | 5 | 24 | 398 | 36 | 342 | 20 | 1 |
| Alexandria | 11,713 | 26 | 0 | 9 | | 6 | 11 | 439 | 46 | 359 | 34 | 0 |
| Annandale | 3,302 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anoka | 17,295 | 52 | 0 | 16 | | 9 | 27 | 564 | 52 | 486 | 26 | 1 |
| Appleton | 1,360 | 1 | 0 | 0 | | 0 | 1 | 39 | 10 | 29 | 0 | 0 |
| Apple Valley | 50,472 | 42 | 0 | 9 | | 8 | 25 | 1,042 | 99 | 917 | 26 | 7 |
| Arden Hills | 9,764 | 11 | 1 | 2 | | 5 | 3 | 115 | 18 | 79 | 18 | 1 |
| Austin | 24,766 | 66 | 0 | 18 | | 6 | 42 | 585 | 101 | 452 | 32 | 1 |
| Avon | 1,424 | 1 | 0 | 1 | | 0 | 0 | 18 | 4 | 13 | 1 | 0 |
| Babbitt | 1,549 | 2 | 1 | 0 | | 0 | 1 | 22 | 3 | 17 | 2 | 0 |

**0212**

| ity | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| axter | 7,815 | 6 | 0 | 2 | | 0 | 4 | 391 | 8 | 379 | 4 | 0 |
| ayport | 3,698 | 1 | 0 | 0 | | 0 | 1 | 25 | 3 | 21 | 1 | 0 |
| ecker | 4,668 | 6 | 0 | 0 | | 0 | 6 | 41 | 6 | 32 | 3 | 0 |
| elgrade | 757 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| elle Plaine | 6,880 | 5 | 0 | 1 | | 1 | 3 | 87 | 21 | 65 | 1 | 1 |
| emidji | 14,513 | 63 | 0 | 18 | | 4 | 41 | 1,174 | 91 | 1,051 | 32 | 3 |
| enson | 3,124 | 2 | 0 | 0 | | 0 | 2 | 27 | 3 | 24 | 0 | 0 |
| ig Lake | 10,348 | 13 | 0 | 0 | | 0 | 13 | 143 | 20 | 118 | 5 | 1 |
| lackduck | 794 | 0 | 0 | 0 | | 0 | 0 | 13 | 4 | 9 | 0 | 0 |
| laine | 61,187 | 44 | 0 | 11 | | 17 | 16 | 1,840 | 182 | 1,610 | 48 | 4 |
| looming Prairie | 1,962 | 0 | 0 | 0 | | 0 | 0 | 8 | 3 | 4 | 1 | 0 |
| loomington | 87,163 | 157 | 0 | 23 | | 75 | 59 | 3,202 | 203 | 2,892 | 107 | 6 |
| lue Earth | 3,251 | 1 | 0 | 0 | | 0 | 1 | 50 | 7 | 42 | 1 | 0 |
| rainerd | 13,462 | 90 | 0 | 31 | | 6 | 53 | 655 | 114 | 511 | 30 | 3 |
| reckenridge | 3,362 | 5 | 0 | 1 | | 1 | 3 | 56 | 7 | 42 | 7 | 0 |
| rooklyn Center | 30,858 | 100 | 0 | 10 | | 45 | 45 | 1,215 | 156 | 985 | 74 | 1 |
| rooklyn Park | 78,986 | 305 | 1 | 50 | | 107 | 147 | 2,373 | 444 | 1,803 | 126 | 8 |
| rownton | 739 | 0 | 0 | 0 | | 0 | 0 | 4 | 2 | 2 | 0 | 0 |
| uffalo | 15,909 | 11 | 0 | 3 | | 0 | 8 | 306 | 21 | 275 | 10 | 0 |
| urnsville | 61,693 | 71 | 0 | 7 | | 27 | 37 | 1,699 | 139 | 1,501 | 59 | 3 |
| aledonia | 2,794 | 3 | 0 | 1 | | 0 | 2 | 2 | 1 | 1 | 0 | 1 |
| ambridge | 8,244 | 9 | 0 | 0 | | 2 | 7 | 411 | 30 | 373 | 8 | 0 |
| anby | 1,734 | 1 | 0 | 0 | | 0 | 1 | 16 | 2 | 13 | 1 | 0 |
| annon Falls | 4,077 | 5 | 0 | 1 | | 0 | 4 | 122 | 19 | 98 | 5 | 0 |
| entennial Lakes | 10,867 | 10 | 0 | 2 | | 0 | 8 | 148 | 25 | 116 | 7 | 0 |
| hamplin | 23,965 | 20 | 0 | 5 | | 6 | 9 | 324 | 62 | 256 | 6 | 0 |
| haska | 24,603 | 12 | 0 | 3 | | 2 | 7 | 214 | 28 | 181 | 5 | 1 |
| hisholm | 5,035 | 1 | 0 | 0 | | 1 | 0 | 79 | 6 | 70 | 3 | 0 |
| loquet | 12,030 | 28 | 0 | 8 | | 2 | 18 | 491 | 45 | 428 | 18 | 1 |
| old pring/Richmond | 5,460 | 4 | 0 | 1 | | 0 | 3 | 59 | 9 | 50 | 0 | 0 |
| orcoran | 5,545 | 2 | 0 | 0 | | 0 | 2 | 63 | 8 | 50 | 5 | 0 |
| ottage Grove | 35,577 | 20 | 1 | 7 | | 5 | 7 | 674 | 55 | 589 | 30 | 1 |

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brookston | 7,905 | 16 | 0 | 5 | | 0 | 11 | 68 | 15 | 44 | 9 | 1 |
| Crosby | 2,362 | 6 | 0 | 1 | | 0 | 5 | 99 | 11 | 88 | 0 | 0 |
| Crystal | 22,692 | 35 | 0 | 2 | | 14 | 19 | 587 | 89 | 467 | 31 | 5 |
| Dawson | 1,467 | 4 | 0 | 0 | | 1 | 3 | 6 | 1 | 5 | 0 | 0 |
| Dayton | 4,934 | 3 | 0 | 1 | | 1 | 1 | 40 | 7 | 31 | 2 | 0 |
| Deephaven | 3,772 | 0 | 0 | 0 | | 0 | 0 | 15 | 2 | 11 | 2 | 0 |
| Detroit Lakes | 8,978 | 11 | 0 | 5 | | 0 | 6 | 333 | 18 | 300 | 15 | 0 |
| Dilworth | 4,148 | 8 | 0 | 2 | | 1 | 5 | 148 | 9 | 133 | 6 | 0 |
| Duluth | 86,106 | 309 | 3 | 42 | | 73 | 191 | 3,650 | 503 | 3,002 | 145 | 12 |
| Eagan | 65,754 | 24 | 0 | 1 | | 12 | 11 | 1,177 | 152 | 995 | 30 | 7 |
| Eagle Lake | 2,563 | 1 | 0 | 0 | | 0 | 1 | 14 | 2 | 12 | 0 | 0 |
| East Grand Forks | 8,598 | 24 | 0 | 12 | | 0 | 12 | 200 | 39 | 150 | 11 | 1 |
| Echo | 262 | 0 | 0 | 0 | | 0 | 0 | 2 | 0 | 2 | 0 | 0 |
| Eden Prairie | 63,036 | 22 | 0 | 11 | | 4 | 7 | 849 | 98 | 735 | 16 | 3 |
| Edina | 49,727 | 27 | 0 | 11 | | 10 | 6 | 889 | 104 | 773 | 12 | 2 |
| Elk River | 23,548 | 19 | 0 | 7 | | 3 | 9 | 475 | 57 | 404 | 14 | 1 |
| Elmore | 641 | 0 | 0 | 0 | | 0 | 0 | 5 | 1 | 4 | 0 | 0 |
| Ely | 3,454 | 0 | 0 | 0 | | 0 | 0 | 55 | 7 | 46 | 2 | 0 |
| Eveleth | 3,693 | 13 | 0 | 3 | | 1 | 9 | 145 | 43 | 89 | 13 | 0 |
| Fairmont | 10,380 | 24 | 0 | 8 | | 3 | 13 | 323 | 47 | 262 | 14 | 1 |
| Falcon Heights | 5,546 | 5 | 0 | 0 | | 2 | 3 | 103 | 26 | 66 | 11 | 0 |
| Faribault | 23,424 | 75 | 0 | 13 | | 12 | 50 | 614 | 90 | 478 | 46 | 8 |
| Farmington | 22,428 | 16 | 0 | 2 | | 0 | 14 | 197 | 37 | 148 | 12 | 7 |
| Fergus Falls | 13,408 | 43 | 0 | 3 | | 6 | 34 | 475 | 73 | 397 | 5 | 2 |
| Floodwood | 522 | 0 | 0 | 0 | | 0 | 0 | 24 | 2 | 20 | 2 | 0 |
| Forest Lake | 19,316 | 33 | 0 | 8 | | 5 | 20 | 513 | 62 | 421 | 30 | 2 |
| Fridley | 27,778 | 68 | 0 | 8 | | 23 | 37 | 1,289 | 143 | 1,102 | 44 | 4 |
| Gilbert | 1,802 | 2 | 0 | 1 | | 0 | 1 | 69 | 16 | 47 | 6 | 0 |
| Glencoe | 5,507 | 3 | 0 | 2 | | 0 | 1 | 71 | 6 | 63 | 2 | 0 |
| Glenwood | 2,523 | 1 | 0 | 1 | | 0 | 0 | 11 | 4 | 7 | 0 | 0 |
| Golden Valley | 20,959 | 9 | 0 | 0 | | 3 | 6 | 491 | 81 | 395 | 15 | 1 |
| Goodview | 4,029 | 4 | 0 | 2 | | 0 | 2 | 55 | 10 | 41 | 4 | 0 |
| Grand Rapids | 11,020 | 24 | 0 | 10 | | 1 | 12 | 387 | 19 | 359 | 9 | 0 |

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Granite Falls | 2,784 | 2 | 0 | 0 | | 0 | 2 | 49 | 3 | 44 | 2 | 0 |
| Hallock | 965 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hastings | 22,484 | 40 | 1 | 12 | | 9 | 18 | 604 | 54 | 534 | 16 | 3 |
| Hermantown | 9,648 | 10 | 0 | 3 | | 4 | 3 | 270 | 28 | 231 | 11 | 0 |
| Hibbing | 16,289 | 48 | 0 | 7 | | 1 | 40 | 293 | 36 | 247 | 10 | 2 |
| Hokah | 564 | 0 | 0 | 0 | | 0 | 0 | 8 | 2 | 6 | 0 | 0 |
| Hopkins | 18,131 | 37 | 0 | 8 | | 12 | 17 | 466 | 92 | 346 | 28 | 2 |
| Houston | 969 | 2 | 0 | 0 | | 0 | 2 | 7 | 2 | 5 | 0 | 0 |
| Hoyt Lakes | 2,016 | 1 | 0 | 0 | | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Hutchinson | 13,803 | 14 | 0 | 5 | | 0 | 9 | 323 | 24 | 296 | 3 | 2 |
| International Falls | 6,336 | 12 | 0 | 4 | | 2 | 6 | 163 | 31 | 125 | 7 | 1 |
| Inver Grove Heights | 34,454 | 69 | 0 | 22 | | 12 | 35 | 679 | 108 | 508 | 63 | 2 |
| Isanti | 5,416 | 2 | 0 | 0 | | 0 | 2 | 75 | 10 | 64 | 1 | 0 |
| Janesville | 2,243 | 1 | 0 | 0 | | 0 | 1 | 27 | 3 | 22 | 2 | 0 |
| Jordan | 5,977 | 4 | 0 | 0 | | 1 | 3 | 75 | 11 | 59 | 5 | 0 |
| Kasson | 6,071 | 4 | 0 | 3 | | 0 | 1 | 67 | 10 | 51 | 6 | 1 |
| Kimball | 761 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| La Crescent | 4,799 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lake City | 4,961 | 5 | 0 | 2 | | 1 | 2 | 70 | 4 | 64 | 2 | 0 |
| Lake Crystal | 2,535 | 5 | 0 | 3 | | 1 | 1 | 25 | 6 | 19 | 0 | 1 |
| Lakefield | 1,681 | 0 | 0 | 0 | | 0 | 0 | 14 | 5 | 9 | 0 | 0 |
| Lakes Area | 9,341 | 17 | 0 | 7 | | 0 | 10 | 142 | 22 | 112 | 8 | 2 |
| Lakeville | 59,194 | 25 | 0 | 1 | | 9 | 15 | 679 | 87 | 566 | 26 | 2 |
| Lauderdale | 2,480 | 1 | 0 | 0 | | 0 | 1 | 48 | 6 | 35 | 7 | 0 |
| Lester Prairie | 1,681 | 2 | 0 | 1 | | 0 | 1 | 30 | 1 | 27 | 2 | 0 |
| Le Sueur | 4,037 | 3 | 0 | 0 | | 0 | 3 | 66 | 12 | 51 | 3 | 0 |
| Lewiston | 1,585 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Litchfield | 6,678 | 10 | 0 | 6 | | 0 | 4 | 135 | 31 | 100 | 4 | 0 |
| Little Canada | 10,207 | 23 | 0 | 5 | | 8 | 10 | 310 | 74 | 195 | 41 | 4 |
| Little Falls | 8,198 | 11 | 0 | 3 | | 0 | 8 | 148 | 6 | 132 | 10 | 0 |
| Long Prairie | 3,361 | 6 | 0 | 4 | | 0 | 2 | 66 | 6 | 59 | 1 | 0 |
| Madison Lake | 1,066 | 0 | 0 | 0 | | 0 | 0 | 8 | 0 | 8 | 0 | 0 |

**0215**

FBI Table 8 Minnesota

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mankato | 40,959 | 107 | 1 | 20 | | 17 | 69 | 1,429 | 214 | 1,152 | 63 | 9 |
| Maple Grove | 66,354 | 23 | 2 | 3 | | 9 | 9 | 1,181 | 119 | 1,037 | 25 | 1 |
| Mapleton | 1,751 | 2 | 0 | 1 | | 0 | 1 | 18 | 1 | 16 | 1 | 0 |
| Maplewood | 40,295 | 61 | 3 | 4 | | 17 | 37 | 1,915 | 310 | 1,428 | 177 | 3 |
| Marshall | 13,433 | 34 | 0 | 11 | | 4 | 19 | 329 | 56 | 268 | 5 | 5 |
| Medina | 5,304 | 1 | 0 | 0 | | 0 | 1 | 103 | 9 | 92 | 2 | 2 |
| Melrose | 3,594 | 3 | 0 | 1 | | 0 | 2 | 36 | 6 | 29 | 1 | 0 |
| Mendota Heights | 11,196 | 7 | 0 | 3 | | 0 | 4 | 219 | 26 | 189 | 4 | 0 |
| Milaca | 2,892 | 2 | 0 | 1 | | 0 | 1 | 77 | 6 | 66 | 5 | 0 |
| Minneapolis | 404,461 | 4,093 | 31 | 389 | | 1,871 | 1,802 | 19,123 | 4,112 | 13,480 | 1,531 | 117 |
| Minnetonka | 51,769 | 24 | 0 | 3 | | 6 | 15 | 790 | 142 | 627 | 21 | 4 |
| Minnetrista | 9,235 | 2 | 0 | 1 | | 0 | 1 | 68 | 3 | 62 | 3 | 0 |
| Montevideo | 5,178 | 11 | 0 | 1 | | 1 | 9 | 156 | 21 | 125 | 10 | 0 |
| Montgomery | 2,942 | 3 | 0 | 0 | | 1 | 2 | 49 | 9 | 39 | 1 | 0 |
| Moose Lake | 2,795 | 17 | 0 | 3 | | 1 | 13 | 90 | 4 | 86 | 0 | 0 |
| Morris | 5,348 | 11 | 0 | 4 | | 2 | 5 | 105 | 15 | 84 | 6 | 0 |
| Mounds View | 12,645 | 23 | 0 | 5 | | 6 | 12 | 421 | 57 | 349 | 15 | 4 |
| Mountain Lake | 2,136 | 0 | 0 | 0 | | 0 | 0 | 15 | 1 | 13 | 1 | 0 |
| New Brighton | 22,276 | 10 | 1 | 2 | | 5 | 2 | 548 | 88 | 429 | 31 | 1 |
| New Hope | 20,895 | 15 | 1 | 2 | | 3 | 9 | 325 | 41 | 267 | 17 | 2 |
| Newport | 3,466 | 4 | 1 | 2 | | 0 | 1 | 75 | 9 | 61 | 5 | 0 |
| New Prague | 7,542 | 8 | 0 | 5 | | 0 | 3 | 85 | 10 | 74 | 1 | 0 |
| New Richland | 1,197 | 2 | 0 | 0 | | 0 | 2 | 1 | 1 | 0 | 0 | 0 |
| New Ulm | 13,136 | 9 | 0 | 5 | | 0 | 4 | 263 | 58 | 194 | 11 | 1 |
| North Branch | 10,076 | 8 | 0 | 1 | | 1 | 6 | 272 | 53 | 213 | 6 | 1 |
| Northfield | 20,714 | 15 | 0 | 1 | | 2 | 12 | 274 | 58 | 214 | 2 | 1 |
| North Mankato | 13,448 | 26 | 0 | 7 | | 3 | 16 | 255 | 44 | 196 | 15 | 0 |
| North Oaks | 4,757 | 1 | 0 | 0 | | 0 | 1 | 34 | 7 | 27 | 0 | 0 |
| North St. Paul | 11,948 | 10 | 0 | 0 | | 3 | 7 | 317 | 47 | 241 | 29 | 0 |
| Oakdale | 27,870 | 52 | 0 | 9 | | 11 | 32 | 1,210 | 120 | 1,011 | 79 | 3 |
| Oak Park Heights | 4,877 | 2 | 0 | 0 | | 1 | 1 | 265 | 10 | 250 | 5 | 0 |
| Olivia | 2,374 | 6 | 0 | 1 | | 0 | 5 | 56 | 7 | 46 | 3 | 0 |
| Orono | 21,288 | 5 | 0 | 2 | | 0 | 3 | 184 | 22 | 150 | 12 | 1 |

**0216**

| ity | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| rtonville | 1,842 | 0 | 0 | 0 | | 0 | 0 | 13 | 0 | 12 | 1 | 0 |
| sakis | 1,716 | 2 | 0 | 0 | | 0 | 2 | 13 | 3 | 10 | 0 | 0 |
| sseo | 2,487 | 0 | 0 | 0 | | 0 | 0 | 10 | 0 | 7 | 3 | 0 |
| watonna | 25,544 | 36 | 0 | 3 | | 6 | 27 | 619 | 79 | 510 | 30 | 0 |
| ark Rapids | 3,912 | 11 | 1 | 1 | | 0 | 9 | 276 | 34 | 233 | 9 | 2 |
| aynesville | 2,421 | 2 | 0 | 1 | | 0 | 1 | 46 | 8 | 37 | 1 | 1 |
| lainview | 3,284 | 3 | 0 | 0 | | 0 | 3 | 5 | 1 | 3 | 1 | 0 |
| lymouth | 74,833 | 54 | 1 | 13 | | 12 | 28 | 1,059 | 177 | 846 | 36 | 6 |
| rinceton | 4,683 | 0 | 0 | 0 | | 0 | 0 | 155 | 12 | 136 | 7 | 0 |
| rior Lake | 24,779 | 23 | 0 | 10 | | 1 | 12 | 371 | 33 | 327 | 11 | 0 |
| roctor | 3,075 | 7 | 0 | 0 | | 3 | 4 | 116 | 10 | 102 | 4 | 0 |
| amsey | 25,250 | 15 | 0 | 9 | | 0 | 6 | 348 | 29 | 306 | 13 | 1 |
| ed Wing | 16,528 | 36 | 0 | 12 | | 2 | 22 | 509 | 82 | 401 | 26 | 1 |
| edwood Falls | 5,107 | 11 | 0 | 2 | | 0 | 9 | 148 | 22 | 122 | 4 | 0 |
| ichfield | 36,408 | 78 | 0 | 12 | | 34 | 32 | 877 | 174 | 664 | 39 | 4 |
| obbinsdale | 14,387 | 28 | 0 | 0 | | 15 | 13 | 377 | 83 | 274 | 20 | 0 |
| ochester | 111,712 | 205 | 2 | 46 | | 52 | 105 | 2,223 | 338 | 1,775 | 110 | 8 |
| ogers | 12,180 | 5 | 0 | 1 | | 0 | 4 | 285 | 13 | 261 | 11 | 0 |
| oseau | 2,629 | 2 | 0 | 1 | | 0 | 0 | 59 | 3 | 54 | 2 | 0 |
| osemount | 22,850 | 17 | 0 | 3 | | 1 | 13 | 199 | 31 | 166 | 2 | 1 |
| oseville | 35,332 | 45 | 0 | 10 | | 9 | 26 | 1,854 | 257 | 1,510 | 87 | 2 |
| artell | 16,358 | 5 | 0 | 2 | | 0 | 3 | 345 | 25 | 313 | 7 | 0 |
| auk Centre | 4,317 | 10 | 0 | 1 | | 2 | 7 | 114 | 13 | 96 | 5 | 3 |
| auk Rapids | 13,382 | 11 | 0 | 3 | | 3 | 5 | 250 | 40 | 197 | 13 | 2 |
| avage | 29,065 | 27 | 0 | 7 | | 8 | 12 | 597 | 76 | 500 | 21 | 6 |
| hakopee | 39,632 | 57 | 0 | 21 | | 9 | 27 | 768 | 116 | 618 | 34 | 0 |
| horeview | 26,209 | 16 | 0 | 5 | | 1 | 10 | 290 | 47 | 220 | 23 | 5 |
| ilver Bay | 1,848 | 2 | 0 | 1 | | 0 | 1 | 5 | 2 | 3 | 0 | 0 |
| ilver Lake | 813 | 2 | 0 | 1 | | 0 | 1 | 18 | 0 | 14 | 4 | 0 |
| layton | 2,090 | 3 | 0 | 0 | | 0 | 3 | 37 | 3 | 32 | 2 | 0 |
| leepy Eye | 3,481 | 5 | 0 | 0 | | 0 | 5 | 3 | 1 | 1 | 1 | 0 |
| outh Lake Minnetonka | 12,096 | 10 | 0 | 4 | | 1 | 5 | 121 | 25 | 88 | 8 | 1 |

| ity | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| outh St. Paul | 20,504 | 79 | 0 | 12 | | 14 | 53 | 483 | 103 | 335 | 45 | 27 |
| pringfield | 2,092 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| pring Grove | 1,302 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| pring Lake Park | 6,469 | 12 | 0 | 0 | | 2 | 10 | 266 | 42 | 204 | 20 | 0 |
| t. Anthony | 8,680 | 10 | 0 | 0 | | 7 | 3 | 247 | 49 | 189 | 9 | 0 |
| taples | 2,890 | 3 | 0 | 0 | | 0 | 3 | 70 | 9 | 59 | 2 | 0 |
| t. Charles | 3,685 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| t. Cloud | 66,366 | 261 | 0 | 47 | | 53 | 161 | 2,510 | 382 | 1,973 | 155 | 11 |
| t. Francis | 7,349 | 16 | 0 | 7 | | 4 | 5 | 130 | 9 | 117 | 4 | 1 |
| tillwater | 18,770 | 8 | 0 | 1 | | 2 | 5 | 269 | 27 | 228 | 14 | 0 |
| t. James | 4,540 | 8 | 0 | 5 | | 0 | 3 | 103 | 29 | 67 | 7 | 0 |
| t. Joseph | 6,678 | 0 | 0 | 0 | | 0 | 0 | 20 | 0 | 17 | 3 | 0 |
| t. Louis Park | 47,957 | 65 | 0 | 5 | | 23 | 37 | 1,304 | 156 | 1,092 | 56 | 3 |
| t. Paul | 297,984 | 1,974 | 11 | 181 | | 654 | 1,128 | 10,383 | 2,330 | 6,045 | 2,008 | 119 |
| t. Paul Park | 5,346 | 12 | 0 | 2 | | 3 | 7 | 117 | 16 | 90 | 11 | 0 |
| t. Peter | 11,502 | 10 | 1 | 3 | | 0 | 6 | 179 | 33 | 140 | 6 | 0 |
| hief River Falls | 8,740 | 22 | 0 | 14 | | 1 | 7 | 302 | 40 | 252 | 10 | 0 |
| racy | 2,116 | 0 | 0 | 0 | | 0 | 0 | 16 | 3 | 12 | 1 | 0 |
| wo Harbors | 3,648 | 8 | 0 | 3 | | 0 | 5 | 35 | 5 | 29 | 1 | 0 |
| adnais Heights | 13,182 | 15 | 0 | 4 | | 1 | 10 | 313 | 39 | 236 | 38 | 2 |
| irginia | 8,650 | 46 | 1 | 7 | | 7 | 31 | 523 | 100 | 385 | 38 | 2 |
| abasha | 2,489 | 3 | 0 | 0 | | 0 | 3 | 49 | 11 | 37 | 1 | 0 |
| adena | 4,145 | 8 | 0 | 2 | | 0 | 6 | 55 | 3 | 44 | 8 | 1 |
| aite Park | 6,668 | 19 | 0 | 5 | | 4 | 10 | 693 | 35 | 638 | 20 | 0 |
| arroad | 1,779 | 0 | 0 | 0 | | 0 | 0 | 43 | 3 | 37 | 3 | 0 |
| aseca | 9,329 | 11 | 0 | 2 | | 0 | 9 | 189 | 16 | 170 | 3 | 1 |
| ayzata | 4,363 | 2 | 0 | 2 | | 0 | 0 | 104 | 23 | 78 | 3 | 0 |
| ells | 2,256 | 0 | 0 | 0 | | 0 | 0 | 14 | 2 | 11 | 1 | 0 |
| est Hennepin | 5,497 | 6 | 0 | 1 | | 0 | 5 | 33 | 3 | 29 | 1 | 0 |
| est St. Paul | 19,808 | 70 | 2 | 8 | | 18 | 42 | 1,043 | 123 | 853 | 67 | 5 |
| heaton | 1,367 | 2 | 0 | 0 | | 0 | 2 | 30 | 5 | 21 | 4 | 2 |
| hite Bear Lake | 24,802 | 31 | 0 | 6 | | 6 | 19 | 656 | 130 | 483 | 43 | 6 |

| ity | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| /hite Bear ownship | 11,498 | 5 | 0 | 1 | | 0 | 4 | 182 | 27 | 144 | 11 | 1 |
| /illmar | 19,696 | 54 | 0 | 17 | | 6 | 31 | 552 | 52 | 475 | 25 | 3 |
| /indom | 4,562 | 13 | 0 | 6 | | 0 | 7 | 55 | 11 | 41 | 3 | 1 |
| /innebago | 1,386 | 6 | 0 | 4 | | 0 | 2 | 13 | 1 | 12 | 0 | 0 |
| /inona | 27,546 | 25 | 0 | 4 | | 1 | 20 | 72 | 12 | 58 | 2 | 0 |
| /insted | 2,294 | 1 | 0 | 0 | | 0 | 1 | 30 | 4 | 25 | 1 | 0 |
| /oodbury | 66,539 | 36 | 0 | 9 | | 7 | 20 | 1,177 | 147 | 990 | 40 | 2 |
| /orthington | 12,984 | 19 | 1 | 3 | | 7 | 8 | 201 | 36 | 155 | 10 | 1 |
| /yoming | 7,737 | 14 | 0 | 2 | | 0 | 12 | 92 | 6 | 81 | 5 | 0 |
| umbrota | 3,360 | 0 | 0 | 0 | | 0 | 0 | 48 | 16 | 26 | 6 | 0 |

- [1] The figures shown in this column for the offense of rape were reported using the revised Uniform Crime Reporting (UCR) definition of rape. See Data Declaration for further explanation.
- [2] The figures shown in this column for the offense of rape were reported using the legacy UCR definition of rape. See Data Declaration for further explanation.

**Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/table-8-by-state/Table_8_Offenses_Known_to_Law_Enforcement_by_Minnesota_by_City_2014.xls/@@template-layout-view?override-view=data-declaration)**

Provides the methodology used in constructing this table and other pertinent information about this table.

# EXHIBIT "AA"



# Crime Prevention Research Center

- [Research](#)
- [Data](#)
- [About/Board Of Academic Advisors](#)
- [Op-Eds](#)
- [Contact/Press](#)
- [Donate](#)

Search



Featured

# Spike In Premeditated Killing Of Police Officers, Changes In Who Is Killing Police

8 Mar , 2018

**0221**

Over the last couple of decades, it is hard to see any particular pattern in the number of police officers who have been murdered in the line of duty, but the pattern for ambush killings, attacks that involved premeditation is a different story. During the years from 20 years from 1996 to 2015, on average 8 percent of police officers who were murdered died in premeditated attacks. In 2016, that percent went to 26%. There is an increase in the percent murdered in ambushes over the last couple years. The spike in the number of premeditated murders was even more dramatic. The previous high number of ambush murders was 9 in 2007 and the average from 1996 to 2015 was only 3.95. By contrast, in 2016, it rose to 17.

Something clearly unusual occurred in 2016. Whether it occurred because of the Obama administration's claims of systematic racial discrimination by police or some other cause isn't clear.



What is clear is that there was a very statistically significant increase in ambush killings of police officers in 2016, both in numbers and as a percentage of all police killings. One concern is that this increase might have occurred because of increased racial tensions. Evidence of this can be seen in the statistically significant high level of blacks killing officers through ambushes in 2016. That year, 53% of those killing officers were blacks — that is much higher than other years at better than the 0.2% level for a two-tailed t-test.



**Percent of those who killed Police in Ambush attacks who were black**

. ttest  **PCPoliceKilledinAmbushes** =.26 if  **PCPoliceKilledinAmbushes**<.25

One-sample t test

| Variable | Obs | Mean | Std. Err. | Std. Dev. | [95% Conf. Interval] |
|---|---|---|---|---|---|
| PCPoli~s | 20 | .0765 | .0105948 | .0473814 | .0543248  .0986752 |

mean = mean(**PCPoliceKilledinAmbushes**)                              t = −17.3198
Ho: mean = **.26**                                degrees of freedom =        19

  Ha: mean < **.26**                  Ha: mean != **.26**                  Ha: mean > **.26**
 Pr(T < t) = **0.0000**        Pr(|T| > |t|) = **0.0000**          Pr(T > t) = **1.0000**

. ttest  **PCPoliceKillersWhoRBlack**=.53 if  **PCPoliceKillersWhoRBlack**~=.53

One-sample t test

| Variable | Obs | Mean | Std. Err. | Std. Dev. | [95% Conf. Interval] |
|---|---|---|---|---|---|
| PCPoli~k | 11 | .2770442 | .0589345 | .1954636 | .1457299  .4083584 |

mean = mean(**PCPoliceKillersWhoRBlack**)                              t = −4.2922
Ho: mean = **.53**                                degrees of freedom =        10

  Ha: mean < **.53**                  Ha: mean != **.53**                  Ha: mean > **.53**
 Pr(T < t) = **0.0008**        Pr(|T| > |t|) = **0.0016**          Pr(T > t) = **0.9992**

. ttest  **NumberAmbushKillingofPolice** =17 if **NumberAmbushKillingofPolice**<16

One-sample t test

| Variable | Obs | Mean | Std. Err. | Std. Dev. | [95% Conf. Interval] |
|---|---|---|---|---|---|
| Number~e | 20 | 3.95 | .5154201 | 2.305029 | 2.871213  5.028787 |

mean = mean(**NumberAmbushKillingofPolice**)                              t = −25.3192
Ho: mean = **17**                                degrees of freedom =        19

  Ha: mean < **17**                  Ha: mean != **17**                  Ha: mean > **17**
 Pr(T < t) = **0.0000**        Pr(|T| > |t|) = **0.0000**          Pr(T > t) = **1.0000**

**Data sources:** The data for the police death and the ambush police shooting have been gathered from FBI's annual Law Enforcement Officers Killed and Assaulted (LEOKA) reports. In each annual report, it provides the yearly Law Enforcement Officers Feloniously Killed data, which covers duly sworn city, university and college, county, state, tribal, and federal law enforcement officers who died as a result of felonious incidents in the line of duty during the year. The Law Enforcement Officers Feloniously Killed data by type of weapon for each state and agency collects the data for the police death at the state level. Meanwhile, LEOKA also reported the police death data by Circumstance at Scene of Incident, including the ambush situations. There are more details provided for the state level ambush police shooting data in the summaries of officers feloniously killed by state.

Links for 2016 LEOKA:

Law Enforcement Officers Feloniously Killed

State and Agency by Type of Weapon, 2016

https://ucr.fbi.gov/leoka/2016/officers-feloniously-killed/tables/table-29.xls

Law Enforcement Officers Feloniously Killed

Circumstance at Scene of Incident, 2007–2016

https://ucr.fbi.gov/leoka/2016/tables/table-23.xls

Summaries of Officers Feloniously Killed

https://ucr.fbi.gov/leoka/2016/officers-feloniously-killed/leoka-felonious-summaries-2016

Additional information here.



CPRC original research, Police, Police killed by guns

  Share on Facebook
0
0



**By johnrlott**

Related posts

 More problems with the latest FBI Reports: 15% of Active Shooter Attacks During 2014-19 were Stopped Or Mitigated By Concealed Handgun Permit Holders, But Misses More than Half The Cases

 Policing matters: NYC shootings up 127% in September, murders up 76%