XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3479
  Fax: (415) 703-1234
  E-mail: John.Echeverria@doj.ca.gov
*Attorneys for Defendants Xavier Becerra, in*
*his official capacity as Attorney General of*
*the State of California, and Luis Lopez, in his*
*official capacity as Director of the*
*Department of Justice Bureau of Firearms*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER, et al.,** | 19-cv-1537 BEN-JLB |
| Plaintiffs, | |
| v. | **DEFENDANTS' WITNESS LIST** |
| | **[LOCAL RULE 16.1(f)(2)(d)]** |
| **CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,** | Pre-Trial Conference: |
| | Date:  December 16, 2020 |
| | Time:  10:00 a.m. |
| Defendants. | Dept:  5A |
| | Judge:  Hon. Roger T. Benitez |
| | Trial Date:  January 21, 2021 |
| | Action Filed:  August 15, 2019 |

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i) and Local Rule 16.1(f)(2)(d), Defendants submit the following witness list.

**Defendants' Witness List**

1.   **Lucy P. Allen**, Managing Director, NERA Economic Consulting.

For over 20 years, Ms. Allen has been engaged as an economic consultant or expert witness in numerous projects involving economic and statistical analysis. She has been qualified as an expert and testified in court on various economic and statistical issues relating to the flow of guns into the criminal market.  Ms. Allen has an A.B. from Stanford University, an M.B.A. from Yale University, and M.A. and M. Phil. degrees in Economics, also from Yale University.  Prior to joining NERA, she was an Economist for both President George H. W. Bush's and President Bill Clinton's Council of Economic Advisers.  Ms. Allen's resume is attached as Exhibit 1.

Ms. Allen will be called to testify at trial as an expert regarding her analyses with respect to the following issues: (a) the number of rounds of ammunition fired by individuals using a gun in self-defense; and (b) the outcomes when assault weapons (as defined under California law) and large-capacity magazines are used in public mass shootings, including the associated number of casualties.  Specifically, Ms. Allen is expected to testify that it is rare for a person, when using a firearm in self-defense, to fire more than ten rounds.  For self-defense situations in the home, defendants fired an average of 2.1 shots, and fired no shots in 16.1% of incidents. Ms. Allen will further testify that the use of assault weapons and large-capacity magazines, both independently and in conjunction, in public mass shootings, leads to a dramatic increase in the number of fatalities and injuries.  The general substance of her testimony is provided in her declaration submitted in support of Defendants' opposition to the motion for preliminary injunction. *See* Dkt. 33-1.

Ms. Allen may be contacted through Defendants' counsel of record.

2.   **Christopher B. Colwell**, Chief of Emergency Medicine, Zuckerberg San Francisco General Hospital and Trauma Center; Professor and Vice Chair in the Department of Emergency Medicine at the University of California at San Francisco School of Medicine.

Mr. Colwell has over 25 years of experience treating gunshot-wound victims in the Emergency Department at large urban level I trauma centers and in that time has treated over a thousand patients with gunshot wounds.  He received his Emergency Medicine training at Denver General Hospital in the Denver Affiliated Residency in Emergency Medicine and is board certified by American Board of Emergency Medicine (ABEM) in both Emergency Medicine and Emergency Medical Service (EMS).  Mr. Colwell's resume is attached as Exhibit 2.

Mr. Colwell will be called to testify at trial as an expert regarding the physiologic trauma caused by gunshot wounds and other penetrating injuries. Specifically, Mr. Colwell is expected to testify that assault weapons, especially when equipped with large capacity magazines, pose a far greater risk to the public from a medical standpoint than non-assault firearms.  Gunshot wounds from assault weapons tend to be higher in complexity with higher complication rates than such injuries from non-assault weapons, increasing the likelihood of morbidity in patients that present injuries from assault weapons.  Victims of assault weapons are at far greater risk of both immediate and long-term complications, including higher amputation rates and higher infection rates.  The general substance of his testimony is provided in his declaration submitted in support of Defendants' opposition to the motion for preliminary injunction.  *See* Dkt. 33-2.

Mr. Colwell may be contacted through Defendants' counsel of record.

3.  **John J. Donohue**, C. Wendell and Edith M. Carlsmith Professor of Law at Stanford Law School.

Professor Donohue has a law degree from Harvard Law School and a Ph.D. in economics from Yale University.  He has previously held tenured positions as a chaired professor at both Yale Law School and Northwestern Law School.  At Stanford, he regularly teaches a course on empirical law and economics issues involving crime and criminal justice that evaluates both the nature of gun regulation in the United States and the impact of gun regulation on crime.  From 2011-2018, Professor Donohue served on the Committee on Law and Justice of the National Research Council, which "reviews, synthesizes, and proposes research related to crime, law enforcement, and the administration of justice, and provides an intellectual resource for federal agencies and private groups."  He is a Research Associate of the National Bureau of Economic Research.  Professor Donohue has authored numerous articles on the effect of gun control laws.  Professor Donohue's resume is attached as Exhibit 3.

Professor Donohue will be called to testify at trial as an expert regarding the prevalence of assault weapons and the effect of assault-weapon restrictions on public mass shootings.  Specifically, Professor Donohue is expected to testify that California's assault weapons ban mitigates the deadly and injurious effects of public mass shootings, as demonstrated by the effectiveness of the federal assault weapons ban, without impairing the defensive capabilities of law-abiding citizens.  Professor Donohue is also expected to testify that only a relatively small minority of Americans own assault weapons.  The general substance of his testimony is provided in his declaration submitted in support of Defendants' opposition to the motion for preliminary injunction.  *See* Dkt. 33-3.

Professor Donohue may be contacted through Defendants' counsel of record.

4.   **Blake Graham**, Assistant Director, California Department of Justice, Bureau of Firearms.

Assistant Director Graham received a Bachelor of Science degree in May 1992 in Criminal Justice from the California State University Sacramento.  Since 1994, he has worked as either an investigator for the California Department of Alcoholic and Beverage Control (ABC) or as a Special Agent for the California Department of Justice (DOJ).  His job responsibilities in these positions have involved the recovery, investigation, and identification of firearms, the ammunition used for those firearms, and the magazines used for feeding ammunition for those firearms. From October 2002 to March 2019, he was a Special Agent and Special Agent Supervisor, for the DOJ's Bureau of Firearms (BOF).  In that capacity, he was assigned to recover firearms from prohibited individuals, monitor gun shows for illegal activities, conduct surveillance on gun dealers suspected of illegal activity, and investigate illegal trafficking of firearms, manufacturing of assault weapons and machine guns, and illegal possession of various magazines and ammunition.  In July 2020, he became an Assistant Director of the BOF, responsible for the BOF's enforcement personnel.

Assistant Director Graham has conducted training programs in the identification and handling of firearms and has given firearms identification classes to members of the multiple District Attorney's offices in the State of California.  He has also completed at least 15 firearms training courses that covered the assembly and use of specific firearms, cartridge composition (bullet, propellant, and casing), common calibers used by law enforcement, and training on rifle and handgun ammunition.  He has been certified as a California Peace Officer Standards and Training (POST)-approved Firearms Instructor/Rangemaster since 2002.  Assistant Director Graham has been qualified as an expert witness regarding the use of firearms in 16 cases in both federal and state court since 2007.

1      Assistant Director Graham will be called to testify at trial as an expert

2  regarding features assault weapons and large-capacity magazines, and uses of

3  assault weapons by criminals and law-enforcement personnel.  Specifically, he is

4  expected to testify that the challenged features of assault weapons, individually and

5  especially when combined with other listed features, are not merely cosmetic but

6  may assist shooters in being more effective and efficient while rapidly firing those

7  weapons.  He is also expected to testify that assault rifles are suitable for use by the

8  military and law-enforcement personal in carrying out their official duties, but are

9  not particularly suitable for civilian self-defense applications.  He is also expected

10  to testify that assault pistols and shotguns are not commonly owned by civilians.

11  The general substance of Assistant Director Graham's testimony is provided in his

12  declaration submitted in support of Defendants' opposition to the motion for

13  preliminary injunction.  *See* Dkt. 33-4.

14      Assistant Director Graham may be contacted through Defendants' counsel of

15  record.

16  5.   **Louis Klarevas**, Research Professor at Teachers College, Columbia

17  University, in New York.

18      Professor Klarevas is political scientist by training, with a B.A. from the

19  University of Pennsylvania and a Ph.D. from American University.  His current

20  research examines the nexus between American public safety and gun violence.

21  Professor Klarevas has served on the faculties of the George Washington

22  University, the City University of New York, New York University, and the

23  University of Massachusetts.  He has also served as a Defense Analysis Research

24  Fellow at the London School of Economics and Political Science and as United

25  States Senior Fulbright Scholar in Security Studies at the University of Macedonia.

26      Professor Klarevas authored the book *Rampage Nation*, one of the most

27  comprehensive studies on gun massacres in the United States.  He is also the author

28  or co-author of more than 20 scholarly articles and over 70 commentary pieces.

1   Most recently, he published a peer-reviewed article published in the *American*

2   *Journal of Public Health* that assessed the effectiveness of restrictions on large-

3   capacity magazines in reducing gun massacres.  Professor Klarevas' resume is

4   attached as Exhibit 4.

5          Professor Klarevas will be called to testify at trial as an expert regarding the

6   effects of assault weapons and assault weapons restrictions on public safety in

7   America.  Specifically, Professor Klarevas is expected to testify that (1) gun

8   massacres involving six or more fatalities presently pose the deadliest criminal

9   threat, in terms of individual acts of intentional violence, to the safety and security

10  of American society in the post-9/11 era, and the problem is growing nationwide;

11  (2) gun massacres involving assault weapons, on average, have resulted in a

12  substantially larger loss of life than similar incidents that did not involve assault

13  weapons; and (3) jurisdictions that restrict the possession of assault weapons

14  experience fewer gun massacres, per capita, than jurisdictions that do not restrict

15  assault weapons.  Professor Klarevas is expected to testify that restrictions on

16  assault weapons have the potential to significantly reduce the frequency and

17  lethality of gun massacres.  The general substance of his testimony is provided in

18  his declaration submitted in support of Defendants' opposition to the motion for

19  preliminary injunction.  *See* Dkt. 33-5.

20         Professor Klarevas may be contacted through Defendants' counsel of record.

21

22

23

24

25

26

27

28

1    Dated:  November 18, 2020                    Respectfully Submitted,

2                                                 XAVIER BECERRA
                                                  Attorney General of California
3                                                 MARK R. BECKINGTON
                                                  Supervising Deputy Attorney General
4                                                 PETER H. CHANG
                                                  Deputy Attorney General
5

6                                                 *s/ John D. Echeverria*

7                                                 JOHN D. ECHEVERRIA
                                                  Deputy Attorney General
8                                                 *Attorneys for Defendants Xavier*
                                                  *Becerra, in his official capacity as*
9                                                 *Attorney General of the State of*
                                                  *California, and Luis Lopez, in his*
10                                                *official capacity as Director of the*
                                                  *Department of Justice Bureau of*
11                                                *Firearms*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants' Witness List (19-cv-1537 BEN-JLB)

# EXHIBIT 1



**Lucy P. Allen**
Managing Director

NERA Economic Consulting
1166 Avenue of the Americas
New York, New York 10036
Tel: +1 212 345 5913  Fax: +1 212 345 4650
lucy.allen@nera.com
www.nera.com

# Appendix A

## MANAGING DIRECTOR

## Education

**YALE UNIVERSITY**
M.Phil., Economics, 1990
M.A., Economics, 1989
M.B.A., 1986

**STANFORD UNIVERSITY**
A.B., Human Biology, 1981

## Professional Experience

1994-Present     **National Economic Research Associates, Inc.**
Managing Director. Responsible for economic analysis in the areas of securities, finance and environmental and tort economics.
Senior Vice President (2003-2016).
Vice President (1999-2003).
Senior Consultant (1994-1999).

1992-1993        **Council of Economic Advisers, Executive Office of the President**
Staff Economist.  Provided economic analysis on regulatory and health care issues to Council Members and interagency groups. Shared responsibility for regulation and health care chapters of the *Economic Report of the President, 1993*.  Working Group member of the President's National Health Care Reform Task Force.

1986-1988        **Ayers, Whitmore & Company (General Management Consultants)**
1983-1984        Senior Associate.   Formulated marketing, organization, and overall business strategies including:
Plan to improve profitability of chemical process equipment manufacturer.
Merger analysis and integration plan of two equipment manufacturers.
Evaluation of Korean competition to a U.S. manufacturer.
Diagnostic survey for auto parts manufacturer on growth obstacles.
Marketing plan to increase international market share for major accounting firm.

Lucy P. Allen

| | |
|---|---|
| Summer 1985 | **WNET/Channel Thirteen, Strategic Planning Department**<br>Associate.  Assisted in development of company's first long-term strategic plan. Analyzed relationship between programming and viewer support. |
| 1981-1983 | **Arthur Andersen & Company**<br>Consultant.   Designed,  programmed  and  installed  management information systems.  Participated in redesign/conversion of New York State's accounting system.  Developed municipal bond fund management system,  successfully  marketed  to  brokers.   Participated  in  President's Private  Sector  Survey  on  Cost  Control  (Grace  Commission).   Designed customized tracking and accounting system for shipping company. |

**Teaching**

| | |
|---|---|
| 1989- 1992 | **Teaching Fellow, Yale University**<br>Honors Econometrics<br>Intermediate Microeconomics<br>Competitive Strategies<br>Probability and Game Theory<br>Marketing Strategy<br>Economic Analysis |

# Publications

"Snapshot of Recent Trends in Asbestos Litigation: 2019 Update," (co-author), NERA Report, 2019.

"Snapshot of Recent Trends in Asbestos Litigation: 2018 Update," (co-author), NERA Report, 2018.

"Trends and the Economic Effect of Asbestos Bans and Decline in Asbestos Consumption and Production Worldwide," (co-author), *International Journal of Environmental Research and Public Health*, 15(3), 531, 2018.

"Snapshot of Recent Trends in Asbestos Litigation: 2017 Update," (co-author), NERA Report, 2017.

"Asbestos: Economic Assessment of Bans and Declining Production and Consumption," World Health Organization, 2017.

"Snapshot of Recent Trends in Asbestos Litigation: 2016 Update," (co-author), NERA Report, 2016.

"Snapshot of Recent Trends in Asbestos Litigation: 2015 Update," (co-author), NERA Report, 2015.

Lucy P. Allen

"Snapshot of Recent Trends in Asbestos Litigation: 2014 Update," (co-author), NERA Report, 2014.

"Snapshot of Recent Trends in Asbestos Litigation: 2013 Update," (co-author), NERA Report, 2013.

"Asbestos Payments per Resolved Claim Increased 75% in the Past Year – Is This Increase as Dramatic as it Sounds?  Snapshot of Recent Trends in Asbestos Litigation: 2012 Update," (co-author), NERA Report, 2012.

"Snapshot of Recent Trends in Asbestos Litigation: 2011 Update," (co-author), NERA White Paper, 2011.

 "Snapshot of Recent Trends in Asbestos Litigation: 2010 Update," (co-author), NERA White Paper, 2010.

"Settlement Trends and Tactics" presented at Securities Litigation During the Financial Crisis: Current Development & Strategies, hosted by the New York City Bar, New York, New York, 2009.

"Snapshot of Recent Trends in Asbestos Litigation," (co-author), NERA White Paper, 2009.

"China Product Recalls: What's at Stake and What's Next," (co-author), NERA Working Paper, 2008.

"Forecasting Product Liability by Understanding the Driving Forces," (co-author), The International Comparative Legal Guide to Product Liability, 2006.

 "Securities Litigation Reform: Problems and Progress," Viewpoint, November 1999, Issue No. 2 (co-authored).

"Trends in Securities Litigation and the Impact of the PSLRA," Class Actions & Derivative Suits, American Bar Association Litigation Section, Vol. 9, No. 3, Summer 1999 (co-authored).

"Random Taxes, Random Claims," Regulation, Winter 1997, pp. 6-7 (co-authored).

## Expert Reports, Depositions & Testimony (4 years)

Testimony before the United States District Court Southern District of Iowa in *Mahaska Bottling Company, Inc., et al. v. PepsiCo, Inc. and Bottling Group, LLC*, 2019.

Expert Report before the United States District Court Middle District of Tennessee *in Zwick Partners LP and Aparna Rao v. Quorum Health Corporation,* 2019.

Lucy P. Allen

Declaration before the United States District Court Western District of Oklahoma in *In re: Samsung Top-Load Washing Machine Marketing, Sales Practices and Products Liability Litigation*, 2019.

Testimony and Expert Report before the United States District Court Southern District of New York in *Chicago Bridge & Iron Company N.V. Securities Litigation*, 2019.

Expert Report before the Court of First Instance Central Section Macau in *Asian American Entertainment Corporation Limited v. LVS (Nevada) Int. Holdings, Inc.*, 2019.

Rebuttal Report and Expert Report before the Superior Court of the State of California, Los Angeles County, in *In re MRV Communications, Inc., Stockholder Litigation*, 2019.

Expert Report before the Federal Court of Australia, New South Wales, in *Kenquist Nominees Pty Ltd. v. Peter Campbell and others*, 2019.

Declaration before the United States District Court Southern District of Iowa in *Mahaska Bottling Company, Inc., et al. v. Pepsico, Inc. and Bottling Group, LLC*, 2019.

Deposition Testimony, Rebuttal Report and Expert Report before the United States District Court Middle District of Florida in *Jacob J. Beckel v. Fagron Holdings USA, LLC et al.*, 2019.

Deposition Testimony, Rebuttal Report and Expert Report before the Clark County District Court of Nevada in *Round Square Company Limited v. Las Vegas Sands, Inc*., 2018.

Deposition Testimony, Supplemental Report and Expert Report before the United States District Court Middle District of Tennessee in *Nikki Bollinger Grae v. Corrections Corporation of America et al.*, 2018.

Deposition Testimony, Rebuttal Report and Expert Report before the District Court for the State of Nevada in *Dan Schmidt v. Liberator Medical Holdings, Inc., et al.*, 2018.

Deposition Testimony and Expert Report before the United States District Court Northern District of Illinois Eastern Division in *In re the Allstate Corporation Securities Litigation,* 2018.

Expert Report before the United States District Court Central District of Californian Southern Division in *Steven Rupp et al. v. Xavier Becerra et al.*, 2018.

Supplemental Report and Expert Report before the United States District Court Middle District of Tennessee in *Zwick Partners LP and Aparna Rao v. Quorum Health Corporation, et al.*, 2018.

Lucy P. Allen

Declaration before the Superior Court of the State of Vermont in *Vermont Federation of Sportsmen's Club et al. v. Matthew Birmingham et al.*, 2018.

Testimony and Expert Report before the American Arbitration Association in *Arctic Glacier U.S.A, Inc. and Arctic Glacier U.S.A., Inc. Savings and Retirement Plan v. Principal Life Insurance Company*, 2018.

Deposition Testimony and Expert Report before the United States District Court Southern District of New York in *Marvin Pearlstein v. Blackberry Limited et al.*, 2018.

Deposition Testimony, Rebuttal Report and Expert Report before the United States District Court Eastern District of Texas in *Alan Hall and James DePalma v. Rent-A-Center, Inc., Robert D. Davis, and Guy J. Constant*, 2018.

Deposition Testimony, Surrebuttal Report, Rebuttal Report and Expert Report before the United States District Court Southern District of Iowa in *Mahaska Bottling Company, Inc., et al. v. PepsiCo, Inc. and Bottling Group, LLC*, 2018.

Testimony, Deposition Testimony and Declaration before the United States District Court District of New Jersey in *Association of New Jersey Rifle & Pistol Clubs, Inc. et al. v. Gurbir Grewal et al.,* 2018.

Deposition Testimony, Supplemental Report and Expert Report before the Supreme Court of the State of New York in *Bernstein Liebhard, LLP v. Sentinel Insurance Company, Ltd.*, 2018.

Expert Report before the District Court for Douglas County, Nebraska in *Union Pacific Railroad Company v. L.B. Foster Company and CXT Incorporated, 2018.*

Deposition Testimony and Declarations before the United States District Court Southern District of New York in *Andrew Meyer v. Concordia International Corp., et al.*, 2018.

Deposition Testimony before the United States District Court Southern District of California in *Virginia Duncan, et al. v. Xavier Becerra, et al.*, 2018.

Expert Report and Declaration before the United States District Court Southern District of California in *Virginia Duncan, et al. v. Xavier Becerra, et al.*, 2017.

Deposition Testimony and Expert Report before the United States District Court for the Western District of Texas, Austin Division in *City of Pontiac General Employees' Retirement System v. Dell, Inc., et al.,* 2017.

Deposition Testimony and Expert Report before the United States District Court for the Southern District of Texas, Houston Division in *In re Willbros Group, Inc. Securities Litigation,* 2017.

Lucy P. Allen

Declaration before the United States District Court Eastern District of California in *William Wiese, et al. v. Xavier Becerra, et al.*, 2017.

Deposition Testimony and Expert Report before the United States District Court for the Southern District of Texas, Houston Division in *In re Cobalt International Energy Inc. Securities Litigation.,* 2017.

Testimony, Deposition Testimony and Expert Report before the United States District Court for the Northern District of Texas, Dallas Division in *DEKA Investment GmbH, et al. v. Santander Consumer USA Holdings, Inc., et al*., 2017.

Deposition Testimony before the Superior Court of the State of North Carolina for Mecklenburg County in *Next Advisor, Inc. v. LendingTree, Inc.*, 2017

Deposition Testimony and Expert Report before the Supreme Court of the State of New York, County of New York in *Iroquois Master Fund Ltd., et al. v. Hyperdynamics Corporation*, 2016.

Deposition Testimony and Expert Report before the United States District Court for the Northern District of Texas, Dallas Division in *The Archdiocese of Milwaukee Supporting Fund, Inc., et al. v. Halliburton Company, et al.*, 2016.

Expert Report before the United States District Court for the Northern District of Georgia, Atlanta Division, in *In re Suntrust Banks, Inc. ERISA Litigation,* 2016.

# EXHIBIT 2

Curriculum Vitae
# Christopher Beall Colwell, M.D

**Current Position:**

**Chief, Department of Emergency Medicine**
**Zuckerberg San Francisco General Hospital and Trauma Center**
**Professor and Vice Chair, Department of Emergency Medicine**
**UCSF School of Medicine**

**Work Address:**

Zuckerberg San Francisco Hospital and Trauma Center
Department of Emergency Medicine
1001 Potrero Ave. #6A02
San Francisco, CA 94110

Christopher.Colwell@ucsf.edu
Phone: (415) 206-2518
Fax: (415) 206-5818

**Board Certification:**

1) American Board of Emergency Medicine 1997
        Re-certification 2007, 2017
2) American Board of Emergency Medicine – Emergency Medical Services 2015

NPI number – 1629092788
California license – G142756 (active)
Colorado license – 34341 (not active)
Michigan license – 4301059401 (not active)


**Education:**


**Undergraduate:**       **University of Michigan**
                         **Ann Arbor, Michigan**
                         **Bachelor of Science Degree, 1988**

**Medical School:**      **Dartmouth Medical School**
                         **Hanover, New Hampshire**
                         **Medical Doctorate, 1992**

**Internship:**          **St. Joseph Mercy Hospital/University of Michigan**
                         **Ann Arbor, Michigan**
                         **Transitional Medicine, 1993**

**Residency:**           **Denver Affiliated Residency in Emergency Medicine**
                         **Denver, Colorado, 1993-1996**
                         **Chief Resident 1995-1996**

**Academic appointments:**

1. **Professor and Vice Chair**
   **Department of Emergency Medicine**
   **University of California at San Francisco School of Medicine**
   **2016 - Present**

2. **Professor of Emergency Medicine**
   **Department of Emergency Medicine**
   **University of Colorado School of Medicine**
   **2012-2016**

3. **Executive Vice Chair, Department of Emergency Medicine, 2010 - 2016**
   **University of Colorado School of Medicine**
   **2010-2016**

4. **Associate Professor of Emergency Medicine**
   **Department of Emergency Medicine**
   **University of Colorado School of Medicine**
   **2010-2012**

5. **Associate Professor of Emergency Medicine**
   **Division of Emergency Medicine, Department of Surgery**
   **University of Colorado Health Sciences Center**
   **2004-2009**

6. **Assistant Professor of Emergency Medicine**
   **Division of Emergency Medicine, Department of Surgery**
   **University of Colorado Health Sciences Center**
   **Denver, Colorado**
   **1998-2004**

7. **Assistant Professor of Emergency Medicine**

**Department of Emergency Medicine, University of Michigan School of Medicine**
**Ann Arbor, Michigan**
**1996-1998**

**Clinical appointments:**

1. **Chief of Emergency Medicine, 2016-present**
   **Department of Emergency Medicine**
   **Zuckerberg San Francisco General Hospital and Trauma Center**
   **San Francisco, California**

2. **Director of Emergency Medicine, 2010 – 2016**
   **Interim Director of the Department of Emergency Medicine, 2009-2010**
   **Associate Director, 2000-2009**
   **Attending Physician, 1998-2016**
   **Department of Emergency Medicine**
   **Denver Health**
   **Denver, Colorado**

3. **Program Director, EMS Fellowship**
   **2000-2012**

4. **Medical Director, Denver Paramedic Division**
   **2000-2012**

5. **Medical Director, Denver Fire Department**
   **2000-2010**

6. **Associate Director, Denver Paramedic Division**
   **1998-2000**

7. **Senior Associate Director, Denver Health Residency in Emergency Medicine**
   **2009 - 2016**

8. **Attending Physician, 1996-1998**
   **St. Joseph Mercy Hospital/University of Michigan**
   **Ann Arbor, Michigan**

**Honors and Awards:**          **2017-2018 Quarterly Resident Bedside Teaching Award**
                                **UCSF Department of Emergency Medicine**

**Outstanding Contributions - Best Authors in Adult
Emergency Medicine
UpToDate – Wolters Kluwer
March, 2017**

**2016 Career Service Award
Denver Health and Hospital Association
Medical Staff Awards
September 21st, 2016**

**The Peter Rosen Leadership Award
Presented by the 2016 Emergency Medicine Residency
at Denver Health for Outstanding Departmental
Leadership
June 27th, 2016**

**2016 Financial Vitality Pillar Award
For largest increase in charges and revenue while
maintaining same cost
June 9th, 2016**

**Meritorious Service Award
Presented by the Colorado Chapter of the American
College of Emergency Physicians for Achievements that
have Enhanced Colorado's Health Care System and the
Profession of Emergency Medicine in Colorado.
January 20th, 2015**

**2015 Patient Safety and Quality Pillar Award
For meticulous, high-quality, and thoughtful design and
implementation of Denver Health's Ebola Preparedness
Plan
June, 2015**

**The Corey M. Slovis Award for Excellence in
Education. U.S. Metropolitan Municipalities EMS
Medical Directors Consortium, February, 2015**

**Positively Collaborative Award for outstanding
collaboration towards the improvement of Colorado's
trauma system. Trauma Program, Colorado
Department of Public Health and Environment,
January, 2012**

The Vincent J. Markovchick Program Director's Award 2011

Distinctive Service Award – Denver Paramedic Division 2010

Chief Executive Officer Special Commendation Award for expert medical leadership of Denver's 911 system, 2009

Mayor's Award of Appreciation for assistance and aid to Hurricane Katrina evacuees. 2005

Ernest E. Moore Award for Outstanding Contributions in Trauma Care, 2000

Outstanding Senior Resident, 1996

Chief Resident, Emergency Medicine Residency, 1995-1996

**Membership in professional organizations:**

1. American College of Emergency Physicians (ACEP), 1994-present
   a. Fellow, 1999-present
   b. Colorado ACEP, 1993-1996, 1998-present
   c. Michigan ACEP, 1996-1998
2. American Medical Association (AMA), 1993-2000, 2006-present
3. National Association of EMS Physicians (NAEMSP), 2002-present
4. Society for Academic Emergency Medicine (SAEM), 1995-2000, 2008-present
5. Emergency Medicine Residents Association (EMRA), 1992-1997

**Major Committee, Teaching, and Service Responsibilities:**

1. Section Editor, Traumatic Emergencies. Corependium Emergency Medicine Textbook
2. UCSF Ad Hoc Committee for Faculty Misconduct Investigations, Standing Panel. 2019 – 2022
3. San Francisco Pride Parade - Medical Coverage (with San Francisco Fire Department). June 30th, 2019
4. Medical Executive Committee, Zuckerberg San Francisco General Hospital and Trauma Center. 2016-present

5. ZSFG CPG Board of Directors. 2016-present
6. UCSF Department of Emergency Medicine Incentive Review Committee. 2016 – present
7. Zuckerberg San Francisco General Hospital and Trauma Center Trauma Peer Review Committee. 2016-present
8. Board of Directors, American College of Emergency Physicians – Colorado Chapter, 2007-2011
9. Conference Director, Annual Rocky Mountain Conference in Trauma and Emergency Medicine, 2003 – 2016
10. American Board of Emergency Medicine (ABEM) Oral Board Examiner, 2011 - present
11. Course Director, Introduction to Traumatic Emergencies, (SURG 6623) University of Colorado School of Medicine, 1999
   a. A course for second year medical students that introduces the student to selected traumatic emergencies and their management
12. Course Director, Prehospital Medicine (SURG 6626), University of Colorado at Denver School of Medicine, 2005-2016
   a. A course for first and second year medical students that introduces them to prehospital medicine and includes clinical time riding on an ambulance
13. Course Director, Flight Medicine (SURG 6628), University of Colorado at Denver School of Medicine, 2009-2016
   a. A course for second year medical students (SURG 6626 is a pre-requisite) that introduces the student to flight medicine and includes clinical time riding in a helicopter as well as fixed wing airplane transport
14. Instructor, Introduction to Traumatic Emergencies, (SURG 6623) University of Colorado School of Medicine, 1999-2016
15. Lecturer, Injury Epidemiology and Control (PRMD 6637), University of Colorado School of Medicine, 2003
16. Instructor, Emergency Medicine at Denver Health Medical Center (SURG 8005), University of Colorado School of Medicine, 1998-2016
17. Instructor, Integrated Clinicians Course (ICC) 8005: Preparing for Internship: Reading and Understanding EKGs
18. Instructor, Integrated Clinicians Course (ICC) IDPT 7003: Management of Trauma, University of Colorado School of Medicine, 2011
19. Instructor, Integrated Clinicians Course (ICC) IDPT 7004: Management of Trauma, University of Colorado School of Medicine, 2010. Lecturer and small group leader
20. Instructor, Integrated Clinicians Course (ICC) IDPT 7004: Management of Trauma, University of Colorado School of Medicine, 2009. Lecturer and small group leader
21. Member, Medical Staff Executive Committee, 2009-present
22. Member, Denver Health Executive Committee for Patient Safety and Quality, 2006-2016

23. Council Member, Colorado's Mile High Regional Emergency and Trauma Advisory Council (RETAC), Denver County appointed representative, 2000-2016
24. Committee chair, Destination and Diversion committee, Mile High RETAC 2002-2016
25. Member, State EMS Formulary Task Force, 2006 – 2009
26. Member, Pediatric Trauma Committee, 2006-present
27. Member, Rocky Mountain Center for Medical Response (RMCMR), 2002-2016
28. Member, Colorado State Advisory Council on Emergency Medical Services, 1998-2000
29. Ute Mountain Ute EMS Program medical director, 1994-1996
30. Steering Committee member, Denver Health Residency in Emergency Medicine, 1998-2016
31. Denver Health Residency in Emergency Medicine Compliance Committee, 2006-2014
32. Pharmacy and Therapeutics Committee member, Denver Health Medical Center, 1998-2006
33. EMS Education committee member, Denver Health Medical Center, 1998-2016
34. Safety Committee member, Denver Health Medical Center, 1998-2001
35. Residency Advisory Committee, Denver Health Medical Center Residency in Emergency Medicine, 1998-2016
36. Moderator, Case Presentations, Rocky Mountain Critical Care Transport Conference, May, 2003
37. Instructor, Difficult Airway Lab, Rocky Mountain Critical Care Transport Conference, May, 2003
38. Trauma Center Site Surveyor, State of Florida Department of Health and Rehabilitative Services, Office of Emergency Medical Services, 2003-present
    a. Trauma site review – 10/23 – 10/25, 2019
39. Member, Denver EMS Council, 1998-2016
40. Member, Denver Metro Physician Advisors, 1999-2016
41. Medical Expert and Faculty, Boulder Trial Academy, International Association of Defense Counsel, 1998-2002
42. Member, Medical Advisory Group (MAG), to the Colorado State EMS Director, 2003-2008
43. Transfusion Committee member, St. Joseph Mercy Hospital, Ann Arbor, Michigan. 1996-1998

**Editorial Positions**

1. Section Editor, Trauma, UpToDate, 2009 - present
2. Section Editor, <u>Abstracts</u>
   The Journal of Emergency Medicine, 1999-2002
3. Review Editor, The Journal of Emergency Medicine, 1999-2008
4. Review Editor, Western Journal of Emergency Medicine, 2008 - present
5. Manuscript reviewer, Academic Emergency Medicine, 2003 – present
6. Manuscript reviewer, Critical Care, 2008-present
7. Manuscript reviewer, Patient Safety in Surgery, 2009-present
8. Guest Editor, EM International, Prehospital Care


**Publications:**

**Peer Reviewed Journal Articles**

1. Shapiro M, Dechert, **Colwell C**, Bartlett R, Rodriguez: <u>Geriatric Trauma: Aggressive Intensive Care Management is Justified.</u>  American Surgeon 1994;60(9):695-8
2. **Colwell C**, Pons PT, Blanchet J, Mangino C: <u>Claims Against a Paramedic Ambulance Service: A Ten Year Experience.</u> J Emerg Med 1999, 17(6):999-1002
3. Apfelbaum J, **Colwell C**, Roe E: <u>Precipitous Breech Delivery of Twins: A Case Report.</u> Prehospital Emerg Care 2000; 4(1):78-81
4. Gnadinger CA, **Colwell C**, Knaut AL: <u>Scuba Diving-Induced Pulmonary Edema in a Swimming Pool.</u> J Emerg Med 2001; 21(4):419-421
5. Houry D, **Colwell C**, Ott C: <u>Abdominal Pain in a Child after Blunt Abdominal Trauma: An Unusual Injury.</u> J Emerg Med 2001; 21(3):239-241
6. Barton E, Ramos J, **Colwell C**, Benson J, Bailey J, Dunn W: <u>Intranasal Administration of Naloxone by Paramedics.</u> Prehosp Emerg Care 2002; 6:54-8
7. **Colwell C**, Pons PT, Pi R: <u>Complaints Against an EMS System.</u> J Emerg Med 2003;25(4):403-408
8. **Colwell C,** McVaney K, Haukoos J, Wiebe D, Gravitz C, Dunn W, Bryan T: <u>An Evaluation of Out-of-Hospital Advanced Airway Management in an Urban Setting.</u> Acad Emerg Med 2005; 12(5):417-22
9. McVaney KE, Macht M, **Colwell CB**, Pons PT: <u>Treatment of Suspected Cardiac Ischemia with Aspirin by Paramedics in an Urban Emergency Medical Services System.</u> Prehospital Emerg Care 2005, 9(3):282-284
10. Barton E, **Colwell CB**, Wolfe TR, Fosnocht D, Gravitz C, Bryan T, Dunn W, Benson J, Bailey J: <u>The Efficacy of Intranasal Naloxone as a Needleless Alternative for Treatment of Opiate Overdose in the Prehospital Setting.</u> J Emerg Med 2005;29(3):265-71
11. Levine SD, **Colwell CB**, Pons PT, Gravitz C, Haukoos JS, McVaney KE: <u>How Well do Paramedics Predict Admission to the Hospital? A Prospective Study.</u> J Emerg Med 2006;31(1):1-5

12. **Colwell CB**: Case Studies in Infectious Disease: Travel-Related Infections. Emerg Med 2006;38(10):35-43

13. Bonnett CJ, Peery BN, Cantril SV, Pons PT, Haukoos JS, McVaney KE, **Colwell CB:** Surge capacity: a proposed conceptual framework. Am J Emerg Med 2007;25:297-306.

14. **Colwell C**. Initial evaluation and management of shock in adult trauma. In: UpToDate, Basow DS (Ed), UpToDate, Waltham, MA, 2007 - present

15. Bonnett CJ, **Colwell CB**, Schock T, McVaney KE, Depass C: Task Force St. Bernard: Operational Issues and Medical Management of a National Guard Disaster Response. Prehospital and Disaster Medicine 2007;22(5):440-447

16. **Colwell CB**: Heat Illness. Emerg Med 2008; 40(6): 33-39

17. **Colwell CB**, Cusick JC, Hawkes AP and the Denver Metro Airway Study Group: A prospective study of prehospital airway management in an urban EMS system. Prehosp Emerg Care 2009; 13:304-310

18. **Colwell CB**, Mehler P, Harper J, Cassell L, Vazquez J, Sabel A: Measuring quality in the prehospital care of chest pain patients. Prehospital Emerg Care 2009;13:237-240

19. Kashuk JL, Halperin P, Caspi G, **Colwell CB**, Moore EE: Bomb explosions in acts of terrorism: Evil creativity challenges our trauma systems. J Am Coll Surg 2009; 209(1):134-140

20. Stone SC, Abbott J, McClung CD, **Colwell CB**, Eckstein M, Lowenstein SR: Paramedic knowledge, attitudes, and training in end-of-life care. Prehospital Disaster Medicine 24(6):529-34, Nov-Dec 2009.

21. Gaither JB, Matheson J, Eberhardt A, **Colwell CB**: Tongue engorgement associated with prolonged use of the King-LT laryngeal tube device. Ann Emerg Med, 2009. Ann Emerg Med 2010; 55(4):367-9.

22. Bookman SJ, Eberhardt AM, Gaither JB, **Colwell CB**: Hospital Group Preparation for the 2008 Democratic National Convention. Journal of Homeland Security and Emergency Management 2010; Vol. 7: Iss. 1, Article 16.

23. Haukoos JS, Witt G, Gravitz C, Dean J, Jackson D, Candlin T, Vellman P, Riccio J, Heard K, Kazatomi T, Luyten D, Pineda G, Gunther J, Biltoft J, **Colwell CB**: Out-of-hospital cardiac arrest in Denver, Colorado: Epidemiology and outcomes. Acad Emerg Med 2010; 17(4):391-8.

24. Haukoos JS, Byyny RL, Erickson C, Paulson S, Hopkins E, Sasson C, Bender B, Gravitz C, Vogel JA, **Colwell CB**, Moore EE. Validation and refinement of a rule to predict emergency intervention in adult trauma patients. Ann Emerg Med 2011;58:164-171

25. **Colwell CB**, Eberhardt A. Less Lethal Force. Emergency Medicine Reports 2011, 32(18):1-12

26. Soriya G, McVaney KE, Liao MM, Haukoos JS, Byyny RL, Gravitz C, **Colwell CB.** Safety of prehospital intravenous fentanyl for adult trauma patients. J Trauma Acute Care Surg 2012;72(3):755-59

27. Gudnik MR, Sasson C, Rea TD, Sayre MR, Zhang J, Bobrow BJ, Spaite DW, McNally B, Denninghoff K, Stolz U, Levy M, Barger J, Dunford JV, Sporer K, Salvucci A, Ross D, **Colwell CB**, Turnbull D, Rosenbaum R, Schrank K,

Waterman M, Dukes R, Lewis M, Fowler R, Lloyd J, Yancey A, Grubbs E, Lloyd J, Morris J, Boyle S, Johnson T, Wizner C, White M, Braithwaite S, Dyer S, Setnik G, Hassett B, Santor J, Swor B, Chassee T, Lick C, Parrish M, Radde D, Mahoney B, Todd D, Salomone J, Ossman E, Myers B, Garvey L, Camerson J, Slattery D, Ryan J, McMullan J, Keseg D, Leaming J, Sherwood BK, Luther J, Slovis C, Hinchey P, Harrington M, Griswell J, Beeson J, Persse D, Gamber M, Ornato J. Increasing hospital volume is not associated with improved survival in out of hospital cardiac arrest of cardiac etiology. Resuscitation 2012; 83(7):862-8

28. Mascolo M, Trent S, **Colwell CB**, Mehler PS. What the Emergency Department needs to know when caring for your patients with eating disorders. Int J Eat Disord 2012;45(8):977-81

29. **Colwell CB**, Bookman S, Johnston J, Roodberg K, Eberhardt AM, McVaney KE, Kashuk J, Moore EE. Medical Preparation for the 2008 Democratic National Convention. J Trauma Acute Care Surg 2012 Dec;73(6):1624-8

30. Trent SA, Moreira ME, **Colwell CB**, Mehler P. ED management of patients with eating disorders. Am J Emerg Med 2013 May;31(5):859-65

31. French AJ, **Colwell CB**. Atlas of Emergency Ultrasound. J Trauma Acute Care Surg 2013;75:919.

32. Cleveland N, **Colwell C**, Douglass E, Hopkins E, Haukoos JS. Motor Vehicle Crash Severity Estimations by Physicians and Prehospital Personnel. Prehosp Emerg Care 2014;18(3):402-7

33. Macht M, Mull AC, McVaney KE, Caruso EH, Johnston JB, Gaither JB, Shupp AM, Marquez KD, Haukoos JS, **Colwell CB**. Comparison of Droperidol and Halperidol for use by paramedics: Assessment of safety and effectiveness. Prehosp Emerg Care 2014:18(3):375-80

34. Nassel AF, Root ED, Haukoos JS, McVaney K, **Colwell C**, Robinson J, Eigel B, Magid DJ, Sasson C. Multiple cluster analysis for the identification of high-risk census tracts for out-of-hospital cardiac arrest (OHCA) in Denver, Colorado. Resuscitation 2014;85:1667-73

35. Vogel JA, Seleno N, Hopkins E, **Colwell CB**, Gravitz C, Haukoos JS. Denver Emergency Department Trauma Organ Failure Score outperforms traditional methods of risk stratification in trauma.  Am J Emerg Med 2015;33(10):1440-4

36. Vogel JA, Newgard CD, Holmes JF, Diercks DB, Arens AM, Boatright DH, Bueso A, Gaona SD, Gee KZ, Nelson A, Voros JJ, Moore EE, **Colwell CB**, Haukoos JS; Western Emergency Services Translational Research Network. Validation of the Denver Emergency Department Trauma Organ Failure Score to Predict Post-Injury Multiple Organ Failure. J Am Coll Surg 2016;222(1):73-82

37. Joseph D, Vogel JA, Smith CS, Barrett W, Bryskiewicz G, Eberhardt A, Edwards D, Rappaport L, **Colwell CB**, McVaney KE. Alcohol as a Factor in 911 Calls in Denver. Prehosp Emerg Care 2018, 22(4):427-35

38. Hsia RY, Huang D, Mann NC, **Colwell C**, Mercer MP, Dai M, Niedzwiecki MJ. A US National Study of the Association Between Income and Ambulance

Response Time in Cardiac Arrest. JAMA Network Open 2018;1(7):e185202.
doi:10.1001/jamanetworkopen.2018.5202

**Invited Articles, Book Chapters, and Editorials**

1. **Colwell C**, Harken A: _Cardiac Arrhythmias_. In: Markovchick V, Pons P(eds) Emergency Medicine Secrets. Hanley & Belfus, Inc., Philadelphia, PA; 2nd Edition, 1999, pp. 119-123
2. Murphy P, **Colwell C**: _Prehospital Management of Epiglottitis_. EMS 2000; 29(1):41-9
3. Murphy P, **Colwell C**: _Prehospital Management of Neck Trauma._ EMS 2000; 29(5):53-71
4. Murphy P, **Colwell C**: _Heatwave: Prehospital Mangement of Heat Related Conditions._ EMS 2000; 29(6):33-49
5. Murphy P, **Colwell C**: _Prehospital Management of Diabetes._ EMS 2000; 29(10):78-85
6. Murphy P, **Colwell C**, Bryan T: _Noncardiac Chest Pain._ EMS 2001; 30(4):66-71
7. Murphy P, **Colwell C**: _Communication Breakdown: When Medic and Medical Control Don't Agree._ Cover Story, EMS 2001 30(5):61-2
8. Murphy P, **Colwell C**, Linder G: _Assessment Clues._ EMS 2001; 30(7):45-8
9. **Colwell C**, Murphy P, Bryan T: _Mechanism of Injury: An Overview_ Cover Story, EMS 2003; 32(5):52-64
10. **Colwell C**, Harken A: _Cardiac Arrhythmias_. In: Markovchick V, Pons P(eds) Emergency Medicine Secrets. Hanley & Belfus, Inc., Philadelphia, PA; 3rd Edition, 2003, pp. 140-143
11. Kendall J, **Colwell C**: _Pericarditis and Myocarditis_ In: Markovchick V, Pons P (eds) Emergency Medicine Secrets. Hanley & Belfus, Inc., Philadelphia, PA; 3rd Edition, 2003, pp. 149-154
12. **Colwell CB,** Murphy P, Bryan T. _Prehospital Management of the Pregnant Patient._ EMS 2004; 33(3):59-67.
13. **Colwell CB,** Murphy P, Bryan T. _Pulseless Electrical Activity._ EMS 2004; 33(9):63-8.
14. **Colwell CB,** Murphy P, Bryan T, Nelson S. _Psychological Disorders: A General Overview._ EMS 2004;33(11):74-83.
15. **Colwell C:** _Traumatic Shock_  In: Harwood-Nuss A, Wolfson A (eds) The Clinical Practice of Emergency Medicine. Lippincott Williams & Wilkins, Philadelphia, PA; 4th Edition, 2005; 907-12.
16. **Colwell C**, Murphy P, Bryan T. _Pediatric Potpourri: An Overview of Select Pediatric Conditions._ EMS 2005;34(7):50-58
17. **Colwell C,** Murphy P, Bryan T. _Uncompleted Suicide Attempts._ EMS 2005;34(11):73-86
18. Murphy P, **Colwell CB,** Pineda G, Bryan T: _Breaking Down Barriers: How EMS providers can communicate with autistic patients._ EMS 2006;35(4):84-89

19. Murphy P, **Colwell CB,** Pineda G, Bryan T: *Traumatic Amputations.* EMS 2006; 35(6):90-96
20. **Colwell CB**, Murphy P, Bryan T: *Geriatric Trauma.* EMS 2006;35(9):135-140
21. **Colwell CB**: *Cardiac Dysrhythmias, Pacemakers, and Implantable Defibrillators* In: Markovchick V, Pons P (eds) Emergency Medicine Secrets. Mosby Elsevier, Philadelphia, PA; 4th Edition, 2006: 194-204
22. Kendall JL, **Colwell CB**: *Pericarditis and Myocarditis* In: Markovchick V, Pons P (eds) Emergency Medicine Secrets. Mosby Elsevier, Philadelphia, PA; 4th Edition, 2006: 213-218
23. **Colwell CB**: *Disasters* In: Chapleau W, Pons P (eds) Emergency Medical Technician. Mosby JEMS Elsevier, St. Louis, MO, 2007:708-725
24. **Colwell CB**: *Hyperkalemia* In: Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (eds): Rosen and Barkin's 5-Minute Emergency Consult Lippincott Williams & Wilkins, Philadelphia, PA; 3rd Edition, 2007: 550-551
25. **Colwell CB**: *High Altitude Illness* In: Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (eds): Rosen and Barkin's 5-Minute Emergency Consult Lippincott Williams & Wilkins, Philadelphia, PA; 3rd Edition, 2007:522-523
26. **Colwell CB**: *Dialysis Complications* In: Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (eds): Rosen and Barkin's 5-Minute Emergency Consult Lippincott Williams & Wilkins, Philadelphia, PA; 3rd Edition, 2007:310-311
27. **Colwell CB**: *Gastroenterology* In: Chapleau W, Burba AC, Pons PT, Page D (eds): The Paramedic McGraw-Hill, New York, NY; 2008:839-861
28. **Colwell CB**: *Lightning and Electrical Injuries*  In: Adams JG (Ed): Emergency Medicine Elsevier, Philadelphia, PA, 2008;131:1451
29. Murphy P, **Colwell CB**, Pineda G, Bryan T: *Cerebral hemorrhage. What EMS providers need to know about cerebral anatomy and common forms of cerebral hemorrhage.* EMS 2009; 38(5):46-55
30. **Colwell CB,** Johnston J, Schimpf B, Nieberlein D, Petre B, Bookman S, Robinson J, Jackamore S, Gaither J, Eberhardt A, Benson J, Crowl D. *The response and lessons learned from the crash at Denver International Airport.* JEMS 2009; 34(9):36-45.
31. Murphy P, **Colwell CB**, Pineda G, Bryan T. *Shortness of breath: A review of select conditions.* EMS 2009, 38(7):51-63.
32. **Colwell CB,** Moore EE: *Traumatic Shock* In: Wolfson AB (ed): Harwood-Nuss' Clinical Practice of Emergency Medicine Lippincott Williams &Wilkins, Philadelphia, PA, 5th Edition, 2009:142-148
33. **Colwell CB,** Markovchick V: *Radiation Injuries* In: Marx JA, Hockberger RS, Walls RM (eds): Rosen's Emergency Medicine: Concepts and Clinical Practice Mosby Elsevier Philadelphia, PA 7th Edition, 2009:1933-1941
34. Murphy P, **Colwell CB**, Pineda G, Bryan T: *Burning issues: By understanding the pathophysiology of burns, providers can give patients their best chance at good outcomes.* EMS 2009, 38(10):83-90.
35. Murphy P, **Colwell CB**, Pineda G, Bryan T: *Abdominal Pain: A review of select conditions.* EMS 2010, 39(1):68-74

36. Murphy P, **Colwell CB**, Pineda G, Bryan T: *A Shocking Call: Prehospital assessment and management of electrical injuries and lightning strikes.* EMS 2010, 39(2):46-53

37. Murphy P, **Colwell CB**, Pineda G, Bryan T: *Shootings: What EMS providers need to know: the assessment and treatment of victims of gunshot wounds*. EMS 2010, 39(4):37-45

38. **Colwell CB**: *Managing the Acutely Agitated Patient*. EMS Innovations 2010 EMS 2010, 39(7):I-8-I-9

39. Soriya G, **Colwell CB**: *Basic Life Support*. In: Moore EE (ed): <u>Encyclopedia of Intensive Care Medicine</u> Springer, 1st Edition, 2010

40. Soriya G, **Colwell CB**: *Emergency Medical Services* In: Moore EE (ed): <u>Encyclopedia of Intensive Care Medicine</u> Springer, 1st Edition, 2010

41. Mull A, **Colwell CB**: *Prehospital Care* In: Moore EE (ed): <u>Encyclopedia of Intensive Care Medicine</u> Springer, 1st Edition, 2010

42. Murphy P, **Colwell CB**, Pineda G, Bryan T: *Hemochromatosis*. EMS 2010; 39(10):53-57

43. **Colwell CB**: *Hyperkalemia* In: Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin AZ, Shayne P, Rosen P (eds): <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> Lippincott Williams & Wilkins, a Wolters Kluwer, PA 4th Edition, 2011: 552-553

44. **Colwell CB**: *High Altitude Illness* In: Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin AZ, Shayne P, Rosen P (eds): <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> Lippincott Williams & Wilkins, Wolters Kluwer, PA 4th Edition, 2011: 524-525

45. **Colwell CB**: *Dialysis Complications* In: Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin AZ, Shayne P, Rosen P (eds): <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> Lippincott Williams & Wilkins, a Wolters Kluwer, PA 4th Edition, 2011: 310-311

46. **Colwell CB**, Mull AC: *Cardiac Dysrhythmias, Pacemakers, and Implantable Defibrillators*. In: Markovchick VJ, Pons PT, Bakes KM (eds): <u>Emergency Medicine Secrets</u> Elsevier Mosby, St. Louis MO 5th Edition, 2011:208-218

47. Kendall JL, **Colwell CB**: *Pericarditis and Myocarditis* In: Markovchick VJ, Pons PT, Bakes KM (eds): <u>Emergency Medicine Secrets</u> Elsevier Mosby, St. Louis MO 5th Edition, 2011:229-234

48. **Colwell CB**, Soriya G: *Heat Illness* In: Markovchick VJ, Pons PT, Bakes KM (eds): <u>Emergency Medicine Secrets</u> Elsevier Mosby, St. Louis MO 5th Edition, 2011:407-410

49. Murphy P, **Colwell CB,** Pineda G: *Smoke Inhalation*. EMS World 2011; May issue

50. Eberhardt A, **Colwell CB**: *Prehospital Care.* In: Legome E, Shockley LW (eds): <u>Trauma: A Comprehensive Emergency Medicine Approach</u> Cambridge University Press, New York, 2011:653-662

51. Crowl D, **Colwell CB**, Mettera CJ: *Double trouble: Don't get fooled when assessing the pregnant trauma patient.* JEMS 2011; Sept:52-59

52. Mehler PS, **Colwell CB**, Stahel PF: *A structured approach to improving patient safety: Lessons from a public safety-net system.* Patient Safety in Surgery 2011; 5:32 (1 December, 2011)

53. Murphy P, **Colwell CB**, Pineda G: *Understanding the Trauma Triad of Death*. EMS World 2012, 41(2):44-51

54. Thomas SH, Colwell CB, Deslandes J, Dyer S, Goodloe JM. Prehospital Care. Emerg Med International 2012, Article ID 965480

55. **Colwell CB.** *On-Line Medical Direction*. In: Pons PT, Markovchick VJ (eds): Prehospital Care: Pearls and Pitfalls. People's Medical Publishing House, Shelton, CT, 2012:79-82

56. **Colwell CB**. *Incident Management*. In: Pons PT, Markovchick VJ (eds): Prehospital Care: Pearls and Pitfalls. People's Medical Publishing House, Shelton, CT, 2012:137-45

57. **Colwell CB**. *Chest Pain*. In: Pons PT, Markovchick VJ (eds): Prehospital Care: Pearls and Pitfalls. People's Medical Publishing House, Shelton, CT, 2012:239-44

58. Prehospital Care. Emergency Medicine International Special Edition. Thomas SH, **Colwell C**, Deslandes JC, Dyer S, Goodloe JM, Guest Editors. Hindawi Publishing Corp, 2012

59. Thomas SH, **Colwell C**, Deslandes JC, Dyer S, Goodloe JM. Prehospital Care. Emergency Medicine International 2012; article ID 965480

60. **Colwell CB**. *Lightning and Electrical Injuries*. In: Adams (ed): Emergency Medicine: Clinical Essentials Elsevier Saunders, Philadelphia, PA 2nd Edition 2013:1148-52

61. **Colwell CB.** Book review: *An Introduction to Clinical Emergency Medicine, 2nd ed.* In: J Trauma and Acute Care Surgery 2013 Jan;74(1):344

62. **Colwell CB.** *Radiation Injuries* In: Marx (ed): Rosen's Emergency Medicine; Concepts and Clinical Practice Elsevier Saunders, Philadelphia, PA 8th Edition, 2014:1945-53

63. Murphy P, **Colwell C**, Pineda G. *All You Need to Know About Bariatrics*. EMS World 2014, 43(3):26-35

64. **Colwell CB**, Moore EE. *Traumatic Shock*. In: Wolfson AB (ed): Harwood Nuss' Clinical Practice of Emergency Medicine Lippincott Williams &Wilkins, Philadelphia, PA, 6th Edition, 2014:137-142

65. **Colwell CB**. *High Altitude Illness* In: Schaider et al (ed): Rosen and Barkin's 5- Minute Emergency Medicine Consult. Wolters Kluwer, Philadelphia, PA 5th Edition, 2015:534-5

66. **Colwell CB**. *Dialysis Complications* In: Schaider et al (ed): Rosen and Barkin's 5- Minute Emergency Medicine Consult. Wolters Kluwer, Philadelphia, PA 5th Edition, 2015: 312-3

67. **Colwell CB**. *Hyperkalemia* In: Schaider et al (ed): Rosen and Barkin's 5- Minute Emergency Medicine Consult. Wolters Kluwer, Philadelphia, PA 5th Edition, 2015: 562-3

68. **Colwell CB**. *Refusal in the Field: When can an uncooperative patient refuse care and transport?* Journal of Emergency Medical Services (JEMS) July, 2016

69. **Colwell CB**, Moore E. *Initial evaluation and management of abdominal gunshot wounds in adults.* In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA. (Accessed July 12, 2019 – 10,156 views in 2018)

70. **Colwell CB**, Moore E. *Initial evaluation and management of abdominal stab wounds in adults*. In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA. (Accessed July 12, 2019 – 10,383 views in 2018)

71. **Colwell CB**. *Initial evaluation and management of shock in adult trauma and management of non-hemorrhagic shock*. In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA. (Accessed July 12, 2019 – 17,317 views in 2018)

72. **Colwell CB**. *Geriatric trauma: Initial evaluation and management.* In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA. (Revision – July, 2019. 17,777 views in 2018)

73. **Colwell CB**. *Supply, Demand, and Crisis: Emergency Department Diversion of Ambulances in San Francisco.* San Francisco Medicine (Journal of The San Francisco Medical Society), 90(3):15-17, April, 2017

74. **Colwell CB,** Fox CJ. *Abdominal Aortic Aneurysm.* In: Rosen's Emergency Medicine – Concepts and Clinical Practice. Elsevier, Philadelphia, PA. 9th Edition, 2018:1027-35.

75. **Colwell CB**. *Imaging in trauma.* Audio Digest Emergency Medicine 35:16 (August 21), 2018

76. **Colwell CB.** *Geriatric trauma.* Audio Digest Emergency Medicine 35:16 (August 21), 2018

77. Mason J, **Colwell CB,** Grock A. *Agitation Crisis Control.* Ann Emerg Med 2018;72:371-3

78. Mason J, Mallon B, **Colwell CB**. *Restraining the Agitated Patient.* EM:RAP October 2018, Volume 18, Issue 10.

79. **Colwell CB.** *Initial management of moderate to severe hemorrhage in the adult trauma patient.* In UpToDate. Post TW (Ed), UpToDate, Waltham, MA. (Accessed July 12, 2019 – 73,983 views in 2018)

80. **Colwell CB**. *Media Communication.* In: Communication in Emergency Medicine. Moreira ME and French AJ (Eds). Oxford University Press, New York, NY, 2019: 259-267

**Letters to the Editor**

1. **Colwell C**, Markovchick V, Pons P: **Drug Concern** J. Emerg. Med. Services 2000;25:10

2. Abboud P, **Colwell C**: **Critically reappraising the literature-driven practice of analgesia administration for acute abdominal pain in the emergency room prior to surgical evaluation.** Am J Surg, 2004; Jul 188(1):102-3, Author reply 103-4

3. **Colwell C**, McVaney K, Haukoos J: Reply to: **Out-of-hospital Endotracheal Intubation-It's Time to Stop Pretending that Problems Don't Exist.** Acad Emerg Med 2005;12(12):1245-6

4. **Colwell C**: **Reply to: EMS Response to Columbine: Lessons Learned**. The Internet Journal of Rescue and Disaster Medicine 2006; Vol. 5, No. 2

**Abstracts Presented**

1. **Colwell C,** Wolfe R, Moore E, Cairns C: **Differences in Hemodynamic Data Between Geriatric and Younger Adult Trauma Patients.** Poster Presentation; 21st Annual Rocky Mountain Conference on Emergency Medicine and Nursing, Jan. 30th, 1995

2. **Colwell C**, Wolfe R, Moore E, Cairns C: **Differences in Hemodynamic Data Between Geriatric and Younger Adult Trauma Patients.** Presented as an oral presentation at the 25th Annual Meeting of the Society for Academic Emergency Medicine, Denver, Colorado, May, 1995.

3. Branney S, **Colwell C**, Aschenbrenner J, Pons P: **Safety of Droperidol for Sedating Out-of-control ED Patients.** Presented at the Annual Meeting of the Society for Academic Emergency Medicine, Denver, Colorado, 1996. (Acad Emerg Med 1996; 3:527)

4. Barton E, Ramos J, **Colwell C**: **Intranasal Administration of Naloxone by Paramedics: Could this be a better practice?** Presented at American College of Emergency Physicians (ACEP) Research Forum, October 2001. (Ann Emerg Med 2001; 38(4):Supplement p. S18)

5. Barton E, **Colwell C**, Ramos J: **Intrnasal Administration of Naloxone by Paramedics: Could this be a better practice?** Presented at The First Mediterranean Emergency Medicine Congress, Stressa Convention Center, Stressa, Italy, September 2001

6. Levine S, **Colwell C**, Pons P, Gravitz C, Haukoos J: **How well do paramedics predict admission to the hospital?** Presented at AAEM Resident Research Competition, San Diego, California, February 2005

7. **Colwell C,** Mehler P, Sabel A, Harper J, Johnson L, Cassell L: **Determining the Quality of Comprehensive Care for Non-Traumatic Chest Pain through a Composite Measure.** Presented at SAEM Western Regional Research Forum, Portland, Oregon, March, 2007.

8. **Colwell C,** Mehler P, Sabel A, Harper J, Johnson L, Cassell L. **Analysis of Ambulance Response for Patients with Medical Chest Pain Based on the Severity of Potential Cardiac Symptoms.** Presented at SAEM Western Regional Research Forum, Portland, Oregon, March 2007.

9. Haukoos JA, Witt G, **Colwell C. The Epidemiology of Out-of-Hospital Cardiac Arrest in Denver, Colorado. Results from Phase I of the Denver Cardiac Arrest Registry.** Presented at SAEM Annual Meeting, May 30th, 2008, Washington D.C.

10. Kashuk JL, Moore EE, Barnett C, Berlew CC, **Colwell CB**, Brody A, Johnson J, Biffl W, Sabel AL. **Implementation of an in-hospital mass casualty incident (MCI) plan based upon the Israeli model: The challenges of shifting to the battlefield mentality in the civilian setting.** International

Preparedness & Response to Emergencies & Disasters Conference. Tel –Aviv, Israel. January 11th, 2010.

11. Moore EE, Kashuk JL, **Colwell CB**, Barnett C, Burlew CC, Biffl WL, Johnson JL, Brody A, Sabel A**. Live victim volunteers (LVV) enhance performance improvement for in-hospital mass casualty incident (MCI) drills: listen to the patient!** International Preparedness & Response to Emergencies and Disasters (IPRED). Tel-Aviv, Israel. January 12th, 2010.

12. Barnett C, Kashuk J, Moore EE, **Colwell CB**, Johnson JL, Biffl W, Burlew CC, Brody A, Sabel A. **Notification and Communication: Critical initial steps in mass casualty incident drills.** International Preparedness & Respons to Emergencies and Disasters (IPRED). January 12th, 2010. Tel Aviv, Israel

13. **Colwell CB**, Moore EE, Kashuk J, Robinson J, Bookman S. **Lessons learned from the 2008 Democratic National Convention**. International Preparedness & Response to Emergencies and Disasters (IPRED). Tel-Aviv, Israel. January 12th, 2010.

14. Soriya G, **McVaney K**, **Liao M**, **Haukoos J**, **Byyny R**, **Colwell C**. **Safety of pre-hospital single-dose fentanyl in adult trauma patients**. 13th Annual Western Regional Society for Academic Emergency Medicine Meeting, Sonoma, CA, 2010 (Oral).

15. Soriya G, McVaney K, **Liao M**, **Haukoos J**, **Byyny R**, **Colwell C**. **Safety of pre-hospital single-dose fentanyl in adult trauma patients**. Society for Academic Emergency Medicine Annual Meeting, Scottsdale, Phoenix, AZ, 2010 (Poster).

16. Sasson C, **Colwell C**, McNally B, Haukoos J. **"Associations Between Individual-level and Census Tract-level Characteristics and Performance of Bystander CPR Among Patients Who Experience Out-of-Hospital Cardiac Arrest."** Oral Presentation American Heart Association November 2010.

17. Sasson C, **Colwell C**, McNally B, Dunford J, Haukoos J. "Using the Cardiac Arrest Registry to Enhance Survival to Examine Regional Variation in the Utilization of Automated External Defibrillators." Poster Presentation Resuscitation Science Symposium American Heart Association November 2010.

18. Macht M, **Colwell CB**, Mull A, Johnston J B, Shupp A, Marquez KD, Gaither J, Haukoos J. "Droperidol versus haloperidol for prehospital sedation of acutely agitated patients." Poster presentation at NAEMSP 2012 Annual Meeting, January 2012

19. Nassel A, Haukoos J, McNally B, **Colwell CB**, Severyn F, Sasson C. "Using Geographic Information Systems and Cluster Analysis to identify Neighborhoods with High Out of Hospital Cardiac Arrest Incidence and Low Bystander Cardiopulmonary Resuscitation Prevalence in Denver, Colorado." Oral Presentation, Society of Academic Emergency Medicine Annual Meeting, May 2012, Chicago, Illinois. Acad Emerg Med 2012 19(4) Suppl.1, #513:S271-272

20. Vogel JA, Arens A, Johnson C, Ruygrok M, Smalley C, Byyny R, **Colwell CB**, Haukoos J. "Prehosptial and Emergency Department Intubation is

      Associated with Increased Mortality in Patients with Moderate to Severe Traumatic Brain Injury". Oral Presentation, Society of Academic Emergency Medicine Annual Meeting, May 2012, Chicago, Illinois. Acad Emerg Med 2012 19(4) Suppl. 1, #517:S273-S274

21. Vogel JA, Sasson C, Hopkins E, **Colwell CB**, Haukoos J. "Systems-Wide Cardiac Arrest Interventions Improve Neurologic Survival after Out-of-Hosptial Cardiac Arrest". Moderated Poster Presentation, Society of Academic Emergency Medicine Annual Meeting, May 2012, Chicago, Illinois. Acad Emerg Med 2012 19(4) Suppl. 1, #615:S324

22. Muramoto S**, Colwell C**, Mehler P, Bakes K. "Cost analysis of a hospital-based violence intervention program: At-risk intervention and mentoring program (AIM)." Poster presentation at 25th Annual Interprofessional Research and EBP Symposium, March 2014, Denver, CO.

23. Huang D, Niedzwiecki M, Mercer M, **Colwell C**, Mann C, Hsia R. "Poor Neighborhoods Have Slower Response and Transport Times". Oral Presentation, National Association of EMS Physicians (NAEMSP) 2017 Annual Meeting, New Orleans, LA, January 26th, 2017.

24. Kanzaria HK, Mercer MP, To J, Costa B, Luna A, Bilinski J, Staconis D, Pitts M, Dentoni T, Williams T, Singh MK, **Colwell CB**, Marks JD. "Using Lean Methodology to Create a Care Pathway for Low Acuity Emergency Department Patients in a Safety-Net Hospital". Poster presentation, Society for Academic Emergency Medicine (SAEM) 2017. Orlando, FL. May 17th, 2017.

25. Niedzwiecki M, Huang D, Mercer M, **Colwell CB**, Mann NC, Hsia RY. "Do Poor Neighborhoods Have Slower EMS Times? Oral presentation, Society for Academic Emergency Medicine (SAEM) 2017. Orlando, FL, May 18th, 2017

**Invited Lectures, Presentations, and Visiting Professorships:**

1. <u>Hypertensive Emergencies</u>
Interdepartmental Grand Rounds, University of Michigan
Ann Arbor, Michigan, May 1997

2. <u>Pediatric Meningitis</u>
Emergency Medicine Grand Rounds, University of Michigan
Ann Arbor, Michigan, October, 1997

3. <u>Antibiotic Use in the Emergency Department</u>
Attending Lecture in Emergency Medicine
Denver Health Medical Center, Denver, Colorado, October 1998

4. <u>The Myth of EMS Response Times</u>
26th Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado, July 1999

5. <u>Geriatric Trauma</u>
26th Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado, July 1999

6. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Multidisciplinary Trauma Conference, Denver Health Medical Center

Denver, Colorado, September 1999

7. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Northeast EMS Conference
Boston, Massachusetts, September 1999

8. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Keynote Address, Winnipeg EMS Conference
Winnipeg, Canada, October 1999

9. <u>Mass Casualty and Disaster Management</u>
Grand Rounds
Harvard Medical School and Harvard Affiliated Emergency Medicine
Residency
October 26th, 1999
Boston, Massachusetts

10. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Pediatric Emergency Care Conference
Grand Rapids, Michigan, March 2000

11. <u>Geriatric Trauma</u>
Trauma Care Appreciation Day
Denver, Colorado, May 2000

12. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Fifth International Conference on Pediatric Trauma
Beaver Creek, Colorado, June 2000

13. <u>Complaints Against EMS</u>
27th Annual Rocky Mountain Trauma and Emergency Medicine Conference
Steamboat, Colorado, July 2000

14. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Sixth Annual Trauma Symposium, Cleveland Clinic Health System
Cleveland, Ohio, October 2000

15. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
EMS TEST Conference
Columbus, Georgia, October 2000

16. <u>Myocardial Infarction</u>
Colorado State EMS Conference 2000
Breckenridge, Colorado, October 2000

17. <u>Hypothermia</u>
Colorado State EMS Conference 2000
Breckenridge, Colorado, October 2000

18. <u>Complaints Against EMS</u>
Colorado State EMS Conference 2000
Breckenridge, Colorado, October 2000

19. <u>Hypothermia</u>
Rocky Mountain Winter Trauma and Emergency Medicine Conference
Copper Mountain, Colorado, January 2001

20. <u>Mechanism of Injury</u>
Grand Rounds, Longmont Community Hospital
Longmont, Colorado, March 2001

21. <u>Stabilization of the Trauma Patient</u>
Trauma Care Appreciation Day, Denver Health Medical Center
Denver, Colorado, April 2001

22. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
El Paso EMS Conference
El Paso, Texas, September 2001

23. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Memorial Medical Center Trauma Conference
Johnstown, Pennsylvania, October 2001

24. <u>Mechanism of Injury</u>
Colorado State EMS Conference 2001
Breckenridge, Colorado, October 2001

25. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Massachusetts EMS Conference
Worcester, Massachusetts, December 2001

26. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Sierra-Cascade Trauma Society
Crested Butte, CO, February, 2002

27. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Emergency Medicine Grand Rounds, University of Massachusetts
Worcester, Massachusetts, March 2002

28. M<u>ass Casualty and Disaster Management: The Columbine Shootings</u>
Multidisciplinary Trauma Conference, Denver Health Medical Center
Denver, Colorado, March 2002

29. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Grand Rounds, Day Kimball Hospital
Putnam, Connecticut, May 2002

30. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Grand Rounds, Legacy Emanuel Hospital & Health Center
Portland, Oregon, June 2002

31. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Trauma Grand Rounds, Scripps Memorial Hospital
La Jolla, California, September 2002

32. <u>High Altitude Illness</u>
Annual Meeting, Sierra Cascade Trauma Society
Vail, Colorado, January 2003

33. <u>ALS in Trauma: Should We Even Bother?</u>
30th Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado, August 2003

34. <u>Hypothermia</u>
30th Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado, August 2003

35. <u>Research in EMS</u>
Grand Rounds, Denver Paramedic Division
Denver, Colorado September, 2003

36. <u>High Altitude Illness</u>

Colorado State EMS Conference 2003
Keystone, Colorado, October, 2003
37. Controversies in EMS
Colorado State EMS Conference 2003
Keystone, Colorado, October 2003
38. Hypothermia
Sierra Cascade Trauma Society, 2004
Aspen, Colorado, February 9, 2004
39. Current Research in Prehospital Care
Rocky Mountain Critical Care Transport Conference
Denver, Colorado, May 6th, 2004
40. Blood Substitutes in the Field
Clinical Conference on Pre-Hospital Emergency Care, 2004
Orlando, Florida, July 10th, 2004
41. Management of Potential C-spine Injuries: Clearance and Beyond.
31st Annual Rocky Mountain Trauma and Emergency Medicine Conference
Copper Mtn, Colorado. July 18th, 2004
41. Mass Casualty and Disaster Management: The Columbine Shootings.
Grand Rounds, North Colorado Medical Center
Greeley, Colorado. September 14, 2004
42. Research in EMS and Trauma
12th Annual EMS and Trauma Grand Rounds Conference
Aurora, Colorado. September 15, 2004
43. Blood Substitutes in the Field: The Prehospital Trials
2004 Colorado State EMS Conference
Keystone, Colorado. November 5th, 2004
44. Cadaver Anatomy Lab: Dissection and Procedure Review on a Human
Cadaver. Preconference workshop, 2004 Colorado State EMS Conference
Keystone, Colorado. Novemeber 5th, 2004
45. Prehospital Management of Trauma
32nd Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado. June 14th, 2005
46. Difficult Airway Lecture/Lab
32nd Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado. June 15th, 2005
47. Bleeding Disorders
32nd Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado. June 15th, 2005
48. Travel-Related Infectious Disease
ACEP Scientific Assembly 2005
September 28th, Washington D.C.
49. The Hot Joint
ACEP Scientific Assembly 2005
September 29th, Washington D.C.
50. Mass Casualty and Disaster Management
Trauma and Critical Care Conference

San Juan Regional Medical Center, Farmington, New Mexico
February 18th, 2006

51. <u>Dialysis Related Emergencies</u>
33rd Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado. June 14th, 2006

52. <u>Show Me Where it Hurts: Pain Management in the Field</u>
33rd Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado. June 15th, 2006

53. <u>Environmental Emergencies</u>
2006 Rocky Mountain Rural Trauma Symposium
September 14, 2006. Billings, Montana.

54. <u>Drugs of Abuse</u>
2006 Rocky Mountain Rural Trauma Symposium
September 15, 2006. Billings, Montana.

55. <u>Cadaver Anatomy Lab: Dissection and Procedure Review on a Human
Cadaver.</u> Preconference workshop, 2006 Colorado State EMS Conference
Keystone, Colorado.

56. <u>Dialysis-Related Emergencies</u>
2006 Colorado State EMS Conference
November 3rd, 2006, Keystone, Colorado

57. <u>High-Altitude Illness</u>
2006 Colorado State EMS Conference
November 3rd, 2006. Keystone, Colorado

58. <u>Drugs of Abuse</u>
34th Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado. June 20th, 2007

59. <u>Environmental Emergencies</u>
34th Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado. June 22th, 2007

60. <u>Ultrasound Use in the Acutely Traumatized Patient</u>
Instuctor, Ultrasound Workshop
34th Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado. June 22th, 2007

61. <u>Jigawatts: Back to the Future of Electrical Injuries</u>
American College of Emergency Physicians - Scientific Assembly,
October 8-11, 2007. Seattle, Washington

62. <u>What's Hot, What's Not: Hypo to Hyperthermia, and All Things in Between</u>
American College of Emergency Physicians - Scientific Assembly,
October 8-11, 2007. Seattle, Washington

63. <u>Environmental Emergencies</u>
Colorado State EMS Conference, November 8th-11th, 2007
Keystone, Colorado

64. <u>Cadaver Anatomy Lab: Dissection and Procedure Review.</u>
Colorado State EMS Conference 2007 – Pre-conference Workshop
Keystone, Colorado

65. <u>Drugs of Abuse</u>

Colorado Society of Osteopathic Medicine: The Medical "Home
Improvements" Course. February 24th, 2008
Keystone, Colorado

66. Initial Evaluation of the Trauma Patient
Colorado Society of Osteopathic Medicine: The Medical "Home
Improvements" Course. February 24th, 2008
Keystone, Colorado

67. Geriatric Trauma
35th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 25th, 2008
Breckenridge, CO

68. What's Hot, What's Not: Hypo to Hyperthemia and All Things in Between
ACEP Scientific Assembly 2008, October 28th
Chicago, Il

69. Triage Out Debate: Efficient or Unethical?
ACEP Scientific Assembly 2008, October 28th
Chicago, Il

70. Update in EMS Literature: What's Hot and What's Not
ACEP Scientific Assembly 2008, October 29th
Chicago, Il

71. Cadaver Disection Lab
2008 Colorado State EMS Conference, November 6th
Breckenridge, CO

72. Geriatric Trauma
2008 Colorado State EMS Conference, November 7th
Breckenridge, CO

73. Lessons Learned from the DNC
Colorado Front Range MMRS Hospital Response to a Mass Casualty
Incident, December 8th, 2008
Denver, CO

74. Lessons Learned from the DNC
The EMS State of the Sciences Conference: A Gathering of Eagles 2009
February 20th, 2009
Dallas, TX

75. Nightmare EMS Communications
The EMS State of the Sciences Conference: A Gathering of Eagles 2009
February 21st, 2009
Dallas, TX

76. Mass Casualty and Disaster Management
Trauma Perspectives 2009 (4/10/09)
Durango, CO

77. Airway Management and Pitfalls
Trauma Perspectives 2009 (4/10/09)
Durango, CO

78. Trauma Management
Integrated Clinicians Course (ICC) 7004

University of Colorado at Denver School of Medicine
May 5th, 2009

79. <u>EMS Update, 2009</u>
Grand Rounds, Beth Israel/Deaconess Department of Emergency Medicine
May 6th, 2009

80. <u>EMS Update – Panel Discussion</u>
36th Annual Trauma and Emergency Medicine Conference
June 18th 2009, Breckenridge, CO

81. <u>Trauma in Pregnancy</u>
36th Annual Trauma and Emergency Medicine Conference
June 19th 2009, Breckenridge, CO

82. <u>Cadaver Lab: Anatomical Dissection</u>
2009 Colorado State EMS Conference
November 5th, Keystone, Colorado

83. <u>Trauma in Pregnancy</u>
2009 Colorado State EMS Conference
November 6th, Keystone, Colorado

84. <u>Update in EMS Literature: What's Hot and What's Not</u>
2009 Colorado State EMS Conference
November 6th, Keystone, Colorado

85. <u>Lessons Learned from the DNC</u>
International Preparedness and Response to Emergencies and Disasters (IPRED)
January 12th 2010
Tel Aviv, Israel

86. <u>Geriatric Trauma</u>
Second Annual BCFFA EMS Conference
January 23rd 2010, Boulder, Colorado

87. <u>Pharmaceutical Restraints: A New Medication Approach to the Agitated Patient</u>
The EMS State of the Sciences Conference: A Gathering of Eagles 2010
February 26th, 2010
Dallas, Tx

88. <u>Transfer of the Rural Trauma Patient</u>
Second Annual Western Colorado Trauma Conference
May 21st 2010, Delta, Colorado

89. <u>Moderator, EMS Medical Director Panel: "Refusal of Care in the Prehospital Setting"</u>
37th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 17th 2010, Breckenridge, Colorado

90. <u>Critical Issues in Triage</u>
37th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 18th 2010, Breckenridge, Colorado

91. <u>Field Triage Guidelines: State of the Art or State of the Science?</u>
ACEP Scientific Assembly 2010
September 28th, Las Vegas, Nevada

92. <u>Less Lethal Force: An Emerging Problem in Prehospital Care</u>
ACEP Scientific Assembly 2010
September 29th, Las Vegas, Nevada

93. <u>Trauma Case Panel: Stump the Experts</u>
Carlo Rosen (Moderator), Christopher B. Colwell MD, John Fildes MD, Julie A. Mayglothling MD.
ACEP Scientific Assembly 2010
September 29th, Las Vegas, Nevada

94. <u>Critical Issues in Triage</u>
Trauma and Critical Care Conference
October 22nd, 2010
Durango, Colorado

95. <u>Trauma Panel Case Review</u>
Christopher B. Colwell, Moderator
October 23rd, 2010
Durango, Colorado

96. <u>Lightning and Electrical Emergencies</u>
Trauma and Critical Care Conference
October 23rd, 2010
Durango, Colorado

97. <u>Cadaver Dissection Lab</u>
Colorado State EMS Conference 2010
November 4th, 2010
Keystone, Colorado

98. <u>Accidental Hyper And Hypothermia And All Things In Between</u>
Colorado State EMS Conference 2010
November 5th, 2010
Keystone, Colorado

99. <u>Biophone Calls: The Good, The Bad, And The Ugly</u>
Colorado State EMS Conference 2010
November 5th, 2010
Keystone, Colorado

100. <u>Geocoding Cardiac Arrest in Denver</u>
ECCU 2010 (Emergency Cardiac Care Update)
December 8th, 2010
San Diego, California

101. <u>Management of the Agitated Patient</u>
ECCU 2010 (Emergency Cardiac Care Update)
December 9th, 2010
San Diego, California

102. <u>The Nose Knows: Intranasal Medication Options are Growing</u>
EMS State of the Sciences: A Gathering of Eagles XIII 2011
February 26th, 2011
UT Southwestern Medical Center, Dallas, Texas

103. <u>Beyond Agitated Delirium: Dealing with the Issue of In-Custody Deaths</u>
The EMS State of the Sciences: A Gathering of Eagles XIII 2011

February 26th, 2011
UT Southwestern Medical Center, Dallas, Texas

104.   ED Operations 101: Follow the Money
Council of Emergency Medicine Residency Directors (CORD) Academic
Assembly 2011 (March 4th)
San Diego, California

105.   CPR, Defibrillation, and Drugs: What is the right VF mix?
EMS Regional Conference: Resuscitation Excellence
May 15th, 2011
New York, New York

106.   We Don't Need No Stinking Breaths! Compressions Only Pre-Arrival
Instructions.
EMS Regional Conference: Resuscitation Excellence
May 15th, 2011
New York, New York

107.   Moderator – Panel Discussion: Optimizing Colorado's Trauma System
38th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 22nd, 2011
Breckenridge, Colorado

108.   Pitfalls in Trauma Care
38th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 24th, 2011
Breckenridge, Colorado

109.   Deleterious Delirium Deliberations: Modern Pitfall is Managing Agitated
EMS Patients
Advanced EMS Practitioner's Forum and Workshop
ACEP Scientific Assembly
October 14th, 2011
San Francisco, California

110.   Certifiable Behaviors: Preparing for EMS Subspecialty Board
Certification
Advance EMS Practitioner's Forum and Workshop
ACEP Scientific Assembly
October 14th, 2011
San Francisco, California

111.   Cadaver Dissection and Anatomy Lab
Colorado State EMS Conference 2011
November 3rd, 2011
Keystone, Colorado

112.   On the Wings of Eagles: Hot Topics in EMS
Colorado State EMS Conference 2011
November 4th, 2011
Keystone, Colorado

113.   Droperidol for Agitation
Advanced Topics in Medical Direction
NAEMSP National Meeting, 2012

January 11th, 2012
Tucson, Arizona

114. <u>Trauma in Pregnancy</u>
Children's Hospital EMS Conference
Aurora, Colorado
January 20th, 2012

115. <u>Withdrawing Support: A Prehospital Protocol for Alcohol Withdrawal</u>
EMS State of the Science: A Gathering of Eagles XIV
February 24th, 2012
Dallas, Texas

116. <u>A Sanguine Approach: The Use of Blood Products and Substitutes in the</u>
<u>Field</u>
EMS State of the Science: A Gathering of Eagles
February 24th, 2012
Dallas, Texas

117. <u>Blast Injuries</u>
1st Annual Trauma Symposium
March 15th, 2012
Burlington, Colorado

118. <u>Rural Trauma</u>
1st Annual Trauma Symposium
March 15th, 2012
Burlington, Colorado

119. <u>Trauma in Pregnancy</u>
2012 NE Colorado EMS Symposium
April 21st, 2012
Fort Morgan, Colorado

120. <u>Hemorrhage Control in the Field: Tourniquets and Beyond</u>
Grand Rounds – St. Mary's and Convent Health Care/Synergy Medical Center
Hospitals
May 10th, 2012
Saginaw, Michigan

121. <u>Mass Casualty and Disaster Management</u>
Invited Lecture – Convent Health Care/Synergy Medical Center
April 21st, 2012
Saginaw, Michigan

122. <u>Trauma in Pregnancy</u>
39th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 29th, 2012
Breckenridge, Colorado

123. <u>Taking it on the QT: What are the Cardiac Effects of Sedation Practices?</u>
Emergency Cardiac Care Update (ECCU) 2012
Pre-conference Workshop
September 12th, 2012
Orlando, Florida

124. <u>Withdrawing Support: Managing Alcohol Withdrawal in the Field</u>

Emergency Cardiac Care Update (ECCU) 2012
Pre-conference Workshop
September 12th, 2012
Orlando, Florida

125. Making Waves Diagnostically: Identifying Subtle Critical Emergencies with Capnography
Emergency Cardiac Care Update (ECCU) 2012
Conference Session – Eagles: State of the Science
September 13th, 2012
Orlando, Florida

126. Two Carbon Fragmentations: A Prehospital Protocol for Ethanol Withdrawal.
2012 ACEP Advanced EMS Practitioners' Forum and Workshop
October 7th, 2012
Denver, Colorado

127. How to Break the Ache: 2012 Approaches to Prehospital Pain Control
2012 ACEP Advanced EMS Practitioners' Forum and Workshop
October 7th, 2012
Denver, Colorado

128. I'd Scan That! Effective Diagnostic Trauma Imaging
ACEP Scientific Assembly
October 9th, 2012
Denver, Colorado

129. Evidence-Based Minor Trauma Management
ACEP Scientific Assembly
October 9th, 2012
Denver, Colorado

130. Trauma Talk: The Latest and the Greatest Trauma Literature
ACEP Scientific Assembly
October 10th, 2012
Denver, Colorado

131. The Combative, Uncooperative, Arrested, and Threatening Trauma Patient: A Legal, Ethical, and Medical Minefield
ACEP Scientific Assembly
October 10th, 2012
Denver, Colorado

132. MCI Medical Response: Are We Prepared?
Denver Health Critical Care Conference
October 12th, 2012
Denver, Colorado

133. The Colorado Shootings: Lessons Learned from Mass Casualty Events
Grand Rounds – Beth Israel/Deaconess Medical Center
November 7th, 2012
Boston, Massachusetts

134. The Colorado Shootings: Lessons Learned from Mass Casualty Events
Keynote Speaker: Hillsborough County Medical Association

November 13th, 2012
Tampa Bay, Florida

135.   The Colorado Shootings: Lessons Learned on Disaster Management and Mass Casualty Events
Grand Rounds: Scripps Memorial Hospital
December 11th, 2012
La Jolla, California

136.   EMS in the Cross-Hairs: The Columbine, Aurora and Safeway Shootings
EMS State of the Science: A Gathering of Eagles XV
February 22nd, 2013
Dallas, Texas

137.   Oh, What a Relief It Is! Revisiting Pain Medication Use in EMS
EMS State of the Science: A Gathering of Eagles XV
February 22nd, 2013
Dallas, Texas

138.   ED Operations 101: Follow the Money
Council of Emergency Medicine Residency Directors (CORD)
Academic Assembly 2013
March 7th, 2013
Denver, Colorado

139.   Disaster Planning & Response: Lessons Learned from the Colorado Shootings
Trauma, Critical Care, and Acute Care Surgery 2013 – Medical Disaster Response
March 17th, 2013
Las Vegas, Nevada

140.   Case Management Interactive Session: Practical Issues & Dilemmas in Mass Casualty Preparedness
Trauma, Critical Care, and Acute Care Surgery 2013 – Medical Disaster Response
March 17th, 2013
Las Vegas, Nevada

141.   Trauma Surgeons Emergency Physicians and Trauma Care
Trauma, Critical Care, and Acute Care Surgery 2013
March 20th, 2013
Las Vegas, Nevada

142.   Mass Casualty and Disaster Management – The Colorado Shootings
Visiting Professorship/Grand Rounds
Southern Illinois University School of Medicine
April 18th, 2013
Springfield, Illinois

143.   Mass Casualty and Disaster Management – The Colorado Shootings
Sangamon County Medical Society
April 18th, 2013
Springfield, Illinois

144.   Lessons Learned from the Colorado Shootings

12th Annual Trauma Symposium
Mississippi Coastal Trauma Region
May 1st, 2013
Biloxi, Mississippi

145. <u>Mass Casualty and Disaster Management – The Colorado Shootings</u>
Grand Rounds – Indiana University Hospital-Methodist
May 10th, 2013
Indianapolis, Indiana

146. <u>Prehospital Panel</u>
Moderator
40th Annual Rocky Mountain Trauma & Emergency Medicine
Conference
June 27th, 2013
Breckenridge, Colorado

147. <u>Environmental Emergencies</u>
40th Annual Rocky Mountain Trauma & Emergency Medicine Conference
June 28th, 2013
Breckenridge, Colorado

148. <u>Lessons Learned from the Colorado Shootings</u>
43rd Annual Wyoming Trauma Conference
August 16th, 2013
Cheyenne, Wyoming

149. <u>Oh What a Relief It Is: Evolving Trends in Prehospital Pain Management</u>
IAFF Advanced EMS Practitioners, Chiefs, & Medical Directors Forum
August 24th, 2013
Denver, Colorado

150. <u>EMS in the Cross-Hairs: The Columbine, Aurora, and Safeway Shootings</u>
IAFF Advanced EMS Practitioners, Chiefs, & Medical Directors Forum
August 24th, 2013
Denver, Colorado

151. <u>The Reality of the New Specialty: What Will Be the Impact of the New EMS Boards for Fire?</u>
IAFF Advanced EMS Practitioners, Chiefs, & Medical Directors Forum
August 24th, 2013
Denver, Colorado

152. <u>I'd Scan That!: Use of CT Scans in Trauma Care</u>
Grand Rounds – University of Wisconsin School of Medicine
August 29th, 2013
Madison, Wisconsin

153. <u>Evidence-Based Minor Trauma Management</u>
Grand Rounds – University of Wisconsin School of Medicine
August 29th, 2013
Madison, Wisconsin

154. <u>Mass Casualty and Disaster Management: EMS Lessons from the Colorado Shootings</u>
EMS World Expo 2013

September 11th, 2013
Las Vegas, Nevada
155.    2013 Approaches to Pain Management and Sedation
        EMS World Expo 2013
        September 11th, 2013
        Las Vegas, Nevada
156.    Mass Casualty and Disaster Management: Lessons Learned from the
        Colorado Shootings
             DuPage County Medical Society Annual Meeting
             October 9th, 2013
             Chicago, Illinois
157.    Mass Casualty Management: The Colorado Shootings
             Northern Colorado Emergency and Trauma Care Symposium
             October 11th, 2013
             Loveland, Colorado
158.    The Combative, Uncooperative, Arrested and Threatening Trauma Patient:
        A Legal, Ethical and Medical Minefield!
             ACEP Scientific Assembly 2013
             October 15th, 2013
             Seattle, Washington
159.    Skip the Scan! Effective Diagnostic Trauma Imaging
             ACEP Scientific Assembly 2013
             October 16th, 2013
             Seattle, Washington
160.    I Survived: Domestic Disasters – Lessons Learned from the Trenches
             ACEP Scientific Assembly 2013
             October 16th, 2013
             Seattle, Washington
161.    Managing Ballistic Injuries in the Pre-Hospital Setting
             World Extreme Medicine Expo 2013
             Harvard Medical School
             October 28th, 2013
             Boston, Massachusetts
162.    Cadaver Lab – Trauma Procedures
             Colorado State EMS Conference 2013
             November 7th, 2013
             Keystone, Colorado
163.    Mass Casualty and Disaster Management: Lessons Learned from the
        Colorado Shootings
             2013 Trauma and Critical Care Conference
             November 8th, 2013
             Durango, Colorado
164.    Mass Casualty and Disaster Management: The Colorado Shootings
             Lake County Medical Society Annual Meeting
             December 3rd, 2013
             Chicago, Illinois

165. <u>Myths in Trauma Care</u>
Yampa Valley Medical Center Trauma Conference
November 15th, 2013
Steamboat Springs, Colorado

166. <u>Myths in Pediatric Care</u>
The Brian Schimpf Memorial Prehospital Pediatric Care Conference
February 8th, 2014.
Denver, Colorado

167. <u>Child-Like Behaviors: 10 Myths of EMS Pediatric Care</u>
EMS State of the Science: A Gathering of Eagles XVI
February 28th, 2014
Dallas, Texas

168. <u>Epidemic Proportions: Dosing Ketamine in the Era of Mamba Dramas</u>
EMS State of the Science: A Gathering of Eagles XVI
March 1st, 2014
Dallas, Texas

169. <u>Covering Mental Illness and Violence</u>
Health Journalism 2014 (Association of Health Care Journalism)
March 29th, 2014
Denver, Colorado

170. <u>Wound Management: How Do you Manage Cuts and Burns</u>
American College of Emergency Physicians (ACEP) Advanced Practice
Provider Academy
April 15th, 2014
San Diego, CA

171. <u>Evaluation of Patients with Blunt Multiple Trauma and Penetrating
Trauma: A Systematic Approach</u>
American College of Emergency Physicians (ACEP) Advanced Practice
Provider Academy
April 15th, 2014
San Diego, CA

172. <u>Preparedness Put to the Test: Lessons Learned from Major Events to
Guide Hospital Disaster Preparedness</u>
Medical World Americas Conference and Expo
April 28th, 2014
Houston, TX

173. <u>Myths in Trauma Care</u>
13th Annual MS Coastal Trauma Symposium
May 14th, 2014
Biloxi, MS

174. <u>Anxiolysis for the Cardiac Care Provider: Easy Choices for Sedation in
Emergency Care</u>
Emergency Cardiac Care Update (ECCU), EMS Preconference Workshop
June 3rd, 2014
Las Vegas, NV

175. <u>Taking it on the QT: What are the Cardiac Effects of Sedation Practices?</u>

Emergency Cardiac Care Update (ECCU), EMS Preconference Workshop
June 3rd, 2014
Las Vegas, NV

176. Anxiolysis for the Cardiac Care Provider: Easy Choices for Sedation in
Emergency Care
Emergency Cardiac Care Update (ECCU), 2014 Citizens CPR
Foundation: Clinical Solutions and Best Practices for EMS
June 4th, 2014
Las Vegas, NV

177. Taking it on the QT: What are the Cardiac Effects of Sedation Practices?
Emergency Cardiac Care Update (ECCU), 2014 Citizens CPR
Foundation: Clinical Solutions and Best Practices for EMS
June 4th, 2014
Las Vegas, NV

178. Hyperfibrinolysis, Physiologic Fibrinolysis, and Fibrinolysis Shutdown:
The Spectrum of Postinjury Fibrinolysis and Relevance to Antifibrinolytic
Therapy
Moderator - Denver Health Trauma Services Continuing Education Series
June 25th, 2014
Denver, CO

179. Myths in Pediatric Emergency Care
41st Annual Rocky Mountain Trauma and Emergency Medicine Conference
July 9th, 2014
Breckenridge, CO

180. The Combative, Uncooperative, Intoxicated Patient: An Ethical, Moral
and Legal Dilemma
41st Annual Rocky Mountain Trauma and Emergency Medicine Conference
July 11th, 2014
Breckenridge, CO

181. Myths in Pediatric Care
2014 University of Colorado Health and Denver Health Trauma Consortium:
Acute Care Surgery, Trauma, and EMS Conference
August 23rd, 2014
Colorado Springs, CO

182. Rural Trauma Care
Great Plains Trauma Conference
September 18th, 2014
North Platte, Nebraska

183. How to Break the Ache: 2014 Ways to Manage Prehospital Analgesia and
Sedation
Advanced EMS Practitioner's Forum and Workshop
ACEP 2014
October 26th, 2014
Chicago, Illinois

184. No Small Lie: Debunking Myths in Pediatric EMS Care
Advanced EMS Practitioner's Forum and Workshop

ACEP 2014
October 26th, 2014
Chicago, Illinois

185. <u>The Combative, Uncooperative, Arrested, and Threatening Trauma Patient: A Legal, Ethical, and Medical Minefield!</u>
American College of Emergency Physicians (ACEP) Scientific Assembly 2014
October 27th, 2014
Chicago, Illinois

186. <u>Cruising the Literature: The Most Influential EMS Articles of 2014</u>
American College of Emergency Physicians (ACEP) Scientific Assembly 2014
October 28th, 2014
Chicago, Illinois

187. <u>Tales from the Rig: EMS Medical Director Words of Wisdom</u>
American College of Emergency Physicians (ACEP) Scientific Assembly 2014
October 28th, 2014
Chicago, Illinois

188. <u>Imagine a World Without Backboards? Controversies in Spinal Immobilization</u>
American College of Emergency Physicians (ACEP) Scientific Assembly 2014
October 28th, 2014
Chicago, Illinois

189. <u>Disaster Management: Lessons Learned from the Colorado Shootings</u>
Keynote Address: 9th Annual NORTN Regional Trauma Conference
November 7th, 2014
Akron General Hospital, Akron, Ohio

190. <u>The Combative, Uncooperative, Arrested, and Threatening Trauma Patient: A Legal, Ethical, and Medical Minefield!</u>
9th Annual NORTN Regional Trauma Conference
November 7th, 2014
Akron General Hospital, Akron, Ohio

191. <u>Ketamine for Excited Delirium</u>
EMS World Expo
November 11th, 2014
Nashville, TN

192. <u>10 Myths of EMS Pediatric Care</u>
EMS World Expo
November 11th, 2014
Nashville, TN

193. <u>Biophone Communications</u>
EMS World Expo
November 11th, 2014
Nashville, TN

194.   EMS Medical Director Panel
EMS World Expo
November 12th, 2014
Nashville, TN

195.   The Combative, Uncooperative, Arrested, and Threatening Trauma
Patient: A Legal, Ethical, and Medical Minefield!
Boulder Community Hospital/AMR EMS Conference 2014
December 6th, 2014
Boulder, CO

196.   Special K: Ketamine in EMS
7th Annual Advanced Topics in Medical Direction
NAEMSP 2015
January 20th, 2015
New Orleans, LA

197.   First it was Backboards, now C-Collars
EMS State of the Science: A Gathering of Eagles XVII
February 20th, 2015
Dallas, TX

198.   Taking it to the Streets! Prehospital Infusion of Plasma
EMS State of the Science: A Gathering of Eagles XVII
February 20th, 2015
Dallas, TX

199.   Street Fighting Man! When the Combative Patient is Refusing Transport
EMS State of the Science: A Gathering of Eagles XVII
February 21st, 2015
Dallas, TX

200.   A Hurt-Full Remark: Supporting Ketamine Use for Pain Management
EMS State of the Science: A Gathering of Eagles XVII
February 21st, 2015
Dallas, TX

201.   Imagine a World Without Backboards? Controversies in Spinal
Immobilization
2nd Annual Brain Schimpf Memorial Pediatric EMS Conference
February 28th, 2015
Denver, CO

202.   Providing for the Providers: Impact of Traumatic Events on Providers
Keynote address: Colorado CPR Association Annual Meeting
April 30th, 2015
Denver, CO

203.   Mass Casualty and Disaster Management: Lessons Learned from the
Colorado Shootings
North Trauma Care Region 2015 Trauma Symposium
May 8th, 2015
Tupelo, MS

204.   Management of Excited Delirium in the Era of Legalized Marijuana
Vanderbilt Residency in Emergency Medicine

May 19th, 2015
Nashville, TN

205.    Mass Casualty and Disaster Management: Lessons Learned from the
        Colorado Shootings
        Grand Rounds Presentation, Vanderbilt University School of Medicine
        May 19th, 2015
        Nashville, TN

206.    Active Shooter – Prehospital Forum (Moderator)
        42nd Annual Rocky Mountain Trauma and Emergency Medicine Conference
        June 19th, 2015
        Vail, Colorado

207.    Imagine a World without Backboards
        42nd Annual Rocky Mountain Trauma and Emergency Medicine Conference
        June 20th, 2015
        Vail, Colorado

208.    Mass Casualty and Disaster Management: Lessons Learned from the
        Colorado Shootings
        Ohio EMS Lecture Series – Keynote address
        August 20th, 2015
        Akron, Ohio

209.    Myths in Pediatric Care
        Grand Rounds, Deaconess Regional Trauma Center
        EMS Trauma Symposium
        September 9th, 2015
        Evansville, Indiana

210.    Plasma Administration in the Field: The COMBAT Trial
        World Trauma Symposium
        September 16th, 2015
        Las Vegas, Nevada

211.    The Combative, Uncooperative, Intoxicated Trauma Patient: A Medical,
        Legal, and Ethical Nightmare!
        EMS World
        September 17th, 2015
        Las Vegas, Nevada

212.    The Medical Impact of Marijuana Legalization
        EMS World
        September 17th, 2015
        Las Vegas, Nevada

213.    How to Deploy a New Toy for Every Girl and Boy: Implementing a
        Simpler System for Treating Children
        ACEP 2015 Scientific Assembly Advanced EMS Practitioners Forum and
        Workshop
        October 25th, 2015
        Boston, Massachusetts

214.    For the Life of all Flesh is the Blood Thereof! Prehospital Use of Blood
        Products and Systemic Bleeding Control

ACEP 2015 Scientific Assembly Advanced EMS Practitioners Forum and Workshop
October 25th, 2015
Boston, Massachusetts

215.    Trauma STAT! Don't Miss the Visual Cue
ACEP Scientific Assembly 2015
October 28th, 2015
Boston, Massachusetts

216.    The Combative, Uncooperative Trauma Patient
ACEP Scientific Assembly 2015
October 28th, 2015
Boston, Massachusetts

217.    How to Deploy a New Toy for Every Girl and Boy: Implementing a Simpler System for Treating Children
EAGLES – Best Practices in Street Medicine: Implementing the New Guidelines and Several Exceptional Innovations in Out-of-Hospital Emergency Cardiac Care
ECCU (Emergency Cardiovascular Care Update) 2015
December 9th, 2015
San Diego, California

218.    Anxiolysis in Emergency Cardiac Care: 2015 Approaches to Safe Sedation
EAGLES – Best Practices in Street Medicine: Implementing the New Guidelines and Several Exceptional Innovations in Out-of-Hospital Emergency Cardiac Care
ECCU (Emergency Cardiovascular Care Update) 2015
December 9th, 2015
San Diego, California

219.    Latest Drugs of Abuse: The Impact of Legalization of Marijuana and Testing of EMS Personnel
EMS Today (JEMS Conference and Exposition
February 25th, 2016
Baltimore, Maryland

220.    Chemical Suicides
EMS Today (JEMS Conference and Exposition)
February 25th, 2016
Baltimore, Maryland

221.    Lightning Rounds: Ask the Eagles
EMS Today (JEMS Conference and Exposition)
February 26th, 2016
Baltimore, Maryland

222.    Deliriously Yours: 2016 Approaches to Managing the Toxic Patients
First There First Care Regional EMS Conference
May 26th, 2016
Broward County, Florida

223.   Promoting Post-Traumatic Provider Protection: Dealing with Depression, Anxiety, and Stress in EMS
First There First Care Regional EMS Conference
May 26th, 2016
Broward County, Florida

224.   There Will Be Blood in the Streets: On-Scene Use of Plasma, Cells and Other Clot-Musters
First There First Care Regional EMS Conference
May 26th, 2016
Broward County, Florida

225.   Trauma in Pregnancy
43rd Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 18th, 2016
Denver, Colorado

226.   Mass Casualty and Disaster Management: Lessons Learned from the Colorado Shootings
Zuckerberg San Francisco General Hospital and Trauma Center Department of Medicine Grand Rounds
September 6th, 2016
San Francisco, California

227.   Primum Non Nocere – to Yourself: Responding to the Malicious Mayhem of Mentally-ill Menaces
2016 ACEP Scientific Assembly – Advanced EMS Practitioner's Forum and Workshop
October 15th, 2016
Las Vegas, Nevada

228.   No Child (or Adult) Left Behind? The Complexities of Patient Refusal & Non-Transport Decisions
2016 ACEP Scientific Assembly – Advanced EMS Practitioner's Forum and Workshop
October 15th, 2016
Las Vegas, Nevada

229.   Taking the Pressure Off Sedation: Why Ketamine is My Pet Amine
2016 ACEP Scientific Assembly – Advanced EMS Practitioner's Forum and Workshop
October 15th, 2016
Las Vegas, Nevada

230.   Beyond the MVC: Burned, Blasted, and Bolted Trauma Victims
2016 ACEP Scientific Assembly
October 16th, 2016
Las Vegas, Nevada

231.   Fast Facts: Let's Chat About Trauma
2016 ACEP Scientific Assembly
October 16th, 2016
Las Vegas, Nevada

232.   The Combative, Uncooperative, Trauma Patient

2016 ACEP Scientific Assembly
October 16th, 2016
Las Vegas, Nevada

233. <u>Managing the Malicious Mayhem from Mentally Ill Menaces: The Evolving Roles of EMS in Active Shooter Incidents</u>
41st Annual Alaska EMS Symposium
November 4th, 2016
Anchorage, Alaska

234. <u>Grass Roots Experience with Swedish Fish: A Token Presentation on Marijuana Legalization</u>
41st Annual Alaska EMS Symposium
November 4th, 2016
Anchorage, Alaska

235. <u>Promoting Post-Traumatic Provider Protection: Dealing with Depression, Anxiety, and Stress in EMS</u>
41st Annual Alaska EMS Symposium
November 4th, 2016
Anchorage, Alaska

236. <u>Minding Your P's and Q's: What are the Actual Cardiac Effects of Sedation Practices?</u>
41st Annual Alaska EMS Symposium
November 4th, 2016
Anchorage, Alaska

237. <u>It's No Small Matter: Implementing a Simpler System for Treating Children</u>
41st Annual Alaska EMS Symposium
November 4th, 2016
Anchorage, Alaska

238. <u>Calling a Code Alert on our Mental Health: Suicide in EMS</u>
2017 NAEMSP Annual Meeting and Scientific Assembly
January 26th, 2017
New Orleans, Louisiana

239. <u>Child Abuse</u>
2017 Iowa Emergency Medical Services Association Pediatric Conference
February 25th, 2017
Des Moines, Iowa

240. <u>Apparent Life-Threatening Events</u>
2017 Iowa Emergency Medical Services Association Pediatric Conference
February 25th, 2017
Des Moines, Iowa

241. <u>Impact of Marijuana Legalization</u>
2017 Iowa Emergency Medical Services Association Pediatric Conference
February 25th, 2017
Des Moines, Iowa

242. <u>Myths in Pediatric Care</u>
2017 Iowa Emergency Medical Services Association Pediatric Conference

February 25th, 2017
Des Moines, Iowa
243. <u>Traumatic Shock</u>
UCSF High Risk Emergency Medicine Conference
April 9th, 2017
Maui, Hawaii
244. <u>Penetrating Abdominal Trauma</u>
UCSF High Risk Emergency Medicine Conference
April 9th, 2017
Maui, Hawaii
245. <u>The Combative, Intoxicated Trauma Patient: A Medical, Legal, and</u>
<u>Ethical Conundrum!</u>
UCSF High Risk Emergency Medicine Conference
April 9th, 2017
Maui, Hawaii
246. <u>Geriatric Trauma</u>
UCSF High Risk Emergency Medicine Conference
April 9th, 2017
Maui, Hawaii
247. <u>Accidental Hypothermia</u>
Wilderness Medicine: Avoiding and Managing Outdoor Medical Emergencies
UCSF Wilderness Medicine Medical School Elective and Mini Medical
School for the Public
April 26th, 2017
San Francisco, California
248. <u>High Altitude Illness</u>
Wilderness Medicine: Avoiding and Managing Outdoor Medical Emergencies
UCSF Wilderness Medicine Medical School Elective and Mini Medical
School for the Public
April 26th, 2017
San Francisco, California
249. <u>Managing the Crashing, Combative Trauma Patient</u>
High Risk Emergency Medicine San Francisco
June 1st, 2017
San Francisco, California
250. <u>Imaging in Trauma</u>
High Risk Emergency Medicine San Francisco
June 1st, 2017
San Francisco, California
251. <u>Safe Sedation in the Era of Legalized Marijuana</u>
National EMS Safety Summit
August 21st, 2017
Denver, Colorado
252. <u>Safety in EMS – Panel Discussion</u>
National EMS Safety Summit
August 22nd, 2017

Denver, Colorado

253.     Lessons Learned from Active Shooter Scenarios
6th Annual Medical-Legal Forum
Mile High Regional Medical and Trauma Advisory Council
September 28th, 2017
Lakewood, Colorado

254.     Integration and Challenges of Local, State and Federal Medical Surge
Resources – Perspectives on the SFFW Full Scale Exercise and Asset
Integration
Panelist – Medical Peer to Peer Exchange Seminar
San Francisco Fleet Week 2017
October 4th, 2017
San Francisco, California

255.     Trauma STAT! Don't Miss This Visual Cue!
American College of Emergency Physicians (ACEP) Scientific Assembly
October 31st, 2017
Washington D.C.

256.     FAST FACTS: Let's Chat About Adult Trauma
American College of Emergency Physicians (ACEP) Scientific Assembly
October 31st, 2017
Washington D.C.

257.     Advanced Wound Care Closure in the ED: Putting the Pieces Back
Together
American College of Emergency Physicians (ACEP) Scientific Assembly
October 31st, 2017
Washington D.C.

258.     Pediatric Resuscitation is No Small Matter: 2017 Approaches to Managing
Cardiac Events in Children
Emergency Cardiovascular Care Update (ECCU) 2017
December 5th, 2017
New Orleans, Louisiana

259.     De-MS in EMS: Fentanyl versus Morphine for Chest Pain Management
Emergency Cardiovascular Care Update (ECCU) 2017
December 5th, 2017
New Orleans, Louisiana

260.     Toxic Remarks: Case Studies of Cardiac Effects of Drugs of Abuse
Emergency Cardiovascular Care Update (ECCU) 2017
December 6th, 2017
New Orleans, Louisiana

261.     Mass Casualty and Disaster Management: Lessons Learned from the
Colorado Shootings
Grand Rounds – University of Michigan Department of Emergency Medicine
January 10th, 2018
Ann Arbor, Michigan

262.     Better Mind Your P's and Q;s: Subtle Cardiac Effects of Drugs of Abuse
EMS State of the Science: A Gathering of Eagles XX

March 2nd, 2018
Dallas, Texas

263. DeMSing EMS: Why I'd Get Rid of Morphine Sulfate
EMS State of the Science: A Gathering of Eagles XX
March 3rd, 2018
Dallas, Texas

264. A Grass Roots Experience: The Medical Implications of Marijuana Legalization in Colorado
ZSFG Medicine Grand Rounds
March 27th, 2018
San Francisco, California

265. Pitfalls in the Trauma Airway
UCSF High Risk Emergency Medicine Hawaii
April 9th, 2018
Maui, Hawaii

266. Challenging Trauma Case Panel
Moderator
UCSF High Risk Emergency Medicine
April 11th, 2018
Maui, Hawaii

267. Pitfalls in Patients with Stab Wounds
UCSF High Risk Emergency Medicine Hawaii
April 10th, 2018
Maui, Hawaii

268. Pitfalls in the Patient Found Down
UCSF High Risk Emergency Medicine Hawaii
April 10th, 2018
Maui, Hawaii

269. The Combative, Uncooperative Trauma Patient
SEMPA 360 – Society of Emergency Medicine Physician Assistants National Assembly
May 5th, 2018
San Antonio, Texas

270. Mass Casualty: Lessons Learned from the Colorado Shootings
SEMPA 360 – Society of Emergency Medicine Physician Assistants National Assembly
May 5th, 2018
San Antonio, Texas

271. The Medical Impact of Marijuana Legalization
SEMPA 360 – Society of Emergency Medicine Physician Assistants National Assembly
May 5th, 2018
San Antonio, Texas

272. Update on Urologic Emergencies
Moderator – Panel Discussion on Testicular Torsion, Priapism, and Penile Fracture

American Urological Association (AUA) Annual Meeting 2018
May 20th, 2018
San Francisco, California

273.   Assessing Capacity in the Intoxicated Trauma Patient
Keynote Address – 45th Annual Rocky Mountain Trauma and Emergency
Medicine Conference
June 7th, 2018
Vail, Colorado

274.   Pitfalls in Patients with Stab Wounds
45th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 8th, 2018
Vail, Colorado

275.   Trauma Panel of Experts
45th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 8th, 2018
Vail, Colorado

276.   Cruising the Literature: Trauma 2018
American College of Emergency Physicians (ACEP) National Scientific
Assembly 2018
October 2nd, 2018
San Diego, California

277.   Fast Facts: Let's Chat about Adult Trauma
American College of Emergency Physicians (ACEP) National Scientific
Assembly 2018
October 2nd, 2018
San Diego, California

278.   ED Thoracotomy: When, Who, and How
American College of Emergency Physicians (ACEP) National Scientific
Assembly 2018
October 3rd, 2018
San Diego, California

279.   Clear as Mud: C-Spine Clearance 2018
American College of Emergency Physicians (ACEP) National Scientific
Assembly 2018
October 3rd, 2018
San Diego, California

280.   Grass-Roots Experience with Rocky Mountain Highs: What Marijuana
Legislation did for the C-States
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

281.   How to De-Code the No-Load Mode: When a Patient Declines Transport
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

282.   Mitigating Child-Like Behaviors: Dismantling Major Myths of EMS Care for Kids
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

283.   Not Just a Breathless Experience: The Cardiac Effects of Drugs of Abuse
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

284.   Altered States of Mind – Part 1: Sedation Practices in EMS
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

285.   Causalities for Caustic Cautions About Precautions: 2018 Approaches to Spinal Motion Restriction
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

286.   On the Wings of Eagles – Hot Topics in EMS
Iowa EMS Association (IEMSA) Annual Meeting
November 9th, 2018
Des Moines, Iowa

287.   Myths in Pediatric Care
Iowa EMS Association (IEMSA) Annual Meeting
November 10th, 2018
Des Moines, Iowa

288.   Impact of Legalization of Marijuana on EMS/The Combative Intoxicated Patient
Iowa EMS Association (IEMSA) Annual Meeting
November 10th, 2018
Des Moines, Iowa

289.   Intubation and Sedation of the Critically Ill Patient
High Risk Emergency Medicine 2019
February 19th, 2019
Honolulu, Hawaii

290.   Transfer of the Trauma Patient
High Risk Emergency Medicine 2019
February 20th, 2019
Honolulu, Hawaii

291.   Advanced Wound Care Closure in the ED
High Risk Emergency Medicine 2019
February 22nd, 2019
Honolulu, Hawaii

292.   Persistent Injurious Concepts: Continuing Major Myths in Trauma Care
EMS State of the Science XXI: A Gathering of Eagles
March 1st, 2019

Dallas, Texas

293. <u>Electrocardiography 501: Subtle ECG Findings You Might Miss</u>
EMS State of the Science XXI: A Gathering of Eagles
March 2nd, 2019
Dallas, Texas

294. <u>The History of Emergency Medicine</u>
San Diego Trauma Society
April 12th, 2019
San Diego, California

295. <u>Trauma Literature 2019 – The Latest and Greatest</u>
Grand Rounds: Mount Sinai Health System/Icahn School of Medicine
April 16th, 2019
New York, New York

296. <u>Hypothermia and Cold Related Injury</u>
2019 Wilderness Medicine Elective
UCSF School of Medicine
May 1st, 2019
San Francisco, California

297. <u>High Altitude Illness</u>
2019 Wilderness Medicine Elective
UCSF School of Medicine
May 1, 2019
San Francisco, California

298. <u>Precautionary Cautions About Precautions: 2019 Approaches to Spinal Motion Restriction</u>
Polk County Fire Rescue EMS Week 2019 Medical Seminar – Eagles
May 23rd, 2019
Orlando, Florida

299. <u>Mitigating Child-Like Behaviors: Dismantling the Major Myths about Managing Maladies in Minors</u>
Polk County Fire Rescue EMS Week 2019 Medical Seminar – Eagles
May 23rd, 2019
Orlando, Florida

300. <u>Acing the Tracing Your Facing: Subtle ECG Findings You Don't Want to Miss</u>
Polk Country Fire Rescue EMS Week 2019 Medical Seminar – Eagles
May 23rd, 2019
Orlando, Florida

301. <u>Mass Casualty and Disaster Management – Lessons Learned from the Colorado Shootings</u>
Grand Rounds – Department of Emergency Medicine
University Hospitals Cleveland Medical Center
June 13th, 2019
Cleveland, Ohio

302. <u>High Altitude Illness</u>
University Hospitals Cleveland Medical Center

June 13th, 2019
Cleveland, Ohio

303.    Sedation of the Trauma Patient
University Hospitals Cleveland Medical Center
June 13th, 2019
Cleveland, Ohio

304.    Mass Casualty and Disaster Management: Lessons Learned from the
Colorado Shootings
Keynote address – 31st Annual David Miller Memorial Trauma Symposium
October 11th, 2019
Springfield, Missouri

305.    The Combative, Uncooperative, Arrested, and Threatening Trauma
Patient: A Legal, Ethical, and Medical Minefield
31st Annual David Miller Trauma Symposium
October 11th, 2019
Springfield, Missouri

306.    Management of Pelvic Trauma – Binders, REBOA, and More!
American College of Emergency Physicians (ACEP) Scientific Assembly,
2019 [ACEP19]
October 28th, 2019
Denver, Colorado

307.    Life Saving Procedures in Trauma
American College of Emergency Physicians (ACEP) Scientific Assembly,
2019 [ACEP19]
October 28th, 2019
Denver, Colorado

308.    Cruising the Literature – Best Trauma Articles of 2019
American College of Emergency Physicians (ACEP) Scientific Assembly,
2019 [ACEP19]
October 29th, 2019
Denver, Colorado

309.    Transfer of the Trauma Patient
Grand Rounds – Kaiser San Francisco
December 3rd, 2019
San Francisco, California

310.    Management of Pelvic Fractures
Grand Rounds – Vanderbilt University Medical Center
December 17th, 2019
Nashville, Tennessee

311.

**Certifications**

- NRP, 2009
- ATLS, 2003
  - ATLS Instructor
    - November 18th, 2016
    - July 23rd, 2017
    - June 25th, 2018
    - June 24th, 2019
    - October 17th, 2019
- ACLS, 1996
- PALS, 1994
- ATLS instructor, 2010 – present
- BLS, 2016

**Media**

- Tales From the Front Lines - San Francisco Magazine – September, 2017
- How to Control Bleeding – The New York Times Magazine – April 22nd, 2018
- Skinned Knees to Broken Heads: Tracking Scooter Injuries – The New York Times – August 3rd, 2018
- Interview – NBC – Scooter injuries – August 8th, 2018
- Interview – San Francisco Chronicle – Scooter Injuries – August 11th, 2018
- Wines on a Plane: Does Drinking Affect You Differently While Flying? – Wine Spectator, August 21st, 2018
- National Public Radio (NPR) segment – Heat Related Emergencies – October, 2018
- Interview – KPIX TV Channel 5 –  Scooter injuries - January 25th, 2019
- Interview – San Francisco Chronicle – Scooter Injuries – January 26th, 2019
- Interview – RTV6 Indianapolis – Marijuana use kills Indiana teen, mother speaks out. Stephanie Wade, April 11, 2019 (https://www.theindychannel.com/news/working-for-you/marijuana-use-kills-indiana-teen-mother-speaks-out)
- Interview – The New Yorker – Twenty years after Columbine. Michael Luo, April 20th, 2019. (https://www.newyorker.com/news/news-desk/twenty-years-after-columbine)
- Interview – Fox KTVU Channel 2 – San Francisco averaged one fentanyl overdose death a week last year. Amber Led, June 25th, 2019

(http://www.ktvu.com/news/ktvu-local-news/san-francisco-averaged-one-fentanyl-overdose-death-a-week-last-year)
- Patients Leaving AMA: Signed Forms Alone Are Not Sufficient Malpractice Defense. ED Legal Letter, Volume 30, No. 8, p. 85-88, August, 2019
- Interview – San Francisco Chronicle – Psychiatric patients in the ED. August 15, 2019
- Interview – San Francisco Examiner – ED Diversion – September 26th, 2019
- Interview – San Francisco Chronicle – Emergency department management of substance abuse – November 5th, 2019
- Interview – KTVU Channel 2 Morning News (Mornings on 2) – Holiday mishaps – December 20th, 2019 https://sfgov1-my.sharepoint.com/:v:/r/personal/maricella_miranda_sfdph_org/Documents/Media/KTVU%202_Chris%20Colwell_ED%20holidays_2019/IMG_0571.MOV?csf=1&e=RQGwJN
- 

**Additional Activities**

- American Board of Emergency Medicine (ABEM) Oral Board Examiner
  - October 8-11, 2016
  - October 14-17, 2017
  - October 13-16, 2018
  - October 5-8, 2019
- President, Sigma Phi Epsilon fraternity, Ann Arbor, MI  1987-1988 Active Member: 1984-1988
- Varsity Tennis, University of Michigan, Ann Arbor, MI 1984-1988 Big Ten Team Champions: 1985, 1986, 1988.   NCAA Team Semifinals: 1988
- Psi Chi Honor Society 1987-1988
- Captain, Varsity Tennis Team, La Jolla High School, La Jolla, CA
- Michigan Alumnae Scholarship recipient, San Diego Chapter 1984-1985

**Languages**     Fluent in Spanish

**EXHIBIT 3**

# JOHN J. DONOHUE III

Stanford Law School
Stanford, CA 94305
Phone: 650 721 6339
E-mail: donohue@law.stanford.edu
Web pages:
http://works.bepress.com/john_donohue/
https://law.stanford.edu/directory/john-j-donohue-iii/

**EMPLOYMENT**

**Full-time Positions**
- Stanford Law School, C. Wendell and Edith M. Carlsmith Professor of Law, September 2010 to the present.
- Yale Law School, Leighton Homer Surbeck Professor of Law, July 2004 to August 2010.
- Stanford Law School, Professor of Law, September 1995 to June 2004.
    - William H. Neukom Professor of Law, February 2002 – June 2004.
    - John A. Wilson Distinguished Faculty Scholar, March 1997 – January 2002.
    - Academic Associate Dean for Research, since July 2001 – July 2003.
    - Stanford University Fellow, September 2001 – May 2003.
- Northwestern University School of Law:
    - Class of 1967 James B. Haddad Professor of Law, September 1994-August 1995
    - Harry B. Reese Teaching Professor, 1994-1995
    - Professor of Law, May 1991-September 1994
    - Associate Professor, May 1989-May 1991
    - Assistant Professor, September 1986-May 1989.
- Research Fellow, American Bar Foundation, September 1986-August 1995.
- Associate Attorney, Covington & Burling, Washington, D.C., October 1978-July 1981 (including last six months as Attorney, Neighborhood Legal Services)
- Law Clerk to Chief Justice T. Emmet Clarie, U.S. District Court, Hartford, Connecticut, September 1977-August 1978.

**Temporary Appointments**
- Visiting Professor, Bocconi University, Milan, Italy, October- November 2012, April 2014, and June 2015.
- 2011 Faculty Scholar in Residence, University of Denver Sturm College of Law, April 21-22, 2011.
- Visiting Fellow, The Milton Friedman Institute for Research in Economics, University of Chicago, October 2009
- Schmidheiny Visiting Professor of Law and Economics, St. Gallen University, November – December, 2007.
- Visiting Lecturer in Law and Economics, Gerzensee Study Center, Switzerland, June 2007.
- Visiting Professor, Tel Aviv University School of Law, May 2007.

1

- Herbert Smith Visitor to the Law Faculty, University of Cambridge, England, February 2006.
- Visiting Professor, Harvard Law School, January 2003.
- Fellow, Center for Advanced Studies in the Behavioral Sciences, Stanford, California, Academic year 2000-01.
- Visiting Professor, Yale Law School, Fall, 1999.
- Professor, Center for the Study of American Law in China, Renmin University Law School, Beijing, July 1998.
- Visiting Professor of Law and Economics, University of Virginia, January 1997.
- Lecturer, Toin University School of Law, Yokohama, Japan, May-June 1996.
- Cornell Law School, Distinguished Visiting Fellow in Law and Economics, April 8-12, 1996 and September 25-29, 2000
- Visiting Professor, University of Chicago Law School, January 1992-June 1992.
- Visiting Professor of Law and Economics, University of Virginia Law School, January 1990-May 1990.
- Fellow, Yale Law School Program in Civil Liability, July 1985-August 1986.
- Private Practice (part-time), New Haven, Connecticut, September 1981-August 1986.
- Instructor in Economics, Yale College, September 1983-August 1985.
- Summer Associate, Donovan Leisure Newton & Irvine, New York, Summer 1982.
- Summer Associate, Perkins, Coie, Stone, Olsen & Williams, Seattle, Washington, Summer 1976.
- Research Assistant, Prof. Laurence Lynn, Kennedy School of Government, Harvard University, Summer 1975.
- LSAT Tutor, Stanley Kaplan Education Center, Boston, Massachusetts; Research Assistant, Prof. Philip Heymann, Harvard Law School; Research Assistant, Prof. Gordon Chase, Harvard School of Public Health. (During Law School).

## EDUCATION
### Yale University, 1981-1986
- University Fellow in Economics; M.A. 1982, M. Phil. 1984, Ph.D. 1986.
  - Dissertation: "A Continuous-Time Stochastic Model of Job Mobility: A Comparison of Male-Female Hazard Rates of Young Workers." Awarded with Distinction by Yale.
  - Winner of the Michael E. Borus Award for best social science dissertation in the last three years making substantial use of the National Longitudinal Surveys--awarded by the Center for Human Research at Ohio State University on October 24, 1988.
- National Research Service Award, National Institute of Health.
- Member, Graduate Executive Committee; Graduate Affiliate, Jonathan Edwards College.

### Harvard Law School, 1974-1977 (J.D.)

- Graduated Cum Laude.

- Activities: Law Clerk (Volunteer) for Judge John Forte, Appellate Division of the District Court of Central Middlesex; Civil Rights, Civil Liberties Law Review; Intra-mural Athletics; Clinical Placement (Third Year): (a)

First Semester:  Massachusetts Advocacy Center; (b) Second Semester:  Massachusetts Attorney General's Office--Civil Rights and Consumer Protection Divisions.  Drafted comments for the Massachusetts Attorney General on the proposed U.S. Department of Justice settlement of its case against Bechtel Corporation's adherence to the Arab Boycott of Israeli companies.

**Hamilton College, 1970-1974 (B.A.)**

- Departmental Honors in both Economics and Mathematics
    - Phi Beta Kappa (Junior Year)
- Graduated fourth in class with the following academic awards:

    - Brockway Prize (Highest GPA Freshman Year)
    - Edwin Huntington Memorial Mathematical Scholarship
    - Fayerweather Prize Scholarship
    - Oren Root Prize Scholarship in Mathematics

- President, Root-Jessup Public Affairs Council.

## PUBLICATIONS

**Books and Edited Volumes:**

- <u>Law and Economics of Discrimination</u>, Edward Elgar Publishing, 2013.
- <u>Employment Discrimination:  Law and Theory</u>, Foundation Press, 2005, 2009 (2d edition) (with George Rutherglen).
- <u>Economics of Labor and Employment Law</u>:  Volumes I and II, Edward Elgar Publishing, 2007.  http://www.e-elgar.co.uk/bookentry_main.lasso?id=4070
- <u>Foundations of Employment Discrimination Law</u>, Foundation Press, 2003 (2d edition).
- <u>Foundations of Employment Discrimination Law</u>, Oxford University Press, 1997 (Initial edition).

**Book Chapters:**

- "Drug Prohibitions and Its Alternatives." Chapter 2 in Cook, Philip J., Stephen Machin, Olivier Marie, and Giovanni Mastrobuoni, eds, *Lessons from the Economics of Crime: What Reduces Offending?* MIT Press. 45-66 (2013).

- "The Death Penalty," Chapter in <u>Encyclopedia of Law and Economics,</u> Spring (2013).

- "Rethinking America's Illegal Drug Policy," in Philip J. Cook, Jens Ludwig, and Justin McCrary, eds, <u>Controlling Crime: Strategies and Tradeoffs</u> (2011), pp.215-289 (with Benjamin Ewing and David Peloquin).

- "Assessing the Relative Benefits of Incarceration:  The Overall Change Over the Previous Decades and the Benefits on the Margin," in Steven Raphael and Michael Stoll, eds., "Do Prisons Make Us Safer?  The Benefits and Costs of the Prison Boom," pp. 269-341 (2009).

3

- "Does Greater Managerial Freedom to Sacrifice Profits Lead to Higher Social Welfare?" In Bruce Hay, Robert Stavins, and Richard Vietor, eds., <u>Environmental Protection and the Social Responsibility of Firms: Perspectives from Law, Economics, and Business</u> (2005).

- "The Evolution of Employment Discrimination Law in the 1990s:  A Preliminary Empirical Evaluation" (with Peter Siegelman), in Laura Beth Nielsen and Robert L. Nelson, eds., <u>Handbook of Employment Discrimination Research</u> (2005).

- "The Impact of Concealed Carry Laws," in Jens Ludwig and Philip Cook, <u>Evaluating Gun Policy:  Effects on Crime and Violence</u> (Washington D.C.:  Brookings, 2003).

**Articles:**

- "The Swerve to 'Guns Everywhere:' A Legal and Empirical Analysis," Law and Contemporary Problems, (forthcoming, January 2020).

- "That Assault Weapon Ban? It Really Did Work," *The New York Times*, September 5, 2019, (with Theodora Boulouta), https://www.nytimes.com/2019/09/04/opinion/assault-weapon-ban.html?action=click&module=Opinion&pgtype=Homepage.

- "The Impact of Legalized Abortion on Crime over the Last Two Decades," NBER Working Paper No. 25863, May 2019 (with Steven Levitt).
    - Featured on Freakonomics Radio, "Abortion and Crime, Revisited."
      https://podcasts.apple.com/us/podcast/freakonomics-radio/id354668519?i=1000444184627.

- "Right-to-Carry Laws and Violent Crime: A Comprehensive Assessment Using Panel Data and a State-Level Synthetic Control Analysis," *Journal of Empirical Legal Studies*, April 2019 (with Abhay Aneja and Kyle Weber), https://onlinelibrary.wiley.com/doi/full/10.1111/jels.12219.

- "RTC Laws Increase Violent Crime: Moody and Marvell Have Missed the Target," *Econ Journal Watch*, Vol. 16, No. 1, 97-113, March 2019 (with Abhay Aneja and Kyle Weber), https://econjwatch.org/File+download/1103/DonohueAnejaWeberMar2019.pdf?mimetype=pdf

- "A Panel-based Proxy for Gun Prevalence in the US," NBER working Paper No. 25530, February 2019. https://www.nber.org/papers/w25530

- "It's Going to Take More Than Background Checks and AR-15 Bans to Stop Mass Shootings," *Time.com*, November 16, 2018. http://time.com/5456015/gun-control-background-checks-ar15-mass-shootings/

4

- "What's in a denial? Bayesian Analysis shows that Kavanaugh lied about denials under oath and Trump was foolish to believe MBS," November 2, 2018 (with Aaron Edlin). https://works.bepress.com/john_donohue/176/

- "Brett Kavanaugh won't keep Americans safe," CNN.com, September 5, 2018. https://www.cnn.com/2018/09/05/opinions/kavanaugh-wont-keep-america-safe-donohue/

- "More Gun Carrying, More Violent Crime," *Econ Journal Watch*, Vol. 15, No. 1, 67-82, January 2018. https://econjwatch.org/articles/more-gun-carrying-more-violent-crime

- "Right-to-Carry Laws and Violent Crime: A Comprehensive Assessment Using Panel Data and a State-Level Synthetic Controls Analysis" NBER Working Paper w23510, www.nber.org/papers/w23510, January 2018 (with Abhay Aneja, and Kyle Weber).

- "Saving lives by regulating guns: Evidence for policy," *Science* 08 Dec 2017, Vol. 358, Issue 6368, pp. 1259-1261, http://science.sciencemag.org/content/358/6368/1259.full (with Phil Cook).

- "Laws Facilitating Gun Carrying and Homicide," American Journal of Public Health, Vol 107, No. 12, 1864-1865, December 2017, http://ajph.aphapublications.org/doi/10.2105/AJPH.2017.304144.

- "Comey, Trump, and the Puzzling Pattern of Crime in 2015 and Beyond," 117 Columbia Law Review 1297 (2017). http://columbialawreview.org/content/comey-trump-and-the-puzzling-pattern-of-crime-in-2015-and-beyond/.

- "Did Jeff Sessions forget wanting to execute pot dealers?" The Conversation, January 23, 2017 (with Max Schoening), **https://theconversation.com/did-jeff-sessions-forget-wanting-to-execute-pot-dealers-71694**

    - Reprinted in Huffington Post, http://www.huffingtonpost.com/the-conversation-us/did-jeff-sessions-forget_b_14344218.html

    - Reprinted in Salon, http://www.salon.com/2017/01/30/jeff-sessions-forgetting-he-once-wanted-to-execute-pot-dealers/#comments

- "Jeff Sessions, The Grim Reaper of Alabama," The New York Times, January 9, 2017 (with Max Schoening), http://www.nytimes.com/2017/01/08/opinion/jeff-sessions-the-grim-reaper-of-alabama.html

- "Testing the Immunity of the Firearm Industry to Tort Litigation," JAMA Intern Med. Published online November 14, 2016. http://jamanetwork.com/journals/jamainternalmedicine/fullarticle/2582991 (with David Studdert and Michelle Mello).

5

- "Empirical Analysis and the Fate of Capital Punishment," 11 Duke Journal of Constitutional Law and Public Policy 51-106 (2016). Available at: http://scholarship.law.duke.edu/djclpp/vol11/iss1/3

- "Firearms on College Campuses: Research Evidence and Policy Implications," Johns Hopkins Bloomberg School of Public Health, (October 15, 2016)(with Daniel Webster et al). http://www.jhsph.edu/research/centers-and-institutes/johns-hopkins-center-for-gun-policy-and-research/_pdfs/GunsOnCampus.pdf

- "Be skeptical about claims of benefits of concealed carry permits." Sacramento Bee, (October 6, 2016), http://www.sacbee.com/opinion/op-ed/soapbox/article106329677.html

- "The Death Penalty Does Not Add Up to Smart Justice," California State Treasurer Intersections (September 2016), http://treasurer.ca.gov/newsletter/2016/201609/conversation.asp

- "Reducing civilian firepower would boost police and community safety, Stanford expert says," Stanford News (July 2016), http://news.stanford.edu/2016/07/15/reducing-civilian-firepower-boost-police-community-safety/review/

- "Domestic Violence and Effectively Terminating the Gun Rights of the Dangerous," Legal Aggregate – Stanford Law School (June 2016), https://law.stanford.edu/2016/06/28/domestic-violence-and-effectively-terminating-the-gun-rights-of-the-dangerous/

- "4 Gun Control Steps U.S. Needs Now," CNN.com (June 2016), http://www.cnn.com/2016/06/23/opinions/gun-control-donohue/index.html

- "The Demise of the Death Penalty in Connecticut, " Legal Aggregate - Stanford Law School (June 2016), https://law.stanford.edu/2016/06/07/the-demise-of-the-death-penalty-in-connecticut/

- "Empirical Evaluation of Law: The Dream and the Nightmare," 17 American Law and Economics Review 313 2015.

- "Capital Punishment Does not Deter Homicides," Casetext, August 30, 2015, https://casetext.com/posts/capital-punishment-does-not-deter-homicides

- "There's no evidence that death penalty is a deterrent against crime," The Conversation, August 8, 2015. http://theconversation.com/theres-no-evidence-that-death-penalty-is-a-deterrent-against-crime-43227
  - Reprinted under the title "Does the Death Penalty Deter Killers?" Newsweek, August 19, 2015. https://www.newsweek.com/does-death-penalty-deter-killers-364164

- "Glossip v. Gross: Examining Death Penalty Data for Clarity," Stanford Lawyer, June 29, 2015. http://stanfordlawyer.law.stanford.edu/2015/06/glossip-v-gross-examining-death-penalty-data-for-clarity/

- "How US Gun Control Compares to the Rest of the World," The Conversation, June 24, 2015. http://theconversation.com/how-us-gun-control-compares-to-the-rest-of-the-world-43590

6

- o   Reprinted in slightly modified form under the title "Ban guns, end shootings? How evidence stacks up around the world," in CNN.com on August 27, 2015 http://www.cnn.com/2015/08/27/opinions/us-guns-evidence/

- "The 10 day period is reasonable," San Francisco Daily Journal, September 3, 2014.

- "An Empirical Evaluation of the Connecticut Death Penalty System Since 1973: Are There Unlawful Racial, Gender, and Geographic Disparities?" 11 Journal of Empirical Legal Studies 637 (2014).

- "The Impact of Right to Carry Laws and the NRC Report: The Latest Lessons for the Empirical Evaluation of Law and Policy," NBER Working Paper 18294. Revised November 2014 (with Abhay Aneja and Alexandria Zhang), http://www.nber.org/papers/w18294

- "Do Police Reduce Crime? A Reexamination of a Natural Experiment," in Yun-Chien Chang, ed., Empirical Legal Analysis: Assessing the Performance of Legal Institutions, London: Routledge, Chapt. 5, pp. 125-143, 2014 (with Daniel E. Ho & Patrick Leahy)

- "Reflections on the Newtown Shooting One Year Later," Stanford Lawyer, December 5, 2013. http://stanfordlawyer.law.stanford.edu/2013/12/reflections-on-the-newtown-shooting-one-year-later/

- Outlier Nation: Homicides, Incarceration, Guns and Gun Culture, TAR 9 (Verona, Italy: 2013).

- "Gun lunacy rides high in America," Special to CNN, September 13, 2013. http://www.cnn.com/2013/09/13/opinion/donohue-gun-control/index.html?iref=allsearch

- "Why the NRA fights background checks," Special to CNN, Wed April 10, 2013. http://www.cnn.com/2013/04/10/opinion/donohue-background-checks/index.html

- "Substance vs. Sideshows in the More Guns, Less Crime Debate: A Comment on Moody, Lott, and Marvell" (with Abhay Aneja, and Alexandria Zhang) ECON JOURNAL WATCH 10(1) January 2013: 32-39

- "More Guns, Less Crime Thesis," Guns in American Society: An Encyclopedia of History, Politics, Culture, and the Law (volume 2:G-Q, at page 585) (2012).

- "Jury Nullification in Modified Comparative Negligence Regimes," 79 The University of Chicago Law Review 945 (2012)(with Eli K. Best).

- "What Can Be Done to Stem Gun Violence?" San Francisco Chronicle, December 21, 2012.   http://www.sfgate.com/opinion/article/What-can-be-done-to-stem-gun-violence-4139575.php#ixzz2G4qlkJJ2

- "When Will America Wake Up to Gun Violence?" CNN opinion, July 21, 2012. Posted to: http://www.cnn.com/2012/07/20/opinion/donohue-gun-control/.

- "Time To Kill The Death Penalty?" The California Progress Report, June 28, 2012.

7

- "Assessing Post-ADA Employment: Some Econometric Evidence and Policy Considerations." Journal of Empirical Legal Studies Vol. 8: No. 3, September 2011, pp. 477-503 (with Michael Ashley Stein, Christopher L. Griffin, Jr. and Sascha Becker).

- "The Impact of Right-to-Carry Laws and the NRC Report: Lessons for the Empirical Evaluation of Law and Policy," Am Law Econ Rev (Fall 2011) 13 (2): 565-631 (with Abhay Aneja and Alex Zhang).  See January 2014 Revision released as an NBER working paper above.

- "Punishment is a Cost, Not a Benefit," Review of Mark A. R. Kleiman's "When Brute Force Fails: How to Have Less Crime and Less Punishment," XLVII Journal of Economic Literature (March 2010), 168-172.

- "The Politics of Judicial Opposition: Comment," Journal of Institutional and Theoretical Economics, 166(1), 108—114 (2010).

- "Introduction to the Death Penalty Symposium," 11 American Law and Economics Review. v (Fall 2009) (with Steve Shavell).

- "Estimating the Impact of the Death Penalty on Murder," 11 American Law and Economics Review 249 (Fall 2009) (with Justin Wolfers).

- "The Impact of the Death Penalty on Murder," Criminology & Public Policy (November 2009, Volume 8, Issue 4) at pp. 795-801.

- "The Impact of Legalized Abortion on Teen Childbearing," 11 American Law and Economics Review 24 (2009) (with Jeff Grogger and Steven Levitt).

- "More Guns, Less Crime Fails Again:  The Latest Evidence from 1977-2006," 6 Econ Journal Watch 218-233 (May 2009)(with Ian Ayres).

- "Yet Another Refutation of the More Guns, Less Crime Hypothesis – With Some Help From Moody and Marvell," 6 Econ Journal Watch 35-59 (January 2009)(with Ian Ayres).

- "Measurement Error, Legalized Abortion, and the Decline in Crime: A Response to Foote and Goetz," The Quarterly Journal of Economics (2008) 123 (1): 425-440 (with Steven Levitt). http://qje.oxfordjournals.org/content/123/1/425.abstract

- "AntiDiscrimination Law," in Steven Durlauf and Lawrence Bloom, eds., The New Palgrave Dictionary of Economics, 2d Edition, 2008.

- "Murder in Decline in the 1990s: Why the U.S. and N.Y.C. Were Not That Special," Punishment and Society  10: 333 (2008) at http://pun.sagepub.com

- "Understanding the 1990s Crime Drops in the U.S. and Canada," Canadian Journal of Criminology and Criminal Justice, Vol 49, No. 4, p. 552 (October 2007).

- "The Law and Economics of Antidiscrimination Law," A. M. Polinsky and Steven Shavell, eds., Handbook of Law and Economics, Volume 2 (2007), Pages 1387-1472.

- "Economic Models of Crime and Punishment," Social Research, Vol. 74: No. 2, Summer 2007, pp. 379-412.

- "Rethink the War on Drugs," Yale Law Reports, Summer 2007, pp. 46-47.

- "More Cops," Brookings Policy Brief #158, March 2007 (with Jens Ludwig),
  http://www.brookings.edu/papers/2007/03crime_john-j--donohue-iii.aspx.

- "Studying Labor Market Institutions in the Lab: Minimum Wages, Employment Protection, and Workfare:
  Comment," Journal of Theoretical and Institutional Economics, 163(1), 46—51 (March 2007).

- "The Impact of Damage Caps on Malpractice Claims:  Randomization Inference with Difference-in-
  Differences," (with Daniel Ho), 4 Journal of Empirical Legal Studies 69 (2007).

- "The Discretion of Judges and Corporate Executives:  An Insider's View of the Disney Case," The Economists'
  Voice: Vol. 3: No. 8, Article 4.  Available at: http://www.bepress.com/ev/vol3/iss8/art4

- "The Knicks Boldly Go Where Companies Have Not," The New York Times, July 2, 2006 Sunday (with Ian
  Ayres).

- "The Death Penalty:  No Evidence of Deterrence," The Economists' Voice, (with Justin Wolfers) (April 2006),
  http://bpp.wharton.upenn.edu/jwolfers/Press/DeathPenalty(BEPress).pdf.
  - Reprinted in Stiglitz, Edlin, and DeLong (eds), The Economists' Voice:  Top Economists Take on Today's
    Problems (2008).

- "The Costs of Wrongful-Discharge Laws," 88 Review of Economics and Statistics (with David Autor and Stewart
  Schwab)(2006), pp. 211-31.

- "Security, Democracy, and Restraint," 1 Opening Argument 4 (February 2006).
  - Reprinted in Loch Johnson and James Wirtz, Intelligence and National Security: An Anthology  406-407 (2d
    ed. 2008).

- "Uses and Abuses of Empirical Evidence in the Death Penalty Debate," 58 Stanford Law Review 791 (2005)
  (with Justin Wolfers).

  - Reprinted in Steven Levitt and Thomas Miles, eds., The Economics of Criminal Law, Edward Elgar Publishing
    (2008).
  - Reprinted in Robert Cooter and Francesco Parisi, eds., Foundations of Law and Economics, Edward Elgar
    Publishing (2010)

- "Does Terrorism Increase Crime?  A Cautionary Tale," (with Daniel Ho), 2005.

- "Fighting Crime:  An Economist's View," 7 The Milken Institute Review 46 (2005).
  - Reprinted in Kurt Finsterbusch, ed., Social Problems (McGraw-Hill, 2006).

- "Guns, Crime, and the Impact of State Right-to-Carry Laws," 73 Fordham Law Review 623 (2004).

- "Clinton and Bush's Report Cards on Crime Reduction: The Data Show Bush Policies Are Undermining Clinton
  Gains", The Economists' Voice: Vol. 1: No. 1, Article 4. 2004,
  http://www.bepress.com/ev/vol1/iss1/art4

- "The Employment Consequences of Wrongful-Discharge Laws: Large, Small, or None at All?" American
  Economic Review:  Papers and Proceedings May, 2004 (with David Autor and Stewart Schwab).

9

- "Further Evidence that Legalized Abortion Lowered Crime:  A Reply To Joyce," 39 <u>Journal of Human Resources</u> 29 (Winter 2004)(with Steven Levitt).

- "The Final Bullet in the Body of the More Guns, Less Crime Hypothesis," <u>Criminology & Public Policy</u> (July 2003, Volume 2, Issue 3) at pp. 397-410.

- "Shooting Down the 'More Guns, Less Crime' Hypothesis," 55 <u>Stanford Law Review</u> 1193 (2003)(with Ian Ayres).

- "The Latest Misfires in Support of the 'More Guns, Less Crime' Hypothesis," 55 <u>Stanford Law Review</u> 1371 (2003)(with Ian Ayres).

- "Can Guns, Or Gun Violence, Be Controlled?" (Reviewing James Jacobs, <u>Can Gun Control Work?</u>), <u>The American Prospect</u> (December 16, 2002), p. 35, http://prospect.org/article/books-review-4

- "The Search for Truth:  In Appreciation of James J. Heckman," 27 <u>Law and Social Inquiry</u> 23 (2002).

- "The Schooling of Southern Blacks:  The Roles of Social Activism and Private Philanthropy, 1910-1960," <u>Quarterly Journal of Economics</u> (Feb. 2002), (with James Heckman and Petra Todd), pp. 225 – 268.
  - Reprinted in Legal Decisionmaking section of the American Bar Foundation Anthology, ABF Press (2007).
  - Reprinted in American Bar Foundation, Anaylzing Law's Reach:  Empirical Research on Law and Society (2008)

- "The Impact of Race on Policing and Arrests," <u>Journal of Law and Economics</u>, vol. XLIV October 2001)(with Steven Levitt), pp. 367 – 394.

- "The Impact of Legalized Abortion on Crime," <u>Quarterly Journal of Economics</u> (Vol. CXVI, Issue 2, May 2001)(with Steven Levitt) pp. 379-420.
  - Reprinted in Steven Levitt and Thomas Miles, eds., <u>The Economics of Criminal Law</u>, Edward Elgar Publishing (2008).
  - Reprinted in Robert Cooter and Francesco Parisi, eds., <u>Recent Developments In Law And Economics</u>, Edward Elgar Publishing (2010).

- "Understanding the Reasons for and Impact of Legislatively Mandated Benefits for Selected Workers," 53 <u>Stanford Law Review</u> 897 (2001).
  - Reprinted in Michael Zimmer, Charles Sullivan et al, <u>Cases and Materials on Employment Discrimination</u> (6th edition)(2003).

- "Nondiscretionary Concealed Weapons Law:  A Case Study of Statistics, Standards of Proof, and Public Policy," <u>American Law and Economics Review</u> 436 (1999)(with Ian Ayres).
  - Reprinted in Steven Levitt and Thomas Miles, eds., <u>The Economics of Criminal Law</u>, Edward Elgar Publishing (2008).

- "Why We Should Discount the Views of Those Who Discount Discounting," 108 <u>Yale Law Journal</u> 1901 (1999).

- "Understanding  The Time Path of Crime," 88 <u>Journal of Criminal Law and Criminology</u> 1423 (1998).

- "Discrimination in Employment," <u>The New Palgrave Dictionary of Law and Economics</u> (1998).
  - Excerpted in Lynne Dallas, <u>Law and Public Policy:  A Socio-Economic Approach</u> at page 261 (2003).

- "The Legal Response to Discrimination: Does Law Matter?" in Bryant Garth, Austin Sarat, eds., How Does Law Matter? Pp. 45 – 75 (Northwestern University Press, 1998).

- "Some Thoughts on Law and Economics and the Theory of the Second Best," 73 Chicago-Kent Law Review 257 (1998).

- "Allocating Resources Among Prisons and Social Programs In the Battle Against Crime," 27 Journal of Legal Studies 1 (1998) (with Peter Siegelman).
  - Excerpted in Sanford Kadish & Stephen Schulhofer, Criminal Law and Its Processes (8th ed. 2007),

- "Guns, Violence, and the Efficiency of Illegal Markets," 88 American Economic Review 463 (May 1998)(with Steve Levitt).

- "Did Miranda Diminish Police Effectiveness?" 50 Stanford Law Review 1147 (1998).

- "Some Thoughts on Affirmative Action," 75 Washington University Law Quarterly 1590 (1997).

- "Executive Compensation," 3 Stanford Journal of Law, Business & Finance 1 (1997).

- "Some Perspective on Crime and Criminal Justice Policy," Lawrence Friedman and George Fisher, eds., The Crime Conundrum: Essays on Criminal Justice 45 (1997).

- "The Selection of Employment Discrimination Disputes for Litigation: Using Business Cycle Effects to Test the Priest/Klein Hypothesis," 24 Journal of Legal Studies 427 (1995) (with Peter Siegelman).

- "Employment Discrimination Law in Perspective: Three Concepts of Equality," 92 Michigan Law Review 2583 (1994).

- Reprinted in Frank Ravitch, Janis McDonald, and Pamela Sumners, Employment Discrimination Law (2004).
  - Translated into Chinese and published in Peking University Law Review (2007).

- "The Effects of Joint and Several Liability on Settlement Rates: Mathematical Symmetries and Meta-Issues in the Analysis of Rational Litigant Behavior," 23 Journal of Legal Studies 543 (1994).

- "Liberal Law and Economics," (reviewing Rethinking the Progressive Agenda by Susan Rose-Ackerman), 13 Journal of Policy Analysis and Management 192 (1994).

- Review of Richard Epstein's Forbidden Grounds: The Case Against Employment Discrimination Laws, 31 Journal of Economic Literature 1477 (1994).

- "Law and Macroeconomics: Employment Discrimination Over the Business Cycle," 66 University of S. Calif. L. Rev. 709 (1993) (with Peter Siegelman).

- "Advocacy Versus Analysis In Assessing Employment Discrimination Law," 44 Stanford Law Review 1583 (1992).
  - Reprinted in Christopher McCrudden, Anti-Discrimination Law (2003).

- Excerpted in Professors Michael J. Zimmer, Charles A. Sullivan, & Rebecca Hanner White, Cases and Materials on Employment Discrimination (Seventh Edition 2008).

11

- "The Changing Nature of Employment Discrimination Litigation," 43 Stanford Law Review 983 (1991) (with Peter Siegelman).

- "The Effects of Fee Shifting on the Settlement Rate: Theoretical Observations on Costs, Conflicts, and Contingency Fees," 54 Law and Contemporary Problems 195 (1991).

- "Re-Evaluating Federal Civil Rights Policy," 79 Georgetown Law Journal 1713 (1991) (with James Heckman).

- "Opting for the British Rule; Or, If Posner and Shavell Can't Remember the Coase Theorem, Who Will?" 104 Harvard Law Review 1093 (1991).
  - Reprinted in Saul Levmore, Foundations of Tort Law 160 (1994).

- "Continuous versus Episodic Change: The Impact of Civil Rights Policy on the Economic Status of Blacks," 29 Journal of Economic Literature 1603 (December 1991) (with James Heckman).
  - Reprinted in Paul Burstein, ed., Equal Employment Opportunity, Aldine De Gruyter, New York (1994).

- "The Impact of Federal Civil Rights Policy on the Economic Status of Blacks," 14 Harvard Journal of Law and Public Policy 41 (1991).

- "Studying the Iceberg From Its Tip: A Comparison of Published and Unpublished Employment Discrimination Cases," 24 Law and Society Review 1133 (1990) (with Peter Siegelman).

- "Prohibiting Sex Discrimination in the Workplace: An Economic Perspective," 56 University of Chicago Law Review 1337 (1989).

- "The Law & Economics of Tort Law: The Profound Revolution," 102 Harvard Law Review 1047 (1989).

- "Using Market Incentives to Promote Auto Occupant Safety," 7 Yale Law and Policy Review 449 (1989).

- "Diverting the Coasean River: Incentive Schemes to Reduce Unemployment Spells," 99 Yale Law Journal 549 (1989).
  - Winner of the 1989 Scholarly Paper Competition, Association of American Law Schools.

- "Reply to Professors Ellickson and Stigler," 99 Yale Law Journal 635 (1989).

- "Law and Economics: The Road Not Taken," 22 Law and Society Review 903 (1988).

- "Further Thoughts on Employment Discrimination Legislation: A Reply to Judge Posner," 136 U. Pa. L. Rev. 523 (1987).

- "Judge Bork, Anti-Trust Law, and the Bending of 'Original Intent'," Chicago Tribune, sec.1, pg. 15, July 22, 1987.

- "Posner's Third Symphony: Thinking about the Unthinkable," 39 Stanford Law Review 791 (1987)(with Ian Ayres).

- "Determinants of Job Turnover of Young Men and Women in the U.S.--A Hazard Rate Analysis," in Schultz, T.P., ed., Research in Population Economics, vol.6, Greenwich, Conn.: JAI Press (1987).

- "A Comparison of Male-Female Hazard Rates of Young Workers, 1968-1971," Working Paper #48, Center for Studies in Law, Economics and Public Policy; Yale Law School (1986).

- "Hazard Rates of Young Male and Female Workers--Recent Developments," Working Paper #51, Center for Studies in Law, Economics and Public Policy; Yale Law School (1986).

- "Is Title VII Efficient?" 134 U. Pa. L. Rev. 1411 (1986).
  - Reprinted in Paul Burstein, ed., Equal Employment Opportunity, Aldine De Gruyter, New York (1994).

- "Section I Cases," Sherman's Summations, Vol.3, No.2, Sherman Act Committee of the A.B.A. Antitrust Section, Fall, 1982, at 49.

- "An Evaluation of the Constitutionality of S. 114, The Proposed Federal Death Penalty Statute," Hearings before the U.S. Senate Judiciary Committee, April 27, 1981, at 151.

- "Godfrey v. Georgia: Creative Federalism, the Eighth Amendment, and the Evolving Law of Death," 30 Catholic University Law Review 13 (1980).

- "Criminal Code Revision--Contempt of Court and Related Offenses," Hearings before the Subcommittee on Criminal Justice of the House Judiciary Committee, July 18, 1979, at 1087.

**Blog Posts:**

- "The Assault Weapon Ban Saved Lives," (with Theodora Boulouta), *Stanford Law School Legal Aggregate Blog*, October 15, 2019, https://stanford.io/2MWNsrV

- "Stanford Law's John Donohue on Mass Shootings and Gun Regulation in the U.S.," *Stanford Law School Legal Aggregate Blog*, August 6, 2019, https://law.stanford.edu/2019/08/06/stanford-laws-john-donohue-on-mass-shootings-and-gun-regulation-in-the-u-s/

- "Stanford Law Faculty Remember Justice Stevens." *Stanford Law School Legal Aggregate Blog*, July 18, 2019, https://law.stanford.edu/2019/07/18/stanford-law-faculty-remember-justice-stevens/

- "Arming Teachers Is Not a Good Option," *Scientific American*, February 28, 2018, https://blogs.scientificamerican.com/observations/arming-teachers-is-not-a-good-option/

- "Another Mass Shooting: An Update on U.S. Gun Laws," *Stanford Law School Legal Aggregate Blog*, February 18, 2018, https://law.stanford.edu/2018/02/18/another-mass-shooting-qa-us-gun-laws/

- "Orlando to Las Vegas: Guns, Law, and Mass Shootings in the U.S.," *Stanford Law School Legal Aggregate Blog*, October 3, 2017, https://law.stanford.edu/2017/10/03/orlando-to-las-vegas-guns-and-law/,

- "*Moore v. Texas* and the Pathologies that Still Mar Capital Punishment in the U.S.," *Stanford Law School Legal Aggregate Blog*, March 29, 2017, https://law.stanford.edu/2017/03/29/moore-v-texas-and-the-pathologies-that-mar-capital-punishment-in-the-u-s/

- "Trump and Gun Policy," *Stanford Law School Legal Aggregate Blog*, November 12, 2016, http://stanford.io/2eoWnna

- "Facts Do Not Support Claim That Guns Make Us Safer" *Stanford Law School Legal Aggregate Blog*, October 12, 2015, https://law.stanford.edu/2015/10/12/professor-john-donohue-facts-do-not-support-claim-that-guns-make-us-safer/

- "When will America wake up to gun violence?" *CNN.com*, July 20, 2012, http://www.cnn.com/2012/07/20/opinion/donohue-gun-control/index.html

13

- "It Takes Laws to Control the Bad Guys," The New York Times -- Room For Debate: http://www.nytimes.com/roomfordebate/2011/01/11/more-guns-less-crime (January 11, 2011).

- "Have "Woman-Protective" Studies Resolved the Abortion Debate? Don't Bet on It," http://balkin.blogspot.com/2008/09/have-woman-protective-studies-resolved.html (September 2008).

- "Dodging the Death Penalty Bullet On Child Rape," http://balkin.blogspot.com/2008/07/dodging-death-penalty-bullet-on-child.html (July 2008).

- "Why I'd Stick With Yale Clerks-- Some Econometric Ruminations," http://balkin.blogspot.com/2008/04/why-id-stick-with-yale-clerks-some.html (April 2008).

## WORKSHOPS AND ADDRESSES

- "Gun Safety Under Attack," Grand Rounds, **Stanford University Department of Psychiatry and Behavioral Sciences**, February 20, 2020.

- "The Swerve:  A Legal and Empirical Evaluation of the Move to 'Guns Everywhere,'" Law and Economic Studies Workshop, **Columbia Law School**, September 23, 2019; Conference on Gun Rights and Regulations Outside the Home, **Duke Law School**, September 27, 2019; Law and Economics Workshop, **University of California, Berkeley, Law School**, February 6, 2020.

- "Evidence to Guide Gun-related Public Policy," Conference on Gun Violence Epidemic, **Stanford Medical School**, September 16, 2019; Lecturer, Physicians and Social Responsibility Course, **Stanford Medical School**, October 7, 2019; Lecturer, Data Science Course, **Department of Statistics, Stanford University**, November 1, 2019.

- "The Legal and Political Battle over Gun Policy in America," **Hamilton College**, June 7, 2019.

- "Impact of Right to Carry Laws on Violent Crime," Public Policy colloquium, **Stanford Economics Department**, January 22, 2018; SPILS Methods Workshop, **Stanford Law School**, January 25, 2018; Quantlaw, **University of Arizona Law School**, March 2, 2018; Stanford/Berkeley Causal Inference Conference, **Stanford Graduate School of Business**, April 23, 2019; **Baldy Center/Law School Distinguished Speaker Series**, University at Buffalo School of Law, May 3, 2019; Conference on "Synthetic Controls and Related Methods," **Institute for Data, Systems, and Society, MIT**, May 21, 2019.

- "The Impact of Legalized Abortion on Crime over the Last Two Decades," American Law and Economics Association Meetings, **NYU School of Law**, May 18, 2019.

- "Guns, Abortion, and the Death Penalty: Informing Policy Through Empirical Research," Politics and Public Policy Lecture Series, **Stanford University**, April 1, 2019.

- "Dangers of Guns Carried Outside the Home for Protection," **GVPedia Conference**, Denver, Colorado, April 6, 2019.

- "Understanding California's Red Flag Law: How to Remove Guns from People Who Are a Threat to Themselves or Others," **Stanford Law School**, February 12, 2019.

14

- "Guns and Crime: Current Empirical and Legal Debates," **Fellowship Forum**, January 22, 2019.

- "Gun Policy in America at a Critical Juncture," SAFE, **Stanford Medical School**, September 17, 2018.

- "Empirical Evaluation of Law and Policy: The Battle for Truth," **Woodside Rotary Club**, September 12, 2018.

- "Discussing America's Second Amendment," **San Jose Museum of Quilts & Textiles**, July 15, 2018.

- "The Legal Battle to End the Death Penalty in Connecticut," **Law School of the University of Reggio Calabria,** Italy, June 15, 2018.

- Panelist, "Newtown and Gun Violence in the US, Humanity is Indivisible Series, **Stanford University**, May 31, 2018.

- "Gun Policy In California and the US," Human Rights Seminar; **Stanford Medical School**, May 29, 2018.

- "Gun Policy in the Wake of Parkland," Sigma Alpha Epsilon Leadership Speaker Series, **Stanford Law School**, March 13, 2018; Stanford in Government event, Haas Center, **Stanford University,** April 20, 2018.

- Panelist, Town Hall Meeting on Gun Violence with Congresswoman Jackie Speier, **Burlingame High School**, April 14, 2018.

- Moderator, In Studio Conversation with Berkeley Law School Dean Erwin Chemerinsky: "Defining the Limits of Free Speech," **Palo Alto League of Women's Voters**, March 27, 2018. https://youtu.be/cqHEIAVoTLY

- "More than Thoughts & Prayers," **American Constitution Society** and the **Federalist Society, U.C. Hastings School of Law**, March 14, 2018.

- Panelist, "Addressing Gun Violence," **American Constitution Society**, Stanford Law School, March 8, 2018.

- Panelist, "Public Carry: Defending Against Efforts to Expand Carry Laws," **National Gun Violence Prevention Meeting**, Washington, D.C., October 18, 2017.

- "Keynote Presentation: Right-to-Carry Laws and Violent Crime," Second Amendment Litigation & Jurisprudence Conference, **The Law Center to Prevent Gun Violence**, October 16, 2017.

- "The Latest Evidence on Abortion Legalization and Crime," Conference on Empirical Legal Studies, **Cornell University**, October 13, 2017.

- "Comey, Trump, and the Puzzling Pattern of Crime in 2015 and Beyond," **University of Texas School of Law and Economics Seminar,** April 24, 2017, Faculty Workshop, **UC Davis School of Law**, April 10, 2017; Law and Social Science Seminar, **Texas A&M University School of Law**, March 6, 2017; Quantlaw, **University of Arizona Law School**, February 17, 2017.

15

- Debate with Kent Scheidegger on Capital Punishment, Philosophy of Punishment Seminar, **JFK University School of Law,** March 18, 2017.

- "The Evidence on Guns and Gun Laws," **Federal Bar Council Program on Guns and Gun Laws** -- Rancho Mirage, California, February 23, 2017.

- "Guns, Crime and Race in America," Stanford's Center for Population Health Sciences, **Stanford Medical School,** October 17, 2016.

- "Evaluating the Death Penalty," Forum on California Propositions 62 and 66, **Stanford Law School**, September 14, 2016.

- "Empirical Analysis and the Fate of Capital Punishment," Colloquium, Presley Center for Crime and Justice Studies; **University of California, Riverside,** October 24, 2016.

- "Gun Violence and Mental Illness," Department of Psychiatry, **Stanford University,** August 25, 2016.

- "The Battle Over Gun Policy In America," Physicians and Social Responsibility" seminar; **Stanford Medical School,** October 3, 2016; **Bioethics Committee of the San Mateo County Medical Association,** April 27, 2016; **The League of Women Voters of Palo Alto,** April 19, 2016; Human Rights and Health Seminar, **Stanford University,** April 12, 2016; Bechtel International Center, **Stanford University,** February 23, 2016; Stanford in Government Seminar, Haas Center, **Stanford University,** February 2, 2016.

- American Economic Association Continuing Education Course "The Economics of Crime" (with Jens Ludwig), **AEA Annual Meeting,** San Francisco, January 5-7, 2016.

- "Race and Arbitrariness in the Connecticut Death Penalty," **University of Connecticut School of Law,** Nov. 20, 2015.

- *"Connecticut v. Santiago* and the Demise of the Connecticut Death Penalty," Faculty Workshop, **Stanford Law School,** August 19, 2015.

- "Do Handguns Make Us Safer? A State-Level Synthetic Controls Analysis of Right-to-Carry Laws," Second Amendment Conference, **Covington and Burling, New York,** May 14,  2015; **NBER Summer Institute**, Cambridge, MA, July 23, 2015; Faculty Workshop, **Stanford Law School,** November 11, 2015.

- "U.S. Criminal Justice Under Siege : Will Becker or Beccaria Prevail?" Faculty Seminar, **Bocconi University School of Law, Milan, Italy,** June 18, 2015.

- "Can You Believe Econometric Evaluations of Law, Policy, and Medicine?" **Stanford Law School**, Legal Theory Workshop, March 1, 2007; Faculty Workshop, **Tel Aviv University School of Law,** May 14, 2007; Faculty Workshop, **University of Haifa Law School,** May 16, 2007; Law and Economics Workshop, **Georgetown Law School,** September 19, 2007; Law and Economics Workshop, **St. Gallen Law School,** Switzerland, November 29, 2007; and Yale Law School, February 25, 2008; Law and Economics Workshop, **Swiss Institute of Technology,** Zurich, Switzerland, May 21, 2008; Faculty Workshop, **University of Virginia Law School,** October 24, 2008; Plenary Session, Latin American and Caribbean Law and Economics Association, **Universitat Pompeu Fabra (Barcelona),** June 15, 2009; **Google, Milan,** Italy, June 8, 2015.

16

- Commentator: ""Throw Away the Jail or Throw Away The Key? The Effect of Punishment on Recidivism and Social Cost,"" by Miguel F. P. de Figueiredo, American Law and Economics Association Meetings, **Columbia Law School**, May 15, 2015.

- "Broken Windows, Stop and Frisk, and Ferguson," 2015 Justice Collaboratory Conference: Policing Post-Ferguson, **Yale Law School**, April 17, 2015.

- "Assessing the Development and Future of Empirical Legal Studies," **Stanford Law School** course on Modern American Legal Thought, February 25, 2015.

- Commentator: "Payday Lending Restrictions and Crimes in the Neighborhood," by Yilan Xu, 9th Annual Conference on Empirical Legal Studies, **Boalt Hall**, Berkeley, CA, November 7, 2014.

- "An Empirical Evaluation of the Connecticut Death Penalty Since 1973: Are There Unconstitutional Race, Gender and Geographic Disparities?" Faculty Workshop, **Economics Department, Rice University**, Houston, TX, Feb. 18, 2014; Law and Economics Workshop, **University of Virginia Law School**, September 11, 2014; Faculty Colloquium, **University of San Diego School of Law**, October 3, 2014.

- "What's Happening to the Death Penalty? A Look at the Battle in Connecticut," **Hamilton College**, Clinton, New York, June 6, 2014.

- Panel Member, Research Methods Workshop, Conference for Junior Researchers on Law and Society, **Stanford Law School**, May 15, 2014.

- "Logit v. OLS: A Matter of Life and Death," Annual Meeting of the American Law and Economics Association, **University of Chicago**, May 9, 2014.

- "Guns: Law, Policy, Econometrics," Second Amendment Litigation and Jurisprudence Conference, **Jenner & Block**, Chicago, May 8, 2014.

- "The Impact of Antidiscrimination Law: The View 50 Years after the Civil Rights Act of 1964," **Renaissance Weekend**, Liguna Niguel, CA, Feb. 15, 2014.

- "Concealed Carry and Stand Your Ground Law," **Renaissance Weekend**, Liguna Niguel, CA, Feb. 15, 2014.

- "Reducing Gun Violence," Forum on Gun Violence Reduction, Mountainview City Hall, Mountainview, CA, Feb. 8, 2014.

- "Gun Policy Debate," C-SPAN. National Cable Satellite Corporation, Jan. 16, 2014. <http://www.c-span.org/video/?317256-1/GunPoli>.

- "Trial and Decision in the Connecticut Death Penalty Litigation," Faculty Workshop, **Stanford Law School**, November 20, 2013.

- "Rethinking America's Illegal Drug Policy," Law and Economics Workshop, **Harvard Law School**, April 20, 2010; NBER Conference, "Economical Crime Control," **Boalt Hall**, Berkeley, CA, January 16, 2010; **NBER Summer Institute** Pre-Conference "Economical Crime Control," July 23, 2009; **Whitney Center** Lecture Series, Hamden,

17

CT, October 5, 2009; Law and Economics Workshop, **University of Chicago Law School**, October 13, 2009; Seminar for Spanish Law Professors, **Harvard Law School**, October 23, 2009; The Criminal Law Society, **Stanford Law School**, March 31, 2011, **University of Denver Sturm College of Law**, April 21, 2011; Law and Economics Workshop, **Boalt Hall**, Berkeley, CA, October 17, 2011; Shaking the Foundations Conference, **Stanford Law School**, November 2, 2013.

- "The Challenge to the Connecticut Death Penalty," **Yale Law School**, Death Penalty Clinic, November 5, 2007; Graduate Student Seminar, November 11, 2009; Stanford Program in International Legal Studies Seminar, **Stanford Law School**, Nov. 11, 2010; Faculty Workshop, **Stanford Law School**, June 8, 2011; Faculty workshop, **Duke Law School**, April 13, 2012; Program on Public Policy, **Stanford University**, May 2, 2012; Annual Meeting of the American Law and Economics Association, **Vanderbilt Law School**, Nashville, TN, May 18, 2013; Faculty Workshop, **University of Arizona Law School**, October 17, 2013; 8th Annual Conference on Empirical Legal Studies, **University of Pennsylvania Law School**, October 26, 2013.

- Commentator: "How to Lie with Rape Statistics" by Corey Rayburn Yung, 8th Annual Conference on Empirical Legal Studies, **University of Pennsylvania Law School**, October 2013.

- "An Empirical Look at Gun Violence in the U.S." **University of Arizona Law School**, October 17, 2013

- Discussant, "Sex Offender Registration and Plea Bargaining," **NBER Labor Summer Institute**, Cambridge, MA, July 25, 2013.

- "What Works in the War Against Crime?" **Renaissance Weekend**, Jackson Hole, Wyoming, July 5, 2013.

- Seminar Presentation, "Statistics and the Streets – Curbing Crime, Realities of the Death Penalty, and Successes in Public Safety," **Renaissance Weekend**, Jackson Hole, Wyoming, July 5, 2013.

- Flashes of Genius (Glimpses of <u>Extra</u>-ordinarily Novel Thinking) -- "Stemming Gun Violence," **Renaissance Weekend**, Jackson Hole, Wyoming, July 5, 2013.

- "Can Laws Reduce Crime?" Safe Oakland Speakers Series, Holy Names University, Oakland, CA, May 1, 2013, http://www.ustream.tv/channel/safe-oakland-speaker-series

- Presentation on "The Death Penalty in America" on a panel on "human rights and criminal justice systems in the world," Science for Peace conference at Bocconi University in Milan, Italy, November 15, 2012. http://www.fondazioneveronesi.it/scienceforpeace2012/

- Seminar Presentation, "America's Criminal Justice System," **Renaissance Weekend**, Santa Monica, CA., Feb. 19, 2012.

- "Statistical Inference, Regression Analysis and Common Mistakes in Empirical Research," SPILLS Fellow's Workshop, **Stanford Law School**, February 2, 2012.

- "New Evidence in the 'More Guns, Less Crime' Debate:  A Synthetic Controls Approach," Conference on Empirical Legal Studies, **Northwestern Law School**, November 4, 2011.

- "Drug Legalization and its Alternatives," *Lessons from the Economics of Crime: What Works in Reducing Offending?* **CESifo Venice Summer Institute Workshop,** July 22 , 2011.

18

- "Incapacitating Addictions: Drug Policy and American Criminal Justice," in Rethinking the War on Drugs through the US-Mexico Prism," **Yale Center for the Study of Globalization**, May 12, 2011.

- Plenary Session:  Flashes of Genius (Glimpses of Extra-ordinarily Novel Thinking) -- "Has Legalized Abortion Reduced Crime?" **Renaissance Weekend**, Liguna Niguel, CA., Feb. 18, 2011.

- "An Evidence-Based Look at the More Guns, Less Crime Theory (after Tucson)" The American Constitution Society for Law and Policy (ACS), **Stanford Law School**, January 25, 2011; **Renaissance Weekend**, Liguna Niguel, CA., Feb. 19, 2011; "Faculty Forum" at the External Relations Office, **Stanford Law School**, April 5, 2011.

- "Empirical Evaluation of Law:  The Dream and the Nightmare," SPILS Fellows Lecture, **Stanford Law School**, January 15, 2015; Legal Studies Workshop, **Stanford Law School**, Feb. 7, 2011; **Renaissance Weekend**, Liguna Niguel, CA., Feb. 20, 2011; **University of Denver Sturm College of Law**, April 22, 2011; Presidential Address, Annual Meeting of the American Law and Economics Association, **Columbia University**, May 20, 2011.

- Death Sentencing in Connecticut," **American Society of Criminology Annual Meeting**, San Francisco, Nov. 17, 2010.

- "The Impact of Right to Carry Laws and the NRC Report:  Lessons for the Empirical Evaluation of Law and Policy," Conference on Empirical Legal Studies, **Yale Law School**, Nov. 6, 2010.

- Comment on Bushway and Gelbach, "Testing for Racial Discrimination in Bail Setting Using Nonparametric Estimation of a Parametric Model," Conference on Empirical Legal Studies, **Yale Law School**, Nov. 6, 2010.

- Commentator, "A Test of Racial Bias in Capital Sentencing," **NBER Political Economy Program Meeting**, April 23, 2010.

- "The (Lack of a) Deterrent Effect of Capital Punishment," Faculty Workshop, **University of Chicago Economics Department**, October 21, 2009.

- Keynote Address, "The Evolution of Econometric Evaluation of Crime and Deterrence,"1st Paris& Bonn Workshop on Law and Economics:  The Empirics of Crime and Deterrence, **University of Paris Ouest Nanterre**, September 24, 2009.

- Comment on Cook, Ludwig, and Samaha, "Gun Control after *Heller*: Litigating Against Regulation," NBER Regulation and Litigation Conference, **The Boulders**, Carefree, Arizona, September 11, 2009.

- "Impact of the Death Penalty on Murder in the US," Faculty Workshop, Law School, **Universitat Pompeu Fabra (Barcelona)**, June 18, 2009.

- Comment on Joanna Shepherd's "The Politics of Judicial Opposition," Journal of Institutional and Theoretical Economics Conference, **Kloster Eberbach, Germany**, June 12, 2009.

- "The Great American Crime Drop of the '90s:  Some Thoughts on Abortion Legalization, Guns, Prisons, and the Death Penalty," **Hamilton College**, Clinton, NY, June 5, 2009.

- "The Impact of the ADA on the Employment and Earnings of the Disabled," **American Law and Economics Association Meetings**, University of San Diego, May 15, 2009.

19

- "Crime and Punishment in the United States," **Eastern State Penitentiary, Yale Alumni Event,** Philadelphia, PA, April 26, 2009.

- "Measuring Culpability in Death Penalty Cases," Conference on Applications of Economic Analysis in Law, **Fuqua School of Business, Duke University,** April 18, 2009.

- "Autopsy of a Financial Crisis," Workshop on New International Rules and Bodies for Regulating Financial Markets, **State University of Milan,** March 23, 2009.

- "Yet Another Refutation of the More Guns, Less Crime Hypothesis – With Some Help From Moody and Marvell, Law and Economics Workshop, **NYU Law School,** March 10, 2009.

- Intelligence-Squared Debate: "Guns Reduce Crime," **Rockefeller University,** New York, October 28, 2008.

- "The D.C. Handgun Controls: Did the Supreme Court's Decision Make the City Safer?" Debate, **The Contemporary Club of Albemarle,** Charlottesville, VA, October 23, 2008.

- "Evaluating the Empirical Claims of the Woman-Protective Anti-Abortion Movement," Panel on The Facts of the Matter: Science, Public Health, and Counseling, Yale Conference on the Future of Sexual and Reproductive Rights, **Yale Law School,** October 11, 2008.

- "Empirical Evaluation of Gun Policy," **Harvard Law School,** October 9, 2008.

- "Assessing the Relative Benefits of Incarceration: The Overall Change Over the Previous Decades and the Benefits on the Margin," **Russell Sage Foundation,** New York, May 3, 2007; Law and Economics Workshop, **Tel Aviv University School of Law,** May 28, 2008.

- Death Penalty Debate with Orin Kerr, Bloggingheads, April 11, 2008.

- "Evaluating Connecticut's Death Penalty Regime," Faculty Public Interest Conversation, **Yale Law School,** April 9, 2008.

- "The Death Penalty in Connecticut and the United States," **The Whitney Center,** Hamden, CT, November 5, 2007; Seminar on Advanced Criminal Law: Criminal Sentencing and the Death Penalty, **Fordham Law School,** April 8, 2008; Law and Economics Workshop, **Swiss Institute of Technology,** Zurich, Switzerland, May 20, 2008.

- Radio Interview, "The Death of Capital Punishment?" Morning Edition: Where We Live. WNPR. Connecticut, March 10, 2008.

- Comment on Thomas Dee's "Born to Be Mild: Motorcycle Helmets and Traffic Safety," **American Economics Association Meetings,** New Orleans, Louisiana, January 4, 2008.

- "The Empirical Revolution in Law and Policy: Jubilation and Tribulation," **Keynote Address, Conference on Empirical Legal Studies, NYU Law School,** Novermber 9, 2007.

- "The Optimal Rate of Incarceration," **Harvard Law School,** October 26, 2007.

- "Empirical Evaluation of Law: The Impact on U.S Crime Rates of Incarceration, the Death Penalty, Guns, and Abortion," Law and Economics Workshop, **St. Gallen Law School, Switzerland,** June 25, 2007.

20

- Comment on Eric Baumer's "A Comprehensive Assessment of the Contemporary Crime Trends Puzzle," Committee on Law and Justice Workshop on Understanding Crime Trends, **National Academy of Sciences**, Washington, D.C., April 25, 2007.

- Comment on Bernard Harcourt, Third Annual Criminal Justice Roundtable Conferemce, **Yale Law School,** "Rethinking the Incarceration Revolution Part II:  State Level Analysis," April 14, 2006.

- "Corporate Governance in America:  The Disney Case," **Catholic University Law School**, Milan, Italy, March 19, 2007.

- "The U.S Tort System," (Latin American) Linkages Program, **Yale Law School**, February 13, 2007.

- Panel Member, "Guns and Violence in the U.S.," **Yale University, International Center**, January 24, 2007.

- "Economic Models of Crime and Punishment," Punishment:  The U.S. Record:  A Social    Research Conference at **The New School**, New York City, Nov. 30, 2006

- Comment on Baldus et al, "Equal Justice and the Death Penalty:  The Experience fo the United States Armed Forces, Conference on Empirical Legal Studies, **University of   Texas Law, School**, Austin, Texas, October 27, 2006.

- "Empirical Evaluation of Law:  The Promise and the Peril," **Harvard Law School**, October  26, 2006.

- "Estimating the Impact of the Death Penalty on Murder," Law and Economics Workshop, **Harvard Law School**, September 12, 2006; Conference on Empirical Legal Studies, **University of Texas Law School**, October 28, 2006; Joint Workshop, Maryland Population Research Center and School of Public Policy, **University of Maryland,** March 9, 2007.

- "Why Are Auto Fatalities Dropping so Sharply?" **Faculty Workshop, Wharton**, Philadelphia, PA, April 19, 2006.

- "The Law of Racial Profiling," Law and Economic Perspectives on Profiling Workshop, **Northwestern University Department of Economics**, April 7, 2006.

- "Landmines and Goldmines:  Why It's Hard to Find Truth and Easy To Peddle Falsehood in Empirical Evaluation of Law and Policy," **Rosenthal Lectures, Northwestern University School of Law**, April 4-6, 2006.

- "The Impact of Legalized Abortion on Crime," **American Enterprise Institute,** March 28, 2006.

- "The Impact of Damage Caps on Malpractice Claims:  Randomization Inference with Difference-in-Differences,"**Conference on Medical Malpractice, The Rand Corporation**, March 11, 2006.

- "Powerful Evidence the Death Penalty Deters?" **Leighton Homer Surbeck Chair Lecture, Yale Law School**, March 7, 2006.

- "Uses and Abuses of Empirical Evidence in the Death Penalty Debate," Faculty Workshop, **University of Connecticut Law School,** October 18, 2005; Faculty Workshop, **UCLA Law School**, February 3, 2006; Law and Economics Workshop, **Stanford Law School**, February 16, 2006; ; Law Faculty, **University of Cambridge, Cambridge, England,** February 28, 2006; **University of Illinois College of Law,** Law and Economics Workshop, March 2, 2006; Faculty Workshop, **Florida State University Law School**, March 30, 2006; **ALEA**, Berkeley, CA May 6, 2006; **University of Chicago Law School,** Law and Economics Workshop, May 9, 2006.

- "Is Gun Control Illiberal?" Federalist Society Debate with Dan Kahan at Yale Law School,  January 31, 2006.

21

- "Witness to Deception: An Insider's Look at the Disney Trial," **2005-2006 Distinguished Lecture, Boston University School of Law,** November 10, 2005; Center for the Study of Corporate Law, **Yale Law School,** November 3, 2005; **Law Offices of Herbert Smith, London, England,** February 23, 2006; Law Faculty, **University of Cambridge, Cambridge, England,** February 27, 2006.

- "Understanding the Surprising Fall in Crime in the 1990s," **Rotary Club,** Orange, CT, August 5, 2005; Faculty Workshop, **Yale School of Management,** September 21, 2005.

- Panel Member, "The Board's Role in Corporate Strategy," The Yale Global Governance Forum, **Yale School of Management,** September 8, 2005.

- "Crime and Abortion," **Museo de la Cuidad de Mexico,** Mexico City, October 20, 2003.

- "Allocating Resources towards Social Problems and Away From Incarceration as a Means of Reducing Crime," **MacArthur Foundation Research Network on Adolescent Development and Juvenile Justice,** San Francisco, CA, February 28, 2003.

- "Shooting Down the More Guns, Less Crime Hypothesis," **Stanford Law School,** Law and Economics Seminar, January 28, 2003; Faculty Workshop, Center for the Study of Law and Society, **Boalt Hall,** University of California, Berkeley, Feb. 24, 2003; Development Workshop, **Stanford Law School,** April 25, 2003; Faculty Workshop, **Stanford Law School,** July 2, 2003; Law and Public Affairs Program Workshop, **Princeton University,** September 29, 2003; Stanford Alumni Weekend, **Stanford University,** October 17, 2003; Faculty Workshop, **CIDE,** Mexico City, October 20, 2003.

- "The Impact of Legalized Abortion on Teen Childbearing," **NBER Labor Summer Institute,** Cambridge, MA, July 30, 2002.

- "Do Concealed Handgun Laws Reduce Crime?" Faculty Workshop, **Stanford Law School,** October 4, 2000; First-Year Orientation, **Stanford Law School,** September 5, 2001; Faculty Workshop, **Harvard Law School,** April 26, 2002; Faculty Workshop, **Columbia Law School,** April 29, 2002.

- "The Evolution of Employment Discrimination Law in the 1990s: An Empirical Investigation," Fellows Workshop, American Bar Foundation, February 11, 2002.

- "The Role of Discounting in Evaluating Social Programs Impacting on Future Generations: Comment on Arrow and Revesz," Colloquium on Distributive Justice, **Stanford Law School,** Oct. 18, 2001.

- "The Impact of Wrongful Discharge Laws," **NBER Labor Summer Institute,** Cambridge, MA, July 30, 2001; Labor and Employment Seminar, **NYU Law School,** October 16, 2001; Faculty Workshop, **Stanford Law School,** September 18, 2002; **Yale Law School,** January, 2004.

- "Racial Profiling: Defining the Problem, Understanding the Cause, Finding the Solution," **American Society of Criminology Conference,** San Francisco, CA, November 15, 2000.

- "Institutional Architecture for Building Private Markets," Conference on "Latin America and The New Economy" at **Diego Portales University** in Santiago, Chile, October 26, 2000.

- "The History and Current Status of Employment Discrimination Law in the United States," Unicapital School of Law, (Centro Universitario Capital), Sao Paulo, Brazil, March 10, 2000.

22

- "Corporate Governance in Developing Countries: Opportunities and Dangers," Conference on Neoliberal Policies for Development: Analysis and Criticism," University of Sao Paulo Law School, March 13, 2000

- "Legalized Abortion and Crime," Law and Economics Workshop, **University of Pennsylvania Law School**, September 21, 1999; Faculty Workshop, **Yale Law School**, September 27, 1999; **John Jay College of Criminal Justice**, October 7, 1999; Faculty Workshop, **Quinnipiac Law School**, October 13, 1999; Faculty Workshop, **University of Connecticut Law School**, October 19, 1999; **University of Virginia Law School**, October 25, 1999; Faculty Workshop, **Baruch College**, November 9, 1999; MacArthur Foundation Social Interactions and Economic Inequality Network Meeting, **Brookings Institution**, December 4, 1999; Faculty Workshop, **NYU Law School**, January 21, 2000; Faculty Workshop, **University of San Diego Law School**, February 18, 2000; Public Economics Workshop, Department of Economics, **Stanford University**, April 28, 2000; Law and Economics Workshop, **University of California at Berkeley Law School**, September 18, 2000; Faculty Workshop, **Cornell Law School**, September 26, 2000; OB-GYN Grand Rounds, **Stanford Medical School**, October 2, 2000; **Center for Advanced Studies in the Behavioral Sciences**, October 11, 2000; Faculty Workshop, **Graduate School of Business**, February 5, 2002.

- Panel member, Session on Executive Compensation, Director's College, **Stanford Law School**, March 23, 1999.

- "Exploring the Link Between Legalization of Abortion in the 1970s and Falling Crime in the 1990s," Law and Economics Workshop, **Harvard Law School**, March 16, 1999; Law and Economics Workshop, **University of Chicago Law School**, April 27, 1999; Faculty Workshop, **Stanford Law School**, June 30, 1999.

- "Is the Increasing Reliance on Incarceration a Cost-Effective Strategy of Fighting Crime?" Faculty Workshop, **University of Wisconsin School of Social Science**, February 19, 1999.

- "What Do We Know About Options Compensation?" Institutional Investors Forum, **Stanford Law School**, May 29, 1998.

- Commentator on Orlando Patterson's presentation on "The Ordeal of Integration," **Stanford Economics Department**, May 20, 1998.

- "Understanding The Time Path of Crime," Presentation at Conference on Why is Crime Decreasing? **Northwestern University School of Law**, March 28, 1998; Faculty Workshop, **Stanford Law School**, September 16, 1998; Faculty Workshop, **University of Michigan Law School**, February 18, 1999.

- Commentator, Conference on Public and Private Penalties, the **University of Chicago Law School**, Dec. 13-14, 1997.

- "Some Thoughts on Affirmative Action," Presentation at a conference on Rethinking Equality in the Global Society, **Washington University School of Law**, November 10, 1997.

- Commentator on Chris Jencks' Presentation on Welfare Policy, **Stanford Economics Department**, October 8, 1997.

- "The Impact of Race on Policing, Arrest Patterns, and Crime," Faculty Workshop, **Stanford Law School**, September 10, 1997; Law and Economics Workshop, **University of Southern California Law School**, October 23, 1997; Law and Economics Workshop, **Columbia University Law School**, November 24, 1997; Law and Economics Workshop, Haas School of Business, **University of California at Berkeley**, February 19, 1998; Annual Meeting of the American Law and Economics Association, **University of California at Berkeley**, May 8, 1998; Conference on the Economics of Law Enforcement, **Harvard Law School**, October 17, 1998.

23

- "Crime in America:  Understanding Trends, Evaluating Policy," **Stanford Sierra Camp**, August 1997.

- "Executive Compensation: What Do We Know?"  TIAA-CREF Committees on Corporate Governance and Social Responsibility, Center for Economic Policy Research, **Stanford University**, June 27, 1997; NASDAQ Director's Day, **Stanford University**, June 30, 1997.

- Panel Chair, Criminal Law (Theory), Criminal Law (Empirical), and Labor/Discrimination/Family Law, American Law and Economics Association, **University of Toronto Law School**, May 9-10, 1997.

- Commentator, "Diversity in Law School Hiring," **Stanford Law School**, February 25, 1997.

- Keynote Speaker, "The Optimal Rate of Crime," 11th Annual Conference, **The Oklahoma Academy for State Goals**, Tulsa, Oklahoma, May 7, 1996.

- Panel member, Session on Executive Compensation, Director's College, **Stanford Law School**, March 28-29, 1996.

- "The Power of Law:  Can Law Make a Difference in Improving the Position of Women and Minorities in the Labor Market?"  The Fellows of the **American Bar Foundation**, Baltimore, Maryland, February 3, 1996.

- "Public Action, Private Choice and Philanthropy:  Understanding the Sources of Improvement in Black Schooling Quality in Georgia, 1911-1960," **Stanford Faculty Workshop**, January 24, 1996; Faculty Workshop, **University of Virginia Law School**, January 22, 1997; **National Bureau of Economic Research**, Cambridge, Massachusetts, Labor Studies Conference, April 3, 1998.

- Commentator, "The Effect of Increased Incarceration on Crime," Meetings of the **American Economics Association**, San Francisco, January 6, 1996.

- Commentator, Symposium on Labor Law, **University of Texas Law School**, November 10-11, 1995.

- Panel Member, Symposium on Criminal Justice, **Stanford Law School**, October 6-7, 1995.

- Commentator, "The Litigious Plaintiff Hypothesis," Industrial and Labor Relations Conference, **Cornell University**, May 19, 1995.

- Commentator on Keith Hylton's, "Fee Shifting and Predictability of Law," Faculty Workshop, **Northwestern University School of Law**, February 27, 1995.

- "The Selection of Employment Discrimination Disputes for Litigation:  Using Business Cycle Effects to Test the Priest/Klein Hypothesis," **Stanford University**, Law and Economics Seminars, October 31, 1994.

- "Is the United States at the Optimal Rate of Crime?"  Faculty Workshop, **Indiana University School of Law**, Indianapolis, November 18, 1993; Faculty Workshop, **Northwestern University School of Law**, April 18, 1994; Law and Economics Workshop, **Stanford Law School**, April 28, 1994; Meetings of the American Law and Economics Association, **Stanford Law School**, May 13, 1994; **American Bar Foundation**, September 7, 1994; Faculty Workshop, **DePaul Law School**, September 21, 1994; Law and Economics Workshop, **University of Chicago Law School**, October 11, 1994; Faculty Seminar, **Stanford Law School**, October 31, 1994; Law and Economics Luncheon, **Stanford Law School**, November 1, 1994; Faculty Seminar Workshop, **University of Illinois College of Law**, Champaign, November 22, 1994; Law and Economics Workshop, **Harvard Law School**, November 29, 1994; School Alumni Luncheon, Chicago Club, December 13, 1994; **Northwestern Law School**; Law and Economics Workshop, **Yale Law School**, February 1, 1996; Faculty Workshop, **Cornell Law School**,

24

April 10, 1996; Faculty Workshop, **Tokyo University Law School**, June 4, 1996; Panel on "The Economics of Crime," **Western Economics Association** Meeting, San Francisco, July 1, 1996.

- "The Broad Path of Law and Economics," Chair Ceremony, **Northwestern University School of Law**, September 30, 1994.

- Commentator on Paul Robinson's "A Failure of Moral Conviction," **Northwestern University School of Law**, September 20, 1994.

- "The Do's of Diversity, The Don'ts of Discrimination," Kellogg School of Business, **Northwestern University**, May 17, 1994.

- "Does Law Matter in the Realm of Discrimination?" **Law and Society Summer Institute**, Pala Mesa Lodge, Fallbrook, California, June 25, 1993.

- Commentator, "The Double Minority:  Race and Sex Interactions in the Job Market," Society for the Advancement of Socio-Economics, **New School for Social Research**, March 28, 1993.

- "The Effects of Joint and Several Liability on Settlement Rates:  Mathematical Symmetries and Meta-Issues in the Analysis of Rational Litigant Behavior," Economic Analysis of Civil Procedure, **University of Virginia School of Law**, March 26, 1993.

- Debate with Richard Epstein on Employment Discrimination Law, **Chicago Federalist Society**, February 23, 1993.

- Panel Chair, "Optimal Sanctions and Legal Rules in Tort and Criminal Law," Meetings of Annual Association of Law and Economics, **Yale Law School**, May 15, 1992.

- Panel Member, "The Law and Economics of Employment at Will," **The Institute For Humane Studies**, Fairfax, Virginia, March 27, 1992.

- "The Efficacy of Title VII," Debate with Professor Richard Epstein, **University of Chicago Law School**, February 26, 1992.

- Moderator, "Using Testers to Demonstrate Racial Discrimination," **University of Chicago Law School**, February 13, 1992.

- "Law & Macroeconomics:  The Effect of the Business Cycle on Employment Discrimination Litigation," Law and Society Workshop, **Indiana University**, November 6, 1991; Faculty Workshop, **University of North Carolina Law School**, Chapel Hill, November 8, 1991; Faculty Workshop, **Northwestern University School of Law**, December 11, 1991; Law and

- Economics Conference, **Duquesne Law School**, March 14, 1992; **University of Chicago Law School**, April 2, 1992.

- Panel Chair and Commentator, "New Perspectives on Law and Economics," **Society for the Advancement of Socioeconomics**, Stockholm, June 17, 1991; **Law and Society Meetings**, Amsterdam, June 29, 1991.

- Panel Chair, "Regulation of International Capital Markets," **Law and Society Meetings**, Amsterdam, June 27, 1991.

25

- Panel Chair, "The Law and Economics of Discrimination," American Association of Law and Economics, **University of Illinois Law School**, May 24, 1991.

- "The Economics of Employment Discrimination Law," **Industrial Relations Research Association**, Chicago, Illinois, March 4, 1991.

- "Does Current Employment Discrimination Law Help or Hinder Minority Economic Empowerment?" Debate with Professor Richard Epstein, The Federalist Society, **Northwestern Law School**, February 26, 1991.

- Panel Member, "The Law and Economics of Employment Discrimination," **AALS Annual Meeting**, Washington, D.C., January 6, 1991.

- "Re-Evaluating Federal Civil Rights Policy," Conference on the Law and Economics of Racial Discrimination in Employment, **Georgetown University Law Center**, November 30, 1990.

- "Opting for the British Rule," Faculty Seminar, **Northwestern Law School**, September 11, 1990; Faculty Seminar, **University of Virginia Law School**, September 14, 1990; Law and Economics Seminar, **University of Michigan Law School**, October 18, 1990; Faculty Workshop, **NYU Law School**, November 14, 1990; Faculty Workshop, **University of Florida Law School**, March 18, 1991.

- "The Effects of Fee Shifting on the Settlement Rate: Theoretical Observations on Costs, Conflicts, and Contingency Fees," at the **Yale Law School Conference** "Modern Civil Procedure: Issues in Controversy," June 16, 1990.

- "Studying the Iceberg From Its Tip?: An Analysis of the Differences Between Published and Unpublished Employment Discrimination Cases," **Law and Society Meetings**, Berkeley, California, May 31, 1990.

- Panel Discussion on Tort Reform, **University of Pennsylvania Law School**, April 27, 1990.

- Panel Discussion of "The Role of Government in Closing the Socio-Economic Gap for Minorities," at the Federalist Society National Symposium on "The Future of Civil Rights Law," **Stanford Law School**, March 16, 1990.

- "Continuous versus Episodic Change: The Impact of Affirmative Action and Civil Rights Policy on the Economic Status of Blacks," **University of Virginia Economics Department**, February 15, 1990; **Princeton University Department of Economics**, February 21, 1990 (with James Heckman); Law & Economics Workshop, **University of Toronto Law School**, October 8, 1991.

- "Sex Discrimination in the Workplace: An Economic Perspective," Fellows Seminar, **American Bar Foundation**, October 16, 1989.

- "The Changing Nature of Employment Discrimination Litigation," Law and Economics Workshop, **Columbia Law School**, March 23, 1989; Faculty Seminar, **University of Virginia Law School**, March 24, 1989; Law and Economics Workshop, **University of Chicago**, April 25, 1989; **Law & Society Meeting**; Madison, Wisconsin, June 8, 1989; Labor Economics Workshop, **University of Illinois**, Chicago, November 1, 1989; Law & Economics Workshop, **University of Pennsylvania Law School**, November 9, 1989; Law and Economics Seminar, **University of California at Berkeley**, October 4, 1990; Law and Social Science Workshop, **Northwestern University**, February 3, 1991; Law and Economics Seminar, **Stanford Law School**, March 21, 1991; Faculty Workshop, **Cornell Law School**, April 3, 1991; Visiting Committee, **Northwestern Law School**, April 5, 1991.

26

- "Law & Economics:  The Third Phase," The Association of General Counsel, **Northwestern University School of Law**, October 14, 1988.

- "Employment Discrimination Litigation," **Northwestern Law School** Alumni Monthly Loop Luncheon.  **Chicago Bar Association**, May 31, 1988.

- "The Morality of the Death Penalty."  A debate with Ernest Van Den Haag. **Northwestern University School of Law**, April 19, 1988.

- "Models of Deregulation of International Capital Markets."  A presentation with David Van Zandt, Faculty Seminar, **Northwestern University School of Law**, April 1, 1988; Visiting Committee, May 5, 1988.

- "Is Title VII Efficient?"  A debate with Judge Richard Posner, Faculty Seminar, **Northwestern University School of Law**, November 20, 1987.

- "The Senate's Role in Confirming Supreme Court Nominees:  The Historical Record," **Northwestern University School of Law**, September 22, 1987.

- "Diverting the Coasean River:  Incentive Schemes to Reduce Unemployment Spells," **Yale Law School** Civil Liability Workshop, March 30, 1987; Faculty Seminar, **Northwestern University School of Law**, March 18, 1987; **University of Southern California Law Center**, May 1, 1987; and Seminar in Law and Politics, Department of Political Science, **Northwestern University**, May 8, 1987; Labor Workshop, Department of Economics, **Northwestern University**, October 27, 1987; **AALS Annual Meeting**, New Orleans, January 7, 1989.

- "Women in the Labor Market--Are Things Getting Better or Worse?"  **Hamilton College**, February 23, 1987.

- "The Changing Relative Quit Rates of Young Male and Female Workers," **Hamilton-Colgate Joint Faculty Economics Seminar**, February 23, 1987.

- "Living on Borrowed Money and Time--U.S. Fiscal Policy and the Prospect of Explosive Public Debt," **Orange Rotary Club**, February 22, 1985.

- "Capital Punishment in the Eighties," **Hamilton College**, April 6, 1981.

- "Terms and Conditions of Sale Under the Uniform Commercial Code," Executive Sales Conference, **National Machine Tool Builders' Association**, May 12, 1980.

## AWARDS

- **47th Tikkun Olam Award**, The Haiti Jewish Refugee Legacy Project, February 2014, "Awarded for incredibly significant work that explores and inspires the search for justice and taking serious, correct and timely action." Tikkun Olam is a Hebrew phrase that means 'repairing the world.'

- https://haitiholocaustsurvivors.wordpress.com/guest-posts/47th-tikkun-olam-award-to-professor-john-j-donohue-iii/

## PROFESSIONAL ACTIVITIES

- Statistical Consultant to the Fairness Committee of the 9th Circuit Court of Appeals investigating issues of sentencing disparities by race, ethnicity, and gender in federal criminal sentencing.

27

- Legal Scholarship Network Advisory Board Member, SSRN.

- Member, Committee on Law and Justice, National Research Council, October 2011 – December 2018.

- Fellow of the Society for Empirical Legal Studies, 2015 - present.

- Member, International Advisory Council, Economic Order Study Center, Federal University of San Paolo, Brazil.

- Co-Editor (with Steven Shavell), American Law and Economics Review, May 2006 – August 2012.

- President, American Law and Economics Association, May  2011 – May 2012.

- Co-President, Society for Empirical Legal Studies, November 2011 - August 2012.  Member, Board of Directors from November 2011 - November 2014.

- Testified before the Connecticut Legislature in Support of Senate Bill 1035 and House Bill 6425 (A Bill to Eliminate the Death Penalty), March 7, 2011;  Testified again before the Connecticut Judiciary Committee on March 14, 2012.

- Member of the Special Committee on ALI Young Scholars Medal, October 2009 – February 2011.

- Vice-President/President Elect, American Law and Economics Association, June 2010 – May 2011.

- Secretary-Treasurer, American Law and Economics Association, June 2009 – May 2010.

- Board of Advisors, Yale Law School Center for the Study of Corporate Law, July 2004 – August 2010.

- Evaluated the Connecticut death penalty system:  "Capital Punishment in Connecticut, 1973-2007: A Comprehensive Evaluation from 4600 murders to One Execution," http://works.bepress.com/john_donohue/137/

- Member, Panel on Methods for Assessing Discrimination, National Academy of Sciences, September 2001 – June 2004.  Resulting Publication:  National Research Council, Measuring Racial Discrimination (2004), http://www.nap.edu/catalog/10887.html

- Member, National Science Foundation Review Panel, Law and Social Sciences, September, 1999 – April 2001.

- Editorial Board, Journal of Empirical Legal Studies, July 2003 – present.

- Editorial Board, International Review of Law and Economics, October 1999 – present.

- Editorial Board, Law and Social Inquiry, February 2000 – present.

- Board of Editors, American Law and Economics Review, August 1998 – April 2013.

- Consultant, Planning Meeting on Measuring the Crime Control Effectiveness of Criminal Justice Sanctions, National Academy of Sciences, Washington, D.C., June 11,1998

- Member, Board of Directors, American Law and Economics Association, June 1994-May 1997. Member, ALEA Nominating Committee, July 1995-May 1996.  Member, Program Committee, July 1996-May 1998 and July 2000 – May 2002.

- Statistical Consultant, 7th Circuit Court of Appeals Settlement Conference Project (December, 1994).

- Testified before U.S. Senate Labor Committee on evaluating the Job Corps, October 4, 1994.

- Assisted the American Bar Association Standing Committee on the Federal Judiciary in evaluating the qualifications of Ruth Bader Ginsburg (June 1993) and David Souter (June, 1990).

- Chair, AALS Section on Law and Economics, January 1990-January 1991.

- Economic Consultant to Federal Courts Study Committee.  Analyzing the role of the federal courts and projected caseload for Judge Richard Posner's subcommittee.  February 1989-March 1990.

- Member, 1990 AALS Scholarly Papers Committee.

- Member, Advisory Board, Corporate Counsel Center, Northwestern University School of Law.  Since December 1987.

- Associate Editor, Law and Social Inquiry.  Summer 1987-December 1989.

- Interviewed Administrative Law Judge candidates for U.S. Office of Personnel Management.  Chicago, Illinois.  May 23, 1988.

- Member, Congressman Bruce Morrison's Military Academy Selection Committee.  Fall 1983.

- 1982 Candidate for Democratic Nomination, Connecticut State Senate, 14th District (Milford, Orange, West Haven).

**PRO BONO LEGAL WORK**

- Death Penalty case:  Heath v. Alabama.  Fall 1986-Fall 1989.

- Wrote brief opposing death sentence in Navy spy case.  Court ruled in favor of defendant on September 13, 1985.

- Staff Attorney, Neighborhood Legal Services, January-July 1981.

- Appealed sentence of death for Georgia defendant to the United States Supreme Court.  Sentence vacated on May 27, 1980.  Baker v. Georgia.

- Court-appointed representation of indigent criminal defendant in District of Columbia Superior Court, February-July 1980.

**RESEARCH GRANTS**

- Stanford University Research Fund, January 1997 and January 1998.

- The National Science Foundation (project with James Heckman), December 1992; (project with Steve Levitt), July 1997.

- Fund for Labor Relations Studies, University of Michigan Law School, March 1988.

**BAR ADMISSIONS**

- Connecticut - October 1977; District of Columbia - March 1978 (Currently Inactive Status); United States Supreme Court - November 3, 1980; U.S. District Court for the District of Connecticut – February 14, 1978.

**PROFESSIONAL and HONORARY ASSOCIATIONS**

- American Academy of Arts and Sciences (since April 2009).

- Research Associate, National Bureau of Economic Research (since October 1996) – in Law and Economics and Labor Studies.

- American Law Institute (since September 29, 2010).

- Member, Fellows of the Society for Empirical Legal Studies (since October 2015).

- American Bar Association

- American Economic Association

- American Law and Economics Association

**PERSONAL**

- Born: January 30, 1953.

30

**EXHIBIT 4**

**Louis J. Klarevas**
**ljk2149@tc.columbia.edu**

**Education**

Ph.D.   International Relations, 1999
            School of International Service
            American University

B.A.      Political Science, *Cum Laude*, 1989
            School of Arts and Sciences
            University of Pennsylvania

**Current Position**

Research Professor, Teachers College, Columbia University, New York, NY

**Representation**

*Book/Print*
Don Fehr
Trident Media Group
41 Madison Avenue
New York, NY 10010

*Film/TV*
Kim Yau
Paradigm Talent Agency
360 North Crescent Drive
Beverly Hills, CA 90210

**Experience**

*Academic Experience (Presented in Academic Years)*
Research Professor, Teachers College, Columbia University, New York, NY, 2018-

Associate Lecturer, Department of Global Affairs, University of Massachusetts – Boston, Boston, MA, 2015-2020

Senior Fulbright Scholar (Security Studies), Department of European and International Studies, University of Macedonia, Thessaloniki, Greece, 2011-2012

Founder and Coordinator, Graduate Transnational Security Program, Center for Global Affairs, New York University, New York, NY, 2009-2011

Faculty Affiliate, A. S. Onassis Program in Hellenic Studies, New York University, New York, NY, 2007-2011

Clinical Faculty, Center for Global Affairs, New York University, New York, NY, 2006-2011

Adjunct Professor, Center for Global Affairs, New York University, New York, NY, 2004-2006

Assistant Professor of Political Science, City University of New York – College of Staten Island, Staten Island, NY, 2003-2006

Associate Fellow, European Institute, London School of Economics and Political Science, London, England, UK, 2003-2004

Defense Analysis Research Fellow, London School of Economics and Political Science, London, England, UK, 2002-2004

Visiting Assistant Professor of Political Science and International Affairs, George Washington University, Washington, DC, 1999-2002

Adjunct Professor of Political Science, George Washington University, Washington, DC, 1998-1999

Adjunct Professor of International Relations, School of International Service, American University, Washington, DC, 1994-1995

Dean's Scholar, School of International Service, American University, Washington, DC, 1989-1992

_Professional Experience (Presented in Calendar Years)_
Expert for State of California, _Miller v. Becerra_, United States District Court for Southern District of California, Case Number 19-cv-1537-BEN-JLB, San Diego, CA, 2019-

Expert for Plaintiffs, _Ward et al. v. Academy Sports + Outdoor_, District Court Bexar County, Texas, 224th Judicial District, Cause Number 2017CI23341, Bexar County, TX, 2019-

Opinion Contributor, _New York Daily News_, New York, NY, 2017-

Expert for State of California, _Duncan v. Becerra_, United States District Court for Southern District of California, Case Number 17-cv-1017-BEN-JLB, San Diego, CA, 2017-

Expert for State of California, _Wiese v. Becerra_, United States District Court for Eastern District of California, Case Number 17-cv-00903-WBS-KJN, Sacramento, CA, 2017-

Expert for State of Colorado, *Rocky Mountain Gun Owners v. Hickenlooper*, District Court for County and City of Denver, Colorado, Case Number 2013CV33879, Denver, CO, 2016-2017

Consultant, National Joint Terrorism Task Force, Federal Bureau of Investigation, Washington, DC, 2015

Writer, Prometheus Books, Amherst, NY, 2012-2015

Consultant, Academy for International Conflict Management and Peacebuilding, United States Institute of Peace, Washington, DC, 2008-2009

Consultant, United States Institute of Peace, Washington, DC, 2005

Research Associate, United States Institute of Peace, Washington, DC, 1992-1998

Faculty Advisor, National Youth Leadership Forum, Washington, DC, 1992

**Courses Taught**

*Graduate*
Counter-Terrorism and Homeland Security
International Political Economy
International Politics in a Post-Cold War Era
International Security
Machinery and Politics of American Foreign Policy
Role of the United States in World Affairs
Security Policy
Theories of International Politics
Transnational Security
Transnational Terrorism
United States Foreign Policy

*Undergraduate*
American Government and Politics
European-Atlantic Relations
International Political Economy
International Relations
Transnational Terrorism
United States Foreign Policy

**Books**

*Rampage Nation: Securing America from Mass Shootings* (2016)

**Scholarship**

"The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings, 1990-2017," *American Journal of Public Health*, November 2019 (co-authored with Andrew Conner and David Hemenway)

"Changes in U.S. Mass Shooting Deaths Associated with the 1994-2004 Federal Assault Weapons Ban," *Journal of Trauma and Acute Care Surgery*, forthcoming (correspondence)

*Firearms on College Campuses: Research Evidence and Policy Implications*, report prepared by the Johns Hopkins University Center for Gun Policy and Research for the Association of American Universities, October 2016 (co-authored with Daniel W. Webster, John J. Donohue, et al.)

"No Relief in Sight: Barring *Bivens* Suits in Torture Cases," *Presidential Studies Quarterly*, June 2013

Review of James Edward Miller's *The United States and the Making of Modern Greece: History and Power, 1950-1974*, *Presidential Studies Quarterly*, June 2012 (book review)

"Trends in Terrorism Since 9/11," *Georgetown Journal of International Affairs*, Winter/Spring 2011

"The Death Penalty Should Be Decided Only Under a Specific Guideline," in Christine Watkins, ed., *The Ethics of Capital Punishment* (Cengage/Gale Publishers, 2011)

*Saving Lives in the 'Convoy of Joy': Lessons for Peace-Keeping from UNPROFOR*, United States Institute of Peace Case Study, 2009

"Casualties, Polls and the Iraq War," *International Security*, Fall 2006 (correspondence)

"The CIA Leak Case Indicting Vice President Cheney's Chief of Staff," *Presidential Studies Quarterly*, June 2006

"Were the Eagle and the Phoenix Birds of a Feather? The United States and the 1967 Greek Coup," *Diplomatic History*, June 2006

"Greeks Bearing Consensus: An Outline for Increasing Greece's Soft Power in the West," *Mediterranean Quarterly*, Summer 2005

"W Version 2.0: Foreign Policy in the Second Bush Term," *The Fletcher Forum of World Affairs*, Summer 2005

"Can You Sue the White House? Opening the Door for Separation of Powers Immunity in *Cheney v. District Court*," *Presidential Studies Quarterly*, December 2004

"Political Realism: A Culprit for the 9/11 Attacks," *Harvard International Review*, Fall 2004

*Greeks Bearing Consensus: An Outline for Increasing Greece's Soft Power in the West*, Hellenic Observatory Discussion Paper 18, London School of Economics, November 2004

4

*Were the Eagle and the Phoenix Birds of a Feather? The United States and the 1967 Greek Coup*, Hellenic Observatory Discussion Paper 15, London School of Economics, February 2004

"Not a Divorce," *Survival*, Winter 2003-2004 (correspondence)

"Media Impact," in Mark Rozell, ed., *The Media and American Politics: An Introduction* (Lanham, MD: Rowman & Littlefield, 2003)

"The Surrender of Alleged War Criminals to International Tribunals: Examining the Constitutionality of Extradition via Congressional-Executive Agreement," *UCLA Journal of International Law and Foreign Affairs*, Fall/Winter 2003

"The Constitutionality of Congressional-Executive Agreements: Insights from Two Recent Cases," *Presidential Studies Quarterly*, June 2003

"The 'Essential Domino' of Military Operations: American Public Opinion and the Use of Force," *International Studies Perspectives*, November 2002

"The Polls–Trends: The United States Peace Operation in Somalia," *Public Opinion Quarterly*, Winter 2001

*American Public Opinion on Peace Operations: The Cases of Somalia, Rwanda, and Haiti*, University of Michigan Dissertation Services, 1999

"Turkey's Right v. Might Dilemma in Cyprus: Reviewing the Implications of *Loizidou v. Turkey*," *Mediterranean Quarterly*, Spring 1999

"An Outline of a Plan Toward a Comprehensive Settlement of the Greek-Turkish Dispute," in Vangelis Calotychos, ed., *Cyprus and Its People: Nation, Identity, and Experience in an Unimaginable Community, 1955-1997*, Boulder, CO: Westview Press, 1998 (co-authored with Theodore A. Couloumbis)

"Prospects for Greek-Turkish Reconciliation in a Changing International Setting," in Robert L. Pfaltzgraff and Dimitris Keridis, eds., *Security in Southeastern Europe and the U.S.-Greek–Relationship*, London: Brassey's, 1997 (co-authored with Theodore A. Couloumbis)

"Prospects for Greek-Turkish Reconciliation in a Changing International Setting," in Tozun Bahcheli, Theodore A. Couloumbis, and Patricia Carley, eds., *Greek-Turkish Relations and U.S. Foreign Policy: Cyprus, the Aegean, and Regional Stability*, Washington, D.C.: U.S. Institute of Peace, 1997 (co-authored with Theodore A. Couloumbis)

"Structuration Theory in International Relations," *Swords & Ploughshares*, Spring 1992

**Commentaries and Correspondence**

"If the Assault Weapons Ban 'Didn't Work,' Then Why Does the Evidence Suggest It Saved Lives?" *Los Angeles Times*, March 11, 2018 (correspondence)

"London and the Mainstreaming of Vehicular Terrorism," *The Atlantic*, June 4, 2017 (co-authored with Colin P. Clarke)

"Almost Every Fatal Terrorist Attack in America since 9/1 Has Involved Guns." *Vice*, December 4, 2015

"Firearms Have Killed 82 of the 86 Victims of Post-9/11 Domestic Terrorism," *The Trace*, June 30, 2015

"International Law and the 2012 Presidential Elections," Vitoria Institute, March 24, 2012

"Al Qaeda Without Bin Laden," CBS News *Opinion*, May 2, 2011

"Fuel, But Not the Spark," *Zocalo Public Square*, February 16, 2011

"After Tucson, Emotions Run High," *New York Times*, January 12, 2011 (correspondence)

"WikiLeaks, the Web, and the Need to Rethink the Espionage Act," *The Atlantic*, November 9, 2010

"Deprogramming Jihadis," *New York Times Magazine*, November 23, 2008 (correspondence)

"Food: An Issue of National Security," *Forbes* (Forbes.com), October 25, 2008

"An Invaluable Opportunity for Greece To Increase Its Standing and Influence on the World Stage," *Kathimerini* (Greece), January 13, 2005

"How Many War Deaths Can We Take?" *Newsday*, November 7, 2003

"Down But Not Out," London School of Economics Iraq War Website, April 2003

"Four Half-Truths and a War," *American Reporter*, April 6, 2003

"The Greek Bridge between Old and New Europe," *National Herald*, February 15-16, 2003

"Debunking a Widely-Believed Greek Conspiracy Theory," *National Herald*, September 21-22, 2002

"Debunking of Elaborate Media Conspiracies an Important Trend," *Kathimerini* (Greece), September 21, 2002 [Not Related to September 21-22, 2002, *National Herald* Piece with Similar Title]

"Cold Turkey," *Washington Times*, March 16, 1998

"Make Greece and Turkey Behave," *International Herald Tribune*, January 3, 1998

"If This Alliance Is to Survive . . .," *Washington Post*, January 2, 1998

"Defuse Standoff on Cyprus," *Defense News*, January 27-February 2, 1997

"Ukraine Holds Nuclear Edge," *Defense News*, August 2-8, 1993


**Commentaries Written for *New York Daily News* –**
**https://www.nydailynews.com/authors/?author=Louis+Klarevas**

"Only as Strong as Our Weakest Gun Laws: The Latest Mass Shooting Makes a Powerful Case for Federal Action," November 8, 2018

"What to Worry, and not Worry, About: The Thwarted Pipe-Bomb Attacks Point to Homeland Security Successes and Vulnerabilities," October 25, 2018

"After the Santa Fe Massacre, Bury the 'Good Guy with a Gun' Myth: Armed Staffers Won't Deter Shooters or Keep Kids Safe," May 22, 2018

"It's the Guns (and Ammo), Stupid: Dissuading Killers and Hardening Targets Matter Too, But Access to Weapons Matters Most," February 18, 2018

"The Texas Shooting Again Reveals Inadequate Mental-Health Help in the U.S. Military," November 7, 2017

"Why Mass Shootings Are Getting Worse: After Vegas, We Urgently Must Fix Our Laws," October 2, 2017

"N.Y. Can Lead the Nation in Fighting Child Sex Trafficking," April 21, 2009 (co-authored with Ana Burdsall-Morse)

"Crack Down on Handguns – They're a Tool of Terror, Too," October 25, 2007


**Commentaries Written for *The Huffington Post* – www.huffingtonpost.com/louis-klarevas**

"Improving the Justice System Following the Deaths of Michael Brown and Eric Garner," December 4, 2014

"American Greengemony: How the U.S. Can Help Ukraine and the E.U. Break Free from Russia's Energy Stranglehold," March 6, 2014

"Guns Don't Kill People, Dogs Kill People," October 17, 2013

"Romney the Liberal Internationalist?" October 23, 2012

"Romney's Unrealistic Foreign Policy Vision: National Security Funded by Money Growing Trees," October 10, 2012

"Do the Wrong Thing: Why Penn State Failed as an Institution," November 14, 2011

"Holding Egypt's Military to Its Pledge of Democratic Reform," February 11, 2011

"The Coming Twivolutions? Social Media in the Recent Uprisings in Tunisia and Egypt," January 31, 2011

"Scholarship Slavery: Does St. John's 'Dean of Mean' Represent a New Face of Human Trafficking?" October 6, 2010

"Misunderstanding Terrorism, Misrepresenting Islam," September 21, 2010

"Bombing on the Analysis of the Times Square Bomb Plot," May 5, 2010

"Do the Hutaree Militia Members Pose a Terrorist Threat?" May 4, 2010

"Addressing Mexico's Gun Violence One Extradition at a Time," March 29, 2010

"Terrorism in Texas: Why the Austin Plane Crash Is an Act of Terror," February 19, 2010

"Securing American Primacy by Tackling Climate Change: Toward a National Strategy of Greengemony," December 15, 2009

"Traffickers Without Borders: A 'Journey' into the Life of a Child Victimized by Sex Trafficking," November 17, 2009

"Beyond a Lingering Doubt: It's Time for a New Standard on Capital Punishment," November 9, 2009

"It's the Guns Stupid: Why Handguns Remain One of the Biggest Threats to Homeland Security," November 7, 2009

"Obama Wins the 2009 Nobel Promise Prize," October 9, 2009

**Commentaries for *Foreign Policy* – www.foreignpolicy.com**

"The White House's Benghazi Problem," September 20, 2012

"Greeks Don't Want a Grexit," June 14, 2012

"The Earthquake in Greece," May 7, 2012

"The Idiot Jihadist Next Door," December 1, 2011

"Locked Up Abroad," October 4, 2011


**Commentaries for *The New Republic* – www.tnr.com/users/louis-klarevas**

"What the U.N. Can Do To Stop Getting Attacked by Terrorists," September 2, 2011

"Is It Completely Nuts That the British Police Don't Carry Guns? Maybe Not," August 13, 2011

"How Obama Could Have Stayed the Execution of Humberto Leal Garcia," July 13, 2011

"After Osama bin Laden: Will His Death Hasten Al Qaeda's Demise?" May 2, 2011

"Libya's Stranger Soldiers: How To Go After Qaddafi's Mercenaries," February 28, 2011

"Closing the Gap: How To Reform U.S. Gun Laws To Prevent Another Tucson," January 13, 2011

"Easy Target," June 13, 2010

"Death Be Not Proud," October 27, 2003 (correspondence)


**Legal Analyses Written for *Writ* – writ.news.findlaw.com/contributors.html#klarevas**

"Human Trafficking and the Child Protection Compact Act of 2009," *Writ* (FindLaw.com), July 15, 2009 (co-authored with Christine Buckley)

"Can the Justice Department Prosecute Reporters Who Publish Leaked Classified Information? Interpreting the Espionage Act," *Writ* (FindLaw.com), June 9, 2006

"Will the Precedent Set by the Indictment in a Pentagon Leak Case Spell Trouble for Those Who Leaked Valerie Plame's Identity to the Press?" *Writ* (FindLaw.com), August 15, 2005

"Jailing Judith Miller: Why the Media Shouldn't Be So Quick to Defend Her, and Why a Number of These Defenses Are Troubling," *Writ* (FindLaw.com), July 8, 2005

"The Supreme Court Dismisses the Controversial Consular Rights Case: A Blessing in Disguise for International Law Advocates?" *Writ* (FindLaw.com), June 6, 2005 (co-authored with Howard S. Schiffman)

"The Decision Dismissing the Lawsuit against Vice President Dick Cheney," *Writ* (FindLaw.com), May 17, 2005

"The Supreme Court Considers the Rights of Foreign Citizens Arrested in the United States," *Writ* (FindLaw.com), March 21, 2005 (co-authored with Howard S. Schiffman)


**Columns Written (in Greek) for *To Vima* Newspaper (Athens)**

"Time to Pay," August 2003

"Does Turkey Have an Ulterior Motive?" July 2003

"Will They Make Up?" June 2003

"Don't Take the Bait," May 2003

"If the Cheers Turn to Jeers," April 2003

"The Power of a Niche Identity," April 2003

"If You Can't Beat Them, Join Them," April 2003

"Show Me the Euros," March 2003


**Presentations and Addresses**

**In addition to the presentations listed below, I have made close to one hundred media appearances, book events, and educational presentations (beyond lectures for my own classes)**

"Addressing Mass Shootings in Public Health: Lessons from Security Studies," Teachers College, Columbia University, November 25, 2019

"Rampage Nation: Securing America from Mass Shootings," Swarthmore College, October 24, 2019

"Rampage Nation: Securing America from Mass Shootings," University of Pennsylvania, February 9, 2018

"Treating Mass Shootings for What They Really Are: Threats to American Security," Framingham State University, October 26, 2017

"Book Talk: Rampage Nation," Teachers College, Columbia University, October 17, 2017

Participant, Roundtable on Assault Weapons and Large-Capacity Magazines, Annual Conference on Second Amendment Litigation and Jurisprudence, Law Center to Prevent Gun Violence, October 16, 2017

"Protecting the Homeland: Tracking Patterns and Trends in Domestic Terrorism," address delivered to the annual meeting of the National Joint Terrorism Task Force, June 2015

"Sovereign Accountability: Creating a Better World by Going after Bad Political Leaders," address delivered to the Daniel H. Inouye Asia-Pacific Center for Security Studies, November 2013

"Game Theory and Political Theater," address delivered at the School of Drama, State Theater of Northern Greece, May 2012

"Holding Heads of State Accountable for Gross Human Rights Abuses and Acts of Aggression," presentation delivered at the Michael and Kitty Dukakis Center for Public and Humanitarian Service, American College of Thessaloniki, May 2012

Chairperson, Cultural Enrichment Seminar, Fulbright Foundation – Southern Europe, April 2012

Participant, Roundtable on "Did the Intertubes Topple Hosni?" Zócalo Public Square, February 2011

Chairperson, Panel on Democracy and Terrorism, annual meeting of the International Security Studies Section of the International Studies Association, October 2010

"Trends in Terrorism Within the American Homeland Since 9/11," paper to be presented at the annual meeting of the International Security Studies Section of the International Studies Association, October 2010

Panelist, "In and Of the World," Panel on Global Affairs in the 21st Century, Center for Global Affairs, New York University, March 2010

Moderator, "Primacy, Perils, and Players: What Does the Future Hold for American Security?" Panel of Faculty Symposium on Global Challenges Facing the Obama Administration, Center for Global Affairs, New York University, March 2009

"Europe's Broken Border: The Problem of Illegal Immigration, Smuggling and Trafficking via Greece and the Implications for Western Security," presentation delivered at the Center for Global Affairs, New York University, February 2009

"The Dangers of Democratization: Implications for Southeast Europe," address delivered at the University of Athens, Athens, Greece, May 2008

Participant, "U.S. National Intelligence: The Iran National Intelligence Estimate," Council on Foreign Relations, New York, April 2008

Moderator, First Friday Lunch Series, "Intelligence in the Post-9/11 World: An Off-the-Record Conversation with Dr. Joseph Helman (U.S. Senior National Intelligence Service)," Center for Global Affairs, New York University, March 2008

Participant, "U.S. National Intelligence: Progress and Challenges," Council on Foreign Relations, New York, March 2008

Moderator, First Friday Lunch Series, "Public Diplomacy: The Steel Backbone of America's Soft Power: An Off-the-Record Conversation with Dr. Judith Baroody (U.S. Department of State)," Center for Global Affairs, New York University, October 2007

"The Problems and Challenges of Democratization: Implications for Latin America," presentation delivered at the Argentinean Center for the Study of Strategic and International Relations Third Conference on the International Relations of South America (IBERAM III), Buenos Aires, Argentina, September 2007

"The Importance of Higher Education to the Hellenic-American Community," keynote address to the annual Pan-Icarian Youth Convention, New York, May 2007

Moderator, First Friday Lunch Series, Panel Spotlighting Graduate Theses and Capstone Projects, Center for Global Affairs, New York University, April 2007

Convener, U.S. Department of State Foreign Officials Delegation Working Group on the Kurds and Turkey, March 2007

"Soft Power and International Law in a Globalizing Latin America," round-table presentation delivered at the Argentinean Center for the Study of Strategic and International Relations Twelfth Conference of Students and Graduates of International Relations in the Southern Cone (CONOSUR XII), Buenos Aires, Argentina, November 2006

Moderator, First Friday Lunch Series, "From Berkeley to Baghdad to the Beltway: An Off-the-Record Conversation with Dr. Catherine Dale (U.S. Department of Defense)," Center for Global Affairs, New York University, November 2006

Chairperson, Roundtable on Presidential Privilege and Power Reconsidered in a Post-9/11 Era, American Political Science Association Annual Meeting, September 2006

"Constitutional Controversies," round-table presentation delivered at City University of New York-College of Staten Island, September 2005

"The Future of the Cyprus Conflict," address to be delivered at City University of New York College of Staten Island, April 2005

"The 2004 Election and the Future of American Foreign Policy," address delivered at City University of New York College of Staten Island, December 2004

"One Culprit for the 9/11 Attacks: Political Realism," address delivered at City University of New York-College of Staten Island, September 2004

"Were the Eagle and the Phoenix Birds of a Feather? The United States and the 1967 Greek Coup," address delivered at London School of Economics, November 2003

"Beware of Europeans Bearing Gifts? Cypriot Accession to the EU and the Prospects for Peace," address delivered at Conference on Mediterranean Stability, Security, and Cooperation, Austrian Defense Ministry, Vienna, Austria, October 2003

Co-Chair, Panel on Ideational and Strategic Aspects of Greek International Relations, London School of Economics Symposium on Modern Greece, London, June 2003

"Greece between Old and New Europe," address delivered at London School of Economics, June 2003

Co-Chair, Panel on International Regimes and Genocide, International Association of Genocide Scholars Annual Meeting, Galway, Ireland, June 2003

"American Cooperation with International Tribunals," paper presented at the International Association of Genocide Scholars Annual Meeting, Galway, Ireland, June 2003

"Is the Unipolar Moment Fading?" address delivered at London School of Economics, May 2003

"Cyprus, Turkey, and the European Union," address delivered at London School of Economics, February 2003

"Bridging the Greek-Turkish Divide," address delivered at Northwestern University, May 1998

"The CNN Effect: Fact or Fiction?" address delivered at Catholic University, April 1998

"The Current Political Situation in Cyprus," address delivered at AMIDEAST, July 1997

"Making the Peace Happen in Cyprus," presentation delivered at the U.S. Institute of Peace in July 1997

"The CNN Effect: The Impact of the Media during Diplomatic Crises and Complex Emergencies," a series of presentations delivered in Cyprus (including at Ledra Palace), May 1997

"Are Policy-Makers Misreading the Public? American Public Opinion on the United Nations," paper presented at the International Studies Association Annual Meeting, Toronto, Canada, March 1997 (with Shoon Murray)

"The Political and Diplomatic Consequences of Greece's Recent National Elections," presentation delivered at the National Foreign Affairs Training Center, Arlington, VA, September 1996

"Prospects for Greek-Turkish Reconciliation," presentation delivered at the U.S. Institute of Peace Conference on Greek-Turkish Relations, Washington, D.C., June, 1996 (with Theodore A. Couloumbis)

"Greek-Turkish Reconciliation," paper presented at the Karamanlis Foundation and Fletcher School of Diplomacy Joint Conference on The Greek-U.S. Relationship and the Future of Southeastern Europe, Washington, D.C., May, 1996 (with Theodore A. Couloumbis)

"The Path toward Peace in the Eastern Mediterranean and the Balkans in the Post-Cold War Era," paper presented at the International Studies Association Annual Meeting, San Diego, CA, March, 1996 (with Theodore A. Couloumbis)

"Peace Operations: The View from the Public," paper presented at the International Studies Association Annual Meeting, San Diego, CA, March, 1996

Chairperson, Roundtable on Peace Operations, International Security Section of the International Studies Association Annual Meeting, Rosslyn, VA, October, 1995

"Chaos and Complexity in International Politics: Epistemological Implications," paper presented at the International Studies Association Annual Meeting, Washington, D.C., March, 1994

"At What Cost? American Mass Public Opinion and the Use of Force Abroad," paper presented at the International Studies Association Annual Meeting, Washington, D.C., March, 1994 (with Daniel B. O'Connor)

"American Mass Public Opinion and the Use of Force Abroad," presentation delivered at the United States Institute of Peace, Washington, D.C., February, 1994 (with Daniel B. O'Connor)

"For a Good Cause: American Mass Public Opinion and the Use of Force Abroad," paper presented at the Annual Meeting of the Foreign Policy Analysis/Midwest Section of the International Studies Association, Chicago, IL, October, 1993 (with Daniel B. O'Connor)

"American International Narcotics Control Policy: A Critical Evaluation," presentation delivered at the American University Drug Policy Forum, Washington, D.C., November, 1991

"American National Security in the Post-Cold War Era: Social Defense, the War on Drugs, and the Department of Justice," paper presented at the Association of Professional Schools of International Affairs Conference, Denver, CO, February, 1991

14

**Referee for Grant Organizations, Peer-Reviewed Journals, and Book Publishers**

National Science Foundation, Division of Social and Economic Sciences

*American Journal of Public Health*

*American Political Science Review*

*British Medical Journal (BMJ)*

*Comparative Political Studies*

*Journal of Public and International Affairs*

*Millennium*

*Political Behavior*

*Presidential Studies Quarterly*

*Violence and Victims*

Brill Publishers

Johns Hopkins University Press

Routledge


**Service to University, Profession, and Community**

Contributing Lecturer, Johns Hopkins University, Massive Open Online Course on Evidence-Based Gun Violence Research, Funded by David and Lucile Packard Foundation, 2019

Expert for Victims of Sutherland Springs, TX, Mass Shooting, 2019-

Member, Group of Gun Violence Experts, *New York Times* Upshot Survey, 2017

Expert for State of California, 2017-

Expert for State of Colorado, 2016-2017

Member, Guns on Campus Assessment Group, Johns Hopkins University and Association of American Universities, 2016

Member, Fulbright Selection Committee, Fulbright Foundation, Athens, Greece, 2012

Faculty Advisor, Global Affairs Graduate Society, New York University, 2009-2011

Founder and Coordinator, Graduate Transnational Security Studies, Center for Global Affairs, New York University, 2009-2011

Organizer, Annual Faculty Symposium, Center for Global Affairs, New York University, 2009

Member, Faculty Search Committees, Center for Global Affairs, New York University, 2007-2009

Member, Graduate Program Director Search Committee, Center for Global Affairs, New York University, 2008-2009

Developer, Transnational Security Studies, Center for Global Affairs, New York University, 2007-2009

Participant, Council on Foreign Relations Special Series on National Intelligence, New York, 2008

Member, Graduate Certificate Curriculum Committee, Center for Global Affairs, New York University, 2008

Member, Faculty Affairs Committee, New York University, 2006-2008

Member, Curriculum Review Committee, Center for Global Affairs, New York University, 2006-2008

Member, Overseas Study Committee, Center for Global Affairs, New York University, 2006-2007

Participant, New York Academic Delegation to Israel, Sponsored by American-Israel Friendship League, 2006

Member, Science, Letters, and Society Curriculum Committee, City University of New York-College of Staten Island, 2006

Member, Graduate Studies Committee, City University of New York-College of Staten Island, 2005-2006

Member, Summer Research Grant Selection Committee, City University of New York-College of Staten Island, 2005

Director, College of Staten Island Association, 2004-2005

Member of Investment Committee, College of Staten Island Association, 2004-2005

Member of Insurance Committee, College of Staten Island Association, 2004-2005

Member, International Studies Advisory Committee, City University of New York-College of Staten Island, 2004-2006

Faculty Advisor, Pi Sigma Alpha National Political Science Honor Society, City University of New York-College of Staten Island, 2004-2006

Participant, World on Wednesday Seminar Series, City University of New York-College of Staten Island, 2004-2005

Participant, American Democracy Project, City University of New York-College of Staten Island, 2004

Participant, Philosophy Forum, City University of New York-College of Staten Island, 2004

Commencement Liaison, City University of New York-College of Staten Island, 2004

Member of Scholarship Committee, Foundation of Pan-Icarian Brotherhood, 2003-2005, 2009

Scholarship Chairman, Foundation of Pan-Icarian Brotherhood, 2001-2003

Faculty Advisor to the Kosmos Hellenic Society, George Washington University, 2001-2002

Member of University of Pennsylvania's Alumni Application Screening Committee, 2000-2002

Participant in U.S. Department of State's International Speakers Program, 1997

Participant in Yale University's United Nations Project, 1996-1997

Member of Editorial Advisory Board, *Journal of Public and International Affairs*, Woodrow Wilson School of Public and International Affairs, Princeton University, 1991-1993

Voting Graduate Student Member, School of International Service Rank and Tenure Committee, American University, 1990-1992

Member of School of International Service Graduate Student Council, American University, 1990-1992

Teaching Assistant for the Several Courses (World Politics, Beyond Sovereignty, Between Peace and War, Soviet-American Security Relations, and Organizational Theory) at School of International Service Graduate Student Council, American University, 1989-1992

Representative for American University at the Annual Meeting of the Association of Professional Schools of International Affairs, Denver, Colorado, 1991

**Associations and Organizations (Past and Present)**

Academy of Political Science

American Political Science Association

Anderson Society of American University

Carnegie Council Global Ethics Network

International Political Science Association

International Studies Association

Museum of Modern Art

New York Screenwriters Collective

Pan-Icarian Brotherhood

Pi Sigma Alpha

Sigma Nu Fraternity

Social Science Research Network

United States Department of State Alumni Network

United States Institute of Peace Alumni Association

University of Pennsylvania Alumni Association

**Honors and Awards**

Senior Fulbright Fellowship, 2012

Professional Staff Congress Research Grantee, City University of New York, 2004-2005

Research Assistance Award (Two Times), City University of New York-College of Staten Island, 2004

Summer Research Fellowship, City University of New York-College of Staten Island, 2004

European Institute Associate Fellowship, London School of Economics, 2003-2004

Hellenic Observatory Defense Analysis Research Fellowship, London School of Economics, 2002-2003

United States Institute of Peace Certificate of Meritorious Service, 1996

National Science Foundation Dissertation Research Grant, 1995 (declined)

Alexander George Award for Best Graduate Student Paper, Runner-Up, Foreign Policy Analysis Section, International Studies Association, 1994

Dean's Scholar Fellowship, School of International Service, American University, 1989-1992

Graduate Research and Teaching Assistantship, School of International Service, American University, 1989-1992

American Hellenic Educational Progressive Association (AHEPA) College Scholarship, 1986

Political Science Student of the Year, Wilkes-Barre Area School District, 1986