XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3479
 Fax: (415) 703-1234
 E-mail: John.Echeverria@doj.ca.gov
*Attorneys for Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

# CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER, et al.,** | Case No. 19-cv-1537-BEN-JLB |
| Plaintiffs, | **DEFENDANTS' EXHIBIT LIST** |
| v. | **[LOCAL RULE 16.1(f)(2)(c)]** |
| **CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,** | Pre-Trial Conference:<br>Date: December 16, 2020<br>Time: 10:00 a.m.<br>Dept: 5A |
| Defendants. | Judge: Hon. Roger T. Benitez<br>Trial Date: January 21, 2021<br>Action Filed: August 15, 2019 |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| A | | | Declaration of Lucy P. Allen in Support of Defendants' Opposition to Motion for Preliminary Injunction |
| B | | | Declaration of Christopher B. Colwell in Support of Defendants' Opposition to Motion for Preliminary Injunction |
| C | | | Declaration of John J. Donohue in Support of Defendants' Opposition to Motion for Preliminary Injunction |
| D | | | Declaration of Blake Graham in Support of Defendants' Opposition to Motion for Preliminary Injunction |
| E | | | Declaration of Professor Louis Klarevas in Support of Defendants' Opposition to Motion for Preliminary Injunction |
| F | | | S.B. 880 Report, 2015-20 16 Reg. Sess., Assembly Committee on Public Safety (June 14, 2016) |
| G | | | Violence Policy Ctr., *Firearm Justifiable Homicides and Non-Fatal Self-Defense Gun Use: An Analysis of Federal Bureau of Investigation and National Crime Victimization Survey Data* (2018) |
| H | | | Bureau of Alcohol, Tobacco & Firearms, *Report and Recommendation on the Importability of Certain Semiautomatic Rifles* (1989) |
| I | | | Violence Policy Ctr., *Key Points About Assault Weapons* |
| J | | | H.R. Rep. No. 103-489, Public Safety and Recreational Firearms Use Protection Act |
| K | | | Brady Ctr. to Prevent Gun Violence, *Assault Weapons "Mass Produced Mayhem"* (2008) |
| L | | | Excerpt of United States Army, *Rifle Marksmanship M16/M4 - Series Weapons* (2008) |

| | | |
|---|---|---|
| 1 | M | Expert Report & Declaration of Michael Mersereau, *Rupp v. Becerra*, No. 17-cv-00746-JLS-JDE (C.D. Cal. Mar. 25, 2019) (Dkt. 76-3) |
| 2 | N | Violence Policy Ctr., *The Militarization of the U.S. Civilian Firearms Market* (2011) |
| 3 | O | Bureau of Alcohol, Tobacco, Firearms & Explosives, *Study on the Importability of Certain Shotguns* (2011) |
| 4 | P | Colt.com, AR15A4 Advertisement |
| 5 | Q | Colt.com, About Colt Rifles |
| 6 | R | Guns & Ammo (July 1981) |
| 7 | S | Mich. Public Acts, 1927 – No. 372 |
| 8 | T | R.I. Public Acts, 1927 – Ch. 1052 |
| 9 | U | Ohio General Code, 1933 – § 12819-3 |
| 10 | V | Pub. L. No. 275, 1932 – 72d Cong., Sess. I, Chs. 465, 466 |
| 11 | W | Robert J. Spitzer, *Gun Law History in the United States and Second Amendment Rights*, 80 Law & Contemporary Problems 55 (2017) |
| 12 | X | Br. of *Amicus Curiae* Everytown for Gun Safety in Supp. of Def.'s Mot. for Summ. J., *Rupp v. Becerra*, No. 8:17-cv-00746-JLS-JDE (C.D. Cal. Apr. 1, 2019) (Dkt. 82-1) |
| 13 | Y | Christopher S. Koper et al., *Criminal Use of Assault Weapons and High-Capacity Semiautomatic Firearms: An Updated Examination of Local and National Sources*, 95 J. of Urban Health 313 (2017) |
| 14 | Z | Excerpts of Bureau of Alcohol, Tobacco & Firearms, *Department of the Treasury Study on the Sporting Suitability of Modified Semiautomatic Assault Rifles* (1998) |

| | | |
|---|---|---|
| 1 | AA | Violence Policy Ctr., *"Officer Down": Assault Weapons and the War on Law Enforcement* (2003) |
| 2 | AB | Panagiotis K. Stefanopoulos et al., *Gunshot Wounds: A Review of Ballistics Related to Penetrating Trauma*, J. of Acute Disease, 178 (2014) |
| 3 | AC | Adam Lankford & James Silver, *Why Have Public Mass Shootings Become More Deadly? Assessing How Perpetrators' Motives and Methods Have Changed Over Time*, Criminology & Pub. Pol'y 1 (2019) |
| 4 | AD | Excerpts of Deposition of Gary Kleck, *Rupp v. Becerra*, No. 8:17-cv-00746-JLS-JDE (C.D. Cal. Dec. 12, 2018) (Dkt. 76-15) |
| 5 | AE | Law Ctr. to Prevent Gun Violence, *The California Model: Twenty Years of Putting Safety First* (2013) |
| 6 | AF | Las Vegas Metropolitan Police Dep't, Criminal Investigative Report of the 1 October Mass Casualty Shooting (2018) |
| 7 | AG | U.S. Dep't of Justice, Fed. Bureau of Investigation, Key Findings of the Behavioral Analysis Unit's Las Vegas Review Panel (2019) |
| 8 | AH | Orlando Police Dep't, Homicide Unit, Supplement Report, Case No. 2016-242039 (2016), |
| 9 | AI | Fed. Bureau of Investigation, Pulse Nightclub Shooting FBI Lab Ballistics Report (2018) |
| 10 | AJ | Fed. Bureau of Investigation, Pulse Nightclub Shooting Part 1 |
| 11 | AK | Fed. Bureau of Investigation, Pulse Nightclub Shooting Part 2 |

| | | |
|---|---|---|
| | AL | Vincent J.M. DiMaio, *Gunshot Wounds, Practical Aspects of Firearms, Ballistics, and Forensic Techniques, Third Edition*, CRC Press (2016) |
| | AM | U.S. Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, Firearms Commerce in the United States, Annual Statistical Update 2018 |
| | AN | Expert Report and Declaration of John Donohue, *Rupp v. Becerra*, 8:17-cv-00746 (2019) |
| | AO | Expert Report and Declaration of Blake Graham, *Rupp v. Becerra*, 8:17-cv-00746 (2019) |
| | AP | Expert Report and Declaration of Christopher Colwell, *Rupp v. Becerra*, 8:17-cv-00746 (2019) |
| | AQ | Expert Report and Declaration of Lucy Allen, *Rupp v. Becerra*, 8:17-cv-00746 (2019) |
| | AR | Updated Table and Appendix B to Expert Report of Lucy Allen, *Rupp v. Becerra*, 8:17-cv-00746 (2019) |
| | AS | Rebuttal Expert Report and Declaration of John Donohue, *Rupp v. Becerra*, 8:17-cv-00746 (2019) |
| | AT | Rebuttal Expert Report and Declaration of Blake Graham, *Rupp v. Becerra*, 8:17-cv-00746 (2019) |
| | AU | Violence Policy Center, *Bullet Buttons: The Gun Industry's Attack on California's Assault Weapons Ban* (2012) |
| | AV | Defendant's Second Supplemental Response to Plaintiff Troy Willis's First Set of Interrogatories |
| | AW | David S. Fallis, *Data Indicate Drop in High-Capacity Magazines During Federal Gun Ban*, Washington Post (Jan. 10, 2013) |

| | | |
|---|---|---|
| | AX | Mark Follman, et al., *More than Half of Mass Shooters Used Assault Weapons and High-Capacity Magazines*, Mother Jones (Feb. 27, 2013) |
| | AY | U.S. Department of Justice, Office of Justice Programs, National Institute of Justice, *Selection and Application Guide 0101.06 to Ballistic-Resistant Body Armor* (2014) |
| | AZ | California Senate Bill 23, 1999 Cal. Stat. ch. 129 |
| | BA | Guns & Ammo: The New Breed of Assault Rifle, *Tomorrow's State-of-the-Art Sporting Rifle* (July 1981) (July 1981 Guns & Ammo) |
| | BB | Damien Cave and Charlotte Graham-McLay, *New Zealand to Ban Military-Style Semiautomatic Guns, Jacinda Arden Says*, New York Times (March 20, 2019) |
| | BC | Kaylee Hartung, et al., *Stoneman Douglas shooting. Now parents are urged to be alert*, CNN (March 25, 2019) |
| | BD | United States Census Bureau, *Quick Facts: California* (available at https://www.census.gov/quickfacts/ca) |
| | BE | U.S. DOJ Press Release, *California Man Charged with Conspiring to Provide Material Support to Terrorism and Being 'Straw Purchaser' of Assault Rifles Ultimately Used in San Bernardino, California, Attack* (Dec. 17, 2015) |
| | BF | Excerpt of National Shooting Sports Foundation, *NSSF Report: Modern Sporting Rifle (MSR) Comprehensive Consumer Report* (2013) |
| | BG | Excerpt of National Shooting Sports Foundation, *NSSF Report 2017 Edition: Firearms Retailer Survey Report, Trend Data 2008-2016* (2017) |

| | | |
|---|---|---|
| 1 | BH | Jerry Lee, 2018 Standard Catalog of Firearms, The Collector's Price & Reference Guide |
| 2 | BI | Patrick Sweeney, The Gun Digest Book of the AR-15 (2005) |
| 3 | BJ | Christopher S. Koper, *Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003*, National Institute of Justice, United States Dep't of Justice (2004) |
| 4 | BK | Daniel S. Nagin, Christopher S. Koper, Cynthia Lum, *Policy Recommendations for countering mass shootings in the United States*, Criminology & Public Policy, 19:9-15 (2020) |
| 5 | BL | Christopher S. Koper, *Assessing the potential to reduce deaths and injuries from mass shootings through restrictions on assault weapons and other high-capacity semiautomatic firearms*, Criminology & Public Policy, 19:147-170 (2020) |
| 6 | BM | Mark Gius, *The impact of state and Federal assault weapons bans on public mass shootings*, Applied Economics Letters (2014) |
| 7 | BN | Mark Gius, *The effects of state and Federal gun control laws on school shootings*, Applied Economic Letters (2017) |
| 8 | BO | Charles DiMaggio, et al., Changes in US mass shooting deaths associated with the 1994-2004 federal assault weapons ban: Analysis of open-source data, J Trauma Acute Care Surg Vol. 89, No. 1 (2018) |
| 9 | BP | John J. Donohue III and Isaac J. Rabbani, *Recent Trends in American Gun Prevalence*, (2017) |

| | | |
|---|---|---|
| 1 | BQ | Donald L. Flexner, *Why the Civilian Purchase, Use, and Sale of Assault Weapons and Semiautomatic Rifles and Pistols, Along with Large Capacity Magazines, Should Be Banned*, N.Y.U. Journal of Legislation and Public Policy (2017) |
| 2 | BR | Expert Report of Robert J. Spitzer, *Worman, et al. v. Healey, et al.*, 1:17-cv-10107-WGY (2017) |
| 3 | BS | L. Kennett and J. LaVerne, The Gun in America, The Origins of a National Dilemma (1975) |
| 4 | BT | Expert Report of Lucy P. Allen, *Duncan, et al. v. Becerra, et al.*, 17-cv-1017-BEN-JLB (2018) |
| 5 | BU | Expert Rebuttal Report of John J. Donohue, *Duncan, et al. v. Becerra, et al.*, 17-cv-1017-BEN-JLB (2018) |
| 6 | BV | Revised Expert Report of Dr. Louis J. Klarevas, *Duncan, et al. v. Becerra, et al.*, 17-cv-1017-BEN-JLB (2018) |
| 7 | BW | Expert Report of Christopher S. Koper, *Duncan, et al. v. Becerra, et al.*, 17-cv-1017-BEN-JLB (2018) |
| 8 | BX | Sen. Bill No. 1446, 3d Reading Analysis, Mar. 28, 2016 (2015-2016 Reg. Sess.)(Cal. 2016) |
| 9 | BY | Laurence H. Tribe, *Proposals to Reduce Gun Violence: Protecting Our Communities While Respecting the Second Amendment: Hearing Before the Subcomm. on the Constitution, Civil Rights and Human Rights, S. Comm. On the Judiciary* (Feb. 12, 2013) |
| 10 | BZ | Mark Follman, et al., *U.S. Mass Shootings, 1982-2018: Data from Mother Jones' Investigation* (Mother Jones, 2018) |

| | | |
|---|---|---|
| 1 | CA | Mayors Against Illegal Guns, *Analysis of Recent Mass Shootings* (2013) |
| 2 | CB | Declaration of Professor Daniel Webster in Support of Defendant Xavier Becerra's Opposition to Plaintiffs' Motion for Preliminary Injunction, *Duncan, et al. v. Becerra, et al.*, 17-cv-1017-BEN-JLB (June 5, 2017) |
| 3 | CC | *Nine Rounds a Second: How the Las Vegas Gunman Outfitted a Rifle to Fire Faster*, N.Y. Times, Oct. 5, 2017 |
| 4 | CD | Violence Policy Center, *High-Capacity Ammunition Magazines are the Common Thread Running Through Most Mass Shootings in the United States* (2018) |
| 5 | CE | Alex Yablon, *Bans on High-Capacity Magazines, Not Assault Rifles, Most Likely to Limit Shooting Carnage*, The Trace (June 13, 2016) |
| 6 | CF | State of Connecticut, Division of Criminal Justice, *Report of the State's Attorney for the Judicial District of Danbury on the Shootings at Sandy Hook Elementary School* (2013) |
| 7 | CG | Mark Follman, *More Guns, More Mass Shootings—Coincidence?*, Mother Jones (Dec. 15, 2012) |
| 8 | CH | Relevant Excerpts from Louis Klarevas, Rampage Nation: Securing American from Mass Shootings (2016) |
| 9 | CI | Relevant Excerpts from Robert J. Spitzer, *Gun Law History in the United States and Second Amendment Rights*, 80 Law & Contemporary Problems 55 (2017) |
| 10 | CJ | The Safety for All Act of 2016, 2016 Cal. Legis. Serv. Proposition 63 (West) |
| 11 | CK | Sandy Hook Advisory Comm'n, *Final Report of the Sandy Hook Advisory Commission* (2015) |

Case 3:19-cv-01537-BEN-JLB Document 65-2 Filed 11/18/20 PageID.8682 Page 10 of 11

| | | |
|---|---|---|
| 1 | CL | LAPD Chief Backs Ban on Some Ammo Magazines, NBC So. Cal. (Mar. 2, 2011) |
| 2 | CM | C. S. Koper & D. C. Reedy, *Impact of Handgun Types on Gun Assault Outcomes: A Comparison of Gun Assaults Involving Semiautomatic Pistols and Revolvers*, 9 Injury Prevention 151 (2003) |
| 3 | CN | Testimony of Brian J. Siebel, Senior Attorney, Brady Center to Prevent Gun Violence, Before the Council of the District of Columbia (Oct. 1, 2008) |
| 4 | CO | Christopher S. Koper, at al., *Gunshot Victimisations Resulting from High-Volume Gunfire Incidents in Minneapolis: Findings and Policy Implications*, Injury Prevention (Feb 24, 2018) |
| 5 | CP | Nat. Law Enforcement PartnerShip to Prevent Gun Violence, *Protecting Communities from Assault Weapons and High-capacity Ammunition Magazines* (2017) |
| 6 | CQ | Declaration of San Francisco Policy Department Officer Joseph Emanuel in Support of Plaintiff's Ex Parte Application for Order to Show Cause Re: Preliminary Injunction, People v. Badger Mountain Supply, et al., No. CGC-17-557010 (S.F. Super. Feb 21, 2017) |
| 7 | CR | Declaration of Detective Michael Mersereau of the Los Angeles Police Department in Support of Amici Curiae the City and County of San Francisco, the City of Los Angeles, and the City of Sunnyvale, *Duncan v. Becerra*, 9th Cir. No. 17-56081 (9th Cir. Oct. 19, 2017) |
| 8 | CS | Mark Follman, et al., *A Guide to Mass Shootings in America*, Mother Jones (Mar. 10, 2018) |

Defendants' Exhibit List (19-cv-1537 BEN-JLB)

| | | |
|---|---|---|
| CT | | David S. Fallis & James V. Grimaldi, *Va. Data Show Drop in Criminal Firepower During Assault Gun Ban*, Wash. Post (Jan. 23, 2011) |
| CU | | Relevant excerpts from Gary Kleck, Point Blank: Guns and Violence in America (1991) |
| CV | | California Voter Information Guide, Firearms. Ammunition Sales. Initiative Statute. California Proposition 63 (2016) |
| CW | | Larry Buchanan, et al., *How They Got Their Guns*, N.Y. Times (Nov. 5, 2017) |
| CX | | U.S. Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, FOIA Response Letter to NFATCA (2016) |
| CY | | Alex Yablon, *How Many Assault Weapons do Americans Own?*, The Trace (2018) |

Dated: November 18, 2020

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
PETER H. CHANG
Deputy Attorney General

*s/ John D. Echeverria*

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms*