**CERTIFICATE OF SERVICE**

Case Name: **James Miller et al. v. Xavier Becerra, et al.**
Case No. **3:19-cv-01537-BEN-JLB**

I hereby certify that on <u>November 18, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' MEMORANDUM OF CONTENTION OF FACT AND LAW**

**DEFENDANTS' WITNESS LIST; EXS. 1-4**

**DEFENDANTS' EXHIBIT LIST**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 18, 2020</u>, at San Francisco, California.

| Robert Hallsey | /s/ Robert Hallsey |
|---|---|
| Declarant | Signature |

SA2019104420
42433085.docx