1  John W. Dillon (SBN 296788)
2      jdillon@dillonlawgp.com
   **DILLON LAW GROUP APC**
3  2647 Gateway Road
4  Suite 105, No. 255
   Carlsbad, California 92009
5  Phone: (760) 642-7150
6  Fax: (760) 642-7151

7  George M. Lee (SBN 172982)
8      gml@seilerepstein.com
   **SEILER EPSTEIN LLP**
9  275 Battery Street, Suite 1600
10 San Francisco, California 94111
   Phone: (415) 979-0500
11 Fax: (415) 979-0511

12 *Attorneys for Plaintiffs*

13

14             **UNITED STATES DISTRICT COURT**

15        **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| 17 JAMES MILLER, an individual, et al., | Case No. 3:19-cv-01537-BEN-JLB |
| 18 Plaintiffs, | **PLAINTIFFS' EXHIBIT LIST** |
| 19 vs. | **[Civ. L.R. 16.1(f)(2)(c)]** |
| 20 XAVIER BECERRA, in his official | Pretrial Conference: Dec. 16, 2020 |
| 21 capacity as Attorney General of | Time: 10:00 a.m. |
| 22 California, et al., | Courtroom 5A |
| | Judge: Hon. Roger T. Benitez |
| 23 Defendants. | |
| 24 | Trial Date: January 21, 2021 |

25

26        Pursuant to Civ. L.R. 16.1(f)(2)(c), plaintiffs submit the following List of

27 Plaintiffs' Trial Exhibits.

28

| Case Title: Miller v. Becerra, et al. | | | Case No. 3:19-cv-01537-BENJ-JLB |
|---|---|---|---|
| **LIST OF PLAINTIFFS' EXHIBITS** | | | |
| **NUMBER** | **DATE MARKED** | **DATE ADMITTED** | **DESCRIPTION** |
| 001 | | | Declaration of Emanuel Kapelsohn in Support of Plaintiffs' Motion for Preliminary Injunction<br><br>[and Exhibits 001-1 through 001-17] |
| 002 | | | Declaration of Ashley Hlebinsky in Support of Plaintiffs' Motion for Preliminary Injunction<br><br>[and Exhibits 002-1 through 002-35] |
| 003 | | | Declaration of George Mocsary in Support of Plaintiffs' Motion for Preliminary Injunction<br><br>[and Exhibits 003-1 through 003-9] |
| 004 | | | Declaration of James Curcuruto<br><br>[and Exhibits 004-1 through 004-8] |
| 005 | | | Declaration of Joseph Ostini<br><br>[and Exhibits 005-1 through 005-28] |
| 006 | | | Declaration of Nathan Siegel in Support of Plaintiffs' Supplemental Brief for Plaintiffs' Motion for Preliminary Injunction |
| 007 | | | Declaration of Kenneth Brown<br><br>[and Exhibit 007-1] |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Title: Miller v. Becerra, et al.          Case No. 3:19-cv-01537-BENJ-JLB

**LIST OF PLAINTIFFS' EXHIBITS**

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 008 | | | Declaration of Jason Davis

[and Exhibit 008-2] |
| 009 | | | Declaration of Allen Youngman in Support of Plaintiffs' Motion for Preliminary Injunction |
| 010 | | | Declaration of John Lott in Support of Plaintiffs' Motion for Preliminary Injunction

[and Exhibits 010-1 through 010-18] |
| 011 | | | Declaration of Adam Kraut in Support of Plaintiffs' Motion for Preliminary Injunction |
| 012 | | | Declaration of Robert A. Margulies, M.D. in Support of Plaintiffs' Motion for Preliminary Injunction

[and Exhibits 012-1 through 012-2] |
| 013 | | | Declaration of Plaintiff James Miller in Support of Plaintiffs' Motion for Preliminary Injunction |
| 014 | | | Declaration of Plaintiff Wendy Hauffen in Support of Plaintiffs' Motion for Preliminary Injunction

[and Exhibit 014-1] |
| 015 | | | Declaration of Plaintiff Ryan Peterson in Support of Plaintiffs' Motion for Preliminary Injunction |

Case Title: Miller v. Becerra, et al.          Case No. 3:19-cv-01537-BENJ-JLB

**LIST OF PLAINTIFFS' EXHIBITS**

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 016 | | | Declaration of Plaintiff John Phillips in Support of Plaintiffs' Motion for Preliminary Injunction |
| 017 | | | Declaration of Plaintiff Neil Rutherford in Support of Plaintiffs' Motion for Preliminary Injunction |
| 018 | | | Declaration of Plaintiff Adrian Sevilla in Support of Plaintiffs' Motion for Preliminary Injunction |
| 019 | | | Declaration of Plaintiff Michael A. Schwartz in Support of Plaintiffs' Motion for Preliminary Injunction |
| 020 | | | Declaration of Gene Hoffman in Support of Plaintiffs' Motion for Preliminary Injunction |
| 021 | | | Declaration of Alan Gottlieb in Support of Plaintiffs' Motion for Preliminary Injunction |
| 022 | | | Declaration of Brandon Combs in Support of Plaintiffs' Motion for Preliminary Injunction |
| 023 | | | Declaration of Brandon Combs in Support of Plaintiffs' Supplemental Brief for Plaintiffs' Motion for Preliminary Injunction [and Exhibit 023-1] |
| 024 | | | State of California Budget Change Proposal FY 2017-2018 |

1    Plaintiffs reserve the right to designate additional exhibits which may be used

2   for impeachment, and to designate any and all documents and other materials which

3   the defendants in this matter may designate and identify as their own trial exhibits.

4

5   Dated: November 18, 2020                    **SEILER EPSTEIN LLP**

6

7                                              /s/ George M. Lee
                                               George M. Lee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28