John W. Dillon (SBN 296788)
   jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

George M. Lee (SBN 172982)
   gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of California, et al., <br><br> Defendants. | Case No. 3:19-cv-01537-BEN-JLB <br><br> **PLAINTIFFS' TRIAL WITNESS LIST** <br><br> **[Civ. L.R. 16.1(f)(2)(d)]** <br><br> Trial: January 21, 2021 <br> Time: 10:00 a.m. <br> Courtroom 5A <br> Judge: Hon. Roger T. Benitez |

     Pursuant to Civ. L.R. 16.1(f)(2)(d), Plaintiffs intend to present the testimony of the following witnesses in their case in chief at trial:

| NO. | WITNESS | QUALIFICATIONS AND SUBSTANCE OF TESTIMONY |
|---|---|---|
| 1. | **Emanuel Kapelsohn** <br> 1636 N. Cedar Crest Blvd. #320 <br> Allentown, PA 18104 | Qualifications are set forth in Mr. Kapelsohn's declaration [Exhibit 001], ¶¶ 1-16. Mr. Kapelsohn will testify to all of the matters set forth in his declaration. |
| 2. | **Ashley Hlebinsky** <br> 2124 E Kerry Lane <br> Phoenix, AZ 85024 | Qualifications are set forth in Ms. Hlebinsky's declaration [Exhibit 002], ¶¶ 3-5; Ex. 002-1. Ms. Hlebinsky will testify to all of the matters set forth in his declaration. |
| 3. | **George Mocsary** <br> U. Wyo. College of Law <br> 1000 E. University Ave. <br> Laramie, WY 82071 | Qualifications are set forth in Mr. Mocsary's declaration [Exhibit 003], ¶¶ 2-9; Ex. 003-1. Mr. Mocsary will testify to all of the matters set forth in his declaration. |
| 4. | **James Curcuruto** <br> NSSF <br> 11 Mile Hill Road <br> Newtown, CT 06470 | Qualifications are set forth in Mr. Curcuruto's declaration [Exhibit 004], ¶¶ 2-6. Mr. Curcuruto will testify to all of the matters set forth in his declaration. |
| 5. | **Joseph Ostini** <br> 10 Uneeda Dr. <br> Greenville, SC 29605 | Mr. Ostini will testify to all of the matters set forth in his declaration [Exhibit 005]. |
| 6. | **Nathan Siegel** <br> Sturm Ruger & Co. <br> 1 Lacey Place <br> Southport, CT 06890 | Mr. Siegel will testify to all of the matters set forth in his declaration [Exhibit 006]. |
| 7. | **Kenneth Brown** <br> Owen J. Brown & Associates <br> 1308 West Main Street, Suite C <br> Ripon, CA 95366 | Mr. Brown will testify to all of the matters set forth in his declaration [Exhibit 007]. |

| N<small>O</small>. | W<small>ITNESS</small> | Q<small>UALIFICATIONS AND</small> S<small>UBSTANCE OF</small> T<small>ESTIMONY</small> |
|---|---|---|
| 8. | **Jason Davis**<br>T<small>HE</small> D<small>AVIS</small> L<small>AW</small> F<small>IRM</small><br>42690 Rio Nedo, Suite F<br>Temecula, CA 92590 | Mr. Davis will testify to all of the matters set forth in his declaration [Exhibit 008]. |
| 9. | **Allen Youngman**<br>DSAAC<br>301 Maple Ave. West, #500<br>Vienna, VA 22180 | Gen. Youngman's qualifications are set forth in his declaration [Exhibit 009], ¶¶ 3-5; 10/20/20 Hearing Transcript at pp. 77-82. Gen. Youngman will testify to all of the matters set forth in his declaration. |
| 10. | **John R. Lott, Jr.**<br>212 Lafayette Ave<br>Swarthmore, PA 19081 | Dr. Lott's qualifications are set forth in his declaration [Exhibit 010], ¶¶ 1-5; Ex. 010-1. Dr. Lott will testify to all of the matters set forth in his declaration. |
| 11. | **Adam Kraut**<br>Firearms Policy Coalition<br>May be contacted through counsel | Mr. Kraut will testify to all of the matters set forth in his declaration [Exhibit 011]. |
| 12. | **Robert A. Margulies, M.D.**<br>P.O. Box 839<br>Richland, WA 99352 | Dr. Margulies's qualifications are set forth in his declaration [Exhibit 012], ¶¶ 3-9; Ex. 012-1. Dr. Margulies will testify to all of the matters set forth in his declaration. |
| 13. | **Plaintiff James Miller**<br>May be contacted through counsel | Mr. Miller will testify to all of the matters set forth in his declaration [Exhibit 013]. |
| 14. | **Plaintiff Wendy Hauffen**<br>May be contacted through counsel | Ms. Hauffen will testify to all of the matters set forth in her declaration [Exhibit 014]. |
| 15. | **Plaintiff Ryan Peterson**<br>May be contacted through counsel | Mr. Peterson will testify to all of the matters set forth in his declaration [Exhibit 015]. |

| NO. | WITNESS | QUALIFICATIONS AND SUBSTANCE OF TESTIMONY |
|---|---|---|
| 16. | **Plaintiff John Phillips** <br> May be contacted through counsel | Mr. Phillips will testify to all of the matters set forth in his declaration [Exhibit 016]. |
| 17. | **Plaintiff Neil Rutherford** <br> May be contacted through counsel | Mr. Rutherford will testify to all of the matters set forth in his declaration [Exhibit 017]. |
| 18. | **Plaintiff Adrian Sevilla** <br> May be contacted through counsel | Mr. Sevilla will testify to all of the matters set forth in his declaration [Exhibit 018]. |
| 19. | **Plaintiff Michael A. Schwartz** <br> May be contacted through counsel | Mr. Schwartz will testify to all of the matters set forth in his declaration [Exhibit 019]. |
| 20. | **Gene Hoffman** <br> May be contacted through counsel | Mr. Hoffman will testify to all of the matters set forth in his declaration [Exhibit 020]. |
| 21. | **Alan Gottlieb** <br> May be contacted through counsel | Mr. Gottlieb will testify to all of the matters set forth in his declaration [Exhibit 021]. |
| 22. | **Brandon Combs** <br> May be contacted through counsel | Mr. Combs will testify to all of the matters set forth in his declarations [Exhibits 022 and 023]. |

Plaintiffs reserve the right to identify and call additional witnesses as rebuttal witnesses, to designate and identify any witnesses identified by the defense, and to call them to testify at trial for the plaintiffs.

1  Dated: November 18, 2020        S<small>EILER</small> E<small>PSTEIN</small> LLP

/s/ George M. Lee
George M. Lee