1
2
3
4
5
6

John W. Dillon (SBN 296788)
    jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

7
8
9
10
11
12

George M. Lee (SBN 172982)
    gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

13

*Attorneys for Plaintiffs*

14

## UNITED STATES DISTRICT COURT

15

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16

17
18
19
20
21
22
23
24
25

| | |
|---|---|
| JAMES MILLER, an individual, et al.,<br><br>                              Plaintiffs,<br><br>        vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>                              Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>**JOINT MOTION TO PERMIT APPEARANCES BY VIDEO CONFERENCING AT PRETRIAL CONFERENCE**<br><br>Date:      December 16, 2020<br>Time:      10:00 a.m.<br>Courtroom: 5A<br>Judge:    Hon. Roger T. Benitez |

26
27
28

## JOINT MOTION TO APPEAR BY VIDEO CONFERENCE

Plaintiffs James Miller, Wendy Hauffen, Neil Rutherford, Adrian Sevilla,

Ryan Peterson, Gunfighter Tactical, LLC, John Phillips, PWGG, L.P., San Diego County Gun Owners PAC, California Gun Rights Foundation, Second Amendment Foundation, and Firearms Policy Coalition, Inc. (collectively, "Plaintiffs"), together with Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Luis Lopez, in his official capacity as Interim Director of the Department of Justice Bureau of Firearms ("Defendants"), and (together with Defendants, the "Parties"), by and through their counsel undersigned, respectfully request that the Court permit them to appear by video at the pretrial conference, currently set for hearing on December 16, 2020.

In response to a resurgence in the spread of COVID-19 in the State within the preceding few weeks, on December 7, 2020, the Chief Judge issued Chief Judge Order (CJO) No. 52.  On December 9, 2020, the Chief Judge issued CJO No. 52A.  According to CJO No. 52A, the resurgence of COVID-19 has caused the Chief Judge to "reevaluate whether to continue to conduct in-person court proceedings without seriously jeopardizing public health and safety."  CJO No. 52A at 1.  The Chief Judge observed the COVID-19 resurgence has cause, *inter alia*, "increased apprehension on the part of counsel, witnesses, parties, the public, and Court staff of being personally present in the courtroom."  *Id.*  CJO No. 52A includes the following provision:

> Except for convening jury trials, individual district judges retain discretion, on a case by case basis, to schedule in-person criminal and civil proceedings, hold hearings, conferences, and bench trials, and otherwise take such actions as may be lawful and appropriate to ensure the fairness of the proceedings and preserve the rights of the parties. In doing so, judges must consider in each individual case whether convening an in-person hearing poses a serious threat to health and safety. Judges may conduct court proceedings by telephone or videoconferencing where practicable and consistent with the law. Except in instances in which a district judge has scheduled in-person proceedings in an individual case, the requirement for counsel to file a

1
2

request to appear via videoconferencing is suspended during the period that this interim Order is in place.

3
4
5

*Id.* ¶ 5. In addition, prior CJO No. 18, ¶ 4, provided the district courts with guidance to conduct court proceedings by telephone or video conferencing where practicable in light of the COVID-19 pandemic conditions.

6
7
8
9

While CJO No. 52A provides that the requirement for counsel to file a request to appear by video is suspended while the order is in effect, the Court has ordered in-person appearances for all remaining hearings in this case. *See* Oct. 22, 2020 Hrg. Tr. at 122:8-12.

10
11
12
13
14
15
16
17
18
19

Trial counsel undersigned will be travelling from out of the County (from the San Francisco Bay Area) in order to attend the pretrial conference. In addition, Deputy Attorney General John D. Echeverria (Counsel for Defendants) advises that he has a certain medical condition that may increase the risk for severe illness from COVID-19; if an in-person appearance is required, Mr. Echeverria intends to travel from San Francisco to San Diego by car to minimize the likelihood of exposure to the virus. Counsel undersigned wish to minimize the risk of community spread and exposure to COVID-19, and to abide by all local and county orders.

20
21
22

Accordingly, the parties respectfully request that the Court grant them leave to appear by videoconference at the pretrial conference on December 16, 2020, as set forth in the Proposed Order submitted herewith.

23

Respectfully submitted,

24

Dated: December 11, 2020          **SEILER EPSTEIN LLP**

25
26

/s/ George M. Lee
George M. Lee

27
28

Attorney for Plaintiffs

– 3 –
JOINT MOTION TO PERMIT APPERANCES BY VIDEO CONFERENCING AT PRETRIAL CONFERENCE
CASE NO. 3:19-cv-01537-BEN-JLB

1    Dated: December 11, 2020                **OFFICE OF THE ATTORNEY GENERAL**

2

3                                            /s/ John D. Echeverria
                                             John D. Echeverria
4
                                             Attorney for Defendants
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28