# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of California, et al., <br><br> Defendants. | Case No. 3:19-cv-01537-BEN-JLB <br><br> **ORDER GRANTING JOINT MOTION TO PERMIT APPEARANCES BY VIDEO CONFERENCING AT PRETRIAL CONFERENCE** <br><br> Date: December 16, 2020 <br> Time: 10:00 a.m. <br> Courtroom: 5A <br> Judge: Hon. Roger T. Benitez |

## ORDER GRANTING MOTION TO APPEAR BY VIDEO CONFERENCE

The Court has considered the joint motion of Plaintiffs James Miller, et al., and Defendants Xavier Becerra [ECF No. 67], who jointly request that the Court permit them to appear by video at the pretrial conference, currently set for hearing on December 16, 2020.

Pursuant to the Order of the Chief Judge (CJO) No. 52, issued on December 7, 2020, and CJO No. 52A, issued on December 9, 2020, and good cause otherwise appearing, this Court hereby GRANTS the joint motion and shall allow the parties

– 2 –

1   to appear at the pretrial conference, presently scheduled for hearing on December
2   16, 2020 at 10:00 a.m., by videoconference. The clerk shall forward remote video
3   login instructions to all counsel of record.
4          SO ORDERED.
5   Dated: _____          _____
6                                            Hon. Roger T. Benitez
                                             UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28