1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                       SOUTHERN DISTRICT OF CALIFORNIA

8

9    JAMES MILLER, an individual, et al.,          Case No.:  19-CV-1537-BEN-JLB

10                         Plaintiffs,
                                                   **ORDER GRANTING MOTION TO**
11   v.                                            **APPEAR TELEPHONICALLY**

12   XAVIER BECERRA, in his official
13   capacity as Attorney General of               **[ECF No. 67]**
     California, et al.,
14
15                         Defendants.

16

17        The Parties filed a joint motion requesting their counsel be allowed to appear

18   telephonically or by videoconference for the hearing in this matter scheduled for

19   December 16, 2020.  ECF No. 67.  Good cause appearing, the motion is **GRANTED**.

20   *See* Order of the Chief Judge No. 52-A, filed December 9, 2020.  The Parties will be

21   emailed dial-in instructions prior to scheduled start of the hearing.

22        **IT IS SO ORDERED.**

23

24   Dated: December 14, 2020        _____

25                                   **HON. ROGER T. BENITEZ**
                                     United States District Judge
26

27

28

1

19-CV-1537-BEN-JLB