XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3479
 Fax:  (415) 703-1234
 E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendants Xavier Becerra, in
his official capacity as Attorney General of
the State of California, and Luis Lopez, in his
official capacity as Director of the
Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MILLER; PATRICK RUSS; WENDY HAUFFEN; NEIL RUTHERFORD; ADRIAN SEVILLA; RYAN PETERSON; GUNFIGHTER TACTICAL, LLC; JOHN PHILLIPS; PWGG, L.P.; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC.,**<br><br>                                    Plaintiffs,<br><br>          **v.**<br><br>**CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA; and DOJ BUREAU OF FIREARMS DIRECTOR BRENT ORICK,**<br><br>                                    Defendants. | Case No. 19-cv-1537-BEN-JLB<br><br>**DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>Judge:           Hon. Roger T. Benitez<br>Courtroom:    5A<br>Action Filed: August 15, 2019<br>Trial Date:    January 21, 2021 |

Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms[1] (together, "Defendants"), submit their answer in response to Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief (the "Complaint") (Dkt. 9).  Defendants hereby answer the Complaint, in paragraphs that correspond to the Complaint's paragraphs, as follows:

### THE PARTIES[2]

1.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 1, and on that basis, deny each and every allegation therein.  The statement in footnote 1 is not an averment of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny any allegation in footnote 1.

2.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 2, and on that basis, deny each and every allegation therein.

3.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 3, and on that basis, deny each and every allegation therein.

4.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 4, and on that basis, deny each and every allegation therein.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Bureau of Firearms Director Luis Lopez, in his official capacity, is substituted for former Interim Director Brent E. Orick.

[2] For the convenience of the Court and the parties, Defendants utilize certain headings set forth in the Complaint.  In doing so, Defendants neither admit nor deny any allegations that may be suggested by the Complaint's headings.

5.      Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 5, and on that basis, deny each and every allegation therein.

6.      Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 6, and on that basis, deny each and every allegation therein.

7.      Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 7, and on that basis, deny each and every allegation therein.

8.      Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 8, and on that basis, deny each and every allegation therein.

9.      Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 9, and on that basis, deny each and every allegation therein.

10.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 10, and on that basis, deny each and every allegation therein.

11.     The allegations in the fifth sentence of paragraph 11 characterize Plaintiffs' claims and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the allegations in the fifth sentence of paragraph 11.  As for the remaining allegations in paragraph 11, Defendants lack sufficient knowledge or information to form a belief as to the truth of those allegations, and on that basis, deny each of those allegations.

12.     The allegations in the sixth sentence of paragraph 12 characterize Plaintiffs' claims and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the allegations in the sixth sentence of paragraph 12.  As for the remaining allegations in

Defendants' Answer to First Amended Complaint for Declaratory and Injunctive Relief
(19-cv-1537-BEN-JLB)

1   paragraph 12, Defendants lack sufficient knowledge or information to form a belief

2   as to the truth of those allegations, and on that basis, deny each of those allegations.

3       13.   The allegations in the fifth sentence of paragraph 13 characterize

4   Plaintiffs' claims and are not averments of fact to which Defendants are required to

5   respond.  To the extent a response is required, Defendants deny the allegations in

6   the fifth sentence of paragraph 13.  As for the remaining allegations in

7   paragraph 13, Defendants lack sufficient knowledge or information to form a belief

8   as to the truth of those allegations, and on that basis, deny each of those allegations.

9       14.   The allegations in paragraph 14 characterize Plaintiffs' claims and are not

10  averments of fact to which Defendants are required to respond.  To the extent a

11  response is required, Defendants deny the allegations in paragraph 14.

12      15.   Defendants admit that Xavier Becerra is the Attorney General of the

13  State of California, that the Complaint names the Attorney General as a defendant

14  in his official capacity, that the Attorney General is the chief law officer of the State

15  of California, and that the Attorney General and the Department of Justice maintain

16  an office in San Diego, California.  Defendants also admit that article V, section 13,

17  of the California Constitution speaks for itself.  Otherwise, the allegations in

18  paragraph 15 are conclusions of law and not averments of fact to which Defendants

19  are required to respond.  To the extent a response is required, and except as

20  specifically admitted, Defendants deny the allegations in paragraph 15.

21      16.   Defendants admit that the Complaint names the former Interim Director

22  of the California Department of Justice Bureau of Firearms as a defendant in his

23  official capacity and that Luis Lopez is the current Director of the California

24  Department of Justice Bureau of Firearms.  Otherwise, the allegations contained in

25  paragraph 16 are conclusions of law and not averments of fact to which Defendants

26  are required to respond.  To the extent a response is required, and except as

27  specifically admitted, Defendants deny the allegations in paragraph 16.

28

## JURISDICTION AND VENUE

17.    Defendants admit that this Court has jurisdiction over this action.  Except as specifically admitted, Defendants deny the allegations in paragraph 17.

18.    Defendants admit that venue is proper in this Court.  Except as specifically admitted, Defendants deny the allegations in paragraph 18.

## STATEMENT OF FACTS

19.    The allegations in paragraph 19 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the allegations in paragraph 19.

20.    The allegations in paragraph 20 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the allegations in paragraph 20.

21.    Defendants admit that the statutes and judicial decision referenced in paragraph 21 speak for themselves.  Otherwise, the allegations in paragraph 21 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 21.

22.    Defendants admit that the judicial decision referenced in paragraph 22 speaks for itself.  Otherwise, the allegations in paragraph 22 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 22.

23.    Defendants admit that the statute referred to in footnote 2 speaks for itself.  Otherwise, the allegations in paragraph 23 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to

4

respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 23.

24.    Defendants admit that the Second Amendment to the United States Constitution speaks for itself.  Except as specifically admitted, Defendants deny the allegations in paragraph 24.

25.    The allegations in paragraph 25 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the allegations in paragraph 25.

26.    Defendants admit that the Second Amendment to the United States Constitution and the judicial opinion referenced in paragraph 26 speak for themselves.  Except as specifically admitted, Defendants deny the allegations in paragraph 26.

27.    Defendants admit that the statute quoted in paragraph 27 speaks for itself.  Except as specifically admitted, Defendants deny the allegations in paragraph 27.

28.    Defendants admit that the statute and regulations referenced in paragraph 28 speak for themselves.  Except as specifically admitted, Defendants deny the allegations in paragraph 28.

29.    The allegations in paragraph 29 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the allegations in paragraph 29.

30.    Defendants admit that the regulation quoted in footnote 3 speaks for itself.  Otherwise, the allegations in paragraph 30 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 30.

31.   Defendants admit that the statutes and regulations referenced in paragraph 31 speak for themselves.  Otherwise, the allegations in paragraph 31 are legal conclusions and not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 31.

32.   Defendants admit that the statute referenced in paragraph 32 speaks for itself.  Otherwise, the allegations in paragraph 32 are legal conclusions and not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 32.

33.   Defendants admit that the statute referenced in paragraph 33 speaks for itself.  Otherwise, the allegations in paragraph 33 are legal conclusions and not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 33.

34.   Defendants admit that the statute referenced in paragraph 34 speaks for itself.  Otherwise, the allegations in paragraph 34 are legal conclusions and not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 34.

35.   Defendants admit that the statute referenced in paragraph 35 speaks for itself.  Otherwise, the allegations in paragraph 35 are legal conclusions and not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 35.

36.   Defendants admit that the statute referenced in paragraph 36 speaks for itself.  Otherwise, the allegations in paragraph 36 are legal conclusions and not averments of fact to which Defendants are required to respond.  To the extent a

response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 36.

37.   Defendants admit that the statutes referenced in footnote 4 speak for themselves.  Otherwise, the allegations in paragraph 37 and footnote 5 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 37 and footnotes 4 and 5.

38.   Defendants admit that the judicial opinion quoted in paragraph 38 speaks for itself.  Otherwise, the allegations in paragraph 38 are legal conclusions and not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 38.

39.   Defendants admit that the judicial opinion quoted in paragraph 39 speaks for itself.  Otherwise, the allegations in paragraph 39 are legal conclusions and not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 39.

40.   Defendants admit that the judicial opinion quoted in paragraph 40 speaks for itself.  Otherwise, the allegations in paragraph 40 are legal conclusions and not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 40.

41.   Defendants admit that the judicial opinion quoted in paragraph 41 speaks for itself.  Otherwise, the allegations in paragraph 41 are legal conclusions and not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 41.

42.   The allegations in paragraph 42 characterize Plaintiffs' claims and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the allegations in paragraph 42.

43.   Defendants admit that the judicial opinion referenced in paragraph 43 speaks for itself.  Otherwise, the allegations in paragraph 43 are legal conclusions and not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 43.

44.   The allegations in paragraph 44 and footnote 6 characterize Plaintiffs' claims and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the allegations in paragraph 44 and footnote 6.

45.   Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 45, and on that basis, deny each and every allegation therein.

46.   Defendants admit that the dissenting opinion quoted in paragraph 46 speaks for itself.  Otherwise, the allegations in paragraph 46 are legal conclusions and not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 46.

47.   Defendants admit that the judicial opinions referenced in paragraph 47 speak for themselves.  Otherwise, the allegations in paragraph 47 are legal conclusions and not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 47.

48.   Defendants admit that the concurring opinion quoted in paragraph 48 speaks for itself.  Otherwise, the allegations in paragraph 48 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are

required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 48.

49.   Defendants admit that the concurring opinion quoted in paragraph 49 speaks for itself.  Otherwise, the allegations in paragraph 49 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 49.

50.   Defendants admit that the concurring opinion quoted in paragraph 50 speaks for itself.  Otherwise, the allegations in paragraph 50 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 50.

51.   The allegations in paragraph 51 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the allegations in paragraph 51.

52.   The allegations in paragraph 52 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the allegations in paragraph 52.

53.   The allegations in paragraph 53 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the allegations in paragraph 53.

54.   Defendants admit that the statutes and regulations referenced in paragraph 54 speak for themselves.  Otherwise, the allegations in paragraph 54 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required,

and except as specifically admitted, Defendants deny the allegations in paragraph 54.

55.    Defendants admit that the statutes and regulations referenced in paragraph 55 speak for themselves.  Otherwise, the allegations in paragraph 55 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 55.

56.    Defendants admit that the statute and regulation referenced in footnote 7 speak for themselves.  Otherwise, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 56, and on that basis, and except as specifically admitted, deny each and every allegation therein.

57.    Defendants admit that the statutes referenced in paragraph 57 speak for themselves.  Otherwise, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 57, and on that basis, and except as specifically admitted, deny each and every allegation therein.

58.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in the first sentence of paragraph 58, and on that basis, deny the allegations in the first sentence of paragraph 58.  The remaining allegations in paragraph 58 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the remaining allegations in paragraph 58.

59.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 59, and on that basis, deny the allegations in paragraph 59.

Defendants' Answer to First Amended Complaint for Declaratory and Injunctive Relief
(19-cv-1537-BEN-JLB)

60.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 60, and on that basis, deny the allegations in paragraph 60.

61.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 61, and on that basis, deny the allegations in paragraph 61.

62.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in the first sentence of paragraph 62, and on that basis, deny the allegations in the first sentence of paragraph 62.  The remaining allegations in paragraph 62 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the remaining allegations in paragraph 62.

63.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 63, and on that basis, deny the allegations in paragraph 63.

64.    Defendants admit that the regulation referenced in footnote 8 speaks for itself.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in the first sentence of paragraph 64, and on that basis, and except as specifically admitted, deny the allegations in the first sentence of paragraph 64.  The remaining allegations in paragraph 64 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the remaining allegations in paragraph 64.

65.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 65, and on that basis, deny the allegations in paragraph 65.

66.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 66, and on that basis, deny the allegations in paragraph 66.

67.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 67, and on that basis, deny the allegations in paragraph 67.

68.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 68, and on that basis, deny the allegations in paragraph 68.

69.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 69, and on that basis, deny the allegations in paragraph 69.

70.     Defendants admit that the statute reference in paragraph 70 speaks for itself.  Otherwise, the allegations in paragraph 70 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 70.

71.     Defendants admit that the statute reference in paragraph 71 speaks for itself.  Otherwise, the allegations in paragraph 71 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 71.

72.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 72, and on that basis, deny the allegations in paragraph 72.

73.     Defendants admit that the statutes referenced in paragraph 73 speak for themselves.  Otherwise, Defendants lack sufficient knowledge or information to

Defendants' Answer to First Amended Complaint for Declaratory and Injunctive Relief
(19-cv-1537-BEN-JLB)

form a belief as to the truth of the allegations in paragraph 73, and on that basis, and except as specifically admitted, deny the allegations in paragraph 73.

74.   Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 74, and on that basis, deny the allegations in paragraph 74.

75.   Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 75, and on that basis, deny the allegations in paragraph 75.

76.   Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 76, and on that basis, deny the allegations in paragraph 76.

77.   Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 77, and on that basis, deny the allegations in paragraph 77.

78.   Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 78, and on that basis, deny the allegations in paragraph 78.

79.   Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 79, and on that basis, deny the allegations in paragraph 79.

80.   Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 80, and on that basis, deny the allegations in paragraph 80.

81.   Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in the first sentence of paragraph 81, and on that basis, deny the allegations in paragraph 81.  The remaining allegations in paragraph 81 are legal conclusions and not averments of fact to which Defendants are required to

13

respond.  To the extent a response is required, Defendants deny the remaining allegations in paragraph 81.

82.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in the first sentence of paragraph 82, and on that basis, deny the allegations in the first sentence of paragraph 82.  The remaining allegations in paragraph 82 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the remaining allegations in paragraph 82.

83.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 83, and on that basis, deny the allegations in paragraph 83.

84.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 84, and on that basis, deny the allegations in paragraph 84.

85.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in the first sentence of paragraph 85, and on that basis, deny the allegations in the first sentence of paragraph 85.  The remaining allegations in paragraph 85 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the remaining allegations in paragraph 85.

86.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in the first sentence of paragraph 86, and on that basis, deny the allegations in the first sentence of paragraph 86.  The remaining allegations in paragraph 86 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the

extent a response is required, Defendants deny the remaining allegations in paragraph 86.

### DECLARATORY JUDGMENT ALLEGATIONS

87. Defendants admit that the statutes and regulations referenced in paragraph 87 speak for themselves. Otherwise, the allegations in paragraph 87 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond. To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 87.

### INJUNCTIVE RELIEF ALLEGATIONS

88. Defendants admit that the statutes and regulations referenced in paragraph 88 speak for themselves. Otherwise, the allegations in paragraph 88 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond. To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 88.

89. Defendants admit that the statutes and regulations referenced in paragraph 89 speak for themselves. Otherwise, the allegations in paragraph 89 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond. To the extent a response is required, and except as specifically admitted, Defendants deny the allegations in paragraph 89.

### FIRST CLAIM FOR RELIEF
### U.S. CONST., AMEND. II, 42 U.S.C. § 1983

90. Defendants incorporate by reference herein their responses contained in paragraphs 1 through 89, inclusive.

91.   Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 91, and on that basis, deny the allegations in paragraph 91.

92.   Defendants admit that the statute referenced in paragraph 92 speaks for itself.  Otherwise, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 92, and on that basis, and except as specifically admitted, deny the allegations in paragraph 92.

93.   Defendants admit that the statute referenced in paragraph 93 speaks for itself.  Otherwise, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 93, and on that basis, and except as specifically admitted, deny the allegations in paragraph 93.

94.   Defendants admit that the statute referenced in paragraph 94 speaks for itself.  Otherwise, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 94, and on that basis, and except as specifically admitted, deny the allegations in paragraph 94.

95.   Defendants admit that the statute referenced in paragraph 95 speaks for itself.  Otherwise, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 95, and on that basis, and except as specifically admitted, deny the allegations in paragraph 95.

96.   Defendants admit that the statute referenced in paragraph 96 speaks for itself.  Otherwise, Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 96, and on that basis, and except as specifically admitted, deny the allegations in paragraph 96.

97.   The allegations in paragraph 97 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the allegations in paragraph 97.

98.   The allegations in paragraph 98 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the allegations in paragraph 98.

99.   The allegations in paragraph 99 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the allegations in paragraph 99.

100.  Defendants lack sufficient knowledge and information to form a belief as to the truth of the allegations in the first sentence of paragraph 100, and on that basis, deny the allegations in the first sentence of paragraph 100.  The remaining allegations in paragraph 100 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the remaining allegations in paragraph 100.

101.  The allegations in paragraph 101 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the remaining allegations in paragraph 101.

102.  The allegations in paragraph 102 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the remaining allegations in paragraph 102.

103.  The allegations in paragraph 103 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the remaining allegations in paragraph 103.

104.  The allegations in paragraph 104 characterize Plaintiffs' claims and legal conclusions and are not averments of fact to which Defendants are required to respond.  To the extent a response is required, Defendants deny the remaining allegations in paragraph 104.

## PRAYER FOR RELIEF

105.  Defendants deny that Plaintiffs are entitled to the requested relief set forth in line 2 on page 41 of the Complaint through line 11 on page 42 of the Complaint, or to any relief whatsoever.  To the extent the Prayer for Relief contains any allegations to which a response is required, Defendants deny them.

## AFFIRMATIVE DEFENSES

In addition to the foregoing responses to the allegations in the Complaint, and without admitting any allegations contained therein, Defendants assert the following affirmative defenses based on information and belief:

## FIRST AFFIRMATIVE DEFENSE

The Complaint, and the claims for relief alleged therein, fails to state facts sufficient to constitute a cause of action.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims in this action are barred because Plaintiffs lack standing to bring them.

## THIRD AFFIRMATIVE DEFENSE

The Complaint, and each claim for relief alleged therein, is barred by the equitable doctrines of estoppel, laches, unclean hands, and/or waiver.

## FOURTH AFFIRMATIVE DEFENSE

To the extent Defendants have undertaken any conduct with respect to the subjects and events underlying the Complaint, such conduct was, at all times material thereto, undertaken in good faith and in reasonable reliance on existing law.

# FIFTH AFFIRMATIVE DEFENSE

Defendants have not knowingly or intentionally waived any applicable affirmative defense.  Defendants reserve the right to assert and rely upon additional affirmative defenses to the extent they are applicable.

WHEREFORE, Defendants pray that:

1.    Plaintiffs take nothing by reason of their Complaint;

2.    Judgment be entered in favor of Defendants and adverse to Plaintiffs;

3.    Defendants be awarded costs incurred in defending this action; and

4.    Defendants be awarded such further relief that the Court may deem just and proper.

Dated:  December 14, 2020

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
PETER H. CHANG
Deputy Attorney General

*s/ John D. Echeverria*

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendants Xavier
Becerra, in his official capacity as
Attorney General of the State of
California, and Luis Lopez, in his
official capacity as Director of the
Department of Justice Bureau of
Firearms*

SA2019104420
42475717.docx

19

## CERTIFICATE OF SERVICE

Case Name:   **James Miller et al. v. Xavier Becerra, et al.**
Case No.     **3:19-cv-01537-BEN-JLB**

I hereby certify that on <u>December 14, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 14, 2020</u>, at San Francisco, California.

| | |
|---|---|
| Robert Hallsey | /s/ Robert Hallsey |
| Declarant | Signature |

SA2019104420
42475812.docx