1  XAVIER BECERRA
   Attorney General of California
2  State Bar No. 118517
   MARK R. BECKINGTON
3  Supervising Deputy Attorney General
   State Bar No. 126009
4  JOHN D. ECHEVERRIA
   Deputy Attorney General
5  State Bar No. 268843
   JOSE A. ZELIDON-ZEPEDA
6  Deputy Attorney General
   State Bar No. 227108
7   455 Golden Gate Ave., Ste. 11000
    San Francisco, CA  94102-7004
8   Telephone:  (415) 510-3879
    Fax:  (415) 703-1234
9   E-mail:  Jose.ZelidonZepeda@doj.ca.gov
   *Attorneys for Defendants Xavier Becerra, in*
10 *his official capacity as Attorney General of*
   *the State of California, and Luis Lopez, in his*
11 *official capacity as Director of the*
   *Department of Justice Bureau of Firearms*

12

13            IN THE UNITED STATES DISTRICT COURT

14        FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15

16 | **JAMES MILLER, et al.,** | 19-cv-1537 BEN-JLB |
17 | Plaintiffs, | |
18 | v. | **NOTICE OF APPEARANCE OF JOSE A. ZELIDON-ZEPEDA AS COUNSEL FOR DEFENDANTS** |
19 | **XAVIER BECERRA, et al.,** | |
20 | Defendants. | |

21

22

23

24

25

26

27

28

1    PLEASE TAKE NOTICE THAT Jose A. Zelidon-Zepeda, Deputy Attorney

2  General, hereby enters his appearance as additional counsel for Defendants Xavier

3  Becerra, in his official capacity as Attorney General of the State of California, and

4  Luis Lopez, in his official capacity as Director of the Department of Justice Bureau

5  of Firearms.  Mr. Zelidon-Zepeda is a member of the State Bar of California and is

6  admitted to practice before this Court.  Mr. Zelidon-Zepeda's contact information is

7  as follows:

8        Jose A. Zelidon-Zepeda
        455 Golden Gate Ave., Ste. 11000
9        San Francisco, CA 94102
        Telephone: (415) 510-3879
10       Facsimile: (415) 703-1234
        E-mail: Jose.ZelidonZepeda@doj.ca.gov
11

12  Dated:  December 16, 2020            Respectfully submitted,

13                                       XAVIER BECERRA
                                         Attorney General of California
14
                                         *s/  Jose A. Zelidon-Zepeda*
15
                                         JOSE A. ZELIDON-ZEPEDA
16                                       Deputy Attorney General
                                         *Attorneys for Defendants Xavier*
17                                       *Becerra, in his official capacity as*
                                         *Attorney General of the State of*
18                                       *California, and Luis Lopez, in his*
                                         *official capacity as Director of the*
19                                       *Department of Justice Bureau of*
                                         *Firearms*
20

21  SA2019104420
    42477238.docx
22

23

24

25

26

27

28

Notice of Appearance – Jose A. Zelidon-Zepeda (19-cv-1537 BEN-JLB)

## CERTIFICATE OF SERVICE

Case Name:  **James Miller et al. v. Xavier Becerra, et al.**
Case No.   **3:19-cv-01537-BEN-JLB**

I hereby certify that on <u>December 16, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF APPEARANCE OF JOSE A. ZELIDON-ZEPEDA AS COUNSEL FOR DEFENDANTS

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 16, 2020</u>, at San Francisco, California.

|  |  |
|:---:|:---:|
| Robert Hallsey | /s/ Robert Hallsey |
| Declarant | Signature |

SA2019104420
42477322.docx