XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3479
 Fax:  (415) 703-1234
 E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MILLER, et al.,** | Case No. 19-cv-1537-BEN-JLB |
| Plaintiffs, | **DEFENDANTS' NOTICE OF *DAUBERT* MOTION TO PRECLUDE TESTIMONY OF JOHN R. LOTT, JR.** |
| v. | |
| **CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,** | Date: February 3, 2021<br>Time: 10:00 a.m.<br>Dept: 5A |
| Defendants. | Judge: Hon. Roger T. Benitez<br>Trial Date: February 3, 2021<br>Action Filed: August 15, 2019 |

# NOTICE OF MOTION

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on February 3, 2021, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5A of the above-titled court, located at 221 West Broadway, San Diego, California 92101, Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms[1] (together, "Defendants"), shall and hereby do move this Court, under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 508 U.S. 579, 589-91 (1993), and Federal Rule of Evidence 702, to preclude or limit the testimony of John R. Lott, Jr. as an expert witness for Plaintiffs in this action.[2] The Court should preclude Mr. Lott's testimony because (1) Mr. Lott has a long history of engaging in dubious practices in his research, and (2) his opinions concerning the efficacy of assault-weapons bans in this action are based on flawed and misreported data. Under Federal Rule of Evidence 702, Mr. Lott's opinions should be disregarded in their entirety.

This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of John D. Echeverria, the accompanying Declaration of Louis Klarevas, the pleadings and papers on file in this action, and such further evidence, both oral and documentary, that may be offered at the time of the hearing on this motion.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Bureau of Firearms Director Luis Lopez, in his official capacity, is substituted for former Interim Director Brent E. Orick.

[2] While this motion seeks to exclude certain testimony based on *Daubert*, Defendants intend to file *in limine* motions to exclude certain other testimony on other bases before trial.

1

| | | |
|---|---|---|
| 1 | Dated: December 28, 2020 | Respectfully submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | MARK R. BECKINGTON<br>Supervising Deputy Attorney General |
| 4 | | JOSE A. ZELIDON-ZEPEDA<br>PETER H. CHANG |
| 5 | | Deputy Attorneys General |

*s/ John D. Echeverria*

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendants*

SA2019104420
42491176.docx

2