XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3479
  Fax: (415) 703-1234
  E-mail: John.Echeverria@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MILLER, et al.,**<br><br>                Plaintiffs,<br><br>v.<br><br>**CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,**<br><br>                Defendants. | Case No. 3:19-cv-1537-BEN-JLB<br><br>**DECLARATION OF JOHN D. ECHEVERRIA IN SUPPORT OF DEFENDANTS'** ***DAUBERT*** **MOTION TO PRECLUDE TESTIMONY OF JOHN R. LOTT, JR.**<br><br>Date: February 3, 2021<br>Time: 10:00 a.m.<br>Dept: 5A<br>Judge: Hon. Roger T. Benitez<br>Trial Date: February 3, 2021<br>Action Filed: August 15, 2019 |

**DECLARATION OF JOHN D. ECHEVERRIA**

I, John D. Echeverria, declare:

1. I am a Deputy Attorney General with the California Department of Justice and serve as counsel to Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms (together, "Defendants"), in the above-captioned matter  I make this declaration in support of Defendants' *Daubert* Motion to Preclude Testimony of John R. Lott, Jr.  Except as otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently as to those facts.

2. Lott's declaration in support of Plaintiffs' motion for preliminary injunction, identified as Plaintiffs' Trial Exhibit 10 ("Lott Decl."), attaches a copy of his curriculum vitae ("CV") dated November 20, 2016.  See Lott Decl., Ex. 1 at 2.

3. During a telephonic conference with Plaintiffs' counsel in advance of the December 16, 2020 pretrial conference, I requested a current copy of Lott's CV to assess his current qualifications, including any relevant publications, work experience, or other activities.  During the call, Plaintiffs' counsel, George Lee, agreed to provide a current copy of Lott's CV.

4. After I did not receive a copy of the CV, on December 17, 2020, I emailed George Lee requesting a copy of Lott's CV, as I had requested during the call.  I have not received a response to this email.

5. As of today's date, Lott still has not been deposed.  Despite several requests, Plaintiffs have not provided available dates for Lott's deposition.

6. Attached hereto as Exhibit 1 is a true and correct copy of Evan DeFilippis & Devin Hughes, *The Bogus Claims of the NRA's Favorite Social Scientist*, Vox, Aug. 30, 2016, *available at*

2

Declaration of John D. Echeverria in Support of Defendants' *Daubert* Motion to Preclude Testimony of John R. Lott, Jr. (3:19-cv-01537-BEN-JLB)

https://www.vox.com/2016/8/30/12700222/nra-social-scientist-claims-debunked (last visited Dec. 27, 2020).

7. Attached hereto as Exhibit 2 is a true and correct copy of Evan DeFilippis, *Shooting Down the Gun Lobby's Favorite "Academic": A Lott of Lies*, Armed with Reason, Dec. 1, 2014, *available at* https://www.armedwithreason.com/shooting-down-the-gun-lobbys-favorite-academic-a-lott-of-lies/ (last visited Dec. 27, 2020).

8. Attached hereto as Exhibit 3 is a true and correct copy of Evan DeFilippis & Devin Hughes, *The GOP's Favorite Gun 'Academic' Is a Fraud*, ThinkProgress, Aug. 12, 2016, *available at* https://thinkprogress.org/debunking-john-lott-5456e83cf326/ (last visited Dec. 27, 2020).

9. Attached hereto as Exhibit 4 is a true and correct copy of Richard Morin, *Scholar Invents Fan to Answer His Critics*, Wash. Post, Feb. 1, 2003, *available at* https://www.washingtonpost.com/archive/lifestyle/2003/02/01/scholar-invents-fan-to-answer-his-critics/f3ae3f46-68d6-4eee-a65e-1775d45e2133/ (last visited Dec. 27, 2020).

10. Attached hereto as Exhibit 5 is a true and correct copy of a letter from U.S. Senator Diane Feinstein to U.S. Attorney General Robert Barr, dated Dec. 8, 2020, *available at* https://www.feinstein.senate.gov/public/_cache/files/b/0/b013ed7a-f056-421f-9720-1e09e25a851f/D1F289E895FDD9F6342DC1E899BFC179.2020.12.08-letter-to-ag-barr.pdf (last visited Dec. 27, 2020).

11. Attached as Exhibit 6 is a true and correct copy of Josh Gerstein, *Controversial Gun Advocate Hired by Justice Department Last Month*, Politico, Nov. 25, 2020, *available at* https://www.politico.com/news/2020/11/24/controversial-gun-advocate-justice-department-440251 (last visited Dec. 27, 2020).

3

Declaration of John D. Echeverria in Support of Defendants' *Daubert* Motion to Preclude Testimony of John R. Lott, Jr. (3:19-cv-01537-BEN-JLB)

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, on December 28, 2020.

_____
John D. Echeverria

SA2019104420
42490780.docx