John W. Dillon (SBN 296788)
    jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

George M. Lee (SBN 172982)
    gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al., | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **DECLARATION OF GEORGE M. LEE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO PRECLUDE OR LIMIT TESTIMONY AT TRIAL [ECF NO. 75]** |
| vs. | |
| XAVIER BECERRA, in his official capacity as Attorney General of California, et al., | Trial: February 3, 2021 |
| Defendants. | Time: 10:00 a.m. |
| | Courtroom 5A |
| | Judge: Hon. Roger T. Benitez |

## <u>DECLARATION OF GEORGE M. LEE</u>

I, George M. Lee, declare as follows:

1.      I am an attorney at law, in good standing, duly licensed to practice law in this State and appear before its courts. I am admitted to the Southern District of California. I am counsel of record for plaintiffs James Miller et al. in this action. I have personal knowledge of the facts stated herein, and if called as a witness could competently testify thereto.

2.      This declaration is executed in support of plaintiffs' opposition to the motion in limine of defendants to preclude or limit testimony at trial [ECF No. 75]. Trial of this matter is presently scheduled to be held on February 3, 2021. A pretrial conference was held on December 16, 2020.

### STIPULATION TO AUTHENTICITY OF ALL EXHIBITS

3.      In advance of the pretrial conference, the parties filed/exchanged witness and exhibit lists on November 18, 2020. Plaintiffs' exhibits, mostly utilizing the declarations submitted in support of the motion for preliminary injunction, were pre-marked Exhibits 001 through 024.

4.      On November 30, 2020, the parties conducted a meeting of counsel in advance of the pretrial conference, pursuant to S.D. Local Rule 16.1(f)(4). The meeting was telephonic and was conducted with Deputy Attorneys General John Echeverria and Peter Chang representing the defendants, and attorney John Dillon and I representing the plaintiffs. During this pretrial meeting with counsel, the parties discussed appropriate stipulations pertaining to the admissibility of exhibits at trial. Immediately before this meeting, plaintiffs had exchanged and made available plaintiffs' trial exhibits pre-marked as Exhibits 001 through 024. During this meeting, defendants had not yet made their exhibits available to plaintiffs. However, the parties did discuss (with some exceptions) that almost all of the exhibits that the parties intended to use had already been submitted in connection with plaintiffs' motion for

1  preliminary injunction, opposition, and reply. During this meeting, I suggested that the

2  defense consider stipulating to both the authenticity and/or admissibility of all exhibits

3  the parties had identified and premarked. The parties did not commit to this suggestion

4  at this time but appeared to be open to the idea.

5          5.      During our pretrial meeting of counsel on November 30, 2020, the parties

6  also discussed that in light of then-worsening conditions surrounding the COVID-19

7  pandemic, that travel into and out of San Diego and possibly even all of California

8  might be restrictive for all of the parties' witnesses, most of whom lived outside of

9  California. Accordingly, the parties discussed the submission of all direct testimony

10  by way of declaration, and that all cross-examination be handled by way of deposition

11  testimony. In fact, at that time, the defense had already provisionally served

12  deposition notices for at least 14 of plaintiffs' listed witnesses. It was discussed that

13  this method would greatly streamline the trial.

14          6.      On December 3, 2020, we continued our conversation on these topics by

15  having another meeting of counsel to discuss authenticity and admissibility of

16  exhibits, among other matters. At this telephonic meeting, there seemed to be

17  consensus on the defense's part to a stipulation to the authenticity and admissibility of

18  all exhibits at trial. Accordingly, on December 4, 2020, I sent to defense counsel for

19  review a draft proposed pretrial order, required by Local Rule 16.1(f)(6), which

20  proposed to list all of the parties' trial exhibits as required by the Rule, and included a

21  statement that the parties had agreed to stipulate to both the authenticity and

22  admissibility of all exhibits that had been premarked and exchanged.

23          7.      In follow up discussions with counsel, however, the defense appeared to

24  wish to reserve the right to challenge some or all of plaintiffs' expert witness

25  testimony under *Daubert v. Merrell Dow Pharms. Inc.*, 509 U.S. 579, 589 (1993) or

26  by motion in limine. This seemed to be at odds with our prior general agreement

27  regarding a stipulation to the admissibility of all exhibits at trial. Accordingly, on

28  December 9, 2020, the parties exchanged versions of the proposed pretrial order

1   required by Local Rule 16.1(f)(6) which at first included, and then later omitted, the

2   stipulation as to the admissibility of all exhibits at trial. However, the parties'

3   stipulation to the *authenticity* of all exhibits never changed.

4         8.    Thus, on December 9, 2020, plaintiffs submitted the final version of the

5   proposed pretrial order, pursuant to Local Rule 16.1(f)(6). This version of the pretrial

6   order contained the following express stipulation: "The parties have stipulated to the

7   authenticity of all exhibits marked below," before listing all of the parties' premarked

8   exhibits. (Proposed Pretrial Order, p. 7:10.) This Proposed Pretrial Order was

9   approved as to form by Deputy Attorney General Echeverria. (Id., p. 30:9). A true and

10  correct copy of the Proposed Pretrial Order submitted to the Court on December 9,

11  2020 is attached hereto as **Exhibit A**.

12        9.    Had we known that defendants would attempt to renege on their

13  stipulation, of course, plaintiffs would not have entered into it. Had we known

14  specifically that defendants would object to the authenticity of plaintiffs' Exhibits 005,

15  006 and 007 on the grounds of the "best evidence rule," Fed. Rule of Evid. 1002,

16  requiring submission of original documents, plaintiffs would not have stipulated to the

17  authenticity of any of defendants' exhibits, but would have insisted upon the proper

18  authentication of all of defendants' original exhibits, including the voluminous

19  articles, policy statements, book excepts, charts, law review articles, and letters

20  offered by the defense in this case. Plaintiffs reasonably relied upon the defendants'

21  stipulation in determining the course and manner of proof at trial.

22

23              **OFFER OF PROOF RE BROWN AND SIEGEL TESTIMONY**

24        10.    Should the Court believe both that the testimony and records offered in

25  the declarations of Kenneth Brown [Exh. 007], Nathan L. Siegel [Exh. 006] constitute

26  hearsay, and that the foundational requirements of Fed. Rule of Evid. 803(6) have not

27  been met as to their testimony, plaintiffs would make the following offer of proof

28  pursuant to Fed. Rule of Evid. 103: That if called as witnesses to testify at trial,

1  Messrs. Brown and Siegel would be able to demonstrate the foundational

2  requirements of Fed. Rule of Evid. 803(6) by showing that their compilation/summary

3  of production and sales information was made or recorded by person(s) of personal

4  knowledge, that the records were kept in the course of regularly-conducted business

5  activity, that the production/distribution records were a regular practice of that

6  activity, and that Messrs. Brown and Siegel would be able to testify to these facts.

7

8  **RELEVANT TRIAL EXHIBITS**

9  11.     The following exhibits are relevant to the defendants' motion in limine,

10  have been pre-marked, listed, and provided to the defense.

11  Declaration of George Mocsary: Plaintiffs' **Exhibit 003**

12  Declaration of Joseph Ostini: Plaintiffs' **Exhibit 005**

13  Declaration of Nathan Lewis Siegel: Plaintiffs' **Exhibit 006**

14  Declaration of Kenneth Brown: Plaintiffs' **Exhibit 007**

15  Declaration of Adam Kraut: Plaintiffs' **Exhibit 011**

16  Declaration of Wendy Hauffen: Plaintiffs' **Exhibit 014**

17  True and correct copies of these declarations are attached to this declaration,

18  except for the declaration of Professor Mocsary [Exh. 003] which, for brevity, omits

19  the voluminous exhibits consisting primarily of state statutes from other jurisdictions.

20  I declare under penalty of perjury that the foregoing is true and correct.

21

22  Dated: January 20, 2021          **SEILER EPSTEIN LLP**

23

24  George M. Lee

25

26

27

28

**EXHIBIT A**

John W. Dillon (SBN 296788)
  jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

George M. Lee (SBN 172982)
  gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>**[PROPOSED] PRETRIAL ORDER**<br><br>**[CIV. L.R. 16.1(F)(6)]**<br><br>Pretrial Conference: Dec. 16, 2020<br>Time: 10:00 a.m.<br>Courtroom 5A<br>Judge: Hon. Roger T. Benitez<br><br>Trial Date: January 21, 2021 |

# PRETRIAL ORDER

## CAUSES OF ACTION TO BE TRIED
### [L.R. 16.1(F)(6)(C)(2)]

Plaintiffs' claims for relief arise under 42 U.S.C. § 1983, for Defendants' laws, policies, customs, and enforcement practices which violate the right to keep and bear arms under the Second Amendment to the U.S. Constitution. First Amended Complaint [ECF Dkt. 9] ("FAC"), ¶¶ 90-104. Plaintiffs seek relief, as pleaded in their FAC, as follows:

"1.     For declaratory relief adjudging that the definitions of "assault weapon" pursuant to Penal Code §§ 30515(a) and (b), and Title 11, California Code of Regulations §§ 5460 and 5471, are unconstitutional on their face and as applied, and violate the Second Amendment, to the extent that the State's laws and regulations operate to prohibit or prevent Plaintiffs and similarly situated persons from exercising their rights, including acquiring, keeping, bearing, transporting, transferring, and using "assault weapons" for lawful purposes;

2.     For declaratory relief adjudging that California Penal Code §§ 30600, 30605, 30800, 30910, 30915, 30925, 30945, 30950, 31000, and 31005 are unconstitutional on their face and as applied, and in violation of the Second Amendment, to the extent that the State's laws and regulations operate to prohibit or prevent Plaintiffs and similarly situated persons from exercising their rights, including acquiring, keeping, bearing, transporting, transferring, and using "assault weapons" for lawful purposes;

3.     For declaratory relief supporting an injunction, and an order temporarily and permanently enjoining Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them, who receive actual notice of the injunction, from enforcement or application of Penal Code §§ 30515(a) and (b), 30600, 30605, 30800, 30910, 30915, 30925, 30945, 30950, 31000, and 31005, as well as Title 11, California

1   Code of Regulations §§ 5460 and 5471, against Plaintiffs on an as-applied

2   basis, and against all similarly situated persons;

3       4.   For costs of suit, including attorneys' fees and costs under 42

4   U.S.C. § 1988 and any other applicable law; and

5       5.   For any and all further relief to which Plaintiffs may be justly

6   entitled."

7   [FAC, pp. 41-42].

8       Plaintiffs have withdrawn their claim as to Pen. Code § 30925.

9       Defendants contend that Plaintiffs are not entitled to the relief they seek.

10  Defendants contend that the challenged statutes and regulations do not violate the

11  Second Amendment, either facially or as applied to Plaintiffs.  Defendants further

12  contend that Plaintiffs lack standing to challenge Penal Code §§ 30800, 30915, 30945,

13  30950, 31000, and 31005.

14

15              LIST OF WITNESSES
16              [L.R. 16.1(F)(6)(C)(3)]

17      The parties have agreed and stipulated to submission of the direct testimony of

18  each witness listed below on the written declarations that have already been submitted

19  in connection with this case, and that all cross-examination will be submitted in the

20  form of deposition transcript excerpts.

21      Pursuant to such stipulation, Plaintiffs' witnesses are as follows:

22

| NO. | PLAINTIFFS' WITNESS | SUBSTANCE OF TESTIMONY |
|-----|---------------------|------------------------|
| 1.  | **Emanuel Kapelsohn** | Mr. Kapelsohn's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 001] and prior testimony in this matter. |

27

28

| No. | PLAINTIFFS' WITNESS | SUBSTANCE OF TESTIMONY |
|-----|---------------------|------------------------|
| 2. | **Ashley Hlebinsky** | Ms. Hlebinsky's direct testimony is offered and set forth in her declaration [Plaintiffs' Exhibit 002] and prior testimony in this matter. |
| 3. | **George Mocsary** | Mr. Mocsary's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 003] and prior testimony in this matter. |
| 4. | **James Curcuruto** | Mr. Curcuruto's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 004] and prior testimony in this matter. |
| 5. | **Joseph Ostini** | Mr. Ostini's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 005]. |
| 6. | **Nathan Siegel** | Mr. Siegel's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 006]. |
| 7. | **Kenneth Brown** | Mr. Brown's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 007]. |
| 8. | **Jason Davis** | Mr. Davis's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 008]. |
| 9. | **Allen Youngman** | Gen. Youngman's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 009] and prior testimony in this matter. |

| No. | Plaintiffs' Witness | Substance of Testimony |
|---|---|---|
| 10. | **John R. Lott, Jr.** | Dr. Lott's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 010] and prior testimony in this matter. |
| 11. | **Adam Kraut** | Mr. Kraut's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 011] and prior testimony in this matter. |
| 12. | **Robert A. Margulies, M.D.** | Dr. Margulies's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 012]. |
| 13. | **Plaintiff James Miller** | Mr. Miller's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 013]. |
| 14. | **Plaintiff Wendy Hauffen** | Ms. Hauffen's direct testimony is offered and set forth in her declaration [Plaintiffs' Exhibit 014]. |
| 15. | **Plaintiff Ryan Peterson** | Mr. Peterson's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 015] and prior testimony in this matter. |
| 16. | **Plaintiff John Phillips** | Mr. Phillips's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 016]. |
| 17. | **Plaintiff Neil Rutherford** | Mr. Rutherford's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 017]. |
| 18. | **Plaintiff Adrian Sevilla** | Mr. Sevilla's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 018]. |

| No. | Plaintiffs' Witness | Substance of Testimony |
|---|---|---|
| 19. | **Plaintiff Michael A. Schwartz** | Mr. Schwartz's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 019]. |
| 20. | **Gene Hoffman** | Mr. Hoffman's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 020]. |
| 21. | **Alan Gottlieb** | Mr. Gottlieb's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 021]. |
| 22. | **Brandon Combs** | Mr. Combs's direct testimony is offered and set forth in his declarations [Plaintiffs' Exhibits 022 and 023]. |

Defendants' witnesses are as follows:

| No. | Defendants' Witness | Substance of Testimony |
|---|---|---|
| 23. | **Lucy P. Allen** | Ms. Allen's direct testimony is offered and set forth in her declaration [Defendants' Exhibit A]. |
| 24. | **Christopher B. Colwell** | Dr. Colwell's direct testimony is offered and set forth in his declaration [Defendants' Exhibit B]. |
| 25. | **John J. Donohue** | Prof. Donohue's direct testimony is offered and set forth in his declaration [Defendants' Exhibit C]. |
| 26. | **Blake Graham** | Mr. Graham direct testimony is offered and set forth in his declaration [Defendants' Exhibit D]. |

| NO. | DEFENDANTS' WITNESS | SUBSTANCE OF TESTIMONY |
|---|---|---|
| 27. | **Louis Klarevas** | Prof. Klarevas's direct testimony is offered and set forth in his declaration [Defendants' Exhibit E]. |
| 28 | **Yvette Glover** | Ms. Yvette Glover's direct testimony is offered and set forth in her declaration [Defendant's Exhibit CZ]. |

## LIST OF EXHIBITS
### [L.R. 16.1(F)(6)(C)(4)]

The parties have stipulated to the authenticity of all exhibits marked below.

Plaintiffs have marked, exchanged, and intend to offer the following exhibits:

| EXHIBIT | DESCRIPTION |
|---|---|
| **001** | **Declaration of Emanuel Kapelsohn** in Support of Plaintiffs' Motion for Preliminary Injunction [and Exhibits 001-1 through 001-17] |
| 001-1 | Article entitled "Pregnant Florida Mom Uses AR-15 to Kill Home Intruder" |
| 001-2 | Article entitled "Deputies: 30 Rounds Fired From AR-15 in Deadly Florida Home Invasion" |
| 001-3 | Article entitled "Man Armed With AR-15 Stops Attack By Neighbor in Oswego" |
| 001-4 | Article entitled "Texas Hero Reportedly Used His Own AR to Confront the Sutherland Springs Shooter" |
| 001-5 | Article entitled "Harris County Deputy's Son Shoots One of Two Intruders" |
| 001-6 | Article entitled "Elkins Park Man Killed After Forcing His Way Into Apartment" |
| 001-7 | Article entitled "Shooting Deemed Justifiable: Authorities Say Zach Peters Acted Lawfully When He Shot, Killed Three Intruders" |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 001-8 | R.K. Taubert (FBI, Ret.), "About .223 Penetration." |
| 001-9 | "Real World Testing: .223/5.56 Penetration Tests vs. .40 S&W and 12 ga. Slug" |
| 001-10 | Article entitled "Why 'High-Powered' 5.56 NATO/.223 AR-15 is Safer for Home Defense (FBI Overpenetration Testing)" |
| 001-11 | Diagram of a standard AR-15/M16 |
| 001-12 | USDOJ Bureau of Justice Statistics Special Report, NCJ251776, "Source and Use of Firearms Involved in Crimes" (2019) |
| 001-13 | Picture of Mossberg 500 tactical pump shotgun with collapsible stock |
| 001-14 | Picture of A2 birdcage flash hider |
| 001-15 | Article entitled ""Violent Crimes Most Likely to Occur At Night" |
| 001-16 | Picture of a Winchester Model 94 lever action rifle |
| 001-17 | Article entitled "This Day in History, April 16: Virginia Tech Shooting Leaves 32 Dead" |
| **002** | **Declaration of Ashley Hlebinsky** in Support of Plaintiffs' Motion for Preliminary Injunction [and Exhibits 002-1 through 002-35] |
| 002-1 | Ashley Hlebinsky, Curriculum Vitae |
| 002-2 | Picture of a handcannon and a multiple barrel version |
| 002-3 | Example of an early target shooting prize; A German parcel-gilt silver target shooting prize, Dresden, dated 1537, unmarked |
| 002-4 | Picture of wheel-lock handgun, circa 1509 |
| 002-5 | Pictures of the Lorenzoni system of firearm in long gun and pistol form |
| 002-6 | Picture of Girardoni/Girandoni air rifle, 1779 |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 002-7 | Pictures of Volcanic repeating firearms in pistol and rifle forms |
| 002-8 | Picture of the 1860 Henry rifle (15+ rounds) |
| 002-9 | Picture of the 1853 (Belgium) and 157 (US) patented Genhart rifles (10 rounds) |
| 002-10 | Pictures of  the Borchardt C-93 semi-automatic pistol with detachable magazine (1893); the Mauser C-96 (1895) with a 10-round magazine; Luger semi-automatic pistol with 32-round snail drum magazines (with pistol grip and shoulder stock attachments). |
| 002-11 | Pictures of Lorenzoni system firearm depicting magazine configuration |
| 002-12 | Picture of the Hunt Volitional Rifle with first patented tubular magazine in the U.S. in the 1840s |
| 002-13 | Picture of Spencer repeating rifle utilizing a detachable tubular magazine from the buttstock |
| 002-14 | Picture of externally visible shot/round counter on  Genhart turret rifle which incorporated detachable circular magazine |
| 002-15 | Picture of the Jarre Harmonica firearm (pistol form) with a horizontally seated detachable magazine |
| 002-16 | Picture of an 1864 Robert Wilson detachable magazine patent an 1855 Roland White box magazine patent |
| 002-17 | Pictures of the Mannlicher semi-automatic Model 1886 rifle and James Paris Lee vertically stacked box magazine patent |
| 002-18 | Pictures of Winchester Model 1907 and Model 1903 |
| 002-19 | Diagram identifying differences between rimfire and centerfire cartridges |
| 002-20 | Diagram depicting semi-automated operation of a handgun |

| EXHIBIT | DESCRIPTION |
|---|---|
| 002-21 | Picture of Mannlicher semi-automatic Model 1886 rifle |
| 002-22 | Picture of pistol grip long arm from approximately 1700s |
| 002-23 | Pictures of various detachable stock options (e.g., Borchardt semi-automatic pistol of 1893 and the Mauser C-96) |
| 002-24 | Pictures of Ithaca Auto and Burglar (1922), Harrington & Richardson Handi Gun (1921); Marble Game Getter (1908); M1A1 Paratrooper Carbine |
| 002-25 | Picture of the French Magot rifle from the 1860s |
| 002-26 | Picture of German Frei pistol of the 19th and 20th century |
| 002-27 | Picture of early Olympic Winchester rifle featuring thumbhole stock |
| 002-28 | Picture of snaphaunce blunderbuss with folding stock (dated 1650-1700) |
| 002-29 | Picture of Luger Model 1902 semi-automatic carbine |
| 002-30 | Pictures of Winchester Model 12 and LC Smith Try Guns |
| 002-31 | Picture of M1A1 Paratrooper Carbine |
| 002-32 | Picture of Lee-Enfield "jungle carbine" with flash suppressor |
| 002-33 | Picture of Brown Bess early single-shot pistol |
| 002-34 | Pictures of Remington XP100 (1960s) and Browning Buckmark Silhouette pistols |
| 002-35 | Picture of Colier (1814) percussion shotgun and Colt Patterson Model 1839 revolving shotgun |
| **003** | Declaration of George Mocsary in Support of Plaintiffs' Motion for Preliminary Injunction [and Exhibits 003-1 through 003-9] |
| 003-1 | George A. Mocsary, Curriculum Vitae |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 003-2 | Conn. Gen. Stat. § 53-202(a); and<br>Conn. Gen. Stat. § 53-202(c) |
| 003-3 | Md. Criminal Law Code Ann. § 4-301;<br>Md. Criminal Law Code Ann. § 4-303; and<br>Md. Pub. Safety §5-101(r)(2). |
| 003-4 | Mass. Gen. Laws Ann. Ch. 140, § 131M |
| 003-5 | N.J. Stat. Ann. § 2C:39-1w |
| 003-6 | N.Y. Penal Law §265.00, 22 |
| 003-7 | Haw. Rev. Stat. Ann §§ 134-1, 134-4, 134-8 |
| 003-8 | Minn. Stat. Ann. §§ 624.172, subd. 7;  624.7131; and 624.7132, subd.1 and subd. 12 |
| 003-9 | Va. Code Ann. §§ 18.2-308.2:01, 18.2-308.2:2(G) |
| **004** | **Declaration of James Curcuruto** [and Exhibits 004-1 through 004-8] |
| 004-1 | "'AR' Stands for Armalite" published May 23, 2011 |
| 004-2 | Sporting Arms and Ammunition ("SAAMI") Glossary of Industry Terms for "automatic action" |
| 004-3 | NSSF MSR History. 1990-2018 estimated US firearm production – exports + imports of MSR/AR, AK Platform Semi-automatic Rifles and lowers |
| 004-4 | 2013 NSSF MSR Comprehensive Consumer Report |
| 004-5 | NSSF Firearms Retailer Survey Report (2019) |
| 004-6 | NSSF Sport Shooting Participation Survey (2019) |
| 004-7 | National Shooting Sports Foundation Report, NSSF-Adjusted NICS – Historical Monthly Chart |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 004-8 | Firearm Production in the United States with Firearm Import and Export Data |
| **005** | **Declaration of Joseph Ostini** [and Exhibits 005-1 through 005-28] |
| 005-1 | Table of Firearms for Sale in the U.S. Market |
| 005-2 | Printout from website: The Biggest Gun Companies in the U.S. Market |
| 005-3 | Printout from website: Ruger® SR22® Threaded Barrel Kit-ShopRuger |
| 005-4 | Printout from website: LLV-4 Competition Pistol Upper _ Volquartsen Firearms |
| 005-5 | Printout from website: Tactical Solutions Inc. - Products - BARRELS FOR RUGER® MARK IV™ PISTOLS |
| 005-6 | Printout from website: Tactical Solutions Inc. - Products - BARRELS FOR BROWNING® BUCK MARK® PISTOLS |
| 005-7 | Printout from website: XD-M® Elite 4.5_ OSP™ Threaded 9mm Handgun - Springfield Armory |
| 005-8 | Printout from website: Beretta Pistols |
| 005-9 | Printout from website: Lone Wolf Distributors _ Barrels |
| 005-10 | Printout from website: Pistol Barrels For Sale _ Primary Arms |
| 005-11 | Printout from website: Double Diamond Threaded Barrel _ Best Glock Accessories _ GlockStore.com |
| 005-12 | Printout from website: About Us _ Best Glock Accessories _ GlockStore.com |
| 005-13 | Printout from website: Glock _ KKM |
| 005-14 | Printout from website: 1911 threaded barrel - MidwayUSA |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 005-15 | Printout from website: 1911 Threaded Barrel at Brownells |
| 005-16 | Printout from website: Finding the right 22lr handgun for a child - The Mag Life |
| 005-17 | Printout from website: Tactical Shotguns SALE - AtlanticFirearms.com |
| 005-18 | Printout from website: The flawed and misleading Donohue, Aneja, & Weber Study claiming right-to-carry laws increase violent crime - Crime Prevention Research Center |
| 005-19 | Printout from website: Gun ownership remains at 47%, but that probably underestimates the true rate - Crime Prevention Research Center |
| 005-20 | Printout from website: Active Shooter Resources — FBI |
| 005-21 | Printout from website: ACJS_Today_March_2015 |
| 005-22 | Printout from website: Virginia CIUS2004.indb |
| 005-23 | Printout from website: FBI — Table 8 - Minnesota |
| 005-24 | Printout from website: 2003 Virginia Richmond |
| 005-25 | Printout from website: 2009 Virginia Richmond |
| 005-26 | Printout from website: 2006 Minnesota |
| 005-27 | Printout from website: FBI - Table 8 - Minnesota |
| 005-28 | Printout from website: Spike in premeditated killing of police officers, changes in who is killing police - Crime Prevention Research Center |
| **006** | **Declaration of Nathan Siegel** in Support of Plaintiffs' Supplemental Brief for Plaintiffs' Motion for Preliminary Injunction |
| **007** | **Declaration of Kenneth Brown** [and Exhibit 007-1] |
| 007-1 | California DOJ letter to Benelli dated June 23, 2003 |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| **008** | **Declaration of Jason Davis** [and Exhibit 008-2] |
| 008-2 | Email correspondence between Jason Davis, Alison Merrilees and Steve Buford, California DOJ, dated September 18, 2009 |
| **009** | **Declaration of Allen Youngman** in Support of Plaintiffs' Motion for Preliminary Injunction |
| **010** | **Declaration of John Lott** in Support of Plaintiffs' Motion for Preliminary Injunction [and Exhibits 010-1 through 010-18] |
| 010-1 | John R. Lott Curriculum Vitae |
| 010-2 | "Source and Use of Firearms Involved in Crimes: Survey of Prison Inmates, 2016" U.S. Department of Justice, Office of Justice Programs; (2019) Mariel Alper and Lauren Glaze |
| 010-3 | "Rifles Used In San Bernardino Shooting Illegal Under State Law" The Wall Street Journal |
| 010-4 | "Mexico sets 1st half murder record, up 5.3%" Associated Press (2019); FBI Uniform Crime Report for 2017 |
| 010-5 | "2018 Crime in the United States" (Table 20); FBI Criminal Justice Information Services Division (2018) |
| 010-6 | "Impact Evaluation of the Public Safety and Recreational Firearms Use Protection Act of 1994"; National Institute of Justice, United States Department of Justice (March 2017) |
| 010-7 | "Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003" National Institute of Justice, United States Department of Justice (2004) Koper, et al. |
| 010-8 | "Large-Capacity Magazines and the Casualty Counts in Mass Shootings: The Plausibility of Linkages," Justice Research Policy, Volume 17 (2016) Kleck |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 010-9 | "An examination of the effects of concealed weapons laws and assault weapons ban on  state-level murder rates, Applied Economics Letters (2014) Gius |
| 010-10 | Relevant Excerpts from  More Guns, Less Crime, University of Chicago Press (2010) Lott |
| 010-11 | "Criminal Use of Assault Weapons and High-Capacity Semiautomatic Firearms: An Updated Examination of Local and National Sources," Journal of Urban Health (2018) Koper, et al. |
| 010-12 | "Changes in US mass shooting deaths associated with the 1994-2004 federal assault weapons ban: Analysis of open-source data," Trauma Acute Care Surgery (2018) DiMaggio, et al. |
| 010-13 | "The impact of state and federal assault weapons bans on public mass shootings," Applied Economics Letters (2015) Guis |
| 010-14 | "Homicides in Mexico and the expiration of the U.S. federal assault weapons ban: a difference-in-discontinuities approach," Journal of Economic Geography (2017) Chicoine |
| 010-15 | "Firearm Legislation and Firearm-Related Fatalities in the United States," JAMA Internal Medicine (2013) Fleegler, et al. |
| 010-16 | "The Impact of State Firearm Laws on Homicide and Suicide Deaths in the USA, 1991-2016: A Panel Study," Journal of General Internal Medicine (2019) Siegel, et al. |
| 010-17 | "Firearms Laws and the Reduction of Violence A Systematic Review," American Journal of Preventative Medicine (2005) Hahn, et al. |
| 010-18 | "Effects of Bans on the Sale of Assault Weapons and High-Capacity Magazines on Mass Shootings," Gun Policy in America (2018) Rand Corporation |
| **011** | **Declaration of Adam Kraut** in Support of Plaintiffs' Motion for Preliminary Injunction |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| **012** | **Declaration of Robert A. Margulies, M.D.** in Support of Plaintiffs' Motion for Preliminary Injunction [and Exhibits 012-1 through 012-2] |
| 012-1 | Curriculum Vitae, Robert A. Margulies, M.D., MPH |
| 012-2 | Excerpts from Di Maio, *Gunshot Wounds, Practical Aspects of Firearms, Ballistics, and Forensic Techniques* (Second Ed. 1999) |
| **013** | **Declaration of Plaintiff James Miller** in Support of Plaintiffs' Motion for Preliminary Injunction |
| **014** | **Declaration of Plaintiff Wendy Hauffen** in Support of Plaintiffs' Motion for Preliminary Injunction [and Exhibit 014-1] |
| 014-1 | Article entitled ""Female Gun Owners: We Prefer the AR-15" published at the Washington Free Beacon on November 10, 2019 |
| **015** | **Declaration of Plaintiff Ryan Peterson** in Support of Plaintiffs' Motion for Preliminary Injunction |
| **016** | **Declaration of Plaintiff John Phillips** in Support of Plaintiffs' Motion for Preliminary Injunction |
| **017** | **Declaration of Plaintiff Neil Rutherford** in Support of Plaintiffs' Motion for Preliminary Injunction |
| **018** | **Declaration of Plaintiff Adrian Sevilla** in Support of Plaintiffs' Motion for Preliminary Injunction |
| **019** | **Declaration of Plaintiff Michael A. Schwartz** in Support of Plaintiffs' Motion for Preliminary Injunction |
| **020** | **Declaration of Gene Hoffman** in Support of Plaintiffs' Motion for Preliminary Injunction |
| **021** | **Declaration of Alan Gottlieb** in Support of Plaintiffs' Motion for Preliminary Injunction |

| Exhibit | Description |
|---|---|
| 022 | **Declaration of Brandon Combs** in Support of Plaintiffs' Motion for Preliminary Injunction |
| 023 | **Declaration of Brandon Combs** in Support of Plaintiffs' Supplemental Brief for Plaintiffs' Motion for Preliminary Injunction [and Exhibit 023-1] |
| 023-1 | California DOJ, July 11, 2018 Response Letter to Brandon Combs With Records |
| 024 | State of California Budget Change Proposal FY 2017-2018 |

Unless specified otherwise herein, Defendants have marked, exchanged, and intend to offer the following exhibits:

| Exhibit | DESCRIPTION |
|---|---|
| A | Declaration of Lucy P. Allen in Support of Defendants' Opposition to Motion for Preliminary Injunction |
| B | Declaration of Christopher B. Colwell in Support of Defendants' Opposition to Motion for Preliminary Injunction |
| C | Declaration of John J. Donohue in Support of Defendants' Opposition to Motion for Preliminary Injunction |
| D | Declaration of Blake Graham in Support of Defendants' Opposition to Motion for Preliminary Injunction |
| E | Declaration of Professor Louis Klarevas in Support of Defendants' Opposition to Motion for Preliminary Injunction |
| F | S.B. 880 Report, 2015-20 16 Reg. Sess., Assembly Committee on Public Safety (June 14, 2016) |

| Exhibit | DESCRIPTION |
|---------|-------------|
| G | Violence Policy Ctr., *Firearm Justifiable Homicides and Non-Fatal Self-Defense Gun Use: An Analysis of Federal Bureau of Investigation and National Crime Victimization Survey Data* (2018) |
| H | Bureau of Alcohol, Tobacco & Firearms, *Report and Recommendation on the Importability of Certain Semiautomatic Rifles* (1989) |
| I | Violence Policy Ctr., *Key Points About Assault Weapons* |
| J | H.R. Rep. No. 103-489, Public Safety and Recreational Firearms Use Protection Act |
| K | Brady Ctr. to Prevent Gun Violence, *Assault Weapons "Mass Produced Mayhem"* (2008) |
| L | Excerpt of United States Army, *Rifle Marksmanship M16/M4 - Series Weapons* (2008) |
| M | Expert Report & Declaration of Michael Mersereau, *Rupp v. Becerra*, No. 17-cv-00746-JLS-JDE (C.D. Cal. Mar. 25, 2019) (Dkt. 76-3) |
| N | Violence Policy Ctr., *The Militarization of the U.S. Civilian Firearms Market* (2011) |
| O | Bureau of Alcohol, Tobacco, Firearms & Explosives, *Study on the Importability of Certain Shotguns* (2011) |
| P | Colt.com, AR15A4 Advertisement |
| Q | Colt.com, About Colt Rifles |
| R | Guns & Ammo (July 1981) |
| S | Mich. Public Acts, 1927 – No. 372 |

| **Exhibit** | **DESCRIPTION** |
|---|---|
| T | R.I. Public Acts, 1927 – Ch. 1052 |
| U | Ohio General Code, 1933 – § 12819-3 |
| V | Pub. L. No. 275, 1932 – 72d Cong., Sess. I, Chs. 465, 466 |
| W | Robert J. Spitzer, *Gun Law History in the United States and Second Amendment Rights*, 80 Law & Contemporary Problems 55 (2017) |
| X | Br. of *Amicus Curiae* Everytown for Gun Safety in Supp. of Def.'s Mot. for Summ. J., *Rupp v. Becerra*, No. 8:17-cv-00746-JLS-JDE (C.D. Cal. Apr. 1, 2019) (Dkt. 82-1) |
| Y | Christopher S. Koper et al., *Criminal Use of Assault Weapons and High-Capacity Semiautomatic Firearms: An Updated Examination of Local and National Sources*, 95 J. of Urban Health 313 (2017) |
| Z | Excerpts of Bureau of Alcohol, Tobacco & Firearms, *Department of the Treasury Study on the Sporting Suitability of Modified Semiautomatic Assault Rifles* (1998) |
| AA | Violence Policy Ctr., *"Officer Down": Assault Weapons and the War on Law Enforcement* (2003) |
| AB | Panagiotis K. Stefanopoulos et al., *Gunshot Wounds: A Review of Ballistics Related to Penetrating Trauma*, J. of Acute Disease, 178 (2014) |
| AC | Adam Lankford & James Silver, *Why Have Public Mass Shootings Become More Deadly? Assessing How Perpetrators' Motives and Methods Have Changed Over Time*, Criminology & Pub. Pol'y 1 (2019) |
| AD | Excerpts of Deposition of Gary Kleck, *Rupp v. Becerra*, No. 8:17-cv-00746-JLS-JDE (C.D. Cal. Dec. 12, 2018) (Dkt. 76-15) |
| AE | Law Ctr. to Prevent Gun Violence, *The California Model: Twenty Years of Putting Safety First* (2013) |

| Exhibit | DESCRIPTION |
|---------|-------------|
| AF | Las Vegas Metropolitan Police Dep't, Criminal Investigative Report of the 1 October Mass Casualty Shooting (2018) |
| AG | U.S. Dep't of Justice, Fed. Bureau of Investigation, Key Findings of the Behavioral Analysis Unit's Las Vegas Review Panel (2019) |
| AH | Orlando Police Dep't, Homicide Unit, Supplement Report, Case No. 2016-242039 (2016), |
| AI | Fed. Bureau of Investigation, Pulse Nightclub Shooting FBI Lab Ballistics Report (2018) |
| AJ | Fed. Bureau of Investigation, Pulse Nightclub Shooting Part 1 |
| AK | Fed. Bureau of Investigation, Pulse Nightclub Shooting Part 2 |
| AL | Vincent J.M. DiMaio, *Gunshot Wounds, Practical Aspects of Firearms, Ballistics, and Forensic Techniques, Third Edition*, CRC Press (2016) |
| AM | U.S. Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, Firearms Commerce in the United States, Annual Statistical Update 2018 |
| AN | Expert Report and Declaration of John Donohue, *Rupp v. Becerra*, 8:17-cv-00746 (2019) |
| AO | Expert Report and Declaration of Blake Graham, *Rupp v. Becerra*, 8:17-cv-00746 (2019) |
| AP | Expert Report and Declaration of Christopher Colwell, *Rupp v. Becerra*, 8:17-cv-00746 (2019) |
| AQ | Expert Report and Declaration of Lucy Allen, *Rupp v. Becerra*, 8:17-cv-00746 (2019) |

| Exhibit | DESCRIPTION |
|---------|-------------|
| AR | Updated Table and Appendix B to Expert Report of Lucy Allen, *Rupp v. Becerra*, 8:17-cv-00746 (2019) |
| AS | Rebuttal Expert Report and Declaration of John Donohue, *Rupp v. Becerra*, 8:17-cv-00746 (2019) |
| AT | Rebuttal Expert Report and Declaration of Blake Graham, *Rupp v. Becerra*, 8:17-cv-00746 (2019) |
| AU | Violence Policy Center, *Bullet Buttons: The Gun Industry's Attack on California's Assault Weapons Ban* (2012) |
| AV | Defendant's Second Supplemental Response to Plaintiff Troy Willis's First Set of Interrogatories |
| AW | David S. Fallis, *Data Indicate Drop in High-Capacity Magazines During Federal Gun Ban*, Washington Post (Jan. 10, 2013) |
| AX | Mark Follman, et al., *More than Half of Mass Shooters Used Assault Weapons and High-Capacity Magazines*, Mother Jones (Feb. 27, 2013) |
| AY | U.S. Department of Justice, Office of Justice Programs, National Institute of Justice, *Selection and Application Guide 0101.06 to Ballistic-Resistant Body Armor* (2014) |
| AZ | California Senate Bill 23, 1999 Cal. Stat. ch. 129 |
| BA | Guns & Ammo: The New Breed of Assault Rifle, *Tomorrow's State-of-the-Art Sporting Rifle* (July 1981) (July 1981 Guns & Ammo) |
| BB | Damien Cave and Charlotte Graham-McLay, *New Zealand to Ban Military-Style Semiautomatic Guns, Jacinda Arden Says*, New York Times (March 20, 2019) |
| BC | Kaylee Hartung, et al., *Stoneman Douglas shooting. Now parents are urged to be alert*, CNN (March 25, 2019) |

| **Exhibit** | **DESCRIPTION** |
|---|---|
| BD | United States Census Bureau, *Quick Facts: California* (available at https://www.census.gov/quickfacts/ca) |
| BE | U.S. DOJ Press Release, *California Man Charged with Conspiring to Provide Material Support to Terrorism and Being 'Straw Purchaser' of Assault Rifles Ultimately Used in San Bernardino, California, Attack* (Dec. 17, 2015) |
| BF | Excerpt of National Shooting Sports Foundation, *NSSF Report: Modern Sporting Rifle (MSR) Comprehensive Consumer Report* (2013) |
| BG | Excerpt of National Shooting Sports Foundation, *NSSF Report 2017 Edition: Firearms Retailer Survey Report, Trend Data 2008-2016* (2017) |
| BH | Jerry Lee, 2018 Standard Catalog of Firearms, The Collector's Price & Reference Guide |
| BI | Patrick Sweeney, The Gun Digest Book of the AR-15 (2005) |
| BJ | Christopher S. Koper, *Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003*, National Institute of Justice, United States Dep't of Justice (2004) |
| BK | Daniel S. Nagin, Christopher S. Koper, Cynthia Lum, *Policy Recommendations for countering mass shootings in the United States*, Criminology & Public Policy, 19:9-15 (2020) |
| BL | Christopher S. Koper, *Assessing the potential to reduce deaths and injuries from mass shootings through restrictions on assault weapons and other high-capacity semiautomatic firearms*, Criminology & Public Policy, 19:147-170 (2020) |
| BM | Mark Gius, *The impact of state and Federal assault weapons bans on public mass shootings*, Applied Economics Letters (2014) |

| Exhibit | DESCRIPTION |
|---------|-------------|
| BN | Mark Gius, *The effects of state and Federal gun control laws on school shootings*, Applied Economic Letters (2017) |
| BO | Charles DiMaggio, et al., Changes in US mass shooting deaths associated with the 1994-2004 federal assault weapons ban: Analysis of open-source data, J Trauma Acute Care Surg Vol. 89, No. 1 (2018) |
| BP | John J. Donohue III and Isaac J. Rabbani, *Recent Trends in American Gun Prevalence*, (2017) |
| BQ | Donald L. Flexner, *Why the Civilian Purchase, Use, and Sale of Assault Weapons and Semiautomatic Rifles and Pistols, Along with Large Capacity Magazines, Should Be Banned*, N.Y.U. Journal of Legislation and Public Policy (2017) |
| BR | Expert Report of Robert J. Spitzer, *Worman, et al. v. Healey, et al.*, 1:17-cv-10107-WGY (2017) |
| BS | L. Kennett and J. LaVerne, The Gun in America, The Origins of a National Dilemma (1975) |
| BT | Expert Report of Lucy P. Allen, *Duncan, et al. v. Becerra, et al.*, 17-cv-1017-BEN-JLB (2018) |
| BU | Expert Rebuttal Report of John J. Donohue, *Duncan, et al. v. Becerra, et al.*, 17-cv-1017-BEN-JLB (2018) |
| BV | Revised Expert Report of Dr. Louis J. Klarevas, *Duncan, et al. v. Becerra, et al.*, 17-cv-1017-BEN-JLB (2018) |
| BW | Expert Report of Christopher S. Koper, *Duncan, et al. v. Becerra, et al.*, 17-cv-1017-BEN-JLB (2018) |
| BX | Sen. Bill No. 1446, 3d Reading Analysis, Mar. 28, 2016 (2015-2016 Reg. Sess.)(Cal. 2016) |

| Exhibit | DESCRIPTION |
|---|---|
| BY | Laurence H. Tribe, *Proposals to Reduce Gun Violence: Protecting Our Communities While Respecting the Second Amendment: Hearing Before the Subcomm. on the Constitution, Civil Rights and Human Rights, S. Comm. On the Judiciary* (Feb. 12, 2013) |
| BZ | Mark Follman, et al., *U.S. Mass Shootings, 1982-2018: Data from Mother Jones' Investigation* (Mother Jones, 2018) |
| CA | Mayors Against Illegal Guns, *Analysis of Recent Mass Shootings* (2013) |
| CB | Declaration of Professor Daniel Webster in Support of Defendant Xavier Becerra's Opposition to Plaintiffs' Motion for Preliminary Injunction, *Duncan, et al. v. Becerra, et al.*, 17-cv-1017-BEN-JLB (June 5, 2017) |
| CC | *Nine Rounds a Second: How the Las Vegas Gunman Outfitted a Rifle to Fire Faster*, N.Y. Times, Oct. 5, 2017 |
| CD | Violence Policy Center, *High-Capacity Ammunition Magazines are the Common Thread Running Through Most Mass Shootings in the United States* (2018) |
| CE | Alex Yablon, *Bans on High-Capacity Magazines, Not Assault Rifles, Most Likely to Limit Shooting Carnage*, The Trace (June 13, 2016) |
| CF | State of Connecticut, Division of Criminal Justice, *Report of the State's Attorney for the Judicial District of Danbury on the Shootings at Sandy Hook Elementary School* (2013) |
| CG | Mark Follman, *More Guns, More Mass Shootings—Coincidence?*, Mother Jones (Dec. 15, 2012) |
| CH | Relevant Excerpts from Louis Klarevas, Rampage Nation: Securing American from Mass Shootings (2016) |

| Exhibit | DESCRIPTION |
|---------|-------------|
| CI | Relevant Excerpts from Robert J. Spitzer, *Gun Law History in the United States and Second Amendment Rights*, 80 Law & Contemporary Problems 55 (2017) |
| CJ | The Safety for All Act of 2016, 2016 Cal. Legis. Serv. Proposition 63 (West) |
| CK | Sandy Hook Advisory Comm'n, *Final Report of the Sandy Hook Advisory Commission* (2015) |
| CL | LAPD Chief Backs Ban on Some Ammo Magazines, NBC So. Cal. (Mar. 2, 2011) |
| CM | C. S. Koper & D. C. Reedy, *Impact of Handgun Types on Gun Assault Outcomes: A Comparison of Gun Assaults Involving Semiautomatic Pistols and Revolvers*, 9 Injury Prevention 151 (2003) |
| CN | Testimony of Brian J. Siebel, Senior Attorney, Brady Center to Prevent Gun Violence, Before the Council of the District of Columbia (Oct. 1, 2008) |
| CO | Christopher S. Koper, at al., *Gunshot Victimisations Resulting from High-Volume Gunfire Incidents in Minneapolis: Findings and Policy Implications*, Injury Prevention (Feb 24, 2018) |
| CP | Nat. Law Enforcement Partnership to Prevent Gun Violence, *Protecting Communities from Assault Weapons and High-capacity Ammunition Magazines* (2017) |
| CQ | Declaration of San Francisco Policy Department Officer Joseph Emanuel in Support of Plaintiff's Ex Parte Application for Order to Show Cause Re: Preliminary Injunction, People v. Badger Mountain Supply, et al., No. CGC-17-557010 (S.F. Super. Feb 21, 2017) |

| **Exhibit** | **DESCRIPTION** |
|---|---|
| CR | Declaration of Detective Michael Mersereau of the Los Angeles Police Department in Support of Amici Curiae the City and County of San Francisco, the City of Los Angeles, and the City of Sunnyvale, *Duncan v. Becerra*, 9th Cir. No. 17-56081 (9th Cir. Oct. 19, 2017) |
| CS | Mark Follman, et al., *A Guide to Mass Shootings in America*, Mother Jones (Mar. 10, 2018) |
| CT | David S. Fallis & James V. Grimaldi, *Va. Data Show Drop in Criminal Firepower During Assault Gun Ban*, Wash. Post (Jan. 23, 2011) |
| CU | Relevant excerpts from Gary Kleck, Point Blank: Guns and Violence in America (1991) |
| CV | California Voter Information Guide, Firearms. Ammunition Sales. Initiative Statute. California Proposition 63 (2016) |
| CW | Larry Buchanan, et al., *How They Got Their Guns*, N.Y. Times (Nov. 5, 2017) |
| CX | U.S. Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, FOIA Response Letter to NFATCA (2016) |
| CY | Alex Yablon, *How Many Assault Weapons do Americans Own?*, The Trace (2018) |
| CZ | Declaration of Yvette Glover[1] |

## STIPULATED FACTS
### [L.R. 16.1(F)(6)(C)(5)]

California's Robert-Roos Assault Weapons Control Act of 1989 ("AWCA")

---

[1] The parties are continuing to meet and confer regarding the admissibility of Exhibit CZ (the Declaration of Yvette Glover).

was first enacted in 1989.  California's AWCA bans manufacturing, causing to be manufactured, distributing, transporting, importing into the state, keeping for sale, offering or exposing for sale, giving, lending, possessing, transferring through bequest or intestate succession any assault weapon and bars juveniles from registering or possessing any assault weapon.  Cal. Penal Code §§ 30600, 30605, 30655, 30950.

The original AWCA identified particular assault weapons by make and model. *Id.* § 30510.  The AWCA was amended in 2000 to add alternative definitions of assault weapons based on the features or characteristics of certain types of firearms. *Id.* § 30515(a).  In relevant part, the definitions found in Penal Code § 30515(a) are as follows:

- §30515(a)(1): A semiautomatic, centerfire rifle that does not have a fixed magazine but has any one of the following: A pistol grip that protrudes conspicuously beneath the action of the weapon; a thumbhole stock; a folding or telescoping stock; a grenade launcher or flare launcher; a flash suppressor; or a forward pistol grip.

- §30515(a)(2): A semiautomatic, centerfire rifle that has a fixed magazine with the capacity to accept more than 10 rounds.

- §30515(a)(3): A semiautomatic, centerfire rifle that has an overall length of less than 30 inches.

- §30515(a)(4): A semiautomatic pistol that does not have a fixed magazine but has any one of the following: a threaded barrel, capable of accepting a flash suppressor, forward handgrip, or silencer; a second handgrip; a shroud that is attached to, or partially or completely encircles, the barrel that allows the bearer to fire the weapon without burning the bearer's hand, except a slide that encloses the barrel; or the capacity to accept a detachable magazine at some location outside of the pistol grip.

- §30515(a)(5): A semiautomatic pistol with a fixed magazine that has the capacity to accept more than 10 rounds.

- §30515(a)(6): A semiautomatic shotgun that has both of the following: a folding or telescoping stock, and a pistol grip that protrudes conspicuously beneath the action of the weapon, thumbhole stock, or vertical handgrip.

- §30515(a)(7): A semiautomatic shotgun that does not have a fixed magazine.

- §30515(a)(8): Any shotgun with a revolving cylinder.

- §30515(a)(9): A semiautomatic centerfire firearm that is not a rifle, pistol, or shotgun, that does not have a fixed magazine, but that has any one of the following: a pistol grip that protrudes conspicuously beneath the action of the weapon; a thumbhole stock; a folding or telescoping stock; a grenade launcher or flare launcher; a flash suppressor; a forward pistol grip; a threaded barrel, capable of accepting a flash suppressor, forward handgrip, or silencer; a second handgrip; a shroud that is attached to, or partially or completely encircles, the barrel that allows the bearer to fire the weapon without burning the bearer's hand, except a slide that encloses the barrel; or the capacity to accept a detachable magazine at some location outside of the pistol grip.[2]

- §30515(a)(10): A semiautomatic centerfire firearm that is not a rifle, pistol, or shotgun, that has a fixed magazine with the capacity to accept more than 10 rounds.[3]

- §30515(a)(11): A semiautomatic centerfire firearm that is not a rifle, pistol, or shotgun, that has an overall length of less than 30 inches.[4]

Penal Code § 30515(b) defines "fixed magazine" to mean "an ammunition feeding device contained in, or permanently attached to, a firearm in such a manner that the device cannot be removed without disassembly of the firearm action." *See also* 11 Cal. Code Regs. § 5471(p).

Under the AWCA, the possession of any assault weapon in violation of Penal Code § 30500, et seq. is a public nuisance. Penal Code § 30800.

---

[2] Defendants do not stipulate to this statement because California Penal Code section 30515(a)(9) is not at issue in this action and its provisions are not a fact subject to stipulation.

[3] Defendants do not stipulate to this statement because California Penal Code section 30515(a)(10) is not at issue in this action and its provisions are not a fact subject to stipulation.

[4] Defendants do not stipulate to this statement because California Penal Code section 30515(a)(11) is not at issue in this action and its provisions are not a fact subject to stipulation.

## DEPOSITION TRANSCRIPT TESTIMONY
### [L.R. 16.1(F)(6)(C)(6)]

The parties are unable to agree when deposition transcripts shall be submitted, so the Court hereby orders that all excerpts of deposition transcript testimony for use at trial shall be submitted on or before _____.  The parties agree that uncertified transcripts may be used at trial.

## TRIAL AND TIME ESTIMATES
### [L.R. 16.1(F)(6)(C)(8) AND (9)]

This case will be tried by the court without a jury. If the Court accepts all evidence and argument as presented upon the parties' stipulation pertaining to the testimony of witnesses, and the Court does not desire to hear the live testimony of any witness, the time estimated for trial is one (1) day, unless the motions in limine and/or other pre-trial motions require extensive argument prior to the commencement of any live testimony.

## OTHER MATTERS

Any *Daubert* and in limine motions must be filed on or before January 11, 2021, to be heard on the first day of trial.

## REMOTE APPEARANCES DUE TO COVID-19 CONDITIONS

In light of the apparent recent resurgence of the COVID-19 coronavirus disease currently affecting this State and many others as of the date of this Pretrial Order, and given the potential for travel and lodging restrictions that would prevent the ability of the parties and/or their witnesses to appear at and to present testimony and argument at trial, to prevent further delay of trial and proceedings, and upon the joint request made of the parties, the Court shall hereby require all parties, counsel, and witnesses to appear at trial via remote conferencing as further instructed by the Court.

1       SO ORDERED.

2

3  Dated: _____

4                                    _____
                                      Hon. Roger T. Benitez
                                      UNITED STATES DISTRICT JUDGE

5

6  Approved as to Form:

7

8

9  /s/ John D. Echeverria
    John D. Echeverria

10  Deputy Attorney General
    Attorney for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   John W. Dillon (SBN 296788)
    Gatzke Dillon & Ballance LLP
2   2762 Gateway Road
    Carlsbad, California 92009
3   Phone: (760) 431-9501
4   Fax: (760) 431-9512
    Email: jdillon@gdandb.com
5
6   George M. Lee (SBN 172982)
    Seiler Epstein LLP
7   275 Battery Street, Suite 1600
8   San Francisco, California 94111
    Telephone: (415) 979-0500
9   Fax: (415) 979-0511
10  Email: gml@seilerepstein.com

11  *Attorneys for Plaintiffs*

12

13              **UNITED STATES DISTRICT COURT**

14           **SOUTHERN DISTRICT OF CALIFORNIA**

15

16  JAMES MILLER, an individual, et al.,        Case No. 3:19-cv-01537-BEN-JLB

17              Plaintiffs,                      Hon. Roger T. Benitez
                                                 Magistrate Hon. Jill L. Burkhardt
18
        vs.                                      **DECLARATION OF GEORGE**
19                                               **A. MOCSARY IN SUPPORT OF**
                                                 **PLAINTIFFS' MOTION FOR**
20  XAVIER BECERRA, in his official             **PRELIMINARY INJUNCTION**
    capacity as Attorney General of California, **(Part 1 of 2)**
21  et al.,
                                                 Complaint filed: August 15, 2019
22                          Defendants.          Amended Complaint filed:
23                                               September 27, 2019

24

25                                               Hearing Date: January 16, 2020
                                                 Time: 10:00 a.m.
26                                               Courtroom: 5A, 5th Floor
27
28

_____
*DECLARATION OF GEORGE A. MOCSARY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION*
*(CASE NO. 3:19-CV-01537-BEN-JLB)*

Miller v. Becerra
**Plaintiffs' Exhibit**
**003**
exhibitsticker.com

# DECLARATION OF GEORGE A. MOCSARY

I, George A. Mocsary, declare as follows:

1.    I am not a party to the above-captioned action, I am over the age of 18, I have personal knowledge of the facts stated herein, and I am competent to testify as to the matters stated and the opinions rendered below.

2.    I graduated from the Cooper Union School of Engineering with a bachelor's degree in engineering in 1995. I earned a master's degree in business administration from the University of Rochester in 1997. And I received my Juris Doctor degree in 2009 from Fordham Law School, where I graduated first in my class and summa cum laude. I served as Notes and Articles Editor of the Fordham Law Review and was the recipient of the Fordham Law Alumni Association Medal in Constitutional Law.

3.    I am currently a Professor of Law at the University of Wyoming College of Law. I previously taught at the Southern Illinois University School of Law as an Associate Professor and at the University of Connecticut School of Law as a Visiting Assistant Professor.

4.    Prior to entering academia, I practiced corporate and bankruptcy law at Cravath, Swaine and Moore in New York. And before that, I clerked for the Honorable Harris L Hartz of the U.S. Court of Appeals for the Tenth Circuit.

5.    I co-authored the first law school textbook on the Second Amendment, entitled *Firearms Law and the Second Amendment: Regulation, Rights, and Policy* (2nd ed. 2017) (with Nicholas J. Johnson, David B. Kopel, and Michael P. O'Shea).

6.    I have also published several scholarly research articles on the right to keep and bear arms, which have been published in the Connecticut Law Review, Duke Law Journal Online, Fordham Law Review, George Mason Law Review, and other journals.

7.    My scholarship has been cited by the Supreme Court of the United States

- 1 -

1  in *McDonald v. City of Chicago*, 561 U.S. 742 (2010), the Supreme Court of Illinois,
2  and in several opinions by the U.S. Courts of Appeals.

3      8.      I taught a course on the Second Amendment at Southern Illinois
4  University School of Law, and will likely teach it again at the University of Wyoming
5  College of Law.

6      9.      Attached hereto as **Exhibit 1** is a true and correct copy of my Curriculum
7  Vitae. It describes my education, employment background, career experience, and
8  publications.

9      10.     My opinions expressed here are formed in light of my scholarship and
10  study of the current legal landscape of the Second Amendment.

11      11.     Based on my education, work experience, research, publications, and
12  review of the research of others, in my opinion, the arms that California prohibits as
13  "assault weapons" are protected by the Second Amendment. The Supreme Court held
14  that the Second Amendment protects arms in "common use." The Court's clearest
15  indication of the criteria that determine "common use" appears in Justice Samuel A.
16  Alito, Jr.'s concurrence, which Justice Clarence Thomas joined, in *Caetano v.*
17  *Massachusetts*, 136 S. Ct. 1027 (2016), *viz.*, the number in existence of the type of arm
18  in question, and the number of jurisdictions in which the type of arm is lawful.

19      12.     In *District of Columbia v. Heller*, the Supreme Court held that the Second
20  Amendment protects arms that are "typically possessed by law-abiding citizens for
21  lawful purposes." 554 U.S. 570, 625 (2008). Put differently, "the sorts of weapons
22  protected [a]re those 'in common use at the time.'" *Id.* at 627 (quoting *United States v.*
23  *Miller*, 307 U.S. 174, 179 (1939)).

24      13.     This was consistent with the founding-era practice that, "when called for
25  militia service able-bodied men were expected to appear bearing arms supplied by
26  themselves and of the kind in common use at the time." *Id.* at 624 (quoting *Miller*,
27  307 U.S. at 179) (brackets omitted). The *Miller* Court remanded because it was not

28

1  presented with data on whether the weapon at issue there was in common enough use

2  to be usable in militia service. *See* 307 U.S. at 178-79, 183.

3      14.    Attached hereto as **Exhibit 2** is a true and correct copy of *United States v.*

4  *Miller*, 307 U.S. 174 (1939).

5      15.    In adjudicating a firearms prohibition, therefore, "the pertinent Second

6  Amendment inquiry is whether [the arms] are commonly possessed by law-abiding

7  citizens for lawful purposes today." *Caetano v. Massachusetts*, 136 S. Ct. 1027, 1032

8  (2016) (Alito, J., concurring) (emphasis omitted).

9      16.    But the Supreme Court has not expressly defined "common."

10     17.    The Court addressed handgun bans in *Heller* and *McDonald v. City of*

11 *Chicago*, 561 U.S. 742 (2010). And because handguns, as a class, were "the most

12 popular weapon chosen by Americans for self-defense in the home," *Heller*, 554 U.S.

13 at 629, it went without saying that they were "in common use," so the Court did not

14 perform a commonality analysis.

15     18.    *Heller* made clear that a protected arm must be among "the sorts of

16 weapons" or "of the kind" that are in common use. *Heller*, 554 U.S. at 624, 627. The

17 specific features, make, or model, of the arm in question need not be common.

18     19.    *Caetano* summarily reversed and remanded an opinion of the

19 Massachusetts Supreme Judicial Court upholding a stun gun prohibition. While the

20 Court's per curiam opinion focused on the lower court's violations of Supreme Court

21 precedent, Justices Alito and Thomas's concurrence explained, inter alia, that stun guns

22 are, indeed, common.

23     20.    In reaching this determination, the concurrence elucidated that "[t]he more

24 relevant statistic is that hundreds of thousands of Tasers and stun guns have been sold

25 to private citizens, who it appears may lawfully possess them in 45 States." *Id.*

26 (quotation omitted).

27     21.    The raw number of arms and the number of jurisdictions in which those

28

*Declaration of George A. Mocsary In Support Of Plaintiffs' Motion For Preliminary Injunction*
*(Case No. 3:19-cv-01537-BEN-JLB)*

arms are available are, therefore, the only specific commonality factors that any Justices have provided to date.

22.     In referring to both stun guns and Tasers, the *Caetano* concurrence applied its commonality analysis to bearable—carryable, *Heller*, 554 U.S. at 584—handheld electroshock weapons as a "class of arms," *Caetano*, 136 S. Ct. at 1031, rather than to a subset of those weapons defined by certain features.

23.     Attached hereto as **Exhibit 3** is a true and correct copy of *Caetano v. Massachusetts*, 136 S. Ct. 1027 (2016).

24.     Applying those factors here, California bans arms that are common, and thus protected by the Second Amendment.

<u>JURISDICTIONAL ANALYSIS</u>

25.     Following the approach taken in *Caetano*, I conducted research on and reviewed the various state "assault weapon" bans throughout the U.S. in order to determine the number of jurisdictions that prohibit and/or restrict semiautomatic centerfire firearms with various features, like those listed in California Penal Code § 30515.

26.     Only five other states have bans that arguably approach California's in their severity.

27.     **Connecticut** bans the possession of "assault weapons," which it defines as "[a]ny selective-fire firearm capable of fully automatic, semiautomatic or burst fire at the option of the user," a list of specified makes and models of semiautomatic rifles and pistols, and semiautomatic firearms that contain certain external features like a "folding or telescopic stock" or a "forward pistol grip." Conn. Gen. Stat. Ann. § 53-202a; Conn. Gen. Stat. Ann. § 53-202c.

28.     Attached hereto as **Exhibit 4** is a true and correct copy of Conn. Gen. Stat. Ann. § 53-202a; Conn. Gen. Stat. Ann. § 53-202c.

29.     **Maryland** makes it illegal to "possess, sell, offer to sell, transfer,

1    purchase, or receive an assault weapon" in the state. Md. Code Ann., Crim. Law

2    § 4-303. Maryland defines "assault weapon" as "(1) an assault long gun; (2) an assault

3    pistol; or (3) a copycat weapon." Md. Code Ann., Crim. Law § 4-301(d). Maryland

4    defines "assault long gun" and "assault pistol" by reference to two lists of specified

5    firearms, "or their copies" (for long guns) and "or a copy" (for pistols).

6        30.    Attached hereto as **Exhibit 5** is a true and correct copy of Md. Code Ann.,

7    Crim. Law §§ 4-301(b)-(d), 4-303; and Md. Pub. Safety § 5-101(r)(2).

8        31.    **Massachusetts** based its "assault weapon" ban on the federal ban from

9    1994—the Public Safety and Recreational Firearms Use Protection Act, Pub. L. No.

10   103-322, §§ 110101-06, 108 Stat. 1796, 1996-2010 (1994). Massachusetts law

11   provides that, "No person shall sell, offer for sale, transfer or possess an assault weapon

12   or a large capacity feeding device that was not otherwise lawfully possessed on

13   September 13, 1994." Mass. Gen. Laws Ann. ch. 140, § 131M.

14       32.    Attached hereto as **Exhibit 6** is a true and correct copy of Mass. Gen.

15   Laws Ann. ch. 140, § 131M.

16       33.    **New Jersey** prohibits several dozen "assault firearms" by name, in

17   addition to any firearm "substantially identical" to those listed by name. New Jersey

18   also prohibits arms capable of accepting, a "semi-automatic shotgun with either a

19   magazine capacity exceeding six rounds, a pistol grip, or a folding stock"; a " semi-

20   automatic rifle with a fixed magazine capacity exceeding 10 rounds"; a "part or

21   combination of parts designed or intended to convert a firearm into an assault firearm,

22   or any combination of parts from which an assault firearm may be readily assembled

23   if those parts are in the possession or under the control of the same person."; and a

24   "firearm with a bump stock attached." N.J. Stat. Ann. § 2C:39-1w.

25       34.    Attached hereto as **Exhibit 7** is a true and correct copy of N.J. Stat. Ann.

26   § 2C:39-1w.

27       35.    **New York** prohibits "assault weapons," which it defines as "(a) a

28

- 5 -

semiautomatic rifle that has an ability to accept a detachable magazine and has at least one of" a number of external features, like a "folding or telescoping stock" or "a pistol grip that protrudes conspicuously beneath the action of the weapon"; "(b) a semiautomatic shotgun that has at least one of" a separate list of external features, or "(c) a semiautomatic pistol that has an ability to accept a detachable magazine and has at least one of" a third list of external features; or "(d) a revolving cylinder shotgun." N.Y. Penal Law § 265.00, 22.

36.     Attached hereto as **Exhibit 8** is a true and correct copy of N.Y. Penal Law § 265.00, 22.

37.     A few other states have restrictions, but not prohibitions, on similar semiautomatic, centerfire firearms with various features (*e.g.*, pistol grip, folding/collapsible stock, flash suppressors, vertical forward grip, etc.).

38.     **Hawaii** bans "assault pistols," but not "assault rifles." Haw. Rev. Stat. Ann. § 134-8. "'Assault pistol' means a semiautomatic pistol that accepts a detachable magazine and has two or more" of a list of external features, including "[a]n ammunition magazine that attaches to the pistol outside of the pistol grip" and a "manufactured weight of fifty ounces or more when the pistol is unloaded." Haw. Rev. Stat. Ann. §§ 134-1, 134-4.

39.     Attached hereto as **Exhibit 9** is a true and correct copy of Haw. Rev. Stat. Ann. §§ 134-1, 134-4, and 134-8.

40.     **Minnesota** applies some restrictions to "semiautomatic military-style assault weapons," which are defined as any of a listed number of firearms and firearms that are similar enough to those expressly listed. Minn. Stat. Ann. § 624.712, subd. 7. In Minnesota, purchasers of "semiautomatic military-style assault weapons" can acquire a transferee permit, if they qualify. Minn. Stat. Ann. § 624.7131. If the purchaser does not have a permit, the firearms dealer must submit a report with law enforcement so law enforcement has an opportunity to conduct a background check

before the transfer occurs. Minn. Stat. Ann. § 624.7132, subd. 1. Nondealers (i.e., private transferors), however, can complete a transfer of a "semiautomatic military-style assault weapon" without submitting such a report. *Id.* at subd. 12.

41.  Attached hereto as **Exhibit 10** is a true and correct copy of Minn. Stat. Ann. §§ 624.712, subd. 7; 624.7131; and 624.7132, subd. 1 and subd. 12.

42.  **Virginia** limits the possession of "assault firearms" to citizens and permanent residents over 18. Va. Code Ann. § 18.2-308.2:01. "'Assault firearm' means any semi-automatic center-fire rifle or pistol which expels single or multiple projectiles by action of an explosion of a combustible material and is equipped . . . with a magazine which will hold more than 20 rounds of ammunition or designed by the manufacturer to accommodate a silencer or equipped with a folding stock." Va. Code Ann. § 18.2-308.2:2(G).

43.  Attached hereto as **Exhibit 11** is a true and correct copy of Va. Code Ann. §§ 18.2-308.2:01 and 18.2-308.2:2(G).

44.  Law-abiding citizens may thus possess some semiautomatic rifles in all 50 states, and any semiautomatic rifle in 44 states. Forty-one states treat all semiautomatic firearms the same as every other legal firearm, without any additional restrictions, regardless of the features attached to the firearm.

45.  All of these above-listed prohibitions and restrictions were implemented relatively recently, with California becoming the first state to implement any kind of "assault weapon" ban in 1989. California did not prohibit semiautomatic centerfire firearms according to their features until approximately a decade later.

46.  There is no federal ban or restriction on semiautomatic firearms. The 1994 Public Safety and Recreational Firearms Use Protection Act, otherwise known as the 1994 Federal Assault Weapons Ban, was in effect from 1994 to 2004. It was permitted to expire under its sunset provision because it was widely regarded as having been ineffective in reducing crime.

47. Compared to the hundreds of thousands of hand-held electrical weapons that were lawfully possessed in 45 states, and thus in common use according to the *Caetano* concurrence, tens of millions of the rifles California bans as "assault weapons" are lawfully possessed in at least 44 states, and some are lawfully possessed in more than that number (i.e., some firearms banned in California may be owned in Connecticut, Maryland, Massachusetts, New Jersey, or New York, like "[a] semiautomatic, centerfire rifle that has an overall length of less than 30 inches." Cal. Penal Code § 30515(a)(3)).

48. The firearms prohibited in California are therefore widely owned and accepted as a legitimate means of self-defense across the country.

## CONCLUSIONS

49. My research leads me to the following conclusions:

50. The arms banned by California are owned in far greater numbers than the electroshock weapons at issue in *Caetano*. All are lawful in nearly as many, and some are lawful in more, jurisdictions than the arms at issue in *Caetano*.

51. Because *Heller* and the *Caetano* concurrence perform the commonality analysis at the "sort," "kind," or "class" level, it is no answer say that California is targeting merely an unprotected subcategory of firearms. *Caetano*, 136 S. Ct. at 1031; *Heller*, 554 U.S. at 624, 627. In the instant case, it would be most consistent with *Heller* and the *Caetano* concurrence for the commonality analysis to focus on whether long guns are in common use.[1]

---

[1] Analogizing to *Heller*, long guns are at the same level of generality as handguns. The next more-general level would be firearms. The next more-specific level would be rifles (the ban of which plaintiffs here are challenging). The more-specific level after that would be semiautomatic rifles.

Analogizing to *Caetano*, long guns are at the same level of generality as handheld electroshock weapons. The next more-general level would be electroshock weapons. The next more-specific level would be stun guns (the ban of which Ms. Caetano was challenging).

52.    It is therefore no more proper to ban a subset of long guns because they are semiautomatic then it would be to ban a subset of handguns because they are semiautomatic.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed within the United States on December 6, 2019.

_George Mocsary_____

George A. Mocsary

John W. Dillon (SBN 296788)
    jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

George M. Lee (SBN 172982)
    gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al., | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **DECLARATION OF JOSEPH OSTINI** |
| vs. | Trial: January 21, 2021 |
| XAVIER BECERRA, in his official capacity as Attorney General of California, et al., | Time: 10:00 a.m.<br>Courtroom 5A<br>Judge: Hon. Roger T. Benitez |
| Defendants. | |

Miller v. Becerra

**Plaintiffs' Exhibit**

**005**

exhibitsticker.com

## DECLARATION OF JOSEPH OSTINI

I, Joseph Ostini, declare as follows:

1.     I am not a party in the above-titled action. I am over the age of 18, have personal knowledge of the facts referred to in this declaration, and am competent to testify to the matters stated below.

2.     I am a licensed attorney in the State of California.

3.     I have reviewed and I am familiar with the various firearms definitions contained in California Penal Code section 30515.

4.     From October 23, 2020 to November 5, 2020, I conducted an Internet search of all new commercially available firearms for sale to U.S. residents.

5.     This search was conducted specifically by going to the websites of all readily identified major firearms manufacturers within the U.S. As a part of my search I identified 73 different firearms manufacturers in the U.S.

6.     This search was limited in scope to new firearms and does not include the millions of firearms that exist on the used market.

7.     In conducting this search, I reviewed Cal. Penal Code 30515. Specifically, identified the prohibited features of both semiautomatic pistols and semiautomatic shotguns and searched to see how many different types of pistols and shotguns sold from these manufacturers in the U.S. and available for purchase to residents in a majority of states are banned by California's AWCA.

8.     For pistols, I applied Cal. Penal Code 30515 (4)–(5). For shotguns, I applied Cal. Penal Code 30515 (6)–(8).

9.     In analyzing these code sections, I applied the law to the prohibited features that these firearms possessed and made a determination of which firearms were likely prohibited under California's assault-weapons laws.

10.     Attached as **Exhibit 1**, is a true and correct copy of a table I created listing the numerous firearms that are prohibited in California but freely available for sale in much of the U.S. This table is supported by hyperlinks of the firearms available

1  for sale along with their model numbers and why the firearms in question are

2  prohibited by California law.

3      11.    In reviewing the 61 different manufacturers of pistols, I found that there

4  were approximately 356 different models of semiautomatic pistols that would be

5  identified as "assault weapons" under California Penal Code section 30515.

6      12.    Additionally, I found that there were at least 12 manufacturers of

7  shotguns that sell approximately 54 different models of semiautomatic shotguns that

8  would be identified as "assault weapons" under California Penal Code section 30515.

9              ■  ■  ■

10      13.    Attached hereto are true and correct copies of the following additional

11  exhibits based upon recent visits to websites:

12      **Exhibit 2:** https://www.moneytalksnews.com/slideshows/the-biggest-gun-

13  companies-in-the-u-s-market/

14      **Exhibit 3:** https://shopruger.com/Ruger-SR22-Threaded-Barrel-

15  Kit/productinfo/90520/

16      **Exhibit 4:** https://volquartsen.com/products/1252-llv-4-competition-pistol-

17  upper

18      **Exhibit 5:** https://tacticalsol.com/Products.aspx?CAT=13327

19      **Exhibit 6:** https://tacticalsol.com/Products.aspx?CAT=13329

20      **Exhibit 7:** https://www.springfield-armory.com/xd-series-handguns/xd-m-elite-

21  handguns/xd-m-elite-45-osp-threaded-9mm-handgun/

22      **Exhibit 8:** https://www.beretta.com/en-us/pistols/#mpp=72

23      **Exhibit 9:** https://www.lonewolfdist.com/CATEGORY/4/barrels

24      **Exhibit 10:** https://www.primaryarms.com/MCategories+Handguns-Barrels

25      **Exhibit 11:** https://www.glockstore.com/Double-Diamond-Threaded-Barrel

26      **Exhibit 12:** https://www.glockstore.com/about-us

27      **Exhibit 13:** https://kkmprecision.com/product-category/glock/

28      **Exhibit 14:**

1  https://www.midwayusa.com/s?userSearchQuery=1911+threaded+barrel&userItemsP

2  erPage=48

3      **Exhibit 15:**

4      https://www.brownells.com/search/index.htm?k=1911+threaded+barrel&psize=

5  96

6      **Exhibit 16:** https://gunmagwarehouse.com/blog/22lr_handgun_for_children/

7      **Exhibit 17:** https://atlanticfirearms.com/taxons/tactical-shotguns

8      **Exhibit 18:** https://crimeresearch.org/2017/07/badly-flawed-misleading-

9  donohue-aneja-weber-study/

10      **Exhibit 19:** https://crimeresearch.org/2018/03/problems-with-using-the-

11  general-social-survey-to-measure-gun-ownership/

12      **Exhibit 20:** https://www.fbi.gov/about/partnerships/office-of-partner-

13  engagement/active-shooter-resources

14      **Exhibit 21:** John R. Lott Jr., "The FBI's Misinterpretation of the Change in

15  Mass Public Shooting" March 2015 available at https://crimeresearch.org/wp-

16  content/uploads/2018/05/ACJS_Today_March_2015.pdf.

17      **Exhibit 22:** https://ucr.fbi.gov/crime-in-the-u.s/2004, Table 8, p. 152

18      **Exhibit 23:** https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-

19  2014/tables/table-8/table-8-by-

20  state/Table_8_Offenses_Known_to_Law_Enforcement_by_Minnesota_by_City_2014

21  .xls.

22      **Exhibit 24:** https://ucr.fbi.gov/crime-in-the-u.s/2003, Table 8

23      **Exhibit 25:** https://ucr.fbi.gov/crime-in-the-u.s/2009, Table 8

24      **Exhibit 26:** https://ucr.fbi.gov/crime-in-the-u.s/2006, Table 8

25      **Exhibit 27:** https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-

26  2014/tables/table-8/table-8-by-

27  state/Table_8_Offenses_Known_to_Law_Enforcement_by_Minnesota_by_City_2014

28  .xls

1    **Exhibit 28:** https://crimeresearch.org/2018/03/spike-premeditated-killing-
2    police-officers/

3        I declare under penalty of perjury that the foregoing is true and correct.

4

5    Dated: November 18, 2020        _Joseph Ostini_____
                                                    JOSEPH OSTINI
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1



| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| Adams Arms | PCC Pistol 9mm 8" AARS | 812151024657 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.adamsarms.net/pcc-pistol-9mm-8-aars |
| Adams Arms | Pistol P1 5.56 11.5" | 812151024480 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://www.adamsarms.net/pistol-p1-5-56-11 |
| Adams Arms | Pistol P2 .308 12.5" AARS | FGAA-00436-R | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.adamsarms.net/pistol-p2-308-12-aars |
| Adams Arms | Pistol P2 300BLK 8" AARS | FGAA-00432-R | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.adamsarms.net/rifle-p2-300-8-aars |
| Adams Arms | Pistol P2 5.56 11.5" AARS | 812151024510 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.adamsarms.net/pistol-p2-5-56-115-aars |
| Adams Arms | Pistol P2 5.56 7.5" AARS | FGAA-00427-R | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.adamsarms.net/pistol-p2-5-56-75-aars |
| Adams Arms | Pistol P3 300 BLK 12.5" AARS | FGAA-00433-R | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.adamsarms.net/rifle-p3-300-12-aars |
| Alexander Arms | .17 HMR Highlander Pistol | P-17-High | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.shopalexanderarms.com/Highlander_AR-15_Pistols-_17_HMR_Highlander_Pistol_w_Velocity_Trigger.html |
| Alexander Arms | .50 Beowulf® Highlander Pistol | P-50-High | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.shopalexanderarms.com/Highlander_AR-15_Pistols-_50_Beowulf_Pistol_w_Velocity_Trigger.html |
| Alexander Arms | 300 AAC Highlander Pistol | P-300-High | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.shopalexanderarms.com/Highlander_AR-15_Pistols-300_AAC_Pistol.html |
| Alexander Arms | 6.5 Grendel Highlander Pistol | P-65-High | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.shopalexanderarms.com/Highlander_AR-15_Pistols-6_5_Grendel_Highlander_Pistol_w_Velocity_Trigger.html |
| American Tactical Imports | ATI AR15 Omni Hybrid MAXX Stripped 5.56/.223 | ATIGOMX556S | Assault Weapon - Pistol | PC 30515(a)(4) A, D | https://www.americantactical.us/5408/detail.html |
| American Tactical Imports | Complete Rifle Assy., AM-9, M-LOK, 9MM, 7.5" | B2-M871-A001 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://andersonmanufacturing.com/complete-rifle-assy-am-9-m-lok-9mm-7-5.html |
| American Tactical Imports | GSG USED FIREFLY HGA . 22LR BLACK 4.9" BL THREADED 10RD - PURPLE | GERGU2210TFFL | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.americantactical.us/6161/detail.html |
| Anderson Manufacturing | Complete Pistol Assy., AM-15, M-LOK, 5.56 NATO, 7.5" | B2-K870-A001 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://andersonmanufacturing.com/complete-rifle-assy-am-15-m-lok-5-56-nato-7-5-b2-k870-a001.html |
| Anderson Manufacturing | Complete Rifle Assy., AM-15, M-LOK, 300 Blkout, 10.5" | B2-K870-C000 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://andersonmanufacturing.com/complete-rifle-assy-am-15-m-lok-300-blkout-10-5-b2-k870-c000.html |
| Anderson Manufacturing | Complete Rifle Assy., AM-15, M-LOK, 300 Blkout, 7.5" | B2-K870-C001 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://andersonmanufacturing.com/complete-rifle-assy-am-15-m-lok-300-blkout-7-5-b2-k870-c001.html |
| Anderson Manufacturing | Complete Rifle Assy., AM-15, M-LOK, 5.56 NATO, 10.5" | B2-K870-A000 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://andersonmanufacturing.com/complete-rifle-assy-am-15-m-lok-5-56-nato-10-5-b2-k870-a000.html |
| Angstadt Arms | Custom UDP-9 Pistol | AAUDP09BC6 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://angstadtarms.com/product/custom-udp9-pistol/ |

| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| Angstadt Arms | mdp-9 | Not available | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://angstadtarms.com/mdp9/ |
| Angstadt Arms | UDP-45 Pistol with SBA3 Brace | AAUDP45B06 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://angstadtarms.com/product/udp-45-pistol-brace/ |
| Angstadt Arms | UDP-9 Pistol with SBA3 Brace | AAUDP09B06 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://angstadtarms.com/product/udp-9-pistol-with-sba3-brace/ |
| Angstadt Arms | UDP-9 Pistol with SBA3 Brace in Magpul FDE | AAUDP09BF6 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://angstadtarms.com/product/udp-9-pistol-with-sba3-brace-fde/ |
| Armalite | EAGLE-15 11" PISTOL | 15EAP11 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.armalite.com/SACItem.aspx?Item=15EAP11&ReturnURL=/Armalite/Product-Category/Complete- |
| Armalite | EAGLE-15 6" PISTOL | 15EAP6 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.armalite.com/SACItem.aspx?Item=15EAP6&ReturnURL=/Armalite/Product-Category/Complete- |
| Arsenal Inc. | SAM7K-44 7.62x39mm Semi-Automatic Pistol | SAM7K-44 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://www.arsenalinc.com/usa/firearms/pistols/sam7k-series/ |
| Auto-Ordnance | 1927A-1, Deluxe Pistol, .45 Cal., Lightweight, 10.5" barrel | TA5100D | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://shopkahrfirearmsgroup.com/firearms/thompson-ta5.asp |
| Beretta | 92 Compact with Rail Inox, (threaded barrel option add | J90C9F20 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.beretta.com/en-us/92-compact-with-rail-inox/ |
| Beretta | 92FSR_22 Suppressor Ready Kit | J90A192FSRF19SK | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.beretta.com/en-us/92fsr-22-suppressor-ready-kit/ |
| Beretta | APX Centurion Combat | JAXQ921701 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.beretta.com/en-us/apx-centurion-combat/ |
| Beretta | APX Combat | JAXF921701 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.beretta.com/en-us/apx-combat/ |
| Beretta | **M9A3 Black E 9mm** | J92M9A3M0 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.championfirearms.com/Beretta-M9A3-Black-J92M9A3M0-p/j92m9a3m0.htm |
| Beretta | Px4 Storm SD Type F | JXF5F45 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.beretta.com/en-us/px4-storm-sd-type-f-/ |
| Bersa | BPCC 9MM Matte Finish with Threaded Barrel | 1583 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://bersa.eagleimportsinc.com/bersa/bersabpcc9mm-1583 |
| Bersa | Thunder 22 Matte Black with Threaded Barrel | 786 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://bersa.eagleimportsinc.com/bersa/thunder-786 |
| Bersa | Thunder 380 Matte Finish with Threaded Barrel | 1474 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://bersa.eagleimportsinc.com/bersa/thunder-380-matte-1474 |
| Bersa | TPR9 Matte with Threaded Barrel | 111445 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://bersa.eagleimportsinc.com/bersa/tpr9-matte |
| Bersa | TPR9C Matte with Threaded Barrel | 1483 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://bersa.eagleimportsinc.com/bersa/tpr9c-matte-1483 |

**0003**

| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| Black Rain Ordnance | FalloutCQB 9mm – Standard Issue | ICDIP5B10BR | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://blackrainordnance.com/product/falloutcqb-9mm-standard-issue/ |
| Black Rain Ordnance | Ion 9 Pistol | BRO-ION9-P-BLADE | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://blackrainordnance.com/product/ion-9-pistols/ |
| Black Rain Ordnance | Ion 9 Pistol – Standard Issue | BRO-ION9-SI-P-BLADE | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://blackrainordnance.com/product/ion-9-pistols-standard-issue/ |
| Black Rain Ordnance | Spec15 Series Pistol | BRO-SPEC15-P-SBA3 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://blackrainordnance.com/product/spec15-series-pistols/ |
| Black Rain Ordnance | Subatomic Pistol | BRO-SUBATOMIC | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://blackrainordnance.com/product/subatomic-pistols/ |
| Bravo Company USA | 300 Blk Recce 12 MCMR | 523-850-SBA | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://bravocompanymfg.com/specification/bcm_300blk_recce12_mcmr.php |
| Bravo Company USA | 300 Blk Recce 9 KRM-A | 503-890-SBA | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://bravocompanymfg.com/specification/bcm_300blk_recce9_kmra.php |
| Bravo Company USA | 300 Blk Recce 9 MCMR | 503-850-SBA | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://bravocompanymfg.com/specification/bcm_300blk_recce9_mcmr.php |
| Bravo Company USA | 300 Blk Recce QRF | 503-830-SBA | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://bravocompanymfg.com/specification/bcm_300blk_recce9_qrf.php |
| Bravo Company USA | Recce 11 KMR-A | 610-890-SBA | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://bravocompanymfg.com/specification/bcm_recce11_kmra.php |
| Bravo Company USA | Recce 11 MCMR | 523-890-SBA | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://bravocompanymfg.com/specification/bcm_recce11_mcmr.php |
| Bravo Company USA | Recce 11 QRF | 610-830-SBA | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://bravocompanymfg.com/specification/bcm_recce11_qrf.php |
| Browning | 1911-22 Black Label Compact Suppressor Ready with Rail | 51821490 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.browning.com/products/firearms/pistols/1911-22/current-production/1911-22-black-label-suppressor-ready-with-compact.html |
| Browning | 1911-22 Black Label Medallion Compact Suppressor Ready | 51860490 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.browning.com/products/firearms/pistols/1911-22/discontinued/1911-22-black-label-medallion-suppressor-ready-compact.html |
| Browning | Buck Mark Field Target Suppressor Ready | 51527490 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.browning.com/products/firearms/pistols/buck-mark-pistols/current-production/buck-mark-field-target-suppressor-ready.html |
| Browning | Buck Mark Plus Camper Suppressor Ready | 51534490 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.browning.com/products/firearms/pistols/buck-mark-pistols/limited-availability/buck-mark-plus-camper-suppressor-ready.html |
| Canik USA | TP9 Elite Combat | HG6481D | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.canikusa.com/tp9-elite-combat |
| Canik USA | TP9 Elite Combat Executive | HG4950-N | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.canikusa.com/tp9-elite-combat-executive |
| Canik USA | TP9 Elite Combat Executive With Vortex Viper Red Dot | HG4950V-N | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.canikusa.com/tp9-elite-combat-executive-w-viper-optic |

**0004**

| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| Canik USA | TP9 Elite Combat with Vortex Viper Red Dot | HG6481DV-N | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.canikusa.com/tp9-elite-combat-w-vortex-viper-sight-fde |
| Century Arms | Draco | HG1916-N | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://www.centuryarms.com/draco-pistol.html |
| Century Arms | Draco NAK9 | HG3736-N | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://www.centuryarms.com/draco-nak9.html |
| Century Arms | Micro Draco | HG2797-N | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://www.centuryarms.com/micro-draco-pistol.html |
| Century Arms | Mini Draco | HG2137-N | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://www.centuryarms.com/mini-draco-pistol.html |
| Century Arms | U.S. Made Draco Pistol | HG4257-N | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://www.centuryarms.com/u-s-made-draco-pistol-cal-7-62-x-39mm.html |
| Chiappa Firearms | CBR-9 PISTOL W/ ARM BRACE 9MM/9"BBL | 500.217 | Assault Weapon - Pistol | PC 30515(a)(4) A,B, | https://www.chiappafirearms.com/product.php?id=630 |
| Christensen Arms | A5-TR | Not available | Assault Weapon - Pistol | PC 30515(a)(4) A | https://christensenarms.com/a-series/ |
| Christensen Arms | CA 9mm | 801-11007-02-CA | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://christensenarms.com/msrs/ |
| Christensen Arms | G5-TR | Not available | Assault Weapon - Pistol | PC 30515(a)(4) A | https://christensenarms.com/g5/ |
| Civilian Force Arms | Civilian Force Arms Katy-15 Pistol 223 Rem | 162017050154 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.impactguns.com/semi-auto-handguns/civilian-force-arms-katy-15-pistol-223-rem-162017050154-010117kp |
| Civilian Force Arms | Civilian Force Arms Warrior-15 AR Pistol, .223/5.56, 7.5", 30rd Black | 162017050161 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.impactguns.com/Semi-Auto-Handguns/Civilian-Force-Arms-Warrior-15-AR-Pistol-223-5-56-7-5-30rd-Black-162017050161-010117WP/ |
| CMMG | Pistol, Banshee 100, Mk10, 10mm | 10A42CB | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-100-mk10-10mm/ |
| CMMG | Pistol, Banshee 100, Mk3, 308 WIN | 38A92C2 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-100-mk3-308-win/ |
| CMMG | Pistol, Banshee 100, Mk4, 22LR | 22A8F5D | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-100-mk4-22lr/ |
| CMMG | Pistol, Banshee 100, Mk4, 300 BLK | 30A8194 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-100-mk4-300-blk/ |
| CMMG | Pistol, Banshee 100, Mk4, 5.56mm | 55ADF13 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-100-mk4-5-56mm/ |
| CMMG | Pistol, Banshee 100, Mk4, 5.7 x28mm | 54A2427 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-100-mk4-5-7x28mm/ |
| CMMG | Pistol, Banshee 100, Mk47, 7.62 x 39mm | 76A29F9 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-100-mk47-7-62-x-39mm/ |

| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| CMMG | Pistol, Banshee 100, Mk9, 9mm | 90A3BE4 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-100-mk9-9mm/ |
| CMMG | Pistol, Banshee 100, MkG, 45 ACP | 45ABFA2 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-100-mkg-45-acp/ |
| CMMG | Pistol, Banshee 100, MkGs, 40 S&W | 40A73A5 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-100-mkgs-40-sw/ |
| CMMG | Pistol, Banshee 100, MkGs, 9mm | 99A5194 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-100-mkgs-9mm/ |
| CMMG | Pistol, Banshee 100, MkW-15, 458 SOCOM | 48A9E68 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-100-mkw-15-458-socom |
| CMMG | Pistol, Banshee 100, MkW-15, 6.5 Grendel | 66A5496 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-100-mkw-15-6-5-grendel/ |
| CMMG | Pistol, Banshee 200, Mk10, 10mm | 10A4296 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-200-mk10-10mm/ |
| CMMG | Pistol, BANSHEE 200, Mk17, 9mm | 92A51AA | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-200-mk17-9mm/ |
| CMMG | Pistol, Banshee 200, Mk3, 308 WIN | 38A925B | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-200-mk3-308-win/ |
| CMMG | Pistol, Banshee 200, Mk4, 22LR | 22A8FA3 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-200-mk4-22lr/ |
| CMMG | Pistol, Banshee 200, Mk4, 300 BLK | 30A817B | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-200-mk4-300-blk/ |
| CMMG | Pistol, Banshee 200, Mk4, 5.56mm | 55ADF68 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-200-mk4-5-56mm/ |
| CMMG | Pistol, Banshee 200, Mk4, 5.7 x 28mm | 54A241B | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-200-mk4-5-7x28mm/ |
| CMMG | Pistol, Banshee 200, Mk47, 7.62 x 39mm | 76A29A2 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-200-mk47-7-62-x-39mm/ |
| CMMG | Pistol, Banshee 200, Mk9, 9mm | 90A3B37 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-200-mk9-9mm/ |
| CMMG | Pistol, Banshee 200, MkG, 45 ACP | 76AE824 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-300-mk47-7-62-x-39mm/ |
| CMMG | Pistol, Banshee 200, MkGs, 40 S&W | 40A73E5 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-200-mkgs-40-sw/ |
| CMMG | Pistol, Banshee 200, MkGs, 9mm | 99A51D7 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-200-mkgs-9mm/ |
| CMMG | Pistol, Banshee 200, MkW-15, 458 SOCOM | 48A9E97 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-200-mkw-15-458-socom/ |

| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| CMMG | Pistol, Banshee 200, MkW-15, 6.5 Grendel | 66A5419 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-200-mkw-15-6-5-grendel/ |
| CMMG | Pistol, Banshee 300, Mk10, 10mm | 10A428C | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-300-mk10-10mm/ |
| CMMG | Pistol, BANSHEE 300, Mk17, 9mm | 92A17DA | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-300-mk17-9mm/ |
| CMMG | Pistol, Banshee 300, Mk4, 22LR | 22A5B62 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-300-mk4-22lr/ |
| CMMG | Pistol, Banshee 300, Mk4, 300 BLK | 30A81E2 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-300-mk4-300-blk/ |
| CMMG | Pistol, Banshee 300, Mk4, 5.7 x 28mm | 54A186A | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-300-mk4-5-7-x-28mm/ |
| CMMG | Pistol, Banshee 300, Mk4, 9mm RDB | 94A179C | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-300-mk4-9mm-rdb/ |
| CMMG | Pistol, Banshee 300, Mk47, 7.62 x 39mm | 76AE824 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-300-mk47-7-62-x-39mm/ |
| CMMG | Pistol, Banshee 300, Mk57, 5.7 x 28mm | 57A1843 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-300-mk57-5-7-x-28mm/ |
| CMMG | Pistol, Banshee 300, MkG, 45 ACP | 45A691C | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-300-mkg-45-acp/ |
| CMMG | Pistol, Banshee 300, MkGs, 40 S&W | 40A513C | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-300-mkgs-40-sw/ |
| CMMG | Pistol, Banshee 300, MkGs, 9mm | 99A172F | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-300-mkgs-9mm/ |
| CMMG | Pistol, BANSHEE100, Mk17, 9mm | 92A5156 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://cmmginc.com/product/pistol-banshee-100-mk17-9mm/ |
| Colt | M4 Carbine OEM1 | 98289020246 | Assault Weapon - Pistol | PC 30515(a)(4) A, D | https://www.colt.com/detail-page/colt-le6920-oem1-556-161-a2-blk |
| Colt | M4 Carbine OEM2 | 98289020253 | Assault Weapon - Pistol | PC 30515(a)(4) A, D | https://www.colt.com/detail-page/colt-le6920-oem1-556-161-lpgb-blk |
| CZ | CZ 75 B Ω Urban Grey Suppressor-Ready (Omega) | 1235 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://cz-usa.com/product/cz-75-b-%cf%89-urban-grey-suppressor-ready-omega/ |
| CZ | CZ 75 SP-01 Tactical Urban Grey Suppressor-Ready | 91253 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://cz-usa.com/product/cz-75-sp-01-tactical-urban-grey-suppressor-ready/ |
| CZ | CZ P-01 Ω Urban Grey Suppressor-Ready (Omega) | 91299 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://cz-usa.com/product/cz-p-01-%cf%89-urban-grey-suppressor-ready-omega/ |
| CZ | CZ P-09 Suppressor-Ready | 91270 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://cz-usa.com/product/cz-p-09-suppressor-ready/ |

**0007**

| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| CZ | CZ P-09 Urban Grey Suppressor-Ready | 91269 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://cz-usa.com/product/cz-p-09-urban-grey-suppressor-ready/ |
| CZ | CZ P-10 C Suppressor-Ready | 91533 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://cz-usa.com/product/cz-p-10-c-suppressor-ready/ |
| CZ | CZ P-10 F Urban Grey Suppressor-Ready | 91544 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://cz-usa.com/product/cz-p-10-f-urban-grey-suppressor-ready/ |
| CZ | DW Discretion | 1885 | Assault Weapon - Pistol | PC 30515(a)(4) A | http://danwessonfirearms.com/product/discretion// |
| CZ | **P-07 Urban Grey Suppressor-Ready** | 91288 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://cz-usa.com/product/cz-p-07-urban-grey-suppressor-ready/ |
| CZ-USA | CZ Bren 2 Ms Pistol 5.56x45, 11" | 91451 | Assault Weapon - Pistol | PC 30515(a)(4) A,D | https://cz-usa.com/product/cz-bren-2-ms/ |
| CZ-USA | CZ Bren 2 Ms Pistol 5.56x45, 14" | 81452 | Assault Weapon - Pistol | PC 30515(a)(4) A,D | https://cz-usa.com/product/cz-bren-2-ms/ |
| CZ-USA | CZ Bren 2 Ms Pistol 5.56x45, 8" | 91450 | Assault Weapon - Pistol | PC 30515(a)(4) A ,D | https://cz-usa.com/product/cz-bren-2-ms/ |
| CZ-USA | CZ Bren 2 Ms Pistol 7.62x39, 11" | 91461 | Assault Weapon - Pistol | PC 30515(a)(4) A, D | https://cz-usa.com/product/cz-bren-2-ms/ |
| CZ-USA | CZ Bren 2 Ms Pistol 7.62x39, 14" | 91462 | Assault Weapon - Pistol | PC 30515(a)(4) A ,D | https://cz-usa.com/product/cz-bren-2-ms/ |
| CZ-USA | CZ Bren 2 Ms Pistol 7.62x39, 9" | 91460 | Assault Weapon - Pistol | PC 30515(a)(4) A, D | https://cz-usa.com/product/cz-bren-2-ms/ |
| CZ-USA | CZ Scorpion EVO 3 S1 Pistol | 91351 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://cz-usa.com/product/cz-scorpion-evo-3-s1-pistol-2/ |
| CZ-USA | CZ Scorpion EVO 3 S1 Pistol (low capacity) | 1351 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://cz-usa.com/product/cz-scorpion-evo-3-s1-pistol-2/ |
| CZ-USA | CZ Scorpion EVO 3 S1 Pistol Battleship Grey | 91356 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://cz-usa.com/product/cz-scorpion-evo-3-s1-pistol-2/ |
| CZ-USA | CZ Scorpion EVO 3 S1 Pistol Battleship Grey (low capacity) | 1356 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://cz-usa.com/product/cz-scorpion-evo-3-s1-pistol-2/ |
| CZ-USA | CZ Scorpion EVO 3 S1 Pistol FDE | 91352 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://cz-usa.com/product/cz-scorpion-evo-3-s1-pistol-2/ |
| CZ-USA | CZ Scorpion EVO 3 S1 Pistol FDE (low capacity) | 1352 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://cz-usa.com/product/cz-scorpion-evo-3-s1-pistol-2/ |
| CZ-USA | CZ Scorpion EVO 3 S1 Pistol OD Green | 91355 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://cz-usa.com/product/cz-scorpion-evo-3-s1-pistol-2/ |
| CZ-USA | CZ Scorpion EVO 3 S1 Pistol OD Green (low capacity) | 1355 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://cz-usa.com/product/cz-scorpion-evo-3-s1-pistol-2/ |

| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| CZ-USA | CZ Scorpion EVO 3 S1 Pistol w/ Flash Can | 91354 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://cz-usa.com/product/cz-scorpion-evo-3-s1-pistol-w-flash-can-folding-brace/ |
| CZ-USA | CZ Scorpion EVO 3 S1 Pistol w/ Flash Can (low capacity) | 1354 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://cz-usa.com/product/cz-scorpion-evo-3-s1-pistol-w-flash-can-folding-brace/ |
| CZ-USA | CZ Scorpion EVO 3 S1 Pistol w/ Flash Can and Folding | 91354 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://cz-usa.com/product/cz-scorpion-evo-3-s1-pistol-w-flash-can-folding-brace/ |
| CZ-USA | CZ Scorpion EVO 3 S1 Pistol w/ Flash Can and Folding | 1354 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://cz-usa.com/product/cz-scorpion-evo-3-s1-pistol-w-flash-can-folding-brace/ |
| Dan Wesson Firearms | Vigil Suppressor-Ready | 1831 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://danwessonfirearms.com/product/vigil-suppressor-ready/ |
| Dan Wesson Firearms | Wraith | 1810 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://danwessonfirearms.com/product/wraith-copy/ |
| Daniel Defense | DDM4 PDW (300 Blackout) | 02-088-22070-047 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://danieldefense.com/ddm4-pdw.html |
| Daniel Defense | DDM4 V7 P | 02-128-17050 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://danieldefense.com/ddm4rv7rp-02-128-17050.html |
| Daniel Defense | DDM4 V7 P (300 Blackout) | 02-128-19153 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://danieldefense.com/ddm4rv7rp-300-blackout-02-128-19153.html |
| Daniel Defense | DDM4 V7 P (Law Tactical) | 02-128-16550 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://danieldefense.com/ddm4rv7rp-law-tactical-02-128-16550.html |
| Daniel Defense | MK18 Pistol | 02-088-01202 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://danieldefense.com/mk18-pistol-02-088-01202.html |
| Daniel Defense | MK18 Pistol (Law Tactical) | 02-088-22038 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://danieldefense.com/mk18-pistol-law-tactical-02-088-22038.html |
| Delton | LIMA MLOK Pistol | PFT75-4 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.del-ton.com/ar15-pistols-s/213.htm |
| Diamondback Firearms | DB9R Pistol: DB9RPFB7 | DB9RPFB7 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://diamondbackfirearms.com/portfolio/db9rpfb7/ |
| Diamondback Firearms | DB9R Pistol: DB9RPMLB10 | DB9RPMLB10 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://diamondbackfirearms.com/portfolio/db9rpmlb10/ |
| Diamondback Firearms | DB9R Pistol: DB9RPMLB10SB3 | DB9RPMLB10SB3 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://diamondbackfirearms.com/portfolio/db9rpmlb10sb3/ |
| Diamondback Firearms | DB9R Pistol: DB9RPMLBB10 | DB9RPMLBB10 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://diamondbackfirearms.com/portfolio/db9rpmlbb10/ |
| Diamondback Firearms | DB9R Pistol: DB9RPMLBB10 | DB9RPMLBB10 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://diamondbackfirearms.com/portfolio/db9rpmlmb10/ |
| Diamondback Firearms | DBX57 Pistol | DBX57CFB | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://diamondbackfirearms.com/dbx-series/ |

**0009**

| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| DS Arms | DSA SA58 FAL OSW PISTOL - 11" Barrel | SA5811TACPISTOL-A | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://www.dsarms.com/p-16595-dsa-sa58-fal-osw-pistol-11-barrel.aspx |
| DS Arms | DSA SA58 FAL OSW PISTOL - 11" Barrel - Folding Arm | SA5811PISTOLBRC-RL-A | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.dsarms.com/p-16596-dsa-sa58-fal-osw-pistol-11-barrel-folding-arm-brace-rail-handguard-included.aspx |
| DS Arms | DSA SA58 FAL OSW PISTOL - 11" Barrel - Folding Arm | SA5811PISTOLBRC-A | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://www.dsarms.com/p-15199-dsa-sa58-fal-osw-pistol-11-barrel-folding-arm-brace-included.aspx |
| DS Arms | DSA SA58 FAL PISTOL 8.25" Barrel | SA58825TACPISTOL-A | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://www.dsarms.com/p-13270-dsa-sa58-fal-pistol-825-barrel.aspx |
| DS Arms | DSA SA58 FAL PISTOL 8.25" Barrel - Folding Arm Brace | SA58825PISTOLBRC-A | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://www.dsarms.com/p-15577-dsa-sa58-fal-pistol-825-barrel-folding-arm-brace-included.aspx |
| DS Arms | DSA SA58 Improved Battle Pistol - 11" Barrel - Folding | SA5811-IBP-A | Assault Weapon - Pistol | PC 30515(a)(4) A,C ,D | https://www.dsarms.com/p-17123-dsa-sa58-improved-battle-pistol-11-barrel-folding-arm-brace-m-lok-handguard-included.aspx |
| DS Arms | DSA SA58 Improved Battle Pistol - 8.25" Barrel - Folding | SA58825-IBP-A | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.dsarms.com/p-17105-dsa-sa58-improved-battle-pistol-825-barrel-folding-arm-brace-m-lok-handguard-included.aspx |
| DS Arms | DSArms AR15 10.3" Service Series 5.56x45 NATO MK18 - | ZM4RCR103-M18-0-A | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://www.dsarms.com/p-17075-dsarms-ar15-103-service-series-556x45-nato-mk18-mod-0-pistol-knights-armament-upgrades.aspx |
| DS Arms | DSArms AR15 ZM4 10.3" WarZ Series 5.56 Pistol - | ZM4RCR-WARZ103-P-A | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.dsarms.com/p-17096-dsarms-ar15-zm4-103-warz-series-556-pistol-sba3-arm-brace-midwest-combat-rail.aspx |
| DS Arms | DSArms AR15 ZM4 10.3" WarZ Ti-V2 5.56 Pistol - | ZM4RCR-WARZTI103-P-A | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.dsarms.com/p-17097-dsarms-ar15-zm4-103-warz-ti-v2-556-pistol-sba3-arm-brace-titanium-edition.aspx |
| European American Armory Corp | Girsan MC28 SA-TV | 741566903403 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://eaacorp.com/product/girsan-mc28-sa-tv/ |
| European American Armory Corp | Girsan MC28 SA-TV-BX | 741566903861 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://eaacorp.com/product/girsan-mc28-sa-tv-bx/ |
| European American Armory Corp | Girsan Regard MC BX | 741566903847 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://eaacorp.com/product/girsan-regard-mc-bx/ |
| FN | FN 509 Compact Tactical FDE | 845737012656 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://fnamerica.com/products/fn-509-series/fn-509-compact-tactical-fde/ |
| FN | FN 509 Tactical FDE | 845737009137 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://fnamerica.com/products/pistols/fn-509-tactical/ |
| FN | FNX-45 Tactical | 845737000912 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://fnamerica.com/products/pistols/fnx-45-tactical/ |
| FN | FNX-45 Tactical FDE | 845737000912 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://fnamerica.com/products/pistols/fnx-45-fde/ |
| Fold AR | Double FoldAR Pistol 9" – .223 Wylde / 5.56 NATO (2020-. | 203 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://foldar.com/product/double-foldar15-pistol-9-5-56-nato-2020-gen3/ |
| Fold AR | Double FoldAR Pistol 9" .300 BLK (2020-Gen3) | 213 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://foldar.com/product/double-foldar15-pistol-9-300-blk-2020-gen3/ |

**0010**

| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| Franklin Armory | B&T APC 9 PRO BFSIII With Brace | 3146 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://franklinarmory.com/b-t-apc-9-pro-bfsiii-with-brace/ |
| Franklin Armory | BFSIII Equipped B&T GHM45 | 3144 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://franklinarmory.com/bfsiii-equipped-b-t-ghm45/ |
| Franklin Armory | BFSIII Equipped B&T GHM9 Gen 2 Compact | 3142 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://franklinarmory.com/bfsiii-equipped-b-t-ghm9-gen-2-compact/ |
| Franklin Armory | FRANKLIN ARMORY CA11 | 3151-BLK | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://franklinarmory.com/franklin-armory-ca11/ |
| Franklin Armory | FRANKLIN ARMORY CA12 | 3153 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://franklinarmory.com/franklin-armory-ca12/ |
| Franklin Armory | FRANKLIN ARMORY PDW C11-OPS Pistol | 3137-BLK | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://franklinarmory.com/franklin-armory-pdw-c11-ops-pistol/ |
| Freedom Ordnance | FX-9 | 856169007066 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://freedomordnance.com/product/fx-9/ |
| Glock | G17 TB | GLOPI1750203TB | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.gricegunshop.com/glopi1750203tb-glock-17-9mm-4-49-fixed-sights-17rd-tb.html |
| Glock | G21 SF TB | 764503911293 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.budsgunshop.com/product_info.php/products_id/93192 |
| Glock | G23 TB | PI2350201TB | Assault Weapon - Pistol | PC 30515(a)(4) A | https://shootingsurplus.com/glock-g23-40s-w-gen3-f-s-10rd-tb/ |
| Glock | Glock 19 Compact 9mm Pistol with Threaded Barrel - | PA195S3G03TB | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.primaryarms.com/glock-19-compact-9mm-pistol-threaded-barrel-lipseys-exclusive |
| Glock | Glock 19 Gen 4 Compact 9mm Pistol - Threaded Barrel - | GLUG1950203T | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.primaryarms.com/glock-19-gen4-compact-9mm-pistol-threaded-barrel-trump-edition |
| Glock | Glock 19 GEN 5 9mm Threaded Barrel | PA195S3G03TB | Assault Weapon - Pistol | PC 30515(a)(4) A | https://dkfirearms.com/product/glock-19-gen-5-9mm-threaded-barrel/ |
| Glock | Glock G45 9mm Pistol with Threaded Barrel | GLPA455S3G03TB | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.primaryarms.com/glock-g45-9mm-pistol-threaded-barrel |
| **Glock** | Glock G45 9mm Pistol with Threaded Barrel | **GLPA455S3G03TB** | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.primaryarms.com/glock-g45-9mm-pistol-threaded-barrel |
| Heckler & Koch | HK416 .22 LR Pistol | 642230257894 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://hk-usa.com/hk-models/hk416-22-lr-pistol/ |
| Heckler & Koch | HK45 COMPACT TACTICAL | 642230261365 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://hk-usa.com/hk-models/hk45-compact-tactical/ |
| Heckler & Koch | HK45 TACTICAL | 642230261310 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://hk-usa.com/hk-models/hk45-tactical/ |
| Heckler & Koch | MARK 23 | 642230261587 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://hk-usa.com/hk-models/mark-23/ |

| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| Heckler & Koch | SP5 | 642230259829 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://hk-usa.com/hk-models/sp5/ |
| Heckler & Koch | SP5K-PDW | 642230261815 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://hk-usa.com/hk-models/sp5k-pdw/ |
| Heckler & Koch | USP TACTICAL | 642230261501 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://hk-usa.com/hk-models/usp-tactical/ |
| Heckler & Koch | VP9 Tactical OR | 642230262485 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://hk-usa.com/hk-models/vp9-tactical/ |
| I.O. Inc. | HELLFIRE 9MM PISTOL | IOHF1001 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.interordnance.com/p/hellfire-9mm-pistol |
| I.O. Inc. | HELLFIRE 9MM PISTOL-LRBHO | IOHF1002 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.interordnance.com/p/hellfire-9mm-pistol-lrbho |
| I.O. Inc. | M215 9MM ML-7 | IO9MM2022 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.interordnance.com/p/m215-9mm-ml-7 |
| I.O. Inc. | M215 9MM ML-7 W/ BRACE | IO9MM2022BR | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.interordnance.com/p/m215-9mm-ml-7-w-brace |
| I.O. Inc. | M215-ML7 | IODM15P7ML | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.interordnance.com/p/m215-ml7 |
| I.O. Inc. | M215-ML7 FDE W/ BRACE | IODM15P7MLBRFDE | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.interordnance.com/p/m215-ml7-fde-w-brace |
| I.O. Inc. | M215-ML7 W/ BRACE | IODM15P7MLBR | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.interordnance.com/p/m215-ml7-w-brace |
| IWI | IWI Galil Ace Pistol with Stabilizing Brace | W-IWI-GAP39SB | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://www.interstatearms.com/store/product.aspx?productId/37051/IWI-Galil-Ace-Pistol-with-Stabilizing-Brace/ |
| Kalashnikov USA | Kalashnikov USA KP-9 – 9x19mm Pistol | KP-9 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://kalashnikov-usa.com/product/kp-9-9x19mm-pistol-kalashnikov-usa/ |
| Kalashnikov USA | Kalashnikov USA KP-9 RTC – 9x19mm Pistol Russian | KP-9 RTC | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://kalashnikov-usa.com/product/kp-9-9x19mm-pistol-russian-tiger-camo/ |
| Kalashnikov USA | Kalashnikov USA KP-9 USC 9x19mm Pistol Urban Strike | KP-9-USC | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://kalashnikov-usa.com/product/kp-9-9x19mm-pistol-urban-strike-camo/ |
| KelTec | CP33 | Not available | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.keltecweapons.com/firearms/pistols/cp33/ |
| KelTec | P17 | 124343347 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.keltecweapons.com/firearms/pistols/p17/ |
| KelTec | PLR16 PISTOL PACKAGE – RIFLE POWER | REV:0605 | Assault Weapon - Pistol | PC 30515(a)(4) A,D | https://www.keltecweapons.com/firearms/pistols/plr16/ |
| KelTec | PLR22 PISTOL – LONG RANGE – PLEASURE | REV:0508 | Assault Weapon - Pistol | PC 30515(a)(4) A,D | https://www.keltecweapons.com/firearms/pistols/plr22/ |

**0012**

| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| Kimber | Custom TLE/RL II (TFS) .45 | 669278323374 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.kimberamerica.com/custom-tle-rl-ii-tfs |
| Kimber | Custom TLE/RL II (TFS) 9mm | 669278323398 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.kimberamerica.com/custom-tle-ii-tfs |
| Kimber | Desert Warrior (TFS) | 669278302379 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.kimberamerica.com/desert-warrior-tfs-45acp |
| Kimber | MONARK MK-9MM-5SFTB-B | MK-9MM-5SFTB-B | Assault Weapon - Pistol | PC 30515(a)(4) A | https://nemoarms.com/product/monark-mk-9mm-5sftb-b/ |
| Kimber | MONARK MK-9MM-5STB-B | MK-9MM-5STB-B | Assault Weapon - Pistol | PC 30515(a)(4) A | https://nemoarms.com/product/monark-mk-9mm-5stb-b/ |
| Kimber | MONARK MK-9MM-5STB-FDE | MK-9MM-5STB-FDE | Assault Weapon - Pistol | PC 30515(a)(4) A | https://nemoarms.com/product/monark-mk-9mm-5stb-fde/ |
| Kimber | MONARK-MK-9MM-5 | MK-9MM-5 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://nemoarms.com/product/monark-mk-9mm-5/ |
| Kriss USA | DMK22P | DM22-PBL00 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://kriss-usa.com/item/dmk22p/ |
| Kriss USA | SPHINX SDP Compact TB | S4-WDCME-079 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://kriss-usa.com/item/sphinx-sdp-compact/ |
| Kriss USA | SPHINX SDP Duty | S4-WDCM-E086 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://kriss-usa.com/item/sphinx-sdp-duty/ |
| Kriss USA | Vector 22 SDP-SB | DM22-PSBBL00 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://kriss-usa.com/item/dmk22p-sb/ |
| Kriss USA | Vector SDP | KB90-PBL20 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://kriss-usa.com/item/vector-sdp/ |
| Kriss USA | Vector SDP-SB | KV90-PSBB90L20 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://kriss-usa.com/item/vector-sdp-sb/ |
| Kriss USA | Vector SDP-SB Enhanced | KV90-PSBBL31 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://kriss-usa.com/item/vector-sdp-sb-enhanced/ |
| LWRC | IC DI Pistol + Brace | W-IWI-GAP39SB | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.lwrci.com/IC-DI-Pistol-Brace-556-NATO_p_240.html |
| Masterpiece Arms | MPA57DMG 5.7x28mm Pistol | MPA57sst | Assault Weapon - Pistol | PC 30515(a)(4) A | https://masterpiecearms.com/shop/mpa57sst-5-7x28mm-pistol/ |
| Maxim Defense | MD:15 10.5" Barrel | Not available | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.maximdefense.com/product/pre-order-md15-10-5/ |
| Maxim Defense | MD:15 8.5" Barrel | not available | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.maximdefense.com/product/pre-order-md15-8-5/ |
| Nighthawk Custom | Silent Hawk 9mm | Not available | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.nighthawkcustom.com/pistols/silent-hawk |

| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| Noveske Rifleworks Firearms | 10.5" Gen 4 Noveske9 Pistol | 2000829 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://noveske.com/products/02000829 |
| Noveske Rifleworks Firearms | 10.5" Gen I Light Shorty Basic Pistol | 2000721 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://noveske.com/products/02000721 |
| Noveske Rifleworks Firearms | 10.5" Gen I Shorty Pistol | 2000719 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://noveske.com/products/10-5-gen-i-shorty-pistol |
| Noveske Rifleworks Firearms | 10.5" Gen III Shorty Pistol | 2000801 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://noveske.com/products/10-5-gen-iii-shorty-pistol |
| Noveske Rifleworks Firearms | **12.5" Gen III Leonidas M-LOK Switchblock N6 Pistol** | 2000890 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://noveske.com/products/02000890 |
| Noveske Rifleworks Firearms | 7.94" Gen 4 Ghetto Blaster Pistol | 2000575 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://noveske.com/products/7-94-gen-4-ghetto-blaster-pistol |
| Noveske Rifleworks Firearms | 7.94" Gen 4 N4-PDW Diplomat Pistol | 2000595 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://noveske.com/products/7-94-gen-4-n4-pdw-diplomat-pistol |
| Noveske Rifleworks Firearms | 7.94" Gen III Diplomat Pistol | 2000757 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://noveske.com/products/7-94-gen-iii-diplomat-pistol |
| Noveske Rifleworks Firearms | 8.5" Gen 4 Noveske Space Invader Pistol | 2000825 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://noveske.com/products/8-5-gen-4-noveske-space-invader-pistol |
| POF USA | Minuteman 350 | 1660 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://pof-usa.com/firearm/minuteman-350-pistol/ |
| POF USA | Minuteman 556 | 1658 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://pof-usa.com/firearm/minuteman-pistol/ |
| POF USA | P415 Edge | 1127 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://pof-usa.com/firearm/p415-edge-pistol/ |
| POF USA | Rebel 22 | 1664 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://pof-usa.com/firearm/rebel/ |
| POF USA | Renegade | 1462 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://pof-usa.com/firearm/renegade-pistol/ |
| POF USA | Revolution 308 | 1599 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://pof-usa.com/firearm/revolution-di-pistol/ |
| POF USA | Rogue | 1665 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://pof-usa.com/firearm/rogue-pistol/ |
| Polymer 80 | P80 PFC9 Pistol with Threaded Barrel & Night Sights | P80-PFC9-CMP-TFNS-BLK-10 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.polymer80.com/P80 |
| Remington | 1911 R1 Enhanced Threaded Barrel | 96339 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.gricegunshop.com/rgu96339-rem-1911-r1-45acp-5-threaded-7rd.html |
| Rock Island Armory | GI Standard FS Threaded - 45 ACP | 51473 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.armscor.com/firearms/ria/gi-series/gi-standard-fs-threaded-45-acp/ |

| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| Rock Island Armory | TAC ULTRA THREADED 10MM 16rd | 56862 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.armscor.com/firearms/ria/tac-series/tac-ultra-threaded-10mm-16rd/ |
| Rock River Arms | 10.5 Inch A4 Pistol LAR-15 | AR2122X | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://www.rockriverarms.com/index.cfm?fuseaction=category.display&category_ID=247 |
| Rock River Arms | 10.5 Inch A4 Pistol with SBA3 Arm Brace LAR-15 | AR2142 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.rockriverarms.com/index.cfm?fuseaction=category.display&category_ID=1864 |
| Rock River Arms | 10.5 Inch A4 Pistol with SBA3 Arm Brace LAR-9 | 9MM2142 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.rockriverarms.com/index.cfm?fuseaction=category.display&category_ID=1866 |
| Rock River Arms | 10.5 Inch Mountain Pistol LAR-15 | MT2122 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.rockriverarms.com/index.cfm?fuseaction=category.display&category_ID=1940 |
| Rock River Arms | 10.5 Inch Pistol with SBA3 Arm Brace BT-9G 9x19mm | BT92142 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.rockriverarms.com/index.cfm?fuseaction=category.display&category_ID=1933 |
| Rock River Arms | 10.5 Inch Pistol with SBA3 Arm Brace LAR-15LH LEF-T | LH2142 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.rockriverarms.com/index.cfm?fuseaction=category.display&category_ID=2011 |
| Rock River Arms | 7 Inch A4 Pistol LAR-15 | AR2112X | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.rockriverarms.com/index.cfm?fuseaction=category.display&category_ID=129 |
| Rock River Arms | 7 Inch A4 Pistol LAR-9 | 9MM2112X | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.rockriverarms.com/index.cfm?fuseaction=category.display&category_ID=130 |
| Rock River Arms | 7 Inch A4 Pistol with SBA3 Arm Brace LAR-15 | AR2132 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.rockriverarms.com/index.cfm?fuseaction=category.display&category_ID=1863 |
| Rock River Arms | 7 Inch A4 Pistol with SBA3 Arm Brace LAR-9 | 9MM2132 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.rockriverarms.com/index.cfm?fuseaction=category.display&category_ID=1865 |
| Rock River Arms | 7 Inch Pistol with SBA3 Arm Brace BT-9G 9x19mm | BT92133 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.rockriverarms.com/index.cfm?fuseaction=category.display&category_ID=1915 |
| Rock River Arms | 9 Inch Pistol with SBA3 Arm Brace LAR-22 .22LR | 22L2132A | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.rockriverarms.com/index.cfm?fuseaction=category.display&category_ID=1912 |
| Rock River Arms | RRAGE 10.5" Pistol with SBA3 Arm Brace LAR-15 | *DS2142* | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.rockriverarms.com/index.cfm?fuseaction=category.display&category_ID=2096 |
| Rock River Arms | RRAGE 7 Inch Pistol with SBA3 Arm Brace LAR-15 | DS2110 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.rockriverarms.com/index.cfm?fuseaction=category.display&category_ID=1907 |
| Rock River Arms | RUK-15 4.5" Pistol with SBA3 Brace LAR-15 | AR2152 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.rockriverarms.com/index.cfm?fuseaction=category.display&category_ID=2095 |
| Rock River Arms | RUK-9 4.5" A4 Pistol with SBA3 Brace LAR-9 | 9MM2152 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://www.rockriverarms.com/index.cfm?fuseaction=category.display&category_ID=2006 |
| Rock River Arms | RUK-9BT 4.5" Pistol with SBA3 Brace BT-9G 9x19mm | BT92152 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://www.rockriverarms.com/index.cfm?fuseaction=category.display&category_ID=2005 |
| Ruger | 22 Charger Lite | 4935 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://ruger.com/products/22Charger/models.html |

| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| Ruger | 22 Charger TALO Distributor Exclusive | 4919 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://www.galleryofguns.com/genie/Default.aspx?item=4934 |
| Ruger | A Plinker's Dream | 4923 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://ruger.com/products/22Charger/models.html |
| Ruger | A Plinker's Dream Ruger 300 BLK Pistol | 8572 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://ruger.com/products/ar556Pistol/models.html |
| Ruger | A Plinker's Dream: Takedown | 4924 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://ruger.com/products/22Charger/models.html |
| Ruger | Mark IV 22/45 Lite | 43934 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://ruger.com/products/markIV2245Lite/models.html |
| Ruger | Mark IV 22/45 Tactical | 40149 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://ruger.com/products/markIV2245Tactical/models.html |
| Ruger | Mark IV Tactical | 40150 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://ruger.com/products/markIVTactical/models.html |
| Ruger | PC Charger | 29100 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://ruger.com/products/ar556Pistol/models.html |
| Ruger | PC Charger State Compliant | 29101 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://ruger.com/products/ar556Pistol/models.html |
| Ruger | Ruger 350 Legend Pistol | 8571 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://ruger.com/products/ar556Pistol/models.html |
| Ruger | Ruger AR-556 Pistol | 8570 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://ruger.com/products/ar556Pistol/models.html |
| Ruger | Ruger AR-556 Pistol Flag Series | 8573 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://ruger.com/products/ar556Pistol/models.html |
| Ruger | SR22 | 3604 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://ruger.com/products/sr22Pistol/specSheets/3604.html |
| Saiga Custom | AR Pistol, 5.56 | 237 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | http://saigacustom.com/AR-Pistol-556_p_237.html |
| Saiga Custom | AR-15 Pistol 300AAC w/folding Sig MPX Brace | 239 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | http://saigacustom.com/AR-15-Pistol-300AAC-wfolding-Sig-MPX-Brace_p_239.html |
| Saiga Custom | AR-15 SS Pistol with Collapsible Brace. | 238 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | http://saigacustom.com/AR-15-SS-Pistol-with-Collapsible-Brace_p_238.html |
| Saiga Custom | ATI 9mm Pistol Mil-Sport Glock mags | 240 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | http://saigacustom.com/ATI-9mm-Pistol-Mil-Sport-Glock-mags_p_240.html |
| Saiga Custom | Draco pistol 10" w/Folding brace | 242 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | http://saigacustom.com/Draco-pistol-10-wFolding-brace_p_242.html |
| Saiga Custom | Sig Sauer MPX 9mm pistol Gen 1 | 246 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | http://saigacustom.com/Sig-Sauer-MPX-9mm-pistol-Gen-1_p_246.html |

| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| Saiga Custom | Zastava Pistol 7.62x39 W/Folding Brace | 245 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | http://saigacustom.com/Zastava-Pistol-762x39-WFolding-Brace_p_245.html |
| Saiga Custom | Zastava pistol M85 MagWell 223/556 | 243 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | http://saigacustom.com/Zastava-pistol-M85-MagWell-223556_p_243.html |
| Sig Sauer | 1911 TACOPS Full-Size | 1911R-45-TACOPS-TB | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.sigsauer.com/store/1911-tacops-full-size.html |
| Sig Sauer | SIG MCX RATTLER CANEBRAKE | PMCX-300B-5B-TAP-CANE | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.sigsauer.com/store/sig-mcx-canebrake.html |
| Sig Sauer | SIG MCX Rattler PCB | PMCX-300B-5B-TAP | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://www.sigsauer.com/store/sig-mcx-rattler-pcb.html |
| Sig Sauer | SIG MCX VIRTUS Pistol 300 Blk | PMCX-300B-9B-TAP | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.sigsauer.com/store/sig-mcx-virtus-pistol.html |
| Sig Sauer | SIG MCX VIRTUS Pistol 5.56 NATO | PMCX-11B-TAP-FDE | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.sigsauer.com/store/sig-mcx-virtus-pistol.html |
| Sig Sauer | SIG MPX COPPERHEAD | PMPX-3B-CH | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.sigsauer.com/store/sig-mpx-copperhead.html |
| Sig Sauer | SIG MPX K | PMPX-4B-9 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.sigsauer.com/store/sig-mpx-k.html |
| Sig Sauer | SIGM400 TREAD PISTOL | PM400-11B-TRD | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.sigsauer.com/store/sigm400-tread-pistol.html |
| Smith & Wesson | M&P 22 10 Round Threaded Barrel | 122000 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.smith-wesson.com/firearms/mp-22-10-round-threaded-barrel |
| Smith & Wesson | M&P 22 12 Round Threaded Barrel | 222000 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.smith-wesson.com/firearms/mp-22-12-round-threaded-barrel |
| Smith & Wesson | M&P 22 COMPACT CERAKOTE Flat Dark Earth Threaded Barrel | 10242 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.smith-wesson.com/firearms/mp-22-compact-cerakote-flat-dark-earth-threaded-barrel |
| Smith & Wesson | M&P 22 COMPACT Threaded Barrel | 10199 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.smith-wesson.com/firearms/mp-22-compact-threaded-barrel-0 |
| Smith & Wesson | M&P 45 M2.0 with Threaded Barrel | 11771 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.smith-wesson.com/firearms/mp-45-m20-threaded-barrel |
| Smith & Wesson | M&P 9 M2.0  with Threaded Barrel | 11770 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.smith-wesson.com/firearms/mp-9-m20-threaded-barrel |
| Smith & Wesson | M&P 9 M2.0 Compact Threaded Barrel 10 Round | 13112 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.smith-wesson.com/firearms/mp-9-m20-compact-threaded-barrel-10-round |
| Smith & Wesson | M&P 9 M2.0 Compact Threaded Barrel 15 Round | 13111 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.smith-wesson.com/firearms/mp-9-m20-compact-threaded-barrel-15-round |
| Smith & Wesson | Performance Center M&P 9 C.O.R.E™ Threaded Barrel | 10268 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.smith-wesson.com/firearms/archive-performance-center-mp-9-core-threaded-barrel |

| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| Smith & Wesson | Performance Center Ported M&P 9 with Threaded Barrel | 10267 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.smith-wesson.com/firearms/archive-performance-center-ported-mp-9-threaded-barrel |
| Smith & Wesson | SW22 Victory Threaded Barrel | 10201 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.smith-wesson.com/firearms/sw22-victory-threaded-barrel |
| Spikes Tactical | 11.5″ RARE BREED CRUSADER CERAKOTED PISTOL | STP5630-S1R | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://spikestactical.com/collections/complete-pistols/11-5%e2%80%b3-rare-breed-crusader-cerakoted-pistol-copy/ |
| Spikes Tactical | 11.5″ RARE BREED CRUSADER PISTOL | STP5625-S1R | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://spikestactical.com/collections/complete-pistols/11-5%e2%80%b3-rare-breed-crusader-cerakoted-pistol/ |
| Spikes Tactical | 11.5″ Rare Breed Spartan Cerakoted Pistol | STP5610-S1R | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://spikestactical.com/collections/complete-pistols/11-5-rare-breed-spartan-cerakoted-pistol/ |
| Spikes Tactical | 5.56 CHF 8.1″ | STP5285-M9B | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://spikestactical.com/collections/complete-pistols/5-56-chf-8-1/ |
| Spikes Tactical | 5.56 CHF 8.1″ 7″ M-LOK Pistol | STP5186-M7S | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://spikestactical.com/collections/complete-pistols/5-56-chf-billet-8-1/ |
| Spikes Tactical | 5.56 CHF Billet 8.1″ 9″ SAR3 | STP5191-S9S | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://spikestactical.com/collections/complete-pistols/5-56-chf-billet-8-1-9-sar3/ |
| Spikes Tactical | Kryptek Pistol | KRYP5286-M9BS | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://spikestactical.com/collections/complete-pistols/kryptek-pistol/ |
| Spikes Tactical | Pipe Hitters Union Pistol | PHUP5181-M9B | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://spikestactical.com/collections/complete-pistols/pipe-hitters-union-pistol/ |
| Springfield Armory | SAINT 5.56 AR-15 Pistol | ST9096556BM | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://www.springfield-armory.com/saint-series/saint-ar-15-pistols/saint-556-ar-15-pistol/ |
| Springfield Armory | SAINT AR-15 Pistol, B5 | ST9096556BM-B5 | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://www.springfield-armory.com/saint-series/saint-ar-15-pistols/saint-556-ar-15-pistol-b5/ |
| Springfield Armory | SAINT Edge AR-15 Pistol | STE9103556B | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.springfield-armory.com/saint-series/saint-edge-ar-15-pistols/saint-edge-556-ar-15-pistol/ |
| Springfield Armory | SAINT Edge PDW AR-15 Pistol | STE955556B | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.springfield-armory.com/saint-series/saint-edge-ar-15-pistols/saint-edge-pdw-556-ar-15-pistol/ |
| Springfield Armory | SAINT Victor .308 Pistol | STV9103308B | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.springfield-armory.com/saint-series/saint-victor-ar-15-pistols/saint-victor-308-pistol/ |
| Springfield Armory | SAINT Victor AR-15 Pistol . 300 BLK \| Black | STV909300B-SBA3 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.springfield-armory.com/saint-series/saint-victor-ar-15-pistols/saint-victor-300-blk-ar-15-pistol/ |
| Springfield Armory | XD-M 4.5″ .45 | XDMT94545BHCE | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.springfield-armory.com/xd-series-handguns/xd-m-handguns/xd-m-45-threaded-45-acp-handgun |
| Springfield Armory | XD-M® 4.5″ OSP 10mm | XDMT94510BHCO | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.springfield-armory.com/xd-series-handguns/xd-m-handguns/xd-m-45-osp-threaded-10mm-handgun |
| Springfield Armory | XD-M® Elite 4.5 OSP 9mm | XDMET9459BHCO SP | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.springfield-armory.com/xd-series-handguns/xd-m-elite-handguns/xd-m-elite-45-osp-threaded-9mm-handgun |

| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| Stag Arms | Stag 10 .308 Bones | STAG10000700 | Assault Weapon - Pistol | PC 30515(a)(4) A, D | https://www.stagarms.com/stag-10/stag-10-firearms/stag-10-rifles/stag-10-308-bones/ |
| Stag Arms | Stag 10 Creedmoor Bones | STAG10001100 | Assault Weapon - Pistol | PC 30515(a)(4) A, D | https://www.stagarms.com/stag-10/stag-10-firearms/stag-10-rifles/stag-10-creedmoor-bones/ |
| Stag Arms | Stag 10 Creedmoor LR Bones | STAG10001000 | Assault Weapon - Pistol | PC 30515(a)(4) A, D | https://www.stagarms.com/stag-10/stag-10-firearms/stag-10-rifles/stag-10-creedmoor-lr-bones/#ProductSpecsDetail |
| Stag Arms | Stag 10 S .308 Bones | STAG10000800 | Assault Weapon - Pistol | PC 30515(a)(4) A, D | https://www.stagarms.com/stag-10/stag-10-firearms/stag-10-rifles/stag-10-s-308-bones/ |
| Stag Arms | Stag PXC-9 10" Pistol | STAG800028 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.stagarms.com/stag-pxc/stag-pxc-9/stag-pxc-9-10-pistol/ |
| Stag Arms | Stag PXC-9 5.5" Pistol | STAG800027 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.stagarms.com/stag-pxc/stag-pxc-9/stag-pxc-9-5-5-pistol/ |
| TNW Firearms | Aero Survival Pistol | Not available | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.tnwfirearms.com/product-p/aspx-cplt-xxxx-xxxx-xxxx.htm |
| TNW Firearms | Aero Survival Pistol Multi-Caliber Package | Not available | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.tnwfirearms.com/product-p/aspx-cplt-9445-xxxx-xxxx.htm |
| TNW Firearms | Aero Survival Pistol with Extended Handguard and SB | Not available | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.tnwfirearms.com/product-p/asrp-xpkg-xxxx-xxxx-brhg.htm |
| TNW Firearms | SDI Pistol | Not available | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.tnwfirearms.com/product-p/sdip-cplt-x223-bkxx-xxxx.htm |
| VALKYRIE ARMS, LTD | M3A1 Grease Gun (semi-auto) | SA/M3-A1 pistol | Assault Weapon - Pistol | PC 30515(a)(4) C, D | http://www.valkyriearms.com/m3a1.html |
| VALKYRIE ARMS, LTD | Sten MK II (semi-auto) | Sten pistol model | Assault Weapon - Pistol | PC 30515(a)(4) C, D | http://www.valkyriearms.com/sten.html |
| Walter | PPQ M2 NAVY PS 4,6" SD barrel | 2813793 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://carl-walther.com/defense/products/p/2813793 |
| Walter | PPQ M2 Q4 TAC Combo Shield RMSc 4,6" SD LAUF | 2833972 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://carl-walther.com/defense/products/p/2833972 |
| Walter | PPQ M2 Tactical 4,6" | 2853281 | Assault Weapon - Pistol | PC 30515(a)(4) A | https://carl-walther.com/defense/products/p/2853281 |
| Wilson Combat | .300 NATO Protector Pistol Left Hand | Not available | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.wilsoncombat.com/300-blackout-protector-pistol-lh/ |
| Wilson Combat | .300 Protector AR PistolWithout Forward Assist | Not available | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.wilsoncombat.com/300-blackout-protector-pistol-wfa/ |
| Wilson Combat | .300 Protector Series AR Pistol | Not available | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.wilsoncombat.com/300-blackout-protector-pistol/ |
| Wilson Combat | .300 The ARP Tactical | Not available | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.wilsoncombat.com/300-blackout-ar-pistol/ |

| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| Wilson Combat | .68 The ARP Tactical | Not available | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.wilsoncombat.com/6-8-spc-ii-ar-pistol-arp/ |
| Wilson Combat | 556 NATO Protector Pistol Left Hand | Not available | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.wilsoncombat.com/5-56-nato-protector-pistol-left-hand/ |
| Wilson Combat | 556 Protector AR PistolWithout Forward Assist | Not available | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.wilsoncombat.com/5-56-nato-protector-pistol-wfa/ |
| Wilson Combat | 556 Protector Series AR Pistol | Not available | Assault Weapon - Pistol | PC 30515(a)(4) A,B,D | https://www.wilsoncombat.com/5-56-nato-protector-pistol/ |
| Wilson Combat | 556 The ARP Tactical | Not available | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.wilsoncombat.com/5-56-arp-tactical/ |
| Wilson Combat | The AR9 Pistol | Not available | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.wilsoncombat.com/ar9-pistol/ |
| Windham Weaponry | .223 / 5.56 Pistol | RP11SFS-7 Pistol | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.windhamweaponry.com/firearms/pistols/223-556-caliber-pistol-2/ |
| Windham Weaponry | .450 Thumper Pistol | RP9SFS-450M | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.windhamweaponry.com/firearms/pistols/450-pistol-brace/ |
| Windham Weaponry | 300 Blackout Pistol with Brace | RP9SFS-7-300M | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.windhamweaponry.com/300-blackout-pistol-brace/ |
| Windham Weaponry | 7.62 x 39mm Pistol | RP9SFS-762M | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.windhamweaponry.com/firearms/pistols/762-39-pistol-brace/ |
| Windham Weaponry | 9mm GMC Pistol | 848037055453 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://www.windhamweaponry.com/firearms/pistols/windham-weaponry-9mm-gmc-pistol/ |
| Yankee Hill Machine Company | 9mm PISTOL | YHM-8020 | Assault Weapon - Pistol | PC 30515(a)(4) A,C,D | https://yhm.net/9mm-pistol.html |
| Zev Technologies | OZ9 Pistol, Standard FDE Slide, Black Threaded Barrel | OZ9-STD-FDE-B-TH | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.zevtechnologies.com/OZ9-Pistol-Standard-FDE-Slide-Black-Threaded-Barrel |
| Zev Technologies | OZ9c Pistol, Compact FDE Slide, Black Threaded Barrel | OZ9C-CPT-FDE-B-TH | Assault Weapon - Pistol | PC 30515(a)(4) A | https://www.zevtechnologies.com/OZ9c-Pistol-Compact-FDE-Slide-Black-Threaded-Barrel |
| American Tactical Imports | ATI BULLDOG SGA 12GA BULLPUP SHOTGUN | ATIG12BDB | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | https://www.americantactical.us/6427/detail.html |
| American Tactical Imports | ATI MILSPORT 410 GA 18.5" BBL SHOTGUN BLK 6POS | ATIG15MS410 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | https://www.americantactical.us/6100/detail.html |
| American Tactical Imports | ATI OMNI HYBRID AR-15 .410GA SHOTGUN 18.5" | ATIGOMNI41LTD | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | https://www.americantactical.us/5512/detail.html |
| Armscor | VR60 Shotgun Standard | 601-BC | Assault Weapon - Shotgun | PC 30515(a)(7) | https://www.armscor.com/firearms/ria-imports/shotgun-series/shotguns-mag-fed-series/vr60-shotgun-standard/ |
| Armscor | VR80 CA-MRB 5RD | VR80CA | Assault Weapon - Shotgun | PC 30515(a)(7) | https://www.armscor.com/firearms/ria-imports/shotgun-series/shotguns-mag-fed-series/vr80-ca-mrb-5rd/ |

| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| Armscor | VR80 Shotgun | VR80 | Assault Weapon - Shotgun | PC 30515(a)(7) | https://www.armscor.com/firearms/ria-imports/shotgun-series/shotguns-mag-fed-series/vr80/ |
| Armscor | VRBP-100 12GA | VRBP-100-A | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | https://www.armscor.com/firearms/ria-imports/shotgun-series/shotguns-mag-fed-series/vrbp-100-12ga/ |
| Benelli | M1014 Shotgun | 11701 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B | https://www.benelliusa.com/shotguns/m1014-shotguns?eid=145 |
| Charles Daly | 601M SEMI-AUTO SHOTGUN .410/26"BBL | 930.254 | Assault Weapon - Shotgun | PC 30515(a)(7) | https://www.charlesdaly.com/product.php?id=681 |
| Charles Daly | 601M TACTICAL SEMI-AUTO SHOTGUN | 930.255 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | https://www.charlesdaly.com/product.php?id=695 |
| Charles Daly | AR-12A SEMI-AUTO SHOTGUN (SYNTHETIC) | 930.192 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | https://www.charlesdaly.com/product.php?id=690 |
| Charles Daly | AR-12S SEMI-AUTO SHOTGUN (SYNTHETIC) | 930.19 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | https://www.charlesdaly.com/product.php?id=689 |
| Charles Daly | AR-12T SEMI-AUTO SHOTGUN (SYNTHETIC) | 930.191 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | https://www.charlesdaly.com/product.php?id=691 |
| Charles Daly | N4S BULLPUP G2 SEMI-AUTO SHOTGUN | 930.241 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | https://www.charlesdaly.com/product.php?id=688 |
| Charles Daly | N4S BULLPUP G2 SEMI-AUTO SHOTGUN | 930.24 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | https://www.charlesdaly.com/product.php?id=686 |
| Charles Daly | N4S BULLPUP G2 SEMI-AUTO SHOTGUN | 930.196 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | https://www.charlesdaly.com/product.php?id=687 |
| Escort | ESCORT BTS12 – Bullpup | Not available | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | https://escortshotgunsusa.com/product/escort-bts12-bullpup/ |
| Escort | ESCORT BTS410 – Bullpup | Not available | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | https://escortshotgunsusa.com/product/escort-bts410-bullpup/ |
| Escort | ESCORT DF12 | Not available | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | https://escortshotgunsusa.com/product/escort-df12/ |
| Escort | ESCORT RAIDER | Not available | Assault Weapon - Shotgun | PC 30515(a)(7) | https://escortshotgunsusa.com/product/escort-raider/ |
| Escort | ESCORT SDX12 | Not available | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | https://escortshotgunsusa.com/product/escort-sdx12/ |
| Escort | ESCORT SDX410 | Not available | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | https://escortshotgunsusa.com/product/escort-sdx410/ |
| I.O. Inc. | KRAL XP 12GA MAG FED SHOTGUN | KRAL0001 | Assault Weapon - Shotgun | PC 30515(a)(7) | https://www.interordnance.com/p/kral-xp-12ga-mag-fed-shotgun |
| Iver Johnson | Stryker SN | StrykerSN | Assault Weapon - Shotgun | PC 30515(a)(7) | https://iverjohnsonarms.com/store/p198/Stryker_SN.html |

| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| Iver Johnson | Stryker-12 | 712195498523 | Assault Weapon - Shotgun | PC 30515(a)(7) | https://iverjohnsonarms.com/store/p173/Stryker-12.html |
| Kalashnikov USA | KOMP P12 | KOMP12 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | https://kalashnikov-usa.com/firearms/komp12-competition-shotgun/ |
| Kalashnikov USA | KS-12 Shotgun | KS12TSFS | Assault Weapon - Shotgun | PC 30515(a)(7) | https://kalashnikov-usa.com/firearms/ks-12-shotgun/ |
| Kalashnikov USA | KS-12 T Tactical FDE Shotgun | KS-12TFDE | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | https://kalashnikov-usa.com/firearms/ks-12t-tactical-fde-shotgun/ |
| Kalashnikov USA | KS-12 T Tactical Shotgun | KS-12T | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | https://kalashnikov.wpengine.com/firearms/ks-12t-tactical-shotgun/ |
| Legacy Sports International | Citadel RSS1 | CISRSS1 | Assault Weapon - Shotgun | PC 30515(a)(7) | https://www.legacysports.com/catalog/citadel/citadel-rss1/ |
| Saiga Custom | AKDAL MK1919 12ga. | 279 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | http://saigacustom.com/AKDAL-MK1919-12ga_p_279.html |
| Saiga Custom | DDI 12ga. Folder | 288 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | http://saigacustom.com/DDI-12ga-Folder_p_288.html |
| Saiga Custom | Saiga 12 18.25" Barrel w/Brake Tri Rail | 276 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | http://saigacustom.com/Saiga-12-1825-Barrel-wBrake-Tri-Rail_p_276.html |
| Saiga Custom | Saiga 12 Slash Folder | 270 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | http://saigacustom.com/Saiga-12-Slash-Folder_p_270.html |
| Saiga Custom | Saiga 12 Slash Fore Grip | 257 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | http://saigacustom.com/Saiga-12-Slash-Fore-Grip_p_257.html |
| Saiga Custom | Saiga 12 Titan, Upturned Charger, Complete Polish. | 271 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | http://saigacustom.com/Saiga-12-Titan-Upturned-Charger-Complete-Polish_p_271.html |
| Saiga Custom | Saiga 12, Slots and Shroud | 259 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | http://saigacustom.com/Saiga-12-Slots-and-Shroud_p_259.html |
| Saiga Custom | Saiga 20ga.W/ Quad Rail | 256 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | http://saigacustom.com/Saiga-20gaW-Quad-Rail_p_256.html |
| Saiga Custom | Saiga 410 Custom, 22" barrel | 249 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | http://saigacustom.com/Saiga-410-Custom-22-barrel_p_249.html |
| Saiga Custom | Saiga Kushnapup 12ga. Comp MagWell | 224 | Assault Weapon - Shotgun | PC 30515(a)(7) | http://saigacustom.com/Saiga-Kushnapup-12ga-Comp-MagWell_p_225.html |
| Saiga Custom | UTAS XTR-12 | 232 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | http://saigacustom.com/UTAS-XTR-12_p_232.html |
| Saiga Custom | Vepr 12 Comp. Fore Grip | 223 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | http://saigacustom.com/Vepr-12-Comp-Fore-Grip_p_223.html |
| Saiga Custom | Vepr 12 Factory Folder Quad, Polished | 248 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | http://saigacustom.com/Vepr-12-Factory-Folder-Quad-Polished_p_248.html |

| MANUFACTURER | MAKE | MODEL | CAL. ASSAULT WEAPON TYPE | CAL. AW STATUTE(S) | LINK TO PRODUCT |
|---|---|---|---|---|---|
| Saiga Custom | Vepr 12 Key Mod Fore Grip, Fixed Adjustable Stock | 269 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | http://saigacustom.com/Vepr-12-Key-Mod-Fore-Grip-Fixed-Adjustable-Stock_p_269.html |
| Saiga Custom | Vepr 12 Keymod Folding Stock, Cheek Riser | 247 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | http://saigacustom.com/Vepr-12-Keymod-Folding-Stock-Cheek-Riser_p_247.html |
| Saiga Custom | Vepr 12 Quad Rail Folder | 267 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | http://saigacustom.com/Vepr-12-Quad-Rail-Folder_p_267.html |
| Tristar Arms | Compact Tactical | 25122 | Assault Weapon - Shotgun | PC 30515(a)(7) | https://www.tristararms.com/series/compact-tactical/ |
| Tristar Arms | KRX Tactical FDE | 25130 | Assault Weapon - Shotgun | PC 30515(a)(7) | https://www.tristararms.com/series/krx-tactical/#krx-tactical-fde |
| Tristar Arms | KRX Tactical Tactical Black | 25125 | Assault Weapon - Shotgun | PC 30515(a)(7) | https://www.tristararms.com/series/krx-tactical/#krx-tactical-fde |
| UTAS | XTR-12 Burnt Bronze | XTR12BB1 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | http://www.utas-usa.com/semiautoshotgun/xtr-12-burnt-bronze |
| UTAS | XTR-12 Flat Dark Earth | XTR12FD1 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | http://www.utas-usa.com/semiautoshotgun/xtr-12-flat-dark-earth |
| UTAS | XTR-12 OD Green | XTR12OD1 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | http://www.utas-usa.com/semiautoshotgun/xtr-12-od-green |
| UTAS | XTR-12 Standard | XTR12BM1 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | http://www.utas-usa.com/semiautoshotgun/xtr-12-standard |
| UTAS | XTR-12 Tungsten | XTR12TG1 | Assault Weapon - Shotgun | PC 30515(a)(6) A,B, PC 30515(a)(7) | http://www.utas-usa.com/semiautoshotgun/xtr-12-tungsten |

**EXHIBIT 2**



# The Biggest Gun Companies in the U.S. Market

As the debate over gun control rages once again, here's a look at the manufacturers who supply the most firearms to Americans.

Kari Huus • February 27, 2018



Castodio79 / Shutterstock.com

Once again, the country is in conflict over gun violence. The latest, heart-breaking shooting that left 17 dead at Stoneman Douglas High School in Parkland, Florida, has prompted students to take to the streets, President Donald Trump to advocate for arming teachers and the National Rifle Association to go on the offensive for its interpretation of the Second Amendment. Meanwhile, some companies rushed to distance themselves from the gun industry.

Even though there's been a decline in demand for guns since Trump took office — attributed to less panic buying by people who fear restriction or regulation of guns — firearms are a multibillion-dollar business in the U.S.

Here's a list of companies, American and foreign, that profit from the U.S. gun market, with their stock ticker symbols where relevant. While some of the largest are publicly traded companies that must disclose financials, many are private companies and are not required to disclose sales and profits. For those companies, we compiled information from other estimates and reports.

## 1. Smith & Wesson (AOBC)



*Smith & Wesson website screenshot / Money Talks News*

**Gun sales:** $773 million in 2017, according to the company's 2017 annual report, which noted 91.2 percent of its firearms sales were to domestic consumers. The remaining 8.8 percent of sales went to local, state or federal law enforcement, or exports. A 2016 report by Mother Jones states that the company produced 1.31 million guns for the U.S. market in 2014.

**Headquarters:** Springfield, Massachusetts, with additional facilities in Houlton, Maine, and Deep River, Connecticut

**About the company:** Smith & Wesson, now held by publicly traded American Outdoor Brand Corp. (AOBC), was founded in 1852 as a partnership between Horace Smith and Daniel B. Wesson. Handguns accounted for more than 60 percent of its total sales in 2017, and the remainder were "long guns"– shotguns and rifles, including AR-15-type models that the industry calls "modern sporting rifles." It was a Smith & Wesson AR-15 used in the most recent mass shooting in Florida.

## 2. Remington Outdoor



*Remington website / Money Talks News*

**Gun sales:** $603 million in 2017, according to a <u>preliminary corporate report</u>. <u>Mother Jones reported</u> that Remington Outdoor produced 1.47 million guns for the U.S. market in 2014.

**Headquarters:** Madison, North Carolina, with manufacturing operations in Huntsville, Alabama

**About the company:** The gun manufacturer — founded two centuries ago in New York and producing an array of rifles, shotguns, handguns and ammunition — is filing for bankruptcy. It was acquired by Cerberus Capital Management in 2007 when the gun market was booming, but it has been in decline for several years, <u>Bloomberg reported</u>. Overproduction and falling demand for guns has hurt the company and other manufacturers, Bloomberg notes, but Remington suffered an additional blow after the tragic 2012 shooting at Sandy Hook Elementary School:

> Remington came under unwanted scrutiny and litigation after the massacre of 20 children and six adults at the Sandy Hook Elementary School in Newtown, Connecticut, in which the gunman carried a <u>small arsenal</u> that included a Remington Bushmaster assault rifle.

The company was cleared of blame in the courts, but major investors bailed out.

The Chapter 11 filing will allow the company to continue to operate as it makes a turnaround plan and manages its debt.

# 3. Sturm, Ruger & Co. (RGR)



*Jaime Curatty/Shutterstock.com*

**Gun sales:** $517.7 million (96 percent domestic) in 2017, according to the <u>company's latest annual report.</u> The company produced 1.64 million firearms for the U.S. market in 2014, <u>Mother Jones</u> reported.

**Headquarters:** Southport, Connecticut

**About the company:** This publicly traded company, founded in 1949, has manufacturing operations in Newport, New Hampshire; Prescott, Arizona; and Mayodan, North Carolina, and is the biggest gun supplier in the country, producing a wide array of hunting and assault rifles, pistols and revolvers. According to the company website, "Ruger offers consumers over 400 variations of more than 30 product lines … a rugged, reliable firearm to meet every shooter's needs."

## 4. Sig Sauer



<small>Voron'Studio / Shutterstock.com</small>

**Sales:** The company produced nearly a half-million guns for the U.S. market in 2015, making it the fourth-largest gun maker by volume, according to The Motley Fool.

**Headquarters:** Newington, New Hampshire

**About the company:** This company, with origins in Germany, is now operationally separate from Swiss-German company SIG Sauer GmbH. It manufactures at an $18 million facility in New Hampshire, according to the company website. Sig Sauer is best known for its pistols, which it markets to U.S. law enforcement and civilians, but it also makes rifles.

## 5. O.F. Mossberg & Sons



Fuver24 Photo and Video / Shutterstock.com

**Sales:** The company supplied more than 658,000 guns in the U.S. in 2014, according to <u>Mother Jones</u>.

**Headquarters**: North Haven, Connecticut, with most of its manufacturing in Eagle Pass, Texas

**About the company:** O.F. Mossberg & Sons was founded in Connecticut in the early 1900s by a Swedish immigrant. The company's early success was built on the sale of its <u>Brownie</u>, a 22-caliber, four-shot "pocket pistol." It now specializes in rifles, shotguns and scopes. Since 2014, the company has been doing nearly all of its manufacturing at <u>Maverick Arms,</u> located in Eagle Pass, Texas. The company is one of the biggest producers of pump-action shotguns, but its growth is driven by assault rifles, according to <u>Mother Jones</u>.

## 6. Savage Arms



*Vista Outdoor / Money Talks News*

**Sales:** The gunmaker supplied nearly 400,000 firearms to the U.S. market in 2015, The Motley Fool reported.

**Headquarters**: Westfield, Massachusetts

**About the company:** Savage produces only long guns — mainly rifles, and a small number of shotguns. It is held by publicly traded company Vista Outdoors (VSTO), headquartered in Farmington, Utah, which owns a portfolio of gun, ammunition and related outdoor brands. Shooting sports (guns, ammunition, rifle scopes and reloading components) accounted for 54 percent of Vista's sales, or about $1.38 billion in fiscal 2017, according to Vista's 2017 annual report. The report, citing "recent examples of our innovative, market-leading products" it cited "the entry of the Savage brand into the popular MSR semi-automatic market."

# 7. Springfield Armory Inc.



*Springfield Armory / Money Talks News*

**Sales:** Produced 576,000 guns for the U.S. market in 2014, according to <u>Mother Jones</u>.

**Headquarters:** Geneseo, Illinois

**About the company:** Springfield Armory, founded in 1974, produces <u>M1911 pistols</u>, and the <u>M1A rifle</u> series. It sells a series of AR-15 assault rifles, and <u>imports semi-automatic pistols</u> from Croatia. Its slogan is "The First Name in American Firearms."

## 8. Beretta



*Militarist / Shutterstock.com*

**Sales:** Produced 463,000 guns for the U.S. market in 2014, according to Mother Jones.

**Headquarters:** Gardone Val Trompia, Italy

**About the company:** The Italian company, founded by in 1526 by Bartolomeo Beretta, is now headed by the 15th generation of Berettas. Beretta is best known to Americans for its semi-automatic pistol, the Beretta M9, which is the standard issue sidearm used by the U.S. military. The company produces a wide array of pistols, shotguns, rifles and carbines. The now-multinational company has its U.S. headquarters in Accokeek, Maryland, and a manufacturing plant in Gallatin, Tennessee. It also owns luxury hunting lodges, and sells high-end apparel and home furnishings.

## 9. Taurus International



*Taurus USA / Money Talks News*

**Sales:** The company produced 365,000 guns for the U.S. market in 2014, according to Mother Jones.

**Headquarters:** São Leopoldo, Brazil

**About the company:** Taurus USA is owned by Forjas Taurus SA, which trades on the Brazilian stock exchange. The company produces for the U.S. market from a facility in Miami and imports firearms as well. The company specializes in small arms — pistols and revolvers — and has a special line of guns tailored for concealed-carry.

## 10. Glock



Anatoly Vartanov / Shutterstock.com

**Gun sales:** The company produced more than 252,000 guns in 2015 for the U.S. market, The Motley Fool reported.

**Headquarters:** Austria, with U.S. headquarters in Smyrna, Georgia. It also has operations in Hong Kong, Uruguay and United Arab Emirates.

**About the company:** This Austrian firm is famous for its lightweight pistol design, which it first marketed to U.S. police, according to its website. It was a 9mm Glock that Jared Loughner used in his attack on a 2011 political rally in Tucson, Arizona, that killed six people and injured others, including U.S. Rep. Gabrielle Giffords, CBS reported.

Are you a gun owner? What do you think should be done to prevent gun violence in the U.S.? Share with us in comments below or on our Facebook page. (Yes, we know you have strong feelings. Please keep it civilized!)

## How to find cheaper car insurance in minutes

Getting a better deal on car insurance doesn't have to be hard. You can have The Zebra, an insurance comparison site compare quotes in just a few minutes and find you the best rates. Consumers save an average of $368 per year, according to the site, so if you're ready to secure your new rate, get started now.

*Disclosure: The information you read here is always objective. However, we sometimes receive compensation when you click links within our stories.*

**0011**

**EXHIBIT 3**



FAQs | Login

Shopping Cart 🛒    0 Items | $0.00

Product Search

E V E R Y T H I N G   A N D   A N Y T H I N G   R U G E R ®

**NEW ITEMS**

**SHOP BY PRODUCT**
- Pistol Parts & Accessories
- Rifle Parts & Accessories
- Revolver Parts & Accessories
- Shotgun Parts & Accessories
- Airguns & Accessories

**SHOP BY ACCESSORY**
- Magazines & Loaders
- Holsters & Magazine Carriers
- Bags & Cases
- Optics, Scopes & Bases
- Scope Rings
- Sights, Lights & Lasers
- Grips
- Stocks, Combs & Cheek Pads
- Slings & Swivels
- Bipods & Monopods
- Barrels & Muzzle Devices
- Triggers
- Safes & Locking Devices
- Knives & Tools
- Pepper Spray
- Cleaning Supplies
- Shooting Supplies
- Safety Equipment
- Parts

**SHOP BY SPORTSWEAR**
- Hats
- Shirts
- Outerwear
- Women's Wear
- Belts & Buckles

**SHOP BY CATEGORY**
- Survival & Preparedness
- Competition
- Hunting
- Home
- Retailer
- Collectibles

**HOT DEALS**

VISIT RUGER.COM

Home  ›  Pistol Parts & Accessories  ›  SR22

## RUGER® SR22® THREADED BARREL KIT



Item Number: 90520

Review Average: ★★★★☆
Number of Reviews: 1
View Reviews | Review this item

**Unit Price: $149.95**

In Stock

Quantity  1

🛒 ADD TO CART

☐ I am a US Citizen or a Resident Alien

---

**Detailed Description**

This Genuine Ruger® Factory Accessory is compatible with Ruger® SR22® pistols bearing serial numbers 361-7XXXX and higher.

The threaded barrel accepts any 1/2"-28 (Class 2A) muzzle device - including the Ruger® Silent-SR®. This kit contains a factory-manufactured stainless steel barrel for optimal fit and function. Barrel changing is quick and easy with no gunsmithing required. Barrel cap, adapter and wrench included. Does not fit the 4.5" length barrel model. Made in the USA.

*Ruger cannot bill to or ship to the following states and city: California, Connecticut, Washington DC, New York, and Chicago, IL. DO NOT ORDER THIS ITEM, if you live in these locations.*
Genuine Ruger® Factory Accessory

⚠️ **WARNING:** This product can expose you to chemicals including lead, which is known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to **www.P65Warnings.ca.gov**

**Product Video**

03:58

**Product Reviews**         Click here to review this item

**You May Also Like**



.22 LR X-12, T12
UpLULA™
Magazine Loaders
$26.95



SR22® Pachmayr®
Tactical Grip Glove
$11.95



Gould & Goodrich™
Belt Holster -
Ambidextrous, Black
$29.95



SR22® Carrylite
Holster - RH
$58.95

**0013**



⭐⭐⭐⭐☆ **Nice replacement**

Ordered this so I could attach a silencer to the firearm. Easy to install, all the parts are included to install the barrel. It comes with a thread protector for the barrel, but it does not include a thread protector for the adapter. Which if you just want to leave the adapter on the barrel there is nothing to protect the adapter threads. Carrying the barrel protector, which is small is a hassle and will be lost in a range bag. Getting both protectors would have been nice, But I ordered one for Amazon

*- Mark L, MI*

SR22® Magazine, 10-Round .22 LR Magazine Value 2-Pack
$55.95

Contact Us | Terms of Use | Privacy Policy

Copyright © 2019 Sturm Ruger & Co., Inc.

# EXHIBIT 4

**0015**



## LLV-4 Competition Pistol Upper



### Build Your Own!

Don't see exactly what you want here? Build your own in our Custom Shop

## LLV-4 Competition Pistol Upper

This upper has it all for your Ruger MK IV. Not only is it extremely lightweight and well-balanced, but the accuracy is even better. How do we do that? We use a Type III hard anodized machined aluminum receiver to reduce the weight but then fit it with a stainless steel match barrel.

Our LLV Competition Uppers are unlike other lightweight designs. Even though it is lightweight, it still features a stainless steel breech to withstand the rigors of competitive shooting.

### Specs
- Type III hard anodized aluminum receiver
- Stainless match barrel
- Integral Picatinny rail on both top and bottom of receiver
- Fits all Ruger MK IV and MK IV 22/45 Models
- Made in the USA
- *This item **must** ship to an FFL dealer.*

### Related Items
- Browse other Ruger MK IV & 22/45



**$489** Add to Cart (Backorder)   More info     LLV-4, 4.5", Comp, Black [VC4LLV-4-C-B]



**$494** Add to Cart   More info     LLV-4, 6", Target Sights, Black [VC4LLV-6-TS-B]



**$589** Add to Cart (Backorder)   More info     LLV-4, 4.5", Comp and Target Sights, Black [VC4LLV-4-C-B-TS]



**$394** Add to Cart   More info     LLV-4, 4.5", Black [VC4LLV-4-B]



**$394** Add to Cart   More info     LLV-4, 6", Black [VC4LLV-6-B]



**$589** Add to Cart (Backorder)   More info     LLV-4, 6", Comp and Target Sights, Black [VC4LLV-6-C-B-TS]



6017



LLV-4, 6", No Threads, Black [VC4LLV-6-NT-B]

**$394**   Add to Cart  More info



LLV-4, 4.5", No Threads, Black [VC4LLV-4-NT-B]

**$394**   Add to Cart  More info

# EXHIBIT 5



ABOUT (CONTENT.ASPX?PAGE=ABOUT)    CONTACT (CONTACTFORM.ASPX?PAGE=CONTACT)

LOGIN (LOGIN.ASPX)    REGISTER (LOGINREGISTER.ASPX)    CART (CART.ASPX)    ( EMPTY )

## TACTICAL SOLUTIONS (Default.aspx)

| Search | | **Go** |

### THE RIMFIRE LEADER IN QUALITY, PERFORMANCE, AND DEPENDABILITY

---

# | Barrels | (products.aspx?CAT=13313) | BARRELS FOR RUGER® MARK IV™ PISTOLS

---

## Products:

**Items/Page:**

| 15 | ⌄ |

**Sort:**

| Default | ⌄ |

**Filter By Mfg:**

| | ⌄ |

First    Prev    **Page 1 of 1**    Next    Last





(Detail.aspx?PROD=1425866&CAT=13327)

### INTEGRALLY SUPPRESSED PAC-LITE IV TSS (DETAIL.ASPX?PROD=1425866&CAT=13327)

In Stock

## $635.00

**PLIVTSSMB**

(Detail.aspx?PROD=1425866&CAT=13327)

Dealer Locator

(Detail.aspx?PROD=1386294&CAT=13327)

### GUN METAL GRAY PAC-LITE IV 4.5" BARREL (DETAIL.ASPX?PROD=1386294&CAT=13327)

In Stock

## $345.00

**PLIV45TEGMGNF**

(Detail.aspx?PROD=1386294&CAT=13327)

Dealer Locator





(Detail.aspx?PROD=1386285&CAT=13327)

### GUN METAL GRAY PAC-LITE IV 4.5" BARREL - FLUTED (DETAIL.ASPX?PROD=1386285&CAT=13327)

In Stock

## $355.00

(Detail.aspx?PROD=1386297&CAT=13327)

### MATTE BLACK PAC-LITE IV 4.5" BARREL (DETAIL.ASPX?PROD=1386297&CAT=13327)

Back Ordered

## $345.00

**0021**

**PLIV45TEGMGRF**

(Detail.aspx?PROD=1386285&CAT=13327)

Dealer Locator

**PLIV45TEMBNF**

(Detail.aspx?PROD=1386297&CAT=13327)

More info

---





(Detail.aspx?PROD=1386296&CAT=13327)

### MATTE BLACK PAC-LITE IV 4.5" BARREL - FLUTED (DETAIL.ASPX? PROD=1386296&CAT=13327)

In Stock

## $355.00

(Detail.aspx?PROD=1386299&CAT=13327)

### MATTE OLIVE DRAB PAC-LITE IV 4.5" BARREL (DETAIL.ASPX? PROD=1386299&CAT=13327)

In Stock

## $345.00

**PLIV45TEMBRF**

(Detail.aspx?PROD=1386296&CAT=13327)

Dealer Locator

**PLIV45TEMODNF**

(Detail.aspx?PROD=1386299&CAT=13327)

Dealer Locator





(Detail.aspx?PROD=1386298&CAT=13327)

**MATTE OLIVE DRAB PAC-LITE IV 4.5" BARREL - FLUTED (DETAIL.ASPX? PROD=1386298&CAT=13327)**

In Stock

# $355.00

**PLIV45TEMODRF**

(Detail.aspx?PROD=1386298&CAT=13327)

Dealer Locator

(Detail.aspx?PROD=1386308&CAT=13327)

**GUN METAL GRAY PAC-LITE IV 6" BARREL (DETAIL.ASPX? PROD=1386308&CAT=13327)**

In Stock

# $345.00

**PLIV6TEGMGNF**

(Detail.aspx?PROD=1386308&CAT=13327)

Dealer Locator





(Detail.aspx?PROD=1386304&CAT=13327)

**GUN METAL GRAY PAC-LITE IV 6"
BARREL - FLUTED (DETAIL.ASPX?
PROD=1386304&CAT=13327)**

In Stock

# $355.00

**PLIV6TEGMGRF**

(Detail.aspx?PROD=1386304&CAT=13327)

Dealer Locator

(Detail.aspx?PROD=1386314&CAT=13327)

**MATTE BLACK PAC-LITE IV 6"
BARREL (DETAIL.ASPX?
PROD=1386314&CAT=13327)**

In Stock

# $345.00

**PLIV6TEMBNF**

(Detail.aspx?PROD=1386314&CAT=13327)

Dealer Locator





(Detail.aspx?PROD=1386309&CAT=13327)

### MATTE BLACK PAC-LITE IV 6" BARREL - FLUTED (DETAIL.ASPX? PROD=1386309&CAT=13327)

Back Ordered

## $355.00

### PLIV6TEMBRF

(Detail.aspx?PROD=1386309&CAT=13327)

More info

(Detail.aspx?PROD=1386316&CAT=13327)

### MATTE OLIVE DRAB PAC-LITE IV 6" BARREL (DETAIL.ASPX? PROD=1386316&CAT=13327)

In Stock

## $345.00

### PLIV6TEMODNF

(Detail.aspx?PROD=1386316&CAT=13327)

Dealer Locator

**0025**



(Detail.aspx?PROD=1386315&CAT=13327)

## MATTE OLIVE DRAB PAC-LITE IV 6" BARREL - FLUTED (DETAIL.ASPX? PROD=1386315&CAT=13327)

In Stock

## $355.00

### PLIV6TEMODRF

(Detail.aspx?PROD=1386315&CAT=13327)

Dealer Locator

First     Prev     **Page 1 of 1**     Next     Last

⚠ WARNING: This product contains (one of more) chemicals including lead, known to the State of California to cause (cancer and) birth defects or other reproductive problems. For more information go to www.P65Warnings.ca.gove (https://www.p65warnings.ca.gov/) (Wash hands after handling.)

## Customer Service

Contact Us (ContactForm.aspx?PAGE=Contact)
FAQ (Content.aspx?PAGE=FAQ)
Product Manuals (Content.aspx?PAGE=MANUALS)

## Information

**0026**

Download Catalog (uiimages/10057/TACSOL_CATALOG.pdf)
Dealer Locator (tsdealergooglemap.aspx)

# About

About Us (Content.aspx?PAGE=About)
Returns (Content.aspx?PAGE=Returns)
Privacy (Content.aspx?PAGE=Privacy)
Security (Content.aspx?PAGE=Security)

## Social Media

(https://www.instagram.com/tacticalsol/?

(https://twitter.com/TacticalSol)
(https://www.facebook.com/TacticalSol)

**0027**

**EXHIBIT 6**



Miller v. Becerra
**Plaintiffs' Exhibit**
**005-6**

ABOUT (CONTENT.ASPX?PAGE=ABOUT)     CONTACT (CONTACTFORM.ASPX?PAGE=CONTACT)

LOGIN (LOGIN.ASPX)     REGISTER (LOGINREGISTER.ASPX)     CART (CART.ASPX)     ( EMPTY )

**TACTICAL SOLUTIONS** (Default.aspx)

| Search | **Go** |
|---|---|

**THE RIMFIRE LEADER IN QUALITY, PERFORMANCE, AND DEPENDABILITY**

---

# | Barrels | (products.aspx?CAT=13313) | BARRELS FOR BROWNING® BUCK MARK® PISTOLS

---

# Products:

### Items/Page:

| 15 | ⌄ |
|---|---|

### Sort:

| Default | ⌄ |
|---|---|

### Filter By Mfg:

| | ⌄ |
|---|---|

First          Prev          **Page 1 of 1**          Next          Last

**0029**





(Detail.aspx?PROD=1366852&CAT=13329)

**GUN METAL GRAY TRAIL-LITE 4"
BARREL (DETAIL.ASPX?
PROD=1366852&CAT=13329)**

In Stock

# $270.00

**TL4TEGMGNF**

(Detail.aspx?PROD=1366852&CAT=13329)

Add to Cart

(Detail.aspx?PROD=1366853&CAT=13329)

**MATTE BLACK TRAIL-LITE 4"
BARREL (DETAIL.ASPX?
PROD=1366853&CAT=13329)**

Back Ordered

# $270.00

**TL4TEMBNF**

(Detail.aspx?PROD=1366853&CAT=13329)

More info





(Detail.aspx?PROD=1366854&CAT=13329)

**MATTE OLIVE DRAB TRAIL-LITE 4"
BARREL (DETAIL.ASPX?
PROD=1366854&CAT=13329)**

Back Ordered

# $270.00

(Detail.aspx?PROD=1366856&CAT=13329)

**GUN METAL GRAY TRAIL-LITE 5.5"
BARREL (DETAIL.ASPX?
PROD=1366856&CAT=13329)**

In Stock

# $270.00

**0030**

TL4TEMODNF
(Detail.aspx?PROD=1366854&CAT=13329)

More info

TL55TEGMGNF
(Detail.aspx?PROD=1366856&CAT=13329)

Add to Cart





(Detail.aspx?PROD=1366855&CAT=13329)

### GUN METAL GRAY TRAIL-LITE 5.5" BARREL - FLUTED (DETAIL.ASPX? PROD=1366855&CAT=13329)

Back Ordered

## $280.00

TL55TEGMGRF
(Detail.aspx?PROD=1366855&CAT=13329)

More info

(Detail.aspx?PROD=1366858&CAT=13329)

### MATTE BLACK TRAIL-LITE 5.5" BARREL (DETAIL.ASPX? PROD=1366858&CAT=13329)

Back Ordered

## $270.00

TL55TEMBNF
(Detail.aspx?PROD=1366858&CAT=13329)

More info

Case 3:19-cv-01537-BEN-JLB Document 64 Filed 01/20/21 PageID.8082 Page 106 of 326





(Detail.aspx?PROD=1366857&CAT=13329)

**MATTE BLACK TRAIL-LITE 5.5"
BARREL - FLUTED (DETAIL.ASPX?
PROD=1366857&CAT=13329)**

Back Ordered

**$280.00**

**TL55TEMBRF**

(Detail.aspx?PROD=1366857&CAT=13329)

More info

(Detail.aspx?PROD=1366860&CAT=13329)

**MATTE OLIVE DRAB TRAIL-LITE
5.5" BARREL (DETAIL.ASPX?
PROD=1366860&CAT=13329)**

In Stock

**$270.00**

**TL55TEMODNF**

(Detail.aspx?PROD=1366860&CAT=13329)

Add to Cart



(Detail.aspx?PROD=1366859&CAT=13329)

## MATTE OLIVE DRAB TRAIL-LITE 5.5" BARREL - FLUTED (DETAIL.ASPX? PROD=1366859&CAT=13329)

Back Ordered

## $280.00

**TL55TEMODRF**

(Detail.aspx?PROD=1366859&CAT=13329)

More info

First        Prev        **Page 1 of 1**        Next        Last

⚠️ WARNING: This product contains (one or more) chemicals including lead, known to the State of California to cause (cancer and) birth defects or other reproductive problems. For more information go to www.P65Warnings.ca.gove (https://www.p65warnings.ca.gov/) (Wash hands after handling.)

## Customer Service

Contact Us (ContactForm.aspx?PAGE=Contact)
FAQ (Content.aspx?PAGE=FAQ)
Product Manuals (Content.aspx?PAGE=MANUALS)

## Information

0033

Download Catalog (uiimages/10057/TACSOL_CATALOG.pdf)

Dealer Locator (tsdealergooglemap.aspx)

# About

About Us (Content.aspx?PAGE=About)

Returns (Content.aspx?PAGE=Returns)

Privacy (Content.aspx?PAGE=Privacy)

Security (Content.aspx?PAGE=Security)

## Social Media

(https://www.instagram.com/tacticalsol/?

(https://twitter.com/TacticalSol)

(https://www.facebook.com/TacticalSol)

**EXHIBIT 7**





RIFLES

HANDGUNS

FIREARM SELECTOR

COMPARE

FIND A RETAILER

INTEL

LE / IOP

WARRANTY

THE ARMORY LIFE



| OVERVIEW | FEATURES | SPECS | RESOURCES |





**0036**

Case 3:19-cv-01537-BEN-JLB Document 76-1 Filed 01/20/21 PageID.0087 Page 111 of 326



# RIFLES

## HANDGUNS

**FIREARM SELECTOR**

**COMPARE**

**FIND A RETAILER**

**INTEL**

**LE / IOP**

**WARRANTY**

**THE ARMORY LIFE**



### THREADED BARREL

The 5.28" hammer-forged barrel of the XD-M® Elite Tactical OSP™ is extended and threaded, and features a tough Melonite® finish.



### SUPPRESSOR HEIGHT SIGHTS

The XD-M® Elite Tactical OSP™ is ready to accept today's top red dot optics and features tall suppressor-height sights to work in concert with them.

| CALIBER | |
|---|---|
| 9mm | |

| COLOR | |
|---|---|
| Black | |

| BARREL | |
|---|---|
| 5.28" Hammer Forged Steel, Threaded (.5 x 28), Melonite® Finish, 1:10 | |



**0037**

Case 3:19-cv-01537-BEN-JLB Document 76-1 Filed 01/20/21 PageID.9088 Page 112 of 326

# SPRINGFIELD ARMORY

## RIFLES

## HANDGUNS

FIREARM SELECTOR

COMPARE

FIND A RETAILER

INTEL

LE / IOP

WARRANTY

THE ARMORY LIFE



8.6″

**HEIGHT**

5.875″

**MSRP**

$709



SPEC SHEET

MANUAL

WARRANTY





SPRINGFIELD ARMORY

RIFLES

HANDGUNS

FIREARM SELECTOR

COMPARE

FIND A RETAILER

INTEL

LE / IOP

WARRANTY

THE ARMORY LIFE

CALIBER

9MM

MSRP

SHOW ALL

STATE COMPLIANT

NO

FILTER +

$590 MSRP

$590 MSRP

$590 MSRP

XD-M® ELITE 3.8" COMPACT HANDGUN

XDME9389CBHC

9MM | BLACK

LEARN MORE

COMPARE

XD-M® ELITE 3.8" HANDGUN

XDME9389BHC

9MM | BLACK

LEARN MORE

COMPARE

# SPRINGFIELD ARMORY

RIFLES

HANDGUNS

FIREARM SELECTOR

COMPARE

FIND A RETAILER

INTEL

LE / IOP

WARRANTY

THE ARMORY LIFE

XD-M® OSP™ OPTICS MOUNTING PLATE – LEUPOLD® / SHIELD
$25.00

XD-M® OSP™ OPTICS MOUNTING PLATE – TRIJICON® / HOLOSUN®
$25.00

XD-M® OSP™ OPTICS MOUNTING PLATE – VORTEX® / BURRIS®
$25.00

SPRINGFIELD CROSSED CANNON T-SHIRT – BLACK
$19.99



SPRINGFIELD ARMORY HANDGUN WORLD
#GUNS
11-02-20

WHEN YOU SHOULDN'T USE A WEA
#GEAR #SKILLS
10-28-20



**RIFLES**

**HANDGUNS**

FIREARM SELECTOR

COMPARE

FIND A RETAILER

INTEL

LE / IOP

WARRANTY

THE ARMORY LIFE





SUPPRESSING THE XD-M ELITE TACTICAL OSP

#GEAR #GUNS

08-10-20

WARNING  CALIFORNIA PROP 65

LEARN MORE

NOTICE  LOCAL RESTRICTIONS

It is the buyer's responsibility to comply with all rules, restrictions and/or laws determined by your city or state. Please ensure you are up-to-date on all current laws regarding your purchase.





+  RIFLES
**0041**



SPRINGFIELD ARMORY

RIFLES

HANDGUNS

FIREARM SELECTOR

COMPARE

FIND A RETAILER

INTEL

LE / IOP

WARRANTY

THE ARMORY LIFE

© 2020 SPRINGFIELD ARMORY.
ALL RIGHTS RESERVED. PRODUCT SPECIFICATIONS ARE SUBJECT TO CHANGE WITHOUT NOTICE.

SITE BY GRAY LOON.



# EXHIBIT 8



Miller v. Becerra

**Plaintiffs' Exhibit**

**005-8**

  

A MESSAGE TO OUR CUSTOMERS ABOUT COVID-19 | <u>LEARN MORE</u>



 **FILTER**

**66 items for Pistols product grid**

Home|Firearms|By Product|Pistols

# Pistols

Browse the most up-to-date catalog of Beretta pistols. Whether you're looking for a full size or concealed carry handgun, striker or hammer action, polymer or metal frame, you can find your perfect handgun, here.



**92X Performance**





**92X Full Size**





**92X Centurion**

Beretta Pistols





**92X Compact W/Rail**





**92X Compact**

**0046**



**M9A3 Black**



**Px4 Storm Carry**

**0047**

Beretta Pistols



**APX Carry Black**



**APX Carry FDE**

**0048**



**APX Carry Wolf Grey**



**APX CARRY ODG**

**0049**



**92G Elite LTT Centurion**



**92G Elite LTT Compact**



**92G ELITE LTT**

---



**PX4 Storm Compact Carry**

---



**Px4 Compact FDE**



**Px4 Compact Grey**



**Px4 Storm Compact**



**Px4 Storm Full**

**0053**



**Px4 Storm SubCompact**



**Px4 Storm SD Type F**



**Px4 Storm Inox**



**M9A3 Black & Gray**

**0055**



**M9A3 Black & Green**



**M9A3 FDE & Black**

**0056**



**M9A3 Green & Black**





**APX Centurion Combat**





**APX Compact FDE**





**APX Centurion FDE**





**APX Centurion RDO**





**APX Target**



**APX**



**APX RDO**

Beretta Pistols



**APX Combat**



**APX FDE**



**APX Compact**



**APX Centurion**



**92G Brigadier Volunteer**



**92FSR_22 Suppressor Ready Kit**



**92FSR_22 Sniper Grey**



**M9A1_22**



**21 A Bobcat Inox**



**Pico RE Blue Frame**



**Nano Sniper Grey Frame**



**Pico Lavender Frame**

**0066**



**Nano RE Blue Frame**



**Pico FDE Frame**



**Nano Rosa Frame**



**Nano FDE Frame**



**92 A1**



**BU9 Nano**

Beretta Pistols



**Pico**



**M9**



**92 FS**

---



**21 A Bobcat**

---



**3032 Tomcat Inox**



**M9A1**



**92 FS Inox**



**96 A1**



**92 Compact with Rail Inox**



**M9_22LR**



**92 Brigadier Inox**



LIMITED EDITION

**92 FS Fusion**

**0075**



**M9A3**



**U22 Neos**



**U22 Neos Inox**

---

1-66 of 66 items      Page 1 of 1      72 Items Per Page ⌄



# EXHIBIT 9





Home > Barrels



AlphaWolf for Glock



GEN5 Compatible Barrels



Lone Wolf for Glock



AlphaWolf for S&W Shield



AlphaWolf for Browning Hi Power



AlphaWolf for Ruger



Rock Island Armory (Armscor) 22TCM9R ...



Glock OEM

## Customer Service

Contact Us
Dealer Signup
FAQs
Email Sign Up
Store Policies

## Information

Lead Times

## About

About Us
Employment Opportunities
Financing

## Social Media

©Copyright 2020 Lone Wolf Arms. All Rights Reserved. Site fueled by Hydra Back Office

# EXHIBIT 10



Cage Code: 87A80 ✉ info@primaryarms.com (mailto:info@primaryarms.com) 📞 713-344-9600 (tel: 17133449600)



(/)

What are you looking for today?    Go

Email Sign Up (/email-sign-up)

## 354 HANDGUNS BARRELS

Sort & Filter ⌄    Narrow By ›

### UPGRADE YOUR HANDGUN BARREL TODAY!

Narrowed By:   Handguns Barrels ✖ (/Search)




(/strike-industries-mass-driver-comp-glock-gen3-compact)

★★★★★

● In Stock

Strike Industries Mass Driver Compensator For Compact Glock Gen3® G19 Compatible (/Strike-Industries-Mass-Driver-Comp-Glock-Gen3-Compact)

View Details (/strike-industries-mass-driver-comp-glock-gen3-compact)

☐ Add To Compare

$79.99




(/strike-industries-mass-driver-comp-glock-gen3-full-size)

★★★★★

● In Stock

Strike Industries Mass Driver Compensator For Standard Glock Gen3® G17 (/Strike-Industries-Mass-Driver-Comp-Glock-Gen3-Full-Size)

View Details (/strike-industries-mass-driver-comp-glock-gen3-full-size)

☐ Add To Compare

$79.99





(/strike-

industries-mass-driver-compensator-compact-gen4-glock-19)



⊘ In Stock

Strike Industries Mass Driver Compensator - Compact For Glock 19 Gen4 (/Strike-Industries-Mass-Driver-Compensator-Compact-Gen4-Glock-19)

View Details (/strike-
industries-mass-
driver-compensator-
compact-gen4-glock-
19)

☐ Add To Compare

$84.95



(/lone-wolf-

alpha-wolf-glock-19-barrel-9mm-fluted-threaded-nitride)

⊘ In Stock

Lone Wolf Alpha Wolf 9mm Fluted Threaded For Glock 19 - Nitride (/Lone-Wolf-Alpha-Wolf-Glock-19-Barrel-9mm-Fluted-Threaded-Nitride)

View Details (/lone-
wolf-alpha-wolf-glock-
19-barrel-9mm-fluted-
threaded-nitride)

☐ Add To Compare

$159.95



(/strike-

industries-mass-driver-compensator-standard-gen-4-glock-17)

⊘ In Stock

Strike Industries Mass Driver Compensator - Standard For Glock 17 Gen4 (/Strike-Industries-Mass-Driver-Compensator-Standard-Gen-4-Glock-17)

View Details (/strike-
industries-mass-
driver-compensator-
standard-gen-4-glock-
17)



(/glock-44-

threaded-barrel)

⊘ In Stock

Glock 44 Threaded Barrel (/Glock-44-Threaded-Barrel)

View Details (/glock-
44-threaded-barrel)

☐ Add To Compare

$159.99



**0082**

$84.95



(/strike-

industries-enhanced-thread-protector-1-2x28-titan)

★★★★★

✔ In Stock

Strike Industries Enhanced Thread Protector 1/2x28 - Titan (/Strike-Industries-Enhanced-Thread-Protector-1-2x28-Titan)

View Details (/strike-industries-enhanced-thread-protector-1-2x28-titan)

☐ Add To Compare

$11.95



(/lantac-firing-

pin-223-556)

★★★★★

✔ In Stock

LANTAC FIRING PIN 223/556 (/Lantac-Firing-Pin-223-556)

View Details (/lantac-firing-pin-223-556)

☐ Add To Compare

$18.99





(/griffin-armament-micro-carry-comp-1-2x28)

★★★★★

✔ In Stock

Griffin Armament Micro Carry Comp 1/2x28 (/Griffin-Armament-Micro-Carry-Comp-1-2x28)

View Details (/griffin-armament-micro-carry-comp-1-2x28)

☐ Add To Compare

$59.95



(/cmc-triggers-9mm-glock-g19-fluted-threaded-barrel-with-stainless-finish)

★★★★★

✔ In Stock

CMC Triggers Fluted Threaded Barrel For GLOCK 19 Gen3/Gen4 - Stainless (/Cmc-Triggers-9mm-Glock-G19-Fluted-Threaded-Barrel-With-Stainless-Finish)

View Details (/cmc-triggers-9mm-glock-g19-fluted-threaded-barrel-with-stainless-finish)

☐ Add To Compare

$169.99
$210.00



(/cmc-triggers-threaded-fluted-glock-19-barrel-with-black-dlc-finish)

★★★★★

✔ In Stock

CMC Triggers Fluted Threaded Barrel For GLOCK 19 Gen3/Gen4 - Black DLC (/Cmc-Triggers-Threaded-Fluted-Glock-19-Barrel-With-Black-Dlc-Finish)

View Details (/cmc-triggers-threaded-fluted-glock-19-barrel-with-black-dlc-finish)



(/grey-ghost-precision-glock-19-threaded-match-grade-barrel-non-coated)

★★★★★

✔ In Stock

Grey Ghost Precision Threaded Match Grade Barrel For GLOCK 19 - Non Coated (/Grey-Ghost-Precision-Glock-19-Threaded-Match-Grade-Barrel-Non-Coated)

View Details (/grey-ghost-precision-glock-19-threaded-match-grade-barrel-non-coated)



☐ Add To Compare          ☐ Add To Compare

$169.99                   $182.39
~~$210.00~~



(/cmc-triggers-

9mm-glock-g19-fluted-threaded-barrel-with-ticn-bronze-
finish)

★ ★ ★ ★ ★

✔ In Stock

CMC Triggers Fluted Threaded Barrel For GLOCK 19
Gen3/Gen4 - Bronze TiCN (/Cmc-Triggers-9mm-Glock-G19-
Fluted-Threaded-Barrel-With-Ticn-Bronze-Finish)

View Details (/cmc-
triggers-9mm-glock-
g19-fluted-threaded-
barrel-with-ticn-
bronze-finish)

☐ Add To Compare

$169.99
~~$210.00~~

(/cmc-triggers-

glock-9mm-threaded-fluted-g17-barrel-with-black-diamond-
like-coating-finish)

★ ★ ★ ★ ★

✔ In Stock

CMC Triggers Fluted Threaded Barrel For GLOCK 17
Gen3/Gen4 - Black DLC (/Cmc-Triggers-Glock-9mm-
Threaded-Fluted-G17-Barrel-With-Black-Diamond-Like-
Coating-Finish)

View Details (/cmc-
triggers-glock-9mm-
threaded-fluted-g17-
barrel-with-black-
diamond-like-coating-
finish)

☐ Add To Compare

$169.99
~~$210.00~~



(/grey-ghost-

precision-glock-17-gen-5-threaded-barrel-black-nitride)

★ ★ ★ ★ ★



(/zev-

technologies-9mm-pro-compensator-v2-1-2x28-black)

★ ★ ★ ★ ★

✔ In Stock



Stock

Grey Ghost Precision Threaded Barrel For GLOCK 17 Gen5 - Black Nitride (/Grey-Ghost-Precision-Glock-17-Gen-5-Threaded-Barrel-Black-Nitride)

View Details (/grey-ghost-precision-glock-17-gen-5-threaded-barrel-black-nitride)

☐ Add To Compare

$182.39

Zev Technologies 9mm PRO Compensator V2 - 1/2x28 - Black (/Zev-Technologies-9mm-Pro-Compensator-V2-1-2x28-Black)

View Details (/zev-technologies-9mm-pro-compensator-v2-1-2x28-black)

☐ Add To Compare

**Click Here for Price**
$~~94.05~~

---

 (/cmc-triggers-fluted-glock-17-barrel-9mm-bronze-ticn-finish)

★★★★★

✓ In Stock

CMC Triggers Fluted Barrel For GLOCK 17 Gen3/Gen4 - Bronze TiCN (/Cmc-Triggers-Fluted-Glock-17-Barrel-9mm-Bronze-Ticn-Finish)

View Details (/cmc-triggers-fluted-glock-17-barrel-9mm-bronze-ticn-finish)

☐ Add To Compare

$169.99
$~~199.00~~

 (/strike-industries-ark-glock-17-barrel-spiral-fluted)

★★★★★

✓ In Stock

Strike Industries Ark Barrel Spiral Fluted For GLOCK 17 (/Strike-Industries-Ark-Glock-17-Barrel-Spiral-Fluted)

View Details (/strike-industries-ark-glock-17-barrel-spiral-fluted)

☐ Add To Compare

$169.95

 (/cmc-triggers-fluted-glock-34-barrel-9mm-black-dlc-finish)

★★★★★

✓ In Stock

 Norton SHOPPING GUARANTEE 11/5/2020

Pistol Barrels for Sale | Primary Arms

CMC Triggers Fluted Barrel For GLOCK 34 Gen3/Gen4 - Black DLC (/Cmc-Triggers-Fluted-Glock-34-Barrel-9mm-Black-Dlc-Finish)

View Details (/cmc-triggers-fluted-glock-34-barrel-9mm-black-dlc-finish)

☐ Add To Compare

$169.99
$199.00

 (/cmc-triggers-fluted-glock-17-barrel-9mm-stainless)

★ ★ ★ ★ ★



✔ In Stock

CMC Triggers Fluted Barrel For GLOCK 17 Gen3/Gen4 - Stainless (/Cmc-Triggers-Fluted-Glock-17-Barrel-9mm-Stainless)

View Details (/cmc-triggers-fluted-glock-17-barrel-9mm-stainless)

☐ Add To Compare

$169.99
$199.00

 (/cmc-triggers-glock-g17-fluted-threaded-barrel-with-stainless-finish)

Norton SHOPPING GUARANTEE 11/5/2020

**0087**

Pistol Barrels for Sale | Primary Arms

★★★★★

✔ In Stock

CMC Triggers Fluted Threaded Barrel For GLOCK 17 Gen3/Gen4 - Stainless (/Cmc-Triggers-9mm-Glock-G17-Fluted-Threaded-Barrel-With-Stainless-Finish)

View Details (/cmc-triggers-9mm-glock-g17-fluted-threaded-barrel-with-stainless-finish)

☐ Add To Compare

$169.99
~~$210.00~~



(/griffin-armament-glock-gen5-g19-advanced-threaded-barrel)

★★★★★

✔ In Stock

Griffin Armament Advanced Threaded Match Barrel With Micro Carry Comp For GLOCK 19 Gen5 (/Griffin-Armament-Glock-Gen5-G19-Advanced-Threaded-Barrel)

View Details (/griffin-armament-glock-gen5-g19-advanced-threaded-barrel)

☐ Add To Compare

$186.00



(/cmc-triggers-fluted-glock-19-barrel-9mm-bronze-ticn-finish)

★★★★★

✔ In Stock

CMC Triggers Fluted Barrel For GLOCK 19 Gen3/Gen4 - Bronze TiCN (/Cmc-Triggers-Fluted-Glock-19-Barrel-9mm-Bronze-Ticn-Finish)

View Details (/cmc-triggers-fluted-glock-19-barrel-9mm-bronze-ticn-finish)



(/griffin-armament-glock-g48-advanced-threaded-match-barrel-micro-carry-comp)

★★★★★

✔ In Stock

Griffin Armament Advanced Threaded Match Barrel With Micro Carry Comp For GLOCK 48 (/Griffin-Armament-Glock-G48-Advanced-Threaded-Match-Barrel-Micro-Carry-Comp)

View Details (/griffin-armament-glock-g48-advanced-threaded-match-barrel-micro-carry-comp)



Norton SHOPPING GUARANTEE 11/5/2020

☐ Add To Compare

$169.99
$199.00

☐ Add To Compare

$186.00



(/cmc-triggers-fluted-glock-34-barrel-9mm-bronze-ticn-finish)

★★★★★

✔ In Stock

CMC Triggers Fluted Barrel For GLOCK 34 Gen3/Gen4 - Bronze TiCN (/Cmc-Triggers-Fluted-Glock-34-Barrel-9mm-Bronze-Ticn-Finish)

View Details (/cmc-triggers-fluted-glock-34-barrel-9mm-bronze-ticn-finish)

☐ Add To Compare

$169.99
$199.00

(/lantac-9ine-fluted-glock-43-barrel-stainless-steel)

★★★★★

✔ In Stock

Lantac 9INE Fluted Barrel For Glock 43 - Stainless Steel (/Lantac-9ine-Fluted-Glock-43-Barrel-Stainless-Steel)

View Details (/lantac-9ine-fluted-glock-43-barrel-stainless-steel)

☐ Add To Compare

$229.99



(/strike-industries-glock-19-ark-barrel)

★★★★★

✔ In Stock

Strike Industries Ark Barrel For GLOCK 19 (/Strike-Industries-Glock-19-Ark-Barrel)

View Details (/strike-industries-glock-19-ark-barrel)

☐ Add To Compare



$169.95



(/grey-ghost-

precision-glock-19-threaded-match-grade-barrel-black-
nitride-barrel)

★★★★★

✔ In Stock

Grey Ghost Precision Threaded Match Grade Barrel For
GLOCK 19 Gen3/4 - Black Nitride (/Grey-Ghost-Precision-
Glock-19-Threaded-Match-Grade-Barrel-Black-Nitride-Barrel)

View Details (/grey-
ghost-precision-glock-
19-threaded-match-
grade-barrel-black-
nitride-barrel)

☐ Add To Compare

$182.39



(/griffin-

armament-glock-gen5-g17-advanced-threaded-barrel)

★★★★★

✔ In Stock

Griffin Armament Advanced Threaded Match Barrel With
Micro Carry Comp For GLOCK 17 Gen5 (/Griffin-Armament-
Glock-Gen5-G17-Advanced-Threaded-Barrel)

View Details (/griffin-
armament-glock-gen5-



(/primary-

machine-cz-p10c-match-grade-barrel-threaded-fluted-black)

★★★★★

✔ In Stock

Primary Machine CZ P10C Match Grade Threaded Fluted
9mm Barrel - Black (/Primary-Machine-Cz-P10c-Match-Grade-
Barrel-Threaded-Fluted-Black)

View Details (/primary-
machine-cz-p10c-

Norton
SHOPPING GUARANTEE
11/5/2020

g17-advanced-
threaded-barrel)

match-grade-barrel-
threaded-fluted-black)

☐ Add To Compare

☐ Add To Compare

$186.00

$227.99



(/grey-ghost-



(/lone-wolf-

precision-glock-43-match-grade-barrel-black-nitride)

alpha-wolf-glock-26-barrel-9mm-fluted-threaded-nitride)

★ ★ ★ ★ ★



✔ In Stock

✔ In Stock

Grey Ghost Precision Match Grade Barrel For GLOCK 43 -
Black Nitride (/Grey-Ghost-Precision-Glock-43-Match-Grade-
Barrel-Black-Nitride)

Lone Wolf Alpha Wolf 9mm Fluted Threaded For Glock 26 -
Nitride (/Lone-Wolf-Alpha-Wolf-Glock-26-Barrel-9mm-Fluted-
Threaded-Nitride)

View Details (/grey-
ghost-precision-glock-
43-match-grade-
barrel-black-nitride)

View Details (/lone-
wolf-alpha-wolf-glock-
26-barrel-9mm-fluted-
threaded-nitride)

☐ Add To Compare

☐ Add To Compare

$172.79

$159.95



(/wheaton-



(/sig-sauer-

arms-match-grade-threaded-glock-17-gen-1-4-compatible-
barrel-copper)

p229-threaded-barrel-9mm-13.5x1lh)

★ ★ ★ ★ ★



★ ★ ★ ★ ★

✔ In Stock

✔ In Stock

Wheaton Arms Match Grade Threaded Barrel For Glock 17
1-4 - Copper (/Wheaton-Arms-Match-Grade-Threaded-
Glock-17-Gen-1-4-Compatible-Barrel-Copper)

SIG Sauer P229 Threaded Barrel - 9mm - 13.5x1LH (/Sig-
Sauer-P229-Threaded-Barrel-9mm-13.5x1lh)

View Details (/sig-
sauer-p229-threaded-

**0091**

View Details
(/wheaton-arms-
match-grade-
threaded-glock-17-
gen-1-4-compatible-
barrel-copper)

☐ Add To Compare

$189.99

barrel-9mm-13.5x1lh)

☐ Add To Compare

$189.05



(/sig-sauer-

p320-barrel-full-size-357-sig-dlc)

★ ★ ★ ★ ★

🛡 In Stock

SIG Sauer P320 Barrel - Full Size - .357 SIG - DLC (/Sig-Sauer-
P320-Barrel-Full-Size-357-Sig-Dlc)

View Details (/sig-
sauer-p320-barrel-full-
size-357-sig-dlc)

☐ Add To Compare

$141.55



(/true-

precision-sig-p365-9mm-threaded-barrel-stainless-blem)

★ ★ ★ ★ ★

🛡 In Stock

True Precision SIG P365 9mm Threaded Barrel - Stainless -
Blem (/True-Precision-Sig-P365-9mm-Threaded-Barrel-
Stainless-Blem)

View Details (/true-
precision-sig-p365-
9mm-threaded-barrel-
stainless-blem)



☐ Add To Compare

$149.99



(/griffin-armament-p365xl-threaded-barrel-micro-carry-comp-black-nitride)


★ ★ ★ ★ ★

✓ In Stock

Griffin Armament P365XL Threaded Barrel With Micro Carry Comp - Black Nitride (/Griffin-Armament-P365xl-Threaded-Barrel-Micro-Carry-Comp-Black-Nitride)

View Details (/griffin-armament-p365xl-threaded-barrel-micro-carry-comp-black-nitride)

☐ Add To Compare

$186.00



(/zev-technologies-glock-17-optimized-match-barrel-gen1-4-burnt-bronze)

★ ★ ★ ★ ★

✓ In Stock

Zev Technologies Optimized Match Barrel For GLOCK 17 Gen1-4 - Burnt Bronze (/Zev-Technologies-Glock-17-Optimized-Match-Barrel-Gen1-4-Burnt-Bronze)

View Details (/zev-technologies-glock-17-optimized-match-barrel-gen1-4-burnt-bronze)

☐ Add To Compare

$236.55



(/grey-ghost-precision-glock-26-barrel-black-nitride)


★ ★ ★ ★ ★

✓ In Stock

Grey Ghost Precision Barrel For GLOCK 26 Gen5 - Black Nitride (/Grey-Ghost-Precision-Glock-26-Barrel-Black-Nitride)



(/grey-ghost-precision-glock-26-gen-5-threaded-barrel-black-nitride)


★ ★ ★ ★ ★

✓ In Stock

Grey Ghost Precision Threaded Barrel For GLOCK 26 Gen5 - Black Nitride (/Grey-Ghost-Precision-Glock-26-Gen-5-Threaded-Barrel-Black-Nitride)

View Details (/grey-ghost-precision-glock-26-barrel-black-nitride)

☐ Add To Compare

$172.79

View Details (/grey-ghost-precision-glock-26-gen-5-threaded-barrel-black-nitride)

☐ Add To Compare

$182.39



(/grey-ghost-

precision-glock-17-gen-5-barrel-black-nitride)

★★★★★

✔ In Stock

Grey Ghost Precision Barrel For GLOCK 17 Gen5 - Black Nitride (/Grey-Ghost-Precision-Glock-17-Gen-5-Barrel-Black-Nitride)

View Details (/grey-ghost-precision-glock-17-gen-5-barrel-black-nitride)

☐ Add To Compare

$172.79



(/griffin-

armament-sig-sauer-p365-advanced-threaded-barrel)

★★★★★

✔ In Stock

Griffin Armament SIG Sauer P365 Advanced Threaded Barrel With Micro Carry Comp (/Griffin-Armament-Sig-Sauer-P365-Advanced-Threaded-Barrel)

View Details (/griffin-armament-sig-sauer-p365-advanced-threaded-barrel)

☐ Add To Compare

$186.00



(/griffin-

armament-glock-gen3-g19-advanced-threaded-barrel)

★★★★★

 Stock



(/griffin-

armament-glock-gen3-g17-advanced-threaded-barrel)

★★★★★

✔ In Stock

Griffin Armament Advanced Threaded Match Barrel With Micro Carry Comp For GLOCK 19 Gen3/4 (/Griffin-Armament-Glock-Gen3-G19-Advanced-Threaded-Barrel)

View Details (/griffin-armament-glock-gen3-g19-advanced-threaded-barrel)

☐ Add To Compare

$186.00

Griffin Armament Compatible Advanced Threaded Match Barrel For Glock® Gen3 /4 G17 With Micro Carry Comp (/Griffin-Armament-Glock-Gen3-G17-Advanced-Threaded-Barrel)

View Details (/griffin-armament-glock-gen3-g17-advanced-threaded-barrel)

☐ Add To Compare

$186.00



(/griffin-armament-glock-g43-advanced-threaded-barrel)


★★★★★

 In Stock

Griffin Armament Advanced Threaded Match Barrel With Micro Carry Comp For GLOCK G43 (/Griffin-Armament-Glock-G43-Advanced-Threaded-Barrel)

View Details (/griffin-armament-glock-g43-advanced-threaded-barrel)

☐ Add To Compare

$186.00



(/arc-division-sparc-m-v2-glock-gen-3-compensator-black)


★★★★★

 In Stock

Arc Division SPARC-M V2 Compensator For GLOCK Gen3 - Black (/Arc-Division-Sparc-M-V2-Glock-Gen-3-Compensator-Black)

View Details (/arc-division-sparc-m-v2-glock-gen-3-compensator-black)

☐ Add To Compare

$81.00



(/arc-division-sparc-v2-glock-gen-3-compensator-black)



★ ★ ★ ★ ★

✔ In Stock

Arc Division SPARC V2 Compensator For GLOCK Gen3 - Black
(/Arc-Division-Sparc-V2-Glock-Gen-3-Compensator-Black)

View Details (/arc-
division-sparc-v2-
glock-gen-3-
compensator-black)

☐ Add To Compare

$85.00



(/agency-arms-
417-single-port-glock-compensator-17-19-34-gen4-black)

★ ★ ★ ★ ★

✔ In Stock

Agency Arms 417 Single Port Compensator For Glock
17/19/34 Gen4 - Black (/Agency-Arms-417-Single-Port-Glock-
Compensator-17-19-34-Gen4-Black)

View Details (/agency-
arms-417-single-port-
glock-compensator-17-
19-34-gen4-black)

☐ Add To Compare

$110.00

1 of 8   ›

(/MCa
Barre
page=

↑



ED HELP?   ⌃

PROGRAMS   ⌃

**0096**



## OUR COMPANY ⌃

✉ **EMAIL SIGNUP**

Email Address

Sign Up



(http://membership.nrahq.org/)

(https://www.nssf.org/)

 

## ALSO OF INTEREST

Marketing Categories:... (https://www.primaryarms.com/MCategories+Clothing--AND--Accessories)

Glock Pistol, Parts & Accessories (https://www.primaryarms.com/Brand+Glock)

Gun Parts - Handgun Barrels For Sale (https://www.primaryarms.com/1+Handgun-Barrels/MCategories+Gun-Parts)

Lone Wolf Alpha Wolf 9mm Fluted... (https://www.primaryarms.com/lone-wolf-alpha-wolf-glock-19-barrel-9mm-fluted-threaded-nitride)

**0097**

Strike Industries Mass Driver Compensat (https://www.primaryarms.com/strike-industries-mass-driver-comp-glock-gen3-compact)

Glock Accessories, parts and custom... (https://www.primaryarms.com/MCategories+Handguns/Platform+Glock-Handguns)

Pistol Compensator [Handgun Muzzle... (https://www.primaryarms.com/1+Muzzle-Devices/MCategories+Handguns-Barrels)

Handguns Barrels - Handgun Barrels For... (https://www.primaryarms.com/1+Handgun-Barrels/MCategories+Handguns-Barrels)

Marketing Categories: Handguns-Barrels,... (https://www.primaryarms.com/MCategories+Handguns-Barrels/Platform+Glock-Handguns)

✉ info@primaryarms.com (mailto:info@primaryarms.com)

© 2020 Primary Arms
Terms & Conditions (/terms-conditions)

**Site Map** | **Contact Us** (/contact-us)





(https://www.bbb.org/houston/business-reviews/sporting-goods-retail/primary-arms-llc-in-pearland-tx-90027054/#sealclick)

**0098**

# EXHIBIT 11





CART: 0



WE ARE SLOWLY CATCHING UP, BUT ARE CURRENTLY SHIPPING NON-FIREARM, IN STOCK ORDERS PLACED ON: 10/19/2020




OVER $100


NEW


OVER $100


30-DAY

TST
TOPSHOT


TRAINING




FREE

**TOP 5 GLOCK UPGRADES ‖ CUSTOM GLOCK GALLERY**

**GS CUSTOM GUN SHOP**



● ● ● ● ● ● ● ● ●

# DOUBLE DIAMOND THREADED BARREL
**0100**

$159.99 to $229.99

(6 Reviews)

SKU: 1001

**Select options**

QTY.

1

ADD TO CART

**ADD TO WISHLIST**

VIDEOS

  

PRODUCT DESCRIPTION

Extended Length Threaded Barrels to accept a Ported Compensator.

Includes a Thread Protector with purchase.

Please note: Not compatible with Gen 5 Glocks.

ADDITIONAL INFORMATION

# YOU MAY ALSO LIKE

**0101**



## CUSTOMERS WHO BOUGHT THIS ITEM ALSO BOUGHT



Reviews 5

## SIGN UP FOR EXCLUSIVE SALES AND PRODUCT NEWS

username@domain.com

**0102**

<div style="background:red">JOIN</div>

STORE LOCATOR    REQUEST A CATALOG

## SHOP

## COMPANY

## SUPPORT CENTER

## MY ACCOUNT

## CONTACT INFO

FOLLOW US

DISCLAIMER:

"GLOCK" is a federally registered trademark of Glock, Inc. and is one of many trademarks owned by Glock, Inc. or Glock Ges.m.b.H. Glockstore.com is not affiliated with nor endorsed by Glock, Inc. or Glock Ges.m.b.H.

© 2020 Glockstore. All Rights Reserved

▲ BACK TO TOP ▲

**0103**

**EXHIBIT 12**





**CART: 0 (/cart)**

(/) WE ARE SLOWLY CATCHING UP, BUT ARE CURRENTLY SHIPPING NON-FIREARM, IN STOCK ORDERS PLACED ON: `10/19/2020` **LEARN MORE ►** (http://glockstore.com/covid-19.html)



(/top5home)

(/custom-build-gallery)

(/custom)

≡

## About Us:

GS Performance, LLC was created in 1983 by Lenny Magill to facilitate the operation of a multi-brand international retail and wholesale distribution network with both printed and online catalog sales covering a broad spectrum of industries.

GlockStore, one of our major brands, is The World's #1 Source for Glock Parts & Accessories. We're the world's largest distributor of Glock parts and accessories, magazines, holsters, logo gear, apparel, concealment items, custom parts and Glock custom guns.

We also invite you to visit our retail location at 4770 Ruffner St. in San Diego, CA and experience GUNfit, a tactical style indoor range facility unlike any public shooting range you've ever experienced.

When shopping at GlockStore.com you can expect the highest level of quality and service available. Our commitment to excellence is built upon the highest standards of customer service. We offer the best products on the market backed by the most knowledgable professionals in the industry. We are constantly growing and we are so happy to have the trust and loyalty of our customers.

## SIGN UP FOR EXCLUSIVE SALES AND PRODUCT NEWS

| username@domain.com | JOIN |
|---|---|

STORE LOCATOR (/RETAIL-SHOWROOM)     REQUEST A CATALOG (/REQUEST-CATALOG)

**0105**

**SHOP**

**COMPANY**

**SUPPORT CENTER**

**MY ACCOUNT**

**CONTACT INFO**

FOLLOW US

(https://www.facebook.com/(https://twitter.com/(https://www.youtube.com/user/GlockStore)GlockStore)Glockstore)

DISCLAIMER:

"GLOCK" is a federally registered trademark of Glock, Inc. and is one of many trademarks owned by Glock, Inc. or Glock Ges.m.b.H. Glockstore.com is not affiliated with nor endorsed by Glock, Inc. or Glock Ges.m.b.H.

© 2020 Glockstore. All Rights Reserved

BACK TO TOP

**0106**

**EXHIBIT 13**





# KKM PRECISION

**Pages**

About
Become A KKM Dealer
Blog
Cart
Checkout
Contact
Current Lead Times
FAQs
Home
Military and Law
Enforcement Discount
Information
My Account
Privacy Policy
Refund / Warranty
Shop
Testimonials
Warranty Information

**Categories**

1911
How-To
Information
Uncategorized
Updates

**Archive**

February 2018
December 2017
August 2017
July 2017
June 2017
May 2017



27 MATCH .357SIG
**$165.00 – $185.00**

🛒 Select options



27 MATCH 40S&W
**$165.00 – $185.00**

🛒 Select options



27 MATCH 40S&W WITH 9/16×24 SUPPRESSOR THREADS
**$230.00 – $250.00**

🛒 Select options



27 MATCH 40S&W WITH 9/16×32 THREADS
**$215.00 – $235.00**

🛒 Select options

27 MATCH 9MM
**$165.00 – $185.00**

🛒 Select options



27 MATCH 9MM WITH 1/2×28 SUPPRESSOR THREADS
**$230.00 – $250.00**

🛒 Select options

**0108**

April 2017



29 MATCH 10MM
**$165.00 – $185.00**

Select options

29 MATCH 10MM 4.50″
**$165.00 – $185.00**

Select options

29 MATCH 10MM BARREL WITH 4-PORT COMPENSATOR
**$275.00 – $295.00**

Select options

29 MATCH 10MM WITH 9/16×24 SUPPRESSOR THREADS
**$230.00 – $250.00**

Select options

29 MATCH 40S&W
**$165.00 – $185.00**

Select options

29 MATCH 40S&W 4.50″
**$165.00 – $185.00**

Select options

30 MATCH 45ACP
**$165.00 – $185.00**

Select options

30 MATCH 45ACP 4.50″
**$165.00 – $185.00**

Select options

30 MATCH 45ACP WITH .578×28 SUPPRESSOR THREADS
**$230.00 – $250.00**

Select options

Copyright 2017 © KKM Precision

**0109**

**EXHIBIT 14**





MidwayUSA.com
1-800-243-3220
5875 West Van Horn Tavern Rd.
Columbia, MO 65203

## "1911 threaded barrel" | Edit

Products 1 - 11 of 11 Products

Display: 48 Per Page       Sort By: Relevance



**Swenson Semi Drop-In Barrel 1911 Government 45 ACP 1 in 16" Twist 5.75" Government Threaded (.578"-28 Thread) Steel Matte Black**

★★★★☆ | 66 Reviews

Our Price: **$69.99**

Available

Add to Cart

**Swenson Semi Drop-In Barrel 1911 45 ACP 1 in 16" Twist 5" Commander Threaded (.578"-28 Thread) Steel Matte Black**

★★★★☆ | 2 Reviews

Our Price: **$62.99**

Available

Add to Cart

We use cookies to give you the best possible experience. You can learn more about the cookies we use and why we use them by viewing our **Privacy Policy**. By continuing to use our site, you accept our use of cookies. ✕

**Ed Brown Barrel with Bushing 1911 Government 45 ACP 1 in 16" Twist 5.5" Semi-Drop-In .578"-28 Threaded Muzzle with Thread Protector Stainless...**

★★★★☆ | *10 Reviews*

Our Price: $**251.99**

Available

[ Add to Cart ]

**Swenson Semi Drop-In Barrel 1911 9mm Luger 1 in 16" Twist 5" Government Threaded (.578"-28 Thread) Steel Matte Black**

★★★☆☆ | *3 Reviews*

Our Price: $**62.99**

Available

[ Add to Cart ]





**Ed Brown Barrel with Bushing 1911 Commander 45 ACP 1 in 16" Twist 4.75" Semi-Drop-In .578"-28 Threaded Muzzle with Thread Protector Stainless...**

★★★★★ | *1 Review*

Our Price: $**249.99**

Available

[ Add to Cart ]

**Ed Brown Semi-Drop-In Threaded Barrel with Bushing 1911 Government 9mm Luger 1 in 16" Twist 5.5" Stainless Steel with Thread Protector**

★★★★☆ | *1 Review*

Our Price: $**239.99**

Available

[ Add to Cart ]

We use cookies to give you the best possible experience. You can learn more about the cookies we use and why we use them by viewing our **Privacy Policy**. By continuing to use our site, you accept our use of cookies.

✕

**Remington 1911 R1 Tactical Government Double Stack Pistol 45 ACP 5.5" Barrel Threaded 15-Round Stainless Steel Black**

List Price: ~~$1299.00~~
Our Price: **$999.99**
SHIPS FREE 

Out of Stock, No Backorder

Notify Me ?

**German Sport 1911 Pistol 22 Long Rifle 5" Threaded Barrel, 10-Round Faux Wood Grip**

List Price: ~~$319.95~~
Our Price: **$264.00**

Out of Stock, No Backorder

View Options

**Remington 1911 R1 Enhanced Government Pistol 45 ACP 5.5" Barrel Threaded 8-Round Black Laminate**

List Price: ~~$959.00~~
Our Price: **$789.99**
SHIPS FREE 

Out of Stock, No Backorder

Notify Me ?

**German Sport 1911 AD-OPS Pistol 22 Long Rifle 5" Threaded Barrel, 10-Round Black Synthetic Grip Black, with Rail Faux Suppressor**

List Price: ~~$319.95~~
Our Price: **$265.99**

Out of Stock, No Backorder

Notify Me 

We use cookies to give you the best possible experience. You can learn more about the cookies we use and why we use them by viewing our **Privacy Policy**. By continuing to use our site, you accept our use of cookies.



**German Sport 1911 Pistol 22 Long Rifle 5" Threaded Barrel, 10-Round Two Tone Polished Slide Black Frame Polymer Grip Black**

List Price: $319.95

Our Price: $264.00

Out of Stock, No Backorder

Notify Me

We use cookies to give you the best possible experience. You can learn more about the cookies we use and why we use them by viewing our **Privacy Policy**. By continuing to use our site, you accept our use of cookies.

**EXHIBIT 15**

Miller v. Becerra

**Plaintiffs' Exhibit**

**005-15**

exhibitsticker.com

# BROWNELLS. 

### Serious About Firearms Since 1939®

# 1-800-741-0015

Home    keyword:"1911 threaded barrel" ✖

## 1911 Threaded Barrel   *(312 items)*



**1911** MATCH GRADE **THREADED BARRELS**
*NIGHTHAWK CUSTOM*

*(In Stock)*
$234.99 - $259.99

★★★★★ 5.0 (1)



**1911** 45 ACP SUPPRESSOR READY **THREADED BARRELS**
*ED BROWN*

*(In Stock)*
$255.99 - $261.99

★★★★☆ 4.0 (12)



**1911** 9MM SUPPRESSOR READY **THREADED BARRELS**
*ED BROWN*

*(In Stock)*
$255.99

★★☆☆☆ 2.5 (2)



sale

sale
**1911** 9MM COMMANDER 4.25" WILSON/NOWLIN RAMP **BARREL**
*FUSION FIREARMS*

*(In Stock)*
$145.41 - $160.99

*(Select Items on Sale!)*
★★★☆☆ 3.0 (1)



**THREADED BARRELS** FOR THE GLOCK® 26
*TRUE PRECISION, INC.*

*(In Stock)*
$179.99 - $199.99

★★★★★ 0.0



SR22® **THREADED BARREL KIT**
*RUGER*

*(Out of Stock)*
$131.99

★★★★★ 5.0 (3)



**BARREL** G44 **THREADED**
*GLOCK*

*(In Stock)*
$194.99

★★★★★ 5.0 (2)



P938 9MM **THREADED BARREL**
*SIG SAUER, INC.*

*(Out of Stock)*
$199.00

★★★★★ 0.0






★★★★★ 3.1 (14)
THREADED BARRELS FOR GLOCK®

★★★★★ 5.0 (1)
THREADED BARREL S&W M&P
*APEX TACTICAL*

★★★★★ 0.0
THREADED BARREL FOR GLOCK® 17

★★★★★ 0.0
THREADED BARREL FOR SIG 365
*TRUE PRECISION, INC.*






SYNDICATE 19 **THREADED BARRELS**
*AGENCY ARMS LLC*

P229-1 9MM **THREADED BARREL**
*SIG SAUER, INC.*

BERETTA 92 **THREADED BARREL** 1/2"X28
*GEMTECH*

MATCH GRADE TWISTED **THREADED BARREL** FOR GLOCK® 43
*RIVAL ARMS*

*(Out of Stock)*
$170.00

*(Out of Stock)*
$199.00

*(Out of Stock)*
$214.99

*(In Stock)*
$199.99


★★★★★ 0.0


★★★★★ 0.0


★★★★★ 3.7 (3)


★★★★★ 0.0






MATCH GRADE TWISTED **THREADED BARREL** FOR GLOCK® 19
*RIVAL ARMS*

**THREADED** MID LINE **BARREL** G34 TITANIUM NITRIDE
*AGENCY ARMS LLC*

**THREADED** GEN 5 G17 **BARRELS**
*AGENCY ARMS LLC*

**THREADED** MID LINE **BARREL** G43 BLACK NITRIDE
*AGENCY ARMS LLC*

*(Out of Stock)*
$199.99

*(In Stock)*
$210.00

*(In Stock)*
$210.00

*(In Stock)*
$210.00


★★★★★ 4.0 (2)


★★★★★ 5.0 (1)


★★★★★ 0.0


★★★★★ 0.0

**0117**



**THREADED** MID LINE **BARREL** G17 STAINLESS STEEL
AGENCY ARMS LLC
 0.0

*(In Stock)*



M16X1LH **THREADED BARREL** WITH PROTECTOR FOR GLOCK® 21
GLOCK
0.0

*(Out of Stock)*



**THREADED** COMPACT **BARREL** FOR GLOCK™19 GEN 1-4
FAXON FIREARMS
4.0 (4)

*(Out of Stock)*



S&W M&P COMPACT 3.6" DIRECT DROP-IN **THREADED BARREL**
APEX TACTICAL
0.0

*(In Stock)*



**THREADED BARREL** 9MM SIG SAUER P226
SIG SAUER, INC.

*(In Stock)*
**$191.99**

 5.0 (1)



**THREADED** COMPETITION **BARREL** FOR GLOCK™34 GEN 1-4
FAXON FIREARMS

*(Out of Stock)*
**$151.99**

 0.0



**THREADED** MID LINE **BARREL** G43 STAINLESS STEEL
AGENCY ARMS LLC

*(In Stock)*
**$210.00**

 0.0



**THREADED** MID LINE **BARREL** G17 BLACK NITRIDE
AGENCY ARMS LLC

*(In Stock)*
**$210.00**

 0.0



**THREADED BARREL** .45ACP SIG SAUER P220
SIG SAUER, INC.

*(Out of Stock)*
**$230.99**

 3.7 (3)



FN 509 COMPACT DIRECT DROP-IN **THREADED BARREL**
APEX TACTICAL SPECIALTIES INC

*(In Stock)*
**$189.95**

 0.0



SYNDICATE **THREADED BARRELS** FOR GLOCK® 17
AGENCY ARMS LLC

*(Out of Stock)*
**$170.00**

 0.0



P220 45 CALIBER **THREADED BARREL**
SIG SAUER, INC.

*(Out of Stock)*
**$199.00**

 0.0



**THREADED** MID LINE **BARREL** G19 TITANIUM NITRIDE
*AGENCY ARMS LLC*

*(Out of Stock)*

    0.0



M14.5X1LH **THREADED BARREL** WITH PROTECTOR FOR GLOCK 23
*GLOCK*

*(Out of Stock)*

 0.0



**THREADED** GEN 5 G19 **BARRELS**
*AGENCY ARMS LLC*

*(Out of Stock)*

  0.0



**THREADED** MID LINE **BARREL** G17 TITANIUM NITRIDE
*AGENCY ARMS LLC*

*(Out of Stock)*

 0.0

---



PRO MATCH **THREADED** G19 **BARRELS**
*ZEV TECHNOLOGIES*

*(Out of Stock)*
**$228.99**

  0.0



SYNDICATE **THREADED BARRELS** FOR GLOCK® 19
*AGENCY ARMS LLC*

*(Out of Stock)*
**$170.00**

 0.0



**THREADED** MID LINE **BARREL** G19 BLACK NITRIDE
*AGENCY ARMS LLC*

*(Out of Stock)*
**$210.00**

 0.0



SMITH & WESSON M&P M2.0 COMPACT **THREADED BARREL**
*APEX TACTICAL SPECIALTIES INC*

*(Out of Stock)*
**$199.99**

 4.0 (2)

---



**THREADED** FULL-SIZE **BARREL** FOR GLOCK™17 GEN 1-4
*FAXON FIREARMS*

*(Out of Stock)*
**$141.99**

  2.3 (3)



**THREADED** MID LINE **BARREL** G19 STAINLESS STEEL
*AGENCY ARMS LLC*

*(Out of Stock)*
**$210.00**

 1.0 (1)



**THREADED BARREL** 9MM SIG SAUER P228, P229
*SIG SAUER, INC.*

*(Out of Stock)*
**$225.99**

 3.0 (2)



**THREADED** MID LINE **BARREL** G34 BLACK NITRIDE
*AGENCY ARMS LLC*

*(Out of Stock)*
**$210.00**

 0.0

---

1911 threaded barrel | Brownells






**M13.51LH THREADED BARREL** WITH PROTECTOR FOR GLOCK® 17
*GLOCK*

*(Out of Stock)*
$171.99

 0.0

G48 **BARREL** FOR GLOCK® 48 9MM
*BROWNELLS*

*(In Stock)*
$154.99 - $159.99

 3.5 (2)

**THREADED** MID LINE **BARREL** G43 TITANIUM NITRIDE
*AGENCY ARMS LLC*

*(Out of Stock)*
$210.00

 0.0

19 LS **BARREL** FOR GEN3 GLOCK® 19 9MM
*BROWNELLS*

*(In Stock)*
$173.99 - $183.99

 3.3 (3)

---





MATCH GRADE **BARRELS** FOR GLOCK® 17
*BROWNELLS*

*(In Stock)*
$158.99 - $161.99

 3.9 (7)

MATCH GRADE **BARRELS** FOR GLOCK® 34
*BROWNELLS*

*(In Stock)*
$163.99 - $168.99

 4.0 (1)

MATCH GRADE **BARRELS** FOR GLOCK® 43
*BROWNELLS*

*(In Stock)*
$154.99 - $159.99

 4.0 (2)

MATCH GRADE **BARRELS** FOR GLOCK® 21
*BROWNELLS*

*(In Stock)*
$154.99 - $159.99

 3.9 (5)

---






MATCH GRADE **BARRELS** FOR GLOCK®19
*BROWNELLS*

*(Out of Stock)*
$156.99 - $163.99

 4.0 (3)

MATCH GRADE CONVERSION **BARRELS** FOR GLOCK® 22
*BROWNELLS*

*(In Stock)*
$154.99 - $159.99

 5.0 (4)

MATCH GRADE CONVERSION **BARRELS** FOR GLOCK® 23
*BROWNELLS*

*(In Stock)*
$154.99 - $159.99

 4.8 (8)

**THREADED** MID LINE **BARREL** G34 STAINLESS STEEL
*AGENCY ARMS LLC*

*(In Stock)*
$210.00

 0.0

**0120**



BROWNING HI POWER FULL SIZE 9MM **BARRELS**
*BROWNELLS*

*(In Stock)*
$130.99

  (8)


sale

sale
SIG P320 9MM FULL SIZE **BARRELS**
*BROWNELLS*

*(In Stock)*
$99.99 - $130.99
(Select Items on Sale!)

 (4)



SIG P320 COMPACT **BARRELS** BLACK
*GREY GHOST PRECISION*

*(In Stock)*
$177.99 - $187.99

 0.0



FULL-SIZE MATCH FLAME **BARRELS** FOR GLOCK™ 17
*FAXON FIREARMS*

*(Out of Stock)*
$179.99 - $189.99

 0.0



COMPETITION MATCH FLAME **BARRELS** FOR GLOCK™ 34
*FAXON FIREARMS*

*(In Stock)*
$189.99 - $198.99

 (1)



SIG SAUER P320 FULLSIZE 9MM LUGER FLAME FLUTED **BARREL**
*FAXON FIREARMS*

*(In Stock)*
$194.99 - $204.99

 (2)



MATCH GRADE **BARRELS** FOR S&W M&P
*WILSON COMBAT*

*(In Stock)*
$189.95 - $259.95

 (3)



SIG P320 FULL SIZE **BARRELS** BLACK
*GREY GHOST PRECISION*

*(Out of Stock)*
$177.99 - $187.99

 0.0



SMITH & WESSON M&P 2.0 FULLSIZE 9MM LUGER FLAME FLUTED **BARREL**
*FAXON FIREARMS*

*(In Stock)*
$194.99 - $204.99



SIG SAUER P365 XL X-FLUTED MATCH GRADE **BARRELS**
*TRUE PRECISION, INC.*

*(Out of Stock)*
$161.99 - $189.99



MATCH GRADE FLUTED **BARRELS** FOR CZ P-10C
*PRIMARY MACHINE*

*(In Stock)*
$224.99 - $239.99



COMPACT MATCH FLAME **BARRELS** FOR GLOCK™ 19
*FAXON FIREARMS*

*(Out of Stock)*
$170.99 - $179.99

         

0.0    0.0    5.0 (2)    5.0 (3)

   

| COLT 1903 **BARREL** .32 ACP | SIG SAUER P320 COMPACT 9MM LUGER FLAME FLUTED **BARREL** | SYNDICATE STANDARD **BARRELS** FOR GLOCK® 19 | SMITH & WESSON M&P 2.0 COMPACT 9MM LUGER FLAME FLUTED **BARREL** |
|---|---|---|---|
| *US ARMAMENT CORPORATION* | *FAXON FIREARMS* | *AGENCY ARMS LLC* | *FAXON FIREARMS* |
| *(Out of Stock)* | *(Out of Stock)* | *(Out of Stock)* | *(In Stock)* |
| $135.99 - $148.99 | $185.99 - $194.99 | $160.00 | $185.99 - $194.99 |

 3.3 (3)     0.0     0.0     1.0 (1)

   

| 1911 PRECISION QUALITY **BARREL** | 1911 XACT FIT **BARREL** | 1911 **BARREL** LINK | 1911 **BARREL** ALIGNMENT BLOCK |
|---|---|---|---|
| *KART PRECISION BARREL* | *KART PRECISION BARREL* | *WILSON COMBAT* | *BROWNELLS* |
| *(In Stock)* | *(In Stock)* | *(In Stock)* | *(In Stock)* |
| $180.00 - $240.00 | $219.99 - $251.99 | $5.95 - $26.95 | $39.99 |

 4.8 (10)     5.0 (19)     4.9 (7)     4.2 (6)

   

| 1911 **BARREL** LOCKING LUG FILE | XACT FIT TOOL KIT | 1911 **BARREL** FITTING JIG | 1911 DROP-IN MATCH **BARRELS** |
|---|---|---|---|
| *BROWNELLS* | *KART PRECISION BARREL* | *APEX TACTICAL SPECIALTIES INC* | *ED BROWN* |
| *(In Stock)* | *(Out of Stock)* | *(In Stock)* | *(In Stock)* |

$63.99    $50.00    $49.99    $183.99 - $189.99

★★★★★ 5.0 (5)   ★★★★☆ 4.0 (2)   ★★★★☆ 4.0 (1)   ★★★★★ 4.4 (65)

   

**1911 BARREL** BUSHING
*WILSON COMBAT*

**1911 BARREL** BUSHING
*MGW*

**1911 BARREL** LINK KIT
*EGW*

**1911** 6" GOVERNMENT **BARREL** WITH WILSON/NOWLIN RAMP
*FUSION FIREARMS*

*(In Stock)*
$19.95

*(In Stock)*
$16.99 - $22.99

*(In Stock)*
$5.99 - $22.99

*(In Stock)*
$149.99 - $224.99

★★★★★ 4.7 (10)   ★★★★☆ 4.4 (4)   ★★★★☆ 4.2 (11)   ☆☆☆☆☆ 0.0

   

**1911** MATCH **BARREL** & BUSHING SET
*WILSON COMBAT*

**1911** DROP-IN **BARREL** & BUSHING
*WILSON COMBAT*

**1911** MATCH FIT **BARRELS**
*BAR-STO PRECISION MACHINE*

**1911** SOLID **BARREL** BUSHING
*ED BROWN*

*(In Stock)*
$199.95 - $219.95

*(In Stock)*
$189.95

*(In Stock)*
$249.99 - $264.99

*(In Stock)*
$21.99 - $22.99

★★★★★ 4.6 (6)   ★★★★★ 4.8 (4)   ★★★★★ 5.0 (2)   ★★★★★ 4.9 (14)

   

**1911** MATCH GRADE **BARREL** & BUSHING
*NIGHTHAWK CUSTOM*

**1911** DROP-IN MATCH **BARRELS** 9MM
*ED BROWN*

**1911 BARREL** LINK PIN
*BROWNELLS*

**1911 BARREL** LINKS
*NIGHTHAWK CUSTOM*

**0123**

*(In Stock)*
**$179.99**

*(In Stock)*
**$188.99**

*(In Stock)*
**$3.99 - $13.99**

*(In Stock)*
**$30.99**

 3.0 (1)

 4.5 (5)

 5.0 (1)

 0.0

---



**1911** LUG FITTING KIT
*BROWNELLS*



**1911** DROP-IN MATCH
FLUTED **BARRELS**
*ED BROWN*



45ACP S/S **1911** PRE-FIT
MATCH GRADE **BARREL** 5"
NON-RAMPED
*NOWLIN*



**1911** STAINLESS STEEL
**BARREL** BUSHINGS
*NOWLIN*

*(In Stock)*
**$20.99 - $179.99**

*(In Stock)*
**$204.99**

*(In Stock)*
**$254.95**

*(In Stock)*
**$19.95**

 4.9 (6)

 0.0

 5.0 (7)

 0.0

---

**EXHIBIT 16**



# THE MAG LIFE

Reviews  Podcast  Skills and Gunhandling  News  Releases  Insights  Accessories

Range Gear  Upkeep/DIY

# FINDING THE RIGHT 22LR HANDGUN FOR A CHILD

 BY PAUL CARLSON  JANUARY 15, 2017  3986  1

Join the Discussion



For the past few years I have been working to set my oldest daughter up with a handgun she can fire independently.  It has been a struggle.

**0126**

Choosing the right 22lr handgun for a child - The Magazine

Before I share my thoughts, let me say that not every child is ready for shooting. I understand that. Some kids aren't ready for the responsibility of handling a firearm. On the other hand, some are. The decision to allow your children to interact with and handle guns is a serious one and parents should undertake this decision with the care and consideration it deserves. Actually shooting guns is another step in a serious direction. If in doubt, consult a knowledgeable firearms professional and err on the side of caution. We all have our strengths and areas where we need to improve and there is no shame in delaying your child's entry into the world of guns.

My daughter, M let's call her, has a responsible attitude. She is respectful, follows directions, and has shown a very strong interest in guns from an early age. I began teaching her how to deal with firearms at the age of two with the Eddie Eagle Gunsafe Program, followed by the rules of firearm safety that I use and that I teach my students. She was a natural. By the time she was 3 my wife and I decided she was ready to fire her first, very carefully guided shots.

We selected a Savage Rascal in .22 lr and headed to the range. She did a great job on that quick range trip and it was the first of many, but we soon ran into a problem. Just like you and me, my daughter was bitten by the bug. She really enjoyed shooting and was continually interested in shooting other guns. The challenge we faced when she was 3 and continue to deal with even years later is her size. M is a petite little bug. She is responsible beyond her years and quite capable of learning, but getting that little finger on the trigger is a challenge not to mention the fact that the heft of many double action only triggers is currently an impossibility. In her 5 years of shooting it hasn't gotten much better.

Between her Rascal, a Ruger 10/22, and her Smith & Wesson M&P 15-22, she has three rifles that she can operate comfortably and confidently. As she continues to shoot, however, she wants to broaden her horizons into handguns. After several false starts, we have finally made some progress and have narrowed her first rim fire handgun down to a few options that might actually work for her.

# The Ruger Mark IV 22/45 Lite



One of the most exciting choices available is in the new Ruger Mark IV .22/45 Lite. Ruger's 22/45 has a polymer grip frame and is equipped with an ambidextrous safety lever. Even better is the aluminum receiver that is ventilated helping to make the pistol light weight and easy to shoot.

https://gunmagwarehouse.com/blog/22lr_handgun_for_children/

Choosing the right .22lr handgun for a child - the Magazine



In addition, the fact that 22/45 is a Mark IV means that cleaning will now be easier than ever.  With a simple investment in a handgun and some 22/45 magazines, we could be off to the races!

I haven't spent any considerable time with the Ruger Mark pistols and that makes the Ruger an option that adds something new to "our" collection.  That is never a bad thing.

# The Browning Buck Mark



Where the Ruger would be a new adventure, a Browning Buck Mark would be like a reunion with an old friend. My first handgun was a Browning Buck Mark Target model and I put 10,000 rounds through her before I purchased my first centerfire handgun.  My Buck Mark is well worn, front heavy and as it is, unsuitable for her to shoot comfortably.

**0128**



This makes a Buck Mark Lite Flute URX an attractive option with it aluminum barrel.  Or, I could go the aftermarket route and outfit the original Browning frame with a Tactical Solutions Trail Lite 4" aluminum barrel.  The aluminum barrel improves the balance of the gun while at the same time helping to make the .22 more accurate.

Case 3:19-cv-01537-BEN-JLB    Document 76-1    Filed 01/20/21    PageID.9180    Page 204 of 326



With the addition of the Tactical Solutions barrel, she would have a light and handy gun ready for the range as we already have a compliment of Buck Mark mags ready to go. Tempting indeed!

## A 1911-22lr Conversion

An option the is very appetizing to me is putting a converted 1911 into her hands. There are a variety of .22 conversion kits available for 1911's. I happen to have a Marvel conversion kit. The kit is accurate and reasonably reliable. The best part is that I have an aluminum framed 1911 that makes the perfect low mass lower for my small daughter.

**0130**



The only modification that might need to be made is a short reach, flat faced trigger to help her place her finger on the face of the trigger so that she can press it straight to the rear.

Magazines are readily available for .22 caliber 1911 conversions and these ProMag 22 magazines would make it easy to have plenty of loaded mags on hand so the shooting fun could continue with few interruptions.

# Final Thoughts

Whichever route we end up taking, we are in for a treat along the way. There's nothing better than a trip with your child to the range. The conversations are wonderful, the responsibility is empowering for both parent and child and there are going to be some great lessons along the way. Some of those lessons will probably even have to do with shooting!

If you have a child that is interested in shooting and you believe that they have the maturity level to treat firearms with the respect that they deserve, you might consider taking them to the range. Finding competent instruction isn't as difficult as you might think and the rewards that shooting can bring may be much more significant and far reaching than you ever imagined.

With the right rifles and handgun, shooting can be safe and enjoyable for any member of your family, maybe even your child.

Paul Carlson

**0131**



Paul Carlson, owner of Safety Solutions Academy, is a Professional Defensive Shooting Instructor.  He has spent the past decade and a half studying how humans can perform more efficiently in violent confrontations and honing his skills as an instructor both in the classroom and on the range.

Through Safety Solutions Academy, Paul teaches a variety of Critical Defensive Skills courses in more than a dozen states annually.  Courses range from Concealed Carry Classes to Advanced Critical Defensive Handgun Courses and include instruction for the defensive use of handguns, rifles and shotguns.  Safety Solutions Academy regularly hosts other industry leading experts as guest instructors to make sure that SSA's students have the opportunity for quality instruction across a broad range of Critical Defensive disciplines.

| **TAGS** | HANDGUN | 22LR | SHOOTING | RUGER MARK IV | KIDS |
| --- | --- | --- | --- | --- | --- |

---

## RELATED ARTICLES



**M&P 15-22: HOW TO UPGRADE WITH M&P 15-22 ACCESSORIES**

JANUARY 8, 2018

**WALTHER PPK/S .22 REVIEW – FOR YOUR EYES ONLY**

AUGUST 15, 2019

**SIG PERFECTS EVERYDAY CARRY: P365 FIRST SHOTS VIDEO**

FEBRUARY 3, 2018

**WALTHER'S NEW OPTIC READY PISTOL: THE Q4 TAC**

OCTOBER 15, 2016

---

**0132**

## SUBSCRIBE TO OUR NEWSLETTER

Your email address

**SUBSCRIBE**

## GALLERY

### LATEST COMMENTS



**wbarrettpowell**
I found one used...

DW and CZ USA's WRAITH – a 1911 for Quietude · 43 minutes ago



**Chris Mitchell**
Den of thieves,...

The Top 5 Gun Movies (That Aren't Heat) · 3 days ago



**Cave Wyatt**
Well, Tears of the Sun...

The Top 5 Gun Movies (That Aren't Heat) · 3 days ago

**0133**



JJ
Umm, I have one in...

Why SilencerCo's Osprey 45 is the Jack-of-All-Trades Suppressor · 3 days ago

## COMPANY

About GunMag Warehouse

Affiliate Program

My Account

Order Tracking

Contact Us

Careers

1.800.409.9439

Join Our Newsletter                                             Subscribe

## LAWS & POLICY

Privacy Policy

Return Policy

Shipping Policy

LE Exemption

Shipping Restrictions

 

© 2020 GunMag Warehouse. All Rights Reserved.

**0134**

**EXHIBIT 17**





SEARCH BY MANUFACTURER NAME

Search...

CATEGORIES    **HOW TO BUY**    LAYAWAY    GIVEAWAYS

**News Flash :** *Orders may take 5- 7 Business days to ship out. All items are in high demand and limited supply . We are working to restock as quickly as possible and please sign up for the Notify Me list . Please Stay Safe during these Challenging times !*

Home > Shotguns > Tactical Shotguns

## TACTICAL SHOTGUNS

Atlantic Firearms offers a wide selection Tactical Shotguns for Sporting , Home Defense and Hunting applications . We offer these in semi auto , pump action magazine fed and Bull pup configurations . Popular Shotguns choices are the AK47 / Kalashnikov action shotguns like the Lynx 12 or Kalashnikov USA KS-12 Shotgun. They are rugged and reliable with magazines and drums redialy available . AR15 Ergonomics in a shotgun configuration can be had with the UTAS XTR , Typhoon Defense F12 , Fedarm FR98 or the Panzer Arms series . If you are looking for a compact shotgun check out the Spets 12 or the various Bullpup Shotguns we offer .

| FILTER BY: | MANUFACTURER | | |
| --- | --- | --- | --- |
| | AVAILABILITY | | |
| SHOW: | 10 | | |
| SORT BY: | PRICE | MANUFACTURER | PRODUCT NAME |

**AMERICAN TACTICAL IMPORTS DF12 MARINE COTE SHOTGUN**
Shotguns



Home Defense Shotgun with durable Marinecote

PRICE: $329.00        VIEW PRODUCT

**ATI BULLDOG 12 SHOTGUN-ATIG12BDB**
Shotguns



**0136**



PRICE: $599.00                                    VIEW PRODUCT

**ATI BULLDOG 12 GAUGE BULLPUP SHOTGUN GREEN- ATIG12BDG**
Bullpup Shotguns



ATI Bulldog Bullpup Shotgun 12g Green ATIBDG

PRICE: $629.00                                    VIEW PRODUCT

**BLACK ACES TACTICAL PRO SERIES LEVER ACTION SHOTGUN- BLACK- BATPSL**
Black Aces Tactical



0137



Black Aces Tactical Lever Action Shotgun BATPSL

PRICE: $399.00                                        VIEW PRODUCT

**BLACK ACES TACTICAL PRO S MAX SHOTGUN BLACK WALNUT**
Black Aces Tactical



Black Aces Tactical Pro Series S Max Shotgun Black Walnut

PRICE: $419.00                                        VIEW PRODUCT

**BLACK ACES TACTICAL PRO S MAX SHOTGUN NATURAL WALNUT**
Black Aces Tactical



Black Aces Tactical Pro Series S Max Shotgun Natural Walnut

PRICE: $419.00                                        VIEW PRODUCT

**BLACK ACES TACTICAL PRO SERIES S 12 GAUGE FIREARM SYNTHETIC**
Black Aces Tactical



Search...

Black Aces Tactical Pro Series S Synthetic 12 Gauge firearm

PRICE: $449.00                                        VIEW PRODUCT

**BLACK ACES TACTICAL PRO SERIES M PUMP SHOTGUN- WALNUT- BATP18W**
Black Aces Tactical

Black Aces Tactical Pro Series M Shotgun Walnut BATP18W

PRICE: $469.00                                        VIEW PRODUCT

**BLACK ACES TACTICAL BULLPUP PUMP SHOTGUN BATBPPBLK**
Black Aces Tactical

Black Aces Tactical Bullpup Pump Shotgun Black BATBPPBLK

PRICE: $599.00      VIEW PRODUCT

Search...   0

BLACK ACES TACTICAL PRO SERIES BULLPUP SHOTGUN BATBPB
Black Aces Tactical



Black Aces Pro Series Bullpup Shotgun Black

PRICE: $629.00      VIEW PRODUCT

← Previous    Next →

1   2   3   4   5   6   7   …   11

# EXHIBIT 18



11/5/2020    The Flawed and Misleading Donohue, Aneja, & Weber Study Claiming Right-To-Carry Laws Increase Violent Crime - Crime Prevention of Resea…

Case 3:19-cv-01537-BEN-JLB   Document76-1   Filed 01/20/21   PageID.9192   Page 216 of
326



# Crime Prevention Research Center

- [Research](#)
- [Data](#)
- [About/Board Of Academic Advisors](#)
- [Op-Eds](#)
- [Contact/Press](#)
- [Donate](#)

Search

Right-to-Carry Laws and Violent Crime:

A Comprehensive Assessment Using

Panel Data and a State-Level

Synthetic Controls

Analysis

Donohue, Aneja, and Weber

June 12, 2017

<u>Featured</u>

## The Flawed And Misleading Donohue, Aneja, & Weber Study Claiming Right-To-Carry Laws Increase Violent Crime

9 Jul , 2017

An <u>unpublished study</u> by John Donohue, Abhay Aneja, and Kyle Weber has received a lot of attention for supposedly finding some evidence that right-to-carry laws increase overall violent crime rates.  It has been covered in <u>Newsweek</u>, <u>The Atlantic</u>, <u>Bloomberg</u>, <u>Vice</u>, <u>Snopes</u>, and many newspapers such as <u>Newsday</u> and the <u>Salt Lake City Tribune</u>.  As is typical of Donohue's work, there is no attempt to mention or respond to prior criticisms, and he just repeats the same, seriously biased methods and errors.

Publications such as <u>Time</u> and <u>Newsweek</u> would always interview critics when they ran stories on Lott's original research.  But when studies have the right political biases, reporters no longer get both sides of the story.  But especially when the media explicitly describes a study as "debunking" John Lott's previous research, you might

**0142**

think a reporter would call up Lott and get his take on it. It has been two weeks after the Donohue-led research started getting attention, and not a single reporter has contacted him.

The bottom line is pretty clear: Since permit holders commit virtually no crimes, right-to-carry laws can't increase violent crime rates. You can't get the 1.5 to 20 percent increases in violent crime rates that a few of their estimates claim with only thousandths of one percent of permit holders committing violent crimes. To put it differently, states would have to be miss reporting 99%+ of crimes committed by permit holders for their results to be possible.

The synthetic control tests where they use anything from two to four states to predict the changes in another state's violent crime rates are extremely arbitrary. For example, would you look almost exclusively to Hawaii to predict violent crime rate changes in Idaho, Minnesota, Mississippi, Nebraska, and Utah? Would you look almost exclusively at Illinois to predict changing violent crime rates in South Carolina? Remember that half of Illinois' violent crime occurs in Chicago and an even larger majority of the changes in Illinois' changing violent crime rate is due to Chicago. Would you look at California and New York to predict changing violent crime rates in Georgia?

There is a reason that the vast majority of published peer-reviewed studies that use US data as this new study does find that right-to-carry laws reduce violent crime rates. [UPDATE: There is a published paper by Carl Moody and Thomas Marvell that points out that even if you use the specifications Donohue, Aneja, and Weber prefer, their results are "fragile and most likely incorrect."]

## I. Substance

This new study looks at only murder and violent crime rates, and its most notable claim is that there is some evidence that violent crime rates rose after right-to-carry laws were adopted. But with over 60% of violent crimes involving aggravated assault, any changes in violent crime rates are be driven by changes in aggravated assaults. Other papers in this areas have looked at all the different types of violent crime (such as murder, rape, robbery and aggravated assaults), so it is quite unusual to only examine them as a group and it hides how other crime rates are changing. Donohue's papers are the only ones to claim that there have been increases in aggravated assaults after right-to-carry laws were enacted. We will discuss the problems with this claim below. But more pertinently, permit holders commit virtually no aggravated assaults, especially not aggravated assaults with a weapon.

The authors' purported increase in violent crime is driven by aggravated assaults. No explanation is offered for why having more permits would cause more assaults. No one would suggest that permit holders are more vulnerable to assault, so the claim would have to be that permit holders are doing the assaults themselves. But this is implausible, since permit holders are virtually never convicted of aggravated assaults, let alone aggravated assaults with firearms. Concealed handgun permit holders committing crime can simply not increase either aggravated assaults or violent crime.

Permit holders commit aggravated assaults and violent felonies at rates of thousandths of one percentage point, accounting for hundredths of a percent of the violent crimes or aggravated assaults committed in a state.

On page 45, the authors claim that "official withdrawals clearly underestimate criminality by permit holders," but they offer no evidence for this claim. The provide one case in 2013 from the Huffington Post involving two permit holders who reportedly fatally shot each other. Another case from 2000 is provided, but that permit holder was prosecuted so it isn't clear what this reference demonstrates. The point is clear: Even if convictions of permit holders are somehow being missed by reporting agencies, the error rate would have to be **truly massive** to explain Donohue, Aneja, and Weber's results.

For example, take the discussion below for Michigan where we have data on violent crimes by permit holders. During the 2015-16 year, permit holders might have accounted for 0.053% of violent crime in the state. They claim that Michigan's violent crime rates rose by 8.8% after their right-to-carry law was adopted, that is 166 times larger than permit holder's share of violent crimes. To put it differently, for Donohue, Aneja, and

**0143**

Weber's results to be plausible, ***police departments would have to be missing 99.4% of cases where permit holders have committed violent crimes***. For other states the numbers below show similar results: **Louisiana police would have to miss 99.5% of crimes committed by permit holders, Oklahoma would have to miss 99.93%, Tennessee 99.98%, and Texas 99.54%.**

These percentages assume that no crimes are stopped or deterred by permit holders. To the extent that is true, these percentages would have to be even larger.

In any case, even our numbers overestimate any crimes that might arise from permitted concealed handguns. There are two reasons for this. First, virtually none of even these few violent crimes by permit holders were committed with guns. Second, when you are talking about 600,000 concealed handgun permit holders in Michigan at least a few of them would have committed violent crimes even if there wasn't a right-to-carry law in the state.

**Louisiana**: Here are the percentages of permit holders who were charged or convicted of any type of felony, whether violent or nonviolent (aggravated assault is one type of felony, but felonies also typically include traffic violations). Including charged cases skews the number substantially, since permit holders have very low conviction rates in general. After all, permit holders are usually arrested even if they used their guns in justifiable self-defense. Police and prosecutors can't just let them off the hook until they are sure about what happened. The vast majority of these cases are unlikely to involve firearms, however. (reports)

   2016: 16. Percent of permit holders who are charged or convicted of a felony: 0.0092%

   2015: 19. Percent of permit holders who are charged or convicted of a felony: 0.0123%

   2014: 15. Percent of permit holders who are charged or convicted of a felony: 0.0109%

Share of violent crimes

   2015: There were 25,208 violent crimes in Louisiana, with 19 felony charges or convictions against permit holders. Assuming that these felonies were all violent and that the accused were guilty of the charges, permit holders would account for just **0.08%** of the total. Again, this is an overestimate of permit holders' share of violent crimes.

   2014: There were 23,983 violent crimes in Louisiana, with 15 felony charges or convictions against permit holders. Assuming that these felonies were all violent and that the accused were guilty of the charges, permit holders would account for just **0.06%** of the total. Again, this is an overestimate of permit holders' share of violent crimes.

The authors claim that the violent crime rate in Louisiana rose by 15.4% after the law was their right-to-carry law was adopted. Even if we use all felonies committed by permit holders to estimate their share of violent crimes, for their results to hold, police departments would have to be **missing 99.5%** of cases where permit holders have committed a violent crime.

**Michigan**: Below is the percentage of permit holders who were convicted of aggravated assault (with and without a weapon)

   2015-2016: 17. Percent of permit holders who are convicted of an aggravated assault: 0.003%

   2014-2015: 11. Percent of permit holders who are convicted of an aggravated assault: 0.002%

Also, the percentage of permit holders who were convicted of any type of violent crime (Murder, manslaughter, criminal sexual conduct, armed robbery, unarmed robbery, aggravated assault)

   2015-2016: 22. Percent of permit holders who are convicted of a violent crime: 0.00396%

These 22 cases compare to a total of 41,231 violent crimes in Michigan, that is a 0.053% share.

2014-2015: <u>18. Percent of permit holders who are convicted of a violent crime: 0.00352%</u>

These 18 cases compare to a total of 42,348 violent crimes in Michigan, that is a 0.044% share.

Again, for their results to be plausible, police departments would have to be **missing 99.4%** of cases where permit holders have committed violent crimes.

**Minnesota**: Permit revocations due to any type of assault

<u>2015: 0. Percent of permit holders who are convicted of an assault: 0.000%</u>

<u>2014: 0. Percent of permit holders who are convicted of an assault: 0.000%</u>

<u>2013: 0. Percent of permit holders who are convicted of an assault: 0.000%</u>

<u>2012: 0. Percent of permit holders who are convicted of an assault: 0.000%</u>

<u>2011: 0. Percent of permit holders who are convicted of an assault: 0.000%</u>

<u>2010: 0. Percent of permit holders who are convicted of an assault: 0.000%</u>

There were 7,094 aggravated assaults in Minnesota in 2015 and no concealed handgun permit holders were convicted of these crimes. There were also no revocations for other violent crimes. The authors here claimed a -0.7% drop in violent crime after the law was passed.

**Oregon**: Permit holders who were convicted of any type of felony, violent or nonviolent. The vast majority of these cases are unlikely to involve firearms.

2016: <u>19. Percent of permit holders who are convicted of a felony: 0.0074%</u>

There were 10,468 violent crimes in Oklahoma in 2015. Even though felonies involve more violent crimes, the 19 felonies that permit holders were convicted of in 2016 equal only 0.182% of violent crimes.

The authors claim that the violent crime rate in Oregon fell by -0.6% after the law was their right-to-carry law was adopted.

**Oklahoma**: Permit holders who were convicted of any type of felony. (<u>reports</u>)

2016: <u>20. Percent of permit holders who are convicted of a felony: 0.0071%</u>

2015: <u>16. Percent of permit holders who are convicted of a felony: 0.0062%</u>

2014: <u>15. Percent of permit holders who are convicted of a felony: 0.0069%</u>

2013: <u>15. Percent of permit holders who are convicted of a felony: 0.0078%</u>

2012: <u>10. Percent of permit holders who are convicted of a felony: Unknow rate because we don't have permit data for 2012.</u>

There were 16,506 violent crimes in Oklahoma in 2015. Even though felonies involve more violent crimes, the 16 felonies that permit holders were convicted of equal only 0.097% of violent crimes.

The authors claim that the violent crime rate in Oklahoma rose by 9.7% after the law was their right-to-carry law was adopted. Even if we use all felonies committed by permit holders to estimate their share of violent crimes,

**0145**

for their results to hold, police departments would have to be **missing 99.93%** of cases where permit holders have committed a violent crime.

**Pennsylvania**: We were able to obtain data on revocations by 12 counties for aggravated assaults over the five years from 2012 to 2016. Those counties had an annual rate of 0.0004% of permits revoked for aggravated assaults with a weapon. It is hard to reconcile this tiny number with their claim that violent crimes rose by 26.5% in that state.

**Tennessee**: Revocations due to any type of assault other than vehicular assault

    2016: <u>Zero. Percent of permit holders who are convicted of a non-vehicular assault: 0.000%</u>

    2015: <u>Zero. Percent of permit holders who are convicted of a non-vehicular assault: 0.000%</u>

Permit holders who were convicted of any type of felony.

    2016: <u>29. Percent of permit holders who are convicted of a felony: 0.0049%</u>

    2015: <u>31. Percent of permit holders who are convicted of a felony: 0.0061%</u>

There were 40,400 violent crimes in Tennessee in 2015. Even though felonies involve more violent crimes, the 31 felonies that permit holders were convicted of equal only 0.077% of violent crimes.

The authors claim that the violent crime rate in Tennessee rose by 29.5% after the law was their right-to-carry law was adopted. Even if we use all felonies committed by permit holders to estimate their share of violent crimes, for their results to hold, police departments would have to be **missing 99.98%** of cases where permit holders have committed a violent crime.

**Texas**: Convictions for aggravated assault with any type of weapon

    2016: <u>8. Percent of permit holders who are convicted of an aggravated assault: 0.00067%</u>

    2015: <u>10. Percent of permit holders who are convicted of an aggravated assault: 0.0011%</u>

There were 67,727 aggravated assault in Texas in 2015. Even though felonies involve more violent crimes, the 31 felonies that permit holders were convicted of equal only 0.077% of violent crimes.

The authors claim that the violent crime rate in Texas rose by 16.6% after the law was their right-to-carry law was adopted. For their results to hold here, police departments would have to be **missing 99.54%** of cases where permit holders have committed a violent crime.

**Utah**: Convictions for aggravated assaults with and without a weapon (<u>permits</u>)

    2016: <u>3 convictions for aggravated assault</u>. 687,382 Permits. Percent of permit holders who are convicted of an aggravated assault: 0.00044%

    (1,630

    2015: <u>4 convictions for aggravated assault</u>. 632.276 Permits. Percent of permit holders who are convicted of an aggravated assault: 0.00063%

    2014: <u>4 convictions for aggravated assault</u>. 590,118 Permits. Percent of permit holders who are convicted of an aggravated assault: 0.00068 (all revocations 273 — rate is 0.046%)

    2013: <u>1 convictions for aggravated assault</u>. 535,857 Permits. Percent of permit holders who are convicted of an aggravated assault: 0.00019 (all revocations 320 — rate is 0.0597%)

**0146**

There were 4,046 aggravated assault in Utah in 2015. Permit holders accounted for only 0.099% of aggravated assaults, though this probably exaggerates their share because two-thirds of Utah's permit holders live outside of Utah where their aggravated assaults likely occurred. Their paper claims that Utah's violent crime rate fell by 20.2%.

## II. "individuals who carry guns around are a constant source of arming criminals"

Besides a few anecdotal stories, the paper points to the 600,000 cars that were stolen in 2013 out of about 250 million cars that were on the road (about 0.2%). The simplest solution to this problem is to eliminate gun-free zones that limit places where people can carry their guns. In addition, people with valuable items in their cars might be more likely to park their cars in secure areas so that the share of car thefts that occur with valuable items such as guns will undoubtedly be lower than the 0.2% rate for all cars.

But there is a more important problem with this argument. It is the belief that there aren't many close substitute ways for criminals to obtain guns. For example, even if you could cause all guns to disappear from the US, how long do you think that it would take drug gangs to bring them into the country along with the drugs that they smuggle in? Probably almost immediately. Just as drug gangs can bring in drugs they can bring in the guns that they need to protect that very valuable property. One needs only to look Mexico where there are no legally owned guns by civilians for drug gangs to steal. Mexican drug gangs aren't using 22 caliber handguns to commit their crimes.

## III. "as more citizens carry guns, more criminals will find it increasingly beneficial to carry guns and use them more quickly and more violently to thwart any potential armed resistance."

The evidence indicates that when civilians are carrying guns, gun crimes fall relative to overall crime. See this paper by Olson and Maltz from the Journal of Law and Economics as well as Lott's book "More Guns, Less Crime." So why this paper might speculate on what relationship might be, it is contrary to the empirical evidence.

## IV. "Fourth, the passage of RTC laws normalizes the practice of carrying guns in a way that may enable criminals to carry guns more readily without prompting a challenge, while making it harder for the police to know who is and who is not allowed to possess guns in public. Having a "designated permit holder" along to take possession of the guns when confronted by police seems to be an attractive benefit for criminal elements acting in concert (Fernandez et al., 2015; Luthern, 2015). Fifth, it almost certainly adds to the burden of a police force to have to deal with armed citizens. A policemen trying to give a traffic ticket has far more to fear if the driver is armed."

The question is what do police think about this. Do they think that concealed carry reduces the efficiency of law enforcement? Clearly, the answer is "no." PoliceOne, the largest private organization of police in the United States with 450,000 members (380,000 active duty full-time police and 70,000 retired), asked whether legally armed citizens helped reduce crime.

"Do you support the concealed carry of firearms by civilians who have not been convicted of a felony and/or not been deemed psychologically/medically incapable?" 91.3% say "Yes, without question and without further restrictions."

"Considering the particulars of recent tragedies like Newtown and Aurora, what level of impact do you think a legally-armed citizen could have made?" 86.2% of the officers said that "Casualties would likely have been reduced" or "avoided altogether."

"On a scale of one to five — one being low and five being high — how important do you think legally-armed citizens are to reducing crime rates overall?" 76.4% of officers said that legally-armed citizens were either very important or extremely important in reducing crime.

Anyone who has talked to police officers knows that police are actually very relieved when they find out that a permit holder is driving the car that they are pulling over because they know how law-abiding permit holders are. The Castile case in Minnesota is the only case of its type.

**V. "All of these factors are a tax on police, and therefore one would expect law enforcement to be less effective on the margin, thereby contributing to crime."**

As just noted, police strongly disagree with this claim and it would seem that if permit holders made the job of police more difficult, they would have noticed.

**VI. Murder rate results are completely misleading.**

Throughout their paper, Donohue, Aneja, and Weber use murder data in which well over 70 percent of the county-level sample has zero murders. Including these zero values without using the appropriate statistical tests creates widely understood biasing effect, which in this instance has the effect of giving the appearance that right-to-carry laws increase crime. While they do use negative binomial regressions in some of their estimates, they never discuss this problem, many others have discussed it at length. Of the 22 estimates that they provide using negative binomials, there are three statistically significant results out of 22 estimates. Two of the three significant results are just from where they look at data over only the 2000 to 2014 period. The problem here is that they don't seem to understand that their results here are underline proving the opposite of what they claim for the simple reason that the states that adopted right-to-carry laws over the 2000 to 2014 period had much more restrictive permitting rules and issued permits during those years at a slower rate than states that adopted concealed handgun laws before 2000.

Since the authors never discuss the problem of zero values and the implications that it has for many of their results, here are a few quotes from past work. From More Guns, Less Crime (University of Chicago Press, 2nd edition in 2000 and 3rd edition 2010):

> p. 285: The "truncation problem," which occurs in county-level data sets because in some years many counties do not experience certain types of crimes at all—80 percent have no murders, for instance. If the murder rate in a county is zero before the law goes into effect, simple randomness means that sometimes the crime rate will go up, but the reverse cannot happen— crime rates cannot fall below zero. This could bias results for these regressions toward finding an increase in crime from the law. To avoid that, they exclude counties where there were no crimes committed.

> p. 288: . . . [Duggan] ignoring the "truncation problem," noted above by Plassmann and Tideman, and thus treating counties with no reported murders the same as the others. For example, when most counties have zero murders in any given year, no matter how good the law is, murder rates can't fall any further. But simple randomness can mean that sometimes you will see the crime rate rise from zero even though it had no connection with the right-to-carry laws. In his last set of estimates, his analysis of the different violent crime categories included counties with zero crimes. There are a number of ways to statistically adjust for this problem (Tobit, negative binomials, etc.), but Duggan didn't bother to use these techniques—thus biasing his results against finding a drop in crime.

Chapter 2 of MGLC shows that statistics for all violent crime rate categories suffer from this problem to some extent, though it is primarily seen for murder and to a lesser extent for rape and robbery. Plassmann and Tideman suggest a way of solving this problem in the 2001 Journal of Law and Economics (p. 772):

> These analyses ignore the fact that crime rates cannot fall below zero. We argue below that this practice makes their results unreliable for crimes with low crime rates, and we suggest that a count analysis is more appropriate. While the standard approach to estimating such count-data models is to undertake a maximum likelihood analysis using the Poisson or the negative binomial distribution, we find that a Markov chain Monte Carlo analysis of a Poisson-lognormal model is easier to implement and yields more precise estimates for the crime data.

See also Plassmann and Whitley (Stanford Law Review, 2003):

> A major problem with county-level data is what one should do with all the observations that have zero crime rates. Including arrest rates creates the problem of eliminating observations whenever a county's crime rate is zero. This occurs because the arrest rate is defined as the number of arrests divided by the crime rate, and it is not possible to divide by zero. On the other hand, with weighted least squares, omitting the arrest rate is not a useful suggestion either. Including all counties with zero crime rates will bias the estimated benefit of the concealed handgun law towards finding an increase in crime, because no matter how good the law is, it cannot lower the crime rate below zero. Although the crime rate cannot fall in those counties, there will be some occasions, even due to pure randomness, where the crime rate rises. This problem occurs with Ayres and Donohue's table 1 estimates. . . .

## VII. Why looking at average crime rates before and after the law are not a useful way of measuring impact of crime rates

Despite all these problems with their estimates, only one of their 12 "spline" estimates in their first 8 tables show a statistically significant increase in crime rates after right-to-carry laws are adopted. They find 7 significant results in their twelve estimates that look at simple before and after averages (what they call their "Dummy variable model"), but one had hoped that academics would have long ago realized that such estimates are not very reliable. Here a discussion from the second edition of "More Guns, Less Crime" (2000, pp. 214-5).

4 *Do right-to-carry laws significantly reduce the robbery rate?*

Q. What's your take on John Lott's study and subsequent book that con-
cludes concealed weapon laws lower the crime rate? (Lott's book is
titled "More Guns, Less Crime," University of Chicago Press, 1998.)

A. His basic premise in his study is that these laws encourage private citi-
zens to carry guns and therefore discourage criminal attacks, like ho-
micides and rapes. Think for a second. Most murders and rapes occur
in homes. So where would you see the greatest impact if his premise
were true? You would see it in armed robbery. But there's no effect on
armed robbery. His study is flawed, but it's costing us enormous prob-
lems. People are citing it everywhere. (Quote in the St. Paul, Minnesota,
newspaper the *Pioneer Planet*, August 3, 1998, from an interview with Bob
Walker, president of Handgun Control, Inc.)

Both the preceding quotes and many other criticisms are based on not
recognizing that a law can be associated with reduced crime even when
the average crime rate in the period after the law is the same as or higher
than the average crime rate before the law.[81] For example, look at the four
diagrams in figure 9.17. The first two diagrams show dramatic changes in
crime rates from the law, but very different before-and-after average crime
rates. In the first diagram (17a), the average crime rate after the law is lower
than the average crime rate before it, while the reverse is true in the second
diagram. The second diagram (17b) corresponds to an example in which
the simple variable measuring the average effect from the law would have
falsely indicated that the law actually "increased" the average crime rate,
while in actual fact the crime rate was rising right up until the law passed
and falling thereafter. If I had another figure where the inverted V shape
was perfectly symmetrical, the before-and-after averages would have been
the same. (With this in mind, it would be useful to reexamine the earlier
estimates for robbery shown in figures 4.8 and 7.4.)

0149

11/5/2020 The Badly Flawed Misleading Donohue, Aneja & Weber Study by claiming right-to-carry laws increase violent crime - Crime Prevention Research…

Case 3:19-cv-01537-BEN-JLB Document 76-1 Filed 01/20/21 PageID.9200 Page 224 of 326

estimates for robbery shown in figures 1.8 and 9.1.)

The third diagram (17c) illustrates the importance of looking at more than simple before-and-after averages in another way. A simple variable measuring the before-and-after averages would indicate that the average crime rate "fell" after the law was adopted, yet once one graphs out the before-and-after trends it is clear that this average effect is quite mislead-ing—the crime rate was falling until the law went into effect and rising



UPDATING THE RESULTS IN 2000 | 215

Figure 9.17. Why looking at only the before-and-after average crime rates is so misleading

thereafter. Finally, the fourth diagram (17d) shows a case in which the av-erage crime rate is obviously lower after the law than beforehand but the drop is merely a continuation of an existing trend. Indeed, if anything, the rate of decline in crime rates appears to have slowed down after the law. Looking at the simple before-and-after averages provides a very misleading picture of the changing trends in crime rates.

**VIII. Faulty assumption that all Right-to-carry laws are the same and the impact of ignoring the fact that more recently adopted right-to-carry laws have had higher fees and longer training requires.**

Here is an abstract from a 2014 paper. The point here is equally applicable to the period up through 2014 that was studied by Donohue, Aneja, and Weber:

Unfortunately, many who have examined the impact of so-called "shall-issue" or "right-to-carry" laws assume that the adoption of such laws causes a large, immediate increase in the number of

11/5/2020    3 Major Flaws in a Leading Study Claiming that Right-to-Carry Laws increase Violent Crime - Crime Prevention Resea…

Case 3:19-cv-01537-BEN-JLB    Document 87-1    Filed 01/20/21    PageID.9001    Page 225 of 326

permits.But that is often not the case, for states differ widely as to how easily permits can be obtained. This problem is particularly problematic for studies that have looked at the period after 2000. In fact, the share of the adult population with permits increased less during the 1999-2010 period in the states that adopted right-to-carry laws than the states that they are being compared against.

## IX. Synthetic approach

In the synthetic approach, that Donohue, Aneja, and Weber use they use from 2 to 4 states to predict changes in crime rates for right-to-carry states. But to say that it is arbitrary what states that they end up using for comparisons is an understatement. For example, if you wanted to predict how Georgia's violent crime rate would change over time, would your first choice be California and New York? If you wanted to predict the changing violent crime rates in states as diverse as Colorado, Idaho, Minnesota, Mississippi, Nebraska, and Utah, would you primarily or almost exclusively rely on Hawaii? Similarly, Louisiana and Tennessee might be surprised that these authors think that you should rely on Chicago (where half of Illinois' violent crimes occur and the vast majority of changes in Illinois' violent crime rate arise).

To put it mildly, their results are crucially dependent on what states that they pick to compare, and they have a lot of control over which states that they pick. The issue isn't really whether they use rules that result in Hawaii or some other state to make the comparison, but the fact that how they pick the states and the number of states that they use to compare is arbitrary.

## X. Lumping all violent crimes together

Other papers in this areas have looked at all the different types of violent crime (such as murder, rape, robbery and aggravated assaults), so it is quite unusual to only examine them as a group and it hides how other crime rates are changing. Let's assume for a second that aggravated assaults. Crimes involving aggravated assaults are on average much less harmful to people than the other violent crimes: murder, rape and robbery. It is simply not honest to lump all these crimes together as it would hide the true changing cost of violent crime.

## XI. Conclusion

There are many other points that have been previously raised and could be raised again, but these are three major mistakes in the Donohue, Aneja, and Weber paper. But the media doesn't even try to get both sides of the story, eschewing the most fundamental tenet of journalism. The authors also commit intellectual malpractice by refusing to address longstanding objections to their methods, which create the false impression that right-to-carry laws increase violent crime.

Points II, III, IV, and V have been added in the update of this report.

A response to Donohue's new response is **available here**.



concealed carry, John Donohue, media bias on guns, Response to critics

  Share on Facebook

0

0



**By johnrlott**

11/5/2020 Badly Flawed and Misleading Donohue, Aneja & Weber Study Claiming that RTC laws increase Violence - Crime Prevention Resea…

Case 3:19-cv-01537-BEN-JLB Document 76-1 Filed 01/20/21 PageID.9203 Page 226 of 326

Related posts

 TV Bias On Guns: MTV's Teen Wolf "I Don't Like Guns"

Fox News and the the Washington Examiner on our new report on the continued growth in concealed handgun permits

 New Concealed Carry Report For 2020: 19.48 Million Permit Holders, 820,000 More Than Last Year despite many states shutting down issuing permits because of the Coronavirus

## 24 Responses



1. *Sajmon* says:
   [July 9, 2017 at 11:05 AM](#)

   Donohue says in his paper that official withdrawals clearly (his word) understate criminality by permit holders. Quote:

   "Convictions for violent crime are far smaller than acts of violent crime, so many permit holders would never face official withdrawal of their permits even if they committed a violent criminal act that would warrant such termination. Moreover, official withdrawals will be unnecessary when the offending permit holder is killed. In the nightmare case for RTC, two Michigan permit holding drivers pulled over to battle over a tailgating dispute in September of 2013 and each shot and killed the other. Again, without permits this would likely have not been a double homicide, but note that no official action to terminate permits would ever be recorded in a case like this."

   After that he point s out:

   "The second critical point is that RTC laws also increase crime by individuals other than permit holders in a variety of ways. First, the culture of gun carrying can promote confrontations."

11/5/2020    THE FLAWED AND MISLEADING DONOHUE, ANEJA, & WEBER STUDY Claiming right-to-carry laws increase violence - Crime Prevention Resea…

Case 3:19-cv-01537-BEN-JLB   Document 76-1   Filed 01/20/21   PageID.9203   Page 227 of
326

He offers no proof to back this up. He says that George Zimmerman would not have hassled Trayvon Martin if Zimmerman had not had a gun. He also mentions Kathryn Steinle's death:

"In July 2015 in San Francisco, the theft of a gun from a car in San Francisco led to a killing of a tourist on a city pier that almost certainly would not have occurred if the lawful gun owner had not left it in the car."

But if I remeber correctly that gun was stolen from a federal agent by illegal immigrant who had been deported from the U.S. a total of five times bedore the shooting. So what is he talking about? It's bizzare.

Reply

2. *Study Blaming CCW For Crime Increase Debunked | Gunalizer* says:
   July 9, 2017 at 7:39 PM

   […] Crime Research Prevention Center: THE FLAWED AND MISLEADING DONOHUE, ANEJA, & WEBER STUDY CLAIMING RIGHT-TO-CARRY LAWS INCREASE V… […]

   Reply

3.         *Doug Sterling* says:
   July 10, 2017 at 6:57 PM

   From what I have read previously Dohanue et al. do not claim that concealed carry causes crime to increase. They claim that it causes crime to not decrease as much as it did in other non-conceal-carry states, due to some not well understood social dynamic. Your point about Dohanue et al. using synthetic data directly rebuts the methods on which their doubtful conclusions are based; but your lengthy argument that concealed carry gun owners are law abiding does not.

   Reply

   o         *Jack Gordon* says:
     August 9, 2017 at 9:21 AM

     Doug,
     What's the problem? Do you just have an itchy trigger-finger? Something wrong with that elevator that prevents it from going all the way to the top floor? Are all these meaningless email reprints below yours? In a word, are you a liberal?

     Reply

4. *Flawed Right-to-Carry 'Study' Bolsters Agenda against Guns* says:
   July 11, 2017 at 12:35 AM

   […] right-to-carry laws increase violent crime" is "flawed and misleading," an assessment by Crime Prevention Research Center responds.  Yet despite serious concerns over methodology and bias, the media is spreading it far and wide, […]

   Reply

5. *Flawed Right-to-Carry 'Study' Bolsters Agenda against Guns | The Daily Headline News* says:
   July 11, 2017 at 12:49 AM

   […] right-to-carry laws increase violent crime" is "flawed and misleading," an assessment by Crime Prevention Research Center responds.  Yet despite serious concerns over methodology and bias, the media

is spreading it far and wide, […]

Reply

6. *Flawed Right-to-Carry 'Study' Bolsters Agenda against Guns* says:
   July 11, 2017 at 1:06 AM

   […] laws increase violent crime" is "flawed and misleading," an assessment by Crime Prevention Research Center responds.  Yet despite serious concerns over methodology and bias, the media is spreading it far and […]

   Reply

7. *Flawed Right-to-Carry 'Study' Bolsters Agenda against Guns – Minnesota Gun Rights* says:
   July 11, 2017 at 2:25 AM

   […] laws increase violent crime" is "flawed and misleading," an assessment by Crime Prevention Research Center responds.  Yet despite serious concerns over methodology and bias, the media is spreading it far and […]

   Reply

8. *Flawed Right-to-Carry 'Study' Bolsters Agenda against Guns - 2nd Amendment Right* says:
   July 11, 2017 at 4:24 AM

   […] right-to-carry laws increase violent crime" is "flawed and misleading," an assessment by Crime Prevention Research Center responds.  Yet despite serious concerns over methodology and bias, the media is spreading it far and wide, […]

   Reply

9. *Court to Texas College Professors: Your Irrational Fear of Gun Owners Is Not Legally Addressable – Minnesota Gun Rights* says:
   July 12, 2017 at 12:28 PM

   […] toward classmates or instructors. Indeed, as economist and former university instructor John Lott recently reiterated, concealed carry permit holders are among the most law-abiding of Americans. It's ironic that […]

   Reply

10. *Court to Texas College Professors: Your Irrational Fear of Gun Owners Is Not Legally Addressable – Dr. Rich Swier* says:
    July 15, 2017 at 6:42 AM

    […] toward classmates or instructors. Indeed, as economist and former university instructor John Lott recently reiterated, concealed carry permit holders are among the most law-abiding of Americans. It's ironic that a […]

    Reply



11. *Jim McNamara* says:
    July 18, 2017 at 1:13 PM

    Gun control researchers have a proclivity toward reaching preordained, flawed conclusions. Bias is a precusrosr that fuels their personal agenda. Their result-driven "research" can best be characterized as a contemptuous disregard of the scientific method in order to achieve an objective … the vilification of gun ownership. Evidence, facts, and statistics are immaterial to persons who are emotionally and passionately

committed to fallacious beliefs. Information is discarded, contradictions ignored, and reality twisted and distorted in order to sustain untenable convictions.

[Reply](#)

12. _ILA | Court to Texas College Professors: Your Irrational Fear of Gun Owners Is Not Legally Addressable – The Real Viral_ says:
    [July 18, 2017 at 8:24 PM](#)

    […] toward classmates or instructors. Indeed, as economist and former university instructor John Lott recently reiterated, concealed carry permit holders are among the most law-abiding Americans. It's ironic that a […]

    [Reply](#)

13. _MikeyParks_ says:
    [July 19, 2017 at 12:50 PM](#)

    Why is it the Left always has to resort to lying/cheating/false statistics to reinforce its point of view? Doesn't that reflect a profound lack of confidence in their "facts"?

    [Reply](#)

14. _ILA | Court to Texas College Professors: Your Irrational Fear of Gun Owners Is Not Legally Addressable — College and University_ says:
    [July 19, 2017 at 7:59 PM](#)

    […] toward classmates or instructors. Indeed, as economist and former university instructor John Lott recently reiterated, concealed carry permit holders are among the most law-abiding of Americans. It's ironic that a […]

    [Reply](#)

15. _Sajmon_ says:
    [August 5, 2017 at 12:27 PM](#)

    Donohue wrote:

    "as more citizens carry guns, more criminals will find it increasingly beneficial to carry guns and use them more quickly and more violently to thwart any potential armed resistance."

    But this is pure speculation, contrary to the empirical evidence.

    According to DOJ surveys, between 1993 and 2001 firearm violence accounted for 10% of all violent crimes. Between 2001 and 2010, about 9% of all violent victimization were committed with firearms. Virtually no change at all. So what is he talking about?

    SOURCES:
    Craig Perkins, "Weapon Use and Violent Crime, 1993-2001" (BJS)
    Jennifer Truman, "Criminal Victimization, 2010" (BJS)

    [Reply](#)

Case 3:19-cv-01537-BEN-JLB   Document 76-1   Filed 01/20/21   PageID.9006   Page 230 of
326

16.  *beat* says:
     September 6, 2017 at 4:40 PM

     Touche. Outstanding arguments. Keep up the great effort.

     Reply

17.  *Does Concealed-Carry Reduce Crime? | mikethegunguy* says:
     December 22, 2017 at 9:51 AM

     […] modeling approach, the data actually showed that in CCW states that violent crime went up. Lott has replied in detail to both these critiques, so the battle wages […]

     Reply

18.  *Refuting 'Gun Control' Misconceptions And Showing Why It Doesn't Work | Nova Dextra* says:
     April 1, 2018 at 6:12 PM

     […] A study by the Crime Prevention Research Center found that individuals who have a concealed carry license are more law-abiding than police, meaning they are the most law-abiding group in the United States. The rate of misdemeanors and felonies committed by full-time police officers is about 0.1%, while in Texas, concealed carry holders were only at 0.01%, ten times less than the national average for police officers. Note that the vast majority of the crimes committed by license holders are not even related to firearms. […]

     Reply

19.  *JD* says:
     May 5, 2018 at 12:46 PM

     I've only read the beginning of this article, down to the point where state-by-state statistics on conviction rates of permit holders begin to be listed (I assume all of those just repeat the demonstration that the conviction rate of permit holders is very low). However, I think this attempt at rebuttal incorporates a logical fallacy. I'm not certain if there is a formal name for this fallacy, but I call it the "completeness fallacy."

     In this article, the fallacy is neatly contained in this single sentence: "Since permit holders commit virtually no crimes, right-to-carry laws can't increase violent crime rates."

     Implicitly assumed in this is that THE ONLY WAY that right-to-carry laws can possibly increase violent crime rates is if permit holders commit the crimes that increase the violent crime rate. Essentially, the assumption is that WE KNOW EVERY POSSIBLE WAY (and it happens to be just one) that right-to-carry laws could lead to increased violent crime rates, and by demonstrating that they do not lead to increased violent crime rates in any of the ways that they could, we have proved that right-to-carry laws can't increase violent crime rates.

     So here's an example of why this is a fallacy — and you don't have to agree that what I write is true; only that it is an alternative possibility. And by the way, there are A LOT of alternative possibilities.

     A right-to-carry law implicitly acknowledges that a citizen's primary defense against crime is himself, and that he should not depend on the police and law enforcement for protection. It may be a fiction, even in

11/5/2020 Case 3:19-cv-01537-BEN-JLB Document 76-1 Filed 01/20/21 PageID.9207 - Page 231 of 326

The Badly-Flawed, Misleading Donohue, Aneja & Weber Study Claiming Right-to-carry laws increase violent crime - Crime Prevention Resea…

the absence of a right-to-carry law, that the police and law enforcement are effective protections for citizens against crime, but it is a fiction that the state, in the absence of a right-to-carry law, promotes.

When the right-to-carry law is passed, part of the mechanism for promoting the dependence on police and law enforcement for protection from crime disappears: the state now acknowledges that you are largely on your own in defending yourself against crime.

But if I'm responsible for defending myself against crime, I guess I'm also responsible for deciding what crime is. Someone bumps me — I think intentionally! — on the street: assault! Someone walking by my car looks too long through one of the windows: attempted burglary! And, whether I have a concealed carry permit or not, the state through its right-to-carry law has acknowledged that it's up to me to protect myself against these "crimes," so I do.

And when what I see as my justified law enforcement measures are reported to the authorities, the violent crime rate ticks up slightly.

Reply

- *johnrlott* says:
  May 7, 2018 at 9:31 PM

  Hardly, JD. The point is that you see what the different ways permit holders might cause crime and then discuss to say whether make any sense. He raises the possibility that permit holders might be committing these crimes. Clearly, that is not a serious argument. Bring up the theories for how crime might increase and they can be discussed.

  Reply

  - *JD* says:
    May 8, 2018 at 8:52 AM

    "… right-to-carry laws can't increase violent crime rates" seems a pretty direct, definite claim, and not a "possibility" that is being raised.

    Is your position just that the author of the article is an inept writer?

    Reply

20. *MikelLindy* says:
    March 21, 2019 at 5:11 PM

    I can see, from this rebuttal, that you are not a scientist, and do not understand scientific studies… You are completely biased and making assumptions on a scientific study that it is not claiming.

    Reply

    - *johnrlott* says:
      April 2, 2019 at 5:29 PM

# EXHIBIT 19





# Crime Prevention Research Center

- [Research](#)
- [Data](#)
- [About/Board Of Academic Advisors](#)
- [Op-Eds](#)
- [Contact/Press](#)
- [Donate](#)

Search



Featured

## UPDATE: Gun Ownership Remains At 47%, But That Probably Underestimates The True Rate

25 Mar , 2018

**UPDATE**: Do you ever notice that most of these surveys on gun ownership seem to be done soon after a mass public shooting?  It isn't like they include this question in surveys they do every March or October.  A new survey conducted from March 10th to 14th, 2018 by [NBC News/Wall Street Journal](#) shows that gun ownership has leveled off at 47% or 48% range over the last year.

**0159**

Has gun ownership gone up 6 percentage points in just three years? Probably not. That is the equivalent of a 13 percent increase in gun ownership. Most likely, many people were unwilling to tell pollsters that they owned guns. Still, with almost half of Americans owning guns according to this poll, one would have thought that it would get some news coverage.

These results imply that there are 59.3 million households with guns in 2017. With an average household size of 2.53, that implies about 150 million people living in households with guns.



The Monmouth University Poll on March 2-5, 2018 asked: "Do you or anyone in your household own a gun, rifle, or pistol?" With 46% saying "yes" and another 7% unsure or refusing to answer, it is quite plausible that half of all households own guns.

https://crimeresearch.org/2018/03/problems-with-using-the-general-social-survey-to-measure-gun-ownership/    2/18



The following chart shows the most recent polling data on gun ownership rates by polling organization, and one can see what an outlier the General Social Survey (GSS) is. Even the next lowest survey estimates of 40% represent a 25 percent higher gun ownership rate than the GSS.

**0161**



**Surveys on Household Gun Ownership**

As we have noted before, hard evidence on <u>concealed handgun permits</u> has continued to rise dramatically. It isn't too surprising that the number of gun owners has also gone up.

**UPDATE**: In addition to the ABC News/Washington Post and Gallup polls indicating that gun ownership rates are above 40% (shown below), similar results are obtained from <u>CNN poll conducted on January 5-6, 2016</u> that finds 40% live in a household owning a gun with 9% unwilling to state an opinion, implying that the true rate is above 40%. The CNN poll shows this.

D22.    Do you or does anyone in your household own a gun?

|  | Jan. 5-6 <br> 2016 |
|---|---|
| Yes | 40% |
| No | 51% |
| No opinion | 9% |

PEW polls, which had a drop in the percent of households that owned gun to <u>37% in February 2013</u>, showed that was <u>44%</u> of Americans in August 2016, and that it was <u>42% in March to April 2017</u>.

Case 3:19-cv-01537-BEN-JLB Document 76-1 Filed 01/12/21 PageID.9213 Page 237 of 326

Quinnipiac University (Dec. 16-20, 2015. N=1,140 registered voters nationwide) asked: "Do you personally own a gun or does someone else in your household own a gun?" They found that 46% either owned a gun or lived in a household with a gun.

CBS News/YouGov (December 5-11, 2017) indicated that 40% of households owned a gun.

**ORIGINAL POST on the General Social Survey (Nov 19, 2013)**: The New York Times cites the General Social Survey to claim that the gun ownership rate is low and falling. In November 2014, the GSS continued to claim that 32% of households own guns.



It is an impressive drop, and many have used it to claim that while gun sales have increased, the increase has taken the form of more guns being owned by a smaller and smaller number of people. In a July 31 article, CNN stated it this way:

> A decreasing number of American gun owners own two-thirds of the nation's guns and as many as one-third of the guns on the planet — even though they account for less than 1% of the world's population, according to a CNN analysis of gun ownership data.
>
> The data, collected by the Injury Prevention Journal, the United Nations Office on Drugs and Crime, the General Social Survey and population figures from the U.S. Census Bureau, found that the number of U.S. households with guns has declined, but current gun owners are gathering more guns. . . .

Yet, the GSS survey shows a large drop that you don't see in many other surveys. According to Gallup, in October 2011, they wrote: "At 47%, reported gun ownership is the highest it has been in nearly two decades — a finding that may be related to Americans' dampened support for gun-control laws." Here is the Gallup survey data since 1991.

0163



The latest Gallup poll claims that household ownership of guns <u>in 2014 stands at 42 percent</u> and 42% again in 2017. This implies that about 134 million Americans live in households with guns. Gallup also reports the data a little <u>differently elsewhere</u>.



Or take the <u>ABC News/Washington Post Poll</u> (<u>April 2013</u>)



Surveys always have problems with them, but in many cases surveys are the only way to determine gun ownership rates. One measure is to look at licensed gun owners, though there have only been a few states that have licenses and haven't changed the rules for getting the permits. Most notable is the state of Illinois. Over the last six years the GSS survey implies that legal gun ownership has fallen in Illinois, but FOID cards, which are necessary to legally own a gun, have been rising.

> Whereas a few years ago, 1.2 million Illinoisans held Firearm Owners Identification cards, the number has jumped to 1.6 million, state police spokeswoman Monique Bond said. Soon after the court decreed in December that Illinois couldn't ban public carry anymore, demand for FOID cards jumped precipitously. In January alone, Bond reported, there were 61,000 FOID applications, nearly double the 31,000 in January 2012. . . .

The 1.2 million FOID card holders appear to be true for 2009. From the Illinois State Police we have these data:

| | |
|---|---|
| 2010 | 1,316,508 |
| 2011 | 1,395,114 |
| 2012 | 1,476,408 |
| 9/6/13 | 1,633,039 |
| 12/31/15 | 1,942,008 |

February 6, 2017 2.1 million

February 25, 2020 nearly 2.3 million

The Chicago Tribune claims that the number of FOID cards "has grown by almost 1 million since 2010, according to state police." Using the Tribune numbers the percent of the adult population with FOID cards rose from 11.3% in 2010 (12.83 million with 75.6% 18 and older) to 21.15% in 2017 (12.8 million with 77.4% of the population 18 and over).

There is additional hard data that indicates more people are owning guns. The number of concealed handgun permits also provide some information, with the number of permits increasing from about 4.6 million in 2007 to well over 9.3 million at the beginning of 2013 to about 13 million in 2015.

The GSS survey has raised concerns for some time. Here is something that John Lott wrote in his 2003 book The Bias Against Guns.

> A few years ago, while I was doing research at the University of Chicago, I had lunch with Tom Smith, who is the director of the General Social Survey at the National Opinion Research Center (NORC). This private organization conducts many important national surveys for the government as well as other clients. During lunch Tom mentioned how important he thought the General Social Survey was. He felt the large drop in gun ownership implied by his survey would "make it easier for politicians to do the right thing on guns" and pass more restrictive regulations. His surveys have traditionally shown one of the lowest gun ownership rates among any of the surveys: for example, almost 20 percentage points lower than recent polling by John Zogby. . . .

Tom Smith is still the director of the GSS. It is interesting to note that both the JAMA study this week as well as Tom Smith have received funding from the Joyce Foundation, which is well known for its gun control advocacy (or see here). This discussion is definitely not saying that the Joyce Foundation funding altered their views, but just that Joyce knows the individuals who are on their side of the debate.

Interesting side note: Taxes and fees on gun ownership are associated with big differences in gun ownership with income (Chicago and DC are obvious examples). By contrast, for the wide income range going from $33,000 to

0165

Case 3:19-cv-01537-BEN-JLB   Document 76-1   Filed 01/20/21   PageID.9216   Page 240 of 326

$75,000 and those above $75,000, <u>Gallup indicates that the gun ownership rates for the country as a whole are identical</u>.

  

<u>Survey on gun ownership</u>

  Share on Facebook
0
0

    **By** johnrlott

Related posts

 <u>Rasmussen Report shows 47% of American households own guns, 27% of households with guns have bought one in the last six months</u>

 <u>How badly does the media bias people's views on the types of deaths from firearms?</u>

 <u>Democratic Pollster Doug Schoen explains why gun control will be the unifying theme for Democrats in the 2020 election</u>

---

## 22 Responses

1. *Evaluating Mother Jones' "10 Pro-Gun Myths, Shot Down" - Crime Prevention Research Center* says:
   <u>January 15, 2014 at 12:09 PM</u>

**EXHIBIT 20**



# Active Shooter Resources

An active shooter is an individual actively engaged in killing or attempting to kill people in a populated area, and recent active shooter incidents have underscored the need for a coordinated response by law enforcement and others to save lives. The FBI is committed to working with its partners to protect schools, workplaces, houses of worship, transportation centers, other public gathering sites, and communities.

Although local and state law enforcement agencies are virtually always the first ones on the scene, the FBI has played a large role in supporting the response to every major incident in recent years and has much to offer in terms of capacity, expertise, specialized capabilities, training, and resources before and after an incident occurs. The successful prevention of these active shooter incidents lies with a wide range of public and private entities all working together.

To that end, the FBI provides operational, behaviorally-based threat assessment and threat management services to help detect and prevent acts of targeted violence, helping academic, mental health, business, community, law enforcement, and government entities recognize and disrupt potential active shooters who may be on a trajectory toward violence. The Bureau also continues its research to identify indicators that could signal potential violent intent.

## Run. Hide. Fight.

These FBI training videos demonstrate the three tactics you can use to keep yourself and others safe during an active shooter attack—run, hide, and fight. Learning these principles now will prepare and empower you to put them into practice—and survive—should the unthinkable occur.

In this FBI training video, customers at a bar are caught in an active shooter event. By employing the run, hide, and fight tactics, as well as knowing the basics of rendering first aid to others, they are prepared, empowered, and able to survive the attack.

Transcript / Visit Video Source (https://www.fbi.gov/video-repository/run-hide-fight-092120.mp4/view)

### Related Videos

In this trailer for the FBI training video Run. Hide. Fight., customers at a bar are caught in an active shooter event. Will they know what to do to survive?

Transcript / Visit Video Source (https://www.fbi.gov/video-repository/run-hide-fight-trailer-092120.mp4/view)

This FBI training video describes how to employ the run, hide, and fight tactics to survive an active shooter incident. Although set in a house of worship, these principles can be applied anywhere.

Transcript / Visit Video Source (https://www.fbi.gov/video-repository/prepare-to-survive-092120.mp4/view)

This brief FBI training video describes how to employ the run, hide, and fight tactics to survive an active shooter incident. Although set in a house of worship, these principles can be applied anywhere.

Transcript / Visit Video Source (https://www.fbi.gov/video-repository/prepare-to-survive-short-092120.mp4/view)

# Overview of FBI Roles

Active Shooter Resources — FBI

## FBI Jurisdiction in Active Shooter Incidents

Shortly after the tragic shootings at Sandy Hook Elementary School in Newtown, Connecticut in December 2012, the FBI sought ways its personnel could better assist its law enforcement partners. Two actions enhanced these efforts.

First, the Investigative Assistance for Violent Crimes Act of 2012 (https://www.gpo.gov/fdsys/pkg/PLAW-112publ265/pdf/PLAW-112publ265.pdf), signed into law by the president in January 2013, permits the U.S. attorney general—at the request of appropriate state or local law enforcement personnel—to provide federal assistance during active shooter incidents and mass killings (defined by the law as three or more people) in public places. The attorney general delegated this responsibility to the FBI.

Second, working with other cabinet agencies, the FBI is finding ways to help prevent and respond to active shooters. A White House working group—consisting of the Department of Justice (DOJ), Department of Homeland Security, Department of Education, and Department of Health and Human Services—is part of a broader initiative, Now is the Time (https://obamawhitehouse.archives.gov/issues/preventing-gun-violence), undertaken after the Sandy Hook shootings. DOJ, led by the FBI, was specifically tasked with training law enforcement and other first responders to ensure that protocols for responding to active shooter situations are consistent across the country.

## ALERRT/Other Training Initiatives

In response to the Newtown, Connecticut school shootings, the FBI—with the Department of Justice's Bureau of Justice Assistance—teamed up with the Advanced Law Enforcement Rapid Response Training (ALERRT) program, which was developed in Texas, supported by the state of Texas, and housed at Texas State University. ALERRT has trained more than 114,000 law enforcement first responders in a response protocol adopted by the FBI as the national standard for special agent tactical instructors. Many state and local police departments have also adopted it as a standard for active shooter response, ensuring law enforcement officers arriving on the scene understand how others are trained to respond.

Approximately 225 FBI tactical instructors from around the country were trained in the ALERRT protocols after attending its 40-hour train-the-trainer course and are using what they learned to assist with the increased demand for the training by state, local, tribal, and campus law enforcement agencies.

In addition to offering ALERRT to first responders, FBI field offices are bringing law enforcement command staff together to discuss best practices and lessons learned from prior mass shooting incidents. These two-day conferences include discussions and instructions related to specific aspects of active shooter incidents, including pre-event indicators (i.e., behavioral analysis), complex crime scene management and evidence collection, crisis management, victim assistance, media matters, and improvised explosive devices. To date, more than 64,000 police chiefs, sheriffs, and law enforcement executives from state, local, tribal, and campus law enforcement have participated in these conferences, which will be held on an ongoing basis to ensure that the law enforcement community is prepared for future threats.

FBI field offices also host tabletop exercises—focusing on how to respond and recover from an active shooter incident. These exercises bring together our partner federal agencies, state and local law enforcement, fire services, emergency medical services, federal prosecutors, and district, county, and states' attorneys.



## Operational/Victim Assistance

Once an active shooter incident occurs, the FBI proactively assists state, local, campus, and tribal law enforcement first responders to supplement resources as needed. We can send multiple investigators to the scene, integrate into the command post, and/or mobilize and deploy evidence response teams, behavioral analysis and crisis management personnel, bomb technicians, SWAT teams, and experts in working with the news media. As appropriate, we may also establish a command post at FBI Headquarters composed of various operational and behavioral Bureau components.

Another essential part of our operational response is our victim assistance program. The FBI's Victim Services Division (VSD), established in 2001, provides a variety of support services to victims/family members, first responders, investigative teams, and other operational elements. VSD assets available to support active shooter incidents include our field office victim specialists and members of our Victim Assistance Rapid Deployment Team from around the country, who are specially trained to handle mass casualty incidents.

# In the Aftermath

This FBI-produced documentary focuses on best practices after school shooting tragedies, including family reunification, dealing with accompanying trauma, and crisis planning. It highlights the difficult journey of recovery while also giving hope to survivors.

Transcript / Visit Video Source (https://www.fbi.gov/video-repository/in-the-aftermath-093020.mp4/view)

# Echoes of Columbine

This documentary explores the issue of school shootings and what schools, parents, and law enforcement can do to help prevent these attacks.

Transcript / Visit Video Source (https://www.fbi.gov/video-repository/echoes-of-columbine-2019a.mp4/view)

# For Law Enforcement: LEEP

The **Law Enforcement Enterprise Portal (LEEP) (https://www.fbi.gov/services/cjis/leep)** is a secure platform for law enforcement agencies, intelligence groups, and criminal justice entities. LEEP provides web-based investigative tools and analytical resources, and the networking it supports is unrivaled by other platforms available to the law enforcement

community. Users collaborate in a secure environment, use tools to strengthen their cases, and share departmental documents.

# FBI Resources

- Active Shooter Incidents in the United States in 2019 (https://www.fbi.gov/file-repository/active-shooter-incidents-in-the-us-2019-042820.pdf/view)
- Active Shooter Incidents: Topical One-Pagers, 2000-2018 (https://www.fbi.gov/file-repository/active-shooter-one-page-summaries-2000-2018.pdf/view)
- Making Prevention a Reality: Identifying, Assessing, and Managing the Threat of Targeted Attacks (https://www.fbi.gov/file-repository/making-prevention-a-reality.pdf/view)
- Active Shooter Incidents in the United States in 2018 (https://www.fbi.gov/file-repository/active-shooter-incidents-in-the-us-2018-041019.pdf/view)
- Active Shooter Incidents in the United States in 2016 and 2017 (https://www.fbi.gov/file-repository/active-shooter-incidents-us-2016-2017.pdf/view)
- Active Shooter Incidents in the United States in 2014 and 2015 (https://www.fbi.gov/file-repository/activeshooterincidentsus_2014-2015.pdf/view)
- A Study of Active Shooter Incidents in the United States Between 2000 and 2013 (https://www.fbi.gov/file-repository/active-shooter-study-2000-2013-1.pdf/view)
- A Study of the Pre-Attack Behaviors of Active Shooters in the United States Between 2000 and 2013 (https://www.fbi.gov/file-repository/pre-attack-behaviors-of-active-shooters-in-us-2000-2013.pdf/view)
- Quick Reference Guide: A Study of the Pre-Attack Behaviors of Active Shooters in the United States Between 2000 and 2013 (https://www.fbi.gov/file-repository/pre-attack-behaviors-of-active-shooters-2000-2013-quick-reference-guide.pdf/view)
- Active Shooter Incidents in the United States from 2000 to 2018 (List) (https://www.fbi.gov/file-repository/active-shooter-incidents-2000-2018.pdf/view)
- Quick Look: 277 Active Shooter Incidents in the United States from 2000 to 2018 (Graphics) (https://www.fbi.gov/about/partnerships/office-of-partner-engagement/active-shooter-incidents-graphics)
- Heat Map: Active Shooter Incidents 2000-2018 (https://www.fbi.gov/file-repository/active-shooter-incidents-2000-2018-100119.pdf/view)
- Heat Map: Active Shooter Incidents 2014-2018 (https://www.fbi.gov/file-repository/5-year-active-shooter-incidents-2014-2018-100119.pdf/view)
- Active Shooter Study: Quick Reference Guide (pdf) (https://www.fbi.gov/file-repository/as-study-quick-reference-guide-updated1.pdf/view)
- Active Shooter Event: Quick Reference Guide (pdf) (https://www.fbi.gov/file-repository/active-shooter-event-quick-reference-guide_2015.pdf/view) | Spanish version (https://www.fbi.gov/file-repository/active-shooter-event-quick-reference-guide-spanish1.pdf/view)
- Developing Emergency Operations Plans: A Guide for Businesses (https://www.fbi.gov/file-repository/active-shooter-guide-for-businesses-march-2018.pdf/view)
- Law Enforcement Bulletin: Active Shooter Events: 2000-2012 (https://leb.fbi.gov/articles/featured-articles/active-shooter-events-from-2000-to-2012)
- Law Enforcement Bulletin: Addressing the Problem of the Active Shooter (https://leb.fbi.gov/articles/featured-articles/addressing-the-problem-of-the-active-shooter)
- Law Enforcement Bulletin: Workplace Violence Prevention (https://leb.fbi.gov/articles/featured-articles/workplace-violence-prevention-readiness-and-response)
- Campus Attacks (https://www.fbi.gov/file-repository/campus-attacks.pdf/view)
- Violence Prevention in Schools (https://www.fbi.gov/file-repository/violence-prevention-in-schools-march-2017.pdf/view)

# Partner Agencies

- White House (https://www.whitehouse.gov/the-press-office/2013/06/18/vice-president-biden-marks-progress-executive-actions-help-reduce-gun-vi)
- Bureau of Justice Assistance (https://www.bja.gov/ProgramDetails.aspx?Program_ID=106)
- Department of Education (http://www2.ed.gov/admins/lead/safety/emergencyplan/index.html)
- Department of Health and Human Services (http://www.phe.gov/preparedness/planning/pages/eops.aspx)
- Department of Homeland Security (https://www.dhs.gov/active-shooter-preparedness)

# Additional Resources

- ALERRT  (http://alerrt.org/)
- Arapahoe High School Shooting Report (pdf) (http://www.colorado.edu/cspv/publications/AHS-Report/Report_on_the_Arapahoe_High_School_Shooting_FINAL.pdf)
- Critical Incident Review of Orlando Nightclub Attack (https://ric-zai-inc.com/ric.php?page=detail&id=COPS-W0857)
- DHS Countering Violent Extremism (https://www.dhs.gov/cveas-portal)/Active Shooter (https://www.dhs.gov/cveas-portal)
- Developing Emergency Operations Plans for Schools (https://www.fbi.gov/file-repository/rems-k-12-guide-508.pdf/view)
- Developing Emergency Plans for Institutions of Higher Learning (https://www.fbi.gov/file-repository/rems-ihe-guide_508.pdf/view)
- Developing Emergency Plans for Houses of Worship (https://www.fbi.gov/file-repository/developing_eops_for_houses_of_worship_final.pdf/view)


- FERPA Guidance (pdf) (https://www.fbi.gov/file-repository/ferpa-guide.pdf/view) | Spanish version (https://www.fbi.gov/file-repository/ferpa_spanish1.pdf/view)
- HIPAA Guidance (pdf) (https://www.fbi.gov/file-repository/hipaa-guide.pdf/view) | Spanish version (https://www.fbi.gov/file-repository/hipaa_spanish1.pdf/view)
- Planning and Response in a Health Care Setting (pdf) (https://www.fbi.gov/file-repository/active_shooter_planning_and_response_in_a_healthcare_setting.pdf/view)
- Incorporating Active Shooter Planning into Health Care Facility Emergency Plans (http://www.phe.gov/preparedness/planning/Documents/active-shooter-planning-eop2014.pdf)
- Sandy Hook Advisory Commission Final Report (pdf) (http://www.shac.ct.gov/SHAC_Final_Report_3-6-2015.pdf)
- Applying Counterterrorism Tools to Prevent Acts of Targeted Violence (IACP) (https://www.policechiefmagazine.org/applying-counterterrorism-tools-to-prevent-acts-of-targeted-violence/)

## The reports listed below were not authored by the FBI, but links to the reports are being provided for general public information.

- Washington, D.C. Navy Yard shootings, 9/16/13
  Internal Review of the Washington Navy Yard Shooting: A Report to the Secretary of Defense (http://archive.defense.gov/pubs/DoD-Internal-Review-of-the-WNY-shooting-20-Nov-2013.pdf), Department of Defense
- Sandy Hook Elementary School shootings, Newtown, Connecticut, 12/13/12
  Sandy Hook Elementary School Shootings Reports (http://cspsandyhookreport.ct.gov), Connecticut State Police

# EXHIBIT 21



Volume XL, Issue 2

March 2015

# The FBI's Misinterpretation of the Change in Mass Public Shooting



*John R. Lott, Jr., Fox News Contributor*

An FBI report released on September 16, 2014 makes the assertion that active shooter attacks and deaths have increased dramatically since 2000—both increasing at an annual rate of about 16%. As the headline in the Wall Street Journal stated, "Mass Shootings on the Rise, FBI says."

But the FBI made a number of subtle and misleading decisions as well as outright errors. Once these biases and mistakes are fixed, the annual growth rate in homicides is cut in half. When a longer period of time is examined (1977 through the first half of 2014), deaths from mass public shootings show only a slight, statistically insignificant, increase—an annual increase of less than 1%.[1]

The FBI'misleadingly includes cases that aren't mass shootings—cases where no one or only one person was killed in a public place. While the FBI assures people that it "captured the vast majority of incidents falling within the search criteria," their report missed 20 shootings where at least two people were killed in a public place. Most of these missing cases took place early on, biasing their results toward showing an increase.

### Introduction

In a report released in September, 2013, the FBI claimed that between 2000 and 2013 there were 160 "active shooting incidents" in public places (Federal Bureau of Investigation, 2013). Even more worrisome, these attacks increased dramatically from just a single one in 2000 to 17 in 2013 and murders from 7 to 86 over the same period. Statistically, over time they find that attacks and the number of people killed had increased at an average annual rate of 16% (Figures 1 and 2). With the FBI officially behind the claims, media outlets worldwide gave this extensive coverage.

While the FBI report provides graphs illustrating "active shooting incidents," not mass shootings, the media has understandably interpreted the report as implying that mass public shootings have similarly increased. For example, the report's introduction assures readers, "The study does not encompass all mass killings or shootings in public places and therefore is

Volume XL, Issue 2

March 2015

limited in its scope. Nonetheless, it was undertaken to provide clarity and data of value to both law enforcement and citizens as they seek to stop these threats and save lives during active shooter incidents" (FBI, 2013, p. 5).The report discusses mass public shootings, but it never makes it clear to the readers that these types of fatalities and attacks are actually not increasing over time. This caused great confusion.

A quick look at major headlines shows how the press has read this report:[2]

"Mass shootings on the rise, FBI says," *Wall Street Journal* (Barrett, 2014).

"FBI confirms a sharp rise in mass shootings since 2000," *New York Times* (Schmidt, 2014).

"FBI: Mass shooting incidents occurring more frequently," *CNN* (Perez, 2014).

"FBI study: Deaths in mass shootings increasing," *BBC* ("FBI study," 2014).



Figure 1: FBI's measure of active shooting attacks from 2000 to 2013



Figure 2: FBI's measure of fatalities from active shooter attacks from 2000 to 2013

The FBI report enters what has been a lively debate on whether mass public shootings have been increasing. The FBI report closely matches an earlier sample gathered by *Mother Jones* magazine (Follman, 2014).Academics, such as James Alan Fox, have taken the *Mother Jones* numbers to task, primarily for their arbitrary and, more important, inconsistent classification of cases over time (Fox, 2013).But the problems are much more extensive than previously noted.

Unfortunately, the FBI report engages in bait and switch and sleight of hand. As we will show, mass public shootings have only increased ever so slightly over the last four decades. While the FBI study discusses "mass shootings or killings," they miss a large number of mass public shootings that should be included in the sample. Their graphs are based on many cases that had absolutely nothing to do with mass killings or even killings of any kind. Worse, the cases that they miss and the cases that shouldn't have been included are not random. Both of these

Volume XL, Issue 2

March 2015

actions work to make it look as if there was a much larger increase in mass public shootings than actually occurred. Over the last four decades there has been no statistically significant increase in these attacks.

### Problems with the Data

Out of the 160 cases the FBI report counts from 2000 to 2013, 32 instances involved a gun being fired with no one killed (see Appendix 2).And 11 of those have either zero or just one person wounded. Another 35 cases involved one single person murdered. It is hard to see how the FBI could have erroneously included these cases, which make up 42% of their 160 cases, in any discussion of "mass killings." Surely they do not fit the FBI's old definition, which required four or more murders. And it does not even fit their new one of three or more murders.

A major difficulty with studying so-called "active shooters" is that there is no official data source for such attacks. The term "active shooters" is very broad: "an individual actively engaged in killing or attempting to kill people in a confined and populated area," and thus doesn't require that anyone actually be killed. As we will show, the FBI data set misses 20 mass shootings where at least two people have been killed. Yet, the task for properly identifying all cases where no one has been killed is much more difficult. It is doubtful that police will record all these events, nor is the media likely to cover cases where there are no fatalities. An additional reason for excluding cases where no one is killed is that it may produce a systematic bias: it will be relatively easier to identify more recent public shootings where zero or one person was killed and thus

that would tend to produce an upward, if unintentional, bias in the number of cases over time.

In fact, these non-mass shootings, with zero or one person killed, drive much of the purported increase in the number of attacks. Out of the cases where no one or only one person was killed, 50 occurred during the last seven years of the period the FBI examines, and only 17 cases took place during the first seven years. In other words, the later period is padded much more heavily with these extra cases.

For example, in 2010, the FBI reports that there were 29 active shooter cases, but just 9 involve more than 1 fatality. In 2013, the FBI reports 17 attacks, but again just 9 involve more than 1 fatality.

"Though additional active shooter incidents may have occurred during this time period, the FBI is confident this research captured the vast majority of incidents falling within the search criteria"(Federal Bureau of Investigation, 2013, p. 5). Despite the FBI's assurances, their report misses 20 shootings where at least two people were killed in a public place (see Appendix 1).To put this in perspective, their data set misses 20 out of what should have been a total of 113 cases. They only report 93.

Take some examples of what the FBI report missed:

- a shooting at an Elgin, Illinois bar in 2001 by Luther Casteel that left 2 dead and 21 wounded ("Man charged with deadly shootout," 2001, n.d.);

- a shooting at a Columbus, Ohio concert in 2004 by Nathan Gale that left 4 dead and 7 wounded (Blanco, n.d.);
- a shooting at a St. Louis, Missouri office in 2006 by Herbert Chambers that left two people dead (Leonard, 2006);
- and a 59-year-old businessman who killed three people at his business in St. Louis in 2013 ("St. Louis shooting update," 2013).

Unfortunately, these cases were not missing at random. Indeed, these missing cases were three times more likely to occur in the first half than the second half (15 to 5). Thus, the missing observations again bias the results toward finding a larger increase over time. Erroneously including non-mass shootings as well as omitting many mass shootings biases the results to make it look as if attacks were increasing.

**Table 1: How the inclusion of non-mass shooting cases and missing other mass-shooting attacks biases the FBI report to show an increase in attacks over time**

| | | | | | | Averages for the first and second half of the 14 years examined by the FBI | | |
|---|---|---|---|---|---|---|---|---|
| Year | FBI Total | Corrected Total = FBI Total – Cases with no one killed – Cases with one person killed + Cases that should have been included | Cases with no one killed | One person killed | Cases that should have been included | Cases with no one killed | Cases where one person was killed | Cases that should have been included |
| 2000 | 1 | 4 | 0 | 0 | 3 | | | |
| 2001 | 6 | 5 | 1 | 2 | 2 | | | |
| 2002 | 2 | 8 | 0 | 0 | 4 | | | |
| 2003 | 11 | 7 | 1 | 3 | 0 | | | |
| 2004 | 4 | 4 | 1 | 0 | 1 | | | |
| 2005 | 9 | 8 | 2 | 3 | 4 | | | |
| 2006 | 10 | 8 | 1 | 3 | 2 | 6 | 11 | 16 |
| 2007 | 14 | 11 | 2 | 2 | 1 | | | |
| 2008 | 8 | 6 | 2 | 1 | 1 | | | |
| 2009 | 19 | 9 | 2 | 8 | 0 | | | |
| 2010 | 26 | 9 | 10 | 7 | 0 | | | |
| 2011 | 10 | 7 | 2 | 1 | 0 | | | |
| 2012 | 21 | 17 | 4 | 1 | 1 | | | |
| 2013 | 17 | 11 | 4 | 4 | 2 | 26 | 24 | 5 |

Volume XL, Issue 2                                                                    March 2015

**Limiting the Period Studied to 2000 to 2013**

The FBI chose the year 2000 as the starting date for the analysis. But everybody who has studied these attacks knows that 2000 and 2001 were unusually quiet years with few mass shootings. Thus, by starting with those years and padding the cases in later years with non-mass shooting attacks, the study's authors should have known perfectly well what the result would be.

For example, while the FBI claims that there was only one active shooter attack in 2000, we show that there were in fact four cases, and we didn't even try to find whether they missed attacks where no one was killed. By contrast, in 1999, there were eight public shootings where at least two people were killed. Presumably, there were many more shootings where no one was killed.

Fortunately, it is easy to examine a much longer period of time. Back in 2000, University of Chicago's Professor Bill Landes and then–Yale Law School Research Scholar and now–CPRC President John Lott put together data on mass public shootings from 1977 to 1999.[3] In many ways the criteria that Lott and Landes set were similar to what the FBI said it would follow: non-gang attacks in public places. Shootings that were also part of some other crime, such as a robbery, were also

excluded. However, Lott and Landes examined mass shootings—cases where at least two people had been murdered in these public shootings.

Figure 3, with the corrected data and covering the period from 1977 through the first seven months of 2014, shows the deaths from mass public shootings. There is a slight increase in deaths over these 38 years, but even that small upward trend largely depends on one highly unusual year, 2012, when 91 deaths occurred.

While the number of mass public shootings might have increased over time, the change is just a tiny fraction of the change claimed by FBI (see Table 2). Using the FBI data implies a statistically significant 16.4% annual increase in deaths from mass public shootings. We corrected the FBI data and only looked at cases where at least two people have been killed. Doing so cuts the annual increase in deaths from mass public shootings in half. But the real change in results occurs when the longer period of data is used. Doing that reduces the annual increase to just 0.98%; just 6% of the increase implied by the FBI data and the relationship is no longer statistically significant.

Volume XL, Issue 2                                                                March 2015

**Table 2: Regression estimating the increase over time in deaths from 1977 through July 2014 (regressing the natural log of mass public shooting deaths per 10,000,000 Americans on the number of years since 1977)**

| | Percent change in death rate for each additional year | t-statistics | Statistically significant | Percent size of estimate for CPRC estimate compared to estimate using FBI data |
|---|---|---|---|---|
| **FBI Data 2000 to 2013** | | | | |
| All years | 16.4% | 4.50 | Yes | |
| Not including 2012 | 15.2% | 3.80 | Yes | |
| **Corrected data 2000 to 2013** | | | | |
| All years | 8.7% | 3.11 | Yes | 53.0% |
| Not including 2012 | 7.0% | 2.45 | Yes | 46.1% |
| **Corrected data 1977 to 2014** | | | | |
| All years | 0.976% | 1.38 | No | 6.0% |
| Not including 2012 | 0.615% | 0.88 | No | 4.0% |



Figure 3: Deaths per 10,000,000 Americans from Mass Public Shootings, at least 2 people killed per attack

Volume XL, Issue 2                                                    March 2015

## Conclusion

Clearly, the FBI report contains significant errors. The FBI is not studying all the mass public shootings that occurred over the period of time and also pads the report with non-mass shootings. Correcting their errors and focusing on mass public shootings cuts the size of the claimed annual increase in deaths in half. Using data back to 1977, collected in previous research, virtually eliminates any increase in mass public shootings. The FBI report appears to be politically driven.

## Bibliography

Barrett, D. (2014). "Mass shootings on the rise, FBI says." *Wall Street Journal,* September 24. Available athttp://online.wsj.com/articles/mass-shootings-on-the-rise-fbi-says-1411574475.

Blanco, J. I. (n.d.). "Nathan Gale." *Murderpedia.* Available at http://www.murderpedia.org/male.G/g/gale-nathan.htm.

Carroll, L., & O'Connor, M. (2014). "Have there been 74 school shootings since Sandy Hook? A closer look at a tricky statistic." *Politifact.com.* Available at http://www.politifact.com/truth-o-meter/statements/2014/jun/13/everytown-gun-safety/have-there-been-74-school-shootings-sandy-hook-clo.

Fantz, A., Knight, L., & Wang, K. (2014). "A closer look: How many Newtown-like school shootings since Sandy Hook?" *CNN.com.* Available at http://www.cnn.com/2014/06/11/us/school-shootings-cnn-number.

"FBI study: Deaths in mass shootings increasing." (2014). *BBC*, September 24. Available at http"//www.bb.com/news/world-us-canada-29357199.

Federal Bureau of Investigation.  (2013, September 16). *A study of active shooter incidents in the United States between 2000 and 2013.*Washington, DC: U.S. Department of Justice.

Fessenden, F. (2000). "They threaten, seethe and unhinge, then kill in quantity." *New York Times,* April 9. Available at http://www.nytimes.com.

Follman, M.(2014). "Yes, Mass Shootings are occurring more often."*Mother Jones*, October 21. Available at http://www.motherjones.com/politics/2014/10/mass-shootings-rising-harvard.

Fox, J. A.(2013). "Mass shootings not trending."*Boston Globe*, January, 23. Available at http://www.boston.com/community/blogs/crime_punishment/2013/01/mass_shootings_not_trending.html.

Volume XL, Issue 2                                                    March 2015

Leger, D. (2014). "'Active shooter' incidents on the rise." *USA Today,* September 25. Available at http://www.usa.today.com/story/news/nation/2014/09/24/active-shooter-incidents-rising-fbi-finds/16158921/.

Leonard, C. (2006). "4 dead after gunman kills his child's mother, opens fire at workplace." *Associated Press,* April 19. Available at http://blogs.kansascity.com/crime_scene/files/4_dead_after_gunman_kills_his_childs_mother_opens_fire_at_workplace.pdf.

Lott, J. R., Jr. (2003). *The bias against guns.* Washington, DC: Regnery.

Lott, J. R., Jr. (2010). *More guns, less crime* (3rd ed.). Chicago: University of Chicago Press.

Lott, J. R., Jr. & Landes, W. M. (1999). Multiple victim public shootings, bombings, and right-to-carry concealed handgun laws: Contrasting private and public law enforcement, *Social Science Research Network.* Available at http://ssrn.com/abstract=161637.

Lott, J. R., Jr. & Landes, W. M. (2000). Multiple victim public shootings. *Social Science Research Network.* Available at http://ssrn.com/abstract=272929.

"Man charged with deadly shootout at tavern." (2001). *PoliceOne.com,* April 17. Available at http://www.policeone.com/news/36634-Man-charged-with-deadly-shootout-at-tavern-Elgin-IL.

Perez, E. (2014). "FBI: Mass shooting incidents occurring more frequently." *CNN,* September 24. Available at http://www.com/2014/09/24/justice/fbi-shooting-incidents-study/index.htm.

Schmidt, M. (2014). "F.B.I. confirms a sharp rise in mass shootings since 2000." *New York Times,* September 24. Available at http://mobile.nytimes.com/2014/09/25/us/25shooters.html

"St. Louis shooting update: Cops ID Ahmed Dirir, 59-year-old businessman, as gunman who killed 3, then himself." (2013). *CBS News,* June 14.Available at http://www.cbsnews.com/news/st-louis-shooting-update-cops-id-ahmed-dirir-59-year-old-businessman-as-gunman-who-killed-3-then-himself.

*__John R. Lott, Jr.__ is an economist who has held research and/or teaching positions at the University of Chicago, Yale University, Stanford, UCLA, Wharton, and Rice and was the Chief Economist at the United States Sentencing Commission during1988 and 1989. He has published over 100 articles in academic journals. He also is the author of seven books including three editions of "More Guns, Less Crime," "Freedomnomics," and "The Bias Against Guns." Lott is a FoxNews.com contributor and a weekly columnist for them. Opinion pieces by Lott have appeared in such places as The Wall Street Journal, The New York Times, The Los Angeles Times, The New York Post, and USA Today. He has appeared on such television programs as the ABC and NBC National Evening News broadcasts, Fox News, The News Hour with Jim Lehrer, and the Today Show. He received his Ph.D. in economics from UCLA in 1984.*

Volume XL, Issue 2                                                                                                                March 2015

**Appendix 1: The FBI's Missing Cases: Cases of Mass Public Shootings where at least two were people killed**

| Year | Month | Day | City | State | Attacker Name | Killed in public | Wounded | Location |
|------|-------|-----|------|-------|---------------|------------------|---------|----------|
| 2000 | 3 | 2 | Pittsburgh | Pennsylvania | Ronald Taylor | 2 | 3 | Restaurant |
| 2000 | 3 | 10 | Savannah | Georgia | Darrel Ingram | 2 | 1 | School |
| 2000 | 4 | 28 | Mount Lebanon | Pennsylvania | Richard Baumhammers | 5 | 1 | neighborhood |
| 2001 | 1 | 11 | Nevada County | Nevada | Scott Thorpe | 3 | 2 | county mental health office / Restaurant |
| 2001 | 4 | 13 | CHICAGO | Illinois | Luther Casteel | 2 | 21 | Bar |
| 2002 | 4 | 6 | TACOMA | Washington | Felise Kaio Jr | 2 | 1 | Bar |
| 2002 | 5 | 31 | Long Beach | California | Antonio Pineiro | 2 | 4 | Supermarket |
| 2002 | 6 | 11 | Kearney | Missouri | Lloyd Robert Jeffress | 2 | 2 | Monastery |
| 2002 | 10 | 29 | Tucson | Arizona | Robert S. Flores | 3 | 0 | School |
| 2004 | 12 | 8 | Columbus | Ohio | Nathan Gale | 4 | 7 | Concert |
| 2005 | 2 | 24 | Smith County | Texas | David Hernandez Arroyo Sr | 2 | 4 | Tyler Courthouse |
| 2005 | 4 | 8 | Eastern Shore | Maryland | Allison Lamont Norman | 9 | 5 | School and Multiple public locations |
| 2005 | 12 | 4 | FORT LAUDERDALE | Florida | Ralston Davis Jr | 2 | 1 | Multiple locations(apartment/gas station) |
| 2006 | 4 | 19 | ST. LOUIS | Missouri | Herbert Chalmers Jr | 2 | 1 | Home and Workplace |
| 2006 | 9 | 3 | Shepherdstown | West Virginia | Douglas W. Pennington | 2 | 0 | University |
| 2007 | 8 | 6 | Newark | New Jersey | Melvin Jovel | 3 | 1 | School |
| 2008 | 10 | 26 | Conway | Arkansas | Kawin Brockton, 19, Kelsey Perry, 19, Mario Tony, 20, Brandon Wade, 20 | 2 | 1 | School |
| 2012 | 2 | 21 | Norcross | Georgia | Jeong Soo Paek | 3 | 0 | at the spa |
| 2013 | 6 | 12 | St. Louis | Missouri | Ahmed Dirir | 3 | 0 | Office (in a Missouri office at AK Home Health Care LLC) |
| 2013 | 6 | 20 | West Palm Beach | Florida | Javier Burgo | 2 | 0 | Alexander W. Dreyfoos School of the Arts |

## Appendix 2: The FBI's Cases where zero or one person has been killed

| Year | Month | Day | City | State | Attacker Name | Killed |
|------|-------|-----|------|-------|---------------|--------|
| 2001 | 3 | 22 | El Cajon | California | Jason Anthony Hoffman | 0 |
| 2003 | 7 | 17 | Charleston | West Virginia | Richard Dean Bright | 0 |
| 2004 | 2 | 9 | East Greenbush | New York | Jon William Romano | 0 |
| 2005 | 2 | 13 | Kingston | New York | Robert Charles Bonelli Jr. | 0 |
| 2005 | 11 | 20 | Tacoma | Washington | Dominick Sergil Maldonado | 0 |
| 2006 | 3 | 25 | Reno | Nevada | James Scott Newman | 0 |
| 2006 | 10 | 9 | Joplin | Missouri | Thomas White | 0 |
| 2007 | 3 | 5 | Signal Hill | California | Alonso Jose Mendez | 0 |
| 2007 | 10 | 10 | Cleveland | Ohio | Asa Halley Coon | 0 |
| 2009 | 4 | 26 | Hampton | Virginia | Odane Greg Maye | 0 |
| 2009 | 5 | 18 | Cut Off | Louisiana | Justin Doucet | 0 |
| 2010 | 2 | 3 | Macomb | Illinois | Jonathan Joseph Labbe | 0 |
| 2010 | 2 | 10 | Knoxville | Tennessee | Mark Stephen Foster | 0 |
| 2010 | 2 | 23 | Littleton | Colorado | Bruco Strongeagle Eastwood | 0 |
| 2010 | 3 | 4 | Arlington | Virginia | John Patrick Bedell | 0 |
| 2010 | 5 | 7 | Bloomfield | New Jersey | Rasheed Cherry | 0 |
| 2010 | 5 | 27 | New York Mills | New York | Abraham Dickan | 0 |
| 2010 | 9 | 22 | Crete | Nebraska | Akouch Kashoual | 0 |
| 2010 | 10 | 8 | Carlsbad | California | Brendan O'Rourke | 0 |
| 2010 | 10 | 29 | Reno | Nevada | John Dennis Gillane | 0 |
| 2010 | 12 | 14 | Panama City | Florida | Clay Allen Duke | 0 |
| 2011 | 8 | 27 | Queens | New York | Tyrone Miller | 0 |
| 2011 | 9 | 13 | Girard | Kansas | Jesse Ray Palmer | 0 |
| 2012 | 2 | 8 | Middletown | New York | Timothy Patrick Mulqueen | 0 |
| 2012 | 7 | 17 | Tuscaloosa | Alabama | Nathan Van Wilkins | 0 |
| 2012 | 8 | 27 | Baltimore | Maryland | Robert Wayne Gladden Jr. | 0 |
| 2012 | 12 | 15 | Birmingham | Alabama | Jason Heath Letts | 0 |
| 2013 | 1 | 10 | Taft | California | Bryan Oliver | 0 |

**Appendix 2 (Continued): The FBI's Cases where zero or one person has been killed**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2013 | 4 | 12 | Christiansburg | Virginia | Neil Allen MacInnis | 0 |
| 2013 | 6 | 21 | Greenville | North Carolina | Lakin Anthony Faust | 0 |
| 2013 | 10 | 26 | Albuquerque | New Mexico | Christopher Thomas Chase | 0 |
| 2001 | 4 | 23 | San Jose | California | Cathline Repunte | 1 |
| 2001 | 12 | 6 | Goshen | Indiana | Robert L. Wissman | 1 |
| 2003 | 4 | 24 | Red Lion | Pennsylvania | James Sheets | 1 |
| 2003 | 5 | 9 | Cleveland | Ohio | Biswanath A. Halder | 1 |
| 2003 | 8 | 19 | Andover | Ohio | Richard Wayne Shadle | 1 |
| 2005 | 1 | 26 | Toledo | Ohio | Myles Wesley Meyers | 1 |
| 2005 | 11 | 8 | Jacksboro | Tennessee | Kenneth S. Bartley | 1 |
| 2005 | 11 | 22 | North Augusta | South Carolina | Unknown | 1 |
| 2006 | 6 | 25 | Denver | Colorado | Michael Julius Ford | 1 |
| 2006 | 7 | 28 | Seattle | Washington | Naveed Afzal Haq | 1 |
| 2006 | 8 | 30 | Hillsborough | North Carolina | Alvaro Castillo | 1 |
| 2006 | 9 | 29 | Cazenovia | Wisconsin | Eric Jordan Hainstock | 1 |
| 2007 | 8 | 30 | Bronx | New York | Paulino Valenzuela | 1 |
| 2007 | 10 | 8 | Simi Valley | California | Robert Becerra | 1 |
| 2008 | 3 | 3 | West Palm Beach | Florida | Alburn Edward Blake | 1 |
| 2009 | 4 | 7 | Temecula | California | John Suchan Chong | 1 |
| 2009 | 6 | 1 | North Little Rock | Arkansas | Carlos Leon Bledsoe | 1 |
| 2009 | 6 | 10 | Washington D.C. | Washington D.C. | James Wenneker von Brunn | 1 |
| 2009 | 7 | 1 | Simi Valley | California | Jaime Paredes | 1 |
| 2009 | 7 | 25 | Houston | Texas | Unknown | 1 |
| 2009 | 11 | 6 | Orlando | Florida | Jason Samuel Rodriguez | 1 |
| 2009 | 11 | 7 | Vail | Colorado | Richard Allan Moreau | 1 |
| 2009 | 11 | 10 | Tualatin | Oregon | Robert Beiser | 1 |
| 2010 | 1 | 4 | Las Vegas | Nevada | Johnny Lee Wicks Jr. | 1 |
| 2010 | 3 | 9 | Columbus | Ohio | Nathaniel Alvin Brown | 1 |
| 2010 | 3 | 30 | Tarpon Springs | Florida | Arunya Rouch | 1 |
| 2010 | 4 | 19 | Knoxville | Tennessee | Abdo Ibssa | 1 |
| 2010 | 9 | 20 | El Paso | Texas | Steven Jay Kropf | 1 |
| 2010 | 10 | 4 | Gainesville | Florida | Clifford Louis Miller Jr. | 1 |
| 2010 | 10 | 13 | Washington D.C. | Washington D.C. | Unknown | 1 |

Volume XL, Issue 2                                                    March 2015

**Appendix 2 (Continued): The FBI's Cases where zero or one person has been killed**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2011 | 1 | 5 | Omaha | Nebraska | Richard L. Butler Jr. | 1 |
| 2012 | 3 | 8 | Pittsburgh | Pennsylvania | John Schick | 1 |
| 2013 | 10 | 21 | Sparks | Nevada | Jose Reyes | 1 |
| 2013 | 11 | 1 | Los Angeles | California | Paul Anthony Ciancia | 1 |
| 2013 | 12 | 13 | Centennial | Colorado | Karl Halverson Pierson | 1 |
| 2013 | 12 | 17 | Reno | Nevada | Alan Oliver Frazier | 1 |

**NOTES**

[1] Chengyu Huang and Rujun Wang provided valuable research assistance on this project.

[2] One of the few publications that didn't make such a link in their headline was *USA Today* (see Leger, 2014).

[3] The FBI report notes (p. 5): "Specifically, shootings that resulted from gang or drug violence—pervasive, long-tracked, criminal acts that could also affect the public—were not included in this study. In addition, other gun-related shootings were not included when those incidents appeared generally not to have put others in peril (e.g., the accidental discharge of a firearm in a school building or a person who chose to publicly commit suicide in a parking lot)." The first paper to use this definition was by Lott and Landes (1999, 2000). Lott (2003, 2010) has additional discussions. Some, such as the *New York Times*, refer to the attacks being studied here as "rampage" killings (Fessenden, 2000). Politifact and CNN also define these mass shootings in the same way (see Carroll & O'Connor, 2014; Fantz, Knight, & Wang, 2014).

**EXHIBIT 22**



**Table 8**

## Offenses Known to Law Enforcement

by City 10,000 and over in Population, 2004—Continued

| City by state | Population | Violent crime | Murder and non-negligent man-slaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTAH** | | | | | | | | | | | |
| Alpine/Highland | 17,860 | 5 | 0 | 3 | 0 | 2 | 294 | 86 | 197 | 11 | 1 |
| American Fork | 23,242 | 27 | 0 | 7 | 3 | 17 | 1,085 | 175 | 858 | 52 | 3 |
| Bountiful | 42,063 | 47 | 0 | 17 | 11 | 19 | 1,034 | 139 | 829 | 66 | 1 |
| Brigham City | 17,611 | 53 | 0 | 16 | 3 | 34 | 578 | 132 | 428 | 18 | 2 |
| Cedar City | 22,297 | 21 | 1 | 2 | 3 | 15 | 647 | 108 | 510 | 29 | 2 |
| Centerville | 14,984 | 6 | 0 | 2 | 1 | 3 | 346 | 56 | 270 | 20 | 4 |
| Clearfield | 27,580 | 50 | 0 | 15 | 7 | 28 | 790 | 122 | 619 | 49 | 4 |
| Draper | 31,516 | 33 | 0 | 8 | 9 | 16 | 1,009 | 192 | 761 | 56 | 4 |
| Farmington | 13,621 | 9 | 0 | 1 | 1 | 7 | 185 | 31 | 136 | 18 | 1 |
| Kaysville | 21,728 | 17 | 0 | 5 | 0 | 12 | 487 | 85 | 377 | 25 | 2 |
| Layton | 61,740 | 112 | 0 | 28 | 24 | 60 | 1,811 | 283 | 1,426 | 102 | 11 |
| Lehi | 23,638 | 22 | 1 | 9 | 1 | 11 | 596 | 211 | 345 | 40 | 0 |
| Logan | 44,373 | 32 | 0 | 12 | 4 | 16 | 1,001 | 163 | 804 | 34 | 3 |
| Midvale | 27,600 | 84 | 2 | 19 | 17 | 46 | 1,734 | 171 | 1,382 | 181 | 4 |
| Murray | 44,314 | 169 | 2 | 25 | 43 | 99 | 3,767 | 470 | 3,019 | 278 | 1 |
| North Ogden | 16,341 | 5 | 0 | 2 | 0 | 3 | 320 | 73 | 232 | 15 | 0 |
| North Park | 10,008 | 1 | 0 | 0 | 0 | 1 | 175 | 36 | 134 | 5 | 4 |
| Ogden | 79,544 | 349 | 4 | 34 | 107 | 204 | 5,149 | 802 | 3,921 | 426 | 0 |
| Orem | 88,999 | 53 | 1 | 13 | 17 | 22 | 3,895 | 452 | 3,255 | 188 | 0 |
| Payson | 14,997 | 14 | 0 | 0 | 4 | 10 | 640 | 208 | 406 | 26 | 3 |
| Pleasant Grove/Lindon | 33,102 | 17 | 1 | 9 | 3 | 4 | 736 | 72 | 599 | 65 | 1 |
| Provo | 107,094 | 150 | 0 | 40 | 17 | 93 | 3,334 | 532 | 2,620 | 182 | 15 |
| Salt Lake City | 182,768 | 1,328 | 15 | 92 | 465 | 756 | 16,343 | 2,353 | 12,108 | 1,882 | 49 |
| Sandy | 90,746 | 175 | 1 | 27 | 49 | 98 | 3,138 | 454 | 2,482 | 202 | 7 |
| South Jordan | 34,126 | 28 | 0 | 3 | 0 | 25 | 762 | 114 | 598 | 50 | 2 |
| South Salt Lake | 22,066 | 197 | 0 | 47 | 42 | 108 | 2,547 | 334 | 1,876 | 337 | 7 |
| Spanish Fork | 23,367 | 11 | 0 | 7 | 2 | 2 | 1,275 | 207 | 1,033 | 35 | 7 |
| Springville | 22,279 | 33 | 0 | 13 | 1 | 19 | 1,010 | 158 | 801 | 51 | 0 |
| Tooele | 27,484 | 78 | 0 | 18 | 10 | 50 | 839 | 147 | 619 | 73 | 8 |
| West Jordan | 86,054 | 162 | 0 | 34 | 34 | 94 | 3,253 | 359 | 2,683 | 211 | 13 |
| West Valley | 113,472 | 479 | 2 | 75 | 140 | 262 | 7,028 | 967 | 5,345 | 716 | 23 |
| **VERMONT** | | | | | | | | | | | |
| Bennington | 15,945 | 23 | 0 | 7 | 1 | 15 | 485 | 77 | 388 | 20 | 9 |
| Brattleboro | 12,040 | 29 | 0 | 5 | 2 | 22 | 407 | 49 | 341 | 17 | 3 |
| Colchester | 17,238 | 32 | 0 | 6 | 8 | 18 | 527 | 77 | 439 | 11 | 4 |
| Rutland | 17,166 | 24 | 0 | 3 | 9 | 12 | 855 | 80 | 754 | 21 | 7 |
| South Burlington | 16,345 | 21 | 0 | 4 | 5 | 12 | 790 | 87 | 687 | 16 | 2 |
| **VIRGINIA** | | | | | | | | | | | |
| Alexandria[3] | 130,206 | 386 | 2 | 30 | 162 | 192 | | | | 563 | 12 |
| Blacksburg | 40,465 | 57 | 1 | 12 | 9 | 35 | 607 | 103 | 479 | 25 | 9 |
| Bristol | 17,377 | 95 | 1 | 7 | 25 | 62 | 667 | 108 | 524 | 35 | 5 |
| Charlottesville | 39,552 | 322 | 4 | 29 | 69 | 220 | 1,621 | 221 | 1,250 | 150 | 10 |
| Chesapeake | 212,932 | 1,099 | 12 | 61 | 292 | 734 | 7,673 | 1,288 | 5,763 | 622 | 24 |
| Christiansburg | 17,933 | 27 | 2 | 7 | 5 | 13 | 658 | 106 | 529 | 23 | 3 |
| Colonial Heights | 17,458 | 51 | 3 | 4 | 20 | 24 | 779 | 73 | 672 | 34 | 11 |
| Culpeper | 10,546 | 39 | 0 | 7 | 7 | 25 | 465 | 35 | 413 | 17 | 2 |
| Danville | 47,456 | 302 | 4 | 15 | 93 | 190 | 2,239 | 274 | 1,846 | 119 | 14 |
| Falls Church | 10,589 | 25 | 1 | 2 | 8 | 14 | 400 | 35 | 315 | 50 | 6 |
| Fredericksburg | 20,390 | 96 | 2 | 12 | 25 | 57 | 1,009 | 79 | 852 | 78 | 3 |
| Front Royal | 14,301 | 38 | 0 | 9 | 8 | 21 | 553 | 51 | 466 | 36 | 5 |
| Hampton | 148,339 | 576 | 14 | 47 | 222 | 293 | 4,868 | 761 | 3,567 | 540 | 46 |
| Harrisonburg | 41,580 | 120 | 1 | 20 | 27 | 72 | 1,287 | 301 | 905 | 81 | 9 |
| Herndon | 21,937 | 34 | 2 | 2 | 6 | 24 | 466 | 27 | 399 | 40 | 1 |
| Hopewell | 22,614 | 176 | 1 | 11 | 55 | 109 | 1,132 | 274 | 736 | 122 | 9 |
| Leesburg | 33,651 | 63 | 0 | 13 | 11 | 39 | 849 | 73 | 733 | 43 | 1 |
| Lynchburg | 65,761 | 242 | 4 | 17 | 64 | 157 | 2,491 | 383 | 1,930 | 178 | 15 |
| Manassas | 37,536 | 163 | 3 | 21 | 48 | 91 | 1,137 | 127 | 875 | 135 | 8 |
| Manassas Park | 11,099 | 30 | 0 | 5 | 5 | 20 | 292 | 23 | 229 | 40 | 2 |
| Martinsville | 15,271 | 56 | 1 | 6 | 19 | 30 | 529 | 90 | 414 | 25 | 2 |
| Newport News | 183,454 | 1,380 | 17 | 104 | 523 | 736 | 7,782 | 1,444 | 5,406 | 932 | 86 |
| Norfolk | 244,132 | 1,342 | 35 | 82 | 684 | 541 | 12,548 | 1,474 | 9,846 | 1,228 | 47 |

See footnotes at end of table.

**Table 8**

## Offenses Known to Law Enforcement

by City 10,000 and over in Population, 2004—Continued

| City by state | Population | Violent crime | Murder and non-negligent man-slaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **VIRGINIA—Continued** | | | | | | | | | | | |
| Petersburg | 33,420 | 288 | 4 | 18 | 111 | 155 | 2,390 | 562 | 1,436 | 392 | 32 |
| Poquoson | 11,962 | 9 | 0 | 0 | 2 | 7 | 182 | 37 | 136 | 9 | 4 |
| Portsmouth | 100,608 | 891 | 8 | 30 | 345 | 508 | 5,397 | 1,244 | 3,574 | 579 | 11 |
| Richmond | 196,667 | 2,700 | 93 | 101 | 1,343 | 1,163 | 13,089 | 2,731 | 7,982 | 2,376 | 94 |
| Roanoke | 93,787 | 851 | 8 | 60 | 187 | 596 | 5,955 | 993 | 4,470 | 492 | 46 |
| Salem | 24,848 | 34 | 0 | 5 | 8 | 21 | 617 | 66 | 509 | 42 | 1 |
| Suffolk | 74,247 | 422 | 4 | 29 | 94 | 295 | 2,836 | 495 | 2,197 | 144 | 28 |
| Virginia Beach | 443,840 | 1,005 | 15 | 138 | 482 | 370 | 13,504 | 1,772 | 10,970 | 762 | 146 |
| Waynesboro | 20,591 | 68 | 2 | 2 | 9 | 55 | 752 | 85 | 625 | 42 | 12 |
| Winchester | 24,677 | 74 | 0 | 7 | 20 | 47 | 1,427 | 108 | 1,259 | 60 | 6 |
| **WASHINGTON** | | | | | | | | | | | |
| Aberdeen | 16,398 | 77 | 0 | 25 | 13 | 39 | 2,000 | 250 | 1,623 | 127 | 9 |
| Anacortes | 15,657 | 36 | 0 | 5 | 8 | 23 | 629 | 100 | 500 | 29 | 2 |
| Arlington | 14,075 | 31 | 0 | 1 | 7 | 23 | 798 | 134 | 570 | 94 | 0 |
| Auburn | 45,182 | 243 | 1 | 16 | 90 | 136 | 3,998 | 859 | 2,337 | 802 | 41 |
| Bainbridge Island | 21,957 | 18 | 0 | 5 | 0 | 13 | 322 | 100 | 211 | 11 | 6 |
| Battle Ground | 12,881 | 30 | 1 | 9 | 3 | 17 | 429 | 88 | 314 | 27 | 7 |
| Bellevue | 113,670 | 174 | 0 | 38 | 75 | 61 | 4,856 | 680 | 3,570 | 606 | 32 |
| Bellingham | 72,130 | 182 | 2 | 25 | 70 | 85 | 5,878 | 764 | 4,749 | 365 | 25 |
| Bonney Lake | 13,371 | 16 | 0 | 5 | 6 | 5 | 558 | 107 | 390 | 61 | 4 |
| Bothell | 30,929 | 31 | 0 | 5 | 5 | 21 | 947 | 153 | 644 | 150 | 6 |
| Bremerton | 40,064 | 421 | 0 | 75 | 79 | 267 | 1,871 | 395 | 1,263 | 213 | 14 |
| Burien | 31,483 | 171 | 2 | 20 | 62 | 87 | 2,004 | 370 | 1,233 | 401 | 17 |
| Camas | 15,153 | 9 | 0 | 8 | 0 | 1 | 583 | 92 | 470 | 21 | 5 |
| Centralia | 15,158 | 95 | 0 | 21 | 17 | 57 | 1,484 | 220 | 1,155 | 109 | 3 |
| Covington | 15,474 | 39 | 0 | 9 | 11 | 19 | 598 | 123 | 350 | 125 | 11 |
| Des Moines | 29,382 | 115 | 2 | 17 | 41 | 55 | 1,280 | 244 | 648 | 388 | 6 |
| Edmonds | 40,353 | 48 | 4 | 5 | 15 | 24 | 1,273 | 222 | 878 | 173 | 13 |
| Enumclaw | 11,069 | 21 | 0 | 4 | 0 | 17 | 462 | 56 | 301 | 105 | 1 |
| Everett | 97,783 | 563 | 3 | 62 | 185 | 313 | 7,004 | 1,346 | 3,986 | 1,672 | 52 |
| Federal Way | 82,675 | 280 | 0 | 50 | 121 | 109 | 5,134 | 759 | 3,257 | 1,118 | 25 |
| Issaquah | 14,835 | 22 | 0 | 5 | 9 | 8 | 914 | 117 | 651 | 146 | 0 |
| Kelso | 11,883 | 57 | 1 | 9 | 14 | 33 | 1,192 | 224 | 851 | 117 | 10 |
| Kenmore | 19,257 | 32 | 2 | 7 | 7 | 16 | 543 | 134 | 334 | 75 | 4 |
| Kennewick | 60,034 | 218 | 4 | 30 | 41 | 143 | 3,190 | 621 | 2,365 | 204 | 39 |
| Kent | 82,529 | 408 | 5 | 54 | 117 | 232 | 4,847 | 1,196 | 2,322 | 1,329 | 41 |
| Kirkland | 46,111 | 76 | 1 | 19 | 26 | 30 | 1,682 | 299 | 1,129 | 254 | 17 |
| Lacey | 33,168 | 112 | 0 | 18 | 30 | 64 | 1,547 | 222 | 1,210 | 115 | 11 |
| Lake Forest Park | 12,726 | 16 | 0 | 0 | 4 | 12 | 334 | 64 | 228 | 42 | 1 |
| Lakewood | 59,483 | 505 | 3 | 47 | 137 | 318 | 4,036 | 943 | 2,568 | 525 | 35 |
| Longview | 36,163 | 171 | 3 | 25 | 34 | 109 | 3,246 | 689 | 2,253 | 304 | 16 |
| Lynden | 10,157 | 5 | 1 | 2 | 2 | 0 | 239 | 41 | 185 | 13 | 2 |
| Lynnwood | 34,102 | 83 | 0 | 6 | 33 | 44 | 2,459 | 298 | 1,817 | 344 | 7 |
| Maple Valley | 14,286 | 25 | 1 | 8 | 4 | 12 | 455 | 108 | 261 | 86 | 2 |
| Marysville | 28,593 | 62 | 1 | 17 | 18 | 26 | 1,050 | 181 | 647 | 222 | 6 |
| Mercer Island | 22,615 | 15 | 0 | 2 | 4 | 9 | 612 | 102 | 447 | 63 | 6 |
| Mill Creek | 12,983 | 19 | 0 | 2 | 5 | 12 | 636 | 94 | 453 | 89 | 6 |
| Monroe | 14,973 | 26 | 1 | 4 | 5 | 16 | 466 | 37 | 375 | 54 | 4 |
| Moses Lake | 16,338 | 56 | 2 | 11 | 11 | 32 | 1,526 | 208 | 1,253 | 65 | 7 |
| Mountlake Terrace | 20,849 | 34 | 0 | 2 | 14 | 18 | 707 | 108 | 475 | 124 | 18 |
| Mount Vernon | 28,265 | 88 | 1 | 22 | 30 | 35 | 2,797 | 326 | 2,341 | 130 | 6 |
| Mukilteo | 19,395 | 20 | 0 | 3 | 6 | 11 | 559 | 110 | 345 | 104 | 5 |
| Oak Harbor | 21,320 | 44 | 1 | 10 | 4 | 29 | 558 | 126 | 409 | 23 | 8 |
| Olympia | 44,482 | 148 | 6 | 35 | 26 | 81 | 2,683 | 437 | 2,050 | 196 | 5 |
| Pasco | 38,684 | 142 | 3 | 12 | 36 | 91 | 1,706 | 334 | 1,229 | 143 | 5 |
| Port Angeles | 18,734 | 75 | 1 | 24 | 9 | 41 | 827 | 146 | 628 | 53 | 18 |
| Pullman | 25,535 | 25 | 0 | 9 | 5 | 11 | 545 | 98 | 415 | 32 | 8 |
| Puyallup | 36,062 | 137 | 0 | 17 | 44 | 76 | 2,604 | 334 | 1,909 | 361 | 0 |
| Redmond | 46,938 | 79 | 1 | 19 | 24 | 35 | 1,801 | 201 | 1,424 | 176 | 8 |
| Renton | 54,665 | 245 | 2 | 24 | 95 | 124 | 4,807 | 632 | 3,190 | 985 | 6 |
| Richland | 43,039 | 70 | 0 | 4 | 13 | 53 | 1,386 | 291 | 1,034 | 61 | 17 |
| Sammamish | 34,316 | 13 | 0 | 2 | 3 | 8 | 412 | 72 | 312 | 28 | 13 |

See footnotes at end of table.

# EXHIBIT 23



Home (https://ucr.fbi.gov) • Crime in the U.S. (https://ucr.fbi.gov/crime-in-the-u.s) • 2014 (https://ucr.fbi.gov/crime-in-the-u.s/2014) • Crime in the U.S. 2014 (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014) • Tables (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables) • Table 8 (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8) • Table 8 by State (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/table-8-by-state) • Table 8 - Minnesota



(about-us/cjis)
(https://forms.fbi.gov/ucr-feedback-2014) |       (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/resource-pages/contact-us) |
(/about-us/cjis/ucr/data-quality-guidelines-new) |
(/about-us/cjis/ucr)

**CIUS Home (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/cius-home)**

**Offenses Known to Law Enforcement (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/offenses-known-to-law-enforcement/main)**

**Violent Crime (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/offenses-known-to-law-enforcement/violent-crime/violent-crime)**

**Property Crime (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/offenses-known-to-law-enforcement/property-crime/property-crime)**

**Clearances (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/offenses-known-to-law-enforcement/clearances/main)**

**Persons Arrested (https://ucr.fbi.gov/crime-in-the-u.s/2014/persons-arrested/main)**  by City, 2014

**Police Employee Data (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/police-employee-data/main)**

**Table 8**

**MINNESOTA**
**Offenses Known to
Law Enforcement**

Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/table-8-by-state/Table_8_Offenses_Known_to_Law_Enforcement_by_Minnesota_by_City_2014.xls/@@template-layout-view?override-view=data-declaration)

Download Excel (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/table-8-by-state/Table_8_Offenses_Known_to_Law_Enforcement_by_Minnesota_by_City_2014.xls/output.xls)

Table 8 State Listing (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/Table_8_Offenses_Known_to_Law_Enforcement_by_State_by_City_2014.xls/view)

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Albany | 2,622 | 4 | 0 | 1 | | 0 | 3 | 31 | 1 | 30 | 0 | 0 |
| Albert Lea | 17,833 | 29 | 0 | 0 | | 5 | 24 | 398 | 36 | 342 | 20 | 1 |
| Alexandria | 11,713 | 26 | 0 | 9 | | 6 | 11 | 439 | 46 | 359 | 34 | 0 |
| Annandale | 3,302 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anoka | 17,295 | 52 | 0 | 16 | | 9 | 27 | 564 | 52 | 486 | 26 | 1 |
| Appleton | 1,360 | 1 | 0 | 0 | | 0 | 1 | 39 | 10 | 29 | 0 | 0 |
| Apple Valley | 50,472 | 42 | 0 | 9 | | 8 | 25 | 1,042 | 99 | 917 | 26 | 7 |
| Arden Hills | 9,764 | 11 | 1 | 2 | | 5 | 3 | 115 | 18 | 79 | 18 | 1 |
| Austin | 24,766 | 66 | 0 | 18 | | 6 | 42 | 585 | 101 | 452 | 32 | 1 |
| Avon | 1,424 | 1 | 0 | 1 | | 0 | 0 | 18 | 4 | 13 | 1 | 0 |
| Babbitt | 1,549 | 2 | 1 | 0 | | 0 | 1 | 22 | 3 | 17 | 2 | 0 |

**0190**

Table 8 - Minnesota

| ity | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| axter | 7,815 | 6 | 0 | 2 | | 0 | 4 | 391 | 8 | 379 | 4 | 0 |
| ayport | 3,698 | 1 | 0 | 0 | | 0 | 1 | 25 | 3 | 21 | 1 | 0 |
| ecker | 4,668 | 6 | 0 | 0 | | 0 | 6 | 41 | 6 | 32 | 3 | 0 |
| elgrade | 757 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| elle Plaine | 6,880 | 5 | 0 | 1 | | 1 | 3 | 87 | 21 | 65 | 1 | 1 |
| emidji | 14,513 | 63 | 0 | 18 | | 4 | 41 | 1,174 | 91 | 1,051 | 32 | 3 |
| enson | 3,124 | 2 | 0 | 0 | | 0 | 2 | 27 | 3 | 24 | 0 | 0 |
| ig Lake | 10,348 | 13 | 0 | 0 | | 0 | 13 | 143 | 20 | 118 | 5 | 1 |
| lackduck | 794 | 0 | 0 | 0 | | 0 | 0 | 13 | 4 | 9 | 0 | 0 |
| laine | 61,187 | 44 | 0 | 11 | | 17 | 16 | 1,840 | 182 | 1,610 | 48 | 4 |
| looming Prairie | 1,962 | 0 | 0 | 0 | | 0 | 0 | 8 | 3 | 4 | 1 | 0 |
| loomington | 87,163 | 157 | 0 | 23 | | 75 | 59 | 3,202 | 203 | 2,892 | 107 | 6 |
| lue Earth | 3,251 | 1 | 0 | 0 | | 0 | 1 | 50 | 7 | 42 | 1 | 0 |
| rainerd | 13,462 | 90 | 0 | 31 | | 6 | 53 | 655 | 114 | 511 | 30 | 3 |
| reckenridge | 3,362 | 5 | 0 | 1 | | 1 | 3 | 56 | 7 | 42 | 7 | 0 |
| rooklyn Center | 30,858 | 100 | 0 | 10 | | 45 | 45 | 1,215 | 156 | 985 | 74 | 1 |
| rooklyn Park | 78,986 | 305 | 1 | 50 | | 107 | 147 | 2,373 | 444 | 1,803 | 126 | 8 |
| rownton | 739 | 0 | 0 | 0 | | 0 | 0 | 4 | 2 | 2 | 0 | 0 |
| uffalo | 15,909 | 11 | 0 | 3 | | 0 | 8 | 306 | 21 | 275 | 10 | 0 |
| urnsville | 61,693 | 71 | 0 | 7 | | 27 | 37 | 1,699 | 139 | 1,501 | 59 | 3 |
| aledonia | 2,794 | 3 | 0 | 1 | | 0 | 2 | 2 | 1 | 1 | 0 | 1 |
| ambridge | 8,244 | 9 | 0 | 0 | | 2 | 7 | 411 | 30 | 373 | 8 | 0 |
| anby | 1,734 | 1 | 0 | 0 | | 0 | 1 | 16 | 2 | 13 | 1 | 0 |
| annon Falls | 4,077 | 5 | 0 | 1 | | 0 | 4 | 122 | 19 | 98 | 5 | 0 |
| entennial Lakes | 10,867 | 10 | 0 | 2 | | 0 | 8 | 148 | 25 | 116 | 7 | 0 |
| hamplin | 23,965 | 20 | 0 | 5 | | 6 | 9 | 324 | 62 | 256 | 6 | 0 |
| haska | 24,603 | 12 | 0 | 3 | | 2 | 7 | 214 | 28 | 181 | 5 | 1 |
| hisholm | 5,035 | 1 | 0 | 0 | | 1 | 0 | 79 | 6 | 70 | 3 | 0 |
| loquet | 12,030 | 28 | 0 | 8 | | 2 | 18 | 491 | 45 | 428 | 18 | 1 |
| old pring/Richmond | 5,460 | 4 | 0 | 1 | | 0 | 3 | 59 | 9 | 50 | 0 | 0 |
| orcoran | 5,545 | 2 | 0 | 0 | | 0 | 2 | 63 | 8 | 50 | 5 | 0 |
| ottage Grove | 35,577 | 20 | 1 | 7 | | 5 | 7 | 674 | 55 | 589 | 30 | 1 |

**0191**

Table 8 - Minnesota

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brookston | 7,905 | 16 | 0 | 5 | | 0 | 11 | 68 | 15 | 44 | 9 | 1 |
| Crosby | 2,362 | 6 | 0 | 1 | | 0 | 5 | 99 | 11 | 88 | 0 | 0 |
| Crystal | 22,692 | 35 | 0 | 2 | | 14 | 19 | 587 | 89 | 467 | 31 | 5 |
| Dawson | 1,467 | 4 | 0 | 0 | | 1 | 3 | 6 | 1 | 5 | 0 | 0 |
| Dayton | 4,934 | 3 | 0 | 1 | | 1 | 1 | 40 | 7 | 31 | 2 | 0 |
| Deephaven | 3,772 | 0 | 0 | 0 | | 0 | 0 | 15 | 2 | 11 | 2 | 0 |
| Detroit Lakes | 8,978 | 11 | 0 | 5 | | 0 | 6 | 333 | 18 | 300 | 15 | 0 |
| Dilworth | 4,148 | 8 | 0 | 2 | | 1 | 5 | 148 | 9 | 133 | 6 | 0 |
| Duluth | 86,106 | 309 | 3 | 42 | | 73 | 191 | 3,650 | 503 | 3,002 | 145 | 12 |
| Eagan | 65,754 | 24 | 0 | 1 | | 12 | 11 | 1,177 | 152 | 995 | 30 | 7 |
| Eagle Lake | 2,563 | 1 | 0 | 0 | | 0 | 1 | 14 | 2 | 12 | 0 | 0 |
| East Grand Forks | 8,598 | 24 | 0 | 12 | | 0 | 12 | 200 | 39 | 150 | 11 | 1 |
| Echo | 262 | 0 | 0 | 0 | | 0 | 0 | 2 | 0 | 2 | 0 | 0 |
| Eden Prairie | 63,036 | 22 | 0 | 11 | | 4 | 7 | 849 | 98 | 735 | 16 | 3 |
| Edina | 49,727 | 27 | 0 | 11 | | 10 | 6 | 889 | 104 | 773 | 12 | 2 |
| Elk River | 23,548 | 19 | 0 | 7 | | 3 | 9 | 475 | 57 | 404 | 14 | 1 |
| Elmore | 641 | 0 | 0 | 0 | | 0 | 0 | 5 | 1 | 4 | 0 | 0 |
| Ely | 3,454 | 0 | 0 | 0 | | 0 | 0 | 55 | 7 | 46 | 2 | 0 |
| Eveleth | 3,693 | 13 | 0 | 3 | | 1 | 9 | 145 | 43 | 89 | 13 | 0 |
| Fairmont | 10,380 | 24 | 0 | 8 | | 3 | 13 | 323 | 47 | 262 | 14 | 1 |
| Falcon Heights | 5,546 | 5 | 0 | 0 | | 2 | 3 | 103 | 26 | 66 | 11 | 0 |
| Faribault | 23,424 | 75 | 0 | 13 | | 12 | 50 | 614 | 90 | 478 | 46 | 8 |
| Farmington | 22,428 | 16 | 0 | 2 | | 0 | 14 | 197 | 37 | 148 | 12 | 7 |
| Fergus Falls | 13,408 | 43 | 0 | 3 | | 6 | 34 | 475 | 73 | 397 | 5 | 2 |
| Floodwood | 522 | 0 | 0 | 0 | | 0 | 0 | 24 | 2 | 20 | 2 | 0 |
| Forest Lake | 19,316 | 33 | 0 | 8 | | 5 | 20 | 513 | 62 | 421 | 30 | 2 |
| Fridley | 27,778 | 68 | 0 | 8 | | 23 | 37 | 1,289 | 143 | 1,102 | 44 | 4 |
| Gilbert | 1,802 | 2 | 0 | 1 | | 0 | 1 | 69 | 16 | 47 | 6 | 0 |
| Glencoe | 5,507 | 3 | 0 | 2 | | 0 | 1 | 71 | 6 | 63 | 2 | 0 |
| Glenwood | 2,523 | 1 | 0 | 1 | | 0 | 0 | 11 | 4 | 7 | 0 | 0 |
| Golden Valley | 20,959 | 9 | 0 | 0 | | 3 | 6 | 491 | 81 | 395 | 15 | 1 |
| Goodview | 4,029 | 4 | 0 | 2 | | 0 | 2 | 55 | 10 | 41 | 4 | 0 |
| Grand Rapids | 11,020 | 24 | 1 | 10 | | 1 | 12 | 387 | 19 | 359 | 9 | 0 |

Table 8 — Minnesota

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Granite Falls | 2,784 | 2 | 0 | 0 | | 0 | 2 | 49 | 3 | 44 | 2 | 0 |
| Hallock | 965 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hastings | 22,484 | 40 | 1 | 12 | | 9 | 18 | 604 | 54 | 534 | 16 | 3 |
| Hermantown | 9,648 | 10 | 0 | 3 | | 4 | 3 | 270 | 28 | 231 | 11 | 0 |
| Hibbing | 16,289 | 48 | 0 | 7 | | 1 | 40 | 293 | 36 | 247 | 10 | 2 |
| Hokah | 564 | 0 | 0 | 0 | | 0 | 0 | 8 | 2 | 6 | 0 | 0 |
| Hopkins | 18,131 | 37 | 0 | 8 | | 12 | 17 | 466 | 92 | 346 | 28 | 2 |
| Houston | 969 | 2 | 0 | 0 | | 0 | 2 | 7 | 2 | 5 | 0 | 0 |
| Hoyt Lakes | 2,016 | 1 | 0 | 0 | | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Hutchinson | 13,803 | 14 | 0 | 5 | | 0 | 9 | 323 | 24 | 296 | 3 | 2 |
| International Falls | 6,336 | 12 | 0 | 4 | | 2 | 6 | 163 | 31 | 125 | 7 | 1 |
| Inver Grove Heights | 34,454 | 69 | 0 | 22 | | 12 | 35 | 679 | 108 | 508 | 63 | 2 |
| Isanti | 5,416 | 2 | 0 | 0 | | 0 | 2 | 75 | 10 | 64 | 1 | 0 |
| Janesville | 2,243 | 1 | 0 | 0 | | 0 | 1 | 27 | 3 | 22 | 2 | 0 |
| Jordan | 5,977 | 4 | 0 | 0 | | 1 | 3 | 75 | 11 | 59 | 5 | 0 |
| Kasson | 6,071 | 4 | 0 | 3 | | 0 | 1 | 67 | 10 | 51 | 6 | 1 |
| Kimball | 761 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| La Crescent | 4,799 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lake City | 4,961 | 5 | 0 | 2 | | 1 | 2 | 70 | 4 | 64 | 2 | 0 |
| Lake Crystal | 2,535 | 5 | 0 | 3 | | 1 | 1 | 25 | 6 | 19 | 0 | 1 |
| Lakefield | 1,681 | 0 | 0 | 0 | | 0 | 0 | 14 | 5 | 9 | 0 | 0 |
| Lakes Area | 9,341 | 17 | 0 | 7 | | 0 | 10 | 142 | 22 | 112 | 8 | 2 |
| Lakeville | 59,194 | 25 | 0 | 1 | | 9 | 15 | 679 | 87 | 566 | 26 | 2 |
| Lauderdale | 2,480 | 1 | 0 | 0 | | 0 | 1 | 48 | 6 | 35 | 7 | 0 |
| Lester Prairie | 1,681 | 2 | 0 | 1 | | 0 | 1 | 30 | 1 | 27 | 2 | 0 |
| Le Sueur | 4,037 | 3 | 0 | 0 | | 0 | 3 | 66 | 12 | 51 | 3 | 0 |
| Lewiston | 1,585 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Litchfield | 6,678 | 10 | 0 | 6 | | 0 | 4 | 135 | 31 | 100 | 4 | 0 |
| Little Canada | 10,207 | 23 | 0 | 5 | | 8 | 10 | 310 | 74 | 195 | 41 | 4 |
| Little Falls | 8,198 | 11 | 0 | 3 | | 0 | 8 | 148 | 6 | 132 | 10 | 0 |
| Long Prairie | 3,361 | 6 | 0 | 4 | | 0 | 2 | 66 | 6 | 59 | 1 | 0 |
| Madison Lake | 1,066 | 0 | 0 | 0 | | 0 | 0 | 8 | 0 | 8 | 0 | 0 |

**0193**

Table 8 - Minnesota

| ity | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| lankato | 40,959 | 107 | 1 | 20 | | 17 | 69 | 1,429 | 214 | 1,152 | 63 | 9 |
| laple Grove | 66,354 | 23 | 2 | 3 | | 9 | 9 | 1,181 | 119 | 1,037 | 25 | 1 |
| lapleton | 1,751 | 2 | 0 | 1 | | 0 | 1 | 18 | 1 | 16 | 1 | 0 |
| laplewood | 40,295 | 61 | 3 | 4 | | 17 | 37 | 1,915 | 310 | 1,428 | 177 | 3 |
| larshall | 13,433 | 34 | 0 | 11 | | 4 | 19 | 329 | 56 | 268 | 5 | 5 |
| ledina | 5,304 | 1 | 0 | 0 | | 0 | 1 | 103 | 9 | 92 | 2 | 2 |
| lelrose | 3,594 | 3 | 0 | 1 | | 0 | 2 | 36 | 6 | 29 | 1 | 0 |
| lendota Heights | 11,196 | 7 | 0 | 3 | | 0 | 4 | 219 | 26 | 189 | 4 | 0 |
| lilaca | 2,892 | 2 | 0 | 1 | | 0 | 1 | 77 | 6 | 66 | 5 | 0 |
| linneapolis | 404,461 | 4,093 | 31 | 389 | | 1,871 | 1,802 | 19,123 | 4,112 | 13,480 | 1,531 | 117 |
| linnetonka | 51,769 | 24 | 0 | 3 | | 6 | 15 | 790 | 142 | 627 | 21 | 4 |
| linnetrista | 9,235 | 2 | 0 | 1 | | 0 | 1 | 68 | 3 | 62 | 3 | 0 |
| lontevideo | 5,178 | 11 | 0 | 1 | | 1 | 9 | 156 | 21 | 125 | 10 | 0 |
| lontgomery | 2,942 | 3 | 0 | 0 | | 1 | 2 | 49 | 9 | 39 | 1 | 0 |
| loose Lake | 2,795 | 17 | 0 | 3 | | 1 | 13 | 90 | 4 | 86 | 0 | 0 |
| lorris | 5,348 | 11 | 0 | 4 | | 2 | 5 | 105 | 15 | 84 | 6 | 0 |
| lounds View | 12,645 | 23 | 0 | 5 | | 6 | 12 | 421 | 57 | 349 | 15 | 4 |
| lountain Lake | 2,136 | 0 | 0 | 0 | | 0 | 0 | 15 | 1 | 13 | 1 | 0 |
| ew Brighton | 22,276 | 10 | 1 | 2 | | 5 | 2 | 548 | 88 | 429 | 31 | 1 |
| ew Hope | 20,895 | 15 | 1 | 2 | | 3 | 9 | 325 | 41 | 267 | 17 | 2 |
| ewport | 3,466 | 4 | 1 | 2 | | 0 | 1 | 75 | 9 | 61 | 5 | 0 |
| ew Prague | 7,542 | 8 | 0 | 5 | | 0 | 3 | 85 | 10 | 74 | 1 | 0 |
| ew Richland | 1,197 | 2 | 0 | 0 | | 0 | 2 | 1 | 1 | 0 | 0 | 0 |
| ew Ulm | 13,136 | 9 | 0 | 5 | | 0 | 4 | 263 | 58 | 194 | 11 | 1 |
| orth Branch | 10,076 | 8 | 0 | 1 | | 1 | 6 | 272 | 53 | 213 | 6 | 1 |
| orthfield | 20,714 | 15 | 0 | 1 | | 2 | 12 | 274 | 58 | 214 | 2 | 1 |
| orth Mankato | 13,448 | 26 | 0 | 7 | | 3 | 16 | 255 | 44 | 196 | 15 | 0 |
| orth Oaks | 4,757 | 1 | 0 | 0 | | 0 | 1 | 34 | 7 | 27 | 0 | 0 |
| orth St. Paul | 11,948 | 10 | 0 | 0 | | 3 | 7 | 317 | 47 | 241 | 29 | 0 |
| akdale | 27,870 | 52 | 0 | 9 | | 11 | 32 | 1,210 | 120 | 1,011 | 79 | 3 |
| ak Park Heights | 4,877 | 2 | 0 | 0 | | 1 | 1 | 265 | 10 | 250 | 5 | 0 |
| livia | 2,374 | 6 | 0 | 1 | | 0 | 5 | 56 | 7 | 46 | 3 | 0 |
| rono | 21,288 | 5 | 0 | 2 | | 0 | 3 | 184 | 22 | 150 | 12 | 1 |

Table 8 - Table 8 Minnesota

| ity | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| rtonville | 1,842 | 0 | 0 | 0 | | 0 | 0 | 13 | 0 | 12 | 1 | 0 |
| esakis | 1,716 | 2 | 0 | 0 | | 0 | 2 | 13 | 3 | 10 | 0 | 0 |
| sseo | 2,487 | 0 | 0 | 0 | | 0 | 0 | 10 | 0 | 7 | 3 | 0 |
| watonna | 25,544 | 36 | 0 | 3 | | 6 | 27 | 619 | 79 | 510 | 30 | 0 |
| ark Rapids | 3,912 | 11 | 1 | 1 | | 0 | 9 | 276 | 34 | 233 | 9 | 2 |
| aynesville | 2,421 | 2 | 0 | 1 | | 0 | 1 | 46 | 8 | 37 | 1 | 1 |
| lainview | 3,284 | 3 | 0 | 0 | | 0 | 3 | 5 | 1 | 3 | 1 | 0 |
| lymouth | 74,833 | 54 | 1 | 13 | | 12 | 28 | 1,059 | 177 | 846 | 36 | 6 |
| rinceton | 4,683 | 0 | 0 | 0 | | 0 | 0 | 155 | 12 | 136 | 7 | 0 |
| rior Lake | 24,779 | 23 | 0 | 10 | | 1 | 12 | 371 | 33 | 327 | 11 | 0 |
| roctor | 3,075 | 7 | 0 | 0 | | 3 | 4 | 116 | 10 | 102 | 4 | 0 |
| amsey | 25,250 | 15 | 0 | 9 | | 0 | 6 | 348 | 29 | 306 | 13 | 1 |
| ed Wing | 16,528 | 36 | 0 | 12 | | 2 | 22 | 509 | 82 | 401 | 26 | 1 |
| edwood Falls | 5,107 | 11 | 0 | 2 | | 0 | 9 | 148 | 22 | 122 | 4 | 0 |
| ichfield | 36,408 | 78 | 0 | 12 | | 34 | 32 | 877 | 174 | 664 | 39 | 4 |
| obbinsdale | 14,387 | 28 | 0 | 0 | | 15 | 13 | 377 | 83 | 274 | 20 | 0 |
| ochester | 111,712 | 205 | 2 | 46 | | 52 | 105 | 2,223 | 338 | 1,775 | 110 | 8 |
| ogers | 12,180 | 5 | 0 | 1 | | 0 | 4 | 285 | 13 | 261 | 11 | 0 |
| oseau | 2,629 | 0 | 0 | 1 | | 0 | 0 | 59 | 3 | 54 | 2 | 0 |
| osemount | 22,850 | 17 | 0 | 3 | | 1 | 13 | 199 | 31 | 166 | 2 | 1 |
| oseville | 35,332 | 45 | 0 | 10 | | 9 | 26 | 1,854 | 257 | 1,510 | 87 | 2 |
| artell | 16,358 | 5 | 0 | 2 | | 0 | 3 | 345 | 25 | 313 | 7 | 0 |
| auk Centre | 4,317 | 10 | 0 | 1 | | 2 | 7 | 114 | 13 | 96 | 5 | 3 |
| auk Rapids | 13,382 | 11 | 0 | 3 | | 3 | 5 | 250 | 40 | 197 | 13 | 2 |
| avage | 29,065 | 27 | 0 | 7 | | 8 | 12 | 597 | 76 | 500 | 21 | 6 |
| hakopee | 39,632 | 57 | 0 | 21 | | 9 | 27 | 768 | 116 | 618 | 34 | 0 |
| horeview | 26,209 | 16 | 0 | 5 | | 1 | 10 | 290 | 47 | 220 | 23 | 5 |
| ilver Bay | 1,848 | 2 | 0 | 1 | | 0 | 1 | 5 | 2 | 3 | 0 | 0 |
| ilver Lake | 813 | 2 | 0 | 1 | | 0 | 1 | 18 | 0 | 14 | 4 | 0 |
| layton | 2,090 | 3 | 0 | 0 | | 0 | 3 | 37 | 3 | 32 | 2 | 0 |
| leepy Eye | 3,481 | 5 | 0 | 0 | | 0 | 5 | 3 | 1 | 1 | 1 | 0 |
| outh Lake Minnetonka | 12,096 | 10 | 0 | 4 | | 1 | 5 | 121 | 25 | 88 | 8 | 1 |

**0195**

| ity | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| outh St. Paul | 20,504 | 79 | 0 | 12 | | 14 | 53 | 483 | 103 | 335 | 45 | 27 |
| pringfield | 2,092 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| pring Grove | 1,302 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| pring Lake Park | 6,469 | 12 | 0 | 0 | | 2 | 10 | 266 | 42 | 204 | 20 | 0 |
| t. Anthony | 8,680 | 10 | 0 | 0 | | 7 | 3 | 247 | 49 | 189 | 9 | 0 |
| taples | 2,890 | 3 | 0 | 0 | | 0 | 3 | 70 | 9 | 59 | 2 | 0 |
| t. Charles | 3,685 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| t. Cloud | 66,366 | 261 | 0 | 47 | | 53 | 161 | 2,510 | 382 | 1,973 | 155 | 11 |
| t. Francis | 7,349 | 16 | 0 | 7 | | 4 | 5 | 130 | 9 | 117 | 4 | 1 |
| tillwater | 18,770 | 8 | 0 | 1 | | 2 | 5 | 269 | 27 | 228 | 14 | 0 |
| t. James | 4,540 | 8 | 0 | 5 | | 0 | 3 | 103 | 29 | 67 | 7 | 0 |
| t. Joseph | 6,678 | 0 | 0 | 0 | | 0 | 0 | 20 | 0 | 17 | 3 | 0 |
| t. Louis Park | 47,957 | 65 | 0 | 5 | | 23 | 37 | 1,304 | 156 | 1,092 | 56 | 3 |
| t. Paul | 297,984 | 1,974 | 11 | 181 | | 654 | 1,128 | 10,383 | 2,330 | 6,045 | 2,008 | 119 |
| t. Paul Park | 5,346 | 12 | 0 | 2 | | 3 | 7 | 117 | 16 | 90 | 11 | 0 |
| t. Peter | 11,502 | 10 | 1 | 3 | | 0 | 6 | 179 | 33 | 140 | 6 | 0 |
| hief River Falls | 8,740 | 22 | 0 | 14 | | 1 | 7 | 302 | 40 | 252 | 10 | 0 |
| racy | 2,116 | 0 | 0 | 0 | | 0 | 0 | 16 | 3 | 12 | 1 | 0 |
| wo Harbors | 3,648 | 8 | 0 | 3 | | 0 | 5 | 35 | 5 | 29 | 1 | 0 |
| adnais Heights | 13,182 | 15 | 0 | 4 | | 1 | 10 | 313 | 39 | 236 | 38 | 2 |
| irginia | 8,650 | 46 | 1 | 7 | | 7 | 31 | 523 | 100 | 385 | 38 | 2 |
| abasha | 2,489 | 3 | 0 | 0 | | 0 | 3 | 49 | 11 | 37 | 1 | 0 |
| adena | 4,145 | 8 | 0 | 2 | | 0 | 6 | 55 | 3 | 44 | 8 | 1 |
| aite Park | 6,668 | 19 | 0 | 5 | | 4 | 10 | 693 | 35 | 638 | 20 | 0 |
| arroad | 1,779 | 0 | 0 | 0 | | 0 | 0 | 43 | 3 | 37 | 3 | 0 |
| aseca | 9,329 | 11 | 0 | 2 | | 0 | 9 | 189 | 16 | 170 | 3 | 1 |
| ayzata | 4,363 | 2 | 0 | 2 | | 0 | 0 | 104 | 23 | 78 | 3 | 0 |
| ells | 2,256 | 0 | 0 | 0 | | 0 | 0 | 14 | 2 | 11 | 1 | 0 |
| est Hennepin | 5,497 | 6 | 0 | 1 | | 0 | 5 | 33 | 3 | 29 | 1 | 0 |
| est St. Paul | 19,808 | 70 | 2 | 8 | | 18 | 42 | 1,043 | 123 | 853 | 67 | 5 |
| heaton | 1,367 | 2 | 0 | 0 | | 0 | 2 | 30 | 5 | 21 | 4 | 2 |
| hite Bear Lake | 24,802 | 31 | 0 | 6 | | 6 | 19 | 656 | 130 | 483 | 43 | 6 |

**0196**

Table 8. Minnesota

| ity | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| /hite Bear ownship | 11,498 | 5 | 0 | 1 | | 0 | 4 | 182 | 27 | 144 | 11 | 1 |
| /illmar | 19,696 | 54 | 0 | 17 | | 6 | 31 | 552 | 52 | 475 | 25 | 3 |
| /indom | 4,562 | 13 | 0 | 6 | | 0 | 7 | 55 | 11 | 41 | 3 | 1 |
| /innebago | 1,386 | 6 | 0 | 4 | | 0 | 2 | 13 | 1 | 12 | 0 | 0 |
| /inona | 27,546 | 25 | 0 | 4 | | 1 | 20 | 72 | 12 | 58 | 2 | 0 |
| /insted | 2,294 | 1 | 0 | 0 | | 0 | 1 | 30 | 4 | 25 | 1 | 0 |
| /oodbury | 66,539 | 36 | 0 | 9 | | 7 | 20 | 1,177 | 147 | 990 | 40 | 2 |
| /orthington | 12,984 | 19 | 1 | 3 | | 7 | 8 | 201 | 36 | 155 | 10 | 1 |
| /yoming | 7,737 | 14 | 0 | 2 | | 0 | 12 | 92 | 6 | 81 | 5 | 0 |
| umbrota | 3,360 | 0 | 0 | 0 | | 0 | 0 | 48 | 16 | 26 | 6 | 0 |

- [1] The figures shown in this column for the offense of rape were reported using the revised Uniform Crime Reporting (UCR) definition of rape. See Data Declaration for further explanation.
- [2] The figures shown in this column for the offense of rape were reported using the legacy UCR definition of rape. See Data Declaration for further explanation.

**Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8-by-state/Table_8_Offenses_Known_to_Law_Enforcement_by_Minnesota_by_City_2014.xls/@@template-layout-view?override-view=data-declaration)**

Provides the methodology used in constructing this table and other pertinent information about this table.

# EXHIBIT 24



**VIRGINIA**

| | | | | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Alexandria | 132,468 | 405 | 3 | 25 | 169 | 208 | 4,292 | 429 | 3,253 | 610 | 21 |
| Blacksburg | 40,618 | 60 | 0 | 6 | 7 | 47 | 714 | 107 | 575 | 32 | 3 |
| Bristol | 17,336 | 89 | 0 | 4 | 4 | 81 | 654 | 84 | 547 | 23 | 5 |
| Charlottesville | 44,391 | 303 | 1 | 20 | 71 | 211 | 1,572 | 195 | 1,229 | 148 | 12 |
| Colonial Heights | 17,280 | 51 | 1 | 4 | 18 | 28 | 848 | 78 | 743 | 27 | 9 |
| Danville | 48,202 | 296 | 5 | 20 | 77 | 194 | 2,214 | 313 | 1,763 | 138 | 14 |
| Falls Church | 10,795 | 13 | 0 | 1 | 4 | 8 | 348 | 37 | 269 | 42 | 6 |
| Front Royal | 14,071 | 32 | 0 | 6 | 12 | 14 | 517 | 46 | 440 | 31 | 4 |
| Hampton | 147,777 | 599 | 10 | 56 | 246 | 287 | 5,115 | 896 | 3,659 | 560 | 40 |
| Harrisonburg | 41,429 | 106 | 0 | 13 | 23 | 70 | 1,179 | 183 | 927 | 69 | 13 |
| Herndon | 22,280 | 50 | 0 | 3 | 14 | 33 | 560 | 30 | 494 | 36 | 0 |
| Hopewell | 22,812 | 150 | 2 | 16 | 32 | 100 | 1,119 | 321 | 708 | 90 | 10 |
| Leesburg | 31,986 | 105 | 1 | 15 | 16 | 73 | 925 | 79 | 784 | 62 | 5 |
| Lynchburg | 65,438 | 267 | 6 | 25 | 72 | 164 | 2,395 | 411 | 1,822 | 162 | 13 |
| Manassas | 37,762 | 138 | 4 | 19 | 27 | 88 | 1,152 | 115 | 903 | 134 | 12 |
| Manassas Park | 11,048 | 20 | 1 | 1 | 3 | 15 | 247 | 17 | 184 | 46 | 2 |
| Martinsville | 15,457 | 58 | 0 | 6 | 14 | 38 | 621 | 118 | 475 | 28 | 2 |
| Newport News[2] | 182,565 | 1,253 | 27 | 94 | 389 | 743 | | | 5,489 | 980 | 85 |
| Norfolk | 242,077 | 1,383 | 40 | 86 | 717 | 540 | 13,854 | 1,784 | 10,632 | 1,438 | 22 |
| Petersburg | 33,536 | 289 | 9 | 22 | 89 | 169 | 2,296 | 574 | 1,505 | 217 | 18 |
| Poquoson | 11,835 | 3 | 0 | 0 | 0 | 3 | 180 | 20 | 154 | 6 | 2 |
| Portsmouth | 101,060 | 901 | 18 | 43 | 403 | 437 | 5,002 | 1,179 | 3,323 | 500 | 16 |
| Richmond[2] | 199,968 | 2,474 | 93 | 98 | 1,174 | 1,109 | | 2,816 | | 2,711 | 86 |
| Salem | 25,152 | 34 | 1 | 6 | 10 | 17 | 670 | 65 | 568 | 37 | 5 |
| Staunton | 23,936 | 42 | 1 | 6 | 7 | 28 | 852 | 81 | 718 | 53 | 5 |
| Suffolk | 70,856 | 399 | 2 | 38 | 110 | 249 | 2,538 | 408 | 1,971 | 159 | 34 |
| Virginia Beach | 439,454 | 928 | 24 | 119 | 408 | 377 | 14,564 | 2,138 | 11,621 | 805 | 188 |
| Waynesboro | 20,390 | 97 | 2 | 3 | 8 | 84 | 655 | 70 | 548 | 37 | 7 |
| Williamsburg | 11,842 | 25 | 0 | 6 | 9 | 10 | 322 | 24 | 285 | 13 | 1 |
| Winchester | 24,536 | 73 | 0 | 9 | 30 | 34 | 1,346 | 168 | 1,125 | 53 | 6 |

**EXHIBIT 25**



**Table 8**

**VIRGINIA**
**Offenses Known to Law Enforcement**
**by State by City, 2009**

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abingdon | 8,034 | 14 | 0 | 2 | 1 | 11 | 299 | 28 | 262 | 9 | 0 |
| Alexandria | 146,145 | 287 | 5 | 12 | 141 | 129 | 3,296 | 347 | 2,613 | 336 | 3 |
| Altavista | 3,362 | 12 | 0 | 1 | 2 | 9 | 103 | 22 | 75 | 6 | 1 |
| Amherst | 2,216 | 1 | 0 | 0 | 1 | 0 | 25 | 5 | 20 | 0 | 0 |
| Appalachia | 1,729 | 1 | 0 | 1 | 0 | 0 | 66 | 8 | 55 | 3 | 1 |
| Ashland | 7,152 | 29 | 0 | 0 | 10 | 19 | 273 | 21 | 234 | 18 | 0 |
| Bedford | 6,335 | 20 | 0 | 4 | 5 | 11 | 206 | 26 | 170 | 10 | 0 |
| Berryville | 3,187 | 4 | 1 | 0 | 0 | 3 | 80 | 9 | 71 | 0 | 0 |
| Big Stone Gap | 5,652 | 9 | 0 | 1 | 1 | 7 | 176 | 19 | 150 | 7 | 0 |
| Blacksburg | 42,047 | 50 | 0 | 15 | 11 | 24 | 700 | 165 | 507 | 28 | 2 |
| Blackstone | 3,568 | 14 | 0 | 0 | 5 | 9 | 135 | 21 | 107 | 7 | 1 |
| Bluefield | 5,122 | 7 | 0 | 1 | 2 | 4 | 246 | 27 | 214 | 5 | 1 |
| Bowling Green | 1,031 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Boykins | 599 | 0 | 0 | 0 | 0 | 0 | 5 | 2 | 3 | 0 | 0 |
| Bridgewater | 5,458 | 2 | 0 | 0 | 0 | 2 | 26 | 9 | 15 | 2 | 0 |
| Bristol | 17,502 | 54 | 0 | 5 | 11 | 38 | 627 | 108 | 492 | 27 | 5 |
| Broadway | 3,335 | 1 | 0 | 0 | 0 | 1 | 10 | 1 | 6 | 3 | 0 |
| Brookneal | 1,248 | 2 | 0 | 1 | 0 | 1 | 13 | 2 | 10 | 1 | 0 |
| Buena Vista | 6,509 | 9 | 0 | 0 | 2 | 7 | 102 | 1 | 99 | 2 | 2 |
| Burkeville | 470 | 2 | 0 | 0 | 1 | 1 | 13 | 2 | 10 | 1 | 0 |
| Cape Charles | 1,510 | 0 | 0 | 0 | 0 | 0 | 13 | 3 | 10 | 0 | 0 |
| Cedar Bluff | 1,039 | 1 | 0 | 1 | 0 | 0 | 11 | 3 | 7 | 1 | 0 |
| Charlottesville | 41,798 | 247 | 0 | 35 | 88 | 124 | 2,070 | 184 | 1,763 | 123 | 9 |
| Chase City | 2,307 | 5 | 0 | 0 | 1 | 4 | 66 | 8 | 56 | 2 | 1 |
| Chatham | 1,543 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 12 | 0 | 0 |
| Chesapeake | 223,261 | 831 | 12 | 42 | 229 | 548 | 7,731 | 1,317 | 5,985 | 429 | 30 |
| Chilhowie | 1,737 | 0 | 0 | 0 | 0 | 0 | 25 | 6 | 17 | 2 | 0 |
| Chincoteague | 4,293 | 3 | 0 | 0 | 0 | 3 | 85 | 18 | 55 | 12 | 0 |
| Christiansburg | 19,775 | 35 | 2 | 9 | 7 | 17 | 722 | 107 | 600 | 15 | 5 |
| Clarksville | 1,251 | 4 | 0 | 0 | 3 | 1 | 25 | 0 | 25 | 0 | 0 |
| Clifton Forge | 3,895 | 8 | 0 | 1 | 1 | 6 | 88 | 21 | 66 | 1 | 1 |
| Clintwood | 1,517 | 3 | 0 | 0 | 0 | 3 | 35 | 9 | 25 | 1 | 0 |

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Coeburn | 1,974 | 4 | 0 | 1 | 1 | 2 | 63 | 11 | 50 | 2 | 1 |
| Colonial Beach | 3,859 | 4 | 0 | 1 | 1 | 2 | 71 | 16 | 51 | 4 | 0 |
| Colonial Heights | 17,932 | 48 | 0 | 2 | 22 | 24 | 842 | 65 | 743 | 34 | 7 |
| Covington | 6,124 | 20 | 1 | 6 | 2 | 11 | 173 | 30 | 137 | 6 | 8 |
| Crewe | 2,274 | 6 | 0 | 1 | 4 | 1 | 64 | 10 | 51 | 3 | 0 |
| Culpeper | 14,562 | 70 | 0 | 6 | 16 | 48 | 460 | 35 | 415 | 10 | 1 |
| Damascus | 1,081 | 3 | 0 | 2 | 0 | 1 | 25 | 1 | 24 | 0 | 0 |
| Danville | 44,442 | 174 | 8 | 7 | 80 | 79 | 2,308 | 515 | 1,724 | 69 | 13 |
| Dayton | 1,354 | 0 | 0 | 0 | 0 | 0 | 21 | 3 | 18 | 0 | 0 |
| Dublin | 2,180 | 3 | 0 | 0 | 2 | 1 | 75 | 22 | 51 | 2 | 0 |
| Dumfries | 4,792 | 23 | 0 | 2 | 15 | 6 | 170 | 35 | 115 | 20 | 0 |
| Edinburg | 903 | 1 | 0 | 1 | 0 | 0 | 8 | 3 | 5 | 0 | 0 |
| Elkton | 2,625 | 0 | 0 | 0 | 0 | 0 | 33 | 4 | 28 | 1 | 0 |
| Emporia | 5,662 | 43 | 0 | 5 | 10 | 28 | 337 | 62 | 260 | 15 | 2 |
| Exmore | 1,341 | 3 | 0 | 0 | 1 | 2 | 44 | 8 | 34 | 2 | 0 |
| Fairfax City | 24,194 | 27 | 0 | 1 | 15 | 11 | 621 | 35 | 564 | 22 | 6 |
| Falls Church | 11,301 | 16 | 0 | 3 | 6 | 7 | 315 | 18 | 279 | 18 | 5 |
| Farmville | 7,462 | 16 | 4 | 1 | 1 | 10 | 173 | 15 | 155 | 3 | 0 |
| Franklin | 8,980 | 31 | 1 | 2 | 14 | 14 | 355 | 64 | 280 | 11 | 6 |
| Fredericksburg | 23,326 | 114 | 2 | 6 | 22 | 84 | 1,094 | 93 | 975 | 26 | 4 |
| Fries | 546 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Front Royal | 14,731 | 33 | 0 | 7 | 11 | 15 | 600 | 56 | 520 | 24 | 0 |
| Galax | 6,828 | 28 | 1 | 0 | 4 | 23 | 301 | 37 | 258 | 6 | 2 |
| Gate City | 2,037 | 3 | 0 | 1 | 0 | 2 | 37 | 7 | 27 | 3 | 0 |
| Glade Spring | 1,538 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 |
| Glasgow | 1,003 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 4 | 0 | 0 |
| Glen Lyn | 164 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 1 | 1 |
| Gordonsville | 1,720 | 2 | 0 | 0 | 0 | 2 | 21 | 3 | 17 | 1 | 0 |
| Gretna | 1,185 | 3 | 0 | 0 | 0 | 3 | 22 | 7 | 14 | 1 | 0 |
| Grottoes | 2,192 | 1 | 0 | 0 | 0 | 1 | 31 | 2 | 29 | 0 | 0 |
| Grundy | 947 | 0 | 0 | 0 | 0 | 0 | 5 | 1 | 4 | 0 | 0 |
| Halifax | 1,280 | 1 | 1 | 0 | 0 | 0 | 31 | 6 | 22 | 3 | 1 |
| Hampton | 145,932 | 454 | 11 | 27 | 195 | 221 | 5,226 | 835 | 4,001 | 390 | 31 |
| Harrisonburg | 44,597 | 134 | 0 | 10 | 27 | 97 | 1,236 | 187 | 996 | 53 | 5 |
| Haymarket | 1,268 | 1 | 0 | 0 | 0 | 1 | 24 | 2 | 22 | 0 | 0 |
| Haysi | 308 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 2 | 0 | 0 |
| Herndon | 22,078 | 48 | 1 | 9 | 15 | 23 | 395 | 27 | 344 | 24 | 0 |

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hillsville | 2,630 | 9 | 0 | 1 | 2 | 6 | 89 | 38 | 49 | 2 | 0 |
| Honaker | 1,438 | 1 | 0 | 0 | 0 | 1 | 22 | 2 | 20 | 0 | 0 |
| Hopewell | 23,324 | 207 | 4 | 13 | 70 | 120 | 833 | 263 | 501 | 69 | 11 |
| Hurt | 1,208 | 0 | 0 | 0 | 0 | 0 | 14 | 3 | 11 | 0 | 0 |
| Jonesville | 964 | 0 | 0 | 0 | 0 | 0 | 28 | 3 | 25 | 0 | 1 |
| Kenbridge | 1,273 | 7 | 0 | 1 | 0 | 6 | 5 | 2 | 2 | 1 | 0 |
| Kilmarnock | 1,287 | 2 | 0 | 1 | 0 | 1 | 26 | 9 | 15 | 2 | 0 |
| La Crosse | 586 | 0 | 0 | 0 | 0 | 0 | 19 | 4 | 5 | 10 | 0 |
| Lawrenceville | 1,342 | 1 | 0 | 0 | 1 | 0 | 51 | 35 | 16 | 0 | 1 |
| Lebanon | 3,186 | 6 | 0 | 0 | 2 | 4 | 104 | 7 | 94 | 3 | 0 |
| Leesburg | 41,092 | 62 | 2 | 8 | 19 | 33 | 732 | 44 | 664 | 24 | 4 |
| Lexington | 7,049 | 1 | 0 | 0 | 0 | 1 | 60 | 6 | 51 | 3 | 2 |
| Louisa | 1,583 | 1 | 0 | 1 | 0 | 0 | 22 | 3 | 17 | 2 | 0 |
| Luray | 4,840 | 3 | 0 | 0 | 2 | 1 | 140 | 16 | 115 | 9 | 1 |
| Lynchburg | 73,735 | 339 | 0 | 21 | 80 | 238 | 2,218 | 372 | 1,735 | 111 | 14 |
| Manassas | 35,321 | 173 | 2 | 10 | 56 | 105 | 1,083 | 152 | 831 | 100 | 8 |
| Manassas Park | 11,477 | 11 | 0 | 0 | 5 | 6 | 213 | 15 | 179 | 19 | 1 |
| Marion | 5,965 | 24 | 0 | 1 | 2 | 21 | 248 | 14 | 227 | 7 | 0 |
| Martinsville | 14,509 | 39 | 0 | 2 | 9 | 28 | 499 | 90 | 388 | 21 | 8 |
| Middleburg | 979 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 15 | 1 | 0 |
| Middletown | 1,154 | 3 | 0 | 2 | 1 | 0 | 23 | 4 | 19 | 0 | 1 |
| Mount Jackson | 2,014 | 0 | 0 | 0 | 0 | 0 | 50 | 9 | 35 | 6 | 0 |
| Narrows | 2,151 | 5 | 0 | 2 | 0 | 3 | 11 | 5 | 5 | 1 | 1 |
| New Market | 1,865 | 1 | 0 | 0 | 0 | 1 | 13 | 6 | 5 | 2 | 0 |
| Norfolk | 235,097 | 1,542 | 34 | 102 | 630 | 776 | 12,940 | 2,078 | 9,912 | 950 | 42 |
| Norton | 3,697 | 8 | 0 | 1 | 2 | 5 | 285 | 18 | 265 | 2 | 1 |
| Occoquan | 824 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 |
| Onancock | 1,375 | 1 | 0 | 0 | 0 | 1 | 34 | 7 | 26 | 1 | 0 |
| Onley | 468 | 2 | 0 | 0 | 0 | 2 | 15 | 3 | 12 | 0 | 0 |
| Orange | 4,688 | 5 | 0 | 2 | 1 | 2 | 106 | 13 | 86 | 7 | 1 |
| Parksley | 785 | 2 | 0 | 0 | 2 | 0 | 19 | 1 | 18 | 0 | 0 |
| Pearisburg | 2,767 | 3 | 0 | 0 | 1 | 2 | 71 | 7 | 62 | 2 | 1 |
| Pembroke | 1,166 | 2 | 0 | 0 | 0 | 2 | 25 | 10 | 15 | 0 | 0 |
| Pennington Gap | 1,721 | 0 | 0 | 0 | 0 | 0 | 7 | 3 | 4 | 0 | 0 |
| Petersburg | 32,966 | 307 | 6 | 12 | 121 | 168 | 2,192 | 673 | 1,272 | 247 | 0 |
| Pocahontas | 417 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Poquoson | 11,902 | 28 | 0 | 4 | 1 | 23 | 165 | 24 | 131 | 10 | 4 |

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Portsmouth | 100,970 | 707 | 17 | 20 | 351 | 319 | 5,643 | 1,184 | 4,163 | 296 | 14 |
| Pound | 1,070 | 6 | 0 | 0 | 1 | 5 | 36 | 8 | 27 | 1 | 0 |
| Pulaski | 8,932 | 30 | 2 | 3 | 9 | 16 | 400 | 79 | 305 | 16 | 1 |
| Purcellville | 5,338 | 6 | 0 | 0 | 1 | 5 | 69 | 8 | 56 | 5 | 1 |
| Quantico | 614 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 |
| Radford | 16,216 | 80 | 1 | 15 | 8 | 56 | 514 | 167 | 335 | 12 | 5 |
| Remington | 678 | 0 | 0 | 0 | 0 | 0 | 6 | 2 | 4 | 0 | 0 |
| Rich Creek | 682 | 2 | 0 | 2 | 0 | 0 | 14 | 0 | 13 | 1 | 0 |
| Richlands | 3,983 | 12 | 1 | 0 | 2 | 9 | 224 | 64 | 155 | 5 | 0 |
| Richmond | 203,233 | 1,631 | 37 | 35 | 850 | 709 | 8,349 | 1,555 | 5,822 | 972 | 60 |
| Roanoke | 93,110 | 639 | 9 | 26 | 184 | 420 | 4,975 | 913 | 3,774 | 288 | 45 |
| Rocky Mount | 4,536 | 9 | 0 | 1 | 1 | 7 | 201 | 14 | 183 | 4 | 0 |
| Rural Retreat | 1,346 | 1 | 0 | 0 | 1 | 0 | 5 | 0 | 5 | 0 | 0 |
| Salem | 25,616 | 32 | 0 | 5 | 8 | 19 | 782 | 88 | 657 | 37 | 4 |
| Saltville | 2,207 | 3 | 0 | 0 | 0 | 3 | 44 | 9 | 35 | 0 | 0 |
| Shenandoah | 1,856 | 3 | 0 | 0 | 0 | 3 | 46 | 8 | 37 | 1 | 2 |
| Smithfield | 7,115 | 8 | 1 | 0 | 4 | 3 | 218 | 27 | 180 | 11 | 0 |
| South Boston | 7,822 | 38 | 0 | 8 | 7 | 23 | 464 | 116 | 341 | 7 | 5 |
| South Hill | 4,558 | 15 | 0 | 2 | 5 | 8 | 247 | 21 | 220 | 6 | 1 |
| Stanley | 1,562 | 1 | 0 | 0 | 1 | 0 | 50 | 1 | 47 | 2 | 1 |
| Staunton | 24,072 | 31 | 2 | 2 | 7 | 20 | 546 | 60 | 466 | 20 | 5 |
| Stephens City | 1,505 | 0 | 0 | 0 | 0 | 0 | 58 | 9 | 43 | 6 | 1 |
| St. Paul | 963 | 0 | 0 | 0 | 0 | 0 | 30 | 4 | 26 | 0 | 0 |
| Strasburg | 4,405 | 8 | 0 | 1 | 0 | 7 | 124 | 12 | 110 | 2 | 0 |
| Suffolk | 84,929 | 289 | 6 | 33 | 81 | 169 | 2,200 | 465 | 1,641 | 94 | 41 |
| Tappahannock | 2,202 | 9 | 0 | 1 | 0 | 8 | 131 | 17 | 109 | 5 | 0 |
| Tazewell | 4,247 | 5 | 0 | 0 | 1 | 4 | 91 | 18 | 71 | 2 | 1 |
| Timberville | 1,714 | 5 | 0 | 2 | 1 | 2 | 17 | 4 | 13 | 0 | 1 |
| Victoria | 1,722 | 9 | 0 | 1 | 3 | 5 | 25 | 2 | 21 | 2 | 0 |
| Vienna | 14,946 | 10 | 2 | 0 | 4 | 4 | 301 | 27 | 267 | 7 | 0 |
| Vinton | 7,879 | 20 | 0 | 3 | 3 | 14 | 272 | 41 | 222 | 9 | 3 |
| Virginia Beach | 436,175 | 910 | 18 | 70 | 452 | 370 | 13,359 | 2,043 | 10,751 | 565 | 107 |
| Warrenton | 9,235 | 25 | 1 | 3 | 6 | 15 | 253 | 27 | 221 | 5 | 0 |
| Warsaw | 1,350 | 0 | 0 | 0 | 0 | 0 | 10 | 1 | 9 | 0 | 0 |
| Waverly | 2,142 | 6 | 0 | 0 | 3 | 3 | 18 | 3 | 13 | 2 | 0 |
| Waynesboro | 22,313 | 67 | 0 | 9 | 21 | 37 | 793 | 119 | 646 | 28 | 4 |
| Weber City | 1,322 | 0 | 0 | 0 | 0 | 0 | 29 | 2 | 27 | 0 | 0 |

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|
| West Point | 3,177 | 2 | 0 | 1 | 1 | 0 | 38 | 9 | 26 | 3 | 0 |
| White Stone | 336 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Williamsburg | 12,584 | 24 | 1 | 0 | 8 | 15 | 213 | 11 | 192 | 10 | 0 |
| Winchester | 26,252 | 84 | 0 | 9 | 40 | 35 | 1,166 | 150 | 977 | 39 | 4 |
| Wise | 3,226 | 3 | 0 | 0 | 0 | 3 | 101 | 11 | 84 | 6 | 1 |
| Woodstock | 4,315 | 8 | 0 | 2 | 2 | 4 | 74 | 1 | 65 | 8 | 0 |
| Wytheville | 8,336 | 17 | 0 | 0 | 7 | 10 | 218 | 13 | 198 | 7 | 1 |

# EXHIBIT 26



**Table 8**

# MINNESOTA[1]

## Offenses Known to Law Enforcement

by State by City, 2006

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Albany | 2,020 | 0 | | 0 | 0 | 9 | 0 | 9 | 0 | 0 |
| Albert Lea | 18,035 | 0 | | 2 | 25 | 473 | 46 | 402 | 25 | 1 |
| Alexandria | 10,674 | 0 | | 2 | 14 | 275 | 15 | 245 | 15 | 7 |
| Annandale | 3,016 | 0 | | 0 | 3 | 70 | 4 | 64 | 2 | 0 |
| Anoka | 17,726 | 0 | | 15 | 27 | 813 | 139 | 628 | 46 | 8 |
| Appleton | 2,889 | 0 | | 0 | 1 | 48 | 5 | 43 | 0 | 0 |
| Apple Valley | 50,189 | 0 | | 14 | 42 | 1,541 | 179 | 1,315 | 47 | 11 |
| Austin | 23,626 | 0 | | 17 | 49 | 1,076 | 146 | 870 | 60 | 1 |
| Avon | 1,277 | 0 | | 1 | 1 | 20 | 3 | 17 | 0 | 0 |
| Baxter | 7,449 | 0 | | 1 | 8 | 324 | 20 | 293 | 11 | 1 |
| Bayport | 3,271 | 0 | | 1 | 0 | 46 | 9 | 35 | 2 | 1 |
| Becker | 3,894 | 0 | | 0 | 1 | 9 | 2 | 7 | 0 | 0 |
| Belle Plaine | 4,576 | 0 | | 0 | 3 | 106 | 22 | 83 | 1 | 0 |
| Bemidji | 13,385 | 0 | | 6 | 42 | 1,095 | 125 | 916 | 54 | 5 |
| Benson | 3,210 | 0 | | 0 | 2 | 87 | 19 | 58 | 10 | 0 |
| Big Lake | 8,863 | 0 | | 0 | 9 | 380 | 39 | 334 | 7 | 1 |
| Blackduck | 760 | 0 | | 0 | 0 | 8 | 0 | 8 | 0 | 0 |
| Blaine | 54,445 | 2 | | 15 | 74 | 2,404 | 256 | 2,057 | 91 | 20 |
| Blooming Prairie | 1,975 | 0 | | 0 | 1 | 31 | 6 | 18 | 7 | 0 |
| Bloomington | 81,706 | 5 | | 59 | 77 | 2,892 | 331 | 2,398 | 163 | 8 |
| Blue Earth | 3,475 | 0 | | 0 | 4 | 103 | 15 | 87 | 1 | 0 |
| Brainerd | 13,775 | 0 | | 7 | 51 | 715 | 115 | 555 | 45 | 15 |
| Breckenridge | 3,396 | 1 | | 0 | 2 | 50 | 3 | 43 | 4 | 0 |
| Brooklyn Center | 27,735 | 1 | | 87 | 64 | 1,997 | 203 | 1,563 | 231 | 12 |
| Brooklyn Park | 69,008 | 2 | | 155 | 168 | 3,258 | 612 | 2,320 | 326 | 18 |
| Browns Valley | 635 | 0 | | 0 | 0 | 2 | 0 | 2 | 0 | 0 |
| Brownton | 797 | 0 | | 0 | 0 | 4 | 1 | 3 | 0 | 0 |
| Buffalo | 13,379 | 0 | | 0 | 20 | 393 | 40 | 343 | 10 | 1 |
| Burnsville | 59,554 | 1 | | 35 | 62 | 2,164 | 297 | 1,742 | 125 | 16 |
| Caledonia | 2,959 | 0 | | 0 | 5 | 59 | 5 | 49 | 5 | |
| Cambridge | 7,246 | 0 | | 1 | 9 | 326 | 40 | 273 | 13 | 4 |
| Cannon Falls | 3,940 | 0 | | 0 | 3 | 234 | 39 | 181 | 14 | 0 |
| Centennial Lakes | 11,275 | 0 | | 0 | 8 | 199 | 37 | 154 | 8 | 0 |
| Champlin | 23,458 | 0 | | 5 | 10 | 589 | 83 | 495 | 11 | 3 |
| Chaska | 22,973 | 1 | | 1 | 12 | 428 | 45 | 375 | 8 | 3 |
| Chisholm | 4,732 | 0 | | 0 | 8 | 155 | 27 | 121 | 7 | 0 |
| Cloquet | 11,553 | 1 | | 2 | 18 | 408 | 51 | 339 | 18 | 4 |
| Cold Spring | 3,670 | 0 | | 0 | 4 | 80 | 16 | 64 | 0 | 0 |
| Columbia Heights | 18,231 | 1 | | 45 | 54 | 978 | 229 | 679 | 70 | 14 |
| Coon Rapids | 62,834 | 1 | | 26 | 76 | 3,152 | 306 | 2,706 | 140 | 22 |
| Corcoran | 5,721 | 0 | | 0 | 3 | 63 | 9 | 46 | 8 | 0 |
| Cottage Grove | 32,771 | 0 | | 8 | 25 | 766 | 135 | 588 | 43 | 7 |
| Crookston | 7,982 | | | 1 | 8 | 27 | 9 | 8 | 10 | 2 |

**Table 8**

# MINNESOTA[1]

**Offenses Known to Law Enforcement**

by State by City, 2006

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Crosby | 2,237 | 0 | | 0 | 6 | 130 | 13 | 113 | 4 | 0 |
| Crystal | 21,790 | 0 | | 21 | 32 | 674 | 106 | 515 | 53 | 5 |
| Dawson | 1,458 | 0 | | 0 | 1 | 23 | 12 | 11 | 0 | 0 |
| Dayton | 4,653 | 0 | | 0 | 5 | 49 | 4 | 14 | 31 | 0 |
| Deephaven-Woodland | 4,211 | 0 | | 0 | 1 | 41 | 12 | 27 | 2 | 2 |
| Detroit Lakes | 7,967 | 0 | | 3 | 15 | 385 | 22 | 344 | 19 | 3 |
| Dilworth | 3,475 | 0 | | 0 | 5 | 30 | 3 | 27 | 0 | 0 |
| Duluth | 85,463 | 1 | | 116 | 224 | 4,057 | 630 | 3,214 | 213 | 12 |
| Eagan | 64,090 | 0 | | 27 | 28 | 1,677 | 261 | 1,358 | 58 | 16 |
| Eagle Lake | 2,042 | 0 | | 0 | 0 | 27 | 6 | 20 | 1 | 0 |
| East Grand Forks | 7,786 | 0 | | 1 | 13 | 261 | 43 | 204 | 14 | 0 |
| Eden Prairie | 61,054 | 0 | | 20 | 37 | 1,239 | 146 | 1,058 | 35 | 12 |
| Edina | 45,872 | 0 | | 20 | 13 | 1,017 | 170 | 828 | 19 | 7 |
| Elk River | 21,472 | 1 | | 3 | 11 | 841 | 141 | 669 | 31 | 8 |
| Elmore | 701 | 0 | | 0 | 0 | 7 | 4 | 2 | 1 | 0 |
| Ely | 3,657 | 0 | | 0 | 1 | 63 | 8 | 53 | 2 | 0 |
| Eveleth | 3,685 | 0 | | 0 | 8 | 123 | 26 | 92 | 5 | 0 |
| Fairmont | 10,575 | 0 | | 1 | 10 | 387 | 77 | 303 | 7 | 1 |
| Falcon Heights | 5,506 | 0 | | 0 | 0 | 155 | 33 | 116 | 6 | 0 |
| Faribault | 22,194 | 0 | | 6 | 47 | 991 | 206 | 738 | 47 | 10 |
| Farmington | 17,859 | 1 | | 0 | 5 | 254 | 53 | 188 | 13 | 1 |
| Fergus Falls | 13,814 | 0 | | 3 | 27 | 407 | 84 | 303 | 20 | 3 |
| Floodwood | 506 | 0 | | 0 | 0 | 8 | 0 | 6 | 2 | 0 |
| Forest Lake | 17,469 | 0 | | 4 | 3 | 543 | 55 | 432 | 56 | 0 |
| Fridley | 26,692 | 2 | | 32 | 38 | 1,423 | 164 | 1,095 | 164 | 5 |
| Gilbert | 1,784 | 0 | | 0 | 1 | 40 | 6 | 27 | 7 | 0 |
| Glencoe | 5,590 | 0 | | 0 | 3 | 146 | 16 | 123 | 7 | 0 |
| Glenwood | 2,581 | 0 | | 0 | 2 | 20 | 2 | 16 | 2 | 1 |
| Golden Valley | 20,137 | 0 | | 22 | 22 | 601 | 99 | 459 | 43 | 1 |
| Goodview | 3,361 | 0 | | 0 | 2 | 106 | 14 | 88 | 4 | 0 |
| Grand Rapids | 8,332 | 0 | | 3 | 13 | 327 | 39 | 285 | 3 | 0 |
| Granite Falls | 3,008 | 0 | | 0 | 5 | 28 | 7 | 18 | 3 | 0 |
| Hastings | 21,050 | 0 | | 1 | 15 | 513 | 56 | 435 | 22 | 6 |
| Hermantown | 8,920 | 0 | | 1 | 3 | 302 | 27 | 266 | 9 | 1 |
| Hibbing | 16,619 | 0 | | 1 | 15 | 116 | 38 | 68 | 10 | 0 |
| Hilltop | 765 | 0 | | 8 | 8 | 91 | 14 | 67 | 10 | 2 |
| Hokah | 599 | 0 | | 0 | 0 | 6 | 2 | 3 | 1 | 0 |
| Hopkins | 16,937 | 0 | | 19 | 30 | 444 | 73 | 326 | 45 | 2 |
| Houston | 1,008 | 0 | | 0 | 2 | 14 | 2 | 10 | 2 | 0 |
| Hutchinson | 13,814 | 0 | | 2 | 22 | 438 | 74 | 347 | 17 | 7 |
| International Falls | 6,374 | 0 | | 1 | 8 | 262 | 38 | 200 | 24 | 2 |
| Inver Grove Heights | 33,404 | 0 | | 12 | 29 | 791 | 100 | 611 | 80 | 23 |
| Jackson | 3,477 | | | 1 | 8 | 70 | 10 | 59 | 1 | 0 |

**Table 8**

# MINNESOTA[1]

## Offenses Known to Law Enforcement

by State by City, 2006

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Janesville | 2,162 | 0 | | 0 | 0 | 0 | 21 | 7 | 12 | 2 | 0 |
| Jordan | 5,154 | 0 | | 0 | 1 | 214 | 19 | 193 | 2 | 3 |
| Kimball | 692 | 0 | | 0 | 3 | 23 | 4 | 17 | 2 | 0 |
| La Crescent | 5,129 | 0 | | 0 | 3 | 82 | 2 | 76 | 4 | 0 |
| Lake City | 5,317 | 0 | | 0 | 1 | 121 | 5 | 110 | 6 | 0 |
| Lake Crystal | 2,533 | 0 | | 0 | 0 | 41 | 14 | 27 | 0 | 0 |
| Lakefield | 1,709 | 0 | | 0 | 0 | 13 | 4 | 9 | 0 | 1 |
| Lakes Area | 7,052 | 1 | | 0 | 10 | 190 | 32 | 147 | 11 | 2 |
| Lakeville | 51,828 | 0 | | 8 | 29 | 1,104 | 225 | 847 | 32 | 7 |
| Lauderdale | 2,230 | 0 | | 2 | 1 | 67 | 10 | 52 | 5 | 0 |
| Lester Prairie | 1,612 | 0 | | 0 | 1 | 30 | 4 | 23 | 3 | 0 |
| Lino Lakes | 19,554 | 0 | | 1 | 5 | 282 | 35 | 227 | 20 | 1 |
| Litchfield | 6,702 | 0 | | 0 | 6 | 170 | 28 | 131 | 11 | 3 |
| Little Falls | 8,193 | 0 | | 0 | 6 | 293 | 26 | 253 | 14 | 0 |
| Long Prairie | 2,964 | 0 | | 0 | 0 | 82 | 8 | 74 | 0 | 0 |
| Mankato | 35,210 | 0 | | 28 | 63 | 1,874 | 332 | 1,467 | 75 | 2 |
| Maple Grove | 60,155 | 0 | | 20 | 22 | 1,507 | 312 | 1,151 | 44 | 11 |
| Maplewood | 35,319 | 1 | | 24 | 63 | 2,492 | 353 | 1,931 | 208 | 20 |
| Marshall | 12,373 | 0 | | 0 | 21 | 395 | 55 | 330 | 10 | 1 |
| Medina | 4,775 | 0 | | 1 | 5 | 102 | 23 | 74 | 5 | 0 |
| Melrose | 3,166 | 0 | | 0 | 0 | 33 | 2 | 31 | 0 | 0 |
| Minneapolis | 375,302 | 57 | | 3,028 | 2,836 | 22,561 | 5,826 | 13,110 | 3,625 | 232 |
| Minnetonka | 50,379 | 0 | | 8 | 14 | 952 | 148 | 769 | 35 | 14 |
| Minnetrista | 7,874 | 0 | | 0 | 4 | 85 | 19 | 64 | 2 | 0 |
| Montevideo | 5,401 | 0 | | 0 | 6 | 180 | 27 | 145 | 8 | 1 |
| Montgomery | 3,097 | 0 | | 0 | 4 | 135 | 25 | 107 | 3 | 1 |
| Moorhead | 34,309 | 0 | | 8 | 39 | 875 | 114 | 702 | 59 | 6 |
| Mora | 3,472 | 0 | | 1 | 8 | 222 | 33 | 178 | 11 | 2 |
| Morris | 5,125 | 2 | | 0 | 8 | 100 | 9 | 90 | 1 | 0 |
| Mound | 9,479 | 0 | | 0 | 5 | 219 | 40 | 174 | 5 | 0 |
| Mounds View | 12,187 | 0 | | 8 | 26 | 531 | 88 | 394 | 49 | 8 |
| New Brighton | 20,877 | 0 | | 12 | 18 | 552 | 91 | 412 | 49 | 3 |
| New Hope | 20,432 | 0 | | 20 | 29 | 848 | 110 | 687 | 51 | 4 |
| Newport | 3,678 | 0 | | 1 | 5 | 165 | 22 | 124 | 19 | 1 |
| New Prague | 6,482 | 0 | | 1 | 9 | 162 | 33 | 128 | 1 | 0 |
| New Ulm | 13,710 | 0 | | 0 | 4 | 329 | 60 | 261 | 8 | 1 |
| North Branch | 10,302 | 0 | | 2 | 10 | 380 | 36 | 332 | 12 | 0 |
| Northfield | 18,796 | 0 | | 2 | 10 | 632 | 133 | 482 | 17 | 1 |
| North Mankato | 12,159 | 0 | | 1 | 3 | 245 | 6 | 228 | 11 | 8 |
| North St. Paul | 11,431 | 0 | | 3 | 10 | 431 | 36 | 365 | 30 | 3 |
| Oakdale | 27,572 | 0 | | 16 | 37 | 1,148 | 114 | 953 | 81 | 13 |
| Oak Park Heights | 4,092 | 0 | | 2 | 4 | 294 | 20 | 258 | 16 | 0 |
| Olivia | 2,521 | 0 | | 1 | 2 | 70 | 16 | 50 | 4 | |

**Table 8**

# MINNESOTA[1]

## Offenses Known to Law Enforcement

by State by City, 2006

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson[2] |
|------|-----------|---------------|--------------------------------------|---------------|---------|--------------------|----------------|----------|---------------|---------------------|----------|
| Orono | 11,896 | | 0 | | 0 | 2 | 191 | 35 | 153 | 3 | 0 |
| Owatonna | 24,294 | | 0 | | 4 | 19 | 664 | 135 | 499 | 30 | 10 |
| Park Rapids | 3,468 | | 0 | | 1 | 9 | 323 | 49 | 234 | 40 | 3 |
| Paynesville | 2,258 | | 0 | | 0 | 4 | 97 | 26 | 70 | 1 | 1 |
| Plymouth | 70,167 | | 0 | | 19 | 26 | 1,396 | 265 | 1,071 | 60 | 18 |
| Princeton | 4,725 | | 0 | | 1 | 7 | 161 | 10 | 142 | 9 | 0 |
| Prior Lake | 22,316 | | 0 | | 4 | 23 | 469 | 104 | 341 | 24 | 5 |
| Proctor | 2,798 | | 0 | | 0 | 3 | 124 | 7 | 115 | 2 | 1 |
| Ramsey | 22,222 | | 0 | | 2 | 13 | 778 | 69 | 672 | 37 | 6 |
| Red Wing | 15,905 | | 0 | | 5 | 27 | 688 | 132 | 506 | 50 | 5 |
| Redwood Falls | 5,307 | | 0 | | 1 | 12 | 242 | 43 | 195 | 4 | 1 |
| Richfield | 33,721 | | 1 | | 61 | 61 | 1,210 | 234 | 886 | 90 | 10 |
| Robbinsdale | 13,420 | | 0 | | 17 | 18 | 516 | 88 | 377 | 51 | 1 |
| Rochester | 95,585 | | 2 | | 81 | 152 | 2,525 | 486 | 1,892 | 147 | 55 |
| Roseau | 2,833 | | 0 | | 0 | 1 | 69 | 10 | 59 | 0 | 1 |
| Rosemount | 19,440 | | 0 | | 1 | 7 | 447 | 79 | 351 | 17 | 5 |
| Roseville | 32,293 | | 0 | | 21 | 28 | 1,520 | 201 | 1,216 | 103 | 6 |
| Sartell | 12,753 | | 0 | | 0 | 4 | 188 | 29 | 156 | 3 | 0 |
| Sauk Centre | 3,941 | | 0 | | 0 | 5 | 235 | 32 | 202 | 1 | 0 |
| Sauk Rapids | 11,600 | | 0 | | 2 | 4 | 149 | 18 | 110 | 21 | 0 |
| Savage | 26,759 | | 0 | | 2 | 25 | 752 | 136 | 592 | 24 | 7 |
| Shakopee | 31,442 | | 0 | | 5 | 46 | 1,124 | 187 | 889 | 48 | 4 |
| Silver Lake | 789 | | 0 | | 0 | 1 | 11 | 5 | 6 | 0 | 0 |
| Slayton | 1,966 | | 0 | | 0 | 3 | 29 | 7 | 21 | 1 | 0 |
| South Lake Minnetonka | 12,152 | | 0 | | 0 | 5 | 268 | 44 | 213 | 11 | 3 |
| South St. Paul | 19,491 | | 1 | | 6 | 17 | 710 | 120 | 520 | 70 | 7 |
| Spring Grove | 1,290 | | 0 | | 0 | 0 | 20 | 1 | 17 | 2 | 0 |
| Spring Lake Park | 6,744 | | 0 | | 3 | 22 | 440 | 60 | 333 | 47 | 3 |
| St. Anthony | 7,611 | | 0 | | 6 | 2 | 319 | 46 | 254 | 19 | 4 |
| Staples | 3,142 | | 0 | | 0 | 3 | 92 | 12 | 76 | 4 | 0 |
| St. Charles | 3,550 | | 0 | | 0 | 2 | 36 | 4 | 28 | 4 | 0 |
| St. Cloud | 66,232 | | 0 | | 54 | 153 | 3,062 | 377 | 2,555 | 130 | 18 |
| Stewart | 551 | | 0 | | 0 | 0 | 2 | 1 | 1 | 0 | 0 |
| St. Francis | 7,148 | | 0 | | 0 | 6 | 170 | 21 | 139 | 10 | 0 |
| Stillwater | 17,494 | | 0 | | 3 | 6 | 455 | 62 | 376 | 17 | 8 |
| St. James | 4,467 | | 0 | | 1 | 4 | 147 | 13 | 132 | 2 | 2 |
| St. Louis Park | 43,585 | | 0 | | 31 | 44 | 1,337 | 192 | 1,057 | 88 | 4 |
| St. Paul | 276,989 | | 17 | | 849 | 1,403 | 12,103 | 3,349 | 6,616 | 2,138 | 182 |
| St. Paul Park | 5,228 | | 0 | | 0 | 4 | 235 | 54 | 158 | 23 | 0 |
| St. Peter | 10,599 | | 0 | | 1 | 12 | 336 | 59 | 268 | 9 | 3 |
| Thief River Falls | 8,433 | | 0 | | 0 | 9 | 236 | 21 | 201 | 14 | 0 |
| Two Harbors | 3,557 | | 0 | | 0 | 3 | 59 | 16 | 40 | 3 | 1 |
| Virginia | 8,724 | | 0 | | 7 | 40 | 494 | 100 | 370 | 24 | 3 |

**Table 8**

**MINNESOTA**[1]

**Offenses Known to Law Enforcement**

by State by City, 2006

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson[2] |
|------|-----------|---------------|--------------------------------------|---------------|---------|--------------------|----------------|----------|---------------|---------------------|----------|
| Wabasha | 2,570 | 0 | | 0 | 4 | 78 | 4 | 74 | 0 | 0 |
| Waite Park | 6,878 | 0 | | 3 | 5 | 574 | 32 | 530 | 12 | 3 |
| Warroad | 1,710 | 0 | | 0 | 0 | 73 | 5 | 65 | 3 | 1 |
| Waseca | 9,508 | 0 | | 3 | 18 | 274 | 29 | 233 | 12 | 3 |
| Wayzata | 3,967 | 0 | | 1 | 0 | 185 | 28 | 147 | 10 | 0 |
| Wells | 2,502 | 0 | | 0 | 0 | 18 | 4 | 13 | 1 | 1 |
| West Hennepin | 5,647 | 0 | | 0 | 2 | 107 | 36 | 67 | 4 | 0 |
| West St. Paul | 19,082 | 0 | | 23 | 28 | 1,095 | 112 | 925 | 58 | 2 |
| Wheaton | 1,498 | 0 | | 0 | 1 | 36 | 7 | 29 | 0 | 0 |
| White Bear Lake | 23,892 | 0 | | 8 | 39 | 802 | 178 | 561 | 63 | 6 |
| Willmar | 18,305 | 0 | | 8 | 35 | 737 | 111 | 597 | 29 | 9 |
| Windom | 4,446 | 0 | | 0 | 12 | 115 | 28 | 82 | 5 | 0 |
| Winnebago | 1,428 | 0 | | 0 | 2 | 35 | 11 | 21 | 3 | 0 |
| Winona | 26,765 | 1 | | 4 | 16 | 582 | 100 | 462 | 20 | 6 |
| Winsted | 2,383 | 0 | | 0 | 5 | 41 | 8 | 27 | 6 | 1 |
| Woodbury | 52,830 | 0 | | 10 | 10 | 1,142 | 158 | 937 | 47 | 2 |
| Worthington | 11,166 | 0 | | 9 | 23 | 258 | 91 | 155 | 12 | 0 |
| Wyoming | 3,846 | 0 | | 0 | 4 | 107 | 16 | 88 | 3 | 0 |
| Zumbrota | 2,986 | 0 | | 1 | 1 | 80 | 6 | 70 | 4 | 0 |

[1] The data collection methodology for the offense of forcible rape used by the Illinois (with the exception of Rockford, Illinois) and the Minnesota state UCR Programs does not comply with national UCR Program guidelines.  Consequently, their figures for forcible rape and violent crime (of which forcible rape is a part) are not published in this table.

[2] The FBI does not publish arson data unless it receives data from either the agency or the state for all 12 months of the calendar year.

E X H I B I T 27



Home (https://ucr.fbi.gov) • Crime in the U.S. (https://ucr.fbi.gov/crime-in-the-u-s) • 2014 (https://ucr.fbi.gov/crime-in-the-u-s/2014) • Crime in the U.S. 2014 (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014) • Tables (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables) • Table 8 (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8) • Table 8 by State (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/table-8-by-state) • Table 8 - Minnesota



(/about-us/cjis)
(https://forms.fbi.gov/ucr-feedback-2014) |    (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/resource-pages/contact-us) |
(/about-us/cjis/ucr/data-quality-guidelines-new) |
(/about-us/cjis/ucr)

**CIUS Home (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/cius-home)**

**Offenses Known to Law Enforcement (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/offenses-known-to-law-enforcement/main)**

**Violent Crime (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/offenses-known-to-law-enforcement/violent-crime/violent-crime)**

**Property Crime (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/offenses-known-to-law-enforcement/property-crime/property-crime)**

**Clearances (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/offenses-known-to-law-enforcement/clearances/main)**

**Persons Arrested (https://ucr.fbi.gov/crime-in-the-u.s/2014/persons-arrested/main)**  by City, 2014

**Table 8**

**MINNESOTA**
**Offenses Known to Law Enforcement**

**Police Employee Data (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/police-employee-data/main)**

Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/table-8-by-state/Table_8_Offenses_Known_to_Law_Enforcement_by_Minnesota_by_City_2014.xls/@@template-layout-view?override-view=data-declaration)

Download Excel (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/table-8-by-state/Table_8_Offenses_Known_to_Law_Enforcement_by_Minnesota_by_City_2014.xls/output.xls)

Table 8 State Listing (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/Table_8_Offenses_Known_to_Law_Enforcement_by_State_by_City_2014.xls/view)

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Albany | 2,622 | 4 | 0 | 1 | | 0 | 3 | 31 | 1 | 30 | 0 | 0 |
| Albert Lea | 17,833 | 29 | 0 | 0 | | 5 | 24 | 398 | 36 | 342 | 20 | 1 |
| Alexandria | 11,713 | 26 | 0 | 9 | | 6 | 11 | 439 | 46 | 359 | 34 | 0 |
| Annandale | 3,302 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Anoka | 17,295 | 52 | 0 | 16 | | 9 | 27 | 564 | 52 | 486 | 26 | 1 |
| Appleton | 1,360 | 1 | 0 | 0 | | 0 | 1 | 39 | 10 | 29 | 0 | 0 |
| Apple Valley | 50,472 | 42 | 0 | 9 | | 8 | 25 | 1,042 | 99 | 917 | 26 | 7 |
| Arden Hills | 9,764 | 11 | 1 | 2 | | 5 | 3 | 115 | 18 | 79 | 18 | 1 |
| Austin | 24,766 | 66 | 0 | 18 | | 6 | 42 | 585 | 101 | 452 | 32 | 1 |
| Avon | 1,424 | 1 | 0 | 1 | | 0 | 0 | 18 | 4 | 13 | 1 | 0 |
| Babbitt | 1,549 | 2 | 1 | 0 | | 0 | 1 | 22 | 3 | 17 | 2 | 0 |

| ity | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| axter | 7,815 | 6 | 0 | 2 | | 0 | 4 | 391 | 8 | 379 | 4 | 0 |
| ayport | 3,698 | 1 | 0 | 0 | | 0 | 1 | 25 | 3 | 21 | 1 | 0 |
| ecker | 4,668 | 6 | 0 | 0 | | 0 | 6 | 41 | 6 | 32 | 3 | 0 |
| elgrade | 757 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| elle Plaine | 6,880 | 5 | 0 | 1 | | 1 | 3 | 87 | 21 | 65 | 1 | 1 |
| emidji | 14,513 | 63 | 0 | 18 | | 4 | 41 | 1,174 | 91 | 1,051 | 32 | 3 |
| enson | 3,124 | 2 | 0 | 0 | | 0 | 2 | 27 | 3 | 24 | 0 | 0 |
| ig Lake | 10,348 | 13 | 0 | 0 | | 0 | 13 | 143 | 20 | 118 | 5 | 1 |
| lackduck | 794 | 0 | 0 | 0 | | 0 | 0 | 13 | 4 | 9 | 0 | 0 |
| laine | 61,187 | 44 | 0 | 11 | | 17 | 16 | 1,840 | 182 | 1,610 | 48 | 4 |
| looming Prairie | 1,962 | 0 | 0 | 0 | | 0 | 0 | 8 | 3 | 4 | 1 | 0 |
| loomington | 87,163 | 157 | 0 | 23 | | 75 | 59 | 3,202 | 203 | 2,892 | 107 | 6 |
| lue Earth | 3,251 | 1 | 0 | 0 | | 0 | 1 | 50 | 7 | 42 | 1 | 0 |
| rainerd | 13,462 | 90 | 0 | 31 | | 6 | 53 | 655 | 114 | 511 | 30 | 3 |
| reckenridge | 3,362 | 5 | 0 | 1 | | 1 | 3 | 56 | 7 | 42 | 7 | 0 |
| rooklyn Center | 30,858 | 100 | 0 | 10 | | 45 | 45 | 1,215 | 156 | 985 | 74 | 1 |
| rooklyn Park | 78,986 | 305 | 1 | 50 | | 107 | 147 | 2,373 | 444 | 1,803 | 126 | 8 |
| rownton | 739 | 0 | 0 | 0 | | 0 | 0 | 4 | 2 | 0 | 2 | 0 |
| uffalo | 15,909 | 11 | 0 | 3 | | 0 | 8 | 306 | 21 | 275 | 10 | 0 |
| urnsville | 61,693 | 71 | 0 | 7 | | 27 | 37 | 1,699 | 139 | 1,501 | 59 | 3 |
| aledonia | 2,794 | 3 | 0 | 1 | | 0 | 2 | 2 | 1 | 1 | 0 | 1 |
| ambridge | 8,244 | 9 | 0 | 0 | | 2 | 7 | 411 | 30 | 373 | 8 | 0 |
| anby | 1,734 | 1 | 0 | 0 | | 0 | 1 | 16 | 2 | 13 | 1 | 0 |
| annon Falls | 4,077 | 5 | 0 | 1 | | 0 | 4 | 122 | 19 | 98 | 5 | 0 |
| entennial Lakes | 10,867 | 10 | 0 | 2 | | 0 | 8 | 148 | 25 | 116 | 7 | 0 |
| hamplin | 23,965 | 20 | 0 | 5 | | 6 | 9 | 324 | 62 | 256 | 6 | 0 |
| haska | 24,603 | 12 | 0 | 3 | | 2 | 7 | 214 | 28 | 181 | 5 | 1 |
| hisholm | 5,035 | 1 | 0 | 0 | | 1 | 0 | 79 | 6 | 70 | 3 | 0 |
| loquet | 12,030 | 28 | 0 | 8 | | 2 | 18 | 491 | 45 | 428 | 18 | 1 |
| old pring/Richmond | 5,460 | 4 | 0 | 1 | | 0 | 3 | 59 | 9 | 50 | 0 | 0 |
| orcoran | 5,545 | 2 | 0 | 0 | | 0 | 2 | 63 | 8 | 50 | 5 | 0 |
| ottage Grove | 35,577 | 20 | 1 | 7 | | 5 | 7 | 674 | 55 | 589 | 30 | 1 |

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| rookston | 7,905 | 16 | 0 | 5 | | 0 | 11 | 68 | 15 | 44 | 9 | 1 |
| rosby | 2,362 | 6 | 0 | 1 | | 0 | 5 | 99 | 11 | 88 | 0 | 0 |
| rystal | 22,692 | 35 | 0 | 2 | | 14 | 19 | 587 | 89 | 467 | 31 | 5 |
| awson | 1,467 | 4 | 0 | 0 | | 1 | 3 | 6 | 1 | 5 | 0 | 0 |
| ayton | 4,934 | 3 | 0 | 1 | | 1 | 1 | 40 | 7 | 31 | 2 | 0 |
| eephaven | 3,772 | 0 | 0 | 0 | | 0 | 0 | 15 | 2 | 11 | 2 | 0 |
| etroit Lakes | 8,978 | 11 | 0 | 5 | | 0 | 6 | 333 | 18 | 300 | 15 | 0 |
| ilworth | 4,148 | 8 | 0 | 2 | | 1 | 5 | 148 | 9 | 133 | 6 | 0 |
| uluth | 86,106 | 309 | 3 | 42 | | 73 | 191 | 3,650 | 503 | 3,002 | 145 | 12 |
| agan | 65,754 | 24 | 0 | 1 | | 12 | 11 | 1,177 | 152 | 995 | 30 | 7 |
| agle Lake | 2,563 | 1 | 0 | 0 | | 0 | 1 | 14 | 2 | 12 | 0 | 0 |
| ast Grand Forks | 8,598 | 24 | 0 | 12 | | 0 | 12 | 200 | 39 | 150 | 11 | 1 |
| cho | 262 | 0 | 0 | 0 | | 0 | 0 | 2 | 0 | 2 | 0 | 0 |
| den Prairie | 63,036 | 22 | 0 | 11 | | 4 | 7 | 849 | 98 | 735 | 16 | 3 |
| dina | 49,727 | 27 | 0 | 11 | | 10 | 6 | 889 | 104 | 773 | 12 | 2 |
| lk River | 23,548 | 19 | 0 | 7 | | 3 | 9 | 475 | 57 | 404 | 14 | 1 |
| lmore | 641 | 0 | 0 | 0 | | 0 | 0 | 5 | 1 | 4 | 0 | 0 |
| ly | 3,454 | 0 | 0 | 0 | | 0 | 0 | 55 | 7 | 46 | 2 | 0 |
| veleth | 3,693 | 13 | 0 | 3 | | 1 | 9 | 145 | 43 | 89 | 13 | 0 |
| airmont | 10,380 | 24 | 0 | 8 | | 3 | 13 | 323 | 47 | 262 | 14 | 1 |
| alcon Heights | 5,546 | 5 | 0 | 0 | | 2 | 3 | 103 | 26 | 66 | 11 | 0 |
| aribault | 23,424 | 75 | 0 | 13 | | 12 | 50 | 614 | 90 | 478 | 46 | 8 |
| armington | 22,428 | 16 | 0 | 2 | | 0 | 14 | 197 | 37 | 148 | 12 | 7 |
| ergus Falls | 13,408 | 43 | 0 | 3 | | 6 | 34 | 475 | 73 | 397 | 5 | 2 |
| loodwood | 522 | 0 | 0 | 0 | | 0 | 0 | 24 | 2 | 20 | 2 | 0 |
| orest Lake | 19,316 | 33 | 0 | 8 | | 5 | 20 | 513 | 62 | 421 | 30 | 2 |
| ridley | 27,778 | 68 | 0 | 8 | | 23 | 37 | 1,289 | 143 | 1,102 | 44 | 4 |
| ilbert | 1,802 | 2 | 0 | 1 | | 0 | 1 | 69 | 16 | 47 | 6 | 0 |
| lencoe | 5,507 | 3 | 0 | 2 | | 0 | 1 | 71 | 6 | 63 | 2 | 0 |
| lenwood | 2,523 | 1 | 0 | 1 | | 0 | 0 | 11 | 4 | 7 | 0 | 0 |
| olden Valley | 20,959 | 9 | 0 | 0 | | 3 | 6 | 491 | 81 | 395 | 15 | 1 |
| oodview | 4,029 | 4 | 0 | 2 | | 0 | 2 | 55 | 10 | 41 | 4 | 0 |
| rand Rapids | 11,020 | 24 | 1 | 10 | | 1 | 12 | 387 | 19 | 359 | 9 | 0 |

**0214**

Table 8 – Minnesota

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)¹ | Rape (legacy definition)² | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Granite Falls | 2,784 | 2 | 0 | 0 | | 0 | 2 | 49 | 3 | 44 | 2 | 0 |
| Hallock | 965 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hastings | 22,484 | 40 | 1 | 12 | | 9 | 18 | 604 | 54 | 534 | 16 | 3 |
| Hermantown | 9,648 | 10 | 0 | 3 | | 4 | 3 | 270 | 28 | 231 | 11 | 0 |
| Hibbing | 16,289 | 48 | 0 | 7 | | 1 | 40 | 293 | 36 | 247 | 10 | 2 |
| Hokah | 564 | 0 | 0 | 0 | | 0 | 0 | 8 | 2 | 6 | 0 | 0 |
| Hopkins | 18,131 | 37 | 0 | 8 | | 12 | 17 | 466 | 92 | 346 | 28 | 2 |
| Houston | 969 | 2 | 0 | 0 | | 0 | 2 | 7 | 2 | 5 | 0 | 0 |
| Hoyt Lakes | 2,016 | 1 | 0 | 0 | | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Hutchinson | 13,803 | 14 | 0 | 5 | | 0 | 9 | 323 | 24 | 296 | 3 | 2 |
| International Falls | 6,336 | 12 | 0 | 4 | | 2 | 6 | 163 | 31 | 125 | 7 | 1 |
| Inver Grove Heights | 34,454 | 69 | 0 | 22 | | 12 | 35 | 679 | 108 | 508 | 63 | 2 |
| Isanti | 5,416 | 2 | 0 | 0 | | 0 | 2 | 75 | 10 | 64 | 1 | 0 |
| Janesville | 2,243 | 1 | 0 | 0 | | 0 | 1 | 27 | 3 | 22 | 2 | 0 |
| Jordan | 5,977 | 4 | 0 | 0 | | 1 | 3 | 75 | 11 | 59 | 5 | 0 |
| Kasson | 6,071 | 4 | 0 | 3 | | 0 | 1 | 67 | 10 | 51 | 6 | 1 |
| Kimball | 761 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| La Crescent | 4,799 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lake City | 4,961 | 5 | 0 | 2 | | 1 | 2 | 70 | 4 | 64 | 2 | 0 |
| Lake Crystal | 2,535 | 5 | 0 | 3 | | 1 | 1 | 25 | 6 | 19 | 0 | 1 |
| Lakefield | 1,681 | 0 | 0 | 0 | | 0 | 0 | 14 | 5 | 9 | 0 | 0 |
| Lakes Area | 9,341 | 17 | 0 | 7 | | 0 | 10 | 142 | 22 | 112 | 8 | 2 |
| Lakeville | 59,194 | 25 | 0 | 1 | | 9 | 15 | 679 | 87 | 566 | 26 | 2 |
| Lauderdale | 2,480 | 1 | 0 | 0 | | 0 | 1 | 48 | 6 | 35 | 7 | 0 |
| Lester Prairie | 1,681 | 2 | 0 | 1 | | 0 | 1 | 30 | 1 | 27 | 2 | 0 |
| Le Sueur | 4,037 | 3 | 0 | 0 | | 0 | 3 | 66 | 12 | 51 | 3 | 0 |
| Lewiston | 1,585 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Litchfield | 6,678 | 10 | 0 | 6 | | 0 | 4 | 135 | 31 | 100 | 4 | 0 |
| Little Canada | 10,207 | 23 | 0 | 5 | | 8 | 10 | 310 | 74 | 195 | 41 | 4 |
| Little Falls | 8,198 | 11 | 0 | 3 | | 0 | 8 | 148 | 6 | 132 | 10 | 0 |
| Long Prairie | 3,361 | 6 | 0 | 4 | | 0 | 2 | 66 | 6 | 59 | 1 | 0 |
| Madison Lake | 1,066 | 0 | 0 | 0 | | 0 | 0 | 8 | 0 | 8 | 0 | 0 |

Table 8 - Minnesota

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mankato | 40,959 | 107 | 1 | 20 | | 17 | 69 | 1,429 | 214 | 1,152 | 63 | 9 |
| Maple Grove | 66,354 | 23 | 2 | 3 | | 9 | 9 | 1,181 | 119 | 1,037 | 25 | 1 |
| Mapleton | 1,751 | 2 | 0 | 1 | | 0 | 1 | 18 | 1 | 16 | 1 | 0 |
| Maplewood | 40,295 | 61 | 3 | 4 | | 17 | 37 | 1,915 | 310 | 1,428 | 177 | 3 |
| Marshall | 13,433 | 34 | 0 | 11 | | 4 | 19 | 329 | 56 | 268 | 5 | 5 |
| Medina | 5,304 | 1 | 0 | 0 | | 0 | 1 | 103 | 9 | 92 | 2 | 2 |
| Melrose | 3,594 | 3 | 0 | 1 | | 0 | 2 | 36 | 6 | 29 | 1 | 0 |
| Mendota Heights | 11,196 | 7 | 0 | 3 | | 0 | 4 | 219 | 26 | 189 | 4 | 0 |
| Milaca | 2,892 | 2 | 0 | 1 | | 0 | 1 | 77 | 6 | 66 | 5 | 0 |
| Minneapolis | 404,461 | 4,093 | 31 | 389 | | 1,871 | 1,802 | 19,123 | 4,112 | 13,480 | 1,531 | 117 |
| Minnetonka | 51,769 | 24 | 0 | 3 | | 6 | 15 | 790 | 142 | 627 | 21 | 4 |
| Minnetrista | 9,235 | 2 | 0 | 1 | | 0 | 1 | 68 | 3 | 62 | 3 | 0 |
| Montevideo | 5,178 | 11 | 0 | 1 | | 1 | 9 | 156 | 21 | 125 | 10 | 0 |
| Montgomery | 2,942 | 3 | 0 | 0 | | 1 | 2 | 49 | 9 | 39 | 1 | 0 |
| Moose Lake | 2,795 | 17 | 0 | 3 | | 1 | 13 | 90 | 4 | 86 | 0 | 0 |
| Morris | 5,348 | 11 | 0 | 4 | | 2 | 5 | 105 | 15 | 84 | 6 | 0 |
| Mounds View | 12,645 | 23 | 0 | 5 | | 6 | 12 | 421 | 57 | 349 | 15 | 4 |
| Mountain Lake | 2,136 | 0 | 0 | 0 | | 0 | 0 | 15 | 1 | 13 | 1 | 0 |
| New Brighton | 22,276 | 10 | 1 | 2 | | 5 | 2 | 548 | 88 | 429 | 31 | 1 |
| New Hope | 20,895 | 15 | 1 | 2 | | 3 | 9 | 325 | 41 | 267 | 17 | 2 |
| Newport | 3,466 | 4 | 1 | 2 | | 0 | 1 | 75 | 9 | 61 | 5 | 0 |
| New Prague | 7,542 | 8 | 0 | 5 | | 0 | 3 | 85 | 10 | 74 | 1 | 0 |
| New Richland | 1,197 | 2 | 0 | 0 | | 0 | 2 | 1 | 1 | 0 | 0 | 0 |
| New Ulm | 13,136 | 9 | 0 | 5 | | 0 | 4 | 263 | 58 | 194 | 11 | 1 |
| North Branch | 10,076 | 8 | 0 | 1 | | 1 | 6 | 272 | 53 | 213 | 6 | 1 |
| Northfield | 20,714 | 15 | 0 | 1 | | 2 | 12 | 274 | 58 | 214 | 2 | 1 |
| North Mankato | 13,448 | 26 | 0 | 7 | | 3 | 16 | 255 | 44 | 196 | 15 | 0 |
| North Oaks | 4,757 | 1 | 0 | 0 | | 0 | 1 | 34 | 7 | 27 | 0 | 0 |
| North St. Paul | 11,948 | 10 | 0 | 0 | | 3 | 7 | 317 | 47 | 241 | 29 | 0 |
| Oakdale | 27,870 | 52 | 0 | 9 | | 11 | 32 | 1,210 | 120 | 1,011 | 79 | 3 |
| Oak Park Heights | 4,877 | 2 | 0 | 0 | | 1 | 1 | 265 | 10 | 250 | 5 | 0 |
| Olivia | 2,374 | 6 | 0 | 1 | | 0 | 5 | 56 | 7 | 46 | 3 | 0 |
| Orono | 21,288 | 5 | 0 | 2 | | 0 | 3 | 184 | 22 | 150 | 12 | 1 |

FBI — Table 8 — Minnesota

| ity | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| rtonville | 1,842 | 0 | 0 | 0 | | 0 | 0 | 13 | 0 | 12 | 1 | 0 |
| esakis | 1,716 | 2 | 0 | 0 | | 0 | 2 | 13 | 3 | 10 | 0 | 0 |
| sseo | 2,487 | 0 | 0 | 0 | | 0 | 0 | 10 | 0 | 7 | 3 | 0 |
| watonna | 25,544 | 36 | 0 | 3 | | 6 | 27 | 619 | 79 | 510 | 30 | 0 |
| ark Rapids | 3,912 | 11 | 1 | 1 | | 0 | 9 | 276 | 34 | 233 | 9 | 2 |
| aynesville | 2,421 | 2 | 0 | 1 | | 0 | 1 | 46 | 8 | 37 | 1 | 1 |
| lainview | 3,284 | 3 | 0 | 0 | | 0 | 3 | 5 | 1 | 3 | 1 | 0 |
| lymouth | 74,833 | 54 | 1 | 13 | | 12 | 28 | 1,059 | 177 | 846 | 36 | 6 |
| rinceton | 4,683 | 0 | 0 | 0 | | 0 | 0 | 155 | 12 | 136 | 7 | 0 |
| rior Lake | 24,779 | 23 | 0 | 10 | | 1 | 12 | 371 | 33 | 327 | 11 | 0 |
| roctor | 3,075 | 7 | 0 | 0 | | 3 | 4 | 116 | 10 | 102 | 4 | 0 |
| amsey | 25,250 | 15 | 0 | 9 | | 0 | 6 | 348 | 29 | 306 | 13 | 1 |
| ed Wing | 16,528 | 36 | 0 | 12 | | 2 | 22 | 509 | 82 | 401 | 26 | 1 |
| edwood Falls | 5,107 | 11 | 0 | 2 | | 0 | 9 | 148 | 22 | 122 | 4 | 0 |
| ichfield | 36,408 | 78 | 0 | 12 | | 34 | 32 | 877 | 174 | 664 | 39 | 4 |
| obbinsdale | 14,387 | 28 | 0 | 0 | | 15 | 13 | 377 | 83 | 274 | 20 | 0 |
| ochester | 111,712 | 205 | 2 | 46 | | 52 | 105 | 2,223 | 338 | 1,775 | 110 | 8 |
| ogers | 12,180 | 5 | 0 | 1 | | 0 | 4 | 285 | 13 | 261 | 11 | 0 |
| oseau | 2,629 | 0 | 0 | 1 | | 0 | 0 | 59 | 3 | 54 | 2 | 0 |
| osemount | 22,850 | 17 | 0 | 3 | | 1 | 13 | 199 | 31 | 166 | 2 | 1 |
| oseville | 35,332 | 45 | 0 | 10 | | 9 | 26 | 1,854 | 257 | 1,510 | 87 | 2 |
| artell | 16,358 | 5 | 0 | 2 | | 0 | 3 | 345 | 25 | 313 | 7 | 0 |
| auk Centre | 4,317 | 10 | 0 | 1 | | 2 | 7 | 114 | 13 | 96 | 5 | 3 |
| auk Rapids | 13,382 | 11 | 0 | 3 | | 3 | 5 | 250 | 40 | 197 | 13 | 2 |
| avage | 29,065 | 27 | 0 | 7 | | 8 | 12 | 597 | 76 | 500 | 21 | 6 |
| hakopee | 39,632 | 57 | 0 | 21 | | 9 | 27 | 768 | 116 | 618 | 34 | 0 |
| horeview | 26,209 | 16 | 0 | 5 | | 1 | 10 | 290 | 47 | 220 | 23 | 5 |
| ilver Bay | 1,848 | 2 | 0 | 1 | | 0 | 1 | 5 | 2 | 3 | 0 | 0 |
| ilver Lake | 813 | 2 | 0 | 1 | | 0 | 1 | 18 | 0 | 14 | 4 | 0 |
| layton | 2,090 | 3 | 0 | 0 | | 0 | 3 | 37 | 3 | 32 | 2 | 0 |
| leepy Eye | 3,481 | 5 | 0 | 0 | | 0 | 5 | 3 | 1 | 1 | 1 | 0 |
| outh Lake Minnetonka | 12,096 | 10 | 0 | 4 | | 0 | 5 | 121 | 25 | 88 | 8 | 1 |

| ity | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| outh St. Paul | 20,504 | 79 | 0 | 12 | | 14 | 53 | 483 | 103 | 335 | 45 | 27 |
| pringfield | 2,092 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| pring Grove | 1,302 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| pring Lake Park | 6,469 | 12 | 0 | 0 | | 2 | 10 | 266 | 42 | 204 | 20 | 0 |
| t. Anthony | 8,680 | 10 | 0 | 0 | | 7 | 3 | 247 | 49 | 189 | 9 | 0 |
| taples | 2,890 | 3 | 0 | 0 | | 0 | 3 | 70 | 9 | 59 | 2 | 0 |
| t. Charles | 3,685 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| t. Cloud | 66,366 | 261 | 0 | 47 | | 53 | 161 | 2,510 | 382 | 1,973 | 155 | 11 |
| t. Francis | 7,349 | 16 | 0 | 7 | | 4 | 5 | 130 | 9 | 117 | 4 | 1 |
| tillwater | 18,770 | 8 | 0 | 1 | | 2 | 5 | 269 | 27 | 228 | 14 | 0 |
| t. James | 4,540 | 8 | 0 | 5 | | 0 | 3 | 103 | 29 | 67 | 7 | 0 |
| t. Joseph | 6,678 | 0 | 0 | 0 | | 0 | 0 | 20 | 0 | 17 | 3 | 0 |
| t. Louis Park | 47,957 | 65 | 0 | 5 | | 23 | 37 | 1,304 | 156 | 1,092 | 56 | 3 |
| t. Paul | 297,984 | 1,974 | 11 | 181 | | 654 | 1,128 | 10,383 | 2,330 | 6,045 | 2,008 | 119 |
| t. Paul Park | 5,346 | 12 | 0 | 2 | | 3 | 7 | 117 | 16 | 90 | 11 | 0 |
| t. Peter | 11,502 | 10 | 1 | 3 | | 0 | 6 | 179 | 33 | 140 | 6 | 0 |
| hief River Falls | 8,740 | 22 | 0 | 14 | | 1 | 7 | 302 | 40 | 252 | 10 | 0 |
| racy | 2,116 | 0 | 0 | 0 | | 0 | 0 | 16 | 3 | 12 | 1 | 0 |
| wo Harbors | 3,648 | 8 | 0 | 3 | | 0 | 5 | 35 | 5 | 29 | 1 | 0 |
| adnais Heights | 13,182 | 15 | 0 | 4 | | 1 | 10 | 313 | 39 | 236 | 38 | 2 |
| irginia | 8,650 | 46 | 1 | 7 | | 7 | 31 | 523 | 100 | 385 | 38 | 2 |
| abasha | 2,489 | 3 | 0 | 0 | | 0 | 3 | 49 | 11 | 37 | 1 | 0 |
| adena | 4,145 | 8 | 0 | 2 | | 0 | 6 | 55 | 3 | 44 | 8 | 1 |
| aite Park | 6,668 | 19 | 0 | 5 | | 4 | 10 | 693 | 35 | 638 | 20 | 0 |
| arroad | 1,779 | 0 | 0 | 0 | | 0 | 0 | 43 | 3 | 37 | 3 | 0 |
| aseca | 9,329 | 11 | 0 | 2 | | 0 | 9 | 189 | 16 | 170 | 3 | 1 |
| ayzata | 4,363 | 2 | 0 | 2 | | 0 | 0 | 104 | 23 | 78 | 3 | 0 |
| ells | 2,256 | 0 | 0 | 0 | | 0 | 0 | 14 | 2 | 11 | 1 | 0 |
| est Hennepin | 5,497 | 6 | 0 | 1 | | 0 | 5 | 33 | 3 | 29 | 1 | 0 |
| est St. Paul | 19,808 | 70 | 2 | 8 | | 18 | 42 | 1,043 | 123 | 853 | 67 | 5 |
| heaton | 1,367 | 2 | 0 | 0 | | 0 | 2 | 30 | 5 | 21 | 4 | 2 |
| hite Bear Lake | 24,802 | 31 | 0 | 6 | | 6 | 19 | 656 | 130 | 483 | 43 | 6 |

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| White Bear Township | 11,498 | 5 | 0 | 1 | | 0 | 4 | 182 | 27 | 144 | 11 | 1 |
| Willmar | 19,696 | 54 | 0 | 17 | | 6 | 31 | 552 | 52 | 475 | 25 | 3 |
| Windom | 4,562 | 13 | 0 | 6 | | 0 | 7 | 55 | 11 | 41 | 3 | 1 |
| Winnebago | 1,386 | 6 | 0 | 4 | | 0 | 2 | 13 | 1 | 12 | 0 | 0 |
| Winona | 27,546 | 25 | 0 | 4 | | 1 | 20 | 72 | 12 | 58 | 2 | 0 |
| Winsted | 2,294 | 1 | 0 | 0 | | 0 | 1 | 30 | 4 | 25 | 1 | 0 |
| Woodbury | 66,539 | 36 | 0 | 9 | | 7 | 20 | 1,177 | 147 | 990 | 40 | 2 |
| Worthington | 12,984 | 19 | 1 | 3 | | 7 | 8 | 201 | 36 | 155 | 10 | 1 |
| Wyoming | 7,737 | 14 | 0 | 2 | | 0 | 12 | 92 | 6 | 81 | 5 | 0 |
| Zumbrota | 3,360 | 0 | 0 | 0 | | 0 | 0 | 48 | 16 | 26 | 6 | 0 |

- [1] The figures shown in this column for the offense of rape were reported using the revised Uniform Crime Reporting (UCR) definition of rape. See Data Declaration for further explanation.
- [2] The figures shown in this column for the offense of rape were reported using the legacy UCR definition of rape. See Data Declaration for further explanation.

**Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/table-8-by-state/Table_8_Offenses_Known_to_Law_Enforcement_by_Minnesota_by_City_2014.xls/@@template-layout-view?override-view=data-declaration)**

Provides the methodology used in constructing this table and other pertinent information about this table.

# EXHIBIT 28



Case 3:19-cv-01537-BEN-JLB   Document 76-1   Filed 01/20/21   PageID.9272   Page 296 of 326



# Crime Prevention Research Center

- Research
- Data
- About/Board Of Academic Advisors
- Op-Eds
- Contact/Press
- Donate

Search



Featured

## Spike In Premeditated Killing Of Police Officers, Changes In Who Is Killing Police

8 Mar , 2018

Case 3:19-cv-01537-BEN-JLB   Document 76-1   Filed 01/20/21   PageID.9273   Page 297 of 326

Over the last couple of decades, it is hard to see any particular pattern in the number of police officers who have been murdered in the line of duty, but the pattern for ambush killings, attacks that involved premeditation is a different story. During the years from 20 years from 1996 to 2015, on average 8 percent of police officers who were murdered died in premeditated attacks. In 2016, that percent went to 26%. There is an increase in the percent murdered in ambushes over the last couple years. The spike in the number of premeditated murders was even more dramatic. The previous high number of ambush murders was 9 in 2007 and the average from 1996 to 2015 was only 3.95. By contrast, in 2016, it rose to 17.

Something clearly unusual occurred in 2016. Whether it occurred because of the Obama administration's claims of systematic racial discrimination by police or some other cause isn't clear.



What is clear is that there was a very statistically significant increase in ambush killings of police officers in 2016, both in numbers and as a percentage of all police killings. One concern is that this increase might have occurred because of increased racial tensions. Evidence of this can be seen in the statistically significant high level of blacks killing officers through ambushes in 2016. That year, 53% of those killing officers were blacks — that is much higher than other years at better than the 0.2% level for a two-tailed t-test.

Case 3:19-cv-01537-BEN-JLB Document 76-1 Filed 01/20/21 PageID.9274 Page 299 of 326



**Percent of those who killed Police in Ambush attacks who were black**

. ttest PCPoliceKilledinAmbushes =.26 if PCPoliceKilledinAmbushes<.25

One-sample t test

| Variable | Obs | Mean | Std. Err. | Std. Dev. | [95% Conf. Interval] |
|---|---|---|---|---|---|
| PCPoli~s | 20 | .0765 | .0105948 | .0473814 | .0543248 .0986752 |

mean = mean(**PCPoliceKilledinAmbushes**)                    t = −17.3198
Ho: mean = .26                          degrees of freedom =        19

  Ha: mean < .26              Ha: mean != .26              Ha: mean > .26
 Pr(T < t) = 0.0000       Pr(|T| > |t|) = 0.0000      Pr(T > t) = 1.0000

. ttest PCPoliceKillersWhoRBlack=.53 if PCPoliceKillersWhoRBlack~=.53

One-sample t test

| Variable | Obs | Mean | Std. Err. | Std. Dev. | [95% Conf. Interval] |
|---|---|---|---|---|---|
| PCPoli~k | 11 | .2770442 | .0589345 | .1954636 | .1457299 .4083584 |

mean = mean(**PCPoliceKillersWhoRBlack**)                    t = −4.2922
Ho: mean = .53                          degrees of freedom =        10

  Ha: mean < .53              Ha: mean != .53              Ha: mean > .53
 Pr(T < t) = 0.0008       Pr(|T| > |t|) = 0.0016      Pr(T > t) = 0.9992

. ttest NumberAmbushKillingofPolice =17 if NumberAmbushKillingofPolice<16

One-sample t test

| Variable | Obs | Mean | Std. Err. | Std. Dev. | [95% Conf. Interval] |
|---|---|---|---|---|---|
| Number~e | 20 | 3.95 | .5154201 | 2.305029 | 2.871213 5.028787 |

mean = mean(**NumberAmbushKillingofPolice**)                    t = −25.3192
Ho: mean = 17                          degrees of freedom =        19

  Ha: mean < 17              Ha: mean != 17              Ha: mean > 17
 Pr(T < t) = 0.0000       Pr(|T| > |t|) = 0.0000      Pr(T > t) = 1.0000

**Data sources:** The data for the police death and the ambush police shooting have been gathered from FBI's annual Law Enforcement Officers Killed and Assaulted (LEOKA) reports. In each annual report, it provides the yearly Law Enforcement Officers Feloniously Killed data, which covers duly sworn city, university and college, county, state, tribal, and federal law enforcement officers who died as a result of felonious incidents in the line of duty during the year. The Law Enforcement Officers Feloniously Killed data by type of weapon for each state and agency collects the data for the police death at the state level. Meanwhile, LEOKA also reported the police death data by Circumstance at Scene of Incident, including the ambush situations. There are more details provided for the state level ambush police shooting data in the summaries of officers feloniously killed by state.

Links for 2016 LEOKA:

**0224**

11/5/2020 Spike in premeditated killing of police officers? Sub changes in how is killing police / Crime Prevention Research Center / Prevention Res…

Case 3:19-cv-01537-BEN-JLB Document 76-1 Filed 01/20/21 PageID.9276 Page 300 of 326

Law Enforcement Officers Feloniously Killed

State and Agency by Type of Weapon, 2016

https://ucr.fbi.gov/leoka/2016/officers-feloniously-killed/tables/table-29.xls

Law Enforcement Officers Feloniously Killed

Circumstance at Scene of Incident, 2007–2016

https://ucr.fbi.gov/leoka/2016/tables/table-23.xls

Summaries of Officers Feloniously Killed

https://ucr.fbi.gov/leoka/2016/officers-feloniously-killed/leoka-felonious-summaries-2016

Additional information here.



CPRC original research, Police, Police killed by guns

  Share on Facebook
0
0



**By johnrlott**

Related posts

 More problems with the latest FBI Reports: 15% of Active Shooter Attacks During 2014-19 were Stopped Or Mitigated By Concealed Handgun Permit Holders, But Misses More than Half The Cases

 Policing matters: NYC shootings up 127% in September, murders up 76%

**0225**

1  John W. Dillon (SBN 296788)
2      jdillon@dillonlawgp.com
   **DILLON LAW GROUP APC**
3  2647 Gateway Road
4  Carlsbad, California 92009
   Phone: (760) 642-7150
5  Fax: (760) 642-7151
6
7  George M. Lee (SBN 172982)
       gml@seilerepstein.com
8  **SEILER EPSTEIN LLP**
9  275 Battery Street, Suite 1600
   San Francisco, California 94111
10 Phone: (415) 979-0500
11 Fax: (415) 979-0511
12 *Attorneys for Plaintiffs*

13

14                    **UNITED STATES DISTRICT COURT**

15              **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| 17  JAMES MILLER, an individual, et al., | Case No. 3:19-cv-01537-BEN-JLB |
| 18                   Plaintiffs, | **DECLARATION OF NATHAN LEWIS** |
| 19        vs. | **SIEGEL IN SUPPORT OF PLAINTIFFS'** |
| 20 | **SUPPLEMENTAL BRIEF FOR** |
| 21  XAVIER BECERRA, in his official | **PLAINTIFFS' MOTION FOR** |
|     capacity as Attorney General of | **PRELIMINARY INJUNCTION** |
| 22  California, et al., | |
| 23                   Defendants. | |
| 24 | |

25

26

27

28

Miller v. Becerra

**Plaintiffs' Exhibit**

**006**

exhibitsticker.com

STATE OF CONNECTICUT          )
                              ) SS.   SOUTHPORT
COUNTY OF FAIRFIELD           )

## DECLARATION OF NATHAN LEWIS SIEGEL

I, Nathan Lewis Siegel, being duly sworn on oath, declare and state as follows:

1.     I am employed by Sturm, Ruger & Company, Inc. ("Ruger" or "the Company") as its Associate General Counsel for ATF Compliance.

2.     I have personal knowledge of the general manner in which Ruger manufactures and sells its products and the records it maintains relating to those sales.

3.     Ruger maintains records reflecting firearms it has manufactured, sold, and/or distributed.

4.     Ruger's records reveal that the Company has manufactured and domestically distributed semiautomatic pistol models that accept detachable magazines and have at least one feature listed under Cal. Penal Code 30515(a)(4) since at least 2011.

5.     On October 26, 2020, I researched Ruger's records regarding the domestic manufacture, sale, and distribution of semiautomatic pistol models that accept detachable magazines and have at least one feature generally banned pursuant to Cal. Penal Code 30515(a)(4).

6.     Ruger's records reflect that, between January 1, 2017 and October 26, 2020, the Company domestically distributed at least 283,579 semiautomatic pistols that accept a detachable magazine and have at least one feature generally banned pursuant to Cal. Penal Code 30515(a)(4).

**[SIGNATURE PAGE TO FOLLOW]**

I SWEAR OR AFFIRM, UNDER PENALTY OF PERJURY, THAT THE ABOVE AND
FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY
INFORMATION, KNOWLEDGE, AND BELIEF.  THIS DECLARATION IS EXECUTED AT
1 LACEY PLACE, SOUTHPORT, CT 06890 ON NOVEMBER 3, 2020.


Nathan Lewis Siegel

John W. Dillon (SBN 296788)
    jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

George M. Lee (SBN 172982)
    gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al., | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **DECLARATION OF KENNETH BROWN IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| XAVIER BECERRA, in his official capacity as Attorney General of California, et al., | |
| Defendants. | |

Miller v. Becerra

**Plaintiffs' Exhibit**

**007**

exhibitsticker.com

# DECLARATION OF KENNETH BROWN

I, Kenneth Brown, declare as follows:

1.    I am not a party in the above-titled action. I am over the age of 18, have personal knowledge of the facts referred to in this declaration, and am competent to testify to the matters stated below. This declaration is executed in support of Plaintiffs' motion for preliminary injunction and supplemental brief.

2.    I am the Owner/President of Owen J. Brown & Associates. Owen J. Brown & Associates is a manufacturer's representative for the shooting, hunting, and outdoor trade. We provide sales and marketing services for independent dealers, chain stores, buying groups and distributors in the firearms industry since 1971.

3.    Owen J. Brown & Associates is the exclusive representative for Benelli USA in the Western region of the United States. The Western region covers 13 states or approximately 26% of American states.

4.    I recently reviewed out data as it pertains to the Benelli M1014 shotgun. This shotgun is a semiautomatic 12-gauge shotgun with a pistol grip and a slightly adjustable stock.

5.    It is my understanding that his shotgun falls under the definition of an "assault weapon" pursuant to California law.

6.    I have personally reviewed Owen J. Brown's Full Year History for our Chain retailers from 2017 to 2020 for the Benelli M1014 COMM 12/18.5 SKEL STK, product number 11701.

7.    These numbers detail the how many Benelli shotguns were sent to chain retailers in our region for consumer sales.

8.    From 2017 to 2020, there were 253 Benelli 11701 shotguns (with pistols grips and slightly adjustable stocks) delivered to the chain stores in our region.

9.   I have also reviewed Owen J. Brown's Full Year History for our independent retailers from 2017 to 2020 for the Benelli M1014 COMM 12/18.5 SKEL STK), product number 11701.

10.   These numbers detail how many Benelli 11701 shotguns were sent to independent retailers in our region for consumer sales.

11.   From 2017 to 2020, there were 389 Benelli 11701 shotguns sent to independent retailers in our region for consumer sales.

12.   Thus, from 2017 to 2020, we distributed a total of 642 Benelli 11701 in the Western region.

13.   Relatedly, from 2017 to 2020, we also distributed a total of 838 11701CA M1014 COMM 12/18.5 SKEL STK-CA Benelli M4 shotguns. These are identical to the standard 11701 Benelli M4 shotgun except that the stock has been fixed in place to comply with California law.

14.   Benelli offers a number of variations of what is commonly referred to as the Benelli M4 semiautomatic shotgun. Some of these have pistol grips. Some have pistol grips and a fixed stock. Others have neither a pistol grip nor adjustable stock. However, these are just slight variations of the exact same gun.

15.   Taking this into consideration, I also reviewed the amount of other Benelli M4 variations that have been delivered to our chain and independent retailers.

16.   According to Owen J. Brown's Full Year History for our Independent retailers on all Benelli M1014/M4 models offered for sale, from 2016 to 2020 there were 5,993 Benelli semiautomatic M1014/M4 variations delivered to our independent retailers in our region.

17.   According to Owen J. Brown's Full Year History for our Chain retailers on all Benelli M1014/M4 models offered for sale, from 2016 to 2020 there were 2,500 Benelli semiautomatic M1014/M4 variations delivered to our chain retailers in our region.

18.     These are just the numbers of shotguns that have been *produced and distributed* in the western region covering 13 states. These numbers also do not take into account the thousands of current outstanding orders for these shotguns.

19.     I have reviewed all independent and chain store accounts in the western region for Owen J. Brown. Currently there are another 5,628 M4/M1014 variants on order.

20.     With regard to the Benelli 11701 shotguns, the original model with a pistol grip and a slightly adjustable stock was originally designed to meet a military contract in approximately 1998/1999. Benelli made modifications to this shotgun and then released it to the civilian market shortly after.

21.     In 2003, Benelli received a letter from the California Department of Justice Attorney General stating that the shotgun was considered an assault weapon due to the fact that the stock could be moved slightly. The letter "strongly encourages" Benelli USA to cease importation of the Benelli M1014 into California. Benelli complied with this request.

22.     Attached hereto as **Exhibit A** is a true and correct copy of a June 23, 2003 letter from California Deputy Attorney General Tim Rieger to Jeffrey K Reh, General Counsel for Benelli USA Corporation.

23.     It is my understanding that Benelli USA offers this California Complaint version of this model shotgun to solely to comply with California law. If there was no law prohibiting the collapsible/adjustable stock, the Benelli M1014 would be sold with a pistol grip and slightly adjustable stock in California.

24.     It is also my understanding based on my knowledge and experience in the firearms industry that there are many other semiautomatic shotguns readily available for sale across the United States that would fit the definition of "assault weapon" in California.

1    I declare under penalty of perjury that the foregoing is true and correct.

2

3    Executed within the United States on November 5, 2020.

4

5                                                        By: Kenneth Brown

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **EXHIBIT LIST**

| Exhibit | Description | Page |
|---------|-------------|------|
| A | California DOJ letter to Benelli dated June 23, 2003 | 0001-0002 |

# EXHIBIT "A"

Miller v. Becerra

**Plaintiffs' Exhibit**

**007-1**

exhibitsticker.com

**BILL LOCKYER**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

P.O. BOX 160487
SACRAMENTO, CA 95816-0487

Facsimile: (916) 263-0676
(916) 263-0802

June 23, 2003

Jeffrey K. Reh
General Counsel
Benelli USA Corporation
17603 Indian Head Highway
Accokeek, MD 20607-2501

RE: Benelli M1014

Dear Mr. Reh:

Thank you for providing the Department of Justice Firearms Division with a sample of the Benelli M1014 shotgun for review. It became the Department's duty to inspect this firearm after we received reports that Benelli M1014s with telescoping stocks and pistol grips (assault weapon characteristics) were being distributed for sale in California, so we appreciate your assistance. The focus of our review was to determine if this style of stock was a clear violation of California's Assault Weapon Law.

Upon completion of our review, the Department has concluded that there is some telescoping movement in the firearm's stock. It is the Department's opinion that one of California's 58 District Attorneys could interpret this telescoping movement, as limited as it may be, to be an assault weapon characteristic as defined by California Penal Code (PC) Section 12276.1. This telescoping movement, when combined with the M1014's pistol grip, could place this firearm in violation of PC 12276.1. It is with this belief that the Department strongly encourages you to cease importation of the Benelli M1014 into California.

Sincerely,

TIM RIEGER
Deputy Attorney General

For    BILL LOCKYER
Attorney General

George M. Lee (SBN 172982)
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511
Email: gml@seilerepstein.com

John W. Dillon (SBN 296788)
**GATZKE DILLON & BALLANCE LLP**
2762 Gateway Road
Carlsbad, California 92009
Phone: (760) 431-9501
Fax: (760) 541-9512
Email: jdillon@gdandb.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al., | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | Hon. Roger T. Benitez<br>Magistrate Hon. Jill L. Burkhardt |
| vs. | **DECLARATION OF ADAM KRAUT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| XAVIER BECERRA, in his official capacity as Attorney General of California, et al., | |
| Defendants. | Complaint filed: August 15, 2019<br>Amended Complaint filed:<br>September 27, 2019 |

Miller v. Becerra

**Plaintiffs' Exhibit**

**011**

exhibitsticker.com

Hearing Date: January 16, 2020
Time: 10:00 a.m.
Courtroom: 5A, 5th Floor

---

*DECLARATION OF ADAM KRAUT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION*
*(CASE NO.: 3:19-CV-01537-BEN-JLB)*

**DECLARATION OF ADAM KRAUT**

I, Adam Kraut, declare as follows:

1.    I am not a party in the above-titled action. I am over the age of 18, have personal knowledge of the facts and events referred to in this declaration, and am competent to testify to the matters stated below. This declaration is executed in support of Plaintiffs' motion for a preliminary injunction.

2.    I am the Director of Legal Strategy for Firearms Policy Coalition. I am licensed to practice law in the State of Pennsylvania. I am also admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the Third, Sixth and D.C. Circuit, the United States District Court for the Eastern, Middle, and Western Districts of Pennsylvania, and the United States District Court for the District of Columbia. Prior to practicing as an attorney, I managed a federal firearms licensee for approximately 3 years.

3.    I have been shooting firearms since I was twelve (12) years-old. I've taken several firearms training courses, which have included basic and intermediate levels of instruction. I consider myself to be knowledgeable and proficient in the operation and use of handguns, rifles, and shotguns.

4.    On Friday, October 18, 2019, I went to a shooting range in Gap, Pennsylvania, to film the video which is presented in support of Plaintiff's motion for preliminary injunction. The video depicts the same firearm in two different configurations along with four different magazines that were used.  The video that we shot has been uploaded to and can be accessed at: http://bit.ly/miller-kraut-video ("Video").

5.    In the video, the first configuration I use is that of a California "featureless" rifle, *i.e.*, lacking the features set forth in Cal. Penal Code section 30515(a); 11 Cal. Code of Regs. § 5471(o). (See Video at 0:29-0:35). In lieu of a flash hider, the firearm

- 1 -

has a Thordsen Customs barrel cap. In place of the pistol grip and collapsible stock, the firearm is equipped with the Thordsen Customs FRS-15 Gen III Enhanced stock kit. The firearm equipped with these devices allows it to be possessed lawfully in California while retaining the ability to use a detachable magazine.

6. The second configuration shown in the Video is that of a standard AR-15 sold in the majority of states which do not have any form of an assault weapons ban (Video at 0:36-0:43). In lieu of the barrel cap, the barrel is equipped with an A2 flash hider. In place of the FRS-15 stock kit, the firearm utilizes a B5 Systems pistol grip and B5 Systems Bravo collapsible stock.

7. Regardless of whether the firearm was in the California featureless configuration or that of a standard AR-15, the magazine is removed and inserted from the firearm in the same manner. In order to remove the magazine from the rifle, an individual must push the magazine release button located on the right side of the firearm, which allows the magazine to drop free. A new magazine is inserted into the rifle, followed by the bolt release being actuated, which chambers another round, rendering the firearm ready to continue shooting.

8. To demonstrate the difference in ability to reload a California featureless rifle and a standard AR-15, along with the ability to shoot either configuration quickly and accurately, a steel target was placed 25 yards downrange from the shooting position. This distance was confirmed with a laser range finder.

9. The steel target measures approximately 8 inches wide and 16 inches tall. The Video depicts me standing next to the target (Video at 0:00-0:22) and holding the target in front of me in order to show the scale of the target next to a person (Video at 0:23-0:28). The camera was placed at the shooting position to capture me holding the steel target in order to give perspective from what a shooter would see at 25 yards.

- 2 -

10.   The first course of fire is ten (10) rounds fired from the rifle in the California featureless configuration (Video at 0:44-0:48). Out of ten (10) rounds, nine (9) made contact with the target.

11.   The second course of fire is ten (10) rounds fired from the rifle in the standard configuration (Video at 0:49-0:53). Out of ten (10) rounds, eight (8) made contact with the target.

12.   The third course of firearm depicts three (3) rounds being fired from the rifle in the California featureless configuration, the magazine being released, a new magazine being inserted, the bolt release being actuated, and another three rounds being fired at the target (Video at 0:54-1:01).

13.   The fourth course of firearm depicts three (3) rounds being fired from the rifle in the standard configuration, the magazine being released, a new magazine being inserted, the bolt release being actuated, and another three rounds being fired at the target (Video at 1:02-1:07).

14.   Employing no specialized techniques for these shooting demonstrations, this Video demonstration shows that there is no significant or discernable difference between the ability to accurately shoot at a rapid rate and reload the firearm in either configuration.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on December 4, 2019.

Adam Kraut

- 3 -

George M. Lee (SBN 172982)
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511
Email: gml@seilerepstein.com

John W. Dillon (SBN 296788)
**GATZKE DILLON & BALLANCE LLP**
2762 Gateway Road
Carlsbad, California 92009
Phone: (760) 431-9501
Fax: (760) 541-9512
Email: jdillon@gdandb.com

*Attorneys for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

JAMES MILLER, et al.,

           Plaintiffs,

   vs.

XAVIER BECERRA, in his official
capacity as Attorney General of
California, et al.,

           Defendants.

Case No. 3:19-cv-01537-BEN-JLB

Hon.  Roger T. Benitez
Magistrate Hon. Jill L. Burkhardt

**DECLARATION OF PLAINTIFF
WENDY HAUFFEN IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION**

Complaint filed: August 15, 2019
Amended Complaint filed:
September 27, 2019

Date: Thursday, January 16, 2020
Time: 10:00 a.m.
Department: Courtroom 5A (5th floor)

Miller v. Becerra

**Plaintiffs' Exhibit**

**014**

exhibitsticker.com

---

*DECLARATION OF PLAINTIFF WENDY HAUFFEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION*
(CASE NO. 3:19-CV-01537-BEN-JLB)

## DECLARATION OF WENDY HAUFFEN

I, Wendy Hauffen, declare as follows:

1. I am an adult resident of the County of San Diego, California, and am a named plaintiff in the above matter. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

2. This declaration is executed in support of plaintiffs' motion for a preliminary injunction.

3. I am not prohibited from owning firearms under federal or state law. In fact, I currently hold a license to carry a concealed weapon (CCW), issued by my local county sheriff, that requires a background check, good cause, and good moral character in order to obtain. Under state law, this CCW must be renewed every two years.

4. I am the lawful owner of a semi-automatic, centerfire rifle that is specifically described as an AR-15 pattern rifle. However, this firearm does not have any of the features listed in Penal Code § 30515(a)(1), (e.g., a pistol grip (§ 30515(a)(1)(A)), a thumbhole stock (§ 30515(a)(1)(B)), a telescoping stock (§ 30515(a)(1)(C)), a grenade launcher/flare launcher (§ 30515(a)(1)(D)), a flash suppressor (§ 30515(a)(1)(E)), or a forward pistol grip (§ 30515(a)(1)(F))). Thus, because my rifle does not have any of the statutorily-described features, this rifle is not considered to be an "assault weapon" under section 30515(a)(1).

5. I rendered this firearm in this "featureless" configuration (see, e.g., 11 CCR § 5471(o)) in order to lawfully avoid having to register the firearm as an "assault weapon" pursuant to Pen. Code § 30900(b). I would not have otherwise purchased these "featureless" parts for my firearm and installed them on to my firearm if I was not required to do so, because I prefer my firearm to have a number of the listed features in penal code section 30515(a). However, to have these features, I would have had to

- 1 -

register my firearm as an "assault weapon." Registering would effectively prohibited me from transferring or passing along the firearm to my heirs or selling it to anyone else. Eventually, I do plan on either passing down my firearms to my heirs or selling my firearms if the need should ever arise.

6. I wish to continue to lawfully possess this firearm, and to reattach some or all of the § 30515(a)(1) features listed above, but fear that I would be subject to arrest and/or prosecution under Pen. Code §§ 30600 (for manufacturing, transporting, or transferring an "assault weapon"), or 30605 (for possessing an "assault weapon").

7. By reattaching some or all of the features described by 30515(a)(1) to my firearm, or acquiring additional firearms that bear some or all of these features, I would possess and therefore desire to possess ordinary and standardized semiautomatic, centerfire firearms with listed features, like the AR-15, that are commonly and lawfully held, and used lawful purposes, in many other parts of the country.

8. As a female firearms trainer who specializes in training other women in the proficiency of arms and self-defense, I find the many semiautomatic, centerfire firearms with listed features, like the AR-15 rifle, to be well-suited to women shooters, because of its relatively light weight and because it can easily be customized to accommodate smaller shooters. In particular, the collapsible/telescoping stock which is common on most AR-15 pattern rifles (and specifically prohibited by Pen. Code § 30515(a)(C)) makes it an ideal rifle with which to instruct and train women, and for women to own and use for self-defense and other purposes. Additionally, I prefer to have other ergonomic features on my firearm like a pistol grip or forward vertical grip to assist in controlling the firearm and ensuring accuracy while shooting. Also, the ability to use standardized 30-round magazines and low recoil ammunition are some other reasons why I, as well as many of my students, prefer semiautomatic, centerfire firearms with

- 2 -

listed features, like the AR-15 rifle. In the firearms and training communities, this is a widely-held and accepted understanding. As an example, attached hereto as **Exhibit 1** is a recent article entitled, "Female Gun Owners: We Prefer the AR-15" published at the Washington Free Beacon on November 10, 2019. As female a firearms instructor, I agree with the sentiments expressed in this article.

9. For these reasons, it is therefore and further my desire to obtain and acquire additional semiautomatic, centerfire firearms, like AR-15 pattern firearms, that either have some or all of the features listed in Pen. Code § 30515(a)(1). Such firearms would also include AR-15 pistols, which contain many of the same features listed above, and additional features described by § 30515(a)(4)(A)-(D).

10. I also own a standard Sig Sauer P239 9mm semiautomatic pistol. I use this firearm when I teach firearms classes and shoot recreationally at the range. I also carry this pistol in public as it is one of the listed firearms on my concealed weapons permit. I wish to be able to replace the standard barrel in my pistol with a threaded barrel that would allow me to attach either a flash suppressor or a muzzle brake to my firearm. The muzzle brake would assist my accuracy and control while shooting in my firearm's classes and recreational shooting. I would use a flash suppressor when carrying my pistol at night to help ensure that I would not be blinded by the muzzle flash of the gun if I were to ever have to use it in self-defense. However, regardless of what attachments I attach to the barrel, merely installing a threaded barrel would make my pistol an assault weapon and subject me to severe criminal penalties.

11. Due to California's assault weapons ban, I am prohibited from acquiring and using common, everyday semiautomatic firearms with listed features. This prohibition prevents me from exercising my Second Amendment right to acquire, own, and possess, common firearms for various lawful purposes like self defense. But for California's

- 3 -

assault weapons ban, I would re-configure my currently possessed firearms and would also acquire additional firearms that would otherwise be classified as "assault weapons."

12. Accordingly, and for these reasons, I respectfully ask that the Court grant preliminary injunctive relief, enjoining enforcement or application of Penal Code sections 30515(a) and (b), 30600, 30605, 30800, 30910, 30915, 30945, 30950, 31000, and 31005, as well as Title 11, California Code of Regulations §§ 5460 and 5471, to the extent that the definition of "assault weapon" is based upon the characteristics of Pen. Code § 30515(a)(1) and (2), against Plaintiffs on an as-applied basis, and against all similarly situated persons.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 6, 2019.

_____
Wendy Hauffen

- 4 -

**EXHIBITS**
**TABLE OF CONTENTS**

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 1 | "Female Gun Owners: We Prefer the AR-15," Washington Free Beacon, November 2019 | 0001-0005 |

*DECLARATION OF PLAINTIFF WENDY HAUFFEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION*
(CASE NO. 3:19-CV-01537-BEN-JLB)

# EXHIBIT "1"



Exhibit 1
0001

**SUBSCRIBE TO OUR MORNING BEACON NEWSLETTER**

**SUBSCRIBE TO OUR BEACON EXTRA NEWSLETTER**

# Female Gun Owners: We Prefer the AR-15



Courtney Manwaring looks over an AR-15 / Getty Images

Stephen Gutowski - NOVEMBER 10, 2019 5:00 AM

In the aftermath of a recent Florida self-defense shooting, female gun owners argued that the AR-15 provides specific advantages to women for home defense, vehemently rejecting the views of gun-control activists who insist the firearm is unnecessary.

Speaking with the *Washington Free Beacon* on Friday, five female firearm owners and advocates said the AR-15 platform offers several features that are ideal for women specifically. Robyn M. Sandoval, executive director of A Girl & A Gun Women's Shooting League, said the rifle is both more effective and safer for female shooters.

**Exhibit 1**
**0002**

"ARs are an excellent choice for women for home defense," Sandoval told the *Free Beacon*. "The platform is relatively lightweight and easy to hold and customize so that the firearm fits her body correctly. Having a rifle that is the right size for the shooter makes it more comfortable to shoot and therefore more accurate and safer."

Many Democratic politicians, including 2020 frontrunner Joe Biden, have long decried the AR-15 as both dangerous and an impractical or unnecessary firearm for civilians, especially women. But the female firearm owners the *Free Beacon* spoke to rejected the logic of these pro-gun-control men.

"AR-15s are perfect for women," Mary Chastain, a writer and gun owner, said. "Despite the size, they are lightweight and have hardly any kickback. This allows us to aim well and shoot the target where we want to."

Dana Loesch, a nationally syndicated radio host and gun-rights activist who has faced threats to her safety throughout her career, said she picks an AR-15 when it comes to home defense.

"I was always taught in training that your pistol is what you use to get to your rifle, and the AR-15 is what I choose to use," Loesch told the *Free Beacon*.

The customizability of the rifle is a big selling point for women, competitive shooter and trainer Julie Golob said.

"The AR platform can be a useful and effective option for women when it comes to defending themselves and their property," she told the *Free Beacon*. "Starting with the fact that the length of pull can be adjusted easily, unlike rifles with fixed stocks, the AR can quickly become custom fit to its user. The pistol grip, combined with quick access to the safety and other controls, makes this platform one a woman can confidently control."

"I can choose my trigger, hand guard, barrel length, grip," Dianna Muller, a former police officer and head of the gun-rights group DC Project, added. "I can put a light, laser, etc. I call it the Mr. Potato Head for the gun connoisseur!"

The testimony of these women contradicts Biden, who has repeatedly claimed that AR-15s are hard to use and ineffective compared with shotguns. In 2013, he said he had advised his own wife to use a double-barrel shotgun instead of an AR-15.

"I said, 'Jill, if there's ever a problem, just walk out on the balcony here, walk out and put that double-barrel shotgun and fire two blasts outside the house,'" Biden said in an interview with *Parents Magazine*. "You don't need an AR-15—it's harder to aim.

**Exhibit 1**
**0003**

It's harder to use, and in fact you don't need 30 rounds to protect yourself. Buy a shotgun! Buy a shotgun!"

Late last month, a heavily pregnant mother did exactly what Biden warned against to defend her family. She used an AR-15 to fend off two armed men who were attacking her husband and daughter in their Florida home.

The women who spoke with the *Free Beacon* disagreed with Biden's assertions that AR-15s are not necessary. Loesch said she was competent with shotguns, but has found the AR-15 is simply a better option.

"The 12 gauge is an excellent home defense gun, too, but the collateral consideration does affect my decision there (frangible ammo is an option)," Loesch told the *Free Beacon*. "AR-15s are easy to shoulder, lightweight, the low recoil makes it easier to maintain target acquisition, and the ergonomics are great. I can access everything without compromising a defensive stance. I also have more rounds with an AR-15."

Chastain also said that she finds the AR-15 easier than many other firearms to use.

"You can use it with one hand, which helps me," she said. "My entire left side is handicapped, caused by brain trauma at birth. There are many guns I cannot use. The AR is perfect because I can use the functions with only my right hand. The lightness of the gun makes it easy for my handicapped left arm and hand to hold it."

The women said the availability of magazines with more ammunition capacity than the double-barrel shotguns Biden highlighted—which hold only two rounds—is a significant advantage of the AR platform, as is the variety of ammunition types.

"Standard capacity magazines create a reduced chance to have to fumble to exchange mags under stress," Golob said.

"The ballistics of defensive ammunition prevent over-penetration, and standard-capacity magazines hold 30 rounds, which is more than a shotgun or pistol," Sandoval said.

The women who spoke to the *Free Beacon* stressed that, while they believe the AR-15 provides them certain advantages over other guns, women are more than able to become skilled with shotguns, handguns, or any other firearm.

"There are pros and cons to any self-defense tool," Golob said. "Practice on the range and training gun-handling skills, whether it's a rifle, pistol, or shotgun, is key. I feel that the best home defense option for a woman is the one she is most comfortable with and that she can produce the best results."

**Exhibit 1**
**0004**

Sandoval encouraged women to "train extensively on any firearm they choose to use to protect their families" but also noted AR-15 classes are one of the most commonly available—one of its primary advantages in her opinion.

Some of the women also view the imposing nature and reputation of the AR-15 as a bonus feature.

"I also like the fact that they're scary looking," Chastain said. "A man breaks into my house, I don't mind using a scary looking weapon to defend myself."

"Ultimately, I want the meanest, most manageable thing I can get," Loesch said.

**Exhibit 1**
**0005**