1  XAVIER BECERRA
   Attorney General of California
2  State Bar No. 118517
   MARK R. BECKINGTON
3  Supervising Deputy Attorney General
   State Bar No. 126009
4  JOSE A. ZELIDON-ZEPEDA
   Deputy Attorney General
5  State Bar No. 227108
   PETER H. CHANG
6  Deputy Attorney General
   State Bar No. 241467
7  JOHN D. ECHEVERRIA
   Deputy Attorney General
8  State Bar No. 268843
     455 Golden Gate Avenue, Suite 11000
9    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3479
10   Fax:  (415) 703-1234
     E-mail:  John.Echeverria@doj.ca.gov
11 *Attorneys for Defendants*

12           IN THE UNITED STATES DISTRICT COURT

13          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15 | **JAMES MILLER, et al.,** | 19-cv-1537-BEN-JLB |
|---|---|
16 |                    Plaintiffs, | **JOINT MOTION TO CONTINUE** |
|   |   | **DEADLINE FOR PROPOSED** |
17 |          **v.** | **FINDINGS OF FACT AND** |
|   |   | **CONCLUSIONS OF LAW** |
18 | **CALIFORNIA ATTORNEY** | |
|   | **GENERAL XAVIER BECERRA, et** | Courtroom:   5A |
19 | **al.,** | Judge:       Hon. Roger T. Benitez |
|   |   | Trial Date:  February 3, 2021 |
20 |                    Defendants. | Action Filed:  August 15, 2019 |

21

22      Defendants Xavier Becerra, in his official capacity as Attorney General of the

23 State of California, and Luis Lopez, in his official capacity as Director of the

24 Department of Justice Bureau of Firearms[1] (together, "Defendants"), and Plaintiffs

25 James Miller, Wendy Hauffen, Neil Rutherford, Adrian Sevilla, Ryan Peterson,

26

27      [1] Pursuant to Federal Rule of Civil Procedure 25(d), Bureau of Firearms
   Director Luis Lopez, in his official capacity, is substituted for former Interim
28 Director Brent E. Orick.

                                       1

Gunfighter Tactical, LLC, John Phillips, PWGG, L.P., San Diego County Gun Owners PAC, California Gun Rights Foundation, Second Amendment Foundation, and Firearms Policy Coalition, Inc. (collectively, "Plaintiffs") (together with Defendants, the "Parties"), by and through their counsel, respectfully request that the Court continue certain pretrial deadlines in accordance with the following stipulation of the Parties:

WHEREAS, during the December 16, 2020 pretrial conference in this matter, the Court set a bench trial for February 3, 2021, providing for direct witness testimony by written declaration and cross-examination by deposition designation (Dkt. 72);

WHEREAS, the Parties have been engaged in expedited deposition discovery, with the final deposition currently scheduled for January 22, 2021;

WHEREAS, the Parties are endeavoring to submit to the Court their respective deposition designations, and complete copies of the deposition transcripts and videos, by January 27, 2021 and any cross-designations by February 1, 2021;

WHEREAS, Local Civil Rule 16.1(f)(9) provides that parties must, not less than seven days before trial, serve and file (1) briefs on all significant disputed issues of law, including foreseeable procedural and evidentiary issues, and (2) proposed findings of fact and conclusions of law;

WHEREAS, the current deadline for the Parties' Rule 16.1(f)(9) obligations is January 27, 2021; and

WHEREAS, the Parties agree that the deadline for the Parties' respective proposed findings of fact and law should be continued until shortly after the trial date to allow them to focus on the designation and preparation of the deposition transcripts for trial and to tailor the proposed findings of fact and conclusions of law to the evidence submitted by the parties on the date of trial;

1       THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST that the

2   Court reset the deadline for the Parties' proposed findings of fact and conclusions

3   of law from January 27, 2021 to February 10, 2021.

4   Dated:  January 21, 2021                    Respectfully submitted,

5                                               XAVIER BECERRA
                                                Attorney General of California
6                                               MARK R. BECKINGTON
                                                Supervising Deputy Attorney General
7                                               JOSE ZELIDON-ZEPEDA
                                                PETER H. CHANG
8                                               Deputy Attorneys General

9
                                                s/ John D. Echeverria
10
                                                JOHN D. ECHEVERRIA
11                                              Deputy Attorney General
                                                *Attorneys for Defendants*
12

13

14  Dated:  January 21, 2021                    SEILER EPSTEIN LLP

15

16
                                                s/ George M. Lee (by consent)
17
                                                GEORGE M. LEE
18                                              *Attorneys for Plaintiffs*

19  SA2019104420

20  42523095.docx

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Case Name:    **James Miller et al. v. Xavier Becerra, et al.**

Case No.      **3:19-cv-01537-BEN-JLB**

I hereby certify that on <u>January 21, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT MOTION TO CONTINUE DEADLINE FOR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 21, 2021</u>, at San Francisco, California.

| Robert Hallsey | /s/ Robert Hallsey |
|:---:|:---:|
| Declarant | Signature |

SA2019104420
42523080.docx