George M. Lee (SBN 172982)
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511
Email: gml@seilerepstein.com

John W. Dillon (SBN 296788)
**DILLON LAW GROUP APC**
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151
Email: jdillon@dillonlawgp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al., | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | Hon. Roger T. Benitez<br>Magistrate Hon. Jill L. Burkhardt |
| vs. | **SUPPLEMENTAL DECLARATION OF JOHN W. DILLON REGARDING PLAINTIFFS' *EX PARTE* APPLICATION [ECF NO. 79]** |
| XAVIER BECERRA, in his official capacity as Attorney General of California, et al., | |
| Defendants. | |

## DECLARATION OF JOHN W. DILLON

I, John W. Dillon, declare as follows:

1.    I am an attorney licensed in California. I am counsel for Plaintiffs James Miller et al., in the above-captioned matter. I make this supplemental declaration in support of Plaintiffs' *Ex Parte* Application to Permit Late Filing of Plaintiffs' Response in Opposition to Defendants' *Daubert* Motion to Preclude Testimony of Dr. John R. Lott, Jr.

2.    Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness I could testify competently as to those facts.

3.    Plaintiffs sent notice via email to Defendants' notifying them that Plaintiffs intended to file Plaintiffs' *Ex Parte* Application to Permit Late Filing of Plaintiffs' Response in Opposition to Defendants' *Daubert* Motion to Preclude Testimony of Dr. John R. Lott, Jr. at 6:22 p.m. on January 22, 2021.

4.    Thereafter, Plaintiffs filed said application at 7:04 p.m. At the time, neither I nor my co-counsel had heard back from Defendants regarding Plaintiffs' notice.

5.    At 7:36 p.m., Defendants' counsel sent me an email informing Plaintiffs' that Defendants will oppose Plaintiff's *ex parte* application.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Carlsbad, California on January 22, 2021.

By: _____
John W. Dillon

- 2 -