XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3879
 Fax:  (415) 703-1234
 E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MILLER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,**<br><br>Defendants. | 19-cv-1537-BEN-JLB<br><br>**DECLARATION OF JOSE A. ZELIDON-ZEPEDA SUPPORTING DEFENDANTS' REPLY IN SUPPORT OF MOTION IN LIMINE**<br><br>Date: February 3, 2021<br>Time: 10:00 a.m.<br>Dept: 5A<br>Judge: The Honorable Roger T. Benitez<br>Trial Date: 2/3/2021<br>Action Filed: 8/15/2019 |

I, Jose A. Zelidon-Zepeda, declare as follows:

1. I am a Deputy Attorney General in the California Department of Justice, and co-counsel for Defendants in this action.  I am competent to testify to the matters in this declaration, and, if called, would so testify.  I submit this declaration

1

in support of Defendants' Reply in Support of Motion in Limine to Preclude or Limit Testimony at Trial.

2. In late November 2020, our office served deposition notices on Plaintiffs' counsel, seeking to depose Plaintiffs' trial witnesses, including Nathan Siegel.

3. Plaintiffs' counsel agreed to arrange for the deposition of Mr. Siegel. Defendants' counsel has followed up these deposition notices with multiple requests to Plaintiffs' counsel, seeking to depose Mr. Siegel. To date, Plaintiffs' counsel have not made Mr. Siegel available for deposition. Because of trial and pretrial deadlines, including the deadline for deposition designations, it would be difficult and impractical to depose Mr. Siegel at this point, less than two weeks before the trial date.

4. On January 15, 2021, I took the deposition of Mr. Kenneth Brown, who submitted a declaration in this case. During his deposition, Mr. Brown stated under penalty of perjury that the information in his declaration regarding firearm sales is derived from records maintained by Benelli USA. These records are not maintained by Brown & Associates, Mr. Brown's company. Mr. Brown further stated that he does not know how Benelli maintains its records.

5. As of the date this declaration is filed, the transcript for the deposition of Mr. Brown is not available.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed the 27th of January, 2021, in San Francisco, California.

_____
Jose A. Zelidon-Zepeda
Deputy Attorney General

SA2019104420
42523095.docx

2

Decl. J. Zelidon-Zepeda Supp. Defs.' Reply in Support of Mot. in Limine
(19-cv-1537-BEN-JLB)