1  XAVIER BECERRA
   Attorney General of California
2  State Bar No. 118517
   MARK R. BECKINGTON
3  Supervising Deputy Attorney General
   State Bar No. 126009
4  JOSE A. ZELIDON-ZEPEDA
   Deputy Attorney General
5  State Bar No. 227108
   PETER H. CHANG
6  Deputy Attorney General
   State Bar No. 241467
7  JOHN D. ECHEVERRIA
   Deputy Attorney General
8  State Bar No. 268843
    455 Golden Gate Avenue, Suite 11000
9   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3479
10  Fax:  (415) 703-1234
    E-mail:  John.Echeverria@doj.ca.gov
11 *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MILLER, et al.,** | Case No. 19-cv-1537-BEN-JLB |
| Plaintiffs, | **DECLARATION OF PROFESSOR DAN A. BLACK** |
| v. | Courtroom: 5A |
| **CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,** | Judge: Hon. Roger T. Benitez<br>Trial Date: February 3, 2021<br>Action Filed: August 15, 2019 |
| Defendants. | |

# DECLARATION OF DAN A. BLACK

I, Dan A. Black, declare:

1. I am a professor at the University of Chicago Harris School of Public Policy. I am also a senior fellow at the National Opinion Research Center. I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, I could and would testify competently as to those facts.

2. I understand that John R. Lott, Jr., has claimed that he sent me data concerning a survey he purportedly conducted on the defensive use of firearms. I also understand that he claims to have lost that data in a computer crash in the late 1990s, that he asked me to return his lost data, and that I refused to return his data.

3. I have no record or recollection of ever having received the survey data that Lott claims to have lost. I also have no record or recollection of Lott ever having asked me to return that data—which I did not have—and I did not refuse to return any data to Lott.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 26, 2021, at Glen Ellyn, Illinois.

Dan A. Black