| | |
|---|---|
| 1 | XAVIER BECERRA |
| | Attorney General of California |
| 2 | State Bar No. 118517 |
| | MARK R. BECKINGTON |
| 3 | Supervising Deputy Attorney General |
| | State Bar No. 126009 |
| 4 | JOSE A. ZELIDON-ZEPEDA |
| | Deputy Attorney General |
| 5 | State Bar No. 227108 |
| | PETER H. CHANG |
| 6 | Deputy Attorney General |
| | State Bar No. 241467 |
| 7 | JOHN D. ECHEVERRIA |
| | Deputy Attorney General |
| 8 | State Bar No. 268843 |
| | 455 Golden Gate Avenue, Suite 11000 |
| 9 | San Francisco, CA 94102-7004 |
| | Telephone: (415) 510-3479 |
| 10 | Fax: (415) 703-1234 |
| | E-mail: John.Echeverria@doj.ca.gov |
| 11 | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MILLER, et al.,** | Case No. 19-cv-1537-BEN-JLB |
| Plaintiffs, | **DECLARATION OF PROFESSOR DANIEL S. NAGIN** |
| v. | Courtroom: 5A |
| **CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,** | Judge: Hon. Roger T. Benitez |
| | Trial Date: February 3, 2021 |
| | Action Filed: August 15, 2019 |
| Defendants. | |

# DECLARATION OF DANIEL S. NAGIN

I, Daniel S. Nagin, declare:

1. I am the Teresa and H. John Heinz III University Professor of Public Policy and Statistics at Carnegie Mellon University's Heinz College of Information Systems and Public Policy. I also serve as the Associate Dean of Faculty at the Heinz College. I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, I could and would testify competently as to those facts.

2. I understand that John R. Lott, Jr., has claimed that he sent me data concerning a survey he purportedly conducted on the defensive use of firearms. I also understand that he claims to have lost that data in a computer crash in the late 1990s, that he asked me to return his lost data, and that I refused to return his data.

3. I have no record or recollection of ever having received the survey data that Lott claims to have lost. I also have no record or recollection of Lott ever having asked me to return that data—which I did not have—and I did not refuse to return any data to Lott.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 25, 2021, at Pittsburgh, Pennsylvania.

_____
Daniel S. Nagin