1   XAVIER BECERRA
    Attorney General of California
2   State Bar No. 118517
    MARK R. BECKINGTON
3   Supervising Deputy Attorney General
    State Bar No. 126009
4   JOSE A. ZELIDON-ZEPEDA
    Deputy Attorney General
5   State Bar No. 227108
    PETER H. CHANG
6   Deputy Attorney General
    State Bar No. 241467
7   JOHN D. ECHEVERRIA
    Deputy Attorney General
8   State Bar No. 268843
       455 Golden Gate Avenue, Suite 11000
9      San Francisco, CA  94102-7004
       Telephone:  (415) 510-3479
10     Fax:  (415) 703-1234
       E-mail:  John.Echeverria@doj.ca.gov
11  *Attorneys for Defendants*

12

IN THE UNITED STATES DISTRICT COURT

13

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15

| | |
|---|---|
| **JAMES MILLER, et al.,** | Case No. 19-cv-1537-BEN-JLB |
| Plaintiffs, | **DECLARATION OF PROFESSOR LOUIS KLAREVAS** |
| **v.** | |
| **CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,** | Courtroom:    5A<br>Judge:         Hon. Roger T. Benitez<br>Trial Date:    February 3, 2021<br>Action Filed:  August 15, 2019 |
| Defendants. | |

16

17

18

19

20

21

22

23

24

25

26

27

28

### DECLARATION OF LOUIS KLAREVAS

I, Louis Klarevas, declare:

1.      I am a Research Professor at Teachers College, Columbia University. I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, I could and would testify competently as to those facts.

2.      In John Lott's declaration opposing Defendants' *Daubert* motion to preclude his testimony, he claims, "I reached out to [Klarevas] before putting my original work on this to determine how he categorized the different types of weapons, but he didn't respond."  Dkt. 7-1 ¶ 7:6-8.

3.      I have never received an email from John Lott.

4.      I was surprised to learn of this alleged email correspondence because it was not mentioned in Lott's earlier declaration in support of Plaintiffs' motion for preliminary injunction, and it has never been mentioned in any of Lott's nine blog posts that discuss my work on the Crime Prevention Research Center website.

5.      Lott provides no details about this alleged email, such as the date it was sent, the email address from which it was sent, the email address to which it was sent, confirmation of delivery/receipt (if applicable), and any automated response he might have received.

6.      Since 2016, when my book *Rampage Nation* was published, I have used four email accounts.  One account is my current work email address: ljk2149@tc.columbia.edu.  Two other accounts are also professional email accounts that I have maintained: louis.klarevas@umb.edu and klarevas@fulbrightmail.org.  And the fourth account is my personal Gmail account. After learning of Lott's claim in his most recent declaration, I examined all four email accounts in their entirety, including junk/spam folders.  There was no record of an email from John Lott ever having been received.

1

1    I declare under penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct.

3    Executed in Queens, New York, on January 26, 2021.

Louis Klarevas

Declaration of Professor Louis Klarevas (3:19-cv-01537-BEN-JLB)