# CERTIFICATE OF SERVICE

Case Name: **James Miller et al. v. Xavier Becerra, et al.**
Case No. **3:19-cv-01537-BEN-JLB**

I hereby certify that on <u>January 27, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' REPLY IN SUPPORT OF *DAUBERT* MOTION TO PRECLUDE TESTIMONY OF JOHN R. LOTT, JR.**,

**DECLARATION OF JOHN D. ECHEVERRIA IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF *DAUBERT* MOTION TO PRECLUDE TESTIMONY OF JOHN R. LOTT, JR.; EXHIBITS 1-2**,

**DECLARATION OF PROFESSOR DAN A. BLACK**,

**DECLARATION OF PROFESSOR DANIEL S. NAGIN**,

**DECLARATION OF PROFESSOR JENS LUDWIG**,

**DECLARATION OF PROFESSOR LOUIS KLAREVAS**, and

**CORRECTED DECLARATION OF LOUIS KLAREVAS IN SUPPORT OF DEFENDANTS' *DAUBERT* MOTION TO PRECLUDE TESTIMONY OF JOHN R. LOTT, JR.**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 27, 2021</u>, at San Francisco, California.

|  |  |
|---|---|
| Robert Hallsey | /s/ Robert Hallsey |
| Declarant | Signature |

SA2019104420
42531105.docx