XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3479
  Fax: (415) 703-1234
  E-mail: John.Echeverria@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MILLER, et al.,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,**<br><br>                    Defendants. | Case No. 19-cv-1537-BEN-JLB<br><br>**DEFENDANTS' BRIEF ON SIGNIFICANT DISPUTED ISSUES OF LAW**<br><br>**[L.R. 16.1(f)(9)(A)]**<br><br>Date:         February 3, 2021<br>Time:        10:00 a.m.<br>Dept:        5A<br>Judge:       Hon. Roger T. Benitez<br>Trial Date:   February 3, 2021<br>Action Filed:  August 15, 2019 |

In accordance with Local Civil Rule 16.1(f)(9)(A), Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms (together, "Defendants"), hereby submit their brief on significant disputed issues of law, including foreseeable procedural and evidentiary issues.

## SIGNIFICANT DISPUTED ISSUES OF LAW

The significant disputed issues of law are (1) whether California's Assault Weapons Control Act (the "AWCA") burdens conduct protected by the Second Amendment to the United States Constitution, and if so, (2) whether the AWCA satisfies the applicable level of constitutional scrutiny. It is Defendants' position that the AWCA does not burden conduct protected by the Second Amendment, and even assuming some burden, the AWCA satisfies intermediate scrutiny, consistent with the holdings of every federal circuit court to have considered the constitutionality of similar assault-weapon restrictions. *See Wilson v. Cook Cty.*, 937 F.3d 1028, 1036 (7th Cir. 2019) (following *Friedman v. City of Highland Park, Ill.*, 784 F.3d 406, 412 (7th Cir. 2015)), *cert. denied*, __ S.C. __, 2020 WL 3146694 (June 15, 2020); *Worman v. Healey*, 922 F.3d 26, 38 (1st Cir. 2019); *Kolbe v. Hogan*, 849 F.3d 114, 138-39 (4th Cir. 2017) (en banc); *N.Y. State Rifle & Pistol Ass'n v. Cuomo*, 804 F.3d 242, 257-61 (2d Cir. 2015); *Heller v. District of Columbia*, 670 F.3d 1244, 1261-62 (D.C. Cir. 2011).

Defendants' positions on these and other disputed issues of law are set forth more fully in Defendants' Memorandum of Contention of Fact and Law (Dkt. 65), which is incorporated by reference herein.

## FORESEEABLE PROCEDURAL AND EVIDENTIARY ISSUES

Defendants have filed a *Daubert* Motion to Preclude Testimony of John R. Lott, Jr. (Dkt. 73) and a Motion *in Limine* to Preclude or Limit Testimony at Trial (Dkt. 75), which are incorporated by reference herein. In addition, the parties are still in the process of designating and counter-designating the transcripts of the

depositions taken in this case; Defendants anticipate potential disputes over certain objections made during the depositions.

Dated: January 27, 2021

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
PETER H. CHANG
Deputy Attorneys General

s/ John D. Echeverria

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendants*

SA2019104420
42530014.docx

## CERTIFICATE OF SERVICE

Case Name: **James Miller et al. v. Xavier Becerra, et al.**
Case No. **3:19-cv-01537-BEN-JLB**

I hereby certify that on <u>January 27, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' BRIEF ON SIGNIFICANT DISPUTED ISSUES OF LAW**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 27, 2021</u>, at San Francisco, California.

| Robert Hallsey | /s/ Robert Hallsey |
|---|---|
| Declarant | Signature |

SA2019104420
42530022.docx