XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3479
 Fax:  (415) 703-1234
 E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MILLER, et al.,**<br><br>                                    Plaintiffs,<br><br>       **v.**<br><br>**CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,**<br><br>                                    Defendants. | Case No. 19-cv-1537-BEN-JLB<br><br>**DEFENDANTS' NOTICE OF LODGING OF EXHIBITS**<br><br>Date:            February 3, 2021<br>Time:           10:00 a.m.<br>Dept:            5A<br>Judge:          Hon. Roger T. Benitez<br>Trial Date:   February 3, 2021<br>Action Filed:  August 15, 2019 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that Defendants will lodge the exhibits identified in Appendix A by overnight delivery, scheduled for 8:30 a.m. on February 2, 2021, to

United States District Court
Southern District of California
Office of the Clerk of Court
333 West Broadway, Suite 420
San Diego, California 92101

Defendants' exhibits are contained in three boxes. Also included is an electronic copy of Defendants' Exhibits on an USB drive.

Dated: February 1, 2021            Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
JOHN D. ECHEVERRIA
Deputy Attorneys General

s/ Peter H. Chang

PETER H. CHANG
Deputy Attorney General
*Attorneys for Defendants*

SA2019104420
42537574.docx

# CERTIFICATE OF SERVICE

Case Name: **James Miller et al. v. Xavier Becerra, et al.**
Case No.   **3:19-cv-01537-BEN-JLB**

I hereby certify that on February 1, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF LODGING OF EXHIBITS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 1, 2021, at San Francisco, California.

| Robert Hallsey | /s/ Robert Hallsey |
|---|---|
| Declarant | Signature |

SA2019104420
42537600.docx