1  XAVIER BECERRA
   Attorney General of California
2  State Bar No. 118517
   MARK R. BECKINGTON
3  Supervising Deputy Attorney General
   State Bar No. 126009
4  JOSE A. ZELIDON-ZEPEDA
   Deputy Attorney General
5  State Bar No. 227108
   PETER H. CHANG
6  Deputy Attorney General
   State Bar No. 241467
7  JOHN D. ECHEVERRIA
   Deputy Attorney General
8  State Bar No. 268843
    455 Golden Gate Avenue, Suite 11000
9   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3479
10  Fax:  (415) 703-1234
    E-mail:  John.Echeverria@doj.ca.gov
11 *Attorneys for Defendants*

12              IN THE UNITED STATES DISTRICT COURT

13              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MILLER, et al.,** | Case No. 19-cv-1537-BEN-JLB |
| Plaintiffs, | **DEFENDANTS' NOTICE OF LODGING OF DEFENDANTS' IMPEACHMENT EXHIBIT DX** |
| v. | |
| **CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,** | Date:          February 3, 2021<br>Time:          10:00 a.m.<br>Dept:          5A<br>Judge:         Hon. Roger T. Benitez |
| Defendants. | Trial Date:   February 3, 2021<br>Action Filed: August 15, 2019 |

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**

2  PLEASE TAKE NOTICE that Defendants will lodge Defendants' Exhibit DX

3  today at:

4  United States District Court
5  Southern District of California
   Office of the Clerk of Court
6  333 West Broadway, Suite 420
7  San Diego, California 92101

8
9  Attached hereto is a Declaration of John D. Echeverria Authenticating
   Defendants' Impeachment Exhibit DX.
10

11  Dated: February 2, 2021            Respectfully submitted,

12                                     XAVIER BECERRA
                                       Attorney General of California
13                                     MARK R. BECKINGTON
                                       Supervising Deputy Attorney General
14                                     JOSE A. ZELIDON-ZEPEDA
                                       PETER H. CHANG
15                                     Deputy Attorneys General

16
                                       s/ John D. Echeverria
17
                                       JOHN D. ECHEVERRIA
18                                     Deputy Attorney General
                                       *Attorneys for Defendants*