XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3479
 Fax:  (415) 703-1234
 E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MILLER, et al.,** | Case No. 19-cv-1537-BEN-JLB |
| Plaintiffs, | **DECLARATION OF JOHN D. ECHEVERRIA AUTHENTICATING DEFENDANTS' IMPEACHMENT EXHIBIT DX** |
| **v.** | |
| **CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,** | Date:  February 3, 2021<br>Time:  10:00 a.m.<br>Dept:  5A |
| Defendants. | Judge:  Hon. Roger T. Benitez<br>Trial Date:  February 3, 2021<br>Action Filed:  August 15, 2019 |

**DECLARATION OF JOHN D. ECHEVERRIA**

I, John D. Echeverria, declare:

1.   I am a Deputy Attorney General with the California Department of Justice and serve as counsel to Defendants Xavier Becerra, in his official capacity as Attorney General of the State of California, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms (together, "Defendants"), in the above-captioned matter.  I make this declaration to authenticate the attached impeachment evidence, which has been marked as Defendants' Exhibit DX.  Except as otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently as to those facts.

2.   I deposed Plaintiffs' expert witness, John R. Lott, Jr. ("Lott"), on January 22, 2021.  During Lott's deposition, he testified that he studied the difference between the average number of victims killed in "mass public shootings that are only committed with assault weapons or only involve people that use large capacity magazines or only involve multiple weapons or some combinations of those."  Tr. of Dep. of John R. Lott, Jr. ("Lott Tr.") at 314:2-14.  Lott testified that the results of this study are reflected in the footnotes of his book, *The War on Guns*.  *Id.* at 314:15-315:12.

3.   On January 1, 2021, I checked-out an e-book copy of *The War on Guns* from the Los Angeles Public Library's Overdrive application, *see* https://lapl.overdrive.com.  Chapter 10 to *The War on Guns* references a study of the number of victims killed in mass public shootings involving the use of multiple weapons, including Figure 1 ("Number of People Killed in Mass Public Shootings in Cases: 2009 to 2015") and footnote 13.

4.   I took screenshots of the title page of *The War on Guns*, the copyright page, the table of contents, and the relevant pages (*i.e.*, the pages discussing Figure 1 of Chapter 10 and the pages containing footnote 13 to Chapter 10).  I then

2

assembled those screenshots into a single PDF file, including an enlarged version of Figure 1 so that the text in the chart is visible.  Attached hereto is a true and correct copy of that PDF file, which consists of relevant excerpts from Lott's *The War on Guns* (2016) and has been marked as Defendants' Exhibit DX.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, on February 2, 2021.

_____
John D. Echeverria



DEFENDANTS' EXHIBIT DX

DEF3569

Copyright © 2016 by John R. Lott Jr.

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means electronic or mechanical, including photocopy, recording, or any information storage and retrieval system now known or to be invented, without permission in writing from the publisher, except by a reviewer who wishes to quote brief passages in connection with a review written for inclusion in a magazine, newspaper, website, or broadcast.

Regnery® is a registered trademark of Salem Communications Holding Corporation

First e-book edition 2016: ISBN 978-1-62157-598-6

Cataloging-in-Publication data on file with the Library of Congress

Published in the United States by
Regnery Publishing
A Division of Salem Media Group
300 New Jersey Ave NW
Washington, DC 20001
www.Regnery.com

Manufactured in the United States of America

10 9 8 7 6 5 4 3 2 1

Books are available in quantity for promotional or premium use. For information on discounts and terms, please visit our website: www.Regnery.com.

Distributed to the trade by
Perseus Distribution
250 West 57th Street
New York, NY 10107

# CONTENTS

Introduction

**1** Changes in Public Perception

**2** Academic "Experts" and Media Bias

**3** The Tidal Wave of Public Health Research

**4** Why Licenses, Regulations, and Background Checks Don't Help

**5** Police and Gun Ownership

**6** Doctoring the Polls and Fudging the Data

**7** How Does the U.S. Compare to Other Countries?

**8** Do Countries with More Guns Have Higher Homicide Rates?

**9** Does Australia Show That Gun Control Works?

DEF3571

THE WAR ON GUNS: ARMING YOURSELF AGAINST…

**10** Mass Public Shootings: The Myths Debunked

**11** Bathtubs and Motor Vehicle Regulations

**12** Background Check Myths

**13** Stand Your Ground Laws

**14** Background Checks on Private Gun Transfers

Conclusion

Appendix 1

Appendix 2

Notes

Index

DEF3572

unique was all of its pockets, specifically designed to hold multiple magazines for bullets and other equipment.

So are there more fatalities when "assault weapons" are used? In the 2009 Fort Hood attack, Major Nidal Malik Hasan managed to fire a record of at least 220 shots using just a revolver and a semi-automatic handgun. The average number of rounds fired by those using high-capacity magazines was actually very similar to the number fired without them (seventy-one to sixty-five). That fact is apparently not too surprising given that the average time between shots tends to be much longer than the time that it takes to change a magazine.[11]

High-capacity magazines also have a greater chance of jamming. The attackers' guns jammed in both the Batman movie theater shooting and the Gabbie Giffords shooting in Tucson, Arizona.[12] Large magazines require exceptionally strong springs, and sometimes the last few bullets don't get loaded properly if the spring has lost even a little strength (this can happen as a result of people leaving bullets stored in the magazines).

Large capacity magazines do not appear to add to the deadliness of attacks. Overall, fourteen mass public shootings involved multiple guns and six involved large capacity magazines. The average number of people killed per attack in the two cases was very similar (10.1 where multiple guns were used and 11.5 with large capacity magazines), and even that small numerical difference was reversed by removing the one extreme case, the Newtown shooting (8.9 where multiple guns were used and 8.4 with large capacity magazines). If you look at only those cases with multiple guns and no large capacity magazines versus large capacity magazines and just a single gun, more people were actually killed in attacks with multiple guns (8.5 versus 6).

These numbers are not surprising. Shooters can fire many rounds simply by switching between loaded guns. Or they can bring extra magazines and change them in as little as a couple of seconds.

In Figure 1, while the differences between large capacity magazines and multiple guns suggest that multiple guns result in more fatalities, none of the differences are statistically significant.[13] But the results do indicate that banning large capacity magazines will do nothing to reduce fatalities.

Even if magazines could somehow be banned, how are you going to effectively stop people from obtaining multiple guns? It is one thing to completely ban a particular item. It is a much more difficult task to stop people from obtaining multiple copies of an item that is legal. And the numbers show that attackers are able to kill at least as many people by simply using multiple guns.

But the fact is that it's virtually impossible to stop criminals from obtaining the magazines they want. Magazines, large or small, are trivially easy to make. They are

DEF3573

just boxes with springs, and can be made with the most simple tools. The advent of 3D printers has made them even easier to make.

There's no evidence that crime rates were affected by the 1994 federal ban on magazines holding more than ten bullets. Even the left-leaning Urban Institute, with funding from the Bill Clinton administration, was unable to find any such evidence.[14]

**FIGURE 1**



Number of People Killed in Mass Public Shootings in Cases: 2009 to 2015

All this raises another irony. Large capacity magazine bans are only obeyed by law-abiding citizens.[15] This will prevent concealed handgun permit holders from carrying many bullets in their guns. Concealed handgun permit holders who carry in public usually just carry the magazine that is in their gun and don't carry multiple guns. Attackers, on the other hand, can prepare by bringing multiple guns and magazines. They can wear an "urban assault vest," like the one James Holmes wore, with pockets for the magazines. Even if they somehow can't get large magazines, they will be able to take a lot of smaller magazines with them.

For all the emphasis on assault weapons, 68 percent of mass public shootings did not involve any long guns (Figure 2). Eighty-four percent of shootings involved handguns, 24 percent rifles, and 20 percent shotguns (more than one type of weapon can be used in an attack).

**FIGURE 2**

DEF3574

THE WAR ON GUNS: ARMING YOURSELF AGAINST...

below that. See Staff, "Which AR-15 can you hunt with," Stag Arms, April 25, 2014, http://info.stagarms.com/blog/bid/381895/Which-AR-15-Can-You-Hunt-With.

7.  Some have cited Terry Petrosky's murder in the 1990s in Colorado as a case where someone was murdered by a .50 caliber rifle. But the testimony at Albert Petrosky's trial in 1996 indicates that was not the case. Indeed, the murder was committed using "a large-caliber hand-gun." A Jefferson County Sheriff, Sgt. Tim Mossbrucker, was shot with a rifle, but it was a .30-caliber SKS semiautomatic rifle. See Charlie Brennan, "Jury hears grim inventory of Petrosky's rampage," *Rocky Mountain News,* March 29, 1996, 23a.

8.  See Barrett 2016 Retail Pricing, https://barrett.net/pdf/price-list.pdf; and Barrett 2016 M107A1 Product Brochure, https://barrett.net/pdf/products/M107A1/M107A1_Product_Brochure.pdf.

9.  Other *New York Times* stories on the "bulletproof vest" include: David Goodman, Jennifer Preston, and Marc Santora, "Live Updates on Movie Theater Shooting in Colorado," *New York Times,* July 20, 2012, http://thelede.blogs.nytimes.com/2012/07/20/live-updates-on-movie-theater-shooting-in-colorado/.

10.  For an example of the vest, see http://www.amazon.com/BLACK-HAWK-Urban-Assault-Vest-Black/dp/B000VU34J8/ref=sr_1_1?s=sports-and-fitness&ie=UTF8&qid=1459240265&sr=1-1&key-words=urban+assault+vest.

11.  Gary Kleck, "Large-Capacity Magazines and the Casualty Counts in Mass Shootings: The Plausibility of Linkages," (working paper, Florida State University, December 6, 2015).

12.  Web staff, "Victim: Aurora theater shooting gun jam saved my life," Fox 31 Denver, July 23, 2012, http://kdvr.com/2012/07/23/suspects-gun-jammed-during-aurora-theater-shooting/; and John Emshwiller, Devlin Barrett, and Charles Forelle, "Suspect Fixated on Giffords," *Wall Street Journal,* January 10, 2011, http://www.wsj.com/news/articles/SB10001424052748703667904576071191163461466.

13.  Comparing large capacity magazines (without multiple guns) and multiple guns (without large capacity magazines) finds that the

DEF3575

different means (six and 8.5) are only statistically significantly different at the 37 percent level with an absolute t-statistic of 0.9456. Comparing large capacity magazines (but not excluding cases that also had multiple guns) and multiple guns (but not excluding cases that also had large capacity magazines) finds that the different means (11.5 and 10.1) are only statistically significantly different at the 68 percent level with an absolute t-statistic of 0.4143.

14.   The authors wrote: "The evidence is not strong enough for us to conclude that there was any meaningful effect (i.e. that the effect was different from zero)." Koper and Roth suggested that after the ban had been in effect for more years it might be possible to find a benefit. Seven years later, in 2004, they published a follow-up study for the National Institute of Justice with fellow criminologist Dan Woods that concluded, "We cannot clearly credit the ban with any of the nation's recent drop in gun violence. And, indeed, there has been no discernible reduction in the lethality and injuriousness of gun violence." See Jeffrey A. Roth and Christopher S. Koper, "Impacts of the 1994 Assault Weapons Ban: 1994–96," National Institute of Justice, March 1999, https://www.ncjrs.gov/pdffiles1/173405.pdf. This was later published as Christopher S. Koper and Jeffrey A. Roth, "1994 Federal Assault Weapon Ban on Gun Violence Outcomes: An Assessment of Multiple Outcome Measures and Some Lessons for Policy Evaluation," *Journal of Quantitative Criminology*, 17, no. 1 (March 2001): 33–74. See also their later report; Christopher S. Koper, Daniel J. Woods, and Jeffrey A. Roth, *An Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence*, 1994-2003: Report to the National Institute of Justice, United States Department of Justice, June 2004, https://www.ncjrs.gov/pdffiles1/nij/grants/204431.pdf.

15.   It isn't clear how many people actually obey this law. Los Angeles, San Francisco, and Sunnyvale, California have all banned magazines holding more than ten bullets, but in none of those cities were any magazines turned in during the amnesty periods. See Chip Johnson, "One gun control attempt that misfires," *San Francisco Chronicle*, January 28, 2016, http://www.sfchronicle.com/bayarea/johnson/article/One-gun-control-attempt-that-misfires-6791466.php; Emily

DEF3576



Figure 1 (Enlarged)





DEF3577