# CERTIFICATE OF SERVICE

Case Name: **James Miller et al. v. Xavier Becerra, et al.**
Case No.   **3:19-cv-01537-BEN-JLB**

I hereby certify that on <u>February 2, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF LODGING OF DEFENDANTS' IMPEACHMENT EXHIBIT DX**,

**DECLARATION OF JOHN D. ECHEVERRIA AUTHENTICATING DEFENDANTS' IMPEACHMENT EXHIBIT DX; EXHIBIT DX**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 2, 2021</u>, at San Francisco, California.

|  |  |
|---|---|
| Robert Hallsey | /s/ Robert Hallsey |
| Declarant | Signature |

SA2019104420
42538899.docx