1  XAVIER BECERRA
   Attorney General of California
2  State Bar No. 118517
   MARK R. BECKINGTON
3  Supervising Deputy Attorney General
   State Bar No. 126009
4  JOSE A. ZELIDON-ZEPEDA
   Deputy Attorney General
5  State Bar No. 227108
   PETER H. CHANG
6  Deputy Attorney General
   State Bar No. 241467
7  JOHN D. ECHEVERRIA
   Deputy Attorney General
8  State Bar No. 268843
    455 Golden Gate Avenue, Suite 11000
9   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3479
10  Fax:  (415) 703-1234
    E-mail:  John.Echeverria@doj.ca.gov
11 *Attorneys for Defendants*

12            IN THE UNITED STATES DISTRICT COURT

13            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

| 15 | **JAMES MILLER, et al.,** | Case No. 19-cv-1537-BEN-JLB |
|----|---|---|
| 16 | Plaintiffs, | **DEFENDANTS' NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS AND VIDEOS** |
| 17 | v. | |
| 18 | **CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,** | Date:  February 3, 2021<br>Time:  10:00 a.m.<br>Dept:  5A<br>Judge:  Hon. Roger T. Benitez |
| 19 | | |
| 20 | Defendants. | Trial Date:  February 3, 2021<br>Action Filed:  August 15, 2019 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that Defendants hereby lodge Defendants-designated deposition transcripts of the following deponents:

- Lucy Allen
- Kenneth Brown
- James Curcuruto
- Ashley Hlebinsky
- Emanuel Kapelsohn
- John R. Lott, Jr.
- Robert Margulies
- Allen Youngman

Defendants also hereby lodge on an USB drive an electronic copy of the above Defendants-designated deposition transcripts and full transcripts of the depositions of the above-listed deponents, and videos of the depositions of the above-listed deponents with the exception of Lucy Allen and Emanuel Kapelsohn. Defendants expect Plaintiffs to lodge the video of Lucy Allen's deposition. Defendants have not received from the court-reporting service the video of Emanuel Kapelsohn's deposition, and will lodge it as soon as it has been prepared.

Dated: February 2, 2021

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
JOHN D. ECHEVERRIA
Deputy Attorneys General

s/ Peter H. Chang

PETER H. CHANG
Deputy Attorney General
*Attorneys for Defendants*

SA2019104420
42539278.docx

2

Defs.' Notice of Lodging of Deposition Transcripts and Videos (3:19-cv-01537-BEN-JLB)

# CERTIFICATE OF SERVICE

Case Name:  **James Miller et al. v. Xavier Becerra, et al.**
Case No.    **3:19-cv-01537-BEN-JLB**

I hereby certify that on February 2, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## DEFENDANTS' NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS AND VIDEOS

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 2, 2021, at San Francisco, California.

|              Robert Hallsey               |          /s/ Robert Hallsey           |
| :---------------------------------------: | :-----------------------------------: |
|                 Declarant                 |               Signature               |

SA2019104420
42539281.docx