John W. Dillon (SBN 296788)
   jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

George M. Lee (SBN 172982)
   gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of California, et al., <br><br> Defendants. | Case No. 3:19-cv-01537-BEN-JLB <br><br> **PLAINTIFFS' NOTICE OF LODGING OF PLAINTIFFS' TRIAL EXHIBITS, DEPOSITION TRANSCRIPTS AND DEPOSITION VIDEO; AND APPENDIX** <br><br> Trial: February 3, 2021 <br> Time: 10:00 a.m. <br> Courtroom 5A <br> Judge: Hon. Roger T. Benitez |

//

//

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Plaintiffs hereby lodge Plaintiffs' designated deposition transcripts and exhibits introduced during the deposition of the following deponents:

- Robert Margulies, M.D.
- Allen Youngman
- Ashley Hlebinsky
- Emanuel Kapelsohn
- Lucy Allen
- Kenneth Brown
- James Curcuruto
- John R. Lott, Jr., Ph.D.

Plaintiffs also hereby lodge Plaintiffs' Trial Exhibits 001 through 032 (located in Appendix A below). Along with the physical documents identified above, Plaintiffs hereby lodge on a USB drive the electronic copies of the complete and full transcripts of the depositions listed above and Plaintiffs' Trial Exhibits 001 through 032. The USB drive also contains the video of the deposition of Lucy Allen. All remaining videos of the depositions listed above will be lodged as soon as Plaintiffs are in possession of said videos.

The lodging of the above-identified documents was completed on February 2, 2021, by in-person delivery to the following location:

> Hon. Roger T. Benitez
> Chambers Rm. #: Suite 5135
> Edward J. Schwartz
> United States Courthouse
> 221 West Broadway
> San Diego, CA 92101

– 3 –

1
2
3   Plaintiffs' exhibits and designated deposition transcripts are contained in two
4   boxes. The USB drive identified above was placed in a manila envelope inside the
5   first Trial Exhibit binder.
6
7                                             Respectfully submitted,
8   Dated: February 2, 2021                   **SEILER EPSTEIN LLP**
9
10                                            /s/ George M. Lee
                                              George M. Lee
11
                                              **DILLON LAW GROUP APC**
12
13
                                              /s/ John W. Dillon
14                                            John W. Dillon
                                              Attorneys for Plaintiffs
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# APPENDIX A

| Case Title: Miller v. Becerra, et al. | | | Case No. 3:19-cv-01537-BENJ-JLB |
|---|---|---|---|

| **INDEX OF PLAINTIFFS' TRIAL EXHIBITS** | | | |
|---|---|---|---|
| **EXH. NO.** | **DATE MARKED** | **DATE ADMITTED** | **DESCRIPTION** |
| **001** | | | **Declaration of Emanuel Kapelsohn** in Support of Plaintiffs' Motion for Preliminary Injunction [and Exhibits 001-1 through 001-17] |
| 001-1 | | | Article entitled "Pregnant Florida Mom Uses AR-15 to Kill Home Intruder" |
| 001-2 | | | Article entitled "Deputies: 30 Rounds Fired From AR-15 in Deadly Florida Home Invasion" |
| 001-3 | | | Article entitled "Man Armed With AR-15 Stops Attack By Neighbor in Oswego" |
| 001-4 | | | Article entitled "Texas Hero Reportedly Used His Own AR to Confront the Sutherland Springs Shooter" |
| 001-5 | | | Article entitled "Harris County Deputy's Son Shoots One of Two Intruders" |
| 001-6 | | | Article entitled "Elkins Park Man Killed After Forcing His Way Into Apartment" |
| 001-7 | | | Article entitled "Shooting Deemed Justifiable: Authorities Say Zach Peters Acted Lawfully When He Shot, Killed Three Intruders" |
| 001-8 | | | R.K. Taubert (FBI, Ret.), "About .223 Penetration." |

| Case Title: Miller v. Becerra, et al. | | | Case No. 3:19-cv-01537-BENJ-JLB |
|---|---|---|---|

**INDEX OF PLAINTIFFS' TRIAL EXHIBITS**

| EXH. NO. | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 001-9 | | | "Real World Testing: .223/5.56 Penetration Tests vs. .40 S&W and 12 ga. Slug" |
| 001-10 | | | Article entitled "Why 'High-Powered' 5.56 NATO/.223 AR-15 is Safer for Home Defense (FBI Overpenetration Testing)" |
| 001-11 | | | Diagram of a standard AR-15/M16 |
| 001-12 | | | USDOJ Bureau of Justice Statistics Special Report, NCJ251776, "Source and Use of Firearms Involved in Crimes" (2019) |
| 001-13 | | | Picture of Mossberg 500 tactical pump shotgun with collapsible stock |
| 001-14 | | | Picture of A2 birdcage flash hider |
| 001-15 | | | Article entitled ""Violent Crimes Most Likely to Occur At Night" |
| 001-16 | | | Picture of a Winchester Model 94 lever action rifle |
| 001-17 | | | Article entitled "This Day in History, April 16: Virginia Tech Shooting Leaves 32 Dead" |
| **002** | | | **Declaration of Ashley Hlebinsky** in Support of Plaintiffs' Motion for Preliminary Injunction [and Exhibits 002-1 through 002-35] |
| 002-1 | | | Ashley Hlebinsky, Curriculum Vitae |

| Case Title: Miller v. Becerra, et al. | | | Case No. 3:19-cv-01537-BENJ-JLB |
|---|---|---|---|
| **INDEX OF PLAINTIFFS' TRIAL EXHIBITS** | | | |
| EXH. NO. | DATE MARKED | DATE ADMITTED | DESCRIPTION |
| 002-2 | | | Picture of a handcannon and a multiple barrel version |
| 002-3 | | | Example of an early target shooting prize; A German parcel-gilt silver target shooting prize, Dresden, dated 1537, unmarked |
| 002-4 | | | Picture of wheel-lock handgun, circa 1509 |
| 002-5 | | | Pictures of the Lorenzoni system of firearm in long gun and pistol form |
| 002-6 | | | Picture of Girardoni/Girandoni air rifle, 1779 |
| 002-7 | | | Pictures of Volcanic repeating firearms in pistol and rifle forms |
| 002-8 | | | Picture of the 1860 Henry rifle (15+ rounds) |
| 002-9 | | | Picture of the 1853 (Belgium) and 157 (US) patented Genhart rifles (10 rounds) |
| 002-10 | | | Pictures of the Borchardt C-93 semi-automatic pistol with detachable magazine (1893); the Mauser C-96 (1895) with a 10-round magazine; Luger semi-automatic pistol with 32-round snail drum magazines (with pistol grip and shoulder stock attachments). |
| 002-11 | | | Pictures of Lorenzoni system firearm depicting magazine configuration |

| | |
|---|---|
| Case Title: Miller v. Becerra, et al. | Case No. 3:19-cv-01537-BENJ-JLB |

### INDEX OF PLAINTIFFS' TRIAL EXHIBITS

| EXH. NO. | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 002-12 | | | Picture of the Hunt Volitional Rifle with first patented tubular magazine in the U.S. in the 1840s |
| 002-13 | | | Picture of Spencer repeating rifle utilizing a detachable tubular magazine from the buttstock |
| 002-14 | | | Picture of externally visible shot/round counter on Genhart turret rifle which incorporated detachable circular magazine |
| 002-15 | | | Picture of the Jarre Harmonica firearm (pistol form) with a horizontally seated detachable magazine |
| 002-16 | | | Picture of an 1864 Robert Wilson detachable magazine patent an 1855 Roland White box magazine patent |
| 002-17 | | | Pictures of the Mannlicher semi-automatic Model 1886 rifle and James Paris Lee vertically stacked box magazine patent |
| 002-18 | | | Pictures of Winchester Model 1907 and Model 1903 |
| 002-19 | | | Diagram identifying differences between rimfire and centerfire cartridges |
| 002-20 | | | Diagram depicting semi-automated operation of a handgun |
| 002-21 | | | Picture of Mannlicher semi-automatic Model 1886 rifle |

| Case Title: Miller v. Becerra, et al. | | | Case No. 3:19-cv-01537-BENJ-JLB |
|---|---|---|---|
| **INDEX OF PLAINTIFFS' TRIAL EXHIBITS** | | | |
| **EXH. NO.** | **DATE MARKED** | **DATE ADMITTED** | **DESCRIPTION** |
| 002-22 | | | Picture of pistol grip long arm from approximately 1700s |
| 002-23 | | | Pictures of various detachable stock options (e.g., Borchardt semi-automatic pistol of 1893 and the Mauser C-96) |
| 002-24 | | | Pictures of Ithaca Auto and Burglar (1922), Harrington & Richardson Handi Gun (1921); Marble Game Getter (1908); M1A1 Paratrooper Carbine |
| 002-25 | | | Picture of the French Magot rifle from the 1860s |
| 002-26 | | | Picture of German Frei pistol of the 19th and 20th century |
| 002-27 | | | Picture of early Olympic Winchester rifle featuring thumbhole stock |
| 002-28 | | | Picture of snaphaunce blunderbuss with folding stock (dated 1650-1700) |
| 002-29 | | | Picture of Luger Model 1902 semi-automatic carbine |
| 002-30 | | | Pictures of Winchester Model 12 and LC Smith Try Guns |
| 002-31 | | | Picture of M1A1 Paratrooper Carbine |
| 002-32 | | | Picture of Lee-Enfield "jungle carbine" with flash suppressor |

| Case Title: Miller v. Becerra, et al. | | | Case No. 3:19-cv-01537-BENJ-JLB |
|---|---|---|---|
| **INDEX OF PLAINTIFFS' TRIAL EXHIBITS** | | | |
| **EXH. NO.** | **DATE MARKED** | **DATE ADMITTED** | **DESCRIPTION** |
| 002-33 | | | Picture of Brown Bess early single-shot pistol |
| 002-34 | | | Pictures of Remington XP100 (1960s) and Browning Buckmark Silhouette pistols |
| 002-35 | | | Picture of Colier (1814) percussion shotgun and Colt Patterson Model 1839 revolving shotgun |
| **003** | | | **Declaration of George Mocsary** in Support of Plaintiffs' Motion for Preliminary Injunction [and Exhibits 003-1 through 003-9] |
| 003-1 | | | George A. Mocsary, Curriculum Vitae |
| 003-2 | | | Conn. Gen. Stat. § 53-202(a); and Conn. Gen. Stat. § 53-202(c) |
| 003-3 | | | Md. Criminal Law Code Ann. § 4-301; Md. Criminal Law Code Ann. § 4-303; and Md. Pub. Safety §5-101(r)(2). |
| 003-4 | | | Mass. Gen. Laws Ann. Ch. 140, § 131M |
| 003-5 | | | N.J. Stat. Ann. § 2C:39-1w |
| 003-6 | | | N.Y. Penal Law §265.00, 22 |
| 003-7 | | | Haw. Rev. Stat. Ann §§ 134-1, 134-4, 134-8 |
| 003-8 | | | Minn. Stat. Ann. §§ 624.172, subd. 7; 624.7131; and 624.7132, subd.1 and subd. 12 |
| 003-9 | | | Va. Code Ann. §§ 18.2-308.2:01, 18.2-308.2:2(G) |

– 9 –
PLAINTIFFS' NOTICE OF LODGING OF PLAINTIFFS' TRIAL EXHIBITS, DEPOSITION TRANSCRIPTS, AND DEPOSITION VIDEO; AND APPENDIX
CASE NO. 3:19-cv-01537-BEN-JLB

| Case Title: Miller v. Becerra, et al. | | | Case No. 3:19-cv-01537-BENJ-JLB |
|---|---|---|---|
| **INDEX OF PLAINTIFFS' TRIAL EXHIBITS** | | | |
| **EXH. NO.** | **DATE MARKED** | **DATE ADMITTED** | **DESCRIPTION** |
| **004** | | | **Declaration of James Curcuruto** [and Exhibits 004-1 through 004-8] |
| 004-1 | | | "'AR' Stands for Armalite" published May 23, 2011 |
| 004-2 | | | Sporting Arms and Ammunition ("SAAMI") Glossary of Industry Terms for "automatic action" |
| 004-3 | | | NSSF MSR History. 1990-2018 estimated US firearm production – exports + imports of MSR/AR, AK Platform Semi-automatic Rifles and lowers |
| 004-4 | | | 2013 NSSF MSR Comprehensive Consumer Report |
| 004-5 | | | NSSF Firearms Retailer Survey Report (2019) |
| 004-6 | | | NSSF Sport Shooting Participation Survey (2019) |
| 004-7 | | | National Shooting Sports Foundation Report, NSSF-Adjusted NICS – Historical Monthly Chart |
| 004-8 | | | Firearm Production in the United States with Firearm Import and Export Data |
| **005** | | | **Declaration of Joseph Ostini** [and Exhibits 005-1 through 005-28] |
| 005-1 | | | Table of Firearms for Sale in the U.S. Market |

| Case Title: Miller v. Becerra, et al. | | | Case No. 3:19-cv-01537-BENJ-JLB |
|---|---|---|---|
| **INDEX OF PLAINTIFFS' TRIAL EXHIBITS** | | | |
| **EXH. NO.** | **DATE MARKED** | **DATE ADMITTED** | **DESCRIPTION** |
| 005-2 | | | Printout from website: The Biggest Gun Companies in the U.S. Market |
| 005-3 | | | Printout from website: Ruger® SR22® Threaded Barrel Kit-ShopRuger |
| 005-4 | | | Printout from website: LLV-4 Competition Pistol Upper _ Volquartsen Firearms |
| 005-5 | | | Printout from website: Tactical Solutions Inc. - Products - BARRELS FOR RUGER® MARK IV™ PISTOLS |
| 005-6 | | | Printout from website: Tactical Solutions Inc. - Products - BARRELS FOR BROWNING® BUCK MARK® PISTOLS |
| 005-7 | | | Printout from website: XD-M® Elite 4.5_ OSP™ Threaded 9mm Handgun - Springfield Armory |
| 005-8 | | | Printout from website: Beretta Pistols |
| 005-9 | | | Printout from website: Lone Wolf Distributors _ Barrels |
| 005-10 | | | Printout from website: Pistol Barrels For Sale _ Primary Arms |
| 005-11 | | | Printout from website: Double Diamond Threaded Barrel _ Best Glock Accessories _ GlockStore.com |

| Case Title: Miller v. Becerra, et al. | | | Case No. 3:19-cv-01537-BENJ-JLB |
|---|---|---|---|
| **INDEX OF PLAINTIFFS' TRIAL EXHIBITS** | | | |
| **EXH. NO.** | **DATE MARKED** | **DATE ADMITTED** | **DESCRIPTION** |
| 005-12 | | | Printout from website: About Us _ Best Glock Accessories _ GlockStore.com |
| 005-13 | | | Printout from website: Glock _ KKM |
| 005-14 | | | Printout from website: 1911 threaded barrel - MidwayUSA |
| 005-15 | | | Printout from website: 1911 Threaded Barrel at Brownells |
| 005-16 | | | Printout from website: Finding the right 22lr handgun for a child - The Mag Life |
| 005-17 | | | Printout from website: Tactical Shotguns SALE - AtlanticFirearms.com |
| 005-18 | | | Printout from website: The flawed and misleading Donohue, Aneja, & Weber Study claiming right-to-carry laws increase violent crime - Crime Prevention Research Center |
| 005-19 | | | Printout from website: Gun ownership remains at 47%, but that probably underestimates the true rate - Crime Prevention Research Center |
| 005-20 | | | Printout from website: Active Shooter Resources — FBI |
| 005-21 | | | Printout from website: ACJS_Today_March_2015 |
| 005-22 | | | Printout from website: Virginia CIUS2004.indb |

– 12 –
PLAINTIFFS' NOTICE OF LODGING OF PLAINTIFFS' TRIAL EXHIBITS, DEPOSITION TRANSCRIPTS, AND DEPOSITION VIDEO; AND APPENDIX
CASE NO. 3:19-cv-01537-BEN-JLB

| Case Title: Miller v. Becerra, et al. | | | Case No. 3:19-cv-01537-BENJ-JLB |
|---|---|---|---|
| **INDEX OF PLAINTIFFS' TRIAL EXHIBITS** | | | |
| **EXH. NO.** | **DATE MARKED** | **DATE ADMITTED** | **DESCRIPTION** |
| 005-23 | | | Printout from website: FBI — Table 8 - Minnesota |
| 005-24 | | | Printout from website: 2003 Virginia Richmond |
| 005-25 | | | Printout from website: 2009 Virginia Richmond |
| 005-26 | | | Printout from website: 2006 Minnesota |
| 005-27 | | | Printout from website: FBI - Table 8 - Minnesota |
| 005-28 | | | Printout from website: Spike in premeditated killing of police officers, changes in who is killing police - Crime Prevention Research Center |
| **006** | | | **Declaration of Nathan Siegel** in Support of Plaintiffs' Supplemental Brief for Plaintiffs' Motion for Preliminary Injunction |
| **007** | | | **Declaration of Kenneth Brown** [and Exhibit 007-1] |
| 007-1 | | | California DOJ letter to Benelli dated June 23, 2003 |
| **008** | | | **Declaration of Jason Davis** [and Exhibit 008-2] |
| 008-2 | | | Email correspondence between Jason Davis, Alison Merrilees and Steve Buford, California DOJ, dated September 18, 2009 |

| Case Title: Miller v. Becerra, et al. | | | Case No. 3:19-cv-01537-BENJ-JLB |
|---|---|---|---|
| **INDEX OF PLAINTIFFS' TRIAL EXHIBITS** | | | |
| **EXH. NO.** | **DATE MARKED** | **DATE ADMITTED** | **DESCRIPTION** |
| **009** | | | **Declaration of Allen Youngman** in Support of Plaintiffs' Motion for Preliminary Injunction |
| **010** | | | **Declaration of John Lott** in Support of Plaintiffs' Motion for Preliminary Injunction [and Exhibits 010-1 through 010-18] |
| 010-1 | | | John R. Lott Curriculum Vitae |
| 010-2 | | | "Source and Use of Firearms Involved in Crimes: Survey of Prison Inmates, 2016" U.S. Department of Justice, Office of Justice Programs; (2019) Mariel Alper and Lauren Glaze |
| 010-3 | | | "Rifles Used In San Bernardino Shooting Illegal Under State Law" The Wall Street Journal |
| 010-4 | | | "Mexico sets 1st half murder record, up 5.3%" Associated Press (2019); FBI Uniform Crime Report for 2017 |
| 010-5 | | | "2018 Crime in the United States" (Table 20); FBI Criminal Justice Information Services Division (2018) |
| 010-6 | | | "Impact Evaluation of the Public Safety and Recreational Firearms Use Protection Act of 1994"; National Institute of Justice, United States Department of Justice (March 2017) |

| Case Title: Miller v. Becerra, et al. | | | Case No. 3:19-cv-01537-BENJ-JLB |
|---|---|---|---|
| **INDEX OF PLAINTIFFS' TRIAL EXHIBITS** | | | |
| **EXH. NO.** | **DATE MARKED** | **DATE ADMITTED** | **DESCRIPTION** |
| 010-7 | | | "Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003" National Institute of Justice, United States Department of Justice (2004) Koper, et al. |
| 010-8 | | | "Large-Capacity Magazines and the Casualty Counts in Mass Shootings: The Plausibility of Linkages," Justice Research Policy, Volume 17 (2016) Kleck |
| 010-9 | | | "An examination of the effects of concealed weapons laws and assault weapons ban on state-level murder rates, Applied Economics Letters (2014) Gius |
| 010-10 | | | Relevant Excerpts from More Guns, Less Crime, University of Chicago Press (2010) Lott |
| 010-11 | | | "Criminal Use of Assault Weapons and High-Capacity Semiautomatic Firearms: An Updated Examination of Local and National Sources," Journal of Urban Health (2018) Koper, et al. |
| 010-12 | | | "Changes in US mass shooting deaths associated with the 1994-2004 federal assault weapons ban: Analysis of open-source data," Trauma Acute Care Surgery (2018) DiMaggio, et al. |
| 010-13 | | | "The impact of state and federal assault weapons bans on public mass shootings," Applied Economics Letters (2015) Guis |

| | | | |
|---|---|---|---|
| Case Title: Miller v. Becerra, et al. | | | Case No. 3:19-cv-01537-BENJ-JLB |

**INDEX OF PLAINTIFFS' TRIAL EXHIBITS**

| EXH. NO. | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 010-14 | | | "Homicides in Mexico and the expiration of the U.S. federal assault weapons ban: a difference-in-discontinuities approach," Journal of Economic Geography (2017) Chicoine |
| 010-15 | | | "Firearm Legislation and Firearm-Related Fatalities in the United States," JAMA Internal Medicine (2013) Fleegler, et al. |
| 010-16 | | | "The Impact of State Firearm Laws on Homicide and Suicide Deaths in the USA, 1991-2016: A Panel Study," Journal of General Internal Medicine (2019) Siegel, et al. |
| 010-17 | | | "Firearms Laws and the Reduction of Violence A Systematic Review," American Journal of Preventative Medicine (2005) Hahn, et al. |
| 010-18 | | | "Effects of Bans on the Sale of Assault Weapons and High-Capacity Magazines on Mass Shootings," Gun Policy in America (2018) Rand Corporation |
| **011** | | | **Declaration of Adam Kraut** in Support of Plaintiffs' Motion for Preliminary Injunction |
| **012** | | | **Declaration of Robert A. Margulies, M.D.** in Support of Plaintiffs' Motion for Preliminary Injunction [and Exhibits 012-1 through 012-2] |
| 012-1 | | | Curriculum Vitae, Robert A. Margulies, M.D., MPH |

| Case Title: Miller v. Becerra, et al. | | | Case No. 3:19-cv-01537-BENJ-JLB |
|---|---|---|---|
| **INDEX OF PLAINTIFFS' TRIAL EXHIBITS** | | | |
| **EXH. NO.** | **DATE MARKED** | **DATE ADMITTED** | **DESCRIPTION** |
| 012-2 | | | Excerpts from Di Maio, *Gunshot Wounds, Practical Aspects of Firearms, Ballistics, and Forensic Techniques* (Second Ed. 1999) |
| **013** | | | **Declaration of Plaintiff James Miller** in Support of Plaintiffs' Motion for Preliminary Injunction |
| **014** | | | **Declaration of Plaintiff Wendy Hauffen** in Support of Plaintiffs' Motion for Preliminary Injunction [and Exhibit 014-1] |
| 014-1 | | | Article entitled ""Female Gun Owners: We Prefer the AR-15" published at the Washington Free Beacon on November 10, 2019 |
| **015** | | | **Declaration of Plaintiff Ryan Peterson** in Support of Plaintiffs' Motion for Preliminary Injunction |
| **016** | | | **Declaration of Plaintiff John Phillips** in Support of Plaintiffs' Motion for Preliminary Injunction |
| **017** | | | **Declaration of Plaintiff Neil Rutherford** in Support of Plaintiffs' Motion for Preliminary Injunction |
| **018** | | | **Declaration of Plaintiff Adrian Sevilla** in Support of Plaintiffs' Motion for Preliminary Injunction |

| Case Title: Miller v. Becerra, et al. | | | Case No. 3:19-cv-01537-BENJ-JLB |
|---|---|---|---|
| **INDEX OF PLAINTIFFS' TRIAL EXHIBITS** | | | |
| **EXH. NO.** | **DATE MARKED** | **DATE ADMITTED** | **DESCRIPTION** |
| **019** | | | **Declaration of Plaintiff Michael A. Schwartz** in Support of Plaintiffs' Motion for Preliminary Injunction |
| **020** | | | **Declaration of Gene Hoffman** in Support of Plaintiffs' Motion for Preliminary Injunction |
| **021** | | | **Declaration of Alan Gottlieb** in Support of Plaintiffs' Motion for Preliminary Injunction |
| **022** | | | **Declaration of Brandon Combs** in Support of Plaintiffs' Motion for Preliminary Injunction |
| **023** | | | **Declaration of Brandon Combs** in Support of Plaintiffs' Supplemental Brief for Plaintiffs' Motion for Preliminary Injunction [and Exhibit 023-1] |
| 023-1 | | | California DOJ, July 11, 2018 Response Letter to Brandon Combs With Records |
| 024 | | | State of California Budget Change Proposal FY 2017-2018 |
| 025 | | | Notice of Deposition of Lucy P. Allen [FRCP 30] |
| 026 | | | Expert Report of Lucy P. Allen, *Rupp. v. Becerra*, Case No. 8:17-cv-00746-JLS-JDE (C.D. Cal.) filed 3/25/19 |
| 027 | | | Article, "Meet the two men who chased the gunman in Sutherland Springs shootings," Austin American-Statesman, Nov. 6, 2017 |

| Case Title: Miller v. Becerra, et al. | | | Case No. 3:19-cv-01537-BENJ-JLB |
|---|---|---|---|
| **INDEX OF PLAINTIFFS' TRIAL EXHIBITS** | | | |
| **EXH. NO.** | **DATE MARKED** | **DATE ADMITTED** | **DESCRIPTION** |
| 028 | | | Cal. Penal Code § 30510 (from Cal. Legislative Information Website) |
| 029 | | | Article, "Gunman kills 3, shoots self at UPS building in SF," San Francisco Chronicle, June 17, 2017 |
| 030 | | | Article, "Police: UPS shooter in San Francisco armed with stolen guns," Associated Press, June 23, 2017 |
| 031 | | | Virginia Tech Review Panel: *Mass Shootings at Virginia Tech, April 16, 2007, Report of the Review Panel* Presented to Governor Kaine, Commonwealth of Virginia, Aug. 2007 |
| 032 | | | **Declaration of John Lott** in Support of Plaintiffs' Memorandum in Opposition to Defendants' *Daubert* Motion to Preclude Testimony of John R. Lott Jr. [and Exhibits 1-4], filed 1/20/2021 |