| | |
|---|---|
| 1 | John W. Dillon (SBN 296788) |
| 2 | jdillon@dillonlawgp.com |
| | **DILLON LAW GROUP APC** |
| 3 | 2647 Gateway Road |
| 4 | Suite 105, No. 255 |
| | Carlsbad, California 92009 |
| 5 | Phone: (760) 642-7150 |
| 6 | Fax: (760) 642-7151 |
| 7 | George M. Lee (SBN 172982) |
| 8 | gml@seilerepstein.com |
| | **SEILER EPSTEIN LLP** |
| 9 | 275 Battery Street, Suite 1600 |
| 10 | San Francisco, California 94111 |
| | Phone: (415) 979-0500 |
| 11 | Fax: (415) 979-0511 |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al., | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF LODGING OF PLAINTIFFS' EXHIBIT 033 IN RESPONSE TO DEFENDANTS' IMPEACHMENT EXHIBIT DX.** |
| vs. | |
| XAVIER BECERRA, in his official capacity as Attorney General of California, et al., | Trial: February 3, 2021 |
| | Time: 10:00 a.m. |
| | Courtroom 5A |
| Defendants. | Judge: Hon. Roger T. Benitez |

//

//

– 2 –

1 **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that Plaintiffs hereby lodge Plaintiffs' Trial Exhibit 033 in response to Defendants' Impeachment Exhibit DX lodged with the Court on February 2, 2021. Plaintiffs' Trial Exhibit 033 is the Declaration of David Mustard, electronically filed concurrently with this notice.

Dated: February 2, 2021

Respectfully submitted,

**SEILER EPSTEIN LLP**

/s/ George M. Lee
George M. Lee

**DILLON LAW GROUP APC**

/s/ John W. Dillon
John W. Dillon
Attorneys for Plaintiffs