XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3776
 Fax:  (415) 703-1234
 E-mail:  Peter.Chang@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MILLER, et al.,** | Case No. 19-cv-1537-BEN-JLB |
| Plaintiffs, | **DEFENDANTS' NOTICE OF LODGING OF DEFENDANTS' DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS** |
| v. | |
| **CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,** | Date:        February 3, 2021<br>Time:       10:00 a.m.<br>Dept:       5A<br>Judge:      Hon. Roger T. Benitez<br>Trial Date:  February 3, 2021<br>Action Filed:  August 15, 2019 |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that Defendants hereby lodge Defendants' designations and counter-designations of deposition transcripts as concurrently filed Exhibits 1 and 2, respectively. These designations and counter-designations were previously served on counsel for Plaintiffs on January 29, 2021 and February 1, 2021, respectively, pursuant to the parties' agreement.

Dated: February 3, 2021

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
JOHN D. ECHEVERRIA
Deputy Attorneys General

s/ Peter H. Chang

PETER H. CHANG
Deputy Attorney General
*Attorneys for Defendants*

SA2019104420
42542286.docx

2

Defs.' Notice of Lodging of Dep. Designations & Counter-Designations
(3:19-cv-01537-BEN-JLB)

# EXHIBIT 1

| | |
|---|---|
| 1 | XAVIER BECERRA |
| | Attorney General of California |
| 2 | State Bar No. 118517 |
| | MARK R. BECKINGTON |
| 3 | Supervising Deputy Attorney General |
| | State Bar No. 126009 |
| 4 | JOSE A. ZELIDON-ZEPEDA |
| | Deputy Attorney General |
| 5 | State Bar No. 227108 |
| | PETER H. CHANG |
| 6 | Deputy Attorney General |
| | State Bar No. 241467 |
| 7 | JOHN D. ECHEVERRIA |
| | Deputy Attorney General |
| 8 | State Bar No. 268843 |
| |   455 Golden Gate Avenue, Suite 11000 |
| 9 |   San Francisco, CA 94102-7004 |
| |   Telephone: (415) 510-3479 |
| 10 |   Fax: (415) 703-1234 |
| |   E-mail: John.Echeverria@doj.ca.gov |
| 11 | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER, et al.,** | 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **DEFENDANTS' DEPOSITION DESIGNATIONS** |
| v. | Date: February 3, 2021 |
| **CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,** | Time: 10:00 a.m. |
| | Dept: 5A |
| | Judge: Hon. Roger T. Benitez |
| | Trial Date: February 3, 2021 |
| Defendants. | Action Filed: August 15, 2019 |

# DEFENDANTS' DEPOSITION DESIGNATIONS

| Witness | Defendants' Designated Deposition Testimony |
|---|---|
| Robert A. Margulies | 26:7-17; 29:5-16; 30:7-31:1; 31:3-8, 13-16; 36:14-22; 39:15-21; 41:4-13; 46:7-9; 47:5-48:11; 49:15-25; 55:16-56:1; 59:22-24; 64:10-15; 66:21-23; 67:15-17; 68:3-12; 88:6-15; 96:3-8; 97:11-23; 100:14-17; 101:14-25; 102:21-103:10; 103:15-104:2; 109:19-22; 110:5-24; 112:2-3, 11-12; 111:22-112:7; 120:3-5, 12-17; 121:16-122:7; 123:15-21; 124:18-25. |
| Ashley Hlebinsky | 24:7-11; 25:23-26:2; 26:13-27:2; 28:24-29:2; 34:5-13; 132:7-17; 38:3-12; 45:12-15; 38:5-11; 51:25-52:5; 53:18-21; 56:12-15; 59:2-23; 60:6-10; 61:19-62:12; 65:11-15; 66:1-17; 67:14-68:16; 70:20-22; 72:2-21; 72:24-73:15; 74:2-4; 78:12-22; 81:20-25; 83:4-20; 85:5-19; 88:14-19; 88:20-89:3; 89:12-25; 90:8-9; 91:4-6; 92:18-19; 93:4-7; 95:19-96:6; 96:16-21; 97:17-23; 98:8-10; 99:12-14; 100:12-22; 102:7-10; 104:3-6; 106:3-10; 110:18-111:4; 115:21-116:2; 122:21-25; 126:5-7; 133:9-12; 134:1-3; 140:6-12; 141:6-9. |
| James Curcuruto | 14:9-11; 14:20-22; 15:12-16:3; 21:5-7; 21:9-12; 21:19-22:2; 22:5-7; 22:14-17; 24:7-11; 29:2-16; 29:21-30:5; 30:6-8; 30:9-11; 30:12-14; 30:15-17; 30:18-20; 30:21-23; 41:11-18 ; 41:11-21; 43:3-16; 44:12-24; 44:25-45:18; 46:17-23; 50:21-52:11; 52:19-53:10; 56:3-8; 56:14-18; 56:19-57:23; 57:21-23; 58:1-3; 58:15-18; 58:21-59:1; 59:2-4; 59:12-15; 60:6-17; 61:20-62:11; 65:10-18; 69:13- |

| Witness | Defendants' Designated Deposition Testimony |
|---|---|
| | 19; 71:1-11; 71:12-18; 72:20-22; 76:5-14; 76:24-77:3; 77:21-78:10; 82:14-19; 83:14-84:3; 84:22-85:6; 87:2-12; 88:16-21; 87:13-24; 91:8-25; 96:17-21; 97:1-16; 97:25-98:3; 98:12-15; 99:10-19; 101:3-8; 103:10-19; 102:5-25; 103:22-104:8; 106:10-19; 106:22-111:12; 115:19-116:24; 118:3-24; 119-20-22; 119:23-123:4; 123:7-9; 123:10-13; 123:14-16; 123:17-22; 123:23-124:1; 124:6-12; 124:13-15; 124:16-20; 125:5-19; 126:4-10; 128:8-129:2; 129:14-18; 130:15-18; 140:23-141:13. |
| Kenneth Brown | 18:5-14; 18:17-19; 19:4-13; 22:4-8; 22:13-18; 26:10-21; 27:8-28:6; 28:16-29:2; 29:16-24; 31:4-20; 45:23-46:4; 46:24-47:3; 48:3-9; 48:17-49:6; 49:9-50:3 |
| Emanuel Kapelsohn | 22:10-18; 25:15-22; 26:4-14; 26:15-19; 26:20-27; 28:13-14; 28:18-29:9; 29:10-12; 30:25-31:3; 31:14-32:10; 36:9-37:21; 37:22-38:17; 39:8-40:10; 42:18-43:17; 46:12-15; 48:24-49:20; 52:14-21; 56:2-16; 56:23-57:15; 59:8-12; 59:14-60:1; 61:22-62:2; 66:11-21; 68:15-18; 68:19-22; 77:2-78:12; 78:13-16; 79:6-82:4; 82:18-83:13; 83:14-88:5; 90:2-14; 90:20-91:10; 93:12-95:2; 97:17-98:13; 102:7-104:1; 104:23-106:11; 106:15-108:8; 108:15-109:9; 109:23-113:22; 114:3-12; 120:16-22; 121:22-123:6; 124:3-11; 124:19-24; 125:21-126:2; 126:3-10; 128:19-129:11; 130:3-13; 131:3-10; 131:11-21; 132:14-133:8; 133:12-17; 134:18-20; 134:21-135:7; 135:8-136:13; 137:23-138:12; 141:19-21; 142:7-12; 142:18-23; 143:3-12; 144-19; 145:23-146:4; 147:10-148:13; 149:8- |

| Witness | Defendants' Designated Deposition Testimony |
|---|---|
| | 25; 153:22-154:13; 155:7-157:3; 158:16-159:5; 161:16-162:15; 162:16-163:6; 169:7-21; 170:5-171:7; 171:12-17; 173:5-7; 174:13-175:9; 175:17-20; 175:21-176:10; 177:2-10; 177:18-178:10; 204:9-15; 207:12-208:16; 211:1-5; 215:2-22 |
| Allen Youngman | 20:2-5; 20:6-23; 21:16-18; 21:22-22:5; 22:17-23:11; 23:25-24:20; 25:6-10; 27:15-17; 29:10-24; 29:25-30:5; 35:11-38:1; 40:20-41:1; 42:23-43:13; 43:20-45:11; 48:6-49:8; 50:7-51:5; 51:6-52:1; 52:2-53:1; 54:4-6; 55:8-17; 58:7-59:6; 59:13-61:9; 61:19-62:10; 62:16-18; 66:25-68:11; 69:20-70:11; 70:12-16; 70:22-71:4; 71:15-72:3; 72:20-73:7; 75:14-76:2; 78:21-79:23; 80:25-82:2; 84:3-85:6; 93:19-97:4; 102:13-103:8; 104:2-12; 113:8-115:18; 115:19-117:2; 116:17-118:23; 118:24-119:4; 120:21-121:24; 124:18-125:15; 126:20-129:4; 129:5-18; 130:3-20; 131:7-133:8; 133:15-134:16; 134:17-135:14; 136:16-21; 137:6-16; 137:17-138:16; 139:5-9; 139:10-21; 139:22-140:20; 141:3-16; 141:21-143:7 |
| John R. Lott, Jr. | 13:6-22; 15:15-16:1; 16:2-25; 21:19-22:10; 23:14-24:2; 24:3-25:4; 25:5-32:18; 33:4-16; 35:22-36:8; 38:7-25; 40:16-41:9; 41:21-42:44:16; 45:8-18; 47:18-90:11; 97:6-10; 100:6-9; 111:25-114:5; 119:7-121:12; 121:13-125:8; 125:25-128:21; 135:21-136:12; 139:16-22; 142:14-20; 146:4-148:19; 156:21-171:3; 171:8-176:24; 184:5-185:16; 189:6-190:25; 191:12-20; 193:11-194:15; 194:24-195:2; 195:8-196:8; 198:10-203:10; 205:9- |

| Witness | Defendants' Designated Deposition Testimony |
|---|---|
| | 212:10; 212:11-15; 214:14-220:16; 223:2-11; 225:15-23; 226:10-12; 226:12-230:4; 232:1-233:4; 233:5-234:11; 238:7-240:15; 241:23-242:11; 244:24-246:5; 246:9-254:11; 255:1-19; 256:17-257:4; 258:16-25; 263:2-265:5; 265:15-23; 269:1-270:1; 270:20-24; 273:10-274:25; 280:7-282:3; 283:6-21; 285:7-286:20; 289:19-292:23; 293:16-295:19; 296:11-298:15; 298:16-19; 299:6-24; 301:5-9; 302:22-303:3; 304:18-305:8; 312:2-315:25; 316:16-317:14; 318:25-319:10; 321:8-24; 322:4-325:5 |

Dated:  January 29, 2021

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
PETER H. CHANG
Deputy Attorneys General

s/ John D. Echeverria

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendants*

# **DECLARATION OF SERVICE BY E-MAIL**

Case Name: **James Miller et al. v. Xavier Becerra, et al.**
Case No.: **3:19-cv-01537-BEN-JLB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

On <u>January 29, 2021</u>, I served the attached **DEFENDANTS' DEPOSITION DESIGNATIONS** by transmitting a true copy via electronic mail, addressed as follows:

John W. Dillon
JDillon@Dillonlawgp.com

George M. Lee
gml@seilerepstein.com

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 29, 2021, at San Francisco, California.

| John D. Echeverria | /s/ John D. Echeverria |
|---|---|
| Declarant | Signature |

SA2019104420
42535276.docx

# EXHIBIT 2

XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3479
 Fax:  (415) 703-1234
 E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER, et al.,**<br><br>                              Plaintiffs,<br><br>     **v.**<br><br>**CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,**<br><br>                              Defendants. | 3:19-cv-01537-BEN-JLB<br><br>**DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS**<br><br>Date:          February 3, 2021<br>Time:          10:00 a.m.<br>Dept:          5A<br>Judge:         Hon. Roger T. Benitez<br>Trial Date:    February 3, 2021<br>Action Filed:  August 15, 2019 |

**DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS**

| Witness | Defendants' Counter-Designated Deposition Testimony |
|---|---|
| Lucy P. Allen | 40:9-47:12; 70:10-71:1; 73:16-75:9; 114:19-115:3; 127:11-13; 160:1-162:21; 163:12-21; 229:6-230:18. |

Dated: February 1, 2021

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
PETER H. CHANG
Deputy Attorneys General

s/ John D. Echeverria

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendants*

## **DECLARATION OF SERVICE BY E-MAIL**

Case Name: **James Miller et al. v. Xavier Becerra, et al.**
Case No.: **3:19-cv-01537-BEN-JLB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

On February 1, 2021, I served the attached **DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS** by transmitting a true copy via electronic mail, addressed as follows:

John W. Dillon
JDillon@Dillonlawgp.com

George M. Lee
gml@seilerepstein.com

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 1, 2021, at San Francisco, California.

| John D. Echeverria | /s/ John D. Echeverria |
|---|---|
| Declarant | Signature |

## CERTIFICATE OF SERVICE

Case Name: **James Miller et al. v. Xavier Becerra, et al.**
Case No. **3:19-cv-01537-BEN-JLB**

I hereby certify that on <u>February 3, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## DEFENDANTS' NOTICE OF LODGING OF DEFENDANTS' DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 3, 2021</u>, at San Francisco, California.

|  |  |
|---|---|
| Robert Hallsey | /s/ Robert Hallsey |
| Declarant | Signature |

SA2019104420
42542289.docx