John W. Dillon (SBN 296788)
jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>        Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>**PLAINTIFFS' NOTICE OF LODGING OF DEPOSITION DESIGNATIONS, COUNTER-DESIGNATIONS AND DEPOSITION VIDEO**<br><br>Trial: February 3, 2021<br>Time: 10:00 a.m.<br>Courtroom 5A<br>Judge: Hon. Roger T. Benitez |

## <u>NOTICE OF LODGING</u>

TO THE COURT, AND TO ALL PARTIES, THROUGH THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 10, 2021, plaintiffs James Miller, et al. ("plaintiffs") are hereby lodging in the chambers of the Hon. Roger T. Benitez the following documents:

- Plaintiffs' Designations of Deposition Testimony, served on January 29, 2021, attached hereto as **Exhibit A**;
- Plaintiffs' Counter-Designations of Deposition Testimony, served on February 2, 2021, attached hereto as **Exhibit B**; and
- Video testimony of Lucy Allen, taken January 12, 2021 (three separate .mpg files, lodged on a USB device); and
- Video testimony of Emanuel Kapelsohn, taken January 8, 2021 (three separate .mpg files, lodged on USB storage device).
- Video testimony of John R. Lott, Jr., taken January 22, 2021(five separate .mpg filed, lodged on USV storage device).

Dated: February 10, 2021          **SEILER EPSTEIN LLP**


                                  /s/ George M. Lee
                                  George M. Lee

                                  **DILLON LAW GROUP APC**


                                  /s/ John W. Dillon
                                  John W. Dillon

                                  Attorneys for Plaintiffs

# EXHIBIT "A"

John W. Dillon (SBN 296788)
  jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

George M. Lee (SBN 172982)
  gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al., | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **PLAINTIFFS' DESIGNATIONS OF DEPOSITION TESTIMONY** |
| vs. | |
| XAVIER BECERRA, in his official capacity as Attorney General of California, et al., | Trial: February 3, 2021<br>Time: 10:00 a.m.<br>Courtroom 5A<br>Judge: Hon. Roger T. Benitez |
| Defendants. | |

//
//

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY

Pursuant to this Court's Pretrial Order of December 18, 2020 [ECF No. 72], and the parties' stipulation, plaintiffs James Miller et al. ("plaintiffs") hereby identify and will lodge the following excerpts from the Depositions taken in this matter as follows:

| DEPOSITION OF LUCY P. ALLEN TAKEN JANUARY 12, 2021 | |
|---|---|
| **Start (Page/Line)** | |
| 6:6 – 8:18 | |
| 10:18 – 11:9 | |
| 21:13 – 23 | |
| 22:11-18 | |
| 23:18 – 25:14 | |
| 26:23 – 27:8 | |
| 27:14-21 | |
| 33:7 – 34:20 | |
| 37:25 – 40:8 | |
| 48:16 – 50:18 | |
| 51:9 – 54:9 | |
| 57:12 – 58:13 | |
| 66:1-20 | |
| 68:12 – 70:9 | |
| 71:2 – 73:15 | |
| 75:10 – 76:15 | |
| 76:16 – 79:6 | |
| 80:2 – 93:25 | |
| 94:8 – 96:13 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| DEPOSITION OF LUCY P. ALLEN TAKEN JANUARY 12, 2021 | |
| --- | --- |
| **Start (Page/Line)** | |
| 97:10 – 100:9 | |
| 104:1-21 | |
| 104:22 – 105:18 | |
| 106:7 – 109:12 | |
| 110:15-25 | |
| 111:5 – 114:7 | |
| 116:4 – 119:15 | |
| 119:16 – 120:19 | |
| 126:19 – 127:10 | |
| 128:2-15 | |
| 128:16-19 | |
| 129:8 – 131:22 | |
| 131:23 – 139:14 | |
| 140:18 – 142:8 | |
| 142:9 – 145:4 | |
| 145:14 – 146:7 | |
| 149:4 – 153:11 | |
| 155:9 – 159:19 | |
| 162:22 – 163:11 | |
| 164:7-24 | |
| 168:1 – 169:20 | |
| 170:5 – 172:15 | |
| 172:16 – 173:13 | |
| 174:3 – 175: 17 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| **DEPOSITION OF LUCY P. ALLEN**<br>**TAKEN JANUARY 12, 2021** | |
| --- | --- |
| **Start (Page/Line)** | |
| 176:6 – 182:6 | |
| 182:7-15 | |
| 183:12 – 184:12 | |
| 184:13-20 | |
| 185:6 – 187:23 | |
| 201:2-25 | |
| 211:1-21 | |
| 212:8 – 216:25 | |
| 217:1 – 219:7 | |
| 219:8 – 223:12 | |
| 224:10 – 228:9 | |

| **DEPOSITION OF EMANUEL KAPELSOHN**<br>**TAKEN JANUARY 8, 2021** | |
| --- | --- |
| **Page/Lines** | |
| 178:17 – 200:3 | |

| **DEPOSITION OF JAMES CURCURUTO**<br>**TAKEN JANUARY 19, 2021** | |
| --- | --- |
| **Page/Lines** | |
| 135:23 – 140:13 | |

1
2
3
4
5
6

| **DEPOSITION OF ASHLEY HLEBINSKY**<br>**TAKEN JANUARY 7, 2021** | |
|---|---|
| **Page/Lines** | |
| 134:11-142:16 | |

7

_____

8   True and correct copies of the deposition testimony excerpted above, and

9   exhibits referenced in the Deposition, will be lodged with the Court.

10   Respectfully submitted,

11   Dated: January 29, 2021             **SEILER EPSTEIN LLP**

12

13                                       /s/ George M. Lee
                                         George M. Lee

14

15                                       **DILLON LAW GROUP APC**

16

17                                       /s/ John W. Dillon
                                         John W. Dillon

18                                       Attorneys for Plaintiffs

19
20
21
22
23
24
25
26
27
28

# EXHIBIT "B"

John W. Dillon (SBN 296788)
  jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

George M. Lee (SBN 172982)
  gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al., | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **PLAINTIFFS' COUNTER-DESIGNATIONS OF DEPOSITION TESTIMONY** |
| vs. | |
| XAVIER BECERRA, in his official capacity as Attorney General of California, et al., | Trial: February 3, 2021<br>Time: 10:00 a.m.<br>Courtroom 5A<br>Judge: Hon. Roger T. Benitez |
| Defendants. | |

//
//

1   **PLAINTIFFS' COUNTER-DESIGNATIONS OF DEPOSITION TESTIMONY**

2         Pursuant to this Court's Pretrial Order of December 18, 2020 [ECF No. 72], and

3   the parties' stipulation, plaintiffs James Miller et al. ("plaintiffs") hereby submit and

4   will lodge the following additional excerpts from the Depositions taken in this matter

5   as follows:

6

| DEPOSITION OF EMANUEL KAPELSOHN TAKEN JANUARY 8, 2021 | |
|---|---|
| **Page/Lines** | |
| 98:23 – 101:8 | |
| 101:16 – 102:6 | |
| 124:3-18 | |
| 124:25 – 125:19 | |
| 141:19 – 142:6 | |
| 150:1 – 151:13 | |
| 169:5-21 | |

| DEPOSITION OF JAMES CURCURUTO TAKEN JANUARY 19, 2021 | |
|---|---|
| **Page/Lines** | |
| 41:11 – 45:9 | |
| 106:10 – 117:16 | |
| 126:15 – 127:3 | |
| 129:14-21 | |
| 130:15-18 | |
| 131:11 – 132:5 | |

| DEPOSITION OF JAMES CURCURUTO TAKEN JANUARY 19, 2021 | |
| --- | --- |
| **Page/Lines** | |
| 132:16 – 135:16 | |

| DEPOSITION OF D. ALLEN YOUNGMAN TAKEN JANUARY 6, 2021 | |
| --- | --- |
| **Page/Lines** | |
| 32:10 – 33:1 | |
| 45:12-19 | |
| 63:21 – 66:1 | |
| 74:16 – 75:4 | |
| 77:25 – 80:11 | |
| 83:19 – 85:6 | |
| 145:25 – 156:15 | |

| DEPOSITION OF DR. ROBERT A. MARGULIES TAKEN DECEMBER 18, 2020 | |
| --- | --- |
| **Page/Lines** | |
| 18:17 – 19:12 | |
| 52:15 – 54:3 | |
| 131:4 – 134:11 | |
| 134:15 – 135:2 | |

| **DEPOSITION OF ASHLEY HLEBINSKY** | |
| :--- | :--- |
| **TAKEN JANUARY 7, 2021** | |
| **Page/Lines** | |
| 22:14-23:21 | |
| 24:7-25:1 | |
| 26:13-28:13 | |
| 28:24-29:9 | |
| 30:7-17 | |
| 35:21-36:13 | |
| 38:3-39:2 | |
| 40:7-41:10 | |
| 47:2-12 | |
| 48:5-11 | |
| 48:20-25 | |
| 51:22-52:11 | |
| 53:22-54:1 | |
| 55:10-22 | |
| 56:12-57:11 | |
| 58:15-23 | |
| 61:4-62:1 | |
| 62:15-18 | |
| 62:24-64:8 | |
| 64:16-19 | |
| 66:11-67:2 | |
| 72:24-73:20 | |
| 75:7-76:22 | |
| 78:12-80:17 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| DEPOSITION OF ASHLEY HLEBINSKY TAKEN JANUARY 7, 2021 | |
|---|---|
| **Page/Lines** | |
| 81:20-82:6 | |
| 83:4-84:11 | |
| 85:25-86:14 | |
| 87:2-13 | |
| 88:20-89:10 | |
| 90:10-12 | |
| 93:4-10 | |
| 94:7-24 | |
| 95:22-95:25 | |
| 98:8-13 | |
| 99:20-100:21 | |
| 101:8-24 | |
| 102:18-25 | |
| 108:3-112:21 | |
| 113:8-114:13 | |
| 115:21-116:10 | |
| 117:1-120:16 | |
| 122:14-123:7 | |
| 124:10-21 | |
| 126:3-21 | |
| 127:13-128:2 | |
| 129:15-130:7 | |
| 132:7-19 | |
| 133:9-23 | |

1
2

| DEPOSITION OF ASHLEY HLEBINSKY TAKEN JANUARY 7, 2021 | |
| --- | --- |
| **Page/Lines** | |
| 134:12-142:16 | |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| DEPOSITION OF DR. JOHN R. LOTT, JR. TAKEN JANUARY 22, 2021 | |
| --- | --- |
| **Page/Lines** | |
| 33:14-17 | |
| 35:22-36:13 | |
| 52:12-25 | |
| 55:18-56:15 | |
| 60:6-61:6 | |
| 74:10-12 | |
| 78:7-8 | |
| 107:16-25 | |
| 115:19-117:12 | |
| 139:13-141:17 | |
| 142:24-144:18 | |
| 146:7-13 | |
| 147:10-20 | |
| 157:1-170:4 | |
| 170:25-171:12 | |
| 171:23-172:3 | |
| 172:22-174:15 | |
| 175:15-176:24 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| DEPOSITION OF DR. JOHN R. LOTT, JR. TAKEN JANUARY 22, 2021 | |
|---|---|
| **Page/Lines** | |
| 188:21-190:5 | |
| 190:18-25 | |
| 194:18-204:10 | |
| 206:17-212:15 | |
| 214:17-215:22 | |
| 216:20-220:16 | |
| 223:12-224:7 | |
| 225:15-226:9 | |
| 226:24-231:11 | |
| 234:12-20 | |
| 235:9-24 | |
| 239:23-240:25 | |
| 241:18-244:5 | |
| 246:1-252:3 | |
| 252:17-254:11 | |
| 256:3-19 | |
| 257:5-15 | |
| 259:8-260:6 | |
| 260:23-262:1 | |
| 263:2-265:8 | |
| 265:18-266:2 | |
| 266:8-15 | |
| 267:1-268:25 | |
| 270:4-19 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| DEPOSITION OF DR. JOHN R. LOTT, JR. TAKEN JANUARY 22, 2021 | |
|---|---|
| **Page/Lines** | |
| 271:13-21 | |
| 272:5-24 | |
| 273:22-275:6 | |
| 275:21-278:14 | |
| 279:1-282:3 | |
| 283:2-25 | |
| 286:21-287:12 | |
| 289:1-18 | |
| 292:3-15 | |
| 293:19-298:23 | |
| 299:25-301:22 | |
| 302:25-303:8 | |
| 304:18-25 | |
| 306:2-307:18 | |
| 312:2-19 | |
| 313:13-316:13 | |
| 317:15-318:17 | |
| 319:11-321:24 | |
| 322:12-323:20 | |
| 324:15-325:6 | |

| **DEPOSITION OF KENNETH BROWN**<br>**TAKEN JANUARY 15, 2021** | |
|---|---|
| **Page/Lines** | |
| 15:3-13 | |
| 15:22-16:7 | |
| 16:4-9 | |
| 20:11-24 | |
| 21:15-22:8 | |
| 23:24-25:20 | |
| 28:7-18 | |
| 29:3-15 | |
| 30:9-31:9 | |
| 32:15-33:2 | |
| 32:14-34:4 | |
| 34:24-36:15 | |
| 42:18-45:17 | |
| 48:3-24 | |

_____

True and correct copies of the deposition testimony excerpted above, and exhibits referenced in the Deposition, will be lodged with the Court.

Respectfully submitted,

1

Dated: February 2, 2021

**SEILER EPSTEIN LLP**

2

3

/s/ George M. Lee
George M. Lee

4

**DILLON LAW GROUP APC**

5

6

/s/ John W. Dillon
John W. Dillon

7

8

Attorneys for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28