1  John W. Dillon (SBN 296788)
2      jdillon@dillonlawgp.com
   **DILLON LAW GROUP APC**
3  2647 Gateway Road
4  Suite 105, No. 255
   Carlsbad, California 92009
5  Phone: (760) 642-7150
6  Fax: (760) 642-7151

7  George M. Lee (SBN 172982)
8      gml@seilerepstein.com
   **SEILER EPSTEIN LLP**
9  275 Battery Street, Suite 1600
10 San Francisco, California 94111
   Phone: (415) 979-0500
11 Fax: (415) 979-0511

12 *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>**PLAINTIFFS' NOTICE OF LODGING OF PLAINTIFFS' TRIAL EXHIBIT 034**<br><br>Trial: February 3, 2021<br>Time: 10:00 a.m.<br>Courtroom 5A<br>Judge: Hon. Roger T. Benitez |

## <u>NOTICE OF LODGING</u>

TO THE COURT, AND TO ALL PARTIES, THROUGH THEIR COUNSEL OF RECORD:

1   PLEASE TAKE NOTICE that on February 10, 2021, plaintiffs James Miller, et
2   al. ("plaintiffs") are hereby lodging in the chambers of the Hon. Roger T. Benitez the
3   following documents:

4   - Plaintiffs' Trial Exhibit 034, marked at the trial of the above matter on
5     February 5, 2021.

7   Dated: February 10, 2021                **SEILER EPSTEIN LLP**

9                                           /s/ George M. Lee
                                            George M. Lee

11                                          **DILLON LAW GROUP APC**

12                                          /s/ John W. Dillon
13                                          John W. Dillon

14                                          Attorneys for Plaintiffs