1  John W. Dillon (SBN 296788)
2    jdillon@dillonlawgp.com
   **DILLON LAW GROUP APC**
3  2647 Gateway Road
4  Carlsbad, California 92009
   Phone: (760) 642-7150
5  Fax: (760) 642-7151

6
   George M. Lee (SBN 172982)
7    gml@seilerepstein.com
8  **SEILER EPSTEIN LLP**
   275 Battery Street, Suite 1600
9  San Francisco, California 94111
   Phone: (415) 979-0500
10 Fax: (415) 979-0511

11

12 *Attorneys for Plaintiffs*

13          **UNITED STATES DISTRICT COURT**

14

       **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

15

16 JAMES MILLER, an individual, et al.,          Case No. 3:19-cv-01537-BEN-JLB

17          Plaintiffs,                          ~~[PROPOSED]~~ **PRETRIAL ORDER**

18 vs.
                                                 **[CIV. L.R. 16.1(F)(6)]**
19
20 XAVIER BECERRA, in his official              Pretrial Conference: Dec. 16, 2020
   capacity as Attorney General of             Time: 10:00 a.m.
21 California, et al.,                          Courtroom 5A
                                                Judge: Hon. Roger T. Benitez
22
          Defendants.                           Trial Date: January 21, 2021
23

24

25

26

27

28

**PRETRIAL ORDER**

**CAUSES OF ACTION TO BE TRIED**
**[L.R. 16.1(F)(6)(C)(2)]**

Plaintiffs' claims for relief arise under 42 U.S.C. § 1983, for Defendants' laws, policies, customs, and enforcement practices which violate the right to keep and bear arms under the Second Amendment to the U.S. Constitution. First Amended Complaint [ECF Dkt. 9] ("FAC"), ¶¶ 90-104. Plaintiffs seek relief, as pleaded in their FAC, as follows:

"1.    For declaratory relief adjudging that the definitions of "assault weapon" pursuant to Penal Code §§ 30515(a) and (b), and Title 11, California Code of Regulations §§ 5460 and 5471, are unconstitutional on their face and as applied, and violate the Second Amendment, to the extent that the State's laws and regulations operate to prohibit or prevent Plaintiffs and similarly situated persons from exercising their rights, including acquiring, keeping, bearing, transporting, transferring, and using "assault weapons" for lawful purposes;

2.    For declaratory relief adjudging that California Penal Code §§ 30600, 30605, 30800, 30910, 30915, 30925, 30945, 30950, 31000, and 31005 are unconstitutional on their face and as applied, and in violation of the Second Amendment, to the extent that the State's laws and regulations operate to prohibit or prevent Plaintiffs and similarly situated persons from exercising their rights, including acquiring, keeping, bearing, transporting, transferring, and using "assault weapons" for lawful purposes;

3.    For declaratory relief supporting an injunction, and an order temporarily and permanently enjoining Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them, who receive actual notice of the injunction, from enforcement or application of Penal Code §§ 30515(a) and (b), 30600, 30605, 30800, 30910, 30915, 30925, 30945, 30950, 31000, and 31005, as well as Title 11, California

1    Code of Regulations §§ 5460 and 5471, against Plaintiffs on an as-applied

2    basis, and against all similarly situated persons;

3         4.    For costs of suit, including attorneys' fees and costs under 42

4    U.S.C. § 1988 and any other applicable law; and

5         5.    For any and all further relief to which Plaintiffs may be justly

6    entitled."

7    [FAC, pp. 41-42].

8         Plaintiffs have withdrawn their claim as to Pen. Code § 30925.

9         Defendants contend that Plaintiffs are not entitled to the relief they seek.

10   Defendants contend that the challenged statutes and regulations do not violate the

11   Second Amendment, either facially or as applied to Plaintiffs.  Defendants further

12   contend that Plaintiffs lack standing to challenge Penal Code §§ 30800, 30915, 30945,

13   30950, 31000, and 31005.

14

15                      **LIST OF WITNESSES**

16                      **[L.R. 16.1(F)(6)(C)(3)]**

17        The parties have agreed and stipulated to submission of the direct testimony of

18   each witness listed below on the written declarations that have already been submitted

19   in connection with this case, and that all cross-examination will be submitted in the

20   form of deposition transcript excerpts.

21        Pursuant to such stipulation, Plaintiffs' witnesses are as follows:

22

| NO. | PLAINTIFFS' WITNESS | SUBSTANCE OF TESTIMONY |
|-----|---------------------|------------------------|
| 1.  | **Emanuel Kapelsohn** | Mr. Kapelsohn's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 001] and prior testimony in this matter. |

27

28

| No. | PLAINTIFFS' WITNESS | SUBSTANCE OF TESTIMONY |
|---|---|---|
| 2. | Ashley Hlebinsky | Ms. Hlebinsky's direct testimony is offered and set forth in her declaration [Plaintiffs' Exhibit 002] and prior testimony in this matter. |
| 3. | George Mocsary | Mr. Mocsary's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 003] and prior testimony in this matter. |
| 4. | James Curcuruto | Mr. Curcuruto's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 004] and prior testimony in this matter. |
| 5. | Joseph Ostini | Mr. Ostini's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 005]. |
| 6. | Nathan Siegel | Mr. Siegel's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 006]. |
| 7. | Kenneth Brown | Mr. Brown's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 007]. |
| 8. | Jason Davis | Mr. Davis's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 008]. |
| 9. | Allen Youngman | Gen. Youngman's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 009] and prior testimony in this matter. |

| No. | PLAINTIFFS' WITNESS | SUBSTANCE OF TESTIMONY |
|---|---|---|
| 10. | John R. Lott, Jr. | Dr. Lott's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 010] and prior testimony in this matter. |
| 11. | Adam Kraut | Mr. Kraut's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 011] and prior testimony in this matter. |
| 12. | Robert A. Margulies, M.D. | Dr. Margulies's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 012]. |
| 13. | Plaintiff James Miller | Mr. Miller's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 013]. |
| 14. | Plaintiff Wendy Hauffen | Ms. Hauffen's direct testimony is offered and set forth in her declaration [Plaintiffs' Exhibit 014]. |
| 15. | Plaintiff Ryan Peterson | Mr. Peterson's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 015] and prior testimony in this matter. |
| 16. | Plaintiff John Phillips | Mr. Phillips's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 016]. |
| 17. | Plaintiff Neil Rutherford | Mr. Rutherford's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 017]. |
| 18. | Plaintiff Adrian Sevilla | Mr. Sevilla's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 018]. |

| No. | PLAINTIFFS' WITNESS | SUBSTANCE OF TESTIMONY |
|---|---|---|
| 19. | Plaintiff Michael A. Schwartz | Mr. Schwartz's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 019]. |
| 20. | Gene Hoffman | Mr. Hoffman's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 020]. |
| 21. | Alan Gottlieb | Mr. Gottlieb's direct testimony is offered and set forth in his declaration [Plaintiffs' Exhibit 021]. |
| 22. | Brandon Combs | Mr. Combs's direct testimony is offered and set forth in his declarations [Plaintiffs' Exhibits 022 and 023]. |

Defendants' witnesses are as follows:

| No. | DEFENDANTS' WITNESS | SUBSTANCE OF TESTIMONY |
|---|---|---|
| 23. | Lucy P. Allen | Ms. Allen's direct testimony is offered and set forth in her declaration [Defendants' Exhibit A]. |
| 24. | Christopher B. Colwell | Dr. Colwell's direct testimony is offered and set forth in his declaration [Defendants' Exhibit B]. |
| 25. | John J. Donohue | Prof. Donohue's direct testimony is offered and set forth in his declaration [Defendants' Exhibit C]. |
| 26. | Blake Graham | Mr. Graham direct testimony is offered and set forth in his declaration [Defendants' Exhibit D]. |

| No. | DEFENDANTS' WITNESS | SUBSTANCE OF TESTIMONY |
|-----|---------------------|------------------------|
| 27. | Louis Klarevas | Prof. Klarevas's direct testimony is offered and set forth in his declaration [Defendants' Exhibit E]. |
| 28 | Yvette Glover | Ms. Yvette Glover's direct testimony is offered and set forth in her declaration [Defendant's Exhibit CZ]. |

## LIST OF EXHIBITS
### [L.R. 16.1(F)(6)(C)(4)]

The parties have stipulated to the authenticity of all exhibits marked below.

Plaintiffs have marked, exchanged, and intend to offer the following exhibits:

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 001 | **Declaration of Emanuel Kapelsohn** in Support of Plaintiffs' Motion for Preliminary Injunction [and Exhibits 001-1 through 001-17] |
| 001-1 | Article entitled "Pregnant Florida Mom Uses AR-15 to Kill Home Intruder" |
| 001-2 | Article entitled "Deputies: 30 Rounds Fired From AR-15 in Deadly Florida Home Invasion" |
| 001-3 | Article entitled "Man Armed With AR-15 Stops Attack By Neighbor in Oswego" |
| 001-4 | Article entitled "Texas Hero Reportedly Used His Own AR to Confront the Sutherland Springs Shooter" |
| 001-5 | Article entitled "Harris County Deputy's Son Shoots One of Two Intruders" |
| 001-6 | Article entitled "Elkins Park Man Killed After Forcing His Way Into Apartment" |
| 001-7 | Article entitled "Shooting Deemed Justifiable: Authorities Say Zach Peters Acted Lawfully When He Shot, Killed Three Intruders" |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 001-8 | R.K. Taubert (FBI, Ret.), "About .223 Penetration." |
| 001-9 | "Real World Testing: .223/5.56 Penetration Tests vs. .40 S&W and 12 ga. Slug" |
| 001-10 | Article entitled "Why 'High-Powered' 5.56 NATO/.223 AR-15 is Safer for Home Defense (FBI Overpenetration Testing)" |
| 001-11 | Diagram of a standard AR-15/M16 |
| 001-12 | USDOJ Bureau of Justice Statistics Special Report, NCJ251776, "Source and Use of Firearms Involved in Crimes" (2019) |
| 001-13 | Picture of Mossberg 500 tactical pump shotgun with collapsible stock |
| 001-14 | Picture of A2 birdcage flash hider |
| 001-15 | Article entitled ""Violent Crimes Most Likely to Occur At Night" |
| 001-16 | Picture of a Winchester Model 94 lever action rifle |
| 001-17 | Article entitled "This Day in History, April 16: Virginia Tech Shooting Leaves 32 Dead" |
| **002** | **Declaration of Ashley Hlebinsky** in Support of Plaintiffs' Motion for Preliminary Injunction [and Exhibits 002-1 through 002-35] |
| 002-1 | Ashley Hlebinsky, Curriculum Vitae |
| 002-2 | Picture of a handcannon and a multiple barrel version |
| 002-3 | Example of an early target shooting prize; A German parcel-gilt silver target shooting prize, Dresden, dated 1537, unmarked |
| 002-4 | Picture of wheel-lock handgun, circa 1509 |
| 002-5 | Pictures of the Lorenzoni system of firearm in long gun and pistol form |
| 002-6 | Picture of Girardoni/Girandoni air rifle, 1779 |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 002-7 | Pictures of Volcanic repeating firearms in pistol and rifle forms |
| 002-8 | Picture of the 1860 Henry rifle (15+ rounds) |
| 002-9 | Picture of the 1853 (Belgium) and 157 (US) patented Genhart rifles (10 rounds) |
| 002-10 | Pictures of the Borchardt C-93 semi-automatic pistol with detachable magazine (1893); the Mauser C-96 (1895) with a 10-round magazine; Luger semi-automatic pistol with 32-round snail drum magazines (with pistol grip and shoulder stock attachments). |
| 002-11 | Pictures of Lorenzoni system firearm depicting magazine configuration |
| 002-12 | Picture of the Hunt Volitional Rifle with first patented tubular magazine in the U.S. in the 1840s |
| 002-13 | Picture of Spencer repeating rifle utilizing a detachable tubular magazine from the buttstock |
| 002-14 | Picture of externally visible shot/round counter on Genhart turret rifle which incorporated detachable circular magazine |
| 002-15 | Picture of the Jarre Harmonica firearm (pistol form) with a horizontally seated detachable magazine |
| 002-16 | Picture of an 1864 Robert Wilson detachable magazine patent an 1855 Roland White box magazine patent |
| 002-17 | Pictures of the Mannlicher semi-automatic Model 1886 rifle and James Paris Lee vertically stacked box magazine patent |
| 002-18 | Pictures of Winchester Model 1907 and Model 1903 |
| 002-19 | Diagram identifying differences between rimfire and centerfire cartridges |
| 002-20 | Diagram depicting semi-automated operation of a handgun |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 002-21 | Picture of Mannlicher semi-automatic Model 1886 rifle |
| 002-22 | Picture of pistol grip long arm from approximately 1700s |
| 002-23 | Pictures of various detachable stock options (e.g., Borchardt semi-automatic pistol of 1893 and the Mauser C-96) |
| 002-24 | Pictures of Ithaca Auto and Burglar (1922), Harrington & Richardson Handi Gun (1921); Marble Game Getter (1908); M1A1 Paratrooper Carbine |
| 002-25 | Picture of the French Magot rifle from the 1860s |
| 002-26 | Picture of German Frei pistol of the 19th and 20th century |
| 002-27 | Picture of early Olympic Winchester rifle featuring thumbhole stock |
| 002-28 | Picture of snaphaunce blunderbuss with folding stock (dated 1650-1700) |
| 002-29 | Picture of Luger Model 1902 semi-automatic carbine |
| 002-30 | Pictures of Winchester Model 12 and LC Smith Try Guns |
| 002-31 | Picture of M1A1 Paratrooper Carbine |
| 002-32 | Picture of Lee-Enfield "jungle carbine" with flash suppressor |
| 002-33 | Picture of Brown Bess early single-shot pistol |
| 002-34 | Pictures of Remington XP100 (1960s) and Browning Buckmark Silhouette pistols |
| 002-35 | Picture of Colier (1814) percussion shotgun and Colt Patterson Model 1839 revolving shotgun |
| **003** | Declaration of George Mocsary in Support of Plaintiffs' Motion for Preliminary Injunction [and Exhibits 003-1 through 003-9] |
| 003-1 | George A. Mocsary, Curriculum Vitae |

| EXHIBIT | DESCRIPTION |
|---|---|
| 003-2 | Conn. Gen. Stat. § 53-202(a); and<br>Conn. Gen. Stat. § 53-202(c) |
| 003-3 | Md. Criminal Law Code Ann. § 4-301;<br>Md. Criminal Law Code Ann. § 4-303; and<br>Md. Pub. Safety §5-101(r)(2). |
| 003-4 | Mass. Gen. Laws Ann. Ch. 140, § 131M |
| 003-5 | N.J. Stat. Ann. § 2C:39-1w |
| 003-6 | N.Y. Penal Law §265.00, 22 |
| 003-7 | Haw. Rev. Stat. Ann §§ 134-1, 134-4, 134-8 |
| 003-8 | Minn. Stat. Ann. §§ 624.172, subd. 7;  624.7131; and 624.7132, subd.1 and subd. 12 |
| 003-9 | Va. Code Ann. §§ 18.2-308.2:01, 18.2-308.2:2(G) |
| **004** | **Declaration of James Curcuruto** [and Exhibits 004-1 through 004-8] |
| 004-1 | "'AR' Stands for Armalite" published May 23, 2011 |
| 004-2 | Sporting Arms and Ammunition ("SAAMI") Glossary of Industry Terms for "automatic action" |
| 004-3 | NSSF MSR History. 1990-2018 estimated US firearm production – exports + imports of MSR/AR, AK Platform Semi-automatic Rifles and lowers |
| 004-4 | 2013 NSSF MSR Comprehensive Consumer Report |
| 004-5 | NSSF Firearms Retailer Survey Report (2019) |
| 004-6 | NSSF Sport Shooting Participation Survey (2019) |
| 004-7 | National Shooting Sports Foundation Report, NSSF-Adjusted NICS – Historical Monthly Chart |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 004-8 | Firearm Production in the United States with Firearm Import and Export Data |
| **005** | **Declaration of Joseph Ostini** [and Exhibits 005-1 through 005-28] |
| 005-1 | Table of Firearms for Sale in the U.S. Market |
| 005-2 | Printout from website: The Biggest Gun Companies in the U.S. Market |
| 005-3 | Printout from website: Ruger® SR22® Threaded Barrel Kit-ShopRuger |
| 005-4 | Printout from website: LLV-4 Competition Pistol Upper _ Volquartsen Firearms |
| 005-5 | Printout from website: Tactical Solutions Inc. - Products - BARRELS FOR RUGER® MARK IV™ PISTOLS |
| 005-6 | Printout from website: Tactical Solutions Inc. - Products - BARRELS FOR BROWNING® BUCK MARK® PISTOLS |
| 005-7 | Printout from website: XD-M® Elite 4.5_ OSP™ Threaded 9mm Handgun - Springfield Armory |
| 005-8 | Printout from website: Beretta Pistols |
| 005-9 | Printout from website: Lone Wolf Distributors _ Barrels |
| 005-10 | Printout from website: Pistol Barrels For Sale _ Primary Arms |
| 005-11 | Printout from website: Double Diamond Threaded Barrel _ Best Glock Accessories _ GlockStore.com |
| 005-12 | Printout from website: About Us _ Best Glock Accessories _ GlockStore.com |
| 005-13 | Printout from website: Glock _ KKM |
| 005-14 | Printout from website: 1911 threaded barrel - MidwayUSA |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 005-15 | Printout from website: 1911 Threaded Barrel at Brownells |
| 005-16 | Printout from website: Finding the right 22lr handgun for a child - The Mag Life |
| 005-17 | Printout from website: Tactical Shotguns SALE - AtlanticFirearms.com |
| 005-18 | Printout from website: The flawed and misleading Donohue, Aneja, & Weber Study claiming right-to-carry laws increase violent crime - Crime Prevention Research Center |
| 005-19 | Printout from website: Gun ownership remains at 47%, but that probably underestimates the true rate - Crime Prevention Research Center |
| 005-20 | Printout from website: Active Shooter Resources — FBI |
| 005-21 | Printout from website: ACJS_Today_March_2015 |
| 005-22 | Printout from website: Virginia CIUS2004.indb |
| 005-23 | Printout from website: FBI — Table 8 - Minnesota |
| 005-24 | Printout from website: 2003 Virginia Richmond |
| 005-25 | Printout from website: 2009 Virginia Richmond |
| 005-26 | Printout from website: 2006 Minnesota |
| 005-27 | Printout from website: FBI - Table 8 - Minnesota |
| 005-28 | Printout from website: Spike in premeditated killing of police officers, changes in who is killing police - Crime Prevention Research Center |
| **006** | **Declaration of Nathan Siegel** in Support of Plaintiffs' Supplemental Brief for Plaintiffs' Motion for Preliminary Injunction |
| **007** | **Declaration of Kenneth Brown** [and Exhibit 007-1] |
| 007-1 | California DOJ letter to Benelli dated June 23, 2003 |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| **008** | **Declaration of Jason Davis** [and Exhibit 008-2] |
| 008-2 | Email correspondence between Jason Davis, Alison Merrilees and Steve Buford, California DOJ, dated September 18, 2009 |
| **009** | **Declaration of Allen Youngman** in Support of Plaintiffs' Motion for Preliminary Injunction |
| **010** | **Declaration of John Lott** in Support of Plaintiffs' Motion for Preliminary Injunction [and Exhibits 010-1 through 010-18] |
| 010-1 | John R. Lott Curriculum Vitae |
| 010-2 | "Source and Use of Firearms Involved in Crimes: Survey of Prison Inmates, 2016" U.S. Department of Justice, Office of Justice Programs; (2019) Mariel Alper and Lauren Glaze |
| 010-3 | "Rifles Used In San Bernardino Shooting Illegal Under State Law" The Wall Street Journal |
| 010-4 | "Mexico sets 1st half murder record, up 5.3%" Associated Press (2019); FBI Uniform Crime Report for 2017 |
| 010-5 | "2018 Crime in the United States" (Table 20); FBI Criminal Justice Information Services Division (2018) |
| 010-6 | "Impact Evaluation of the Public Safety and Recreational Firearms Use Protection Act of 1994"; National Institute of Justice, United States Department of Justice (March 2017) |
| 010-7 | "Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003" National Institute of Justice, United States Department of Justice (2004) Koper, et al. |
| 010-8 | "Large-Capacity Magazines and the Casualty Counts in Mass Shootings: The Plausibility of Linkages," Justice Research Policy, Volume 17 (2016) Kleck |

| EXHIBIT | DESCRIPTION |
|---|---|
| 010-9 | "An examination of the effects of concealed weapons laws and assault weapons ban on state-level murder rates, Applied Economics Letters (2014) Gius |
| 010-10 | Relevant Excerpts from More Guns, Less Crime, University of Chicago Press (2010) Lott |
| 010-11 | "Criminal Use of Assault Weapons and High-Capacity Semiautomatic Firearms: An Updated Examination of Local and National Sources," Journal of Urban Health (2018) Koper, et al. |
| 010-12 | "Changes in US mass shooting deaths associated with the 1994-2004 federal assault weapons ban: Analysis of open-source data," Trauma Acute Care Surgery (2018) DiMaggio, et al. |
| 010-13 | "The impact of state and federal assault weapons bans on public mass shootings," Applied Economics Letters (2015) Guis |
| 010-14 | "Homicides in Mexico and the expiration of the U.S. federal assault weapons ban: a difference-in-discontinuities approach," Journal of Economic Geography (2017) Chicoine |
| 010-15 | "Firearm Legislation and Firearm-Related Fatalities in the United States," JAMA Internal Medicine (2013) Fleegler, et al. |
| 010-16 | "The Impact of State Firearm Laws on Homicide and Suicide Deaths in the USA, 1991-2016: A Panel Study," Journal of General Internal Medicine (2019) Siegel, et al. |
| 010-17 | "Firearms Laws and the Reduction of Violence A Systematic Review," American Journal of Preventative Medicine (2005) Hahn, et al. |
| 010-18 | "Effects of Bans on the Sale of Assault Weapons and High-Capacity Magazines on Mass Shootings," Gun Policy in America (2018) Rand Corporation |
| **011** | **Declaration of Adam Kraut** in Support of Plaintiffs' Motion for Preliminary Injunction |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 012 | **Declaration of Robert A. Margulies, M.D.** in Support of Plaintiffs' Motion for Preliminary Injunction [and Exhibits 012-1 through 012-2] |
| 012-1 | Curriculum Vitae, Robert A. Margulies, M.D., MPH |
| 012-2 | Excerpts from Di Maio, *Gunshot Wounds, Practical Aspects of Firearms, Ballistics, and Forensic Techniques* (Second Ed. 1999) |
| 013 | **Declaration of Plaintiff James Miller** in Support of Plaintiffs' Motion for Preliminary Injunction |
| 014 | **Declaration of Plaintiff Wendy Hauffen** in Support of Plaintiffs' Motion for Preliminary Injunction [and Exhibit 014-1] |
| 014-1 | Article entitled ""Female Gun Owners: We Prefer the AR-15" published at the Washington Free Beacon on November 10, 2019 |
| 015 | **Declaration of Plaintiff Ryan Peterson** in Support of Plaintiffs' Motion for Preliminary Injunction |
| 016 | **Declaration of Plaintiff John Phillips** in Support of Plaintiffs' Motion for Preliminary Injunction |
| 017 | **Declaration of Plaintiff Neil Rutherford** in Support of Plaintiffs' Motion for Preliminary Injunction |
| 018 | **Declaration of Plaintiff Adrian Sevilla** in Support of Plaintiffs' Motion for Preliminary Injunction |
| 019 | **Declaration of Plaintiff Michael A. Schwartz** in Support of Plaintiffs' Motion for Preliminary Injunction |
| 020 | **Declaration of Gene Hoffman** in Support of Plaintiffs' Motion for Preliminary Injunction |
| 021 | **Declaration of Alan Gottlieb** in Support of Plaintiffs' Motion for Preliminary Injunction |

| EXHIBIT | DESCRIPTION |
|---|---|
| 022 | **Declaration of Brandon Combs** in Support of Plaintiffs' Motion for Preliminary Injunction |
| 023 | **Declaration of Brandon Combs** in Support of Plaintiffs' Supplemental Brief for Plaintiffs' Motion for Preliminary Injunction [and Exhibit 023-1] |
| 023-1 | California DOJ, July 11, 2018 Response Letter to Brandon Combs With Records |
| 024 | State of California Budget Change Proposal FY 2017-2018 |

Unless specified otherwise herein, Defendants have marked, exchanged, and intend to offer the following exhibits:

| Exhibit | DESCRIPTION |
|---|---|
| A | Declaration of Lucy P. Allen in Support of Defendants' Opposition to Motion for Preliminary Injunction |
| B | Declaration of Christopher B. Colwell in Support of Defendants' Opposition to Motion for Preliminary Injunction |
| C | Declaration of John J. Donohue in Support of Defendants' Opposition to Motion for Preliminary Injunction |
| D | Declaration of Blake Graham in Support of Defendants' Opposition to Motion for Preliminary Injunction |
| E | Declaration of Professor Louis Klarevas in Support of Defendants' Opposition to Motion for Preliminary Injunction |
| F | S.B. 880 Report, 2015-20 16 Reg. Sess., Assembly Committee on Public Safety (June 14, 2016) |

| Exhibit | DESCRIPTION |
|---------|-------------|
| G | Violence Policy Ctr., *Firearm Justifiable Homicides and Non-Fatal Self-Defense Gun Use: An Analysis of Federal Bureau of Investigation and National Crime Victimization Survey Data* (2018) |
| H | Bureau of Alcohol, Tobacco & Firearms, *Report and Recommendation on the Importability of Certain Semiautomatic Rifles* (1989) |
| I | Violence Policy Ctr., *Key Points About Assault Weapons* |
| J | H.R. Rep. No. 103-489, Public Safety and Recreational Firearms Use Protection Act |
| K | Brady Ctr. to Prevent Gun Violence, *Assault Weapons "Mass Produced Mayhem"* (2008) |
| L | Excerpt of United States Army, *Rifle Marksmanship M16/M4 - Series Weapons* (2008) |
| M | Expert Report & Declaration of Michael Mersereau, *Rupp v. Becerra*, No. 17-cv-00746-JLS-JDE (C.D. Cal. Mar. 25, 2019) (Dkt. 76-3) |
| N | Violence Policy Ctr., *The Militarization of the U.S. Civilian Firearms Market* (2011) |
| O | Bureau of Alcohol, Tobacco, Firearms & Explosives, *Study on the Importability of Certain Shotguns* (2011) |
| P | Colt.com, AR15A4 Advertisement |
| Q | Colt.com, About Colt Rifles |
| R | Guns & Ammo (July 1981) |
| S | Mich. Public Acts, 1927 – No. 372 |

| Exhibit | DESCRIPTION |
|---|---|
| T | R.I. Public Acts, 1927 – Ch. 1052 |
| U | Ohio General Code, 1933 – § 12819-3 |
| V | Pub. L. No. 275, 1932 – 72d Cong., Sess. I, Chs. 465, 466 |
| W | Robert J. Spitzer, *Gun Law History in the United States and Second Amendment Rights*, 80 Law & Contemporary Problems 55 (2017) |
| X | Br. of *Amicus Curiae* Everytown for Gun Safety in Supp. of Def.'s Mot. for Summ. J., *Rupp v. Becerra*, No. 8:17-cv-00746-JLS-JDE (C.D. Cal. Apr. 1, 2019) (Dkt. 82-1) |
| Y | Christopher S. Koper et al., *Criminal Use of Assault Weapons and High-Capacity Semiautomatic Firearms: An Updated Examination of Local and National Sources*, 95 J. of Urban Health 313 (2017) |
| Z | Excerpts of Bureau of Alcohol, Tobacco & Firearms, *Department of the Treasury Study on the Sporting Suitability of Modified Semiautomatic Assault Rifles* (1998) |
| AA | Violence Policy Ctr., *"Officer Down": Assault Weapons and the War on Law Enforcement* (2003) |
| AB | Panagiotis K. Stefanopoulos et al., *Gunshot Wounds: A Review of Ballistics Related to Penetrating Trauma*, J. of Acute Disease, 178 (2014) |
| AC | Adam Lankford & James Silver, *Why Have Public Mass Shootings Become More Deadly? Assessing How Perpetrators' Motives and Methods Have Changed Over Time*, Criminology & Pub. Pol'y 1 (2019) |
| AD | Excerpts of Deposition of Gary Kleck, *Rupp v. Becerra*, No. 8:17-cv-00746-JLS-JDE (C.D. Cal. Dec. 12, 2018) (Dkt. 76-15) |
| AE | Law Ctr. to Prevent Gun Violence, *The California Model: Twenty Years of Putting Safety First* (2013) |

| Exhibit | DESCRIPTION |
|---------|-------------|
| AF | Las Vegas Metropolitan Police Dep't, Criminal Investigative Report of the 1 October Mass Casualty Shooting (2018) |
| AG | U.S. Dep't of Justice, Fed. Bureau of Investigation, Key Findings of the Behavioral Analysis Unit's Las Vegas Review Panel (2019) |
| AH | Orlando Police Dep't, Homicide Unit, Supplement Report, Case No. 2016-242039 (2016), |
| AI | Fed. Bureau of Investigation, Pulse Nightclub Shooting FBI Lab Ballistics Report (2018) |
| AJ | Fed. Bureau of Investigation, Pulse Nightclub Shooting Part 1 |
| AK | Fed. Bureau of Investigation, Pulse Nightclub Shooting Part 2 |
| AL | Vincent J.M. DiMaio, *Gunshot Wounds, Practical Aspects of Firearms, Ballistics, and Forensic Techniques, Third Edition*, CRC Press (2016) |
| AM | U.S. Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, Firearms Commerce in the United States, Annual Statistical Update 2018 |
| AN | Expert Report and Declaration of John Donohue, *Rupp v. Becerra*, 8:17-cv-00746 (2019) |
| AO | Expert Report and Declaration of Blake Graham, *Rupp v. Becerra*, 8:17-cv-00746 (2019) |
| AP | Expert Report and Declaration of Christopher Colwell, *Rupp v. Becerra*, 8:17-cv-00746 (2019) |
| AQ | Expert Report and Declaration of Lucy Allen, *Rupp v. Becerra*, 8:17-cv-00746 (2019) |

| Exhibit | DESCRIPTION |
|---------|-------------|
| AR | Updated Table and Appendix B to Expert Report of Lucy Allen, *Rupp v. Becerra*, 8:17-cv-00746 (2019) |
| AS | Rebuttal Expert Report and Declaration of John Donohue, *Rupp v. Becerra*, 8:17-cv-00746 (2019) |
| AT | Rebuttal Expert Report and Declaration of Blake Graham, *Rupp v. Becerra*, 8:17-cv-00746 (2019) |
| AU | Violence Policy Center, *Bullet Buttons: The Gun Industry's Attack on California's Assault Weapons Ban* (2012) |
| AV | Defendant's Second Supplemental Response to Plaintiff Troy Willis's First Set of Interrogatories |
| AW | David S. Fallis, *Data Indicate Drop in High-Capacity Magazines During Federal Gun Ban*, Washington Post (Jan. 10, 2013) |
| AX | Mark Follman, et al., *More than Half of Mass Shooters Used Assault Weapons and High-Capacity Magazines*, Mother Jones (Feb. 27, 2013) |
| AY | U.S. Department of Justice, Office of Justice Programs, National Institute of Justice, *Selection and Application Guide 0101.06 to Ballistic-Resistant Body Armor* (2014) |
| AZ | California Senate Bill 23, 1999 Cal. Stat. ch. 129 |
| BA | Guns & Ammo: The New Breed of Assault Rifle, *Tomorrow's State-of-the-Art Sporting Rifle* (July 1981) (July 1981 Guns & Ammo) |
| BB | Damien Cave and Charlotte Graham-McLay, *New Zealand to Ban Military-Style Semiautomatic Guns, Jacinda Arden Says*, New York Times (March 20, 2019) |
| BC | Kaylee Hartung, et al., *Stoneman Douglas shooting. Now parents are urged to be alert*, CNN (March 25, 2019) |

| Exhibit | DESCRIPTION |
|---|---|
| BD | United States Census Bureau, *Quick Facts: California* (available at https://www.census.gov/quickfacts/ca) |
| BE | U.S. DOJ Press Release, *California Man Charged with Conspiring to Provide Material Support to Terrorism and Being 'Straw Purchaser' of Assault Rifles Ultimately Used in San Bernardino, California, Attack* (Dec. 17, 2015) |
| BF | Excerpt of National Shooting Sports Foundation, *NSSF Report: Modern Sporting Rifle (MSR) Comprehensive Consumer Report* (2013) |
| BG | Excerpt of National Shooting Sports Foundation, *NSSF Report 2017 Edition: Firearms Retailer Survey Report, Trend Data 2008-2016* (2017) |
| BH | Jerry Lee, 2018 Standard Catalog of Firearms, The Collector's Price & Reference Guide |
| BI | Patrick Sweeney, The Gun Digest Book of the AR-15 (2005) |
| BJ | Christopher S. Koper, *Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003*, National Institute of Justice, United States Dep't of Justice (2004) |
| BK | Daniel S. Nagin, Christopher S. Koper, Cynthia Lum, *Policy Recommendations for countering mass shootings in the United States*, Criminology & Public Policy, 19:9-15 (2020) |
| BL | Christopher S. Koper, *Assessing the potential to reduce deaths and injuries from mass shootings through restrictions on assault weapons and other high-capacity semiautomatic firearms*, Criminology & Public Policy, 19:147-170 (2020) |
| BM | Mark Gius, *The impact of state and Federal assault weapons bans on public mass shootings*, Applied Economics Letters (2014) |

| Exhibit | DESCRIPTION |
|---------|-------------|
| BN | Mark Gius, *The effects of state and Federal gun control laws on school shootings*, Applied Economic Letters (2017) |
| BO | Charles DiMaggio, et al., Changes in US mass shooting deaths associated with the 1994-2004 federal assault weapons ban: Analysis of open-source data, J Trauma Acute Care Surg Vol. 89, No. 1 (2018) |
| BP | John J. Donohue III and Isaac J. Rabbani, *Recent Trends in American Gun Prevalence*, (2017) |
| BQ | Donald L. Flexner, *Why the Civilian Purchase, Use, and Sale of Assault Weapons and Semiautomatic Rifles and Pistols, Along with Large Capacity Magazines, Should Be Banned*, N.Y.U. Journal of Legislation and Public Policy (2017) |
| BR | Expert Report of Robert J. Spitzer, *Worman, et al. v. Healey, et al.*, 1:17-cv-10107-WGY (2017) |
| BS | L. Kennett and J. LaVerne, The Gun in America, The Origins of a National Dilemma (1975) |
| BT | Expert Report of Lucy P. Allen, *Duncan, et al. v. Becerra, et al.*, 17-cv-1017-BEN-JLB (2018) |
| BU | Expert Rebuttal Report of John J. Donohue, *Duncan, et al. v. Becerra, et al.*, 17-cv-1017-BEN-JLB (2018) |
| BV | Revised Expert Report of Dr. Louis J. Klarevas, *Duncan, et al. v. Becerra, et al.*, 17-cv-1017-BEN-JLB (2018) |
| BW | Expert Report of Christopher S. Koper, *Duncan, et al. v. Becerra, et al.*, 17-cv-1017-BEN-JLB (2018) |
| BX | Sen. Bill No. 1446, 3d Reading Analysis, Mar. 28, 2016 (2015-2016 Reg. Sess.)(Cal. 2016) |

| Exhibit | DESCRIPTION |
|---------|-------------|
| BY | Laurence H. Tribe, *Proposals to Reduce Gun Violence: Protecting Our Communities While Respecting the Second Amendment: Hearing Before the Subcomm. on the Constitution, Civil Rights and Human Rights, S. Comm. On the Judiciary* (Feb. 12, 2013) |
| BZ | Mark Follman, et al., *U.S. Mass Shootings, 1982-2018: Data from Mother Jones' Investigation* (Mother Jones, 2018) |
| CA | Mayors Against Illegal Guns, *Analysis of Recent Mass Shootings* (2013) |
| CB | Declaration of Professor Daniel Webster in Support of Defendant Xavier Becerra's Opposition to Plaintiffs' Motion for Preliminary Injunction, *Duncan, et al. v. Becerra, et al.*, 17-cv-1017-BEN-JLB (June 5, 2017) |
| CC | *Nine Rounds a Second: How the Las Vegas Gunman Outfitted a Rifle to Fire Faster*, N.Y. Times, Oct. 5, 2017 |
| CD | Violence Policy Center, *High-Capacity Ammunition Magazines are the Common Thread Running Through Most Mass Shootings in the United States* (2018) |
| CE | Alex Yablon, *Bans on High-Capacity Magazines, Not Assault Rifles, Most Likely to Limit Shooting Carnage*, The Trace (June 13, 2016) |
| CF | State of Connecticut, Division of Criminal Justice, *Report of the State's Attorney for the Judicial District of Danbury on the Shootings at Sandy Hook Elementary School* (2013) |
| CG | Mark Follman, *More Guns, More Mass Shootings—Coincidence?*, Mother Jones (Dec. 15, 2012) |
| CH | Relevant Excerpts from Louis Klarevas, Rampage Nation: Securing American from Mass Shootings (2016) |

| Exhibit | DESCRIPTION |
|---------|-------------|
| CI | Relevant Excerpts from Robert J. Spitzer, *Gun Law History in the United States and Second Amendment Rights*, 80 Law & Contemporary Problems 55 (2017) |
| CJ | The Safety for All Act of 2016, 2016 Cal. Legis. Serv. Proposition 63 (West) |
| CK | Sandy Hook Advisory Comm'n, *Final Report of the Sandy Hook Advisory Commission* (2015) |
| CL | LAPD Chief Backs Ban on Some Ammo Magazines, NBC So. Cal. (Mar. 2, 2011) |
| CM | C. S. Koper & D. C. Reedy, *Impact of Handgun Types on Gun Assault Outcomes: A Comparison of Gun Assaults Involving Semiautomatic Pistols and Revolvers*, 9 Injury Prevention 151 (2003) |
| CN | Testimony of Brian J. Siebel, Senior Attorney, Brady Center to Prevent Gun Violence, Before the Council of the District of Columbia (Oct. 1, 2008) |
| CO | Christopher S. Koper, at al., *Gunshot Victimisations Resulting from High-Volume Gunfire Incidents in Minneapolis: Findings and Policy Implications*, Injury Prevention (Feb 24, 2018) |
| CP | Nat. Law Enforcement Partnership to Prevent Gun Violence, *Protecting Communities from Assault Weapons and High-capacity Ammunition Magazines* (2017) |
| CQ | Declaration of San Francisco Policy Department Officer Joseph Emanuel in Support of Plaintiff's Ex Parte Application for Order to Show Cause Re: Preliminary Injunction, People v. Badger Mountain Supply, et al., No. CGC-17-557010 (S.F. Super. Feb 21, 2017) |

| Exhibit | DESCRIPTION |
|---------|-------------|
| CR | Declaration of Detective Michael Mersereau of the Los Angeles Police Department in Support of Amici Curiae the City and County of San Francisco, the City of Los Angeles, and the City of Sunnyvale, *Duncan v. Becerra*, 9th Cir. No. 17-56081 (9th Cir. Oct. 19, 2017) |
| CS | Mark Follman, et al., *A Guide to Mass Shootings in America*, Mother Jones (Mar. 10, 2018) |
| CT | David S. Fallis & James V. Grimaldi, *Va. Data Show Drop in Criminal Firepower During Assault Gun Ban*, Wash. Post (Jan. 23, 2011) |
| CU | Relevant excerpts from Gary Kleck, Point Blank: Guns and Violence in America (1991) |
| CV | California Voter Information Guide, Firearms. Ammunition Sales. Initiative Statute. California Proposition 63 (2016) |
| CW | Larry Buchanan, et al., *How They Got Their Guns*, N.Y. Times (Nov. 5, 2017) |
| CX | U.S. Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, FOIA Response Letter to NFATCA (2016) |
| CY | Alex Yablon, *How Many Assault Weapons do Americans Own?*, The Trace (2018) |
| CZ | Declaration of Yvette Glover[1] |

## STIPULATED FACTS
### [L.R. 16.1(F)(6)(C)(5)]

California's Robert-Roos Assault Weapons Control Act of 1989 ("AWCA")

---

[1] The parties are continuing to meet and confer regarding the admissibility of Exhibit CZ (the Declaration of Yvette Glover).

was first enacted in 1989.  California's AWCA bans manufacturing, causing to be manufactured, distributing, transporting, importing into the state, keeping for sale, offering or exposing for sale, giving, lending, possessing, transferring through bequest or intestate succession any assault weapon and bars juveniles from registering or possessing any assault weapon.  Cal. Penal Code §§ 30600, 30605, 30655, 30950.

The original AWCA identified particular assault weapons by make and model. *Id.* § 30510.  The AWCA was amended in 2000 to add alternative definitions of assault weapons based on the features or characteristics of certain types of firearms. *Id.* § 30515(a).  In relevant part, the definitions found in Penal Code § 30515(a) are as follows:

- §30515(a)(1): A semiautomatic, centerfire rifle that does not have a fixed magazine but has any one of the following: A pistol grip that protrudes conspicuously beneath the action of the weapon; a thumbhole stock; a folding or telescoping stock; a grenade launcher or flare launcher; a flash suppressor; or a forward pistol grip.

- §30515(a)(2): A semiautomatic, centerfire rifle that has a fixed magazine with the capacity to accept more than 10 rounds.

- §30515(a)(3): A semiautomatic, centerfire rifle that has an overall length of less than 30 inches.

- §30515(a)(4): A semiautomatic pistol that does not have a fixed magazine but has any one of the following: a threaded barrel, capable of accepting a flash suppressor, forward handgrip, or silencer; a second handgrip; a shroud that is attached to, or partially or completely encircles, the barrel that allows the bearer to fire the weapon without burning the bearer's hand, except a slide that encloses the barrel; or the capacity to accept a detachable magazine at some location outside of the pistol grip.

- §30515(a)(5): A semiautomatic pistol with a fixed magazine that has the capacity to accept more than 10 rounds.

- §30515(a)(6): A semiautomatic shotgun that has both of the following: a folding or telescoping stock, and a pistol grip that protrudes conspicuously beneath the action of the weapon, thumbhole stock, or vertical handgrip.

- §30515(a)(7): A semiautomatic shotgun that does not have a fixed magazine.

- §30515(a)(8): Any shotgun with a revolving cylinder.

- §30515(a)(9): A semiautomatic centerfire firearm that is not a rifle, pistol, or shotgun, that does not have a fixed magazine, but that has any one of the following: a pistol grip that protrudes conspicuously beneath the action of the weapon; a thumbhole stock; a folding or telescoping stock; a grenade launcher or flare launcher; a flash suppressor; a forward pistol grip; a threaded barrel, capable of accepting a flash suppressor, forward handgrip, or silencer; a second handgrip; a shroud that is attached to, or partially or completely encircles, the barrel that allows the bearer to fire the weapon without burning the bearer's hand, except a slide that encloses the barrel; or the capacity to accept a detachable magazine at some location outside of the pistol grip.[2]

- §30515(a)(10): A semiautomatic centerfire firearm that is not a rifle, pistol, or shotgun, that has a fixed magazine with the capacity to accept more than 10 rounds.[3]

- §30515(a)(11): A semiautomatic centerfire firearm that is not a rifle, pistol, or shotgun, that has an overall length of less than 30 inches.[4]

Penal Code § 30515(b) defines "fixed magazine" to mean "an ammunition feeding device contained in, or permanently attached to, a firearm in such a manner that the device cannot be removed without disassembly of the firearm action." *See also* 11 Cal. Code Regs. § 5471(p).

Under the AWCA, the possession of any assault weapon in violation of Penal Code § 30500, et seq. is a public nuisance. Penal Code § 30800.

---

[2] Defendants do not stipulate to this statement because California Penal Code section 30515(a)(9) is not at issue in this action and its provisions are not a fact subject to stipulation.

[3] Defendants do not stipulate to this statement because California Penal Code section 30515(a)(10) is not at issue in this action and its provisions are not a fact subject to stipulation.

[4] Defendants do not stipulate to this statement because California Penal Code section 30515(a)(11) is not at issue in this action and its provisions are not a fact subject to stipulation.

## DEPOSITION TRANSCRIPT TESTIMONY
### [L.R. 16.1(F)(6)(C)(6)]

The parties are unable to agree when deposition transcripts shall be submitted, so the Court hereby orders that all excerpts of deposition transcript testimony for use at trial shall be submitted on or before _____. The parties agree that uncertified transcripts may be used at trial.

## TRIAL AND TIME ESTIMATES
### [L.R. 16.1(F)(6)(C)(8) AND (9)]

This case will be tried by the court without a jury. If the Court accepts all evidence and argument as presented upon the parties' stipulation pertaining to the testimony of witnesses, and the Court does not desire to hear the live testimony of any witness, the time estimated for trial is one (1) day, unless the motions in limine and/or other pre-trial motions require extensive argument prior to the commencement of any live testimony.

## OTHER MATTERS

Any *Daubert* and in limine motions must be filed on or before January 11, 2021, to be heard on the first day of trial.

## REMOTE APPEARANCES DUE TO COVID-19 CONDITIONS

In light of the apparent recent resurgence of the COVID-19 coronavirus disease currently affecting this State and many others as of the date of this Pretrial Order, and given the potential for travel and lodging restrictions that would prevent the ability of the parties and/or their witnesses to appear at and to present testimony and argument at trial, to prevent further delay of trial and proceedings, and upon the joint request made of the parties, the Court shall hereby require all parties, counsel, and witnesses to appear at trial via remote conferencing as further instructed by the Court.

1    SO ORDERED.

2

3    Dated: 2/8/2021

4                                                     Hon. Roger T. Benitez
                                                      UNITED STATES DISTRICT JUDGE
5

6    Approved as to Form:

7

8

9    /s/ John D. Echeverria
     John D. Echeverria
10   Deputy Attorney General
     Attorney for Defendants
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28