XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER, et al.,** | 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **RESPONSE TO PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EVIDENCE AND TRIAL EXHIBITS** |
| v. | |
| **CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,** | Courtroom: 5A<br>Judge: Hon. Roger T. Benitez<br>Trial Date: February 3, 2021<br>Action Filed: August 15, 2019 |
| Defendants. | |

Defendants hereby request that the Court disregard Plaintiffs' Objections to Defendants' Evidence and Trial Exhibits (Dkt. 107), filed on February 24, 2021.

In accordance with Federal Rule of Civil Procedure 26(a)(3)(A) and Local Rule 16.1(f)(2)(c), Defendants served their pretrial disclosures, including an identification of each exhibit that Defendants intended to offer at trial, on November 18, 2020. *See* Defs.' Exhibit List (Dkt. 65-2). Each of the exhibits to which Plaintiffs object was listed in Defendants' Exhibit List. Under Federal Rule of Civil Procedure 26(a)(3)(B), any objections to Defendants' exhibits, other than objections based on Federal Rules of Evidence 402 and 403, were due within 14 days of service—no later than December 2, 2020. The Court did not set an alternative deadline for objections, nor have Plaintiffs shown any good cause for failing to comply with the deadline for serving objections. *See* Fed. R. Civ. P. 26(a)(3)(B) ("An objection not so made . . . is waived unless excused by the court for good cause.").

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(B), the Court should disregard Plaintiffs' objections (Dkt. 107).[1]

Dated: February 24, 2021            Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
PETER H. CHANG
Deputy Attorneys General

s/ John D. Echeverria

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendants*

---

[1] In addition to being procedurally defective, Plaintiffs' objections lack merit. Defendants reserve the right to provide additional, substantive responses to Plaintiffs' objections.

SA2019104420/42569539.docx

2

## CERTIFICATE OF SERVICE

Case Name: **James Miller et al. v. Xavier Becerra, et al.**
Case No.  **3:19-cv-01537-BEN-JLB**

I hereby certify that on February 24, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## RESPONSE TO PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EVIDENCE AND TRIAL EXHIBITS

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 24, 2021, at San Francisco, California.

| Robert Hallsey | /s/ Robert Hallsey |
|:---:|:---:|
| Declarant | Signature |

SA2019104420
42569535.docx