XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER, et al.,** | 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **NOTICE OF SUPPLEMENTAL AUTHORITY** |
| v. | Courtroom: 5A |
| **CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,** | Judge: Hon. Roger T. Benitez<br>Trial Date: February 3, 2021<br>Action Filed: August 15, 2019 |
| Defendants. | |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that, on February 25, 2021, the United States Court of Appeals for the Ninth Circuit issued an order granting rehearing en banc in *Duncan v. Becerra*, No. 19-55376 (9th Cir.), and vacated the divided panel opinion, 970 F.3d 1133 (9th Cir. 2020).

The *Duncan* panel opinion has been relied upon heavily by Plaintiffs in this action. *See, e.g.*, Pls.' Proposed Findings of Fact & Conclusions of Law (Dkt. 104) ¶¶ 35, 44, 45, 56, 107, 228, 236, 237, 241.

A true and correct copy of the order granting rehearing en banc in *Duncan* is attached hereto as Exhibit 1.

Dated: February 25, 2021
                                            Respectfully Submitted,

                                            XAVIER BECERRA
                                            Attorney General of California
                                            MARK R. BECKINGTON
                                            Supervising Deputy Attorney General
                                            JOSE A. ZELIDON-ZEPEDA
                                            PETER H. CHANG
                                            Deputy Attorneys General

                                            s/ John D. Echeverria

                                            JOHN D. ECHEVERRIA
                                            Deputy Attorney General
                                            *Attorneys for Defendants*

SA2019104420
42571115.docx

# CERTIFICATE OF SERVICE

Case Name: **James Miller et al. v. Xavier Becerra, et al.**
Case No. **3:19-cv-01537-BEN-JLB**

I hereby certify that on February 25, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF SUPPLEMENTAL AUTHORITY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 25, 2021, at San Francisco, California.

| Robert Hallsey | /s/ Robert Hallsey |
|---|---|
| Declarant | Signature |

SA2019104420
42571045.docx