UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> California Attorney General Xavier Becerra, et al., <br><br> Defendants. | Case No.: 19-cv-1537-BEN (JLB) <br><br> **ORDER** |

In this challenge to California's regulation of firearms deemed to be "assault weapons," the hearing on the motion for preliminary injunction (held on October 19, 2020 and October 22, 2020) was consolidated with a trial on the merits (held on February 3, 2021 and February 5, 2021) pursuant to FRCP Rule 65(a)(2). It is now ordered that the trial record be supplemented. Defendants are hereby directed to adduce for the years 2020 and 2021:

a. the total number of firearms sold in the state with background checks;
b. if ascertainable, the total number of rifles, the total number of shotguns, the total number of semiautomatic pistols, and the total number of revolvers sold in the state, with background checks; and
c. if ascertainable, the number of first-time buyers of a firearm in the state.

Defendants shall file the supplement on or before March 15, 2021.

Date: February 26, 2021

HON. ROGER T. BENITEZ

United States District Judge