XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3479
 Fax:  (415) 703-1234
 E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER, et al.,**<br><br>                               Plaintiffs,<br><br>     v.<br><br>**CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,**<br><br>                               Defendants. | 3:19-cv-01537-BEN-JLB<br><br>**DEFENDANTS' RESPONSE TO FEBRUARY 26, 2021 ORDER**<br><br>Courtroom:    5A<br>Judge:        Hon. Roger T. Benitez<br>Trial Date:   February 3, 2021<br>Action Filed: August 15, 2019 |

Defendants hereby respond to the Court's Order, issued on February 26, 2021, directing Defendants to adduce certain firearms sales data for the years 2020 and 2021. The requested information, to the extent available, is provided in the accompanying Declaration of Assistant Director Blake Graham, attached hereto as Exhibit 1. The sales data provided in Exhibit 1 confirm that the California Assault Weapons Control Act has not prevented law-abiding citizens in the state from acquiring a range of firearms for lawful purposes, including self-defense.

Dated:  March 15, 2021

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
PETER H. CHANG
Deputy Attorneys General

s/ John D. Echeverria

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendants*

SA2019104420
42596665.docx

# EXHIBIT 1

XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3479
 Fax:  (415) 703-1234
 E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MILLER, et al.,**<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>**CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA, et al.,**<br><br>　　　　　　　Defendants. | Case No. 19-cv-1537-BEN-JLB<br><br>**DECLARATION OF ASSISTANT DIRECTOR BLAKE GRAHAM**<br><br>Courtroom:　5A<br>Judge:　　　Hon. Roger T. Benitez<br>Trial Date:　February 3, 2021<br>Action Filed:　August 15, 2019 |

**DECLARATION OF ASSISTANT DIRECTOR BLAKE GRAHAM**

I, Blake Graham, declare:

1. I am an Assistant Director of the California Department of Justice, Bureau of Firearms. I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, I could and would testify competently as to those facts.

2. I understand that the Court has ordered Defendants in this action to provide, for the years 2020 and 2021, (a) the total number of firearms sold in California with background checks; (b) the total number of rifles, the total number of shotguns, the total number of semiautomatic pistols, and the total number of revolvers sold in California, if ascertainable; and (c) the number of first-time buyers of a firearm in California, if ascertainable.

3. I worked with California Justice Information Services (CJIS) staff to collect data maintained by the Bureau of Firearms concerning firearms transactions in the state. All firearm sales in California must be conducted through a federal firearms licensee (FFL) located in California and be accompanied by an application for a background check in a Dealer's Record of Sale (DROS), which is submitted to and maintained by the Bureau of Firearms. The data provided herein is based on the records of completed sales transactions maintained by the Bureau of Firearms.

4. The total number of firearms sold in California with background checks in 2020 was 1,165,309. As of March 12, 2021, the total number of firearms sold in California with background checks in 2021 was 180,058. These figures account for all firearm sales conducted through FFLs in the state, including private-party transactions, consignments, and pawn sales.

5. The total number of rifles sold with background checks in California in 2020 was 317,257. As of March 12, 2021, the total number of rifles sold in California with background checks in 2021 was 51,800. These figures include any firearms classified as rifles by the Bureau of Firearms.

6. The total number of shotguns sold with background checks in California in 2020 was 161,330. As of March 12, 2021, the total number of shotguns sold in California with background checks in 2021 was 26,032. These figures include any firearms classified as shotguns by the Bureau of Firearms.

7. Some firearms are classified by the Bureau of Firearms as rifle-shotgun combinations. The figures provided above for rifle and shotgun transactions do not include sales of firearms classified as rifle-shotgun combinations. The total number of rifle-shotgun combinations sold with background checks in California in 2020 was 962. As of March 12, 2021, the total number of rifle-shotgun combinations sold with background checks in California in 2021 was 117.

8. The total number of semiautomatic pistols sold with background checks in California in 2020 was 585,409. As of March 12, 2021, the total number of semiautomatic pistols sold in California with background checks in 2021 was 87,945. These figures include any firearms classified as semiautomatic pistols by the Bureau of Firearms.

9. The total number of revolvers sold with background checks in California in 2020 was 94,194. As of March 12, 2021, the total number of revolvers sold in California with background checks in 2021 was 13,031. These figures include any firearms classified as revolvers by the Bureau of Firearms.

10. The records maintained by the California Department of Justice do not specify whether a transaction involved a first-time purchaser of a firearm. However, to be responsive to the Court's order, the Department compared DROS applications submitted to the Department in 2020 and 2021 against prior DROS applications to determine how many purchasers in 2020 and 2021 had not previously submitted a DROS application to the Department. To determine whether an individual submitted a prior DROS application, the Department compared the first, middle, and last names and dates of birth of the DROS

applicants and excluded an individual only if the DROS applications involved an exact match of the names and dates of birth. Based on these parameters, approximately 369,511 individuals purchased a firearm in California in 2020 who had not previously submitted a DROS application to the Department prior to January 1, 2020. As of March 12, 2021, approximately 42,548 individuals purchased a firearm in California in 2021 who had not previously submitted a DROS application to the Department prior to January 1, 2021. These figures may include individuals who previously purchased a firearm using a different name, such as a different first name, a hyphenated last name, or a different last name prior to marriage. These figures may also include individuals who previously purchased a firearm in a different state, as the Department of Justice would not have records of out-of-state sales.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 15, 2021, at Sacramento, California.

_Blake Graham_
Blake Graham

# CERTIFICATE OF SERVICE

Case Name: **James Miller et al. v. Xavier Becerra, et al.**
Case No.   **3:19-cv-01537-BEN-JLB**

I hereby certify that on <u>March 15, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' RESPONSE TO FEBRUARY 26, 2021 ORDER with EXHIBIT 1**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 15, 2021</u>, at San Francisco, California.

|  |  |
|---|---|
| Robert Hallsey | /s/ Robert Hallsey |
| Declarant | Signature |

SA2019104420
42596670.docx