UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,<br><br>　　　　　　Defendants. | Case No.:  3:19-cv-1537-BEN-JLB<br><br>**JUDGMENT** |

  Following a bench trial and the Court's Decision in this matter dated June 4, 2021, **IT IS HEREBY ORDERED AND ADJUDGED** that:

  1. Judgment is entered in favor of Plaintiffs.

  2. California Penal Code §§ 30515(a)(1) through (8) (defining an "assault weapon" by prohibited features), 30800 (deeming certain "assault weapons" a public nuisance), 30915 (regulating "assault weapons" obtained by bequest or inheritance), 30925 (restricting importation of "assault weapons" by new residents), 30945 (restricting use of registered "assault weapons"), and 30950 (prohibiting possession of "assault weapons" by minors), and the penalty provisions §§ 30600, 30605 and 30800 as applied to "assault weapons" defined in Code §§ 30515(a)(1) through (8) are hereby declared unconstitutional and shall be enjoined.  Defendant Attorney General Rob Bonta, and his officers, agents, servants, employees, and attorneys, and those

1

persons in active concert or participation with him, and those duly sworn state peace officers and federal law enforcement officers who gain knowledge of this injunction order or know of the existence of this injunction order, are enjoined from implementing or enforcing the California Penal Code §§ 30515(a)(1) through (8) (defining an "assault weapon" by prohibited features), 30800 (deeming those "assault weapons" a public nuisance), 30915 (regulating those "assault weapons" obtained by bequest or inheritance), 30925 (restricting importation of those "assault weapons" by new residents), 30945 (restricting use of those registered "assault weapons"), and 30950 (prohibiting possession of those "assault weapons" by minors), and the penalty provisions §§ 30600, 30605 and 30800 as applied to "assault weapons" defined in Code §§ 30515(a)(1) through (8).

3. Defendant Attorney General Rob Bonta shall provide forthwith, by personal service or otherwise, actual notice of this order to all law enforcement personnel who are responsible for implementing or enforcing the enjoined statute. Within 10 days, the government shall file a declaration establishing proof of such notice. Alternatively, the parties may file a stipulation.

**IT IS SO ORDERED.**

Date: June 4, 2021

_____
**HON. ROGER T. BENITEZ**
United States District Judge