1 | ROB BONTA
Attorney General of California
2 | MARK R. BECKINGTON
Supervising Deputy Attorney General
3 | JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
4 | JOHN D. ECHEVERRIA
Deputy Attorney General
5 | State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
6 | San Francisco, CA  94102-7004
  Telephone:  (415) 510-3479
7 | Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov
8 | *Attorneys for Defendants-Appellants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MILLER, et al.,** | Case No. 19-cv-1537-BEN-JLB |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | Judge:  Hon. Roger T. Benitez |
| **CALIFORNIA ATTORNEY GENERAL ROB BONTA, et al.,** | Courtroom:  5A |
| | Action Filed:  August 15, 2019 |
| Defendants. | |

**PLEASE TAKE NOTICE** that Defendants-Appellants Rob Bonta, in his official capacity as Attorney General of the State of California, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms,[1] hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's final Judgment and this Court's Decision, issued on June 4, 2021 (Dkt. 115, 116).

Dated: June 10, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General

s/ John D. Echeverria

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendants*

SA2021302690
42730567.docx

---

[1] Rob Bonta has succeeded former Attorney General Xavier Becerra as the Attorney General of the State of California, and Luis Lopez has succeeded former Interim Director Brent E. Orick as the Director of the Bureau of Firearms. Pursuant to Federal Rule of Civil Procedure 25(d), Attorney General Bonta and Director Lopez, in their respective official capacities, are substituted as the defendants in this case.

## CERTIFICATE OF SERVICE

Case Name: **James Miller et al. v. Xavier Becerra, et al.**
Case No.   **3:19-cv-01537-BEN-JLB**

I hereby certify that on <u>June 10, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>June 10, 2021</u>, at San Francisco, California.

|  Robert Hallsey  | s/ Robert Hallsey |
|:---:|:---:|
| Declarant | Signature |

SA2019104420
42730202.docx