UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 10 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES MILLER; PATRICK RUSS; RYAN PETERSON; SAN DIEGO COUNTY GUN OWNERS POLITICAL ACTION COMMITTEE; WENDY HAUFFEN; GUNFIGHTER TACTICAL, LLC; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; JOHN PHILLIPS; NEIL RUTHERFORD; CALIFORNIA GUN RIGHTS FOUNDATION; ADRIAN SEVILLA; PWGG, L.P.; JAMES MILLER; PATRICK RUSS; RYAN PETERSON; SAN DIEGO COUNTY GUN OWNERS PAC, <br><br>          Plaintiffs - Appellees, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California; LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms, <br><br>          Defendants - Appellants. | No. 21-55608 <br><br> D.C. No. 3:19-cv-01537-BEN-JLB <br> U.S. District Court for Southern California, San Diego <br><br> **TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Thu., June 17, 2021** | Appellants' Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Mon., July 12, 2021** | Transcript shall be ordered. |
| **Tue., August 10, 2021** | Transcript shall be filed by court reporter. |
| **Mon., September 20, 2021** | Appellants' opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Wed., October 20, 2021** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellants' reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ruben Talavera
Deputy Clerk
Ninth Circuit Rule 27-7