1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  JOSE A. ZELIDON-ZEPEDA
   Deputy Attorney General
4  JOHN D. ECHEVERRIA
   Deputy Attorney General
5  State Bar No. 268843
    455 Golden Gate Avenue, Suite 11000
6   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3479
7   Fax:  (415) 703-1234
    E-mail:  John.Echeverria@doj.ca.gov
8  *Attorneys for Defendants-Appellants*

9

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  **JAMES MILLER, et al.,** | Case No. 19-cv-1537-BEN-JLB |
| 14                        Plaintiffs, | **REPRESENTATION STATEMENT** |
| 15  v. | **[Fed. R. App. P. 12(b)]** |
| 16  **CALIFORNIA ATTORNEY GENERAL ROB BONTA, et al.,** | Judge:         Hon. Roger T. Benitez<br>Courtroom:  5A |
| 17 | Action Filed:  August 15, 2019 |
| 18                        Defendants. | |

19
20
21
22
23
24
25
26
27
28

Pursuant to Federal Rule of Appellate Procedure 12(b), Defendants-Appellants Rob Bonta, in his official capacity as Attorney General of the State of California, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms,[1] hereby submit the following Representation Statement identifying all parties to the action along with the names, addresses, and telephone numbers of their respective counsel:

Defendants-Appellants Rob Bonta, in his official capacity as Attorney General of the State of California, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms:

Thomas S. Patterson (thomas.patterson@doj.ca.gov)
Mark R. Beckington (mark.beckington@doj.ca.gov)
Jose A. Zelidon-Zepeda (jose.zelidonzepeda@doj.ca.gov)
John D. Echeverria (john.echeverria@doj.ca.gov)
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 510-3479
Fax:  (415) 703-1234

Plaintiffs-Appellees James Miller; Patrick Russ; Wendy Hauffen; Neil Rutherford; Adrian Sevilla; Ryan Peterson; Gunfighter Tactical, LLC; John Phillips; PWGG, L.P.; San Diego County Gun Owners PAC; California Gun Rights Foundation; Second Amendment Foundation; and Firearms Policy Coalition, Inc.:

John W. Dillon (jdillon@dillonlawgp.com)
Dillon Law Group, APC
2647 Gateway Road, Suite 105 No. 255
Carlsbad, CA  92009
(760) 642-7150

---

[1] Rob Bonta has succeeded former Attorney General Xavier Becerra as the Attorney General of the State of California, and Luis Lopez has succeeded former Interim Director Brent E. Orick as the Director of the Bureau of Firearms.  Pursuant to Federal Rule of Civil Procedure 25(d), Attorney General Bonta and Director Lopez, in their respective official capacities, are substituted as the defendants in this case.

George M. Lee (gml@seilerepstein.com)
Seiler Epstein LLP
275 Battery Street, Suite 1600
San Francisco, CA 94111
(415) 979-0500

Erik S. Jaffe (ejaffe@schaerr-jaffe.com)
Schaerr Jaffe LLP
1717 K Street NW, Suite 900
Washington, D.C. 20006
(202) 787-1060

| | |
|---|---|
| Dated: June 11, 2021 | Respectfully submitted, |
| | ROB BONTA<br>Attorney General of California<br>MARK R. BECKINGTON<br>Supervising Deputy Attorney General<br>JOSE A. ZELIDON-ZEPEDA<br>Deputy Attorney General |
| | s/ John D. Echeverria |
| | JOHN D. ECHEVERRIA<br>Deputy Attorney General<br>*Attorneys for Defendants-Appellants* |

SA2019104420
42734234.docx

## CERTIFICATE OF SERVICE

Case Name: **James Miller et al. v. Xavier Becerra, et al.**
Case No.   **3:19-cv-01537-BEN-JLB**

I hereby certify that on June 11, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

REPRESENTATION STATEMENT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 11, 2021, at San Francisco, California.

|  |  |
|---|---|
| Robert Hallsey | /s/ Robert Hallsey |
| Declarant | Signature |

SA2019104420
42734257.docx