|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | JUN 21 2021 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JAMES MILLER; et al.,

        Plaintiffs-Appellees,

 v.

ROB BONTA, in his official capacity as Attorney General of the State of California; LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms,

        Defendants-Appellants.

No. 21-55608

D.C. No. 3:19-cv-01537-BEN-JLB
Southern District of California,
San Diego

ORDER

Before: SILVERMAN, NGUYEN, and R. NELSON, Circuit Judges.

    The motion by the State of Arizona, et al. (Docket Entry No. 9-1) for leave to file an amicus brief in opposition to appellants' motion for a stay pending appeal is granted. The clerk will file the amicus brief (Docket Entry No. 9-2).

    The district court's June 4, 2021 order and judgment are stayed pending resolution of *Rupp v. Bonta*, No. 19-56004. The stay shall remain in effect until further order of this court.

    Briefing in this appeal is stayed.

    Within 14 days of this court's decision in *Rupp v. Bonta*, the parties shall file a status report and may request appropriate relief.

LCC/MOATT