FILED

AUG 1 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES MILLER; et al.,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms,<br><br>    Defendants-Appellants. | No. 21-55608<br><br>D.C. No. 3:19-cv-01537-BEN-JLB<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: SILVERMAN, NGUYEN, and R. NELSON, Circuit Judges.

Appellants' motion to vacate the judgment challenged in this appeal and to remand for further proceedings (Docket Entry No. 22) is granted.

The district court's June 4, 2021 order and judgment are vacated. This case is remanded to the district court for further proceedings consistent with the United States Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. \_\_\_\_ (2022).

All other pending motions are denied as moot.

**VACATED and REMANDED.**

LCC/MOATT