

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Rob Bonta, in his official capacity as Attorney General of the State of California, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 19-cv-1537-BEN (JLB)<br><br>**ORDER** |

Pursuant to the decision of the court of appeals vacating and remanding the case to this court, both parties are ordered to file briefs addressing *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. ___ (June 23, 2022), and to do so withing twenty days of the date of this Order.

IT IS SO ORDERED.

Date: August 8, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　　　United States District Judge