1  ROB BONTA
   Attorney General of California
2  P. PATTY LI
   Supervising Deputy Attorney General
3  JOHN D. ECHEVERRIA
   Deputy Attorney General
4  ANNA FERRARI
   Deputy Attorney General
5  State Bar No. 261579
     455 Golden Gate Ave., Ste. 11000
6    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3779
7    Fax:  (415) 703-1234
     E-mail:  Anna.Ferrari@doj.ca.gov
8  *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MILLER, et al.,**<br><br>                 Plaintiffs,<br><br>v.<br><br>**CALIFORNIA ATTORNEY GENERAL ROB BONTA, et al.,**<br><br>                 Defendants. | 19-cv-1537 BEN-JLB<br><br>**NOTICE OF APPEARANCE OF ANNA FERRARI AS COUNSEL FOR DEFENDANTS**<br><br>Judge:       Hon. Roger T. Benitez<br>Courtroom:  5A<br>Action Filed:  August 15, 2019 |

PLEASE TAKE NOTICE THAT Deputy Attorney General Anna Ferrari hereby enters an appearance as additional counsel for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Blake Graham, in his official capacity as Acting Director of the Department of Justice Bureau of Firearms.[1]  Ms. Ferrari is a member in good standing of the State Bar of California and is admitted to practice before this Court.  Ms. Ferrari's contact information is as follows:

> Anna Ferrari
> 455 Golden Gate Ave., Ste. 11000
> San Francisco, CA 94102
> Telephone: (415) 510-3779
> Facsimile: (415) 703-1234
> E-mail: Anna.Ferrari@doj.ca.gov

Dated: August 8, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General

*s/ Anna Ferrari*
ANNA FERRARI
Deputy Attorney General
*Attorneys for Defendants*

---

[1] Rob Bonta has succeeded former Attorney General Xavier Becerra as the Attorney General of the State of California, and Blake Graham, now Acting Director of the Bureau of Firearms, has succeeded former Director Luis Lopez, who in turn succeeded former Interim Director Brent E. Orick.  Pursuant to Federal Rule of Civil Procedure 25(d), Attorney General Bonta and Acting Director Graham, in their respective official capacities, are substituted as the defendants in this case.