1  John W. Dillon (SBN 296788)
       jdillon@dillonlawgp.com
2  **DILLON LAW GROUP APC**
3  2647 Gateway Road
   Suite 105, No. 255
4  Carlsbad, California 92009
5  Phone: (760) 642-7150
   Fax: (760) 642-7151
6

7  George M. Lee (SBN 172982)
       gml@seilerepstein.com
8  **SEILER EPSTEIN LLP**
9  275 Battery Street, Suite 1600
   San Francisco, California 94111
10 Phone: (415) 979-0500
11 Fax: (415) 979-0511

12 *Attorneys for Plaintiffs*
13

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al., | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **PLAINTIFFS' NOTICE RE LETTER TO HON. ROGER T. BENITEZ** |
| vs. | |
| ROB BONTA, in his official capacity as Attorney General of California, et al., | |
| Defendants. | |

   Plaintiffs James Miller, et al. hereby provide notice of the letter of August 25, 2022, attached hereto, addressed to Hon. Roger T. Benitez in the above-captioned matter.

//

1 | Dated: August 25, 2022

SEILER EPSTEIN LLP

/s/ George M. Lee
George M. Lee

Attorneys for Plaintiffs James Miller, et al.