ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ANNA FERRARI
Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendants Rob Bonta and
Blake Graham, in their official capacities*[1]

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER et al.,** | 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **DECLARATION OF ZACHARY SCHRAG  IN SUPPORT OF DEFENDANTS' BRIEF IN RESPONSE TO THE COURT'S ORDER OF AUGUST 8, 2022** |
| **v.** | |
| **CALIFORNIA ATTORNEY GENERAL XAVIER BECERRA et al.,** | Dept:      5A |
| | Judge:    The Honorable Roger T. Benitez |
| Defendants. | Action Filed:     8/15/2019 |

---

[1] Rob Bonta has succeeded former Attorney General Xavier Becerra as the Attorney General of the State of California, and Acting Director of the Bureau of Firearms Blake Graham has succeeded former Interim Director Brent E. Orick. Pursuant to Federal Rule of Civil Procedure 25(d), Attorney General Bonta and Acting Director Graham, in their respective official capacities, are substituted as the defendants in this case.

**DECLARATION OF ZACHARY SCHRAG**

Pursuant to 28 U.S.C. § 1746, I, Zachary Schrag, declare under penalty of perjury that the following is true and correct:

1.      I am a professor of history at George Mason University. I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, I could and would testify competently as to those facts.

2.      I have been retained by the California Department of Justice to render expert opinions in this case. I completed most of my work on this declaration without charge, and beginning on August 21, 2022, I have been compensated for my additional work on this declaration at a rate of $75 per hour.

**Background and Qualifications**

3.      In 2002 I earned my PhD in history at Columbia University. Since then I have been employed full-time as a history professor. In 2004 I joined the history faculty at George Mason University, where I now serve as a professor of history and as the director of the MA program in history. A true and correct copy of my curriculum vitae is attached as **Exhibit A** to this declaration.

4.      I am the author of three books on the history of the United States: *The Great Society Subway: A History of the Washington Metro* (The Johns Hopkins University Press, 2006), *Ethical Imperialism: Institutional Review Boards and the Social Sciences, 1965-2009* (The Johns Hopkins University Press, 2010), and *The Fires of Philadelphia: Citizen-Soldiers, Nativists, and the 1844 Riots over the Soul of a Nation* (Pegasus Books, 2021), as well as multiple journal articles, book chapters, essays, and other publications on history.

5.      I am also the author of *The Princeton Guide to Historical Research* (Princeton University Press, 2021), a peer-reviewed work that explains the methods used by historians to understand the past. To write that book, I examined other historians' practices, as well as drawing on my decades of experience conducting

1

1   my own research, teaching undergraduate and graduate courses on research

2   methods, and supervising doctoral dissertations.

3   **The Historian's Role**

4   6.      I have read the Supreme Court's decision in *New York State Rifle &*

5   *Pistol Association, Inc. v. Bruen.*[2]

6   7.      As one who has taught and written about the process of historical

7   research, I have been asked by the California Department of Justice to explain the

8   work required to answer the difficult historical questions posed in *Bruen*. It is not

9   my purpose in this declaration to determine the "Nation's historical tradition" of

10  firearms regulation or to detail the tasks that might be required to fairly describe

11  that tradition. Rather, I seek to explain in general the process of historical research,

12  and the reasons that it is unpredictable, labor-intensive, and time-consuming.

13  **Questions**

14  8.      The *Bruen* opinion presents us with a general topic: the "Nation's

15  historical tradition" of firearms regulation, including "historical analogies."

16  Translating such a *topic* into a research *question* is the historian's most

17  consequential task, and one of the most difficult.

18  9.      A first task is to determine the geographical scope of a historical

19  question. Any plan for historical research in response to post-*Bruen* litigation will

20  need to determine the relevance of events outside of North America. Even within

21  one continent, historians must make choices about geographical scope, for firearms

22  have been at times regulated by local, colonial, state, federal, and Tribal bodies, and

23  they have been controlled by non-state actors as well.

24  10.     A second major task is to determine the chronological scope of an

25  investigation. As part of any historical investigation of California's current laws,

26  historians and lawyers would need to decide what periods of history they would

27  like to explore.

28  ───────────────

     [2] 597 U.S. __, 142 S. Ct. 2111, 2126 (2022).

11.     The third and most important scoping choice concerns people. For centuries, most historical research posed questions about powerful men with official positions: monarchs, generals, and cabinet ministers. But generations of historians have worked to expand our understanding of the past by including other groups: artists and intellectuals, business leaders and engineers, women, workers, members of minority groups, and so forth. Conceivably, a history of firearms regulation could embrace not only the stories of legislators and jurists, but also firearms manufacturers, users, victims, advocates, and opponents.

### Sources

12.     Once historians have defined the questions they wish to answer, they must identify the sources they will use to do so.

13.     The first step is to read existing scholarship, also known as secondary sources. Historians use a range of tools to determine what others have written. Bibliographic databases, published book reviews, and databases with the full text of journal articles are good places to start. Historians will often seek help at this stage from other scholars, including librarians. They will also read the footnotes of any scholarship they consult, leading to a lengthening chain of citation.[3] Existing scholarship will answer many questions, refine others, and pose new ones. In order to expand our understanding of the past, historians go beyond that scholarship and explore primary sources: documents or other material created by participants in or witnesses to the events one wishes to study.

14.     Legal historians and courts are appropriately interested in statutory and case law. An act of legislation or a court order records a decision, but not necessarily the reasoning behind that decision. To be sure, legislative debates, accompanying reports, and court opinions sometimes help us understand the reason for a decision, but we often must look to unofficial sources as well. For example, to

---

[3] Alexandra Chassanoff, "Historians and the Use of Primary Source Materials in the Digital Age," *American Archivist* 76 (September 2013): 460.

understand how New York and Massachusetts developed their immigration policy in the 1850s (then mostly a state, rather than federal, responsibility), Hidetaka Hirota considers not only the actions of courts and legislatures, but also the actions of immigration officials, shipmasters, immigration officials, guardians of the poor, foreign consuls and immigrants themselves. To do so, he consulted many published statutes and court opinions from various years and states, which he then contextualized using official reports, newspapers, and some archival papers, such as the records of the mayor of New York City.[4] All of this helps us understand why the legislatures passed the statutes they did.

15.    Even then, we must do more to understand the effect of those statutes on the lives of Americans, and their enforcement not only by agents of the state but also by community norms. Historians have demonstrated that both state and federal governments have relied on voluntary compliance or coercion, and the aid of non-state actors, to achieve their ends. To understand how, for example, conscription functioned in the world wars, we must look beyond the statute books and published regulations to newspapers, journals, institutional histories, soldiers' letters, and even the lyrics of popular songs.[5] In my own work, I cite two examples of firearms regulation that took place not in the statehouse, but on the street. On May 7, 1844, the day after a lethal riot, the mayor of Philadelphia noticed a man at a rally sitting on a double-barreled gun and ordered a police officer to confiscate it, though it was later returned. Two months later, the sheriff of Philadelphia County led a search of a Catholic church, during which he confiscated a great many more arms of various

---

[4] Hidetaka Hirota, *Expelling the Poor: Atlantic Seaboard States and the Nineteenth-Century Origins of American Immigration Policy* (Oxford University Press, 2017), chapter 3.

[5] Christopher Capozzola, *Uncle Sam Wants You: World War I and the Making of the Modern American Citizen*, 1 edition (New York; Oxford: Oxford University Press, 2010), chapter 4; James T. Sparrow, *Warfare State: World War II Americans and the Age of Big Government* (New York: Oxford University Press, 2011), chapter 6.

4

types.[6] These events eventually featured in criminal cases that were reported in newspapers, months after the confiscations, suggesting the need to look beyond the statutes to understand how Americans understood state police power.[7]

16.     In *The Princeton Guide to Historical Research*, I take two chapters, totaling fifty pages, to simply list the many types of sources commonly used by historians, so I will not try to repeat that here. Briefly put, historians rely primarily on textual sources, which may exist as books, serials, government documents, unpublished manuscripts, or other formats. In addition, they sweep in non-textual sources, such as quantitative data, maps, photographs, images, and physical artifacts. These non-textual sources could be of interest in exploring the differences among various kinds of urban spaces or the physical attributes of firearms and the wounds they inflict, both of which may be significant to firearms regulation.

17.     Because the sources a historian consults depends on the questions they seek to answer, I cannot say in advance what kinds of sources a government might explore to determine whether its laws conform to "this Nation's historical tradition." What I can say is that choosing those sources will be a weighty and time-consuming task.

### Access

18.     Having identified the kinds of sources they are seeking, historians must figure out how to access them. The digitization of primary sources has sped up research a good deal, but the process is still time-consuming. The electronic databases developed in the past quarter century are amazing but also seductively easy. In recent years, journalists have made embarrassing missteps by failing to

---

[6] Zachary M. Schrag, *The Fires of Philadelphia: Citizen-Soldiers, Nativists, and the 1844 Riots over the Soul of a Nation* (New York: Pegasus, 2021), 114, 207.
[7] Alexander Elkins, "'At Once Judge, Jury, and Executioner': Rioting and Policing in Philadelphia, 1838-1964," *Bulletin of the German Historical Institute* 54 (Spring 2014): 67–90; Gary Gerstle, *Liberty and Coercion: The Paradox of American Government from the Founding to the Present* (Princeton University Press, 2017), chapter 2.

consider the ways that a simple text search can yield profoundly misleading results, if one fails to consider the ways that terminology shifts over time.[8]

19.    Moreover, to thoroughly understand an event or debate, one may need to run the same search across numerous sources in parallel, including newspaper databases, digitized books, laws, and other documents.

20.    To explore nineteenth-century newspapers from a single state, one may need to consult multiple commercial databases, each of which offers different holdings, and requires different query formats for a search. For example, to study antebellum Pennsylvania, I consulted digitized Pennsylvania newspapers in at least seven databases.[9] For each, one may need to enter multiple, related terms. For instance, a search for "shotguns" in one decade might not turn up any, if people of that period referred to such weapons as "fowling pieces." Having found that term in one database, one might return to search for it in all the others.

21.    These digital databases rely on computerized, optical character recognition, usually performed not on original print copies but rather on often blotchy microfilm. Because of the small typefaces and cramped layouts of eighteenth- and nineteenth-century texts, this is a highly unreliable process; a historian searching for a particular keyword may get fewer than half of the relevant results. As Tim Hitchcock has written of one digitized collection of eighteenth-century newspapers, "52 per cent of the Burney Collection and a similar proportion of other resources are entirely unfindable, and as importantly it will always be the same 52 per cent, determined by typeface, layout, bleed through and a host of other factors no one has thoroughly investigated. If you want to use these materials to

---

[8] Karin Wulf, "What Naomi Wolf and Cokie Roberts Teach Us about the Need for Historians," *Washington Post*, June 11, 2019; Lauren MacIvor Thompson, "Women Have Always Had Abortions," *New York Times*, December 13, 2019.

[9] This includes America's Historical Newspapers, Chronicling America, GenealogyBank.com, Newspapers.com, Nineteenth Century U.S. Newspapers, Pennsylvania Historic Newspapers, and the Villanova Digital Library. Additional titles do not existing in digital form, so I consulted them on microfilm or in the original print. And titles from other states and countries required additional database searches.

trace tabular data, or advertisements that include graphical elements, or any text normally represented in italics, you are largely out of luck." A historian must spend time comparing results to page images in order to understand what results are and are not showing up, and to devise search strategies to compensate.

22.     And digitized sources represent only a small fraction of the available evidence. While digitization projects, such as Google Books and HathiTrust, have made it easier than ever to access texts published before 1923, they do not cover all publications, and they typically offer only glimpses of works that may still be protected by copyright. And they do not sweep in the bulk of non-textual sources, such as maps, artworks, and photographs, though other databases may reproduce these.

23.     The most time-consuming form of historical research is archival research, which refers to the examination of original documents preserved by specialized institutions. As noted above, Hirota explored city, state, and federal archives (as well as some in the United Kingdom) to document official actions and deliberations not recorded in published sources. Other historians use official archives to demonstrate how a law operated in practice. To show how white assailants of Black victims "could act beyond the law," Adam Malka cites a pardon record in the Maryland State Archives.[10] On a larger scale, our current understanding of Reconstruction depends in part on the letters to Southern governors that Eric Foner first read in the 1970s. As he has explained, those letters had been stuffed in boxes for a century, and many of them were "total junk." But scattered among the total junk were accounts of the actual operations of Reconstruction governments.[11]

---

[10] Adam Malka, *The Men of Mobtown: Policing Baltimore in the Age of Slavery and Emancipation*, Illustrated edition (University of North Carolina Press, 2018), 170.
[11] Eric Foner, "Black History and the Reconstruction Era," *Souls* 8 (2006): 198.

7

24.     Unpublished unofficial sources also show us how previous generations of Americans, including those without official positions, understood the rules—official or not—that governed their lives. For example, Rosemarie Zagarri combines both unpublished and published personal letters to understand women's roles in the politics of the early republic.[12] Lisa Tolbert relies on letters and diaries—as well as the testimony given in a murder trial—to understand how white women, white men, and enslaved Black men navigated similar urban spaces very differently, and gives us a far more complete understanding than would print sources created by and for white men alone.[13] My own understanding of the antebellum militia benefited greatly from reading the unpublished diary of Colonel Augustus Pleasonton, preserved by the Historical Society of Pennsylvania. Elizabeth Kelly Gray recently described how she and her students are transcribing *Memoirs of a Thief*, a manuscript written about 1800, which could give new insight to the working of criminal justice in the years after the passage of the Bill of Rights.[14]

25.     Just locating archival sources is a task in itself, for archival sources often reside in unexpected places. For example, one might expect the work of a federal body to be preserved in the U.S. National Archives, an institution specifically created to preserve materials created by the federal government. In fact, as the Archives explains, it only preserves between 1 and 3 percent of those materials, so historians must often look elsewhere to trace even a federal story.[15] To understand the work of the National Commission for the Protection of Human

[12] Rosemarie Zagarri, *Revolutionary Backlash: Women and Politics in the Early American Republic* (University of Pennsylvania Press, 2011).
[13] Lisa C. Tolbert, *Constructing Townscapes: Space and Society in Antebellum Tennessee* (Chapel Hill: The University of North Carolina Press, 1999), chapters 4-6.
[14] "Lesson Plan: Primary Documents as Material Culture: Encouraging Students to See a Source from All Sides," *The Panorama* (blog), August 17, 2022, http://thepanorama.shear.org/2022/08/17/lesson-plan-primary-documents-as-material-culture-encouraging-students-to-see-a-source-from-all-sides/.
[15] "What Is the National Archives and Records Administration?," National Archives, August 15, 2016, https://www.archives.gov/about.

Subjects of Biomedical and Behavioral Research, for example, I had to spend long hours at the Bioethics Research Library at Georgetown University, which preserves materials prepared for the commission's meetings. I also traveled to the Graduate Theological Union in California to review additional materials deposited there by one of the commission members. In both cases, private institutions are preserving public records. While this example concerns a federal body, I have faced the same challenges at the state and local level.

26.     As the above example suggests, relevant materials on a single topic may be scattered from coast to coast. Thanks to the work of countless archivists and networks, such as OCLC, Inc., identifying relevant collections may now be easier than ever before, though finding the right search terms remains an iterative process. But accessing archival materials is not simple. These materials do not circulate, so a researcher must travel to the archive, or hire a local assistant. Many reading rooms are open for limited hours. The Library of Virginia, for example, which holds the official records of the Commonwealth has an Archives Research Room that is open only twenty-six hours most weeks.[16]

27.     Most significantly, archival research often resembles panning for gold—seeking the glint of treasure amid much larger volumes of worthless dirt. A box of documents may have a single page of relevant material, or none at all, or duplicates of material one has already seen, which can be even worse than finding nothing since they consume the time needed to check that they are, in fact, duplicates. Handwriting may be hard to decipher. Bound volumes may be missing pages, or runs of serials may be missing issues. Historians try work around such gaps by finding comparable information elsewhere, but this takes additional time.

28.     In some cases, historians make copies of the materials they find—downloading electronic versions, or scanning or photographing printed materials.

---

[16] "Library of Virginia Visitors Guide," accessed August 3, 2022, https://www.lva.virginia.gov/about/visit.asp.

For collaborative work, citation-management systems such as Zotero can help groups share resources. But this is still preliminary to the more important work of reading and analyzing the material they have gathered.

### Findings

29.    Having gained access to the sources one will consult, the next step is to read them (or, in the case of non-textual sources, to view, listen to, or otherwise extract information from them). And while historians are experimenting with computer-aided methods of analysis, to a large extent they still rely on the time-consuming work of thorough reading.[17] This takes time.

30.    A major challenge in this process is to identify patterns that emerge from the evidence, and to devise interpretations that best fit the available facts. Historians seek to understand complexity, considering both the major trends of a period and important exceptions.

31.    Another key task is to read evidence critically, rather than taking sources at face value. Historians understand that people create sources with an agenda, whether they are trying to win votes, sell a product or service, persuade loved ones to act in a certain way, gather information, or to craft and artistic rendering of the world around them. To divine such agendas, historians consider the intended audience, and the explicit or implicit messages a source conveys. They consider a source's credibility, its stylistic nuances, and the context in which it was created. And they compare sources to one another, especially looking for evidence of change or continuity over time.

32.    All of this takes time, and collaborative work only adds to the burden, since it requires the coordination of efforts, the sharing of drafts, and eventually the compilation of multiple documents into a single, coherent format. Since an investigation of the relevant historical traditions of firearms regulation will likely

---

[17] Mats Fridlund, Mila Oiva, and Petri Paju, eds., *Digital Histories: Emergent Approaches within the New Digital History* (Helsinki University Press, 2020); Robert A. Caro, *Working* (Knopf Doubleday Publishing Group, 2019), 11.

require collaboration of multiple scholars with distinct approaches and expertise, we can expect any report to go through multiple iterations before it is ready to be shared with a court.

**Timing**

33.     As Justice Breyer's dissent in *Bruen* notes, historians have worked hard to provide amicus briefs for cases headed to the Supreme Court, but the *Bruen* majority imposes novel tasks on lower courts and litigants and, by extension, the historians who might assist them.

34.     To answer the questions raised by *Bruen* will require attention to a wider range of sources than those typically found in legal databases. Again, a historian would start with the existing scholarship, to learn what other historians have already found about a given topic and what sources they used to develop those findings. To build on that work, they would dive into primary sources, including print and digital sources, and perhaps archival manuscript sources as well. And the entire process is iterative. Just as a footnote in a scholarly source can lead one to a primary source, so might reading a primary source spark questions—Who is this person? What is the event being referred to here?—that are best answered by a return to published scholarship.

35.     I estimate that I write roughly 100 - 125 words of finished product per hour of research and writing, so that each thousand words of finished research (not including footnotes) would require between eight and ten hours. Thus, a 7,500-word essay might be expected to take about 75 hours to write, possibly parceled out among a team of historians. That estimate (which does not include preliminary work to identify source materials), is complicated by the possible need to conduct different kinds of historical research to meet the new approach suggested by *Bruen*, which could require more primary-source research than is typical, which generally takes longer to complete than research using secondary sources.

36.     On top of this, most historians with PhDs work as professors, whose schedules are determined by their teaching duties.[18] The best time for them to be able to contribute their expertise would be between semesters: December, January, and the summer months. A deadline in the middle of a fall or spring semester risks depriving the court of their best work.

**Conclusion**

37.     History is for everyone. Asking what choices in the past led to our present circumstances is a basic human characteristic, and we all share stories of ourselves, our families, our communities, and our countries. At the same time, the most reliable histories require methodical investigation of the sort taught most frequently in graduate programs in history. Historians must craft worthy research questions that they will refine as they proceed, assess existing scholarship on a subject, identify and access primary sources that can help answer their questions, read those sources with care and curiosity, and report their findings in clear prose. Each step takes patience, deliberation, and a willingness to go down paths that may turn out to be dead ends. To do their best work, historians cannot be rushed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 26, 2022, at Arlington, Virginia.


_____
Zachary M. Schrag

SA2019104420

_____

[18] Emily Swafford and Dylan Ruediger, "Every Historian Counts," *Perspectives on History*, September 2019.

12

# EXHIBIT A

**ZACHARY M. SCHRAG**

Professor of History • George Mason University
MSN 3G1 • 4400 University Drive • Fairfax, VA 22030 • 703/594-1844 • zschrag@gmu.edu
zacharyschrag.com • historyprofessor.org • @zacharyschrag • ORCID: 0000-0003-1420-551X

**Education**

Columbia University. Ph.D. (History), 2002. M. Phil., 1999. M.A., 1997.

Harvard University. A.B. *magna cum laude* (Social Studies), 1992.

**Employment**

George Mason University. Department of History and Art History.
Professor, 2012 to present.
Associate Professor, 2009-2012. Assistant Professor, 2004-2009.

Columbia University. Department of History.
Assistant Professor (term appointment). 2003-2004.

Baruch College, City University of New York. Department of History.
Substitute Assistant Professor. 2002-2003.

**Books**

2021    *The Princeton Guide to Historical Research.*
Princeton: Princeton University Press.

2021    *The Fires of Philadelphia: Citizen-Soldiers, Nativists, and the 1844 Riots Over the Soul of a Nation.* New York: Pegasus Books.

2010    *Ethical Imperialism: Institutional Review Boards and the Social Sciences, 1965-2009.*
Baltimore: The Johns Hopkins University Press.

Korean translation by Panmun Co. Ltd, 2014. Chinese translation by Wu-Nan Book Inc., 2016. Paperback edition, Johns Hopkins University Press, 2017.

2006    *The Great Society Subway: A History of the Washington Metro.*
Baltimore: The Johns Hopkins University Press.
Paperback edition, with new preface, Johns Hopkins University Press, 2014.

**Refereed Journal Articles**

2021    Scott W. Berg and Zachary M. Schrag, "It Takes Two: Combining English and History to Team Teach Narrative Writing," *Journal of American History* 107, no. 4 (March 2021): 968–73.

2020    "Interviewing Everyman: William Sheridan Allen, Theodore Rosengarten, and the Allure of Pseudonymous History," *Rethinking History* 24 (2020): 69–93.

2009    "How Talking Became Human Subjects Research: The Federal Regulation of the Social Sciences, 1965-1991." *Journal of Policy History* 21 (Winter 2009): 3-37. [Material later incorporated into *Ethical Imperialism*.]

2000    "'The Bus is Young and Honest': Transportation Politics, Technical Choice, and the Motorization of Manhattan Surface Transit, 1919-1936," *Technology and Culture* 41 (January 2000): 51-79.

26 August 2022

**Invited Journal Articles and Book Chapters**

2022    "'Things That Should Look Permanent Forever': The Challenges of Preserving the Washington Metro." *APT Bulletin: The Journal of Preservation Technology* 53 no. 1 (2022), 21-29.

2019    "Vexed Again: Social Scientists and the Revision of the Common Rule, 2011-2018." *Journal of Law, Medicine & Ethics* 47 (2019): 254-263.

2016    "Ethical Pluralism: Scholarly Societies and the Regulation of Research Ethics," in *The Ethics Rupture: Exploring Alternatives to Formal Research-Ethics Review*, edited by Will C. van den Hoonaard and Ann Hamilton. Toronto: University of Toronto Press, 2016.

2014    "What Is This Thing Called Research?" in *Human Subjects Research Regulation: Perspectives on the Future*, eds. I. Glenn Cohen and Holly Fernandez Lynch. Cambridge: MIT Press, 2014.

2013    "'Rather Strong Advisory': William Walton's Commission and the Challenge of the FBI Building," in *Civic Art: A Centennial History of the U.S. Commission of Fine Arts*, edited by Thomas Luebke. University of Massachusetts Press, 2013.

2012    "Transportation and the Uniting of the Nation," in *To Promote the National Welfare: The Case for Big Government*, edited by Steve Conn. New York: Oxford University Press, 2012.

2011    "The Case Against Ethics Review in the Social Sciences." *Research Ethics* 7 (2011): 120–131.

2009    "The Making of an Auto-Dependent Edge City: The Case of Fairfax County, Virginia," in Daniel Rubey, ed. *Redefining Suburban Studies: Searching for New Paradigms*. Hempstead, New York: Center for Suburban Studies at Hofstra University, 2009. [Adapted from *The Great Society Subway*, chapter 9.]

2004    "The Freeway Fight in Washington, D.C.: The Three Sisters Bridge in Three Administrations," *Journal of Urban History* 30 (July 2004): 648-673. [Material later incorporated into *The Great Society Subway*, chapter 5.]

2001    "Mapping Metro, 1955-1968: Urban, Suburban, and Metropolitan Alternatives," *Washington History* 13 (Spring/Summer 2001): 4-23, 90-92. [Material later incorporated into *The Great Society Subway*.]

**Reports, Essays, and Journalism**

2021    "Martyrs to the Nation," *Slate Magazine*, September 1, 2021.

"Autobiography with Scholarly Trimmings," *Perspectives Daily* (blog), July 13, 2021.

"When Philadelphia Became a Battlefield, Its Surgeons Bore Witness," *Nursing Clio* (blog), June 22, 2021, nursingclio.org

"In 1844, Nativist Protestants Burned Churches in the Name of Religious Liberty," *History News Network*, May 30, 2021, hnn.us

"Tucker Carlson's Cries about Immigrants Have a Disturbing 19th-Century Parallel," *Washington Post: Made by History* (blog), May 17, 2021.

"5 Paragraphs in Defense of 5 Paragraphs," *Inside Higher Ed*, April 28, 2021.

2018    "Lewis Levin Wasn't Nice," *Tablet Magazine*, October 22, 2018.

"Subway Stories: DC Metro and the Problem of Maintenance," *AHA Today*, January 4, 2018.

2016  "How Congress Undercut Its Own City's Subway System," *POLITICO Magazine*, March 16, 2016.

2015  "Will the Federal Government Finally Deregulate Oral History?," *American Historian*, November 2015, 20-22.

2014  "You Can't Ask That." *Washington Monthly*, September/October 2014.

2012  "Regulation of Research on Human Subjects: Academic Freedom and the Institutional Review Board." Report of a subcommittee of the American Association of University Professors Committee A on Academic Freedom and Tenure. With Judith Jarvis Thomson, Catherine Elgin, David A. Hyman, Jonathan Knight, and B. Robert Kreiser. Published, September 2012. Final version, March 2013.

2012  "The Ethical Imperialism of Moral Science," *Bioethics Forum*, January 4, 2012.

2011  "Virginia's History Textbooks Still Aren't Accurate—The Publishers Need to Get Historians Involved," *History News Network*, October 3, 2011.

"Obama's Impossible Request," *Bioethics Forum*, January 19, 2011.

2010  "Milestone: Peter S. Craig," *Washington History* 22 (2010): 97-98.

"Belmont's Ethical Malpractice," *Bioethics Forum*, November 30, 2010.

2009  "UIC IRB Asserts Power Over Oral History," *Illinois Academe*, Spring 2009.

2007  "Thinking Big: Lessons from the Washington Metro," *TR News* 249 (March-April 2007): 18-20.

"Ethical Training for Oral Historians," *Perspectives: Newsletter of the American Historical Association*, March 2007.

2006  "How Metro Shapes D.C.," *Washington Post*, May 7, 2006.

**Awards and Grants**

2022  George Mason University. Rick Holt Active Transportation Advocate Award.

2010  *Journal of Policy History*. Ellis Hawley Prize.

2009  Library of Congress. Kluge Fellowship.

2008  George Mason University. Mathy Junior Faculty Award.

2003  Society for American City and Regional Planning History. John Reps Prize.

2001  National Science Foundation, Program in Science and Technology Studies. Dissertation Grant.

Gerald R. Ford Foundation. Travel Grant to Gerald R. Ford Library.

2000  Columbia University. Public Policy Fellowship.

1997  Columbia University. President's Fellowship

1996  Columbia University. Richard Hofstadter Fellowship.

## Editorial Positions

2013   *Journal of Empirical Research on Human Research Ethics.* Appointed to advisory board, July 2013

2011   *Journal of Policy History.* Guest editor of volume 23, issue 1 (January 2011). Special issue on human subjects regulations in several countries.

2009   Historical Society of Washington, D.C.
Editor, *Washington History,* volumes 21 and 22 (2009 and 2010). Editorial board member, 2005-2014.

2008   *Journal of Urban History.* Editorial board member. 2008-2013.

## New Media

2011   HistoryProfessor.Org: Zachary Schrag's Guidelines for History Students.

2006   Institutional Review Blog, http://institutionalreviewblog.com/. Active 2006-2017.

2005   The Mason Historiographiki, http://chnm.gmu.edu/courses/schrag/wiki/.

2001   "Building the Washington Metro: An Online Exhibit." Center for History & New Media, George Mason University, http://chnm.gmu.edu/metro.

## Reference Entries

2014   "Subways." *Oxford Encyclopedia of the History of Science, Medicine, and Technology in America*, edited by Hugh Richard Slotten. New York: Oxford University Press, 2014.

2013   "Nativist Riots of 1844," Encyclopedia of Greater Philadelphia, http://philadelphiaencyclopedia.org/archive/nativist-riots-of-1844/.

2008   "Designing the Washington Metro," in *Architecture: Celebrating the Past, Designing for the Future,* edited by Nancy B. Solomon. New York: Visual Reference, 2008.

2002   "Washington, D.C.," in *Dictionary of American History,* 3rd edition, edited by Stanley I. Kutler. New York: Charles Scribner's Sons Reference Books, 2002.

"Urban Mass Transit in the U.S.," in *EH.Net Encyclopedia,* edited by Robert Whaples, http://www.eh.net/encyclopedia/contents/schrag.mass.transit.us.php.

"Harry Weese," in *The Scribner Encyclopedia of American Lives,* vol. 5, edited by Kenneth T. Jackson. New York: Charles Scribner's Sons Reference Books, 2002.

2001   "Metrorail System (Metro)," in *Capital IA: Industrial Archeology of Washington, D.C.,* edited by Sara Amy Leach. Washington: Society for Industrial Archeology, Montgomery C. Meigs Original Chapter, 2001.

1999   "Stephen D. Bechtel," in *The Scribner Encyclopedia of American Lives,* vol. 2, edited by Kenneth T. Jackson. New York: Charles Scribner's Sons Reference Books, 1999.

## Reviews

2020   "Outsourcing Ethics," review of *Regulating Human Research: IRBs from Peer Review to Compliance Bureaucracy* by Sarah Babb. *Academe,* Fall 2020, 55-58.

*Last Subway: The Long Wait for the Next Train in New York City***,** by Philip Mark Plotch**.** *Transport Reviews* 40 (2020): 810-811.

2018    *Privacy and the Past: Research, Law, Archives, Ethics*, by Susan C. Lawrence. *Journal of the History of Medicine and Allied Sciences* 73 (January 2018): 118-120.

2017    *Balanced Ethics Review: A Guide for Institutional Review Board Members*, by Simon N. Whitney. *Oral History Review* 44 (Summer/Fall 2017): 433-435.

2015    *The Ethics Police?: The Struggle to Make Human Research Safe*, by Robert L. Klitzman. *Society* 52 (2015): 503-506.

2012    *Behind Closed Doors: IRBs and the Making of Ethical Research*, by Laura Stark. *American Journal of Sociology* 118 (September 2012): 494–496.

        *The Seduction of Ethics: Transforming the Social Sciences*, by Will C. van den Hoonaard. *Contemporary Sociology: A Journal of Reviews* 41 (September 2012): 678–679.

2011    *Urban Mass Transit: The Life Story of a Technology*, by Robert C. Post *Transfers: New Mobility Studies* 1 (Spring 2011): 155-157.

2008    *Generation on Fire: Voices of Protest from the 1960s: An Oral History*, by Jeff Kisseloff. *Oral History Review* 35 (Summer-Fall 2008): 229-231.

        *The Pentagon: A History*, by Steve Vogel. *Virginia Magazine of History and Biography* 116 (2008): 205-207.

2007    *Transport of Delight: The Mythical Conception of Rail Transit in Los Angeles*, by Jonathan Richmond. *Journal of Transport History* 28 (September 2007): 328-330.

        *The Merchant of Power: Sam Insull, Thomas Edison, and the Creation of the Modern Metropolis*, by John F. Wasik. *Technology and Culture* 48 (January 2007): 218-219.

2006    *Capital Drawings: Architectural Designs for Washington, D,C,, from the Library of Congress*, by C. Ford Peatross, ed. H-DC, H-Net Reviews, August 2006.

        "America on the Move," permanent exhibit, Smithsonian Institution, National Museum of American History, Behring Center, *CRM: The Journal of Heritage Stewardship* 3 (Winter 2006): 116-117.

2005    *The Electric Vehicle: Technology and Expectations in the Automobile Age*, by Gijs Mom. *Enterprise and Society* 6 (December 2005): 710-712.

        Washington as It Was: Photographs by Theodor Horydczak, 1923–1959 <http://memory,loc,gov/ammem/thchtml/thhome,html>, created and maintained by the Prints and Photographs Division, Library of Congress, Washington, D,C, *Journal of American History* 92 (September 2005): 710-711.

        "The L'Enfant Plan Artistically Considered" (reviews of Iris Miller, *Washington in Maps*, James M. Goode and Laura Burd Schiavo, *Washington Images*, and Joseph R. Passonneau, *Washington through Two Centuries*). *Journal of Planning History* 4 (August 2005): 280-285.

        *Neon Metropolis: How Las Vegas Started the Twenty-First Century*, by Hal Rothman. *American Studies* 46 (Summer 2005): 208-209.

2004    *From Warfare to Welfare: Defense Intellectuals and Urban Problems in Cold War America*, by Jennifer S. Light. *Technology and Culture* 45 (October 2004): 885-886.

        *Places of Their Own: African American Suburbanization in the Twentieth Century*, by Andrew Wiese. *Journal of Economic History* 64 (September 2004): 903-905.

2003   *Tunneling to the Future: The Story of the Great Subway Expansion That Saved New York*, by Peter Derrick. *Urban History* 30 (May 2003): 155-157.

      *The Human Tradition in Urban America*, by Roger Biles, ed. H-Urban, H-Net Reviews, May 2003.

      *The Notebook of an Amateur Politician: And How He Began the D.C. Subway*, by Gilbert Hahn, Jr. H-DC, H-Net Reviews, February 2003.

      *Concrete and Clay: Reworking Nature in New York City*, by Matthew Gandy. *Technology and Culture* 44 (January 2003): 211-12.

2002   *The Bulldozer in the Countryside: Suburban Sprawl and the Rise of American Environmentalism*, by Adam Rome. *Technology and Culture* 43 (October 2002): 802-803.

      *Capital Transit: Washington's Street Cars, The Final Era 1933-1962*, by Peter C. Kohler H-DC, H-Net Reviews, June 2002.

      *Montgomery C, Meigs and the Building of the Nation's Capital*, by William C. Dickinson, Dean A. Herrin, and Donald R. Kennon, eds. H-DC, H-Net Reviews, April 2002.

2000   *Chicago Transit: An Illustrated History*, by David Young. *Technology and Culture* 41 (July 2000): 638-640.

      *The American Cities and Technology Reader: Wilderness to Wired City*, by Gerrylynn K. Roberts, ed. H-Urban, H-Net Reviews, March 2000.

1998   *Subway City: Riding the Trains, Reading New York*, by Michael W. Brooks. H-Urban, H-Net Reviews, January 1998.

## Invited Lectures

2021   Association for Preservation Technology International, College of Fellows keynote. "'Things That Should Look Permanent Forever': The Challenges of Preserving the Washington Metro." Online.

      American Catholic Historical Society, Philadelphia. Annual Fall Lecture. "The Fires of Philadelphia."

      George Washington University Museum, D.C. Mondays. "A History of the Washington Metro." Online.

2019   Alexandria Historical Society. "Thinking Big: Lessons from the Washington Metro."

2016   Electric Railroaders Association. "Thinking Big: Lessons from the Washington Metro."

      Anacostia Community Museum. "The Home Rule Subway."

2014   D.C. Public Library. "Thinking Big: Lessons from the Washington Metro."

      Federal Transit Administration. "Thinking Big: Lessons from the Washington Metro."

2014   University of Utah, Symposium on Field Research and US Institutional Review Board Policy, Keynote address: "'The Freedoms We Are Committed to Protect': Political Science, Academic Freedom, and Institutional Review Boards in Historical Perspective."

2013   Washington Metropolitan Area Transit Authority. "How to Repeat the Past: Learning from Metro's Founding Generations."

Brigham Young University Department of Anthropology. "Ignorance Is Strength: Pseudo-Expertise and the Regulation of Human Subjects Research."

2012    National Institutes of Health, Inter-Institute Bioethics Interest Group. "Blunder at Belmont: The 1970s Origins of IRB Mission Creep."

University of Michigan, Center for Bioethics and Social Sciences in Medicine. "Ethical Imperialism."

2011    Virginia Tech Science and Technology in Society (STS), "Outside Authority," graduate student conference. Keynote address: "Ignorance Is Strength: Pseudo-Expertise and the Regulation of Human Subjects Research."

Northwestern University, Feinberg School of Medicine, Medical Humanities and Bioethics Program. "Blunder at Belmont: The 1970s Origins of IRB Mission Creep."

2010    National Building Museum, Power, Architecture, and Politics: The Design of Washington and the U.S. Commission of Fine Arts Symposium. "'Rather Strong Advisory': The 1960s and the Challenge of the FBI Building."

George Mason University, Vision Series. "Fire and Be Damned: The Militia in Nineteenth Century Riots."

2009    Library of Congress. Kluge Center. "Militias and Mobs in Antebellum America."

2008    University of Connecticut. Geography Colloquium. "Thinking Big: Lessons from the Washington Metro."

Virginia Tech Urban Affairs and Planning Program, New Metropolis Lecture Series. "Thinking Big: Lessons from the Washington Metro."

2006    New York Transit Museum. "The Great Society Subway."

National Building Museum. "Metro's Many Creators."

Woodrow Wilson International Center for Scholars. "The Great Society Subway."

2005    Chicago Historical Society, Urban History Seminar. "Mr. Weese Goes to Washington: A Chicago Architect Designs the Great Society Subway."

Catholic University of America, School of Architecture and Planning. "Grid to Diagrid: A Vision for Transforming the Metro in the Virginia Landscape." With John di Domenico and Laura Heim.

2004    University of Virginia. Science, Technology, and Society Colloquium. "Engineering the Great Society: Experts, Citizens, and the Building of the Washington Metro."

2003    University of California Transportation Center, Berkeley. Transportation History Lecture. "Reading Between the Lines: Planning the Washington Metro, 1955-1968."

2002    National Capital Transportation Agency Reunion, Washington, D.C.. "In Praise of Fanaticism: The Legacy of Darwin Stolzenbach."

Latrobe Chapter, Society of Architectural Historians, Washington, D.C. "How Metro Got Its Vaults: Federal Modernism, Harry Weese, and Rapid Transit in Washington, D.C."

2001    Historical Society of Washington, D.C. "Jackson Graham and the Building of the Washington Metro."

**Conference Participation**

2022    American Historical Association. Online. Panelist and organizer: "Taking Notes and Teaching Note-Taking in the 21st Century."

2019    Society for American City and Regional Planning History, Arlington, Virginia. Chair and comment: "Land Use and the Built Environment."

2018    Reimagining Human Subject Protection for the 21st Century: A Critical Assessment of the Revised Common Rule. Seton Hall Law School.

2017    Eleventh Annual Virginia IRB Consortium Conference, Fairfax. Panelist, Social and Behavioral Education Research.

Society for Historians of the Early American Republic, Philadelphia. "Waving the Yellow Handkerchief: Philadelphia's Nativist Riots in Transnational Perspective."

2016    Urban History Association, Chicago. Chair and comment, "Capital Cities as National Projects: A Comparative Perspective."

St. John's College, University of Oxford. What's in a Name? Should We Anonymise Identities? "Interviewing Everyman: William Sheridan Allen, Theodore Rosengarten, and the Allure of Pseudonymous History."

Participant, "Exploring American Democracy, with Alexis de Tocqueville as Guide," NEH Summer Seminar, University of Virginia.

2015    Annual Conference on D.C. Historical Studies. Moderator for session: "D.C.'s Home Rule Decade: Context, Policy and Politics in the Campaign for Local Autonomy."

Revising and Expanding the Scope of the Common Rule. CTSA Consortium Coordinating Center, Evanston, Illinois. Invited presentation: "Exclusions, Exemptions, and Determination Process."

2014    Annual Conference on D.C. Historical Studies. Commentator for Plenary Session: "Washington D.C.: From Company Town to Global Business Center.".

Historical Society of Pennsylvania, Philadelphia. Participant on panel, "Leaving the Emerald Isle: Trials and Tribulations of Irish Immigrants in 19th Century Philadelphia."

Urban History Association, Philadelphia. "Three Men in a Riot: Telling the Story of Philadelphia in 1844" and chair and comment on panel, "Airports and the Metropolitan Landscape."

New America Foundation, Washington, D.C. "America's Worst Colleges." Panelist.

National Capital Planning Commission, Washington, D.C. "Residents to Presidents: Pennsylvania Avenue's Role in the 21st Century." Moderator.

American Historical Association. Washington, D.C. Comment on panel, "Riotous Democracy and American Political Culture in the Nineteenth Century."

2013    Society for American City and Regional Planning History. Toronto. Chair of panel, "Trials and Tribulations of Airport Planning in Late Twentieth Century North America."

2012    Ethics Rupture: An Invitational Summit about Alternatives to Research-Ethics Review. Fredericton, New Brunswick. "Ethical Pluralism: Scholarly Societies and the Regulation of Research Ethics."

The Future of Human Subjects Research Regulation. Petrie-Flom Center for Health Law Policy, Biotechnology, and Bioethics at Harvard Law School. "What Is This Thing Called Research?"

American Historical Association. Chicago. "'They Are Not Your Brothers': Divided Loyalties and the Pennsylvania National Guard in the Summer of 1877."

2011   Society for American City and Regional Planning History. Baltimore. Comment on panel, "The Impact of Transportation on Urban Form."

New England Library Association. Burlington. Panel participant, "Who's Monitoring Your Research?"

Association for Practical and Professional Ethics. Cincinnati. "*Ethical Imperialism*: Author Meets Critics." Respondent.

2010   Urban History Association. Las Vegas. Chair and comment on panel, "Contests over Public Space." Chair of panel, "Ways and Means of Transportation."

Policy History Conference. Columbus, Ohio. "No Passive Obedience: Militia Loyalties and Civil Disorder in Early America, 1747-1812."

Organization of American Historians. Washington, D.C. "Fire and Be Damned: The Militia in Nineteenth Century Riots."

2008   Urban History Association. Houston. "'Poison the Women Gently': The Social Meanings of Tear Gas, 1915-1940."

American Association for the Advancement of Science. Washington, D.C. Invited participant in topical meeting on IRB's, Qualitative Research, and Scientific Freedom & Responsibility.

Organization of American Historians. New York City. "How Talking Became Human Subjects Research: Charles McCarthy and the Regulation of the Social Sciences."

2007   Oral History Association. Oakland, California. "Expedited Review: The Federal Regulation of Survey and Interview Research, 1966-1981."

Society for the History of Technology. Washington, D.C. "'To Punish Them Without Loss of Life': Gilded-Age Efforts at Non-Lethal Riot Control, 1877-1910."

Transportation Research Board. Washington, D.C. "History of the Washington, D.C., Metro System"

2006   University of Maryland. Colloquium in the History of Technology. "Silent Gatlings and Blank Cartridges: Gilded Age Attempts at Non-Lethal Riot Control."

Organization of American Historians. Washington, D.C. Comment on panel, "Capital, Community and Contest: Washington, D.C., in the Modern Era."

American Historical Association. Philadelphia. Participant in roundtable discussion: "Oral History and Institutional Review Boards: What Historians Need to Know Before Doing It."

2005   Society for the History of Technology. Minneapolis. Comment on panel, "Everyday Technology in Transition: Subways, Bicycles and Railroads, 1870-1960."

Society for American City and Regional Planning History. Miami. Comment on panel, "Highways."

Business History Conference. Minneapolis. Comment on panel, "Restructuring Transport and Cities in the 20th-Century United States."

2004    Columbia University Public Policy Consortium. Symposium on Public Policy and the Academy. "Who Cares About Transportation History?"

Transportation Research Board. Washington, D.C. Comment on panel, "Technological Determinism or Social Choice: Moments in the History of Transportation."

2003    Business History Conference. Lowell, Massachusetts. Comment on panel, "Metropolitan Economies."

2002    Urban History Association. Pittsburgh. "The Dienbienphu of the Freeway Fight: The Case of the Three Sisters Bridge."

2001    American Studies Association. Washington, D.C. "The Ten-Billion Dollar Map: The Washington Metro and the Cartography of Local Identity."

Society for American City and Regional Planning History. Philadelphia. "A New Renewal? The Transit-Oriented Redevelopment of Washington's Mid-City."

Society for the History of Technology. San Jose, California. "The Ordeal of Jackson Graham: Engineers, Citizens, and the Building of the Washington Metro, 1967-1976."

Hofstra University. Redefining Suburban Studies conference. "Sprawl or Corridor? The Politics of Land Use Planning around Washington Metro Stations, 1967-2000."

2000    Washington, D.C., Historical Studies Conference. Washington, D.C. "The Evolution of Metro Architecture."

1997    Northeast Popular Culture Association. Boston. "Mayor Hylan's War Against the Streetcar: New York City, 1919-1924."

Princeton University. Graduate History Conference. "The Bus is Young and Honest: Transportation Politics, Technical Choice, and the Motorization of Manhattan Surface Transit, 1919-1924."

## Dissertations Supervised

2021    Jordan Patty, "Transit, Labor, and the Transition to Public Ownership in Atlanta and Oakland."

Richard Hardesty, "Magic in 'a Tragic City': The Orioles and the Redevelopment of Baltimore, 1954-1992."

2020    Alan S. Brody, "Peculiar Capitalism: Fast-Food Franchising and Entrepreneurship in Postwar America."

Roger Connor, "Rooftops to Rice Paddies: Aerial Utopianism, Helicopters, and the Creation of the National Security State."

2018    Alan Capps, "The Antecedents of the U.S. Border Patrol, 1812-1940."

2017    Ray Clark, "A Public Airport for the District of Columbia: The History of Washington Dulles International Airport."

2014    Mary Sullivan Linhart, "Up to Date and Progressive: Winchester and Frederick County, Virginia, 1870-1980."

## Selected Press Appearances

2021    Thomas Koening, "The Narrow Path That We're Walking," *Philadelphia Citizen*, July 7, 2021, thephiladelphiacitizen.org

John Turner, "Fires of Philadelphia: Religion and Mob Violence, 1844," *Anxious Bench* (blog), June 10, 2021, www.patheos.com/blogs/anxiousbench/

Jeff Nilsson, "America's Long Tradition of Rioting," *Saturday Evening Post*, June 7, 2021, www.saturdayeveningpost.com

2019   "Debunking the Georgetown Metro Myth"  Kojo Nnamdi Show, WAMU-FM, 15 August 2019.

2016   WAMU, Metropocalypse (podcast). Multiple episodes, including Episode 18: Full Throttle into the Past with Zachary Schrag. 10 October 2016.

2014   "Old Wounds & Oral History: The Aftermath of the Belfast Project." Kojo Nnamdi Show, WAMU-FM, 7 July 2014.

Duggan, Paul. "The Silver Line Story: A New Route Is Born after Decades of Faulty Planning, Political Paralysis." *Washington Post*, 23 June 2014.

"The Architecture of Metro." Kojo Nnamdi Show, WAMU-FM, 13 January 2014.

2011   "Rethinking the 'Common Rule': The Ethics of Research with Human Subjects." Kojo Nnamdi Show, WAMU-FM. 21 November 2011.

Robert B. Townsend, "Ethical Imperialism: A Conversation with Zachary Schrag," *Perspectives on History*, April 2011, 20-22.

2010   "Historian and Watchdog Says Congress Should Exempt Social Science from IRBs," *Report on Research Compliance*, November 2010.

Dave Hoffman, "Bright Ideas: Zach Schrag's Ethical Imperialism," *Concurring Opinions*, 28 September 2010, www.concurringopinions.com

2009   Arlington Virginia Network, "Arlington's Smart Growth Journey," first aired April 2009.

2008   "'History Behind the Headlines': Expanding and Maintaining Metro." Kojo Nnamdi Show, WAMU-FM. 25 June 2008.

2007   Paul D. Thacker, "Reviewing the Reviewers," *Inside Higher Ed*, 19 January 2007.

2006   Joanne Collings, "Critical Mass of Civility," *Washington D.C. Examiner,* 23 April 2006.

Vicki Hallett, "Station Agent," *Washington Post Express,* 31 March 2006.

"Washington Metro at Thirty." Kojo Nnamdi Show, WAMU-FM. 23 March 2006.

**Professional Service**

2016   Organization of American Historians. Ellis Hawley Book Prize committee.

2011   American Association of University Professors. Subcommittee on Academic Freedom and the Institutional Review Board. Appointed, October 2011.

2007   Urban History Association. Board member (elected), 2007-2010.

2006   Society for the History of Technology. Brooke Hindle Post-Doctoral Fellowship Committee. Member, 2006-2008; chair, 2007.

2005   Society for American City and Regional Planning History. Chair of the 2005 John Reps Prize committee.

2001   H-Business. E-mail list on business history. Senior editor, 2003-2004. List editor, 2001-2003.

2000    H-DC. E-mail list on the history of Washington, D.C. Advisory board member, 2000-present. List editor, 2004-present.

2000    National History Day. Judge, District of Columbia, New York City, Northern Virginia, and national levels, 2000-2005, 2012, 2022. Administered or assisted with Virginia District 5 competition, 2005-2011.

**Peer Review**

Book manuscript and proposal reviewer for Bedford/St. Martin's, Blackwell Publishing, Columbia University Press, Georgetown University Press, Harvard University Press, Houghton-Mifflin, Johns Hopkins University Press, Ohio State University Press, Oxford University Press, Rutgers University Press, Temple University Press, University of California Press, University of Chicago Press, University of Pennsylvania Press.

Article and paper reviewer for *Accountability in Research, Administration & Society*, *Bulletin of the History of Medicine*, *Contexts, History of the Human Sciences, International Journal of Social Research Methodology*, *Journal of Ethnic and Migration Studies*, *Journal of Planning History*, *Journal of Policy History, Journal of Transport History, Journal of Urban History*, *Kennedy Institute of Ethics Journal*, *Research Ethics*, *Library & Information Science Research, Science as Culture*, *Sociological Forum*, *Technology and Culture*, and the Transportation Research Board.

Grant reviewer for the National Endowment for the Humanities, the National Science Foundation, and the Swiss National Science Foundation.