# CERTIFICATE OF SERVICE

Case Name:  *Miller et al. v. Bonta, et al.*     Case No.  **3:19-cv-01537-BEN-JLB**

I hereby certify that on August 29, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' BRIEF IN RESPONSE TO THE COURT'S ORDER OF AUGUST 8, 2022**

**DECLARATION OF ZACHARY SCHRAG IN SUPPORT OF DEFENDANTS' BRIEF IN RESPONSE TO THE COURT'S ORDER OF AUGUST 8, 2022**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed by the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am over the age of 18 years and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.

I further certify that some of the participants in the case are not registered CM/ECF users. On August 29, 2022, I placed true copies thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, to the following address:

Hannah Elizabeth Shearer  
Giffords Law Center  
268 Bush Street #555  
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on August 29, 2022, at San Francisco, California.

|  Vanessa Jordan  |  *Vanessa Jordan*  |
|:---:|:---:|
| Declarant | Signature |