David Edward Martin

In Pro Se, 15 August, 2022

3108 Aloha Lane

Chico, California 95973



IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN

DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al., | Case No.: 19-cv-1537 BEN-JLB |
|     Plaintiff/Petitioner, | REQUEST FOR AMICI CURIAE IN |
|         v. | THE MILLER V. BONTA ACTION BY |
| CALIFORNIA ATTORNEY | DAVID EDWARD MARTIN IN PRO |
| GENERAL ROB BONTA, et al., | SE. |
|     Defendant/Respondent | |
| | |
| | Judge: Hon. Roger T. Benitez. |

**REQUEST TO BE HEARD IN AMICUS CURIAE IN THE MILLER V. BONTA CASE REGARDING THE UNCONSTITUTIONAL CALIFORNIA ASSAULT WEAPONS CONTROL ACT. AMICUS CURIAE STATEMENT OF DAVID EDWARD MARTIN, AN AFFECTED PERSON. AMICUS CURIAE STATEMENT IN SUPPORT OF LIFTING THE STAY THAT IS CONTINUING UNCONSTITUTIONAL PROSECUTION OF LAWFUL CALIFORNIA GUN OWNERS. AMICUS CURIAE STATEMENT IN SUPPORT OF A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION HALTING THE PROSECUTION OF ASSAULT WEAPON (SEMI AUTOMATIC FIREARMS POSSESSION) CASES ON GROUNDS OF MALICIOUS PROSECUTION AND**

**UNCONSTITUTIONAL PROSECUTION BY ATTORNEY GENERAL ROB BONTA AND GOVERNOR GAVIN NEWSOM.**

**LEGAL AUTHORITY FOR AMICUS CURIAE STATEMENT TO THE THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA.**

### LEGAL STANDARD:

Although there is no federal rule or statute governing participation by amicus curiae at the district court level, see United States v. Gotti, 755 F.Supp. 1157, 1158 (E.D.N.Y. 1991), a federal 1 district court has the inherent authority to invite participation by amicus curiae to assist the court in its proceedings. United States v. Louisiana, 751 F.Supp. 608, 620 (E.D. La. 1990); United States v. Michigan, 116 F.R.D. 655, 660 (W.D. Mich. 1987). The decision to invite or accept participation by an amicus is committed to the sound discretion of the court. Alexander v. Hall, 64 F.R.D. 152, 155 (D.S.C. 1974). The classic role of the amicus curiae is to assist in a case of general public interest, supplement the efforts of counsel, and draw the court's attention to law that may otherwise escape consideration. Miller-Wohl Co., Inc. v. Commissioner of Labor and Indus., 694 F.2d 203, 204 (9 Cir. 1982); see th also New England Patriots Football Club, Inc., v. University of Colorado, 592 F.2d 1196, 1198 n.

**TABLE OF CONTENTS**                                    **PAGE**

TABLE OF AUTHORITIES……………………….………….……4 and 55

INTEREST OF AMICUS CURIAE AFFECTED PERSON DAVID EDWARD

MARTIN……………….……….…………………………….…….…………4

ARGUMENT…………….……….………………………….….……………7

IN THE INTERESTS OF JUSTICE, AND IN ADHERENCE TO THE

UNITED STATES CONSTITUTION THE STAY ISSUED BY THE 9TH

CIRCUIT SHOULD BE LIFTED.

IN THE INTERESTS OF JUSTICE, AND IN ADHERENCE TO THE

UNITED STATES CONSTITUTION A TEMPORARY RESTRAINING

ORDER SHOULD BE ISSUED BARRING THE PROSECUTION OF

CALIFORNIA ASSAULT WEAPONS CONTROL ACT CASES.

IN THE INTERESTS OF JUSTICE, AND IN ADHERENCE TO THE

UNITED    STATES CONSTITUTION A PRELIMINARY INJUNCTION

SHOULD BE ISSUED BARRING THE PROSECUTION OF CALIFORNIA

ASSAULT WEAPONS CONTROL ACT CASES.

POINT I…………….……….…………………………….….……………7

POINT

II………….………………………………………….……………17

POINT

III………….…………………………………………….………21

CONCLUSION/REQUEST FOR

RELIEF……………….……….…………………………….…..……33

EXHIBITS/ATTACHED: A..49; B..55; C...57; D..59; E..96; F..104; G..106; H..111; I..113.

### TABLE OF AUTHORITIES: PAGE 55

UNITED STATES CONSTITUTION/SECOND AMENDMENT OF THE BILL OF RIGHTS. FOURTEENTH AMENDMENT.

NEW YORK STATE RIFLE AND PISTOL ASSOCIATION V. BRUEN

MILLER V. BONTA

CALIFORNIA PENAL CODE SECTION 30605 (a)

CALIFORNIA CODE OF REGULATIONS TITLE 11, SECTION 5471

CALIFORNIA CODE OF REGULATIONS TITLE 11, SECTION 5470

CALIFORNIA SENATE BILL 880, ASSAULT WEAPONS REGISTRATION AND AMNESTY

CALIFORNIA ASSEMBLY BILL 1135, ASSAULT WEAPONS REGISTRATION AND AMNESTY

CALIFORNIA ASSEMBLY BILL 103, ASSAULT WEAPONS REGISTRATION AND AMNESTY

CALIFORNIA ASSEMBLY BILL 491, DEFINITION OF LAWFULLY POSSESSED FIREARM

## INTEREST OF AMICUS CURIAE AFFECTED PERSON DAVID EDWARD MARTIN

I am a lifelong resident of California. I am a veteran of the United States Regular Army as well as the California Army National Guard and U.S. Army reserve.

I am a former 20 year veteran of law enforcement. I have had no previous arrest until 17 January, 2018.

When I was arrested by the Federal Bureau of Alcohol Tobacco and Firearms for 23 felony counts of violation of California Penal Code section 30605 (a), possession of assault weapons under the California Assault Weapons Control Act (AWCA). At the time of my arrest I was 60 years old with no prior arrest.

The prosecution of my 23 felony charges continues to this day. It is scheduled for trial on 29 August, 2022, however, due to covid backlog it may be bumped for more important cases once again. My only charges are for assault weapons possession.

After I was arrested by the ATF Agent, I was placed in a neighboring County (Glenn) prison, this was under the guise of that I had been a Deputy Sheriff in the County I was arrested and could not be placed in that County prison. I believe it was done intentionally to make contact with my

attorney difficult since it is approximately a two hour round trip for him versus the Butte County prison that he visits several times a week.

I was placed in solitary 23 hour a day lock down in the Glenn County prison due to my previous employment as a Butte County Deputy Sheriff. I spent 4 months in 23 hour per day lock down. I was allowed one hour per day to shower and make phone calls.

I believe that I have paid the Constitutional price for Newsom and Bonta's unconstitutional assault weapons charade. Another unlawful California law based on an object's appearance and nothing else.

All of the firearms charged were lawfully possessed by me and I had never been charged or investigated for a crime before. Most of my adult life had been working as a law enforcement officer, attending college and working for the California Army National Guard or Army Reserves. See attached exhibit A, Curriculum Vitae.

Given my arrest, imprisonment and continued prosecution for lawfully acquired and possessed semi automatic firearms I believe I can provide insight to the Courts as to the damages being caused by Newsom and Bonta's political prisoner laws. Laws that have no basis in Constitutional rule but are motivated in acquiring higher office at the expense of law abiding citizens. California's AWCA is solely motivated by corrupt

politicians swollen with self aggrandizement and hubris using taxpayer funds to continue enforcement of prima facie unconstitutional laws.

The 9th Circuit Court by allowing the stay requested by Newsom and Bonta are continuing enforcement of unconstitutional law and punishment that has no merit of survival after the Supreme court ruling in the New York State Rifle and Pistol Association v. Bruen.

# ARGUMENT

## POINT I

My lay person history of common use firearms and the propaganda of the use of the term, weapons of war.

Weapons of war is the latest word poison being used to vilify common use firearms. Recently. Gavin Newsom went on a public, video presentation chastising the United States Supreme Court and members of the Republican Party.

Newsom stated in his strange and imbalanced video presentation:

To members of the United States Supreme Court:

To right wing Republicans all across this country,

Do you have no common decency, Respect or even common understanding that kids should not have one

of these?

This is an AR 15

This is a weapon of war,

A weapon of mass destruction.

Here Newsom has taken his political campaign to the next level, official declaring the AR 15 rifle a weapon of mass destruction on the same level as the atomic bombs that leveled Hiroshima and Nagasaki. This is not mere political theater but a clear psychological obsession and fear of a strong armed California Citizenry. It would appear that Newsom resents not having total power of mandate over Californians.

All firearms are weapons of war. First, the Second Amendment was not ratified to guarantee: "shall not be infringed" for hunters and shooting sports. Firearms are of no use for automotive repair.

All firearms can kill and handguns have little to no purpose than for war and self defense. They are not hunting arms and shooting skills are a secondary purpose.

I would submit that many of the Judges at the 9th Circuit Court and the United States District Court for the Southern District of California own handguns for self defense and defense of family and home. I would submit that many of these Judges have concealed carry permits for these weapons of war and carry them concealed on their persons. These Judges now have an added security risk since California Attorney general Rob Bonta allowed their personal information to be leaked to the public. This information of concealed carry permit holders is now believed to be available on the dark web.

Should Judges be required to give up their handguns of war?

The lack of interest in propagandizing handguns as weapons of war by Newsom and Bonta is evidence of their criminal subterfuge. Were they the noble life savers that they purport to be, they would have served in the military and they would be requiring that handguns be registered as assault weapons under the AWCA. Handguns are as deadly as semi automatic rifles are, statistically more deadly.

The Virginia Tech University mass murder (Newsom and Bonta label these as mass shootings, thereby ignoring that the victims were

8

murdered) was committed using a Glock 19, 9mm pistol and a Walther P22, 22 caliber pistol. The murderer used multiple (about 17) magazines that had 10, 15 and 19 round capacities. The murderer assassinated 32 people and maimed 17. Handguns are used in crimes significantly more than rifles of all variations.

Handguns can be fired with one in each hand the Virginia Tech Murderer photographed himself with two handguns in each hand) whereas doing this with two rifles is unwieldy, inaccurate and difficult. If Newsom and Bonta's logic is that the features of a rifle make it more deadly, than the same rifle without those evil features, then the handgun is the first weapon of war assault weapon that they should ban.

The reason that Newsom and Bonta don't propagandize designating handguns as weapons of war assault weapons is because they would then be restricting the rights of many more citizens, even many of their liberal supporters who have a handgun in the house as well as Judges.

If Newsom and Bonta want to save lives by restricting and criminalizing common use rifles that have a history of common ownership, would they be willing to require  that all motor vehicles be painted neon orange to reduce traffic fatalities by making cars more visible?

Is a law that makes the appearance or features of a weapon or object even prima facie Constitutional?

I find the illogical assault weapons criminalization by Bonta and Newsom ludacris. If they maintain that the features somehow make a firearm more deadly when shooting it, consider what they are arguing?

A pistol grip makes the rifle more accurate and ergonomic. The flash hider (which from my Army days was only useful at night to prevent night blindness and giving away your position), prevents flash blindness in low light defensive fire. The forward pistol grip provides more stability and accuracy. A collapsible stock or folding stock allows better wielding of the weapon and storage in the home. I dont know why they are afraid of flare launchers, I am unaware that one was used in a mass murder.

So Newsom and Bontas' argument to continue Unconstitutional political farce is to punish and disarm all California citizens from the beneficial

9

features that make a firearm more accurate, ergonomic, user friendly, safe, and survivable in a defensive situation. Throw the baby out with the bathwater because some mentally ill criminals have committed murders.  So under Newsom and Bonta logic, they must disarm the single mom who wants the best features on a weapon to make the chances of survival for her and her family better if attacked by an intruder because criminals commit crimes with them. Again, the evidence that Newsom and Bontas AWCA is fake is that they legislate this same draconian unconstitutional nonsense against common use handguns that are used in significantly more crime. That would result in a backlash from even their liberal world order base. It's like issuing our Army the rifle with the worst features so they don't hurt the enemy in wartime. Shouldn't Newsom and Bonta be working on a requirement to make handguns less safe and unusable, less accurate and less survivable for the defender using the weapon? Is Newsom and Bonta going to ban seatbelts because some murder ran over 20 people with a truck and the seatbelt helped the murderer drive better?

Whenever I see Newsom, like his recent Supreme Court irrational rant as described above, I think of the movie, The Madness of King George

I submit that Newsom and Bontas political unconstitutional theater, especially post Bruen, is solely designed to deny citizens a rifle which provides features making the weapon more ergonomic, more accurate and therefore more safe and survivable during an attack. Newsom and Bonta do this while their soft on criminals mentality allows murdering thugs to have any features on their assault weapons that they desire. Newsom and Bonta clearly want to replicate the disarmed citizen, heavily armed narco cartels lifestyle of Mexico.

Even more illegitimate is Newsom and Bonta's lack of investment into the causation of mass murder, mental illness. Newsom and Bonta, rather than come up with problem solving solutions on the mental illness causes that makes someone want to commit mass murder, they manipulate each tragedy to claim they have all the answeres, vote for me! Newsom and Bonta are only capable of using others' suffering for their own political gain while blaming the "To members of the United States Supreme Court:

To right wing Republicans all across this country, Do you have no common decency,
Respect or even common understanding that kids should not have one of these? This is an AR 15, This is a weapon of war, A weapon of mass destruction"

I was unaware the U.S. Supreme Court ruled that kids should be given AR 15s. Depending on Newsom's definition of kid, I did Carry a U.S. Army fully automatic M 16 during my military service which began when I was 17 years old. Newsom and Bonta's political manipulations of tragedies serve no purpose in law but only a self serving purpose for their political careers and campaign fundraising.

What Newson and Bonta ignore, if they were politicians who follow the rule of law, is that under federal law, the vilified, dreaded and politically beneficial inanimate object, the AR 15, is not legally defined as a firearm. The definition is administratively provided by the ATF. In addition it is the ATF who administratively defines which part of a firearm is the serialized frame or the receiver. This may soon change due to the SCOTUS decision in West Virginia v. EPA which will stop administrative agencies from making law when this is the role of Congress.

With the AR 15, the ATF requires that the lower portion of the rifle, which houses the trigger and hammer, is the controlled serialized part of the gun.

The problem is that the AR 15 has the trigger and hammer in the lower serialized receiver but the bolt and barrel that defines a firearm frame or receiver are in the upper receiver.

ATF defines a firearm as:

Firearm Frame or Receiver:
That part of a firearm which provides housing for the hammer, bolt or breechblock, and firing mechanism, and which is usually threaded at its forward portion to receive the barrel. 27 CFR § 478.11.

This was the lesson of the Roh case. Are AR 15s and many similar Rifles Firearms under ATFs problematic definition?

The Roh case is a fascinating exploration of how the fairness of the American
Justice should work.

He sold illegal AR-15s. Feds agreed to let him go free to avoid hurting gun control efforts.

By Scott Glover, CNN
October 11, 2019, source:
https://www.cnn.com/2019/10/11/us/ar-15-guns-law-atf-invs/index.html

For more than a year, Joseph Roh illegally manufactured AR-15-style rifles in a warehouse south of Los Angeles.
His customers, more than two dozen of whom were legally prohibited from possessing a firearm, could push a button, pull a lever, and walk away a short time later with a fully assembled, untraceable semi-automatic weapon for about $1,000, according to court records.
Roh continued his black-market operation despite being warned in person by agents from the Bureau of Alcohol, Tobacco, Firearms and Explosives that he was breaking the law.
But five years after raiding his business and indicting him, federal authorities quietly cut a deal with Roh earlier this year and agreed to drop the charges.
Why?
The judge in the case had issued a tentative order that, in the eyes of prosecutors, threatened to upend the decades-old Gun Control Act and "seriously undermine the ATF's ability to trace and regulate firearms nationwide."
A case once touted by prosecutors as a crackdown on an illicit firearms factory was suddenly seen as having the potential to pave the way to unfettered access to one of the most demonized guns in America.
Federal authorities preferred to let Roh go free rather than have the ruling become final and potentially create case law that could have a crippling effect on the enforcement of gun laws, several sources familiar with the matter told CNN. Each requested anonymity due to the sensitive nature of the case and its possible implications.

Though the trial lasted less than a week, Selna deliberated for more than year. In April, he issued a tentative order in which he determined

that the ATF had improperly classified the AR-15 lower receivers in Roh's case as firearms.

He rejected the prosecution's argument that the ATF's interpretation of the regulation describing a receiver could reasonably be applied to the device at issue in Roh's case.

"There is a disconnect," the judge wrote.

Selna added that the combination of the federal law and regulation governing the manufacturing of receivers is "unconstitutionally vague" as applied in the case against Roh.

"No reasonable person would understand that a part constitutes a receiver where it lacks the components specified in the regulation," Selna wrote.

Therefore, the judge determined, "Roh did not violate the law by manufacturing receivers."

The judge's tentative order also found that the ATF's in-house classification process failed to comply with federal rule-making procedures. Changes to substantive federal regulations typically include a notice-and-comment period and eventual publication in the Federal Register.

Despite Roh's departure from the gun trade, the lawyer said, the issues surrounding his alleged practices remain.

"AR-15s, as we speak today, do not have a receiver by the definition of the existing law and that's a huge issue," he said. "It shows that the laws are obsolete and they're out of sync with the realities of today's firearms market."

Nicolaysen argued that the definition of a receiver under the relevant federal code differed in various ways from the AR-15 component Roh was accused of manufacturing.

Under the US Code of Federal Regulations, a firearm frame or receiver is defined as: "That part of a firearm which provides housing for the hammer, bolt or breechblock, and firing mechanism, and which is usually threaded at its forward portion to receive the barrel."

The lower receiver in Roh's case does not have a bolt or breechblock and is not threaded to receive the barrel, Nicolaysen noted.

He called the decision to classify it as a firearm nonetheless, the result of "secret, in-house decision-making."

Nicolaysen accused the ATF of abusing its authority by pursuing Roh based on his alleged violation of a policy "that masquerades as law."

He asked the judge to consider recommending that then-US Attorney General Jeff Sessions conduct a review to determine whether there were any similar cases pending around the country or past convictions "sustained on the basis of ATF policy, rather than law."

Prosecutors acknowledged there were technical differences between the regulation and the lower receiver in Roh's case, but said the ATF's interpretation of the regulation was consistent with the intent of federal gun laws. The agency's reading of the law "should also receive deference from this court," prosecutors Shawn J. Nelson and Benjamin D. Lichtman argued.

Adopting the defense position, the prosecutors wrote, would be "manifestly incompatible" with the intent of the federal Gun Control Act and would "severely frustrate" enforcement of the law.

The prosecutors' filing said a ruling in favor of the defense could impact the receivers for up to 90% of the firearms in America.

The first firearms were created for war and that has continued to this modern day.

The first hand cannons in China led to the Arquebus around 1394. These were weapons of war.

The second Amendment was specifically designed for weapons of war, having been ratified just after the American revolution ended.

The American history of citizen firearms ownership is one of the public generally being better armed than the Army. American history has reflected that in general citizens are always a generation ahead of the technological curve.

In the American revolution, the Continental Army issued smoothbore flintlock muskets. These were highly inaccurate compared to the citizen owned rifled flintlock.

In the American Civil war, the standard issue Springfield rifled musket was no match for the 44 rimfire Henry repeating lever action rifle. The Henry rifle was the assault weapon of its day. It held 15 rounds in the magazine and one in the chamber gave it a 16 round firing capacity without reloading. Henry rifles during the civil war were mostly private purchase and citizens had the Henry before the U.S. Army did.

Prior to World War One American citizens and California citizens owned semi automatic rifles and pistols while the U.S. Army would not adopt a semi automatic pistol until 1911 and a semi automatic rifle, the M1 garand, until 1936.

Semi automatic pistols and rifles were available to civilians long before being issued to the United States Military. Semi Automatic rifles date back to the 1870s-1880s. Semi automatic pistols date to the early 1890s. The first semi-automatic pistol to gain commercial success was in 1894, when Hugo Borchardt produced his C-93 pistol.

The Winchester model 1907 was a semi-automatic rifle which could use an available 20 round magazine. In some regards it is deadlier than an AR 15 at close range since the bullet has more mass. Civilian semi-automatic rifles made their appearance in the 1890s and a semi-automatic rifle with a 20 round detachable magazine.was available in the early 1900s about ten years before the U.S. Army deployed semi/full automatic rifles in World War One, the Browning BAR.

Civilian semi-automatic rifles first made their appearance in the 1890s and when the Winchester Model 1907 semi-automatic rifle with a 20 round detachable magazine was available in the early 1900s this was ten years before the U.S. Army deployed semi/full automatic rifles in World War One, the Browning BAR. Up until the National Firearms Act of 1936, Browning Automatic Rifles and Thompson Sub Machine Guns as well as other fully automatic firearms were civilian legal. Those that were owned before the NFA were grandfathered into legal possession. Legal possession of machine guns and destructive devices continue to this day if the tax stamp is paid.

Semi-automatic rifles with high capacity magazines and semi automatic pistols have been legal for Californians to own for over one hundred years.

After the Second World War many weapons of war were surplused out to the civilian populations. Thousands of semi automatic firearms were sold to civilians.

15

Many of these semi automatic firearms were sold through the Department of Civilian Marksmanship which was designed as a national defense strategy to keep Americans' shooting and accuracy skills fine tuned. Many are still available through the modern version of the Department of Civilian Marksmanship, the Civilian marksmanship Program.

One of these Rifles, the M1 Garand, is still being sold by the Civilian Marksmanship Program (www.thecmp.org) While this rifle holds an 8 round stripper clip, it should be noted that it was used in many mass shootings during World War Two by U.S. service members. While not magazine fed, it only takes one second to reload.

After the Second World War, hundreds of thousands of magazine fed semi automatic rifles were imported into the United States. The German G43/K43 rifle, the Russian Tokarev Rifle, The Belgian FN 49, The Swedish Ljungman AG 42 and Egyptian Hakim rifle to name a few.

An interesting note is that the highly collectable, rare and historic M1A1 Paratrooper carbine, the folding stock, pistol grip version of the M1 Carbine used by paratroopers at the Normandy invasion and Operation Market Garden, is an illegal assault weapon under California law and the possession of this historic weapon is a wobbler Felony/Misdemeanor. The possession of this rifle merits 3 years in County prison and forfeiture of the right to own firearms.

The Armalite Rifle, Model 15 that is so vilified by media and California government propaganda was available in semi automatic either before or at the same time the U.S. Military considered adopting it as a service rifle.

All weapons are designed to kill or maim. All handguns, commonly carried even a Judges handgun on their Concealed weapons permits are weapons of war. A Judge who carries a concealed semi automatic handgun is not carrying this weapon to go skeet shooting. All common use semi automatic firearms are possessed for purposes of armed conflict and moreover from preventing armed conflict. As a Deputy Sheriff, I carried an AR 15 and deployed it many times. I never had to fire it on duty and just the mere presence of the rifle calmed the most violent of criminals.

**POINT II**

**CALIFORNIA'S AWCA IS A LESSON IN UNCONSTITUTIONAL INSANITY**

California's AWCA is a political feel good tough on crime unconstitutional statute that is making political prisoners out of law abiding Californian's.

First it is predicated on the appearance of the weapon. It has nothing to do with rate of fire or accuracy or lethality. It purports to make features on the weapon illegal while the very same weapon without the offending features is a felony punishable by 3 years in the County Prison.

California's AWCA is tantamount to the bus driver telling Rosa Parks that she must move to the back of the bus because of her appearance.

This is nothing but unconstitutional feel good fake law. The aforementioned M1A1 folding stock pistol grip carbine is legal just by placing a semi pistol grip M1Carbine stock on the rifle. This does not change function, firepower or lethality. Any concealment argument is ludacris since it changes the length very little and many rifles are concealable under the right wardrobe.

The state of California realizes that the AWCA is such a constitutional violation that it tried to soften the blow by passing a law in 2019 to make the penalty for possession of an assault weapon a public nuisance punishable by a fine. I only learned of this by reading Judge Benitez's decision in the Miller case.

California Penal Code section 30800 (a) (2) states:

The Attorney General, any district attorney, or any city attorney, may, in lieu of criminal prosecution, bring a civil action or reach a civil compromise in any superior court to enjoin the manufacture of, importation of, keeping for sale of, offering or exposing for sale, giving, lending, or possession of an assault weapon or .50 BMG rifle that is a public nuisance.

So California Government in its schizophrenic law makes possession of an assault weapon a felony punishable by 3 years in County Prison, a misdemeanor or a public nuisance fine.
The California AWCA even gets weirder.

If a Californian has an illegal assault weapon under the AWCA, they need merely remove a part which will render it non semi automatic. This means that you can remove the bolt or firing pin. This is codified in Title 11, section 5471 of the California Code of Regulations:

5471. Registration of Assault Weapons Pursuant to Penal Code Section 30900(b)(1); Explanation of Terms Related to Assault Weapon Designation.
(hh) "Semiautomatic" means a firearm functionally able to fire a single cartridge, eject the empty case, and reload the chamber each time the trigger is pulled and released. Further, certain necessary mechanical parts that will allow a firearm to function in a semiautomatic nature must be present for a weapon to be deemed semiautomatic. A weapon clearly designed to be semiautomatic but lacking a firing pin, bolt carrier, gas tube, or some other crucial part of the firearm is not semiautomatic for purposes of Penal Code sections 30515, 30600, 30605(a), and 30900.
3) With regards to an AR-15 style firearm, if a complete upper receiver and a complete lower receiver are completely detached from one another, but still in the possession or under the custody or control of the same person, the firearm is not a semiautomatic firearm.
(4) A stripped AR-15 lower receiver, when sold at a California gun store, is not a semiautomatic firearm. (The action type, among other things, is undetermined.)

The rifle is the same, just temporarily disabled to make a felony a nothing. It can be put back into use in a matter of a few seconds.

I think it is interesting that no gun rights group has asked for clarification from Rob Bonta that it is legal to sell an illegal Assault weapon under the AWCA merely by removing the firing pin.

If the rifle does not have the offending feature but a pistol grip, the weapon can be made legal simply by removing the pistol grip. A

featureless weapon without a pistol grip is a legal firearm. The definition of pistol grip is found in CCR 5471 section (z):

"Pistol grip that protrudes conspicuously beneath the action of the weapon" means a grip that allows for a pistol style grasp in which the web of the trigger hand (between the thumb and index finger) can be placed beneath or below the top of the exposed portion of the trigger while firing".

Manufactures have defeated the AWCA by simply eliminating the "evil features" and placing a fin on the back of the pistol grip so that the shooter cannot get their thumb around the pistol grip. These politically correct weapons have the same lethality as the politically incorrect models and sell very well in California. These shark fin equipped pistol grip rifles, unlike the now illegal bullet button equipped rifles, have a regular magazine well and a magazine release.

The shark fin rifles can have a solid flash hider or a muzzle break and a fixed stock to make them politically acceptable to California Governor Gavin Newsom and Attorney General Rob Bonta.

California Governor Gavin Newsom and California Attorney General use the AWCA as lawfare against California citizens.

Newsom and Bonta are currently engaged in a conspiracy to ignore the United States Constitution and continue their criminal behavior to wrongfully punish American citizens. They believe that they are above the law and that the U.S.Constitution, Bill of Rights, Second Amendment and decisions of the Supreme Court are simply beneath them and a historical footnote.

For many years the 9th Circuit Court has been an active accessory to this crime. They have ignored their judicial duties and assisted Newsom and Bonta in creating a class of political prisoners the likes of a Kafka novel.

Now, after the U.S. Supreme Court has clarified for the 9th Circuit and other rogue courts that the Second Amendment must be evaluated based on text and history, and will the 9th Circuit continue its criminal

behavior to assist two political buffons who only care about more power and money. Where has the American sense of justice and law gone?

What has happened to right and wrong in the American justice system? What has happened to common sense justice in America? It appears that American right and wrong justice has been hijacked by power hungry career politicians and their judicial lackys who only care about political optics.

If Newsom and Bonta really cared about making California safer they would not be so eager to coddle criminals instead of trying to create political prisoners out of law abiding citizens. Clearly, right and wrong have left our criminal justice system.

Newsom and Bonta are gun confiscation zealots. I believe their motive is two fold. One to bemoan how they are keeping Californians safe from the assault weapon boogeyman. Two, to gain more power by neutering their political opponents. Not many Newsom and Bonta voters own any form of assault weapon. Every person convicted of a felony assault weapon charge is one less conservative voter, or as Newsom publicly referred to them, right wing Republicans all across this country.

Newsom and Bonta are knowingly engaged in a pattern or practice of willfully violating the civil rights of California citizens for their political gain. Post Bruen, they continue this political charade.

Americans only want freedom, the freedom which politicians like Newsom and Bonta betray, the freedom that only our courts can guarantee. The Courts protect common citizens from the tyranny of political opportunists.

**POINT III**

**POLITICAL OPPORTUNISTS NEWSOM AND BONTA ARE SO MILITANT ABOUT VIOLATING THE CIVIL RIGHTS OF CALIFORNIANS AND IGNORING THE BRUEN DECISION, THEY ENGAGE IN A PATTERN OR PRACTICE OF CORRUPT PROSECUTIONS.**

As evidence of Newsom and Bonta's unwillingness to abide by law, they are engaged in committing crimes and fabricating evidence to prosecute gun owners. They are doing this by ignoring the Bruen decision and continuing the prosecution of the AWCA based on the now illegal two step intermediate scrutiny test.

I am charged with the felony possession of 23 assault weapons. Punishment would be an estimated 5 to 7 years in County Prison. All of these firearms were purchased in California, the California dealer fees, dealer report of sale and ATF 4473 registration were completed. California then passed a law requiring that I pay more money and register them once again.

Newsom and Bonta are so corrupt in their prosecution of firearms cases they are engaged in a pattern or practice of the use of perjury, falsification of evidence and other criminal acts to threaten and intimidate California gun owners.Now post Bruen they are using the power and authority of the 9th Circuit Court to continue prosecuting California citizens by means of force and fear.

42 USC § 14141 (2011)

§14141. Cause of action
(a) Unlawful conduct
It shall be unlawful for any governmental authority, or any agent thereof, or any person acting on behalf of a governmental authority, to engage in a pattern or practice of conduct by law enforcement officers or by officials or employees of any governmental agency with responsibility for the administration of juvenile justice or the incarceration of juveniles that deprives persons of rights, privileges, or immunities secured or protected by the Constitution or laws of the United States.

I would submit that Newsom and Bonta are engaging in a pattern or practice of willfully violating Californians Second Amendment rights by continuing to pursue the AWCA after the U.S. Supreme Court ruled that Second Amendment cases must be evaluated based on text and history of the Second Amendment.

Newsom and Bonta's gun confiscation zealotry and persecution of California gun owners does not stop there, however.

Newsom and Bonta's own California Department of Justice Bureau of Firearms Special Agents have engaged in the fabrication of evidence and falsification of a criminal report (report perjury) in the prosecution of my case. These criminal acts have been repeatedly reported to both Newsom and Bonta but they have condoned their criminal acts.

California's political theater of assault weapons laws began with the Roos-Roberti act. This assault weapons criminalization of previous legal weapons outlawed specifically named firearms by make, model and caliber.

This law at least tried to follow Constitutional law avoiding the current rifle features crimes being ambiguous. Gun manufacturers then simply changed the model number and the same weapon became legal again. I believe that the illegal MAK 89 became the MAK 90 (AK variant).

This was followed a few years later with another attempt and a new list of "Bad Weapons" under the Lockyer Bill. Again Manufacturers simply changed the model number.

California currently calls these category 1 and category 2 assault weapons. The current features of criminalization are category 3.

The Roos-Roberti and Lockyer law were repealed in 2010 when the evil features crime was passed. California still enforces the category 1 and 2, violations by disallowing any registration of these listed weapons under the recent amnesty to register assault weapons that was born of the bullet button criminalization.

An interesting legal note, however, is that under the law, an unregistered category 1 firearm can be rendered legal two ways. First

by removing the firing pin or other disabling of the weapon to make it non semi automatic. Secondly, by making the offending weapon featureless with the aforementioned shark fin grip cover and other minor modifications. The Attorney General's FAQs webpage on assault weapons clearly states that any registered assault weapon can be unregistered. This means that it can then be sold even though it is a category 1 or 2 firearm.

"California AG FAQs Assault Weapons:
14. If the characteristics that make my firearm a category 3 assault weapon are removed, can I cancel the registration? Can I sell it as regular (non-assault weapon) firearm?
Yes. If the defining characteristics establishing a firearm as a category 3 assault weapon are removed, it is no longer an assault weapon and the registration may be canceled. However, once the registration is canceled, you can never replace the characteristic(s) that make it an assault weapon, or you will be in possession of an illegal weapon. To cancel an assault weapon registration, contact DOJ at (916) 227-2153. Once the registration has been canceled, the firearm can be sold or transferred like any other firearm (non-assault weapon). (https://oag.ca.gov/firearms/regagunfaqs#14).

After the passing of the AWCA, ingenious Americans invented workarounds to the AWCA. There were many but the most popular was the Bullet Button magazine release. This was a modified magazine release button or lever for almost all of the various assault weapons that required a tool to release the magazine. Under this criteria, the weapon became a fixed magazine and therefore legal to possess, non felony.

This tormented the California political parasites so they decided to outlaw the fixed magazine bullet button. They created an amnesty period for registering unregistered assault weapons. It should be noted that new workarounds have been invented by American lay engineers who have new devices that make an assault weapon legal and faster magazine loading than the bullet button.

This amnesty was under SB 880 and AB 1135. Both bills said generally the same thing.

These are the highlights of the amnesty and registration of bullet button weapons:

"This bill would exempt from punishment under that provision a person who possessed an assault weapon prior to January 1, 2017, if specified requirements are met.
3) Existing law requires that, with specified exceptions, any person who, prior to January 1, 2001, lawfully possessed an assault weapon prior to the date it was defined as an assault weapon, and which was not specified as an assault weapon at the time of lawful possession, register the firearm with the Department of Justice.
This bill would require that any person who, from January 1, 2001, to December 31, 2016, inclusive, lawfully possessed an assault weapon that does not have a fixed magazine, as defined, and including those weapons with an ammunition feeding device that can be removed readily from the firearm with the use of a tool, register the firearm with the Department of Justice before January 1, 2018, but not before the effective date of specified regulations."

The term: "and including those weapons with an ammunition feeding device that can be removed readily from the firearm with the use of a tool", refers to the bullet button.

The registration period deadline of January 1, 2018 was extended to before July 1, 2018 under AB 103 because the Attorney general could not get the online only registration website portal to work.

When the California AG did get the registration process to work, it malfunctioned so pathetically that AG Bonta was sued and he signed a consent decree to open up the registration period again. This is from AG Bonta's website:

"Individuals with eligible bullet-button assault weapons were required to register their firearms with the Department of Justice by June 30, 2018. A federal court (Sharp v. Becerra, E.D. Cal. Mar. 29, 2021) re-opened the registration window for 90 days, starting on January 13, 2022, at 9:00 a.m. PST and ending on April 12, 2022, at 9:00 a.m. PDT. Individuals were only eligible to register their firearms if (1) the person would have been eligible to register an assault weapon pursuant to subdivision (b) of Penal Code § 30900; (2) the person lawfully

possessed each assault weapon to be registered, prior to January 1, 2017; and (3) the person verifies under penalty of perjury that they attempted to register the assault weapon prior to the original registration deadline of midnight on July 1, 2018, but was unable to do so because of technical difficulties.

All registration applications, whether submitted electronically or through the mail, must be submitted during the registration period beginning January 13, 2022 at 9:00 AM PST through April 12, 2022 at 09:00:00 AM PDT.

(https://www.oag.ca.gov/firearms/bullet-button-assault-weapon)

The ATF Agent who arrested me had all the information for his search warrant 6 months before he requested the warrant. It appears that he was waiting for the january 1, 2018 deadline to expire before he performed the search warrant (thereby making any assault weapons a felony and not subject to the amnesty: "This bill would exempt from punishment under that provision a person who possessed an assault weapon prior to January 1, 2017". It appears that the ATF Agent did not get the memo as to the extension of the registration period to 1 July, 2018, he arrested me on 17 January, 2018.

The ATF Agent charged me with firearms I had removed the bullet button from but did not charge me with the same weapons that still had the bullet buttons attached. The Deputy District Attorney prosecuting me told the trial judge that under SB 880 and AB 1135, I was not eligible for the amnesty unless the weapon had a bullet button attached or it was lawfully possessed which meant it was lawfully registered to me. When the DDA made this statement to the Judge, he was in a Brady violation by withholding the ATF Agents ETRACE reports that show the original registrations in my name.

During my preliminary hearing in June of 2018, DDA Dong Lee stated:

"DDA Lee:
" This stuff about categories, none of that is relevant because Penal Code section 30680, which has the additional possibility of registering by July 1st, 2018, only applies to individuals that pursuant to subsection (b) of that statute say that person lawfully possessed that assault weapon prior to January 1st, 2017. In order for a person to lawfully

possess an assault weapon prior to January 1st 2017, It needs to either have a bullet button or it needs to be lawfully registered to them. We have evidence that this was not lawfully registered to the defendant, which I would, for the record, just note that is an affirmative defense that hasn't been asserted. But in the case the court was serious about that, we don't believe that the defendant possessed any of these legally through registration." (transcript Page 29, see attached exhibit, preliminary hearing transcript).

In fact, weapons did not have to have a bullet button to be eligible for registration or conversion before the 1 July, 2018 deadline. This is the law. Newsom and Bonta's Bureau of Firearms Special Agents, who were at the search of my home to determine what firearms were illegal assault weapons for the arresting ATF Agent, ignored state law and charged me with 23 felonies, while ignoring state law. This very point was even argued successfully by AG Bonta in the Villanueva case.

§ 5470. Registration of Assault Weapons Pursuant to Penal Code Section 30900(b)(1); Which Weapons Must be Registered.

(a) Except as provided in section 5472, an assault weapon that does not have a fixed magazine, as defined by Penal Code section 30515, must be registered with the Department before July 1, 2018.

(b) A semiautomatic, centerfire or rimfire pistol with an ammunition feeding device that can be readily removed from the firearm with the use of a tool, commonly referred to as a bullet-button weapon, that has one or more specified features identified in Penal Code section 30515 is included in the category of firearms that must be registered.
(c) A semiautomatic, centerfire rifle with an ammunition feeding device that can be readily removed from the firearm with the use of a tool, commonly referred to as a bullet-button weapon, that has one or more specified features identified in Penal Code section 30515 is included in the category of firearms that must be registered.

(d) A semiautomatic shotgun with an ammunition feeding device that can be readily removed from the firearm with the use of a tool, commonly referred to as a bullet-button weapon, is included in the category of firearms that must be registered.

Note: Authority cited: Section 30900, Penal Code. Reference: Sections 30515 and 30900, Penal Code

Section (a) applies to any non bullet button equipped weapon, sections (b), (c)
 and (d) apply to bullet button equipped weapons.

AG Bonta's experts engaged in a pattern or practice of fabrication of evidence by ignoring the law of Title 11, section 5470 subsection (a).I have informed Bonta and Newsom of these criminal violations to no avail.

Bonta's experts, DOJ Special Agents Ehrman and Careaga did not stop there, they fabricated evidence in a federal investigation

The investigating ATF Agent, Eric W. Crowder was conducting a federal criminal investigation. He requested California DOJ Bureau of Firearms Special Agents assistance to tell him what is a criminal violation and what is not as to any assault type weapons. Bonta's Agents, Brad Ehrman and Lee Careaga were working for federal ATF Agent Crowder under his investigation. Any falsification of evidence, such as ignoring the actual California state law under Title 11, section 5470 (a) is a violation of federal criminal statutes.

18 U.S. Code § 1519 - Destruction, alteration, or falsification of records in Federal investigations.

Whoever knowingly alters, destroys, mutilates, conceals, covers up, falsifies, or makes a false entry in any record, document, or tangible object with the intent to impede, obstruct, or influence the investigation or proper administration of any matter within the jurisdiction of any department or agency of the United States or any case filed under title 11, or in relation to or contemplation of any such matter or case, shall be fined under this title, imprisoned not more than 20 years, or both.

Ehrman, careaga and now Bonta and Newsom were not satisfied with making up their own law but even went so far as manufacturing an assault weapon where there was not one. Manufacturing an assault weapon is a felony under california penal code section 30600 (a):

a) Any person who, within this state, manufactures or causes to be manufactured, distributes, transports, or imports into the state, keeps for sale, or offers or exposes for sale, or who gives or lends any assault weapon or any .50 BMG rifle, except as provided by this chapter, is guilty of a felony, and upon conviction shall be punished by imprisonment pursuant to subdivision (h) of Section 1170 for four, six, or eight years.

One of the firearms I was charged with had been rendered featureless California legal by removing the pistol grip. This rifle (ATF item 150) had a fixed stock, no flash hider and when I removed the pistol grip it became a featureless rifle. I had done this in anticipation of the 1 July deadline to convert or register any assault style weapon.

I have determined it to be more prudent to convert any and all assault style weapons I owned, regardless of if registered or not, to featureless. Most only required unscrewing the pistol grip to do this.

My evaluation with California's schizophrenic gun laws to choose this as the safest method to be over the fear of is it or isn't it legal, was because this method was ironclad legal. There were too many horror stories posted online of Californians contacting Bontas DOJ only to be told their rifle was no longer legal or was not showing up in AFS as registered as a category 1 or 2 weapon.

I began evaluating the featureless methods of assault weapons in preparation of the 1 July deadline to register or convert weapons to California legal. ATF Item 150 was an AK variant rifle with a fixed stock, no flash hider and no forward pistol grip or flare launcher. Most of the weapons I was charged with had these same features and could be converted to featureless by unscrewing the pistol grip.

I removed the pistol grip from this weapon. At the time of my arrest, this rifle had been in the gun safe and the pistol grip I had removed was 30 feet from it in my bedroom.

Bontas DOJ Agents evaluated this rifle as an illegal assault weapon under 30605 (a) PC. They then falsified their report stating that this rifle had a pistol grip attached that protrudes conspicuously beneath the

action (receiver) of the weapon. This means it is attached to the receiver of the weapon in the correct location.

Ehrman and Careaga (Careaga, Ehrman's supervisor, was present at the search and evaluation of the weapons and approved Ehrman's report) falsified their report in a federal investigation.

ATF Item 150, by both the ATF evidence photos and Bontas DOJ evidence photos show that there is no attached pistol grip but the pistol grip is attached to the side of the rifle (ATF photos) and then zip tied to the front handguard (Bontas DOJ evidence photos.

There is clear evidence of both fabricating evidence and manufacturing an assault weapon by ATF agent Crowder and his accessories to this crime, Ehrman, Careaga, Newsom and Bonta.

I have reported this to Bonta and Newsom to no avail.

See evidence photos of this firearm attached as an exhibit.

It seems as though it is now a requirement for ATF Agents, California DOJ Agents, District Attorneys and DDAs to lack any form of ethics or morals.

Again, the DDA working with ATF Agent Crowder lied to the Judge during the preliminary hearing and committed Brady violations by withholding exculpatory material evidence that he told the Judge did not exist.

"DDA Lee:
" This stuff about categories, none of that is relevant because Penal Code section 30680, which has the additional possibility of registering by July 1st, 2018, only applies to individuals that pursuant to subsection (b) of that statute say that person lawfully possessed that assault weapon prior to January 1st, 2017. In order for a person to lawfully possess an assault weapon prior to January 1st 2017, It needs to either have a bullet button or it needs to be lawfully registered to them.

We have evidence that this was not lawfully registered to the defendant, which I would, for the record, just note that is an affirmative defense that

29

hasn't been asserted. But in the case the court was serious about that, we don't believe that the defendant possessed any of these legally through registration." (transcript Page 29).

DDA Lee withheld the ATF ETRACE Reports from January 2018 until January 2, 2019 (see attached ATF ETRACE Reports and discovery sheet of these reports, the date the ETRACE report was completed is noted at the top of the report; See attached exhibit: preliminary trial transcript).

ATF Agent Crowder then lied to the Judge during the preliminary hearing and said there was no evidence that any of the charged weapons were registered in my name (see attached transcript).

## POINT IV

**CALIFORNIA'S GUN CONTROL LAWS ARE HISTORICALLY BASED IN RACISM AND NEWSOM AND BONTA CONTINUE THIS ASSAULT ON PEOPLE OF COLOR.**
**NEWSOM AND BONTA CONTINUE THE CALIFORNIA JIM CROW LAWS BY DENYING CITIZENS A BETTER RIFLE.**

California's gun control history originated in Jim Crow racism and Newsom and Bonta proudly continue this tradition. If their position is that features make a weapon easier to use, more accurate, and yes, more deadly, then why do they want to deny it to African Americans and hispanics living in high crime neighborhoods of California while those living in gated communities live in relative safety? Generally. Weapons bans only increase the cost of defensive weapons so the rich in gated communities can afford the models with the workarounds while poor people who need the protection the most are classed out of the better firearms.

Does a Judge who carries a concealed handgun want the least deadly, least accurate, least ergonomic, least firepower, least safe, handgun for the defense of family and themselves? Would they be comfortable with a handgun that reloads very slowly? Would they prefer a safer, less deadly single shot handgun for defense? Newsom and Bontas' argument is not only unconstitutional, it is illogical to the reality of life. Criminals want your property, your body and your life and those of your family, do you want the least effective weapon for your defense?

A prior Governor of California had the same mindset as current Governor Gavin Newsom:

Governor Peter H. Burnett on January 7, 1851, described California's view of the Native Americans as follows:
That a war of extermination will continue to be waged between the races, until the Indian race becomes extinct, must be expected.

When Burnett realized that the California Maidu were not being exterminated quickly enough because they were able to legally acquire firearms he, like Gavin Newsom, initiated gun control/confiscation measures to ensure the Maidu could not fight back.

Thus, with the Native Americans facing "extermination" at the hands of the governor and still being able to defend themselves with firearms and ammunition purchased on the open market, the proverbial crisis that precedes most gun control measures was born. The solution was to create the first California firearm law, which regulated a class of "prohibited persons."

In 1851, California Representative Alonzo Adams "gave notice that he would, at an early day, ask leave to introduce a bill entitled 'an Act to prevent the sale, or furnishing Fire-arms and other implements of war to Indians.'" As with most first attempts at new gun control measures, the act was not passed.

NOTE: The same Orwellian weapons of war word poison was used to exterminate the California Maidu and other tribes as Gavin Newsom uses today against Californians.

On March 21, 1854, Assembly Bill 80 was passed, making the sale of firearms and ammunition to "Indians" a misdemeanor. The full text of California's first statewide gun control law, which became Penal Code section 398.

(California Gun Rights Foundation).

In 1967, the Mulford act which made it a felony to carry an unconcealed firearm in public was passed directly to oppose the Black Panthers and blacks carrying a firearm in public. Since then the State of California and Governors like Newsom and Attorney General's like Bonta have continually engaged in Jim Crow gun control to prohibit blacks from legal concealed carry permits while allowing armed criminals to murder with impunity.. California concealed carry permits have a long corrupt history of being issued only to friends and family and the wealthy and the politically well-connected influential good ole boys.

Judge Thomas addressed Newsom's racist gun control policies in his ruling:

"A short prologue is in order. Even before the Civil War commenced in 1861, this Court indirectly affirmed the importance of the right to keep and bear arms in public. Writing for the Court in Dred Scott v. Sandford, 19 How. 393 (1857), Chief Justice Taney [a vocal Democrat notes CHQ] offered what he thought was a parade of horribles that would result from recognizing that free blacks were citizens of the United States. If blacks

were citizens, Taney fretted, they would be entitled to the privileges and immunities of citizens, including the right "to keep and carry arms wherever they went." (emphasis by CHQ) Id., at 417 (emphasis added). Thus, even Chief Justice Taney recognized (albeit unenthusiastically in the case of blacks) that public carry was a component of the right to keep and bear arms—a right free blacks were often denied in antebellum America."

Blacks had "procured great numbers of old army muskets and revolvers, particularly in Texas," and "employed them to protect themselves" with "vigor and audacity," wrote Justice Thomas, "Seeing that government was inadequately protecting them, 'there [was] the strongest desire on the part of the freedmen to secure arms, revolvers particularly'."

CONCLUSION RELIEF:

Gavin Newsom and Rob Bonta's continual prohibition and prosecution of Californian's Second Amendment right that shall not be infringed, especially post Bruen is a civil rights violation against a class of people (18 section 242) and should result in a class action lawsuit under 42 section 1983.

This is my position on common use firearms. Firearms guarantee our freedom from criminal attack. Californians want the best defense possible while Newsom and Bonta want to exploit mass murders for political gain. For the above stated reasons, I request that the California AWCA be struck down and that this unconstitutional law be null and void as it goes through the courts should Newsom and Bonta continue their civil rights and second Amendment violations against California citizens.

David Edward Martin, In Pro Se, Amicus Curiae Brief.
3108 Aloha Lane
Chico, California 95973

My apologies for the crudeness of this brief. 15 August, 2022

Amicus Curiae Brief served on AG Bonta and Miller.

**EXHIBITS ATTACHED:**

**A**
**CURRICULUM VITAE OF DAVID EDWARD MARTIN**

**B**
**PHOTOGRAPH OF 1907 WINCHESTER WITH 20 ROUND MAGAZINE**

**C**
**M1 CARBINE AND M1A1 PARATROOPER CARBINE**

**D**
**PRELIMINARY HEARING TRANSCRIPT**

**E**
**EHRMAN/CAREAGA FALSE REPORT**

**F**
**FEATURELESS RIFLE CHARGED**
**AS FELONY ASSAULT WEAPON**
**(FALSIFYING EVIDENCE/REPORT)**

**G**
**DIFFERENCES BETWEEN CALIFORNIA LEGAL AND CALIFORNIA FELONY UNDER PC 30605 (A)**

**H**
**WITHHELD MATERIAL/EXCULPATORY EVIDENCE BRADY VIOLATIONS. DA NOTICE OF SERVING ATF ETRACE INFORMATION THAT THE DA HAD BEEN WITHHOLDING FOR ALMOST ONE YEAR. BRADY VIOLATIONS**

**I**
**THE WITHHELD ATF ETRACE REPORTS THAT ATF AGENT ERIC CROWDER LIED ABOUT TO THE JUDGE AT THE PRELIMINARY HEARING. THESE SHOW MY ORIGINAL PURCHASE AND REGISTRATION OF THE CHARGED FIREARMS. MANY OF THE ETRACE REPORTS ARE INCOMPLETE DUE TO SERIAL NUMBER CONFLICT OR NO IMPORTER INFORMATION. THE DATE**

## CROWDER HAD THE REPORT INFORMATION IS NOTED AT THE TOP.

## TABLE OF AUTHORITIES

## UNITED STATES CONSTITUTION/SECOND AMENDMENT OF THE BILL OF RIGHTS. FOURTEENTH AMENDMENT.

2nd:

"A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed."

14th:

No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

**NEW YORK STATE RIFLE AND PISTOL ASSOCIATION V. BRUEN**

New York State Rifle & Pistol Association (NYSRPA) v. Bruen (2022)

597 U.S. ___ (more)

142 S.Ct. 2111

2022 WL 2251305

2022 U.S. LEXIS 3055

## MILLER V. BONTA

Miller v. Bonta, 3:19-cv-01537-BEN-JLB (S.D. Cal. Jun. 16, 2021)

## CALIFORNIA PENAL CODE SECTION 30605 (a)

**CALIFORNIA CODE OF REGULATIONS TITLE 11, SECTION 5471**

§ 5471. Registration of Assault Weapons Pursuant to Penal Code Section 30900(b)(1); Explanation of Terms Related to Assault Weapon Designation

For purposes of Penal Code section 30900 and Articles 2 and 3 of this Chapter the following definitions shall apply:

(a) "Ability to accept a detachable magazine" means with respect to a semiautomatic shotgun, it does not have a fixed magazine.

(b) "Action" means the working mechanism of a semiautomatic firearm, which is the combination of the receiver or frame and breech bolt together with the other parts of the mechanism by which a firearm is loaded, fired, and unloaded.

(c) "Barrel" means the tube, usually metal and cylindrical, through which a projectile or shot charge is fired. Barrels may have a rifled or smooth bore.

(d) "Barrel length" means the length of the barrel measured as follows: Without consideration of any extensions or protrusions rearward of the closed bolt or breech-face the approved procedure for measuring barrel length is to measure from the closed bolt (or breech-face) to the furthermost end of the barrel or permanently attached muzzle device.

Permanent methods of attachment include full-fusion gas or electric steel-seam welding, high-temperature (1100o F) silver soldering, or blind pinning with the pin head welded over. Barrels are measured by inserting a dowel rod into the barrel until the rod stops against the closed bolt or breech-face. The rod is then marked at the furthermost end of the barrel or permanently attached muzzle device, withdrawn from the barrel, and measured.

(e) "Bullet" means the projectile expelled from a gun. It is not synonymous with a cartridge. Bullets can be of many materials, shapes, weights, and constructions such as solid lead, lead with a jacket of harder metal, round-nosed, flat-nosed, hollow-pointed, et cetera.

(f) "Bullet-button" means a product requiring a tool to remove an ammunition feeding device or magazine by depressing a recessed button or lever shielded by a magazine lock. A bullet-button equipped fully functional semiautomatic firearm does not meet the fixed magazine definition under Penal Code section 30515(b).

(g) "Bore" means the interior of a firearm's barrel excluding the chamber.

(h) "Caliber" means the nominal diameter of a projectile of a rifled firearm or the diameter between lands in a rifled barrel. In the United States, caliber is usually expressed in hundreds of an inch; in Great Britain in thousandths of an inch; in Europe and elsewhere in millimeters.

(i) "Cartridge" means a complete round of ammunition that consists of a primer, a case, propellant powder and one or more projectiles.

(j) "Centerfire" means a cartridge with its primer located in the center of the base of the case.

(k) "Contained in" means that the magazine cannot be released from the firearm while the action is assembled. For AR-15 style firearms this means the magazine cannot be released from the firearm while the upper receiver and lower receiver are joined together.

(l) "Department" means the California Department of Justice.

(m) "Detachable magazine" means any ammunition feeding device that can be removed readily from the firearm without disassembly of the firearm action or use of a tool. A bullet or ammunition cartridge is considered a tool. An ammunition feeding device includes any belted or linked ammunition, but does not include clips, en bloc clips, or stripper clips that load cartridges into the magazine.

An AR-15 style firearm that has a bullet-button style magazine release with a magnet left on the bullet-button constitutes a detachable magazine. An AR-15 style firearm lacking a magazine catch assembly (magazine catch, magazine catch spring and magazine release button) constitutes a

detachable magazine. An AK-47 style firearm lacking a magazine catch assembly (magazine catch, spring and rivet/pin) constitutes a detachable magazine.

(n) "Disassembly of the firearm action" means the fire control assembly is detached from the action in such a way that the action has been interrupted and will not function. For example, disassembling the action on a two part receiver, like that on an AR-15 style firearm, would require the rear take down pin to be removed, the upper receiver lifted upwards and away from the lower receiver using the front pivot pin as the fulcrum, before the magazine may be removed.

(o) "Featureless" means a semiautomatic firearm (rifle, pistol, or shotgun) lacking the characteristics associated with that weapon, as listed in Penal Code section 30515.

(p) "Fixed magazine" means an ammunition feeding device contained in, or permanently attached to, a firearm in such a manner that the device cannot be removed without disassembly of the firearm action.

(q) "Flare launcher" means a device used to launch signal flares.

(r) "Flash suppressor" means any device attached to the end of the barrel, that is designed, intended, or functions to perceptibly reduce or redirect muzzle flash from the shooter's field of vision. A hybrid device that has

either advertised flash suppressing properties or functionally has flash suppressing properties would be deemed a flash suppressor. A device labeled or identified by its manufacturer as a flash hider would be deemed a flash suppressor.

(s) "FMBUS" means a Firearm Manufactured By Unlicensed Subject.

(t) "Forward pistol grip" means a grip that allows for a pistol style grasp forward of the trigger.

(u) "Frame" means the receiver of a pistol.

(v) "Grenade launcher" means a device capable of launching a grenade.

(w) "Permanently attached to" means the magazine is welded, epoxied, or riveted into the magazine well. A firearm with a magazine housed in a sealed magazine well and then welded, epoxied, or riveted into the sealed magazine well meets the definition of "permanently attached to".

(x) "Overall length of less than 30 inches" with respect to a centerfire rifle means the rifle has been measured in the shortest possible configuration that the weapon will function/fire and the measurement is less than 30 inches. Folding and telescoping stocks shall be collapsed prior to measurement. The approved method for measuring the length of the rifle is to measure the firearm from the end of the barrel, or permanently attached

muzzle device, if so equipped, to that part of the stock that is furthest from the end of the barrel, or permanently attached muzzle device. (Prior to taking a measurement the owner must also check any muzzle devices for how they are attached to the barrel.)

(y) "Pistol" means any device designed to be used as a weapon, from which a projectile is expelled by the force of any explosion, or other form of combustion, and that has a barrel less than 16 inches in length. This definition includes AR-15 style pistols with pistol buffer tubes attached. Pistol buffer tubes typically have smooth metal with no guide on the bottom for rifle stocks to be attached, and they sometimes have a foam pad on the end of the tube farthest from the receiver.

(z) "Pistol grip that protrudes conspicuously beneath the action of the weapon" means a grip that allows for a pistol style grasp in which the web of the trigger hand (between the thumb and index finger) can be placed beneath or below the top of the exposed portion of the trigger while firing. This definition includes pistol grips on bullpup firearm designs.

(aa) "Receiver" means the basic unit of a firearm which houses the firing and breech mechanisms and to which the barrel and stock are assembled.

(bb) "Receiver, lower" means the lower part of a two part receiver.

(cc) "Receiver, unfinished" means a precursor part to a firearm that is not yet legally a firearm. Unfinished receivers may be found in various levels of completion. As more finishing work is completed the precursor part gradually becomes a firearm. Some just have the shape of an AR-15 lower receiver for example, but are solid metal. Some have been worked on and the magazine well has been machined open. Firearms Manufactured by Unlicensed Subjects (FMBUS) began as unfinished receivers.

(dd) "Receiver, upper" means the top portion of a two part receiver.

(ee) "Rifle" means a weapon designed or redesigned, made or remade, and intended to be fired from the shoulder and designed or redesigned and made or remade to use the energy of the explosive in a fixed cartridge to fire only a single projectile through a rifled bore for each single pull of the trigger.

(ff) "Rimfire" means a rimmed or flanged cartridge with the priming mixture located in the rim of the case.

(gg) "Second handgrip" means a grip that allows the shooter to grip the pistol with their non-trigger hand. The second hand grip often has a grip texture to assist the shooter in weapon control.

(hh) "Semiautomatic" means a firearm functionally able to fire a single cartridge, eject the empty case, and reload the chamber each time the

trigger is pulled and released. Further, certain necessary mechanical parts that will allow a firearm to function in a semiautomatic nature must be present for a weapon to be deemed semiautomatic. A weapon clearly designed to be semiautomatic but lacking a firing pin, bolt carrier, gas tube, or some other crucial part of the firearm is not semiautomatic for purposes of Penal Code sections 30515, 30600, 30605(a), and 30900.

(1) A mechanically whole semiautomatic firearm merely lacking ammunition and a proper magazine is a semiautomatic firearm.

(2) A mechanically whole semiautomatic firearm disabled by a gun lock or other firearm safety device is a semiautomatic firearm. (All necessary parts are present, once the gun lock or firearm safety device is removed, and weapon can be loaded with a magazine and proper ammunition.)

(3) With regards to an AR-15 style firearm, if a complete upper receiver and a complete lower receiver are completely detached from one another, but still in the possession or under the custody or control of the same person, the firearm is not a semiautomatic firearm.

(4) A stripped AR-15 lower receiver, when sold at a California gun store, is not a semiautomatic firearm. (The action type, among other things, is undetermined.)

(ii) "Shotgun with a revolving cylinder" means a shotgun that holds its ammunition in a cylinder that acts as a chamber much like a revolver. To meet this definition the shotgun's cylinder must mechanically revolve or rotate each time the weapon is fired. A cylinder that must be manually rotated by the shooter does not qualify as a revolving cylinder.

(jj) "Shroud" means a heat shield that is attached to, or partially or completely encircles the barrel, allowing the shooter to fire the weapon with one hand and grasp the firearm over the barrel with the other hand without burning the shooter's hand. A slide that encloses the barrel is not a shroud.

(kk) "Spigot" means a muzzle device on some firearms that are intended to fire grenades. The spigot is what the grenade is attached to prior to the launching of a grenade.

(ll) "Stock" means the part of a rifle, carbine, or shotgun to which the receiver is attached and which provides a means for holding the weapon to the shoulder. A stock may be fixed, folding, or telescoping.

(mm) "Stock, fixed" means a stock that does not move, fold, or telescope.

(nn) "Stock, folding" means a stock which is hinged in some fashion to the receiver to allow the stock to be folded next to the receiver to reduce the overall length of the firearm. This definition includes under folding and over folding stocks.

(oo) "Stock, telescoping" means a stock which is shortened or lengthened by allowing one section to telescope into another portion. On AR-15 style firearms, the buffer tube or receiver extension acts as the fixed part of the stock on which the telescoping butt stock slides or telescopes.

(pp) "Those weapons with an ammunition feeding device that can be readily removed from the firearm with the use of a tool" includes functional semiautomatic rifles, pistols, and shotguns with bullet-button style magazine releases. These weapons do not have a fixed magazine.

(qq) "Thumbhole stock" means a stock with a hole that allows the thumb of the trigger hand to penetrate into or through the stock while firing.

(rr) "Threaded barrel, capable of accepting a flash suppressor, forward handgrip, or silencer" means a threaded barrel able to accept a flash suppressor, forward handgrip, or silencer, and includes a threaded barrel with any one of those features already mounted on it. Some firearms have "lugs" in lieu of threads on the end of the barrel. These lugs are used to attach some versions of silencers. For purposes of this definition a lugged barrel is the same as a threaded barrel.

(1. New section filed 7-31-2017; operative 7-31-2017. Submitted to OAL for filing and printing only pursuant to Penal Code section 30900(b)(5) (Register 2017, No. 31). For prior history, see Register 2011, No. 52.)

Note: Authority cited: Section 30900, Penal Code. Reference: Sections 30515 and 30900, Penal Code.

## CALIFORNIA CODE OF REGULATIONS TITLE 11, SECTION 5470

## CALIFORNIA SENATE BILL 880, ASSAULT WEAPONS REGISTRATION AND AMNESTY

## CALIFORNIA ASSEMBLY BILL 1135, ASSAULT WEAPONS REGISTRATION AND AMNESTY

## CALIFORNIA ASSEMBLY BILL 103, ASSAULT WEAPONS REGISTRATION AND AMNESTY

## CALIFORNIA ASSEMBLY BILL 491, DEFINITION OF LAWFULLY POSSESSED FIREARM.

Assembly Bill No. 491

CHAPTER 571

An act to amend Sections 11106, 12025, and 12031 of the Penal Code, relating to firearms.

[Approved by Governor September 28, 1999. Filed with Secretary of State September 29, 1999.] LEGISLATIVE COUNSEL'S DIGEST

AB 491, Scott. Firearms.

(1) Existing law requires the Attorney General to maintain a registry of specified information concerning pistols, revolvers, and other firearms

capable of being concealed on the person and to include in the registry specified data provided to the Department of Justice on the Dealers' Record of Sale.

This bill would require the Attorney General, at the written request of any person listed in the registry as the owner of a firearm through a Dealers' Record of Sale prior to 1979, to store and keep that record electronically and to provide the person written notice of its compliance with the request.

This bill would also incorporate additional changes in Section 11106 of the Penal Code proposed by SB 29, to be operative only if that bill and this bill are enacted and become effective on or before January 1, 2000, and this bill is enacted last.

2) Existing law generally provides that it is a misdemeanor for any person to carry a concealed firearm. Under specified circumstances, carrying a concealed firearm is punishable as a felony.

One of these circumstances includes a person who is not in lawful possession of the firearm. "Lawful possession" is defined to mean a person who owns the firearm or has permission of the owner or a person with apparent authority.

This bill would punish as a misdemeanor or a felony, carrying a concealed firearm if both the pistol, revolver, or other firearm capable of being concealed upon the person and the unexpended ammunition capable of being discharged from that firearm are in the immediate possession of the person or are readily accessible, or the firearm is loaded, as defined by law, where the person in possession Is not the

registered owner of the firearm, as specified. This bill would allow a peace officer to arrest a person for violating this provision if the officer had probable cause to believe the person was not the registered owner of the firearm and the other elements of this offense exist. **The bill would also redefine the term "lawful possession" to mean one who lawfully owns or has permission of the lawful owner.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**
**CURRICULUM VITAE OF DAVID EDWARD MARTIN**

# CURRICULUM VITAE
## DAVID EDWARD MARTIN

DAVID EDWARD MARTIN
3108 Aloha Lane
Chico, California 95973

## ACADEMIC EDUCATION

JURIS DOCTORATE, LAW, Cal Northern School of Law, 1996

MASTER OF ARTS , ANTHROPOLOGY, California State University Chico, 1992

BACHELOR OF ARTS, PUBLIC ADMINISTRATION, California State University Chico, 1983

ASSOCIATE OF ARTS, LAW ENFORCEMENT, Butte Community College, 1982

## SPECIALIZED EDUCATION

FRAUD/FORGERY INVESTIGATION, California State University San Jose, 2000

CRIME SCENE COLLECTION AND PROCESSING OF LATENT PRINTS, California Department of Justice, 2000

COMPUTER/INTERNET CRIME INVESTIGATION, Sacramento Criminal Justice Training Center, 1999

INTRODUCTION TO INTERNET CRIME INVESTIGATION, Search Group Inc., 1999

CRIME SCENE INVESTIGATION, Sacramento County Sheriff, 1996

SEXUAL ASSAULT INVESTIGATION, Los Angeles County Sheriff, 1996

BACKGROUND INVESTIGATION, Sacramento Criminal Justice Training Center, 1996

DIGNITARY SECURITY, California Department of Justice, 1996

ECONOMIC CRIME INVESTIGATION, California Department of Justice, 1996

COURTROOM TESTIMONY AND DEMEANOR, California Department of Justice, 1996

BASIC MILITARY POLICE COURSE, Department of the U.S. Army, 1995

CRIME PREVENTION BY DESIGN, Sacramento Criminal Justice Training Center, 1995

MEDIA RELATIONS, Sacramento Criminal Justice Training Center, 1995

IS-5 HAZARDOUS MATERIALS, Emergency Management Institute, 1995

FIELD TRAINING OFFICER, Los Medanos College, 1994

SPECIALIZED SURVEILLANCE, California Department of Justice, 1994

INTERVIEW AND INTERROGATION, Behavior AnalysisTraining Institute, 1994

IS-4 PREPAREDNESS PLANNING IN NUCLEAR CRISIS, Emergency Management Institute, 1994

PROTECTION OF PUBLIC OFFICIALS, California State Police, 1993

LAW ENFORCEMENT ARMORERS SCHOOL, FULL AUTOMATIC WEAPONS, Lassen College, 1993

BASIC NON-COMMISSIONED OFFICERS COURSE, Department of the U.S. Army, 1993

HS-3 RADIOLOGICAL EMERGENCY MANAGEMENT, Emergency Management Institute, 1993

NARCOTICS INFLUENCE 11550 H&S SCHOOL, Yuba College, 1992

NARCOTIC AND DRUG IDENTIFICATION, Valtox Laboratories, 1992

ACCURIZING THE M-1 RIFLE AND M-1A (M-14) RIFLE FOR COMPETITION, Lassen College, 1992

ADVANCED GENERAL GUNSMITHING, Lassen College, 1992

LAW ENFORCEMENT ARMORERS SCHOOL, SMITH AND WESSON REVOLVERS, Lassen College, 1992

LAW ENFORCEMENT ARMORERS SCHOOL, COLT AND RUGER REVOLVERS, Lassen College, 1992

LAW ENFORCEMENT ARMORERS SCHOOL, DOUBLE ACTION AUTO PISTOLS, Lassen College, 1992

HS-2 EMERGENCY MANAGEMENT U.S.A., Emergency Management Institute, 1992

COMBAT LIFESAVER MEDICAL COURSE, Department of the U.S. Army, circa 1992

PRIMARY LEADERSHIP DEVELOPMENT COURSE, U.S. Army Institute for Professional Development, 1991

INSTRUCTOR TRAINING COURSE, Department of the U.S. Army, 1991

APPOINTED DUTY RETENTION NON-COMMISSIONED OFFICER TRAINING, Department of the U.S. Army, 1991

DEFENSE PACKING AND UNITIZATION, U.S. Army Logistics Management College, 1991

HS-1 EMERGENCY PROGRAM MANAGER, Emergency Management Institute, 1991

GENERAL GUNSMITHING, Lassen College, 1990

GAS TUNGSTEN ARC WELDING FOR GUN REPAIR, Lassen College, 1990

CAUSTIC BLUING FOR FIREARMS, Lassen College, 1990

NARCOTICS ENFORCEMENT FOR PEACE OFFICERS, California Department of Justice, 1988

LAW ENFORCEMENT FITNESS ADVISOR, Butte Criminal Justice Training Center, 1986

CHEMICAL AGENT INSTRUCTOR, Butte Criminal Justice Training Center, 1986

BATON INSTRUCTOR, Butte Criminal Justice Training Center, 1986

ARSON/EXPLOSIVES INVESTIGATION II, California State Fire Marshal, 1984

SPECIAL WEAPONS AND TACTICS (S.W.A.T.), Federal Bureau of Investigation Sacramento, 1984

HOSTAGE NEGOTIATIONS, Butte Criminal Justice Training Center, 1984

ARSON/EXPLOSIVES INVESTIGATION I, California State Fire Marshal, 1983

LIVESTOCK THEFT INVESTIGATION, Butte Criminal Justice Training Center, 1983

SURVIVAL SHOOTING TACTICS, Butte Criminal Justice Training Center, 1983

BASIC PEACE OFFICER ACADEMY, Butte Criminal Justice Training Center, 1979

RACE RELATIONS, Department of the U.S. Army, 1976

BASIC COMBAT TRAINING/ADVANCED INFANTRY TRAINING, Department of the U.S. Army, 1974

PROFESSIONAL EXPERIENCE

BUTTE COUNTY SHERIFF-CORONER, 1982-2002

CALIFORNIA STATE UNIVERSITY CHICO POLICE, 1985-1986

GLENN COUNTY SHERIFF-CORONER, 1979-1980

U.S. ARMY-INFANTRY, 1974-1976

U.S. ARMY RESERVE AND NATIONAL GUARD-INFANTRY,TRANSPORTATION, TRAINING INSTRUCTOR, MILITARY POLICE, 1976-1999

PROFESSIONAL CERTIFICATES

CALIFORNIA PEACE OFFICER STANDARDS AND TRAINING (P.O.S.T.) ADVANCED PEACE OFFICER CERTIFICATE, 1989

CALIFORNIA PEACE OFFICER STANDARDS AND TRAINING (P.O.S.T.) INTERMEDIATE PEACE OFFICER CERTIFICATE, 1988

CALIFORNIA PEACE OFFICER STANDARDS AND TRAINING (P.O.S.T.) BASIC PEACE OFFICER CERTIFICATE, 1980

PROFESSIONAL MEMBERSHIP

DIPLOMATE OF THE AMERICAN BOARD OF LAW ENFORCEMENT
EXPERTS, AMERICAN COLLEGE OF FORENSIC EXAMINERS, 1999

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT B**

**1907 WINCHESTER SEMI AUTOMATIC RIFLE**



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT C**

**M1 CARBINE AND M1A1 PARATROOPER CARBINE**



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT D**

**PRELIMINARY HEARING TRANSCRIPT**



JUN 2 5 2018

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF BUTTE

Superior Court of California
County of Butte
F I L E D
JUN 2 5 2018
Kimberly Flener, Clerk
By D. HILL-MILTON Deputy

PEOPLE OF THE STATE OF CALIFORNIA,      )
                                        )
                    Plaintiff,          )
                                        )
vs.                                     )   Case No:  18CF00383
                                        )
DAVID EDWARD MARTIN,                    )
                                        )
                    Defendant.          )
                                        )

CERTIFIED COPY

Oroville, Butte County, CA; Thursday, June 14, 2018

Before the Honorable MICHAEL R. DEEMS

Court called to order at approximately 3:40 p.m.

Lisa McDermid Welch, CSR 10928, Official Reporter Pro Tem


PRELIMINARY HEARING

APPEARANCES:

FOR THE PEOPLE:          Michael Ramsey
                         District Attorney
                         25 County Center Drive
                         Oroville, California 95965
                         BY:  D.J. Lee, Esq.
                              Deputy District Attorney


FOR THE DEFENDANT:       Kevin A. Sears, Esq.
                         Attorney at Law
                         330 Wall Street
                         Chico, California 95928



             COURT REPORTER'S TRANSCRIPT OF PROCEEDINGS


LISA MCDERMID WELCH, CS 10928                        Page 1



I-N-D-E-X

PAGE

*WITNESSES:*

**OFFICER ERIC CROWDER**

Direct Examination by Mr. Lee . . . . . 07

Cross-examination by Mr. Sears . . . . . 20

Redirect Examination by Mr. Lee . . . . 26

People rest . . . . . . . . . . . . . . . 28

Defense rests . . . . . . . . . . . . . . 28

Court's ruling . . . . . . . . . . . . . 33

--oOo--

LISA MCDERMID WELCH, CS 10928                    Page 2

OROVILLE, BUTTE COUNTY, CALIFORNIA

JUNE 14, 2018

(In open court)

THE COURT:  David Edward Martin, 18CF00383.
Mr. Martin is present.  He's out of custody with
his attorney Mr. Sears.  Mr. Lee for the People.

And we are convening for the preliminary hearing.
Are both sides ready to proceed?

MR. SEARS:  Yes.

MR. LEE:  We are, Your Honor.

THE COURT:  I'm working off of the charging
document which is the First Amended Felony Complaint.  This
document was filed May 15th, 2018.  The original Complaint
was filed January 17, 2018.  The First Amended Complaint
alleges 23 counts.  Each count indicates the date of the
incident as January 17, 2018.  All counts allege possession
of an assault weapon in violation of Penal Code Section
30605(a).  Each count alleges a specific firearm.

Am I working off the correct charging document,
Mr. Lee?

MR. LEE:  Yes, Your Honor, you are.  The First
Amended.

THE COURT:  And are there any stipulations by and
between the parties as it relates to the preliminary

LISA MCDERMID WELCH, CS 10928                    Page 3

1   hearing?

2         MR. SEARS:  Your Honor, I think for purposes of

3   preliminary hearing only once a foundation has been laid as

4   to whether Mr. Martin was in possession of the 23 charged

5   assault rifles, again for purpose of prelim only, the

6   defense would be willing to stipulate that each and every

7   one of the 23 guns listed in the First Amended Complaint

8   are, in fact, assault rifles as defined in Penal Code

9   30605(a).

10        MR. LEE:  Which, Your Honor, just for specificity

11   sake, I believe those referenced in Penal Code Section 30515

12   specifically lists out those types of characteristics but

13   just giving the Court the other citation.

14        MR. SEARS:  That's correct.  30605 does then

15   reference the definitions of rifles.

16        THE COURT:  So let me make sure I have the

17   stipulation correct.  The defendant will stipulate again

18   subject to foundation that Mr. Martin possessed the

19   firearms.  The defendant stipulates that each firearm listed

20   in each of the 23 counts is an assault weapon pursuant to

21   Penal Code Section 30605(a) as defined in Penal Code Section

22   30515.  Is that correct?

23        MR. SEARS:  Yes.

24        MR. LEE:  Yes, Your Honor, although I would also

25   note that that section cites 30510 which I believe would

LISA MCDERMID WELCH, CS 10928        Page 4

1   also count or apply to Counts 14 and 23, but that would just

2   be additional . . .

3         THE COURT:  Is that something we're going to need

4   to concern ourselves with this afternoon do you believe?

5         MR. LEE:  I believe the current stipulation

6   probably covers that.  And then obviously it would be that

7   the ones listed in the Complaint are correct.  Those are the

8   right model, type, and serial number that were seized.  I'm

9   assuming that would also be included in the stipulation,

10   Your Honor.

11         MR. SEARS:  Yes, of course.

12         THE COURT:  The stipulation will also be to the

13   affect that the identified firearms are the firearms that,

14   again if it's shown the defendant possessed them, these are

15   the specific firearms involved.

16         Is that -- that would be the additional

17   stipulation, Mr. Sears?

18         MR. SEARS:  Yes.

19         THE COURT:  Mr. Lee, do you have more then one

20   witness?

21         MR. LEE:  No, Your Honor.

22         THE CLERK:  Your Honor, before we get started, I

23   have a notation that the First Amended Complaint was filed,

24   a plea was taken to Count 23 but not to Counts 1 through 22.

25         MR. LEE:  I believe that should have been 1 through

LISA MCDERMID WELCH, CS 10928              Page 5

1  23 is my understanding.

2          THE COURT:  Yeah, the plea was as to Counts 1

3  through 23.

4          THE CLERK:  Okay.

5          THE COURT:  Am I correct, Mr. Sears?

6          MR. SEARS:  Yes.

7          THE CLERK:  The clerk's docket says Count 23.

8          THE COURT:  It should have a one in front of it.

9          THE CLERK:  Thank you.

10          THE COURT:  And do either Counsel wish to make an

11  opening statement before we call witnesses?

12          MR. SEARS:  No, Your Honor.

13          MR. LEE:  No, your Honor.

14          THE COURT:  Mr. Lee, you may call your first

15  witness.

16          MR. LEE:  Thank you, Your Honor.  The People call

17  Agent Eric Crowder.

18          THE COURT:  Agent Crowder, if you could please take

19  the witness stand and remain standing while you're sworn by

20  my clerk.

21                  **OFFICER ERIC CROWDER,**

22              a witness called by the People,

23              who, having been first duly

24              sworn by the clerk, testified as

25              hereinafter follows:

LISA MCDERMID WELCH, CS 10928                    Page 6

1       THE CLERK:  Thank you very much.  Have a seat,
2  please.
3       THE WITNESS:  Thank you.
4       THE CLERK:  Please state your name for the record
5  and spell your last name.
6       THE WITNESS:  Eric.  Last name's Crowder,
7  C-r-o-w-d-e-r.
8       THE COURT:  Thank you, Agent Crowder.
9       Mr. Lee, you may proceed.
10       MR. LEE:  Thank you, Your Honor.
11                 **DIRECT EXAMINATION**
12  BY MR. LEE:
13       Q.  Sir, where do you work?
14       A.  I'm a special agent with the Bureau of Alcohol,
15  Tobacco, Firearms, and Explosives.
16       Q.  And what do you do there?
17       A.  I investigate criminal violations of federal law
18  and state law.
19       Q.  Are you a peace officer?  A sworn peace officer?
20       A.  I'm a sworn federal criminal investigator.
21       Q.  And how long have you been a sworn criminal
22  investigator?
23       A.  July of 2002 is when I started.  So next month will
24  be 16 years.
25       Q.  And are you familiar with a man named David Edward

LISA MCDERMID WELCH, CS 10928                    Page 7

1    Martin who lives at 3108 Aloha Lane in Chico, California?

2        A.  I am.

3        Q.  Do you see that man here in court today?

4        A.  I do.

5        Q.  Would you please state for the record where he is

6    sitting and what he's wearing.

7        A.  He's sitting at the defendant wearing a blue plaid

8    shirt and shaved head.

9            MR. LEE:  Your Honor, may the record reflect that

10   the witness has identified the defendant.

11           THE COURT:  The record will so reflect.

12           MR. LEE:  Thank you, Your Honor.

13   BY MR. LEE:

14       Q.  At some point, did you serve a search warrant for

15   the previously mentioned residence of the defendant?

16       A.  I did.

17       Q.  And that was in Butte County?

18       A.  It was.

19       Q.  What was the date of that?

20       A.  It was -- double-check.  Sorry.

21           THE WITNESS:  May I check my notes, Sir?

22           THE COURT:  You may.

23           THE WITNESS:  Thank you, Your Honor.

24           MR. SEARS:  I'm sorry.  Is the witness referring to

25   a report?

LISA MCDERMID WELCH, CS 10928            Page 8

1          THE WITNESS:  I was looking for the date.  I was
2     asking if I could see my report.  I took notes.
3          MR. SEARS:  I'm sorry.  I'm so hard of hearing I
4     didn't hear that.
5          THE WITNESS:  I'll get closer.
6          MR. SEARS:  You needed to refresh your recollection
7     to answer that question?
8          THE WITNESS:  Yes, just for the date.
9          MR. SEARS:  Okay.
10          THE WITNESS:  January 17, 2018.
11     BY MR. LEE:
12        Q.  Can you describe the residence.
13        A.  It was a large parcel of land with a chain-link
14     fence that surrounded it with slats placed in it, multiple
15     signs and lights that worked on like a solar system placed
16     outside of the gate.  There was a trail cam.  There was a
17     lot of cars that were parked on the outside of it that
18     looked broke down and filled with miscellaneous stuff.
19          MR. SEARS:  I'm going to object that this is
20     irrelevant.
21          THE COURT:  Overruled.  You can continue to answer.
22          THE WITNESS:  Yes, Your Honor.
23          Beyond the gate itself was piles and piles of stuff
24     approximately four to five feet in height with almost like
25     trails that would walk through them towards a white camper

LISA MCDERMID WELCH, CS 10928                    Page 9

1   trailer that was in the middle of it give or take.  And

2   there was a red barn that was buried kind of in the back as

3   well again amongst stuff and debris that was probably about

4   four or five feet in height.

5   BY MR. LEE:

6       Q.  And to the best of your ability, did you search

7   this residence?

8       A.  We did.

9       Q.  And what, if anything, did you find?

10      A.  We found within the vehicle -- the aforementioned

11  white trailer we found approximately 180 guns.

12      Q.  And did you look at anything else?

13      A.  We also found within different parts of the area in

14  50-gallon style like water jug drums.  Parts of several guns

15  had been demilled or cut up into pieces.

16      Q.  Were the firearms that were seized identified at

17  any point?

18      A.  They were initially examined on the date that we

19  actually served the warrant.  With the fleeting light and

20  the time of the hour in which we served it, we then took

21  them back and they were examined later by the California

22  Department of Justice Firearms.

23      Q.  And do you know who did that examination?

24      A.  It would be Brad Ehrman.

25      Q.  And --

LISA MCDERMID WELCH, CS 10928                    Page 10

1   MR. SEARS:  I'm sorry.  Again, I saw you looking

2 down.  Were you referring to a report there?

3   THE WITNESS:  I was just flipping through his

4 report getting ready to recite the parts.

5   MR. SEARS:  Okay.  Yeah, just make sure you let us

6 know whenever you're looking at your report prior to

7 answering the question.  I'd appreciate it.

8   THE WITNESS:  I will, yes, Sir.

9   MR. SEARS:  Thank you.

10 BY MR. LEE:

11   Q.  Do you know if Mr. Ehrman has any special training

12 or experience in the area of firearms?

13   THE WITNESS:  Your Honor, may I refer to my report?

14   THE COURT:  You may.

15   THE WITNESS:  Or Mr. Ehrman's report.  He says --

16   MR. SEARS:  Your Honor, I'm sorry.  I'm going to

17 object to this as hearsay.

18   MR. LEE:  Your Honor --

19   THE COURT:  Do you qualify this as 115 testimony?

20   MR. LEE:  Yes, Your Honor.

21   MR. SEARS:  I didn't hear the qualifications.

22   MR. LEE:  When I --

23   MR. SEARS:  I heard he was a sworn criminal

24 investigator.  I don't know what that is.

25   THE COURT:  Go ahead and lay a foundation for the

LISA MCDERMID WELCH, CS 10928     Page 11

1   115 testimony, Mr. Lee.

2   BY MR. LEE:

3       Q.  When you say you're a sworn criminal investigator,

4   what does that mean?

5       A.  It means I'm a special agent with the United States

6   government working for the Department of Justice.

7       Q.  And what kind of powers do you have?

8       A.  Powers of arrest, power of warrant writing,

9   investigation.

10      Q.  Are you a law enforcement officer?

11      A.  I am a law enforcement officer.  I carry a firearm

12  and a badge.

13      Q.  And you previously indicated you've been so for how

14  long?

15      A.  Approximately 16 years next month.

16          THE COURT:  Where did you complete your training?

17  I mean, your -- did you go through POST training?

18          THE WITNESS:  I did not.  I went to the Federal Law

19  Enforcement Training Center in Glynco, Georgia followed up

20  by the ATF Academy, which is the new professional training.

21          THE COURT:  And did you receive training in giving

22  testimony for preliminary examinations?

23          THE WITNESS:  I received training in giving

24  testimony.  I don't recall if it was for preliminary

25  examinations specifically.

LISA MCDERMID WELCH, CS 10928                    Page 12

1   THE COURT:  The objection would be sustained.

2   MR. LEE:  Your Honor, I believe Proposition 115

3 applies to any sworn law enforcement officer with more than

4 five years of experience.  Or alternatively if they have

5 less then that, it would apply to officers who have, for

6 instance, gone through the POST academy and been trained and

7 passed a class as to regard to testifying at preliminary

8 hearings.  This agent has testified that he has been a sworn

9 peace officer for over five years which, I believe,

10 indicates that he falls within the scope of Proposition 115.

11   THE COURT:  Mr. Sears.

12   MR. SEARS:  This isn't one of the types of officers

13 that's listed in Prop 115, and I disagree.  And my

14 understanding of Prop 115 is that it anticipates the

15 training regularly given to California peace officers

16 because they're specifically taught and accustom to

17 testifying at preliminary hearings.  This officer has

18 received no such training and would not qualify under

19 Prop 115.  It doesn't meet the definition.  I agree with the

20 Court's ruling.

21   MR. LEE:  And I believe there is case law that

22 indicates this is permissible although I do not have the

23 citation in front me, Your Honor.

24   MR. SEARS:  Well, Your Honor, I'm sorry.  But this

25 is the People's burden here.  So he does have that other

LISA MCDERMID WELCH, CS 10928   Page 13

```
 1    witness that he could have called here.
 2              THE COURT:  Until Counsel can provide me with the
 3    authority, Mr. Lee, the objection will be sustained.
 4              MR. LEE:  I would ask for -- I mean, if the Court
 5    wants to wait right now, I would ask to come back at a
 6    different date so I can brief or at least provide the Court
 7    with the notation of the applicable case law.  I do not have
 8    it on hand right now.
 9              MR. SEARS:  I'm not willing to waive the
10    one-sitting rule.
11              THE COURT:  Go ahead, Mr. Lee.
12              MR. LEE:  I would ask the Court to allow me to
13    finish and then have ruling pending on that matter so that I
14    can further brief it.  I would ask the Court leeway in that
15    matter or in that regard so we can at least complete it.
16    And then if Proposition 115 does then permit this officer to
17    testify, then the Court can make the ruling at that point.
18              MR. SEARS:  Your Honor, the Court's going to have
19    to do all of this in one sitting.  It's the People's burden
20    to establish probable cause in one sitting.  So there's no
21    chance to break it up and make some ruling later.  The Court
22    has ruled and the People need to put on their evidence.
23              THE COURT:  Can Counsel approach, please.
24                   [Discussion off the record.]
25              THE COURT:  All right.  The Court is going to go to
```

LISA MCDERMID WELCH, CS 10928                    Page 14

1   chambers.  I have got some authority that I have available
2   that I could look at.  I will return in a couple of minutes.
3                   [Recess taken from
4                   3:55 until 3:57 p.m.]
5           THE COURT:  All right.  We are back on the record.
6           The Court has evaluated -- or examined and
7   evaluated authority with respect to Penal Code Section 872
8   which provides that only a law enforcement officer can
9   testify as to hearsay at preliminary hearings.  The law
10  enforcement officer must either have five years of law
11  enforcement experience or have completed training -- a
12  training course certified by the Commission on Peace
13  Officers' Standards and Training.
14          The Court in Sims -- this is Sims, S-i-m-s, versus
15  Superior Court.  It's a 1993 case 18 Cal.App.4th 463 -- held
16  that an investigating agent or officer employed by a state,
17  federal, or local agency whose primary duty is to enforce
18  the laws administered by that agency is a law enforcement
19  officer under Section 872(b) of the Penal Code.  In that
20  case, the testimony of an investigator with the Franchise
21  Tax Board at the preliminary hearing was approved and
22  upheld.  So the Court is now going to overrule the objection
23  and allow 872(b) testimony from the witness.
24          MR. LEE:  Thank you, your Honor.
25          With the Court's permission.

LISA MCDERMID WELCH, CS 10928                    Page 15

1    THE COURT:  Go ahead.

2    MR. LEE:  Thank you, Your Honor.

3  BY MR. LEE:

4    Q.   I believe I had previously asked if Mr. Brad Ehrman

5  has any special training or experience that you're aware of.

6    THE WITNESS:  May I refer to my report, Your Honor?

7    THE COURT:  You may.

8    THE WITNESS:  Thank you.

9    Special agent with the Bureau of Firearms

10  Sacramento Regional Office.  He's been in law enforcement

11  for over 24 years.  He's done firearms investigations in

12  California for approximately seven years.

13    THE COURT:  Could you give me his name again.  I

14  think it's Brad.

15    THE WITNESS:  Brad is the first name.  Last name is

16  E-h-r-m-a-n.

17    THE COURT:  Thank you.

18    THE WITNESS:  He's been called to give expert

19  opinion on status of assault weapons at law enforcement

20  agencies in multiple counties.  He's certified in AR-15 and

21  Glock armorer.  He has daily contact with California

22  Department of Justice, Bureau of Firearms agents, and

23  California State assault weapons experts.  He's received

24  extensive training on California assault weapons from

25  California state firearms experts.

LISA MCDERMID WELCH, CS 10928          Page 16

76

BY MR. LEE:

    Q.   And after Mr. Ehrman's examination of the firearms, how many, if any, of the firearms were determined to be illegal?

    A.   Twenty-three.

    MR. LEE:  Your Honor, I believe at this point our stipulation would apply.  And I would seek to move on to different matters if the defense counsel believes that the initial burden has been met.

    MR. SEARS:  Well, I'm agreeing that the 23 guns listed in the Complaint meet the definition of an assault rifle per the code section in the Penal Code.  So I'm not stipulating that they're illegal guns.

    MR. LEE:  Right.  Okay.  Thank you, Mr. Sears.

BY MR. LEE:

    Q.   At some point, were these firearms tested to determine if they functioned as they were designed to?

    A.   They were.

    Q.   And did they function?

    A.   All 23 functioned as designed.

    Q.   And at some point were any records -- records checks done on these firearms to determine if they were legally registered to the defendant?

    A.   There was.

    MR. SEARS:  I'm sorry.  I didn't quite hear his

LISA MCDERMID WELCH, CS 10928                    Page 17

question.  You asked him?

    MR. LEE:  If they were ever checked to see if they were registered to the defendant.  And then I was going to follow up with how.

BY MR. LEE:

    Q.  And are you aware of how they were checked for registration?

    A.  Initially on location they were checked through, I believe, the DOJ.  They made a phone call.  And then secondary DOJ wrote their -- the Department of Justice to be specific.  When they wrote their actual report, they said they checked.  The usual system which they check is called AFS; automated firearm system.

    MR. SEARS:  Your Honor, I'm sorry to interrupt. I'm going to object at this point.  It appears that what's happening is that this investigator is simply just reading off a report.  There's no indication that he's called or discussed or had any conversation.  And Prop 115 does not allow him to simply get up and read another officer's report into the record.  I'm going to object to that and move to strike that.

    MR. LEE:  Well, Your Honor, I was going to next ask if he's aware of who did it and what the results were which I believe -- because he indicated it was generally done.

    THE COURT:  The objection will be overruled without

LISA MCDERMID WELCH, CS 10928        Page 18

1  prejudice.

2  BY MR. LEE:

3      Q.  And are you aware of who specifically did that

4  check?

5      A.  Brad Ehrman did and his partner -- I can't remember

6  his name right now -- when they were on location.  He

7  actually did it and then Brad Ehrman did it later when he

8  wrote this report.

9      Q.  And are you familiar with AFS?

10      A.  I'm somewhat familiar with AFS, yes.

11      Q.  And can you describe what that is.

12      A.  So in the early '80s AFS was born essentially in

13  which it checks firearms that were purchased through DROS,

14  which is a dealer record of sales which all federal firearms

15  licensings or FFLs have.  Then once a DROS is produced, the

16  system then registers a handgun at that time within the

17  system.  After that it was -- it's been around since roughly

18  the '80s.

19      Q.  And you received training on this database?

20      A.  I have.

21      Q.  And to the best of your knowledge, if I'm

22  understanding this correctly, if a firearm is legally

23  registered, will it show up in that AFS system?

24      A.   It will show who it's registered to if it was

25  legally registered, yes.

LISA MCDERMID WELCH, CS 10928                 Page 19

Q.   How many times have you used it before or have you used it before?

A.   I have used it before.

Q.   And how many times?

A.   I don't recall.  I've either used it or called dispatch or had someone else query it for me more than 20 easily.

Q.   And are you aware if any of these firearms were determined to be legally registered to the defendant?

A.   At the time when we ran them on location, they were not registered and as well as -- or Brad Ehrman ran it and he found them not to be registered as well.

MR. SEARS:  Again, I'm objecting to that absent any indication that he had discussion with Investigator Ehrman when and how the report was ran, the -- the certain terms that were used, et cetera.

THE COURT:  Overruled.

MR. LEE:  No further questions at this time, Your Honor.

THE COURT:  Cross-examination, Mr. Sears.

MR. SEARS:  Thank you.

**CROSS-EXAMINATION**

BY MR. SEARS:

Q.   You were investigating Mr. Martin for something essentially quite different when you started your

LISA MCDERMID WELCH, CS 10928                    Page 20

investigation; is that correct?

    A.  Yes.

    Q.  All right.  You're not typically employed investigating California assault weapons violations?

    A.  Actually, it goes hand in hand with what my job as a federal firearms investigator is.  We tend to partner up with California firearms violations as well.

    Q.  You conducted your investigation essentially in the summer of 2016?

    MR. LEE:  Objection.  Relevance.

    THE COURT:  Overruled.

    THE WITNESS:  I believe that's when it began, yes.

BY MR. SEARS:

    Q.  Okay.  And you served a search warrant then in January of 2018?

    A.  Yes.

    Q.  Was it your understanding -- I'm assuming you understood that these -- well, let me back up.

    You're aware that these were considered, quote, "Category 3" assault weapons at that point in California?

    A.  I am.

    Q.  Okay.  And that was Agent Ehrman that told you that?

    A.  Yes.

    Q.  Okay.  And you became aware that those initially

LISA MCDERMID WELCH, CS 10928        Page 21

1 were set to be found illegal January 1st of 2018; is that

2 correct?

3  A. No, that's not correct.

4  Q. Okay.  And by the way, you mentioned the AFS

5 system.  So my understanding is that that registers only

6 handguns until 2014?

7  A. That is my recollection, yes.

8  Q. Okay.

9  A. And assault weapons after the ban.

10  Q. And you did find when you initially checked AFS --

11 you checked AFS yourself, didn't you, during this

12 investigation?

13  A. I was standing right there.  And his records --

14 Mr. Martin's records were over 12 in excess which then

15 caused the main query to actual go straight to the DOJ.  So

16 I had to request a further query to show all the firearms

17 that were registered to him.

18  Q. Did you do a search on AFS prior to serving the

19 search warrant?

20  A. Yes, that was prior.

21  Q. Okay.  And did you find some guns that were

22 registered to Mr. Marin?

23  A. That's correct.

24  Q. Although not -- certainly not all of the guns that

25 he possessed were listed in the system, were they?

LISA MCDERMID WELCH, CS 10928     Page 22

A.    They were not to my recollection.

Q.    Okay.  And are you familiar with -- I'm sure that you knew that prior to the changes in Penal Code 30900 that essentially California was operating under, quote, "categories" of assault weapons?

A.    I don't know if that is the right verbiage for it. I know they changed how they refer to them.

Q.    Initially there was a category one and category two?

A.    Yes, out of the Roos Act.

Q.    Okay.  And essentially the differentiation between the two were swept up into one assault weapons ban initially set to take affect on January 1st of this year; correct?  In other words, category one and category two all got swept up as part of category three, quote, "bullet button weapons"?

MR. LEE:  Objection.  Vague.

MR. SEARS:  If he knows.

THE COURT:  Overruled.

BY MR. SEARS:

Q.    Is that accurate?

A.    I'm sorry.  Can you repeat the question.

Q.    Sure.  The -- originally California had a differentiation between category one and category two weapons; is that correct?

A.    Initially.

LISA MCDERMID WELCH, CS 10928                    Page 23

83

Q. And then there was an issue about whether assault weapons could be legal if they had a, quote, "bullet button." Do you know what that is?

A. I know what a bullet button is.

Q. That is where you have to push something up there to release the magazine so it doesn't just freely detach?

A. A tool is required.

Q. Right. Okay. All right. And category one and category two, the previous categories, all got swept up into this new category three, quote, "bullet button with a detachable magazine using a tool" are now covered under -- in the new statute. Is that accurate?

A. My understanding is that bullet buttons are included in that as well as the previous assault weapons that were listed.

Q. Sure. And what is happened is, quote, "bullet button weapons" were initially legal and then the statute passed making ones with certain features illegal like a thumbhole stock, flash suppressor, collapsable stock, a pistol grip; correct?

A. Yes.

Q. All right. So those that had been previously legal under the category one or category two now were going to be illegal once that law took effect. Is that accurate?

A. I'm confused. I'm sorry. Can you say that again.

LISA MCDERMID WELCH, CS 10928                    Page 24

84

1    Q.   Sure, yeah.  I'm glad you said that because I think
2  the rest of us are, too.
3         But so some of these assault weapons that have a
4  bullet button were previously legal even if they had things
5  like a pistol grip or a flash suppressor or a thumbhole
6  stock or a collapsable stock.  Is that accurate?
7    A.   They had a bullet button but it didn't meet the
8  initial classification of --
9         COURT REPORTER:  I'm sorry.  I'm going to have to
10  ask you to slow down.  Yeah, if you could start -- thank
11  you.
12         THE WITNESS:  Initially, they had characteristics
13  that were legal if they had a bullet button attached to it
14  because it didn't meet the first part of the law that says
15  "A semiautomatic firearm with a detachable magazine."  It
16  required a tool to remove the magazine ergo the bullet
17  button.
18  BY MR. SEARS:
19    Q.   All right.  So there's really no such thing as
20  category one or category two anymore then; right?
21    A.   I'm sorry?
22    Q.   It's all -- they're all under one group;
23  category three?
24    A.   That's my understanding, but I don't know all the
25  leads on those particular laws now.

LISA MCDERMID WELCH, CS 10928                    Page 25

85

1    Q.  You didn't talk to Brad Ehrman about that?

2    A.  I talked to him on location.  I talked to him when

3  he produced his report.

4    Q.  Okay.  He didn't talk about category one versus

5  category two?  He just told you that these are all category

6  three?

7    A.  That's what he said, yes.

8       MR. SEARS:  All right.  Well, I don't have anything

9  further.

10       THE COURT:  Redirect, Mr. Lee?

11       MR. LEE:  Yes, Your Honor.

12              REDIRECT EXAMINATION

13  BY MR. LEE:

14    Q.  So Mr. -- the defense attorney asked -- Mr. Sears

15  asked you about a July 1st, 2018, effective date on some

16  law.  Are you aware of any laws that he might be

17  referencing?

18    A.  My understanding is he's talking about the bullet

19  button registration for what became the 80 percent -- the

20  80 percent blanks that were made out of firearms.

21    Q.  And can you just explain that to your understanding

22  as an agent what that is referring to.

23       MR. SEARS:  I'm sorry.  Did you say 80 percent?

24       THE WITNESS:  Yes.  What that is is at some point a

25  chunk of metal is considered a chunk of metal and then it

LISA MCDERMID WELCH, CS 10928                    Page 26

1   becomes a firearm after a certain amount of milling.  The

2   ATF has decided that that is at 80 percent.

3   Eighty-one percent it's considered a firearm.  At 79 percent

4   it's still a chunk of metal.

5        So they were starting to produce firearms through

6   that mechanism of taking blanks or 80 percent, milling them,

7   and making a firearm without any type of registration and/or

8   serial numbers, manufacturing marks.  But they added bullet

9   buttons because they may have characteristics,

10  characteristics that are limited under the assault weapons

11  ban.  And the bullet button then allowed it to have

12  offending characteristics because it's no longer a

13  detachable magazine on a semiautomatic firearm.

14  BY MR. LEE:

15       Q.  And so even if a firearm has what you're referring

16  to as a bullet button, is that considered a firearm with a

17  detachable magazine?

18       A.  If it has a bullet button, it's not considered a

19  firearm with a detachable magazine because it requires a

20  tool to remove the magazine.

21       Q.  And would -- therefore with the bullet button would

22  not be considered an illegal assault rifle?

23       A.  At that time, no.

24       Q.  At that time.

25           MR. LEE:  No further questions, Your Honor.

LISA MCDERMID WELCH, CS 10928                    Page 27

```
 1              THE COURT:  Recross, Mr. Sears?

 2              MR. SEARS:  I don't have any further questions.

 3              THE COURT:  Agent Crowder, you may step down.

 4              THE WITNESS:  Thank you.

 5              THE COURT:  And do you have any additional

 6    witnesses, Mr. Lee?

 7              MR. LEE:  No, Your Honor.

 8              THE COURT:  Any evidence or witnesses?

 9              MR. LEE:  Just argument.

10              THE COURT:  Any witnesses or evidence, Mr. Sears?

11              MR. SEARS:  Nothing affirmative on behalf of the

12    defense, Your Honor.

13              THE COURT:  Both sides rest?

14              MR. SEARS:  Yes.

15              MR. LEE:  Yes, Your Honor.

16              THE COURT:  The Court will hear argument, Mr. Lee.

17              MR. LEE:  Thank you, Your Honor.

18              These firearms were not legally possessed nor were

19    they legal at the time that they were seized.  And they are

20    still illegal now, Your Honor.  These firearms are all

21    semiautomatic center fire rifles with detachable magazines.

22              As the agent indicated, a bullet button would not

23    mean that if the firearms had a bullet button, it would not

24    have a detachable magazine.  These firearms, as we

25    stipulated, had detachable magazines pursuant to Penal Code
```

LISA MCDERMID WELCH, CS 10928              Page 28

88

1   Section 30515 which makes it an illegal weapon, Your Honor.

2        This stuff about categories, none of that is

3   relevant because Penal Code Section 30680, which has the

4   additional possibility of registering by July 1st, 2018,

5   only applies to individuals that pursuant to subsection (b)

6   of that statute say that person lawfully possessed that

7   assault weapon prior to January 1st, 2017.  In order for a

8   person to lawfully possess an assault weapon prior to

9   January 1st, 2017, it needs to either have a bullet button

10  or it needs to be lawfully registered to them.

11       We have evidence that this was not lawfully

12  register to the defendant, which I would, for the record,

13  just note that is an affirmative defense that hasn't been

14  asserted.  But in case the Court was serious about that, we

15  don't believe that the defendant possessed any of these

16  legally through registration.

17       Other than that, we have to prove that the

18  defendant possessed these firearms, which he did.  They were

19  at his home.  They were inside of his trailer.  That he knew

20  that he possessed them, which I would submit to the Court

21  that he did based on the totality of the fact that he had

22  this many firearms.  They were on his property.  He's aware

23  of them, and he knew or reasonably should have known it has

24  characteristics -- it had characteristics that made it an

25  assault weapon.

LISA MCDERMID WELCH, CS 10928                    Page 29

89

1          This is a man who was a former -- well -- but this
2     is a man who has a large number of firearms.  I would submit
3     that he has knowledge of the firearms that he's possessing.
4     He has knowledge of the laws, and it is his duty to be
5     knowledgeable on the laws.  And it is relatively clear that
6     it is a semi auto central firearm rifle with a detachable
7     magazine that does, for instance, actually have a pistol
8     grip, end of sentence.  And I would submit to the Court that
9     this defendant reasonably knew or did, in fact, know that
10    these were illegally possessed.
11          THE COURT:  Mr. Sears.
12          MR. SEARS:  Your Honor, I'm thoroughly confused
13    again.  I'm hearing Mr. Lee saying that these -- he's now
14    saying that these weapons had detachable magazines.  The
15    testimony from his witness was that if they had a, quote,
16    "bullet button," which these all did, per our stipulation
17    they are covered under the statue because those are all
18    bullet button guns.  There is no testimony that they didn't
19    have them.  My understanding was that they said that they
20    did all have them.  And now we're saying that these are
21    detachable.  His witness said they weren't detachable.
22          Further, I did not hear any evidence addressing
23    30900, and I don't agree that this is some affirmative
24    defense.  Or 308 -- 30680, which specifically says that
25    30605 doesn't apply to somebody unless they unlawfully

LISA MCDERMID WELCH, CS 10928                    Page 30

90

1   possessed a weapon prior to -- unfortunately 680 says
2   January 1st, 2017, and then 30900 December 31 2016.  These
3   statutes don't even agree with each other.  But the point
4   being there is no evidence that 30605(a) applies in this
5   situation.
6           The law is clear that somebody with those guns has
7   until July 1st of this year to register them.  There is no
8   proof that they weren't previously unlawfully possessed
9   prior to whichever date we want to use to establish that.
10          So he has not made his burden, and I would urge the
11  Court to not issue a holding order.
12          THE COURT:  Mr. Lee.
13          MR. LEE:  Thank you, Your Honor.
14          I would refer to the CAL CRIM 2560, and it
15  specifically states that the existence of a statutory
16  exception is an affirmative defense citing People v.
17  Jimenez.  Again, there hasn't been an affirmative defense
18  asserted, Your Honor, although we did hear some testimony
19  about it.
20          Additionally, we agreed per stipulation that these
21  meet the qualifications as per 30515.  There was testimony
22  that these firearms were reviewed and that the expert
23  determined that they were illegal per his expertise.
24  Although there is obviously a debate about that, I believe
25  that we have affirmatively shown sufficient evidence that

LISA MCDERMID WELCH, CS 10928                    Page 31

1    these were illegal at the time they were possessed.

2         MR. SEARS:  I think all that the agent or the

3    expert can testify to is that they meet the definition.

4    It's not up to him to testify if they're legal or illegal.

5         I will submit it.

6         MR. LEE:  The Court -- my understanding was that

7    the stipulation covered this.  If the Court did not believe

8    the stipulation covered some possible exemption that again

9    has to be affirmatively exerted, we can go through all 23

10   firearms and their specific characteristics, Your Honor.

11   And we are more than willing to do that.  But my

12   understanding was the stipulation covered that which is the

13   only reason we did not go into that, Your Honor.

14        MR. SEARS:  Do I need to respond to that?

15        THE COURT:  You do not.

16        MR. SEARS:  Okay.  Thank you.

17        THE COURT:  Submitted?

18        MR. SEARS:  Yes.

19        MR. LEE:  I apologize, Your Honor.  I would also

20   briefly refer to Penal Code Section 30510 as it refers to

21   Counts 14 and 23.  So there is a list of firearms that are

22   just outright illegal to possess, period.  And specific to

23   Counts 14 and 23 those two are specifically listed in that

24   section, Your Honor.

25        I will submit.

LISA MCDERMID WELCH, CS 10928                    Page 32

92

1         MR. SEARS:  There's been no testimony of that.

2  Submitted.

3         MR. LEE:  We agreed that the Complaint accurately

4  listed all the different types of firearms.  The statute

5  lists two of those firearms, Your Honor.

6         THE COURT:  Submitted?

7         MR. LEE:  Yes, Your Honor.

8         THE COURT:  Submitted?

9         MR. SEARS:  Yes.

10        THE COURT:  Before I make the formal ruling, the

11  Court's -- just so you know the context of where I am going,

12  the Court is going to issue a holding order as to Counts 1

13  through 23.  I want to give the basis of that holding order

14  so that the -- the judge subsequently hearing a Penal Code

15  Section 995 motion knows where my ruling came from.  And

16  then we can address the ruling according.

17        The Court's understanding of the bullet button

18  issue was that was essentially a non-issue based on the

19  testimony and based on what I understood to be the

20  stipulation in this case.

21        The Court is finding -- and the Court is reviewing

22  the CAL CRIM jury instructions 2560.  And particularly this

23  is the basis of the ruling is that the 23 listed firearms

24  were not lawfully possessed because the testimony was that

25  they had not been registered within the AFS system.  And the

LISA MCDERMID WELCH, CS 10928         Page 33

1    jury instruction states that the defendant does not

2    unlawfully possess the firearms if those weapons were

3    registered or he had a valid permit to possess those

4    weapons.

5          The jury instruction also states that the People

6    have the burden of proving beyond a reasonable doubt -- and

7    this is, of course, for jury trial -- that the defendant did

8    not register the weapon or have a valid permit to possess

9    the weapon.  The Court finds that for purposes of a

10   preliminary hearing the People have proven that the weapons

11   were not registered.  And the Court is also referring to

12   Penal Code Section 30900(d).

13         The Court has also reviewed Penal Code Section

14   30515 for its authority for the ruling.  In this case, the

15   First Amended Complaint was filed on May 15th, 2018.  The

16   defendant is charged in Counts 1 through Count 23 with

17   violations of Penal Code Section 30605(a), a felony.

18   Pursuant to stipulation the Court is addressing these

19   charges as a group rather than going through each one

20   because of the stipulation specifically agreed that the

21   listed firearms were assault weapons as defined.

22        Therefore, it appears to me from the evidence

23   presented that these offenses -- these offenses have been

24   committed and that there are sufficient cause to believe

25   that the defendant is guilty thereof.  Therefore, I order

LISA MCDERMID WELCH, CS 10928        Page 34

1   that he be held to answer.

2         And when did we want to set the arraignment?

3         MR. SEARS:  Your Honor, there will be a time waiver

4   for that.  I would obviously like an opportunity to get the

5   reporter's transcript -- and I know she's swamped -- prior

6   to coming back to enter a plea.  So with a time waiver

7   perhaps July 26th.

8         THE COURT:  That works.

9         MR. LEE:  Acceptable, Your Honor.

10        THE COURT:  All right.  With a time waiver we will

11   continue this matter to July 26th, 2018.  That will be at

12   8:30 for arraignment on the Information.  Custodial status

13   will remain.

14        Anything else, Counsel?

15        MR. SEARS:  No.  Thank you.

16        MR. LEE:  No, Your Honor.  Thank you.

17        THE COURT:  Thank you.

18        Mr. Lee, is there a stipulation that the Complaint

19   may be deemed the Information?

20        MR. LEE:  Yes, Your Honor.

21        MR. SEARS:  Yes.

22        THE COURT:  All right.  The Complaint will be

23   deemed the Information.  Thank you.

24          [Matter adjourned.]

25            --oOo--

LISA MCDERMID WELCH, CS 10928         Page 35

COURT REPORTER'S CERTIFICATE

STATE OF CALIFORNIA    )
                       )   ss.
COUNTY OF BUTTE        )

This is to certify that I, **LISA MCDERMID WELCH**, a Certified Shorthand Reporter of the State of California and Official Pro Tem Stenographic Reporter for the County of Butte, was present at the time and place the foregoing proceedings were had and taken in the within matter; and that as such shorthand reporter I did take down stenographically the aforementioned proceedings; and afterwards caused my said shorthand writing to be transcribed into typewriting.

Further, pursuant to CCP 237(a)(2) all references to jurors by name have been redacted, if applicable.

The foregoing pages beginning at 1 through 35 are certified to be a complete transcription of said stenographic shorthand notes.

DATED:  June 24, 2018.

LISA MCDERMID WELCH, CSR
LICENSE NUMBER 10928

LISA MCDERMID WELCH, CS 10928                    Page 36

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT E**
**EHRMAN/CAREAGA FALSE REPORT**

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF FIREARMS

**Investigation Report**

| INVESTIGATION TITLE: MARTIN, DAVID | INVESTIGATION NUMBER: BOF-SA2018-00076 |
|---|---|
| INVESTIGATION REQUESTED BY: HAROLDSEN, MICHAEL | TYPE OF REPORT: OPENING/CLOSING REPORT |
| CASE ASSIGNED TO: EHRMAN, BRAD | PERSON REPORTING: EHRMAN, BRAD | REPORT NO: 1 |
| TYPE OF CRIME/INCIDENT: PENAL CODE 29800(a) | CASE ASSIGNED SUPERVISOR: CAREAGA, LEE | DATE OF REPORT: February 2, 2018 |
| CROSS REFERENCE NO(s): | | |

DETAILS OF THE INVESTIGATION:

I Brad Ehrman, Special Agent with the California Department of Justice, DOJ, Bureau of Firearms (BOF), Sacramento Regional Office (SRO). I have been working in law enforcement for over 24 years. I have been working firearms investigations in California for approximately 7 years. I have been called to give my expert opinion on the status of assault weapons at law enforcement agency in multiple counties. I am a certified AR15 rifle and Glock armorer. I am in daily contact with CA DOJ BOF agents and CA State assault weapons expert. I have received extensive training on CA assault weapons from CA State firearms experts.

On 1/17/2018, Special Agent Supervisor (SAS) Lee Careaga and I assisted United States Department of Justice, Bureau of Alcohol, Tobacco, firearms and Explosives (ATF) Agents at a search warrant for the residence of David MARTIN, located at 3108 Aloha Lane, Chico, CA. Our function at the search warrant was to give our expert opinion on any CA firearms law violations and CA assault weapons.

SAS Careaga and I examined all of the firearms that were seized and found 23 of the long guns to be assault weapons pursuant to Penal Code (PC) 30515(a).

On 1/26/18, SA Rosa Rueda and I went to the Sacramento ATF office and met with ATF SA Erik Crowder. ATF SA Crowder had the 23 suspected assault weapons that I had identified at the search warrant in his office. The purpose of this examination was to confirm these 23 suspected assault weapons met the requirements spelled out in PC 30515.

Pursuant to Penal Code Section 30515(a), notwithstanding Section 30510, "assault weapon" also means any of the following:

PC 30515.

(a) Notwithstanding Section 30510, "assault weapon" also means any of the following:

27

28

98

000156

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF FIREARMS

## Investigation Report

(1) A semiautomatic, centerfire rifle that does not have a fixed magazine but has any one of the following:

(A) A pistol grip that protrudes conspicuously beneath the action of the weapon.

(B) A thumbhole stock.

(C) A folding or telescoping stock.

(D) A grenade launcher or flare launcher.

(E) A flash suppressor.

(F) A forward pistol grip.

(2) A semiautomatic, centerfire rifle that has a fixed magazine with the capacity to accept more than 10 rounds.

(3) A semiautomatic, centerfire rifle that has an overall length of less than 30 inches.

(4) A semiautomatic pistol that does not have a fixed magazine but has any one of the following:

(A) A threaded barrel, capable of accepting a flash suppressor, forward handgrip, or silencer.

(B) A second handgrip.

(C) A shroud that is attached to, or partially or completely encircles, the barrel that allows the bearer to fire the weapon without burning the bearer's hand, except a slide that encloses the barrel.

(D) The capacity to accept a detachable magazine at some location outside of the pistol grip.

(5) A semiautomatic pistol with a fixed magazine that has the capacity to accept more than 10 rounds.

The following definitions apply to terms used in the identification of assault weapons pursuant to Penal Code Section 30515 Penal Code Section 5471:

**"Rifle"** means a weapon designed or redesigned, made or remade, and intended to be fired from the shoulder and designed or redesigned and made or remade to use the energy of the explosive in a fixed cartridge to fire only a single projectile through a rifled bore for each single pull of the trigger.

**"Centerfire"** means a cartridge with its primer located in the center of the base of the case.

**"Semiautomatic"** means a firearm functionally able to fire a single cartridge, eject the empty case, and reload the chamber each time the trigger is pulled and released. Further, certain necessary mechanical parts that will allow a firearm to function in a semiautomatic nature must

INVESTIGATION NO: BOF-SA2018-00076          Page No: 2 of 7

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF FIREARMS
**Investigation Report**

be present for a weapon to be deemed semiautomatic. A weapon clearly designed to be semiautomatic but lacking a firing pin, bolt carrier, gas tube, or some other crucial part of the firearm is not semiautomatic for purposes of Penal Code sections 30515, 30600, 30605(a), and 30900.

"Detachable magazine" means any ammunition feeding device that can be removed readily from the firearm without disassembly of the firearm action or use of a tool. A bullet or ammunition cartridge is considered a tool. An ammunition feeding device includes any belted or linked ammunition, but does not include clips, en bloc clips, or stripper clips that load cartridges into the magazine.

"Pistol grip" that protrudes conspicuously beneath the action of the weapon" means a grip that allows for a pistol style grasp in which the web of the trigger hand (between the thumb and index finger) can be placed beneath or below the top of the exposed portion of the trigger while firing. This definition includes pistol grips on bullpup firearm designs.

"Fixed magazine" means an ammunition feeding device contained in, or permanently attached to, a firearm in such a manner that the device cannot be removed without disassembly of the firearm action.

"Forward Pistol Grip" – a grip that allows for a pistol style grasp forward of the trigger.

"Stock, telescoping" means a stock which is shortened or lengthened by allowing one section to telescope into another portion. On AR-15 style firearms, the buffer tube or receiver extension acts as the fixed part of the stock on which the telescoping butt stock slides or telescopes.

"Thumbhole stock" means a stock with a hole that allows the thumb of the trigger hand to penetrate into or through the stock while firing.

I conducted an examination on the below listed firearms and have determined the following firearms are illegal under California State Law for one or more reasons. Base on my training and experience all the firearms listed below fire centerfire ammunition.

ATF Item# 5: Springfield, Model M1A, 7.62mm (centerfire) assault rifle, serial #035782. This rifle is semi-automatic, shoots a centerfire cartridge, has a detachable magazine, pistol grip and a folding stock. This firearm is a category 3 assault rifle under PC 30515 and possession of this rifle is a felony under PC 30605(a).

ATF Item# 64: PWA (Pack West Arms), Model Commando, .223/5.56mm (centerfire) assault rifle, serial #8239A. This rifle is semi-automatic, shoots a centerfire cartridge, has a detachable magazine and a pistol grip, and telescoping stock. This firearm is a category 3 assault rifle under PC 30515 and possession of this firearm is a felony under PC 30605(a).

INVESTIGATION NO:  BOF-SA2018-00075                                      Page No: 3 of 7

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF FIREARMS

## Investigation Report

ATF Item# 65: Norinco, Model MAK90 Sporter, 7.62x39 (centerfire) assault rifle, serial #9418539. This rifle is semi-automatic, shoots a centerfire cartridge, has a detachable magazine and a pistol grip. This firearms is a category 3 assault rifle under PC 30515 and possession of this firearm a felony under PC 30605(a).

ATF Item# 66: PWA (Pack West Arms), Model Commando, .223/5.56mm (centerfire) assault rifle, serial #8232A. This rifle is semi-automatic, shoots a centerfire cartridge, has a detachable magazine and a pistol grip, and telescoping stock. This firearm is a category 3 assault rifle under PC 30515 and possession of this firearm is a felony under PC 30605(a). This report closes the investigation.

ATF Item# 68: Ratmil (Made in Romania), Model C.U.R. 2, 5.45x39 caliber (centerfire) assault rifle, Serial 30111197. This rifle is semi-automatic, shoots a centerfire cartridge, has a detachable magazine, a thumbhole stock and forward pistol grip. This firearms is a category 3 assault rifle under PC 30515 and possession of this firearm is a felony under PC 30605(a).

ATF Item# 69: Ratmil/Cugir (made in Romania), Model Romak 1, AK47 style rifle, 7.62x39 caliber (centerfire) assault rifle, serial #11264997. This rifle is semi automatic, shoots a centerfire cartridge, has a detachable magazine, thumbhole stock. This firearm is a category 3 assault rifle under PC 30515 and possession of this firearm is a felony under PC 30605(a).

ATF Item# 70: Vyatskie Polyany (Russian), Model VEPR, 308 caliber (centerfire) assault rifle, serial #1997CO6960. This rifle is semi automatic, shoots a centerfire cartridge, has a detachable magazine and a thumbhole stock. This firearms is a category 3 assault rifle under PC 30515 and possession of this firearm is a felony under PC 30605(a).

ATF Item# 120: Hesse US, Model R1A1 Sporter, 308 caliber (centerfire) assault rifle, serial # 004830. This rifle is semi automatic, shoots a centerfire cartridge, has a detachable magazine and a pistol grip. This firearm is a category 3 assault rifle under PC 30515 and possession of this firearms is a felony under PC 30605(a).

ATF Item# 121: Auto Ordnance, Model OF1927A5, 45 caliber (centerfire) assault rifle, serial # 2978P. This rifle is semi automatic, shoots a centerfire cartridge, has a detachable magazine, pistol grip and a forward pistol grip. This firearm is a category 3 assault rifle under PC 30515 and possession of this firearms is a felony under PC 30605(a).

ATF Item# 122: Maadi, Model MISR, 7.62x39mm (centerfire) assault rifle, serial #CM13730. This rifle is semi automatic, shoots a centerfire cartridge, has a detachable magazine and a pistol grip. This firearm is a category 3 assault rifle under PC 30515 and possession of this firearm is a felony under PC 30605.

ATF Item# 123: Hesse US, Model R1A1 Sporter, 308 caliber (centerfire) assault rifle, serial # 004992. This rifle is semi automatic, shoots a centerfire cartridge, has a detachable magazine and a

INVESTIGATION NO: BOF-SA2018-00076                                                  Page No: 4 of 7

000159

Case 3:19-cv-01537-BEN-JLB   Document 132   Filed 08/30/22   PageID.10905   Page 102 of 157

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF FIREARMS

**Investigation Report**

pistol grip. This firearm is a category 3 assault rifle under PC 30515 and possession of this firearms is a felony under PC 30605(a).

ATF Item# 124: Hesse US, Model R1A1 Sporter, 308 caliber (centerfire) assault rifle, serial # 004915. This rifle is semi automatic, shoots a centerfire cartridge, has a detachable magazine and a pistol grip. This firearm is a category 3 assault rifle under PC 30515 and possession of this firearms is a felony under PC 30605(a).

ATF Item# 144: Hesse US, Model R1A1 Sporter, 308 caliber (centerfire) assault rifle, serial # 004647. This rifle is semi automatic, shoots a centerfire cartridge, has a detachable magazine and a pistol grip. This firearm is a category 3 assault rifle under PC 30515 and possession of this firearms is a felony under PC 30605(a).

ATF Item# 145: Colt, model AR15A2, .223 caliber (centerfire) assault rifle, serial #220302. This rifle is semi automatic, shoots a centerfire cartridge, has a detachable magazine, and pistol grip. This firearm is a category 3 assault rifle under PC 30515 and possession of this firearm is a felony under PC 30605(a).

ATF Item# 146: PWA (Pack West Arms), Model Commando, .223/5.56mm (centerfire) assault rifle, serial #8791. This rifle is semi-automatic, shoots a centerfire cartridge, has a detachable magazine, a pistol grip, and telescoping stock. This firearm is a category 3 assault rifle under PC 30515 and possession of this firearm is a felony under PC 30605(a).This report closes the investigation.

ATF Item# 148: Colt, model SP1, .223 caliber (centerfire) assault rifle, and serial #SP148353. This rifle is semi automatic, shoots a centerfire cartridge, has a detachable magazine, and a pistol grip. This firearm is a category 3 assault rifle under PC 30515 and possession of this firearm is a felony under PC 30605(a).

ATF Item# 149: PWA (Pack West Arms), Model Commando, .223/5.56mm (centerfire) assault rifle, and serial #8327. This rifle is semi-automatic, shoots a centerfire cartridge, has a detachable magazine, a pistol grip and a forward pistol grip. This firearm is a category 3 assault rifle under PC 30515 and possession of this firearm is a felony under PC 30605(a).This report closes the investigation.

ATF Item# 150: Maadi, Model MISR, 7.62x39mm (centerfire) assault rifle, serial #CMI3963. This rifle is semi automatic, shoots a centerfire cartridge, has a detachable magazine and a pistol grip. This firearm is a category 3 assault rifle under PC 30515 and possession of this firearm is a felony under PC 30605.

ATF Item# 151: Vyatskie Polyany (Russian), Model VEPR, 308 caliber (centerfire) assault rifle, serial #1997CO7381. This rifle is semi automatic, shoots a centerfire cartridge, has a detachable magazine and a thumbhole stock. This firearm is a category 3 assault rifle under PC 30515 and possession of this firearm is a felony under PC 30605(a).

INVESTIGATION NO:  BOF-SA2018-00076                                          Page No: 5 of 7

102

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF FIREARMS

## Investigation Report

ATF Item# 152: Maadi, Model MISR, 7.62x39mm (centerfire) assault rifle, serial #CM13732. This rifle is semi automatic, shoots a centerfire cartridge, has a detachable magazine and a pistol grip. This firearm is a category 3 assault rifle under PC 30515 and possession of this firearm is a felony under PC 30605.

ATF Item# 153: Maadi, Model MISR, 7.62x39mm (centerfire) assault rifle, serial #CM13414. This rifle is semi automatic, shoots a centerfire cartridge, has a detachable magazine and a pistol grip. This firearm is a category 3 assault rifle under PC 30515 and possession of this firearm is a felony under PC 30605.

ATF Item# 154: Maadi, Model MISR, 7.62x39mm (centerfire) assault rifle, serial #CM13729. This rifle is semi automatic, shoots a centerfire cartridge, has a detachable magazine and a pistol grip. This firearm is a category 3 assault rifle under PC 30515 and possession of this firearm is a felony under PC 30605.

ATF Item# 155: Daewoo, Model K1A1, 5.56mm (centerfire) assault rifle, serial #011119. This rifle is semi automatic, shoots a centerfire cartridge, has a detachable magazine, a pistol grip and a telescoping stock. This firearm is a category 3 assault rifle under PC 30515 and possession of this firearm is a felony under PC 30605.

SA Rueda took digital photos of the evidence items at the Sacramento Regional ATF Office. These digital photos are now contained on a CD and are considered Evidence Item 001-001.

I have conducted a record check of the assault weapons in the CA DOJ Automated Firearms System (AFS) and found there to be no records of file. Had MARTIN registered the rifle's as assault weapon's during the last registration period there would be a "REGISTRATION" entry in AFS for them.

000161

INVESTIGATION NO: BOF-SA2018-00076

Page No: 6 of 7

27

28

State of California
Department of Justice
Division of Law Enforcement
BUREAU OF FIREARMS

**Investigation Report**

PHYSICAL DESCRIPTION:

A. Subjects:

1. MARTIN, DAVID, WMA, DOB: 7/15/57, CDL: N6561958.

   RESIDENCE: 3108 Aloha Ln, Chico, 95973

   PHONE:

VEHICLE(S):

NONE

LOCATION(S):

EVIDENCE:

ITEM NUMBER    DESCRIPTION

001-001: CD containing digital photos taken by SA Rueda on 1/26/18 at Sacramento ATF regional office.

| SIGNATURE: | DATE: 2/1/18 | APPROVAL SIGNATURE: | DATE: 2/1/18 |
|---|---|---|---|
| PRINTED NAME: EHRMAN, BRAD | | PRINTED NAME: CAREAGA, LEE | |
| TITLE: SPECIAL AGENT | | TITLE: SPECIAL AGENT SUPERVISOR | |
| REPORT DISSEMINATION: | | | |

INVESTIGATION NO: BOF-SA2018-00076                                      Page No: 7 of 7

000162

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT F**
**FEATURELESS RIFLE CHARGED**
**AS FELONY ASSAULT WEAPON**
**(FALSIFYING EVIDENCE/REPORT)**





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT G**
**DIFFERENCES BETWEEN CALIFORNIA LEGAL AND CALIFORNIA FELONY UNDER PC 30605 (A)**

**CALIFORNIA LEGAL. COLLAPSABLE STOCK IS PINNED OPEN. PADDLE GRIP AND NO FLASH HIDER.**



## SAME TYPE WEAPON WITH COLLAPSIBLE STOCK, FLASH HIDER AND NO PADDLE GRIP. FELONY.



**CALIFORNIA COMPLIANT AK 47. HAS FIXED STOCK AND PADDLE GRIP. THIS RIFLE HAS THE ORIGINAL MUZZLE BREAK/COMPENSATOR WHICH CAME ON THE MILITARY MODELS. THE AK 47 NEVER USED A FLASH HIDER. THE MUZZLE BREAK IMPROVES ACCURACY AND CONTROL. IT IS A LEGAL ATTACHMENT.**



SAME RIFLE WITHOUT PADDLE GRIP. A FELONY TO POSSESS UNDER 30605 (A) PC. BOTH WEAPONS FUNCTION THE SAME. BOTH HAVE/TAKE A DETACHABLE MAGAZINE. IF THE PADDLE GRIP DOES MAKE ACCURACY AND HANDLING MORE DIFFICULT, THEN CALIFORNIA CITIZENS ARE BEING DENIED THIS ADVANTAGE TO DEFEND THEMSELVES WHEN BEING ATTACKED.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT H**

## WITHHELD MATERIAL/EXCULPATORY EVIDENCE BRADY VIOLATIONS. DA NOTICE OF SERVING ATF ETRACE INFORMATION THAT THE DA HAD BEEN WITHHOLDING FOR ALMOST ONE YEAR. BRADY VIOLATIONS.

**OFFICE OF THE DISTRICT ATTORNEY**
**COUNTY OF BUTTE**

Page No.: 1

Date: 01/02/2019
Package: **Martin-Supplemental 15**
Defense Attorney: **Kevin A. Sears**

Agency Case No.: OTHR 786035-16-0059
Defendant: David Edward Martin
Superior Court No.: 18CR00383

| Name | File | 1st Pg | Pages | Application | Item # | File # | Comment |
|---|---|---|---|---|---|---|---|
| Discovery Cover Sheet | xxxxxxxxxx.pdf | | | | 0 | 0 | Usually the 1st .pdf file listed |
| Martin Tracts.pdf | Martin Tracts.pdf | 383 | 299 | Adobe Acrobat Document | 38 | 1 | |

Total pages . . . . . 299      Total items . . . . . 1

**ONGOING DISCOVERY WILL BE PROVIDED WHEN RECEIVED BY THIS OFFICE**

Physical evidence is available for review or inspection upon a previous appointment with the submitting agency's investigation agency's evidence officer. If there is a request for independent analysis of any of the physical evidence, please inform this office in writing, and arrangements will be made for the release of such evidence. These may be for jail calls associated with this case. Upon appointment, Defense Counsel may arrange to listen to their client's jail calls and visits related to this case through the jail's vendor Securus at the District Attorney's Office. Jail calls by name, are on-going and may continue through the duration of the Defendant's custodial time. Any jail calls/visits referred to be introduced into evidence at trial or hearing will be discovered through the normal discovery process.

In DUI cases, Intoxilyzer maintenance and calibration records 30 days before and after the date of the breath test are available by informal request. Such request must be in writing and must include the date of the test, the agency where the test was given, and the serial number (S/N of the Intoxilyzer on which the test was given.

The identity of confidential informants and the location of the confidential informants will not be disclosed except upon an appropriate Court Order. In order to protect witnesses and victims from danger and harassment, NO attorney may disclose, or permit to be disclosed, to a defendant, the address or telephone number of a victim or witness whose name is disclosed to this attorney, in accordance with Penal Code §1054.2, unless specifically permitted to do so by the court after hearing and showing of good cause, per §1054.2.

All case information, including case information disclosed through a separate delivery or download systems, is confidential and shall not be disclosed to any party not involved with the defense of the case.

Pursuant to Penal Code §1054.5(b) the People are hereby informally requesting that Defense Counsel provide discovery to the People as required by Penal Code Section §1054.

Please be advised that the People intend to present any and all evidence of prior acts of other sexual offenses, and/or of domestic violence, by the defendant pursuant to Evidence Code §1108 and Evidence Code §1109.

If there is any additional Discovery requests not covered in the discovery package or referenced herein, please forward such requests in writing to this office. A formal hearing may be required.

If you have a technical problem, please contact our DA IS Help Desk message line at (530) 538-4337.

27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**EXHIBIT I**

**THE WITHHELD ATF ETRACE REPORTS THAT ATF AGENT ERIC CROWDER LIED ABOUT TO THE JUDGE AT THE PRELIMINARY HEARING. THESE SHOW MY ORIGINAL PURCHASE AND REGISTRATION OF THE CHARGED FIREARMS. MANY OF THE ETRACE REPORTS ARE INCOMPLETE DUE TO SERIAL NUMBER CONFLICT OR NO IMPORTER INFORMATION. THE DATE CROWDER HAD THE REPORT INFORMATION IS NOTED AT THE TOP.**

28

114

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223
Print Date: May 21, 2018



### FIREARMS TRACE SUMMARY

Trace Number: T20180023960    Request Date: January 19, 2018    Completion Date: February 06, 2018

ERIK CROWDER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

Badge No:
Investigation No: 786035-16-0054

### FIREARM INFORMATION

Manufacturer: SPRINGFIELD
ARMORY,GENESEO,...
Model: M1A
Caliber: 762
Serial Number: 035782
Type: RIFLE
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks: 9790186TRW ZH
Bbl:
Good Name:

### RECOVERY INFORMATION
Recovery Date: 01/17/2018
Time to Crime: 10584 days
3101 ACOMA LN
CHICO, CA 95973

### PURCHASER INFORMATION
Purchase Date: 01/23/1989
DAVID EDWARD MARTIN
22 ROSE AV
CHICO, CA 95928
DOB: 07/15/1957
POB: SAN JOSE, CA UNITED STATES
Race: WHITE
Sex: Male
ID 1: CA DRIVER'S LICENSE: N6581958
ID 2: :
Contact the local ATF office for additional information.

Possessor:  DAVID EDWARD MARTIN
POB:     07/15/1957
POB:     UNITED STATES

### DEALER INFORMATION
FFL: 96824122
PARADISE PAWN
6060 SKYWAY
PARADISE, CA 95969-0000
Phone:    (916) 872-2589    Ship-To-Date:
Ext:

### ADMINISTRATIVE INFORMATION
786035-16-0054
000005
EWCROWDER
2095221

*COUNT 1*
*ATF ITEM 5*

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. THE PURCHASER WAS DERIVED FROM THE RECORDS OF A
FEDERAL FIREARMS LICENSEE (FFL) WHO HAS GONE OUT OF BUSINESS AND HAS FORWARDED THEIR RECORDS
TO ATF'S NATIONAL TRACING CENTER. THIS RESULT MAY NOT REPRESENT THE ENTIRE CHAIN OF
DISTRIBUTION FOR THIS FIREARM. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER,
FIREARMS TRACING BRANCH AT 1-800-788-7133.

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023960
**FOR OFFICIAL USE ONLY**
000574
Page 1 of 2

**Additional Remarks:**
ADDITIONAL FIREARMS ARE PISTOL,REVOLVER AND RIFLES.



The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023960

**FOR OFFICIAL USE ONLY**
000575

Page 2 of  2

25

26

27

28

DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223
Print Date: May 21, 2018



**FIREARMS TRACE SUMMARY**

Trace Number: T20180027466    Request Date: January 19, 2018    Completion Date: January 31, 2018

ERIK CROWDER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

Badge No:
Investigation No: 786035-16-0054

**FIREARM INFORMATION**

Manufacturer: PAC WEST ARMS
Model: COMMANDO
Caliber: ZZ
Serial Number: 8239A
Type: RECEIVER/FRAME
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks: MODEL COMMANDO
5.56 CAL...
Shape:
Gang Name:

**RECOVERY INFORMATION**

Recovery Date: 01/17/2018
Time to Crime: 10468 days

3109 ALOHA LN
CHICO, CA 95973
Possessor: DAVID EDWARD MARTIN
DOB: 07/15/1957
POB: UNITED STATES

**PURCHASER INFORMATION**    Purchase Date: 05/01/1989
DAVID EDWARD MARTIN
22 ROSE AV
CHICO, CA 95928
DOB: 07/15/1957
POB: SAN JOSE, CA UNITED STATES
Race: WHITE
Sex: Male
ID 1: CA DRIVER'S LICENSE-N6501958
ID 2: :
Contact the local ATF office for additional information.

Height: 5 ft 7 in
Weight: 165 lbs

**DEALER INFORMATION**

GARDNER'S FIREARMS                FFL: 96826020
39 CREST VIEW DRIVE
ORINDA, CA 94563-0000
Phone: (415) 254-4537    Ship-To-Date:   04/28/1989
Ext:

**ADMINISTRATIVE INFORMATION**

786035-16-0054
000064
EWCROWDER
2095102

*COUNT 2*
*ATF ITEM 64*

**SUMMARY OF RESULTS**

THIS FIREARM WAS TRACED TO A PURCHASER. THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED
ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE
FFL. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH
AT 1-800-788-7133.
Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180027466                                          Page 1 of 2
**FOR OFFICIAL USE ONLY**
**000476**

25
26
27
28

Unclassified Controlled Information (watermark)

THE NTC CHANGED THE MANUFACTURER FROM LEWIS MACHINE AND TOOL TO PAC WEST ARMS PER LEWIS MACHINE AND TOOL.
THIS INDIVIDUAL ALSO PURCHASED 6 ADDITIONAL PWA RIFLES ON THE SAME DAY.



The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180027466
**FOR OFFICIAL USE ONLY**
000477

Page 2 of 2



**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223
Print Date: May 21, 2018



## FIREARMS TRACE SUMMARY

Trace Number: T20180023945     Request Date: January 19, 2018     Completion Date: January 29, 2018

ERIK CROWDER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

Badge No:
Investigation No: 786035-16-0054

### FIREARM INFORMATION

Manufacturer: NORINCO (NORTH CHINA INDUST...
Model: MAK90 SPORTER
Caliber: 762
Serial Number: 9418539
Type: RIFLE
Country: CHINA
Importer: INTRAC ARMS INC - IAI - ...
Obliterated:
Identifying Marks: 18539
NIBIN:
Gang Name:

### RECOVERY INFORMATION     Recovery Date: 01/17/2018
Time to Crime:

3108 ALOHA LN
CHICO, CA 95973
Possessor: DAVID EDWARD MARTIN
DOB: 07/15/1957
POB: UNITED STATES

### DEALER INFORMATION                    FFL: 96834025
SCOTT & SMITTYS FIRESTONE
850 E AVE
CHICO, CA 95926-0000
Phone: (916) 342-1894   Ship-To-Date:   12/23/1993
Ext:

### ADMINISTRATIVE INFORMATION

786035-16-0054
000065
EWCROWDER
2095081

*COUNT 3
ATF ITEM 65*

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A FEDERAL FIREARMS LICENSEE (FFL) WHO IS NO LONGER IN BUSINESS AND
INDICATED THEIR RECORDS WERE SENT TO ATF'S NATIONAL TRACING CENTER (NTC). THE NTC NEVER
RECEIVED ANY RECORDS FROM THE FFL. FOR ANY QUESTIONS PLEASE CONTACT THE ATF NATIONAL TRACING
CENTER, TRACING OPERATIONS AND RECORDS MANAGEMENT BRANCH AT 1-800-788-7133.
Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023945
**FOR OFFICIAL USE ONLY**
**000586**                    Page 1 of 1

Unclassified // Controlled // FOUO

25
26
27
28

**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223
Print Date: May 21, 2018

**FIREARMS TRACE SUMMARY**

Trace Number: T20180027424    Request Date: January 19, 2018    Completion Date: January 31, 2018

ERIK CROWDER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

Badge No:
Investigation No: 786035-16-0054

**FIREARM INFORMATION**

Manufacturer: PAC WEST ARMS
Model: COMMANDO
Caliber: ZZ
Serial Number: 8232A
Type: RECEIVER/FRAME
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks: MODEL COMMANDO
CAL 5.56 ...
NIBIN:
Final Name:

**RECOVERY INFORMATION**

Recovery Date: 01/17/2018
Time to Crime: 10468 days

3108 ALOHA LN
CHICO, CA 95973
Possessor:   DAVID EDWARD MARTIN
DOB:   07/15/1957
POB:   UNITED STATES

**PURCHASER INFORMATION**    Purchase Date: 05/23/1989
DAVID EDWARD MARTIN
22 ROSE AV
CHICO, CA 95928
DOB: 07/15/1957
POB: SAN JOSE, CA UNITED STATES
Race: WHITE                     Height: 5 ft 7 in
Sex: Male                        Weight: 165 lbs
ID 1: CA DRIVER'S LICENSE-N6681058
ID 2: :
Contact the local ATF office for additional information.

**DEALER INFORMATION**
                                        FFL: 96826020
GARDNER'S FIREARMS
39 CREST VIEW DRIVE
ORINDA, CA 94563-0000
Phone:   (415) 254-4537   Ship-To-Date:   04/28/1989
         Ext:

*COUNT   4*
*ATF ITEM 66*

**ADMINISTRATIVE INFORMATION**
786035-16-0054
000066
EWCROWDER
2095124

**SUMMARY OF RESULTS**

THIS FIREARM WAS TRACED TO A PURCHASER. THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED
ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE
FFL. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH
AT 1-800-788-7133.
Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180027424                                              Page 1 of 2
**FOR OFFICIAL USE ONLY**
000512

25
26
27
28

THE NTC CHANGED THE MANUFACTURER FROM LEWIS MACHINE AND TOOL TO PAC WEST ARMS PER LEWIS MACHINE AND TOOL.
THIS INDIVIDUAL ALSO PURCHASED SIX ADDITIONAL PWA RIFLES ON THE SAME DAY



The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180027424
**FOR OFFICIAL USE ONLY**
000513

Page 2 of 2

25

26

27

28

**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223
Print Date: May 21, 2018

**FIREARMS TRACE SUMMARY**

Trace Number: T20180023886   Request Date: January 19, 2018   Completion Date: January 25, 2018

ERIK CROWDER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

Badge No:
Investigation No: 786035-16-0054

**FIREARM INFORMATION**

Manufacturer: RATMIL
Model: C.U.R.2
Caliber: 545
Serial Number: 3-01111 97
Type: RIFLE
Country: ROMANIA
Importer: UNKNOWN IMPORTER
Obliterated:
Identifying Marks: 1955   ALSO 1111
NIIN:
Gang Name:

**RECOVERY INFORMATION**   Recovery Date: 01/17/2018
Time to Crime:

HUMALOHA LN
CHICO, CA 95973
Possessor: DAVID EDWARD MARTIN
DOB: 07/15/1957
POB: UNITED STATES

**ADMINISTRATIVE INFORMATION**

786035-16-0054
000068
EWCROWDER
2002597

*COUNT 5*
*ATF ITEM 68*

**SUMMARY OF RESULTS**

THE FIREARM IMPORTER IS MISSING. U.S. IMPORTERS ARE REQUIRED TO STAMP THEIR NAME AND ADDRESS ON THE FIREARM. PLEASE RE-EXAMINE THIS FIREARM FOR ANY ADDITIONAL MARKINGS WHICH MAY AID IN PROPER IDENTIFICATION. IF THE REQUIRED INFORMATION IS LOCATED, YOU MAY SUBMIT AN UPDATE/RE-OPEN REQUEST VIA ETRACE OR ADD THE MISSING INFORMATION TO THIS TRACE RESULTS FORM AND FAX IT TO 1-800-578-7223. YOU MAY ALSO SUBMIT DIGITAL PHOTOS OF THIS FIREARM AS AN EMAIL ATTACHMENT TO NTCGRPII@ATF.GOV. PLEASE BE SURE TO REFERENCE THE TRACE ID NUMBER ON ALL EMAIL CORRESPONDENCE. FOR QUESTIONS OR ADDITIONAL ASSISTANCE IN PROPERLY IDENTIFYING THIS FIREARM, PLEASE CONTACT THE ATF NATIONAL TRACING CENTER BY CALLING 1-800-788-7133 AND REQUESTING EXTENSION 3160 OR DIRECT AT 1-304-616-3160.

Additional Remarks:

Please use the attached Reopen Request when submitting additional and/or corrected information regarding this trace.
The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023886                    Page 1 of 2
**FOR OFFICIAL USE ONLY**
000619

25
26
27
28

**DEPARTMENT OF JUSTICE**
**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**
**NATIONAL TRACING CENTER**
Phone:(800) 788-7133  Fax:(800) 578-7223
Print Date: May 21, 2018

**REOPEN REQUEST**

Trace Number:T20180023886          Closeout Date: January 25, 2018

| SUBMISSION INFORMATION | FIREARM INFORMATION |
|---|---|
| Mail or Fax completed form to: | Manufacturer: RATMIL |
| National Tracing Center | Model: C.U.R.2 |
| 244 Needy Road, | Caliber: 545 |
| Martinsburg, WV 25405-9431 | Serial Number: 3-01111 97 |
| Fax: (800) 578-7223 | Type: RIFLE |

**REQUESTOR INFORMATION**

Country: ROMANIA
Importer: UNKNOWN IMPORTER
Obliterated:
Identifying Marks: 1111        ALSO 1111

**ERIK CROWDER**
**SACRAMENTO I FIELD OFFICE**
**1325 J STREET, SUITE 1520**
**SACRAMENTO, CA 95814**
**PHONE: (916) 498-5100 Ext:**
**FAX (916) 498-5097**

NIBIN:
Gang Name:

Badge No:
Investigation No:          786035-16-0054

Closeout Description:
THE FIREARM IMPORTER IS MISSING. U.S. IMPORTERS ARE REQUIRED TO STAMP THEIR NAME AND ADDRESS ON THE FIREARM. PLEASE RE-EXAMINE THIS FIREARM FOR ANY ADDITIONAL MARKINGS WHICH MAY AID IN PROPER IDENTIFICATION. IF THE REQUIRED INFORMATION IS LOCATED, YOU MAY SUBMIT AN UPDATE/RE-OPEN REQUEST VIA ETRACE OR ADD THE MISSING INFORMATION TO THIS TRACE RESULTS FORM AND FAX IT TO 1-800-578-7223. YOU MAY ALSO SUBMIT DIGITAL PHOTOS OF THIS FIREARM AS AN EMAIL ATTACHMENT TO NTCGRPII@ATF.GOV (PLEASE BE SURE TO REFERENCE THE TRACE ID NUMBER ON ALL EMAIL CORRESPONDENCE). FOR QUESTIONS OR ADDITIONAL ASSISTANCE IN PROPERLY IDENTIFYING THIS FIREARM, PLEASE CONTACT THE ATF NATIONAL TRACING CENTER BY CALLING 1-800-788-7133 AND REQUESTING EXTENSION 3160 OR DIRECT AT 1-304-616-3160.

Additional Remarks:

**ADDITIONAL/CORRECTED INFORMATION/COMMENTS**

Please provide any additional/corrected information needed to process this trace request in the space below.

Trace: T20180023886
**FOR OFFICIAL USE ONLY**
**000620**

Page 2 of 2

25
26
27
28

**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223
Print Date: May 21, 2018



### FIREARMS TRACE SUMMARY

Trace Number: T20180023897     Request Date: January 19, 2018     Completion Date: February 09, 2018

ERIK CROWDER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

### FIREARM INFORMATION

Manufacturer: RATMIL
Model: ROMAK 1
Caliber: 762
Serial Number: 1-12649-97
Type: RIFLE
Country: ROMANIA
Importer: DIO/DOMINION IMPORT GROUP ...

Badge No:
Investigation No: 786035-16-0054

Obliterated:
Identifying Marks: 12649 (OTHER MARKING)
Series:
Brand Name:

### RECOVERY INFORMATION

Recovery Date: 01/17/2018
Time to Crime: 7247 days

3108 ALOHA LN
CHICO, CA 95973
Possessor: DAVID EDWARD MARTIN
DOB: 07/15/1957
POB: UNITED STATES

### PURCHASER INFORMATION

Purchase Date: 02/16/1998
DAVID EDWARD MARTIN
3108 ALOHA LN
CHICO, CA 95973
DOB: 07/15/1957
POB: SAN JOSE, CA UNITED STATES
Race: WHITE
Sex: Male
ID 1:  DRIVER'S LICENSE: N685DXN
ID 2: :
Contact the local ATF office for additional information.

Height: 6 ft 8 in
Weight: 190 lbs

### DEALER INFORMATION

FFL: 96833975

H & K ENTERPRISES
3030 SANDI DR
CHICO, CA 95973
Phone:     (530) 893-2122     Ship-To-Date:     02/27/1998
Ext:

### ADMINISTRATIVE INFORMATION

786035-16-0054
000069
EWCROWDER
2095072

*C O U N T   6*
*A T F   I T E M   6 9*

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER.  THE PURCHASER WAS DERIVED FROM THE RECORDS OF A
FEDERAL FIREARMS LICENSEE (FFL) WHO HAS GONE OUT OF BUSINESS AND HAS FORWARDED THEIR RECORDS
TO ATF'S NATIONAL TRACING CENTER.  THIS RESULT MAY NOT REPRESENT THE ENTIRE CHAIN OF
DISTRIBUTION FOR THIS FIREARM. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER,
FIREARMS TRACING BRANCH AT 1-800-788-7133.

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023897
**FOR OFFICIAL USE ONLY**
**000609**

Page 1 of 2

Unverified / Uncontrolled Form (I.O.)

25
26
27
28

**Additional Remarks:**
THIS IS A MULTIPLE PURCHASE OF TWO RIFLES.



The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023897                          Page 2 of 2
**FOR OFFICIAL USE ONLY**
**000610**

25

26

27

28

1

**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223
Print Date: May 21, 2018



## FIREARMS TRACE SUMMARY

Trace Number: T20180023934     Request Date: January 19, 2018     Completion Date: February 02, 2018

ERIK CROWDER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

Badge No:
Investigation No: 786035-16-0054

### FIREARM INFORMATION

Manufacturer: MOLOT (VYATSKIE POLYANY MAC...
Model: VEPR
Caliber: 308
Serial Number: 1997CO6960
Type: RIFLE
Country: RUSSIA
Importer: ZDF IMPORT/EXPORT INC, SAUT...
Obliterated:
Identifying Marks: 960
NOBIN:
Gang Name:

### RECOVERY INFORMATION

Recovery Date: 01/17/2018
Time to Crime: 6608 days
3108 ALOHA LN
CHICO, CA 95973
Possessor: DAVID EDWARD MARTIN
DOB: 07/15/1957
POB: UNITED STATES

### PURCHASER INFORMATION     Purchase Date: 12/31/1999

LLOYD D HENNEN
2411 LAGUNA VISTA DR
NOVATO, CA 94945
DOB: 07/03/1938
POB: CA UNITED STATES
Race: WHITE
Sex: Male
ID 1: SOCIAL SECURITY: 862...
ID 2: :
Contact the local ATF office for additional information.

Height: ft in
Weight: lbs

### DEALER INFORMATION                      FFL: 96838038

MARIN FIREARMS
516 ALAMEDA DEL PRADO
NOVATO, CA 94949
Phone: (415) 382-9601     Ship-To-Date: 08/21/1998
Ext:

### ADMINISTRATIVE INFORMATION

786035-16-0054
000070
EWCROWDER
2095087

*COUNT 7*
*ATF ITEM 7D*

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A FORMER FEDERAL FIREARMS LICENSEE (FFL). THE FFL'S RECORDS WERE
FORWARDED TO ATF'S NATIONAL TRACING CENTER WHERE AN EXAMINATION INDICATES THAT THE FIREARM
WAS TRANSFERRED TO THE DEALERS PERSONAL COLLECTION.
Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023934
**FOR OFFICIAL USE ONLY**                                    Page 1 of 2
**000589**

25
26
27
28

PER ROBINSON THE SERIAL NUMBER WAS CHANGED FROM 1997C06960 TO 1997CO6960.



The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023934

**FOR OFFICIAL USE ONLY**
000590

Page 2 of 2



25

26

27

28

**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223
Print Date: May 21, 2018

## FIREARMS TRACE SUMMARY

Trace Number: T20180023882   Request Date: January 19, 2018   Completion Date: February 22, 2018

ERIK CROWDER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

Badge No:
Investigation No: 786035-16-0054

### FIREARM INFORMATION
Manufacturer: HESSE LTD
Model: R1A1 SPORTER
Caliber: 308
Serial Number: 004830
Type: RIFLE
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks: 95814
NIBIN:
Gang Name:

### RECOVERY INFORMATION
Recovery Date: 01/17/2018
Time to Crime: 6609 days

3108 ALOHA LN
CHICO, CA 95973
Recovery:   DAVID EDWARD MARTIN
DOB:   07/15/1957
POB:   UNITED STATES

### PURCHASER INFORMATION   Purchase Date: 12/09/1999
DAVID EDWARD MARTIN
3108 ALOHA LN
CHICO, CA 95973
DOB: 07/15/1957
POB: UNITED STATES
Race: WHITE
Sex: Male
Height: 5 ft 8 in
Weight: 260 lbs
ID 1: CA DRIVER'S LICENSE No: 651958
ID 2: :
Contact the local ATF office for additional information.

### DEALER INFORMATION
FFL: 96822305
CUSTOM CASE FORMING
145 W 20TH ST
CHICO, CA 95928-0000
Phone:   (530) 342-9018   Ship-To-Date:   12/09/1999
Ext:

### ADMINISTRATIVE INFORMATION
786035-16-0054
000120
EWCROWDER
2095191

COUNT 8
ATF ITEM 120

## SUMMARY OF RESULTS
THIS FIREARM WAS TRACED TO A PURCHASER. THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED
ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE
FFL. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH
AT 1-800-788-7133.

Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023882
**FOR OFFICIAL USE ONLY**
**000623**

Page 1 of 2

25
26
27
28

THE FFL REPORTS A DISPOSITION OF THE FIREARM TO AN INDIVIDUAL; HOWEVER, NO ATF FORM 4473 FOR THE TRANSACTION COULD BE FOUND.
PURCHSAER BOUGHT 8 ADDITIONAL FIREARMS ON THE SAME DAY FROM THIS DEALER.



The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023882   Page 2 of 2
FOR OFFICIAL USE ONLY
000624



1

**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223
Print Date: May 21, 2018

**FIREARMS TRACE SUMMARY**

Trace Number: T20180021579      Request Date: January 18, 2018    Completion Date: February 22, 2018

BRIAN PARKER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

Badge No:
Investigation No: 786035-16-0054

**FIREARM INFORMATION**

Manufacturer: MAADI COMPANY
Model: MISR
Caliber: 762
Serial Number: CM13730
Type: RIFLE
Country: EGYPT
Importer: CAI GEORGIA VT -
CENTURY IN...
Obliterated:
Identifying Marks:
NIBIN:
Brand Name:

**RECOVERY INFORMATION**         Recovery Date: 01/17/2018
Time to Crime: 6609 days

3108 ALOHA LN
CHICO, CA 95973
Possessor: DAVID EDWARD MARTIN
DOB: 07/15/1957
POB: UNITED STATES

**PURCHASER INFORMATION**     Purchase Date: 12/09/1999
DAVID EDWARD MARTIN
3108 ALOHA LN
CHICO, CA 95973
DOB: 07/15/1957
POB: UNITED STATES
Race: WHITE
Sex: Male
ID 1: CA DRIVER'S LICENSE-N6261058
ID 2: :
Contact the local ATF office for additional information.

Height: 5 ft 8 in
Weight: 260 lbs

**DEALER INFORMATION**

CUSTOM CASE FORMING                  FFL: 96822305
145 W 20TH ST
CHICO, CA 95928-0000
Phone: (530) 342-9018    Ship-To-Date:    12/09/1999
Ext:

**ADMINISTRATIVE INFORMATION**

786035-16-0054
000122
EWCROWDER
2094823

*COUNT 9*
*ATF ITEM 122*

**SUMMARY OF RESULTS**

THIS FIREARM WAS TRACED TO A PURCHASER.  THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED
ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE
FFL.  FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH
AT 1-800-788-7133.

Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180021579                                      Page 1 of 2
**FOR OFFICIAL USE ONLY**
**000674**

26

27

28

130

THE FFL REPORTS A DISPOSITION OF THE FIREARM TO AN INDIVIDUAL; HOWEVER, NO ATF FORM 4473 FOR THE TRANSACTION COULD BE FOUND.
PURCHSAER BOUGHT 8 ADDITIONAL FIREARMS ON THE SAME DAY FROM THIS DEALER.



The information in this report must be validated prior to use in any criminal proceedings.



Trace: T20180021579                                      Page 2 of 2
**FOR OFFICIAL USE ONLY**
000675

25

26

27

28

**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223
Print Date: May 21, 2018

## FIREARMS TRACE SUMMARY

Trace Number: T20180023951     Request Date: January 19, 2018     Completion Date: February 22, 2018

### FIREARM INFORMATION

ERIK CROWDER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

Badge No:
Investigation No: 786035-16-0054

Manufacturer: HESSE LTD
Model: R1A1 SPORTER
Caliber: 308
Serial Number: 004992
Type: RIFLE
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks: 130714
NIBIN:
Gang Name:

### RECOVERY INFORMATION

Recovery Date: 01/17/2018
Time to Crime: 6609 days

3108 ALOHA LN
CHICO, CA 95973
Possessor: DAVID EDWARD MARTIN
DOB: 07/15/1957
POB: UNITED STATES

### PURCHASER INFORMATION

Purchase Date: 12/09/1999
DAVID EDWARD MARTIN
3108 ALOHA LN
CHICO, CA 95973
DOB: 07/15/1957
POB: UNITED STATES
Race: WHITE
Sex: Male
Height: 5 ft 8 in
Weight: 260 lbs
ID 1: CA DRIVER'S LICENSE: N6301958
ID 2:
Contact the local ATF office for additional information.

### DEALER INFORMATION

FFL: 96822305
CUSTOM CASE FORMING
145 W 20TH ST
CHICO, CA 95928-0000
Phone: (530) 342-9018   Ship-To-Date: 12/09/1999
Ext:

### ADMINISTRATIVE INFORMATION

786035-16-0054
000123
EWCROWDER
2095192

*COUNT 10*
*ATF ITEM 123*

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER.  THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE FFL.  FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.
Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023951
**FOR OFFICIAL USE ONLY**
000580

Page 1 of 2

25
26
27
28

THE FFL REPORTS A DISPOSITION OF THE FIREARM TO AN INDIVIDUAL; HOWEVER, NO ATF FORM 4473 FOR THE TRANSACTION COULD BE FOUND. PURCHSAER BOUGHT 8 ADDITIONAL FIREARMS ON THE SAME DAY FROM THIS DEALER.



The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023951

**FOR OFFICIAL USE ONLY**
000581

Page 2 of  2

25

26

27

28

**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223
Print Date: May 21, 2018

## FIREARMS TRACE SUMMARY

Trace Number: T20180023848    Request Date: January 19, 2018    Completion Date: February 22, 2018

ERIK CROWDER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

### FIREARM INFORMATION

Manufacturer: HESSE LTD
Model: R1A1 SPORTER
Caliber: 308
Serial Number: 004915
Type: RIFLE
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks: 142675
NICS:
Gang Name:

Badge No:
Investigation No: 786035-16-0054

### RECOVERY INFORMATION

Recovery Date: 01/17/2018
Time to Crime: 6609 days

3108 ALOHA LN
CHICO, CA 95973
Possessor: DAVID EDWARD MARTIN
DOB: 07/15/1957
POB: UNITED STATES

### PURCHASER INFORMATION

Purchase Date: 12/18/1999
DAVID EDWARD MARTIN
3108 ALOHA LN
CHICO, CA 95973
DOB: 07/15/1957
POB: UNITED STATES
Race: WHITE
Sex: Male
ID 1: CA DRIVER'S LICENSE-N6361958
ID 2: :
Contact the local ATF office for additional information.

Height: 5 ft 8 in
Weight: 260 lbs

### DEALER INFORMATION

FFL: 96822305
CUSTOM CASE FORMING
145 W 20TH ST
CHICO, CA 95928-0000
Phone: (530) 342-9018  Ship-To-Date: 12/09/1999
Ext:

### ADMINISTRATIVE INFORMATION

786035-16-0054
000124
EWCROWDER
2095130

*COUNT 11*
*ATF ITEM 124*

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE FFL. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023848                    Page 1 of 2
FOR OFFICIAL USE ONLY
000651

Unclassified // Controlled Information

25
26
27
28

THE FFL REPORTS A DISPOSITION OF THE FIREARM TO AN INDIVIDUAL; HOWEVER, NO ATF FORM 4473 FOR THE TRANSACTION COULD BE FOUND.
PURCHSAER BOUGHT 8 ADDITIONAL FIREARMS ON THE SAME DAY FROM THIS DEALER.



**The information in this report must be validated prior to use in any criminal proceedings.**

Trace: T20180023848                                                    Page 2 of 2
**FOR OFFICIAL USE ONLY**
000652



25
26
27
28

DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223
Print Date: May 21, 2018



**FIREARMS TRACE SUMMARY**

Trace Number: T20180023884     Request Date: January 19, 2018     Completion Date: January 30, 2018

ERIK CROWDER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

Badge No:
Investigation No:  786035-16-0054

**FIREARM INFORMATION**

Manufacturer: AUTO ORDNANCE WEST HURLEY,N...
Model: THOMPSON 1927 A-5
Caliber: 45
Serial Number: 2978P
Type: PISTOL
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

**RECOVERY INFORMATION**

Recovery Date: 01/17/2018
Time to Crime: 8670 days

3108 ALOHA LN
CHICO, CA 95973
Possessor: DAVID EDWARD MARTIN
DOB: 07/15/1957
POB: UNITED STATES

**PURCHASER INFORMATION**   Purchase Date: 08/23/1994

BRADLEY J GORRINGE
5665 OREANA CT
BOISE, ID 83705
DOB: 05/25/1962
POB: UT UNITED STATES
Race: WHITE
Sex: Male
ID 1: ID DRIVER'S LICENSE: 530200491
ID 2: :
Contact the local ATF office for additional information.

Height: 5 ft 9 in
Weight: 145 lbs

**DEALER INFORMATION**                              FFL: 98206482
JACKS SPORTING & HOME ENTERTAINMENT
6900 SE 11TH AVE
CALDWELL, ID 83605-0000
Phone:     (208) 454-9926     Ship-To-Date:
Ext:

**ADMINISTRATIVE INFORMATION**

786035-16-0054
000121
EWCROWDER
2095159

*COUNT  12*

*ATF ITEM 121*

**SUMMARY OF RESULTS**

THIS FIREARM WAS TRACED TO A PURCHASER. THE PURCHASER WAS DERIVED FROM THE RECORDS OF A
FEDERAL FIREARMS LICENSEE (FFL) WHO HAS GONE OUT OF BUSINESS AND HAS FORWARDED THEIR RECORDS
TO ATF'S NATIONAL TRACING CENTER. THIS RESULT MAY NOT REPRESENT THE ENTIRE CHAIN OF
DISTRIBUTION FOR THIS FIREARM. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER,
FIREARMS TRACING BRANCH AT 1-800-788-7133.

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023884
**FOR OFFICIAL USE ONLY**
**000621**

Page 1 of 2

25
26
27
28

**Additional Remarks:**
BIRTH PLACE CITY IS ILLEGIBLE ON 4473.
INDIVIDUAL PURCHASED AN ADDITONAL FIREARM PER 4473.



The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023884
**FOR OFFICIAL USE ONLY**
**000622**

Page 2 of 2



**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223
Print Date: May 21, 2018

## FIREARMS TRACE SUMMARY

Trace Number: T20180023867    Request Date: January 19, 2018    Completion Date: February 22, 2018

ERIK CROWDER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

Badge No:
Investigation No: 786035-16-0054

### FIREARM INFORMATION
Manufacturer: HESSE LTD
Model: R1A1 SPORTER
Caliber: 308
Serial Number: 004647
Type: RIFLE
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks: 122845
NBN:
Gun Name:

### RECOVERY INFORMATION
Recovery Date: 01/17/2018
Time to Crime: 6609 days

3108 ALOHA LN
CHICO, CA 95973
Possessor: DAVID EDWARD MARTIN
DOB: 07/15/1957
POB: UNITED STATES

### PURCHASER INFORMATION
Purchase Date: 12/13/1999
DAVID EDWARD MARTIN
3108 ALOHA LN
CHICO, CA 95973
DOB: 07/15/1957
POB: UNITED STATES
Race: WHITE
Sex: Male
ID 1: CA DRIVER'S LICENSE-N0361058
ID 2: :
Contact the local ATF office for additional information.

Height: 5 ft 8 in
Weight: 260 lbs

### DEALER INFORMATION
FFL: 96822305
CUSTOM CASE FORMING
145 W 20TH ST
CHICO, CA 95928-0000
Phone: (530) 342-9018    Ship-To-Date: 12/09/1999
Ext:

### ADMINISTRATIVE INFORMATION
786035-16-0054
000144
EWCROWDER
2095144

*COUNT 13*
*ATF ITEM 144*

## SUMMARY OF RESULTS
THIS FIREARM WAS TRACED TO A PURCHASER. THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED
ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE
FFL. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH
AT 1-800-788-7133.
Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023867
**FOR OFFICIAL USE ONLY**
000631

Page 1 of 2

25
26
27
28

THE FFL REPORTS A DISPOSITION OF THE FIREARM TO AN INDIVIDUAL; HOWEVER, NO ATF FORM 4473 FOR THE TRANSACTION COULD BE FOUND.
PURCHSAER BOUGHT 8 ADDITIONAL FIREARMS ON THE SAME DAY FROM THIS DEALER.



The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023867
**FOR OFFICIAL USE ONLY**
000632

Page 2 of 2

25

26

27

28

1

**DEPARTMENT OF JUSTICE**
**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**
**NATIONAL TRACING CENTER**
Phone:(800) 788-7133  Fax:(800) 578-7223
Print Date: May 21, 2018

**FIREARMS TRACE SUMMARY**

Trace Number: T20180023896    Request Date: January 19, 2018    Completion Date: January 24, 2018

ERIK CROWDER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

Badge No:
Investigation No: 786035-16-0054

**FIREARM INFORMATION**
Manufacturer: COLT
Model: AR-15A2 HBAR SPORTER
Caliber: 223
Serial Number: SP220302
Type: RIFLE
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks: CODE = R6600
NIBIN:
Gang Name:

**RECOVERY INFORMATION**    Recovery Date: 01/17/2018
Time to Crime: 11280 days
1108 ALOHA LN
CHICO, CA 95973
Possessor: DAVID EDWARD MARTIN
DOB: 07/15/1957
POB: UNITED STATES

**PURCHASER INFORMATION**   Purchase Date: 02/01/1987
FRANK THEODORE HARDY III
10710 SIERRA MESA
LITTLEROCK, CA 93543
DOB:
POB:
Race:
Sex:
ID 1: :
ID 2: :
Contact the local ATF office for additional information.

Height: ft in
Weight: lbs

**DEALER INFORMATION**    FFL: 99520317
(ALSO SEE 95-36951)
18714 PARTHENIA ST
NORTHRIDGE, CA 91324-0000
Phone: (000) 000-0000    Ship-To-Date: 02/12/1987
Ext

**ADMINISTRATIVE INFORMATION**
786035-16-0054
000145
EWCROWDER
2095200

*COUNT 14*
*ATF ITEM 145*

**SUMMARY OF RESULTS**

THIS FIREARM WAS TRACED TO A PURCHASER. HOWEVER, THE FINAL FEDERAL FIREARMS LICENSEE (FFL) HAS ONLY PARTIAL DISPOSITION INFORMATION. THE FFL REPORTS A DISPOSITION OF THE FIREARM TO AN INDIVIDUAL; HOWEVER, NO ATF FORM 4473 FOR THE TRANSACTION COULD BE FOUND. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.
Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023896
**FOR OFFICIAL USE ONLY**
**000611**

Page 1 of 2

26

27

28

Unclassified Controlled Information

CHANGED THE SERIAL NUMBER FROM SP 220302 TO SP220302 BASED ON COLT SERIALIZATION AND N T C HISTORICAL DATABASES.



The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023896

**FOR OFFICIAL USE ONLY**
000612

Page 2 of 2



25
26
27
28

**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223
Print Date: May 21, 2018

**FIREARMS TRACE SUMMARY**

Trace Number: T20180027448    Request Date: January 19, 2018    Completion Date: January 29, 2018

ERIK CROWDER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

Badge No:
Investigation No: 786035-16-0054

**FIREARM INFORMATION**
Manufacturer: PAC WEST ARMS
Model: COMMANDO
Caliber: ZZ
Serial Number: 8791
Type: RECEIVER/FRAME
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks: MODEL COMMANDO  CAL 5.56 …
NIBIN:
Good Name:

**RECOVERY INFORMATION**    Recovery Date: 01/17/2018
Time to Crime:
3100 REDIA LN
CHICO, CA 95973
Possessor:  DAVID EDWARD MARTIN
DOB:  07/15/1957
POB:  UNITED STATES

**DEALER INFORMATION**    FFL: 96821472
GOLUB, WILLIAM MICHAEL
8716 LATIMER WAY
FAIR OAKS, CA 95628-0000
Phone:  (916) 967-8645    Ship-To-Date:  05/16/1989
Ext:

**ADMINISTRATIVE INFORMATION**
786035-16-0054
000146
EWCROWDER
2095152

*COUNT 15*
*ATF ITEM 146*

**SUMMARY OF RESULTS**
THIS FIREARM WAS TRACED TO A FEDERAL FIREARMS LICENSEE (FFL) WHO IS DECEASED AND RECORDS COULD NOT BE LOCATED.  FOR ANY QUESTIONS PLEASE CONTACT THE ATF NATIONAL TRACING CENTER FIREARMS TRACING BRANCH AT 1-800-788-7133.
**Additional Remarks:**
THE NTC CHANGED THE MANUFACTURER FROM LEWIS MACHINE AND TOOL TO PAC WEST ARMS PER LEWIS MACHINE AND TOOL.

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180027448    Page 1 of 1
FOR OFFICIAL USE ONLY
000496

142

## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223
Print Date: May 21, 2018



### FIREARMS TRACE SUMMARY

Trace Number: T20180023914    Request Date: January 19, 2018    Completion Date: April 26, 2018

ERIK CROWDER
SACRAMENTO 1 FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

Badge No:
Investigation No: 786035-16-0054

### FIREARM INFORMATION

Manufacturer: COLT
Model: SP1
Caliber: 223
Serial Number: SP148353
Type: RIFLE
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks:
NIBIN:
Gun Name:

### RECOVERY INFORMATION
Recovery Date: 01/17/2018
Time to Crime:

14084 ALOHA LN
CHICO, CA 95973
Possessor: DAVID EDWARD MARTIN
DOB: 07/15/1957
POB: UNITED STATES

### DEALER INFORMATION
FFL: 99201946

GUN TRADERS INC, THE
512 MULDOON RD
ANCHORAGE, AK 99504-0000
Phone: (907) 337-6522    Ship-To-Date: 08/04/1981
Ext:

### ADMINISTRATIVE INFORMATION
786035-16-0054
000148
EWCROWDER
2095154

*COUNT 16*
*ATF ITEM 148*

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A FEDERAL FIREARMS LICENSEE (FFL) WHO IS A WHOLESALE OR RETAIL DEALER THAT IS NO LONGER IN BUSINESS. THE FIREARM WAS NOT FOUND WITHIN THOSE RECORDS. FOR ANY QUESTIONS PLEASE CONTACT THE ATF NATIONAL TRACING CENTER AT 1-800-788-7133.
Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023914
**FOR OFFICIAL USE ONLY**
000593

Page 1 of 2

CHANGED THE SERIAL NUMBER FROM SP 148353 TO SP148353 BASED ON COLT SERIALIZATION AND N T C HISTORICAL DATABASES.
PLEASE DISREGARD THE ORIGINAL TRACE SUMMARY RESULTS WE PROVIDED.  NEW INFORMATION HAS BECOME AVAILABLE REGARDING THE DISPOSITION OF THE FIREARM.   IF YOU HAVE ANY QUESTIONS PLEASE CONTACT ATF, FIREARMS TRACING BRANCH 800-788-7133.



The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023914

**FOR OFFICIAL USE ONLY**
000594

Page 2 of 2

25

26

27

28

**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223
Print Date: May 21, 2018



### FIREARMS TRACE SUMMARY

Trace Number: T20180027464     Request Date: January 19, 2018     Completion Date: January 31, 2018

ERIK CROWDER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

Badge No:
Investigation No: 786035-16-0054

### FIREARM INFORMATION

Manufacturer: PAC WEST ARMS
Model: COMMANDO
Caliber: ZZ
Serial Number: 8327
Type: RECEIVER/FRAME
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks: MODEL COMMANDO 5.56 CAL...
NIBIN:
Brand Name:

### RECOVERY INFORMATION

Recovery Date: 01/17/2018
Time to Crime: 10468 days

3108 ACOMA LN
CHICO, CA 95973
Possessor:   DAVID EDWARD MARTIN
DOB:       07/15/1957
POB:       UNITED STATES

### PURCHASER INFORMATION   Purchase Date: 05/20/1989

DAVID EDWARD MARTIN
22 ROSE AV
CHICO, CA 95928
DOB: 07/15/1957
POB: SAN JOSE, CA UNITED STATES
Race: WHITE
Sex: Male
ID 1: CA DRIVER'S LICENSE-N6861858
ID 2: :
Contact the local ATF office for additional information.

Height: 5 ft 7 in
Weight: 165 lbs

### DEALER INFORMATION

FFL: 96826020

GARDNER'S FIREARMS
39 CREST VIEW DRIVE
ORINDA, CA 94563-0000
Phone:   (415) 254-4537   Ship-To-Date:   04/28/1989
Ext:

### ADMINISTRATIVE INFORMATION

786035-16-0054
000149
EWCROWDER
2095225

*COUNT 17*
*ATF ITEM 149*

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED
ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE
FFL. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH
AT 1-800-788-7133.

Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180027464
FOR OFFICIAL USE ONLY
000479

Page 1 of 2

THE NTC CHANGED THE MANUFACTURER FROM LEWIS MACHINE AND TOOL TO PAC WEST ARMS PER LEWIS MACHINE AND TOOL.
THIS INDIVIDUAL ALSO PURCHASED SIX ADDITIONAL PWA RIFLES ON THE SAME DAY.



The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180027464

**FOR OFFICIAL USE ONLY**
000480

Page 2 of 2

25
26
27
28

**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223
Print Date: May 21, 2018

**FIREARMS TRACE SUMMARY**

Trace Number: T20180023872   Request Date: January 19, 2018   Completion Date: February 22, 2018

ERIK CROWDER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

Badge No:
Investigation No: 786035-16-0054

**FIREARM INFORMATION**
Manufacturer: MAADI COMPANY
Model: MISR
Caliber: 762
Serial Number: CM13963
Type: RIFLE
Country: EGYPT
Importer: CAI ST ALB VT - CENTURY ARM
Obliterated:
Identifying Marks:
(NIBIN)
Brand Name:

**RECOVERY INFORMATION**
Recovery Date: 01/17/2018
Time to Crime: 6609 days
3108 ALOHA LN
CHICO, CA 95973
Possessor: DAVID EDWARD MARTIN
DOB: 07/15/1957
POB: UNITED STATES

**PURCHASER INFORMATION**   Purchase Date: 12/13/1999
DAVID EDWARD MARTIN
3108 ALOHA LN
CHICO, CA 95973
    DOB: 07/15/1957
    POB: UNITED STATES
    Race: WHITE
    Sex: Male
    ID 1: CA DRIVER'S LICENSE-N9501958
    ID 2: :
    Contact the local ATF office for additional information.

**ADMINISTRATIVE INFORMATION**
786035-16-0054
000150
EWCROWDER
2095052

**DEALER INFORMATION**   FFL: 96822305
CUSTOM CASE FORMING
145 W 20TH ST
CHICO, CA 95928-0000
Phone:   (530) 342-9018   Ship-To-Date:   12/09/1999
         Ext:

*COUNT 18*
*ATF ITEM 150*

**SUMMARY OF RESULTS**
THIS FIREARM WAS TRACED TO A PURCHASER. THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED
ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE
FFL. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH
AT 1-800-788-7133.
**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023872
**FOR OFFICIAL USE ONLY**
000626

Page 1 of 2

THE FFL REPORTS A DISPOSITION OF THE FIREARM TO AN INDIVIDUAL; HOWEVER, NO ATF FORM 4473 FOR THE TRANSACTION COULD BE FOUND.
PURCHSAER BOUGHT 8 ADDITIONAL FIREARMS ON THE SAME DAY FROM THIS DEALER.



The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023872

**FOR OFFICIAL USE ONLY**

000627

Page 2 of  2



## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223
Print Date: May 21, 2018



**FIREARMS TRACE SUMMARY**

| Trace Number: T20180023901 | Request Date: January 19, 2018 | Completion Date: February 01, 2018 |

**FIREARM INFORMATION**

ERIK CROWDER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

Badge No:
Investigation No: 786035-16-0054

Manufacturer: MOLOT (VYATSKIE POLYANY MAC...
Model: VEPR
Caliber: 308
Serial Number: 1997CO7381
Type: RIFLE
Country: RUSSIA
Importer: ZDF IMPORT/EXPORT INC, SALT...
Obliterated:
(Identifying Marks)
NIBIN:
(Gang Name):

**RECOVERY INFORMATION**    Recovery Date: 01/17/2018
Time to Crime:

3408 ALOHA LN
CHICO, CA 95973
Possessor: DAVID EDWARD MARTIN
DOB: 07/15/1957
POB: UNITED STATES

**DEALER INFORMATION**

FFL: 15871845

EUCLID SALES CO INC
2511 FOREST PKWY
ELLENWOOD, GA 30294
Phone: (404) 366-1330    Ship-To-Date:    10/10/1998
Ext:

**ADMINISTRATIVE INFORMATION**

786035-16-0054
000151
EWCROWDER
2095219

COUNT 19
ATF ITEM 151

**SUMMARY OF RESULTS**

THIS FIREARM WAS TRACED TO A FEDERAL FIREARMS LICENSEE (FFL) WHO IS A WHOLESALE OR RETAIL DEALER THAT IS NO LONGER IN BUSINESS. THE FIREARM WAS NOT FOUND WITHIN THOSE RECORDS. FOR ANY QUESTIONS PLEASE CONTACT THE ATF NATIONAL TRACING CENTER AT 1-800-788-7133.

**Additional Remarks:**
PER ROBINSON THE SERIAL NUMBER WAS CHANGED FROM 1997C07381 TO 1997CO7381.

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023901
**FOR OFFICIAL USE ONLY**
**000605**

Page 1 of 1

25
26
27
28

**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223
Print Date: May 21, 2018



## FIREARMS TRACE SUMMARY

Trace Number: T20180023898      Request Date: January 19, 2018      Completion Date: February 22, 2018

ERIK CROWDER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

Badge No:
Investigation No: 786035-16-0054

### FIREARM INFORMATION
Manufacturer: MAADI COMPANY
Model: MISR
Caliber: 762
Serial Number: CM13732
Type: RIFLE
Country: EGYPT
Importer: CAI ST ALB VT - CENTURY ARM
Obliterated:
Identifying Marks:
NTN2:
Gang Name:

### RECOVERY INFORMATION
Recovery Date: 01/17/2018
Time to Crime: 6609 days

3108 ALOHA LN
CHICO, CA 95973
Possessor:   DAVID EDWARD MARTIN
DOB:         07/15/1957
POB:         UNITED STATES

### PURCHASER INFORMATION
DAVID EDWARD MARTIN
3108 ALOHA LN
CHICO, CA 95973
DOB: 07/15/1957
POB: UNITED STATES
Race: WHITE
Sex: Male
ID 1: CA DRIVER'S LICENSE- N6601958
ID 2: :
Contact the local ATF office for additional information.

Purchase Date: 12/10/1999

Height: 5 ft 8 in
Weight: 260 lbs

### DEALER INFORMATION
CUSTOM CASE FORMING                    FFL: 96822305
145 W 20TH ST
CHICO, CA 95928-0000
Phone:   (530) 342-9018    Ship-To-Date:   12/09/1999
         Ext:

### ADMINISTRATIVE INFORMATION
786035-16-0054
000152
EWCROWDER
2095213

COUNT 20
ATF ITEM 152

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER.  THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED
ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE
FFL.  FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH
AT 1-800-788-7133.

Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023898                                        Page 1 of 2
**FOR OFFICIAL USE ONLY**
000607

25
26
27
28

THE FFL REPORTS A DISPOSITION OF THE FIREARM TO AN INDIVIDUAL; HOWEVER, NO ATF FORM 4473 FOR THE TRANSACTION COULD BE FOUND. PURCHSAER BOUGHT 8 ADDITIONAL FIREARMS ON THE SAME DAY FROM THIS DEALER.



The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023898

**FOR OFFICIAL USE ONLY**
**000608**

Page 2 of 2

25
26
27
28

**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223
Print Date: May 21, 2018

## FIREARMS TRACE SUMMARY

Trace Number: T20180023950    Request Date: January 19, 2018    Completion Date: February 22, 2018

ERIK CROWDER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

**FIREARM INFORMATION**
Manufacturer: MAADI COMPANY
Model: MISR
Caliber: 762
Serial Number: CM13414
Type: RIFLE
Country: EGYPT
Importer: CAI/STKALB VT - CENTURY ARMS

Badge No:
Investigation No:  786035-16-0054

Obliterated:
Identifying Marks: MISR S/A
NIBRS:
Brand Name:

**RECOVERY INFORMATION**
Recovery Date: 01/17/2018
Time to Crime: 6609 days
3108 AROHA LN
CHICO, CA 95973

**PURCHASER INFORMATION**    Purchase Date: 12/08/1999
DAVID EDWARD MARTIN
3108 ALOHA LN
CHICO, CA 95973
DOB: 07/15/1957
POB: UNITED STATES
Race: WHITE
Sex: Male
ID 1: CA DRIVER'S LICENSE: N3601958
ID 2: :
Contact the local ATF office for additional information.

Possessor:  DAVID EDWARD MARTIN
DOB:        07/15/1957
POB:        UNITED STATES

**DEALER INFORMATION**    FFL: 96822305
CUSTOM CASE FORMING
145 W 20TH ST
CHICO, CA 95928-0000
Phone:  (530) 342-9018    Ship-To-Date:  12/09/1999
        Ext:

Height: 5 ft 8 in
Weight: 260 lbs

*COUNT  21*
*ATF  ITEM  153*

**ADMINISTRATIVE INFORMATION**
786035-16-0054
000153
EWCROWDER
2095065

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER.  THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE FFL.  FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023950                                      Page 1 of 2
**FOR OFFICIAL USE ONLY**
**000582**

25
26
27
28

152

THE FFL REPORTS A DISPOSITION OF THE FIREARM TO AN INDIVIDUAL; HOWEVER, NO ATF FORM 4473 FOR THE TRANSACTION COULD BE FOUND. PURCHSAER BOUGHT 8 ADDITIONAL FIREARMS ON THE SAME DAY FROM THIS DEALER.



The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023950

**FOR OFFICIAL USE ONLY**
000583

Page 2 of 2

25

26

27

28

**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone:(800) 788-7133 Fax:(800) 578-7223
Print Date: May 21, 2018

## FIREARMS TRACE SUMMARY

Trace Number: T20180023894    Request Date: January 19, 2018    Completion Date: February 22, 2018

ERIK CROWDER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

Badge No:
Investigation No: 786035-16-0054

### FIREARM INFORMATION

Manufacturer: MAADI COMPANY
Model: MISR
Caliber: 762
Serial Number: CM13729
Type: RIFLE
Country: EGYPT
Importer: CAI(S)-QLB VT - CENTURY ARMS
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### RECOVERY INFORMATION

Recovery Date: 01/17/2018
Time to Crime: 6609 days

3108 ALOHA LN
CHICO, CA 95973
Possessor: DAVID EDWARD MARTIN
DOB: 07/15/1957
POB: UNITED STATES

### PURCHASER INFORMATION

Purchase Date: 12/10/1999

DAVID EDWARD MARTIN
3108 ALOHA LN
CHICO, CA 95973
DOB: 07/15/1957
POB: UNITED STATES
Race: WHITE
Sex: Male
Height: 5 ft 8 in
Weight: 260 lbs
ID 1: CA DRIVER'S LICENSE-N5501958
ID 2: :
Contact the local ATF office for additional information.

### DEALER INFORMATION

FFL: 96822305

CUSTOM CASE FORMING
145 W 20TH ST
CHICO, CA 95928-0000
Phone: (530) 342-9018    Ship-To-Date: 12/09/1999
Ext:

*COUNT 22*

*ATF ITEM 154*

### ADMINISTRATIVE INFORMATION

786035-16-0054
000154
EWCROWDER
2095204

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE FFL. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.
Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023894
**FOR OFFICIAL USE ONLY**
000613

Page 1 of 2

25

26

27

28

THE FFL REPORTS A DISPOSITION OF THE FIREARM TO AN INDIVIDUAL; HOWEVER, NO ATF FORM 4473 FOR THE TRANSACTION COULD BE FOUND.
PURCHSAER BOUGHT 8 ADDITIONAL FIREARMS ON THE SAME DAY FROM THIS DEALER.



**The information in this report must be validated prior to use in any criminal proceedings.**

Trace: T20180023894

**FOR OFFICIAL USE ONLY**
**000614**

Page 2 of 2



25

26

27

28

**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
**NATIONAL TRACING CENTER**
Phone:(800) 788-7133   Fax:(800) 578-7223
Print Date: May 21, 2018



**FIREARMS TRACE SUMMARY**

Trace Number: T20180023932    Request Date: January 19, 2018    Completion Date: January 26, 2018

ERIK CROWDER
SACRAMENTO I FIELD OFFICE
1325 J STREET, SUITE 1520
SACRAMENTO, CA 95814
PHONE: (916) 498-5100 Ext:
FAX (916) 498-5097

Badge No:
Investigation No: 786035-16-0054

**FIREARM INFORMATION**
Manufacturer: DAEWOO
Model: K1A1
Caliber: 556
Serial Number: 011119
Type: RIFLE
Country: KOREA (REF. ONLY)
Importer: STOEGER INDUSTRIES INC. ACC...
Obliterated:
Identifying Marks:
NIBIN?
Brand Name:

**RECOVERY INFORMATION**    Recovery Date: 01/17/2018
Time to Crime:
3105 PIOHIA LN
CHICO, CA 95973
Possessor:    DAVID EDWARD MARTIN
DOB:    07/15/1957
POB:    UNITED STATES

**DEALER INFORMATION**    FFL: 96821426
SPIROPOULOS, THEOFANIS G
1547 STARR DR STE K
YUBA CITY, CA 95991-0000
Phone: (916) 674-8879    Ship-To-Date:   07/31/1985
Ext:

**ADMINISTRATIVE INFORMATION**
786035-16-0054
000155
EWCROWDER
2095179

*COUNT 23*
*ATF ITEM 155*

**SUMMARY OF RESULTS**

THIS FIREARM WAS TRACED TO A FEDERAL FIREARMS LICENSEE (FFL) WHO IS DECEASED AND RECORDS COULD NOT BE LOCATED. FOR ANY QUESTIONS PLEASE CONTACT THE ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.
Additional Remarks:

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20180023932
**FOR OFFICIAL USE ONLY**    Page 1 of 1
000591



PRESS FIRMLY TO SEAL

**UNITED STATES POSTAL SERVICE**® | **PRIORITY**® **MAIL**

U.S. POSTAGE PAID
$8.95

■ Expected delivery date specified for domestic use.
■ Most domestic shipments include up to $50 of insurance (restrictions apply).*
■ USPS Tracking® included for domestic and many international destinations.
■ Limited international insurance.**
■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
**See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

**TRACKED** | EXPECTED DELIVERY DAY: 08/18/22 | Pickup
USPS TRACKING® #

FROM: D. MARTIN
3108 ALOHA LN
CHICO, CA
95973

TO: JUDGE ROGER T. BENITEZ
RE: MILLER V. BONTA
EDWARD J. SCHWARTZ
UNITED STATES COURTHO
221 WEST BROADWAY
SAN DIEGO, CA