UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 23 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES MILLER; et al.,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California and LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms,<br><br>    Defendants - Appellants. | No. 21-55608<br><br>D.C. No. 3:19-cv-01537-BEN-JLB<br>U.S. District Court for Southern California, San Diego<br><br>**MANDATE** |

The judgment of this Court, entered August 01, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

            FOR THE COURT:

            MOLLY C. DWYER
            CLERK OF COURT

            By: David J. Vignol
            Deputy Clerk
            Ninth Circuit Rule 27-7

| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 1 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JAMES MILLER; et al.,

        Plaintiffs-Appellees,

  v.

ROB BONTA, in his official capacity as Attorney General of the State of California; LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms,

        Defendants-Appellants.

No. 21-55608

D.C. No. 3:19-cv-01537-BEN-JLB
Southern District of California,
San Diego

ORDER

Before: SILVERMAN, NGUYEN, and R. NELSON, Circuit Judges.

Appellants' motion to vacate the judgment challenged in this appeal and to remand for further proceedings (Docket Entry No. 22) is granted.

The district court's June 4, 2021 order and judgment are vacated. This case is remanded to the district court for further proceedings consistent with the United States Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. ____ (2022).

All other pending motions are denied as moot.

**VACATED and REMANDED.**

LCC/MOATT