BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

COOPER & KIRK, PLLC
DAVID H. THOMPSON*
PETER A. PATTERSON*
JOSEPH O. MASTERMAN*
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 220-9600
dthompson@cooperkirk.com

Counsel for Plaintiffs in
*Miller v. Bonta*, S.D. Cal. Case No. 3:22-CV-01446 ("*Miller II*")
*Motion to Appear Pro Hac Vice Forthcoming in *Miller II*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER et al.,<br><br>            Plaintiffs,<br><br>  v.<br><br>ROB BONTA, Attorney General of California, et al.,<br><br>            Defendants. | Case No.: 3:19-cv-01537-BEN-JLB<br><br>**NOTICE OF RELATED CASE (*Miller v. Bonta*, S.D. Cal. Case No. 3:22-CV-01446)**<br><br>**[CivLR 40.1.f]** |

TO THE COURT, CLERK OF THE COURT, AND TO ALL PARTIES IN THE RELATED CASES REFERENCED BELOW:

PLEASE TAKE NOTICE that, pursuant to S.D. CivLR 40.1.f, Plaintiffs in *Miller v. Bonta*, S.D. Cal. Case No. 3:22-cv-01446 ("*Miller II*," filed September 26, 2022) hereby serve this Notice of Related Case to show that these actions are related.

*Miller II* is a challenge to a recently-enacted California law that unconstitutionally imposes a one-way fee-shifting penalty in the government's favor; the law applies solely to litigation challenging state and local firearm regulations. 2022 Cal. Stat. ch. 146, § 2 (adding Code Civ. Proc. § 1021.11(a)). Section 1021.11 makes plaintiffs in such actions, as well as their attorneys and their attorneys' firms, liable for the government's attorney's fees and costs if the case results in anything short of total victory for plaintiffs on every claim.

*Miller II* is related to this action under CivLR 40.1.g.1. Plaintiffs in *Miller II* are litigants, lawyers, and law firms who have brought claims in this action. The Defendants in *Miller II*, Attorney General Bonta and Director Lopez, are also defendants in in this action. Moreover, Plaintiffs' claims in *Miller II* result from their claims here. Plaintiffs face the threat of a ruinous fee award under Section 1021.11 if they do not prevail on every claim in this case, requiring them to bring claims in *Miller II* for declaratory and injunctive relief against Section 1021.11. Accordingly, the assignment of *Miller II* and this action to a single district judge will affect a saving of judicial effort and other economies.

Pursuant to CivLR 40.1.h, the Clerk of the Court is therefore requested to report the related cases to "the judges concerned at the earliest date practicable."

| | | |
|---|---|---|
| 1 | Dated: September 26, 2022 | BENBROOK LAW GROUP, PC |
| 2 | | |
| 3 | | By _____ |
| 4 | | BRADLEY A. BENBROOK<br>Attorneys for Plaintiffs |