ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ANNA FERRARI
Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendants Rob Bonta and
Blake Graham, in their official capacities*[1]

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA ATTORNEY GENERAL ROB BONTA et al.,**<br><br>Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>**DEFENDANTS' OBJECTION TO NOTICE OF RELATED CASE**<br><br>Courtroom:  5A<br>Judge:  Hon. Roger T. Benitez<br><br>Action Filed:  August 15, 2019 |

---

[1] Rob Bonta has succeeded former Attorney General Xavier Becerra as the Attorney General of the State of California, and Acting Director of the Bureau of Firearms Blake Graham has succeeded former Interim Director Brent E. Orick. Pursuant to Federal Rule of Civil Procedure 25(d), Attorney General Bonta and Acting Director Graham, in their respective official capacities, are substituted as the defendants in this case.

Defendants' Objection to Notice of Related Case
(3:19-cv-01537-BEN-JLB)

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendants Rob Bonta, in his official capacity as the Attorney General of the State of California, and Blake Graham, in his official capacity as the Acting Director of the California Department of Justice Bureau of Firearms (together, "Defendants"), hereby object to the Notice of Related Case filed in his action. Dkt. 134.

The Notice of Related Case contends that this action is related to *Miller v. Bonta*, No. 22-cv-01446-RSH-DEB (S.D. Cal.), a newly filed action in the Southern District of California. It is not. Under Local Civil Rule 40.1(g), an action may be related to another action where both actions involve (i) "some of the same parties and are based on the same or similar claims," (ii) the same "property, transaction, patent, trademark, or event," or (iii) "substantially the same facts and the same questions of law." Actions involve the same or similar "claims" where they arise out of the same nucleus of operative facts. *See Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 714 (9th Cir. 2001) (noting that claims are sufficiently similar for res judicata purposes where they "arise out of the same transactional nucleus of facts").

The new *Miller* action has been brought by some of the same plaintiffs in this case against the same defendants in this case, *see* Dkt. 134 at 1, but the similarities end there. Plaintiffs' claims in the new *Miller* action do not "result" from their claims in this case, which challenges California's Assault Weapons Control Act under the Second Amendment. Instead, plaintiffs in the new *Miller* action assert entirely different claims under the Supremacy Clause, the First Amendment, and the Equal Protection Clause, respectively, against a fee-shifting provision contained in Senate Bill 1327 (Stats. 2022, ch. 146 § 2), a newly enacted statute adding section 1021.11 to the California Code of Civil Procedure, which will not become effective until January 1, 2023.

Judicial resolution of the new *Miller* action will involve consideration of different legislative records and different facts than those at issue here. The new case does not involve the same or similar claims, the same property, transaction or event, or substantially the same facts and legal questions as are presented in this action. Accordingly, it fails to satisfy any of the requirements for relatedness enumerated in Local Civil Rule 40.1(g). The constitutionality of section 1021.11 may be assessed independently of this case, and the interests of judicial economy would not be served by deeming the new *Miller* action as related to this case. Indeed, Plaintiffs sought leave to amend their complaint in this case to add claims challenging the constitutionality of section 1021.11, *see* Dkt. 128-1, but the Court denied their request at the hearing on August 29, 2022.

For these reasons, Defendants respectfully object to the Notice of Related Case filed in this action. Dkt. 134.

Dated: September 27, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ANNA FERRARI
Deputy Attorney General

s/ John D. Echeverria

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendants Rob Bonta and Blake Graham, in their official capacities*

# CERTIFICATE OF SERVICE

Case Name:  *Miller et al. v. Bonta, et al.*     Case No.  **3:19-cv-01537-BEN-JLB**

I hereby certify that on September 27, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' OBJECTION TO NOTICE OF RELATED CASE**

I am employed by the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am over the age of 18 years and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.

Participants in the case who are registered CM/ECF users will be served electronically by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On September 27, 2022, I placed true copies thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed to the individuals listed on the following "Service List."

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on September 27, 2022, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|---|---|
| Declarant | Signature |

# SERVICE LIST

| | |
|---|---|
| Bradley A. Benbrook<br>Stephen M. Duvernay<br>BENBROOK LAW GROUP, PC<br>701 University Avenue, Suite 106<br>Sacramento, CA 95825<br><br>*Counsel for Plaintiffs in*<br>*Miller v. Bonta, S.D. Cal.*<br>*Case No. 3:22-CV-01446 ("Miller II")*<br><br>**Served via U.S. Mail** | David H. Thompson<br>Peter A. Patterson<br>Joseph O. Masterman<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, NW<br>Washington, D.C. 20036<br><br>*Counsel for Plaintiffs in*<br>*Miller v. Bonta, S.D. Cal.*<br>*Case No. 3:22-CV-01446 ("Miller II")*<br><br>**Served via U.S. Mail** |
| George Montgomery Lee<br>SEILER EPSTEIN LLP<br>275 Battery Street Suite 1600<br>San Francisco, CA 94111<br><br>*Counsel for Plaintiffs*<br><br>**Served via U.S. Mail and CM/ECF System** | John W. Dillon<br>DILLON LAW GROUP, APC 2647<br>Gateway Road, Suite 105 #255<br>Carlsbad, CA 92009<br><br>*Counsel for Plaintiffs*<br><br>**Served via U.S. Mail and CM/ECF System** |
| Hannah Elizabeth Shearer<br>GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE<br>268 Bush Street #555<br>San Francisco, CA 94104<br><br>**Served via U.S. Mail** | |