# CERTIFICATE OF SERVICE

Case Name:  *Miller et al. v. Bonta, et al.*     Case No.  **3:19-cv-01537-BEN-JLB**

I hereby certify that on October 13, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S ORDER OF AUGUST 29, 2022**

**SUPPLEMENTAL DECLARATION OF LUCY P. ALLEN**

**DECLARATION OF RYAN BUSSE**

**DECLARATION OF SAUL CORNELL**

**SUPPLEMENTAL DECLARATION OF JOHN J. DONOHUE**

**SUPPLEMENTAL DECLARATION OF LOUIS KLAREVAS**

**DECLARATION OF BRENNAN RIVAS**

**DECLARATION OF RANDOLPH ROTH**

**DECLARATION OF ROBERT SPITZER**

**DECLARATION OF MICHAEL VORENBERG**

I certify that **all** participants in the case are registered CM/ECF users and that service will be electronically accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on October 13, 2022, at San Francisco, California.


| Vanessa Jordan | *Vanessa Jordan* |
|---|---|
| Declarant | Signature |