FRESHFIELDS BRUCKHAUS DERINGER US LLP
Jennifer Loeb
jennifer.loeb@freshfields.com
700 13th Street, NW, 10th Floor
Washington, District of Columbia, 20005
Telephone: 202 777 4500
Facsimile: 202 777 4555

Attorney for *Amicus Curiae*
Giffords Law Center to Prevent Gun Violence

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al., | Case No. 3:19-CV-1537-BEN-JLB |
| Plaintiffs, | **NOTICE OF APPEARANCE OF JENNIFER LOEB** |
| v. | |
| ROB BONTA, in his official capacity as Attorney General of the State of California, et al., | |
| Defendants. | |

FRESHFIELDS
BRUCKHAUS DERINGER
US LLP
ATTORNEYS AT LAW
WASHINGTON, DC

NOTICE OF APPEARANCE OF
JENNIFER LOEB
3:19-CV-1537-BEN-JLB

**PLEASE TAKE NOTICE** that Jennifer Loeb of the law firm Freshfields Bruckhaus Deringer LLP, an attorney admitted to practice in the State of California, hereby appears as counsel of record for *amicus curiae* Giffords Law Center to Prevent Gun Violence, and respectfully requests that all pleadings and other documents be served upon her, as identified below:

>Jennifer Loeb
>jennifer.loeb@freshfields.com
>Freshfields Bruckhaus Deringer LLP
>700 13th Street, NW
>Washington, DC 20005
>Telephone: (202) 777-4524
>Facsimile: (202) 777 4555

Dated: October 20, 2022

Respectfully Submitted,

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ Jennifer Loeb

Jennifer Loeb, SBN 266235
Freshfields Bruckhaus Deringer US LLP

Attorney for *Amicus Curiae* Giffords Law Center to Prevent Gun Violence