FRESHFIELDS BRUCKHAUS DERINGER
  US LLP
JENNIFER LOEB, SBN 266235
jennifer.loeb@freshfields.com
700 13th Street, NW, 10th Floor
Washington, District of Columbia, 20005
Telephone:   202 777 4500
Facsimile:   202 777 4555

TIMOTHY HOWARD, *pro hac vice* pending
timothy.howard@freshfields.com
601 Lexington Ave., 31st Floor
New York, New York, 10022
Telephone:   212 230 4690

Attorneys for *Amicus Curiae*
Giffords Law Center to Prevent Gun Violence

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, et al., <br><br> Defendants. | Case No. 3:19-CV-1537-BEN-JLB <br><br> **NOTICE OF MOTION AND MOTION FOR RECONSIDERATION** <br><br> **Hearing:** <br> Date:      November 21, 2022 <br> Time:      10:30 A.M. |

FRESHFIELDS
BRUCKHAUS DERINGER
US LLP
ATTORNEYS AT LAW
WASHINGTON, DC

NOTICE OF MOTION AND MOTION FOR
RECONSIDERATION
3:19-CV-1537-BEN-JLB

**TO THE HONORABLE COURT AND COUNSEL FOR ALL PARTIES:**

**PLEASE TAKE NOTICE** that on November 21, 2022, at 10:30 A.M., or at such other date and time set by and before the Honorable Roger T. Benitez, proposed *Amicus Curiae* Giffords Law Center to Prevent Gun Violence ("Giffords Law Center"), will, and hereby does respectfully, move for reconsideration of the Court's August 3, 2020 order, Dkt. No. 43, denying its motion for leave to file an *amicus curiae* brief, Dkt. No. 35. This motion is made pursuant to the Court's inherent power to review and revise its orders, *see Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1, 12 (1983); *see also Gross, v. GG Homes, Inc.*, No. 21-CV-00271, 2021 WL 4804464, at *1 (S.D. Cal. Oct. 14, 2021); *United States v. Houser*, 804 F.2d 565, 567 (9th Cir. 1986); Fed. R. Civ. P. 54(b), as well as S.D. Cal. Civ. R. 7.1(i), and Rule 60(b)(6) of the Federal Rules of Civil Procedure.

By this motion, Giffords Law Center seeks reconsideration of the Court's ruling on the following grounds:

(1) the Supreme Court's decision in *New York State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022), constitutes an intervening change in the law that controls this Court's resolution of Plaintiffs' claims; and

(2) this changed analysis now requires extensive, specialized knowledge in historical and modern gun regulations, expertise that was not required when the Court initially denied Giffords Law Center's motion to participate as amicus curiae.

Given this change in the law, the unique expertise that Giffords Law Center offers will aid the Court in its analysis to an even greater degree than before *Bruen* was decided. This warrants reconsideration of the Court's previous order denying leave to file an *amicus* brief.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying Certified

FRESHFIELDS
BRUCKHAUS DERINGER
US LLP
ATTORNEYS AT LAW
WASHINGTON, DC

NOTICE OF MOTION AND MOTION FOR
RECONSIDERATION
3:19-CV-1537-BEN-JLB

1   Statement, all pleadings and papers on file in this action, and upon such additional

2   matters as may be presented to and accepted by the Court at the time of the hearing.

3           WHEREFORE, for all of the reasons above and set forth in the

4   accompanying Memorandum, Giffords Law Center respectfully requests that the

5   Court grant this motion, reconsider its order of August 3, 2020, and grant Giffords

6   Law Center leave to file an amicus brief in this matter.

7

8

9

10   Dated:          October 20, 2022              Respectfully Submitted,

11

12                                               FRESHFIELDS BRUCKHAUS
                                                 DERINGER US LLP

13

14                                               By:/s/ Jennifer Loeb

15                                                    Jennifer Loeb

16                                               Jennifer Loeb, SBN 266235
                                                 Freshfields Bruckhaus Deringer US LLP
17                                               700 13th Street, NW, 10th Floor
                                                 Washington, District of Columbia, 20005
18                                               Telephone:  202 777 4500
                                                 Facsimile:   202 777 4555
19                                               jennifer.loeb@freshfields.com

20                                               Timothy Howard*
                                                 Freshfields Bruckhaus Deringer US LLP
21                                               601 Lexington Ave., 31st Floor
                                                 New York, New York, 10022
22                                               Telephone:   212 230 4690
                                                 timothy.howard@freshfields.com
23
                                                 Attorneys for *Amicus Curiae*
24                                               Giffords Law Center to Prevent Gun
                                                 Violence
25

26

27

28

_____

* Pro hac vice application pending.

FRESHFIELDS
BRUCKHAUS DERINGER
US LLP
ATTORNEYS AT LAW
WASHINGTON, DC

2

NOTICE OF MOTION AND MOTION FOR
RECONSIDERATION
3:19-CV-1537-BEN-JLB