FRESHFIELDS BRUCKHAUS DERINGER US LLP
JENNIFER LOEB, SBN 266235
jennifer.loeb@freshfields.com
700 13th Street, NW, 10th Floor
Washington, District of Columbia, 20005
Telephone:  202 777 4500
Facsimile:   202 777 4555

TIMOTHY HOWARD, *pro hac vice* pending
timothy.howard@freshfields.com
601 Lexington Ave., 31st Floor
New York, New York, 10022
Telephone:  212 230 4690

Attorneys for *Amicus Curiae*
Giffords Law Center to Prevent Gun Violence

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,<br><br>Defendants. | Case No. 3:19-CV-1537-BEN-JLB<br><br>**CERTIFIED STATEMENT IN SUPPORT OF MOTION FOR RECONSIDERATION**<br><br>**Hearing:**<br>Date:    November 21, 2022<br>Time:    10:30 A.M. |

FRESHFIELDS
BRUCKHAUS DERINGER
US LLP
ATTORNEYS AT LAW
WASHINGTON, DC

CERTIFIED STATEMENT IN SUPPORT OF
MOTION FOR RECONSIDERATION
3:19-CV-1537-BEN-JLB

Pursuant to Local Rule 7.1(i), I, Jennifer Loeb, declare and state the following:

1. I am an attorney at law, duly licensed to practice before the state courts of the State of California, and admitted to practice in the District Court for the Southern District of California. I am counsel at the law firm of Freshfields Bruckhaus Deringer US LLP, attorneys for proposed *amicus curiae* Giffords Law Center to Prevent Gun Violence ("Giffords Law Center").

2. I make this declaration in support of Giffords Law Center's Motion for Reconsideration of the Court's July 30, 2020, order. The facts set forth herein are true of my own personal knowledge.

3. On January 24, 2020, Giffords Law Center filed a Motion for Leave to File Amicus Curiae Brief in front of Judge Roger T. Benitez. Dkt. No. 35.

4. Giffords Law Center sought to file its amicus brief in opposition to Plaintiffs' motion for preliminary injunction and sought to aid the court in determining whether California's Assault Weapon Control Act violates Plaintiffs' Second Amendment rights. Dkt. No. 22.

5. On July 30, 2020, Giffords Law Center's motion was denied. Dkt. No. 43.

6. New facts and circumstances have since arisen that did not exist on January 24, 2020, or July 30, 2020.

7. Namely, on June 23, 2022, the Supreme Court issued its decision in *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022).

8. This decision significantly and materially alters the analysis that district courts must undertake when determining if a government regulation or law violates the Second Amendment.

FRESHFIELDS
BRUCKHAUS DERINGER
US LLP
ATTORNEYS AT LAW
WASHINGTON, DC

CERTIFIED STATMENT IN SUPPORT OF
MOTION FOR RECONSIDERATION
3:19-CV-1537-BEN-JLB

| | |
|---|---|
| Dated: October 20, 2022 | FRESHFIELDS BRUCKHAUS DERINGER US LLP |

By:/s/ Jennifer Loeb
    Jennifer Loeb

Jennifer Loeb, SBN 266235
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW, 10th Floor
Washington, District of Columbia, 20005
Telephone:  202 777 4500
Facsimile:   202 777 4555
jennifer.loeb@freshfields.com

Attorneys for *Amicus Curiae* Giffords Law Center to Prevent Gun Violence