ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ANNA FERRARI
Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendants Rob Bonta and Blake Graham, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER et al.,**<br><br>                             Plaintiffs,<br><br>   v.<br><br>**CALIFORNIA ATTORNEY GENERAL ROB BONTA et al.,**<br><br>                             Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>**NOTICE OF LODGMENT OF COMPENDIA**<br><br>Courtroom:  5A<br>Judge:         Hon. Roger T. Benitez<br><br>Action Filed:  August 15, 2019 |

Defendants Attorney General Rob Bonta and Blake Graham, in their official capacities, hereby give notice that they have lodged with the Court the works and articles required by the Court's October 14, 2022 Minute Order (ECF No. 138).

Defendants have lodged these materials, comprising ten (10) separate volumes, with the Court as follows:

(1) Compendium of Works Cited in Defendants' Supplemental Brief;
(2) Compendium of Works Cited in Declaration of Lucy P. Allen;
(3) Compendium of Works Cited in Declaration of Ryan Busse;
(4) Compendium of Works Cited in Declaration of Saul Cornell;
(5) Compendium of Works Cited in Declaration of John J. Donohue;
(6) Compendium of Works Cited in Declaration of Louis Klarevas;
(7) Compendium of Works Cited in Declaration of Brennan Rivas;
(8) Compendium of Works Cited in Declaration of Randolph Roth;
(9) Compendium of Works Cited in Declaration of Robert Spitzer; and
(10) Compendium of Works Cited in Declaration of Michael Vorenberg.

Dated: October 21, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ANNA FERRARI
Deputy Attorney General

s/ John D. Echeverria

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendants Rob Bonta and Blake Graham, in their official capacities*