1   ROB BONTA
    Attorney General of California
2   P. PATTY LI
    Supervising Deputy Attorney General
3   ANNA FERRARI
    Deputy Attorney General
4   JOHN D. ECHEVERRIA
    Deputy Attorney General
5   State Bar No. 268843
      455 Golden Gate Avenue, Suite 11000
6     San Francisco, CA  94102-7004
      Telephone:  (415) 510-3479
7     Fax:  (415) 703-1234
      E-mail:  John.Echeverria@doj.ca.gov
8   *Attorneys for Defendants Rob Bonta and*
    *Blake Graham, in their official capacities*
9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12                        CIVIL DIVISION

13

14  **JAMES MILLER et al.,**                Case No. 3:19-cv-01537-BEN-JLB

15                          Plaintiffs,
                                          **COMPENDIUM OF WORKS**
16         **v.**                         **CITED IN SUPPLEMENTAL**
                                          **DECLARATION OF LUCY P.**
17                                        **ALLEN**

18  **CALIFORNIA ATTORNEY**               Courtroom:    5A
    **GENERAL ROB BONTA et al.,**         Judge:        Hon. Roger T. Benitez
19
                          Defendants.     Action Filed:  August 15, 2019
20

21

22

23

24

25

26

27

28                                   1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**INDEX**

| Works | Decl. Page | Compendium Page No. |
|---|---|---|
| "About Heritage," The Heritage Foundation | 2 n.4 | 01-08 |
| "Assault Weapons," Giffords Law Center | 4 n.13 | 09-21 |
| "Defensive Gun Uses in the U.S.," The Heritage Foundation (as of October 7, 2022) | 2 n.6 | 22-23 |
| "Firearms," The Heritage Foundation | 2 n.5 | 24-28 |
| "Governor Carney Signs Package of Gun Safety Legislation," Delaware.gov, June 30, 2022 | 4-5 n.13 | 29-33 |
| Heritage Foundation, Defensive Gun Use Database | 4-5 | 34 |

# About Heritage

*Mission* ⌄

## Every day, The Heritage Foundation is building an America where freedom, opportunity, prosperity, and civil society flourish.

*Heritage's mission is to formulate and promote public policies based on the principles of free enterprise, limited government, individual freedom, traditional American values, and a strong national defense.*

*>> Heritage's Strategic Priorities: Fighting for America's Future*

1

*Providing Solutions—researching, developing, and promoting innovative solutions*

**2**

*Mobilizing Conservatives—uniting the conservative movement to work together*

**3**

*Training Leaders—preparing future generations who will lead America*

Now more than ever, the American people need a champion to preserve the great American experiment and everything good and

just that it represents.

That's why The Heritage Foundation exists. We champion policy solutions that benefit all Americans. But Heritage is also much more than a think tank.

Every day, Heritage works in our nation's capital to build an America where freedom, opportunity, prosperity, and civil society flourish.

But unlike so many other organizations in Washington, D.C., The Heritage Foundation's focus isn't on putting more power into the hands of government—it's on returning power to the people.

That's why we don't work on behalf of any special interest or political party. Instead, our commitment is to the American people, which is why more than 500,000 members support our work.

Heritage's world-renowned experts—deeply experienced in business, government, the military, nonprofits, academia, and communications— spend each day developing innovative solutions to the issues America faces. From empowering parents in education, reversing growing spending and inflation, and protecting the unborn, to securing America's borders, countering the threat of Communist China, holding Big Tech accountable, and ensuring free and fair elections—Heritage is on the front lines in the fight to help Americans thrive.

Our team then takes those solutions directly to decisionmakers in government, to turn ideas into action. Heritage has been consistently ranked the No. 1 think tank in the world for it.

But we don't stop there. We also:

- communicate to citizens how government can work more effectively for all Americans, through traditional media, social media platforms, and Heritage's in-house outlet for news and commentary, The Daily Signal;
- engage with the international community to promote freedom, peace, and trade that benefits America and the world;
- train the leaders of tomorrow who will lead America to a brighter future; and
- help unite the conservatives around principles and ideas that strengthen our cause ... and the nation.



Recognizing that elected leaders are more responsive to adopting policy solutions when they know the American people already support them, Heritage created Heritage Action for America. Heritage Action

works with lawmakers to implement Heritage Foundation solutions while it also organizes nearly 20,000 Sentinel activists and more than 2 million local grassroots activists around the nation to push for their adoption. Heritage Action ensures that citizens are speaking up and their elected officials hear their voices.

Heritage doesn't do all of this alone, however. It's only thanks to our 500,000 members that we have the ability to engage on all of these fronts in the fight to save America. In this fight, our members are truly our partners.

That's why we invite you to stand with us—because there's too much at stake to stand on the sidelines.

It's only with your help that we can ensure America remains a land of flourishing opportunity and home of the freest, most prosperous people the world has ever known.

## Our Team

Meet the Team   >

Our expert staff—with years of experience in business, government, communications, and on Capitol Hill—develops and communicates unmatched conservative policy research to Congress, the Executive Branch, and the American people.

## Board of Trustees

*Meet the Board* ›

The Heritage Foundation is governed by an independent Board of Trustees.

## Research Independence and Integrity

*Learn More* ›

Heritage's success rests on the quality, rigor, depth, and independent nature of our research and analysis. Heritage carefully protects this precious asset—its research independence and integrity—to ensure that our work is beholden to no outside party or interest.

## Jobs at Heritage

*Find a Job Opening* ›

Working at Heritage is more than a job; it's a career and a cause. Join the Heritage team and help us formulate and promote conservative public policies.

## Internships

*Learn More*   ›

Join sharp, principled college and graduate students from around the country as part of The Young Leaders Program, Washington, D.C.'s premier internship.

---

# Financial Information

*Learn More About Heritage's Finances*   ›

The steadfast support of Heritage members, combined with our operational effectiveness, allows us to drive policy debates and accomplish our goals while being good stewards of our members' financial contributions.

Heritage Impact

# Learn About
## Our Impact



August 29, 2022

Heritage's Pressure Makes District of Columbia Delay Vaccine Mandate for Schoolchildren

August 23, 2022

Heritage President Visits Guatemala to Strengthen Ties, Speak at National Prayer Breakfast

August 22, 2022

Heritage's Solutions Journal Wins National Graphic Design Award

HARDWARE & AMMUNITION

Assault Weapons

BROWSE STATE LAWS

SHARE         

Assault weapons are designed for the battlefield and pose a serious public safety risk, making it easier for shooters to kill more people more quickly.

In the past decade, shooters armed with assault weapons have wreaked havoc in our nation's public spaces, from movie theaters and schools to churches, festivals, and city streets. These civilian versions of weapons created for the military are designed to kill humans quickly and efficiently. In the absence of federal legislation regulating assault weapons, states must take it upon themselves to protect their residents from these deadly weapons.

## BACKGROUND

**MEMO: Regulating Assault Weapons under the National Firearms Act**



**DOWNLOAD PDF**

Assault weapons are a class of semi-automatic firearm specifically designed to kill humans quickly and efficiently. They are a relatively new class of weapon—during the 1980s, the gun industry sought to reverse a decline in consumer demand for guns by developing and marketing new types of weapons based on high-powered military designs.[1] Between 1994 and 2004, certain "semiautomatic assault weapons" were banned at the federal level, but currently there is no federal law regulating these highly lethal weapons.

Wounds caused by assault weapons are more severe and lethal than wounds caused by other firearms, and, particularly when paired with large capacity magazines, assault weapons can injure more people more quickly. **Because of this lethality, assault weapons are frequently the guns of choice for individuals who carry out horrific public attacks.**

Assault weapons have been used in the seven deadliest mass shootings in the last decade.

An analysis of public mass shootings resulting in four or more deaths found that more than 85% of such fatalities were caused by assault rifles.[2]

An assailant with an assault rifle is able to hurt and kill twice the number of people compared to an assailant with a non-assault rifle or handgun.[3]

**A growing body of research demonstrates that banning assault weapons can help to prevent gun violence.** Studies of both the lapsed federal assault weapons ban and state-level assault weapons bans show that these laws help to reduce fatalities and injuries from mass shootings, as well as the use of assault weapons in crime.

> During the 10-year period the federal assault weapons ban was in effect, mass shooting fatalities were 70% less likely to occur compared to the periods before and after the ban.[4]
>
> Studies also suggest that state level assault weapons bans help to prevent mass shooting deaths.[5]
>
> In several major cities, the share of recovered crime guns that were assault weapons declined by at least 32% after the federal ban was adopted.[6]
>
> Importantly, researchers have been able to demonstrate that the federal assault weapons ban prevented mass shootings and decreased the diversion of assault weapons to criminal use, despite limitations in law which allowed manufacturers to circumvent the regulations.

**The American public strongly supports efforts to better regulate assault weapons.** 67% of Americans— including half of all Republicans—support a ban on assault weapons.[7]

## SUMMARY OF FEDERAL LAW

### THE LAPSED FEDERAL ASSAULT WEAPONS BAN

In 1994, Congress adopted the Violent Crime Control and Law Enforcement Act of 1994, which made it "unlawful for a person to manufacture, transfer, or possess" a semiautomatic assault weapon.[8] The law was adopted with a sunset clause, however, and expired in 2004, despite overwhelming public support for its renewal. Thus, **semi-automatic, military style weapons that were formerly banned under federal law are now legal unless banned by state or local law.**

The 1994 act defined the phrase "semiautomatic assault weapon" to include 19 named firearms and copies of those firearms, as well as certain semi-automatic rifles, pistols, and shotguns with at least two specified characteristics from a list of features.[9] The full "semiautomatic assault weapon" definition from the 1994 act is

available here. The federal ban also prohibited the transfer and possession of any new large capacity ammunition magazine.[10] Additional information is available in our summary on Large Capacity Magazines.

## SUPPORT GUN SAFETY

We're in this together. To build a safer America—one where children and parents in every neighborhood can learn, play, work, and worship without fear of gun violence—we need you standing beside us in this fight.

| $10 | $20 | $50 |
|---|---|---|

| $100 | OTHER |
|---|---|

DONATE

---

**70%**

**LOWER LIKELIHOOD OF MASS SHOOTING DEATHS**

While the federal assault weapons ban was in effect, mass shooting fatalities were 70% less likely to occur.

As described above, **studies show that the federal assault weapons ban resulted in a marked decrease in the use of assault weapons and large capacity ammunition magazines in crime.**

The 1994 act did suffer from notable limitations, however. The two-feature test and the inclusion of some purely cosmetic features created a loophole that allowed manufacturers to successfully circumvent the law by making minor modifications to the weapons they already produced. The law also did not prohibit the continued transfer or possession of assault weapons manufactured before the law's effective date. Manufacturers took advantage of this loophole by boosting production of assault weapons in the months leading up to the ban, creating a legal stockpile of these guns.

### THE BAN ON THE IMPORTATION OF NON-SPORTING FIREARMS AND THEIR PARTS

Federal law prohibits any person from importing a firearm unless authorized by the US attorney general.[11] The

attorney general must authorize the importation of any firearm that "is generally recognized as particularly suitable for or readily adaptable to sporting purposes, excluding surplus military firearms."[12] Federal law also prohibits any person from assembling from imported parts any semiautomatic rifle or any shotgun which is identical to any rifle or shotgun prohibited from importation.[13]

In 1998, ATF announced that semiautomatic rifles capable of accepting large capacity ammunition magazines "are not generally recognized as particularly suitable for or readily adaptable to sporting purposes and are therefore not importable."[14] However, a 2011 report by three US Senators found that, "Since the Clinton Administration's efforts, the Gun Control Act of 1968's prohibition against non-sporting firearms has not been aggressively enforced, and many military-style, non-sporting rifles have flowed into the United States civilian market."[15]

## SUMMARY OF STATE LAW

### EIGHT STATES AND THE DISTRICT OF COLUMBIA HAVE ENACTED LAWS BANNING ASSAULT WEAPONS

California, Connecticut, Delaware, Hawaii, Maryland, Massachusetts, New Jersey, New York, and the District of Columbia prohibit assault weapons. The earliest of these assault weapon restrictions was enacted in the District of Columbia as part of a 1932 federal law, with the remainder of states first adopting legislation to prohibit assault weapons later in the 20th century.[16] In addition, Minnesota and Virginia regulate assault weapons.[17]

**Assault weapons bans can be categorized according to:**

1. The definition(s) of "assault weapon"

2. The activities that are prohibited

3. Whether pre-ban weapons are exempted

4. Whether exempted pre-ban weapons (legacy weapons) must be registered

5. How transportation, transfer, and possession of legacy weapons are treated

**State Assault Weapons Bans**

| State | List Banned by Name | Generic Feature Definition | Requires Registration of Legacy Weapons |
|---|---|---|---|
| California[18] | Yes | Yes (One-Feature) | Yes |
| Connecticut[19] | Yes | Yes (One-Feature) | Yes |
| Delaware[20] | Yes | Yes (One-Feature) | No |
| District of Columbia[21] | Yes | Yes (One-Feature) | N/A[22] |
| Hawaii[23] (assault pistols only) | No | Yes (Two-Feature) | Yes |
| Maryland[24] | Yes | Yes (Two-Feature) | No[25] |
| Massachusetts[26] | Yes | Yes (Two-Feature) | No |
| New Jersey[27] | Yes | No[28] | Yes |
| New York[29] | No | Yes (One-Feature) | Yes |

**States that Regulate (But Do Not Ban) Assault Weapons**

Minnesota[30]

Virginia[31]

## DESCRIPTION OF STATE LAWS BANNING ASSAULT WEAPONS

Some state assault weapons bans prohibit specific weapons by listing them by name. Some state assault weapons bans list features that, when present, qualify a gun as an assault weapon. The latter are known as generic feature tests. **Generic feature tests—emphasizing high capacity and enhanced control during firing—are intended to identify assault weapons based on the military features that enhance a weapon's lethality.** Generic feature tests requiring a weapon to have only one of a list of features are more comprehensive than those that require two. A one-feature test captures more assault weapons and makes it harder for the gun industry to evade the law by slightly modifying banned weapons.

**Prohibited Activities**

Assault weapons bans vary as to which activities are prohibited. California prohibits the broadest range of activities. Both California and Connecticut prohibit possession, distribution, importation, transportation, and keeping or offering for sale of assault weapons.[32] In addition, California prohibits the manufacture and transfer of assault weapons, while Connecticut also prohibits giving an assault weapon to another person. New Jersey and New York laws prohibit the manufacture, transportation, sale, shipping, transfer, disposing, and possession of assault weapons. Maryland prohibits the possession, sale, offering for sale, transfer, purchase, receipt, or transportation of assault weapons into the state. Delaware prohibits the manufacture, sale, transfer, receipt, and possession of an assault weapon.

**Legacy Weapons Owned Prior to a Ban**

7

DEADLIEST MASS SHOOTINGS INVOLVED ASSAULT WEAPONS
Assault weapons were used in the seven deadliest mass shootings of the last decade. Designed for combat, assault weapons enable shooters to kill more people more quickly.

Assault weapons bans differ in their treatment of pre-ban weapons. The District of Columbia does not allow the possession of pre-ban weapons. Every state with a ban has legacy provisions that exempt pre-ban weapons, meaning that individuals who possessed prohibited assault weapons prior to the ban may generally keep them—provided that certain requirements are met. California, Connecticut, Hawaii, New Jersey, and New York, for example, require registration of such weapons.[33] New Jersey's law is particularly strong because only assault weapons with a legitimate target-shooting purpose may be registered (effectively requiring over 60 models, types and series of assault weapons to be transferred out of state, rendered inoperable, or surrendered to law enforcement). Maryland required registration of legacy assault pistols but not assault long guns. See our summary on the Registration of firearms for further information about registration systems.

California, Connecticut, Hawaii, Maryland, and New York prohibit transfer of all or most legacy weapons owned prior to the adoption of a ban. California, Connecticut, and Delaware limit the places where a legacy weapon may be possessed.[34] In Massachusetts and New Jersey, legacy weapons may only be sold and possessed if the owner has a license. Additional information on licensing of firearm owners is contained in our summary on Licensing.

**The Takings Clause**

Bans on assault weapons—whether they contain legacy provisions or not—do not present a problem under The Takings Clause of the Fifth Amendment.

**The Second Amendment**

Assault weapons bans have been upheld again and again over the years in both state and federal courts.[35] The notion that such laws violate the Second Amendment has been soundly rejected.

**GET THE FACTS**

Gun violence is a complex problem, and while there's no one-size-fits-all solution, we must act. Our reports bring you the latest cutting-edge research and analysis about strategies to end our country's gun violence crisis at every level.

**LEARN MORE**



## STATE REGULATIONS GOVERNING ASSAULT WEAPONS

**Minnesota**

Minnesota prohibits the possession of "semiautomatic military-style assault weapons" by persons under 18 years of age, as well as other prohibited persons, and imposes additional restrictions on transfers through firearms dealers.

**Virginia**

Virginia limits the knowing and intentional possession and transportation of certain semi-automatic "assault firearms" to citizens and permanent residents age 18 and older. These weapons may not be carried, loaded, in public places in certain cities and counties. Virginia also imposes a general ban on the importation, sale, possession, and transfer of the "Striker 12" and semi-automatic folding stock shotguns of like kind, but does not refer to them as "assault firearms."

**District of Columbia Tort Liability Law Governing Assault Weapons**

The District of Columbia imposes strict tort liability on manufacturers, importers, and dealers of assault weapons for all direct and consequential damages that arise from injury or death due to the discharge of an assault weapon in the District (with limited exceptions).[36]

## SELECTED LOCAL LAW

**Cook County, Illinois**

Adopted by Cook County, Illinois, in 1993, the Blair Holt Assault Weapons Ban prohibits the manufacture, sale, transfer, or possession of an assault weapon or large capacity magazines in Cook County, Illinois. The Ban was adopted in 1993, but was amended and renamed in memory of Blair Holt, a 16-year-old boy who was shot and killed as a bystander when gang violence erupted on a bus in 2007. The law includes an extensive list of prohibited assault weapon types, models, and series, and provides a one-feature test identifying other rifles, shotguns, and pistols as assault weapons. The law defines a large capacity magazine as any ammunition feeding device with the capacity to accept more than ten rounds. The 1993 ordinance enacting this law provided that any person who was legally in possession of an assault weapon or large capacity magazine at that time had 90 days to: (1) remove it from the county; (2) modify it so it was rendered either inoperable or so changed that it would fall outside the definition of "assault weapon" or "large capacity magazine;" or (3) surrender it to law enforcement. Only law

enforcement officers and members of the military are now allowed to possess assault weapons or large capacity magazines in the county.[37]

# KEY LEGISLATIVE ELEMENTS

The features listed below are intended to provide a framework from which policy options may be considered.  A jurisdiction considering new legislation should consult with counsel.

Definition of assault weapon is based on the generic features that characterize assault weapons (*California, Connecticut, Delaware, New York, and the District of Columbia have the most comprehensive definitions*).

Definition of assault weapon is based on a one-feature test (Delaware, *New York,* t*he District of Columbia and Cook County, Illinois each use a one-feature test for shotguns, rifles, and pistols; New Jersey uses a one-feature test for shotguns; California and Connecticut use a one-feature test for rifles and pistols*).

Although a generic feature test is the most comprehensive approach, if the law also includes a list of banned weapons by name, it provides a mechanism authorizing an appropriate governmental official or agency to add new and/or modified models to the list (*District of Columbia*).

Definition extends to parts that may be readily assembled into an assault weapon (*Connecticut and New Jersey*).

Prohibited activities include possession, sale, purchase, transfer, loan, pledge, transportation, distribution, importation, and manufacture of assault weapons (*California has the broadest prohibition*).

Pre-ban weapons are not exempted from a ban and instead are to be rendered inoperable or removed from the jurisdiction (*District of Columbia and Cook County, Illinois; New Jersey exempted only a small category of assault weapons*).

Alternatively, if pre-ban weapons are exempted and treated as legacy weapons, there is a registration mechanism for legacy weapons, with strict limits on their transferability, use, and storage[38] (*California, Connecticut, Hawaii, New Jersey, New York*).

# RELATED

## WHO CAN HAVE A GUN

Extreme Risk Protection Orders

**Extreme Risk Protection Orders**

Extreme risk protection orders provide a proactive way to temporarily restrict a person showing clear warning signs of violence from accessing firearms.

**BACKGROUND CHECKS**

### Universal Background Checks

Universal background checks are essential to close deadly loopholes in our laws that allow millions of guns to end up in the hands of individuals at an elevated risk of committing violence each year.

**HARDWARE & AMMUNITION**

### Large Capacity Magazines

Large capacity magazines are often used in mass shootings because they allow a shooter to keep firing for longer periods of time, increasing casualties and reducing victims' ability to escape or intervene.

---

## Notes 

---

ContactBlog

CareersPress

## SUPPORT GIFFORDS

First Name

Last Name

ZIP Code

Email Address

## SIGN UP

Terms & Conditions          Privacy Policy

© 2022 Giffords Law Center to Prevent Gun Violence. All Rights Reserved.



All of the law-abiding citizens featured in this database successfully defended their liberties, lives, or livelihoods with the lawful use of a firearm. These cases are not based on hearsay, but on verifiable reports found through public sources.

According to the Centers for Disease Control and Prevention, almost every major study on defensive gun use has found that Americans use their firearms defensively between 500,000 and 3 million times each year. There's good reason to believe that most defensive gun uses are never reported to law enforcement, much less picked up by local or national media outlets.

This database, therefore, is not intended to be comprehensive. Instead, it highlights just a fraction of the incredible number of times Americans relied on the Second Amendment—not the government getting there in time—to protect their inalienable rights. Despite the limitations on data, these confirmed cases of defensive gun use help prove that the "good guy with a gun" is not a myth, but an integral part of American society.

Click on a circle to see more information in the map above. Scroll to zoom and click + drag to pan.

## Related

- The Latest Crime News Provides Evidence in Favor of Armed Citizens
- New Cases of Armed Citizens Stopping Criminals in February
- Latest News of Self-Defense With Firearms Contradicts Gun Control
- The Second Amendment Saved These Gun Owners' Lives in April
- Gun Rights Made All the Difference for These Intended Victims
- Why These Defensive Uses of Firearms Should Disarm Second Amendment Skeptics
- Guns Saved These Americans From Assault and Robbery in July
- Lawful Gun Owners Defended Their Lives and Livelihoods in August
- These Gun Owners Were Able to Confront Criminals in September
- These Law-Abiding People Used Guns to Defend Themselves in October



ISSUE

# Firearms

> The right of the people to keep and bear arms is a fundamental part of American liberty, serving as an important individual defense against crime and a collective defense against tyranny.



REPORT



Concealed carry permit holders are not the problem, but they may be part of the solution.

**Fact Sheet: Gun Violence**

by The Heritage Foundation
Mar 12, 2018  12 min read

Read the report
→

COMMENTARY

# Guns Saved These Americans From Assault and Robbery in July

Aug 7, 2019 **6 min read**

⟶

*Refine by Keyword*

All Keywords                                                                                          ⌄

*Refine by Content Type*

All Content Types                                                                                  ⌄

COMMENTARY

## Yes, Democrats, Sometimes a "Good Guy With a Gun" Does "Stop the Bad Guys." H…

*Amy Swearer*

**Oct 11, 2022** 5 min read

COMMENTARY

## Debunking Myths About the Big, Bad Gun Industry

*Amy Swearer*

**Sep 28, 2022** 7 min read

COMMENTARY

## Second Amendment Isn't About Deer in Kevlar Vests, Mr. President, as These 11…

**Sep 27, 2022** 6 min read

Commentary

# The 5 Most Unserious Things Biden Said in His Gun Control Speech

*Amy Swearer*

**Sep 13, 2022** 6 min read

Commentary

# The ATF Moves To Unilaterally Define What a Gun Is

*Amy Swearer*

**Aug 19, 2022** 4 min read

Commentary

# These 11 Defensive Gun Uses Show Protective Benefits of Second Amendment

*Amy Swearer*

**Aug 18, 2022** 6 min read

Commentary

# The Failure in Uvalde Was Societal

*Kevin Roberts, Ph.D.*

**Aug 11, 2022** 3 min read

Report

# What Economists Can't Tell You About the Costs of Gun Violence

**Aug 8, 2022** About an hour read

See More on Firearms                                               +

## *Related Issues*

ISSUE

## The Constitution

→

ISSUE

## Election Integrity

→

ISSUE

## Crime and Justice

→

*Heritage Impact*

# Heritage Ranks No. 1 for Policy Impact, Best Use of Internet

**Delaware News Menu**

(https://delaware.gov)

# Delaware News

# Governor Carney Signs Package of Gun Safety Legislation

Governor John Carney (https://news.delaware.gov/category/governor/governor-john-carney/) | Office of the Governor (https://news.delaware.gov/category/governor/) | Date Posted: Thursday, June 30, 2022

 Listen ▶



**DOVER, Del**. – Governor John Carney on Thursday signed a package of six gun safety bills surrounded by Members of the General Assembly, members of his Cabinet, advocates and community leaders. This package includes legislation that:

- Bans the sale of assault weapons (HB 450 (https://legis.delaware.gov/BillDetail?legislationId=109607))
- Raises the age to purchase most firearms from 18 to 21 (HB 451 (https://legis.delaware.gov/BillDetail?LegislationId=109608))

- Strengthens background checks by reinstituting the Firearm Transaction Approval Program (HB 423 (https://legis.delaware.gov/BillDetail?LegislationId=109516))
- Limits high-capacity magazines (SS 1 for SB 6 (https://legis.delaware.gov/BillDetail?LegislationId=109623))
- Holds gun manufacturers and dealers liable for reckless or negligent actions that lead to gun violence (SB 302 (https://legis.delaware.gov/BillDetail?LegislationId=129672))
- Bans the use of devices that convert handguns into fully automatic weapons (SB 8 (https://legis.delaware.gov/BillDetail?LegislationId=119650))

"We have an obligation to do everything we can to prevent tragedies like we've seen around the county from happening here in Delaware. We are not waiting to do what's right – to take steps that will make our state safer," said **Governor Carney**. "This historic gun safety legislation would not have been possible without the dedication of advocates who demanded action across our state. I'd like to thank members of the General Assembly for working to pass these bills before the end of session."

"Delawareans across our state have demanded that we take action to reduce the gun violence and address the mass shootings gripping our nation," said **Senate President Pro Tempore Dave Sokola**. "After several years of effort, we are finally fulfilling our promise to protect our communities and our children. I am proud of my colleagues for standing strong against the lobbying effort of the NRA to do what's right for the safety of our families. Governor Carney and the advocates who have long worked to build consensus around this package of strong public safety bills deserve a tremendous amount of credit for raising the bar on responsible gun ownership in the First State."

"It feels like every time there is another mass shooting in our country, people ask why aren't we doing something to try to prevent these tragedies. Last month, two 18-year-olds purchases assault-style, semi-automatic rifles and used them to murder nearly 30 people. These are just the most recent high-profile mass shootings in America, and they once again shocked our national conscience," said **House Majority Leader Valerie Longhurst**. "In Delaware, we have been a leader in strengthening background checks, closing the Charleston loophole, passing red flag laws, banning bump stocks and enacting other commonsense gun safety laws. This month, we showed again by our actions that we are a leader on this issue, passing a strong, comprehensive package of bills that will effectively end the sale, use and possession of assault-style weapons and large-capacity magazines in Delaware, raise the age to purchase firearms, hold gun dealers accountable for reckless actions, ban devices that will increase the rate at which weapons can be fired, and further strengthen our background check system. Taken together, these are some of the strongest gun safety laws in the nation and will help prevent future tragedies."

"Advocates have organized around these specific policies for years," said **Traci Murphy, Executive Director of the Delaware Coalition Against Gun Violence**. "Today is proof that we are most effective when we speak together with one powerful voice that says simply, enough. We thank the Governor and the General Assembly for standing with the majority of Delawareans and for prioritizing the lives of our children, the safety of our families, and the health of our communities."

"Today, Governor Carney has made history by swiftly signing these common-sense bills into law. Brady is gratified to see Delaware become the first state to repeal a damaging gun industry immunity law with the enactment of the Keshall "KeKe" Anderson Safer Firearms Sales Act," said **Tanya Schardt, Senior Counsel and Director of State**

**and Federal Policy at Brady**. "This new law, in addition to the other life-saving policies included in these bills, will make Delaware a safer state for all of its residents and was made possible by the tireless work of grassroots activists across the state for many years."

"Today, Delaware took another step forward to keep deadly weapons out of the hands of those who would do hard with them. This common-sense gun safety legislation will make Delaware a safer place to live, work, and go to school" said **Delaware State Education Association President Stephanie Ingram**. "Our schools and communities are safer thanks to the fast-acting work of our legislators."

"This is a crucial moment for the gun violence prevention movement, and Delaware has met it with meaningful action," said **Monisha Henley, Senior Director of State Government Affairs at Everytown for Gun Safety**. "I grew up in Wilmington. I saw firsthand the impact of this crisis on families and neighbors — and I know these bills will save lives, and ease the fear that my community experiences. Governor Carney, as one of those Wilmington neighbors, knows this too. I thank him for signing this important package, displaying his leadership and commitment to tackling this issue head-on."

"After senseless mass shootings that continue to show up on the front pages, we are thankful that leaders like Governor Carney and groups like the Delaware Coalition Against Gun Violence are taking the initiative to protect our communities," said **Sean Holihan, Giffords State Legislative Director**. "This legislation will help ensure that families will no longer have to fear grocery stores and that children will no longer fear classrooms. We thank the Governor, Speaker Schwartzkopf, President Pro Tempore Sokola, Majority Leaders Longhurst and Townsend, and Majority Whip Mitchell for their swift efforts to pass this package of legislation and urge elected officials in other states to follow their lead."

"Less than a month after the March For Our Lives this year in D.C., historic change is coming to Delaware including the ban of sales of assault weapons, and returning the right of people in Delaware to hold gun manufactures accountable for their reckless, illegal and immoral behavior," said **Jasmine Minhas, March For Our Lives Delaware Organizer**. "This proves that organizing works, that real change is possible, and that states will lead the way to safety. We thank Governor John Carney, the state Assembly and Senate, as well as everyone who has advocated tirelessly alongside the young people of Delaware for gun violence prevention in the state of Delaware. Together, we will save lives."

"One thing is clear: Delaware has been made safer today with the signing of these bills," said **Mara Gorman, a volunteer with the Delaware chapter of Moms Demand Action**. "Our leaders in Delaware are heeding the call to act on our gun violence crisis.  This public safety package will keep guns out of the hands of individuals who shouldn't have them, prohibit devices that make guns more deadly, and bring accountability to an industry that has helped prop up this gun violence crisis. We thank Governor Carney for taking action and signing these bills."

Visit Governor Carney's website to view photos from today's bill signing.
(https://gcc02.safelinks.protection.outlook.com/?
url=https%3A%2F%2Fwww.flickr.com%2Fphotos%2Fjohncarneyde%2Falbums%2F72177720300222073&data=0
5%7C01%7CCharlie.Quimby%40delaware.gov%7C70be74431f074c69c23d08da5aca97ad%7C8c09e56951c54d

eeabb28b99c32a4396%7C0%7C0%7C637922123425986527%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=kibiw0oxUiA3IGYZ6WEb86ZWgPrWNS50kL47yyTt9NU%3D&reserved=0)

Visit YouTube to watch today's bill signing (https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3D1wMKbjNQNPc%26list%3DPLLlbsN6y3DuCRP7d4uWYFhHWUT3dpg_A1&data=05%7C01%7CCharlie.Quimby%40delaware.gov%7C70be74431f074c69c23d08da5aca97ad%7C8c09e56951c54deeabb28b99c32a4396%7C0%7C0%7C637922123425986527%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=N3dbo1QPzTfbCgZoknu72e0EB%2BKenI5N5KJr5SsI8O4%3D&reserved=0).

(https://news.delaware.gov/2022/06/30/governor-carney-signs-package-of-gun-safety-legislation/?print=pdf)

 Print  (https://news.delaware.gov/2022/06/30/governor-carney-signs-package-of-gun-safety-legislation/?print=print)



Keep up to date by receiving a daily digest email, around noon, of current news release posts from state agencies on news.delaware.gov.

Here you can subscribe (/subscribe/) to future news updates.

# Delaware's Government

Delaware's Governor (https://governor.delaware.gov)
State Agencies (https://delaware.gov/topics/agencylist_alpha)
Elected Officials (https://delaware.gov/topics/yourgovernment)
General Assembly (https://legis.delaware.gov/)
Delaware Courts (https://courts.delaware.gov/)
State Employees (https://dhr.delaware.gov/personnel/employee-resources.shtml)
Cities & Towns (https://delaware.gov/topics/municipalities)

Delaware State Code (http://delcode.delaware.gov/)
State Regulations (http://regulations.delaware.gov/)
Business First Steps (https://firststeps.delaware.gov/)

Phone Directory (https://phonedirectory.delaware.gov)
Locations Directory (https://delaware.gov/locationsdirectory/)
Public Meetings (https://publicmeetings.delaware.gov/)
Voting & Elections (https://elections.delaware.gov)
Transparency (https://delaware.gov/topics/transparency)
Delaware Marketplace (https://www.choosehealthde.com/Health-Insurance)
Tax Center (https://delaware.gov/topics/TaxCenter)
Personal Income Tax (https://revenue.delaware.gov/pit_onlinefiling.shtml)
Privacy Policy (https://delaware.gov/help/privacy)
Weather & Travel (https://delaware.gov/topics/weatherpage)

Contact Us (https://delaware.gov/help/degov-contact.shtml)
Corporations (https://corp.delaware.gov/)
Franchise Tax (https://corp.delaware.gov/paytaxes.shtml)
Gross Receipts Tax (https://grossreceiptstax.delaware.gov/grtpublic/)
Withholding Tax (https://dorweb.revenue.delaware.gov/EDIOnline/EDIOnline.dll)
Delaware Topics (https://delaware.gov/topics/)
Help Center (https://delaware.gov/help/)
Mobile Apps (https://delaware.gov/topics/apps)
E-mail / Text Alerts (https://delaware.gov/topics/subscribeemail)
Social Media (https://delaware.gov/topics/socialmedia)

 (https://www.facebook.com/delaware.gov)

 (https://twitter.com/delaware_gov/)

 (http://www.flickr.com/groups/delaware_gov/)

 (https://www.youtube.com/user/DelawareGovernment)

 (https://www.instagram.com/delaware_gov/)

| Make Text Size Smaler— | Reset Text Size A | Make Text Size Bigger+ |



Built by the Government Information Center (https://gic.delaware.gov)
©MMXXII Delaware.gov (https://delaware.gov)

# The Heritage Foundation's Defensive Gun Use Database

The data set from the Heritage Foundation's Defensive Gun Use Database, analyzed in the Supplemental Declaration of Lucy P. Allen (Dkt. No. 137-1 at ¶¶ 6–12 & n.2), cannot be reproduced in this compendium due to formatting limitations.  The data set is not publicly available online.  Defendant has delivered a copy of the data set in native Excel format via e-mail to chambers (efile_benitez@casd.uscourts.gov) and plaintiffs' counsel (gml@seilerepstein.com).