ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ANNA FERRARI
Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendants Rob Bonta and Blake Graham, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER et al.,**<br><br>               Plaintiffs,<br><br>v.<br><br>**CALIFORNIA ATTORNEY GENERAL ROB BONTA et al.,**<br><br>               Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>**COMPENDIUM OF WORKS CITED IN DECLARATION OF RYAN BUSSE**<br><br>Courtroom:  5A<br>Judge:        Hon. Roger T. Benitez<br><br>Action Filed:  August 15, 2019 |

# INDEX

| Works | Decl. Page | Compendium Page |
|---|---|---|
| CaliGunner.com, "2021 Featureless AR-15 Rifles: All You Need to Know!" (last accessed Oct. 19, 2022) | 5 n.13; Ex. A | 01-14 |



# 2021 Featureless AR-15 Rifles: All You Need to Know!

In CA Law (https://CaliGunner.com/category/ca-law/), Firearms (https://CaliGunner.com/category/ca-law/firearms/), Guide (https://CaliGunner.com/category/guide/) by Jim / ()

## What is a Featureless Rifle?

A Featureless Rifle is the term used to describe a semi-automatic rifle that **does not** have any of the following:

1. A pistol grip that protrudes conspicuously beneath the action of the weapon
2. A thumbhole stock
3. A folding or telescoping stock
4. A grenade launcher or flare launcher
5. A flash suppressor
6. A forward pistol grip

## What do Rifles with Features Look Like?

The figure below labels the features a normal AR-15 has that gun owners in free states typically have (minus the grenade launcher).

Compendium_Busse
Page 01



*Disclaimer: I'm not a lawyer, this is meant to be helpful information not legal advice.*

So even if you have JUST ONE of these features on your semi-automatic centerfire rifle you own what California considers to be an "assault weapon" unless your magazine is fixed. The only way for Californians to possess these features legally on a semi-automatic centerfire rifle is to either have A) the weapon registered as an "assault weapon" or B) have a fixed magazine which we will discuss later.

# Can I Still Register My Rifle as an Assault Weapon?

Nope. The option to register a rifle as an "assault weapon" in California only applied to guns that were built or bought before 2017, **you then had until July 1 2018 to register** with the DOJ (https://cfars.doj.ca.gov/login.do). So again, if you are new to the AR game you have the choice of either fixing the magazine with some type of magazine lock or going featureless.

# How do I know if My Rifle is Legal?

We ideally don't want to be criminals, but the state sure is making things difficult. Nevertheless, Calguns.net constructed an informative flowchart to help gun owners determine if their rifle is legal. Start at the top left of the chart and answer the questions accordingly.

Compendium_Busse
Page 02

[California Centerfire Semi-Auto Rifle Identification flowchart, Revised 03/2017, Calguns.net]

**Here are some definitions to help understand the chart as defined by 11 CCR § 5469:**

The following definitions apply to terms used in the identification of assault weapons pursuant to Penal Code section 30515:

- (a) "**Detachable magazine**" means any ammunition feeding device that can be removed readily from the firearm with neither disassembly of the firearm action nor use of a tool being required. A bullet or ammunition cartridge is considered a tool. Ammunition feeding device includes any belted or linked ammunition, but does not include clips, en bloc clips, or stripper clips that load cartridges into the magazine.
- (b) "**Flash suppressor**" means any device designed, intended, or that functions to perceptibly reduce or redirect muzzle flash from the shooter's field of vision.
- (c) "**Forward pistol grip**" means a grip that allows for a pistol style grasp forward of the trigger.
- (d) "**Pistol grip that protrudes conspicuously beneath the action of the weapon**" means a grip that allows for a pistol style grasp in which the web of the trigger hand (between the thumb and index finger) can be placed below the top of the exposed portion of the trigger while firing.
- (e) "**Thumbhole stock**" means a stock with a hole that allows the thumb of the trigger hand to penetrate into or through the stock while firing.

# Legal Barrel and Overall Rifle Lengths

California requires the following minimum lengths for your rifle:

- **16" minimum barrel length**, pinned and welded muzzle devices count for length (meaning you could have a 14.5" barrel as long as you have a permanently attached muzzle device making the overall like 16" or more)
- **30" minimum overall length for centerfire-semi-automatics** (such as AR-15's chambered in .223/5.56 NATO), measured with stock in the shorted position the rifle can still fire in
- **26" for rimfires and non-semi centerfires**; measured with stock in the shorted position the rifle can still fire in

So this is helpful, but maybe you want it spelled out a little more, I got it. Let's keep going.

To have a featureless rifle you must, well, remove the features! Let's address each item and discuss the options.

# Featureless Grip and Stock Options

If you have become accustomed to shooting an AR-15 with features in the past, **the grip and stock configuration will be the most drastic change when moving to a featureless rifle**. With that said, after you spend plenty of time on the range you will eventually adapt. Everyone has a preference on what looks the "best" but the top picks below are all great functioning options.

Huge Trail Camera Sale
Deer Cam Sale, Buy One Get One $139 Cellular Trail Camera
Wildgame Innovations



(//brownells.7eer.net/c/1200207/60594/1625?u=https%3A%2F%2Fwww.brownells.com%2Frifle-parts%2Fstock-parts%2Fbuttstocks%2Far-15-frs-15-stock-assy-quick-detach-carbine-length-prod87747.aspx)

The Hera CQR CA Compliant Stock (https://amzn.to/2OWuscA) is another option that many feel is more aesthetic then the Thordsen, of course this is subjective. There is a non-compliant version with a thumbhole so be sure to buy the compliant version as shown below. One thing I really like is that it has spacers available to adjust the length of pull.



(https://amzn.to/2OWuscA)
HERA CQR CALIFORNIA COMPLIANT STOCK (HTTPS://AMZN.TO/2OWUSCA)

Another option is to use a fin grip (http://brownells.dts2xn.net/Q5dQY) like the one below. They are a cheap option that appears to appease the powers that be in Sacramento. Once installed, your thumb cannot wrap around the grip making it good to go.



(brownells.dts2xn.net/Q5dQY)
AR-15 MONSTERMAN GRIP (HTTP://BROWNELLS.DTS2XN.NET/Q5DQY)

Using a "fin grip" and fixed stock is the cheapest way to convert your AR-15 into a featureless rifle (with compliant muzzle device of course).

Huge Trail Camera Sale
Deer Cam Sale, Buy One Get One $139 Cellular Trail Camera
Wildgame Innovations

Compendium_Busse
Page 04



CALIFORNIA COMPLIANT FEATURELESS AR-15 WITH MONSTERMAN GRIP

If you do go with fin grip option, be sure to select a non-folding or non-telescoping stock. Many people will take an adjustable stock and permanently pin it while others prefer to just buy a fixed stock like the ones below.



(https://brownells.7eer.net/c/1200207/60594/1625?u=https%3A%2F%2Fwww.brownells.com%2Frifle-parts%2Fstock-parts%2Fbuttstocks%2Far-15-moe-stock-fixed-mil-spec-prod56792.aspx)

MAGPUL FIXED STOCK – SEE THE LATEST PRICE AT BROWNELLS (HTTPS://BROWNELLS.7EER.NET/C/1200207/60594/1625?U=HTTPS%3A%2F%2FWWW.BROWNELLS.COM%2FRIFLE-PARTS%2FSTOCK-PARTS%2FBUTTSTOCKS%2FAR-15-MOE-STOCK-FIXED-MIL-SPEC-PROD56792.ASPX)



(//brownells.7eer.net/c/1200207/60594/1625?
u=https%3A%2F%2Fwww.brownells.com%2Frifle-
parts%2Fstock-parts%2Fbuttstocks%2Far-15-
sabertube-stock-fixed-mil-spec-
prod79482.aspx)

AR-15 SABERTUBE STOCK
(HTTPS://BROWNELLS.7EER.NET/EB99R)



(https://brownells.7eer.net/eb99r)

DOUBLESTAR ACE ULTRALITE STOCK, CHECK PRICE AT
BROWNELLS (HTTPS://BROWNELLS.7EER.NET/EB99R)

# See all AR-15 Fixed Stocks (https://brownells.dts2xn.net/5V032)

# Top Compliant Muzzle Brakes





Flash suppressor means any device designed, intended, or that functions to perceptibly reduce or redirect muzzle flash from the shooter's field of vision. On the other hand a "muzzle brake", also know as a compensator, is a device connected to the muzzle of a firearm that redirects propellant gases to counter recoil and unwanted rising of the barrel during rapid fire.

For this reason, muzzle brakes are a popular choice for gun owners even where flash hiders are permissible. Some of my favorite muzzle brakes include:





GAMMA-556 – SEE MORE DETAILS (HTTP://BROWNELLS.7EER.NET/C/1200207/60594/1625?U=HTTPS%3A%2F%2FWWW.BROWNELLS.COM%2FRIFLE-PARTS%2FMUZZLE-DEVICES%2FCOMPENSATORS-AMP-MUZZLE-BRAKES%2FAR-15-GAMMA-556-EX-MUZZLE-BRAKE-5-56-PROD105087.ASPX)

(https://www.brownells.com/rifle-parts/muzzle-devices/compensators-amp-muzzle-brakes/miculek-compensator-22-caliber-1-2-28-steel-black-sku231000038-5573-12990.aspx?rrec=true)

MICULEK COMPENSATOR – SEE MORE DETAILS (HTTPS://WWW.BROWNELLS.COM/RIFLE-PARTS/MUZZLE-DEVICES/COMPENSATORS-AMP-MUZZLE-BRAKES/MICULEK-COMPENSATOR-22-CALIBER-1-2-28-STEEL-BLACK-SKU231000038-5573-12990.ASPX?RREC=TRUE)

## See all Muzzle Brakes (https://brownells.dts2xn.net/LQdGY)

## Is Going Featureless the Only Way to Be Compliant?

No! There is another option that allows you to keep your features (pistol grip, folding/telescoping stock, forward grip and flash suppressor) while still being completely legal. This is the fixed or magazine lock option.

## Fixed or Locked Magazine Option

This option allows the use of features on your AR-15 by fixing or locking the **10 round magazine (or less)** in your rifle while the lower is attached to the upper receiver. This is often done with a device like the Juggernaut Tactical Hellfighter Kit available at Brownells. (https://brownells.7eer.net/c/1200207/60594/1625?u=https%3A%2F%2Fwww.brownells.com%2Frifle-parts%2Freceiver-parts%2Ftakedown-parts%2Fpins%2Far-15-hellfighter-california-compliant-mod-kit-black-prod117045.aspx) With a device like this you can use all the "evil features" described at the beginning of the article and still be legal. This is a great option for those that can't get over the looks of a featureless rifle.

See latest Price on Spotting Scopes (https://amzn.to/3jotQv9)



(https://amzn.to/3jotQv9)

**Important Note:** As mentioned above, the fixed or locked magazine option requires a 10 round magazine (or less). The magazine laws in California have been in flux (https://CaliGunner.com/high-capacity-magazines/) allowing opportunities for CA citizen to legally purchase standard capacity magazines (also improperly known as "large capacity magazines"). **Fixing a legally acquired 30 round magazine to your rifle with features is illegal**, don't do it.

However, using legally acquired 30 round magazines in your featureless rifle is allowed. With that said, you still might get hassled for doing so, the choice is yours.



(https://brownells.7eer.net/c/1200207/60594/1625?u=https%3A%2F%2Fwww.brownells.com%2Frifle-parts%2Freceiver-parts%2Ftakedown-parts%2Fpins%2Far-15-hellfighter-california-compliant-mod-kit-black-prod117045.aspx)

Below is a demonstration on the use of a Juggernaut Tactical AR-15 Hellfighter California-Compliant Mod Kit (https://brownells.7eer.net/c/1200207/60594/1625?u=https%3A%2F%2Fwww.brownells.com%2Frifle-parts%2Freceiver-parts%2Ftakedown-parts%2Fpins%2Far-15-hellfighter-california-compliant-mod-kit-black-prod117045.aspx).

Compendium_Busse
Page 08

See also **The Complete Guide to the Hellfighter Mod Kit (https://CaliGunner.com/juggernaut-tactical-hellfighter-complete-guide/)**

## DIY AR-15 Fixed Magazine

There is a way to inexpensively fix a ten round magazine in your AR-15 allowing you to keep your features. This configuration requires a loader like the BF-10 seen here (https://CaliGunner.com/bear-flag-defense-bf-10-loader-review/). For the fixed install you will need the following tools:

- Drill (https://amzn.to/2yRGQXL)
- 6-32 Drill and Tap Set (https://amzn.to/2KjSH6g)
- 3/8″ Set Screw (https://amzn.to/2Kx6sL1)

**Step 1:** Remove bolt catch and magazine catch from your lower receiver (for lower receiver assembly/disassembly check my article here (https://CaliGunner.com/ar-15-lower-receiver-assembly/)).

**Step 2:** Drill hole for 6-32 tap through the top of your receiver at the end of the bolt catch groove like shown below.





Compendium_Busse
Page 09

Step 5: Thread a 6-32 set screw (3/8" long) in the hole so that it is tight against the magazine catch.



**Step 6**: Reinstall bolt catch. That's it!

Just make sure you have the set screw tight so that the magazine won't release even with lots of force. The nice thing about this option is that it is easily removable if traveling to other states. Again for this option, you will want a loader like the BF-10 (https://CaliGunner.com/bear-flag-defense-bf-10-loader-review/).

# Helpful Additions to Featureless Rifles

Several of the grip and stock options above keep the thumb of your trigger hand in an unusual position and can make it more difficult to select the safety. There two items I recommend to address these issues. The first is a thumb rest made by Juggernaut Tactical. It replaces the rear takedown pin and provides a comfortable position to rest your thumb.



(https://jtactical.com/products/59)
JT THUMB REST
(HTTPS://JTACTICAL.COM/PRODUCTS/59)

The second item we recommend is an ambidextrous safety. If you're right-handed using a featureless rifle your trigger hand will not be able to select the safety; you'll have to use the opposite hand. Once you install an ambidextrous-safety you can easily select the safety with your trigger hand.

Compendium_Busse
Page 10



(https://www.brownells.com/rifle-parts/safety-parts/safeties/semi-auto-ambidextrous-safety-sku231015012-5591-13010.aspx?rrec=true)

DPMS – AR-15 AMBIDEXTROUS SAFETY (HTTPS://WWW.BROWNELLS.COM/RIFLE-PARTS/SAFETY-PARTS/SAFETIES/SEMI-AUTO-AMBIDEXTROUS-SAFETY-SKU231015012-5591-13010.ASPX?RREC=TRUE)

# Advantages and Disadvantages of Going Featureless

From a practical perspective, the featureless rifle remains completely usable in the sense that you can reload the rifle in a conventional and timely manner without the need of any tools or disassembly of the lower receiver from the upper receiver. From this perspective using a featureless rifle is a better option for self-defense.

Some people that are critical of the featureless option complain of the aesthetics of the available options. While that may be true for some, the overall function of the rifle is mostly maintained. Another possible downside of the featureless set up is that the authorities could eventually change the laws once more forcing law-abiding citizens to adapt again and again.

# Conclusion

For the time being, going featureless seems to be the best legal configuration when keeping the functionality of the rifle in mind. We are already seeing several companies continue to innovate and provide new products that look decent and perform well considering the constraints of the law.

If you found this article helpful, please consider subscribing!

Email

Subscribe

Caligunner Copyright © 2020.
All Rights Reserved. Caligunner.com (http://Caligunner.com) is a participant in the Amazon Services LLC Associates Program, an affiliate advertising program designed to provide a means for sites to earn advertising fees by advertising and linking to amazon.com (http://amazon.com).

**DEALS**



(//brownells.7eer.net/c/1200207/526950/1625)

# Free Shipping on $75. Use code XAB

Search

**RECENT POSTS**

Complete Guide to Spotting Scopes (https://CaliGunner.com/complete-guide-to-spotting-scopes/)

300 AAC Blackout (https://CaliGunner.com/300-aac-blackout/)

AK-47 vs AR-15 Comparison Guide (https://CaliGunner.com/ak-47-vs-ar-15-comparison-guide/)

Concealed vs Open Carry (https://CaliGunner.com/concealed-vs-open-carry/)

Complete Guide to Buying Guns Online (https://CaliGunner.com/complete-guide-to-buying-firearms-online/)

Huge Trail Camera Sale

Deer Cam Sale, Buy One Get One $139 Cellular Trail Came

Wildgame Innovatio

Shop Now

**CATEGORIES**

Ammunition (https://CaliGunner.com/category/ca-law/ammunition/)

CA Law (https://CaliGunner.com/category/ca-law/)

Firearms (https://CaliGunner.com/category/ca-law/firearms/)

Gear (https://CaliGunner.com/category/reviews/gear/)

General Gun Information (https://CaliGunner.com/category/general-gun-information/)

Guide (https://CaliGunner.com/category/guide/)

Gunsmithing (https://CaliGunner.com/category/gunsmithing/)

Reloading (https://CaliGunner.com/category/reloading/)

Reviews (https://CaliGunner.com/category/reviews/)

Safety (https://CaliGunner.com/category/safety/)

Transportation (https://CaliGunner.com/category/ca-law/transportation/)

Huge Trail Camera Sale
Deer Cam Sale, Buy One Get One $139 Cellular Trail Camera
Wildgame Innovations

Compendium_Busse
Page 12

Subscribe

THIS SITE IS OWNED AND OPERATED BY CALIGUNNER.COM (HTTP://CALIGUNNER.COM). COPYRIGHT 2018-2020.

PRIVACY POLICY (HTTPS://CALIGUNNER.COM/PRIVACY-POLICY/)   /   SUBSCRIBE (HTTPS://CALIGUNNER.COM/NEWSLETTER/)   |   CONTACT (HTTPS://CALIGUNNER.COM/CONTACT/)

Compendium_Busse
Page 13

Compendium_Busse
Page 14