1    ROB BONTA
     Attorney General of California
2    P. PATTY LI
     Supervising Deputy Attorney General
3    ANNA FERRARI
     Deputy Attorney General
4    JOHN D. ECHEVERRIA
     Deputy Attorney General
5    State Bar No. 268843
       455 Golden Gate Avenue, Suite 11000
6      San Francisco, CA  94102-7004
       Telephone:  (415) 510-3479
7      Fax:  (415) 703-1234
       E-mail:  John.Echeverria@doj.ca.gov
8    *Attorneys for Defendants Rob Bonta and*
     *Blake Graham, in their official capacities*
9

10                  IN THE UNITED STATES DISTRICT COURT

11             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12                            CIVIL DIVISION

13

14   **JAMES MILLER et al.,**            Case No. 3:19-cv-01537-BEN-JLB

15                        Plaintiffs,
                                         **COMPENDIUM OF WORKS**
16        **v.**                         **CITED IN SUPPLEMENTAL**
                                         **DECLARATION OF LOUIS**
17                                       **KLAREVAS**

18   **CALIFORNIA ATTORNEY**             Courtroom:    5A
     **GENERAL ROB BONTA et al.,**       Judge:        Hon. Roger T. Benitez
19
                         Defendants.     Action Filed:  August 15, 2019
20

21

22

23

24

25

26

27

28                                      1

1

## INDEX

| Works | Decl. Page | Compendium Page |
|---|---|---|
| **BOOKS** | | |
| Louis Klarevas, *Rampage Nation: Securing America from Mass Shootings* 238-45, 348-50 (2016) | 7 n.9 | 002-009 |
| **LAW REVIEWS AND JOURNALS** | | |
| Philip J. Cook and John J. Donohue, *Regulating Assault Weapons and Large-Capacity Magazines for Ammunition*, 328 J. of Am. Med. Ass'n 1191 (2022) | 7 n.9 | 011-012 |
| Charles DiMaggio, et al., *Changes in US Mass Shooting Deaths Associated with the 1994-2004 Federal Assault Weapons Ban: Analysis of Open-Source Data*, 86 J. of Trauma & Acute Care Surgery 11 (2019) | 7 n.9 | 013-040 |
| Louis Klarevas, et al., *The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings, 1990-2017*, 109 Am. J. of Pub. Health 1754 (2019) | 7 n.9 | 041-048 |
| Lori Post, et al., *Impact of Firearm Surveillance on Gun Control Policy: Regression Discontinuity Analysis*, 7 J. of Med. Internet Research: Public Health & Surveillance (2021) | 7 n.9 | 049-059 |
| **LEGISLATIVE MATERIALS AND GOVERNMENT RECORDS** | | |
| Bureau of Alcohol, Firearms, Tobacco and Explosives, *Firearms Commerce in the United States: Annual Statistical Update 2021* (2021) | 11 n.21 | 060-087 |
| Bureau of Alcohol, Firearms, Tobacco and Explosives, *National Firearms Commerce and Trafficking Assessment: Firearms in Commerce* (2022) | 8 n.13, 11 n.21, 12 n.22 | 088-394 |

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| **NEWS ARTICLES** | | |
| Andy Nguyen, *Proposed Assault Weapons Ban Won't Turn Gun Owners into Felons Overnight, PolitiFact, The Poynter Institute*, Aug. 3, 2022 | 9 n.15 | 396-397 |
| **OTHER SOURCES** | | |
| The Violence Project's Mass Shooter Database | 3 n.4 | 339 |
| William English, *2021 National Firearms Survey: Updated Analysis Including Types of Firearms Owned*, Georgetown McDonough School of Business Research Paper No. 4109494 (last revised Sept. 28, 2022) | 9-10 n.17 | 400-445 |
| Louis Klarevas, Mass Public Shootings in the United States, 1980-2022 (Source: The Violence Project, "Mass Shooter Database," 2021) | 3-4 | 446-450 |
| Nat'l Shooting Sports Found., *Commonly Owned: NSSF Announces over 24 Million MSRs in Circulation*, July 20, 2022 | 8 n.12 | 451-456 |

3

# BOOKS



LOUIS KLAREVAS

# RAMPAGE NATION
## SECURING AMERICA FROM MASS SHOOTINGS

3 1223 11776 9357

Prometheus Books
59 John Glenn Drive
Amherst, New York 14228

Published 2016 by Prometheus Books

*Rampage Nation: Securing America from Mass Shootings.* Copyright © 2016 by Louis Klarevas. All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, digital, electronic, mechanical, photocopying, recording, or otherwise, or conveyed via the Internet or a website without prior written permission of the publisher, except in the case of brief quotations embodied in critical articles and reviews.

Cover image © Getty Images
Cover design by Nicole Sommer-Lecht
Cover design © Prometheus Books

Trademarked names appear throughout this book. Prometheus Books recognizes all registered trademarks, trademarks, and service marks mentioned in the text.

Every attempt has been made to trace accurate ownership of copyrighted material in this book. Errors and omissions will be corrected in subsequent editions, provided that notification is sent to the publisher.

Inquiries should be addressed to
Prometheus Books
59 John Glenn Drive
Amherst, New York 14228
VOICE: 716–691–0133
FAX: 716–691–0137
WWW.PROMETHEUSBOOKS.COM

20  19  18  17  16    5  4  3  2  1

Library of Congress Cataloging-in-Publication Data

Names: Klarevas, Louis, author.
Title: Rampage nation : securing America from mass shootings / by Louis Klarevas.
Description: Amherst, New York : Prometheus Books, 2016. |
    Includes bibliographical references and index.
Identifiers: LCCN 2016011430 (print) | LCCN 2016018097 (ebook) |
    ISBN 9781633880665 (hardcover) | ISBN 9781633880672 (ebook)
Subjects: LCSH: Gun control—United States. | Firearms ownership—United
    States. | Violent crimes—United States—Prevention. | Mass murder—United
    States—Prevention.
Classification: LCC HV7436 .K53 2016 (print) | LCC HV7436 (ebook) |
    DDC 364.4/0450973—dc23
LC record available at https://lccn.loc.gov/2016011430

Printed in the United States of America

*For Rada*

\* \* \*

The above vignettes illustrate that there is a preferred way of reducing threats to public safety: denying weapons to potential perpetrators. By preventing high-risk individuals from acquiring dangerous weapons or by hindering them from employing such weapons, government can keep its citizens safe.

In a way, homeland security is akin to George Orwell's *Animal Farm*. All strategies proposed by the trinity of violence are equal, but some are more equal than others. It's not that dissuasion and defense aren't valuable. They are. After all, we still criminalize bombings and erect barricades in front of important structures. But laws, on their own, often fail to dissuade homicidal and suicidal individuals. And blast barriers can't be erected everywhere. There are just too many potential perpetrators and targets for these strategies to be effective on their own. In open societies where resources are limited, securing public safety depends primarily on a strategy of denial to break the trinity of violence.

\* \* \*

The success of the United States in countering aviation attacks and bombings by restricting access to, and use of, weapons raises an important question: If the deprivation of weapons works in these areas, couldn't it also serve as an effective strategy in reducing gun violence?

## THE AMERICAN EXPERIENCE

The United States has been exemplary in safeguarding its citizenry from a host of deadly threats: accidents, environmental hazards, pandemics, hijackings, bombings, even weapons of mass destruction. Through successful regulation of hazardous products—almost all with little to no public controversy—the different levels of government all work hand in hand to keep us safe from a plethora of dangers.[26] But when it comes to protecting us from gun violence, the government's record has been abysmal.[27] In fact, the United States is

in a class all by itself. No other advanced, Western democracy experiences the magnitude of gun violence that presently afflicts American society.[28] This is particularly true when it comes to mass shootings.[29]

\* \* \*

The United States does little to regulate firearms, especially at the federal level.[30] While it goes to great lengths to restrict access to WMDs and IEDs, the same can't be said for its efforts to keep firearms out of the hands of high-risk individuals. Indeed, the American experience with gun control nationwide is so limited that it can actually be chronicled in a few bullet points:

- The National Firearms Act of 1934: Heavily regulated machine guns, short-barrel rifles and shotguns, and silencers.
- The Federal Firearms Act of 1938: Established a federal licensing system to regulate manufacturers, importers, and dealers of firearms.
- The Omnibus Crime Control and Safe Streets Act of 1968: Prohibited anyone under twenty-one years of age from purchasing a handgun.
- The Gun Control Act of 1968: Required that all interstate firearms transfers or sales be made through a federally licensed firearms dealer and prohibited certain categories of people—felons (indicted or convicted), fugitives, drug abusers, mentally ill persons (as determined by adjudication), illegal aliens, dishonorably discharged servicemen, US-citizenship renouncers, and domestic abusers—from possessing firearms.[31]
- The Firearm Owners Protection Act of 1986: Barred the purchase or transfer of automatic weapons without government approval.
- The Undetectable Firearms Act of 1988: Required that all firearms have at least 3.7 oz. of metal that can be detected by a metal detector.
- The Gun-Free School Zones Act of 1990: Criminalized possession or discharge of a firearm in a school zone.
- The Brady Handgun Violence Prevention Act of 1993: Required

that anyone attempting to purchase a firearm from a federally licensed dealer pass a background check.[32]

• The Federal Assault Weapons Ban of 1994: Banned the sale and possession of semiautomatic assault weapons and extended-capacity magazines not grandfathered prior to the enactment of the law.[33]

Of all of these measures, the National Firearms Act of 1934 and the Assault Weapons Ban of 1994 (AWB) were the only ones instituted primarily in an effort to reduce the carnage of mass shootings. The former was passed in response to a series of bloody gangland executions, including the infamous 1929 St. Valentine's Day massacre in Chicago.[34] While there are still machine guns in circulation, the National Firearm Act, in conjunction with the Firearm Owners Protection Act of 1986, sharply cut the availability of machine guns, which likely explains the complete elimination of massacres perpetrated with such automatic-fire weapons.

Like the National Firearms Act, the AWB was introduced following several high-profile mass shootings in the early 1990s: the Luby's restaurant, 101 California Street office complex, and Long Island Railroad train car massacres.[35] Signed into law by President Bill Clinton, the AWB went into effect on September 13, 1994. At the insistence of the gun-rights lobby, however, the bill contained a ten-year sunset provision. As Congress never renewed the ban, it automatically expired on September 13, 2004.

The decade the law was in effect nonetheless resulted in a unique experiment, allowing us to discern what impact, if any, the ban had on gun violence in general and mass shootings in particular. As to the former, the academic consensus seems to be that the AWB had a minimal impact on reducing violent crime.[36] This hardly comes as a surprise. After all, most crimes don't involve assault weapons. The real test should be: Did it succeed in its intended purpose of reducing rampage violence? The answer is a resounding yes.

Let's take a closer look.

The best way to assess the impact of something is to conduct what, in social science, we commonly refer to as a time-series analysis. Basically, that's a fancy name for a before-and-after test. Figures 7.1



Fig. 7.1. Gun Massacres Before, During, and After the Assault Weapons Ban of 1994.

Note: The lines in the graph demarcate the start and end points of the Assault Weapons Ban, which was in effect from September 13, 1994, through September 12, 2004. The data are shown from Table 3.2.



Fig. 7.2. Gun Massacres by Decade Before, During, and After the Assault Weapons Ban of 1994.
Note: The Assault Weapons Ban was in effect from September 13, 1994, through September 12, 2004. The data are drawn from Table 3.2.

and 7.2 provide a look at the before-and-after pictures. In the decade prior to the enactment of the AWB, the United States experienced nineteen gun massacres that resulted in 155 cumulative deaths, for an average death toll of 8.2 fatalities per incident. During the ten-year period that the AWB was in effect, the numbers declined substantially, with only twelve gun massacres, resulting in eighty-nine deaths, for an average of 7.4 fatalities per incident.[37] What's particularly astounding about this time period is that during the first four and a half years of the ban, there wasn't a single gun massacre in the United States. Not one. This is unprecedented in modern American history.[38] Since 1966, the longest streaks without a gun massacre prior to era of the AWB were two instances of consecutive years (1969–1970 and 1979–1980).[39] Then, all of a sudden, from September 1994 to April 1999, the country experienced a long calm. As further evidence of the AWB's effectiveness, once it expired, rampages returned with a vengeance. In the ten years after the ban, the number of gun massacres nearly tripled to thirty-four incidents, sending the total number of deaths skyrocketing to 302, for an average of 8.9 fatalities per incident.[40] These numbers paint a clear picture: America's experiment, while short-lived, was also extremely successful.[41]

## ZEROING OUT GUN MASSACRES

The biggest takeaway from America's experience with a ban on assault weapons and extended-capacity magazines is that gun-control legislation can save lives. But is there a way to get to zero? Is there a way to eliminate gun massacres once and for all? For that, we have to look overseas for insights.

One of the biggest obstacles to successful gun control is the ability to transport firearms across open, contiguous borders. In the United States, it's a problem that allows guns to flow freely from states with lax laws into states with strict laws. A common complaint frequently leveled by elected officials in places like California, Illinois, Maryland, New York, and Massachusetts is that people just need to drive across a state line and they can readily obtain firearms that they can then easily—if perhaps illegally—bring back into their jurisdictions.[42] That

was certainly the case in the Washington Navy Yard massacre. Unable to purchase a shotgun in the District of Columbia, given its strict gun laws that seriously restrict weapons possession by nonresidents, Aaron Alexis took a twenty-minute drive to Newington, Virginia, and secured his instrument of mass murder with little complication.[43]

And it's not just the United States. Continental Europe, which has eliminated passport and customs controls between most nations in an effort to create a common market, facilitates the transport and transfer of goods—both benign and dangerous. The November 2015 Paris terrorist attacks, which claimed 130 lives, serve as a prominent example of how, despite strict national gun regulations, France was unable to stop the importation of automatic weapons into the country. What happened in Paris is a terrifying reminder that disparate laws and open borders can be a recipe for disaster.[44]

It again raises another fascinating question: What about areas that can control the flow of people and products across their borders? When those entities pass tough, nationally uniform firearms restrictions, do they see significant declines in the type of violence they are trying to reduce? And, more to the point, have such jurisdictions had success in curbing gun massacres?

What better cases to examine than water-locked countries that, as a result of geography, don't share contiguous, open borders? They provide for the perfect natural experiment.

* * *

Great Britain illustrates that being encircled by water doesn't make a country immune to gun violence. The island nation has certainly experienced its share of crime and bloodshed, including some horrific instances of rampage violence. One of England's most disturbing mass murders occurred on the afternoon of August 19, 1987, when twenty-seven-year-old Michael Robert Ryan went on a shooting spree in the town of Hungerford. Armed with a semiautomatic handgun and two assault rifles—all legally owned and equipped with extended-capacity magazines—Ryan killed sixteen people and wounded another fifteen before finally taking his own life. At the time, it was the deadliest gun massacre in modern British history.[45]

The British government reacted by passing the 1988 Firearms Act, which banned most semiautomatic rifles and burst-fire weapons, and tightened restrictions on certain shotguns. However, after deliberation, legislators opted to forego enacting a large-scale ban on handguns, leaving them largely available within the confines of the country's licensing scheme.[46]

Nearly a decade later, on March 13, 1996, Great Britain again fell victim to a horrific onslaught. Armed with four legally owned handguns—two of them extended-capacity semiautomatic pistols—and nearly 750 rounds of ammunition, forty-three-year-old Scout leader Thomas Hamilton attacked an elementary school in Dunblane, Scotland. Storming the school's gymnasium, where physical-education classes were in progress, Hamilton gunned down a group of students and their teachers before firing a fatal round into his head.[47]

The national tragedy, which claimed seventeen innocent lives—sixteen of them children between the ages of five and six—and left fifteen others wounded, created an uproar in Great Britain. Feeling intense public pressure to further curtail the availability of weapons, the British Parliament passed two Firearms Acts in 1997 that essentially banned private ownership of handguns.[48]

Despite these legislative efforts to control firearms, on June 2, 2010, fifty-two-year-old taxi driver Derrick Bird perpetrated a series of ambush attacks across thirty different crime scenes in the English county of Cumbria. Equipped with a bolt-action rifle and a double-barrel shotgun that he was licensed to own for purposes of pest control and sport, Bird killed twelve and injured another eleven. While harder to slaughter scores of people without semiautomatic firearms, the Cumbria massacre demonstrates that it can be done if perpetrated in piecemeal fashion against unsuspecting victims across a variety of locations.[49]

The British experience with mass shootings can be seen in two different ways. On the one hand, despite the implementation of strict gun-safety measures following the Hungerford and Dunblane massacres, the nation has not been rampage-free. On the other hand, the island of approximately sixty-three million residents has come pretty close to zeroing out high-fatality mass shootings, suffering only one gun massacre since 1996. By comparison, the United States, which is roughly five times the population of Great Britain, has experienced

Firearms and Knives on Planes,'" Truth about Guns, February 1, 2012, http://www
.thetruthaboutguns.com/2012/02/robert-farago/as-a-pilot-i-don%E2%80%99t
-understand-the-reason-why-we-can%E2%80%99t-have-firearms-and-knives-on
-planes/ (accessed December 11, 2015); and Robert Farago, "U.S. Air Marshal
System a Complete Disaster," Truth about Guns, August 18, 2015, http://www
.thetruthaboutguns.com/2015/08/robert-farago/u-s-air-marshal-system-a
-complete-disaster (accessed December 11, 2015).

19. Engle, "U.S. Aviation Security Timeline."

20. Lou Michel and Dan Herbeck, *American Terrorist: Timothy McVeigh and the
Oklahoma City Bombing* (New York: Harper, 2001).

21. John Mueller and Mark G. Stewart, *Chasing Ghosts: The Policing of Terrorism*
(New York: Oxford University Press, 2016), pp. 98–100.

22. National Forensic Science Technology Center, "A Simplified Guide to
Explosives Analysis: Principles of Explosives Analysis," A Simplified Guide to
Forensic Science, 2013, http://www.forensicsciencesimplified.org/explosives/
principles.html (accessed December 11, 2015).

23. Louis Klarevas, "The Idiot Jihadist Next Door," *Foreign Policy*, December 1,
2011, http://foreignpolicy.com/2011/12/01/the-idiot-jihadist-next-door (accessed
December 11, 2015).

24. Jana Winter, "Anatomy of a Bomb: An Inexpensive and Deadly Mishmash
of Ingredients," Fox News, May 3, 2010, http://www.foxnews.com/us/2010/
05/03/anatomy-bomb.html (accessed December 11, 2015); "Timeline—From
Parking a Car Bomb to Catching a Plane," *Reuters*, May 4, 2010, http://www
.reuters.com/article/timessquare-investigation-idUSN0411707720100504 (accessed
December 11, 2015); and Peter Grier, "Times Square Bomb: Did Pakistan Taliban
Send Its 'C' Team?" *Christian Science Monitor*, May 10, 2010, http://www.csmonitor
.com/USA/2010/0510/Times-Square-bomb-Did-Pakistan-Taliban-send-its-C-team
(accessed December 11, 2015).

25. Louis Klarevas, "Bombing on the Analysis of the Times Square Bomb
Plot," *Huffington Post*, May 25, 2011, http://www.huffingtonpost.com/louis
-klarevas/bombing-on-the-analysis-o_b_565428.html (accessed December 11,
2015).

26. David Hemenway, *While We Were Sleeping: Success Stories in Injury and Violence
Prevention* (Berkeley: University of California Press, 2009).

27. Daniel W. Webster and Jon S. Vernick, eds., *Reducing Gun Violence in
America: Informing Policy with Evidence and Analysis* (Baltimore, MD: Johns Hopkins
University Press, 2013), http://home.uchicago.edu/ludwigj/papers/Impact%20
of%20Brady%20Act%202013.pdf (accessed December 11, 2015).

28. Erin G. Richardson and David Hemenway, "Homicide, Suicide, and

Unintentional Firearm Fatality: Comparing the United States with Other High-
Income Countries, 2003," *Journal of Trauma* 70 (January 2011): 238–43.

29. Sarah Kaplan, "American Exceptionalism and the 'Exceptionally
American' Problem of Mass Shootings," *Washington Post*, August 27, 2015, https://
www.washingtonpost.com/news/morning-mix/wp/2015/08/27/american
-exceptionalism-and-the-exceptionally-american-problem-of-mass-shootings
(accessed December 11, 2015).

30. David Hemenway, *Private Guns, Public Health* (Ann Arbor: University of
Michigan Press, 2006).

31. The Gun Control Act of 1968 does not apply to "antique firearms"
manufactured prior to 1899. For the statutory definition of "antique firearm," see
18 USC § 921(a)(16).

32. The Brady Handgun Violence Prevention Act of 1993 does not apply to
"antique firearms" manufactured prior to 1899. For the statutory definition of
"antique firearm," see 18 USC § 921(a)(16).

33. Hemenway, *Private Guns, Public Health*, pp. 209–12.

34. Bureau of Alcohol, Tobacco, Firearms, and Explosives, "National Firearms
Act," ATF, November 9, 2015, https://www.atf.gov/rules-and-regulations/national
-firearms-act (accessed December 11, 2015).

35. Bruce H. Kobayashi and Joseph E. Olson, "In Re: 101 California Street:
A Legal and Economic Analysis of Strict Liability for the Manufacture and Sale of
'Assault Weapons,'" *Stanford Law and Policy Review* 8 (Winter 1997): 41–51.

36. Christopher S. Koper, "America's Experience with the Federal Assault
Weapons Ban, 1994–2004: Key Findings and Implications," in *Reducing Gun Violence
in America: Informing Policy with Evidence and Analysis*, ed. Daniel W. Webster and
Jon S. Vernick (Baltimore, MD: Johns Hopkins University Press, 2013), pp. 157–71,
http://home.uchicago.edu/ludwigj/papers/Impact%20of%20Brady%20Act%20
2013.pdf (accessed December 11, 2015).

37. Out of the twelve gun massacres that occurred while the AWB was
in effect, three involved assault weapons and six involved extended-capacity
magazines. I have been unable to uncover any evidence that any of these
instruments were illegal under the AWB. In fact, most were grandfathered,
meaning that they were exempted by the ban because they were legally in
circulation prior to the AWB's enactment.

38. When viewed in terms of full calendar years, the massacre-free period
ran five consecutive years, from 1994 to 1998, although it must be noted that the
AWB was not in effect for most of 1994. There were also no gun massacres in 2001.
When 2001 is combined with the four-and-a-half-year period without a high-fatality
mass shooting from September 13, 1994, through April 20, 1999, we see that over
half of the decade that the AWB was in effect was massacre-free.

39. It's worth noting that, in the years since the expiration of the AWB, there has never again been a year of reprieve from gun massacres. In every single year since 2004, the United States has not only experienced gun massacres every calendar year, but there hasn't been a single year without at least two gun massacres.

40. As shown in chapter 6, it's important to remember that assault weapons are not used frequently in gun massacres. In terms of weaponry regulated by the AWB, extended-capacity magazines are employed much more frequently in gun massacres. An examination of the AWB's impact on these two instruments shows that, during the ten-year period that the AWB was in effect, assault weapons use was cut in half compared to the decade immediately prior to the AWB's adoption. In the decade following the AWB, the use of assault weapons in gun massacres more than doubled, slightly edging out the use of such weapons in the decade prior to the ban. Deaths resulting from massacres involving assault weapons followed a similar pattern, dropping by two-fifths between the decade prior to and the decade of the ban. Deaths resulting from incidents involving assault weapons then tripled in the decade after the ban. Extended-capacity magazines saw a less sizeable decrease of roughly one-third between the decade prior to and the decade of the ban. This was then followed by a quadrupling in the decade immediately following the expiration of the AWB. Deaths from incidents involving extended-capacity magazines followed a nearly identical pattern, dropping by roughly a third and then roughly quadrupling. In terms of deaths per incident, the average number of deaths in attacks involving assault weapons went from 7.5 in the decade prior to the ban, to 8.7 in the decade of the ban, followed by 11.1 in the decade after the ban. The average number of deaths in attacks involving extended-capacity magazines followed a different trajectory. Deaths per incident went from 9.1 in the decade prior to the ban, to 7.7 in the decade of the ban, followed by 9.2 in the decade after the ban. This last finding suggests that the AWB's impact was most profound in the area of curtailing the carnage that results from employing extended-capacity magazines in mass shootings.

41. Critics might retort that my test is biased in that it only assesses the AWB's impact on gun massacres, which are mass shootings resulting in six or more victims being murdered. It's true that if the fatality threshold is lowered, there wouldn't be a period of five consecutive years without a mass shooting. But this misses the point. Gun massacres are the most troubling mass shootings precisely because they are the deadliest acts of gun violence. While the AWB might not have eliminated all mass shootings, it did drastically reduce the worst ones. And that matters.

42. See, for example, Gregor Aisch and Josh Keller, "How Gun Traffickers Get around State Gun Laws," *New York Times*, November 13, 2015, http://www.nytimes

.com/interactive/2015/11/12/us/gun-traffickers-smuggling-state-gun-laws.html (accessed December 11, 2015).

43. Tom Jackman, "Inside Sharpshooters, the Newington Gun Store Where Aaron Alexis Bought His Shotgun," *Washington Post*, September 18, 2013, https://www.washingtonpost.com/blogs/local/wp/2013/09/18/inside-sharpshooters-the-newington-gun-store-where-aaron-alexis-bought-his-shotgun (accessed August 5, 2015).

44. See, for example, Emma Graham-Harrison, "Paris Attacks Highlight France's Gun Control Problems," *Guardian*, November 15, 2015, http://www.theguardian.com/world/2015/nov/15/paris-attacks-highlight-frances-gun-control-problems (accessed December 11, 2015); and Naina Bajekal and Vivienne Walt, "How Europe's Terrorists Get Their Guns," *Time*, December 7, 2015, http://time.com/how-europes-terrorists-get-their-guns (accessed December 11, 2015). One of the firearms used in the November 2015 Paris terrorist attacks was even traced back to the United States. See Liz Henderson, Meg Wagner, and Denis Slattery, "Florida-Based Gun Dealer Known for Supporting NRA Is Linked to Weapon Used in Paris Terror Attacks," *New York Daily News*, December 12, 2015, http://www.nydailynews.com/news/national/gun-paris-terror-attack-linked-florida-dealer-article-1.2462573 (accessed April 24, 2016).

45. For a detailed analysis of the Hungerford massacre, see the Smith Report, which is reproduced in *Murderpedia*, s.v., "Michael Robert Ryan," n.d., http://murderpedia.org/male.R/r/ryan-michael-robert-report.htm (accessed December 11, 2015).

46. Clare Feikert-Ahalt, "Great Britain," in *Firearms-Control Legislation and Policy*, by Law Library of Congress (Washington, DC: Library of Congress, 2013), pp. 89–107, http://www.loc.gov/law/help/firearms-control/firearms-control.pdf (accessed December 11, 2015).

47. The Honorable Lord W. Douglas Cullen, *The Public Inquiry into the Shootings at Dunblane Primary School on 13 March 1996* (Edinburgh: Scottish Office, 1996), https://www.gov.uk/government/uploads/system/uploads/attachment_data/file/276651/3386.pdf (accessed December 11, 2015). One of the wounded was a staff member who was struck by a bullet that passed into the school's library.

48. Feikert-Ahalt, "Great Britain"; and Michael J. North, "Gun Control in Great Britain after the Dunblane Shootings," in *Reducing Gun Violence in America: Informing Policy with Evidence and Analysis*, ed. Daniel W. Webster and Jon S. Vernick (Baltimore, MD: Johns Hopkins University Press, 2013), pp. 185–93, http://home.uchicago.edu/ludwigj/papers/Impact%20of%20Brady%20Act%202013.pdf (accessed December 11, 2015).

49. James Meikle, "Twelve Killed in Cumbria Shooting Spree," *Guardian*, June

# LAW REVIEWS AND JOURNALS

Opinion



# Regulating Assault Weapons and Large-Capacity Magazines for Ammunition

**Philip J. Cook, PhD**
Duke University,
Durham,
North Carolina.

**John J. Donohue, PhD, JD**
Stanford University,
Stanford, California.

Viewpoint pages 1177, 1179, 1181, 1183, 1185, 1187, 1189, 1193, 1195, and 1197 and Editorial page 1201

Supplemental content

**Mass public shootings in the US** account for a small fraction of all firearm-related homicides, but have an outsized role in stoking the public's concern with firearm violence. The vivid instances of attacks on people in churches, schools, and offices and at other public gathering places do vastly disproportionate damage to peace of mind by creating a sense of peril in places that should feel safe. These attacks have been increasing in frequency and deadliness in recent years. As reducing this particular type of firearm violence becomes more urgent, the case for a variety of prevention measures becomes even stronger.

This Viewpoint focuses on a measure that is highly specific to the gun violence problem—stringent regulation of assault weapons and large-capacity magazines (LCMs) for ammunition. Federal law banned the introduction of new LCMs and military-style semiautomatic firearms between 1994 and 2004, but that regulation ended in 2004 and Congress did not renew it. Now, years later, the nation is experiencing the dire effects of opening the door to the manufacture and import of these weapons; it is time to close that door.

## History and Current Status of Bans

The history of federal bans on weapons of mass destruction goes back to the 1934 National Firearms Act. Among other provisions, the Act required submachine guns and other firearms capable of fully

> Current estimates suggest that approximately 20 million assault weapons are owned by private individuals in the US, with millions of new assault weapons manufactured and imported each year.

automatic fire (ie, firing several shots with a single pull of the trigger) to be registered with the federal government.[1] All transactions involving such weapons were taxed at $200, a high confiscatory amount at the time. The registration and tax requirement remained in place, although inflation has substantially undercut the force of the transfer fee. The Act was expanded by Congress in 1986 to end the sale of new fully automatic weapons. There is every reason to believe that these restrictions have been effective. Even though the Thompson submachine gun was a notorious gangster weapon in the 1920s, fully automatic weapons of any kind are rarely used in crime in modern times or in mass public shootings.[1]

The 1994 Federal Assault Weapons Ban extended the regulation of military-style weapons to include some semiautomatic firearms. These weapons fire 1 round of ammunition for each pull of the trigger, and are capable of firing at a rate of roughly 1 per second. The 1994 Assault Weapons Ban ended the legal manufacture and import of specified firearms, as well as ammunition-feeding devices (magazines) that held more than 10 rounds of ammunition. At the time, most prohibited assault weapons were equipped with detachable magazines that held 30 rounds and could accept magazines that could hold as many as 50 or 100 rounds, thus making it possible to fire dozens of rounds without pausing to reload.[2]

The 1994 federal ban on new assault weapons had gaping loopholes. First, the federal ban did not restrict possession or transactions of existing assault weapons and LCMs. Second, manufacturers found ways to slightly modify the design of some of the banned weapons so that they met the letter of the law while preserving the military appearance and the possibility of accepting LCMs and firing high-powered ammunition quickly. Still, there is evidence that the ban had some salutary effect on mass public shootings.

The LCM ban, also in effect during 1994 to 2004, was not subject to the redesign problem because it provided a bright line that was difficult for manufacturers to overcome. There were, however, an estimated 25 million LCMs in circulation when the ban was enacted, and those remained in circulation, but with no new additions.[2] It was not just assault weapons (as defined) that were designed to use LCMs, but a variety of other semiautomatic firearms as well, so the LCM ban had much broader scope.

When the law expired in 2004, manufacturing and importations of LCMs and previously banned weapons resumed, and a surge of sales followed. Current estimates suggest that approximately 20 million assault weapons are owned by private individuals in the US, with millions of new assault weapons manufactured and imported each year.[3] The industry initially advertised these weapons as "assault rifles," and continues to promote them with military allusions but has now rebranded this type of weapon as the "modern sporting rifle."

Seven states have some version of a ban or stringent restrictions on assault weapons: California, Connecticut, Hawaii, Maryland, Massachusetts, New Jersey, and New York, as well as the District of Columbia.[4] These laws are being challenged in the courts as a violation of the Second Amendment, but have survived these challenges to date.

**Corresponding Author:** Philip J. Cook, PhD, Sanford School of Public Policy, Duke University, PO Box 90545, Durham, NC 27708 (pcook@duke.edu).

© 2022 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by Angela Maani on 10/18/2022

Compendium_Klarevas
Page 011

Opinion   Viewpoint

### Evidence of Potential Effectiveness of a National Ban

A review conducted by the RAND Corporation concluded that the handful of published studies on the effect of the ban on mass public shootings was "inconclusive" due in part to flaws in the analysis used by the 3 studies with positive findings.[4] But it is unlikely the surge in mass public shootings that involved assault weapons and LCMs that occurred after the ban would have happened if the ban had remained in place. The logic is straightforward. The sales of these weapons, which had declined during the ban, expanded greatly following its repeal, making them more widely available to everyone including would-be mass murderers.

To document recent trends in such mass public shootings requires a precise definition. One common definition for mass public shootings has several elements,[5,6] including: (1) a minimum of 4 homicides; (2) a public location; and (3) circumstance not attributable to robbery, other felonious activity, or commonplace conflict in families or among acquaintances. A comprehensive compilation of such events is the Violence Project's database of mass shootings in the US,[7] which includes the number of people killed and injured in each event and the type of weapon or weapons used.

Information from this database indicates that in the years following when the law expired in 2004, the number of mass shooting incidents greatly increased and the number of fatalities increased even more. During the period from 2015 to 2019, the number of incidents reached 33 (or 6.6 per year), which was almost twice the number during the decade when the Federal Assault Weapons Ban was in effect (eFigure and eTable in the Supplement). The number of fatalities from shootings that involved between weapons decreased during the second half of the ban (2000-2004) and then surged during subsequent periods, reaching a total of 271 during 2015 to 2019. It was during that 5-year interval from 2015 to 2019 that 5 of the top-10 deadliest mass public shootings in US history occurred, and all were committed with assault weapons.[8] The number of fatalities resulting from mass public shootings with other weapons has remained relatively flat.

### The Australian Ban on Rapid-Fire Weapons

The Australian experience has factored into the debate over reinstituting the assault weapons ban in the US. In Australia, the impetus for banning semiautomatic weapons was a 1996 mass public shooting in Port Arthur, Tasmania, in which a young man killed 35 people with a semiautomatic rifle. Swift action by the federal and state legislatures produced legislation that banned not only manufacture and import, but private possession of semiautomatic rifles. To ease the transition, a series of firearm buybacks were instituted, and 1 million weapons were ultimately relinquished, estimated to be one-third of all privately owned guns. Australia had 11 mass shootings during the decade prior to the ban,[9] and 1 since then (a family killing in 2018 that would not count as a mass public shooting by the US definition).

The Australian experience is illustrative as a proof of concept for other countries, including the US. Of note, the ban covered all semi-automatic rifles, not just those with the specific features suggestive of use in warfare as opposed to hunting. The ban on possession of existing guns rather than only on the introduction of new guns greatly accelerated its apparent effectiveness.

### Potential Next Steps

On July 29, 2022, the US House of Representatives passed the Assault Weapons Ban of 2022. To a large extent this bill reinstituted the 1994 ban, including the ban on the sale of new semiautomatic firearms deemed to be assault weapons, and of new LCMs holding more than 10 rounds. An important innovation is that for LCMs, the bill only allows continued possession and use of existing devices, but not transfer. However, given the reality that the US Senate will not enact this bill, it is useful to consider other approaches.

States could institute or expand assault weapon bans. Indeed, just a ban on LCMs would be a promising first step, impeding access to these products by individuals who could otherwise use them to fire multiple rounds of ammunition at large numbers of people before law enforcement can be mobilized to stop the killing.

### Conclusions

In 2017, the *New York Times* polled "32 current or retired academics in criminology, public health and law, who have published extensively in peer-reviewed academic journals on gun policy"[10] to ask them what measures would be most effective in dealing with the mass shooting problem in the US, and an assault weapons ban was deemed overall by this panel to be the single most effective measure. The evidence in support of a ban has grown tragically stronger since then.[10]

---

**ARTICLE INFORMATION**

**Conflict of Interest Disclosures:** Dr Donohue reported serving as an expert witness for various government entities on matters related to assault weapons bans based on his research in this area.

**REFERENCES**

**1**. Cook PJ, Goss KA. *The Gun Debate: What Everyone Needs to Know*. 2nd ed. Oxford University Press; 2020.

**2**. Koper CS. An updated assessment of the federal assault weapons ban: impacts on gun markets and gun violence, 1994-2003. Accessed September 6, 2022. https://www.ojp.gov/pdffiles1/nij/grants/204431.pdf

**3**. Bump P. Tallying America's fascination with AR-15-style rifles. Accessed September 6, 2022. https://www.washingtonpost.com/politics/2022/05/26/tallying-americas-fascination-with-ar-15-style-rifles/

**4**. Smart R, Morral AR, Smucker S, et al. *The Science of Gun Policy*. RAND; 2020.

**5**. Duwe G. Patterns and prevalence of lethal mass violence. *Criminol Public Policy*. 2020;19(1):17-35. doi:10.1111/1745-9133.12478

**6**. Smart R, Schell TL. Mass shootings in the United States. Accessed September 6, 2022. https://www.rand.org/research/gun-policy/analysis/essays/mass-shootings.html

**7**. Violence Project. Mass shooter database: version 5.0. Accessed August 30, 2022. https:// www.theviolenceproject.org/mass-shooter-database/

**8**. Wikipedia. Mass shootings in the United States. Accessed August 31, 2022. https://en.wikipedia.org/wiki/Mass_shootings_in_the_United_States

**9**. Chapman S, Alpers P, Jones M. Association between gun law reforms and intentional firearm deaths in Australia, 1979-2013. *JAMA*. 2016;316(3):291-299. doi:10.1001/jama.2016.8752

**10**. Sanger-Katz M, Bui Q. How to reduce mass shooting deaths? experts rank gun laws. Published October 5, 2017. Accessed September 6, 2022. https://www.nytimes.com/interactive/2017/10/05/upshot/how-to-reduce-mass-shooting-deaths-experts-say-these-gun-laws-could-help.html

© 2022 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by Angela Maani on 10/18/2022

Compendium_Klarevas
Page 012

Journal of Trauma and Acute Care Surgery, Publish Ahead of Print
DOI: 10.1097/TA.0000000000002060

# Changes in US Mass Shooting Deaths Associated With the 1994-2004 Federal

# Assault Weapon Ban: Analysis of Open-Source Data

Charles DiMaggio PhD, MPH, Jacob Avraham MD, Cherisse Berry MD, Marko Bukur MD,

Justin Feldman ScD, Michael Klein MD, Noor Shah MD, Manish Tandon MD,

Spiros Frangos, MD, MPH

Author Affiliations: All authors are affiliated with the New York University School of Medicine,

Department of Surgery, Division of Trauma and Critical Care Surgery

77th Annual Meeting of AAST and 4th World Trauma Congress

Sep 26 - 29, 2018

San Diego, California

Corresponding Author:

Charles DiMaggio, PhD, MPH

Professor of Surgery and Population Health

Director of Injury Research

Department of Surgery

New York University School of Medicine

462 First Avenue, NBV 15

New York, NY 10016-9196

Charles.DiMaggio@nyumc.org

Office: 212.263.3202

Mobile: 516.308.6426

1

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

Downloaded from https://journals.lww.com/jtrauma by BhDMf5ePHKav1zEoum1tQfN4a+kJLhEZgbsIHo4XMi0hCywCX1AWnYQp/IlQrHD3i+xOuA1mY8qBGI6Wo0o32/saewygnDds6IAT9hk+JBTSWYD3e+ on 12/20/2018

Email Addresses:

Charles.DiMaggio@nyumc.org

Jacob.Avraham@med.nyu.edu

Cherisse.Berry@nyumc.org

Marko.Bukur@nyumc.org

Justin.Feldman@nyumc.org

Michael.Klein@nyumc.org

Noor.Shah@med.nyu.edu

Manish.Tandon@nyumc.org

Spiros.Frangos@nyumc.org

Funding Statement: There are no federal or non-federal funding sources associated with this study.

Conflict of Interest Statement: The authors have no conflicts of interest to declare.

2

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

Compendium_Klarevas
Page 014

**Background** A federal assault weapons ban has been proposed as a way to reduce mass shootings in the U.S. (U.S). The Federal Assault Weapons Ban (A.W.B.) of 1994 made the manufacture and civilian use of a defined set of automatic and semi-automatic weapons and large capacity magazines illegal. The ban expired in 2004. The period from 1994 to 2004 serves as a single-arm pre-post observational study to assess the effectiveness of this policy intervention.

**Methods** Mass shooting data for 1981 to 2017 were obtained from three well-documented, referenced, and open-source sets of data, based on media reports. We calculated the yearly rates of mass shooting fatalities as a proportion of total firearm homicide deaths and per U.S. population. We compared the 1994-2004 federal ban period to non-ban periods, using simple linear regression models for rates and a Poison model for counts with a year variable to control for trend. The relative effects of the ban period were estimated with odds ratios.

**Results** Assault rifles accounted for 430 or 85.8% of the total 501 mass-shooting fatalities reported (95% CI 82.8, 88.9) in 44 mass-shooting incidents. Mass shootings in the U.S. accounted for an increasing proportion of all firearm-related homicides (coefficient for year = 0.7, p = 0.0003), with increment in year alone capturing over a third of the overall variance in the data (Adjusted R-squared = 0.3). In a linear regression model controlling for yearly trend, the federal ban period was associated with a statistically significant 9 fewer mass shooting related deaths per 10,000 firearm homicides (p = 0.03). Mass-shooting fatalities were 70% less likely to occur during the federal ban period (Relative Rate = 0.30, 95% CI 0.22,0.39).

**Conclusions** Mass-shooting related homicides in the U.S. were reduced during the years of the federal assault weapons ban of 1994 to 2004.

**Study Type**: Observational

**Level of Evidence**: III/IV

**Keywords**: Firearms, Mass-Shootings, Assault Weapons, Epidemiology

3

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

**Background**

Increases in firearm-related injuries, particularly mass-shooting related fatalities, in the United States (US) have contributed to a polarizing and sometimes contentious debate over gun-ownership and limiting weapons characterized as assault weapons.[1] [2] Despite the increasing sense that there is an epidemic of indiscriminate firearm violence in our schools and public spaces, there is a paucity of public health evidence on the topic. Among a number of recommendations, a federal Assault Weapons Ban (A.W.B.) has been proposed as a way to prevent and control mass shootings in the U.S.  In this paper we assess evidence for the effectiveness of such a ban in preventing or controlling mass-shooting homicides in the U.S.

While mass shootings occur in other industrialized nations, the U.S. is particularly prone to these crimes.  In a recent 30-year period, the U.S. had double the number of mass-shooting incidents than the next 24 industrialized nations combined.[3] Any public perception of recent increases in the number of these events is borne out by analysis of available data.[4] By one measure, there have been more deaths due to mass shootings in the U.S. in the past 18 years than in the entire 20th century.[5] While there is some debate about the role of mental illness in mass shootings,[6] [7] [8] many high-profile recent mass shootings (Aurora, Colo.; Roseburg, Ore.; San Bernardino, Calif.; Newtown, Conn.; Orlando; Las Vegas; Sutherland Springs, Texas) have been characterized by the use of semi-automatic assault rifles,[9] leading some to advocate for restrictions on the manufacture and sale of these weapons.

While survey results indicate that researchers in criminology, law and public health rank an assault weapons ban as one of the most effective measures to prevent mass-shootings, and that 67% of the US general population support such a ban,[10] the existing evidence on banning assault weapons is scant and sometimes contradictory.  Most evidence is related to the Federal A.W.B.

4

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

of 1994, which made illegal the manufacture and use by civilians of a defined set of automatic and semi-automatic weapons and large capacity magazines. Formally known as "The Public Safety and Recreational Firearms Use Protection Act", was part of the broader "Violent Crime Control and Law Enforcement Act of 1994", the ban lasted 10-years, expiring in 2004 when the U.S. Congress declined to renew it.

In a study soon following the implementation of the 1994 ban, researchers reported a 55% decrease in the recovery of assault weapons by the Baltimore City Police in the first six months of 1995, indicating a statistically significant 29 fewer such firearms in the population.[11] In a 2009 study based on ICD9 external cause of injury codes for patients younger than 18 in the U.S., 11 states with assault and large-capacity magazine bans, as well as other firearm laws, were compared to 33 states without such restrictions. The incidence of firearm injuries per 1,000 total traumatic injuries was significantly lower in states with restrictive laws, 2.2 compared to 5.9.[12] In contrast, a comprehensive 2001 evaluation of the FWA itself concluded there was "no evidence of reductions in multiple-victim gun homicides or multiple-gunshot wound victimizations". The authors cautioned their results should be "interpreted cautiously" because of the short time period since the ban's inception, and that future assessments were warranted.[13] More recent studies, while not primarily addressing the U.S. federal A.W.B. have found results generally consistent with its effectiveness in preventing mass-shooting fatalities. [14] [15]

We believe sufficient time has passed and enough data have accumulated to treat the period from 1994 to 2004 as a naturalistic pre-post observational comparison period for the association of the A.W.B. with changes in mass-shootings in the US.  Because there is no authoritative source or registry, or even a widely-agreed upon definition for these incidents, we obtained data from three open source references and restricted our analyses to only those incidents confirmed by all three

5

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

sources. We assess evidence for the potential effectiveness of such a ban in preventing and controlling mass-shooting homicides in the U.S. We hypothesized that the implementation of the Federal A.W.B. contributed to a reduction in mass shooting deaths as measured by the number and rate of mass shooting fatalities before, during and after the federal A.W.B.

**Methods**

Mass incident shooting data were obtained from three independent, well-documented and referenced online sources: Mother Jones Magazine, the Los Angeles Times and Stanford University.[16][17][18] These sources have each been the basis for a number of previous studies.[19][20][21][22][23][24][25][26] Data from the three online open-source references were combined.  Analyses were restricted to incidents reported by all three sources. Entries were further restricted to those for which four or more fatalities (not including the shooter) were reported, which meets the strictest definition of mass shootings as defined by the Federal Bureau of Investigation.[27][28]  Yearly homicide data were obtained from the US Centers for Disease Control and Prevention Web-based Injury Statistics Query and Reporting System (WISQARS) an online database of fatal and nonfatal injury.[29]  Because 2017 data were not yet available in the WISQARS system, data for firearm-related homicide data for that year were obtained from a separate online source.[30]

A variable was created to indicate the 1994 to 2004 period as the federal ban period. We attempted to identify incidents involving assault weapons. An assault weapon has been defined as semiautomatic rifle that incorporates military-style features such as pistol grips, folding stocks, and high-capacity detachable magazines.[31]  In this study, assault weapons were identified using the text search terms "AK", "AR", "MCX", "assault", "Assault", or "semiautomatic" in a text field for weapon details.  These terms were based on descriptions of the federal assault ban

6

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

legislative language.[32] The total number of mass shooting fatalities and injuries were aggregated by year and merged with the yearly firearm homicide data.

The rate of mass shooting fatalities per 10,000 firearm homicide deaths was calculated. For the years covered by the data sources, we calculated (1) the total and yearly number of mass-shooting incidents that met the strictest criteria and were confirmed by all three sources, (2) the number of all-weapon (assault and non-assault weapons) mass-shooting fatalities, and (3) the case-fatality ratio of all-weapon mass-shooting fatalities per 100 total mass-shooting fatalities and injuries were reported. The yearly case-fatality ratio was plotted with overlying Loess line for trend and standard error limits. We also plotted the yearly rate of mass shooting fatalities per 10,000 firearm-related homicides with an overlying simple linear model with year as the predictor for (1) the total time period, and (2) for pre-ban, ban and post-ban time periods.

We evaluated assumptions of normality and linearity of the data using graphical methods such as density plots and Q-Q normal plots as well as summary statistics.  We tested the hypothesis that the federal ban period was associated with a decrease in the number and rate of mass-shooting fatalities in the U.S. with a multiple linear regression model, with total homicide-based mass-shooting fatality rate as the outcome variable, a dichotomous indicator variable for the federal ban period as the predictor variable, and year as a control variable for trend over time. We calculated the relative risk of mass shooting fatalities during the federal ban period compared to non-ban periods by using the "epitab" function of the R "epitools" package. This estimate is based on the ratio of the fatality rate during the ban period divided by the fatality rate during the non-ban period. All results are presented with two-sided p-values with a significance level of 0.05 and/or 95% confidence intervals. We conducted subgroup analysis with data restricted to incidents in which an assault-type weapon was explicitly noted.

7

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

We conducted analyses to test the sensitivity of our results to the choice of denominator with linear regression models controlling for trend with yearly rates based on (1) CDC WISQARS homicide data ending in 2016, (2) extrapolated CDC WISQARS homicide data for 2017, and (3) population denominator-based rates. We tested the robustness of our underlying modeling assumptions with an alternate mixed-effects generalized linear model of yearly mass shooting fatality counts with an observation-level random effect to account for overdispersion.

The study was determined to be exempt as non-identifiable data. The study data and analytic code are available for download at http://www.injuryepi.org/styled-2/.

**Results**

The three data sources listed incidents ranging in number from 51 (LA Times) to 335 (Stanford) and in dates from 1966 (Stanford) to 2018 (LA Times). There were a total of 51 reported cases of mass shootings between 1981 and 2017 confirmed by all three sources. Forty-four of these incidents met the strictest criteria for mass shootings (4 or more killed), totaling 501 all-weapon fatalities. In total 1,460 person were injured or killed over the 37-year period, for a total case-fatality ratio of 34.3% (95% CI 31.9, 36.8). The overall rate of mass shooting fatalities per 10,000 firearm-related homicides was 10.2 (95% CI 9.4, 11.2). There was an overall increase in the all-weapon yearly number of mass-shooting fatalities in the U.S. during the study period, (Figure 1) and evidence of a decrease in case fatality in the post 2010 period. (Figure 2) Incidents in which weapons were characterized as assault rifles accounted for 430 or 85.8% of mass-shooting fatalities (95% CI 82.8, 88.9). Weapons characterized as assault rifles accounted for *all* mass-shooting fatalities in 15 out of the 24 (62.5% [95% CI 42.6, 78.9]) years for which a mass-shooting incident was reported, accounting for a total of 230 fatalities.

8

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

Between 1981 and 2017 mass shootings in the U.S. accounted for an increasing proportion of all firearm-related homicides, with increment in year accounting for nearly 32% of the overall variance in the data. During the years in which the A.W.B. was in effect, this slope decreased, with an increase in the slope of yearly mass-shooting homicides in the post-ban period. (Figure 3) A similar pattern was evident in data restricted to those incidents characterized as involving assault weapons. (Figure 4)

In a linear regression model controlling for yearly trend, the federal ban period was associated with a statistically significant 9 fewer mass-shooting related deaths per 10,000 firearm homicides per year. (Table 1) The model indicated that year and federal ban period alone accounted for nearly 40% of all the variation in the data (Adjusted R-squared = 0.37). A sub-analysis restricted to just those incidents characterized by the use of an assault weapon indicated that 7 preventable deaths during the ban period were due to assault weapons alone. (Table 2)

The risk of mass shooting fatalities during the federal van period was 53 /140,515 total firearm homicides compared to 448 / 348,528 during the non-ban periods, for a risk ratio of 0.30 (95% CI 0.22, 0.39).  The calculated risk ratio for the association of the federal ban period with mass-shooting fatalities as a proportion of all firearm-related homicides was 0.29 (95% CI 0.22,0.29), indicating that mass-shooting fatalities were 70% less likely to occur during the federal ban period.

The results of our sensitivity analyses were consistent with our main analyses for total mass shooting fatalities.  In a linear regression analysis controlling for yearly trend and restricted to the period ending in 2016 using just CDC WISQARS homicide data as the denominator, the effect of ban period was associated with a statistically significant 8 fewer mass shooting related deaths per 10,000 firearm homicides per year. (Coefficient for ban period = 8.0, p=0.05) In a

9

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

similar model using extrapolated CDC WISQARS homicide data for 2017 instead of Online Gun Violence Archive data as the denominator, the effect of ban period was associated with a statistically significant 9 fewer mass shooting related deaths per 10,000 firearm homicides per year. (Coefficient for ban period = 8.6, p=0.03) A model based on the total yearly US population as the denominator, the effect of ban period was associated with a statistically significant 0.4 fewer mass shooting related deaths per 10,000,000 population. (Coefficient for ban period = 0.4, p=0.02)

The results of a mixed-effects generalized linear Poisson model of yearly mass shooting fatality counts with an observation-level random effect to account for overdispersion were very similar whether the offset variable was the number of total firearm deaths or the population size. In either case, the assault-weapons ban period was associated with an approximately 85% reduction in mass shooting fatalities. (Table 3)


**Discussion**

Recently 75% of members of the ACS Committee on Trauma endorsed restrictions to ""civilian access to assault rifles (magazine fed,semi-automatic, i.e., AR-15)", [33] and 76% of the Board of Governors were in favor of a limit to "… civilian access to ammunition designed for military or law enforcement use (that is, armor piercing, large magazine capacity)"[34] In 2015, the American College of Surgeons (ACS) joined seven of the largest most prestigious professional health organizations in the U.S. and the American Bar Association to call for "restricting the manufacture and sale of military-style assault weapons and large-capacity magazines for civilian use"[35]. This analysis adds evidence to support these recommendations.

10

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

No observational epidemiologic study can answer the question whether the 1994 US federal assault ban was causally related to preventing mass-shooting homicides.  But, this study adds to the evidence by narrowly focusing our question on the potential effect of a national assault weapon ban on mass shootings as measured through the lens of case fatality. While the data are amenable to a number of additional analyses, such as stratification by location (e.g. school vs. non-school) or by characterization of large-capacity magazines vs. non, we chose to focus only on year of occurrence and total number of fatalities.  In this way, we relied on the least subjective aspects of the published reports.  We believe our results support the conclusion that the ban period was associated with fewer overall mass-shooting homicides. These results are also consistent with a similar study of the effect of a 1996 ban on assault type weapons in Australia after which mass-shooting fatalities dropped to zero. [36]

While the absolute effects of our regression analyses appears modest (7 to 9 fewer deaths per 10,000 firearm-homicides), it must be interpreted in the context of the overall number of such fatalities, which ranges from none to 60 in any given year in our data.  But, if our linear regression estimate of 9 fewer mass-shooting related deaths per 10,000 homicides is correct, an assault weapons ban would have prevented 314 of the 448 or 70% of the mass-shooting deaths during the non-ban periods under study.  Notably, this estimate is roughly consistent with our odds ratio estimate and Poisson model results.

Our results add to the documentation that mass-shooting related homicides are indeed increasing, most rapidly in the post-ban period, and that these incidents are frequently associated with weapons characterized as assault rifles by the language of the 1994 AWB. We did not find an increase in the case fatality ratio of mass-shooting deaths to mass-shooting injuries.  This might at first seem counterintuitive and paradoxical. The destructive effect of these weapons is

11

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

unequivocal. They are engineered to cause maximum tissue damage rapidly to the greatest number of targets.  But it may be that the use of these kinds of weapons results in indiscriminate injury with additional rounds more likely to injure more people increasing the denominator in a case-fatality ratio.  By contrast, the use of non-assault weapons may result in more precise targeting of victims. It is also possible that improvements in trauma care are driving down case fatality.[37]  And it is worth noting that in absolute terms there were many more fatalities outside the ban period, and that survivable injury comes with its own physical, emotional, and economic costs, which have been estimated at $32,237 per hospital admission.[38]

Despite US federal funding restrictions on firearm related research dating to 1996,[39] [40] there is a small but growing number of analyses of mass-shooting violence in the U.S. Many papers have focused on the mental health aspects of these incidents,[41] [42] [43] or on social effects like increased firearm acquisition following mass shootings. [44] [45]  But, fewer studies have taken a strictly public health or clinical approach. Among these an autopsy-based study of the incidence and severity of mass-shooting casualties concluded the wound patterns differed sufficiently from combat injuries to require new management strategies, indicating there is much to be learned from a systematic epidemiological perspective. [46]  Recently, there have been calls to remove such funding restrictions from both academics and elected officials from across the political spectrum. [47] [48]

Our choice of data and analytic approach may reasonably be debated. We chose to base our analyses on the yearly rate of mass-shooting fatalities per 10,000 overall firearm homicides. This is not a population-based risk estimate, but is in fact a risk as commonly used in the epidemiologic literature which is essentially a probability statement, i.e. the number of events that occurred over the number of times that event could occur.  It is the risk of a homicide occurring as a result of a mass shooting.  It may be considered a strong assumption to build mass

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

Compendium_Klarevas
Page 024

shooting death rates based on the overall firearm homicide rate. The demographics of most homicide victims may differ appreciably from those of mass-shooting victims. We selected this approach from among a number of imperfect potential denominators, believing that basing the rates on the number of firearm-homicides partly controls for secular trends in overall homicides and firearm availability. Our sensitivity analyses indicate that our results were robust to most any choice of denominator. We chose linear regression as our primary model because it was straightforward, accessible to most readers, accounted for linear trends in the data, and returned results in the metric in which we were most interested, i.e. changes in the rate of fatalities.  Our comparative Poisson model results were essentially consistent with the primary model.

These analyses are subject to a number of additional limitations and caveats, primary among which, is that there is no authoritative source of data on mass shooting, and any one source may be biased and incomplete. It was for this reason that we chose to combine three independent sources of data, each with its own strengths and weaknesses, and base our analyses only on those numbers that were verified by all three sources.  We further restricted our analyses to only the number of fatalities and the year in which the incident occurred, and to the strictest definition of mass shootings as defined by the Federal Bureau of Investigation.[49] [50]  Even with this approach, the data remain imprecise and subject to differing definitions. We attempted to compensate for this by framing our questions as precisely as possible, following the advice of the scientist and statistician John Tukey to pursue, "… an approximate answer to the right question ... than the exact answer to the wrong question..."

In this study, we failed to falsify the hypothesis that the AWB was associated with a decrease in mass shooting fatalities in the U.S. But, it is important to note that our model did not include important and potentially confounding factors like state-level and local differences in assault-

13

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

weapon laws following the sun downing of the federal AWB. Additional analyses including such variables and using approaches like propensity score matching and regression discontinuity[51] with data further aggregated to state and local levels are necessary to test the strength and consistency of our results.

Federally referenced denominator data were not available for the last year of the study. We chose to use data from the Online Gun Violence Archive to account for firearm homicide in 2017. This resource is a non-partisan not-for-profit group founded and maintained by a retired computer systems analyst and gun advocate.[52] The alternative would have been to extrapolate from the CDC data, but the 15,593 firearm-related homicides reported by the Online Gun Violence Archive in 2017 was more consistent with the 14,415 reported by CDC in 2016 compared to the 11,599 predicted by an extrapolation, and returned more conservative estimates of the increased rate of recent mass shootings. We note there were many years in which the number of mass-shooting fatalities is listed as zero. There were, in fact, fatalities and incidents in those years that could meet a definition of mass shooting, but they were not reported by all three sources, or did not meet the strict criteria we set for this analysis.

An assault weapon ban is not a panacea, nor do our analyses indicate that an assault weapon ban will result in overall firearm-related homicides. It is important to recognize that suicides make up the majority of firearm related deaths in the U.S., accounting for 60.7% of 36,252 deaths from firearms in 2015.[53] But, while this is a critically important issue in its own right, suicides differ fundamentally from mass-shootings, and are unlikely to be affected by an assault weapons ban. And, compared to the 501 mass-shooting fatalities we counted, there were 489,043 firearm-related homicides in the U.S. Public health efforts should be directed at reducing all gun violence and must be multi-pronged, including targeted initiatives to address mental illness and

14

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

reducing access to weapons in those with a propensity for violence. But taken in the context of the increase in mass shootings in the U.S. , these results support the conclusion that the federal A.W.B. of 1994 to 2004 was effective in reducing mass-shooting related homicides in the U.S., and we believe our results support a re-institution of the 1994 federal assault weapons ban as a way to prevent and control mass shooting fatalities in the United States.

15

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

## References

[1] Wolchover N. "Why Gun Control Is So Contentious in the US" *LiveScience*. 20 July 2012 https://www.livescience.com/21741-gun-control-second-amendment.html Accessed 10 August 2018.

[2] Bond S. "Students take the lead in US gun control debate". *Financial Times*. 23 February 2018. https://www.ft.com/content/9341021e-1818-11e8-9376-4a6390addb44 Accessed 10 August 2018.

[3] Lemieux F. "6 Things to Know about Mass Shootings in America" *Scientific American*. 13 June 2016. https://www.scientificamerican.com/article/6-things-to-know-about-mass-shootings-in-america/. Accessed 6 June 2018.

[4] Webster DW. The True Effect of Mass Shootings on Americans. *Annals of Internal Medicine*. 16 May 2017.  The http://annals.org/aim/fullarticle/2624992/true-effect-mass-shootings-americans. Accessed 6 June 2018.

[5] Katsiyannis A, Whitford DK, Ennis RB. Historical Examination of United States Intentional Mass School Shootings in the 20th and 21st Centuries: Implications for Students, Schools, and Society.  *Child Fam Stud* .(19 April 2018). https://doi.org/10.1007/s10826-018-1096-2

[6] Follman, M. "Mass Shootings: Maybe What We Need Is a Better Mental-Health Policy" *Mother Jones* 9 November 2012.  https://www.motherjones.com/politics/2012/11/jared-loughner-mass-shootings-mental-illness/ Accessed 11 August 2018

[7] Carey, B. "Are Mass Murderers Insane? Usually Not, Researchers Say" *New York Times*. 8 November 2017. https://www.nytimes.com/2017/11/08/health/mass-murderers-mental-illness.html Accessed 11 August 2018.

[8] Duwe G and Rocque M. "Actually, there is a clear link between mass shootings and mental illness" *Los Angeles Times*. 23 February 2018. http://www.latimes.com/opinion/op-ed/la-oe-duwe-rocque-mass-shootings-mental-illness-20180223-story.html Accessed 11 August 2018.

[9] Gillin J, Greenberg J, Jacobson L, and Valverde M.. "The facts on mass shootings in the United States" *Politifact*.  8 November 2017.  http://www.politifact.com/truth-o-meter/article/2017/nov/08/facts-mass-shootings-united-states/  Access 6 June 2018.

[10] Sanger-Katz M and Bui Q. "How to Reduce Mass Shooting Deaths? Experts Rank Gun Laws" *New York Times*. 5 October 2017.  https://www.nytimes.com/interactive/2017/10/05/upshot/how-to-reduce-mass-shooting-deaths-experts-say-these-gun-laws-could-help.html.  Accessed 6 June 2018.

[11] D. S. Weil and R. C. Knox. The Maryland ban on the sale of assault pistols and high-capacity magazines: estimating the impact in Baltimore. *Am J Public Health*. 87(2):297–8, Feb 1997.

16

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

[12] Arash Safavi, Peter Rhee, Viraj Pandit, Narong Kulvatunyou, Andrew Tang, Hassan Aziz, Donald Green, Terence O'Keeffe, Gary Vercruysse, Randall S Friese, et al. Children are safer in states with strict firearm laws: a national inpatient sample study. *J Trauma Acute Care Surg*, 76(1):146–50; discussion 150–1, Jan 2014.

[13] Koper CS,  and Roth JA. The Impact of the 1994 Federal Assault Weapon Ban on Gun Violence Outcomes: An Assessment of Multiple Outcome Measures and Some Lessons for Policy Evaluation.  *J Quant Criminol*, Vol. 17, No. 1, 2001

[14] Gius M. The impact of state and federal assault weapons bans on public mass shootings, *Applied Economics Letters*. 2015, 22(4), 281-284.

[15] Lemieux F, Bricknell S, and Prenzler, T.. Mass shootings in Australia and the United States, 1981-2013". *Journal of Criminological Research, Policy and Practice* 1(3): 131-142.

[16] Follman M, Aronsen G, Pan D and Caldwell M. US Mass Shootings, 1982-2018: Data from Mother Jones' Investigation. *Mother Jones,* 2012. https://www.motherjones.com/politics/2012/12/mass-shootings-mother-jones-full-data/ Accessed 3 June 2018.

[17] The Los Angeles Times Staff. "Deadliest U.S. Mass Shootings, 1984-2017." *Los Angeles Times*, Oct 1, 2017,  timelines.latimes.com/deadliest-shooting-rampages/  Accessed 29 August 2018

[18] Stanford Mass Shootings in America, courtesy of the Stanford Geospatial Center and Stanford Libraries, 2016. Available at: https://library.stanford.edu/projects/mass-shootings-america. Accessed 29 August 2018

[19] Fox JA, Levin J, and Fridel EE. Extreme killing: Understanding serial and mass murder. Sage Publications, 2018.

[20] Dillon L. Mass Shootings in the U.S.: An Exploratory Study of the Trends from 1982-2012. PhD thesis, 2014.

[21] Lankford A. Public mass shooters and firearms: a cross-national study of 171 countries. *Violence Vict*, 31(2):187, 2016.

[22] Lowe SR, and Galea S. The mental health consequences of mass shootings. *Trauma Violence Abuse*, 18(1):62–82, 2017.

[23] Fox JA, Fridel EE. The tenuous connections involving mass shootings, mental illness, and gun laws. *Violence Gend*. 2016 Mar 1;3(1):14-9.

[24] Luca M, Malhotra DK, Poliquin C. The Impact of Mass Shootings on Gun Policy. Harvard Business School NOM Unit Working Paper No. 16-126. 1 Oct. 2016.

17

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

[25] Buchholtz LK. Command-Directed Mental Health Evaluations and Mental Health Related Discharges from the U.S. Military: An Argument for Command Authority. *J Health Care Finance*. 2016 Sep 21.

[26] Bradley K. Code Blue: The Expanding Field of Tactical/Battlefield Medicine. *J Law Enforcement*. 2017 Apr 1;6(2).

[27] Smart, R. Mass Shootings: Definitions and Trends. RAND Corporation. https://www.rand.org/research/gun-policy/analysis/supplementary/mass-shootings.html Accessed 2 June 2018.

[28] Krouse, WJ, and Richardson DJ, Mass Murder with Firearms: Incidents and Victims, 1999–2013, Washington, D.C.: Congressional Research Service, R44126, 2015.

[29] Centers for Disease Control and Prevention. CDC's WISQARS (Web-based Injury Statistics Query and eporting Aystem). https://www.cdc.gov/injury/wisqars/fatal.html. Accessed 12 February 2018.

[30] The Online Gun Violence Archive: Past summary ledgers. http://www.gunviolencearchive.org/past-tolls Accessed 12 February 2018.

[31] Studdert DM, Donohue JJ, and Mello MM. Testing the Immunity of the Firearm Industry to Tort Litigation. *JAMA Intern Med*. 2017; 177(1): 102-105

[32] Public Safety and Recreational Firearms Act. P.L. 103-322, Title XI. 103rd Cong. (1994).

[33] Kuhls DA, Campbell BT, Burke PA, Allee L, Hink A, Letton RW, Masiakos PT, Coburn M, Alvi M, Lerer TJ, et al. "Survey of American College of Surgeons Committee on trauma members on firearm injury: Consensus and opportunities". *J Trauma Acute Care Surg*. 2017; 82(5): 877-886.

[34] Puls M, Kuhls D, Campbell B, Burke P,  Michelassi F, and Stewart R. Survey of the American College of Surgeons Board of Governors on firearm injury prevention: Consensus and opportunities. *Bulletin of the American College of Surgeons*. 4 October 2017. 102(10):30-36.

[35] Weinberger SE, Hoyt DB, Lawrence HC, Levin S, Henley DE, Alden ER, Wilkerson D, Benjamin GC, and Hubbard WC. Firearm-related injury and death in the U.S.: a call to action from 8 health professional organizations and the american bar association. *Ann Intern Med*. 162(7):513–6, Apr 2015.

[36] Chapman S, Alpers P, and Jones, M. Association Between Gun Law Reforms and Intentional Firearm Deaths in Australia, 1979-2013. *JAMA*. 2016;316(3):291-299.

[37] DiMaggio C, Ayoung-Chee P, Shinseki M, Wilson C, Marshall G, Lee DC, c, Wall S, Maulana S, Pachter HL, Frangos S. Traumatic injury in the U.S.: In-patient epidemiology 2000–2011. *Injury*. 2016 Jul;47(7):1393-403. PMID: 27157986

18

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

[38] Peek-Asa C, Butcher B, and Cavanaugh JE. Cost of hospitalization for firearm injuries by firearm type, intent, and payer in the U.S.. *Inj Epidemiol*. 4(1):20, Dec 2017.

[39] Wexler L. "Gun Shy: How a lack of funds translates to inadequate research on gun violence in America.". *Hopkins Bloomberg Public Health Fall* 2017. https://magazine.jhsph.edu/2017/fall/features/cassandra-crifasi-hopkins-moderate-gun-owner-gun-policy-researcher/how-the-dickey-amendment-affects-gun-violence-research.html. Access 5 June 2018.

[40] Greenberg J. "Spending bill's gun research line: Does it nullify Dickey amendment?" *Politifact*. 27 March 2018. http://www.politifact.com/truth-o-meter/article/2018/mar/27/spending-bills-gun-research-line-does-it-matter/. Accessed 6 June 2018.

[41] Pinals DA, Anacker L. Mental Illness and Firearms: Legal Context and Clinical Approaches. *Psychiatr Clin North Am*. 2016 Dec;39(4):611-621.

[42] Leiner M, De la Vega I, Johansson B.. Deadly Mass Shootings, Mental Health, and Policies and Regulations: What We Are Obligated to Do. *Front Pediatr*. 2018 Apr 16;6:99.

[43] Swartz MS, Bhattacharya S, Robertson AG, Swanson JW.. Involuntary Outpatient Commitment and the Elusive Pursuit of Violence Prevention. *Can J Psychiatry*. 2017 Feb;62(2):102-108.

[44] Studdert DM, Zhang Y, Rodden JA, Hyndman RJ, Wintemute GJ. Handgun Acquisitions in California After Two Mass Shootings. *Ann Intern Med*. 2017 May 16;166(10):698-706

[45] Stroebe W, Leander NP, Kruglanski AW.. The impact of the Orlando mass shooting on fear of victimization and gun-purchasing intentions: Not what one might expect. *PLoS One*. 2017 Aug 11;12(8):e0182408.

[46] Smith ER, Shapiro G, Sarani B.. The profile of wounding in civilian public mass shooting fatalities. *J Trauma Acute Care Surg*. 2016 Jul;81(1):86-92.

[47] Behrman P, Redding CA, Raja S, Newton T, Beharie N, Printz D. Society of Behavioral Medicine (SBM) position statement: restore CDC funding for firearms and gun violence prevention research. *Transl Behav Med*. 2018 Feb 21

[48] Wong, S. "GOP chairman: Congress should rethink CDC ban on gun violence research" *The Hill*. 15 February 2018 http://thehill.com/homenews/house/374149-gop-chairman-congress-should-rethink-cdc-ban-on-gun-violence-research Accessed 5 June 2018

[49] Smart, R. Mass Shootings: Definitions and Trends. RAND Corporation. https://www.rand.org/research/gun-policy/analysis/supplementary/mass-shootings.html Accessed 2 June 2018.

19

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

[50] Krouse, WJ, and Richardson DJ, Mass Murder with Firearms: Incidents and Victims, 1999–2013, Washington, D.C.: Congressional Research Service, R44126, 2015.

[51] Basu S, Meghani A, Siddiqi A. Evaluating the Health Impact of Large-Scale Public Policy Changes: Classical and Novel Approaches. *Annu Rev Public Health*. 2017;38:351-370.

[52] Drange, M. "The Kentucky gun owner who developed his own count of gun violence in the US". *The Guardian*. 23 April 2016. https://www.theguardian.com/world/2016/apr/23/kentucky-gun-owner-gun-violence-archive-mark-bryant Accessed 5 June 2018

[53] Murphy SL, Xu J, Kochanek KD, Curtin SA, Elizabeth Arias E. *National Vital Statistics Reports*. Volume 66, Number 6 November 27, 2017. Deaths: Final Data for 2015. Centers for Disease Control and Prevention.

20

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

Figure Titles

Figure 1: Mass Shooting Deaths. United States 1981 – 2017

Figure 2: Case Fatality per 100 Total Mass-Shooting Injuries with Loess Smoothing Line for Trend and Standard Error Bounds.  United States 1981 – 2017.

Figure 3: Mass Shooting Deaths per 10,000 Firearm-Related Homicides with Linear Trends for Pre-Ban, Ban and Post-Ban Periods. U.S. 1981 – 2017

Figure 4: Mass-Shooting Shooting Deaths per 10,000 Firearm-Related Homicides Restricted to Incidents Involving Assault Weapons with Linear Trends for Pre-Ban, Ban and Post-Ban Periods. U.S. 1981 – 2017

Table 1: Linear Regression Effect of 1994-2004 Federal Assault Weapon Ban on Mass-Shooting Deaths per 10,000 Firearm Homicides. U.S., 1981 - 2017.

Table 2: Linear Regression Effect of 1994-2004 Federal Assault Weapon Ban on Mass-Shooting Deaths Characterized by use of Assault Weapon per 10,000 Firearm Homicides. U.S., 1981 - 20017.

Table 3: Exponentiated Coefficients Generalized Linear Poisson Model. Effect of 1994-2004 Federal Assault Weapon Ban on Mass-Shooting Death Counts.  United States, 1981 - 20017.

21

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

**Figure 1**



Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

**Figure 2**



23

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

**Figure 3**



Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

Compendium_Klarevas
Page 036

**Figure 4**



Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.



| Variable | Estimate | Std. Error | t value | p |
|---|---|---|---|---|
| (Intercept) | -1409.4 | 333.0 | -4.2 | 0.0002 |
| Year | 0.7 | 0.2 | 4.3 | 0.0001 |
| Ban Period | -8.6 | 3.9 | -2.2 | 0.03 |

26

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

| Variable | Estimate | Std. Error | t value | p |
|---|---|---|---|---|
| (Intercept) | -1219.7 | 333.9 | -3.7 | 0.0009 |
| Year | 0.6 | 0.2 | 3.7 | 0.0008 |
| Ban | -6.7 | 3.9 | -1.7 | 0.09 |

27

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

| Variable | Homicide Offset | | Population Offset | |
| --- | --- | --- | --- | --- |
| | Estimate | 95% CI | Estimate | 95% CI |
| Year | 0.6 | 0.2 | 3.7 | 0.0008 |
| Ban | -6.7 | 3.9 | -1.7 | 0.09 |

28

Copyright © 2018 Wolters Kluwer Health, Inc. All rights reserved.

AJPH OPEN-THEMED RESEARCH

# The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings, 1990–2017

*Louis Klarevas, PhD, Andrew Conner, BS, David Hemenway, PhD*

*Objectives.* To evaluate the effect of large-capacity magazine (LCM) bans on the frequency and lethality of high-fatality mass shootings in the United States.

*Methods.* We analyzed state panel data of high-fatality mass shootings from 1990 to 2017. We first assessed the relationship between LCM bans overall, and then federal and state bans separately, on (1) the occurrence of high-fatality mass shootings (logit regression) and (2) the deaths resulting from such incidents (negative binomial analysis). We controlled for 10 independent variables, used state fixed effects with a continuous variable for year, and accounted for clustering.

*Results.* Between 1990 and 2017, there were 69 high-fatality mass shootings. Attacks involving LCMs resulted in a 62% higher mean average death toll. The incidence of high-fatality mass shootings in non–LCM ban states was more than double the rate in LCM ban states; the annual number of deaths was more than 3 times higher. In multivariate analyses, states without an LCM ban experienced significantly more high-fatality mass shootings and a higher death rate from such incidents.

*Conclusions.* LCM bans appear to reduce both the incidence of, and number of people killed in, high-fatality mass shootings. (*Am J Public Health.* 2019;109:1754–1761. doi: 10.2105/AJPH.2019.305311)

The recent spate of gun massacres in the United States has re-energized the debate over how to prevent such tragedies.[1] A common response to high-profile acts of gun violence is the promotion of tighter gun legislation, and there is some evidence that laws imposing tighter restrictions on access to firearms have been associated with lower levels of mass shootings.[2] One proposal that has received renewed interest involves restricting the possession of large-capacity magazines (LCMs).[3–5] This raises an important question: what has been the impact of LCM bans on high-fatality mass shootings?

In an attempt to arrest an uptick in mass shooting violence in the early 1990s, Congress in 1994 enacted the federal assault weapons ban, which, among other things, restricted ownership of certain ammunition-feeding devices.[6,7] The law, which contained a sunset provision, was allowed to expire a decade later. Pursuant to that ban (18 USC §921(a) [1994]; repealed), it was illegal to possess LCMs—defined as any ammunition-feeding device holding more than 10 bullets—unless the magazines were manufactured before the enactment of the ban. LCM restrictions are arguably the most important component of assault weapons bans because they also apply to semiautomatic firearms without military-style features.[8,9]

Beginning with New Jersey in 1990, some states implemented their own regulations on LCMs. Today, 9 states and the District of Columbia restrict the possession of LCMs. The bans vary along many dimensions, including maximum bullet capacity of permissible magazines, grandfathering of existing LCMs, and applicable firearms. Moreover, overlaps sometimes exist between assault weapons bans and LCM bans, but not in all states. For example, California instituted a ban on assault weapons in 1989, but LCMs remained unregulated in the state until 1994, when the federal ban went into effect. In 2000, California's own statewide ban on LCMs took effect as a safeguard in the event the federal ban expired, which happened in 2004.[10,11]

LCMs provide a distinct advantage to active shooters intent on murdering numerous people: they increase the number of rounds that can be fired at potential victims before having to pause to reload or switch weapons. Evidence shows that victims struck by multiple rounds are more likely to die, with 2 studies finding that, when compared with the fatality rates of gunshot wound victims who were hit by only a single bullet, the fatality rates of those victims hit by more than 1 bullet were more than 60% higher.[12,13] Being able to strike human targets with more than 1 bullet increases shooters' chances of killing their victims. Analyses of gunshot wound victims at level I trauma centers have suggested that this multiple-impact capability is often attributable to the use of LCMs.[14,15]

In addition, LCMs provide active shooters with extended cover.[16] During an attack, perpetrators are either firing their guns or not firing their guns. While gunmen are firing, it is extremely difficult for those in the line of fire to take successful defensive maneuvers. But if gunmen run out of bullets, there are lulls in the shootings, as the perpetrators are forced to pause their attacks to reload or change weapons. These pauses provide opportunities for people to intervene and disrupt a shooting. Alternatively, they provide individuals in

## ABOUT THE AUTHORS

*Louis Klarevas is with the Teachers College, Columbia University, New York, NY. Andrew Conner is with the Frank H. Netter, MD, School of Medicine, Quinnipiac University, North Haven, CT. David Hemenway is with the Harvard T. H. Chan School of Public Health, Harvard University, Boston, MA.*

*Correspondence should be sent to Louis Klarevas, Research Professor, Office of the Provost, Teachers College, Columbia University, 525 W 120th St, New York, NY 10027 (e-mail: ljk2149@tc.columbia.edu). Reprints can be ordered at http://www.ajph.org by clicking the "Reprints" link.*

*This article was accepted July 22, 2019.*

*doi: 10.2105/AJPH.2019.305311*

harm's way with a chance to flee or hide. Legislative endeavors that restrict access to LCMs are implemented with the express objective of reducing an active shooter's multiple-impact capability and extended cover.[10]

Although mass shootings have received extensive study, there has been little scholarly analysis of LCM bans.[17–24] The studies undertaken that have broached the subject of ammunition capacity have primarily concentrated on the effect of LCM bans on violent crimes other than mass shootings or on the impact of the assault weapons bans on mass shootings.[25–27]

Evidence suggests that firearms equipped with LCMs are involved in a disproportionate share of mass shootings.[10,20,28] Proponents of LCM bans believe that without LCMs, fewer people will be killed in a mass shooting, other things equal. In turn, fewer shootings will cross the threshold required to be classified as what we call a "high-fatality mass shooting" (≥ 6 victims shot to death). If LCM bans are effective, we should expect to find that high-fatality mass shootings occur at a lower incidence rate when LCM bans are in place, and fewer people are killed in such attacks. But have LCM bans actually saved lives in practice? To our knowledge, the impact of LCM bans has never been systematically assessed. This study fills that void.

## METHODS

Mass shootings have been defined in a variety of ways, with some analyses setting the casualty threshold as low as 2 people wounded or killed and others requiring a minimum of 7 gunshot victims.[18,22,29] We focused on high-fatality mass shootings—the deadliest and most disturbing of such incidents—which are defined as intentional crimes of gun violence with 6 or more victims shot to death, not including the perpetrators.[20,30,31] After an exhaustive search, we identified 69 such incidents in the United States between 1990 and 2017. We then discerned whether each high-fatality mass shooting involved a LCM —unless otherwise stated, defined consistent with the 1994 federal ban as a detachable ammunition-feeding device capable of holding more than 10 bullets. (See Table 1 for a list of incidents and for additional details on

the search and identification strategy we employed.)

The first state to enact an LCM ban was New Jersey in 1990. Since then, another 8 states and the District of Columbia have enacted LCM bans (Table A, available as a supplement to the online version of this article at http://www.ajph.org).[10] With no LCM bans in effect before 1990, a priori we chose that year to begin our analysis to avoid inflating the impact of the bans. Our data set extends 28 years, from 1990 through 2017. As a secondary analysis, we used a 13-year data set, beginning in 2005, the first full year after the federal assault weapons ban expired.

Our primary outcome measures were the incidence of high-fatality mass shootings and the number of victims killed. We distinguished between high-fatality mass shootings occurring with and without a ban in effect. Because the federal ban was in effect nationwide from September 13, 1994, through September 12, 2004, we coded every state as being under an LCM ban during that 10-year timeframe.

Our interest was in the effect of LCM bans. We ran regression analyses to determine if any relationship between LCM bans and high-fatality mass shootings can be explained by other factors. In our state–year panel multivariate analyses, the outcome variables were (1) whether an LCM-involved high-fatality mass shooting occurred, (2) whether any high-fatality mass shooting occurred, (3) the number of fatalities in an LCM-involved high-fatality mass shooting, and (4) the number of fatalities in any high-fatality mass shooting. Our analyses first combined and then separated federal and state LCM bans.

Consistent with the suggestions and practices of the literature on firearm homicides and mass shootings, our explanatory variables are population density; proportion of population aged 19 to 24 years, aged 25 to 34 years, that is Black, and with a college degree; real per-capita median income; unemployment rate; and per-capita prison population.[2,26,27,32] We also added a variable for percentage of households with a firearm. All regression models controlled for total state population. When the dependent variable reflected occurrences of incidents (ordered choice data), we used logit regression; we ran probit regression as a sensitivity analysis. We had multiple observations for individual

states. To control for this, we utilized cluster-robust standard errors to account for the clustering of observations. When the dependent variable reflected deaths (count data), we used negative binomial regression; Gius used a Poisson regression, and we used that approach as a sensitivity analysis.[26] We included state fixed effects. We used a continuous variable for year because the rate of high-fatality mass shootings has increased over time. For purposes of sensitivity analysis, we also replaced the linear yearly trend with a quadratic function. We performed multivariate statistical analyses by using Stata/IC version 15.1 (StataCorp LP, College Station, TX).

Population data came from the US Census Bureau, unemployment data came from the Bureau of Labor Statistics, and imprisonment data came from the Bureau of Justice Statistics. The percentage of households with a firearm was a validated proxy (the percentage of suicides that are firearm suicides) derived from Centers for Disease Control and Prevention National Vital Statistics Data.[33]

## RESULTS

Between 1990 and 2017, there were 69 high-fatality mass shootings (≥ 6 victims shot to death) in the United States. Of these, 44 (64%) involved LCMs, 16 did not (23%), and for 9 (13%) we could not determine whether LCMs were used (Table 1). The mean number of victims killed in the 44 LCM-involved high-fatality mass shootings was 11.8; including the unknowns resulted in that average falling to 11.0 (not shown). The mean number of victims killed in high-fatality mass shootings in which the perpetrator did not use an LCM was 7.3 (Table B, available as a supplement to the online version of this article at http://www.ajph.org); including the unknowns resulted in that average falling to 7.1 (not shown). When we excluded unknown cases, the data indicated that utilizing LCMs in high-fatality mass shootings resulted in a 62% increase in the mean death toll.

Data sets of mass shooting fatalities by their nature involve truncated data, with the mode generally being the baseline number of fatalities required to be included in the data set (6 fatalities in the current study). Our data

Compendium_Klarevas
Page 042

| TABLE 1—High-Fatality Mass Shootings in the United States, 1990–2017 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident | Date | City | State | LCM | Deaths, No. | State LCM Ban | Federal Assault Weapons Ban |
| 1 | Jun 18, 1990 | Jacksonville | FL | Y | 9 | N | N |
| 2 | Jan 26, 1991 | Chimayo | NM | N | 7 | N | N |
| 3 | Aug 9, 1991 | Waddell | AZ | N | 9 | N | N |
| 4 | Oct 16, 1991 | Killeen | TX | Y | 23 | N | N |
| 5 | Nov 7, 1992 | Morro Bay and Paso Robles | CA | N | 6 | N | N |
| 6 | Jan 8, 1993 | Palatine | IL | N | 7 | N | N |
| 7 | May 16, 1993 | Fresno | CA | Y | 7 | N | N |
| 8 | Jul 1, 1993 | San Francisco | CA | Y | 8 | N | N |
| 9 | Dec 7, 1993 | Garden City | NY | Y | 6 | N | N |
| 10 | Apr 20, 1999 | Littleton | CO | Y | 13 | Y | Y |
| 11 | Jul 12, 1999 | Atlanta | GA | U | 6 | Y | Y |
| 12 | Jul 29, 1999 | Atlanta | GA | Y | 9 | Y | Y |
| 13 | Sep 15, 1999 | Fort Worth | TX | Y | 7 | Y | Y |
| 14 | Nov 2, 1999 | Honolulu | HI | Y | 7 | Y | Y |
| 15 | Dec 26, 2000 | Wakefield | MA | Y | 7 | Y | Y |
| 16 | Dec 28, 2000 | Philadelphia | PA | Y | 7 | Y | Y |
| 17 | Aug 26, 2002 | Rutledge | AL | N | 6 | Y | Y |
| 18 | Jan 15, 2003 | Edinburg | TX | U | 6 | Y | Y |
| 19 | Jul 8, 2003 | Meridian | MS | N | 6 | Y | Y |
| 20 | Aug 27, 2003 | Chicago | IL | N | 6 | Y | Y |
| 21 | Mar 12, 2004 | Fresno | CA | N | 9 | Y | Y |
| 22 | Nov 21, 2004 | Birchwood | WI | Y | 6 | N | N |
| 23 | Mar 12, 2005 | Brookfield | WI | Y | 7 | N | N |
| 24 | Mar 21, 2005 | Red Lake | MN | Y | 9 | N | N |
| 25 | Jan 30, 2006 | Goleta | CA | Y | 7 | Y | N |
| 26 | Mar 25, 2006 | Seattle | WA | Y | 6 | N | N |
| 27 | Jun 1, 2006 | Indianapolis | IN | Y | 7 | N | N |
| 28 | Dec 16, 2006 | Kansas City | KS | N | 6 | N | N |
| 29 | Apr 16, 2007 | Blacksburg | VA | Y | 32 | N | N |
| 30 | Oct 7, 2007 | Crandon | WI | Y | 6 | N | N |
| 31 | Dec 5, 2007 | Omaha | NE | Y | 8 | N | N |
| 32 | Dec 24, 2007 | Carnation | WA | U | 6 | N | N |
| 33 | Feb 7, 2008 | Kirkwood | MO | Y | 6 | N | N |
| 34 | Sep 2, 2008 | Alger | WA | U | 6 | N | N |
| 35 | Dec 24, 2008 | Covina | CA | Y | 8 | Y | N |
| 36 | Jan 27, 2009 | Los Angeles | CA | N | 6 | Y | N |
| 37 | Mar 10, 2009 | Kinston, Samson, and Geneva | AL | Y | 10 | N | N |
| 38 | Mar 29, 2009 | Carthage | NC | N | 8 | N | N |
| 39 | Apr 3, 2009 | Binghamton | NY | Y | 13 | Y | N |
| 40 | Nov 5, 2009 | Fort Hood | TX | Y | 13 | N | N |
| 41 | Jan 19, 2010 | Appomattox | VA | Y | 8 | N | N |

*Continued*

Compendium_Klarevas
Page 043

**TABLE 1—Continued**

| Incident | Date | City | State | LCM | Deaths, No. | State LCM Ban | Federal Assault Weapons Ban |
|----------|------|------|-------|-----|-------------|---------------|------------------------------|
| 42 | Aug 3, 2010 | Manchester | CT | Y | 8 | N | N |
| 43 | Jan 8, 2011 | Tucson | AZ | Y | 6 | N | N |
| 44 | Jul 7, 2011 | Grand Rapids | MI | Y | 7 | N | N |
| 45 | Aug 7, 2011 | Copley Township | OH | N | 7 | N | N |
| 46 | Oct 12, 2011 | Seal Beach | CA | N | 8 | Y | N |
| 47 | Dec 25, 2011 | Grapevine | TX | N | 6 | N | N |
| 48 | Apr 2, 2012 | Oakland | CA | N | 7 | Y | N |
| 49 | Jul 20, 2012 | Aurora | CO | Y | 12 | N | N |
| 50 | Aug 5, 2012 | Oak Creek | WI | Y | 6 | N | N |
| 51 | Sep 27, 2012 | Minneapolis | MN | Y | 6 | N | N |
| 52 | Dec 14, 2012 | Newtown | CT | Y | 27 | N | N |
| 53 | Jul 26, 2013 | Hialeah | FL | Y | 6 | N | N |
| 54 | Sep 16, 2013 | Washington | DC | N | 12 | Y | N |
| 55 | Jul 9, 2014 | Spring | TX | Y | 6 | N | N |
| 56 | Sep 18, 2014 | Bell | FL | U | 7 | N | N |
| 57 | Feb 26, 2015 | Tyrone | MO | U | 7 | N | N |
| 58 | May 17, 2015 | Waco | TX | Y | 9 | N | N |
| 59 | Jun 17, 2015 | Charleston | SC | Y | 9 | N | N |
| 60 | Aug 8, 2015 | Houston | TX | U | 8 | N | N |
| 61 | Oct 1, 2015 | Roseburg | OR | Y | 9 | N | N |
| 62 | Dec 2, 2015 | San Bernardino | CA | Y | 14 | Y | N |
| 63 | Feb 21, 2016 | Kalamazoo | MI | Y | 6 | N | N |
| 64 | Apr 22, 2016 | Piketon | OH | U | 8 | N | N |
| 65 | Jun 12, 2016 | Orlando | FL | Y | 49 | N | N |
| 66 | May 27, 2017 | Brookhaven | MS | U | 8 | N | N |
| 67 | Sep 10, 2017 | Plano | TX | Y | 8 | N | N |
| 68 | Oct 1, 2017 | Las Vegas | NV | Y | 58 | N | N |
| 69 | Nov 5, 2017 | Sutherland Springs | TX | Y | 25 | N | N |

*Note.* LCM = large-capacity magazine; N = no; U = unknown; Y = yes. From September 13, 1994, until and including September 12, 2004, each and every state, including the District of Columbia, was subject to a ban on LCMs pursuant to the federal assault weapons ban. To collect the data in Table 1, we searched the following news media resources for every shooting that resulted in 6 or more fatalities: America's Historical Newspapers, EBSCO, Factiva, Gannett Newsstand, Google News Archive, Lexis-Nexis, Newspaper Archive, Newspaper Source Plus, Newspapers.com, Newswires, ProQuest Historical Newspapers, and ProQuest Newsstand. We also reviewed mass shooting data sets maintained by *Mother Jones*, the *New York Times*, and *USA Today*. In addition to news media sources, we reviewed reports on mass shootings produced by think tank, policy advocacy, and governmental organizations, including the US Federal Bureau of Investigation Supplementary Homicide Reports, the crowdsourced Mass Shooting Tracker, and the open-source databases maintained by the Gun Violence Archive and the Stanford University Geospatial Center. Finally, when it was relevant, we also reviewed court records as well as police, forensic, and autopsy reports. As a general rule, when government sources were available, they were preferred over other sources. Furthermore, when media sources conflicted on the number of casualties or the weaponry involved, the later sources were privileged (as later reporting is often more accurate).

set of high-fatality mass shootings was no exception. As such, the median average number of fatalities for each subset of incidents—those involving and those not involving LCMs—was necessarily lower than the mean average. Nevertheless, like the mean average, the median average was higher when LCMs were employed—a median

average of 8 fatalities per incident compared with 7 fatalities per incident for attacks not involving LCMs.

For the 60 incidents in which it was known if an LCM was used, in 44 the perpetrator used an LCM. Of the 44 incidents in which the perpetrators used LCMs, 77% (34/44) were in nonban states. In the 16 incidents in

which the perpetrators did not use LCMs, 50% (8/16) were in nonban states (Table B, available as a supplement to the online version of this article at http://www.ajph.org). Stated differently, in nonban states, 81% (34/42) of high-fatality mass shooting perpetrators used LCMs; in LCM-ban states, only 55% (10/18) used LCMs.

Compendium_Klarevas
Page 044

The rate of high-fatality mass shootings increased considerably after September 2004 (when the federal assault weapons ban expired). In the 10 years the federal ban was in effect, there were 12 high-fatality mass shootings and 89 deaths (an average of 1.2 incidents and 8.9 deaths per year). Since then, through 2017, there have been 48 high-fatality mass shootings and 527 deaths (an average of 3.6 incidents and 39.6 deaths per year in these 13.3 years).

Of the 69 high-fatality mass shootings from 1990 to 2017, 49 occurred in states without an LCM ban in effect at the time and 20 in states with a ban in effect at the time. The annual incidence rate for high-fatality mass shootings in states without an LCM ban was 11.7 per billion population; the annual incidence rate for high-fatality mass shootings in states with an LCM ban was 5.1 per billion population. In that 28-year period, the rate of high-fatality mass shootings per capita was 2.3 times higher in states without an LCM ban (Table 2).

Non–LCM ban states had not only more incidents but also more deaths per incident (10.9 vs 8.2). The average annual number of high-fatality mass shooting deaths per billion population in the non–LCM ban states was 127.4. In the LCM ban states, it was 41.6 (Table 2).

For the time period beginning with the first full calendar year following the expiration of the federal assault weapons ban (January 1, 2005–December 31, 2017), there were 47 high-fatality mass shootings in the United States. Of these, 39 occurred in states where an LCM ban was not in effect, and 8 occurred in LCM ban locations. The annual incidence rate for high-fatality mass shootings in states without an LCM ban was 13.2 per billion population; for states with an LCM ban, it was 7.4 per billion population (Table 2). During this period, non–LCM ban states had not only more incidents but also more deaths per incident (11.4 vs 9.4). In terms of high-fatality mass shooting deaths per billion population, the annual number of deaths in the non–LCM ban states was 150.6; in the LCM ban states it was 69.2 (Table 2).

When we limited the analysis solely to high-fatality mass shootings that definitely involved LCMs, the differences between ban and nonban states became larger. For example, for the entire period of 1990 to 2017, of the 44 high-fatality mass shootings that involved LCMs, the annual incidence rate for LCM-involved high-fatality mass shootings

in nonban states was 8.1 per billion population; in LCM-ban states it was 2.5 per billion population. The annual rate of high-fatality mass shooting deaths in the non–LCM ban states was 102.1 per billion population; in the LCM ban states it was 23.3. In terms of LCM-involved high-fatality mass shootings, we also found comparable wide differences in incidence and fatality rates between ban and nonban states for the post–federal assault weapons ban period (2005–2017; Table 2).

We found largely similar results in the multivariate analyses (1990–2017). States that did not ban LCMs were significantly more likely to experience LCM-involved high-fatality mass shootings as well as more likely to experience any high-fatality mass shootings (regardless of whether an LCM was involved). States that did not ban LCMs also experienced significantly more deaths from high-fatality mass shootings, operationalized as the absolute number of fatalities (Table 3).

When the LCM bans were separated into federal and state bans, both remained significantly related to the incidence of LCM-involved high-fatality mass shooting events and to the number of LCM-involved high-fatality mass shooting deaths. The associations between federal and state bans and

**TABLE 2—High-Fatality Mass Shootings (≥ 6 Victims Shot to Death) by Whether LCM Bans Were in Effect: United States, 1990–2017**

| | Average Annual Population, No. (Millions) | Total Incidents, No. | Annual Incidents per Billion Population, No. | Total Deaths, No. | Annual Deaths per Billion Population, No. | Deaths per Incident, No. |
|---|---|---|---|---|---|---|
| All high-fatality mass shootings, 1990–2017 (28 y) | | | | | | |
| Non–LCM ban states | 149.7 | 49 | 11.7 | 534 | 127.4 | 10.9 |
| LCM ban states | 140.7 | 20 | 5.1 | 164 | 41.6 | 8.2 |
| All high-fatality mass shootings, 2005–2017 (13 y) | | | | | | |
| Non–LCM ban states | 227.8 | 39 | 13.2 | 446 | 150.6 | 11.4 |
| LCM ban states | 83.4 | 8 | 7.4 | 75 | 69.2 | 9.4 |
| LCM-involved high-fatality mass shootings, 1990–2017 (28 y) | | | | | | |
| Non–LCM ban states | 149.7 | 34 | 8.1 | 428 | 102.1 | 12.6 |
| LCM ban states | 140.7 | 10 | 2.5 | 92 | 23.3 | 9.2 |
| LCM-involved high-fatality mass shootings, 2005–2017 (13 y) | | | | | | |
| Non–LCM ban states | 227.8 | 28 | 9.5 | 369 | 124.6 | 13.2 |
| LCM ban states | 83.4 | 4 | 3.7 | 42 | 38.7 | 10.5 |
| Non-LCM high-fatality mass shootings, 1990–2017 (28 y) | | | | | | |
| Non–LCM ban states | 149.7 | 8 | 1.9 | 56 | 13.4 | 7.0 |
| LCM ban states | 140.7 | 8 | 2.0 | 60 | 15.2 | 7.5 |

*Note.* LCM = large-capacity magazine.

Compendium_Klarevas
Page 045

AJPH OPEN-THEMED RESEARCH

**TABLE 3—Multivariate Results of the Relationship Between LCM Bans and High-Fatality Mass Shootings (≥6 Victims Shot to Death), 1990–2017 Combined Federal and State Large Capacity Magazine Bans: United States**

| | LCM-Involved High-Fatality Mass Shootings, b (95% CI) | | All High-Fatality Mass Shootings, b (95% CI) | |
| --- | --- | --- | --- | --- |
| | Incidents[a] | No. Deaths[b] | Incidents[a] | No. Deaths[b] |
| All LCM bans (federal and state) | −2.217 (−3.493, −0.940) | −5.912 (−9.261, −2.563) | −1.283 (−2.147, −0.420) | −3.660 (−5.695, −1.624) |
| Population density | −0.011 (−0.052, 0.031) | 0.013 (−0.068, 0.095) | 0.001 (−0.003, 0.006) | 0.011 (−0.005, 0.026) |
| % aged 19–24 y | −0.480 (−1.689, 0.730) | −2.496 (−5.893, 0.901) | 0.283 (−0.599, 1.164) | −0.585 (−2.666, 1.495) |
| % aged 25–34 y | −0.801 (−1.512, −0.089) | −2.390 (−4.391, −0.388) | −0.337 (−0.871, 0.197) | −1.114 (−2.463, 0.235) |
| % Black | −0.227 (−1.062, 0.607) | −0.654 (−2.831, 1.522) | −0.163 (−0.703, 0.377) | −0.261 (−1.391, 0.870) |
| % with a bachelor's degree or higher | −0.009 (−0.492, 0.474) | −0.469 (−1.590, 0.652) | 0.143 (−0.214, 0.501) | 0.183 (−0.715, 1.081) |
| Percentage of households with a firearm (proxy) | −0.047 (−0.195, 0.101) | −0.147 (−0.546, 0.251) | −0.020 (−0.131, 0.091) | −0.084 (−0.368, 0.200) |
| Median household income | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) |
| Unemployment rate | −0.072 (−0.293, 0.149) | −0.476 (−1.081, 0.129) | 0.041 (−0.135, 0.216) | −0.182 (−0.628, 0.263) |
| Imprisonment rate (per 100 000 population) | −0.006 (−0.012, 0.001) | −0.007 (−0.017, 0.004) | −0.001 (−0.006, 0.003) | −0.003 (−0.012, 0.007) |
| Total population | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) |
| Pseudo $R^2$ | 0.31 | 0.16 | 0.26 | 0.11 |

*Note.* CI = confidence interval; LCM = large-capacity magazine. There were a total of 1428 observations in state-years (51 jurisdictions—all 50 states plus Washington, DC—over a 28-year period). Mean variance inflation factor = 3.49.
[a]Logit regression.
[b]Negative binomial regression.

the overall incidence of all high-fatality mass shootings as well as the total number of victims in these events remained strongly negative but was only sometimes statistically significant (Table 4).

In terms of sensitivity analyses, using probit instead of logit gave us similar results (not shown). When the outcome variable was the number of high-fatality mass shooting deaths, we obtained largely similar results concerning the association between LCM bans and the outcome variables, regardless of whether we used Poisson or negative binomial regression (not shown). Moreover, replacing the linear yearly trend with a quadratic function did not change the major results of the analyses (not shown). Variance inflation factors for all the independent variables never exceeded 10.0, with the variance inflation factor for LCM ban variables always being less than 2.0, indicating that there were no significant multicollinearity issues (Tables 3 and 4).

## DISCUSSION

In the United States, LCMs are disproportionately used in high-fatality mass shootings (incidents in which ≥ 6 victims are shot to death). In at least 64% of the incidents

since 1990, perpetrators used LCMs. (For 23%, we determined that they did not involve LCMs, and a determination could not be made for the remaining 13%.) Previous research has shown that LCM firearms are used in a high share of mass murders (typically defined as ≥ 4 homicides) and murders of police.[9]

We could not find reliable estimates of LCM firearms in the US gun stock. However, it is likely much lower than 64%, given that commonly owned firearms such as revolvers, bolt-action rifles, and shotguns are not typically designed to be LCM-capable. During the decade the federal assault weapons ban was in effect, no firearms were legally manufactured with LCMs for sale in the United States. In the postban era, semiautomatic firearms, especially pistols, are often sold with factory-issue LCMs, but firearms that are not semiautomatic are not sold with such magazines.

Why do we find LCMs so prominent among high-fatality mass shootings? We suspect there are 2 main reasons. The first is that perpetrators probably deliberately select LCMs because they facilitate the ability to fire many rounds without having to stop to reload. The second reason is that the ability of shooters to kill many victims—especially the 6 victims required to be included in our data set—may be reduced if LCMs are not

available. In other words, the first explanation is that shooters perceive LCMs to be more effective at killing many people; the second explanation is that LCMs are indeed more effective at killing many people.

High-fatality mass shootings are not common, even in the United States. Between 1990 and 2017, there has been an average of 2.5 incidents per year, with an average of 25 people killed annually in such attacks. However, the number of incidents and the number of people killed per incident have been increasing since the end of the federal assault weapons ban.

In our study, we found that bans on LCMs were associated with both lower incidence of high-fatality mass shootings and lower fatality tolls per incident. The difference in incidence and overall number of fatalities between states, with and without bans, was even greater for LCM-involved high-fatality mass shootings.

The multivariate results are largely consistent with these bivariate associations. When we controlled for 10 independent variables often associated with overall crime rates, as well as state and year effects, states with LCM bans had lower rates of high-fatality mass shootings and fewer high-fatality mass shooting deaths. When we investigated federal and state bans separately in the multiple

Compendium_Klarevas
Page 046

TABLE 4—Multivariate Results of the Relationship Between Large Caliber Magazine Bans and High-Fatality Mass Shootings (≥ 6 Victims Shot to Death), 1990–2017 Separate Federal and State Large Caliber Magazine Bans: United States

| | LCM-Involved High-Fatality Mass Shootings, b (95% CI) | | All High-Fatality Mass Shootings, b (95% CI) | |
|---|---|---|---|---|
| | Incidents[a] | No. Deaths[b] | Incidents[a] | No. Deaths[b] |
| Federal LCM ban | −1.434 (−2.622, −0.245) | −3.571 (−7.103, −0.038) | −0.895 (−1.806, 0.016) | −2.570 (−4.902, −0.238) |
| State LCM bans | −2.603 (−4.895, −0.311) | −8.048 (−15.172, −0.925) | −1.277 (−2.977, 0.422) | −3.082 (−7.227, 1.064) |
| Population density | −0.012 (−0.055, 0.030) | −0.001 (−0.085, 0.083) | 0.001 (−0.003, 0.006) | 0.009 (−0.007, 0.024) |
| % aged 19–24 y | −0.311 (−1.499, 0.878) | −2.589 (−6.057, 0.879) | 0.342 (−0.551, 1.236) | −0.531 (−2.759, 1.698) |
| % aged 25–34 y | −0.812 (−1.532, −0.093) | −2.660 (−4.848, −0.471) | −0.323 (−0.864, 0.217) | −0.848 (−2.236, 0.539) |
| % Black | −0.229 (−1.101, 0.643) | −0.770 (−3.232, 1.693) | −0.150 (−0.698, 0.398) | −0.154 (−1.321, 1.013) |
| % with a bachelor's degree or higher | −0.031 (−0.447, 0.509) | −0.479 (−1.577, 0.618) | 0.156 (−0.199, 0.511) | 0.269 (−0.567, 1.106) |
| Percentage of households with a firearm (proxy) | −0.055 (−0.210, 0.101) | −0.227 (−0.651, 0.196) | −0.019 (−0.133, 0.094) | −0.107 (−0.399, 0.186) |
| Median household income | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) |
| Unemployment rate | −0.061 (−0.284, 0.162) | −0.420 (−1.041, 0.201) | 0.046 (−0.132, 0.224) | −0.157 (−0.619, 0.305) |
| Imprisonment rate (per 100 000 population) | −0.006 (−0.013, 0.000) | −0.012 (−0.026, 0.002) | −0.002 (−0.007, 0.003) | −0.003 (−0.014, 0.007) |
| Total population | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) | 0.000 (0.000, 0.000) |
| Pseudo $R^2$ | 0.30 | 0.15 | 0.26 | 0.11 |

*Note.* CI = confidence interval; LCM = large-capacity magazine. There were a total of 1428 observations in state-years (51 jurisdictions—all 50 states plus Washington, DC—over a 28-year period). Mean variance inflation factor = 3.45.
[a]Logit regression.
[b]Negative binomial regression.

regressions, both were significantly associated with the incidence of LCM-involved high-fatality mass shootings as well as the number of victims in LCM-involved attacks. The relationship between these bans, considered separately, and all high-fatality mass shooting incidence and deaths is often not statistically significant, although this may be attributable to lack of statistical power (number of observations) to find a statistically significant effect.

Our analysis provides answers to 4 important questions:

1. How often are LCMs used in high-fatality mass shootings? At minimum, 64% of high-fatality mass shootings perpetrated between 1990 and 2017 involved LCMs.
2. Are more people killed when LCMs are used? Yes, and the difference in our data set is substantial and statistically significant (11.8 vs 7.3). We should add that our results likely underestimate the difference because we have a truncated sample (we only examined incidents with at least 6 victim fatalities), compounded by the fact that the number of homicide incidents fell as the number of victims increased.
3. Do states with LCM bans experience high-fatality mass shootings involving LCMs at a lower rate and a lower fatality count than those states with no such bans in effect? Yes. In fact, the effect is more pronounced for high-fatality mass shootings involving LCMs than for those not involving LCMs.
4. Do states with LCM bans experience high-fatality mass shootings (regardless of whether they involve LCMs) at a lower rate and a lower fatality count than states with no such bans in effect? Yes.

## Limitations

Our study had various limitations. First, although we carefully searched for every high-fatality mass shooting, it is possible that we might have missed some. Nevertheless, we suspect that this is unlikely, because it would mean that others who compiled lists have also missed the same ones, for we checked our list against multiple sources.

Second, our definition of a high-fatality mass shooting is a shooting that results in 6 or more fatal victims. A different threshold criterion (e.g., 6 or more people shot; 5 or more victims killed), might lead to somewhat different results. We expect that as the number of victims in a shooting increases, the likelihood that the perpetrator used an LCM also increases. Indeed, of the 13 high-fatality mass shootings with 10 or more fatalities in our data set, 12 (92%) involved an LCM.

Third, although many high-fatality mass shootings tend to be highly publicized, in 13% of the incidents we reviewed, we could not determine whether an LCM was used. As a sensitivity analysis, we assessed the assumptions that all of the unknown cases first did, and then did not, involve LCMs. Neither assumption appreciably changed our main results (not shown).

Fourth, as a general rule, clustering standard errors is most appropriate when there is a large number of treated units. Although during the decade of the federal assault weapons bans all 50 states plus the District of Columbia regulated LCMs, during the remaining time periods under examination, only 8 jurisdictions regulated LCMs. As a result, there is the possibility that the standard errors were underestimated in our analyses.[34]

Fifth, there were only 69 events that met our criterion for a "high-fatality mass shooting." Although 69 is a horrific number of incidents, for statistical purposes, it is a relatively small number and limits the power to detect significant associations. For example, we did not have the statistical power (and thus did not even try) to determine whether

Compendium_Klarevas
Page 047

different aspects of the various LCM laws might have differential effects on the incidence of high-fatality mass shootings. Moreover, because of suboptimal statistical power, there is also the possibility that the magnitude of the effects detected was overestimated.[35]

## Public Health Implications

LCMs increase the ability to fire large numbers of bullets without having to pause to reload. Any measure that can force a pause in an active shooting—creating opportunities for those in the line of fire to flee, take cover, or physically confront a gunman—offers a possibility of reducing the number of victims in such an attack. To put it in different terms, if the only firearms available were 18th-century muskets, it is doubtful that mass shootings would be the social problem they are today.

The impact of individual state firearm laws is reduced by the fact that guns often move across state lines—occasionally purchased in locales with more permissive laws and taken to states with more restrictive laws. This is partly why efforts aimed at reducing the frequency and lethality of mass shootings must necessarily be multifaceted and multidisciplinary. Legal restrictions on firearms are merely a part of this broader, public health approach. That being said, the theory behind reducing the availability of LCMs to reduce the number of victims in mass shootings makes sense, and our empirical results, consistent with much of the limited literature on mass shootings, suggest that LCM bans have been effective in saving lives. **AJPH**

## CONTRIBUTORS

L. Klarevas and D. Hemenway designed the study, collected the data, and contributed equally to all parts of the study. A. Conner ran the statistical analyses and helped construct the tables that report the results of the multivariate analyses. All authors approved the final article as submitted.

## ACKNOWLEDGMENTS

The authors would like to thank John Berrigan, research assistant at the Harvard Injury Control Research Center, for his assistance with the undertaking of this study.

## CONFLICTS OF INTEREST

L. Klarevas has, in the past 2 years, served as an expert to the states of Colorado and California in civil litigation that involved the constitutionality of state restrictions on large-capacity magazines. The authors have no additional conflicts of interest to report.

## HUMAN PARTICIPANT PROTECTION

No protocol approval was needed because no human participants were involved in this study.

## REFERENCES

1. Wintemute GJ. How to stop mass shootings. *N Engl J Med*. 2018;379(13):1193–1196.

2. Reeping PM, Cerda M, Kalesan B, Wiebe DJ, Galea S, Branas CC. State gun laws, gun ownership, and mass shootings in the US: cross sectional time series. *BMJ*. 2019; 364(8190):l542–l548.

3. Sanger-Katz M, Bui Q. How to reduce mass shooting deaths? Experts rank gun laws. *New York Times*. October 5, 2017. Available at: https://www.nytimes.com/interactive/2017/10/05/upshot/how-to-reduce-mass-shooting-deaths-experts-say-these-gun-laws-could-help.html. Accessed June 10, 2019.

4. Kamerow D. Guns don't kill crowds, people with semi-automatics do. *BMJ*. 2011;342(1):d477.

5. Barry CL, Webster DW, Stone E, Crifasi CK, Vernick JS, McGinty EE. Public support for gun violence prevention policies among gun owners and non–gun owners in 2017. *Am J Public Health*. 2018;108(7): 878–881.

6. Lenett MG. Taking a bite out of violent crime. *Univ Dayton Law Rev*. 1995;20(2):573–617.

7. Muchnick JY. The assault weapons ban: saving lives. *Univ Dayton Law Rev*. 1995;20(2):641–651.

8. Koper CS, Roth JA. The impact of the 1994 federal assault weapon ban on gun violence outcomes: an assessment of multiple outcome measures and some lessons for policy evaluation. *J Quant Criminol*. 2001;17(1):33–74.

9. Koper CS, Johnson WD, Nicholas JL, Ayers A, Mullins N. Criminal use of assault weapons and high-capacity semiautomatic firearms: an updated examination of local and national sources. *J Urban Health*. 2018;95(3):313–321.

10. Giffords Law Center to Prevent Gun Violence. Large capacity magazines. Available at: http://lawcenter.giffords.org/gun-laws/policy-areas/hardware-ammunition/large-capacity-magazines. Accessed June 10, 2019.

11. Giffords Law Center to Prevent Gun Violence. Assault weapons. Available at: https://lawcenter.giffords.org/gun-laws/policy-areas/hardware-ammunition/assault-weapons. Accessed June 10, 2019.

12. Webster DW, Champion HR, Gainer PS, Sykes L. Epidemiologic changes in gunshot wounds in Washington, DC, 1983–1990. *Arch Surg*. 1992;127(6): 694–698.

13. Koper CS, Roth JA. A priori assertions versus empirical inquiry: a reply to Kleck. *J Quant Criminol*. 2001; 17(1):81–88.

14. Livingston DH, Lavery RF, Lopreiato MC, Lavery DF, Passannante MR. Unrelenting violence: an analysis of 6,322 gunshot wound patients at a level I trauma center. *J Trauma Acute Care Surg*. 2014;76(1):2–9.

15. Manley NR, Fabian TC, Sharpe JP, Magnotti LJ, Croce MA. Good news, bad news: an analysis of 11,294 gunshot wounds (GSWs) over two decades in a single center. *J Trauma Acute Care Surg*. 2018;84(1):58–65.

16. McCullough J. *The Ultimate Guide to US Army Combat Skills, Tactics and Techniques*. New York, NY: Skyhorse; 2012.

17. Fox JA, DeLateur MJ. Mass shootings in America: moving beyond Newtown. *Homicide Stud*. 2014;18(1): 125–145.

18. Krouse WJ, Richardson DJ. Mass murder with firearms: incidents and victims, 1999–2013. CRS Report R44126. Washington, DC: Congressional Research Service; 2015.

19. Wilson LC. *The Wiley Handbook of the Psychology of Mass Shootings*. Hoboken, NJ: Wiley; 2016.

20. Klarevas L. *Rampage Nation: Securing America From Mass Shootings*. Amherst, NY: Prometheus; 2016.

21. Schildkraut J, Elsass HJ. *Mass Shootings: Media, Myths, and Realities*. Denver, CO: Praeger; 2016.

22. Schildkraut J. *Mass Shootings in America: Understanding the Debates, Causes, and Responses*. Denver, CO: ABC-CLIO; 2018.

23. Rocque M, Duwe G. Rampage shootings: an historical, empirical, and theoretical overview. *Curr Opin Psychol*. 2018;19(1):28–33.

24. Phaneuf SW. Mass shootings: understanding the complexities. In: Hilinski-Rosick CM, Lee DR, eds. *Contemporary Issues in Victimology: Identifying Patterns and Trends*. New York, NY: Lexington; 2018.

25. Moody CE, Marvell TB. Clustering and standard error bias in fixed effects panel data regressions. *J Quant Crim*; 2018:1–23.

26. Gius M. The impact of state and federal assault weapons bans on public mass shootings. *Appl Econ Lett*. 2015;22(4):281–284.

27. Blau BM, Gorry DH, Wade C. Guns, laws and public shootings in the United States. *Appl Econ*. 2016;48(49): 4732–4746.

28. Follman M, Aronsen G, Pan D. A guide to mass shootings in America. *Mother Jones*. May 31, 2019. Available at: https://www.motherjones.com/politics/2012/07/mass-shootings-map. Accessed June 10, 2019.

29. Kleck G. Large-capacity magazines and the casualty counts in mass shootings: the plausibility of linkages. *Justice Res Policy*. 2016;17(1):28–47.

30. Webster DW, Donohue JJ, Klarevas L, et al. Firearms on college campuses: research evidence and policy implications. Report of the Johns Hopkins University Center for Gun Policy and Research. Baltimore, MD: Johns Hopkins Bloomberg School of Public Health; 2016.

31. Kleck G. *Targeting Guns: Firearms and Their Control*. Hawthorne, NY: Aldine de Gruyter; 1997.

32. Hemenway D. *Private Guns, Public Health*. Ann Arbor, MI: University of Michigan Press; 2017.

33. Azrael D, Cook PJ, Miller M. State and local prevalence of firearms ownership: measurement, structure and trends. *J Quant Criminol*. 2004;20(1):43–62.

34. Conley TG, Taber CR. Inference with "difference in differences" with a small number of policy changes. *Rev Econ Stat*. 2011;93(1):113–125.

35. Button KS, Ioannidis JPA, Mokrysz C, et al. Power failure: why small sample size undermines the reliability of neuroscience [erratum *Nat Rev Neurosci*. 2013;14(6):451]. *Nat Rev Neurosci*. 2013;14(5):365–376.

Compendium_Klarevas
Page 048

JMIR PUBLIC HEALTH AND SURVEILLANCE

Post et al

Original Paper

# Impact of Firearm Surveillance on Gun Control Policy: Regression Discontinuity Analysis

Lori Post[1], PhD; Maryann Mason[1], PhD; Lauren Nadya Singh[1], MPH; Nicholas P Wleklinski[2], MD; Charles B Moss[3], PhD; Hassan Mohammad[1]; Tariq Z Issa[2], BA; Adesuwa I Akhetuamhen[2], MD; Cynthia A Brandt[4], MD, MPH; Sarah B Welch[1], MPH; James Francis Oehmke[1], PhD

[1]Buehler Center for Health Policy and Economics, Feinberg School of Medicine, Northwestern University, Chicago, IL, United States
[2]Feinberg School of Medicine, Northwestern University, Chicago, IL, United States
[3]Institute of Food and Agricultural Sciences, University of Florida, Gainsville, FL, United States
[4]Yale Center for Medical Informatics, Yale School of Medicine, Yale University, New Haven, CT, United States

**Corresponding Author:**
Lori Post, PhD
Buehler Center for Health Policy and Economics
Feinberg School of Medicine
Northwestern University
420 E Superior
Chicago, IL, 60611
United States
Phone: 1 203 980 7107
Email: lori.post@northwestern.edu

## Abstract

**Background:** Public mass shootings are a significant public health problem that require ongoing systematic surveillance to test and inform policies that combat gun injuries. Although there is widespread agreement that something needs to be done to stop public mass shootings, opinions on exactly which policies that entails vary, such as the prohibition of assault weapons and large-capacity magazines.

**Objective:** The aim of this study was to determine if the Federal Assault Weapons Ban (FAWB) (1994-2004) reduced the number of public mass shootings while it was in place.

**Methods:** We extracted public mass shooting surveillance data from the Violence Project that matched our inclusion criteria of 4 or more fatalities in a public space during a single event. We performed regression discontinuity analysis, taking advantage of the imposition of the FAWB, which included a prohibition on large-capacity magazines in addition to assault weapons. We estimated a regression model of the 5-year moving average number of public mass shootings per year for the period of 1966 to 2019 controlling for population growth and homicides in general, introduced regression discontinuities in the intercept and a time trend for years coincident with the federal legislation (ie, 1994-2004), and also allowed for a differential effect of the homicide rate during this period. We introduced a second set of trend and intercept discontinuities for post-FAWB years to capture the effects of termination of the policy. We used the regression results to predict what would have happened from 1995 to 2019 had there been no FAWB and also to project what would have happened from 2005 onward had it remained in place.

**Results:** The FAWB resulted in a significant decrease in public mass shootings, number of gun deaths, and number of gun injuries. We estimate that the FAWB prevented 11 public mass shootings during the decade the ban was in place. A continuation of the FAWB would have prevented 30 public mass shootings that killed 339 people and injured an additional 1139 people.

**Conclusions:** This study demonstrates the utility of public health surveillance on gun violence. Surveillance informs policy on whether a ban on assault weapons and large-capacity magazines reduces public mass shootings. As society searches for effective policies to prevent the next mass shooting, we must consider the overwhelming evidence that bans on assault weapons and/or large-capacity magazines work.

*(JMIR Public Health Surveill 2021;7(4):e26042)*  doi: 10.2196/26042



JMIR PUBLIC HEALTH AND SURVEILLANCE

Post et al

## KEYWORDS

firearm surveillance; assault weapons ban; large-capacity magazines; guns control policy; mass shootings; regression lines of discontinuity

## Introduction

### Background

Approximately 44,000 people are killed and an additional 100,000 people are injured by a gun each year in the United States [1,2]. Mass shooting fatalities, as a particular type of gun injury event, account for <1% of all gun deaths [3] and have largely been ignored until recently [4,5]; yet, mass shooting events occur multiple times per year [6]. This information is based on insights from firearm surveillance performed by a variety of researchers, and state and federal agencies on incidence, prevalence, risk factors, injuries, deaths, and precipitating events, similar to the surveillance of infectious diseases such as COVID-19 [7-21]. Teutch and Thacker [22] defined public health surveillance as

> the ongoing systematic collection, analysis, and interpretation of health data, essential to the planning, implementation, and evaluation of public health practice, closely integrated to the dissemination of these data to those who need to know and linked to prevention and control.

Not only do surveillance systems generate hypotheses to test but they also provide the data to test them.

The Federal Assault Weapons Ban (FAWB, also known as the Public Safety and Recreational Firearms Use Protection Act) included a ban on the manufacture for civilian use or sale of certain semiautomatic firearms defined as assault weapons as well as certain large-capacity magazines (LCMs). The Act was in effect for 10 years from 1994 until it sunsetted in 2004. Semiautomatic weapons (rapid fire) and assault weapons (second grip plus other features) are distinct; however, the two are often incorrectly conflated as similar [23-26]. Semiautomatic weapons are defined as weapons that automatically load another cartridge into a chamber, preparing the weapon for firing, but requiring the shooter to manually release and press the trigger for each round [23-26]. By contrast, automatic weapons are similarly self-loading, but allow for a shooter to hold the trigger for continuous fire [27]. Furthermore, the FAWB also prohibited certain ammunition magazines that were defined as "large-capacity" cartridges [28] containing more than 10 bullets [29]. These LCMs can feed ammunition to semiautomatic weapons that do not meet the criteria of being considered assault weapons. Furthermore, LCMs are considered one of the most important features of the FAWB as research has found a relationship between bans on LCMs and casualty counts at the state level [30-34]. The 10-year federal ban was signed into law by President Clinton on September 13, 1994 [28].

Firearm surveillance data have been used to test potential policy responses to prevent mass shootings, including the FAWB [32,34-39], Extreme Risk Protection Orders (also known as red flag laws) [40-45], and federal and state LCM bans [31,32,46]. In particular, it seems likely that the FAWB and LCM bans have potential to affect mass shootings because they regulate weapons and ammunition formats that are designed to enable rapid discharge, which is a key feature in mass shooting incidents [24,47]. Other types of gun deaths may not be responsive to the FAWB or LCM bans. As an example, Extreme Risk Protection Orders or "Red Flag" orders [43,48], which temporarily prohibit at-risk individuals from owning or purchasing firearms, may be effective for preventing firearm suicides or domestic violence homicides [49] but less effective for public mass shooters [50,51]. The prohibition of LCMs may have no impact on firearm suicide because suicide decedents only require one bullet to kill themselves [52].

Several studies during and after the FAWB attempted to determine if gun policy that restricts the production and sale of assault weapons and LCMs decreased gun deaths [53,54]. These initial studies make meaningful contributions to the literature because they describe what constitutes assault weapons, magazine capacity, ballistics, and loopholes in the FAWB legislation [3,53-57]. However, these studies have found little to no evidence that these policies have had any overall effect on firearm homicides, gun lethality, or overall crime [58-61]. Since deaths from public mass shootings comprise less than 1% of all homicides based on our definition, testing whether or not the FAWB/LCM ban has an impact on homicide would wash out the effect. Since the FAWB/LCM ban may be effective at specific types of gun deaths, sampling must be limited to specific types of shooters over overall gun deaths or tests for lethality [62,63]. Finally, the variation in research findings is related to differences in research design, sampling frame, and case definition of a public mass shooting [3,53-56,64,65].

Our study differs from other studies that evaluated the efficacy of the FAWB because we used economic methods and a different outcome variable. Specifically, we focused on whether the FAWB resulted in fewer public mass shooting "events," whereas other studies evaluated the number of gun injuries and deaths that occurred during the course of a mass shooting.

### Objective

The aim of this study was to test whether curbing *access to certain types of guns and magazines* will decrease mass shooting *events*. We sought to empirically answer if there was a relationship between the FAWB and a reduction in mass shooting events.

## Methods

### Data Source

We created a firearm surveillance system based on the National Institute of Justice–funded Violence Project dataset, which culled mass shooting events from 1966 to 2019 [6]. Consistent with earlier studies, we rely on the original Federal Bureau of Investigation (FBI) definition of a massacre, specifically where 4 or more people are killed within a single timeframe. We differentiate our mass shootings from others in that our inclusion criteria require the shootings to have occurred in a public setting.

https://publichealth.jmir.org/2021/4/e26042

JMIR Public Health Surveill 2021 | vol. 7 | iss. 4 | e26042 | p. 2
(page number not for citation purposes)

XSL•FO
RenderX

We adapted this definition to only include massacres that involved gun deaths of 4 or more victims to isolate a particular type of mass shooter [66]. Many firearm surveillance systems that include mass shootings use a lower threshold of persons shot and many do not include deaths. An FBI report on active shooters in mass shooting events identified planning and preparation behaviors that are central to prevention [67]. This more narrow definition isolates premeditation, whereas broader definitions may include shooters that are more reactive [68]. Our case definition does not include family annihilators or felony killers because *familicides are defined by the victim-offender relationship, public massacres are defined by location, and felony killings are distinguished by motive* [69]. This differentiation is consistent with other mass shooting studies [70-72].

We examined the annual number of public mass shootings occurring between 1966 and 2019 that resulted in 4 or more fatalities. The hypothesis was that the FAWB reduced the number of public mass shootings per year during the period of the ban. We used regression discontinuity analysis to test the hypothesis. Regression discontinuity analysis is a standard economist tool used in policy analysis taking advantage of quasi-experimental designs [65,73].

**Analyses**

Regression discontinuity analysis allows for discontinuities or shifts in both the intercept and the slope of the trend line at both the onset and sunset of the FAWB. That is, we introduced intercept shift parameters in 1995 and 2005, and trend shift parameters for the periods 1995-2004 and 2005-2019. A statistically significant shift in a parameter indicates a discontinuity (ie, a finding that the FAWB had a statistically significant effect on the number of public mass shootings). We tested for statistical significance of the intercept and trend shift parameters both independently and jointly. All statistical inference was based on a significance level set at .05. We used the Huber-White robust residuals, which attenuate problems of autocorrelation, heteroscedasticity, and some types of model misspecification [74].

We then used the estimated model for two types of counterfactual analysis. First, we used the model to predict the number of public mass shootings that would have occurred had the FAWB not been in place. The difference between this counterfactual prediction and the modeled number of incidents with the FAWB in place provided an estimate of the number of public mass shootings that the FAWB prevented.

Second, we projected forward the number of public mass shootings that would have occurred had the FAWB been permanent (ie, continued from 2004 through to the end of the sample period). We note that in some sense, this is an "out of sample" exercise because even though the sample extends to 2019, the FAWB ended in 2004; thus, this exercise would not pick up events in the past 15 years that would have augmented or compromised the effects of the FAWB. The difference between the modeled number of public mass shootings and the projected counterfactual number of public mass shootings could provide an estimate of the number of public mass shootings that the FAWB prevented.

We performed a regression of the 5-year moving average of public mass shootings on the US population in millions, the homicide rate, and discontinuity variables to capture both the effects of the FAWB and its discontinuation. We did not introduce a trend line for the entire sample period because it is highly collinear with the population variable. For the period of the FAWB's implementation, we originally introduced an intercept shift, time trend, and shift in the homicide rate; for the post-FAWB period, we introduced an intercept shift and a time trend. Due to collinearity, we retained only the trend shift in the final model for the FAWB period; for the post-FAWB period, we retained both the intercept and the trend shift.

## Results

We identified a total of 170 public mass shooting events, the primary outcome variable, with 4 or more fatalities between 1966 and 2019. The 5-year cumulative number of public mass shootings is shown in Figure 1, providing a visualization of the impacts of the FAWB on the number of shootings. The first mass shooting occurred in 1966; hence, the first data point for the cumulative number of shootings over the previous 5 years occurs in 1970. For 1966 and 1967, the cumulative number of public mass shootings was 3. This number then increased to 12 in 1993 and declined to 3 in 2004. After 2004, the cumulative number of public mass shootings increased to 81 in 2019. The last year of the ban, 2004, experienced the fewest public mass shootings through 2019.

The regression results showed excellent explanatory power ($R^2$=0.94). The coefficient on population was positive and statistically significant (.044, $P$<.001). This coefficient means that for every increase in population of 1 million people, there are an additional .044 public mass shooting events per year. The coefficient on the homicide rate was negative and statistically significant (−.249, $P$=.01). The coefficient on the time trend for the FAWB period captures the effect of the FAWB; this coefficient was negative and statistically significant (−.187, $P$=.001). Using prediction models in combination with regression slopes, we estimate that 11 public mass shootings were avoided due to the FAWB. The intercept discontinuity for 2005-2019 was negative and statistically significant (−2.232, $P$=.001), and the trend coefficient was positive and statistically significant (.081, $P$=.001).



**Figure 1.** Public mass shooting trend line using five year moving averages (1966-2019).



These results are graphed in Figure 2 in which the black stars represent the actual data and the green line represents the predicted numbers of public mass shootings from the regression discontinuity model. A bending of the trend during the FAWB period to become downward sloping at the end of the period is apparent, as is the return of the upward trajectory upon expiration of the FAWB. The red squares represent the projected numbers of public mass shootings during the FAWB period had there been no FAWB. The difference between the red squares and the green lines represents the predicted number of public mass shootings averted by the FAWB. The model predicts that 11 public mass shootings were averted over the period of 1995-2004.

The blue diamonds represent the projected effects of a continuation of the FAWB through 2019 based on the observed trend from 1995 to 2004. This projection indicates that 30 public mass shootings would have been prevented from 2005 to 2019 had the FAWB been left in place.

**Figure 2.** Regression lines from discontinuity analysis of the federal assault weapons ban (1994-2004).





XSL•FO
**RenderX**

## Discussion

### Principal Findings

In total, 1225 people were killed in a mass shooting over the past 53 years with more than half occurring in the last decade, a function of increases in mass shootings and weapon lethality [62,63,75]. Public mass shooting fatalities and injuries far outpace population growth [75]. Between 1966 and 2019, the US population increased by 67% [76], whereas public mass shooting deaths increased by over 5-fold. The rise in public mass shootings throughout the sample period is in fact partially a function of population growth and homicide rate, along with the effects of the FAWB and its removal. An increase in the US population of 1 million people was associated with an increase of .040 (P<.005) public mass shootings per year. During the post-FAWB period, the increase in population from approximately 300 million in 2005 to 330 million in 2019 should be associated with an increase of 1.2 public mass shootings per year, compared to the actual increase of 4 public mass shootings per year in the data (5-year moving average). After controlling for population growth and homicide rate, a positive and statistically significant coefficient (.081, P=.001) on the 2005-2018 trend was seen. This further indicates a separate, nonpopulation trend of increasing violence operating during the post-FAWB period. The negative coefficient on the homicide rate invalidates the hypothesis that decreases in the numbers of public mass shootings are simply reflections of an overall decreasing homicide rate. The negative intercept discontinuity is consistent with an effect of the FAWB that persists somewhat beyond the immediate end of the ban. The positive trend coefficient is consistent with the hypothesis that the FAWB was associated with a decrease in the number of public mass shootings, as the expiration of the FAWB was associated with a shift from a downward trend to an upward trend in the number of public mass shootings per year.

The most striking finding from this study is that there was a reduction in the number of public mass shooting events while the FAWB was in place. Using prediction models in combination with regression slopes, we estimate that 11 public mass shootings were avoided due to the FAWB. By projecting what would have happened if the FAWB remained in place, we found that there would have been significantly fewer public mass shootings if the FAWB had remained in place to 2019. Remarkably, although it is intuitive that the removal of assault weapons and magazine clips will reduce the lethality of a mass shooting, we observed an inverse relationship between weapons/ammunition and mass shooting events, meaning that mass shooters may be less likely to perpetrate a mass shooting without rapid fire military-style weapons. This is an independent effect, which indirectly leads to fewer injuries and deaths. DiMaggio et al [64] also found evidence of a decrease in public mass shootings during the ban; however, their study period was shorter and was restricted to 51 public mass shootings. Unlike our study, they implicitly modeled public mass shootings as a random type of general gun homicides that had a high death count [64]. In contrast, our findings suggest that public mass shootings are a unique type of premeditated gun violence. We found that prior to enactment of the FAWB, the rate of public

mass shootings was increasing. During enactment of the FAWB, there was a downward trend of mass shooting events. After the FAWB was lifted, public mass shootings increased dramatically. Firearm homicides in general follow no such patterns.

This effect was not found in the work of Koper, Roth, and colleagues [53-55]; however, their inclusion of all gun homicides masks the ban's effect on mass shootings. Even though Peterson and Densley's [77] work focused on perpetrator histories and not the FAWB, their findings that ease of gun access is characteristic of public mass shooters further supports our study. We restricted the inclusion criteria to public mass shootings to specifically test the effectiveness of the FAWB on public mass shooting events.

Regardless of the FAWB, bringing a semiautomatic rifle with high magazine capacity to a massacre significantly increases the number of fatalities and injuries. The increase in deaths is a function of rapid fire and increased ballistic energy. The increase in injuries is also a function of rapid fire and high-capacity magazines, enabling the shooter to shoot more people in crowded venues quickly before the crowd can disperse or hide. When controlling for the FAWB, the use of assault rifles decreased by half during implementation of the ban and tripled after the ban was lifted. This is a particularly important finding given that the FAWB had loopholes and that overall violent crime is decreasing [78]. First, all people with an assault weapon prior to the FAWB were allowed to retain their semiautomatic weapons [54,64]. Second, without a buyback program, semiautomatic weapons remained in the community [54,64]. Third, the ban did not target some military assault-like weapons [54,64]. Finally, a major loophole found in gun control legislation is that buyers can bypass background checks by purchasing their weapons and ammunition from gun shows, through illegal purchasing, or legally purchasing their guns and ammunition from another gun owner [57,63,79-87]. Even with these loopholes and issues, there was still a significant reduction in public mass shootings during the FAWB. These loopholes indicate that most people who purchase assault weapons do not become mass shooters; however, mass shooters require assault weapons and LCMs to carry out a mass shooting. Ban effectiveness might have improved if all assault weapons were included in the FAWB.

Some recent studies have specifically analyzed the effects of LCM bans on the incidence of public mass shootings. In a review of state legislation, Webster et al [88] found that bans of LCMs were associated with a significant reduction in the incidence of fatal public mass shootings. This study shows that the FAWB, which included a ban on LCMs, was associated with fewer fatalities and injuries during mass shootings in addition to fewer public mass shooting events. Koper et al [27] previously reported that 19% of public mass shootings resulting in 4 or more fatalities included the use of LCMs, while only 10% involved an assault weapon. Klarevas et al [29] found a similar pattern in shootings of 6 or more people, in which 67% of shooters utilized LCMs, whereas only 26% utilized an assault weapon. Because our study only looked at effects of the FAWB, which included an LCM ban, we were only able to determine the combined effects of limiting assault weapons and LCMs. To be clear, the reduction in the number of public mass

XSL•FO
RenderX

JMIR PUBLIC HEALTH AND SURVEILLANCE

Post et al

shootings, and resulting fatalities and injuries, may be a function of the ban on assault weapons, assault weapons plus LCMs, or only LCMs. We cannot separate out their independent effects at the national level.

Unlike our study, Webster et al [88] did not evaluate the incidence of assault weapons used in public mass shootings. Rather, they focused on fatalities from public mass shootings vs public mass shooting events. Although Webster et al [88] utilized the FBI Supplemental Homicide Report as their dataset, which is a voluntary reporting measurement system prone to errors in reporting, their findings are applicable to our analysis.

## Limitations

Although we found statistically significant decreases during the FAWB, we cannot isolate aspects of the policy that are attributed to the decline. Most notably, the FAWB also included LCMs during the ban. It may be that the type of gun and/or the type of magazine resulted in a decline. Indeed, assault weapons and LCMs provide the means to carry out a mass shooting; however, there are likely other factors beyond this study that partially explain the radical increase in public mass shootings in the post-FAWB period. For example, the FAWB was in place from 1994 to 2004, which is the same time period that the US population largely adopted the internet, along with associated social communication software and websites. This may have

resulted in better tracking of public mass shootings or increased media coverage. Because our study specifically targeted the federal legislation, we omitted state-level gun policies such as state-level prohibitions on certain types of guns, LCMs, or more lethal types of bullets. It is likely that the internet serves as a contagion and as a guide to potential mass shooters, allowing them to access weapons and multiple stories about other mass shooters [62,67,89,90].

## Conclusions

In summary, public mass shootings are a unique and specific type of homicide by a gun. We found evidence that public mass shootings are qualitatively different from general homicides because after the FAWB expired, mass shooting events increased while general homicides decreased. The increase in public mass shootings was more dramatic in the final 10 years of the study period following the end of the FAWB. We suspect that these outcomes may be improved by removing existing semiautomatic weapons with large bullet capacity by creating a buyback program for all rapid-firing weapons. Moreover, the legislation would be strengthened if it closed loopholes that allow gun buyers to get around the background check legislation and other purchase prohibitions by exempting gun shows and internet or person-to-person purchases, which were exempted from the FAWB and LCM ban [87].

## Acknowledgments

The Violence Project Mass Shooter database generated data for our surveillance. This study was financially supported by the Buehler Endowment at Feinberg School of Medicine.

## Conflicts of Interest

None declared.

## References

1. Web-based Injury Statistics Query and Reporting System. Centers for Disease Control and Prevention, Injury Prevention and Control. 2020 Jul 01. URL: https://www.cdc.gov/injury/wisqars/index.html [accessed 2021-07-01]
2. Christensen AJ, Cunningham R, Delamater A, Hamilton N. Introduction to the special issue on gun violence: addressing a critical public health challenge. J Behav Med 2019 Aug;42(4):581-583. [doi: 10.1007/s10865-019-00075-8] [Medline: 31367923]
3. Drake B. Mass shootings rivet national attention, but are a small share of gun violence. Pew Research Center. 2013 Sep 17. URL: https://www.pewresearch.org/fact-tank/2013/09/17/mass-shootings-rivet-national-attention-but-are-a-small-share-of-gun-violence/ [accessed 2020-12-10]
4. Bowers TG, Holmes ES, Rhom A. The nature of mass murder and autogenic massacre. J Police Crim Psych 2009 Nov 7;25(2):59-66. [doi: 10.1007/s11896-009-9059-6]
5. Delisi M, Scherer AM. Multiple homicide offenders. Crim Justice Behav 2016 Jun 30;33(3):367-391. [doi: 10.1177/0093854806286193]
6. Mass shooter database. The Violence Project. 2020. URL: https://www.theviolenceproject.org/ [accessed 2021-01-14]
7. Shelby D. Association between adult alcohol misuse, adult mental health, and firearm storage practices in households with children: findings from the Behavioral Risk Factor Surveillance System (BRFSS). MPH Thesis. ScholarWorks @ Georgia State University. 2021 Dec 09. URL: https://scholarworks.gsu.edu/iph_theses/725 [accessed 2021-01-08]
8. Loder R, Mishra A, Atoa B, Young A. Spinal injury associated with firearm use. Cureus 2021 Mar 16;13(3):e13918 [FREE Full text] [doi: 10.7759/cureus.13918]
9. Mueller KL, Trolard A, Moran V, Landman JM, Foraker R. Positioning public health surveillance for observational studies and clinical trials: The St. Louis region-wide hospital-based violence intervention program data repository. Contemp Clin Trials Commun 2021 Mar;21:100683 [FREE Full text] [doi: 10.1016/j.conctc.2020.100683] [Medline: 33385095]



Compendium_Klarevas
Page 054

10. Horn DL, Butler EK, Stahl JL, Rowhani-Rahbar A, Littman AJ. A multi-state evaluation of the association between mental health and firearm storage practices. Prev Med 2021 Apr;145:106389. [doi: 10.1016/j.ypmed.2020.106389] [Medline: 33385422]

11. Gunn JF, Boxer P. Gun laws and youth gun carrying: results from the youth risk behavior surveillance system, 2005-2017. J Youth Adolesc 2021 Mar;50(3):446-458. [doi: 10.1007/s10964-020-01384-x] [Medline: 33420890]

12. Rozel J, Soliman L, Jain A. The gun talk: how to have effective conversations with patients and families about firearm injury prevention. In: Zun LS, Nordstrom K, Wilson MP, editors. Behavioral Emergencies for Healthcare Providers. Switzerland: Springer; Jan 05, 2021:465-473.

13. Keyes KM, Kandula S, Olfson M, Gould MS, Martínez-Alés G, Rutherford C, et al. Suicide and the agent–host–environment triad: leveraging surveillance sources to inform prevention. Psychol Med 2021 Mar 05;51(4):529-537. [doi: 10.1017/s003329172000536x]

14. Bluestein G, Hallerman T. Future directions for firearm injury intervention, policy, and research. In: Lee LK, Fleeger EW, editors. Pediatric Firearm Injuries and Fatalities: The Clinician's Guide to Policies and Approaches to Firearm Harm Prevention. Switzerland: Springer; Feb 06, 2021:223-234.

15. Oehmke J, Moss C, Singh L, Oehmke T, Post L. Dynamic panel surveillance of COVID-19 transmission in the United States to inform health policy: observational statistical study. J Med Internet Res 2020 Oct 05;22(10):e21955 [FREE Full text] [doi: 10.2196/21955] [Medline: 32924962]

16. Oehmke J, Oehmke T, Singh L, Post L. Dynamic panel estimate-based health surveillance of SARS-CoV-2 infection rates to inform public health policy: model development and validation. J Med Internet Res 2020 Sep 22;22(9):e20924 [FREE Full text] [doi: 10.2196/20924] [Medline: 32915762]

17. Post L, Benishay E, Moss C, Murphy R, Achenbach C, Ison M, et al. Surveillance metrics of SARS-CoV-2 transmission in central Asia: longitudinal trend analysis. J Med Internet Res 2021 Feb 03;23(2):e25799 [FREE Full text] [doi: 10.2196/25799] [Medline: 33475513]

18. Post LA, Issa TZ, Boctor MJ, Moss CB, Murphy RL, Ison MG, et al. Dynamic public health surveillance to track and mitigate the US COVID-19 epidemic: longitudinal trend analysis study. J Med Internet Res 2020 Dec 03;22(12):e24286 [FREE Full text] [doi: 10.2196/24286] [Medline: 33216726]

19. Post LA, Lin JS, Moss CB, Murphy RL, Ison MG, Achenbach CJ, et al. SARS-CoV-2 wave two surveillance in East Asia and the Pacific: longitudinal trend analysis. J Med Internet Res 2021 Feb 01;23(2):e25454 [FREE Full text] [doi: 10.2196/25454] [Medline: 33464207]

20. Post L, Marogi E, Moss CB, Murphy RL, Ison MG, Achenbach CJ, et al. SARS-CoV-2 surveillance in the Middle East and North Africa: longitudinal trend analysis. J Med Internet Res 2021 Mar 15;23(1):e25830 [FREE Full text] [doi: 10.2196/25830] [Medline: 33302252]

21. Post L, Argaw ST, Jones C, Moss CB, Resnick D, Singh LN, et al. A SARS-CoV-2 surveillance system in Sub-Saharan Africa: modeling study for persistence and transmission to inform policy. J Med Internet Res 2020 Nov 19;22(11):e24248 [FREE Full text] [doi: 10.2196/24248] [Medline: 33211026]

22. Teutsch S, Thacker S. Planning a public health surveillance system. Epidemiol Bull 1995 Mar;16(1):1-6. [Medline: 7794696]

23. Jacobs J, Fuhr Z. The Safe Act: New York's ban on assault weapons and large capacity magazines. Crim Law Bull 2017 Jun 29;53(1):4 [FREE Full text]

24. Wallace EG. Assault weapon myths. South Ill Univ Law J 2018 Nov 18;43:193. [doi: 10.4135/9781452229300.n127]

25. Kopel D, Lowy J, Rostron A. Heller and "Assault Weapons". Campbell Law Rev 2018 Feb 02;40(2):461-480 [FREE Full text]

26. Pfau MW. Defining the deadly: definitional argument and the assault weapons ban controversy. Argum Advocacy 2020 Jul 20;56(3):155-173. [doi: 10.1080/10511431.2020.1793276]

27. Koper CS, Johnson WD, Nichols JL, Ayers A, Mullins N. Criminal use of assault weapons and high-capacity semiautomatic firearms: an updated examination of local and national sources. J Urban Health 2018 Jun;95(3):313-321 [FREE Full text] [doi: 10.1007/s11524-017-0205-7] [Medline: 28971349]

28. United States Congress House Committee on the Judiciary. Subcommittee on Crime and Criminal Justice. Public Safety and Recreational Firearms Use Protection Act. In: Hearing before the Subcommittee on Crime and Criminal Justice of the Committee on the Judiciary, House of Representatives, One Hundred Third Congress, second session, on H.R. 3527. Washington, DC: US Government; Apr 25, 1994.

29. Klarevas L, Conner A, Hemenway D. The effect of large-capacity magazine bans on high-fatality mass shootings, 1990–2017. Am J Public Health 2019 Dec;109(12):1754-1761. [doi: 10.2105/ajph.2019.305311]

30. Kleck G. Large-capacity magazines and the casualty counts in mass shootings. Justice Res Policy 2016 Jun 01;17(1):28-47. [doi: 10.1177/1525107116674926]

31. Abbasi J. Large-capacity magazine bans linked with fewer mass shootings, deaths. JAMA 2020 Jan 14;323(2):108-109. [doi: 10.1001/jama.2019.20457] [Medline: 31851333]

32. Koper CS. Assessing the potential to reduce deaths and injuries from mass shootings through restrictions on assault weapons and other high‐capacity semiautomatic firearms. Criminol Public Policy 2020 Jan 10;19(1):147-170. [doi: 10.1111/1745-9133.12485]



JMIR PUBLIC HEALTH AND SURVEILLANCE                                                                Post et al

33. Towers S, Wallace D, Hemenway D. Temporal trends in public mass shootings: high-capacity magazines significantly increase fatality counts, and are becoming more prevalent. medRxiv preprint server. 2019 Dec 15. URL: https://www.medrxiv.org/content/10.1101/2019.12.12.19014738v1 [accessed 2021-04-17]

34. Webster DW, McCourt AD, Crifasi CK, Booty MD, Stuart EA. Evidence concerning the regulation of firearms design, sale, and carrying on fatal mass shootings in the United States. Criminol Public Policy 2020 Jan 30;19(1):171-212. [doi: 10.1111/1745-9133.12487]

35. Lowy J. Comments on assault weapons, the right to arms, and the right to live. Harv J Law Public Policy 2020;43(2):375-386 [FREE Full text]

36. Kim A. United States gun policy and the effect on mass shootings. California State University Northridge Scholarworks Open Access Repository. Northridge, CA: CSU Northridge University Library; 2020 Aug 25. URL: http://hdl.handle.net/10211.3/217278 [accessed 2020-12-06]

37. Pfau MW. Defining the deadly: definitional argument and the assault weapons ban controversy. Argum Advocacy 2020 Jul 20;56(3):155-173. [doi: 10.1080/10511431.2020.1793276]

38. Balakrishna M, Wilbur KC. How the Massachusetts Assault Weapons Ban Enforcement Notice changed firearm sales. SSRN J 2021 Feb 4:1-51 [FREE Full text] [doi: 10.2139/ssrn.3779510]

39. Soto L, Chheda S, Soto J. Reducing fatalities in mass attacks and the related matter of gun control policy following the El Paso August 2019 shooting. Tex Hisp J Law Policy 2020;26:85.

40. Nagin DS, Koper CS, Lum C. Policy recommendations for countering mass shootings in the United States. Criminol Public Policy 2020 Jan 10;19(1):9-15. [doi: 10.1111/1745-9133.12484]

41. Gay C. 'Red Flag' laws: how law enforcement's controversial new tool to reduce mass shootings fits within current Second Amendment jurisprudence. Boston Coll Law Rev 2020 Apr 30;61(4):1491-1533 [FREE Full text]

42. Nielsen D. Disarming dangerous persons: how Connecticut's Red Flag Law saves lives without jeopardizing constitutional protections. Quinnipiac Health Law J 2020;23(3):253.

43. Blocher J, Charles J. Firearms, extreme risk, and legal design: "Red Flag" laws and due process. Virginia Law Rev 2020 Oct 19;106(6):1285.

44. Kopel DB. Red Flag Laws: proceed with caution. Law Psychol Rev 2020 Jul 16:forthcoming [FREE Full text] [doi: 10.2139/ssrn.3653555]

45. Blodgett S. Dementia, guns, Red Flag laws: Can Indiana's Statute balance elders' constitutional rights and public safety? NAELA J 2020 Sep;16:1-22 [FREE Full text]

46. Kerr S. "What We Need Is Bullet Control": could regulation of bullets reduce mass shootings? In: Crews G, editor. Handbook of Research on Mass Shootings and Multiple Victim Violence. Hershey, PA: IGI Global; Oct 2019:432-446.

47. Moore EE. Another mass shooting: Time to ban the assault rifle. J Trauma Acute Care Surg 2018 Jun;84(6):1036. [doi: 10.1097/TA.0000000000001863] [Medline: 29799817]

48. Delaney GA, Charles JD. A double-filter provision for expanded Red Flag laws: a proposal for balancing rights and risks in preventing gun violence. J Law Med Ethics 2020 Dec;48(4_suppl):126-132. [doi: 10.1177/1073110520979412] [Medline: 33404308]

49. Honberg RS. Mental illness and gun violence: research and policy options. J Law Med Ethics 2020 Dec;48(4_suppl):137-141. [doi: 10.1177/1073110520979414] [Medline: 33404306]

50. Laqueur HS, Wintemute GJ. Identifying high‐risk firearm owners to prevent mass violence. Criminol Public Policy 2019 Dec 16;19(1):109-127. [doi: 10.1111/1745-9133.12477]

51. Pallin R, Schleimer JP, Pear VA, Wintemute GJ. Assessment of extreme risk protection order use in California from 2016 to 2019. JAMA Netw Open 2020 Jun 01;3(6):e207735 [FREE Full text] [doi: 10.1001/jamanetworkopen.2020.7735] [Medline: 32556258]

52. Hurka S, Knill C. Does regulation matter? A cross‐national analysis of the impact of gun policies on homicide and suicide rates. Regul Gov 2018 Dec 21;14(4):787-803. [doi: 10.1111/rego.12235]

53. Koper C, Roth J. The impact of the 1994 Federal Assault Weapon Ban on gun violence outcomes: an assessment of multiple outcome measures and some lessons for policy evaluation. J Quant Criminol 2001 Mar;17(1):33-74.

54. Koper C, Woods D, Roth J. Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003. Report to the National Institute of Justice, United States Department of Justice. 2004 Jul. URL: https://www.ojp.gov/pdffiles1/nij/grants/204431.pdf [accessed 2020-12-11]

55. Roth J, Koper C, Adams W, Johnson S, Marcotte J, McGready J, et al. Impact Evaluation of the Public Safety and Recreational Firearms Use Protection Act of 1994 Final Report. Urban Institute. Washington, DC: The Urban Institute; 1997 Mar 13. URL: https://www.urban.org/research/publication/impact-evaluation-public-safety-and-recreational-firearms-use-protection-act-1994/view/full_report [accessed 2021-02-10]

56. Webster D, Vernick J, McGinty E, Alcorn T. Regulating Gun Sales: An Excerpt from Reducing Gun Violence in America: Informing Policy with Evidence and Analysis. Baltimore, MD: Johns Hopkins University Press; 2013.

57. Jacobs J. Can Gun Control Work? (Studies in Crime and Public Policy). Oxford: Oxford University Press; Oct 14, 2004.



XSL•FO
RenderX

Compendium_Klarevas
Page 056

JMIR PUBLIC HEALTH AND SURVEILLANCE Post et al

58. Lee LK, Fleegler EW, Farrell C, Avakame E, Srinivasan S, Hemenway D, et al. Firearm laws and firearm homicides: a systematic review. JAMA Intern Med 2017 Jan 01;177(1):106-119. [doi: 10.1001/jamainternmed.2016.7051] [Medline: 27842178]

59. Gius M. An examination of the effects of concealed weapons laws and assault weapons bans on state-level murder rates. Appl Econ Lett 2013 Nov 26;21(4):265-267. [doi: 10.1080/13504851.2013.854294]

60. Cook P, Goss K. The Gun Debate: What Everyone Needs to Know. New York: Oxford University Press; May 01, 2014.

61. Cook P, Goss K. The Gun Debate: What Everyone Needs to Know, 2nd Edition. New York: Oxford University Press; Apr 16, 2020.

62. Lankford A, Silver J. Why have public mass shootings become more deadly? Criminol Public Policy 2019 Dec 16;19(1):37-60. [doi: 10.1111/1745-9133.12472]

63. Schiff M. IZA Discussion Paper 12784: Greater US gun ownership, lethality and murder rates: analysis and policy proposals. IZA Institute of Labor Economics. 2019 Nov 27. URL: https://www.iza.org/publications/dp/12784/greater-us-gun-ownership-lethality-and-murder-rates-analysis-and-policy-proposals [accessed 2021-04-17]

64. DiMaggio C, Avraham J, Berry C, Bukur M, Feldman J, Klein M, et al. Changes in US mass shooting deaths associated with the 1994–2004 federal assault weapons ban: Analysis of open-source data. J Trauma Acute Care Surg 2019 Jan;86(1):11-19. [doi: 10.1097/ta.0000000000002060]

65. World Telecommunication/ICT Indicators Database 2020 (24th Edition). International Telecommunications Union. Geneva: International Telecommunications Union; 2021 Jan. URL: https://www.itu.int/en/ITU-D/Statistics/Pages/publications/wtid.aspx [accessed 2021-04-17]

66. Lopez G. America's unique gun violence problem, explained in 17 maps and charts. Vox. 2021 Mar 23. URL: https://www.vox.com/policy-and-politics/2017/10/2/16399418/boulder-colorado-mass-shooting-gun-violence-statistics-charts [accessed 2021-03-29]

67. Silver J, Simons A, Craun S. A study of the pre-attack behaviors of active shooters in the United States between 2000 and 2013. FBI Documents. Washington, DC: US Department of Justice, Federal Bureau of Investigations; 2018. URL: https://www.fbi.gov/file-repository/pre-attack-behaviors-of-active-shooters-in-us-2000-2013.pdf/view [accessed 2020-10-25]

68. DeFoster R, Swalve N. Guns, culture or mental health? Framing mass shootings as a public health crisis. Health Commun 2018 Oct;33(10):1211-1222. [doi: 10.1080/10410236.2017.1350907] [Medline: 28841045]

69. Fridel EE. A multivariate comparison of family, felony, and public mass murders in the United States. J Interpers Violence 2021 Feb;36(3-4):1092-1118. [doi: 10.1177/0886260517739286] [Medline: 29294976]

70. Duwe G. Mass murder in the United States: a history. Jefferson, NC: McFarland & Company; Jan 07, 2007.

71. Fox J, Levin J. Mass confusion concerning mass murder. Criminologist 2015;40(1):8-11 [FREE Full text] [doi: 10.4135/9781412950619.n277]

72. Fox JA, Levin J. Firing back: the growing threat of workplace homicide. An Am Acad Pol Soc Sci 2016 Sep 08;536(1):16-30. [doi: 10.1177/0002716294536001002]

73. Stevenson AJ, Flores-Vazquez IM, Allgeyer RL, Schenkkan P, Potter JE. Effect of removal of Planned Parenthood from the Texas Women's Health Program. N Engl J Med 2016 Mar 03;374(9):853-860. [doi: 10.1056/nejmsa1511902]

74. Freedman DA. On the so-called "Huber Sandwich Estimator" and "Robust Standard Errors". Am Statistician 2006 Nov;60(4):299-302. [doi: 10.1198/000313006x152207]

75. Duwe G. Mass shootings are getting deadlier, not more frequent. Politico Magazine. 2017 Oct 04. URL: https://www.politico.com/magazine/story/2017/10/04/mass-shootings-more-deadly-frequent-research-215678/ [accessed 2021-01-30]

76. Population Trends. United States Census Bureau. 2019. URL: https://www.census.gov/ [accessed 2019-08-26]

77. Peterson J, Densley J. We have studied every mass shooting since 1966. Here's what we've learned about the shooters. Los Angeles Times. 2019 Aug 04. URL: https://www.latimes.com/opinion/story/2019-08-04/el-paso-dayton-gilroy-mass-shooters-data [accessed 2020-02-01]

78. Klingner DE, Williams E. Topic: Public Safety. Public Integrity 2019 Mar 06;21(2):220-224. [doi: 10.1080/10999922.2019.1565268]

79. Hand C. Gun control and the Second Amendment. Minneapolis, MN: ABDO; Dec 15, 2016.

80. Popovits A. Dominican University of California Political Science & International Studies (Senior Thesis). 2020 May. URL: https://tinyurl.com/se3vrmd6 [accessed 2020-12-01]

81. Miller SV. What Americans think about gun control: evidence from the General Social Survey, 1972-2016. Soc Sci Quart 2018 Nov 18;100(1):272-288. [doi: 10.1111/ssqu.12555]

82. Kellner D. School shootings, societal violence and gun culture. In: Shapiro H, editor. The Wiley Handbook on Violence in Education: Forms, Factors, and Preventions. Medford, MA: John Wiley & Sons, Inc; 2018:53-68.

83. Schildkraut J. Assault weapons, mass shootings, and options for lawmakers. Rockefeller Institute of Government. 2019 Mar 22. URL: https://rockinst.org/issue-area/assault-weapons-mass-shootings-and-options-for-lawmakers/ [accessed 2021-02-11]

84. Jacobs J, Fuhr Z. The potential and limitations of universal background checking for gun purchasers. Wake Forest J Law Policy 2017;7(2):537-583.



Compendium_Klarevas
Page 057

85. Braga AA, Brunson RK, Cook PJ, Turchan B, Wade B. Underground gun markets and the flow of illegal guns into the Bronx and Brooklyn: a mixed methods analysis. J Urban Health 2020 Sep 04:online ahead of print. [doi: 10.1007/s11524-020-00477-z] [Medline: 32888157]

86. Chai C. Gun control: can we take a shot at it? AMASS 2019;24(2):34-36.

87. Goldberg J. The case for more guns (and more gun control). The Atlantic. 2012 Dec. URL: https://www.theatlantic.com/magazine/archive/2012/12/the-case-for-more-guns-and-more-gun-control/309161/ [accessed 2020-11-20]

88. Webster DW, McCourt AD, Crifasi CK, Booty MD, Stuart EA. Evidence concerning the regulation of firearms design, sale, and carrying on fatal mass shootings in the United States. Criminol Public Policy 2020 Jan 30;19(1):171-212. [doi: 10.1111/1745-9133.12487]

89. Lankford A, Madfis E. Media coverage of mass killers: content, consequences, and solutions. Am Behav Sci 2018 Mar 20;62(2):151-162. [doi: 10.1177/0002764218763476]

90. Kien S, Begay T, Lee A, Stefanidis A. Social media during the school shooting contagion period. Violence Gender 2019 Dec 01;6(4):201-210. [doi: 10.1089/vio.2019.0043]

## Abbreviations

**FAWB:** Federal Assault Weapons Ban
**FBI:** Federal Bureau of Investigation
**LCM:** large-capacity magazine

*Edited by G Eysenbach, T Sanchez; submitted 19.02.21; peer-reviewed by T Alcorn; comments to author 12.03.21; revised version received 24.03.21; accepted 30.03.21; published 22.04.21*

*Please cite as:*
*Post L, Mason M, Singh LN, Wleklinski NP, Moss CB, Mohammad H, Issa TZ, Akhetuamhen AI, Brandt CA, Welch SB, Oehmke JF*
*Impact of Firearm Surveillance on Gun Control Policy: Regression Discontinuity Analysis*
*JMIR Public Health Surveill 2021;7(4):e26042*
*URL: https://publichealth.jmir.org/2021/4/e26042*
*doi: 10.2196/26042*
*PMID: 33783360*

©Lori Post, Maryann Mason, Lauren Nadya Singh, Nicholas P Wleklinski, Charles B Moss, Hassan Mohammad, Tariq Z Issa, Adesuwa I Akhetuamhen, Cynthia A Brandt, Sarah B Welch, James Francis Oehmke. Originally published in JMIR Public Health and Surveillance (https://publichealth.jmir.org), 22.04.2021. This is an open-access article distributed under the terms of the Creative Commons Attribution License (https://creativecommons.org/licenses/by/4.0/), which permits unrestricted use, distribution, and reproduction in any medium, provided the original work, first published in JMIR Public Health and Surveillance, is properly cited. The complete bibliographic information, a link to the original publication on https://publichealth.jmir.org, as well as this copyright and license information must be included.



# LEGISLATIVE MATERIALS AND GOVERNMENT RECORDS



**Alcohol, Tobacco, Firearms and Explosives**

# Firearms Commerce in the United States

---

# ANNUAL STATISTICAL UPDATE 2021

## Exhibit 1: Firearms Manufactured (1986 – 2019)

| Calendar Year | Pistols | Revolvers | Rifles | Shotguns | Misc. Firearms[1] | Total Firearms |
|---|---|---|---|---|---|---|
| 1986 | 662,973 | 761,414 | 970,507 | 641,482 | 4,558 | 3,040,934 |
| 1987 | 964,561 | 722,512 | 1,007,661 | 857,949 | 6,980 | 3,559,663 |
| 1988 | 1,101,011 | 754,744 | 1,144,707 | 928,070 | 35,345 | 3,963,877 |
| 1989 | 1,404,753 | 628,573 | 1,407,400 | 935,541 | 42,126 | 4,418,393 |
| 1990 | 1,371,427 | 470,495 | 1,211,664 | 848,948 | 57,434 | 3,959,968 |
| 1991 | 1,378,252 | 456,966 | 883,482 | 828,426 | 15,980 | 3,563,106 |
| 1992 | 1,669,537 | 469,413 | 1,001,833 | 1,018,204 | 16,849 | 4,175,836 |
| 1993 | 2,093,362 | 562,292 | 1,173,694 | 1,144,940 | 81,349 | 5,055,637 |
| 1994 | 2,004,298 | 586,450 | 1,316,607 | 1,254,926 | 10,936 | 5,173,217 |
| 1995 | 1,195,284 | 527,664 | 1,411,120 | 1,173,645 | 8,629 | 4,316,342 |
| 1996 | 987,528 | 498,944 | 1,424,315 | 925,732 | 17,920 | 3,854,439 |
| 1997 | 1,036,077 | 370,428 | 1,251,341 | 915,978 | 19,680 | 3,593,504 |
| 1998 | 960,365 | 324,390 | 1,535,690 | 868,639 | 24,506 | 3,713,590 |
| 1999 | 995,446 | 335,784 | 1,569,685 | 1,106,995 | 39,837 | 4,047,747 |
| 2000 | 962,901 | 318,960 | 1,583,042 | 898,442 | 30,196 | 3,793,541 |
| 2001 | 626,836 | 320,143 | 1,284,554 | 679,813 | 21,309 | 2,932,655 |
| 2002 | 741,514 | 347,070 | 1,515,286 | 741,325 | 21,700 | 3,366,895 |
| 2003 | 811,660 | 309,364 | 1,430,324 | 726,078 | 30,978 | 3,308,404 |
| 2004 | 728,511 | 294,099 | 1,325,138 | 731,769 | 19,508 | 3,099,025 |
| 2005 | 803,425 | 274,205 | 1,431,372 | 709,313 | 23,179 | 3,241,494 |
| 2006 | 1,021,260 | 385,069 | 1,496,505 | 714,618 | 35,872 | 3,653,324 |
| 2007 | 1,219,664 | 391,334 | 1,610,923 | 645,231 | 55,461 | 3,922,613 |
| 2008 | 1,609,381 | 431,753 | 1,734,536 | 630,710 | 92,564 | 4,498,944 |
| 2009 | 1,868,258 | 547,195 | 2,248,851 | 752,699 | 138,815 | 5,555,818 |
| 2010 | 2,258,450 | 558,927 | 1,830,556 | 743,378 | 67,929 | 5,459,240 |
| 2011 | 2,598,133 | 572,857 | 2,318,088 | 862,401 | 190,407 | 6,541,886 |
| 2012 | 3,487,883 | 667,357 | 3,168,206 | 949,010 | 306,154 | 8,578,610 |

Source: ATF's Annual Firearms Manufacturing and Exportation Report (AFMER).

[1] Miscellaneous firearms are any firearms not specifically categorized in any of the firearms categories defined on the ATF Form 5300.11 Annual Firearms Manufacturing and Exportation Report. (Examples of miscellaneous firearms would include pistol grip firearms, starter guns, and firearm frames and receivers.)

The AFMER report excludes production for the U.S. military but includes firearms purchased by domestic law enforcement agencies. The report also includes firearms manufactured for export.

AFMER data is not published until one year after the close of the calendar year reporting period because the proprietary data furnished by filers is protected from immediate disclosure by the Trade Secrets Act.  For example, calendar 2012 data was due to ATF by April 1, 2013, but not published until January 2014.

## Exhibit 1: Firearms Manufactured (1986 – 2019) — continued

| Calendar Year | Pistols | Revolvers | Rifles | Shotguns | Misc. Firearms[1] | Total Firearms |
|---|---|---|---|---|---|---|
| 2013 | 4,441,726 | 725,282 | 3,979,570 | 1,203,072 | 495,142 | 10,844,792 |
| 2014 | 3,633,454 | 744,047 | 3,379,549 | 935,411 | 358,165 | 9,050,626 |
| 2015 | 3,557,199 | 885,259 | 3,691,799 | 777,273 | 447,131 | 9,358,661 |
| 2016 | 4,720,075 | 856,291 | 4,239,335 | 848,617 | 833,123 | 11,497,441 |
| 2017 | 3,691,010 | 720,917 | 2,504,092 | 653,139 | 758,634 | 8,327,792 |
| 2018 | 3,881,158 | 664,835 | 2,880,536 | 536,126 | 1,089,973 | 9,052,628 |
| 2019 | 3,046,013 | 580,601 | 1,957,667 | 480,735 | 946,929 | 7,011,945 |

Source: ATF's Annual Firearms Manufacturing and Exportation Report (AFMER).

[1] Miscellaneous firearms are any firearms not specifically categorized in any of the firearms categories defined on the ATF Form 5300.11 Annual Firearms Manufacturing and Exportation Report. (Examples of miscellaneous firearms would include pistol grip firearms, starter guns, and firearm frames and receivers.)

The AFMER report excludes production for the U.S. military but includes firearms purchased by domestic law enforcement agencies. The report also includes firearms manufactured for export.

AFMER data is not published until one year after the close of the calendar year reporting period because the proprietary data furnished by filers is protected from immediate disclosure by the Trade Secrets Act.  For example, calendar year 2012 data was due to ATF by April 1, 2013, but not published until January 2014.

## Exhibit 1a: Firearms Manufactured (1986-2019)



Compendium_Klarevas
Page 062

## Exhibit 2: Firearms Manufacturers' Exports (1986 – 2019)

| Calendar Year | Pistols | Revolvers | Rifles | Shotguns | Misc. Firearms[1] | Total Firearms |
|---|---|---|---|---|---|---|
| 1986 | 16,511 | 104,571 | 37,224 | 58,943 | 199 | 217,448 |
| 1987 | 24,941 | 134,611 | 42,161 | 76,337 | 9,995 | 288,045 |
| 1988 | 32,570 | 99,289 | 53,896 | 68,699 | 2,728 | 257,182 |
| 1989 | 41,970 | 76,494 | 73,247 | 67,559 | 2,012 | 261,282 |
| 1990 | 73,398 | 106,820 | 71,834 | 104,250 | 5,323 | 361,625 |
| 1991 | 79,275 | 110,058 | 91,067 | 117,801 | 2,964 | 401,165 |
| 1992 | 76,824 | 113,178 | 90,015 | 119,127 | 4,647 | 403,791 |
| 1993 | 59,234 | 91,460 | 94,272 | 171,475 | 14,763 | 431,204 |
| 1994 | 93,959 | 78,935 | 81,835 | 146,524 | 3,220 | 404,473 |
| 1995 | 97,969 | 131,634 | 90,834 | 101,301 | 2,483 | 424,221 |
| 1996 | 64,126 | 90,068 | 74,557 | 97,191 | 6,055 | 331,997 |
| 1997 | 44,182 | 63,656 | 76,626 | 86,263 | 4,354 | 275,081 |
| 1998 | 29,537 | 15,788 | 65,807 | 89,699 | 2,513 | 203,344 |
| 1999 | 34,663 | 48,616 | 65,669 | 67,342 | 4,028 | 220,318 |
| 2000 | 28,636 | 48,130 | 49,642 | 35,087 | 11,132 | 172,627 |
| 2001 | 32,151 | 32,662 | 50,685 | 46,174 | 10,939 | 172,611 |
| 2002 | 22,555 | 34,187 | 60,644 | 31,897 | 1,473 | 150,756 |
| 2003 | 16,340 | 26,524 | 62,522 | 29,537 | 6,989 | 141,912 |
| 2004 | 14,959 | 24,122 | 62,403 | 31,025 | 7,411 | 139,920 |
| 2005 | 19,196 | 29,271 | 92,098 | 46,129 | 7,988 | 194,682 |
| 2006 | 144,779 | 28,120 | 102,829 | 57,771 | 34,022 | 367,521 |
| 2007 | 45,053 | 34,662 | 80,594 | 26,949 | 17,524 | 204,782 |
| 2008 | 54,030 | 28,205 | 104,544 | 41,186 | 523 | 228,488 |
| 2009 | 56,402 | 32,377 | 61,072 | 36,455 | 8,438 | 194,744 |
| 2010 | 80,041 | 25,286 | 76,518 | 43,361 | 16,771 | 241,977 |
| 2011 | 121,035 | 23,221 | 79,256 | 54,878 | 18,498 | 296,888 |
| 2012 | 128,313 | 19,643 | 81,355 | 42,858 | 15,385 | 287,554 |
| 2013 | 167,653 | 21,236 | 131,718 | 49,766 | 22,748 | 393,121 |
| 2014 | 126,316 | 25,521 | 207,934 | 60,377 | 784 | 420,932 |
| 2015 | 140,787 | 22,666 | 159,707 | 18,797 | 1,499 | 343,456 |

Source:  ATF's Annual Firearms Manufacturing and Exportation Report (AFMER).

[1] Miscellaneous firearms are any firearms not specifically categorized in any of the firearms categories defined on the ATF Form 5300.11 Annual Firearms Manufacturing and Exportation Report. (Examples of miscellaneous firearms would include pistol grip firearms, starter guns, and firearm frames and receivers.)

The AFMER report excludes production for the U.S. military but includes firearms purchased by domestic law enforcement agencies.

Compendium_Klarevas
Page 063

## Exhibit 2: Firearms Manufacturers' Exports (1986 – 2019) — continued

| Calendar Year | Pistols | Revolvers | Rifles | Shotguns | Misc. Firearms[1] | Total Firearms |
|---|---|---|---|---|---|---|
| 2016 | 172,408 | 24,587 | 147,044 | 24,668 | 8,111 | 376,818 |
| 2017 | 275,424 | 21,676 | 158,871 | 29,997 | 2,332 | 488,300 |
| 2018 | 333,266 | 21,498 | 165,573 | 27,774 | 6,126 | 554,237 |
| 2019 | 138,683 | 14,778 | 136,241 | 22,319 | 5,461 | 317,482 |

Source:  ATF's Annual Firearms Manufacturing and Exportation Report (AFMER).

[1] Miscellaneous firearms are any firearms not specifically categorized in any of the firearms categories defined on the ATF Form 5300.11 Annual Firearms Manufacturing and Exportation Report. (Examples of miscellaneous firearms would include pistol grip firearms, starter guns, and firearm frames and receivers.)

The AFMER report excludes production for the U.S. military but includes firearms purchased by domestic law enforcement agencies.

## Exhibit 2a: Firearms Manufacturers' Exports (1986-2019)



## Exhibit 3: Firearms Imports (1986 – 2020)

| Calendar Year | Shotguns | Rifles | Handguns | Total |
|---|---|---|---|---|
| 1986 | 201,000 | 269,000 | 231,000 | 701,000 |
| 1987 | 307,620 | 413,780 | 342,113 | 1,063,513 |
| 1988 | 372,008 | 282,640 | 621,620 | 1,276,268 |
| 1989 | 274,497 | 293,152 | 440,132 | 1,007,781 |
| 1990 | 191,787 | 203,505 | 448,517 | 843,809 |
| 1991 | 116,141 | 311,285 | 293,231 | 720,657 |
| 1992 | 441,933 | 1,423,189 | 981,588 | 2,846,710 |
| 1993 | 246,114 | 1,592,522 | 1,204,685 | 3,043,321 |
| 1994 | 117,866 | 847,868 | 915,168 | 1,880,902 |
| 1995 | 136,126 | 261,185 | 706,093 | 1,103,404 |
| 1996 | 128,456 | 262,568 | 490,554 | 881,578 |
| 1997 | 106,296 | 358,937 | 474,182 | 939,415 |
| 1998 | 219,387 | 248,742 | 531,681 | 999,810 |
| 1999 | 385,556 | 198,191 | 308,052 | 891,799 |
| 2000 | 331,985 | 298,894 | 465,903 | 1,096,782 |
| 2001 | 428,330 | 227,608 | 710,958 | 1,366,896 |
| 2002 | 379,755 | 507,637 | 741,845 | 1,629,237 |
| 2003 | 407,402 | 428,837 | 630,263 | 1,466,502 |
| 2004 | 507,050 | 564,953 | 838,856 | 1,910,859 |
| 2005 | 546,403 | 682,100 | 878,172 | 2,106,675 |
| 2006 | 606,820 | 659,393 | 1,166,309 | 2,432,522 |
| 2007 | 725,752 | 631,781 | 1,386,460 | 2,743,993 |
| 2008 | 535,960 | 602,364 | 1,468,062 | 2,606,386 |
| 2009 | 558,679 | 864,010 | 2,184,417 | 3,607,106 |
| 2010 | 509,913 | 547,449 | 1,782,585 | 2,839,947 |
| 2011 | 529,056 | 998,072 | 1,725,276 | 3,252,404 |
| 2012 | 973,465 | 1,243,924 | 2,627,201 | 4,844,590 |
| 2013 | 936,235 | 1,507,776 | 3,095,528 | 5,539,539 |

Source: ATF and United States International Trade Commission.

Statistics prior to 1992 are for fiscal years; 1992 is a transition year with five quarters.

Compendium_Klarevas
Page 065

### Exhibit 3: Firearms Imports (1986 – 2020) — continued

| Calendar Year | Shotguns | Rifles | Handguns | Total |
|---|---|---|---|---|
| 2014 | 648,339 | 791,892 | 2,185,037 | 3,625,268 |
| 2015 | 644,293 | 815,817 | 2,470,101 | 3,930,211 |
| 2016 | 736,482 | 729,452 | 3,671,837 | 5,137,771 |
| 2017 | 632,105 | 572,309 | 3,287,842 | 4,492,256 |
| 2018 | 713,931 | 652,031 | 2,939,889 | 4,305,851 |
| 2019 | 743,252 | 648,703 | 2,594,708 | 3,986,663 |
| 2020 | 1,924,937 | 875,159 | 4,031,280 | 6,831,376 |

Source: ATF and United States International Trade Commission.

Statistics prior to 1992 are for fiscal years; 1992 is a transition year with five quarters.

### Exhibit 3a: Firearms Imports (1986-2020)



Compendium_Klarevas
Page 066

## Exhibit 4: Importation Applications (1986 – 2020)

| Fiscal Year | Licensed Importer | Military* | Other | Total |
|---|---|---|---|---|
| 1986 | 7,728 | 9,434 | 2,631 | 19,793 |
| 1987 | 7,833 | 8,059 | 2,130 | 18,022 |
| 1988 | 7,711 | 7,680 | 2,122 | 17,513 |
| 1989 | 7,950 | 8,293 | 2,194 | 18,437 |
| 1990 | 8,292 | 8,696 | 2,260 | 19,248 |
| 1991 | 8,098 | 10,973 | 2,412 | 21,483 |
| 1992 | 7,960 | 9,222 | 2,623 | 19,805 |
| 1993 | 7,591 | 6,282 | 2,585 | 16,458 |
| 1994 | 6,704 | 4,570 | 3,024 | 14,298 |
| 1995 | 5,267 | 2,834 | 2,548 | 10,649 |
| 1996 | 6,340 | 2,792 | 2,395 | 11,527 |
| 1997 | 8,288 | 2,069 | 1,395 | 11,752 |
| 1998 | 8,767 | 2,715 | 1,536 | 13,019 |
| 1999 | 9,505 | 2,235 | 1,036 | 12,776 |
| 2000 | 7,834 | 2,885 | 1,416 | 12,135 |
| 2001 | 9,639 | 3,984 | 1,569 | 15,192 |
| 2002 | 9,646 | 6,321 | 3,199 | 19,166 |
| 2003 | 8,160 | 2,264 | 2,081 | 12,505 |
| 2004 | 7,539 | 1,392 | 1,819 | 10,750 |
| 2005 | 7,539 | 1,320 | 1,746 | 10,605 |
| 2006 | 8,537 | 1,180 | 1,505 | 11,222 |
| 2007 | 8,004 | 1,081 | 1,236 | 10,321 |
| 2008 | 7,610 | 718 | 980 | 9,308 |
| 2009 | 7,967 | 504 | 970 | 9,441 |
| 2010 | 7,367 | 823 | 1,088 | 9,278 |
| 2011 | 7,647 | 641 | 959 | 9,247 |
| 2012 | 8,408 | 420 | 895 | 9,723 |
| 2013 | 9,964 | 319 | 597 | 10,880 |

Source: ATF's Firearms and Explosives Import System (FEIS)

Import data excludes temporary permits issued to nonimmigrant aliens.

* Depicts ATF Form 6 Part II (5330.3C)

Compendium_Klarevas
Page 067

### Exhibit 4: Importation Applications (1986 – 2020) — continued

| Fiscal Year | Licensed Importer | Military* | Other | Total |
|---|---|---|---|---|
| 2014 | 8,529 | 255 | 429 | 9,213 |
| 2015 | 6,078 | 318 | 897 | 7,293 |
| 2016 | 6,154 | 220 | 814 | 7,188 |
| 2017 | 5,859 | 309 | 685 | 6,853 |
| 2018 | 6,631 | 289 | 670 | 7,590 |
| 2019 | 7,040 | 380 | 711 | 8,131 |
| 2020 | 7,243 | 180 | 583 | 8,006 |

Source: ATF's Firearms and Explosives Import System (FEIS)

Import data excludes temporary permits issued to nonimmigrant aliens.

* Depicts ATF Form 6 Part II (5330.3C)

### Exhibit 4a: Importation Application (1986-2020)



## Exhibit 5: Firearms Imported into the United States by Country 2020

| Country | Handguns | Rifles | Shotguns | Total Firearms |
|---|---|---|---|---|
| Turkey | 415,180 | 29,450 | 1,045,621 | 1,490,251 |
| Austria | 1,279,123 | 5,632 | 30 | 1,284,785 |
| Brazil | 849,700 | 120,864 | 46,066 | 1,016,630 |
| Croatia | 521,932 | 0 | 0 | 521,932 |
| Sweden | 45 | 1,680 | 430,062 | 431,787 |
| Italy | 146,565 | 48,705 | 175,818 | 371,088 |
| Germany | 274,799 | 73,118 | 2,374 | 350,291 |
| Czech Republic | 247,491 | 28,418 | 34 | 275,943 |
| Canada | 3,050 | 232,395 | 982 | 236,427 |
| China | 0 | 12,000 | 205,462 | 217,462 |
| Philippines | 113,399 | 3,818 | 0 | 117,217 |
| Japan | 0 | 78,249 | 620 | 78,869 |
| Spain | 960 | 57,506 | 515 | 58,981 |
| Israel | 41,357 | 7,839 | 7,697 | 56,893 |
| Serbia | 22,703 | 24,096 | 0 | 46,799 |
| Finland | 8 | 46,506 | 32 | 46,546 |
| Romania | 22,145 | 15,911 | 0 | 38,056 |
| Portugal | 0 | 34,576 | 72 | 34,648 |
| Argentina | 29,030 | 0 | 0 | 29,030 |
| Belgium | 14,120 | 9,533 | 212 | 23,865 |
| Switzerland | 17943 | 3,390 | 35 | 21,368 |
| Bulgaria | 6,937 | 13,733 | 1 | 20,671 |
| United Kingdom | 65 | 11,937 | 8492 | 20,494 |
| Poland | 10,286 | 8,291 | 0 | 18,577 |
| Slovenia | 4,902 | 0 | 0 | 4,902 |

[1] On May 26, 1994, the United States instituted a firearms imports embargo against China. Sporting shotguns, however, are exempt from the embargo.

[2] Imports of fewer than 1,000 per country.

Imports from Afghanistan, Belarus, Burma, China, Cuba, Democratic Republic of Congo, Haiti, Iran, Iraq, Libya, Mongolia, North Korea, Rwanda, Somalia Sudan, Syria, Unita (Angola), Vietnam, may include surplus military curio and relic firearms that were manufactured in these countries prior to becoming proscribed or embargoed and had been outside those proscribed countries for the preceding five years prior to import. Imports may also include those that obtained a waiver from the U.S. State Department.

Imports from Georgia, Kazakhstan, Kyrgyzstan, Moldova, Russian Federation, Turkmenistan, Ukraine, Uzbekistan are limited to firearms enumerated on the Voluntary Restraint Agreement (VRA).

Compendium_Klarevas
Page 069

### Exhibit 5: Firearms Imported into the United States
### by Country 2020 — continued

| Country | Handguns | Rifles | Shotguns | Total Firearms |
|---------|---------:|-------:|---------:|---------------:|
| Montenegro | 3,639 | 0 | 0 | 3,639 |
| Taiwan | 0 | 3,140 | 0 | 3,140 |
| Slovakia | 2,987 | 0 | 0 | 2,987 |
| Georgia | 608 | 1,500 | 0 | 2,108 |
| Hungary | 1,154 | 875 | 0 | 2,029 |
| Russia | 0 | 1,595 | 0 | 1,595 |
| France | 1,042 | 321 | 62 | 1,425 |
| Other [2] | 110 | 81 | 750 | 941 |
| **Total** | **4,031,280** | **875,159** | **1,924,937** | **6,831,376** |

[1] On May 26, 1994, the United States instituted a firearms imports embargo against China. Sporting shotguns, however, are exempt from the embargo.

[2] Imports of fewer than 1,000 per country.

Imports from Afghanistan, Belarus, Burma, China, Cuba, Democratic Republic of Congo, Haiti, Iran, Iraq, Libya, Mongolia, North Korea, Rwanda, Somalia Sudan, Syria, Unita (Angola), Vietnam, may include surplus military curio and relic firearms that were manufactured in these countries prior to becoming proscribed or embargoed and had been outside those proscribed countries for the preceding five years prior to import. Imports may also include those that obtained a waiver from the U.S. State Department.

Imports from Georgia, Kazakhstan, Kyrgyzstan, Moldova, Russian Federation, Turkmenistan, Ukraine, Uzbekistan are limited to firearms enumerated on the Voluntary Restraint Agreement (VRA).

### Exhibit 5a: Imported Firearms Type 2020



Shotguns 28%
Handguns 59%
Rifles 13%

Compendium_Klarevas
Page 070

### Exhibit 6: National Firearms Act
### Tax Revenues and Related Activities (1984 – 2020)

| Fiscal Year [1] | Occupational Tax Paid [2] | Transfer & Making Tax Paid | Enforcement Support [3] | |
| | | | Certifications | Records Checks |
|---|---|---|---|---|
| 1984 | $596,000 | $666,000 | 1,196 | 2,771 |
| 1985 | $606,000 | $594,000 | 921 | 3,682 |
| 1986 | $667,000 | $1,372,000 | 690 | 3,376 |
| 1987 | $869,000 | $1,576,000 | 575 | 4,135 |
| 1988 | $2,095,000 | $1,481,000 | 701 | 3,738 |
| 1989 | $1,560,000 | $1,527,000 | 1,196 | 6,128 |
| 1990 | $1,442,000 | $1,308,000 | 666 | 7,981 |
| 1991 | $1,556,000 | $1,210,000 | 764 | 7,857 |
| 1992 | $1,499,000 | $1,237,000 | 1,257 | 8,582 |
| 1993 | $1,493,000 | $1,264,000 | 1,024 | 7,230 |
| 1994 | $1,444,000 | $1,596,000 | 586 | 6,283 |
| 1995 | $1,007,000 | $1,311,000 | 882 | 5,677 |
| 1996 | $1,143,000 | $1,402,000 | 529 | 5,215 |
| 1997 | $1,284,000 | $1,630,000 | 488 | 4,395 |
| 1998 | $1,299,000 | $1,969,000 | 353 | 3,824 |
| 1999 | $1,330,000 | $2,422,000 | 345 | 3,994 |
| 2000 | $1,399,000 | $2,301,000 | 144 | 2,159 |
| 2001 | $1,456,000 | $2,800,000 | 402 | 5,156 |
| 2002 | $1,492,000 | $1,510,000 | 441 | 6,381 |
| 2003 | $1,758,000 | $2,699,000 | 401 | 6,597 |
| 2004 | $1,640,000 | $3,052,000 | 435 | 6,191 |
| 2005 | $1,659,000 | $2,810,000 | 447 | 6,218 |
| 2006 | $1,709,000 | $3,951,000 | 327 | 6,331 |
| 2007 | $1,815,000 | $4,890,000 | 530 | 7,468 |
| 2008 | $1,950,000 | $5,742,000 | 375 | 5,872 |
| 2009 | $2,125,000 | $7,971,000 | 418 | 5,736 |
| 2010 | $2,530,000 | $7,184,000 | 267 | 5,883 |
| 2011 | $2,952,000 | $9,576,000 | 287 | 6,313 |
| 2012 | $3,628,000 | $12,814,000 | 390 | 7,103 |
| 2013 | $4,294,000 | $18,182,000 | 501 | 7,138 |
| 2014 | $4,837,000 | $22,678,000 | 367 | 6,172 |

Compendium_Klarevas
Page 071

## Exhibit 6: National Firearms Act
## Tax Revenues and Related Activities (1984 – 2020) — continued

| | | | Enforcement Support [3] | |
|---|---|---|---|---|
| Fiscal Year [1] | Occupational Tax Paid [2] | Transfer & Making Tax Paid | Certifications | Records Checks |
| 2015 | $5,417,000 | $32,462,000 | 338 | 5,650 |
| 2016 | $6,018,000 | $62,596,000 | 397 | 6,547 |
| 2017 | $6,371,000 | $22,972,000 | 469 | 6,749 |
| 2018 | $6,753,000 | $33,371,000 | 537 | 6,130 |
| 2019 | $7,014,000 | $37,285,000 | 447 | 5,426 |
| 2020 | $7,982,000 | $51,677,000 | 456 | 4,520 |

Source:  ATF's National Firearms Registration and Transfer Record (NFRTR).

[1] Data from 1997 - 2000 were based on calendar year data.

[2] Special occupational tax revenues for FY 1990 - 1996 include collections made during the fiscal year for prior tax years. Importers, manufacturers, or dealers in NFA firearms are subject to a yearly occupational tax.

[3] ATF searches the NFRTR in support of criminal investigations and regulatory inspections in order to determine whether persons are legally in possession of NFA weapons and whether transfers are made lawfully.

Data from 2000-2010 for Certifications and Records Checks was corrected in the 2012 update.

Compendium_Klarevas
Page 072

## Exhibit 7: National Firearms Act Firearms Processed by Form Type (1990 - 2020)

| Calendar Year [1] | Application to Make NFA Firearms (ATF Form 1) | Manufactured and Imported (ATF Form 2) | Application for Tax Exempt Transfer Between Licensees (ATF Form 3) | Application for Taxpaid Transfer (ATF Form 4) | Application for Tax-Exempt Transfer [2] (ATF Form 5) | Exported (ATF Form 9) | Total [3] |
|---|---|---|---|---|---|---|---|
| 1990 | 399 | 66,084 | 23,149 | 7,024 | 54,959 | 21,725 | 173,340 |
| 1991 | 524 | 80,619 | 19,507 | 5,395 | 44,146 | 40,387 | 190,578 |
| 1992 | 351 | 107,313 | 26,352 | 6,541 | 45,390 | 22,120 | 208,067 |
| 1993 | 310 | 70,342 | 22,071 | 7,388 | 60,193 | 24,041 | 184,345 |
| 1994 | 1,076 | 97,665 | 27,950 | 7,600 | 67,580 | 34,242 | 236,113 |
| 1995 | 1,226 | 95,061 | 18,593 | 8,263 | 60,055 | 31,258 | 214,456 |
| 1996 | 1,174 | 103,511 | 16,931 | 6,418 | 72,395 | 40,439 | 240,868 |
| 1997 | 855 | 110,423 | 18,371 | 7,873 | 70,690 | 36,284 | 244,496 |
| 1998 | 1,093 | 141,101 | 27,921 | 10,181 | 93,135 | 40,221 | 313,652 |
| 1999 | 1,071 | 137,373 | 28,288 | 11,768 | 95,554 | 28,128 | 302,182 |
| 2000 | 1,334 | 141,763 | 23,335 | 11,246 | 96,234 | 28,672 | 302,584 |
| 2001 | 2,522 | 145,112 | 25,745 | 10,799 | 101,955 | 25,759 | 311,892 |
| 2002 | 1,173 | 162,321 | 25,042 | 10,686 | 92,986 | 47,597 | 339,805 |
| 2003 | 1,003 | 156,620 | 21,936 | 13,501 | 107,108 | 43,668 | 343,836 |
| 2004 | 980 | 83,483 | 20,026 | 14,635 | 54,675 | 19,425 | 193,224 |
| 2005 | 1,902 | 65,865 | 26,603 | 14,606 | 26,210 | 20,951 | 156,137 |
| 2006 | 2,610 | 188,134 | 51,290 | 20,534 | 100,458 | 42,175 | 405,201 |
| 2007 | 3,553 | 296,267 | 51,217 | 22,260 | 194,794 | 76,467 | 644,558 |
| 2008 | 4,583 | 424,743 | 71,404 | 26,917 | 183,271 | 206,411 | 917,329 |
| 2009 | 5,345 | 371,920 | 56,947 | 31,551 | 201,267 | 163,951 | 830,981 |
| 2010 | 5,169 | 296,375 | 58,875 | 33,059 | 189,449 | 136,335 | 719,262 |
| 2011 | 5,477 | 530,953 | 107,066 | 33,816 | 147,341 | 311,214 | 1,135,867 |
| 2012 | 7,886 | 484,928 | 149,762 | 52,490 | 170,561 | 219,700 | 1,085,327 |
| 2013 | 9,347 | 477,567 | 206,389 | 57,294 | 110,637 | 224,515 | 1,085,749 |
| 2014 | 22,380 | 591,388 | 262,342 | 107,921 | 138,204 | 248,109 | 1,370,344 |
| 2015 | 32,558 | 583,499 | 365,791 | 130,017 | 127,945 | 306,037 | 1,545,847 |
| 2016 | 49,985 | 1,066,812 | 571,840 | 133,911 | 152,264 | 555,397 | 2,530,209 |
| 2017 | 40,444 | 497,329 | 344,197 | 184,312 | 180,850 | 224,389 | 1,471,521 |
| 2018 | 21,580 | 545,700 | 355,114 | 128,324 | 169,258 | 318,387 | 1,538,363 |
| 2019 | 28,006 | 844,378 | 361,754 | 170,182 | 234,486 | 402,626 | 2,041,432 |
| 2020 | 40,790 | 884,656 | 610,002 | 246,806 | 266,600 | 360,731 | 2,409,585 |

Compendium_Klarevas
Page 073

## Exhibit 7: National Firearms Act Firearms Processed by Form Type (1990 - 2020)

| Calendar Year [1] | Application to Make NFA Firearms (ATF Form 1) | Manufactured and Imported (ATF Form 2) | Application for Tax Exempt Transfer Between Licensees (ATF Form 3) | Application for Taxpaid Transfer (ATF Form 4) | Application for Tax-Exempt Transfer [2] (ATF Form 5) | Exported (ATF Form 9) | Total [3] |
|---|---|---|---|---|---|---|---|

Source:  ATF's National Firearms Registration and Transfer Record (NFRTR).

[1] Data from 1990 - 1996 represent fiscal year.

[2] Firearms may be transferred to the U.S., State or local governments without the payment of a transfer tax. Further transfers of NFA firearms between licensees registered as importers, manufacturers, or dealers who have paid the special occupational tax are likewise exempt from transfer tax.

[3] Totals do not include ATF Form  5320.20 or ATF Form 10 because these do not relate to commercial transactions.

## Exhibit 7a: National Firearms Act Firearms Processed by Form Type (1990-2020)



## Exhibit 7b: National Firearms Act Firearms Processed by Fiscal Year (2002-2020)



Compendium_Klarevas
Page 074

## Exhibit 8: National Firearms Act Registered Weapons by State (May 2021)

| State | Any Other Weapon [1] | Destructive Device [2] | Machinegun [3] | Silencer [4] | Short Barreled Rifle [5] | Short Barreled Shotgun [6] | Total |
|---|---|---|---|---|---|---|---|
| Alabama | 1,352 | 82,978 | 34,702 | 64,506 | 8,830 | 2,552 | 194,920 |
| Alaska | 345 | 6,256 | 1,802 | 15,192 | 3,108 | 1,534 | 28,237 |
| Arkansas | 703 | 83,161 | 5,689 | 38,058 | 5,076 | 1,294 | 133,981 |
| Arizona | 2,647 | 123,286 | 19,032 | 85,353 | 25,203 | 3,170 | 258,691 |
| California | 4,752 | 324,948 | 29,112 | 17,271 | 15,520 | 14,757 | 406,360 |
| Colorado | 1,154 | 57,926 | 7,666 | 67,008 | 13,509 | 2,119 | 149,382 |
| Connecticut | 1,034 | 14,610 | 35,235 | 18,648 | 4,212 | 1,135 | 74,874 |
| District of Columbia | 69 | 62,757 | 7,872 | 1,024 | 1,426 | 1,167 | 74,315 |
| Delaware | 52 | 3,876 | 537 | 411 | 565 | 651 | 6,092 |
| Florida | 4,100 | 230,917 | 47,117 | 175,156 | 50,848 | 10,587 | 518,725 |
| Georgia | 2,269 | 96,486 | 42,545 | 129,566 | 21,232 | 12,026 | 304,124 |
| Hawaii | 34 | 8,234 | 441 | 403 | 93 | 75 | 9,280 |
| Iowa | 919 | 19,353 | 7,228 | 22,529 | 2,937 | 1,212 | 54,178 |
| Idaho | 667 | 23,674 | 5,299 | 40,755 | 5,376 | 654 | 76,425 |
| Illinois | 1,075 | 103,440 | 30,576 | 3,297 | 4,622 | 1,739 | 144,749 |
| Indiana | 1,862 | 50,885 | 21,137 | 63,249 | 10,872 | 9,541 | 157,546 |
| Kansas | 823 | 26,035 | 3,986 | 31,811 | 5,924 | 1,271 | 69,850 |
| Kentucky | 1,212 | 36,615 | 18,128 | 44,040 | 6,717 | 2,121 | 108,833 |
| Louisiana | 713 | 60,863 | 7,206 | 72,042 | 9,212 | 2,025 | 152,061 |
| Massachusetts | 969 | 19,571 | 7,070 | 10,409 | 6,079 | 1,040 | 45,138 |
| Maryland | 1,137 | 61,460 | 29,854 | 32,275 | 7,633 | 3,898 | 136,257 |
| Maine | 600 | 3,789 | 5,109 | 8,285 | 3,057 | 556 | 21,396 |
| Michigan | 1,284 | 30,928 | 17,464 | 49,324 | 9,120 | 1,715 | 109,835 |
| Minnesota | 2,825 | 61,232 | 8,779 | 48,154 | 7,681 | 1,154 | 129,825 |
| Missouri | 1,574 | 37,631 | 11,167 | 49,754 | 10,230 | 2,995 | 113,351 |
| Mississippi | 564 | 32,211 | 4,906 | 36,545 | 5,354 | 1,132 | 80,712 |
| Montana | 467 | 4,999 | 2,531 | 25,409 | 2,612 | 660 | 36,678 |

## Exhibit 8: National Firearms Act Registered Weapons by State (May 2021) – continued

| State | Any Other Weapon [1] | Destructive Device [2] | Machinegun [3] | Silencer [4] | Short Barreled Rifle [5] | Short Barreled Shotgun [6] | Total |
|---|---|---|---|---|---|---|---|
| North Carolina | 1,158 | 107,333 | 15,875 | 76,759 | 17,478 | 3,563 | 222,166 |
| North Dakota | 215 | 3,726 | 1,670 | 23,042 | 2,003 | 319 | 30,975 |
| Nebraska | 816 | 9,780 | 2,403 | 25,879 | 3,472 | 911 | 43,261 |
| New Hampshire | 534 | 5,834 | 20,817 | 36,954 | 7,613 | 681 | 72,433 |
| New Jersey | 534 | 47,080 | 44,422 | 3,889 | 3,775 | 2,528 | 102,228 |
| New Mexico | 404 | 93,029 | 4,233 | 19,873 | 4,590 | 839 | 122,968 |
| Nevada | 1,264 | 50,124 | 14,577 | 37,880 | 12,662 | 2,500 | 119,007 |
| New York | 1,848 | 54,148 | 13,554 | 7,406 | 7,622 | 7,613 | 92,191 |
| Ohio | 2,312 | 92,909 | 22,979 | 68,736 | 15,158 | 6,567 | 208,661 |
| Oklahoma | 1,253 | 19,174 | 9,776 | 62,404 | 8,738 | 2,023 | 103,368 |
| Oregon | 1,683 | 28,654 | 6,740 | 49,197 | 9,483 | 1,717 | 97,474 |
| Pennsylvania | 2,482 | 205,854 | 21,169 | 83,563 | 21,215 | 13,884 | 348,167 |
| Rhode Island | 46 | 3,663 | 630 | 96 | 338 | 114 | 4,887 |
| South Carolina | 733 | 44,017 | 10,997 | 50,422 | 9,088 | 3,948 | 119,205 |
| South Dakota | 388 | 4,559 | 2,176 | 55,666 | 1,612 | 265 | 64,666 |
| Tennessee | 1,803 | 54,554 | 14,683 | 60,573 | 13,350 | 6,573 | 151,536 |
| Texas | 7,517 | 332,208 | 46,318 | 529,150 | 81,000 | 10,362 | 1,006,555 |
| Utah | 578 | 19,648 | 7,745 | 79,557 | 9,212 | 1,668 | 118,408 |
| Virginia | 3,094 | 250,986 | 43,877 | 90,454 | 26,361 | 8,935 | 423,707 |
| Vermont | 238 | 3,106 | 1,465 | 3,528 | 904 | 210 | 9,451 |
| Washington | 1,981 | 62,633 | 4,673 | 78,279 | 16,919 | 1,049 | 165,534 |
| Wisconsin | 853 | 36,053 | 8,391 | 40,596 | 8,070 | 1,467 | 95,430 |
| West Virginia | 465 | 25,315 | 7,359 | 13,696 | 2,913 | 1,215 | 50,963 |
| Wyoming | 337 | 120,688 | 2,019 | 16,681 | 2,089 | 433 | 142,247 |
| Other US Territories | 6 | 323 | 408 | 20 | 12 | 103 | 872 |
| **Total** | **67,744** | **3,343,519** | **741,146** | **2,664,774** | **532,725** | **162,267** | **7,512,175** |

## Exhibit 8: National Firearms Act Registered Weapons by State
### (May 2021) – continued

| State | Any Other Weapon [1] | Destructive Device [2] | Machinegun [3] | Silencer [4] | Short Barreled Rifle [5] | Short Barreled Shotgun [6] | Total |
|---|---|---|---|---|---|---|---|

Source: ATF National Firearms Registration and Transfer Record (NFRTR).

[1] The term "any other weapon" means any weapon or device capable of being concealed on the person from which a shot can be discharged through the energy of an explosive, a pistol or revolver having a barrel with a smooth bore designed or redesigned to fire a fixed shotgun shell, weapons with combination shotgun and rifle barrels 12 inches or more, less than 18 inches in length, from which only a single discharge can be made from either barrel without manual reloading, and shall include any such weapon which may be readily restored to fire. Such term shall not include a pistol or a revolver having a rifled bore, or rifled bores, or weapons designed, made, or intended to be fired from the shoulder and not capable of firing fixed ammunition.

[2] Destructive device generally is defined as (a) any explosive, incendiary, or poison gas (1) bomb, (2) grenade, (3) rocket having a propellant charge of more than 4 ounces, (4) missile having an explosive or incendiary charge of more than one-quarter ounce, (5) mine, or (6) device similar to any of the devices described in the preceding paragraphs of this definition; (b) any type of weapon (other than a shotgun or a shotgun shell which the Director finds is generally recognized as particularly suitable for sporting purposes) by whatever name known which will, or which may be readily converted to, expel a projectile by the action of an explosive or other propellant, and which has any barrel with a bore of more than one-half inch in diameter; and (c) any combination of parts either designed or intended for use in converting any device into any destructive device described in paragraph (a) or (b) of this section and from which a destructive device may be readily assembled. The term shall not include any device which is neither designed nor redesigned for use as a weapon; any device, although originally designed for use as a weapon, which is redesigned for use as a signaling, pyrotechnic, line throwing, safety, or similar device; surplus ordnance sold, loaned, or given by the Secretary of the Army pursuant to the provisions of section 4684(2), 4685, or 4686 of title 10, United States Code; or any other device which the Director finds is not likely to be used as a weapon, is an antique, or is a rifle which the owner intends to use solely for sporting, recreational, or cultural purposes.

[3] Machinegun is defined as any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.

[4] Silencer is defined as any device for silencing, muffling, or diminishing the report of a portable firearm, including any combination of parts, designed or redesigned, and intended for the use in assembling or fabricating a firearm silencer or firearm muffler, and any part intended only for use in such assembly or fabrication.

[5] Short-barreled rifle is defined as a rifle having one or more barrels less than 16 inches in length, and any weapon made from a rifle, whether by alteration, modification, or otherwise, if such weapon, as modified, has an overall length of less than 26 inches.

[6] Short-barreled shotgun is defined as a shotgun having one or more barrels less than 18 inches in length, and any weapon made from a shotgun, whether by alteration, modification, or otherwise, if such weapon as modified has an overall length of less than 26 inches.

Compendium_Klarevas
Page 077

### Exhibit 9: National Firearms Act
### Special Occupational Taxpayers by State
### Tax Year 2020

| State | Importers | Manufacturers | Dealers | Total |
|---|---|---|---|---|
| Alabama | 26 | 118 | 272 | 416 |
| Alaska | 1 | 33 | 112 | 146 |
| Arizona | 30 | 407 | 276 | 713 |
| Arkansas | 15 | 132 | 168 | 315 |
| California | 14 | 122 | 86 | 222 |
| Colorado | 6 | 157 | 343 | 506 |
| Connecticut | 3 | 88 | 114 | 205 |
| Delaware | 0 | 0 | 3 | 3 |
| District of Columbia | 1 | 0 | 0 | 1 |
| Florida | 66 | 462 | 595 | 1123 |
| Georgia | 13 | 203 | 380 | 596 |
| Hawaii | 0 | 0 | 1 | 1 |
| Idaho | 2 | 130 | 155 | 287 |
| Illinois | 11 | 96 | 37 | 144 |
| Indiana | 6 | 103 | 310 | 419 |
| Iowa | 1 | 65 | 226 | 292 |
| Kansas | 4 | 80 | 268 | 352 |
| Kentucky | 18 | 95 | 254 | 367 |
| Louisiana | 2 | 85 | 220 | 307 |
| Maine | 3 | 48 | 95 | 146 |
| Maryland | 8 | 77 | 152 | 237 |
| Massachusetts | 5 | 118 | 27 | 150 |
| Michigan | 12 | 134 | 300 | 446 |
| Minnesota | 13 | 109 | 228 | 350 |
| Mississippi | 11 | 77 | 172 | 260 |
| Missouri | 15 | 147 | 255 | 417 |
| Montana | 4 | 72 | 148 | 224 |
| Nebraska | 0 | 33 | 132 | 165 |
| Nevada | 12 | 173 | 135 | 320 |
| New Hampshire | 6 | 101 | 121 | 228 |
| New Jersey | 1 | 7 | 21 | 29 |

Source: ATF's National Firearms Act Special Occupational Tax Database (NSOT).

Numbers represent locations of qualified premises.

Compendium_Klarevas
Page 078

### Exhibit 9: National Firearms Act
### Special Occupational Taxpayers by State
### Tax Year 2020 — continued

| State | Importers | Manufacturers | Dealers | Total |
|---|---|---|---|---|
| New Mexico | 10 | 70 | 133 | 213 |
| New York | 4 | 91 | 19 | 114 |
| North Carolina | 2 | 231 | 407 | 640 |
| North Dakota | 1 | 14 | 119 | 134 |
| Ohio | 6 | 239 | 379 | 624 |
| Oklahoma | 1 | 138 | 211 | 350 |
| Oregon | 1 | 110 | 210 | 321 |
| Pennsylvania | 17 | 210 | 457 | 684 |
| Rhode Island | 1 | 0 | 1 | 2 |
| South Carolina | 10 | 109 | 236 | 355 |
| South Dakota | 0 | 31 | 131 | 162 |
| Tennessee | 6 | 131 | 321 | 458 |
| Texas | 39 | 748 | 1035 | 1822 |
| Utah | 5 | 148 | 151 | 304 |
| Vermont | 4 | 26 | 71 | 101 |
| Virginia | 45 | 197 | 363 | 605 |
| Washington | 5 | 140 | 176 | 321 |
| West Virginia | 7 | 43 | 140 | 190 |
| Wisconsin | 1 | 115 | 252 | 368 |
| Wyoming | 2 | 47 | 119 | 168 |
| **Total** | **476** | **6,310** | **10,537** | **17,323** |

Source: ATF's National Firearms Act Special Occupational Tax Database (NSOT).

Numbers represent locations of qualified premises.

Compendium_Klarevas
Page 079

## Exhibit 10: Federal Firearms Licensees Total (1975-2020)

| Fiscal Year | Dealer | Pawn-broker | Collector | Manufacturer of Ammunition | Manufacturer of Firearms | Importer | Destructive Device Dealer | Destructive Device Manufacturer | Destructive Device Importer | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1975 | 146,429 | 2,813 | 5,211 | 6,668 | 364 | 403 | 9 | 23 | 7 | 161,927 |
| 1976 | 150,767 | 2,882 | 4,036 | 7,181 | 397 | 403 | 4 | 19 | 8 | 165,697 |
| 1977 | 157,463 | 2,943 | 4,446 | 7,761 | 408 | 419 | 6 | 28 | 10 | 173,484 |
| 1978 | 152,681 | 3,113 | 4,629 | 7,735 | 422 | 417 | 6 | 35 | 14 | 169,052 |
| 1979 | 153,861 | 3,388 | 4,975 | 8,055 | 459 | 426 | 7 | 33 | 12 | 171,216 |
| 1980 | 155,690 | 3,608 | 5,481 | 8,856 | 496 | 430 | 7 | 40 | 11 | 174,619 |
| 1981 | 168,301 | 4,308 | 6,490 | 10,067 | 540 | 519 | 7 | 44 | 20 | 190,296 |
| 1982 | 184,840 | 5,002 | 8,602 | 12,033 | 675 | 676 | 12 | 54 | 24 | 211,918 |
| 1983 | 200,342 | 5,388 | 9,859 | 13,318 | 788 | 795 | 16 | 71 | 36 | 230,613 |
| 1984 | 195,847 | 5,140 | 8,643 | 11,270 | 710 | 704 | 15 | 74 | 40 | 222,443 |
| 1985 | 219,366 | 6,207 | 9,599 | 11,818 | 778 | 881 | 15 | 85 | 45 | 248,794 |
| 1986 | 235,393 | 6,998 | 10,639 | 12,095 | 843 | 1,035 | 16 | 95 | 52 | 267,166 |
| 1987 | 230,888 | 7,316 | 11,094 | 10,613 | 852 | 1,084 | 16 | 101 | 58 | 262,022 |
| 1988 | 239,637 | 8,261 | 12,638 | 10,169 | 926 | 1,123 | 18 | 112 | 69 | 272,953 |
| 1989 | 231,442 | 8,626 | 13,536 | 8,345 | 922 | 989 | 21 | 110 | 72 | 264,063 |
| 1990 | 235,684 | 9,029 | 14,287 | 7,945 | 978 | 946 | 20 | 117 | 73 | 269,079 |
| 1991 | 241,706 | 9,625 | 15,143 | 7,470 | 1,059 | 901 | 17 | 120 | 75 | 276,116 |
| 1992 | 248,155 | 10,452 | 15,820 | 7,412 | 1,165 | 894 | 15 | 127 | 77 | 284,117 |
| 1993 | 246,984 | 10,958 | 16,635 | 6,947 | 1,256 | 924 | 15 | 128 | 78 | 283,925 |
| 1994 | 213,734 | 10,872 | 17,690 | 6,068 | 1,302 | 963 | 12 | 122 | 70 | 250,833 |
| 1995 | 158,240 | 10,155 | 16,354 | 4,459 | 1,242 | 842 | 14 | 118 | 71 | 191,495 |
| 1996 | 105,398 | 9,974 | 14,966 | 3,144 | 1,327 | 786 | 12 | 117 | 70 | 135,794 |
| 1997 | 79,285 | 9,956 | 13,512 | 2,451 | 1,414 | 733 | 13 | 118 | 72 | 107,554 |
| 1998 | 75,619 | 10,176 | 14,875 | 2,374 | 1,546 | 741 | 12 | 125 | 68 | 105,536 |
| 1999 | 71,290 | 10,035 | 17,763 | 2,247 | 1,639 | 755 | 11 | 127 | 75 | 103,942 |
| 2000 | 67,479 | 9,737 | 21,100 | 2,112 | 1,773 | 748 | 12 | 125 | 71 | 103,157 |

Source: ATF Federal Firearms Licensing Center, Federal Licensing System (FLS). Data is based on active firearms licenses and related statistics as of the end of each fiscal year.

Compendium_Klarevas
Page 080

## Exhibit 10: Federal Firearms Licensees Total (1975-2020)  — continued

| Fiscal Year | Dealer | Pawn-broker | Collector | Manufacturer of | | | Destructive Device | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Ammunition | Firearms | Importer | Dealer | Manufacturer | Importer | |
| 2001 | 63,845 | 9,199 | 25,145 | 1,950 | 1,841 | 730 | 14 | 117 | 72 | 102,913 |
| 2002 | 59,829 | 8,770 | 30,157 | 1,763 | 1,941 | 735 | 16 | 126 | 74 | 103,411 |
| 2003 | 57,492 | 8,521 | 33,406 | 1,693 | 2,046 | 719 | 16 | 130 | 82 | 104,105 |
| 2004 | 56,103 | 8,180 | 37,206 | 1,625 | 2,144 | 720 | 16 | 136 | 84 | 106,214 |
| 2005 | 53,833 | 7,809 | 40,073 | 1,502 | 2,272 | 696 | 15 | 145 | 87 | 106,432 |
| 2006 | 51,462 | 7,386 | 43,650 | 1,431 | 2,411 | 690 | 17 | 170 | 99 | 107,316 |
| 2007 | 49,221 | 6,966 | 47,690 | 1,399 | 2,668 | 686 | 23 | 174 | 106 | 108,933 |
| 2008 | 48,261 | 6,687 | 52,597 | 1,420 | 2,959 | 688 | 29 | 189 | 113 | 112,943 |
| 2009 | 47,509 | 6,675 | 55,046 | 1,511 | 3,543 | 735 | 34 | 215 | 127 | 115,395 |
| 2010 | 47,664 | 6,895 | 56,680 | 1,759 | 4,293 | 768 | 40 | 243 | 145 | 118,487 |
| 2011 | 48,676 | 7,075 | 59,227 | 1,895 | 5,441 | 811 | 42 | 259 | 161 | 123,587 |
| 2012 | 50,848 | 7,426 | 61,885 | 2,044 | 7,423 | 848 | 52 | 261 | 169 | 130,956 |
| 2013 | 54,026 | 7,810 | 64,449 | 2,353 | 9,094 | 998 | 57 | 273 | 184 | 139,244 |
| 2014 | 55,431 | 8,132 | 63,301 | 2,596 | 9,970 | 1,133 | 66 | 287 | 200 | 141,116 |
| 2015 | 56,181 | 8,152 | 60,652 | 2,603 | 10,498 | 1,152 | 66 | 315 | 221 | 139,840 |
| 2016 | 56,754 | 8,076 | 57,345 | 2,481 | 11,083 | 1,105 | 71 | 332 | 217 | 137,464 |
| 2017 | 56,638 | 7,871 | 55,588 | 2,259 | 11,946 | 1,110 | 78 | 357 | 234 | 136,081 |
| 2018 | 55,891 | 7,639 | 54,136 | 2,119 | 12,564 | 1,127 | 98 | 378 | 239 | 134,191 |
| 2019 | 53,924 | 7,341 | 52,446 | 1,910 | 13,044 | 1,109 | 129 | 391 | 252 | 130,546 |
| 2020 | 52,799 | 7,141 | 52,865 | 1,797 | 14,054 | 1,127 | 128 | 425 | 269 | 130,605 |

Source: ATF Federal Firearms Licensing Center, Federal Licensing System (FLS).  Data is based on active firearms licenses and related statistics as of the end of each fiscal year.

Compendium_Klarevas
Page 081

## Exhibit 11: Federal Firearms Licensees by State 2020

| State | FFL Population |
|-------|---------------|
| Alabama | 2,114 |
| Alaska | 833 |
| Arizona | 3,385 |
| Arkansas | 1,871 |
| California | 8,461 |
| Colorado | 2,945 |
| Connecticut | 1,743 |
| Delaware | 316 |
| District of Columbia | 34 |
| Florida | 6,988 |
| Georgia | 3,478 |
| Hawaii | 223 |
| Idaho | 1,506 |
| Illinois | 4,506 |
| Indiana | 2,730 |
| Iowa | 1,994 |
| Kansas | 1,773 |
| Kentucky | 2,225 |
| Louisiana | 1,937 |
| Maine | 880 |
| Maryland | 2,837 |
| Massachusetts | 3,960 |
| Michigan | 3,856 |
| Minnesota | 2,434 |
| Mississippi | 1,433 |
| Missouri | 4,242 |
| Montana | 1,499 |
| Nebraska | 1,098 |

## Exhibit 11: Federal Firearms Licensees by State 2020 — continued

| State | FFL Population |
|-------|---------------|
| Nevada | 1,318 |
| New Hampshire | 1,174 |
| New Jersey | 473 |
| New Mexico | 1,022 |
| New York | 3,784 |
| North Carolina | 4,430 |
| North Dakota | 698 |
| Ohio | 4,454 |
| Oklahoma | 2,197 |
| Oregon | 2,148 |
| Pennsylvania | 6,136 |
| Rhode Island | 565 |
| South Carolina | 2,102 |
| South Dakota | 758 |
| Tennessee | 3,103 |
| Texas | 10,635 |
| Utah | 1,493 |
| Vermont | 548 |
| Virginia | 3,962 |
| Washington | 3,109 |
| West Virginia | 1,347 |
| Wisconsin | 2,848 |
| Wyoming | 878 |
| Other Territories | 122 |
| **Total** | **130,605** |

### Exhibit 12: Actions on Federal Firearms License Applications
### (1975 - 2020)

| Original Application | | | | |
|---|---|---|---|---|
| Fiscal Year | Processed | Denied | Withdrawn[1] | Abandoned[2] |
| 1975 | 29,183 | 150 | 1,651 | ... |
| 1976 | 29,511 | 209 | 2,077 | ... |
| 1977 | 32,560 | 216 | 1,645 | ... |
| 1978 | 29,531 | 151 | 1,015 | 414 |
| 1979 | 32,678 | 124 | 432 | 433 |
| 1980 | 36,052 | 96 | 601 | 661 |
| 1981 | 41,798 | 85 | 742 | 329 |
| 1982 | 44,745 | 52 | 580 | 370 |
| 1983 | 49,669 | 151 | 916 | 649 |
| 1984 | 39,321 | 98 | 706 | 833 |
| 1985 | 37,385 | 103 | 666 | 598 |
| 1986 | 42,842 | 299 | 698 | 452 |
| 1987 | 36,835 | 121 | 874 | 458 |
| 1988 | 32,724 | 30 | 506 | 315 |
| 1989 | 34,318 | 34 | 561 | 360 |
| 1990 | 34,336 | 46 | 893 | 404 |
| 1991 | 34,567 | 37 | 1,059 | 685 |
| 1992 | 37,085 | 57 | 1,337 | 611 |
| 1993 | 41,545 | 343 | 6,030 | 1,844 |
| 1994 | 25,393 | 136 | 4,480 | 3,917 |
| 1995 | 7,777 | 49 | 1,046 | 1,180 |
| 1996 | 8,461 | 58 | 1,061 | 629 |
| 1997 | 7,039 | 24 | 692 | 366 |
| 1998 | 7,090 | 19 | 621 | 352 |
| 1999 | 8,581 | 23 | 48 | 298 |
| 2000 | 10,698 | 6 | 447 | 91 |
| 2001 | 11,161 | 3 | 403 | 114 |
| 2002 | 16,100 | 13 | 468 | 175 |
| 2003 | 13,884 | 30 | 729 | 289 |
| 2004 | 12,953 | 18 | 572 | 235 |
| 2005 | 13,326 | 33 | 943 | 300 |
| 2006 | 13,757 | 35 | 898 | 234 |

Compendium_Klarevas
Page 083

## Exhibit 12: Actions on Federal Firearms License Applications
### (1975 - 2020) — continued

| Original Application | | | | |
|---|---|---|---|---|
| Fiscal Year | Processed | Denied | Withdrawn[1] | Abandoned[2] |
| 2007 | 14,123 | 32 | 953 | 402 |
| 2008 | 15,434 | 21 | 1,030 | 291 |
| 2009 | 16,105 | 20 | 1,415 | 724 |
| 2010 | 16,930 | 32 | 1,467 | 380 |
| 2011 | 19,923 | 22 | 1,744 | 369 |
| 2012 | 20,977 | 28 | 2,252 | 358 |
| 2013 | 23,242 | 30 | 2,901 | 385 |
| 2014 | 17,816 | 27 | 2,192 | 444 |
| 2015 | 15,219 | 34 | 1,953 | 387 |
| 2016 | 15,853 | 16 | 2,165 | 307 |
| 2017 | 14,546 | 17 | 2,038 | 366 |
| 2018 | 14,054 | 17 | 1,913 | 377 |
| 2019 | 12,966 | 9 | 1,993 | 382 |
| 2020 | 13,429 | 11 | 2,387 | 319 |

Source:  ATF Federal Firearms Licensing Center, Federal Licensing System (FLS).

[1] An application can be withdrawn by an applicant at any time prior to the issuance of a license.

[2] If ATF cannot locate an applicant during an attempted application inspection or cannot obtain needed verification data, then the application will be abandoned.

Compendium_Klarevas
Page 084

### Exhibit 13: Federal Firearms Licensees and Compliance Inspections
### (FY 1975 – 2020)

| Fiscal Year | Inspections | Total Licensees | Percent Inspected | Licensed Business Entities* | Percent Ins pected |
|---|---|---|---|---|---|
| 1975 | 10,944 | 161,927 | 6.7% | 156,716 | 7.0% |
| 1976 | 15,171 | 165,697 | 9.1% | 161,661 | 9.4% |
| 1977 | 19,741 | 173,484 | 11.3% | 169,038 | 11.7% |
| 1978 | 22,130 | 169,052 | 13.1% | 164,423 | 13.5% |
| 1979 | 14,744 | 171,216 | 8.6% | 166,241 | 8.9% |
| 1980 | 11,515 | 174,619 | 6.5% | 169,138 | 6.8% |
| 1981 | 11,035 | 190,296 | 5.7% | 183,806 | 6.0% |
| 1982 | 1,829 | 211,918 | 0.8% | 203,316 | 0.9% |
| 1983 | 2,662 | 230,613 | 1.1% | 220,754 | 1.2% |
| 1984 | 8,861 | 222,443 | 3.9% | 213,800 | 4.1% |
| 1985 | 9,527 | 248,794 | 3.8% | 239,195 | 4.0% |
| 1986 | 8,605 | 267,166 | 3.2% | 256,527 | 3.4% |
| 1987 | 8,049 | 262,022 | 3.1% | 250,928 | 3.2% |
| 1988 | 9,283 | 272,953 | 3.4% | 260,315 | 3.6% |
| 1989 | 7,142 | 264,063 | 2.7% | 250,527 | 2.9% |
| 1990 | 8,471 | 269,079 | 3.1% | 254,792 | 3.3% |
| 1991 | 8,258 | 276,116 | 3.0% | 260,973 | 3.2% |
| 1992 | 16,328 | 284,117 | 5.7% | 268,297 | 6.1% |
| 1993 | 22,330 | 283,925 | 7.9% | 267,290 | 8.4% |
| 1994 | 20,067 | 250,833 | 8.0% | 233,143 | 8.6% |
| 1995 | 13,141 | 191,495 | 7.0% | 171,577 | 7.7% |
| 1996 | 10,051 | 135,794 | 7.4% | 120,828 | 8.3% |
| 1997 | 5,925 | 107,554 | 5.5% | 94,042 | 6.3% |
| 1998 | 5,043 | 105,536 | 4.8% | 90,661 | 5.6% |
| 1999 | 9,004 | 103,942 | 8.7% | 86,179 | 10.4% |
| 2000 | 3,640 | 103,157 | 3.5% | 82,558 | 4.4% |
| 2001 | 3,677 | 102,913 | 3.6% | 77,768 | 4.7% |

Compendium_Klarevas
Page 085

## Exhibit 13: Federal Firearms Licensees and Compliance Inspections
### (FY 1975 – 2020) — continued

| Fiscal Year | Inspections | Total Licensees | Percent Inspected | Licensed Business Entities* | Percent Ins pected |
|---|---|---|---|---|---|
| 2002 | 5,467 | 103,411 | 5.2% | 73,254 | 7.5% |
| 2003 | 5,170 | 104,105 | 4.9% | 70,699 | 7.3% |
| 2004 | 4,509 | 106,214 | 4.2% | 69,008 | 6.5% |
| 2005 | 5,189 | 106,432 | 4.9% | 66,359 | 7.8% |
| 2006 | 7,294 | 107,316 | 6.8% | 63,666 | 11.5% |
| 2007 | 10,141 | 108,933 | 9.3% | 61,243 | 16.6% |
| 2008 | 11,100 | 112,943 | 9.8% | 60,346 | 18.4% |
| 2009 | 11,375 | 115,395 | 9.9% | 60,349 | 18.8% |
| 2010 | 10,538 | 118,487 | 8.9% | 61,807 | 17.0% |
| 2011 | 13,159 | 123,587 | 10.6% | 64,360 | 20.4% |
| 2012 | 11,420 | 130,956 | 8.7% | 69,071 | 16.5% |
| 2013 | 10,516 | 139,244 | 7.6% | 74,795 | 14.1% |
| 2014 | 10,437 | 141,116 | 7.4% | 77,815 | 13.4% |
| 2015 | 8,696 | 139,840 | 6.3% | 79,188 | 11.0% |
| 2016 | 9,790 | 137,464 | 7.1% | 80,119 | 12.2% |
| 2017 | 11,009 | 136,081 | 8.1% | 80,493 | 13.7% |
| 2018 | 10,323 | 134,191 | 7.7% | 80,055 | 12.9% |
| 2019 | 13,079 | 130,546 | 10.0% | 78,100 | 16.7% |
| 2020 | 5,827 | 130,605 | 4.5% | 77,740 | 7.5% |

Source: ATF Federal Firearms Licensing Center, Federal Licensing System (FLS).

*Does not include Collector of Curio and Relics (Type 03).

Compendium_Klarevas
Page 086



**PROTECTING THE PUBLIC**
**SERVING OUR NATION**

**U.S. Department of Justice**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
99 New York Ave., NE, Washington, DC 20226

**www.atf.gov**

ATF P-5390.1



# NATIONAL FIREARMS COMMERCE AND TRAFFICKING ASSESSMENT:

## Firearms in Commerce

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Table of Contents

*FOREWORD*..................................................................................................................*9*

*PART 1:*....................................................................................................................*11*

*Licensed Manufacturing of Firearms and Ammunition in the United States*....................*11*

   **Overview of Licensing and Reporting Requirements** .............................................**11**

   **Licensed GCA Firearm and NFA Weapon Manufacturing**....................................**13**

   **Population Growth and Licensed Firearm Manufacturing**....................................**14**

   **Licensed GCA Firearm Manufacturing** ...............................................................**15**

      Licensed Pistol Manufacturing Dominance .........................................................16

      Licensed Pistol Manufacturing Dominance by Up to 9mm PARA Caliber .................17

      Licensed Revolver Manufacturing and Dominance by Up to .22 Caliber ...................18

      Licensed Rifle Manufacturing..........................................................................20

      Licensed Shotgun and Combination Gun Manufacturing ........................................20

      Licensed Miscellaneous Firearm Manufacturing ...................................................21

   **Licensed NFA Weapon Manufacturing** ...............................................................**23**

      Licensed Short-Barreled Rifle Manufacturing......................................................24

      Licensed Silencer Manufacturing......................................................................25

      Licensed Machinegun Manufacturing .................................................................26

   **Licensed Ammunition Manufacturing** ...............................................................**27**

   **Summary** ..........................................................................................................**28**

*PART II:*...................................................................................................................*30*

*Privately Made Firearms* ..........................................................................................*30*

   **Overview** .........................................................................................................**30**

   **ATF Final Rule 2021R-05F:  Definition of "Frame or Receiver" and Identification of Firearms 31**

   **PMF Making** ...................................................................................................**32**

      Early PMF Making........................................................................................32

      Technological Advances in PMF Making .............................................................32

   **The Internet and PMFs**....................................................................................**35**

      PMF Related Search Engine Results...................................................................36

      PMF Related Video Search Results ...................................................................36

      PMF Related News Media Search Results ...........................................................36

      PMF Trend Analysis .....................................................................................37

   **PMF Recoveries** ..............................................................................................**39**

   **Federal Laws, Regulations, and Rulings** .............................................................**40**

   **Outreach, Education, Collaboration, and Initiatives** ............................................**41**

      ATF Outreach and Education...........................................................................42

      ATF Partnerships and Collaborative Efforts ........................................................42

      ATF Initiatives ............................................................................................43

State Laws and Regulations ........................................................................................ **43**

Summary ...................................................................................................................... **44**

*PART III:* ............................................................................................................................. *45*

*Firearms Exported from the United States* ........................................................................ *45*

Overview ..................................................................................................................... **45**

Firearm Export Licenses, Permits, and Fees ........................................................ **45**
DOS Permitting .............................................................................................................. 45

Total Firearm Exports .............................................................................................. **46**

GCA Firearm Exports ............................................................................................... **47**
Pistol Exporting Dominance ......................................................................................... 48

NFA Weapons Exports .............................................................................................. **49**
Machinegun Exports ...................................................................................................... 51
Short-Barreled Rifle Exports ......................................................................................... 51
Silencer Exports ............................................................................................................. 52

Summary ...................................................................................................................... **53**

*PART IV:* ............................................................................................................................. *54*

*Firearms Imported into the United States* ......................................................................... *54*

Overview ..................................................................................................................... **54**

Imported NFA Weapons ............................................................................................ **54**

Firearm Import Licenses, Permits, Fees, and Other Requirements ...................... **54**
Individuals Not Engaged in the Business of Importing Firearms ................................. 54
FFLs Engaged in the Business of Importing Firearms ................................................. 54
Import Permits Issued .................................................................................................... 55

Firearms Imports ....................................................................................................... **57**
Pistol Import Dominance ............................................................................................... 58
Shotgun Imports ............................................................................................................. 58
Ammunition, Frames Receivers, and Machinegun Imports .......................................... 59

Firearm Imports by Country of Origin .................................................................. **60**

Ammunition and Ammunition Component Imports by Country of Origin ............ **61**

Summary ...................................................................................................................... **62**

*PART V:* .............................................................................................................................. *63*

*Selling and Distribution* ..................................................................................................... *63*

Overview ..................................................................................................................... **63**
Flea Markets ................................................................................................................... 63
Auctions ......................................................................................................................... 64
Printed Classifieds ......................................................................................................... 64
Gun Rentals .................................................................................................................... 64
Online Auctions and Marketplaces ............................................................................... 64

Determining Sales Volume ....................................................................................... **65**

Estimated Minimum Sales Volume ........................................................................................ 65

**National EMSV Trends** .......................................................................................................... **66**
Type 01 FFLs ............................................................................................................................. 66
Type 02 FFLs ............................................................................................................................. 67
Type 07 FFLs ............................................................................................................................. 67

**Monthly EMSV Trends** ......................................................................................................... **68**

**EMSV by Firearm Type** ........................................................................................................ **69**

**EMSV State Trends** ............................................................................................................... **70**
Type 01 FFLs ............................................................................................................................. 71
Type 02 FFLs ............................................................................................................................. 73
Type 07 FFLs ............................................................................................................................. 74

**EMSV Firearm Sales and Manufacturing** ........................................................................... **75**

**EMSV Summary** .................................................................................................................... **76**

**Multiple Sale Reports** .......................................................................................................... **77**
Total MSRs and Associated Firearms, 2016 – 2020 ................................................................ 77
MSR Trends ............................................................................................................................... 77
States and Territories ................................................................................................................ 78
MSR Firearm Type .................................................................................................................... 78
MSR Firearm Caliber ................................................................................................................ 79
MSR Manufacturers/Weapon Type/Calibers ........................................................................... 79
Southwest Border Demand Letter 3 MSR ................................................................................ 80
DL3 MSR SWB Trends ............................................................................................................ 80
DL3 MSR Firearm Calibers ...................................................................................................... 81
DL3 MSR Firearm Manufacturers/Calibers ............................................................................. 81
MSR Summary ........................................................................................................................... 82

*PART VI:* ................................................................................................................................. *84*

*Price of Small Arms and Small Arms Ammunition* .................................................................. *84*

*PART VII:* ................................................................................................................................ *86*

*National Firearms Act (NFA)* .................................................................................................. *86*

**Overview and Amendments** ................................................................................................. **86**
Title II of the Gun Control Act (GCA) of 1968 ....................................................................... 86
Firearm Owners' Protection Act ............................................................................................... 87

**NFA Forms and Reporting Requirements** ........................................................................... **87**

**NFA Tax Revenue** ................................................................................................................. **88**

**NFA Applications Received** .................................................................................................. **88**
NFA eForm Platform ................................................................................................................. 89
NFA Applications Received by Type of Form .......................................................................... 90

**NFA Application Processing** ................................................................................................ **91**
NFA Applications Processed by Submission Method ............................................................... 92
NFA Applications Processed by Form Type .............................................................................. 92
NFA Applications Processed and Approved ............................................................................. 93
NFA Form Processing - Staffing Levels ................................................................................... 94

Compendium_Klarevas
Page 091

NFA Application Processing Times ................................................................................................94
Factors Affecting Processing of NFA Applications ...................................................................96

**NFA Applications Received and Associated Weapons** .................................................. **97**
NFA Applications Received and Weapon Type Distribution .....................................................98
NFA Applications Received and Weapon Type Distribution by Form Type ...........................98

**Special Occupational Taxpayers and Associated Revenue** ........................................ **100**

**Summary** ........................................................................................................................ **101**

*PART VIII:* ............................................................................................................................. *103*

*FFL Inventory Losses* ............................................................................................................. *103*

**Overview and Reporting Requirements** ..................................................................... **103**

**Reported FFL Losses by Year** .................................................................................... **103**

**Reported FFL Losses by FFL Type** ........................................................................... **104**

**Reported FFL Losses by States and Territories** ........................................................ **106**
Percentage of Total Reported Loss Incidents ...........................................................................106
Frequency Rate of Reported Loss Incidents Based on State FFL Population ........................106
Percentage of Total Firearms Involved .....................................................................................107

**Firearms Reported Missing by Weapon Type** ........................................................... **107**

**Recovery of Firearms Reported Missing by FFLs** ..................................................... **108**

**ATF Response** ............................................................................................................... **108**

**Summary** ........................................................................................................................ **109**

*PART IX:* ................................................................................................................................ *110*

*Industry Overview* ................................................................................................................. *110*

**Overview** ....................................................................................................................... **110**

**National FFL Population Trends** ................................................................................. **110**
Cumulative Review of All FFL Types .......................................................................................110
Comparison of Type 01 and 03 FFL Populations ....................................................................111
Comparison of Type 06, 07, and 10 FFL Populations .............................................................112

**National Trends in Overall Population Share by FFL Type** ...................................... **113**

**National Trends in FFL Turnover** .............................................................................. **113**
FFL Population Turnover by FFL Type ....................................................................................114

**FFLs by Zoned Premises and Legal Structure** .......................................................... **114**

**State and Territory Trends in FFL Population** ........................................................... **115**
Overall Population Share by States/Territories for All FFL Types .........................................116
Type 01 FFLs ..............................................................................................................................116
Type 02 FFLs ..............................................................................................................................118
Type 03 FFLs ..............................................................................................................................119
Type 07 FFLs ..............................................................................................................................120
Type 06, 08, 09, 10, and 11 FFLs .............................................................................................121

**Summary** ........................................................................................................................ **122**

*PART X:* ......................................................................................................... *123*

*Industry Regulation* ......................................................................................... *123*

**Overview** ........................................................................................................ **123**

**Explosives Related Regulatory Activities** ...................................................... **124**

**Firearms Related Regulatory Activities** ......................................................... **125**

Completed Firearm Assignments by Calendar Year ...........................................126
Completed Firearm Assignments by Assignment Type .......................................126
Total Completed Firearm Assignments by State Territory ..................................127
Total Completed Firearm Assignments by Premises Type ...................................128

**Firearm Compliance Inspections** .................................................................. **129**

Completed FFL Compliance Inspections by Year ..............................................130
Completed FFL Compliance Inspections by FFL Type ......................................130
Percentage of FFLs Inspected ..........................................................................131
Completed FFL Compliance Inspections by IOI Recommendations ...................132
Completed FFL Compliance Inspections by Violations Cited .............................133

**Qualification Inspections** .............................................................................. **137**

Completed FFL Qualification Inspections by Year ............................................138
Completed Qualification Inspections by FFL Type ...........................................138
Completed Qualification Inspections by IOI Recommendation ..........................139

**General Assignments and Other Duties** ........................................................ **139**

Industry Outreach ............................................................................................140
Government Outreach .......................................................................................140
Public Outreach ...............................................................................................140
Seminars ..........................................................................................................140
Gun Shows .......................................................................................................140

**Industry Operations Staffing** ....................................................................... **141**

IOI Field Staffing by Calendar Year .................................................................141
IOI Field Staffing by State ...............................................................................142

**ATF Actions to Increase Efficiency** .............................................................. **142**

**Firearm Industry Supported Educational Campaigns** ................................... **143**

Don't Lie for the Other Guy .............................................................................143
Operation Secure Store .....................................................................................143
Project ChildSafe .............................................................................................143
Project Lock It Up ............................................................................................144
Project Sell with Certainty ................................................................................144
STOP School Violence Program ........................................................................144

**Summary** ...................................................................................................... **144**

*PART XI:* ........................................................................................................ *146*

*Firearm Laws, Regulations, and Policy* ............................................................ *146*

**Overview** ........................................................................................................ **146**

**U.S. Supreme Court Opinions** ..................................................................... **146**

**Federal Law** ................................................................................................. **147**

Compendium_Klarevas
Page 093

Sunset of the Federal Assault Weapon and Large Capacity Magazine Ban..........................147
Protection of Lawful Commerce in Arms Act (2005)..........................147
Concealed Carry Firearm Permitting: National Park Concealed Carry Authorization..........148

**State and Local Laws and Regulations**..........................**148**
Concealed Carry Firearm Permitting: May Issue vs. Shall Issue..........................148
Permit-less Concealed Firearm Carry..........................148
Concealed Carry Firearm Permitting: Reciprocal Agreements and Non-Residents..........................148
Changes in State Law Regarding Silencers..........................149
State Laws Requiring Security at Gun Stores..........................150

**ATF Final Rules**..........................**151**
ATF Final Rule 41(F) / 27 CFR 479: Gun Trusts and CLEO Certification..........................151
ATF Final Rule 2018R-22F / 27 CFR Parts 447, 478, and 479: Bump-Stock-Type Devices..........................152
ATF Final Rule 2021R-05F: Definition of "Frame or Receiver" and Identification of Firearms..........153

**ATF Rulings**..........................**154**
ATF Ruling 2015-1: Licensed Manufacturing Clarification..........................155

**ATF Classifications**..........................**155**
ATF "Stabilizing Brace" Classifications..........................155

***PART XII:***..........................***159***

***Recommendations***..........................***159***

**AFMER Reporting**..........................**159**
Recommendations..........................159

**ATF Form 6A Reporting on Firearm Importations**..........................**160**
Recommendations..........................160

**Curio and Relics**..........................**160**
Recommendations..........................161

**Increased Hiring of Industry Operations Investigators (IOIs)**..........................**161**
Recommendation..........................161

**ATF Analytics Support and Staffing**..........................**162**
Recommendation..........................162

**Application of Demand Letter 3 to Type 07 Manufacturers**..........................**162**
Recommendation..........................163

**Privately Made Firearms (PMFs)**..........................**163**
Recommendations..........................163

**NICS Data Codes**..........................**164**
Recommendation..........................164

**Prevention of FFL Thefts/Losses**..........................**164**
Recommendations..........................164

**ATF Classification Letters**..........................**164**
Recommendation..........................165

**Data Sharing with U.S. Department of State**..........................**165**
Recommendation..........................165

Compendium_Klarevas
Page 094

*Acknowledgements*..................................................................................................................... *166*

*APPENDIX M – MANUFACTURING*.......................................................................................... *167*

*APPENDIX P – PMFs*................................................................................................................. *185*

*APPENDIX E - EXPORTS* ........................................................................................................ *186*

*APPENDIX I – IMPORTS*.......................................................................................................... *189*

*APPENDIX SD – SELLING AND DISTRIBUTION* .................................................................. *197*

*APPENDIX SA – SMALL ARMS AND AMMUNITION* ............................................................ *220*

*APPENDIX N – NFA* .................................................................................................................. *221*

*APPENDIX IL – FFL INVENTORY LOSSES*............................................................................ *233*

*APPENDIX IO – INDUSTRY OVERVIEW*................................................................................. *240*

*APPENDIX IR – INDUSTRY REGULATION* ............................................................................ *258*

*APPENDIX LRP – LAWS, REGULATIONS, & POLICY* ........................................................... *286*

*GLOSSARY OF TERMS* ............................................................................................................ *288*

*ENDNOTES* ................................................................................................................................ *298*

### ATF Firearms Trace Data Disclaimer

*Firearm traces are designed to assist law enforcement authorities in conducting investigations by tracking the sale and possession of specific firearms. Law enforcement agencies may request firearm traces for any investigative reason, and those reasons are not necessarily reported to the federal government. Not all firearms used in crime are traced and not all firearms traced are used in crime.*

*Firearms selected for tracing are not chosen for purposes of determining which types, makes or models of firearms are used for illicit purposes. The firearms selected do not constitute a random sample and should not be considered representative of the larger universe of all firearms used by criminals, or any subset of that universe. Firearms are normally traced to the first retail seller, and sources reported for firearms traced do not necessarily represent the sources or methods by which firearms in general are acquired for use in crime.*

Compendium_Klarevas
Page 095

# Firearms in Commerce

Compendium_Klarevas
Page 096

# FOREWORD

As part of an administration-wide strategy to combat the rise in violent crime, in April 2021, President Biden and Attorney General Garland directed the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) to issue a comprehensive report on firearms commerce and trafficking. To execute this directive, ATF has assembled a team of subject experts from within the Bureau and experts from academic and related fields to produce the National Firearms in Commerce and Trafficking Assessment (NFCTA), a comprehensive examination of commerce in firearms and the diversion of firearms to illegal markets. Although ATF issues a variety of public and law enforcement reports and bulletins regarding firearm commerce, trafficking, and related issues every year, it has not undertaken a joint academic study on the scale of the NFCTA in more than 20 years. Recognizing that effective approaches to reducing gun violence are data-driven, grounded in research, and informed by multi-disciplinary input, the NFCTA will issue its initial assessment in a series of four separate reports.  To ensure NFCTA reports remain timely, ATF will be updating key findings annually.

A critical part of ATF's mission is to regulate the lawful commerce in firearms to help prevent diversion of these firearms from the legal to the illegal market. Understanding the firearm marketplace from the perspective of the general public, firearm owners, and the regulated firearm industry is essential to this mission. That is why Volume I of the NFCTA report, issued today, is a broad overview of firearms commerce in the United States. This volume covers the period from 2000 to 2020; much of the analysis, however, focuses on the period for which the most comprehensive data is available, 2016 to 2020 (2020 is the most recent calendar year for which information was available at the time of the assessment).

This volume presents and analyzes data collected by ATF and other federal agencies related to the manufacture, exportation, and importation of firearms. Between 2000 and 2020, the number of Gun Control Act (GCA) firearms and National Firearms Act (NFA) weapons that were domestically manufactured, exported by U.S. manufacturers, or imported into the U.S. increased by 187%, 240% and 350% respectively. This data illustrates the flow of new firearms into the domestic market over time which can help document trends and patterns in commerce. Trends in firearm commerce highlighted by this report include the pistol becoming the dominant firearm type manufactured and imported into the U.S. over the last decade, and an increase of 24,080% in annual manufacturing of short-barreled rifles in the period from 2000 to 2020.

This volume analyzes technological developments that have occurred in the past 20 years. One of the most significant developments affecting lawful firearm commerce and law enforcement's ability to reduce illegal access to guns in this period has been the proliferation of privately made firearms (PMFs). Since the early 2000s, advances in firearm manufacturing and design, combined with the readily online availability of parts and information necessary to assemble PMFs have made it easier for unlicensed persons to make a firearm at home without any records or a background check. These PMFs lack identifying markings or recordkeeping requirements making it difficult for law enforcement to completely know how many are being made and distributed into commerce. The data available, however, makes it clear that criminals are actively making, using, and distributing PMFs both domestically and internationally. Indeed, the number of suspected PMFs recovered by law enforcement and subsequently traced by ATF increased 1,000% between 2016 and 2021.  As is detailed in the report, to address the challenges posed by the proliferation of PMFs, the Department of Justice and ATF have recently updated the regulatory definitions applicable to the federal firearm laws.

We have striven to ensure that the information provided in Volume I of the NFCTA, and in subsequent reports, will help federal, state, and local law enforcement, prosecutors, policymakers, and other

Compendium_Klarevas
Page 097

stakeholders obtain a better understanding of commerce in firearms and how to best address illegal firearms trafficking. The increase in firearm commerce documented in Volume I highlights the challenges faced by ATF as its resources have not kept pace.

ATF appreciates the opportunity to develop the NFCTA as a resource to inform public policy and reinforce the broad range of initiatives the Biden administration, the Department of Justice, ATF, and our law enforcement and community partners are taking to reduce the risk of gun violence and enhance safety in all communities across the Nation. We want to thank all those who directly participated in this report, including our knowledgeable academic partners and law enforcement subject matter experts. Every member of the NFCTA team joins me in expressing our gratitude.

Gary Restaino
Acting Director

Compendium_Klarevas
Page 098

# PART I:

# Licensed Manufacturing of Firearms and Ammunition in the United States

## Overview of Licensing and Reporting Requirements

The Gun Control Act (GCA) of 1968 as amended requires that any individual or entity engaged in the business of manufacturing[1] firearms or ammunition must obtain a federal firearms license (FFL).

The type and cost for the nine available types of FFLs are:

- Type 01 - *Dealer in Firearms Other Than Destructive Devices*. The cost of a new license is $200. The license is active for 3 years. To renew the license, the cost is $90.
- Type 02 - *Pawnbroker in Firearms Other Than Destructive Devices*. The cost of a new license is $200. The license is active for 3 years. To renew the license, the cost is $90.
- Type 03 - *Collector of Curios and Relics*. The cost of a new license is $30. The license is active for 3 years. To renew the license, the cost is $30.
- Type 06 - *Manufacturer of Ammunition for Firearms Other Than Ammunition for Destructive Devices or Armor Piercing Ammunition*. The cost of a new license is $30. The license is active for 3 years. To renew the license, the cost is $30.
- Type 07 - *Manufacturer of Firearms Other Than Destructive Devices*. The cost of a new license is $150. The license is active for three years. To renew the license, the cost is $150.
- Type 08 - *Importer of Firearms Other Than Destructive Devices or Ammunition for Firearms Other Than Destructive Devices, or Ammunition Other Than Armor Piercing Ammunition*. The cost of a new license is $150. The license is active for three years. To renew the license, the cost is $150.
- Type 09 - *Dealer in Destructive Devices*. The cost of a new license is $3000. The license is active for three years. To renew the license, the cost is $3000.
- Type 10 - *Manufacturer of Destructive Devices, Ammunition for Destructive Devices or Armor Piercing Ammunition*. The cost of a new license is $3000. The license is active for three years. To renew the license, the cost is $3000.
- Type 11 - *Importer of Destructive Devices, Ammunition for Destructive Devices or Armor Piercing Ammunition*. The cost of a new license is $3000. The license is active for three years. To renew the license, the cost is $3000.

Current license fees were established in November 1993. If adjusted to current values using the Consumer Price Index (CPI), the fees would have increased nearly 99%, increasing the cost of the Type 01 and 02 from $200 to approximately $400 and the Types 07 and 08 from $150 to almost $300.

The GCA, at Title 18, United States Code (U.S.C.), § 923(i), and the National Firearms Act (NFA), at Title 26, U.S.C., § 5842(a), require all licensed importers and manufacturers to identify each firearm imported or manufactured by means of a serial number engraved or cast on the frame or receiver of the weapon, in such manner as the Attorney General shall by regulations prescribe. Federal regulations at 27 CFR §§478.92(a) and 479.102(a) prescribe the requirements for serialization and other marks of identification that must be placed on firearms. Firearms markings include the model, if such designation has been made; the caliber or gauge; the name (or recognized abbreviation) of manufacturer or importer;

Compendium_Klarevas
Page 099

in the case of a domestically made firearm, the city and state (or recognized abbreviation thereof) where the firearm was made; and in the case of an imported firearm, the name of the country in which it was manufactured and the city and state (or recognized abbreviation thereof) where the importers business is located.

The unique marks of identification of firearms serve several purposes. First, the marks are used by FFLs to effectively track their firearm inventories and maintain all required records. Second, the marks enable law enforcement officers to trace specific firearms used in crimes from the manufacturer or importer to individual purchasers, and to identify firearms that have been lost or stolen. Further, firearm markings assist in establishing an interstate nexus in federal criminal proceedings involving firearms.

The GCA further requires that all licensed manufacturers complete and submit to ATF, on an annual basis, an ATF Form 5300.11, Annual Firearms Manufacturing and Exportation Report (AFMER).  See 18 U.S.C. § 923. The AFMER is intended for use by manufacturers to report only the number of firearms distributed into commerce or exported during the reported calendar year regardless of when they were manufactured; not the total number of firearms manufactured.  Data from these reports are available by specific types of firearms and are set forth in Table M-02 and Table M-06 within Appendix M Manufacturing.

AFMER provides for certain reporting exclusions from these manufacturers' reports.  These include firearms temporarily distributed to another licensed manufacturer for further manufacturing and the production and export of firearms produced solely for the official use of the U.S. Government (e.g., Armed Forces of the U.S.).  Firearms manufactured and delivered to domestic law enforcement agencies are required to be reported.  Other production exclusions are set forth in the "Definitions" section of ATF Form 5300.11.

In addition to collecting information regarding the type of firearm distributed into commerce or exported, AFMER reports also request information on the caliber of ammunition for those reported pistols or revolvers distributed into commerce. Manufacturers are not required to report the caliber of ammunition for pistols or revolvers exported out of the U.S.

With respect to pistol caliber designations, the AFMER reporting is divided into six caliber groupings. These are: up to .22 caliber; above .22 and up to .25 caliber; above .25 and up to .32 caliber; above .32 and up to .380 caliber; above .380 and up to 9mm PARA. caliber; and above 9mm PARA. and up to .50 caliber.  The AFMER reporting for revolvers is also divided into six caliber groupings.   These are: up to .22 caliber; above .22 and up to .32 caliber; above .32 and up to .38 SPEC. caliber; above .38 SPEC. and up to .357 MAG. caliber; above .357 MAG. and up to .44 MAG. caliber; and above .44 MAG. and up to .50 caliber.  Manufacturers must report all other types of firearms in mass (excluding destructive devices[3]), rather than into separate caliber groupings.

Not all manufacturers annually file AFMER reports, even though required to do so by regulation.  A review indicates that those manufacturers who do not file reports are limited to smaller manufacturers that account for a relatively small percentage of overall production.

Figure M-01 and Table M-01a reflect a comparison of all active licensed manufacturers against those who filed an AFMER report by year between 2016 and 2020. On average, 30% of licensed manufacturers failed to report an AFMER during this time. However, FFLs who are responsible for manufacturing most firearms in the U.S. have consistently submitted the required AFMER.  Therefore, the percentage of non-AFMER filers does not necessarily equate to the volume of firearms entered in commerce.

*Figure M-01: Count of Active Licensed Manufacturers Compared to Annual AFMER Report Filings, 2016 – 2020*



*Table M-01a: Count of Active Licensed Manufacturers Compared to Annual AFMER Report Filings, 2016 – 2020*

| Year | # of Active Manufacturers | # of AFMER Filings | % Underreporting |
|------|---------------------------|--------------------|------------------|
| 2016 | 13,408 | 9,360 | 30.2% |
| 2017 | 14,239 | 9,927 | 30.3% |
| 2018 | 14,933 | 10,605 | 29.0% |
| 2019 | 15,563 | 10,618 | 31.8% |
| 2020 | 16,936 | 12,110 | 28.5% |
| **Total** | **75,079** | **52,620** | **29.9%** |

See Table M-01 in Appendix M - Manufacturing for a detailed listing of the total number of active licensed manufacturers and AFMER reporting between 2000 and 2020.

## Licensed GCA Firearm[3] and NFA Weapon Manufacturing

As reflected in Figure M-02 and Table M-02a, licensed domestic GCA firearm and NFA weapon manufacturing increased by 187% between 2000 and 2020. Between 2010 and 2020, the number of firearms domestically manufactured on an annual basis increased 103%. At no point since 2011 has there been a year where less than 6,731,958 firearms were manufactured for domestic consumption.

Compendium_Klarevas
Page 101

*Figure M-02: Total Licensed Domestic GCA Firearm and NFA Weapon Manufacturing, 2000 – 2020*



*Table M-02a: Total Licensed Domestic GCA Firearm and NFA Weapon Manufacturing - 2000, 2010, 2020*

| Year | # of GCA Firearms | GCA % Total | # of NFA Weapons | NFA % Total | Total |
|------|-------------------|-------------|------------------|-------------|-------|
| 2000 | 3,852,872 | 98.0% | 79,862 | 2.0% | 3,932,734 |
| 2010 | 5,420,769 | 97.5% | 139,002 | 2.5% | 5,559,771 |
| 2020 | 11,063,910 | 97.9% | 238,917 | 2.1% | 11,302,827 |

See Table M-02 in Appendix M - Manufacturing for a complete listing of licensed domestic GCA firearm and NFA weapon manufacturing totals between 2000 and 2020.

## Population Growth and Licensed Firearm Manufacturing

To examine the relationship of population growth related to annual domestic firearm manufacturing, Table M-03 presents net domestic firearm manufacturing along with U.S. Census population data to determine the number of domestically manufactured firearms on an annual basis per 100,000 persons in the U.S. The U.S. population increased 18% between 2000 and 2020. The number of domestically manufactured firearms per 100,000 persons in the U.S. increased 187% during that same time and has increased 89% since 2010.

*Table M-03: Total Firearms Manufactured Domestically and Per 100,000 Persons in 2000, 2010, 2020*

| Year | Total Firearms | U.S. Population[1] | Firearms Manufactured Per 100,000 Persons |
|------|----------------|-------------------|-------------------------------------------|
| 2000 | 3,932,734 | 281,421,906 | 1,397 |
| 2010 | 5,559,771 | 308,745,538 | 1,801 |
| 2020 | 11,302,827 | 331,449,281 | 3,410 |

## Licensed GCA Firearm Manufacturing

As shown in Figure M-03 and Table M-02 in Appendix M - Manufacturing, much of the increase in annual domestic manufacturing has been with GCA firearms. Like overall domestic firearm manufacturing, data reveals a 187% increase in the number of domestically manufactured GCA firearms on an annual basis between 2000 and 2020 and a 104% increase between 2010 and 2020. Historically, GCA firearms comprise most firearms manufactured annually. In 2020, GCA annual domestic firearm manufacturing constituted 98% of all domestic firearm manufacturing.

*Figure M-03:  Licensed Domestic GCA Firearm Manufacturing, 2000 – 2020*



As reflected in Table M-04, Smith and Wesson, Sturm Ruger, and Sig Sauer parent entities[5] collectively manufactured and entered commerce 42% (20,045,276) of all domestically manufactured GCA firearms (47,716,521) between 2016 and 2020. Moreover, 57 parent entities in total reported producing GCA firearms. Of these licensed manufacturers, the top ten parent entities reported manufacturing 70% (33,274,640) of all domestically manufactured GCA firearms that were distributed into domestic commerce during that time.

*Table M-04:  Top Ten Parent Entities – Licensed GCA Manufacturers, 2016 – 2020*

| Manufacturer Parent Entity | # of Firearms | % Total |
|---|---|---|
| Smith & Wesson Corp | 8,218,199 | 17.2% |
| Sturm, Ruger & Company, Inc | 8,166,448 | 17.1% |
| Sig Sauer Inc | 3,660,629 | 7.7% |
| Freedom Group | 3,045,427 | 6.4% |
| O F Mossberg & Sons Inc | 2,223,241 | 4.7% |
| Taurus International Manufacturing / Diamondback / Rossi / Heritage / Braztech | 1,996,121 | 4.2% |
| WM C Anderson Inc | 1,816,625 | 3.8% |
| Glock Inc | 1,510,437 | 3.2% |
| Henry RAC Holding Corp | 1,378,544 | 2.9% |
| JIE Capital Holdings   / JIE Enterprises | 1,258,969 | 2.6% |
| **Total** | **33,274,640** | **69.7%** |

See Table M-05 in Appendix M – Manufacturing for a full list of manufacturing parent entities and the licensees they represent.

### *Licensed Pistol Manufacturing Dominance*



As reflected in Figure M-04, the dominant firearm type manufactured in the U.S. between 2000 and 2009 was rifles; however, in 2010, pistols became the dominant firearm type manufactured in the U.S.  Pistol manufacturing dominance has continued every year since 2010, with the exception of 2015 when rifles outpaced pistols by slightly more than 1%.

In 2000, the total rifles[6] manufactured (1,599,890) was 59% more than pistols[7] (1,005,198). By 2020, the number of pistols manufactured (5,509,151) was 100% more than rifles manufactured and distributed into domestic commerce (2,760,263).  In 2000, pistols manufactured[8] (1,005,198) constituted 26% of all GCA firearms manufactured and distributed into domestic commerce (3,852,872) annually. By 2020, pistols manufactured (5,509,151) constituted 50% of all GCA firearms manufactured and distributed into domestic commerce (11,063,910) annually.

*Figure M-04:  Licensed Domestic GCA Firearm Manufacturing by Weapon Type, 2000 – 2020*

See Table M-06 in Appendix M - Manufacturing for a detailed listing of total domestic firearms manufacturing with percentage totals by weapon type between 2000 and 2020.

As reflected in Table M-07, Smith and Wesson, Sturm Ruger, and Sig Sauer parent entities collectively reported manufacturing 60% (12,806,696) of all domestically manufactured pistols (21,229,067) between 2016 and 2020. In total, 52 parent entities reported producing pistols. Of these licensed pistol manufacturers, the top ten parent entities reported manufacturing 85% (18,029,529) of all domestically manufactured pistols that were distributed into domestic commerce during that time.

Compendium_Klarevas
Page 104

*Table M-07:  Top Ten Parent Entities – Licensed Pistol Manufacturers, 2016 – 2020*

| Manufacturer Parent Entity | # of Pistols | % Total |
|---|---|---|
| Smith & Wesson Corp | 5,516,685 | 26.0% |
| Sturm, Ruger & Company, Inc | 3,825,886 | 18.0% |
| Sig Sauer Inc | 3,464,125 | 16.3% |
| Glock Inc | 1,510,437 | 7.1% |
| Kimber MFG Inc | 969,136 | 4.6% |
| SCCY Industries LLC | 741,352 | 3.5% |
| Springfield, Inc | 690,180 | 3.3% |
| Taurus International Manufacturing / Diamondback / Rossi / Heritage / Braztech | 616,550 | 2.9% |
| Hi-Point (Strassell's Machine) / Iberia / Haskell / Stallard | 366,789 | 1.7% |
| Beretta USA Corp | 328,389 | 1.5% |
| **Total** | **18,029,529** | **84.9%** |

See Table M-06 in Appendix M - Manufacturing for a detailed listing of total domestic firearms manufacturing with percentage totals by weapon type between 2000 and 2020.

### *Licensed Pistol Manufacturing Dominance by Up to 9mm[9] PARA Caliber*

Between 2000 and 2010, no single pistol caliber range was dominant over all the other pistol caliber ranges reported through AFMER (see Table M-09 in Appendix M - Manufacturing for a detailed listing of the total number of pistols manufactured domestically by caliber between 2000 to 2020).  However, that began to change in 2011 when 9mm PARA caliber pistol manufacturing began to show dominance. As reflected in Figure M-05, in 2010, 9mm PARA caliber pistols constituted 29% (631,210) of the total number of pistols manufactured and distributed into domestic commerce (2,212,164).  By 2020, 9mm PARA caliber pistols constituted 58% (3,211,768) of the total number of pistols manufactured and distributed into domestic commerce (5,509,151).

*Figure M-05:  Licensed Pistol Manufacturing by AFMER Caliber Range, 2010 – 2020*



As reflected in Table M-10, Smith and Wesson, Sig Sauer, and Sturm Ruger parent entities collectively reported manufacturing 66% (7,375,036) of all domestically manufactured up to 9mm PARA caliber

pistols (11,210,966) between 2016 and 2020. In total, 41 parent entities reported producing pistols of up to 9mm PARA caliber. Of these licensed pistol manufacturers, the top ten parent entities reported manufacturing 91% (10,293,250) of all domestically manufactured up to 9mm PARA caliber pistols that were distributed into domestic commerce during that time.

*Table M-10:  Top Ten Parent Entities – Licensed Pistol Manufacturers Up to 9mm PARA. Caliber, 2016 – 2020*

| Manufacturer Parent Entity | # of Pistols | % Total |
|---|---|---|
| Smith & Wesson Corp | 3,168,483 | 28.1% |
| Sig Sauer Inc | 2,795,333 | 24.8% |
| Sturm, Ruger & Company, Inc | 1,411,220 | 12.5% |
| Glock Inc | 966,639 | 8.6% |
| SCCY Industries LLC | 726,417 | 6.5% |
| Kimber MFG Inc | 465,920 | 4.1% |
| FNH USA LLC | 215,744 | 1.9% |
| Beretta USA Corp | 210,735 | 1.9% |
| Hi-Point (Strassell's Machine) / Iberia / Haskell / Stallard | 178,389 | 1.6% |
| Springfield, Inc | 154,370 | 1.4% |
| **Total** | **10,293,250** | **91.4%** |

See Table M-06 in Appendix M - Manufacturing for a detailed listing of total domestic firearms manufacturing with percentage totals by weapon type between 2000 and 2020.

### Licensed Revolver Manufacturing and Dominance by Up to .22[10] Caliber



While the number of underlined revolvers manufactured in 2020 (993,077) constitute only 9% of all GCA firearms manufactured and distributed into domestic commerce (11,063,910), there is a notable trend regarding revolver caliber range dominance. As reflected in Figure M-06, the manufacture of revolvers in calibers of up to .22 caliber began to show dominance in 2012. In 2010, the number of .22 caliber revolvers manufactured (131,545) constituted 24% of all revolvers manufactured (559,674).  In 2020, the number of up to .22 caliber revolvers manufactured (597,014) constituted 60% of all revolvers manufactured (993,077).  The growing dominance of up to .22 caliber revolvers over this 10-year period results from a 354% increase in the annual number of up to .22 caliber revolvers manufactured while there was a simultaneous downward trend of more than 7% in the annual manufacturing of revolvers in all other caliber ranges.

*Figure M-06:  Licensed Revolver Manufacturing by AFMER Caliber Range, 2010 – 2020*



See Table M-11 in Appendix M   Manufacturing for a breakout of the total revolvers manufactured domestically by caliber 2000 to 2020.

As reflected in Table M-12, Taurus, Smith and Wesson, and Sturm Ruger parent entities collectively reported manufacturing 85% (3,229,142) of all domestically manufactured revolvers (3,789,000) between 2016 and 2020. In total, only 12 parent entities reported producing revolvers. Of these licensed revolver manufacturers, the top ten parent entities reported manufacturing 99% (3,672,745) of all domestically manufactured revolvers that were distributed into domestic commerce during that time.

*Table M-12:  Top Ten Parent Entities – Licensed Revolver Manufacturers, 2016 – 2020*

| Manufacturer Parent Entity | # of Revolvers | % Total |
|---|---|---|
| Taurus International Manufacturing / Diamondback / Rossi / Heritage / Braztech | 1,131,927 | 29.9% |
| Smith & Wesson Corp | 1,077,621 | 28.4% |
| Sturm, Ruger & Company, Inc | 1,019,594 | 26.9% |
| North American Arms Inc | 251,292 | 6.6% |
| Charter Arms Corporation | 139,413 | 3.7% |
| CZ / Colt / Dan Wesson | 81,209 | 2.1% |
| Kimber MFG Inc | 55,597 | 1.5% |
| Magnum Research Inc / IMI / IWI | 6,076 | 0.2% |
| Cobra Enterprises of Utah, Inc / Cobra / Bearman Industries / Kodiak Firearms | 12 | 0.0% |
| Daniel Defense | 4 | 0.0% |
| **Total** | **3,762,745** | **99.3%** |

See Table M-06 in Appendix M - Manufacturing for a detailed listing of total domestic firearms manufacturing with percentage totals by weapon type between 2000 and 2020.

### *Licensed Rifle Manufacturing*



There was a 165% increase in the annual number of rifles manufactured[11] between 2000 (1,599,890) and 2016 (4,247,386). Annual rifle manufacturing peaked in 2016 and there has been a 35% decrease in the annual number of rifles manufactured between 2016 and 2020 (2,760,263).

As reflected in Table M-13, Sturm Ruger, Freedom Group, and Smith and Wesson parent entities collectively reported manufacturing 45% (6,644,054) of all domestically manufactured rifles (14,845,781) between 2016 and 2020. In total, 48 parent entities reported producing rifles. Of these licensed rifle manufacturers, the top ten parent entities reported manufacturing 75% (11,082,358) of all domestically manufactured rifles that were distributed into domestic commerce during that time.

*Table M-13:  Top Ten Parent Entities – Licensed Rifle Manufacturers, 2016 – 2020*

| Manufacturer Parent Entity | # of Rifles | % Total |
|---|---|---|
| Sturm, Ruger & Company, Inc | 3,263,701 | 22.0% |
| Freedom Group | 1,783,458 | 12.0% |
| Smith & Wesson Corp | 1,596,895 | 10.8% |
| Henry RAC Holding Corp | 1,303,769 | 8.8% |
| Savage Arms, Inc | 1,046,888 | 7.1% |
| Springfield, Inc | 543,566 | 3.7% |
| WM C Anderson Inc | 495,248 | 3.3% |
| O F Mossberg & Sons Inc | 465,082 | 3.1% |
| Kel-Tec | 337,313 | 2.3% |
| Taurus International Manufacturing / Diamondback / Rossi / Heritage / Braztech | 246,438 | 1.7% |
| **Total** | **11,082,358** | **74.6%** |

See Table M-06 in Appendix M - Manufacturing for a detailed listing of total domestic firearms manufacturing with percentage totals by weapon type between 2000 and 2020.

### *Licensed Shotgun and Combination Gun Manufacturing*



There was a 34% increase in the annual number of shotguns[12] manufactured between 2000 (898,586)[13] and 2013 (1,203,008). Annual shotgun manufacturing peaked in 2013 and there has been a 60% decrease in the annual number of shotguns manufactured between 2013 and 2020 (476,682).

As reflected in Table M-14, Mossberg and Freedom Group parent entities collectively reported manufacturing 79% (2,357,453) of all domestically manufactured shotguns (2,997,855) between 2016 and 2020. In total, 22 parent entities reported producing shotguns. Of these licensed shotgun manufacturers, the top ten parent entities reported manufacturing 97% (2,906,078) of all domestically manufactured shotguns that were distributed into domestic commerce during that time.

*Table M-14: Top Ten Parent Entities – Licensed Shotgun Manufacturers, 2016 – 2020*

| Manufacturer Parent Entity | # of Shotguns | % Total |
|---|---|---|
| O F Mossberg & Sons Inc | 1,357,000 | 45.3% |
| Freedom Group | 1,000,453 | 33.4% |
| Kel-Tec | 138,390 | 4.6% |
| Legacy Sports International LLC | 108,265 | 3.6% |
| Beretta USA Corp | 104,338 | 3.5% |
| Outdoor Colors LLC | 68,510 | 2.3% |
| Henry RAC Holding Corp | 59,407 | 2.0% |
| Savage Arms, Inc | 47,296 | 1.6% |
| Magnum Research Inc / IMI / IWI | 12,122 | 0.4% |
| Weatherby Inc | 10,297 | 0.3% |
| **Total** | **2,906,078** | **96.9%** |

See Table M-06 in Appendix M - Manufacturing for a detailed listing of total domestic firearms manufacturing with percentage totals by weapon type between 2000 and 2020.

### Licensed Miscellaneous Firearm Manufacturing



As reflected in Figure M-07, there was a 4,281% increase in the annual number of miscellaneous firearms manufactured between 2000 (30,238) and 2020 (1,324,737) with the bulk of this growth taking place in the last 10 years.

Miscellaneous firearms are predominantly firearm frames and receivers that are sold before being assembled with other components that would allow categorization in another AFMER weapon type category (pistol, revolver, rifle, shotgun, machinegun, any other weapon, short-barreled rifle, short-barreled shotgun, silencer). For example, an AR-type receiver manufactured and sold as only a receiver would be categorized as a miscellaneous firearm for purposes of AFMER reporting. The categorization of an AR receiver, rifle, pistol, or other is dependent on the ultimate configuration by the end user.

Compendium_Klarevas
Page 109



*Figure M-07: Licensed Miscellaneous Firearm Manufacturing, 2000 – 2020*

See Table M-06 in Appendix M - Manufacturing for a complete listing of the total number of miscellaneous firearms manufactured by year from 2000 to 2020.

As reflected in Table M-15, WM C Anderson and JIE Capital Holdings parent entities collectively reported manufacturing 49% (2,361,435) of all domestically manufactured miscellaneous firearms (4,854,818) between 2016 and 2020. In total, 26 parent entities reported producing miscellaneous firearms. Of these licensed miscellaneous firearm manufacturers, the top ten parent entities reported manufacturing 71% (3,463,501) of all domestically manufactured miscellaneous firearms that were distributed into domestic commerce during that time.

*Table M-15:  Top Ten Parent Entities – Miscellaneous Firearm Manufacturers, 2016 – 2020*

| Manufacturer Parent Entity | # of Misc. Firearms | % Total |
|---|---|---|
| WM C Anderson Inc | 1,315,758 | 27.1% |
| JIE Capital Holdings    / JIE Enterprises | 1,045,677 | 21.5% |
| Aero Precision LLC | 424,833 | 8.8% |
| O F Mossberg & Sons Inc | 357,587 | 7.4% |
| Century Arms Inc | 138,915 | 2.9% |
| Freedom Group | 61,167 | 1.3% |
| Sturm, Ruger & Company, Inc | 57,040 | 1.2% |
| Smith & Wesson Corp | 26,263 | 0.5% |
| CZ / Colt / Dan Wesson | 20,753 | 0.4% |
| Stag Arms LLC | 15,508 | 0.3% |
| **Total** | **3,463,501** | **71.3%** |

See Table M-06 in Appendix M - Manufacturing for a detailed listing of total domestic firearms manufacturing with percentage totals by weapon type between 2000 and 2020.

## Licensed NFA Weapon Manufacturing

For purposes of this section, the names of NFA manufacturers as it relates to their production number is associated with tax information and is prohibited from disclosure.

As reflected in Figure M-08 and Table M-02 in Appendix M – Manufacturing, domestic manufacturing of NFA weapons increased 199% between 2000 (79,862) and 2020 (238,917). Compared to GCA firearms, NFA weapons have historically comprised a small fraction of all firearms manufactured annually.  In 2020, NFA annual domestic firearms manufacturing constituted just 2% of all firearms manufactured domestically.

*Figure M-08:  Licensed Domestic NFA Weapon Manufacturing (All Types), 2000 – 2020*



See Table M-02 in Appendix M - Manufacturing for a complete listing of licensed domestic GCA firearm and NFA weapon manufacturing totals between 2000 and 2020.

Factors contributing to the spike in NFA weapon manufacturing in 2016 are discussed later in this report in Part XI – Firearm Laws, Regulations, and Policy. In addition to the increase in annual NFA weapon manufacturing over the past 20 years, there are other notable trends among the different NFA weapon types and their annual manufacturing volumes. As reflected in Figure M-09, beginning in 2012, a shift from machinegun manufacturing dominance to silencer manufacturing dominance occurs.

Compendium_Klarevas
Page 111

*Figure M-09: Licensed Domestic NFA Weapon Manufacturing by Weapon Type, 2000 – 2020*



See Table M-16 in Appendix M - Manufacturing for the total NFA weapons manufactured domestically by weapon type between 2000 and 2020.

### *Licensed Short-Barreled Rifle Manufacturing*



As reflected in Figure M-10 and Table M-16 in Appendix M - Manufacturing, annual short-barreled rifle (SBR) manufacturing volume increased 24,080% between 2000 (83) and 2020 (20,069) with the bulk of this growth taking place since 2011. In 2000, the 83 SBRs manufactured constituted less than one percent of the total 79,862 NFA weapons manufactured and distributed into domestic commerce that year. In 2020, the 20,069 SBRs manufactured constituted more than 8% of the total 238,917 NFA weapons manufactured and distributed into domestic commerce that year.

*Figure M-10:  Licensed SBR Manufacturing, 2000 – 2020*



The top three SBR parent entities collectively reported manufacturing 44% (43,287) of all domestically manufactured SBRs (99,346) between 2016 and 2020. In total, 34 parent entities reported producing SBRs. Of these licensed SBR manufacturers, the top ten parent entities reported manufacturing 65% (64,072) of all domestically manufactured SBRs that were distributed into domestic commerce during that time.

See Table M-16 in Appendix M - Manufacturing for the total NFA weapons manufactured domestically by weapon type between 2000 and 2020.

### *Licensed Silencer Manufacturing*



As reflected in Figure M-11 and Table M-16 in Appendix M - Manufacturing, annual silencer manufacturing volume increased 3,699% between 2000 (5,001) and 2020 (189,987) with the bulk of this growth taking place after 2010. In 2000, the 5,001 silencers manufactured constituted 6% of the total 79,862 NFA weapons manufactured and distributed into domestic commerce that year.  In 2020, the 189,987 silencers manufactured constitutes 80% of the total 238,917 NFA weapons manufactured and distributed into domestic commerce that year.

*Figure M-11:  Licensed Silencer Manufacturing, 2000 – 2020*



The top silencer parent entity reported manufacturing 31% (258,790) of all domestically manufactured silencers (834,137) between 2016 and 2020. In total, 24 parent entities reported producing silencers. Of these licensed silencer manufacturers, the top ten parent entities reported manufacturing 59% (64,072) of all domestically manufactured silencers that were distributed into domestic commerce during that time.

See Table M-16 in Appendix M - Manufacturing for the total NFA weapons manufactured domestically by weapon type between 2000 and 2020.

### Licensed Machinegun Manufacturing



As reflected in Figure M-12 and Table M-16 in Appendix M - Manufacturing, annual machinegun manufacturing volume increased 333% between 2000 (47,361) and 2008 (205,121). This growth is then followed by a 92% decrease in annual machinegun manufacturing between 2008 (205,121) and 2020 (16,161). In 2000, the 47,361 machineguns manufactured constitute 59% of the total 79,862 NFA weapons manufactured and distributed into domestic commerce that year. In 2020, the 16,161 machineguns manufactured only constitutes 7% of the total 238,917 NFA weapons manufactured and distributed into commerce that year.

Compendium_Klarevas
Page 114

*Figure M-12:  Licensed Machinegun Manufacturing, 2000 – 2020*



The top three machinegun parent entities collectively reported manufacturing 50% (63,701) of all domestically manufactured machineguns (128,779) between 2016 and 2020. In total, 23 parent entities reported producing machineguns. Of these licensed machinegun manufacturers, the top ten parent entities reported manufacturing 59% (76,586) of all domestically manufactured machineguns that were distributed into domestic commerce during that time.

See Table M-16 in Appendix M - Manufacturing for the total NFA weapons manufactured domestically by weapon type between 2000 and 2020.

## Licensed Ammunition Manufacturing




The GCA requires any person engaged in the business of manufacturing or importing ammunition to be licensed as a manufacturer of ammunition, Type 06 FFL (18 U.S.C. § 923(a)).  A Type 06 FFL only permits the manufacture of ammunition, not firearms.  A Type 06 FFL is not required for persons who only intend to deal in ammunition.  Title 27 CFR § 478.11 defines ammunition as cartridge cases, primers, bullets, or propellant powder designed for use in any firearm other than an antique firearm.

Type 06 FFLs who manufacture ammunition are required to pay Firearms/Ammunition Excise Tax (FAET). Reloaders of ammunition are required to pay FAET on ammunition sold to customers where the customer has no ownership of the ammunition prior to being reloaded. However, if a customer re-sells the ammunition, the customer is responsible for FAET.

The GCA requires manufacturers of armor piercing ammunition (APA) to maintain records of acquisition and disposition (A&D). Title 27 CFR §478.11 defines APA as: "(i) a projectile or projectile core which may be used in a handgun and which is constructed entirely (excluding the presence of traces of other substances) from one or a combination of tungsten alloys, steel, iron, brass, bronze, beryllium copper, or depleted uranium; **or** (ii)a full jacketed projectile larger than .22 caliber designed and intended for use in a handgun and whose jacket has a weight of more than 25 percent of the total weight of the projectile".

Title 27 CFR § 478.123(b) requires Type 06 FFLs to record the manufacturer, caliber or gauge, and quantity as well as to whom the APA was transferred and the date of the transfer in their A & D records. Additional information regarding APA exemptions can be found on ATF's webpage at: Armor Piercing Ammunition Exemption Framework | Bureau of Alcohol, Tobacco, Firearms and Explosives (atf.gov).

In addition to a Type 06 FFL, some ammunition manufacturers may be required to hold a Federal Explosives License (FEL) if they import or manufacture explosive materials used in primers and smokeless propellant (e.g., lead styphnate, nitroglycerin). See 27 CFR Part 555.

Federal law does not require individuals who make or reload ammunition for their own personal use be licensed.

While persons engaged in the business of manufacturing or importing ammunition must be licensed as a Type 06 FFL, federal laws and regulations do not require Type 06 FFLs to record or report to ATF any information on the quantity or type of ammunition (other than APA) they manufacture or sell. Consequently, ATF cannot provide data or trend analysis regarding the quantity or type of ammunition manufactured from year to year.

## Summary

Between 2000 and 2020, approximately 24% of licensed firearm manufacturers failed to submit the required AFMER report. Between 2016 and 2020, this average increased to 30%. However, the FFLs responsible for most firearms manufactured annually, as indicated by the parent entities throughout the report, have consistently submitted the required AFMER. The percentage of non-AFMER filers does not equate to the volume of firearms entering commerce.

Between 2000 and 2020, the number of domestically manufactured firearms produced on an annual basis per 100,000 persons in the U.S. increased 187%. During that same time, the U.S. population only increased 18%. At no point since 2011 has there been a year where less than 6,731,958 firearms were manufactured for domestic consumption.

Between 2016 and 2020, Smith and Wesson, Sturm Ruger, and Sig Sauer parent entities collectively manufactured and entered commerce 42% (20,045,276) of all domestically manufactured GCA firearms (47,716,521) between 2016 and 2020.

Between 2000 and 2009, the dominant firearm type manufactured in the U.S. was rifles. This changed in 2010 when pistols became the dominant firearm type manufactured in the U.S. Pistol dominance continued from 2010 to 2014, until it was slightly overtaken by rifles in 2015, and then reemerged as the dominant firearm from 2016 through 2020. Among pistol calibers manufactured in 2020, the 9mm PARA caliber pistol constituted 58% (3,211,768) of the total 5,509,151 pistols manufactured and distributed into domestic commerce.

Between 2000 and 2020, annual SBR manufacturing volume increased 24,080% with the bulk of this growth taking place since 2011.

Between 2000 and 2020, annual silencer manufacturing volume increased 3,699% with the bulk of this growth taking place after 2010.

Between 2000 and 2020, annual miscellaneous firearms manufacturing increased 4,281% with the bulk of this growth taking place in the last 10 years. Miscellaneous firearms are predominantly firearm frames and receivers that are manufactured and sold before being assembled into a complete firearm. This growth reflects the growing trend in private individuals making their own customized firearms from serialized parts.

# PART II:
# Privately Made Firearms

## Overview

The GCA does not regulate the making of firearms by private individuals who are not engaged in the business of manufacturing or dealing in firearms. Consequently, provided the individual is not otherwise prohibited from possessing a firearm under federal or state law, he or she may make a non-NFA firearm for personal, lawful use without obtaining an FFL or other authorization from ATF. However, any person or entity making an NFA firearm (or other NFA weapon) must first file an ATF Form 1, *Application to Make and Register a Firearm*, pay the applicable NFA tax, and receive approval from ATF, thereby registering the firearm in the National Firearms Registration and Transfer Record (NFRTR).

Self-making of firearms in the U.S. long pre-dated the GCA. Following the GCA's enactment, many hobbyists and others continued making their own firearms. Until recently however, the volume of self-made firearms did not substantially impact the market for firearms commercially manufactured by regulated, licensed entities. In the past decade those market dynamics have changed. At least three factors have combined and converged in recent years to propel substantial growth of the self-making of firearms:

- The emergence of the internet as both an instantly accessible source of information about how to make a gun and as an always-available marketplace to obtain virtually any product needed to make a gun.

- The emergence of alternatives to metal casting and forging, such as high-strength polymers, for making many core firearm parts.

- The technological and design advancements, many of which are computer software-based, that allow for "modular" firearm design and manufacture while also steadily reducing the cost and size of tools needed to make and assemble a firearm. Advancements in three-dimensional (3D) printing technology illustrates how these factors interact. In the past few years, the cost and size of 3D printers have both substantially reduced; the polymers used in these printers to make firearm parts have decreased in cost -- while strength and durability has increased; and the availability of software to make firearm parts has proliferated.

Not surprisingly, as the factors that fueled the ease of the private making of firearms converged, many commercial entities entered the marketplace to sell a broad range of products to private firearm makers, including firearm "kits" that contained most or all of the parts necessary to assemble a functioning firearm. As is further discussed in this section, some of the products offered and sold by these commercial entities were in fact either firearms or firearm frames or receivers. Consequently, those products and the companies that sold them were both subject to the regulation by the GCA, including licensing and serial number marking requirements. Yet, in most instances, the companies selling these products were not FFLs and did not serialize the components that functioned as frames or receivers. As

firearms made from these products and kits proliferated, law enforcement agencies across the country increasingly recovered un-serialized firearms made from the parts and kits in criminal investigations. These un-serialized crime guns became widely known as "ghost guns" because they could not be traced by ATF when used to commit a crime. These circumstances reinforced the need for ATF to modernize the regulatory definition of "firearm" and "frame or receiver" to reflect changes in the marketplace and to clarify how the GCA applies to new firearm technologies and products. They also highlighted the need for a regulatory definition of privately made firearms.

## ATF Final Rule 2021R-05F: Definition of "Frame or Receiver" and Identification of Firearms

To address these circumstances and needs, in May 2021, ATF began the federal rulemaking process to update the regulatory definition of firearm and "frame or receiver," and to establish a regulatory definition for "Privately Made Firearms" (PMFs). On April 11, 2022, after full public notice and comment on the proposed updated and new definitions, the Attorney General signed ATF Final Rule 2021R-05. Final Rule 2021R-05F amended 27 CFR § 478.11, the section of the GCA regulations that sets forth regulatory definitions of terms used in the GCA. The definitions of "firearm" and "frame or receiver" in Section 478.11 had not been updated since enactment of the GCA in 1968. The Final Rule modernized the definitions of "firearm" and "frame or receiver" to reflect changes in firearm design and manufacturing; it also set forth, for the first time, a regulatory definition for the term "privately made firearm" (PMF). The Final Rule defines PMF to mean a firearm, including a frame or receiver, completed, assembled, or otherwise produced by a person other than a licensed manufacturer, and without a serial number placed by a licensed manufacturer at the time the firearm was produced. The term does not include a firearm identified and registered in the NFRTR pursuant to Title 26, U.S.C. Chapter 53, or any firearm manufactured or made before October 22, 1968 (unless remanufactured after that date).

The term PMF encompasses several different types of un-serialized firearms, including those made using commercially sold parts and kits. It also encompasses machinegun conversion devices, such as "drop in auto sears" and "switches," even though these devices do not themselves fire projectiles, because they convert semi-automatic firearms to fire as fully automatic weapons. As such, these devices fall within the definition of "machinegun" in both the GCA and NFA.

Firearms industry vernacular and marketing have historically used a variety of terminology to describe items sold or distributed to produce a PMF. Commonly used industry terms include "80%-kit", "80%-gun", "80%-receiver", "lower 80", unfinished frame, kit gun, jig gun, casting, receiver blank, receiver body, printed gun, wiki-gun, 3D gun, downloaded gun, homemade gun, flat, ghost gun and switch. According to the Department of Justice, Final Rule 2021R-05F, which was published in the Federal Register on April 26, 2022, and will become effective on August 24, 2022, is designed to address the public safety concerns associated with the proliferation of un-serialized PMFs in several ways. These include:

(1)     To help keep guns from being sold to convicted felons and other prohibited purchasers, the rule makes clear that retailers must run background checks before selling kits that contain the parts necessary for someone to readily make a gun.

(2)      To help law enforcement trace guns used in a crime, the rule modernizes the definition of frame or receiver, clarifying what must be marked with a serial number – including in easy-to-build firearm kits.

(3)      To help reduce the number of unmarked and hard-to-trace "ghost guns", the rule establishes requirements for FFL dealers and gunsmiths to have a serial number added to 3D printed gun

See, Justice Department Announces New Rule to Modernize Firearm Definitions | OPA | Department of Justice.

# PMF Making

### Early PMF Making

As noted, PMFs are not new.  In the 1980s and 1990s, PMFs were predominantly made from receiver "flats."  Flats are stamped or cut receiver bodies formed from sheet metal (steel or aluminum) that must be bent into shape using various tools and presses.  This process required both a degree of technical skill and tools that were not commonly owned or used by non-firearm hobbyists or others involved in activities involving metal fabrication and manipulation. Historically, the type of firearms made from flats were MAC-type and AK-type firearms.



MAC Flat                                      AK Flat

Specifically, PMFs made from the 1980s into the late 1990s required technical expertise, certain hydraulic metal brakes and presses, welding, and working knowledge of where to source the firearm parts. Moreover, there was no ability to conduct internet searches.  These technical barriers meant that the making of PMFs during that time was relatively rare and the firearms were often not equivalent to a commercially manufactured firearm in terms of functionality or marketability.

### Technological Advances in PMF Making

Since the early 2000s, technological advances outlined in the overview of this Section, have made it easier for unlicensed persons to make PMFs, particularly from commercially sold weapon parts kits.  As a result, in recent years PMFs have proliferated -- and have increasingly become substitutes in the firearm marketplace for serialized firearms produced and sold by traditional FFL manufacturers and retail dealers. The expansion of PMFs in the firearm marketplace also implicates public safety considerations.  First, because PMFs, when made for personal, lawful purposes, are not required by the GCA to have a serial

number placed on the frame or receiver, they are extraordinarily difficult for ATF to trace when recovered in criminal investigations.  Without the ability to trace a crime gun, law enforcement investigations involving that firearm is hampered: it is exponentially more difficult to determine where, by whom, or when an un-serialized firearm was made, and to whom that firearm was sold or otherwise transferred.[14] Second, the components and weapon kits from which many PMFs are assembled have been sold without conducting background check on the purchaser.  This allows felons and other individuals prohibited by federal and state law from possessing firearms to circumvent the background check requirement by instead purchasing easily assembled PMF parts and kits.

### *"Unfinished Frames or Receivers" / "80% Receivers"/ "Weapons Kits"*

The predominant types of PMFs entering commerce are assembled from so-called "unfinished" frames and receivers.  An unfinished frame or receiver is a product that is manufactured specifically to function as a firearm frame or receiver but is in a stage of manufacturing process at which it would not yet be classified by ATF to be a regulated "frame" or "receiver" under the (then-applicable) GCA regulatory definition.  A frame or receiver at this non-final stage of manufacture is technically designated to be a "frame or receiver blank," but are also referred to in the firearm industry as "frame or receiver bodies." (Frame or receiver "blanks" are regulated for purposes of importation into the U.S., but not for domestic manufacturing purposes).  For purposes of marketing frame or receiver blanks to makers of PMFs, they are often referred to as "80%" frames or receivers; neither the GCA nor ATF, however, apply any specific percentage of manufacturing completion – "80 %" or otherwise – to distinguish regulated frames and receivers from un-regulated blanks.



*AR Receiver Blank*

The initial marketing of so-called "80% receivers" to PMF makers focused on lower receivers for AR-type firearms. The marketing and sale of "80% receivers" and related parts kits began to proliferate on the west coast in 2009 and predominantly involved unfinished receivers for AR-type and AK-type firearms. This proliferation aligns with the enactment of a California law [15] that controlled and restricted assault weapons.

Later, numerous unlicensed companies began producing and marketing *"build-your-own"* firearm part kits for smaller-framed semi-automatic pistols, particularly 9mm models. The kits typically contained a



*Semi-Automatic Handgun Weapons Kit*

partially complete frame or receiver, firearm parts, drill bits, a plastic jig in which to place the unfinished frame or receiver for final milling into a firearm, and instructions. The kits were designed to make building a PMF quick and easy by someone with limited skills, using commonly available and affordable tools.  Prior to the issuance of the Final Rule 2021R-05F, most manufacturers and sellers of these kits viewed these products as not subject to GCA regulation, and thus no markings were affixed, no background checks were conducted, and no records on their manufacture or disposition were maintained.

### CAD/CAM Firearm Designs

Computer-aided design and computer-aided manufacturing (CAD/CAM) software is used to design and manufacture prototypes, finished products and production runs of an item. The CAD application is used in the product design phase and the CAM software is used in the manufacturing phase by providing the coded instructions to control the operations of a 3D printer or computer numerical control[16] (CNC) machine. The CAD/CAM files for PMFs and their related parts are typically downloaded from the internet by the maker of a PMF or are provided by the vendor, to be uploaded into the CNC machine's computers or 3D printer.  CAD/CAM files are often shared online with other users who are looking to make their own firearms.



*3D Printed Gun*

### Advances in Polymers

Advances in high-strength and heat-tolerant polymer resins, epoxies, and plastics have become a common material incorporated into the design and manufacture of firearms across the market. Polymers are typically used for components with the least exposure to stress from the forces produced during the discharge of the firearm. These components include, but are not limited to, pistol frames, long gun receivers, machinegun conversion devices, stocks, grips, magazines, and sights. Polymers offer design and manufacturing advantages in terms of reduced costs, wider design options, molding, and ease of fabrication. They also offer advantages for the user, in terms of less weight, recoil reduction, and resistance to corrosion. In addition, the same manufacturing benefits carry over and have made it much easier for an individual to make a firearm, using common, less costly tools as opposed to more complex commercial fabrication machinery. Liquid polymer resin casting kits that can produce AR-type variant receiver bodies are available on the internet.  These high-strength heat tolerant polymer compounds suitable for use in the production of certain firearm parts, can be molded and cast into shape, fabricated on 3D printers or tabletop milling machines, and finished using prefabricated jigs, drills, files, and other widely available household tools.

### Introduction of Tabletop CNC for Home Use

CNC machines have been used by industrial manufacturers since their invention in the 1950s.  Historically, CNC machines have been large, costly, and primarily used by large manufacturing companies. In the 1990s, the development of small-scale CNC milling machines converged with the development of personal computers and CNC software systems. Today, tabletop CNC milling machines, controlled by pre-programmed software designed for specific applications and downloadable from the internet, have made the fabrication of all types of products possible by hobbyists and home-based small business operators with



*Tabletop CNC Machine*

5/5/2022

little to no formal training or experience. The first tabletop CNC machine designed specifically for home-based firearm production was approximately one square foot in size and became commercially available in 2014. First generation units sold for approximately $1,200.  Versions of tabletop CNC machines currently sell for approximately $2,500 and are roughly the same size.  An operator of a 3rd generation CNC machine can produce firearms, frames, or receivers at home at the rate of 1 every 35 minutes using readily available downloadable software code.[17]

In May 2021, ATF published  a *Notice of Proposed Rulemaking* 2021R-05, *Definition of "Frame or Receiver" and Identification of Firearms (the "NPRM")*, outlining what would become Final Rule 05. Following publication of the NPRM one manufacturer of PMF CNC machines began marketing a new CNC.  This new CNC machine allows users to mill a complete and un-marked AR-15 receiver from an unformed block of aluminum.  Previously, these CNC machines were configured to allow users to mill a complete and un-marked AR-15 receiver from a receiver blank ("80% receiver").

### *Reductions in the Cost and Size of 3D Printers*

A 3D printer is a machine that allows for the creation of a physical object from a 3D digital model by printing thin layers of a material in succession until the full item is complete.  This process is commonly known as additive manufacturing.  3D printers can be used to make firearm parts, frames, and receivers. First generation 3D printers suitable for home use may be programmed to make polymer firearm frames or receivers.  The firearm parts, frames, and receivers produced using first generation polymer technology were often unreliable and only capable of firing a small number of rounds before failing.  However, the reliability of 3D printed firearm parts, frames, and receivers has increased in recent years with advances in polymers, technology, coding, programming, and materials, thereby making home use of 3D printers to make firearm parts, frames, and receivers more affordable. 3D printers capable of printing polymer firearm parts, frames, and receivers, range in price from $200 to $1,000 and are readily available online. These printers will also fit on a small table.

Since 2013, the use of 3D printing technology to produce firearm parts, frames and receivers has received national attention in part as the result of individuals releasing CAD/CAM files for firearms that can be readily assembled from 3D printed parts. By 2020, CAD/CAM designs for a wide variety of firearm frames and receivers, including AR-type, AK-type, and handgun designs, were readily available for purchase online.

## The Internet and PMFs

Advances in manufacturing technology and composite materials have played a major role in the rapid growth of PMFs.  The internet has accelerated this effect by providing the general public with ready-access to construction plans, how-to tutorials, technology, tools, and parts to make any type of firearm. In addition, the internet provides manufacturers of these technologies, plans, and parts direct access to a mass market.  To illustrate this point, one need only conduct an internet search and review the number of results and speed at which the results are returned.

### *PMF Related Search Engine Results*

Table P-01 reflects the total number and return rate of results for ten Google searches of keywords or phrases that may be commonly used by individuals interested in learning more about PMFs. Five Google searches on PMF related phrases were conducted with quotation marks to ensure all hits returned were exact matches for the entire phrase[18]. The Google searches returned more than 5 million pages of search results and more than 130 thousand marketing and instructional videos.

*Table P-01:  Five PMF Related Google Searches*

| Google Keyword Searches[19] | # of Results | # of Videos |
|---|---|---|
| "80% Receivers" | 4,830,000 | 88,700 |
| "Ghost gun kit" | 11,800 | 4,560 |
| "AR-15 Receiver" | 41,900 | 2,120 |
| "3d printed gun" | 110,000 | 15,100 |
| "Polymer 80" | 328,000 | 25,600 |
| **Total** | **5,321,700** | **136,080** |

### PMF Related Video Search Results

Several YouTube searches for instructional videos on how to make a PMF were conducted.  The search results revealed many instructional videos and tutorials for making a variety of PMFs.  For the videos returned in the searches, they have been available on YouTube for between 8 months and 6 years and have between 1.3 and 8 million views.

### PMF Related News Media Search Results

Law enforcement investigations involving recoveries of PMFs used in crimes have been widely reported in the media with increasing frequency. The increase in news stories is reflective of the increase in PMF use in crimes and PMF recoveries by law enforcement. Table P-02 shows the total number and return rate of results for four Google searches of news stories involving common terms used to describe PMFs.[20] The four searches listed in the table returned more than 185,000 pages of results for news stories.

*Table P-02:  PMF Related News Stories and Videos*

| Google Keyword Searches[21] | # of Results |
|---|---|
| "Ghost Gun" | 117,000 |
| "Polymer 80" | 1,010 |
| "Homemade Gun" | 45,060 |
| "80% Receiver" | 22,300 |
| **Total** | **185,370** |

### PMF Trend Analysis

Google Trends data capture the popularity of search terms normalized by time range and geography. The data are then indexed to create a measure of relative popularity for each term, which ranges from 0 to 100. Index values are provided for each unit of time (either monthly or weekly), with a value of 100 signifying peak popularity.[22] Google Trends data extend from 2004 up to 36 hours from real-time.

Table P-03 displays the results of a Google Trends analysis that captures the peak popularity of 11 PMF related terms searched on the web in the U.S from 2004 through 2020. "Glock Full Auto Switch" is the most recent popular term, closely followed by "Polymer 80 Kit."

***Table P-03, Google Trends Analysis for PMF Related Search Terms in U.S. 2004 – 2020***

| PMF Related Search Terms | Peak Popularity |
|---|---|
| Glock Full Auto Switch | 2020-12 |
| Polymer 80 Kit | 2020-11 |
| Glock Build Kit | 2020-06 |
| Ghost Gun Kit | 2020-05 |
| 3D Print Guns | 2018-07 |
| Ghost Gun | 2018-02 |
| 80% Glock Lower | 2016-12 |
| How to Make a 3D Printed Gun | 2013-07 |
| Make Your Own Gun | 2011-01 |
| Homemade Gun | 2007-12 |
| 80% Receivers | 2005-02 |

Figure P-01 displays the results of a Google Trends analysis for the search term "Ghost Gun," which is one of the more common and publicly used terms associated with PMFs. An initial upward trend in the use of the term began in mid-2013, coinciding with when 3D printed gun plans were made available on the internet and the company that manufactures Polymer 80 was founded. While the search term reached its peak popularity in early 2018, it remained in use and regained popularity through 2020.

***Figure P-01, Google Trends Analysis: "Ghost Gun" in U.S. Web Searches, 2004 – 2020***



Figure P-02 displays the results of a Google Trends analysis for the search term "Polymer 80 Kit." The term did not start to gain popularity until 2016, approximately three years after the founding of the

company that manufactures Polymer 80. Thereafter, the search term's popularity increased, following a similar trend to that of the search term "Ghost Gun." The term reached its peak popularity in late 2020.

*Figure P-02, Google Trends Analysis: "Polymer 80 Kit" in U.S. Web Searches, 2004 – 2020*



Figure P-03 displays the results of a Google Trends analysis for the search term "80% Receivers." The term "80% Receivers" has been in use for decades in the U.S., although the items that were and are considered an 80% receiver have evolved both in type, sophistication, and popularity. Reflecting its historic use, the search term reached its peak popularity in early 2005, then declined into 2020. This period of decline coincides with the rise in the use of the search terms "Ghost Gun" and "Polymer 80 Kit."

*Figure P-03, Google Trends Analysis: "80% Receivers" in U.S. Web Searches, 2004 – 2020*



**PMF Recoveries**

5/5/2022

Although PMFs lack a serial number or other markings that can be traced to an FFL for a final disposition, the reporting of PMF recoveries made by law enforcement is extremely valuable in quantifying the prevalence of PMFs. Based on available firearm trace data[23], it is evident that criminals are actively making, using, and distributing PMFs both domestically and internationally.

It is also probable that current trace data significantly under represents the number of PMFs recovered in crimes by law enforcement due to a variety of challenges presented by PMFs, to include:

- PMFs involvement in crime is an emerging issue and law enforcement is just beginning to institute uniform training on the recognition, identification, and reporting of PMFs that can lead to more accurate PMF data being collected.

- PMFs by their nature may have no markings at all, duplicative markings, counterfeit markings, or markings that appear to be serial numbers on parts of the firearm other than the frame or receiver. These duplicative, counterfeit, or erroneous markings can be mistaken for authentic serial numbers and markings causing law enforcement to not recognize the firearm as a PMF and/or potentially follow false leads based on these markings.

In recent years, the number of PMFs recovered from crime scenes throughout the country has substantially increased. From January 1, 2016, through December 31, 2021, there were approximately 45,240 suspected PMFs reported to ATF as having been recovered by law enforcement from potential crime scenes, to include 692 homicides or attempted homicides, and subsequently traced by ATF.[24]

*Figure P-04:  Total Suspected PMFs Recovered and Traced by ATF, 2016 – 2021*



As noted in Figure P-04 and Table P-04 in Appendix P - PMF, the number of suspected PMFs recovered by law enforcement and subsequently traced by ATF has increased rapidly since 2016 with a 1,000% increase in recoveries and traces between 2016 (1,758) and 2021 (19,344).  This exponential rise is likely attributable to both an increase in the number of PMFs recovered by law enforcement as well as developing law enforcement awareness for identifying and tracing recovered PMFs.

Compendium_Klarevas
Page 127

## Federal Laws, Regulations, and Rulings

With the lack of identifying marks and recordkeeping requirements for PMFs, the collection and analysis of quantifiable and credible data for pattern and trend analysis needed to support policy development has been hampered. This lack of data also makes it more difficult, labor intensive, and time consuming to examine the full extent of PMF's impact on commerce and its prevalence within criminal activities. Without unique identifiable markings or records of acquisition or disposition, it is difficult for law enforcement to identify and report on PMFs or trace their history in commerce. Therefore, the unlicensed and unregulated nature of PMFs assembled by individuals, combined with the perception by many manufacturers and sellers of PMF kits that those products were not subject to the GCA, have made it nearly impossible to know how many PMFs are being made and distributed into commerce or being used by criminals.

Additionally, the proliferation of PMFs has impacted the FFL community and the lawful commerce in firearms. The growth of the PMF sector has:

- Impacted the market share of FFL manufacturers. This impact is particularly significant for certain manufacturers (i.e., Glock and Sig Sauer) whose firearm design currently seems to be the preferred choice for PMF pistol kit makers.  Many of the firearm kits sold by PMF makers are similar to Glock or Sig Sauer pistol models whose 20-year patent has expired.

- Created confusion among FFLs on how to handle PMFs that oftentimes have no markings, particularly on how to maintain proper A&D records and how to ship PMFs via common carrier.

- Created inaccurate trace requests that produce false investigative leads.  PMFs oftentimes resemble commercially manufactured firearms or incorporate parts from commercially manufactured firearms bearing that manufacturer's name, so some firearms are entered into eTrace using a commercial manufacturer's name rather than identifying as one privately made by an individual.

- Increased the prevalence of "counterfeit firearms".  A counterfeit firearm is manufactured and designed to effectively resemble a firearm made by a known licensed manufacturer and may exhibit characteristics such as brand logos or type face text, and serial numbers.  If a trace is requested on a counterfeit firearm that bears a serial number matching an authentically manufactured firearm sold by an FFL to a private citizen, the trace will lead to that authentic firearm possessed by that private citizen.

As a result of these impacts, ATF has received inquiries from licensees seeking guidance on required recordkeeping and identification on PMFs.  The law enforcement community has also requested that ATF take any lawful action necessary to prevent the making of untraceable PMFs as they become more prevalent in crimes.  In a 2021 study on PMFs, the National Police Foundation (NPF) wrote that "…the growing representation of ghost guns in crime as well as the ease of production, lack of background checks, and poor traceability as reasons that ghost guns components and kits should be regulated like all other firearms."[25]

As noted, ATF Final Rule 2021R-05F was published in the Federal Register on April 26, 2022, and will became effective on August 24, 2022.  Final Rule 2021R-05F addresses these issues and concerns and provides clear regulations to the markings and recordkeeping requirements of PMFs acquired and disposed of by FFLs.  Specifically, FFLs:

Compendium_Klarevas
Page 128

- that choose to take PMFs into inventory are required to mark and record PMFs within 7 days of the firearm being acquired by a licensee, or before disposition, whichever first occurs.

- who already have PMFs in their inventory will have until 60 days, or before disposition, whichever first occurs, after the rule becomes effective to mark the PMF. FFLs have the option to mark their existing PMFs themselves, contract with another FFL, such as a gunsmith, or directly oversee a non-FFL who can perform such engraving services on PMFs. Alternatively, FFLs may deliver or send PMFs to ATF for disposal or destroy them in accordance with ATF guidance.

- are not required to accept a PMF into inventory, and they have the option to ask the PMF maker or owner to have the firearm marked by another licensee before accepting it into inventory or the FFL can bring the PMF to another FFL or unlicensed engraver to mark the PMF with their license information, provided they directly oversee the serialization.

- licensed as dealer-gunsmiths, manufacturers, and importers are permitted to conduct same-day adjustments or repairs of unmarked PMFs without marking them so long as they do not accept them into inventory overnight and they are returned to the person from whom they were received. If, however, the licensee has possession of the firearm from one day to another or longer or taken in for a purpose other than adjustment or repair, the firearm must be recorded as an "acquisition," serialized, and then recorded as a "disposition" in the A&D records upon return to the same customer.

Final Rule 2021R-05F also clarified and superseded prior ATF rulings in regard to the term "engaged in the business" as it applies to a "gunsmith" and the new rules regarding PMFs.[26]

Specifically, Final Rule 2021R-05F makes clear that licensed dealer-gunsmiths are not required to be licensed as manufacturers if they only perform gunsmithing services on existing firearms for their customers, or for another licensee's customers, because the work is not being performed to create firearms for sale or distribution. These services may include customizing a customer's complete weapon by changing its appearance through painting, camouflaging, or engraving, applying protective coatings, or by replacing the original barrel, stock, or trigger mechanism with drop-in replacement parts. Licensed dealer-gunsmiths may also purchase complete weapons, make repairs (e.g., by replacing worn or broken parts), and resell them without being licensed as manufacturers. Likewise, under Final Rule 2021R-05F, licensed dealer-gunsmiths may make such repairs for other licensees who plan to resell them without being licensed as a manufacturer. They may also place marks of identification on PMFs they may purchase and sell, or under the direct supervision of another licensee in accordance with this rule. Persons performing these activities are distinguished from persons who engage in the business of completing or assembling parts or parts kits, applying coatings, or otherwise producing new or remanufactured firearms (frames or receivers or complete weapons) for sale or distribution. Such persons must be licensed as manufacturers.

## Outreach, Education, Collaboration, and Initiatives

ATF has undertaken wide-ranging outreach and educational efforts to assist the law enforcement community with the identification of PMFs and improve their traceability. Moreover, ATF, in conjunction with DOJ components and partnering law enforcement agencies, is implementing a national strategy to combat the proliferation of PMFs in violent crime.

### *ATF Outreach and Education*

As the proliferation of PMFs is relatively new, educating law enforcement on identifying them has been a priority. With approximately 700,000 law enforcement officers spread across approximately 18,000 agencies, it is a formidable task to educate and train them on how to identify and trace PMFs.

To this end, ATF has created and distributed the following educational materials.

- September 2020 – the ATF National Tracing Center (NTC) produced the PMF Tracing Bulletin and distributed it via email to the eTrace user community.[27]
- November 2020 – the NTC revised the PMF Tracing Bulletin and distributed it via email to the eTrace user community. The guidance was revised based on an enhancement to eTrace that allows users to more readily identify a PMF.
- June 2021 – The NTC updated the Police Officer's Guide to Recovered Firearms and distributed it via email to the eTrace user community.

In addition, ATF has developed relevant training curriculums and conducted extensive outreach to its state and local partners about PMFs, machinegun conversion devices, and homemade silencers.

ATF's PMF and machinegun conversion device training has been delivered in-person to numerous investigative personnel of local, state, and federal partners.  During the training sessions, ATF focused on how to identify and trace PMFs, machinegun conversion devices, and homemade silencers.  In addition, the training addressed trends, resources, legal issues, solutions, investigative techniques, and best practices.

Moreover, the training included sources of firearm parts, kits, and what items could be made from additive manufacturing (3D). Each training is approximately four hours in length and includes firearm subject matter experts from several ATF directorates, as well as other DOJ components.

### ATF Partnerships and Collaborative Efforts

In 2021, ATF collaborated with each of the Regional Information Sharing System's (RISS) to develop a survey regarding PMFs to gauge what law enforcement knew about PMFs and what types of training on the topic could be beneficial.  The RISS Program is comprised of six regional centers that assist local, state, federal, and tribal criminal justice partners in responding to the unique crime problems of each region while strengthening the country's information sharing environment. More than 9,600 local, state, federal, and tribal law enforcement, and public safety agencies are members of RISS.

More specifically, the survey was administered to over 100,000 RISS participating agency access officers in the Mid-Atlantic Great Lakes Organized Crime Law Enforcement Network[28] (15,827), the Western States Information Network[29] (27,893), the Regional Organized Crime Information Center[30] (27,904), the Rocky Mountain Information Network[31] (18,642), the Mid-States Organized Crime Information Center[32] (13,035), and the New England State Police Information Network[33] (7,014).The survey responses provided a knowledge base for the regional assessments.

Following the survey, ATF prepared assessments and shared the findings with the law enforcement community and its federal partners to highlight PMF criminal activity from 2018 to 2020.  These assessments included PMF recovery data for January 2021 through June 2021, along with a trend forecast for the remainder of 2021.

*ATF Initiatives*

In February 2022, Attorney General (AG) Garland released the Violent Crime Strategy Update that included direction on combatting the use of PMFs in violent crime. Specifically, the AG directed the Deputy AG to work with DOJ components to implement a national "ghost gun" enforcement initiative designed to equip investigators and prosecutors with the tools and expertise they need to help combat the unlawful use of PMFs in violent crime, and to direct U.S. Attorneys' Offices (USAO) to work closely with law enforcement partners to bring cases designed to address the use of these firearms in violent crime. In addition, as part of this initiative, each USAO and ATF field division across the country will designate specialists to work with colleagues at DOJ and its law enforcement partners to advance this work.

## State Laws and Regulations

As the recoveries of PMFs in crimes by law enforcement have increased, so have the concerns expressed by law enforcement leaders and policy makers at the state and local government levels. The regulation of PMFs at the state and local level is rapidly evolving.

As of April 13, 2022, at least 11 states and the District of Columbia (DC) have passed laws that regulate some aspect of PMFs (e. g. requiring serial numbers, reporting, possessing, regulating manufacturing, sales, and transfers).  Those states include California in 2016, Connecticut in 2019, Delaware in 2021, District of Columbia in 2020, Hawaii in 2020, Illinois in 2022, Maryland in 2022, Massachusetts in 2019, Nevada in 2021, New Jersey in 2018, New York in 2021, Rhode Island in 2020, Virginia in 2004, and Washington in 2019.

California, Connecticut, New Jersey, and New York require PMFs be marked with a serial number and registered while Hawaii and New Jersey banned unlicensed manufacturing.

The state law citations are as follows:

- California - Cal. Penal Code §29180

- Connecticut - Conn. Pub. Act No. 19-6

- Delaware - Del. Code Ann. tit. 11, §1459A, Del. Code Ann. tit. 11, §1463

- District of Columbia - D.C. Code § 7-2502.02

- Hawaii - Haw. Rev. Stat. § 134-10.2

- Illinois - 720 ILCS 5/24-5.1

- Maryland   MCA §§ 5-701   5-703

- Massachusetts   Mass. Gen. Laws Ch. 269 § 11E

- Nevada - NRS AB 286, amending Title 15, Chapter 202.  In *Polymer 80, Inc., v. Sisolak, et al.* a judge in the Third Judicial District Court of the State of Nevada in and for the County of Lyon overturned this law having found that the law's definition of "unfinished frame or receiver" was too vague to support criminal penalties. Case No. 21-CV-00690, Order on Motions for Summary Judgment (Nev. 3rd Dist. Dec. 10, 2021). The matter is currently under appeal.

- **New Jersey -** N.J. Stat. Ann. § 2C:39-9(l-n)
- **New York -** N.Y. Penal Law §§ 265.60'63, 64.
- **Rhode Island -** R.I. Gen. Laws Section 11-47-2(18)
- **Virginia -** Va. Code. Ann. § 18.2-308.5
- **Washington -** RCW 9.41.190

## Summary

As technology advances in the making of PMFs, there has been a corresponding increase in their use in crimes.  Between 2016 and 2020, 25,896 suspected PMFs were recovered in crimes and traced by law enforcement.  In 2021 alone,19,344 suspected PMFs were recovered and traced by law enforcement.  To put these figures in perspective, on average, from 2016 to 2020, approximately 5,150 suspected PMFs were traced annually, whereas, in 2021 this number nearly quadrupled.

ATF has taken numerous steps to address the rise in the criminal use of PMFs.  This includes standardizing terminology used by law enforcement, as well as outreach and targeted education to local law enforcement on the identification and tracing of PMFs.  Most recently, ATF's issuance of Final Rule 2021R-05F published on April 26, 2022, will result in licensing and serialization of firearm parts kits that are produced and sold commercially, and requires identifying marks be placed on all PMFs when they are taken into inventory by FFLs, including overnight repairs by licensed dealers/gunsmiths, and that FFLs record those PMFs in their A&D records.  These additional requirements will assist law enforcement to more effectively trace PMFs that are recovered in criminal investigations.

Continued advancements in technology and information access will likely result in continued growth and evolution of PMF making. As this growth of PMFs occurs, the PMF market will continue to impact licensed manufacturers and their share of the firearms market.

# PART III:

# Firearms Exported from the United States

## Overview

The export of firearms is the movement of firearms from the U.S. to foreign countries.  Firearms may be exported from the U.S. on a temporary or permanent basis.  Temporary exports are conducted for a variety of reasons to include, but not limited to, sales samples, demonstrations, repair, or for the owner's personal use, such as hunting or other lawful sporting purposes.  Permanent exports are conducted for commercial sale or part of a military assistance program.  All firearms produced for permanent export from the U.S. must be reported on ATF Form 5300.11 the Annual Firearms Manufacturing and Exportation Report (AFMER).  U.S. Government (including military) firearm exports are exempt from export regulation[34].

## Firearm Export Licenses, Permits, and Fees

Prior to exporting firearms, ammunition, or specified related technologies, the exporting entity must obtain a license or permit from either the U.S. Department of Commerce (DOC), which authorizes exports by means of "licenses," or the U.S. Department of State (DOS), which authorizes exports through the issuance of "permits." Under the current structure, items requiring DOC license approval are included on the Commerce Control List (CCL) and items requiring DOS permit approval are included on the U.S. Munitions List (USML).

### *DOS Permitting*

The export, by any entity other than the U.S. Government, of firearms, ammunition, or designated technologies that have a critical military or intelligence advantage, or significant national security implication, are regulated by the DOS via the Arms Export Control Act (AECA) Title 22 USC § 2778[35]. Items subject to the AECA are listed on the U.S. Munitions List (USML).

Firearms and ammunition, (including some military munitions) not regulated by the DOS, are subject to the Export Administration Regulations (EAR) Title 15 CFR Parts 730-774[36], enforced by the Bureau of Industry and Security (BIS), within the DOC.  Items regulated by BIS appear on the (CCL) and are also assigned an Export Control Classification Number (ECCN)[37] providing more specific identification. Persons conducting the permanent export of weapons regulated by the NFA, must also file an ATF Form 9, Application and Permit for Permanent Exportation of Firearms.

A person does not have to be registered with the DOC or pay any fees for a license to export items on the CCL.  Individuals can create a free on-line account and submit their license request with any appropriate documentation.  If the license or permit is granted, they may then export their items in accordance with the license/permit terms.  Such terms would include identifying the specific items being exported, to

whom and in what country, and if the export were temporary or permanent. There is also an end use agreement to ensure a permanent export is not used to conceal an undeclared diversion.

To export items on the USML, a person must be registered with the DOS and pay an initial fee of $2,250 per year. The amount of the fee increases with export activity. Once registered, a person would submit their export request and supporting documentation using an appropriate form (DSP-73 for temporary exports – DSP-5 for permanent exports). If the request is granted, they are then permitted to conduct the export.

## Total Firearm Exports

Data in Figure E-01 and Table E-01a reflect a 240% increase in the total number of GCA firearms and NFA weapons exported on an annual basis between 2000 (191,067) and 2020 (650,485). Between 2010 (264,936) and 2020 (650,485), the total number of GCA firearms and NFA weapons exported on an annual basis increased 146%. At no point since 2011 has there been a year where less than 333,163 firearms were exported from U.S. manufacturers to other countries.

*Figure E-01:  Total GCA Firearm and NFA Weapon Exports, 2000 – 2020*



*Table E-01a:  Total GCA Firearm and NFA Weapon Exports – 2000, 2010, 2020*

| Year | # of GCA Exports | GCA Exports % Total | # of NFA Exports | NFA Exports % Total | Total Exports |
|------|------------------|---------------------|------------------|---------------------|---------------|
| 2000 | 175,234 | 91.7% | 15,833 | 8.3% | 191,067 |
| 2010 | 241,971 | 91.3% | 22,965 | 8.7% | 264,936 |
| 2020 | 529,116 | 81.3% | 121,369 | 18.7% | 650,485 |

See Table E-01 in Appendix E - Exports for a detailed listing of the total number of GCA firearms and NFA weapons exported on an annual basis between 2000 and 2020.

## GCA Firearm Exports

Most of the increase in annual firearm exports has been with GCA firearms.  As with firearm exports, there was a 202% increase in the number of GCA firearm exports on an annual basis between 2000 (175,234) and 2020 (529,116) and a 119% increase between 2010 (241,971) and 2020 (529,116). Historically, GCA firearms comprise the largest share of exports annually.  In 2020, GCA firearm exports constituted 81% of all firearm exports (529,116 of 650,485) (See Table E-01a and Figure E-02).

*Figure E-02:  Total GCA Firearm Exports, 2000 – 2020*



See Table E-01 in Appendix E - Exports for a detailed listing of the total number of GCA firearms exported on an annual basis between 2000 and 2020.

As reflected in Table E-02, Sig Sauer, Glock, and Sturm Ruger collectively exported 1,349,917 GCA firearms or 59% of the total 2,303,991 GCA firearms exported from the U.S. between 2016 and 2020. During this time, 41 parent entities reported exporting GCA firearms.  The top ten parent entities reported exporting 2,098,601 GCA firearms which equates to 91% of the total 2,303,991 GCA firearms exported from the U.S. during that time.

*Table E-02:  Top Ten Manufacturers of GCA Firearm Exports, 2016 – 2020*

| Manufacturer Parent Entity | # of Firearms | % Total |
|---|---|---|
| Sig Sauer Inc | 732,826 | 31.8% |
| Glock Inc | 334,767 | 14.5% |
| Sturm, Ruger & Company, Inc | 282,324 | 12.3% |
| Smith & Wesson Corp | 235,084 | 10.2% |
| Freedom Group | 201,464 | 8.7% |
| O F Mossberg & Sons Inc | 99,571 | 4.3% |
| Henry RAC Holding Corp | 85,588 | 3.7% |
| Savage Arms, Inc | 84,944 | 3.7% |
| Beretta USA Corp | 23,992 | 1.0% |
| CZ / Colt / Dan Wesson | 18,041 | 0.8% |
| **Total** | **2,098,601** | **91.1%** |

### *Pistol Exporting Dominance*

Rifles represented the dominant GCA firearm type exported from the U.S. between 2000 and 2009, except for 2006 when the total number of pistols exported (144,767) exceeded the number of rifles exported (102,973). However, as reflected in Figure E-03, pistols became the dominant firearm type exported from the U.S. beginning in 2010, and its dominance has continued for much of the last decade.

In 2000, the total number of rifles[38] exported (50,251) was almost 64% higher than pistols[39] exported (30,590). As Figure E-03 reflects, rifle exports increased steadily over the last two decades with noted peaks in 2014 and 2017. Similarly, pistol exports have also increased, but at a much more accelerated rate between 2010 and 2020. By 2020, the number of pistols exported (382,761) was 285% higher than rifles exported from the U.S. (99,429).

*Figure E-03:  Total GCA Firearm Exports by Weapon Type, 2000 – 2020*



As reflected in Table E-03a, total pistol exports (30,590) constituted slightly more than 17% of all GCA firearms exported from the U.S. (175,234) in 2000.  By 2020, total pistol exports (382,761) constituted more than 72% of all GCA firearms exported from the U.S. (529,116) annually. Other firearm types accounted for much smaller shares of 2020 GCA firearm total exports, including rifles at 19% (99,429), revolvers at 4% (19,264), shotguns/combination guns at 3% (17,874), and miscellaneous[40] firearms at 2% (9,788).

*Table E-03a:  Total GCA Firearm Exports by Weapon Type – 2000, 2010, 2020[41]*

| Year | # of Pistols | Pistols % Total | # of Revolvers | Revolvers % Total | # of Rifles | Rifle % Total | # of Shotguns or Combos | Shotgun % Total | # of Misc. | Misc. % Total | Total Exports |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 2000 | 30,590 | 17.5% | 48,130 | 27.5% | 50,251 | 28.7% | 35,089 | 20.0% | 11,174 | 6.4% | 175,234 |
| 2010 | 80,041 | 33.1% | 25,286 | 10.5% | 76,518 | 31.6% | 43,355 | 17.9% | 16,771 | 6.9% | 241,971 |
| 2020 | 382,761 | 72.3% | 19,264 | 3.6% | 99,429 | 18.8% | 17,874 | 3.4% | 9,788 | 1.8% | 529,116 |

See Table E-03 in Appendix E - Exports for a detailed listing of GCA firearm exports by weapon type between 2000 and 2020.

As reflected in Table E-04, parent entities Sig Sauer, Glock, and Smith & Wesson collectively exported 1,166,394 GCA pistols or 89% of the total 1,308,554 GCA pistols exported from the U.S. between 2016 and 2020.  During this time, 30 parent entities reported exporting GCA pistols.  The top ten parent entities reported 1,273,614 GCA pistol exports which equates to 97% of the total 1,308,554 GCA pistols exported from the U.S. during that time.

*Table E-04:  Top Ten Manufacturers of Pistol Exports, 2016 – 2020*

| Manufacturer Parent Entity | # of Pistols | % Total |
|---|---|---|
| Sig Sauer Inc | 721,087 | 55.1% |
| Glock Inc | 334,767 | 25.6% |
| Smith & Wesson Corp | 110,540 | 8.4% |
| Sturm, Ruger & Company, Inc | 48,852 | 3.7% |
| Beretta USA Corp | 21,453 | 1.6% |
| Taurus International Manufacturing / Diamondback / Rossi / Heritage / Braztech | 10,343 | 0.8% |
| Kimber Manufacturing Inc | 9,903 | 0.8% |
| CZ / Colt / Dan Wesson | 7,279 | 0.6% |
| FNH USA LLC | 5,347 | 0.4% |
| Freedom Group | 5,060 | 0.4% |
| **Total** | **1,274,631** | **97.4%** |

## NFA Weapons Exports[42]

U.S. firearm manufacturers also export many NFA weapons to foreign countries.  NFA weapons include machineguns, short-barreled rifles, short-barreled shotguns, silencers, destructive devices, and any other weapon.

As reflected in Figure E-04, the annual number of exports of NFA weapons increased 667% between 2000 (15,833) and 2020 (121,369). Most of this growth in NFA exports occurred between 2010 (22,965) and 2020 (121,369). Compared to GCA firearm exports, NFA weapon exports have historically accounted for a smaller share of all firearms exported.  In 2020, annual NFA weapon exports (121,369) constituted just under 19% of all firearms exported (650,485) from the U.S.  NFA exports increased by 200% from 2012 (56,620) to 2014 (169,897).  This sudden spike was not sustained as NFA exports returned to 56,992 in 2015. However, NFA exports continued to climb through the mid to late 2010s with a second spike of 131,694 in 2019.

*Figure E-04:  Total NFA Weapon Exports, 2000 – 2020*



See Table E-01 in Appendix E - Exports for a detailed listing of the total number of GCA firearms and NFA weapons exported on an annual basis between 2000 and 2020.

Figure E-05 presents the annual number of NFA weapons exported between 2000 and 2020.

*Figure E-05:  Total NFA Weapon Exports by Weapon Type, 2000 – 2020*



See Table E-05 in Appendix E - Exports for the Total NFA Weapons Exported by Type between 2000 to 2020.

50 of 306

5/5/2022

## Machinegun Exports

Machineguns accounted for the largest share of NFA weapon exports annually between 2000 and 2020. As reflected in Figure E-06, the sharp increase in NFA weapon exports between 2010 and 2014 was driven by a seven-fold increase in machinegun exports from 2010 (20,555) to 2014 (144,930). In 2000, the 11,719 machineguns exported constituted 74% of the total 15,833 NFA weapons exported from the U.S. In 2020, the 107,154 machineguns exported represented 88% of the total 121,369 NFA weapons exported from the U.S. See Table E-05 in Appendix E - Exports for the total NFA weapons exported by type between 2000 to 2020.

*Figure E-06:  Total Machinegun Exports, 2000 – 2020*



## Short-Barreled Rifle Exports

As reflected in Figure E-07, annual SBR exports increased substantially between 2000 (3) and 2020 (4,778) with the bulk of this growth taking place since 2011. The number of SBR exports increased overall by 108% from 2016 (2,297) to 2020 (4,778). However, 2015 (13,667) had the largest number of SBR exports followed by 2018 (7,367).

*Figure E-07:  Total SBR Exports, 2000 – 2020*



### Silencer Exports

As reflected in Figure E-08, there were 15 times as many silencers exported from the U.S. in 2020 (6,811) when compared to the number of silencers exported in 2000 (448). Most of this increase occurred after 2013. The number of silencer exports increased by 860% between 2013 (1,556) and 2019 (14,937) and then decreased by 54% in 2020 (6,811).

*Figure E-08:  Total Silencer Exports, 2000 – 2020*



## Summary

The total number of firearms exported by U.S. manufacturers more than doubled between 2000 and 2020. In 2020, the number of GCA firearms and NFA weapons manufactured for exportation were approximately 5% (650,485) of the total GCA firearms and NFA weapons manufactured in the U.S. (11,953,312). Like in domestic manufacturing, pistol exports accounted for a majority of the GCA export growth and represented nearly three quarters of all GCA exports in 2020.

Ten companies manufactured nearly all the pistols exported between 2016 and 2020. While representing a small share of total firearm exports from the U.S., the annual number of NFA weapon exports grew by 667% between 2000 and 2020. Moreover, machinegun, SBR, and silencer exports increased notably during this 20-year period.

# PART IV:
# Firearms Imported into the United States

## Overview

ATF administers the import provisions of the GCA and NFA, and the permanent import provisions of the AECA for items that are enumerated on the U.S. Munitions Import List (USMIL) (including firearms, ammunition, firearm parts, and firearm blanks, castings and forgings). Permanent imports of firearms, ammunition, and other covered items must comply with all three statutes.

Temporary imports of firearms, ammunition and other related items are regulated by the either the DOS or the DOC through the issuance of permits. Items included on the USML are regulated by DOS; items included on the CCL are regulated by DOC. DOS-issued temporary import permits are valid for a period of four years; DOC-issued permits are valid for one year. Items imported by means of temporary import permits from DOS or DOC are not considered to have entered commerce in the U.S.; rather these items are passing through the U.S. from one foreign country to another.

## Imported NFA Weapons

Whether a temporary or permanent import, items subject to the NFA must also be registered in the NFRTR by submission of an ATF Form 2, Notice of Firearms Manufactured or Imported within 15 days of the release from U.S. Customs and Border Protection (CBP) custody or before any other disposition.

## Firearm Import Licenses, Permits, Fees, and Other Requirements

### *Individuals Not Engaged in the Business of Importing Firearms*

An individual living in the U.S. who purchases a firearm from a foreign country must use an FFL to conduct the import.

An individual returning from temporary residency outside the U.S., however, may personally import a firearm purchased while residing abroad by completing Part I of ATF Form 6, Application and Permit for Importation of Firearms, Ammunition and Implements of War. Firearms imported by individuals on an ATF Form 6 Part I must be "sporting" and comply with all provisions of the GCA and NFA. Individuals who are not engaged in the business of importing firearms, ammunition, or related regulated items are not required to register under the AECA.

### *FFLs Engaged in the Business of Importing Firearms*

An individual or legal entity wishing to engage in the business of importing firearms or ammunition for sale must be registered under the AECA and possess a Type 08 – *Importer of Firearms Other than Destructive Devices* or Type 11 – *Importer of Destructive Devices* FFL. For all other regulated items,

only an AECA license is required. The AECA license costs $250 and is renewed annually. FFLs are required to submit an ATF Form 6 to import firearms. If approved, the ATF Form 6 serves as official permission to import up to the quantity and type of firearm requested.

Firearms are imported through a Customs Port of Entry. CBP officials are responsible for reviewing all relevant documentation and verifying approvals before releasing the shipment into the U.S. Following the release, an importer is required to file an ATF Form 6A, Release and Receipt of Imported Firearms indicating what they have imported. The type(s) and quantity of items reported on the Form 6A are deducted from the approved ATF Form 6. Additional shipments, up to the quantity designated on the approved Form 6, may continue to be imported. The importer is required to retain a copy of the ATF Form 6A with their records. Additionally, the importer is required to submit a copy of the ATF Form 6A to ATF within 15 days of release from CBP.

FFL importers are required to apply certain markings[43] to the imported firearms within 15 days for GCA firearms and 2 days for NFA weapons, of the release from CBP custody, or prior to any other disposition. These markings aid in law enforcement trace requests and in the recordkeeping of other FFLs who might later acquire the firearm.

In addition to an U.S.-issued import permit, some countries of origin require additional documentation, such as an end use agreement, or authentication of the import permit before allowing a shipment of regulated items to the U.S. An International Import Certificate (IIC) is used to meet these requirements. Like DOS review of export requests, an IIC assures the foreign country's government that the firearms will be used for U.S. commercial purposes and not diverted for resale to another foreign country.

Firearms and ammunition imported into the U.S. commercial market must comply with all provisions of the GCA. These items must qualify as sporting purposes under the GCA. NFA weapons and non-sporting ammunition may only be imported for use by the U.S. federal, state, or local governments.

### Import Permits Issued

As reflected in Figure I-01, the annual total number of import permits issued by ATF declined by 34% between 2000 (12,550) and 2010 (8,234). The total number of import permits issued by ATF varied from year to year between 2011 and 2020 with a high in 2013 (11,312) and a low in 2017 (6,692). This variability was largely driven by increases and decreases in import permits issued to Type 08 FFLs. As Figure I-02 shows, Type 08 FFLs were issued 87% of ATF import permits between 2011 and 2020.

The number of import permits issued to military importers[44] declined by 94% between 2000 (3,072) and 2020 (185) and the number of import permits issued to other importers declined by 54% between 2000 (1,283) and 2020 (590). Other importers include persons importing their personal firearms, not for commercial purposes, such as U.S. citizens returning from residence abroad, military personnel returning from assignment abroad, and foreign nationals coming to the U.S. for lawful hunting or sport shooting events.

The ATF Form 6 is permission to import, but does not necessarily mean an import occurred in the year it was issued. Import permits are issued for a two-year period, and there is no limitation to the amount or type of GCA or NFA weapons an importer may request to import on each permit. Import permits are generally submitted in anticipation of expected sales. Consequently, an applicant may import some, all, or none of the items requested in any given year.



*Figure I-01:  Total Firearm Import Permits Issued by Type of Importer, 2000 – 2020*

See Table I-01 in Appendix I – Imports for a listing of the import permits by type of importer on an annual basis between 2000 and 2020.



*Figure I-02:  Total Firearm Import Permits Issued by Type of Importer, 2010-2020*

See Table I-02 in Appendix I – Imports for a listing of the import permits by type of importer on an annual basis between 2010 and 2020.

Compendium_Klarevas
Page 144

## Firearms Imports

Data in Figure I-03 and Table I-03a reflect a 357% increase in the total number of firearm imports between 2000 (1,401,298) and 2020 (6,398,149). Much of this increase can be attributed to handgun imports which had the steepest increase of 440% between 2000 (747,129) and 2020 (4,032,019). Rifle imports grew by 172% between 2000 (321,457) and 2020 (875,155) with notable peaks in 2012 (1,243,858) and 2013 (1,509,452). Shotgun imports grew by 53% between 2000 (332,712) and 2010 (509,914) and then remained relatively stable until 2018. However, between 2019 (743,493) and 2020 (1,490,975) shotgun imports more than doubled.

Handguns, as a percentage share of total imports, also grew during this time. Handguns represented slightly more than 53% of total firearm imports in 2000 (747,129 of 1,401,298) and increased to nearly 63% of total firearm imports in 2020 (4,032,019 of 6,398,149). In contrast, rifles' share of total imports decreased from almost 23% in 2000 (321,457 of 1,401,298) to slightly less than 14% of total imports in 2020 (875,155 of 6,398,149) and shotgun imports remained relatively flat during this same time.

*Figure I-03: Total Handgun, Rifle, and Shotgun Imports, 2000 – 2020*



*Table I-03a: Total Handgun, Rifle, and Shotgun Imports – 2000, 2010, 2020*

| Year | # of Handguns | % Annual Total | # of Rifles | % Annual Total | # of Shotguns | % Annual Total | Total | % Annual Total |
|------|---------------|----------------|-------------|----------------|---------------|----------------|-------|----------------|
| 2000 | 747,129 | 53.3% | 321,457 | 22.9% | 332,712 | 23.7% | 1,401,298 | 100.0% |
| 2010 | 1,782,585 | 62.8% | 548,117 | 19.3% | 509,914 | 18.0% | 2,840,616 | 100.0% |
| 2020 | 4,032,019 | 63.0% | 875,155 | 13.7% | 1,490,975 | 23.3% | 6,398,149 | 100.0% |

See Table I-03 in Appendix I – Imports for a full listing of the handguns, rifles, shotguns, and total imports on an annual basis between 2000 and 2020.

5/5/2022

### *Pistol Import Dominance*

Pistols represented the dominant type of firearm imported into the U.S. between 2010 and 2020.  As Table I-04 in Appendix I – Imports reflects, pistols represent the largest number of firearms imported in every year during this period. In 2020, pistols accounted for almost 58% (3,719,379), shotguns represented slightly more than 23% (1,490,975), rifles represented nearly 14% (875,155), revolvers accounted for only a little more than 4% (277,089), and blank-firing handguns represented less than 1% (35,551) of the 6,398,149 total firearms imported into the U.S.  Figure I-04 compares the number of imported pistols and number of imported revolvers between 2010 and 2020. The dominance of pistols as the most imported type of handgun grew between 2010 and 2020.  As reflected in Table I-04a in Appendix I – Imports, pistols represented about 80% of total handgun imports (1,394,178 of 1,747,635) in 2010 and, by 2020, pistols accounted for 93% of total handgun imports (3,719,379 of 3,996,468).

*Figure I-04:  Total Pistol and Revolver Imports, 2010 – 2020*



See Table I-04 and Table I-04a in Appendix I – Imports for a full listing of firearm imports by weapon type and handgun imports by weapon type between 2010 and 2020 respectively.

### *Shotgun Imports*

As reflected in Figure I-05, the total number of shotguns imported into the U.S. grew steadily over the past 20 years with a sharp spike in 2020.  Moreover, as Table I-05 reflects in Appendix I - Imports, the spike in imported shotguns between 2019 and 2020 was driven by notable annual increases in the importation of autoloading shotguns, pump shotguns, over-and-under shotguns, and all other shotguns. Between 2010 and 2020, autoloading shotgun imports increased by almost 310% (from 127,775 to 523,495), pump shotguns imports increased by 239% (from 157,313 to 532,892), over-and-under shotgun imports increased by 90% (from 74,706 to 142,232), and all other shotgun imports increased by nearly 307% (from 68,258 to 277,522). However, imports of combination shotguns dropped by almost 82% between 2010 (81,862) and 2020 (14,834) with a low in 2017 (1,692).



*Figure I-05:  Total Shotgun Imports, 2000 – 2020*

See Table I-05 in Appendix I – Imports for a full listing of shotgun imports by shotgun type between 2010 and 2020.

### *Ammunition, Frames/Receivers,[45] and Machinegun Imports*

Ammunition[46], which includes all ammunition components, is imported into the U.S. in very large volumes.  As shown in Figure I-06 and Table I-06 – in Appendix I-Imports, between 2000 and 2020 the annual quantity of ammunition imported into the U.S. grew dramatically. The most substantial increase occurred between 2000 (1,989,463) and 2010 (2,037,516,193), an increase of 102,315%.  Between 2010 and 2016, ammunition imports increased by another 117%, peaking at more than 4.4 billion.  Imports steadily declined in 2017, 2018, and 2019, but began climbing again in 2020, with imports of approximately 3.5 billion.  As compared to 2000, 2020 imports increased 175,365%; since 2010, however, the increase in ammunition imports was far less exponential at 71%.

5/5/2022

*Figure I-06:  Total Ammunition Imports, 2000 – 2020*



See Table I-06 in Appendix I – Imports for a full listing of ammunition, frames/receivers, and machinegun imports between 2000 and 2020.

As reflected in Table I-06 in Appendix I – Import, the number of firearm frame and receiver imports increased by 130% between 2010 (182,265) and 2015 (418,933).  Frame and receiver imports then dropped by 78% in 2016 (90,667).  Frame and receiver imports remained relatively stable over the next four years with only 81,588 frames and receivers imported in 2020.  Machinegun imports were relatively volatile between 2010 and 2020 with a high in 2012 (5,441) and a low in 2019 (887).  This low was followed by a 288% increase in 2020 (3,445).

## Firearm Imports by Country of Origin

Tables I-07 through I-09 present the top ten countries that originated handgun, rifle, and shotgun imports into the U.S. between 2010 and 2020. The top ten countries for each type of firearm originated more than 96% of handgun imports, 87% of rifle imports, and 99% of shotgun imports during this period. Austria was the largest source of handguns imported into the U.S. during this 10-year period. Canada was the largest source of rifles imported and Turkey was the largest source of shotguns imported into the U.S.

Among pistol, rifle, and shotgun importation, Brazil is the only country in the top five of each firearm type from 2010-2020. The origin countries for total 2020 imports are ranked and presented in Table I-10 in Appendix I - Imports.[47]

*Table I-07:  Top Ten Origin Countries for Handgun Imports, 2010 – 2020*

| Country | # of Handguns | % Total |
|---|---|---|
| Austria | 9,953,808 | 32.7% |
| Brazil | 6,051,110 | 19.9% |
| Croatia | 3,973,984 | 13.1% |
| Germany | 3,635,572 | 12.0% |
| Italy | 1,807,645 | 5.9% |
| Czech Republic | 1,110,705 | 3.7% |
| Turkey | 1,093,740 | 3.6% |
| Philippines | 985,843 | 3.2% |
| Argentina | 595,150 | 2.0% |
| Belgium | 203,401 | 0.7% |
| **Total** | **29,410,958** | **96.7%** |

*Table I-08:  Top Ten Origin Countries for Rifle Imports, 2010 – 2020*

| Country | # of Rifles | % Total |
|---|---|---|
| Canada | 2,773,137 | 30.3% |
| Brazil | 1,443,750 | 15.8% |
| Japan | 832,346 | 9.1% |
| Russia | 654,905 | 7.1% |
| Germany | 573,663 | 6.3% |
| Finland | 437,659 | 4.8% |
| Belgium | 336,107 | 3.7% |
| Spain | 327,177 | 3.6% |
| Czech Republic | 293,891 | 3.2% |
| Italy | 274,973 | 3.0% |
| **Total** | **7,947,608** | **86.7%** |

*Table I-09: Top 10 Origin Countries for Shotgun Imports, 2010 – 2020*

| Country | # of Shotguns | % Total |
|---|---|---|
| Turkey | 3,581,958 | 43.2% |
| Italy | 1,906,097 | 23.0% |
| China | 1,541,940 | 18.6% |
| Brazil | 857,918 | 10.3% |
| Russia | 183,815 | 2.2% |
| United Kingdom | 52,745 | 0.6% |
| Philippines | 48,635 | 0.6% |
| Germany | 24,972 | 0.3% |
| Portugal | 19,482 | 0.2% |
| Spain | 18,445 | 0.2% |
| **Total** | **8,236,007** | **99.3%** |

## Ammunition and Ammunition Component Imports by Country of Origin

Table I-11 presents the top ten countries that originated ammunition and ammunition component imports into the U.S. between 2010 and 2020. Russia was the largest source of imported ammunition and ammunition components into the U.S. during this 10-year period with more than 7 billion (23%).

*Table I-11: Top Ten Origin Countries for Ammunition and Ammunition Component Imports, 2010 – 2020*

| Country | Quantity of Ammunition and Ammunition Components | % Total |
|---|---|---|
| Russia | 7,300,689,599 | 22.9% |
| Italy | 3,878,245,743 | 12.2% |
| Mexico | 3,690,036,082 | 11.6% |
| South Korea | 3,383,303,325 | 10.6% |
| Czech Republic | 2,191,314,041 | 6.9% |
| Brazil | 1,935,975,596 | 6.1% |
| Serbia | 1,398,536,063 | 4.4% |
| Germany | 1,149,675,768 | 3.6% |
| France | 741,456,910 | 2.3% |
| Israel | 697,579,705 | 2.2% |
| **Total** | **26,366,812,832** | **82.8%** |

## Summary

The total number of import permits issued by ATF generally declined between 2000 and 2020. However, the total number of annual firearms imported into the U.S., increased by almost 360% during this 20-year period. This dramatic increase was driven by the total number of handguns imported into the U.S., which grew by 440% between 2000 and 2020 and represented 63% of all firearms imported in 2020. Ammunition imports considerably increased during this time, growing by 175,365% between 2000 and 2020.

# PART V:
# Selling and Distribution

## Overview

Federal law does not prohibit the private sale of firearms, as long as (1) the seller does not know or have reasonable cause to believe that the buyer is prohibited from receiving or possessing firearms under federal law, (2) the seller does not sell a handgun to a person the seller has reasonable cause to believe is less than 18 years of age, (3) both parties reside in the same state, (4) the firearm is not regulated by the NFA, and (5) such a transaction does not violate any state laws. Prior to transferring a firearm, an individual should contact his or her state Attorney General's Office to inquire about any applicable state or local laws or ordinances.

Generally, to lawfully transfer a firearm to an unlicensed person who resides out-of-state, whether through online sources or otherwise, the firearm must be shipped to an FFL within the buyer's state of residence. The buyer may then receive the firearm from the FFL upon completion of an ATF Form 4473 and a NICS background check. An unlicensed individual may transfer a firearm, that is not regulated by the NFA, to an FFL in any state.

Some states have laws prohibiting private party sales, unless the transaction is processed through a FFL. ATF encourages unlicensed individuals transferring firearms to other unlicensed individuals to utilize an FFL to facilitate a private party transfer. ATF provided guidance to FFLs on private party transfers through ATF Procedure 2020-2, which provides that the firearm transferee is required to pass a background check and the FFL must maintain a record of the transfer. Finally, even though private sales of firearms are not prohibited under federal law, the GCA, makes it unlawful for any person "except a … licensed dealer, to engage in the business of … dealing in firearms, or in the course of such business to ship, transport, or receive any firearm in interstate or foreign commerce." 18 U.S.C. § 922(a)(1)(A). Furthermore, the GCA states, "[n]o person shall engage in the business of … dealing in firearms … until he has filed an application with and received a license to do so from the Attorney General." 18 U.S.C. § 923(a). Anyone who is unclear as to whether he or she is engaged in the business as defined in 18 U.S.C. § 921(a)(21), should review ATF Publication 5310.2, called "Do I Need a License to Buy and Sell Firearms".

### Flea Markets

Flea markets are not considered to be a gun show or another qualifying event as defined in 27 CFR § 478.100. FFLs generally cannot conduct business at flea markets unless they have a permanent business premises at the flea market which has been approved as their licensed business premises. Flea markets continue to be a significant source of private party sales of secondary market firearms[48]. These transactions generally do not involve a background check, residency verification, or recordkeeping on the part of the individual sellers.

### Auctions

Generally, there are two types of auctions: estate-type auctions and consignment auctions. In the case of estate-type auctions, the auctioneer acts as an agent of the executor and assists the executor in finding buyers for the estate's firearms. The firearms are possessed by the estate, and the sales of firearms are made by the estate. In these cases, the auctioneer does not meet the definition of "engaged in the business" as a dealer and would not require a license. An auctioneer engaged in estate-type auctions, whether licensed or not, may perform this function, including delivery of the firearms in compliance with federal and state law. In the case of consignment-type auctions held on a regular basis in which persons consign their firearms to the auctioneer for sale pursuant to a consignment agreement, the auctioneer would be "engaged in the business" and would require a FFL. The auctioneer would be disposing of firearms as a regular course of trade or business within the definition of a "dealer" under 18 U.S.C. § 921(a)(1)(A) and must comply with the licensing requirements of the law.

Licensed auctioneers in consignment-type auctions generally must engage in the firearms business from their licensed premises. However, auctioneers may conduct an auction at a location other than their licensed premises by displaying firearms at the auction site, agreeing to the terms of sale of the firearms, then returning the firearms to the licensed premises to finalize the purchase. The simultaneous sale and delivery of auctioned firearms away from the licensed premises would be a violation of law.

### Printed Classifieds

Federal law does not prohibit or regulate the advertising of firearms for sale through printed classifieds, however, there are laws that regulate the mailing or shipping of firearms between persons who do not hold an FFL. An unlicensed person may mail a shotgun or rifle to a resident of his or her own state or to a licensee in any state. Pistols, revolvers, and other firearms capable of being concealed on the person may not be sent through the U.S. mail and must be shipped using common or contract carriers. (See 18 U.S.C. § 1715.) Moreover, handguns may only be transferred to a resident of the seller's state or otherwise transferred through FFLs.

### Gun Rentals

ATF has long held that the rental of firearms, by an FFL for use on the FFL's premises does not constitute a sale, transfer, or delivery. For this reason, an ATF Form 4473 is not required to be completed and no NICS background check is required. The firearm does not leave the FFL's premises and no transfer has occurred.

### Online Auctions and Marketplaces

Online firearm websites facilitate the buying and selling of firearms, parts, and shooting accessories. Generally, online auctions and marketplaces provide an advertising service system and do not have an FFL, hold inventory, or take possession of firearms. These websites are venues to list firearms and related accessories for sale, often in an auction-like format, and act as a broker facilitating introduction between purchaser and third-party sellers to engage in firearms transactions (to include non-licensees and FFLs). Online auctions and marketplaces are open to non-licensed individuals and FFLs to initiate firearms transactions (post, buy and sell firearms) and the payment and shipping is handled between purchaser and seller.

## Determining Sales Volume

Although AFMER reporting provides a gauge of annual firearm production in the U.S., that data, which is required to be submitted only by Type 07 (manufacturer of firearms) and Type 10 (manufacturer of destructive devices) FFLs, is not designed to track annual firearm sales to individual purchasers. With the limited exception of reporting of certain multiple firearm sales (discussed in more detail below), federal law does not require any FFL to report annual sales volume. The only other aggregate data directly accessible to ATF regarding firearm sales volume is through the license renewal process, during which ATF requests FFLs to provide the number of firearm dispositions (transfers) that occurred during the three-year duration of the license. FFL disclosure of this information, however, is voluntary and not required by the GCA or regulation. Moreover, ATF use of this data is generally limited to the license renewal process.

Because the GCA does not require FFLs to report information regarding firearm sales, the proxy most often used to estimate annual U.S. firearm sales has been the volume of background checks conducted annually by the FBI's National Instant Criminal Background Check System (NICS). Although NICS is not designed or intended to track annual U.S. firearm sales, the data that NICS publishes annually contains the best available data on the number of transactions conducted by FFLs that involve the actual transfer of a firearm to a non-licensed individual or entity. Since not all NICS background checks involve the transfer of a firearm, it is necessary to distill those types of transactions from the published NICS data by NICS purpose code to provide an estimate of aggregate firearm sales conducted by FFLs. As explained in the next section, this report uses this methodology to provide an Estimated Minimum Sales Volume (EMSV) of firearm transactions conducted by FFLs annually for the period 2017 through 2020. [49]

### Estimated Minimum Sales Volume

EMSV is calculated by multiplying the number of NICS checks conducted in the relevant period by the number of distinct NICS purpose codes associated with a NICS transaction that involved the actual transfer of a firearm to a new possessor.[50] These NICS purpose codes are: 01 - *Sale of a Handgun*, 02 - *Sale of a Long Gun*, 03 - *Sale of an Other Weapon*, 27 - *Private Sale of a Handgun*, 28 - *Private Sale of a Long Gun*, and 29 - *Private Sale of an Other Weapon*. NICS transactions involving more than one of these purpose codes reflect at a minimum the transfer of two firearms and may involve more. For example, a NICS transaction with purpose codes 01, 02, 28, and 29 associated to it would equate to an estimated minimum of four firearms being sold. The NICS data used to calculate EMSV does not include any personally identifiable information about the purchaser or possessor of a firearm; it is limited to aggregate numerical and code data.

As the term itself indicates, EMSV does not capture all firearm sales, but instead provides an estimate of the lowest number of firearms involved in a NICS transaction in which a transfer occurs. For example, EMSV will not account for the number of firearms transferred in a multiple firearm sales transaction because the number of firearms transferred in a multiple sale of the same type of firearm is not separately tallied by purpose code. EMSV also does not account for firearms transferred from FFLs to customers utilizing a NICS alternate permit. In such states in which a NICS alternate permit exempts a purchaser from a background check, this transaction does not involve a NICS check. Lastly, the EMSV does not include sales between private individuals that are not facilitated by an FFL. Consequently, calculations using purpose codes provides a minimum baseline of firearms transferred. See *Description of EMSV Data Limitations* in Appendix SD – Sales and Distribution for the explanation on NICS data limitations.

Table SD-01 reflects the total number of NICS transactions and the EMSV for the period 2017 to 2020. The EMSV of firearms is 1.016% per NICS transactions for 2017 to 2020, based on this method. Since there is a very small difference between NICS transactions and EMSV of firearms, this section will report EMSV statistics.

*Table SD-01: Total Number of NICS Transactions and EMSV of Firearms, 2017 – 2020*

| # of NICS Transactions | EMSV | Average # of Firearms Sold per NICS Transaction |
|---|---|---|
| 57,003,594 | 57,941,145 | 1.016 |

## National EMSV Trends

Table SD-02a reflects the EMSV by FFL type and year-over-year (YOY) percentage change. FFL Types 01, 02, and 07 accounted for more than 99% of the total EMSV between 2017 and 2020.

The largest increase of EMSV across all FFL types occurred between 2019 and 2020. EMSV totals increased by more than 63% for Type 01 FFLs and by 94% for Type 07 FFLs between 2019 and 2020. From 2017 to 2020, Type 01 and Type 02 FFLs accounted for almost 90% of all EMSV, while Type 07 FFLs accounted for nearly 10% of EMSV.

*Table SD-02a: Total EMSV and YOY Percentage Change by FFL Type, 2017 – 2020[51]*

| FFL Type | 2017 EMSV | % Change 2017 - 2018 | 2018 EMSV | % Change 2018 - 2019 | 2019 EMSV | % Change 2019 - 2020 | 2020 EMSV | Total EMSV | % Total EMSV |
|---|---|---|---|---|---|---|---|---|---|
| Type 01 | 9,291,630 | -3.9% | 8,926,551 | -1.0% | 8,834,651 | 63.4% | 14,437,165 | 41,489,997 | 74.6% |
| Type 02 | 1,767,463 | 3.5% | 1,828,779 | 2.5% | 1,874,422 | 52.6% | 2,859,453 | 8,330,117 | 15.0% |
| Type 07 | 968,581 | 7.8% | 1,044,099 | 8.5% | 1,132,651 | 94.3% | 2,200,844 | 5,346,175 | 9.6% |
| Type 08 | 62,275 | 2.4% | 63,754 | -7.2% | 59,168 | 65.9% | 98,168 | 283,365 | 0.5% |
| Type 09 | 4,512 | -3.0% | 4,377 | 45.8% | 6,382 | 84.0% | 11,741 | 27,012 | 0.0% |
| Type 10 | 10,800 | -17.0% | 8,963 | -1.4% | 8,840 | 125.4% | 19,924 | 48,527 | 0.1% |
| Type 11 | 9,506 | 7.1% | 10,180 | 40.8% | 14,335 | 70.6% | 24,461 | 58,482 | 0.1% |
| **Total** | **12,114,767** | **-1.9%** | **11,886,703** | **0.4%** | **11,930,449** | **64.7%** | **19,651,756** | **55,583,675** | **100.0%** |

### Type 01 FFLs

As shown in Table SD-03, between 2017 and 2020, approximately 85% of Type 01 FFLs had less than 500 EMSV. This 85% represents approximately 8% of total EMSV for all Type 01 FFLs. Moreover, approximately 27% of Type 01 FFLs conducted no NICS transactions. Conversely, less than 3% (2,022) of Type 01 FFLs (73,023) conducted nearly 58% (23,948,617) of all firearms sales (41,489,997) associated with a NICS transaction within this period.

*Table SD-03:  Total Type 01 FFLs and EMSV by EMSV Range, 2017 – 2020*

| EMSV Range | # FFLs | % Total FFLs | Cumulative % of FFLs | EMSV | % Total EMSV | Cumulative % of EMSV |
|---|---|---|---|---|---|---|
| 0 | 19,967 | 27.3% | 27.3% | 0 | 0.0% | 0.0% |
| 1-100 | 31,390 | 43.0% | 70.3% | 763,141 | 1.8% | 1.8% |
| 101-500 | 10,603 | 14.5% | 84.8% | 2,633,443 | 6.3% | 8.2% |
| 501-1,000 | 4,033 | 5.5% | 90.4% | 2,837,049 | 6.8% | 15.0% |
| 1,001-2,000 | 2,557 | 3.5% | 93.9% | 3,626,781 | 8.7% | 23.8% |
| 2,001-3,000 | 1,272 | 1.7% | 95.6% | 3,123,361 | 7.5% | 31.3% |
| 3,001-4,000 | 713 | 1.0% | 96.6% | 2,471,687 | 6.0% | 37.3% |
| 4,001-5,000 | 466 | 0.6% | 97.2% | 2,085,918 | 5.0% | 42.3% |
| 5,000-10,000 | 1,168 | 1.6% | 98.8% | 8,214,878 | 19.8% | 62.1% |
| 10,001-15,000 | 433 | 0.6% | 99.4% | 5,236,179 | 12.6% | 74.7% |
| 15,001-20,000 | 184 | 0.3% | 99.7% | 3,132,087 | 7.5% | 82.2% |
| 20,000+ | 237 | 0.3% | 100.0% | 7,365,473 | 17.8% | 100.0% |
| **Total** | **73,023** | **100.0%** | | **41,489,997** | **100.0%** | |

## Type 02 FFLs

Table SD-04 indicates that approximately 62% of Type 02 FFLs had less than 500 EMSV between 2017 and 2020.  This 62% represents approximately 9% of total EMSV for all Type 02 FFLs.  Moreover, approximately 17% of Type 02 FFLs did not conduct any NICS transactions.

*Table SD-04:  Type 02 FFLs and EMSV Range, 2017 – 2020*

| EMSV Range | # FFLs | % Total FFLs | Cumulative % of FFLs | EMSV | % Total EMSV | Cumulative % of EMSV |
|---|---|---|---|---|---|---|
| 0 | 1,721 | 17.1% | 17.1% | 0 | 0.0% | 0.0% |
| 1 - 100 | 2,003 | 19.9% | 36.9% | 74,441 | 0.9% | 0.9% |
| 101 - 500 | 2,568 | 25.5% | 62.4% | 708,400 | 8.5% | 9.4% |
| 501 - 1,000 | 1,473 | 14.6% | 77.0% | 1,052,324 | 12.6% | 22.0% |
| 1,001 - 2,000 | 1,281 | 12.7% | 89.7% | 1,813,282 | 21.8% | 43.8% |
| 2,001 - 3,000 | 442 | 4.4% | 94.1% | 1,072,464 | 12.9% | 56.7% |
| 3,001 - 4,000 | 216 | 2.1% | 96.2% | 744,018 | 8.9% | 65.6% |
| 4,001 - 5,000 | 126 | 1.2% | 97.5% | 559,940 | 6.7% | 72.3% |
| 5,000 - 10,000 | 186 | 1.8% | 99.3% | 1,268,930 | 15.2% | 87.6% |
| 10,001 - 15,000 | 44 | 0.4% | 99.8% | 524,377 | 6.3% | 93.9% |
| 15,001 - 20,000 | 15 | 0.1% | 99.9% | 250,604 | 3.0% | 96.9% |
| 20,000+ | 8 | 0.1% | 100.0% | 261,337 | 3.1% | 100.00% |
| **Total** | **10,083** | **100.0%** | | **8,330,117** | **100.0%** | |

## Type 07 FFLs

As reflected in Table SD-05, approximately 62% of Type 07 FFLs conducted at least one NICS transaction between 2017 and 2020.  However, only 8% of Type 07 FFLs conducted more than 500 EMSV which accounted for nearly 88% of all EMSV.

*Table SD-05: Type 07 FFLs and EMSV Range, 2017 – 2020*

| EMSV Range | # FFLs | % Total FFLs | Cumulative % of FFLs | EMSV | % Total EMSV | Cumulative % of EMSV |
|---|---|---|---|---|---|---|
| 0 | 7,533 | 37.9% | 37.9% | 0 | 0.0% | 0.0% |
| 1 - 100 | 8,884 | 44.7% | 82.7% | 206,365 | 3.9% | 3.9% |
| 101 - 500 | 1,937 | 9.8% | 92.4% | 445,104 | 8.3% | 12.2% |
| 501 - 1,000 | 503 | 2.5% | 95.0% | 354,629 | 6.6% | 18.8% |
| 1,001 - 2,000 | 363 | 1.8% | 96.8% | 518,974 | 9.7% | 28.5% |
| 2,001 - 3,000 | 197 | 1.0% | 97.8% | 483,817 | 9.0% | 37.6% |
| 3,001 - 4,000 | 117 | 0.6% | 98.4% | 409,285 | 7.7% | 45.2% |
| 4,001 - 5,000 | 69 | 0.3% | 98.7% | 307,185 | 5.7% | 51.0% |
| 5,000 - 10,000 | 159 | 0.8% | 99.5% | 1,110,532 | 20.8% | 71.8% |
| 10,001 - 15,000 | 57 | 0.3% | 99.8% | 681,901 | 12.8% | 84.5% |
| 15,001 - 20,000 | 13 | 0.1% | 99.9% | 214,750 | 4.0% | 88.5% |
| 20,000+ | 22 | 0.1% | 100.0% | 613,633 | 11.5% | 100.0% |
| **Total** | **19,854** | **100.0%** | | **5,346,175** | **100.0%** | |

## Monthly EMSV Trends

Table SD-06 reflects the EMSV by month and year-over-year change. December (6,365,567) and March (6,267,869) each account for approximately 11% and November (5,840,146) accounts for slightly more than 10% of the total EMSV for the period 2017 through 2020. The largest increases of EMSV among all months occurs between 2019 and 2020, except for January (19%) and February (27%) which had its largest year-over-year change occur between 2017 and 2018. Between 2019 and 2020, June had the highest percentage change increase (147%) followed by July (137%), March (86%), and May (81%).

*Table SD-06: EMSV by Month and YOY Percentage Change, 2017 – 2020*

| Month | 2017 EMSV | % Change 2017 - 2018 | 2018 EMSV | % Change 2018 - 2019 | 2019 EMSV | % Change 2019 - 2020 | 2020 EMSV | Total EMSV | % Total EMSV |
|---|---|---|---|---|---|---|---|---|---|
| January | 751,153 | 19.3% | 896,127 | 3.7% | 929,235 | 19.2% | 1,107,510 | 3,684,025 | 6.4% |
| February | 928,296 | 26.5% | 1,174,096 | -12.2% | 1,030,439 | 17.5% | 1,210,936 | 4,343,767 | 7.5% |
| March | 1,270,977 | 12.4% | 1,428,817 | -12.7% | 1,247,334 | 86.1% | 2,320,741 | 6,267,869 | 10.8% |
| April | 1,050,888 | -3.4% | 1,014,862 | -7.4% | 939,371 | 71.5% | 1,610,843 | 4,615,964 | 8.0% |
| May | 924,332 | -8.3% | 847,697 | 0.9% | 855,223 | 81.4% | 1,551,712 | 4,178,964 | 7.2% |
| June | 952,011 | -12.0% | 837,825 | 3.8% | 870,043 | 146.8% | 2,147,324 | 4,807,203 | 8.3% |
| July | 849,412 | -9.9% | 765,696 | 0.0% | 765,766 | 136.7% | 1,812,446 | 4,193,320 | 7.2% |
| August | 956,439 | -6.3% | 896,063 | 15.8% | 1,037,948 | 58.9% | 1,649,297 | 4,539,747 | 7.8% |
| September | 944,932 | -8.9% | 860,455 | 10.8% | 953,747 | 66.6% | 1,589,330 | 4,348,464 | 7.5% |
| October | 1,063,002 | -11.9% | 936,182 | 10.8% | 1,037,347 | 65.8% | 1,719,578 | 4,756,109 | 8.2% |
| November | 1,390,107 | -9.3% | 1,261,191 | 1.3% | 1,278,177 | 49.5% | 1,910,671 | 5,840,146 | 10.1% |
| December | 1,561,281 | -7.6% | 1,442,212 | 4.2% | 1,502,554 | 23.8% | 1,859,520 | 6,365,567 | 11.0% |
| **Total** | **12,642,830** | **-2.2%** | **12,361,223** | **0.7%** | **12,447,184** | **64.6%** | **20,489,908** | **57,941,145** | **100.0%** |

As reflected in Figure SD-01, December usually had the highest EMSV followed by either November or March when comparing the highest months for each year between 2017 and 2020.

*Figure SD-01: Total EMSV by Month and Year, 2017 – 2020*



As reflected in Table SD-07a, June 2020 represented a deviation from this pattern and was the second highest month-year combination of EMSV for this period. Ultimately, June 2020 had the highest spike in year-over-year change as well as increasing its rank among all month-year EMSV totals.

*Table SD-07a:  Top Ten EMSV Totals by Month/Year, 2017 - 2020*

| Rank | Year | Month | Total EMSV | % Total EMSV |
|---|---|---|---|---|
| 1 | 2020 | March | 2,320,741 | 4.0% |
| 2 | 2020 | June | 2,147,324 | 3.7% |
| 3 | 2020 | November | 1,910,671 | 3.3% |
| 4 | 2020 | December | 1,859,520 | 3.2% |
| 5 | 2020 | July | 1,812,446 | 3.1% |
| 6 | 2020 | October | 1,719,578 | 3.0% |
| 7 | 2020 | August | 1,649,297 | 2.8% |
| 8 | 2020 | April | 1,610,843 | 2.8% |
| 9 | 2020 | September | 1,589,330 | 2.7% |
| 10 | 2017 | December | 1,561,281 | 2.7% |
| | | **Total** | **18,181,031** | **31.4%** |

See Table SD-07 in Appendix SD – Selling and Distribution for a full list and ranking of month-year EMSV totals for each month between 2017 and 2020.

## EMSV by Firearm Type

Figure SD-02 reflects the EMSV by NICS purpose code and year-over-year change. Between 2017 and 2019, purpose codes 1, 2, 3, and all others/multiples combined remained relatively constant. However, purpose code 3 increased year-over-year, but this change was modest and only captured approximately 4% of market share. During the surge in the EMSV in 2020, handguns increased by 75%, long guns increased by 50%, frames/receives increased by 57%, and all other/multiples combined increased by 68%

from 2019 totals. Overall, in 2020, it appears that individuals were purchasing more handguns (57%) than any other type of firearm combined using the EMSV parameters (See *Description of EMSV Data Limitations* in Appendix SD – Selling and Distribution).

*Figure SD-02: Total EMSV by Purpose Code, 2017 – 2020*



See Table SD-08 in Appendix SD – Selling and Distribution for a breakdown of annual EMSV totals by purpose code category between 2017 and 2020.

## EMSV State Trends

Table SD-09 in Appendix SD – Sells and Distribution reflects the aggregate increase of approximately 65% in total EMSV across all states and territories between 2019 and 2020. As reflected in Table SD-09a, the top ten states showed increases in EMSV ranging from approximately 185% in Michigan to nearly 90% in Nevada. Only one state or territory, the Virgin Islands (VI), showed a decrease in EMSV between 2019 and 2020.

*Table SD-09a: Top Ten States/Territories with the Highest Percentage Change in EMSV between 2019 and 2020*

| State or Territory | 2019 EMSV | 2020 EMSV | % Change 2019 - 2020 |
|---|---|---|---|
| MI | 256,589 | 729,405 | 184.3% |
| DC | 1,374 | 3,407 | 148.0% |
| AL | 292,401 | 611,122 | 109.0% |
| AZ | 282,818 | 581,322 | 105.5% |
| GA | 283,930 | 583,290 | 105.4% |
| UT | 89,051 | 179,224 | 101.3% |
| RI | 25,843 | 50,852 | 96.8% |
| NJ | 91,206 | 177,853 | 95.0% |
| MD | 104,334 | 201,837 | 93.5% |
| NV | 99,260 | 188,161 | 89.6% |
| **All States and Territories** | **12,447,184** | **20,489,908** | **64.6%** |

Compendium_Klarevas
Page 158

See Table SD-09 in Appendix SD  Sales and Distribution for EMSV data with year-over-year percentage change across all states and territories between 2017 and 2020.

As reflected in Table SD-09b, FFLs in ten states represent approximately 49% of the total EMSV for the period 2017  2020. They range from Texas at approximately 8% in EMSV to Washington at approximately 3%. Overall, the top ten states' share of EMSV for all FFLs is slightly greater than their share of the national population.

*Table SD-09b: Top Ten States/Territories with the Highest Percentage of EMSV and its Percentage of U.S. Population, 2017 -2020*

| State or Territory | Total EMSV | % Total EMSV 2017 - 2020 | Population | % Population |
|---|---|---|---|---|
| TX | 4,887,691 | 8.4% | 29,145,505 | 8.7% |
| FL | 3,855,232 | 6.7% | 21,538,187 | 6.4% |
| CA | 3,660,692 | 6.3% | 39,538,223 | 11.8% |
| PA | 3,224,960 | 5.6% | 13,002,700 | 3.9% |
| OH | 2,377,420 | 4.1% | 11,799,448 | 3.5% |
| VA | 2,274,009 | 3.9% | 8,631,393 | 2.6% |
| TN | 2,134,068 | 3.7% | 6,910,840 | 2.1% |
| MO | 2,028,369 | 3.5% | 6,154,913 | 1.8% |
| IN | 1,888,675 | 3.3% | 6,785,528 | 2.0% |
| WA | 1,777,367 | 3.1% | 7,705,281 | 2.3% |
| **Top Ten Subtotal** | **28,108,483** | **48.5%** | **151,212,018** | **45.1%** |
| **All Other States or Territories** | **29,832,662** | **51.5%** | **183,861,158** | **54.9%** |
| **All States/Territories** | **57,941,145** | **100.0%** | **335,073,176** | **100.0%** |

See Table SD-09 in Appendix SD  Sales and Distribution for total EMSV for all states and territories between 2017 and 2020.

### Type 01 FFLs

Table SD-10a provides a breakdown of the top ten states or territories among Type 01 FFLs with the highest percentage increases in total EMSV from 2019 to 2020. The top ten states range from Michigan with an increase of approximately 177% to Nevada, approximately 84%. All states showed an aggregate increase of approximately 63%. Only the Virgin Islands showed a decrease (approximately 9%) in EMSV between 2019 and 2020.

*Table SD-10a: Top Ten States/Territories with Highest Percentage Change in EMSV among Type 01 FFLs between 2019 and 2020*

| State or Territory | 2019 EMSV | 2020 EMSV | % Change 2019 - 2020 |
|---|---|---|---|
| MI | 227,307 | 630,461 | 177.4% |
| DC | 1,374 | 3,407 | 148.0% |
| UT | 62,336 | 128,069 | 105.4% |
| GA | 150,288 | 306,603 | 104.0% |
| AL | 177,635 | 356,922 | 100.9% |
| AZ | 181,032 | 361,449 | 99.7% |
| NJ | 89,909 | 175,560 | 95.3% |
| RI | 23,721 | 45,114 | 90.2% |
| KY | 153,133 | 285,528 | 86.5% |
| NV | 66,358 | 122,310 | 84.3% |
| **All States/Territories** | **8,834,651** | **14,437,165** | **63.4%** |

See Table SD-10 in Appendix SD – Sales and Distribution for EMSV data with year-over-year percentage change across all states and territories among Type 01 FFLs between 2017 and 2020.

As reflected in Table SD-10b, Type 01 FFLs in ten states represent approximately 51% of the EMSV for the period 2017 through 2020. They range from Texas at approximately 8% in EMSV to Colorado at approximately 3% in EMSV. All other states represent nearly 49%. Overall, for Type 01 FFLs, the top ten states' share among Type 01 EMSV is somewhat (51%) greater than its share (46%) of the national population.

*Table SD-10b:  Top Ten States/Territories with the Highest Percentage of EMSV among Type 01 FFLs and its Percentage of U.S. Population, 2017 – 2020*

| State or Territory | Total EMSV | % Total EMSV 2017 - 2020 | Population | % Population |
|---|---|---|---|---|
| TX | 3,424,998 | 8.3% | 29,145,505 | 8.7% |
| PA | 2,965,275 | 7.1% | 13,002,700 | 3.9% |
| CA | 2,675,335 | 6.4% | 39,538,223 | 11.8% |
| FL | 2,643,680 | 6.4% | 21,538,187 | 6.4% |
| OH | 2,092,354 | 5.0% | 11,799,448 | 3.5% |
| IN | 1,660,179 | 4.0% | 6,785,528 | 2.0% |
| IL | 1,578,900 | 3.8% | 12,812,508 | 3.8% |
| TN | 1,468,977 | 3.5% | 6,910,840 | 2.1% |
| MO | 1,418,294 | 3.4% | 6,154,913 | 1.8% |
| CO | 1,339,584 | 3.2% | 5,773,714 | 1.7% |
| **Top Ten Subtotal** | **21,267,576** | **51.3%** | **153,461,566** | **45.8%** |
| **All Other States or Territories** | **20,222,421** | **48.7%** | **181,611,610** | **54.2%** |
| **All States/Territories** | **41,489,997** | **100.0%** | **335,073,176** | **100.0%** |

See Table SD-10 in Appendix SD – Sales and Distribution for total EMSV among Type 01 FFLs in all states and territories between 2017 and 2020.

*Type 02 FFLs*

Table SD-11a provides a breakdown of the top ten states among Type 02 FFLs with the highest percentage increases in total EMSV from 2019 to 2020. The top ten states range from Rhode Island with an increase of approximately 232% to North Carolina with approximately 71%. Overall, Type 02 FFLs in all states and territories showed an aggregate EMSV increase of approximately 53%. Only Alaska and Pennsylvania showed a decrease in EMSV between 2019 and 2020.

*Table SD-11a: Top Ten States/Territories with the Highest Percentage Change in EMSV among Type 02 FFLs between 2019 and 2020*

| State or Territory | 2019 EMSV | 2020 EMSV | % Change 2019 - 2020 |
|---|---|---|---|
| RI | 357 | 1,184 | 231.7% |
| MI | 7,910 | 26,194 | 231.2% |
| AL | 96,771 | 203,664 | 110.5% |
| GA | 118,031 | 233,312 | 97.7% |
| VT | 136 | 260 | 91.2% |
| MD | 9,952 | 18,778 | 88.7% |
| DE | 1,592 | 2,907 | 82.6% |
| AZ | 51,798 | 92,051 | 77.7% |
| MS | 87,461 | 150,050 | 71.6% |
| NC | 53,586 | 91,705 | 71.1% |
| **All States/Territories** | **1,874,422** | **2,859,453** | **52.6%** |

See Table SD-11 in Appendix SD – Sales and Distribution for EMSV data with year-over-year percentage change across all states and territories among Type 02 FFLs between 2017 and 2020.

As reflected in Table SD-11b, the top ten states with the highest EMSV represent 60% of the national EMSV for the period 2017 through 2020. These states range from Texas at 12% in EMSV to Washington at approximately 4%. All remaining states comprise 40% of the national EMSV. Overall, among Type 02 FFLs, the top ten states' share (60%) of national Type 02 EMSV is significantly greater than its share (29%) of the national population.

*Table SD-11b:  Top Ten States/Territories with the Highest Percentage of EMSV among Type 02 FFLs and its Percentage of U.S. Population, 2017 – 2020*

| State or Territory | Total EMSV | % Total EMSV 2017 - 2020 | Population | % Population |
|---|---|---|---|---|
| TX | 1,002,587 | 12.0% | 29,145,505 | 8.7% |
| GA | 581,899 | 7.0% | 10,711,908 | 3.2% |
| TN | 547,990 | 6.6% | 6,910,840 | 2.1% |
| FL | 541,527 | 6.5% | 21,538,187 | 6.4% |
| MO | 504,227 | 6.1% | 6,154,913 | 1.8% |
| AL | 431,170 | 5.2% | 5,024,279 | 1.5% |
| MS | 408,660 | 4.9% | 2,961,279 | 0.9% |
| OK | 355,140 | 4.3% | 3,959,353 | 1.2% |
| KY | 304,189 | 3.7% | 4,505,836 | 1.3% |
| WA | 302,841 | 3.6% | 7,705,281 | 2.3% |
| **Top Ten Subtotal** | **4,980,230** | **59.8%** | **98,617,381** | **29.4%** |
| **All Other States or Territories** | **3,349,887** | **40.2%** | **236,455,795** | **70.6%** |
| **All States/Territories** | **8,330,117** | **100.0%** | **335,073,176** | **100.0%** |

See Table SD-11 in Appendix SD   Sales and Distribution for total EMSV among Type 02 FFLs in all states and territories between 2017 and 2020

### Type 07 FFLs

Table SD-12a provides a breakdown of the top ten states and territories among Type 07 FFLs with the highest percentage increases in total EMSV from 2019 to 2020. The top ten states range from Delaware with an increase of 1,016% to Utah with approximately 121%. Overall, Type 07 FFLs showed an aggregate increase across all states and territories of approximately 94% between 2019 and 2020.

*Table SD-12a:  Top Ten States/Territories with the Highest Percentage Change in EMSV among Type 07 FFLs between 2019 and 2020*

| State or Territory | 2019 EMSV | 2020 EMSV | % Change 2019 - 2020 |
|---|---|---|---|
| DE | 100 | 1,116 | 1,016.0% |
| MI | 19,501 | 60,315 | 209.3% |
| RI | 509 | 1,528 | 200.2% |
| AL | 17,757 | 50,379 | 183.7% |
| GA | 14,916 | 39,232 | 163.0% |
| AZ | 44,213 | 116,161 | 162.7% |
| MN | 18,483 | 44,675 | 141.7% |
| AK | 5,432 | 12,720 | 134.2% |
| NY | 17,860 | 41,589 | 132.9% |
| UT | 12,690 | 27,976 | 120.5% |
| **All States/Territories** | **1,132,651** | **2,200,844** | **94.3%** |

See Table SD-12 in Appendix SD   Sales and Distribution for EMSV data with year-over-year percentage change across all states and territories among Type 07 FFLs between 2017 and 2020.

As reflected in Table SD-12b, the top ten states with the highest EMSV represent 58% of the national EMSV for the period 2017 – 2020. The top ten states range from California at approximately 15% in EMSV to Maryland at approximately 3%. All remaining states and territories comprise 42% of the national EMSV. Overall, among Type 07 FFLs, the top ten states' share (58%) of national Type 07 EMSV is significantly greater than its share (43%) of national population.

*Table SD-12b:  Top Ten EMSV for Type 07 FFLs by State/Territory, 2017 – 2020*

| State or Territory | Total EMSV | % Total EMSV 2017 - 2020 | Population | % Population |
|---|---|---|---|---|
| CA | 795,900 | 14.9% | 39,538,223 | 11.8% |
| FL | 565,869 | 10.6% | 21,538,187 | 6.4% |
| TX | 448,988 | 8.4% | 29,145,505 | 8.7% |
| WA | 260,664 | 4.9% | 7,705,281 | 2.3% |
| AZ | 222,803 | 4.2% | 7,151,502 | 2.1% |
| PA | 218,572 | 4.1% | 13,002,700 | 3.9% |
| OH | 160,226 | 3.0% | 11,799,448 | 3.5% |
| CO | 157,629 | 2.9% | 5,773,714 | 1.7% |
| NH | 151,335 | 2.8% | 1,377,529 | 0.4% |
| MD | 133,145 | 2.5% | 6,177,224 | 1.8% |
| **Top Ten Subtotal** | **3,115,131** | **58.3%** | **143,209,313** | **42.7%** |
| **All Other States or Territories** | **2,231,044** | **41.7%** | **191,863,863** | **57.3%** |
| **All States/Territories** | **5,346,175** | **100.0%** | **335,073,176** | **100.0%** |

See Table SD-12 in Appendix SD – Sales and Distribution for total EMSV among Type 07 FFLs in all states and territories between 2017 and 2020.

## EMSV Firearm Sales and Manufacturing

The Type 07 FFL permits the manufacture and retail sale of firearms.  Table SD-13 examines seven different manufacturing and sales business profiles found among Type 07 FFLs.  The manufacturing data is derived from AFMER reports and the EMSV data is derived from the available NICS data, see *"Description of EMSV Data Limitations"* in Appendix SD - Selling & Distribution.  The business profiles were examined to determine whether Type 07 FFLs were primarily manufacturing firearms or were primarily selling firearms to non-licensees (direct sales).  According to AFMER data, approximately 71% of Type 07 FFLs did not manufacture any firearms (see Table SD-13 rows 1, 2, 3, 4 - column % of Licensees). This set of Type 07 FFLs, however, accounted for approximately 55% of all EMSV (see rows 2, 4 – column % of EMSV) among Type 07 FFLs. Conversely, approximately 34% of all Type 07 FFLs neither manufactured a firearm nor conducted a firearm sale involving a NICS transaction (See rows 1 and 3 – column % of FFLs).  Nearly 14% of Type 07 FFLs manufactured 99% of firearms distributed into commerce during this period (see rows 5 and 6 – column % of Mfg). Moreover, 6% of these Type 07 FFLs conducted no NICS transactions, while accounting for nearly 76% of all firearms manufactured and distributed into commerce during this period (see row 5).

*Table SD-13, Type 07 FFLs by Market Profile, 2017 – 2020[52]*

| Manufacturing and Firearms Sales Business Profile of Type 07 FFLs | # of FFLs | % of FFLs | Total Mfg | % of Mfg | EMSV[53] | % of EMSV |
|---|---|---|---|---|---|---|
| No AFMER Report Filed - No Manufacturing - No Sale Conducted | 2,571 | 12.6% | 0 | 0.0% | 0 | 0.0% |
| No AFMER Report Filed - No Manufacturing - Sales Conducted | 1,651 | 8.1% | 0 | 0.0% | 301,508 | 5.6% |
| AFMER Report Filed - No Manufacturing Reported - No Sales Conducted | 4,272 | 20.9% | 0 | 0.0% | 0 | 0.0% |
| AFMER Report Filed - No Manufacturing Reported - Sales Conducted | 6,157 | 30.2% | 0 | 0.0% | 2,634,839 | 49.3% |
| AFMER Report Filed - Manufacturing Reported    No Sales Conducted | 1,229 | 6.0% | 25,686,841 | 75.7% | 0 | 0.0% |
| AFMER Report Filed - Manufacturing Reported - Sales Conducted - Not Sales Oriented (Less than 50% of firearms are direct sales) | 1,522 | 7.5% | 8,137,190 | 24.0% | 113,291 | 2.1% |
| AFMER Report Filed - Manufacturing Reported - Sales Conducted - Sales Oriented (50% or more of firearms are direct sales) | 2,991 | 14.7% | 130,215 | 0.4% | 2,296,537 | 43.0% |
| **Total** | **20,393** | **100.0%** | **33,954,246** | **100.0%** | **5,346,175** | **100.0%** |

## EMSV Summary

Over this period, by far the largest increase of EMSV across all FFL types occurred between 2019 and 2020. Overall, total EMSV for all FFLs increased by approximately 65% between 2019 and 2020 with EMSV increasing by 64% for Type 01 FFLs and by 94% for Type 07 FFLs. In 2020, approximately 99% of all EMSV sales were transacted by Type 01 (74%), Type 02 (15%) and Type 07 (11%) FFLs.

EMSV also showed a fairly consistent increase between 2019 and 2020 for most states and territories. However, over the 2017 to 2020 period, EMSV transactions show variation in the degree to which EMSV is concentrated by state across different types of FFLs with Types 02 and 07 EMSV showing more concentration in the top ten states than Type 01 FFLs.

Analysis of EMSV data reveals that many FFLs do not engage in firearm sales that involve conducting NICS checks, and thus had no EMSV, or engage in low levels of EMSV.  During the period 2017 to 2020, 27% of Type 01, 17% of Type 02, and 38% of Type 07 FFLs had no EMSV.  In the same period, 58% of Type 01, 45% of Type 02, and 55% of Type 07 FFLs were determined to have low EMSV levels (1 to 500 EMSV).  In total, from 2017 to 2020, 85% of Type 01 FFLs, 62% of Type 02 FFLs, and 92% of Type 07 FFLs had an EMSV less than 500.

The EMSV for the period 2017 to 2020 was developed from NICS transaction data that included no personally identifiable information about firearm purchasers or possessors. This is a preliminary analysis of EMSV data relating to states and U.S. territories from 2017 to 2020. This period involved several unique factors including the COVID pandemic, civil unrest, and an unusually contentious election. Consequently, a more in-depth analysis of this data is necessary.

Compendium_Klarevas
Page 164

## Multiple Sale Reports

The GCA requires FFLs to complete and submit ATF Form 3310.4, *Multiple Sale or Other Disposition of Pistols and Revolvers* whenever an FFL sells or otherwise disposes of, at one time or during any five consecutive business days, two or more pistols, or revolvers, or any combination of pistols and revolvers totaling two or more, to an unlicensed person. This report is commonly referred to as a Multiple Sales Report (MSR). All FFLs are required to submit the MSR report to both ATF and their Chief Law Enforcement Officer (CLEO) by the close of the business day in which the multiple sale occurred. The MSR requirements do not apply when the firearms involved are returned to the same person from whom the FFL received the firearms, such as a pawn redemption.

As with other ATF forms, FFLs are instructed to record the descriptive information of the firearms (e. g. make, model, serial number, etc.) directly from the firearm itself.

ATF uses the reported multiple sale information to investigate possible firearms trafficking, as firearms recovered during law enforcement operations and traced to recent multiple sale transactions, could be an indicator of possible unlawful activity.

ATF purges purchaser names from MSRs 24 months after the purchase date unless the multiple sale transaction matches an associated trace transaction.

In June of 2011, ATF, under its current authority[54], issued Demand Letter 3 (DL3). DL3 was issued to assist ATF in its efforts to investigate and combat the illegal movement of firearms along and across the Southwest Border (SWB). DL3 requires Type 01 FFLs and Type 02 FFLs operating in the SWB States of Arizona, California, New Mexico, and Texas, to submit an *ATF Form 3310.12, Report of Multiple Sale or Other Disposition of Certain Rifles* on the multiple sales of certain specified rifles: semi- automatic rifles capable of accepting a detachable magazine and with a caliber greater than .22 (including .223/5.56 caliber).

### Total MSRs and Associated Firearms, 2016 – 2020

For the period 2016 – 2020, FFLs reported a total of 2,538,875 multiple sale transactions representing 5,840,068 firearms.

Table SD-14 reflects the number of multiple sales transactions and the total number of firearms involved in those transactions as reported by the FFLs for the five-year period 2016 – 2020. It also shows the average number of firearms per MSR was approximately 2.3 firearms.

*Table SD-14:  Total Number of MSRs and Associated Firearms, 2016 – 2020*

| # of MSRs | # Firearms Involved | Average # of Firearms Involved per MSR |
|---|---|---|
| 2,538,875 | 5,840,068 | 2.3 |

### MSR Trends

As shown in Table SD-15, from 2016 to 2019 multiple sales transactions decreased by approximately 3% and the numbers of firearms associated with them decreased by less than 1%. Conversely, between

2019 and 2020 multiple sales transactions increased by approximately 29% and the numbers of firearms involved increased by approximately 24%.

*Table SD-15: Total MSRs and Associated Firearms with YOY Percentage Change, 2016 – 2020*

| | 2016 | % Chg 2016-17 | 2017 | % Chg 2017-18 | 2018 | % Chg 2018-19 | 2019 | % Chg 2019-20 | 2020 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| # MSRs | 499,365 | -7.3% | 462,816 | 0.4% | 464,626 | 4.7% | 486,657 | 28.5% | 625,411 | 2,538,875 |
| # Firearms Involved | 1,142,020 | -6.6% | 1,066,525 | 1.5% | 1,082,497 | 5.0% | 1,136,130 | 24.4% | 1,412,896 | 5,840,068 |

### States and Territories

As Table SD-16b reflects, FFLs in ten states accounted for 51% of the MSRs and 51% of the firearms associated with those transactions for the period 2016 to 2020.

*Table SD-16b: Top Ten States with Highest Percentage of MSRs and Associated Firearms, 2016 – 2020*

| State or Territory | # of MSRs | % Total MSRs | # of Firearms Involved | % Total of Firearms Involved |
|---|---|---|---|---|
| TX | 307,636 | 12.1% | 705,312 | 12.1% |
| FL | 203,087 | 8.0% | 465,315 | 8.0% |
| GA | 125,645 | 4.9% | 284,266 | 4.9% |
| OH | 114,943 | 4.5% | 260,270 | 4.5% |
| PA | 105,612 | 4.2% | 243,413 | 4.2% |
| NC | 99,949 | 3.9% | 223,953 | 3.8% |
| TN | 99,241 | 3.9% | 226,409 | 3.9% |
| AZ | 90,879 | 3.6% | 214,154 | 3.7% |
| AL | 82,706 | 3.3% | 184,986 | 3.2% |
| VA | 74,327 | 2.9% | 171,985 | 2.9% |
| **Total** | **1,304,025** | **51.4%** | **2,980,063** | **51.0%** |

See Table SD-16 and Table SD-16a in Appendix SD – Sales and Distribution for total MSR data and associated firearms for all states and territories between 2016 and 2020.

### MSR Firearm Type

Table SD-17a reflects the type of firearm reported in MSRs from 2016-2020. Pistols (4,543,212) and revolvers (1,150,953) account for 98% of all firearms reported in MSRs during this period.

*Table SD-17a: Total MSR Associated Firearms by Weapon Type, 2016 – 2020*

| Weapon Type | # of Firearms Involved | % Total of Firearms Involved |
|---|---|---|
| Pistol | 4,543,212 | 77.8% |
| Revolver | 1,150,953 | 19.7% |
| Rifle | 95,314 | 1.6% |
| Derringer | 50,558 | 0.9% |
| Other | 31 | 0.0% |
| **Total** | **5,840,068** | **100.0%** |

See Table SD-17 in Appendix SD – Sales and Distribution for a breakdown of MSR associated firearms by weapon type and caliber between 2016 and 2020.

### MSR Firearm Caliber

The types of firearms reported in MSRs by FFLs for the period 2016 to 2020 represent more than 180 calibers.

As reflected in Table SD-17b, ten calibers account for 94% of all calibers on MSRs for the period 2016 2020. Moreover, 9mm accounts for 41% (2,389,332) of the total number of MSRs.

*Table SD-17b. Top Ten Calibers for MSRs, 2016-2020*

| Caliber | Derringer | Pistol | Revolver | Rifle | Other | Total # Firearms Involved | % Total of Firearms Involved |
|---|---|---|---|---|---|---|---|
| 9 | 7,335 | 2,369,464 | 7,647 | 4,882 | 2 | 2,389,330 | 40.9% |
| 22 | 14,553 | 433,354 | 428,797 | 2 | 5 | 876,711 | 15.0% |
| 380 | 1,967 | 607,092 | 1,061 | 51 | 2 | 610,173 | 10.4% |
| 45 | 3,356 | 504,149 | 60,815 | 1,238 | 2 | 569,560 | 9.8% |
| 40 | 31 | 333,661 | 674 | 675 | | 335,041 | 5.7% |
| 38 | 9,311 | 12,930 | 259,083 | 8 | | 281,332 | 4.8% |
| 357 | 2,453 | 15,819 | 215,636 | 117 | | 234,025 | 4.0% |
| 556 | | 47,031 | | 40,840 | 2 | 87,873 | 1.5% |
| 44 | 47 | 3,594 | 65,979 | 107 | | 69,727 | 1.2% |
| 32 | 905 | 38,292 | 22,312 | 30 | 2 | 61,541 | 1.1% |
| **Total** | **39,958** | **4,365,386** | **1,062,004** | **47,950** | **15** | **5,515,313** | **94.4%** |

See Table SD-17 in Appendix SD – Sales and Distribution for a breakdown of MSR associated firearms by weapon type and caliber between 2016 and 2020.

### MSR Manufacturers/Weapon Type/Calibers

Table SD-18 reflects the top ten manufacturer/weapon type/caliber combinations of firearms reported in MSRs between 2016 and 2020. These ten firearms account for nearly 39% (2,256,368) of the 5,840,068 firearms reported on MSRs during this period. Moreover, 9mm pistols account for five of the top ten firearms and approximately 25% (1,478,895) of the total number of firearms reported on MSRs between 2016 and 2020.

*Table SD-18: Top Ten MSR Associated Firearms by Manufacturer/Weapon Type/Caliber Combination, 2016 – 2020*

| Manufacturer | Weapon Type | Caliber | Total # of Firearms Involved | % of Total Firearms Involved |
|---|---|---|---|---|
| Glock | Pistol | 9mm | 432,337 | 7.4% |
| Taurus | Pistol | 9mm | 338,864 | 5.8% |
| S&W | Pistol | 9mm | 306,993 | 5.3% |
| Sig Sauer | Pistol | 9mm | 249,479 | 4.3% |
| Heritage Mfg. Inc. | Revolver | .22 | 245,136 | 4.2% |
| Ruger | Pistol | .380 | 161,677 | 2.8% |
| Ruger | Pistol | 9mm | 151,222 | 2.6% |
| S&W | Revolver | .38 | 127,002 | 2.2% |
| Ruger | Pistol | .22 | 126,255 | 2.2% |
| S&W | Pistol | .380 | 117,403 | 2.0% |
| | | **Total** | **2,256,368** | **38.6%** |

### *Southwest Border Demand Letter 3 MSR*

As reflected in Table SD-19, from 2016 – 2020, ATF received 40,642 MSRs from FFLs in SWB states under the DL3.  These MSRs involved the transfer of 95,175 rifles, representing approximately 2.3 rifles per MSR.

*Table SD-19: Total DL3 MSRs and Associated Firearms by State, 2016 – 2020*[55]

| State | 2016 | | 2017 | | 2018 | | 2019 | | 2020 | | 2016 - 2020 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # MSRs | # Rifles Involved | # MSRs | # Rifles Involved | # MSRs | # Rifles Involved | # MSRs | # Rifles Involved | # MSRs | # Rifles Involved | Total # MSRs | Total # Rifles Involved |
| AZ | 1,629 | 4,030 | 1,223 | 2,912 | 1,022 | 2,367 | 1,028 | 2,413 | 1,128 | 2,554 | 6,030 | 14,276 |
| CA | 6,889 | 15,689 | 1,760 | 4,321 | 949 | 2,129 | 989 | 2,238 | 888 | 2,045 | 11,475 | 26,422 |
| NM | 414 | 999 | 268 | 662 | 330 | 768 | 291 | 672 | 267 | 579 | 1,570 | 3,680 |
| TX | 6,435 | 15,121 | 3,623 | 8,553 | 3,921 | 9,463 | 3,672 | 8,595 | 3,916 | 9,065 | 21,567 | 50,797 |
| **Total** | **15,367** | **35,839** | **6,874** | **16,448** | **6,222** | **14,727** | **5,980** | **13,918** | **6,199** | **14,243** | **40,642** | **95,175** |

As reflected in Table SD-19a, FFLs in Texas reported more than 53% (21,567) of the DL3 MSRs and accounted for more than 53% (50,797) of the rifles associated with MSRs in the SWB between 2016 and 2020.

*Table SD-19a:  Total Percentage of DL3 MSRs and Associated Rifles by State, 2016 – 2020*

| State | # of MSRs | % Total of MSRs | # of Rifles | % Total of Rifles |
|---|---|---|---|---|
| TX | 21,567 | 53.1% | 50,797 | 53.4% |
| CA | 11,475 | 28.2% | 26,422 | 27.8% |
| AZ | 6,030 | 14.8% | 14,276 | 15.0% |
| NM | 1,570 | 3.9% | 3,680 | 3.9% |
| **Total** | **40,642** | **100.0%** | **95,175** | **100.0%** |

### *DL3 MSR SWB Trends*

From 2016-2018, DL3 MSRs decreased and then between 2019 and 2020 reporting increased.   As reflected in Table SD-19b, the largest decrease in DL3 MSRs occurred between 2016 and 2017 when MSRs decreased by over 55% and the numbers of rifles associated with the MSRs decreased by 54%.  Conversely, from 2019 to 2020 MSRs increased by 4% and the numbers of firearms increased by over 2%.

*Table SD-19b:  DL3 MSRs and Associated Rifles with YOY Percentage Change, 2016 – 2020*

| Years | # of MSRs & Rifles with YOY % Change | AZ | CA | NM | TX | Total |
|---|---|---|---|---|---|---|
| 2016 | # of MSRs | 1,629 | 6,889 | 414 | 6,435 | **15,367** |
| 2016 | # of Rifles | 4,030 | 15,689 | 999 | 15,121 | **35,839** |
| 2016 to 2017 | % Change MSRs | -24.9% | -74.5% | -35.3% | -43.7% | **-55.3%** |
| 2016 to 2017 | % Change Rifles | -27.7% | -72.5% | -33.7% | -43.4% | **-54.1%** |
| 2017 | # of MSRs | 1,223 | 1,760 | 268 | 3,623 | **6,874** |
| 2017 | # of Rifles | 2,912 | 4,321 | 662 | 8,553 | **16,448** |
| 2017 to 2018 | % Change MSRs | -16.4% | -46.1% | 23.1% | 8.2% | **-9.5%** |
| 2017 to 2018 | % Change Rifles | -18.7% | -50.7% | 16.0% | 10.6% | **-10.5%** |
| 2018 | # of MSRs | 1,022 | 949 | 330 | 3,921 | **6,222** |
| 2018 | # of Rifles | 2,367 | 2,129 | 768 | 9,463 | **14,727** |
| 2018 to 2019 | % Change MSRs | 0.6% | 4.2% | -11.8% | -6.4% | **-3.9%** |

Compendium_Klarevas
Page 168

| | | | | | |
|---|---|---|---|---|---|
| 2018 to 2019 | % Change Rifles | 1.9% | 5.1% | -12.5% | -9.2% | **-5.5%** |
| 2019 | # of MSRs | 1,028 | 989 | 291 | 3,672 | **5,980** |
| 2019 | # of Rifles | 2,413 | 2,238 | 672 | 8,595 | **13,918** |
| 2019 to 2020 | % Change MSRs | 9.7% | -10.2% | -8.2% | 6.6% | **3.7%** |
| 2019 to 2020 | % Change Rifles | 5.8% | -8.6% | -13.8% | 5.5% | **2.3%** |
| 2020 | # of MSRs | 1,128 | 888 | 267 | 3,916 | **6,199** |
| 2020 | # of Rifles | 2,554 | 2,045 | 579 | 9,065 | **14,243** |
| | **Total MSRs** | **6,030** | **11,475** | **1,570** | **21,567** | **40,642** |
| | **Total Rifles** | **14,276** | **26,422** | **3,680** | **50,797** | **95,175** |

### *DL3 MSR Firearm Calibers*

For the period 2016 through 2020, ten rifle calibers represent over 93% of the 95,175 rifles reported in DL3 MSRs. As reflected in Table SD-20a, 5.56mm rifles represented almost 43% (40,785) of the rifles reported by FFLs in the SWB states. Three calibers, 5.56mm, 7.62, and .223 accounted for over 68% (65,060) of the total 95,175 rifles reported.

*Table SD-20a:  Top Ten Calibers for DL3 MSR Associated Rifles, 2016 – 2020*

| Caliber | AZ<br>% of Rifles<br>Involved | CA<br># of Rifles<br>Involved | NM<br># of Rifles<br>Involved | TX<br># of Rifles<br>Involved | Total<br>Rifles Involved | % Total<br>Rifles Involved |
|---|---|---|---|---|---|---|
| 5.56 | 6,281 | 11,200 | 1,448 | 21,856 | 40,785 | 42.9% |
| 7.62 | 2,342 | 5,111 | 412 | 6,812 | 14,677 | 15.4% |
| .223 | 1,558 | 1,872 | 474 | 5,694 | 9,598 | 10.1% |
| .308 | 972 | 2,422 | 250 | 3,599 | 7,243 | 7.6% |
| MULTI | 802 | 1,424 | 370 | 3,650 | 6,246 | 6.6% |
| .9 | 670 | 2,099 | 162 | 1,947 | 4,878 | 5.1% |
| .300 | 197 | 189 | 69 | 1,289 | 1,744 | 1.8% |
| 6.5 | 147 | 114 | 72 | 1,072 | 1,405 | 1.5% |
| .45 | 167 | 502 | 42 | 525 | 1,236 | 1.3% |
| 30-06 | 157 | 275 | 50 | 559 | 1,041 | 1.1% |
| **Top Ten Subtotal** | **13,293** | **25,208** | **3,349** | **47,003** | **88,853** | **93.4%** |
| **% of SWB Rifles** | **93.1%** | **95.4%** | **91.0%** | **92.5%** | **93.4%** | |
| **All Other Calibers** | **6.9%** | **4.6%** | **9.0%** | **7.5%** | **6.6%** | **6.6%** |
| **Total** | **14,276** | **26,422** | **3,680** | **50,797** | **95,175** | **100.0%** |

See Table SD-20 in Appendix SD   Sales and Distribution for a breakdown of MSRs and associated rifles by SWB state and caliber between 2016 and 2020.

### *DL3 MSR Firearm Manufacturers/Calibers*

Table SD-21 reflects the top ten DL3 MSR associated rifles by manufacturer/caliber combination. These ten rifles account for nearly 32% (30,365) of the 95,175 rifles reported in DL3 MSRs between 2016 and 2020.

Among the top ten manufacturers, the 5.56mm caliber rifles represented the dominant caliber encompassing 75% (22,792) of the 30,365 rifles, with Smith & Wesson and Sturm Ruger representing almost 42% (12,724) of that total.

*Table SD-21:  Top Ten DL3 MSR Associated Rifles by Manufacturer/Caliber Combination, 2016 – 2020*

| Manufacturer | Caliber | # of Rifles | % of Total DL3 Rifles |
|---|---|---|---|
| Smith & Wesson | 5.56 | 7,435 | 7.8% |
| Sturm, Ruger & Company, Inc. | 5.56 | 5,289 | 5.6% |
| Century Arms International | 7.62 | 3,723 | 3.9% |
| Colt | 5.56 | 3,414 | 3.6% |
| DPMS Inc. | .223 | 2,408 | 2.5% |
| DPMS Inc. | 5.56 | 1,796 | 1.9% |
| Diamondback Arms, Inc. | 5.56 | 1,751 | 1.8% |
| Anderson Manufacturing | 5.56 | 1,580 | 1.7% |
| Bushmaster Firearms | 5.56 | 1,527 | 1.6% |
| Anderson Manufacturing | MULTI | 1,442 | 1.5% |
| **Total** | | **30,365** | **31.9%** |

As reflected in Table SD-22, from 2016 to 2020, the top ten manufacturers of 5.56mm rifles reported on DL3 MSRs account for nearly 66% (26,873) of the total 40,785 5.56mm caliber rifles reported in DL3 MSRs.

*Table SD-22:  Top Ten DL3 MSR Associated Rifles with a 5.56 Caliber by Manufacturer, 2016 – 2020*

| Manufacturer | # of Rifles | % of Total DL3 Rifles |
|---|---|---|
| Smith & Wesson | 7,435 | 18.2% |
| Sturm, Ruger & Company, Inc. | 5,289 | 13.0% |
| Colt | 3,414 | 8.4% |
| DPMS Inc. | 1,796 | 4.4% |
| Diamondback Arms, Inc. | 1,751 | 4.3% |
| Anderson Manufacturing | 1,580 | 3.9% |
| Bushmaster Firearms | 1,527 | 3.7% |
| American Tactical Imports - ATI | 1,403 | 3.4% |
| Del-Ton, Inc. | 1,358 | 3.3% |
| Sig Sauer (Sig-Arms) | 1,320 | 3.2% |
| **Top Ten Subtotal** | **26,873** | **65.9%** |
| **All Other Manufacturers** | **13,912** | **34.1%** |
| **Total** | **40,785** | **100.0%** |

## MSR Summary

From 2016 to 2020, FFLs reported 2,538,875 MSRs involving 5,840,068 firearms. The average number of firearms per MSR transaction was approximately 2.3 firearms.  Overall, during this five-year period, MSRs decreased by 3% and the number of firearms associated with them decreased by less than 1%. However, between 2019 and 2020, MSRs drastically increased by nearly 29% and the number of firearms associated increased by more than 24%.

Further analysis showed that FFLs in ten states accounted for 51% of the MSRs and 51% of the firearms associated with those transactions for the period.  Texas and Florida accounted for approximately 20% of all reported MSRs. Pistols and revolvers accounted for 98% of the total firearms reported in MSRs during the period. The most dominant caliber associated with MSRs was 9mm, accounting for just over 41% of the total. Ten firearm manufacturer/type/caliber combinations, accounted for 39% of the total firearms that were reported by FFLs across the states and territories for the period.

5/5/2022

From 2016 to 2020, ATF received 40,642 DL3 MSRs from FFLs in SWB states.  These MSRs involved 95,175 firearms, representing approximately 2.3 rifles per MSR.  Further analysis of the DL3 MSRs indicated the DL3 MSRs decreased significantly from 2016 to 2018 (-55%) and then increased modestly (4%) between 2019 and 2020.  Ten rifle calibers represented over 93% of the rifles reported in DL3 MSRs.  Three of the ten calibers, 5.56, 7.62 and .223 accounted for over 68% of the total rifles associated with DL3 MSRs.  Ten manufacturer/caliber cobinations (5.56mm, 7.62mm and .223 cal.) represented over 32% (30,365) of the 95,175 rifles reported in DL3 MSRs.

# PART VI:
# Price of Small Arms and Small Arms Ammunition

As part of the Producer Price Index (PPI), the Bureau of Labor Statistics compiles the selling prices received by domestic producers of "small arms" at the wholesale level, along with prices of ammunition[56]. The PPI represents the best available price data for domestic manufactures. Retail prices paid by consumers may follow a somewhat different trajectory than prices received by producers. The retail prices for small arms are not reported separately in the CPI.[57]

Figure SA-01 displays the trajectories of producer prices for small arms, small arms ammunition, and all consumer goods (excluding food and energy) between 2000 and 2020. Each point on the small arms line represents the amount charged by producers for merchandise that would have cost $100 in the year 2000; a similar interpretation applies to the other two lines for small arms ammunition and for all consumer goods. As can be seen, producer prices of consumer goods rose substantially over this period, some 52% by 2020. Prices for small arms rose by 31% during this period, whereas ammunition increased by 145%. Much of the extraordinary increase in ammunition prices occurred during the period 2004 to 2011, during which time prices doubled.

*Figure SA-01:  Producer Prices for Small Arms, Small Arms Ammunition, and Consumer Goods[58]*



Figure SA-02 displays producer prices for small arms and small arms ammunition relative to prices for all consumer goods between 2000 and 2020. This graph illustrates that after 2004, small arms became less expensive relative to producer prices for other consumer goods, while ammunition became much more expensive.

Compendium_Klarevas
Page 172

*Figure SA-02:  Relative Price of Small Arms and Small Arms Ammunition*[59]



See Table SA-01 in Appendix SA – Small Arms and Ammunition for a detailed listing of PPI values, adjusted PPI values, and relative price of small arms, small arms ammunition, and consumer goods from 2000 to 2020.

# PART VII:
# National Firearms Act (NFA)

## Overview and Amendments

The NFA was originally enacted in 1934. The Act imposes a tax on the making and transfer of weapons defined by the Act, as well as a special occupational tax (SOT) on persons and entities engaged in the business of importing, manufacturing, and dealing in NFA weapons. The law also required the registration of all NFA weapons with the Secretary of the Treasury[60]. Weapons subject to the 1934 Act included shotguns having barrels less than 18 inches in length, rifles having barrels less than 16 inches in length, certain weapons described as "any other weapons," machineguns, and silencers.

Although enacted as part of the Internal Revenue Code, the legislative history of the NFA demonstrates that its purpose extended beyond revenue collection and included a goal of curtailing transactions in NFA weapons. Congress found these weapons to pose a significant crime problem because of their frequent use in crime, particularly the gangland crimes of that era such as the St. Valentine's Day Massacre. The $200 making and transfer taxes imposed on most NFA weapons was at the time essentially equivalent to the cost to purchase those weapons. Congress set the tax at this level to discourage transactions of these weapons. The $200 tax has not changed since 1934. If adjusted to current values using the CPI the tax would be approximately $4,200 in 2022.

As structured in 1934, the NFA imposed a duty on persons transferring NFA weapons, as well as mere possessors of unregistered weapons, to register them with the Secretary of the Treasury. If the possessor of an unregistered firearm applied to register the firearm as required by the NFA, the Treasury Department could supply information to state authorities about the registrant's possession of the firearm. state authorities could then use the information to prosecute the person whose possession violated State laws. For these reasons, the Supreme Court in 1968 held in *Haynes v. United States, 390 U.S. 85 (1968)* that a person prosecuted for possessing an unregistered NFA weapon had a valid defense to the prosecution — the registration requirement imposed on the possessor of an unregistered firearm violated the possessor's privilege from self-incrimination under the Fifth Amendment of the U.S. Constitution. The *Haynes* decision made the 1934 Act virtually unenforceable.

### Title II of the Gun Control Act (GCA) of 1968

Title II of the GCA of 1968 amended the NFA to remedy the constitutional flaw identified by the Supreme Court in *Haynes*. First, the requirement for possessors of unregistered weapons to register was removed. Under Title II, no mechanism exists to register an unlawfully possessed NFA weapon. Second, a provision was added to the law prohibiting the use of any information from an NFA application or registration as evidence against the person in a criminal proceeding with respect to a violation of law occurring prior to or concurrently with the filing of the application or registration. In 1971. the Supreme Court reexamined the NFA in *United States v. Freed, 401 U.S. 601 (1971)* and found that the 1968 amendments cured the constitutional defect in the original NFA.

Title II also amended the NFA definitions of "firearm" by adding "destructive devices" and expanding the definition of "machinegun."

### *Firearm Owners' Protection Act*

In 1986, the Firearm Owners Protection Act (FOPA) amended the NFA definition of "silencer" by adding combinations of parts for silencers and any part intended for use in the assembly or fabrication of a silencer. FOPA also amended the GCA to prohibit the transfer or possession of machineguns. Exceptions were made for transfers of machineguns to, or possession of machineguns by, government agencies, and those lawfully possessed before the effective date of the prohibition, May 19, 1986.

## NFA Forms and Reporting Requirements

To make an NFA weapon, a person must first file an ATF Form 1, *Application to Make and Register a Firearm with the corresponding tax payment and receive approval from ATF*. To transfer a registered NFA weapon to another person, the transferee must first file an ATF Form 4, *Application for Tax Paid Transfer and Registration of Firearm*, and receive approval from ATF. Applications to make or transfer a firearm will not be approved if federal, state, or local law prohibits the making or possession of the firearm.

The tax is $200 (Form 1 and 4) for the transfer of any firearm except a firearm classified as an "Any Other Weapon" which is $5. An unserviceable NFA weapon, except a machinegun, may be transferred as a curio or ornament without payment of the transfer tax.

A person may become a qualified manufacturer, importer, or dealer of NFA weapons by acquiring the required FFL needed for their desired activity. Upon obtaining the FFL, they may then apply for Special Occupational Tax (SOT). A dealer's yearly SOT rate is $1,000. A manufacturer and importer's yearly SOT is $1,000. A manufacturer or importer may apply as a reduced rate taxpayer if their gross annual income is less than $500,000. This would not be firearm specific income, but rather all income generated under that entity. A new taxpayer who has never generated income in one tax year, would be eligible to apply for the reduced rate. When applying on ATF Form 5630.7, a taxpayer would indicate under "Section II- Tax Computation" which tax class they are applying for in a given tax year. Proof of gross income is retained in the taxpayers' records and are to be provided to an industry operations investigator (IOI) during an audit/inspection. Proof is not required when applying for SOT.

Table N-01 provides a description for each form utilized by unlicensed individuals, FFLs, and government entities to manufacture, register, import, or export an NFA weapon.

*Table N-01:  ATF NFA Forms*

| ATF NFA Forms | Title | Description |
|---|---|---|
| Form 1 | Application to Make and Register a Firearm (ATF Form 5320.1) | Filed by an individual or entity to get approval to make and register an NFA weapon |
| Form 2 | Notice of Firearms Manufactured or Imported (ATF Form 5320.2) | Filed by a qualified manufacturer or importer to register NFA weapons manufactured or imported |

| Form 3 | Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act) (ATF Form 5320.3) | Filed by a qualified FFL to transfer to another qualified FFL |
|---|---|---|
| Form 4 | Application for Tax Paid Transfer and Registration of a Firearm (ATF Form 5320.4) | Filed by a qualified FFL to transfer to an individual or other entity (non-licensee) |
| Form 5 | Application for Tax-Exempt Transfer of Firearms and Registration of Firearm (ATF Form 5320.5) | Filed by a current registrant when firearm is being transferred to or from a government entity, from an estate to a beneficiary, or for transfers by operation of law, or when transferring an unserviceable firearm |
| Form 9 | Application and Permit for Permanent Exportation of Firearms (ATF Form 5320.9) | Filed by a qualified federal FFL for the exportation of NFA weapons |
| Form 10 | Application for Registration of Firearms Acquired by Certain Governmental Entities (ATF Form 5320.10) | Filed by state or local government agencies to register unregistered NFA weapons they acquire and want to use for official business |
| Form 5320.20 | Application to Transport or to Temporarily Export Certain NFA Firearms | Used to obtain permission to temporarily or permanently move your (NFA) machinegun, short-barreled rifle or short-barreled shotgun, or destructive device interstate |
| Form 5630.7 | Special Tax Registration and Return | FFLs who engage in importing, manufacturing, or dealing in NFA firearms are required to file this form and pay the SOT, an annual tax that begins on July 1 and ends June 30 |

## NFA Tax Revenue

All tax revenue collected by the NFA as part of the Form 1, Form 4, and the SOT (including penalties and interest) is deposited into the General Treasury Fund. ATF receives no direct funds from NFA tax revenue collected.

## NFA Applications Received

The annual number of NFA applications received by ATF more than doubled from 2000 (41,412) to 2010 (95,674). This growth was modest relative to the increase in yearly NFA applications over the next six years. As reflected in Figure N-01, the annual number of NFA applications received by ATF increased by almost 450% between 2010 (95,674) and 2016 (525,583). The increase in 2016 was due in large part to the implementation of the 41F regulation change. The goal of Final Rule 41F was to ensure that identification and background check requirements apply equally to individuals, trusts, and legal entities who apply to make or receive NFA weapons. Final Rule 41F became effective on July 13, 2016. ATF received a large influx of applications in the months leading up to this date as applicants attempted to

submit applications prior to the effective date. This was followed by a 49% decrease in 2017 (268,589). Over the next two years, the number of NFA applications steadily increased and then surged by 42% between 2019 (388,065) and 2020 (551,074).

*Figure N-01:  Annual NFA Applications Received, 2010 – 2020*



See Table N-02 in Appendix N - NFA for the total number of NFA applications received by year between 2000 and 2020.

### NFA eForm Platform

In August 2013, ATF established an internet portal to receive NFA applications electronically.[61]  This system is commonly referred to as "eForms".  As reflected in Figure N-02, the number of eForm applications steadily increased between 2013 and 2020.  In 2013, eForms accounted for slightly less than 10% of the total number of NFA applications received by ATF (20,207 of 208,053).  By 2020, eForms accounted for 48% of the total number of NFA applications received by ATF (264,400 of 551,074).  The number of eForm NFA applications in 2020 (264,400) was more than thirteen times the number of eForms received in 2012 (20,207).

Compendium_Klarevas
Page 177

*Figure N-02:  Annual NFA Applications Received by Submission Method, 2010 – 2020*



See Table N-02 in Appendix N - NFA for the total number of NFA applications received by submission method between 2000 and 2020.

### *NFA Applications Received by Type of Form*

ATF Form 4 and ATF Form 3 account for the largest share of NFA applications received by ATF on an annual basis. As reflected in Table N-03a, ATF Form 4 applications represented almost 46% (251,936) and Form 3 applications represented about 37% (203,527) of total NFA applications (551,074) received by ATF in 2020.  All NFA application types grew in number between 2010 and 2020 except for ATF Form 10.  The number of ATF Form 10 applications declined by almost 71% between 2010 (1,453) and 2020 (429).  The largest percentage increases by type of NFA applications between 2010 and 2020 were generated by ATF Form 1 (+754%), ATF Form 4 (+636%), ATF Form 3 (+545%), and ATF Form 5320.20 (+331%).

*Table N-03a:  NFA Applications Received by Form Type – 2010, 2020*

| ATF Form Type | 2010 | % Total | 2020 | % Total | 2010 - 2020 % Change |
|---|---|---|---|---|---|
| Form 1 | 5,291 | 5.5% | 45,205 | 8.2% | 754.4% |
| Form 2 | 7,569 | 7.9% | 15,996 | 2.9% | 111.3% |
| Form 3 | 31,558 | 33.0% | 203,527 | 36.9% | 544.9% |
| Form 4 | 34,243 | 35.8% | 251,936 | 45.7% | 635.7% |
| Form 5 | 10,568 | 11.0% | 14,352 | 2.6% | 35.8% |
| Form 9 | 1,037 | 1.1% | 2,571 | 0.5% | 147.9% |
| Form 10 | 1,453 | 1.5% | 429 | 0.1% | -70.5% |
| Form 5320.20 | 3,955 | 4.1% | 17,058 | 3.1% | 331.3% |
| **Total** | **95,674** | **100.0%** | **551,074** | **100.0%** | **476.0%** |

Compendium_Klarevas
Page 178

See Table N-03 in Appendix N - NFA for the total number of NFA applications received by ATF form type for 2000    2020.

## NFA Application Processing

ATF National Firearms Act Division is responsible for the administration of the NFA and maintains the National Firearms Registration and Transfer Record (NFRTR), the central registry of all NFA weapons in the U.S. The NFA Division acts on all applications to make, export, transfer and register NFA weapons; processes notices of NFA weapons manufactured or imported; and amends the NFRTR as required.

ATF personnel make final determinations on the approval of all NFA applications.  The following is a broad overview of the application processing steps for both paper and eForm applications.

### *Tax Paid Applications (Form 1 and Form 4)*

#### *Paper Applications*

- Application mailed with required fingerprint cards and photo to lockbox for payment processing
- Application received at the NFA Division from the lockbox and data entered
- Background check conducted
- Application reviewed and research completed
- Application final review and adjudication
- Application final disposition (approved or denied)

#### *eForm Applications*

- Licensee accesses the ATF eForm system
- Licensee and transferee (purchaser) complete the ATF eForm
- Electronic fingerprint cards and photo may be uploaded and attached to the application or paper cards can be mailed in to the NFA Division (Applicant will have 10 days to submit paper prints)
- Application is validated for completeness
- The applicant is transferred to www.pay.gov for payment of the tax liability ($5 or $200)
- Application is submitted and automatically entered in the NFRTR system
- Background check conducted
- Application final review and adjudication
- Application final disposition (approved or denied)

### *Non-Tax Paid Applications (Forms 2, 3, 5, 9, 10, and 5320.20)*

#### *Paper Applications*

- Application mailed (or emailed/faxed) directly to the NFA Division
- Application data entered
- Application reviewed and research completed

- Application final review and adjudication
- Application final disposition (approved or denied)

*eForm Applications*

- Licensee accesses the ATF eForm system and form is completed
- Application is validated for completeness
- Application is submitted and automatically entered in the NFRTR system
- Application final review and adjudication
- Application final disposition (approved or denied)

### NFA Applications Processed by Submission Method

Between 2016 and 2020, ATF processed 2,012,836 NFA applications. Paper form applications accounted for 64% (1,284,342 of 2,012,836) and eForm applications accounted for 36% (728,494 of 2,012,836) of the total number of NFA applications processed during this five-year period. As Figure N-03 shows, the percentage of eForms processed increased from about 16% of total NFA applications processed in 2016 (65,500 of 402,158) to nearly 48% of total NFA applications processed in 2020 (256,453 of 536,912).

*Figure N-03:  Annual NFA Applications Processed by Submission Method, 2016 – 2020*



See Table N-04 in Appendix N - NFA for the total number of total NFA applications processed by submission method between 2000 and 2020.

### NFA Applications Processed by Form Type

As reflected in Figure N-04, ATF Form 4 applications were the most frequently processed (40%), followed by Form 3 (36%) between 2016 and 2020.

Compendium_Klarevas
Page 180

*Figure N-04: NFA Applications Processed by Form Type, 2016 – 2020*



See Table N-05 in Appendix N - NFA for the total number of NFA applications processed by ATF form type between 2000 and 2020.

### NFA Applications Processed and Approved

Since 2000, ATF has processed and approved an average of more than 95% of correctly submitted NFA applications received each year. More specifically, regarding eligible applications[62] received between 2016 and 2020 (2,058,325), ATF has processed and approved 95% of those applications (1,955,063) as of March 26, 2022. Moreover, nearly two-thirds of the processed and approved applications were submitted via paper forms (1,282,245) and one-third of the processed and approved were submitted via eForms (672,818) (See Table N-06a for additional details).

*Table N-06a:  Total Correctly Submitted NFA Applications Received, Processed, and Approved by Submission Method, 2016 – 2020*

| Year | Total Correctly Submitted Applications Received | Processed and Approved eForm Applications | Processed and Approved Paper Form Applications | Total Processed and Approved Applications | Processed and Approved Rate |
|---|---|---|---|---|---|
| 2016 | 524,410 | 70,391 | 430,549 | 500,940 | 95.5% |
| 2017 | 264,352 | 70,336 | 177,322 | 247,658 | 93.7% |
| 2018 | 345,620 | 129,104 | 198,400 | 327,504 | 94.8% |
| 2019 | 383,304 | 161,726 | 204,135 | 365,861 | 95.4% |
| 2020 | 540,639 | 241,261 | 271,839 | 513,100 | 94.9% |
| Total | 2,058,325 | 672,818 | 1,282,245 | 1,955,063 | 95.0% |

See *Table N-06 in Appendix N – NFA* for the total number of NFA applications received annually and eligible to be processed by submission method and its corresponding approval rates by year between 2000 and 2020.

## *NFA Form Processing - Staffing Levels*

As reflected in Figure N-05, the number of NFA applications has increased substantially since 2010; however, the number of ATF examiners responsible for initial processing of these applications has not kept pace with the increased demand.  In 2010, there were approximately 10,630 applications received per ATF examiner, and in 2020, there were approximately 13,441 applications received per examiner.

*Figure N-05:  Applications Received Compared to Number of ATF Examiners, 2010 – 2020*



See Table N-02 in Appendix N - NFA for the total number of NFA applications received by year between 2000 and 2020.

## *NFA Application Processing Times*

Figure N-06 presents the average number of processing days by submission method between 2016 and 2020.  Both paper and eForm tax paid (ATF Form 1 and ATF Form 4) application processing times were adversely affected by the unprecedented number of forms received following the implementation of the Final Rule 41F regulation change in 2016. In every year, the number of days to process an approved eForm submission was shorter than the number of days to process an approved paper form submission. In 2020, the average number of days to process an approved NFA eForm application was slightly more than 8 days as compared to the nearly 154 days to process an approved paper form.

Compendium_Klarevas
Page 182

*Figure N-06:  Average Processing Days for Approved NFA Applications Processed by Submission Method, 2016 – 2020*



*NFA Application Processing Times by Form and Submission Method*

Up until December 2021, it was not possible for applicants to submit an ATF Form 4 via eForm. In addition, Form 5320.20 is not yet available as an eForm application. As Table N-07 reflects, approved ATF Form 4 paper applications had the longest average number of processing days relative to other approved NFA paper forms between 2016 and 2020. The long processing time for approved ATF Form 4 applications accounts for some of the large disparity in annual average processing times between approved eForms and approved paper forms shown in Figure N-06. Nevertheless, for all NFA application types that have eForm submissions available, the average daily processing time is much faster when compared to the average daily processing time for paper forms.

*Table N-07:  Average Processing Days for Approved NFA Applications Processed by Form Type and Submission Method, 2016 – 2020*

| Year / App Type | Form 1 | Form 2 | Form 3 | Form 4 | Form 5 | Form 9 | Form 10 | Form 5320.20 |
|---|---|---|---|---|---|---|---|---|
| **2016** | | | | | | | | |
| Paper form | 269.0 | 22.0 | 38.2 | 259.9 | 38.4 | 22.0 | 22.1 | 14.9 |
| eForm | 203.9 | 5.8 | 30.5 | N/A | 29.8 | 24.6 | 8.5 | N/A |
| **2017** | | | | | | | | |
| Paper form | 226.6 | 14.1 | 28.3 | 234.1 | 29.6 | 17.3 | 17.7 | 22.7 |
| eForm | 52.9 | 4.4 | 13.7 | N/A | 8.9 | 13.5 | 4.8 | N/A |
| **2018** | | | | | | | | |
| Paper form | 164.7 | 9.0 | 10.4 | 278.7 | 31.0 | 8.2 | 12.5 | 9.7 |
| eForm | 42.9 | 1.9 | 2.7 | N/A | 2.2 | 2.1 | 1.2 | N/A |
| **2019** | | | | | | | | |
| Paper form | 101.2 | 13.4 | 9.2 | 224.8 | 17.8 | 9.2 | 9.9 | 8.7 |
| eForm | 30.1 | 3.2 | 4.2 | N/A | 2.2 | 2.8 | 4.3 | N/A |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **2020** | | | | | | | | |
| Paper form | 100.7 | 15.6 | 11.8 | 167.5 | 25.9 | 12.2 | 14.2 | 9.7 |
| eForm | 42.5 | 2.0 | 3.3 | N/A | 2.3 | 2.5 | 2.4 | N/A |

### *Factors Affecting Processing of NFA Applications*

While the eForm process has significantly reduced processing times for those forms submitted via the internet platform, the continued growth in the number of forms submitted has limited the impact of reducing the overall pending volume. Nearly all NFA applications submitted between 2010 and 2020 have been processed. As Table N-08 shows, only paper form NFA applications submitted between 2010 and 2020 are pending processing as of March 25, 2022. ATF received 670,862 NFA applications in 2021. Roughly 29% of 2021 NFA applications are pending further processing (194,346). Of these pending NFA applications, more than 99% were submitted via paper form (193,494).

*Table N-08:  Processing Status of NFA Applications Received, 2010 – 2021*

| Year | Applications Received | Pending eForms | Pending Paper Forms | Processed Applications | % Processed |
|---|---|---|---|---|---|
| 2010 | 95,674 | 0 | 0 | 95,674 | 100.00% |
| 2011 | 124,199 | 0 | 0 | 124,199 | 100.00% |
| 2012 | 165,508 | 0 | 1 | 165,507 | 100.00% |
| 2013 | 208,053 | 0 | 11 | 208,042 | 99.99% |
| 2014 | 232,602 | 0 | 265 | 232,337 | 99.89% |
| 2015 | 327,673 | 0 | 148 | 327,525 | 99.95% |
| 2016 | 525,583 | 0 | 132 | 525,451 | 99.97% |
| 2017 | 268,589 | 0 | 229 | 268,360 | 99.91% |
| 2018 | 350,929 | 0 | 101 | 350,828 | 99.97% |
| 2019 | 388,065 | 0 | 50 | 388,015 | 99.99% |
| 2020 | 551,074 | 0 | 45 | 551,029 | 99.99% |
| 2021 | 670,862 | 852 | 193,494 | 476,516 | 71.03% |
| **Total** | **3,908,811** | **852** | **194,476** | **3,713,483** | **95.00%** |

Moreover, as Figure N-07 reflects, slightly more than 99% of the pending 2010-2021 NFA applications (195,328) were ATF Form 4 (193,881).  See Table N-09 in Appendix N - NFA for the detailed listing of NFA pending applications by ATF form type between 2010 and 2021.

*Figure N-07:  Pending NFA Applications Received by Form Type, 2010 – 2021*

Compendium_Klarevas
Page 184



As of March 31, 2022, there are 312,652 NFA applications pending.  Based on 2020 examiner staffing levels, there are approximately 7,625 applications awaiting review per examiner.  Significantly, no backlog existed in 2010. ATF's experience indicates that once the paper form backlog is resolved, eForms will substantially increase the efficiency of application processing and further reduce processing times.

Moreover, resource demands on the NICS section of the FBI have adversely affected processing times.  In recent years, NICS has experienced unprecedented high volumes of incoming transactions. As a result, NICS completions of background checks for NFA applications has been adversely affected.

## NFA Applications Received and Associated Weapons

NFA applications submitted by FFLs often involve more than one weapon; and there is no limit to the number of weapons that can be included on these applications.  ATF Form 1 and ATF Form 4 applications submitted by non-licensed applicants, however, are generally limited to a single weapon.  As reflected in Figure N-08, ATF received 2,073,274 applications involving the registration or transfer of 10,074,968 NFA weapons between 2016 and 2020[63]. This represents an average of roughly five NFA weapons for each application submitted to ATF. After a high of nearly 2.6 million weapons on some 525,000 applications in 2016, the number of applications and weapons dropped to slightly more than 1.3 million weapons on almost 269,000 applications in 2017.  The number of NFA applications and weapons then steadily increased between 2018 and 2020.

*Figure N-08:  NFA Applications Received and Associated Weapons, 2016 – 2020*

Compendium_Klarevas
Page 185



See Table N-10 in Appendix N - NFA for the detailed listing of NFA applications received and associated weapons by form type for 2016 – 2020.

### *NFA Applications Received and Weapon Type Distribution*

Figure N-09 presents the distribution of NFA weapon types for the 10,074,968 NFA weapons associated with the 2,073,274 applications received between 2016 and 2020.  Silencers (42%) and destructive devices (39%) accounted for the majority of NFA weapons listed on these applications.

*Figure N-09:  Weapon Type Distribution on NFA Applications Received, 2016 – 2020*



See Table N-11 in Appendix N - NFA for the detailed listing of the total number of associated weapons listed on NFA applications received by weapon type for 2016 – 2020.

### *NFA Applications Received and Weapon Type Distribution by Form Type*

Of the NFA applications submitted between 2016 and 2020, 1,118,269 were either ATF Form 1 or ATF Form 4 applications submitted by non-licensed applicants.  The applications involved 1,120,792 weapons. As Table N-12a reflects, silencers were by far the dominant NFA weapon included on applications submitted by non-licensed applicants during this time, and SBRs were a distant second.  Over this five-year period, NFA applications included 898,805 silencers and 175,905 SBRs.

*Table N-12a:  Total Number of Weapons Listed on Form 1 and Form 4 Applications Received by Weapon Type, 2016 – 2020*

| NFA Weapon Type | Associated Weapons Listed on ATF Form 1 | Associated Weapons Listed on ATF Form 4 | Total Number of Associated Weapons | % Total |
|---|---|---|---|---|
| Silencer | 29,965 | 868,840 | 898,805 | 80.2% |
| Short Barrel Rifle | 138,294 | 37,611 | 175,905 | 15.7% |
| Machinegun | 211 | 28,860 | 29,071 | 2.6% |
| Short Barrel Shotgun | 5,112 | 4,385 | 9,497 | 0.8% |
| Any Other Weapon | 385 | 4,285 | 4,670 | 0.4% |
| Destructive Device | 1,581 | 1,263 | 2,844 | 0.3% |
| **Total** | **175,548** | **945,244** | **1,120,792** | **100.0%** |

See Table N-12 in Appendix N - NFA for the detailed listing of the total number of associated weapons listed by form and weapon type for 2016 – 2020.

*ATF Form 1 and Associated Weapons*

As reflected in Table N-12b, 173,185 ATF Form 1 applications were submitted to manufacture 175,548 NFA weapons between 2016 and 2020. SBRs were the dominant NFA weapon type at 79% (138,294) followed by silencers at 17% (29,965) when associated with ATF Form 1 applications.

*Table N-12b: Total Number of Weapons Listed on Form 1 Applications Received by Weapon Type, 2016 – 2020*

| NFA Weapon Type | Associated Weapons Listed on ATF Form 1 | % Total |
|---|---|---|
| Silencer | 138,294 | 78.8% |
| Short Barrel Rifle | 29,965 | 17.1% |
| Destructive Device | 5,112 | 2.9% |
| Machinegun | 1,581 | 0.9% |
| Any Other Weapon | 385 | 0.2% |
| Short Barrel Shotgun | 211 | 0.1% |
| **Total** | **175,548** | **100.0%** |

See Table N-12 in Appendix N - NFA for the detailed listing of the total number of associated weapons listed by form and weapon type for 2016 – 2020.

*ATF Form 2 and Associated Weapons*

As reflected in Table N-12c, ATF received 70,298 ATF Form 2 applications from FFLs to manufacture 3,750,282 NFA weapons between 2016 and 2020. Destructive devices were the dominant NFA weapon type at 51% (1,916,432) followed by silencers at 30% (1,102,030) and machineguns at 15% (572,063) when associated with ATF Form 2 applications.

*Table N-12c: Total Number of Weapons Listed on Form 2 Applications Received by Weapon Type, 2016 – 2020*

| NFA Weapon Type | Associated Weapons Listed on ATF Form 2 | % Total |
|---|---|---|
| Destructive Device | 1,916,432 | 51.1% |
| Silencer | 1,102,030 | 29.4% |
| Machinegun | 572,063 | 15.3% |
| Short Barrel Rifle | 135,658 | 3.6% |
| Short Barrel Shotgun | 13,520 | 0.4% |
| Any Other Weapon | 10,579 | 0.3% |
| **Total** | **3,750,282** | **100.0%** |

See Table N-12 in Appendix N - NFA for the detailed listing of the total number of associated weapons listed by form and weapon type for 2016 – 2020.

## Special Occupational Taxpayers and Associated Revenue

FFLs who engage in importing, manufacturing, or dealing in NFA weapons are required to pay SOT, an annual tax that begins on July 1st and ends June 30th. For purposes of this section, tax year 2016 is July 1, 2015 through June 30, 2016. To pay the SOT, FFLs must complete ATF Form 5630.7.[64] As reflected

in Figure N-10, the annual total number of SOT holders increased by almost 65% between 2016 (10,513) and 2020 (17,323).



*Figure N-10:  Total Annual SOT Payers by Tax Year, 2016 – 2020*

As reflected in Figure N-11, the annual number of licensed dealers who paid the SOT increased by 90% between 2016 (5,546) and 2020 (10,537).  Manufacturers who paid the SOT also increased by 39% from 2016 (4,543) to 2020 (6,310).  In contrast, the number of importers who paid the SOT only increased by a modest 12% between 2016 (424) and 2020 (476).



*Figure N-11:  Total Annual SOT Payers by Tax Class, 2016 – 2020*

See Table N-13 in Appendix N - NFA for the detailed listing of the total number of SOT Payers by tax class and year for 2016 – 2020.

Compendium_Klarevas
Page 189

The ten states with the largest number of SOT payers in 2020 are presented in Table N-14a.  These states comprise of over 43% (7,771) of the total number of SOT payers in 2020 (17,323).

*Table N-14a:  Top Ten SOT Payers by State and Tax Class, 2020*

| State | Class 1 - Importers | Class 2 - Manufacturers | Class 3 - Dealers | Total | % Total |
|-------|--------|--------|--------|--------|--------|
| Texas | 39 | 748 | 1,035 | 1,822 | 9.8% |
| Florida | 66 | 462 | 595 | 1,123 | 5.6% |
| Arizona | 30 | 407 | 276 | 713 | 2.6% |
| Pennsylvania | 17 | 210 | 457 | 684 | 4.3% |
| North Carolina | 2 | 231 | 407 | 640 | 3.9% |
| Ohio | 6 | 239 | 379 | 624 | 3.6% |
| Virginia | 45 | 197 | 363 | 605 | 3.4% |
| Georgia | 13 | 203 | 380 | 596 | 3.6% |
| Colorado | 6 | 157 | 343 | 506 | 3.3% |
| Tennessee | 6 | 131 | 321 | 458 | 3.0% |
| **Total** | **230** | **2,985** | **4,556** | **7,771** | **43.2%** |

See Table N-14 in Appendix N - NFA for the complete list of SOT payers by state and tax class in 2020.

As reflected in Table N-15, the total amount of SOT revenue paid increased by almost 19% from 2016 ($5.4 million) to 2019 ($6.4 million).  SOT revenue then declined by almost 3% from 2019 ($6.4 million) to 2020 ($6.2 million).  Between 2016 and 2020, FFLs paid $30.5 million in SOT.

*Table N-15:  SOT Revenue, 2016 – 2020*

| Tax Year | Annual SOT Revenue Paid |
|----------|--------|
| 2016 | $5,420,389.57 |
| 2017 | $5,999,015.21 |
| 2018 | $6,436,728.30 |
| 2019 | $6,439,802.84 |
| 2020 | $6,260,901.21 |
| **Total** | **$30,556,837.13** |

## Summary

The annual number of NFA applications received has grown considerably over the last twenty years with a 1,231% increase in annual applications received between 2000 (41,412) and 2020 (551,074). Between 2016 and 2020, ATF received 2,073,275 eligible applications involving the registration or transfer of 10,074,950 NFA weapons.  The most registered or transferred NFA weapons were silencers, machineguns, and destructive devices.

Between 2016 and 2020, FFLs paid more than $30 million in SOT.

To facilitate the submission of NFA applications, ATF established an internet portal to accept eForm submissions in 2013. By 2020, eForms had accounted for almost half of the total number of NFA applications received by ATF.  The average ATF processing time for paper NFA applications in 2020 was almost 154 days as compared to eForms which was about 8 days.  The substantial decrease in eForm

Compendium_Klarevas
Page 190

processing times reflects ATF's commitment to leveraging technology to facilitate lawful firearms commerce more efficiently.

# PART VIII:
# FFL Inventory Losses

## Overview and Reporting Requirements

FFLs are subject to certain requirements when it comes to reporting thefts and losses. Specifically, Title 18 U.S.C. §923(g), states that each licensee shall report the theft or loss of a firearm from the licensee's inventory within 48 hours after the theft or loss is discovered. Licensees must report such thefts or losses by preparing ATF Form 3310.11 - Federal Firearms Licensee Firearms Inventory/Firearms in Transit Theft/Loss Report. This form must be submitted to ATF and the appropriate state/local authorities.

In 2016, ATF amended 27 CFR §478.39a to clarify that when an FFL has a loss incident involving an NFA weapon, the loss must also be reported on ATF Form 3310.11. The term "loss" refers to firearms in which the licensee has a record of acquiring the firearm into their inventory but later cannot account for the disposition of the firearm. The term "theft" refers to firearms unlawfully taken during a burglary, robbery, or larceny.

A loss is also commonly referred to as "missing" from inventory. Missing firearms are generally discovered by ATF during a compliance inspection, but they can also be discovered by the FFL during an internal audit. During an ATF compliance inspection, IOIs conduct a complete verification of all firearms currently in inventory and cross reference that inventory with the licensee's required A&D record. If discrepancies are found, the IOI will work with the FFL to reconcile the discrepancy. If the discrepancy cannot be reconciled, and there is no indication the firearm was stolen, the FFL must report the firearm missing.

## Reported FFL Losses by Year

Reported FFL inventory losses occur more frequently than all reported thefts (burglaries, robberies, and larcenies) from FFLs. Between 2016 and 2020, FFLs reported 5,766 theft incidents[65] involving 39,147 firearms. In comparison, FFL inventory losses made up nearly 51% (6,052) of the reported theft and/or loss incidents and slightly less than 54% (45,346) of the total number of firearms reported lost or stolen[66] during this same period. See Table IL-01 in Appendix IL – FFL Inventory Losses for a detailed list of reported FFL thefts and/or loss incidents and the number of firearms involved in these reports between 2016 and 2020.

As reflected in Figure IL-01, the number of loss incidents has remained relatively steady each year from 2016 (1,274) to 2019 (1,354). However, between 2019 and 2020, there was a 29% decrease in the total number of loss incidents reported in 2019 (1,354) to 2020 (956). In comparison, there has been a consistent annual decrease in the number of firearms reported missing since 2017, with a 57% drop between 2017 (12,452) and 2020 (5,332).

*Figure IL-01:  Reported FFL Loss Incidents and Number of Firearms Involved, 2016 – 2020 (Excludes Type 03 and Type 06 FFLs)* [67]



As reflected in Table IL-02, the ratio of the number of reported loss incidents per FFL has remained relatively consistent during this time with an average of one reported incident for every 72 FFLs.  The highest reported incident to FFL ratio occurred in 2019 with one reported incident per 69 FFLs and the lowest ratio occurred in 2020 with one reported incident per 89 FFLs.

*Table IL-02:  Average Reported FFL Loss Incidents and Number of Firearms Involved to FFL Ratio, 2016 – 2020 (Excludes Type 03 and Type 06 FFLs)*

| Year | # of Loss Incidents | # of Firearms Involved | # of Active FFLs | Incident to FFL Ratio |
|------|------|------|------|------|
| 2016 | 1,274 | 9,290 | 88,215 | 1:69 |
| 2017 | 1,277 | 12,452 | 88,085 | 1:69 |
| 2018 | 1,191 | 11,181 | 87,320 | 1:73 |
| 2019 | 1,354 | 7,091 | 86,044 | 1:64 |
| 2020 | 956 | 5,332 | 84,937 | 1:89 |
| **Total Average** | **1,210** | **9,069** | **86,920** | **1:72** |

## Reported FFL Losses by FFL Type

As reflected in Table IL-03, an analysis of loss incidents and missing firearms reported by FFL type reveals that three FFL types, Type 01, 02 and 07, constitute 94% (5,714) of all incidents and 92% (42,216) of all missing firearms. Moreover, Type 01 FFLs accounted for 52% (3,154) of all loss incidents and 57% (26,099) of all missing firearms.

*Table IL-03:  Reported FFL Loss Incidents and Number of Firearms Involved by FFL Type, 2016 – 2020*

| FFL Type | # of Loss Incidents | % Total of Loss Incidents | # of Firearms Involved | % Total of Firearms Involved |
|---|---|---|---|---|
| 01 | 3,154 | 52.1% | 26,099 | 57.6% |
| 02 | 1,259 | 20.8% | 7,839 | 17.3% |
| 07 | 1,301 | 21.5% | 8,278 | 18.3% |
| 08 | 206 | 3.4% | 1,095 | 2.4% |
| 09 | 9 | 0.1% | 30 | <1% |
| 10 | 110 | 1.8% | 1,939 | 4.3% |
| 11 | 13 | 0.2% | 66 | <1% |
| **Total** | **6,052** | **100.0%** | **45,346** | **100.0%** |

As reflected in Table IL-04, FFLs reported an average of 7.5 firearms missing per loss incident between 2016 and 2020.  On average, Type 09 FFLs had the fewest number of missing firearms per reported incident with 3.3 firearms reported missing per incident and Type 10 FFLs had the highest number of missing firearms per reported incident with 17.6 firearms reported missing per incident.  Moreover, Type 01 FFLs who account for nearly 58% of all firearms reported missing and 52% of all reported incidents during this time reported 8.3 firearms missing per incident on average.

*Table IL-04:  Average Number of Firearms Involved per Reported Loss Incident by FFL Type, 2016 – 2020*

| FFL Type | # of Loss Incidents | # of Firearms Involved | # of Firearms Involved per Incident |
|---|---|---|---|
| 01 | 3,154 | 26,099 | 8.3 |
| 02 | 1,259 | 7,839 | 6.2 |
| 07 | 1,301 | 8,278 | 6.4 |
| 08 | 206 | 1,095 | 5.3 |
| 09 | 9 | 30 | 3.3 |
| 10 | 110 | 1,939 | 17.6 |
| 11 | 13 | 66 | 5.1 |
| **Total** | **6,052** | **45,346** | **7.5** |

As reflected in Table IL-05, from 2016 to 2020 there were an average of 86,920 active FFLs, of which only 5% (4,507) reported a loss incident. Of those reporting a loss incident, nearly 19% (843) reported multiple loss incidents.

*Table IL-05:  Loss Incident Report Volumes by FFL Type and Multiple Loss Report Rate, 2016 – 2020*

| FFL Type | Avg # FFLs 2016-2020 | # of Loss Incidents Reported | FFLs Reporting at Least 1 Loss | % FFLs Reporting at Least 1 Loss | FFLs Reporting > 1 Loss | Multiple Loss Report Rate |
|---|---|---|---|---|---|---|
| 01 | 61,522 | 3,154 | 2,451 | 4.0% | 427 | 17.4% |
| 02 | 8,638 | 1,259 | 1,008 | 11.7% | 168 | 16.7% |
| 07 | 14,606 | 1,301 | 933 | 6.4% | 199 | 21.3% |
| 08 | 1,357 | 206 | 60 | 4.4% | 29 | 48.3% |
| 09 | 117 | 9 | 8 | 6.8% | 1 | 12.5% |
| 10 | 410 | 110 | 37 | 9.0% | 17 | 45.9% |
| 11 | 270 | 13 | 10 | 3.7% | 2 | 20.0% |
| **Total** | **86,920** | **6,052** | **4,507** | **5.2%** | **843** | **18.7%** |

## Reported FFL Losses by States and Territories

From 2016 to 2020, all 50 states and three territories had at least one reported FFL loss incident.  See Table IL-06 in Appendix IL – FFL Inventory Losses for a detailed list of FFL loss incident data and frequency rates for each state and territory between 2016 and 2020.

### Percentage of Total Reported Loss Incidents

As reflected in Table IL-06a, the top ten states with the highest number of loss incidents accounted for 46% (2,799) of all loss incidents for this period.  Texas (9%) and Florida (8%) had the highest number of loss incidents between 2016 and 2020.

Table IL-06a:  *Top Ten States by Reported FFL Loss Incidents, 2016 – 2020*

| State | # of Loss Incidents | % Total of Loss Incidents |
|---|---|---|
| Texas | 549 | 9.1% |
| Florida | 463 | 7.7% |
| North Carolina | 281 | 4.6% |
| Georgia | 271 | 4.5% |
| Ohio | 271 | 4.5% |
| Tennessee | 211 | 3.5% |
| Missouri | 199 | 3.3% |
| Arizona | 192 | 3.2% |
| Virginia | 187 | 3.1% |
| California | 175 | 2.9% |
| **Total** | **2,799** | **46.2%** |

See Table IL-06 in Appendix IL – FFL Inventory Losses for the detailed listing of reported loss incidents by state and territory between 2016 and 2020.

### Frequency Rate of Reported Loss Incidents Based on State FFL Population

Based on average yearly FFL population per state[68], Maryland (30:1), New Hampshire (44:1), and Utah (45:1) had the highest frequency rate of loss incidents among its state's average FFL population from 2016 to 2020 (See Table IL-06b).

Table IL-06b:  *Top Ten States with the Highest Frequency Rate in FFLs Reporting Loss Incidents, 2016 – 2020*

| State | Avg # of Loss Incidents per Year | Avg # of Active FFLs per Year | Annual Frequency Rate (# of FFLs per Reported Loss Incident) |
|---|---|---|---|
| Maryland | 26.6 | 786 | 30:1 |
| New Hampshire | 14.8 | 649 | 44:1 |
| Utah | 28.8 | 1,285 | 45:1 |
| Florida | 92.6 | 4,480 | 48:1 |
| Georgia | 54.2 | 2,583 | 48:1 |
| South Carolina | 29.8 | 1,486 | 50:1 |
| Tennessee | 42.2 | 2,093 | 50:1 |
| Alabama | 32.8 | 1,665 | 51:1 |
| Louisiana | 30.4 | 1,580 | 52:1 |
| Mississippi | 22.0 | 1,236 | 56:1 |

In contrast, New Jersey (176:1) Michigan (152:1), New York (134:1) had the lowest frequency rate of loss incidents among its state's average FFL population between 2016 and 2020 (See Table IL-06c).

*Table IL-06c:  Top Ten States with the Lowest Frequency Rate in FFLs Reporting Loss Incidents, 2016 – 2020*

| State | Avg # of Loss Incidents per Year | Avg # of Active FFLs per Year | Annual Frequency Rate (# of FFLs per Reported Loss Incident) |
|---|---|---|---|
| New Jersey | 2.4 | 421 | 176:1 |
| Michigan | 17.8 | 2,702 | 152:1 |
| New York | 16.2 | 2,170 | 134:1 |
| North Dakota | 4.2 | 545 | 130:1 |
| Minnesota | 14.8 | 1,798 | 121:1 |
| Wyoming | 6.6 | 792 | 120:1 |
| Iowa | 13.8 | 1,615 | 117:1 |
| Nebraska | 7.6 | 892 | 117:1 |
| Colorado | 20.6 | 2,312 | 112:1 |
| Wisconsin | 17.4 | 1,942 | 112:1 |

See Table IL-06 in Appendix IL   FFL Inventory Losses for the detailed listing of reported loss incidents and annual frequency rates by state and territory between 2016 and 2020.

### *Percentage of Total Firearms Involved*

When analyzing the firearms involved in the reported loss incidents, Oregon (4,053), Florida (2,765), and Texas (2,227) reported the most firearms missing from inventory (See Table IL-06d).

*Table IL-06d:  Top Ten States Reporting Missing Firearms, 2016 – 2020*

| State | # of Firearms Involved | % Total of Firearms Involved |
|---|---|---|
| Oregon[67] | 4,053 | 8.9% |
| Florida | 2,765 | 6.1% |
| Texas | 2,227 | 4.9% |
| Ohio | 2,157 | 4.8% |
| California | 2,105 | 4.6% |
| Kentucky | 1,964 | 4.3% |
| Virginia | 1,763 | 3.9% |
| Connecticut | 1,742 | 3.8% |
| Louisiana | 1,646 | 3.6% |
| Georgia | 1,392 | 3.1% |
| **Total** | **21,814** | **48.1%** |

## Firearms Reported Missing by Weapon Type

As reflected in Table IL-07a, rifles (14,171) and pistols (13,818) accounted for nearly 62% of missing firearms reported lost between 2016 and 2020.

*Table IL-07a: Total Reported Missing Firearms by Weapon Type, 2016 – 2020*

| Weapon Type[70] | Quantity | % Total |
|---|---|---|
| Rifle | 14,171 | 31.3% |
| Pistol | 13,818 | 30.5% |
| Shotgun | 5,910 | 13.0% |
| Receiver/Frame | 5,500 | 12.1% |
| Revolver | 4,393 | 9.7% |
| Silencer | 677 | 1.5% |
| Machinegun[71] | 377 | 0.8% |
| Derringer | 236 | 0.5% |
| Unknown Type | 135 | 0.3% |
| Destructive Device | 75 | 0.2% |
| Combination Gun | 48 | 0.1% |
| Any Other Weapon | 5 | 0.0% |
| Tear Gas Launcher | 1 | 0.0% |
| **Total** | **45,346** | **100.0%** |

See Table IL-07 in Appendix IL – FFL Inventory Losses for the detailed listing of weapon types reported missing by year between 2016 and 2020.

## Recovery of Firearms Reported Missing by FFLs

An analysis of firearms reported missing that have been recovered by law enforcement reveals that 2.6% (1,210) of the total firearms reported missing (45,346) by FFLs between 2016 and 2020 have been recovered[72]. Of the 1,210 recovered firearms, 67% (820) were able to calculate a time to recovery (TTR). TTR is the total number of days between the recovery date and the date of reported loss. The reported loss date represents the date the FFL discovered and reported the loss to ATF and may or may not represent the actual date the firearm went missing from the FFLs inventory. The firearm could have been missing for several months or longer prior to being discovered during an internal inventory or ATF compliance inspection. On average, the TTR was 308 days for the 820 recovered firearms. See Table IL-08 in Appendix IL – FFL Inventory Losses for a full list of missing firearm recovery information.

As reflected in Table IL-09 in Appendix IL – FFL Inventory Losses, recovery location information was reported in 69% (836) of the 1,210 firearms recovered. Theft location data was reported on 98% (1,190) of the 1,210 incident reports involving the recovered firearms. There were 823 recoveries in which both a loss location and a recovery location could be determined for the trace. Of these recoveries, 68% (562) of the missing firearm recoveries occurred in the same state in which they were reported missing, while 32% (261) were recovered in a different state or country other than the reported loss location. Moreover, slightly more than 1% (17) of the reported missing firearm recoveries occurred in a foreign country.

## ATF Response

When a firearm is reported lost by an FFL, ATF is no longer able to trace that firearm to the first unlicensed purchaser as the chain of distribution ends at the FFL reporting the loss. To reduce and prevent FFL losses, ATF has engaged in a two-prong approach: education and inspection. ATF regularly conducts educational seminars, known as industry outreach, for FFLs which focus on firearm inventory security, internal controls, and overall compliance with the GCA. Between 2016 and 2019, ATF conducted 896 industry outreach seminars. In 2020, due to COVID restrictions, ATF conducted more

than 6,000 telephonic meetings with FFLs to provide educational refreshers on the GCA requirements and answer any questions.

ATF FFL compliance inspections include conducting a 100 percent inventory verification which requires that each firearm be physically identified by serial number and matched to the corresponding FFLs A&D entry. If any discrepancies are found, ATF works with the FFL to reconcile any missing firearms. If, the firearms cannot be accounted for, ATF will assist the FFL with properly reporting the firearms missing.

The importance of conducting regular audits of their firearm inventories and maintaining accurate records is stressed to FFLs during their inspections and noted in multiple publicly available ATF publications, including ATF Publication 5380.1 - Loss Prevention for Firearms Retailers. This publication provides FFLs with recommended internal loss prevention controls, best practices for maintaining accurate inventories and associated records, and general education about firearm security and controls.

## Summary

A theft or loss of a firearm from an FFLs inventory must be reported within 48 hours after the theft or loss is discovered. Reported FFL firearm losses occur more frequently than thefts of FFLs. Between 2016 and 2020, FFLs reported 5,766 theft related incidents involving 39,147 firearms, and 6,052 loss incidents involving 45,346 firearms. The data in this report is derived exclusively from FFL loss report(s); these reports do not include firearms that FFLs have reported to be involved in a theft. An analysis of FFL thefts will be part of a subsequent report.

Between 2016 and 2020, the number of loss incidents remained relatively steady. The number of firearms reported missing, however, has decreased by 57% since 2017. These decreases may, in part, reflect the work that ATF has done to prevent and reconcile missing firearms, and the cooperation it has received from industry members.

Between 2016 and 2020, on average, 7.5 firearms were reported missing per loss incident, of which pistols and rifles accounted for 61% of the missing firearms. Type 01, 02 and 07 FFLs constituted 94% of all loss incidents and 93% of all missing firearms. Based on the average number of active FFLs, regardless of FFL type, only 5% of FFLs reported a loss incident. Of the 5% of FFLs that reported a loss incident, nearly 19% reported multiple loss incidents.

# PART IX:
# Industry Overview

## Overview

ATF's Federal Firearms Licensing Center issues and renews FFLs in accordance with the Gun Control Act of 1968 (GCA). ATF's Federal Explosives Licensing Center issues and renews Federal explosives licenses (FEL) and permits submitted by industry members who manufacture, deal in, and import or receive explosive materials in accordance with the Organized Crime Control Act of 1970 and Safe Explosives Act of 2002.  ATF issues nine types of FFLs and five types of explosives licenses and permits[73].

The nine FFL types are:

- Type 01 - *Dealer in Firearms Other Than Destructive Devices.*
- Type 02 - *Pawnbroker in Firearms Other Than Destructive Devices.*
- Type 03 - *Collector of Curios and Relics.*
- Type 06 - *Manufacturer of Ammunition for Firearms Other Than Ammunition for Destructive Devices or Armor Piercing Ammunition.*
- Type 07 - *Manufacturer of Firearms Other Than Destructive Devices.*
- Type 08 - *Importer of Firearms Other Than Destructive Devices or Ammunition for Firearms Other Than Destructive Devices, or Ammunition Other Than Armor Piercing Ammunition.*
- Type 09 - *Dealer in Destructive Devices.*
- Type 10 - *Manufacturer of Destructive Devices, Ammunition for Destructive Devices or Armor Piercing Ammunition.*
- Type 11 - *Importer of Destructive Devices, Ammunition for Destructive Devices or Armor Piercing Ammunition.*

Type 01, 02, 07, 08, 09, 10, and 11 FFLs are authorized to engage in commerce involving firearms.  Type 06 FFLs are only authorized to engage in commerce involving the manufacturing of ammunition (an FFL is not required to simply sell ammunition).  Type 03 FFLs are not authorized to engage in the business of manufacturing, importing, or dealing in firearms.  They are solely authorized to enhance personal collections of curio and relic firearms.

## National FFL Population Trends

### Cumulative Review of All FFL Types

Table IO-01 in Appendix IO   Industry Overview and Figure IO-01 examine the total number of licensees by FFL type from 2000 to 2020. For each year, the total number of licensees is based on those FFLs that were active at any time in that year.

Overall, from 2000 (120,684) to 2020 (146,586) the population for all FFL types grew by nearly 22% with most of the growth occurring within the first half of the period. However, there are major differences

Compendium_Klarevas
Page 199

over time in population trends across different types of FFLs. Specifically, Type 03 FFLs increased by more than 146% between 2000 (24,143) and 2020 (59,457) (with the greatest increase occurring between 2000 to 2013), while overall the population of all other FFLs, excluding Type 03 FFLs, decreased by almost 10% over this period.

*Figure IO-01:  Total Number of FFLs by FFL Type, 2000 – 2020*



The number of Type 01 FFLs and Type 02 FFLs decreased by more than 25% and approximately 39% respectively from 2000 to 2020, and both declines were concentrated from 2000 to 2010.  In contrast to the declines in population for Type 01 and Type 02 FFLs, most other types of FFLs reflected large population increases from 2000 to 2020. Specifically, the Type 07 FFL population increased by more than 694%, the Type 08 FFL population increased by approximately 51%, the Type 09 FFL population increased by more than 914%, the Type 10 FFL population increased by almost 213%, and the Type 11 FFL population increased by nearly 290% between 2000 and 2020.

See Table IO-01 in Appendix IO   Industry Overview for a detailed breakdown and analysis of the national FFL population by FFL type between 2000 and 2020.

### *Comparison of Type 01 and 03 FFL Populations*

As reflected in Figure IO-02, Type 01 FFLs steadily decreased between 2000 and 2010 and then leveled off between 2010 and 2020.  In contrast, Type 03 FFLs steadily increased between 2000 and 2013 and then began a steady decline between 2013 and 2020.  To some degree, the decline in the Type 01 FFL population from 2000 to 2010 corresponds with the increase in Type 03 FFLs during this same time.

5/5/2022

Compendium_Klarevas
Page 200

*Figure IO-02:  Comparison of Type 01 to Type 03 FFL Populations, 2000 – 2020*



See Table IO-01 in Appendix IO – Industry Overview for a detailed breakdown and analysis of the national FFL population by FFL type between 2000 and 2020.

### *Comparison of Type 06, 07, and 10 FFL Populations*

While the number of Type 07 FFLs increased between 2000 and 2020, the number of Type 06 FFLs declined by more than 10% over this period. As reflected in Figure IO-03, Type 07 FFLs had the greatest increase in population among licensed manufacturers and experienced the largest growth after 2008.

*Figure IO-03:  Comparison of Type 06, 07, and 10 FFL Populations, 2000 – 2020*



Compendium_Klarevas
Page 201

See Table IO-01 in Appendix IO – Industry Overview for a detailed breakdown and analysis of the national FFL population by FFL type between 2000 and 2020.

## National Trends in Overall Population Share by FFL Type

This section examines national trends in the population share of the different FFL types from 2000 to 2020. Population share is the proportion that each FFL type represents within the total FFL population for a particular year.

Table IO-2a presents the population share by FFL type for 2000, 2010 and 2020. Overall, the population share of Type 01 FFLs dropped from nearly 65% of all FFLs in 2000 (78,018), to approximately 40% in 2010 (56,176) and showed little change in population share between 2010 to 2020 (58,353). Type 02 FFLs dropped from about 11% in 2000 (12,702) to 5% in 2020 (7,808). Type 03 FFLs increased in population share from 20% of all FFLs in 2000 (24,143), to nearly 48% in 2010 (66,657), with a modest decrease to approximately 41% in 2020 (59,457). Type 07 FFLs increased in population share from nearly 2% of all FFLs in 2000 (2,074), to approximately 4% in 2010 (5,169), and then increased to more than 11% in 2020 (16,473). In 2020, FFL Types 01, 02, 03, and 07, represented nearly 97% of all FFLs.

*Table IO-02a:  Total Annual Population Share by FFL Type – 2000, 2010, and 2020*

| FFL Type | 2000 | | 2010 | | 2020 | |
|---|---|---|---|---|---|---|
| | Total | % | Total | % | Total | % |
| Not Identified | 138 | 0.1% | 33 | 0.0% | 3 | 0% |
| Type 01 | 78,018 | 64.6% | 56,176 | 40.1% | 58,353 | 39.8% |
| Type 02 | 12,702 | 10.5% | 8,562 | 6.1% | 7,808 | 5.3% |
| Type 03 | 24,143 | 20.0% | 66,657 | 47.6% | 59,457 | 40.6% |
| Type 06 | 2,443 | 2.0% | 2,012 | 1.4% | 2,189 | 1.5% |
| Type 07 | 2,074 | 1.7% | 5,169 | 3.7% | 16,473 | 11.2% |
| Type 08 | 927 | 0.8% | 971 | 0.7% | 1,398 | 1.0% |
| Type 09 | 14 | 0.0% | 49 | 0.0% | 142 | 0.1% |
| Type 10 | 148 | 0.1% | 270 | 0.2% | 463 | 0.3% |
| Type 11 | 77 | 0.1% | 163 | 0.1% | 300 | 0.2% |
| **Total** | **120,684** | **100.0%** | **140,062** | **100.0%** | **146,586** | **100.0%** |

See Table IO-02 and IO-02b in Appendix IO – Industry Overview for a detailed breakdown and analysis of the overall population share by FFL type between 2000 and 2020 including and excluding Type 03 FFLs.

## National Trends in FFL Turnover

Between 2000 and 2020, 295,426 new FFLs were issued, while during the same period, 257,652 FFLs were discontinued, creating an overall net gain of 37,774 FFLs.  FFLs may discontinue their license for a variety of reasons including, but not limited to, going out of business, a change in ownership, or a change in the type of business being conducted, such as changing from a dealer to manufacture of firearms.[74]
See Table IO-03 in Appendix IO – Industry Overview for a detailed account of new and discontinued FFLs by FFL Type between 2000 and 2020.

### *FFL Population Turnover by FFL Type*

As reflected in Table IO-03a, both Type 01 (15,982) and Type 02 (4,045) FFLs had a net decrease in its respective FFL population between 2000 and 2020. In contrast, Type 03 (41,745) and Type 07 (14,381) FFLs showed significant net increases during this same period.

*Table IO-03a: Comparison of New FFLs to Discontinued FFLs by FFL Type, 2000 – 2020*

| Type of Market Action | Not ID'd | Type 01 | Type 02 | Type 03 | Type 06 | Type 07 | Type 08 | Type 09 | Type 10 | Type 11 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| New FFLs | 0 | 94,203 | 14,164 | 151,883 | 5,444 | 25,568 | 2,772 | 224 | 711 | 457 | 295,426 |
| OOB FFLs | 136 | (110,185) | (18,209) | (110,138) | (5,098) | (11,187) | (2,068) | (90) | (336) | (205) | (257,652) |
| Net Change | 136 | (15,982) | (4,045) | 41,745 | 346 | 14,381 | 704 | 134 | 375 | 252 | 37,774 |

As reflected in Table IO-03b, Type 01 (3,934) and 02 (1,397) FFLs similarly showed net deceases between 2016 and 2020. In contrast, Type 03 FFLs exhibited a very large net increase between 2000 and 2020 and saw a modest reversal of this pattern with a net decrease of 6,820 FFLs between 2016 and 2020.

*Table IO-03b: Comparison of New FFLs to OOB FFLs by FFL Type, 2016 – 2020*

| Type of Market Action | Not ID'd | Type 01 | Type 02 | Type 03 | Type 06 | Type 07 | Type 08 | Type 09 | Type 10 | Type 11 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| New FFLs | 0 | 21,653 | 2,371 | 26,103 | 1,087 | 10,400 | 778 | 103 | 240 | 145 | 62,880 |
| OOB FFLs | 8 | (25,587) | (3,768) | (32,923) | (1,584) | (5,853) | (667) | (38) | (112) | (81) | (70,621) |
| Net Change | 8 | (3,934) | (1,397) | (6,820) | (497) | 4,547 | 111 | 65 | 128 | 64 | (7,741) |

## FFLs by Zoned Premises and Legal Structure

As reflected in Table IO-04a, approximately 73% of all FFLs operate their business from either a residential (33%), commercial (29%) or agricultural/rural (11%) zoned premises. Moreover, 36% of Type 01, 33% of Type 07, and 23% of Type 08 FFLs operate from a residential location. FFLs are permitted to operate their business from any location not prohibited by state or local zoning laws or ordinances. For the total number of FFLs by FFL type associated with zoned premises, see Table IO-04 in Appendix IO   Industry Overview.

Compendium_Klarevas
Page 203

*Table IO-04a:  Percentage Breakdown of Zoned Premises[75] by FFL Type[76], 2020*

| Premises Location | Type 01 | Type 02 | Type 06 | Type 07 | Type 08 | Type 09 | Type 10 | Type 11 | % Total |
|---|---|---|---|---|---|---|---|---|---|
| Not Available | 5.5% | 4.0% | 4.3% | 4.2% | 6.2% | 7.0% | 5.4% | 6.3% | 5.1% |
| Agricultural/Rural | 11.9% | 2.6% | 15.2% | 11.5% | 6.2% | 4.2% | 7.6% | 4.7% | 10.9% |
| Commercial (Retail & Office) | 27.2% | 64.9% | 16.4% | 21.8% | 30.3% | 46.5% | 25.7% | 31.7% | 29.4% |
| Exempt, Government, Historical | 7.2% | 8.2% | 7.2% | 7.1% | 6.9% | 6.3% | 8.2% | 7.7% | 7.3% |
| Industrial (General & Heavy) | 3.9% | 3.7% | 9.4% | 12.3% | 18.2% | 16.2% | 31.1% | 29.7% | 6.1% |
| Recreational | 0.8% | 0.7% | 0.4% | 0.8% | 1.1% | 0.0% | 0.2% | 0.0% | 0.7% |
| Residential | 36.2% | 9.9% | 37.6% | 33.0% | 22.6% | 12.0% | 7.6% | 9.3% | 32.8% |
| Vacant Land | 4.9% | 4.0% | 6.3% | 5.8% | 4.4% | 4.9% | 5.6% | 4.0% | 5.0% |
| All Other | 2.4% | 2.1% | 3.2% | 3.5% | 4.1% | 2.8% | 8.6% | 6.7% | 2.7% |
| **Total # of FFLs** | **58,353** | **7,808** | **2,189** | **16,473** | **1,398** | **142** | **463** | **300** | **87,126** |

As reflected in Table IO-05a, Type 01 FFLs are predominately licensed as sole proprietors (46%) or limited liability companies (LLC) (31%).  In contrast, Type 02 FFLs are predominately licensed as corporations (44%) or LLCs (32%).  Type 07 FFLs (55%) and Type 08 FFLs (47%) are predominately licensed as LLC.  For the total number of FFLs by FFL type and business legal structure composition, see Table IO-05 in Appendix IO — Industry Overview.

*Table IO-05a:  Percentage Breakdown of Business Legal Structure Composition by FFL Type, 2020 (Excludes Type 03 FFLs)*

| Business Legal Structure | Type 01 | Type 02 | Type 06 | Type 07 | Type 08 | Type 09 | Type 10 | Type 11 | % Total |
|---|---|---|---|---|---|---|---|---|---|
| Not Available | 3.2% | 3.7% | 2.5% | 1.9% | 4.4% | 2.8% | 1.1% | 3.3% | 3.0% |
| Sole Proprietor | 46.4% | 17.1% | 40.1% | 22.6% | 13.1% | 2.8% | 2.8% | 1.7% | 38.1% |
| Partnership | 3.2% | 3.8% | 2.8% | 1.6% | 0.9% | 0.7% | 0.0% | 0.3% | 2.8% |
| Corporation | 16.7% | 43.7% | 14.6% | 19.2% | 34.6% | 60.6% | 54.4% | 59.0% | 20.2% |
| Other (LLCs) | 30.6% | 31.7% | 40.0% | 54.7% | 46.9% | 33.1% | 41.7% | 35.7% | 35.8% |
| **Total # of FFLs** | **58,353** | **7,808** | **2,189** | **16,473** | **1,398** | **142** | **463** | **300** | **87,126** |

## State and Territory Trends in FFL Population

Nationally, the FFL population increased by 21% from 2000 (120,684) to 2020 (146,586). However, there were significant differences in population trends across states and territories. Over this period, 14 states and territories experienced FFL population decreases, ranging from -3% to -63%. The remaining forty-one states and territories experienced FFL population increases, ranging from less than 1% to more than 173%.[77]

As reflected in Table IO-06a, DC[78] (173%), Rhode Island (102%), and Massachusetts (98%) experienced the greatest increases in FFL populations from 2000 to 2020.

*Table IO-06a: Top Ten States/Territories with Highest Percentage Change Increase in FFL Population, 2000 – 2020*

| State or Territory | % Change 2000 to 2020 |
|---|---|
| DC | 173.3% |
| RI | 101.6% |
| MA | 97.7% |
| MD | 95.9% |
| UT | 70.2% |
| SC | 62.8% |
| AZ | 61.4% |
| NH | 56.7% |
| DE | 55.1% |
| CO | 48.2% |

See Table IO-06 in Appendix IO – Industry Overview for a detailed breakdown of states/territories and the percentage change in FFL population between 2000 and 2020.

### Overall Population Share by States/Territories for All FFL Types

Population share has remained stable among the top ten states with the largest population share between 2000 and 2020. As reflected in Table IO-06b, the top ten leading states comprised more than 44% of all FFLs in 2000 and approximately 45% in 2020.

*Table IO-06b: Top Ten States/Territories by Highest FFL Population Share - 2000 and 2020*

| State or Territory | % Total of FFL Population 2000 | State or Territory | % Total of FFL Population 2020 |
|---|---|---|---|
| TX | 7.8% | TX | 8.3% |
| CA | 6.4% | CA | 6.6% |
| FL | 4.7% | FL | 5.5% |
| PA | 4.4% | PA | 4.6% |
| MI | 4.0% | IL | 3.5% |
| OH | 3.7% | NC | 3.5% |
| MO | 3.4% | OH | 3.4% |
| IL | 3.4% | MO | 3.2% |
| NY | 3.4% | VA | 3.0% |
| GA | 3.0% | MA | 3.0% |
| **Total Top Ten** | **44.2%** | **Total Top Ten** | **44.6%** |
| **Other States** | **55.8%** | **Other States** | **55.4%** |

See Table IO-06 in Appendix IO – Industry Overview for a detailed breakdown of states/territories and its percentage of overall FFL population between 2000 and 2020.

### Type 01 FFLs

As reflected in Table IO-07 in Appendix IO – Industry Overview, the number of Type 01 FFLs decreased by more than 25% from 2000 to 2020 nationally, with only three states Colorado (5%), South Carolina (23%), and Utah (4%) showing growth. The remaining 52 states[70] and territories experienced declines in their Type 01 FFL populations, ranging from -4% to -62%.

As reflected in Table IO-07a, Massachusetts (62%), California (55%) and Alaska (54%) experienced the greatest declines in their Type 01 FFL populations.

*Table IO-07a:  Top Ten States/Territories by Highest Percentage Change Decrease in Type 01 FFL Population Totals Between 2000 and 2020*

| State or Territory | % Change 2000 to 2020 |
|---|---|
| MA | -61.9% |
| CA | -55.3% |
| AK | -53.6% |
| MP | -50.0% |
| HI | -42.5% |
| MI | -41.6% |
| VT | -37.8% |
| CT | -37.0% |
| IL | -36.7% |
| RI | -36.6% |

See Table IO-07 in Appendix IO   Industry Overview for a detailed breakdown of states/territories and the percentage change in Type 01 FFL population between 2000 and 2020.

### *Population Share of States and Territories*

As reflected in Table IO-07b, the top ten states comprised nearly 44% of the Type 01 FFL population in 2000 and more than 42% in 2020. Nine of the ten leading states in 2000 were also among the ten leading states in 2020. Texas maintained the greatest share of Type 01 FFLs for both years, accounting for nearly 8% in 2000 and more than 9% in 2020.

*Table IO-07b:  Top Ten States/Territories by Highest Type 01 FFL Population Share - 2000 and 2020*

| States & Territories | % Total of Type 01 FFL Population 2000 | States & Territories | % Total of Type 01 FFL Population 2020 |
|---|---|---|---|
| TX | 7.7% | TX | 9.3% |
| CA | 6.0% | PA | 4.5% |
| PA | 4.8% | FL | 4.4% |
| MI | 4.6% | OH | 3.9% |
| OH | 4.1% | NC | 3.6% |
| FL | 3.7% | MI | 3.6% |
| NY | 3.6% | CA | 3.6% |
| IL | 3.5% | MO | 3.4% |
| MO | 3.1% | NY | 3.1% |
| IN | 2.8% | IL | 2.9% |
| **Total Top Ten** | **43.9%** | **Total Top Ten** | **42.3%** |
| **Other States** | **56.1%** | **Other States** | **57.7%** |

See Table IO-07 in Appendix IO – Industry Overview for a detailed breakdown of states/territories and its percentage of overall Type 01 FFL population between 2000 and 2020.

*Type 02 FFLs*

As reflected in Table IO-08 in Appendix IO – Industry Overview, the number of Type 02 FFLs decreased by more than 38% from 2000 to 2020 nationally, with only three states, Maine (19%) Ohio (9%), and Oregon (25%) showing growth and six states (Arizona, Hawaii, New Jersey, New Hampshire, Rhode Island, and Vermont) showing no change. The remaining states and territories[50] experienced declines in their Type 02 FFL populations, ranging from -2% to -75%. Table IO-08a presents the top ten states and territories that experienced the greatest declines in their Type 02 FFL populations.

*Table IO-08a:  Top Ten States/Territories by Highest Percentage Change Decrease in Type 02 FFL Population Totals Between 2000 and 2020*

| State or Territory | % Change 2000 to 2020 |
|---|---|
| MA | -75.0% |
| PA | -73.9% |
| CA | -70.0% |
| AK | -65.3% |
| NM | -61.5% |
| WY | -61.2% |
| MS | -56.4% |
| AL | -53.2% |
| OK | -52.7% |
| TN | -51.0% |

See Table IO-08 in Appendix IO – Industry Overview for a detailed breakdown of states/territories and the percentage change in Type 02 FFL population between 2000 and 2020.

*Population Share of States and Territories*

As reflected in Table IO-08b, the top ten states comprised nearly 61% of the entire Type 02 FFL population in 2000, and approximately 59% in 2020.  Nine of the ten leading states in 2000 were also among the ten leading states in 2020. Texas maintained the greatest share of Type 02 FFLs for both years, accounting for approximately 14% in both 2000 and 2020.

*Table IO-08b:  Top Ten States/Territories by Highest Type 02 FFL Population Share - 2000 and 2020*

| State or Territory | % Total of Type 02 FFL Population 2000 | State or Territory | % Total of Type 02 FFL Population 2020 |
|---|---|---|---|
| TX | 14.3% | TX | 14.0% |
| GA | 8.2% | FL | 8.3% |
| FL | 7.9% | GA | 7.1% |
| NC | 4.8% | NC | 5.8% |
| AL | 4.6% | AR | 4.8% |
| AR | 4.6% | KY | 4.4% |
| OK | 4.3% | MO | 4.0% |
| TN | 4.2% | AL | 3.5% |
| KY | 4.0% | TN | 3.4% |
| MS | 3.7% | OK | 3.3% |
| **Total Top Ten** | **60.5%** | **Total Top Ten** | **58.7%** |
| **Other States** | **39.5%** | **Other States** | **41.3%** |

5/5/2022

See Table IO-08 in Appendix IO – Industry Overview for a detailed breakdown of states/territories and its percentage of overall Type 02 FFL population between 2000 and 2020.

### Type 03 FFLs

As reflected in Table IO-09 in Appendix IO – Industry Overview, the Type 03 FFL population increased by approximately 146% between 2000 and 2020, with only one state, New Jersey (-8%) and two territories, Guam (-86%) and U.S. Virgin Islands (-67%) showing declines. The remaining states and territories[51] all experienced increases in their Type 03 FFL populations, ranging from more than 54% to nearly 343%.

Table IO-09a presents the top ten states and territories that experienced the greatest increases in their Type 03 FFL populations.

*Table IO-09a: Top Ten States/Territories by Highest Percentage Change Increase in Type 03 FFL Population Totals Between 2000 and 2020*

| State or Territory | % Change 2000 to 2020 |
|---|---|
| DC | 342.9% |
| WA | 288.5% |
| PR | 266.7% |
| UT | 240.2% |
| MD | 238.5% |
| MA | 230.8% |
| NH | 223.9% |
| RI | 213.9% |
| ND | 211.9% |
| SD | 198.1% |

See Table IO-09 in Appendix IO – Industry Overview for a detailed breakdown of states/territories and the percentage change in Type 03 FFL population between 2000 and 2020.

### Population Share of States and Territories

As reflected in Table IO-09b, the top ten leading states comprised approximately 52% and 54% of the national population share for Type 03 FFLs in 2000 and 2020, respectively. Seven of the ten leading states in 2000 were also among the ten leading states in 2020. California maintained the greatest national population share of Type 03 FFLs for both years, accounting for more than 9% in 2000 and 11% in 2020.

Compendium_Klarevas
Page 208

*Table IO-09b:  Top Ten States/Territories by Highest Type 03 FFL Population Share – 2000 and 2020*

| State or Territory | % Total of Type 03 FFL Population 2000 | State or Territory | % Total of Type 03 FFL Population 2020 |
|---|---|---|---|
| CA | 9.3% | CA | 11.2% |
| FL | 6.1% | MA | 6.2% |
| PA | 5.4% | FL | 5.9% |
| TX | 4.9% | PA | 5.7% |
| MO | 4.7% | TX | 5.3% |
| MA | 4.6% | IL | 5.1% |
| IL | 4.6% | MD | 4.1% |
| NY | 4.5% | VA | 3.6% |
| MI | 4.2% | NY | 3.2% |
| OH | 3.4% | WA | 3.2% |
| **Total Top Ten** | **51.7%** | **Total Top Ten** | **53.5%** |
| **Other States** | **48.3%** | **Other States** | **46.5%** |

See Table IO-09 in Appendix IO – Industry Overview for a detailed breakdown of states/territories and its percentage of overall Type 03 FFL population between 2000 and 2020.

### Type 07 FFLs

As reflected in Table IO-10 in Appendix IO – Industry Overview, the population of Type 07 FFLs increased by more than 694% between 2000 and 2020. All states and territories[82] that had a Type 07 FFL during this time experienced increases in their Type 07 FFL populations, ranging from 160% to 1900%.

Table IO-10a presents the top ten states and territories that experienced the greatest increases in their Type 07 FFL populations.

*Table IO-10a:  Top Ten States/Territories by Highest Percentage Change Increase in Type 07 FFL Population Totals Between 2000 and 2020*

| State or Territory | % Change 2000 to 2020 |
|---|---|
| RI | 1900.0% |
| CO | 1681.5% |
| IA | 1600.0% |
| MS | 1483.3% |
| ND | 1433.3% |
| AK | 1362.5% |
| UT | 1348.5% |
| TX | 1248.0% |
| KS | 1247.1% |
| LA | 1190.0% |

See Table IO-10 in Appendix IO – Industry Overview for a detailed breakdown of states/territories and the percentage change in Type 07 FFL population between 2000 and 2020.

#### Population Share of States and Territories

As reflected in Table IO-10b, the top ten leading states comprised approximately 47% and 48% of the national population share for Type 07 FFLs in 2000 and 2020, respectively. Six of the ten leading states

in 2000 were also among the ten leading states in 2020. Texas displaced California as the lead contributor of Type 07 FFLs in 2020, capturing more than 12% of the national population share compared to approximately 8% by California in 2000. Among states that were lead contributors in both years, Texas showed the greatest change in its share of the national population of Type 07 FFLs, from more than 7% in 2000 to approximately 12% in 2020.

*Table IO-10b: Top Ten States/Territories by Highest Type 07 FFL Population Share – 2000 and 2020*

| State or Territory | % Total of Type 07 FFL Population 2000 | State or Territory | % Total of Type 07 FFL Population 2020 |
|---|---|---|---|
| CA | 7.7% | TX | 12.3% |
| TX | 7.2% | FL | 6.1% |
| FL | 6.3% | AZ | 5.8% |
| AZ | 4.8% | OH | 3.9% |
| PA | 4.2% | NC | 3.8% |
| OH | 3.9% | CA | 3.8% |
| TN | 3.7% | PA | 3.2% |
| CT | 3.4% | GA | 3.1% |
| MA | 3.2% | CO | 2.9% |
| MN | 3.0% | UT | 2.9% |
| **Total Top Ten** | **47.4%** | **Total Top Ten** | **47.8%** |
| **Other States** | **52.6%** | **Other States** | **52.2%** |

See Table IO-10 in Appendix IO – Industry Overview for a detailed breakdown of states/territories and its percentage of overall Type 07 FFL population between 2000 and 2020.

### Type 06, 08, 09, 10, and 11 FFLs

As reflected in Tables IO-11 through IO-14, the population of Type 08, 09, 10, and 11 FFLs increased by approximately 51%, 914%, 213%, and 290%, respectively. Increases in states and territories ranged from 16% to 800% for Type 08 FFLs, approximately 267% to 800% for Type 09 FFLs, 25% to 900% for Type 10 FFLs, and approximately 38% to 800% for Type 11 FFLs. The greatest increase in Type 08 FFLs was observed in Puerto Rico. The greatest increase for Type 09 FFLs occurred in California, Pennsylvania, and Texas. The greatest increase for Type 10 FFLs occurred in Texas and Utah. The greatest increase in Type 11 FFLs occurred in Maryland and South Carolina.

In contrast, as reflected in Table IO-15 in Appendix IO – Industry Overview, the population of Type 06 FFLs decreased by more than 10% between 2000 and 2020, with only nineteen states showing growth, and the remaining states and territories experiencing declines or no growth in their Type 06 FFL populations.

#### Population Share of States and Territories

The states with the greatest population share of Type 08, 09, 10, and 11 FFLs changed from 2000 to 2020. In 2000, California had the most Type 08 FFLs at nearly 15%, but in 2020, Florida became the leading state for Type 08 FFLs at approximately 12%. Within the Type 09 FFL population, in 2000, Florida had the highest population share at more than 21%, but in 2020 Virginia took over that distinction with more than 12% of the Type 09 FFL population. In 2000, California had the most Type 10 FFLs at nearly 12%, but in 2020, the leading states were Florida and Texas at nearly 11% each. For Type 11 FFLs, California,

and Virginia each had more than 10% of the population in 2000, but in 2020, the leading state was Florida at approximately 16% of the entire Type 11 FFL population.

Conversely, population share amongst states for Type 06 FFLs remained consistent, with Texas as the leading state with more than 7% in 2000 and 9% in 2020.

## Summary

Significant changes in the FFL population occurred during the period 2000 to 2020. Type 01 FFLs decreased by 25%, while Type 03 FFLs increased by 146%. Moreover, there were nearly the same amount of Type 03 FFLs (41%) as Type 01 FFLs (40%) by 2020, with Type 01 FFLs comprising the overwhelming majority (65%) of FFL types in 2000.

Type 07 FFLs experienced the greatest percentage increase in population starting from 2,074 in 2000 to 16,473 in 2020, at which time they represented 11% of all FFLs. Furthermore, a second group of FFLs (Types 09, 10, and 11) that held small population shares in 2000 experienced significant increases in their populations over this period.

Overall, the total FFL population increased by approximately 22% from 2000 to 2020. This growth is largely driven by Type 03 FFLs. Excluding Type 03 FFLs, the total FFL population decreased by approximately 10% during this time. Despite these changes, the population share for each FFL type by states and territories remained relatively stable over the period.

Not unlike other small businesses in the U.S., the firearms industry was characterized by steady turnover. Overall, approximately 284 new licensees joined the industry each week and 248 discontinued their FFL, resulting in a net gain of 36 licensees per week. Of those FFLs with active licenses in 2020, the majority operated their businesses from areas that were either residential (33%), commercial (29%) or agricultural/rural (11%) locations.

# PART X:
# Industry Regulation

## Overview

ATF is responsible for administering and enforcing both the regulatory and criminal provisions of the GCA. The GCA's integration of regulatory oversight and criminal enforcement is designed to prevent the diversion of firearms from lawful commerce to criminal use, and ATF has structured its regulatory and criminal enforcement programs to accomplish this objective. The GCA's core regulatory mechanism is a licensing requirement for all persons or entities who intend to engage in the business of manufacturing, importing, or dealing in firearms.[83] ATF primarily administers the GCA's licensing requirements through its cadre of industry operations investigators (IOIs). IOIs conduct qualification inspections on applicants for federal firearms licenses (FFLs), compliance inspections on FFLs, and outreach and education to the FFL community to promote full compliance with the GCA and regulations. During FFL compliance inspections, IOIs review records that the GCA requires licensees to maintain, conduct complete inventories of firearms on the business premises, and reconcile inventory with the licensees' records. As part of this process, IOIs are watchful for evidence of criminal diversion of firearms from FFL inventory through theft, straw purchasing and related trafficking schemes, or other criminal conduct. When IOIs encounter indications or direct evidence of criminal diversion, they refer those matters to ATF special agents for further investigation.

Although firearm industry regulation is a primary function of ATF IOIs, it is not their sole responsibility. ATF also administers the Safe Explosives Act (SEA) which requires persons and entities that use, manufacturer, import, or deal in explosives to obtain a federal license or permit, and mandates that licensees comply with the Act's safe storage requirements. As with the regulation of the firearm industry, ATF relies on IOIs as the primary means of administering the SEA. IOIs conduct qualification and compliance inspections on federal explosive licensees and permittees (FEL/P) and engage in explosive industry outreach and education to promote compliance and prevent criminal diversion.

As reflected in Figure IR-01, between 2016 and 2020 slightly more than 42% of all IOI activities consisted of firearm qualification inspections, 38% were dedicated to firearms compliance inspections, 14% were spent on explosive compliance inspections and just 3% of time were used on explosive qualification inspections. As of October 1, 2021, ATF's IOI cadre consisted of 774 IOIs, of which 646 are responsible for conducting firearm and explosives regulatory inspections.

Compendium_Klarevas
Page 212

*Figure IR-01: Total IOI Activities by Assignment Type, 2016 – 2020*



See Table IR-01 in Appendix IR – Industry Regulation for a detailed listing of all IOI activities by year and assignment type between 2016 and 2020.

## Explosives Related Regulatory Activities

ATF's administration and enforcement of the SEA and federal explosives regulations (Title 27 CFR Chapter II, Part 555) is focused on preventing terrorism and reducing violent crime involving the criminal misuse of explosives.

As noted, ATF IOIs are responsible for conducting qualification and compliance inspections of FEL/P. ATF is required to inspect every FEL/P once every three years. On average, from 2016 to 2020, there were approximately 9,600 active FEL/Ps annually. As part of the inspection process, IOIs verify the safe storage of all explosive material and the required recordkeeping to ensure traceability of explosives and to prevent the criminal misuse of explosive material.

Between 2016 and 2020, ATF IOIs conducted 3,793 qualification inspections and 18,385 compliance inspections of FEL/Ps. As reflected in Table IR-01a and Figure IR-02, aside from the reduction in inspections in 2020 (due to COVID-19), the number of FEL/P inspections remained consistent over the past five years.

Compendium_Klarevas
Page 213

*Table IR-01a: Total Explosive-Related IOI Activities by Assignment Type, 2016-2020*

| Assignment Type | 2016 | % Annual Total | 2017 | % Annual Total | 2018 | % Annual Total | 2019 | % Annual Total | 2020 | % Annual Total | Total (2016-2020) | % 2016-2020 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Qualification | 858 | 17.9% | 888 | 18.1% | 757 | 14.2% | 770 | 17.2% | 700 | 23.5% | 3,973 | 17.7% |
| Compliance | 3,888 | 81.3% | 3,990 | 81.2% | 4,551 | 85.3% | 3,690 | 82.3% | 2,266 | 76.0% | 18,385 | 81.7% |
| Theft/Loss | 18 | 0.4% | 24 | 0.5% | 21 | 0.4% | 22 | 0.5% | 17 | 0.6% | 102 | 0.5% |
| Administrative | 6 | 0.1% | 7 | 0.1% | 4 | 0.1% | 1 | 0.0% | 0 | 0.0% | 18 | 0.1% |
| General | 13 | 0.3% | 7 | 0.1% | 5 | 0.1% | 0 | 0.0% | 0 | 0.0% | 25 | 0.1% |
| **Total** | **4,783** | **100.0%** | **4,916** | **100.0%** | **5,338** | **100.0%** | **4,483** | **100.0%** | **2,983** | **100.0%** | **22,503** | **100.0%** |

See Table IR-01 in Appendix IR – Industry Regulation for a detailed listing of completed FEL/P inspections by year and assignment type between 2016 and 2020.

*Figure IR-02: Total Explosive-Related Activities by Assignment Type, 2016 – 2020*



Much like ATF's outreach efforts with the firearms industry, ATF also strives to work and consult with the explosives industry and its associations. ATF communicates with the industry to identify areas of weakness and vulnerability in explosives security and to ensure public safety. ATF works with FEL/Ps, other regulatory agencies, and the public via conferences, seminars, meetings, phone, email, and written correspondence.

## Firearms Related Regulatory Activities

As noted, IOIs are the primary means by which ATF administers and enforces the regulatory provisions of the federal firearm laws. In addition to enforcing federal regulations pertaining to FFLs, the compliance inspections conducted by IOIs focus on assisting law enforcement in the identification and prevention of criminal activities involving firearms. These inspections also help improve the likelihood that crime gun traces will be successful, as IOIs prioritize educating licensees on best practices for the recordkeeping that is essential to completing those traces. IOIs also assist special agents in conducting

Compendium_Klarevas
Page 214

FFL theft investigations by conducting a complete review of the licensee's inventory and ensuring proper reporting of the stolen firearms.

IOIs are also essential to building collaborative partnerships with the firearms industry members and the public. First, IOIs conduct informational outreach seminars to help dealers, manufacturers and importers learn about their legal responsibilities. Second, IOIs conduct training sessions for industry members, trade groups, and the public to keep them informed about regulatory requirements. Additionally, IOIs participate in events such as gun shows to interact with FFLs who otherwise may not be seeing ATF's other educational efforts and answer questions unique to that FFL's situation. This type of outreach also allows IOIs the opportunity to answer firearms-related questions for the public.

### *Completed Firearm Assignments by Calendar Year*

ATF IOIs completed 106,825 FFL inspections between 2016 and 2020. Apart from the COVID-19 pandemic year of 2020, IOIs completed more than 21,000 inspections per year during this period (Figure IR-03). The number of completed inspections dropped by 23% from 22,957 in 2019 to 17,660 in 2020.

*Figure IR-03: Total Completed Firearm Assignments by Year, 2016 – 2020*



See Table IR-01 in Appendix IR – Industry Regulation for a detailed listing of completed firearm assignments by year and assignment type between 2016 and 2020.

### *Completed Firearm Assignments by Assignment Type*

Most inspections completed during this time were either qualification inspections (51%, 54,497 of 106,825) involving new applications for an FFL or compliance inspections (46%, 48,444 of 106,825) involving the regulatory review of an active firearms license holder (See Table IR-01b and Figure IR-04).

Compendium_Klarevas
Page 215

*Table IR-01b, Total Firearm-Related IOI Activities by Assignment Type, 2016-2020*

| Assignment Type | 2016 | % Annual Total | 2017 | % Annual Total | 2018 | % Annual Total | 2019 | % Annual Total | 2020 | % Annual Total | Total (2016-2020) | % 2016–2020 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Qualification | 11,772 | 52.9% | 10,675 | 48.3% | 10,276 | 47.0% | 9,738 | 42.4% | 12,036 | 68.2% | 54,497 | 51.0% |
| Compliance | 9,574 | 43.0% | 10,431 | 47.2% | 10,612 | 48.5% | 12,789 | 55.7% | 5,039 | 28.5% | 48,445 | 45.3% |
| Theft/Loss | 306 | 1.4% | 395 | 1.8% | 432 | 2.0% | 371 | 1.6% | 585 | 3.3% | 2,089 | 2.0% |
| Administrative | 170 | 0.8% | 184 | 0.8% | 150 | 0.7% | 15 | 0.1% | 0 | 0.0% | 519 | 0.5% |
| General | 427 | 1.9% | 404 | 1.8% | 400 | 1.8% | 44 | 0.2% | 0 | 0.0% | 1,275 | 1.2% |
| **Total** | **22,249** | **100.0%** | **22,089** | **100.0%** | **21,870** | **100.0%** | **22,957** | **100.0%** | **17,660** | **100.0%** | **106,825** | **100.0%** |

See Table IR-01 in Appendix IR – Industry Regulation for a detailed listing of completed firearm assignments by year and assignment type between 2016 and 2020.

*Figure IR-04: Firearm-Related Activities by Assignment Type, 2016 – 2020*



- Qualification
- Compliance
- Theft/Loss
- Administrative
- General

### Total Completed Firearm Assignments by State/Territory

Table IR-02a presents the ten states with the largest number of completed firearm assignments between 2016 and 2020. During this time, these ten states accounted for approximately 53% of the total completed firearm assignments by ATF IOIs (55,636 of 106,064). The states with the highest number of completed firearm assignments also had the highest average numbers of active FFLs between 2016 and 2020.[84]

Compendium_Klarevas
Page 216

*Table IR-02a: Top Ten States/Territories for Total Completed Firearm Assignments, 2016 – 2020 (Excludes Type 03 FFLs)*

| State or Territory | # of Assignments | % Total Assignments | Average # of FFLs |
|---|---|---|---|
| Texas | 15,236 | 14.4% | 8,934 |
| Florida | 6,619 | 6.2% | 4,599 |
| Ohio | 5,860 | 5.5% | 3,320 |
| Missouri | 5,262 | 5.0% | 2,972 |
| North Carolina | 4,556 | 4.3% | 3,301 |
| California | 4,548 | 4.3% | 3,307 |
| Arizona | 3,734 | 3.5% | 2,655 |
| Pennsylvania | 3,470 | 3.3% | 3,369 |
| Georgia | 3,332 | 3.1% | 2,663 |
| Virginia | 3,019 | 2.8% | 2,316 |
| **Top Ten Total** | **55,636** | **52.5%** | |
| **All States Total** | **106,064** | **100.0%** | |

See Table IR-02 in Appendix IR – Industry Regulation for the total number of completed firearm assignments by all 50 States and U.S. Territories, 2016 – 2020 (excluding Type 03).

### *Total Completed Firearm Assignments by Premises Type*

IOIs inspected FFLs at a wide variety of reported business premises (Figure IR-05). Of the 106,825 completed inspections between 2016 and 2020, single family dwellings (39%) and store front businesses (30%) were the most frequently inspected business premises.

*Figure IR-05: Total Completed Firearm Assignments by Reported Business Premises, 2016 – 2020*



Compendium_Klarevas
Page 217

See Table IR-03 in Appendix IR   Industry Regulation for the total number of completed firearm assignments by reported business premises, 2016   2020.

## Firearm Compliance Inspections

With certain exceptions, the GCA allows ATF to conduct one annual compliance inspection of an FFL. The purpose of the inspection program is to educate the licensee about regulatory responsibilities and to evaluate the level of compliance.  Compliance inspections also serve to protect the public by promoting voluntary internal controls to prevent and detect the diversion of firearms from lawful commerce to the illegal market.

ATF's collaborative and intelligence-driven approach to accomplishing its law enforcement and regulatory mission is known as Frontline. Importantly, Frontline relies on ATF's highly valued partnerships with state and local law enforcement agencies to be effective in fighting violent crime. Under this collaborative approach, ATF's Frontline business model ensures its limited resources are focused on the most violent offenders in a community, where the strong penalties associated with federal violations represent the most appropriate sanctions. To ensure ATF's resources are aligned to produce maximum impact, Frontline requires ATF field divisions to conduct annual domain assessments to identify the law enforcement and regulatory priorities specific to their respective areas of responsibility. These domain assessments are integrated with robust data analysis that incorporates all forms of Crime Gun Intelligence, including firearm trace information, National Integrated Ballistic Information Network (NIBIN) data, theft-loss data, and criminal possessor information. This ensures that ATF focuses its annual compliance inspections on FFLs most at risk for non-compliance.

In 2015, ATF created the Major Inspection Team (MIT) to support and assist field divisions with large-scale, complex firearms and explosives inspections involving large inventories and/or sites.

IOIs also review the required records kept by FFLs to identify individuals potentially associated with illegal firearm trafficking or involved in other criminal activity. During an inspection, the IOI will conduct the following activities (not necessarily in this order):

- Review business operations, including ownership and responsible person information
- Evaluate the licensee's internal controls and security measures
- Verify that licensee is compliant with state and local laws
- Conduct a complete physical inventory of firearms
- Review the A&D record, also known as the bound book
- Review all ATF forms, including Forms 4473
- Suggest voluntary actions or steps the licensee can take to improve compliance

As stated previously, ATF requires a 100 percent inventory verification in all FFL compliance inspections.  This requires each firearm to be physically identified by serial number and matched to its corresponding A&D entry.  IOIs must also account for each open entry in the A&D book.  The importance of conducting regular inventories and maintaining accurate records is stressed to FFLs during their inspections and noted in multiple publicly available ATF publications.

If the IOI finds any violation or discrepancy, the FFL will be advised of those findings. At the end of the inspection, the IOI will sit down with the licensee to go over the final report of violations, if any. The IOI will document the licensee's response to the violations, including any corrective actions the licensee has taken. Later, the licensee will receive a physical or digital copy of the signed report of violations.

Additionally, the IOI will review the federal firearms regulations with the licensee, who will have an opportunity to ask questions.

### *Completed FFL Compliance Inspections by Year*

ATF IOIs completed 48,445 compliance inspections between 2016 and 2020. The number of completed compliance inspections increased by almost 34% from 9,574 in 2016 to 12,789 in 2019 (Figure IR-06). This was followed by a sharp 61% drop to 5,039 inspections due to the COVID-19 pandemic in 2020. In response to COVID-19, ATF pivoted in 2020 from in-person inspections to telephonic outreach with the industry. These outreach inspections were aimed at educating and enhancing the FFLs understanding of the federal firearm laws and regulations. In 2020, ATF conducted 14,888 telephonic outreach inspections with FFLs.

*Figure IR-06: Total Completed FFL Compliance Inspections by Year, 2016 – 2020*



See Table IR-01 in Appendix IR – Industry Regulation for a detailed listing of completed FFL inspections by year and assignment type between 2016 and 2020.

### *Completed FFL Compliance Inspections by FFL Type*

Slightly more than 64% (31,045) of the completed compliance inspections between 2016 and 2020 involved Type 01 FFLs (Table IR-04). Completed compliance inspections of Type 07 FFLs accounted for slightly more than 18% (8,905) and Type 02 FFLs slightly less than 13% (6,206).

Compendium_Klarevas
Page 219

*Table IR-04: Total Completed Compliance Inspections by FFL Type, 2016-2020*

| FFL Type | # of Inspections | % Total |
|---|---|---|
| Type 01 Dealer in Firearms | 31,045 | 64.1% |
| Type 07 Manufacturer of Firearms | 8,905 | 18.4% |
| Type 02 Pawnbroker in Firearms | 6,206 | 12.8% |
| Type 08 Importer of Firearms | 872 | 1.8% |
| Type 06 Manufacturer of Ammunition for Firearms | 564 | 1.2% |
| Type 10 Manufacturer of Destructive Devices | 283 | <1% |
| Unknown / Not Identified | 211 | <1% |
| Type 11 Importer of Destructive Devices | 166 | <1% |
| Type 03 Collector of Curios and Relics | 140 | <1% |
| Type 09 Dealer in Destructive Devices | 53 | <1% |
| **Total** | **48,445** | **100.0%** |

### Percentage of FFLs Inspected

Between 2016 and 2020, most FFLs did not receive an annual compliance inspection (see Table IR-05). In every year, more than 85% of active FFLs did not experience a compliance inspection. Only 10% of active licensees in 2016 were subject to a compliance inspection. The percentage of inspected active licensees increased to nearly 15% in 2019. The COVID-19 pandemic decreased the percentage inspected to less than 6% active licensees in 2020.

*Table IR-05: Percentage of FFLs with Compliance Inspections, 2016 – 2020 (Excludes Type 03 FFLs)*

| Year | # of FFLs | # of FFLs Inspected | % of FFLs Inspected |
|---|---|---|---|
| 2016 | 91,201 | 9,523 | 10.4% |
| 2017 | 90,810 | 10,384 | 11.4% |
| 2018 | 89,780 | 10,579 | 11.8% |
| 2019 | 88,302 | 12,782 | 14.5% |
| 2020 | 87,129 | 5,037 | 5.8% |

### States with Highest Percentage of FFLs Inspected

Table IR-06a presents the top ten states with the highest percentage of FFLs that experienced a compliance inspection in 2019. New Jersey (35%), New Mexico (30%), Texas (29%), and Missouri (29%) had the highest shares of FFLs subject to compliance inspections in 2019.

*Table IR-06a: Top Ten States with Highest Percentage of FFLs with Compliance Inspections, 2019 (Excludes Type 03 FFLs)[85]*

| State or Territory | # of FFLs | # of FFLs Inspected | % of FFLs Inspected |
|---|---|---|---|
| New Jersey | 423 | 147 | 34.8% |
| Texas | 8,917 | 2635 | 29.6% |
| New Mexico | 829 | 244 | 29.4% |
| Missouri | 2,913 | 853 | 29.3% |
| Delaware | 148 | 41 | 27.7% |
| Ohio | 3,272 | 887 | 27.1% |
| North Carolina | 3,240 | 679 | 21.0% |
| Maryland | 799 | 155 | 19.4% |
| Arizona | 2,606 | 486 | 18.6% |
| Massachusetts | 677 | 126 | 18.6% |

See Table IR-06 in Appendix IR – Industry Regulation for percentage of FFLs with compliance inspections for all states and territories in 2019.

### *States with Lowest Percentage of Inspected FFLs*

Table IR-06b presents the top ten states with the lowest percentage of FFLs subject to a compliance inspection in 2019. Wisconsin (2%), Nevada (3%), and Idaho (3%) had the lowest shares of FFLs with compliance inspections in 2019.

*Table IR-06b: Top Ten States with Lowest Percentage of FFLs with Compliance Inspections, 2019 (Excludes Type 03 FFLs)[86]*

| State or Territory | # of FFLs | # of FFLs Inspected | % of FFLs Inspected |
|---|---|---|---|
| Wisconsin | 1,969 | 40 | 2.0% |
| Nevada | 881 | 27 | 3.1% |
| Idaho | 1,333 | 41 | 3.1% |
| North Dakota | 558 | 22 | 3.9% |
| Wyoming | 814 | 38 | 4.7% |
| Minnesota | 1,798 | 85 | 4.7% |
| Mississippi | 1,251 | 61 | 4.9% |
| Arkansas | 1,726 | 87 | 5.0% |
| Indiana | 1,906 | 100 | 5.2% |
| Rhode Island | 129 | 7 | 5.4% |

See Table IR-06 in Appendix IR – Industry Regulation for percentage of licensees with compliance inspections in all states and territories in 2019.

### *Completed FFL Compliance Inspections by IOI Recommendations*

ATF has a national policy for determining administrative actions to promote consistent and equitable resolutions of violations of the GCA. The nature of the violations, their impact on public safety, and ATF's ability to reduce violent crime are significant considerations in determining the appropriate administrative action. IOIs are responsible for making an initial recommendation on any applicable administrative action. A field division's management team will evaluate the IOI's recommendation, and depending on the proposed action, may seek advice of ATF counsel or ATF HQ personnel.

ATF found no violations in more than 48% (23,419) of compliance inspections and reports of violations in which no further action was needed was recommended in almost 18% (8,589) of compliance inspections between 2016 and 2020 (Table IR-07). Nearly 12% (5,785) of compliance inspections resulted in the issuance of a warning letter and only 4% (1,935) of compliance inspections resulted in a warning conference being held between ATF and the FFL. Recommendations to revoke the license were rare, less than one percent (202) of such recommendations were made during this five-year period. Additionally, 85 FFLs either settled with or surrendered their licenses (34) in lieu of revocation because of a compliance inspection.

*Table IR-07: Total Completed Compliance Inspections by Recommendation, 2016 – 2020*

| Recommendation | # of Inspections | % Total |
|---|---|---|
| No Violations Cited | 23,419 | 48.3% |
| Report of Violations Only, No Further Action | 8,589 | 17.7% |
| Warning Letter | 5,785 | 11.9% |
| Licensee Out of Business | 4,880 | 10.1% |
| Completed Inspection | 2,499 | 5.2% |
| Warning Conference | 1,935 | 4.0% |
| Other[87] | 761 | 1.6% |
| Revocation | 202 | <1% |
| Settlement in lieu of revocation | 85 | <1% |
| Surrendered in lieu of revocation | 34 | <1% |
| Unknown / Not reported[88] | 256 | <1% |
| **Total** | **48,445** | **100.0%** |

### *Completed FFL Compliance Inspections by Violations Cited*

A small number of FFL compliance inspections generated very large upward deviations in the numbers of violations issued.[89] Table IR-09 in Appendix IR – Industry Regulation presents the total number of violations cited in all FFL compliance inspections completed between 2016 and 2020, including the inspections with highly skewed numbers of violations. Figure IR-07 presents the total number of violations cited in FFL compliance inspections during this same period excluding the inspections that had 50,000 or more violations cited. The total number of violations cited in compliance inspections increased by 45% from 452,996 in 2016 to 657,511 in 2019. Relative to 2019, the number of violations cited in compliance inspections dropped by 84% to 107,393 in the COVID-19 pandemic year of 2020.

*Figure IR-07: Total Violations Cited in Compliance Inspections with Skewed Violations Excluded by Year, 2016 – 2020*



See Table IR-10 in Appendix IR – Industry Regulation provides a breakdown of all violations cited in completed compliance inspections with skewed violations excluded between 2016 and 2020.

**Table IR-08: Total Violations Cited in Compliance Inspections with Skewed Violations Included by Year, 2016 – 2020**

| Year | # of Violations |
|------|-----------------|
| 2016 | 29,330,224 |
| 2017 | 33,255,652 |
| 2018 | 1,562,231 |
| 2019 | 3,431,968 |
| 2020 | 107,393 |
| **Total** | **67,687,468** |

*Top Ten Violations Cited in Completed Compliance Inspections*

The top ten violations cited in completed compliance inspections with skewed violations included accounted for more than 96% (65,172,106) of the 67,687,468 total violations cited between 2016 and 2020 (see Table IR-09a).

**Table IR-09a: Top Ten Violations Cited in Completed Compliance Inspections with Skewed Violations Included, 2016 – 2020**

| Violation Cited | # of Times Violation Cited | % of All Violations Cited |
|------|----------|----------|
| 27 CFR 478.123(a) - Failure to timely record firearms manufactured / acquired in A&D record | 14,883,676 | 22.0% |
| 27 CFR 478.92(a)(1)(ii)(D) - Failure to properly mark firearms with manufacturer city, state in which the firearm was manufactured | 10,467,456 | 15.5% |
| 27 CFR 478.92(a)(1)(i) – Failure to properly mark firearms with serial number | 10,458,593 | 15.5% |
| 27 CFR 479.102(a) – Failure to properly mark a serial number on an NFA firearm | 5,401,665 | 8.0% |
| 27 CFR 479.102(a)(2) – Failure to properly mark NFA firearms with additional information | 5,400,393 | 8.0% |
| 27 CFR 478.92(a)(1)(ii)(C) – Failure to properly mark firearms with licensee name | 5,058,605 | 7.5% |
| 27 CFR 478.92(a)(1)(ii)(A) – Failure to properly mark firearms with designated model | 5,034,307 | 7.4% |
| 27 CFR 478.92(a)(1)(ii)(B) – Failure to properly mark firearms with caliber or gauge | 5,003,033 | 7.4% |
| 27 CFR 478.123(b) - Failure to maintain timely, accurate and complete disposition record | 2,131,524 | 3.1% |
| 27 CFR 478.121(c) – Making false entry, omitting entry, or failing to properly maintain required recordkeeping | 1,332,854 | 2.0% |
| **Total** | **65,172,106** | **96.3%** |

See Table IR-09 in Appendix IR – Industry Regulation for a complete listing of violations cited in completed compliance inspections with skewed violations included between 2016 and 2020.

When excluding these inspections, the top ten violations cited in completed compliance inspections accounted for 75% (1,815,033) of the 2,421,139 total violations cited between 2016 and 2020 (see Table IR-10a).

*Table IR-10a: Top Ten Violations Cited in Completed Compliance Inspections with Skewed Violations Excluded, 2016-2020*

| Violation Cited | # of Times Violation Cited | % of All Violations Cited |
|---|---|---|
| 27 CFR 478.125(e) - Failure to timely, accurately, and completely record information in A&D record | 482,353 | 19.9% |
| 27 CFR 478.123(a) - Failure to timely record firearms manufactured / acquired in A&D record | 420,770 | 17.4% |
| 27 CFR 478.123(b) - Failure to maintain timely, accurate and complete disposition record | 269,287 | 11.1% |
| 27 CFR 478.21(a) - Failure to complete the ATF Form 4473 as indicated by the headings on the form and the instructions on or pertaining to the form. | 143,057 | 5.9% |
| 27 CFR 478.124(c)(1) - Failure to obtain complete purchaser information on the 4473 | 132,929 | 5.5% |
| 27 CFR 479.103 - Failure to file ATF Form 2 for registration of manufactured NFA firearms | 93,880 | 3.9% |
| 27 CFR 478.41(b) - Failure to obtain the required license to engage in the business as a dealer, manufacturer, or importer of firearms | 76,767 | 3.2% |
| 27 CFR 478.124(c)(3)(iv) - Failure to record all required NICS information, including the date NICS was contacted, and the response received on the 4473 | 69,385 | 2.9% |
| 27 CFR 478.92(a)(1)(ii)(D) - Failure to properly mark firearms with manufacturer city, state in which the firearm was manufactured. | 67,456 | 2.8% |
| 27 CFR 478.124(e)(5)   Failure by transferor to sign and/or date (certify) the ATF Form 4473 | 59,149 | 2.4% |
| **Total** | **1,815,033** | **75.0%** |

See Table IR-10 in Appendix IR – Industry Regulation for a complete listing of violations cited in completed compliance inspections with skewed violations excluded between 2016 and 2020.

### Type 01 FFL Violations Cited

From 2016 to 2020, IOIs cited Type 01 FFLs with 725,997 violations when excluding inspections with skewed violations. The top ten violations cited accounted for approximately 94% (684,183) of the total violations cited between 2016 and 2020 (Table IR-11a).  Moreover, a single violation, failure to timely record required information in the A&D Record, accounted for more than half of all violations cited.

*Table IR-11a: Top Ten Violations Cited in Completed Compliance Inspections of Type 01 FFLs with Skewed Violations Excluded, 2016-2020*

| Violation Cited | # of Times Violation Cited | % of All Violations Cited |
|---|---|---|
| 27 CFR 478.125(e) - Failure to timely record required information in A&D record | 380,169 | 52.4% |
| 27 CFR 478.21(a) - Failure to complete the ATF Form 4473 as indicated by the headings on the form and the instructions on or pertaining to the form. | 81,401 | 11.2% |
| 27 CFR 478.124(c)(1) - Failure to obtain complete purchaser information on the 4473 | 74,198 | 10.2% |
| 27 CFR 478.124(c)(3)(iv) - Failure to record all required NICS information, including the date NICS was contacted, and the response received on the 4473 | 40,376 | 5.6% |
| 27 CFR 478.124(e)(5) - Failure of licensee to sign and/or date (certify) the 4473 | 33,407 | 4.6% |
| 27 CFR 478.124(c)(3)(i) - Failure to verify or record the purchaser's ID documents on 4473 | 25,706 | 3.5% |
| 27 CFR 478.126(a) - Failure to report multiple handgun sales on ATF Form 3310.4 | 17,624 | 2.4% |
| 27 CFR 478.124(c)(4) - Failure to properly identify the firearms transferred on 4473 | 16,914 | 2.3% |
| 27 CFR 478.124(b) - Failure to maintain 4473 in required order | 7,297 | 1.0% |
| 27 CFR 478.102(a) - Failure to complete a NICS / POC background check prior to transferring a firearm | 7,091 | 1.0% |
| **Total** | **684,183** | **94.2%** |

See Table IR-11 in Appendix IR – Industry Regulation for a complete listing of violations cited in completed compliance inspections of Type 01 FFLs with skewed violations excluded between 2016 and 2020.

### Type 02 FFL Violations Cited

From 2016 to 2020, IOIs cited Type 02 FFLs with 231,161 violations when excluding inspections with skewed violations. The top ten violations cited accounted for 96% (222,378) of the total violations cited between 2016 and 2020 (Table IR-12a). Moreover, a single violation, failure to timely record required information in the A&D Record, accounted for approximately 38% (87,473) of all violations cited.

*Table IR-12a: Top Ten Violations Cited in Completed Compliance Inspections of Type 02 FFLs with Skewed Violations Excluded, 2016-2020*

| Violation Cited | # of Times Violation Cited | % of All Violations Cited |
|---|---|---|
| 27 CFR 478.125(e) - Failure to timely record required information in A&D record | 87,473 | 37.8% |
| 27 CFR 478.124(c)(1) - Failure to obtain complete purchaser information on the 4473 | 36,949 | 16.0% |
| 27 CFR 478.21(a) - Failure to complete the ATF Form 4473 as indicated by the headings on the form and the instructions on or pertaining to the form. | 34,080 | 14.7% |
| 27 CFR 478.124(c)(3)(iv) - Failure to record all required NICS information, including the date NICS was contacted, and the response received on the 4473 | 18,226 | 7.9% |
| 27 CFR 478.124(c)(5) - Failure of licensee to sign and/or date (certify) 4473 | 13,896 | 6.0% |
| 27 CFR 478.124(c)(3)(i) - Failure to verify or record the purchaser's ID documents on 4473 | 11,002 | 4.8% |
| 27 CFR 478.124(c)(4) - Failure to properly identify the firearms transferred on 4473 | 8,065 | 3.5% |
| 27 CFR 478.124(b) - Failure to maintain 4473 in required order | 6,188 | 2.7% |
| 27 CFR 478.126(a) - Failure to report multiple handgun sales on ATF Form 3310.4 | 5,217 | 2.3% |
| 27 CFR 478.102(a) - Failure to complete a NICS / POC background check prior to transferring a firearm | 1,282 | 0.6% |
| **Total** | **222,378** | **96.2%** |

See Table IR-12 in Appendix IR – Industry Regulation for a complete listing of violations cited in completed compliance inspections of Type 02 FFLs with skewed violations excluded between 2016 and 2020.

### Type 07 FFL Violations Cited

From 2016 to 2020, IOIs cited Type 07 FFLs with 1,320,288 violations when excluding inspections with skewed violations. The top ten violations cited accounted for 83% (1,100,974) of the total violations cited between 2016 and 2020 (Table IR-13a). Failure to timely record firearms manufactured and/or acquired in the A&D record was the top violation, accounting for almost 30% (391,101) of total violations cited during completed inspections of Type 07 FFLs.

*Table IR-13a: Top Ten Violations Cited in Completed Compliance Inspections of Type 07 FFLs with Skewed Violations Excluded, 2016-2020*

| Violation Cited | # of Times Violation Cited | % of All Violations Cited |
|---|---|---|
| 27 CFR 478.123(a) - Failure to timely record firearms manufactured / acquired in A&D record | 391,101 | 29.6% |
| 27 CFR 478.123(b) - Failure to maintain timely, accurate and complete disposition record | 245,075 | 18.6% |
| 27 CFR 479.103 - Failure to file ATF Form 2 for registration of manufactured NFA firearms | 92,663 | 7.0% |
| 27 CFR 478.41(b) - Failure to obtain the required license to engage in the business as a dealer, manufacturer, or importer of firearms | 75,006 | 5.7% |
| 27 CFR 478.92(a)(1)(ii)(D) - Failure to properly mark firearms with manufacturer city, state in which the firearm was manufactured | 67,193 | 5.1% |
| 27 CFR 478.92(a)(1)(ii)(C) - Failure to properly mark firearms with licensee name | 55,541 | 4.2% |
| 27 CFR 478.92(a)(1)(i) - Failure to properly mark firearms with a serial number | 55,107 | 4.2% |
| 27 CFR 478.92(a)(1) - Failure to legibly identify firearms with required markings | 44,778 | 3.4% |
| 27 CFR.123(d) - Failure to maintain an accurate/complete/timely nonlicensee disposition record | 41,928 | 3.2% |
| 27 CFR 478.92(a)(2) - Failure to properly mark firearm frame or receiver with required markings | 32,582 | 2.5% |
| **Total** | **1,100,974** | **83.4%** |

See Table IR-13 in Appendix IR – Industry Regulation for a complete listing of violations cited in completed compliance inspections of Type 07 FFLs with skewed violations excluded between 2016 and 2020.

## Qualification Inspections

FFL applications are sent to the nearest ATF field office with responsibility for the area in which the business premises are located. The GCA requires that all firearms licenses must be issued or denied within 60 days of ATF's receipt of a perfected application. ATF is mandated by statutory requirements to issue an FFL if the applicant has submitted a properly executed application and has no prohibitive factors.

The field office supervisor will issue an assignment to an IOI who will conduct a face-to-face qualification inspection with the applicant. Except in extraordinary circumstances, ATF policy is for an IOI to conduct qualification inspections in-person at the applicant's proposed business premises. The IOI will discuss federal, state, and local requirements, and go over the application with the applicant to ensure the information is correct and current.

IOIs also provide instructional and educational materials about the requirements of the law and regulations and best business practices. This includes the Federal Firearms Regulations Reference Guide, which covers laws, regulations, and other information about operating a firearms business in compliance with federal statutes. Other publications, such as the Safety and Security Information for Federal Firearms Licensees, educate the FFL in the areas of structural security, inventory security, safe business practices, and how to report a theft or loss.

Licensees are also encouraged to contact their local ATF office for information and assistance to ensure safe and compliant operations of the business. The local office can also assist the FFL in the preparation of theft/loss reports that must be submitted to the Stolen Firearms Program if a theft or loss has occurred.

Compendium_Klarevas
Page 226

### *Completed FFL Qualification Inspections by Year*

ATF IOIs completed 54,497 qualification inspections between 2016 and 2020.   The number of completed qualification inspections steadily decreased by 17% between 2016 (11,772) and 2019 (9,738). Completed qualification inspections then increased by almost 24% in 2020 (12,036) (see Figure IR-08).[90]

*Figure IR-08: Total Completed FFL Qualification Inspections by Year, 2016 – 2020*



See Table IR-01 in Appendix IR – Industry Regulation for a detailed listing of completed FFL inspections by year and assignment type between 2016 and 2020.

### *Completed Qualification Inspections by FFL Type*

Slightly more than 59% (32,202) of completed qualification inspections between 2016 and 2020 involved Type 01 FFLs (Table IR-14). Completed qualification inspections of Type 07 FFLs (25% of 54,497) and Type 02 FFLs (6% of 54,497) represented the next most frequent FFL type inspected between 2016 and 2020.

*Table IR-14:  Total Completed Qualification Inspections by FFL Type, 2016 - 2020*

| FFL Type | # of Inspections | % Total |
|---|---|---|
| Type 01 Dealer in Firearms | 32,202 | 59.1% |
| Type 07 Manufacturer of Firearms | 13,787 | 25.3% |
| Type 02 Pawnbroker in Firearms | 3,176 | 5.8% |
| Type 06 Manufacturer of Ammunition for Firearms | 2,514 | 4.6% |
| Type 08 Importer of Firearms | 1,495 | 2.7% |
| Type 03 Collector of Curios and Relics | 604 | 1.1% |
| Type 10 Manufacturer of Destructive Devices | 322 | <1% |
| Type 11 Importer of Destructive Devices | 177 | <1% |
| Type 09 Dealer in Destructive Devices | 160 | <1% |
| Unknown / Not Identified | 60 | <1% |
| **Total** | **54,497** | **100.0%** |

Compendium_Klarevas
Page 227

*Completed Qualification Inspections by IOI Recommendation*

As reflected in Table IR-15, ATF IOIs approved 79% (43,251) of the qualification inspections completed between 2016 and 2020. On average, ATF approved over 166 new FFLs every week during this period. Conversely, 20% (10,906) of applications were withdrawn between 2016-2020. Lastly, IOIs denied 70 applications between 2016 and 2020.

*Table IR-15: Total Completed Qualification Inspections by Recommendation, 2016 – 2020*

| Recommendation | # of Inspections | % Total |
|---|---|---|
| Approved | 43,251 | 79.4% |
| Withdrawn | 10,906 | 20.0% |
| Abandoned | 219 | <1% |
| Denied | 70 | <1% |
| Unknown / Not reported | 51 | <1% |
| **Total** | **54,497** | **100.0%** |

# General Assignments and Other Duties

Besides conducting firearm and explosives compliance and qualification inspections, IOIs also conduct a variety of outreach activities to the regulated industries, its government partners, and to the public. For instance, ATF outreach activities can take a variety of forms such as giving presentations to schoolchildren and the public to promote public safety and violence prevention, building partnerships with industry members and professional organizations to meet common goals, and providing training and other services to employees of other federal, state, and local agencies to improve their ability to do their jobs.

In support of ATF's regulatory mission, IOIs meet with state and local agencies and zoning boards to discuss regulations and ordinances to determine if an applicant can legally operate within their jurisdiction. ATF also closely coordinates with state regulatory agencies to detect and prevent diversion of firearms from legal commerce.

ATF works in partnership with the regulated industries to prevent firearms from being diverted to individuals who are prohibited from possessing them. ATF periodically holds seminars for industry members and also operates informational booths at gun shows as a part of its outreach efforts. Furthermore, ATF strives to educate licensees on these topics via electronic resources, such as open letters sent to FFLs, information posted on its website, and newsletters.

Between 2016 and 2019, ATF IOIs conducted 1,839 outreach related activities, averaging 459 outreach events annually. In 2020, more than 21,190 outreach activities were held. Table IR-16 provides a breakdown of the target audience for each outreach activity conducted.

*Table IR-16: Outreach Conducted by Target Audience, 2016 – 2020*

| Outreach Activity | 2016 | 2017 | 2018 | 2019 | 2020 | Total |
|---|---|---|---|---|---|---|
| Telephonic to Industry | | | | | 14,888 | 14,888 |
| Government | 52 | 53 | 60 | 58 | 14 | 237 |
| Gun Show | 138 | 97 | 96 | 79 | 22 | 432 |
| Industry | 209 | 235 | 218 | 234 | 6,230 | 7,126 |
| Public | 81 | 83 | 88 | 58 | 36 | 346 |
| **Total** | **480** | **468** | **462** | **429** | **21,190** | **23,029** |

### *Industry Outreach*

ATF regularly conducts firearms industry outreach initiatives and partners with private sector organizations to promote voluntary compliance and prevent firearm thefts. One pertinent example is ATF's partnership with the National Sport Shooting Foundation (NSSF) to promote Operation Secure Store (OSS) which is a multifaceted initiative providing FFLs with education to enhance firearms security and identify potential weaknesses that could cause an FFL to be more susceptible to a criminal threat or other hazard that could lead to the theft or loss of firearms. The primary goal of OSS is in working to deter and prevent thefts or losses from FFLs, leveraging resources to enhance public safety and reducing the impact to communities affected by these crimes.

### *Government Outreach*

ATF's National Tracing Center (NTC) traces firearms associated with crimes and provides investigative leads for local, state, federal and foreign law enforcement agencies. NTC uses technologies and tools such as eTrace to detect firearms trafficking and track the movement of crime guns across police jurisdictions, state lines, and national borders. Each year, ATF processes firearm trace requests for thousands of domestic and international law enforcement agencies. ATF also helps foreign law enforcement agencies by tracing U.S.-sourced firearms recovered in their countries.

### *Public Outreach*

ATF's community-based outreach consists of prevention and deterrence efforts as well as services for the public. ATF maintains a website, www.atf.gov, where the public and regulated industry members can obtain information about the Bureau and the laws it enforces, as well as publications and forms.  ATF operates several hotlines by which the public can contact the Bureau to report violations which fall within ATF's jurisdiction including firearms violations- 1-800-ATF-GUNS (1-800-283-8467).

### *Seminars*

ATF routinely holds firearm seminars for FFLs as well as for groups of licensees under the same ownership, such as corporate retailers. Firearm seminars focus on pertinent topics such as preventing straw purchases, implementing best practices to prevent firearms burglaries and internal theft, question and answer sessions and how to comply with recordkeeping requirements. Recent firearm seminars include guidance on developing technology such as electronic recordkeeping. Electronic recordkeeping has shown to help FFLs comply with firearms tracing requests. Specifically, electronic ATF Forms 4473 and acquisition and disposition records lead to faster and more accurate trace responses when compared to manually searching hardcopy records.

### *Gun Shows*

Each ATF field division, at a minimum, generally attends two gun shows every year.  During the gun show, IOIs operate an informational booth to provide information and answer questions.  These booths are staffed by experienced IOIs who answer a variety of questions related to traces, thefts, records, inventory, security, and maintaining compliance.  Additionally, it provides an opportunity for the public to ask IOIs questions related to firearms.

## Industry Operations Staffing

### *IOI Field Staffing by Calendar Year*

Table IR-09 presents the number of field IOIs employed by ATF between 2016 and 2020.  The number of IOIs available to complete inspections was relatively flat over this period with a high of 676 in 2017 and a low of 591 in 2018.  The 612 IOIs employed in 2020 completed 17,660 inspections (ratio of one IOI for every 29 completed FFL inspections) and regulated 87,129 FFLs (ratio of one IOI for every 142 licensees).

*Figure IR-09[91]:  Total Field IOIs Employed by ATF, 2016-2020*



As reflected in Table IR-17, there were an average of 759 total IOIs of which an average of 641 IOIs were assigned to ATF field divisions in field positions[92] between 2016 and 2020.  IOIs assigned to the field are responsible for conducting all regulatory inspections.  All other IOIs are either in supervisory positions or specialized IOI positions primarily located at ATF Headquarters.

*Table IR-17:  Total IOI Staffing, 2016 – 2020*

| IOI Allocation | 2016 | 2017 | 2018 | 2019 | 2020 | Avg # IOIs |
|---|---|---|---|---|---|---|
| Field IOIs | 669 | 676 | 591 | 655 | 612 | 641 |
| Supervisory/Programmatic IOIs | 122 | 120 | 80 | 132 | 137 | 118 |
| **Total** | **791** | **796** | **671** | **787** | **749** | **759** |

Compendium_Klarevas
Page 230

*IOI Field Staffing by State*

As reflected in Table IR-18 in Appendix IR – Industry Regulation, the number of IOIs varied across states. These totals and ratios reflect the total number of FFLs in each state in 2020 excluding Type 03 FFLs. In 2020, Texas had the largest number of IOIs assigned by ATF with 74 IOIs assigned to regulate 8,980 FFLs with a 1:121 ratio. In contrast, Wyoming only had one IOI assigned to regulate 805 FFLs spread over a geographical area of 97,813 square miles. Tables IR-18a and IR-18b present the top ten states with the highest and lowest IOI to FFL ratios in 2020, respectively.

*Table IR-18a: Top Ten States with Highest Field IOI to FFL Ratio, 2020 (Excludes Type 03 FFLs)[93]*

| State or Territory | # FFLs | # Field IOIs | Field IOI to FFL Ratio |
|---|---|---|---|
| Delaware | 153 | 3 | 1:51 |
| New Jersey | 407 | 7 | 1:58 |
| New Mexico | 773 | 10 | 1:77 |
| California | 3,016 | 36 | 1:84 |
| Virginia | 2,294 | 25 | 1:92 |
| Missouri | 2,841 | 30 | 1:95 |
| West Virginia | 1,140 | 11 | 1:104 |
| Massachusetts | 669 | 6 | 1:112 |
| Maryland | 793 | 7 | 1:113 |
| Tennessee | 2,033 | 18 | 1:113 |

*Table IR-18b: Top Ten States with Lowest Field IOI to FFL Ratio, 2020 (Excludes Type 03 FFLs)[94]*

| State or Territory | # FFLs | # Field IOIs | Field IOI to FFL Ratio |
|---|---|---|---|
| Wyoming | 805 | 1 | 1:805 |
| Iowa | 1,625 | 3 | 1:542 |
| Kansas | 1,428 | 3 | 1:476 |
| Oregon | 1,711 | 5 | 1:342 |
| Idaho | 1,322 | 4 | 1:331 |
| Wisconsin | 1,922 | 6 | 1:320 |
| Montana | 1,330 | 5 | 1:266 |
| Alaska | 728 | 3 | 1:243 |
| Oklahoma | 1,936 | 9 | 1:215 |
| New York | 2,219 | 11 | 1:202 |

See Table IR-18 in Appendix IR – Industry Regulation for a complete listing states and U.S. territories by number of FFLs, field IOIs, and field IOI to FFL ratio for 2020.

## ATF Actions to Increase Efficiency

ATF needed to replace its outdated systems with a modern, state-of-the-art technology with the latest web-based IT tools to meet its mission requirements with greater efficiency. As a result, in late 2017 ATF began using a unified case management system for inspections and investigations that allows officers to manage data at any time and from any location. With this new platform, all ATF field offices can collaborate to ensure the solution meets the mission-critical needs. Although the determination of which FFLs to inspect is dictated by policy and the Frontline model, the new software is making significant improvements to provide a more streamlined and standardized inspection process as it breaks

down the steps with special emphasis on how and when they should be completed, ensuring nationwide consistency among field divisions and better use of resources.

## Firearm Industry Supported Educational Campaigns

FFLs play a key role in safeguarding the public from violent crime by maintaining accurate records, instituting internal controls, and performing background checks on potential firearm purchasers. These practices have saved lives, prohibited violent criminals from obtaining firearms, and prevented firearms-related crimes. ATF considers FFLs as the front line of defense for intelligence on the criminal misuse of firearms. ATF has worked with the firearms industry on several programs that have leveraged ATFs regulatory authorities to assist with its criminal enforcement mission.

### *Don't Lie for the Other Guy*

A campaign to educate America's firearm retailers on how to detect would-be straw purchasers and to raise public awareness that it is a serious crime to buy a firearm for a prohibited person or for someone who does not otherwise want their name associated with the transaction. These efforts are intended to reduce straw purchases and to encourage the reporting to law enforcement of attempted or completed straw purchases.

### *Operation Secure Store*

ATF supports OSS, a multifaceted initiative providing FFLs with education on solutions and services that enhance operational security and aid in identifying potential risks, protecting interests, and limiting the disruption of operations. The program focuses on five areas: education and awareness, assessment and risk analysis, planning and strategy, engagement, and response. A component of the initiative is a series of regional seminars. In addition to discussing security, these seminars also provide training on ATF compliance. The combined effort of promoting proven security practices and encouraging regulatory compliance should help reduce the illicit acquisition of firearms.

DOJ's Bureau of Justice Assistance (BJA) has also sponsored a number of programs to reduce firearm accidents and misuse that have been supported by the firearm industry.

### *Project ChildSafe*

Project ChildSafe is a nationwide initiative to promote firearm responsibility and provide safety through the distribution of safety education messages and free firearm safety kits. The program intends to provide education to all gun owners, young adults, and children. Thousands of law enforcement agencies provide free firearm safety kits to gun owners, which is in addition to more than 70 million free locking devices manufacturers include with new firearms sold (a practice begun in 1998 that continues to this day). The inclusion of locking devices with manufactured firearms helps FFLs comply with the requirement that a secure gun storage or safety device be included with the transfer of a handgun to a non-licensee.

### *Project Lock It Up*

Project Lock it Up focuses on encouraging gun owners to secure firearms when not in use to prevent children, at-risk youth, potential thieves, and those who intend to harm themselves from accessing firearms. Additionally, it encourages firearm owners to record their firearm inventory information in the event of a theft and provides a link to ATF's Personal Firearms Record pamphlet. The program also provides links to assist individuals and FFLs on how to find state and federal laws governing firearms.

### *Project Sell with Certainty*

"Sell With Certainty" is a program intended to educate firearm owners on the safest methods to sell a firearm to another individual. Specifically, it encourages unlicensed individuals to utilize an FFL to facilitate a sale to another unlicensed individual because of the FFLs ability to conduct a background check on the prospective buyer. The website provides a handout for FFLs to assist them when conducting a private party transfer. It also contains a link to www.atf.gov, where FFLs can obtain additional resources on facilitating these transfers.

### *STOP School Violence Program*

The Student, Teachers, and Officers Prevents (STOP) School Violence Program seeks to improve school security by providing teachers and students with tools they need to recognize, respond quickly to, and prevent acts of violence. DOJ's BJA and Office of Community Oriented Policing Services offers grants to improve security at schools through evidence-based programs. The objectives are accomplished via grants to help state, local, and tribal governments to train personnel and educate students on preventing student violence, develop and operate technology solutions, develop and create threat assessment and intervention teams, specialized training for school officials to respond to a mental health crisis, and support any measure that BJA determines provides a significant improvement in training, threat assessment and reporting, and violence prevention.

## Summary

IOIs are responsible for conducting inspections of the regulated firearms and explosives industries. The number of ATF IOIs in field positions is very small relative to the number of FFLs and the number of completed inspections per year. For instance, in 2019, ATF employed only 655 field IOIs who were responsible for regulating 88,302 active FFLs (ratio of one IOI for every 135 FFLs) and 9,512 FEL/Ps (ratio of one IOI for every 14 FEL/Ps). In 2019, IOIs completed 22,527 FFL qualification and compliance inspections (ratio of one IOI for every 34 completed inspections) and 4,460 FEL/P qualification and compliance inspections (ratio of one IOI for every 7 completed inspections). Beyond regulating the firearms and explosive industries, IOIs are responsible for a variety of ATF outreach activities such as providing training and education, forming partnerships with industry members and professional organizations, meeting with state and local government agencies on regulatory matters, and other actions. In 2020, IOIs completed 21,190 outreach-related activities.

Every year between 2016 and 2019, IOIs completed more than 21,000 FFL inspections per year. In the COVID-19 pandemic year of 2020, the total number of FFL inspections dropped to 17,660 driven by a steep 61% decrease in compliance inspections from 12,789 in 2019 to 5,039 in 2020. However, the number of qualification inspections increased by 24% from 9,738 in 2019 to 12,036 in 2020. ATF IOIs

approved FFL applications in almost 80% of qualification inspections completed between 2016 and 2020. On average, more than 166 new FFLs were approved per week during this period.

Most FFLs were not subjected to a compliance inspection during each year of the 2016 through 2020 period. IOIs found no violations in almost half of all completed compliance inspections and recommended no further action in close to one in five completed compliance inspections. Type 01 FFLs accounted for more than two-thirds of all compliance inspections while Type 07 FFLs and Type 02 FFLs each accounting for roughly 13% of total number of completed compliance inspections between 2016 and 2020. Failure to timely record required information in the A&D record was the most frequent violation cited in inspections of Type 01 and Type 02 FFLs. Failure to timely record firearms manufactured and/or acquired in the A&D record was the top violation cited during inspections of Type 07 FFLs.

# PART XI:
# Firearm Laws, Regulations, and Policy

## Overview

As with any industry, the firearm industry is affected by legislation, court decisions, regulations, and government policies. Unlike other commodities, however, the U.S. Constitution directly references a guarantee of rights applicable to firearms in the Second Amendment. The overlay of direct constitutional considerations influences essentially all governmental action and policies involving firearms. This section reviews some of the most significant legal and regulatory developments since 2000, and how these developments correlate with trends in firearm commerce.

## U.S. Supreme Court Opinions

Since 2000, the most significant legal development involving firearms has undoubtedly been the issuance of two landmark U.S. Supreme Court decisions, **District of Columbia et al. v. Heller**, (554 U.S. 570, 2008) and **McDonald v. City of Chicago**, *(554 U.S. 570, 2010)*. These cases collectively established that the Second Amendment includes an individual right to possess firearms and that the individual right is incorporated in the Fourteenth Amendment, and therefore also constrained states laws.

Issued in June 2008, the *Heller* decision invalidated a 39-year-old District of Columbia ordinance that banned the possession of handguns. The Court held that the ban was unconstitutional because the Second Amendment included an "individual right to possess a firearm unconnected with service in a militia, and to use that arm for traditionally lawful purposes, such as self-defense within the home." In reaching this holding, however, the Court emphasized that the individual right to possess firearms was subject to limitations: "The Court's opinion should not be taken to cast doubt on longstanding prohibitions on the possession of firearms by felons and the mentally ill, or laws forbidding the carrying of firearms in sensitive places such as schools and government buildings, or laws imposing conditions and qualifications on the commercial sale of arms".

The *McDonald* case involved a challenge to a Chicago city ordinance similar to the DC law the Court invalidated in *Heller*. In a decision issued in 2010, the Court held that the Chicago ordinance was also unconstitutional because the Due Process Clause of the Fourteenth Amendment incorporated the Second Amendment right recognized in *Heller* of individuals to "keep and bear arms," and therefore is enforceable against the states.

By resolving long-existing uncertainty as to whether the Second and Fourteenth Amendments included an individual right to possess firearms, the *Heller* and *McDonald* decisions provided greater clarity to state legislatures and local governments considering laws involving firearm possession. Continuing a trend that pre-dated these decisions, many state and local governments elected to enact laws either expanding the availability of permits for the concealed carrying of firearms or allowing both the open and concealed carrying of firearms without a permit.

As discussed later in this section, the proliferation of laws specifically allowing public possession of firearms correlates to a shift in U.S. firearm manufacturing from predominately long guns towards the manufacture of carry-friendly pistols.

## Federal Law

### *Sunset of the Federal Assault Weapon and Large Capacity Magazine Ban*

For a period of approximately four years in the time frame covered by this report (2000 to 2004), a provision of the GCA, Title 18 U.S.C. § 922(v), broadly restricted the manufacture and possession of firearms designated to be "assault weapons." Originally enacted as part of the Violent Crime Control and Law Enforcement Act of 1994, § 922(v) defined "assault weapons" to be firearms with the following design features:

- Semi-automatic rifles able to accept detachable magazines that also included two or more of the following features: folding or telescoping stock, pistol grip, bayonet mount, flash hider or threaded barrel designed to accept one, or grenade launcher.

- Semi-automatic pistols with detachable magazines and two or more of the following: magazine that attaches outside the pistol grip, threaded barrel to attach barrel extender, flash suppressor, handgrip, suppressor. Barrel shroud safety feature that prevents burns to the operator, a manufactured weight of 50 ounces (1.41kg) or more when the pistol is unloaded, or a semi-automatic version of a fully automatic firearm.

- Semi-automatic shotguns with two or more of the following features: folding or telescoping stock, pistol grip, a fixed magazine capacity in excess of five rounds, or detachable magazine

Commonly known as the "Federal Assault Weapon and Large Capacity Magazine Ban," § 922(v) contained a ten-year "sunset" provision under which the restrictions would expire if not renewed by Congress.  On September 13, 2004, the sunset provision took effect when Congress chose not to renew that statute.  Following this expiration, manufacture of the types of semi-automatic rifles and pistols previously designated to be assault weapons steadily increased, particularly AR-type rifles and pistols, which are now commonly referred to as "modern sporting rifles" and "modern sporting pistols."

### *Protection of Lawful Commerce in Arms Act (2005)[95]*

Enacted in 2005, the Protection of Lawful Commerce in Arms Act (PLCAA) prohibits the civil lawsuits against manufacturers, distributors, dealers, and importers of firearms or ammunition products, and their trade associations, for the harm solely caused by the criminal or unlawful misuse of firearm products or ammunition products by others when the product functioned as designed and intended. This statute in effect immunizes firearm manufacturers and retailers from civil litigation stemming from the criminal misuse of their products.  The Act provides an exception that allows the filing of civil lawsuits based upon alleged violations of state consumer protection laws.

### Concealed Carry Firearm Permitting: National Park Concealed Carry Authorization

Enacted in 2009, the Credit Card Accountability Responsibility and Disclosure Act included provisions that allow the concealed carry of firearms in national parks. The statute provides that any person who may lawfully carry a concealed firearm in the state where a national park is located may also possess, carry, and transport a concealed, loaded, and operable firearm within that national park.

## State and Local Laws and Regulations

### Concealed Carry Firearm Permitting: May Issue vs. Shall Issue

Beginning in and around 2001, several state and local governments began to modify concealed carry firearm permitting (CCFP) requirements from "may issue" to "shall issue". "May issue" systems provide discretion to the state or local issuing authority to deny a permit for a variety of reasons. "Shall issue" systems mandate the issuance of the permit if the applicant is not prohibited from possessing firearms. Michigan, Alaska, Minnesota, Colorado, Missouri, New Mexico, Ohio, Kansas, and Nebraska were among the first states to move to "shall issue" systems. As of 2022, forty-three and the District of Columbia have adopted "shall issue" CCFP systems[96] (inclusive of permit-less carry states), while seven states retain "may issue" CCFP systems[97].

A lawsuit pending in the U.S. Supreme Court, *New York State Rifle & Pistol Association, Inc., et al., Petitioners v. Kevin P. Bruen, in His Official Capacity as Superintendent of New York State Police, et al.* (No. 20-843), challenges the state of New York's "may issue" CCFP system. The New York statute requires applicants to provide "proper cause" to the New York State Police to obtain a CCFP; plaintiffs allege that the "proper cause" standard violates the Second Amendment. A ruling from the Court is anticipated during calendar year 2022.

### Permit-less Concealed Firearm Carry

Following the issuance of the *Heller* decision, several states enacted statutes allowing the concealed carrying of firearms without a permit, often referred to as "constitutional carry" states. These permit-less concealed firearm carry laws allow any person lawfully allowed to possess a firearm to also carry that firearm in a concealed manner. As of the writing of this report 23 states have enacted similar statutes[98]. These changes in state laws continue the expansion of concealed firearm carry abilities first from "may issue" to "shall issue" and then to an automatic right to carry a concealed firearm for non-prohibited persons.

### Concealed Carry Firearm Permitting: Reciprocal Agreements and Non-Residents

Since 2001, many state governments have entered reciprocal agreements to honor each other's CCFPs. Under these agreements, a resident of State A who possesses a State A-issued CCFP is also entitled to conceal carry a firearm in State B and vice versa. As of 2022, 43 states have enacted partial or full reciprocity with at least one other state. Indiana, Virginia, and Ohio unilaterally recognize all other state CCFPs while Kansas, Michigan, and North Dakota have reciprocity with 39 other states.

In addition to reciprocal CCFP agreements, many states have also enacted statutes allowing non-residents to receive a CCFP. Non-resident CCFP statutes are primarily designed to accommodate members of the U.S. military and immediate family members stationed in the host state, persons with a regular place of

business in the host state, persons who own property in the host state, persons from neighboring states, and persons from states with reciprocity agreements.  Currently 22 states have enacted non-resident CCFP statutes.

Collectively, the U.S. Supreme Court decisions in *Heller* and *McDonald*, combined with enactment of state CCFP and open-carry statutes that expanded opportunity for lawful carrying of handguns, and the extension of reciprocity for concealed carry in national parks correlate to the growth in the manufacture of concealable carry-friendly pistols over long guns. From 2000 through 2009, rifles were the dominant firearm type manufactured in the U.S.  In 2010, however, pistols overtook rifles as the dominant firearm type manufactured in the U.S. That trend has continued and accelerated through 2020.  Between 2010 and 2020, the number of pistols manufactured annually in the U.S. increased 149%.  In 2000, the number of rifles manufactured was 59% more than pistols. By 2020, the number of pistols manufactured was nearly 100% more than rifles manufactured (See Figure LRP-01)

*Figure LRP-01: Total Licensed Domestic GCA Firearm Manufacturing by Weapon Type, 2000 – 2020*



See Table M-06 in Appendix M - Manufacturing for a breakout of specific numbers by weapon type and year.

### *Changes in State Law Regarding Silencers*

Silencers are defined in the GCA and NFA to be firearms and are therefore NFA weapons that may only be made or transferred after paying a making/transfer tax and registration in the NFRTR.  The NFA prohibits approval of an application to make or transfer a silencer (or other NFA weapon) firearm if federal, state, or local law prohibits the making or possession of the firearm.  Historically, many states prohibited the possession and use of silencers.  Since 2011, however, the majority of states have enacted statutes that allow for the use of silencers in hunting.  These laws are often referred to as Hearing

Protection Acts (HPAs).  As of 2020, 40 states have enacted some form of HPA to legalize silencer use for hunting.[99] California, Delaware, Hawaii, Illinois, Massachusetts, New York, New Jersey, Rhode Island, and the District of Columbia do not allow silencer possession for any purpose. Connecticut and Vermont allow silencer possession, but not for hunting.

The passage of state level silencer laws since 2011 is associated with a substantial increase in silencer manufacturing as reflected in annual NFA manufacturing data.  The trend of rising silencer manufacturing emerges in 2012 and continues through 2020 (See Figure LRP-02).

- Annual silencer manufacturing volume increased more than 613% between 2010 (26,637) and 2020 (189,987).

- In 2010, the 26,637 silencers manufactured constituted approximately 19% of the total 139,002 NFA weapons manufactured and distributed into domestic commerce that year.

- In 2020, the 189,987 silencers manufactured constituted nearly 80% of the total 238,917 NFA weapons manufactured and distributed into domestic commerce that year.

*Figure LRP-02: Total Licensed Domestic NFA Weapon Manufacturing by Weapon Type, 2000 – 2020*



See Table M-16 in Appendix M – Manufacturing for a breakout of specific numbers by weapon type and year.

### State Laws Requiring Security at Gun Stores

Since 2000, several states have enacted statutes aimed at increasing the security of firearm dealer inventories.  Eight states and the District of Columbia now have laws in place requiring FFLs to implement security practices that are not otherwise required by federal law.  These states are California, Connecticut, Illinois, Massachusetts, Minnesota, New Jersey, Pennsylvania, and Rhode Island[100].  The requirements contained in these laws vary widely from state-to-state.  Some requirements mandate the use of certain types of locks and alarm systems, the locking/securing of display firearms at the end of each

day, prohibition on displaying firearms in store front windows, and barriers to prevent smash and grab robberies. A follow-up ATF report will be published detailing FFL theft incidents which will include analysis of burglary, robbery, and larceny rates across all states and U.S. territories.

# ATF Final Rules

Federal regulations are created through a process known as rulemaking. By law, federal agencies such as ATF must consult the public when creating, modifying, or deleting rules in the Code of Federal Regulations (CFR). The CFR is an annual publication that lists the official and complete text of federal agency regulations. If ATF determines that a regulation needs to be added, changed, or deleted, they publish a proposed rule in the Federal Register to ask the public for comments. ATF considers any public feedback, makes changes where appropriate, and may then publish a final rule in the Federal Register with a specific date for when the rule will become effective and enforceable. Since 2000, ATF has promulgated more than a dozen regulations involving the firearm industry through the issuance of final rules. One of these final rules, involving NFA trusts, had a temporary, but substantial effect on the volume of NFA applications received by ATF. A second final rule, involving devices known as bump stocks, clarified that those devices were machineguns that could not be lawfully made or possessed by non-governmental entities, thus essentially eliminating the market for that type of device. A third final rule, involving the regulatory definition of firearm frames and receivers and PMFs, updates firearm marking requirements, and thus is likely to have an effect on overall commerce in firearms.

## ATF Final Rule 41(F) / 27 CFR 479: Gun Trusts and CLEO Certification

On January 15, 2016, the Attorney General signed ATF Final Rule 2016-41(f) (Final Rule 41(f)). The rule became effective on July 13, 2016. The purpose of Final Rule 41(f) was to ensure uniform application of the identification and background checks requirements for the making and receipt of NFA weapons among individuals, trusts, and legal entities.

Final Rule 41(f) requires all individuals identified as a "responsible person" in a trust, corporation, partnership, association, or company to complete ATF Form 5320.23, *NFA Responsible Person Questionnaire*, and submit photographs and fingerprints when the trust or legal entity files an application to make an NFA weapon or is listed as the transferee on an application to transfer an NFA weapon. The rule defines "responsible person" as any individual who possesses, directly or indirectly, the power or authority to direct the management and polices of the trust or entity to receive, possess, ship, transport, deliver, transfer, or otherwise dispose of a firearm for, or on behalf of, the trust or legal entity. Form 5320.23 includes a certification by each "responsible person" that all statements on the form and attached documents, are accurate and truthful. A copy of the form is provided to the chief law enforcement officer with jurisdiction over the applicant. Prior to promulgation of Final Rule 41(f), trusts and legal entities had not been required to complete the background check requirements applicable to individuals.

Final Rule 41(f) further requires that applicants that manufacture an NFA weapon (ATF Form 1) or receive (ATF Form 4 or 5) an NFA weapon in the name of a trust or other legal entity, must also complete ATF Form 5320.23 and submit photographs and fingerprint cards.

The anticipation of implementing these new requirements on July 13, 2016, was associated with a significant increase in NFA Form 1 and Form 4 applications between January 2016 through mid-July 2016. As reflected in Figure LRP-03, prior to this surge, the average volume of applications received was just over 14,400 applications a month[101]. That volume steadily increased and reached a peak of 78,614

Compendium_Klarevas
Page 240

applications received in July 2016, just prior to the effective date of the rule.

*Figure LRP-03: Total NFA Form 1 and Form 4 Applications Received by Month/Year - May 2015 to February 2017[102]*



See Table LRP-01 in Appendix LRP — Laws, Regulations, and Policy for a breakout of the total number of Form 1 and Form 4 applications received by month/year between May 2015 and February 2017.

### ATF Final Rule 2018R-22F / 27 CFR Parts 447, 478, and 479: Bump-Stock-Type Devices

On December 18, 2018, the Attorney General signed ATF Final Rule 2018R-22F (Final Rule 22F), Bump-Stock-Type-Devices. The rule became effective on March 26, 2019. The purpose of Final Rule 22F was to clarify that bump stocks fall within the definition of "machinegun" under the NFA and GCA.

Bump stocks are devices that are affixed to firearms to cause them to rapidly fire by harnessing the firearm's recoil energy in a continuous back-and-forth cycle that allows the shooter to attain continuous firing after a single pull of the trigger, so long as the trigger finger remains stationary on the device.[103] Beginning in 2008, ATF issued a series of approximately 10 determinations which classified various bump stock-type devices to be unregulated parts or accessories, and not machineguns or machinegun conversion devices as defined in the GCA or NFA. ATF issued the last of these bump-stock-type classification letters in 2017. Each of these classification letters was issued privately to individuals and manufacturers who voluntarily submitted devices for review and classification by ATF. Some recipients of these letters chose to manufacture and sell to the general public proprietary models of the devices as unregulated firearm accessories. These classifications allowed for the unregulated production of bump stocks.

In December 2017, following the use of several bump stock devices in a highly publicized mass shooting, ATF and DOJ published a Notice of Proposed Rulemaking (NPRM) advising the public and industry that ATF was reevaluating its classification of bump stock-type devices and proposing an amendment of the

Compendium_Klarevas
Page 241

machinegun definition in the federal firearm regulations to clarify the bump-stock-type devices are machineguns.

More specifically, the amended regulation clarified that bump-stock-type devices—including "bump fire" stocks, slide-fire devices, and devices with certain similar characteristics—are "machineguns" as defined by the NFA and GCA because such devices allow a shooter of a semiautomatic firearm to initiate a continuous firing cycle with a single pull of the trigger. As Final Rule 22F explained, these devices convert an otherwise semiautomatic firearm into a machinegun by functioning as a self-acting or self-regulating mechanism that harnesses the recoil energy of the semiautomatic firearm in a manner that allows the trigger to reset and continue firing without additional physical manipulation of the trigger by the shooter. Hence, a semiautomatic firearm to which a bump-stock-type device is attached can produce automatic fire with a single pull of the trigger. With limited exceptions, the GCA, as amended, makes it unlawful for any person to transfer or possess a machinegun unless it was lawfully possessed prior to the effective date of the statute. The bump-stock-type devices covered by Final Rule 22F were not in existence prior to the effective date of the statute, and therefore, as of March 26, 2019, the effective date of the final rule, these devices are prohibited. Consequently, all possessors of these devices were legally obligated to destroy the devices or abandon them at an ATF office prior to the effective date of the rule.[104]

### ATF Final Rule 2021R-05F:  Definition of "Frame or Receiver" and Identification of Firearms

On April 11, 2022, the Attorney General signed ATF Final Rule 2021-05F.  Final Rule 2021R-05F was published in the Federal Register on April 26, 2022, and it will take effect 120 days from this date, August 24, 2022.  Final Rule 2021R-05F clarifies that "parts kits that are readily convertible to firearms are subject to the same regulations as traditional firearms.  These regulatory updates will help curb the proliferation of "ghost guns," which are often assembled from kits, do not contain serial numbers, and are sold without background checks, making them difficult to trace and easy to acquire by criminals."[105]  The Final Rule 2021R-05F updates the regulatory definition of "frame or receiver" in the GCA and NFA and amends the definition of:

- "firearm" to clarify when a firearm parts kit is considered a "firearm," and

- "gunsmith" to clarify the meaning of that term and to explain that gunsmiths may be licensed as dealers (without being a manufacturer) solely to mark firearms for unlicensed persons.  It also includes those engaged in the business of identifying firearms for non-licensees, increasing access to professional marking services for PMFs.

- FFL dealers (in addition to FFL manufacturers and importers) may adjust or repair and return firearms, including PMFs, without taking them into inventory, if returned to the person from whom the firearm was received on the same day.

- Non-FFLs may mark PMFs for a licensee if done under the licensee's direct supervision.

- FFLs may adopt existing serial numbers, including adopting the unique identification number previously placed on a PMF by a non-licensee, under certain conditions.

Additionally, the Final Rule 2021R-05F provides definitions for: "complete weapon," "complete muffler or silencer device," "privately made firearm (PMF)," and "readily" for purposes of clarity given advancements in firearm technology.

Final Rule 2021R-05F also provides a definition of "importers or manufacturer's serial number"; provides a deadline for marking firearms manufactured; clarifies marking requirements for firearm mufflers and silencers; amends the format for records of manufacture/acquisition and disposition by manufacturers and importers; and amends the period that records must be retained at the licensed premises.

Final Rule 2021R-05F supersedes the following rulings:  ATF Ruling 2009-1 (Firearms Manufacturing Activities   Camouflaging or Engraving Firearms); ATF Ruling 2009-5 (Firearms Manufacturing Activities, Identification Markings of Firearms); ATF Ruling 2010-10 (Manufacturing Operations May be Performed by Licensed Gunsmiths Under Certain Conditions); ATF Ruling 2011-1 (Importers Consolidated Records); ATF Ruling 2012-1 (Time Period for Marking Firearms Manufactured); ATF Ruling 2013-3 (Adopting Identification of Firearms); and ATF Ruling 2016-3 (Consolidation of Records Required for Manufacturers).

Final Rule 2021R-05F amplifies the following rulings: ATF Ruling 2002-6 (Identification of Firearms, Armor Piercing Ammunition, and Large Capacity Ammunition Feeding Devices); ATF Ruling 2016-1 (Requirements to Keep Firearms Records Electronically) and ATF Ruling 2016-2 (Electronic ATF Form 4473).

Final Rule 2021R-05F clarifies the following rulings and procedure: Revenue Ruling 55-342 (FFLs Assembling Firearms from Component Parts); ATF Ruling 77-1 (Gunsmithing at Shooting Events); ATF Ruling 2009-2 (Installation of Drop In Replacement Parts); ATF Ruling 2010-3 (Identification of Maxim Side-Plate Receivers); ATF Ruling 2015-1 (Manufacturing and Gunsmithing), and ATF Procedure 2020-1 (Recordkeeping Procedure for Non-Over-the-Counter Firearm Sales By Licensees to Unlicensed In-State Residents That Are NICS Exempt).

## ATF Rulings

ATF publishes rulings to promote uniform understanding and application of the laws and regulations it administers, and to provide uniform methods for performing operations in compliance with the requirements of the law and regulations. Rulings represent ATF's guidance to the firearm industry as to the application of the law and regulations and apply retroactively unless otherwise indicated.  Between 2000 and January 2022, ATF has published more than 30 firearm rulings.

ATF considers issuing a ruling when regulatory requirements need to be clarified; to address the application of regulatory requirements to specific circumstances to increase the safety and security of firearms in commerce; relieve industry members of any excessive burden; or to assist in the administrative process associated with regulating the affected industries. Examples of ATF rulings currently impacting the firearm industry include, electronic recordkeeping requirements, and clarification on manufacturing versus gunsmithing activities.

ATF rulings do not have the force and effect of regulations, and cannot amend or modify, or be contrary to, any existing statute or regulation.  Before a ruling can be finalized, it must receive approval from DOJ. While rulings are not published in the Federal Register, all final approved rulings are published on www.atf.gov.  Since 2000, ATF ruling 2015-1 addressed aspects of firearm licensing in a manner that may have resulted in previously unlicensed industry participants obtaining FFLs.

### *ATF Ruling 2015-1: Licensed Manufacturing Clarification*

In January 2015, ATF issued Ruling 2015-1 which provided clarification to ATF Ruling 2010-10.  Ruling 2015-1 declared any person (including any corporation or other legal entity) engaged in the business of performing machining, molding, casting, forging, printing (additive manufacturing) or other manufacturing process to create a firearm frame or receiver, or to make a frame or receiver suitable for use as part of a "weapon … which will or is designed to or may readily be converted to expel a projectile by the action of an explosive," i.e., a "firearm," must be licensed as a manufacturer under the Gun Control Act of 1968 (GCA); identify (mark) any such firearm; and maintain required manufacturer's records.  A business (including an association or society) may not avoid the manufacturing license, marking, and recordkeeping requirements of the GCA by allowing persons to perform manufacturing processes on firearms (including frames or receivers) using machinery or equipment under its dominion and control where that business controls access to, and use of, such machinery or equipment.  Ruling 2015-1 stated that only those persons engaged in the business of manufacturing had to place markings on any firearms manufactured.  Final Rule 2021R-05F clarified Ruling 2015-1 by defining the term "gunsmith", which, in turn, clarified when a manufacturer's license is required.  Specifically, the rule clarified that dealer-gunsmiths must be licensed as manufacturers when they perform work that produces new firearms for sale or distribution.

## ATF Classifications

Firearm industry members often seek a determination from ATF as to the classification of a particular firearm, magazine, or firearm part, or whether a particular activity or recordkeeping method is compliant with the regulations. Through a classification request, industry members can request clarification as to whether a particular item is a firearm subject to regulation under the GCA or NFA. This process involves the requestor submitting the item or product to ATF for evaluation. After completing its review, ATF will generally issue a private classification letter to the requestor stating whether the item is a firearm subject to GCA or NFA regulation. Since 2000, ATF has issued classification letters regarding numerous submitted items.  Portions of these classification letters often contain confidential, taxation, or proprietary information pertaining to the submitter.  Many of these classification letters, such as the bump-stock letters described in the Final Rule section in some manner affected firearm commerce. In instances regarding "bump-stock-type devices" and firearms with attached "stabilizing braces" (also referred to as "arm braces"), ATF classification decisions have resulted in significant effects on commerce in those devices.

### *ATF "Stabilizing Brace" Classifications*

"Stabilizing braces" or "arm braces" are devices designed for attachment to pistols with the purported purpose of allowing a shooter to support and hold-steady the pistol against the shooter's forearm to enhance accuracy. In 2012, ATF received the request to classify one of these devices; the classification request specified that the product was specifically intended to assist disabled veterans to stabilize large-frame pistols while shooting.  Based on the specific features of the submitted prototype, in November 2012, ATF issued a letter[106] classifying the device as an accessory not subject to regulation under the GCA or NFA.  Following the issuance of the November 2012 classification letters, ATF received several additional classification requests for a variety of other purported stabilizing braces with varying design features.

The issue involved in conducting classification assessments for purported stabilizing braces is whether the submitted device, when attached to a specific handgun platform, in fact serves as a traditional shoulder

stock, with the result that the pistol platform functions as a rifle (*i.e.*, fired with two-hands from the shoulder). If the device serves as a traditional shoulder stock when attached to the pistol platform for which it is designed, then the resulting configuration is most likely a SBR[107] which is subject to NFA taxes and must be registered in the NFRTR in accordance with Title 26 USC § 5841.

In an effort to provide information to the general public about the distinction between a firearm with an attached stabilizing brace and SBRs, in January 2015, ATF issued a public letter (known as an "open letter") advising that the firing of a stabilizing brace-equipped pistol from the shoulder (*i.e.*, using the brace as a shoulder stock) constituted a re-design of the pistol to function as an SBR (if the barrel length of the configured firearm is less than 16 inches.)[108] Following the issuance of this open letter, the number of SBR applications received by ATF substantially increased, from 71,024 in 2014 to 144,646 in 2016, an increase of approximately 104% (from 2014 to 2015 the increase was 25%; from 2015 to 2016 the increase was 63%) (See Table LRP-02).

On March 21, 2017, however, after receiving several requests to reconsider the January 2015 open letter, ATF issued a letter[109] to a firearm industry attorney essentially withdrawing the conclusion in that letter that firing of a stabilizing brace-equipped pistol constituted a redesign of the firearm to function as an SBR. The 2017 letter was publicly posted and widely circulated within the firearm and firearm accessory manufacturing industry. After the 2017 letter was circulated in the industry, the number of SBR applications received by ATF substantially decreased, from 144,646 in 2016 to less than 100,000 each year from 2017 to 2019, a decrease of more than 34% from the 2016 peak.

Between 2017 and 2020, new models of purported stabilizing braces proliferated[110]. In most instances, ATF had not reviewed or issued classification letters for the new variants and types of products brought to market.[111] On August 3, 2020, after evaluating a firearm being sold with a preconfigured device purporting to be a stabilizing brace, ATF determined that the firearm was an SBR and issued a cease-and-desist letter to the manufacturer, a licensed FFL.[112] The cease-and-desist letter was subsequently publicly posted by a private party. Once again, following publication of the ATF cease-and-desist letter, SBR applications significantly increased, from 95,224 in 2019 to 116,489 in 2020, an increase of approximately 22%.

*Table LRP-02: Total Number of SBR Weapons, 2010 – 2020[113]*

| Year | # of SBR Weapons[114] |
|------|------------------------|
| 2010 | 28,135 |
| 2011 | 43,325 |
| 2012 | 54,953 |
| 2013 | 81,536 |
| 2014 | 71,024 |
| 2015 | 88,925 |
| 2016 | 144,646 |
| 2017 | 99,375 |
| 2018 | 99,505 |
| 2019 | 95,224 |
| 2020 | 116,489 |
| **Total** | **923,137** |

While there appears to be a relationship between the issuance of ATF letters and classifications and the fluctuations in the number of SBR registrations between 2010 and 2020, there are also state laws[115] regarding the possession of SBRs that could be contributing factors in these shifts. However, the impact of these state laws on national trends may be limited since their provisions would only apply to commerce within the affected states.

On December 18, 2020, in light of the proliferation of various designs and types of purported stabilizing braces, ATF posted for public comment proposed criteria to be applied in its classification of purported stabilizing braces to enhance transparency in the process. On directive of the then-acting Attorney General, ATF withdrew the proposed criteria on December 31, 2020. On June 10, 2021, ATF began the process of formally promulgating a regulation setting forth criteria for the assessment of purported stabilizing braces through the publication of an NPRM, *Factoring Criteria for Firearms with Attached Stabilizing Braces*.[116] In the NPRM, ATF estimated that more than 3 million devices sold as stabilizing braces have been manufactured. During the public comment period on the NPRM, which closed on September 8, 2021, ATF received more than 210,000 comments on the proposed rule. According to the Fall 2021 Unified Regulatory Agenda published by the Office of Management and Budget, Office of Information and Regulatory Affairs, DOJ anticipates issuing a final rule in August 2022.

The proliferation of devices purporting to be stabilizing braces also appears to have influenced the production of the types of pistols that are most often equipped with these devices, AR-type firearms. A review of annual GCA firearm manufacturing data by caliber, depicted in Figure LRP-04, shows a trend emerging in 2018 with a rise in pistol manufacturing for calibers between .22 and .25. This category includes calibers such as .223 and 5.56, the calibers used in many AR-type firearms.

*Figure LRP-04: Total GCA Pistol Manufacturing Up to .25 Caliber, 1980 – 2020*



As reflected in Figure LRP-04 and Table LRP-03 in Appendix LRP - Laws, Regulations, and Policy, there was a surge in the manufacturing of handguns up to .25 caliber between 1980 and 1995. The top 5 manufacturers of up to .25 caliber firearms in the peak manufacturing years of 1990 to 1993 were Raven Arms, Phoenix Arms, Bryco Arms, Lorcin Engineering Co, and Beretta. These companies made small .25 caliber semi-automatic pistols.

A steep drop in the manufacture of up to .25 caliber pistols takes place between 1992 and 1995. From 1996 to 2017, the manufacturing of up to .25 caliber pistols remains consistently low. Then in 2018, the manufacturing of up to .25 caliber firearms begins to surge again.

From 2018 to 2020, the top manufacturers of up to .25 caliber firearms were Stag Arms, Troy Industries

Inc., Lead Star Inc., Bearman Industries LLC, and American Defense Manufacturing LLC.  All of these manufacturers, with the exception of Bearman Industries LLC, are manufacturers of .223 and 5.56 caliber AR-type pistols that have been sold with purported stabilizing braces pre-affixed.

# PART XII:
# Recommendations

Firearms are used for a variety of lawful purposes including hunting, target shooting, and self-defense. In the wrong hands, however, firearms can become deadly tools of violence. ATF regulates lawful firearms commerce through the enforcement of the federal firearms laws and regulations. ATF's efforts must be supported with sufficient resources and carefully crafted laws and regulations that enhance the effectiveness and efficiency of their efforts to protect the public from the criminal misuse of firearms and ensure lawful commerce by firearm industry members. The research examined to produce this report suggests several policy recommendations to improve ATF's regulatory and enforcement capabilities. These recommendations have been developed by the team of researchers independent of ATF.

Over the past three decades, ATF has not been funded and staffed commensurate with staffing increases received by other DOJ law enforcement agencies. In 1973, ATF had 3,829 employees, including 1,622 special agents and 826 industry operations investigators[117]. In 2022, ATF has 5,410 employees including 2,653 special agents and 760 industry operations investigators[118]. This represents a 41% increase in total employees. By contrast, in 1973 the Drug Enforcement Administration (DEA) had 2,775 employees of which 1,470 were special agents. In 2021, DEA employed 9,848 employees of which 4,649 were special agents[119]. This represents a 254% increase. Similarly, in 1973, the FBI had 20,527 employees[120]. In 2021, the FBI employed 35,842 employees[121]. This represents a 75% increase.

Implementation of the recommendations put forth by the research team would require additional resources and staffing added to ATFs appropriations budget.

## AFMER Reporting

AFMER reporting serves as an important source of data on firearm manufacturing and exporting in the regulated firearm industry. The AFMER data reviewed for this report indicated that approximately 24% of licensed firearm manufacturers failed to submit the required AFMER report between 2000 and 2020. The average proportion of manufacturers failing to submit AFMER reports increased to 30% between 2016 and 2020. However, the FFLs responsible for most firearms manufactured annually, as indicated by the parent entities throughout the report, have consistently submitted the required AFMER. The percentage of non-AFMER filers seems to represent a very small volume of firearms entering commerce. This review also found that the current AFMER report tracks the manufacture of firearm calibers in large groupings that no longer effectively capture the market image due to the evolution of firearms and calibers.

### Recommendations

1. ATF should receive funding to develop a data system that will identify those FFLs who failed to file an annual AFMER form, auto-generate a letter to that FFL asking them to complete the AFMER form and will identify those FFLs that subsequently fail to file an AFMER form after receipt of an ATF reminder for any follow-up action deemed appropriate.

2. The AFMER form should receive a full review to create new and more succinct caliber

categories and determine if other modifications to the AFMER would be useful.

# ATF Form 6A Reporting on Firearm Importations

This review found that ATF lacked consistent firearm importation data and relied on the U.S. International Trade Commission (USITC) to provide firearm import information during the study period. The lack of reliable firearm import data exists despite the requirement that all FFLs who complete a firearm importation must file a Form 6A - *Release and Receipt of Imported Firearms, Ammunition and Implements of War* (ATF Form 5330.3C) to ATF within 15 days of the import being cleared by U.S. Customs and Border Patrol (CBP) in accordance with 27 CFR § 478.112. The ATF Form 6A collects important information on firearms imported into the U.S. Unfortunately, the data is not currently maintained in a way that allows for analysis. Improving data capture and enhancing ATF's staffing to process, review, and analyze imports data would also allow ATF to determine when ATF Form 6As are not submitted as required. Ensuring high ATF Form 6A submission rates will enhance traceability of recovered crime guns. Information technology enhancements could also facilitate verification of ATF Form 6A submissions.

### Recommendations

1. ATF should receive funding to increase staffing to allow for enhanced outreach and education to licensed importers on the requirement to file ATF Form 6A within 15 days of clearing CBP.

2. ATF should receive funding to develop a data system in partnership with the USITC and/or the CBP National Targeting Center (CBP-NTC) to identify those FFLs who are known to have completed a firearm importation but failed to file a Form 6A with ATF. Once an FFL is identified as having completed a firearm importation but failed to file a Form 6A, ATF will send an auto-generated letter to that FFL directing them to complete the Form 6A. Should that FFL fail to file the Form 6A after being asked to do so, ATF will take any follow-up action deemed appropriate to gather this information and ensure the FFL has maintained both the Form 6 and Form 6A in their permanent records as required by 27 CFR § 478.129(d).

3. ATF should receive funding to develop a data system to track most of the information reported on the Form 6A for use in analysis.

# Curio and Relics

The data collection and analysis on Type 03 FFLs revealed a 146% increase between 2000 (24,143) and 2020 (59,457). Moreover, as a share of the total FFL population, Type 03s represented 20% of all FFLs in 2000 (120,546) and grew to 40% of all FFLs in 2020 (146,583). With respect to data on C&R firearms it was determined that while ATF has a comprehensive list of all firearms that have been approved as C&R since 1972, ATF does not currently have a data system that contains and tracks C&R applicant information, the C&R criteria that applied to allow the firearms to be designated as a C&R, or the museums that are advising certain firearms have museum value to become a C&R. The data analysis also suggested that the current "more than 50 years old" standard for a firearm to qualify as a C&R should be reviewed for current day accuracy in determining if a firearm is a C&R.

*Recommendations*

1.  ATF should receive funding to develop a data system that tracks the history of each C&R firearm on the list to include: full description of the firearm, the date the firearm is added to the C&R list, identification of the criteria met to add the firearm to the C&R list, the person making the request, what museum stated the firearm was of historical interest, and who stated the firearm was rare, novel, or collectible. The three criteria for approving a firearm to be added to the C&R list are found in 27 C.F.R. §478[122]. As possible, this information should be catalogued for ATFs current list C&R List - January 1972 through April 2018.

2.  DOJ should review the C&R criteria in 27 C.F.R. §478 to determine if the "more than 50 years old" factor is still valid in determining that a firearm is truly a curio or relic. The C&R provisions were enacted in 1968 and firearms more than 50 years old at that time were manufactured prior to 1918. Today, firearms that are more than 50 years old were manufactured prior to 1972 and this now includes a wide variety of modern firearms to include some AR-15 type rifles, AK-47 type rifles, SKS rifles, and semi-automatic handguns. Importation, transfer, and background check regulations are different for firearms on the C&R list and holders of a Type 03 FFL.

## Increased Hiring of Industry Operations Investigators (IOIs)

The report analysis found that ATF employed only 655 field IOIs who were responsible for regulating 88,302 active FFLs[123] (a ratio of one IOI to every 135 FFLs) and 9,512 FEL/Ps (a ratio of one IOI to every 14 FEL/Ps) in 2019. In that same year, IOIs completed 22,527 FFL qualification and compliance inspections (a ratio of one IOI to every 34 completed inspections) and 4,460 FEL/P qualification and compliance inspections (a ratio of one IOI to every 7 completed inspections). IOI efficiency and effectiveness in regulating the firearm industry could be improved through increased staffing.

Between 2016 and 2020, FFLs reported 5,766 theft related incidents involving 39,147 firearms, and 6,052 loss incidents involving 45,346 firearms. ATF provides vital assistance to FFLs when they have become the victim of a crime. ATF also provides vital assistance to FFLs in detecting losses from their inventory that may indicate a need for improvement in inventory management procedures or enhanced employee oversight. Preventing firearm losses can save money for victimized FFLs and helps prevent the potential diversion of firearms to the criminal marketplace.

An adequately staffed IOI program can be highly effective on multiple levels. Increasing staffing will reduce the ratio of IOIs to FFLs, thus enabling ATF to inspect a larger proportion of FFLs annually. Through inspections, IOIs can assist FFLs in improving their firearm recordkeeping and proper firearm transfer procedures which will assist the traceability of firearms as well as preventing prohibited persons from obtaining firearms. Increased FFL inspections will assist ATF in providing FFLs with the information and support they need to comply with regulations efficiently and effectively allowing them more time to focus on the success of their business and service to their clients.

*Recommendation*

1.  DOJ should support out-year budget requests for ATF to add funding directly to their base budget for the hiring of additional IOIs. In 2019, ATF's 655 field IOIs completed 12,789 compliance inspections, or nearly 20 compliance inspections per field IOI. To be able to conduct a compliance inspection of each FFL (excluding Type 03) once every three years, ATF would need to be able to conduct 29,434 compliance inspections annually. At a rate of

approximately 20 compliance inspections annually per IOI, ATF would need to have 1,509 total field IOIs to complete 29,434 compliance inspections annually. This requires the addition of 854 new field IOIs. It is recommended this hiring take place over 3 budget years to allow for training, equipping, and assimilation. Resourcing ATF to conduct regular FFL compliance inspections will result in more effective and efficient industry regulation.

## ATF Analytics Support and Staffing

The need to produce useful information for law enforcement, firearms industry members, and policy members has grown exponentially. ATF is doing an admirable job of managing this data and developing the technology for proper analysis, particularly considering budget limitations. Nevertheless, ATF staff performing these assignments could do more to meet current demands if appropriately resourced. The production of the reports issued for this National Firearms Commerce and Trafficking Assessment (NFCTA) exemplifies the resource and staffing challenges. All ATF employees working on the NFCTA are doing so as a collateral assignment; ATF has not received funding to establish an office to produce and maintain the NFCTA.

### *Recommendation*

1. It is recommended that ATF create an Analytics Division staffed with full-time intelligence analysts, program managers, data quality managers (to ensure the accuracy and reliability of ATF data collected from thousands of law enforcement agencies annually), and data scientists who will continue to advance the analytics technology. It is further recommended that ATF assign IOIs and special agents to the Analytics Division on a full-time basis to ensure that division provides direct investigative support to ATF criminal and industry enforcement programs and to local, state, federal, territorial, and tribal investigations involving firearms. Analysis generated by the Analytics Division should be incorporated into publications designed for distribution to firearm industry members, policymakers, and the general public.

## Application of Demand Letter 3 to Type 07 Manufacturers

Since 1972, Congress has authorized the collection of multiple sales information on all handguns; however, long guns were not included in the original provision. Beginning in June 2011, pursuant to Title 18 U.S.C. § 923(g)(5)(A), ATF initiated Demand Letter 3 (DL3). DL3 was instituted to assist ATF in its efforts to investigate and combat the illegal movement of firearms along and across the Southwest Border (SWB). ATF requires Type 01 licensed dealers and Type 02 licensed pawnbrokers along the Southwest Border (SWB) in Arizona, California, New Mexico, and Texas to submit record information on multiple sales of certain rifles defined as semi-automatic rifles capable of accepting a detachable magazine and with a caliber greater than .22 (including .223/5.56/.762 caliber). The required information is submitted on ATF Form 3310.12, Report of Multiple Sale or Other Disposition of Certain Rifles. Currently, DL3 does not apply to Type 07 licensed manufacturers in the SWB states. Furthermore, reporting is not required when the rifles are returned to the same person from whom they are received.

From 2016 to 2020, ATF received 40,642 DL3 MSRs from FFLs in SWB states. These MSRs involved 95,175 firearms, representing approximately 2.3 firearms per MSR. Further analysis of the DL3 MSRs indicated the DL3 MSRs decreased significantly from 2016 to 2018 (-55%) and then increased modestly (4%) between 2019 and 2020. Ten rifle calibers represented over 93% of the rifles reported in DL3 MSRs. Three of the ten calibers, 5.56, 7.62 and .223 accounted for over 68% of the total rifles associated with DL3 MSRs. Ten manufacturers and their dominant calibers (5.56mm, 7.62mm and .223 cal.)

represented over 31% (29,888) of the 95,175 rifles reported in DL3 MSRs.

Type 01 and Type 02 licensees may conduct retail sales of firearms but may not manufacture firearms. Type 07 licensees may manufacture firearms and conduct retail sales of firearms. The analysis of DL3 data included in this report found that many Type 07 licensees along the SWB conduct retail sales. However, these Type 07 licensees are not included in the criteria for DL3 and not required to file ATF Form 3310.12, *Report of Multiple Sale or Other Disposition of Certain Rifles.*

### Recommendation

1. ATF should amend the criteria for DL3 to include Type 01 retail licensees, Type 02 pawnbroker licensees, and Type 07 manufacturer licensees in the designated SWB States.

## Privately Made Firearms (PMFs)

This report suggests that technology advancements in PMF making are associated with a corresponding increase in their use in crimes. Between 2016 and 2020, 25,896 suspected PMFs were recovered in crimes and traced by law enforcement. Between 2020 and 2021 alone,19,344 suspected PMFs were recovered and traced by law enforcement. To put these figures in perspective, approximately 5,150 suspected PMFs on average were traced annually between 2016 and 2020, however, in 2021 this number nearly quadrupled. The data analyses also suggested that PMF use in crime is underreported and that there are several avenues through which reporting can be improved.

### Recommendations

1. ATF should receive additional funding to increase staffing to continue conducting training for federal, state, local, and tribal law enforcement on the identification, use of standardized terminology and definitions, and tracing of PMFs.

2. ATF should monitor the continued evolution of PMFs and PMF making as they are used criminally and as they impact the licensed firearm industry and provide updated intelligence and training as appropriate to law enforcement, firearm industry members, and policymakers.

3. ATF should review all case and data management systems to ensure data fields are added to properly track the various types of PMFs recovered, various types of investigations of PMF unlicensed making and dealing, as well as illegal possession.

4. ATF should review all applicable forms that may document the presence of a PMF in commerce or a crime to ensure that those forms are updated with new data fields to properly track PMFs. The forms for review should include, but are not limited to:

   a. ATF Form 3312.1, *National Tracing Center Trace Request*

   b. ATF Form 3310.12, *Report of Multiple Sale or Other Disposition of Certain Rifle*

   c. ATF Form 5300.9, *4473 Firearms Transaction Record*

   d. ATF Form 3310.11, *FFL Theft/Loss Report*

## NICS Data Codes

The analyses completed for this report found that the FBI utilized both federal and state license numbers associated with the FFL.  In instances in which only the state license number was captured, ATF had to contact the state to obtain the federal license numbers associated with the state number.

### *Recommendation*

1.  Recommend DOJ/FBI purpose a rule allowing and requiring the NICS to utilize the Federal license number on all NICS transactions involving FFLs.  This would allow ATF to conduct a more efficient analysis of NICS transactions.

## Prevention of FFL Thefts/Losses

Between 2016 and 2020, FFLs reported 5,766 theft related incidents involving 39,147 firearms, and 6,052 loss incidents involving 45,346 firearms.  ATF is already engaged in providing training to FFLs on best practices related to inventory management and loss prevention.  Every stolen or lost firearm is a loss in revenue for the FFL and a potential crime gun on the street. There are also other preventive methods that could help reduce thefts and losses from interstate commerce.

### *Recommendations*

1.  DOJ, in partnership with the firearm industry, should explore the feasibility of requirements to prohibit the appearance of firearm manufacturer names and logos on the exterior of boxes being shipped in commerce.  These markings clearly indicate a firearm(s) is contained in the cardboard box and make it more susceptible to deliberate pilferage and diversion.  A requirement that no markings appear on the outside of a firearm box in shipment could be accomplished by:

    a.  No manufacturer markings being placed on current packaging.

    b.  Current packaging could retain manufacturer markings however, if wrapped in plain material, such as paper or heat activated shrink wrap, then signs of tampering would be visible.

2.  DOJ, in partnership with the firearm industry, should explore the feasibility of requirements to allow for the firearm industry to only ship using common carrier that have end-to-end tracking capability and can determine where a package is at all times in transit.

3.  DOJ, in partnership with the firearm industry, should explore the potential use of small, inexpensive "Bluetooth-type" tracking devices in certain high-risk shipments to help law enforcement locate packages in the event they are lost or stolen.

## ATF Classification Letters

Firearm industry members often seek guidance from ATF as to the classification of a particular firearm, magazine, or firearm part, or whether a particular activity or recordkeeping method is compliant with the regulations. Through a classification request, industry members can request specific guidance or

clarification as to whether a particular item is a firearm subject to regulation under the GCA or NFA. This process involves the requestor submitting the item or product to ATF for evaluation. After completing its review, ATF will issue a classification letter to the requestor stating whether the item is a firearm subject to GCA or NFA regulation. The letter is issued privately to the requestor to protect privacy and any confidential or proprietary information. The letter is still subject to the Freedom of Information Act (FOIA); any material released in response to a FOIA, however, must have privacy and confidential or proprietary information redacted.

### Recommendation

1. It is recommended ATF develop a process to publicly post all future classification letters as they are issued, and that DOJ support a funding request for ATF to establish and maintain this practice. Posted classification letters should be redacted for privacy and confidential or proprietary information. Posting classification letters would provide for more transparency as well as prove useful to other industry members who are exploring the development of similar products that could be impacted by a classification letter. Making classification letters public could help prevent misunderstandings in the applicability of any provisions of the GCA or NFA to certain items being manufactured or considered for manufacture by industry members.

## Data Sharing with U.S. Department of State

The analyses suggested that, in general, persons holding a manufacturer's FFL (Types 06, 07, and 10) should register as a manufacturer with the U.S. Department of State (DOS), Office of Defense Trade Controls (DDTC) and pay a fee unless specifically exempted by an International Traffic in Arms Regulation (ITAR).

### Recommendation

1. ATF should assist DOS in identifying those potential Type 06, 07, and 10 licenses that may need to register under ITAR by providing DOS with access to view all active Type 06, 07, and 10 licensees.

# Acknowledgements

The *National Firearms in Commerce and Trafficking Assessment: Firearms in Commerce* would not have been possible without the assistance from a number of external partners, these include the U.S. Department of State; U.S. Department of Customs (Bureau of Industry & Security); U.S. International Trade Commission; Federal Bureau of Investigation (Criminal Justice Information Services); Alcohol and Tobacco Tax and Trade Bureau (Regulations and Rulings Division);  California Department of Justice (Bureau of Firearms); New Jersey State Police (Firearms Investigation Unit); Maryland Department of State Police (Licensing Division); Illinois State Police (Firearm Services Bureau/Support Services); Pennsylvania State Police (Bureau of Records and Identification/Firearms Compliance Unit); Wisconsin Department of Justice (Division of Law Enforcement Services/Crime Information Bureau); Virginia State Police (Firearms Transaction Center); Middle Atlantic-Great Lakes Organized Crime Law Enforcement Network (MAGLOCLEN); Mid-States Organized Crime Information Center (MOCIC); New England State Police Information Network (NESPIN); Rocky Mountain Information Network (RMIN); Regional Organized Crime Information Center (ROCIC); and the Western States Information Network (WSIN).

The study team cannot emphasize enough the outstanding support provided by the Office of Justice Programs, National Institute of Justice in getting this project off the ground and on track.

The heart of this project is a unique partnership between ATF and members of academic institutions. Our academic partners who have contributed immeasurably to this report are Dr. Anthony Braga, Department of Criminology, University of Pennsylvania; Dr. Philip J. Cook, Sanford School of Public Policy, Duke University; Dr. Glenn Pierce, School of Criminology and Criminal Justice, Northeastern University; Dr. Garen J. Wintemute, University of California-Davis; Dr. Rod K. Brunson, Department of Criminology and Criminal Justice, University of Maryland; Desiree Dusseault, Crime and Justice Policy Lab, University of Pennsylvania, and Dr. Alaina De Biasi, California Firearm Violence Research Center, University of California-Davis.

Special thanks to Ret. ATF Special Agent Dale Armstrong and Ret. ATF Special Agent Pete Gagliardi for their vast insight, experience, and guidance.

Finally, the study team would like to acknowledge the numerous ATF employees who made pivotal contributions in expanding the scope of public knowledge in the unique area of firearm commerce.

# APPENDIX M – MANUFACTURING

*Table M-01Count of Active Licensed Manufacturers Compared to Annual AFMER Report Filings, 2000 –2020*

| Year | # of Active Manufacturers | AFMER Filings | % Underreporting |
|------|---------------------------|---------------|------------------|
| 2000 | 2,222 | 2,091 | 5.9% |
| 2001 | 2,365 | 2,124 | 10.2% |
| 2002 | 2,525 | 2,096 | 17.0% |
| 2003 | 2,712 | 2,195 | 19.1% |
| 2004 | 2,817 | 1,712 | 39.2% |
| 2005 | 3,024 | 2,165 | 28.4% |
| 2006 | 3,256 | 2,607 | 19.9% |
| 2007 | 3,448 | 2,774 | 19.5% |
| 2008 | 3,824 | 3,081 | 19.4% |
| 2009 | 4,563 | 3,829 | 16.1% |
| 2010 | 5,439 | 4,580 | 15.8% |
| 2011 | 6,987 | 5,830 | 16.6% |
| 2012 | 9,204 | 7,609 | 17.3% |
| 2013 | 10,840 | 8,909 | 17.8% |
| 2014 | 11,883 | 9,472 | 20.3% |
| 2015 | 12,680 | 9,707 | 23.4% |
| 2016 | 13,408 | 9,360 | 30.2% |
| 2017 | 14,239 | 9,927 | 30.3% |
| 2018 | 14,933 | 10,605 | 29.0% |
| 2019 | 15,563 | 10,618 | 31.8% |
| 2020 | 16,936 | 12,110 | 28.5% |
| **Total** | **162,868** | **123,401** | **24.2%** |

*Table M-02:  Total Licensed Domestic GCA Firearm and NFA Weapon Manufacturing, 2000 – 2020*

| Year | # of GCA Firearms | GCA % Total | # of NFA Weapons | NFA % Total | Total |
|---|---|---|---|---|---|
| 2000 | 3,852,872 | 98.0% | 79,862 | 2.0% | 3,932,734 |
| 2001 | 3,011,568 | 97.4% | 81,831 | 2.6% | 3,093,399 |
| 2002 | 3,380,578 | 97.9% | 73,978 | 2.1% | 3,454,556 |
| 2003 | 3,364,537 | 97.9% | 73,498 | 2.1% | 3,438,035 |
| 2004 | 3,309,473 | 97.9% | 72,160 | 2.1% | 3,381,633 |
| 2005 | 3,251,577 | 96.9% | 104,374 | 3.1% | 3,355,951 |
| 2006 | 3,656,981 | 96.4% | 135,535 | 3.6% | 3,792,516 |
| 2007 | 3,935,704 | 95.8% | 173,527 | 4.2% | 4,109,231 |
| 2008 | 4,297,404 | 94.8% | 236,919 | 5.2% | 4,534,323 |
| 2009 | 5,588,287 | 96.6% | 199,547 | 3.4% | 5,787,834 |
| 2010 | 5,420,769 | 97.5% | 139,002 | 2.5% | 5,559,771 |
| 2011 | 6,569,689 | 97.6% | 162,269 | 2.4% | 6,731,958 |
| 2012 | 8,614,786 | 97.7% | 202,637 | 2.3% | 8,817,423 |
| 2013 | 10,908,641 | 97.8% | 246,691 | 2.2% | 11,155,332 |
| 2014 | 9,105,567 | 97.6% | 226,645 | 2.4% | 9,332,212 |
| 2015 | 9,372,344 | 97.2% | 270,023 | 2.8% | 9,642,367 |
| 2016 | 11,445,536 | 96.5% | 411,740 | 3.5% | 11,857,276 |
| 2017 | 8,837,316 | 98.1% | 167,135 | 1.9% | 9,004,451 |
| 2018 | 9,027,222 | 98.5% | 138,101 | 1.5% | 9,165,323 |
| 2019 | 7,342,537 | 97.4% | 195,177 | 2.6% | 7,537,714 |
| 2020 | 11,063,910 | 97.9% | 238,917 | 2.1% | 11,302,827 |
| **Total** | **135,357,298** | **97.4%** | **3,629,568** | **2.6%** | **138,986,866** |

*Table M-05:  Manufacturing Parent Entity List*

| Parent Entity | Licensee Name | Business Name | Premise City | Premise State |
|---|---|---|---|---|
| Aero Precision LLC | Aero Precision East, LLC | Aero Precision | Somersworth | NH |
| | Aero Precision Inc | | Tacoma | WA |
| | Aero Precision Inc | API | Gig Harbor | WA |
| | Aero Precision LLC | Aero Precision LLC / VG6 | Tacoma | WA |
| Aerotek Industries LLC | Aerotek Industries LLC | Aerotek International | Morrisville | VT |
| Arcadia Machine and Tool | Arcadia Machine & Tool, Inc | | Irwindale | CA |
| Armalite Inc / Surgeon Rifles / Eagle Arms / AWC Systems / McMillan | AR1510 LLC | Armalite,  Eagle Arms,  Eagle Arms DIY Armalite | Geneseo | IL |
| | Armalite Inc | | Costa Mesa | CA |
| | Armalite Inc | | Seattle | WA |
| | Armalite Inc | Armalite | Columbus | IN |
| | Armalite Inc | Armalite/Eagle Arms/Eagle Arms DIY Armalite | Geneseo | IL |
| | AWC Systems Technology LLC | AWC Systems Technology | Phoenix | AZ |
| | McWilliams, Lynn J | AWC Systems Technology | Cave Creek | AZ |
| | Special Technologies Group, Inc | AWC Systems Technology | Phoenix | AZ |
| | Strategic Armory Corps LLC | Armalite/Eagle Arms/Eagle Arms DIY Armalite | Geneseo | IL |
| | Strategic Armory Corps LLC | Armalite/Surgeon Rifles/AWC Systems Technology | Phoenix | AZ |
| | Strategic Armory Corps LLC | Surgeon Rifles/Armalite/Eagle Arms/Eagle Arms DIY | Prague | OK |
| Arms Technology Inc | Arms Technology Inc | ATI | Salt Lake City | UT |
| Barrett Firearms MFG Inc | Barrett Firearms MFG Inc | Barrett/BFMI | Murfreesboro | TN |
| BEI Defense Sys Co Inc | BEI Defense Sys Co Inc | | Camden | AR |
| | BEI Defense Systems Company | | Euless | TX |
| | BEI Defense Systems Company Inc | | Fort Worth | TX |
| | BEI Defense Systems Company Inc | Bei Defense Systems | East Camden | AR |
| Beretta USA Corp | Beretta U S A Corporation | Beretta USA Corp/ Beretta USA | Accokeek | MD |
| | Beretta USA Corp | | Accokeek | MD |
| | Beretta USA Corp | | Gallatin | TN |
| | Beretta USA Corp | | Pocomoke City | MD |

170 of 306                                                5/5/22

| | Beretta USA Corp | Beretta USA | Gallatin | TN |
|---|---|---|---|---|
| BMaddox Enterprises LLC | BMaddox Enterprises LLC | South Dakota Firearms | Harrisburg | SD |
| | BMaddox Enterprises LLC | Silencer Central | Harrisburg | SD |
| | BMaddox Enterprises LLC | Silencer Central / Banish Suppressors | Sioux Falls | SD |
| | BMaddox Enterprises LLC | South Dakota Silencer | Sioux Falls | SD |
| Bond Arms, Inc | Bond Arms Inc | | Granbury | TX |
| | Bond Arms, Inc | Bond Arms | Granbury | TX |
| Bp Firearms Company LLC | Bp Firearms Company LLC | Bergara/Bergara USA/BPF/CYA | Lawrenceville | GA |
| | Bp Firearms Company LLC | Bergara/Bergara USA/SMT/Dead Air/BPF | Lawrenceville | GA |
| Browning Arms | Browning | Browning | Arnold | MO |
| | Browning Arms Company | Baco Inc | Morgan | UT |
| Bryco Arms | Bryco Arms | | Carson City | NV |
| | Bryco Arms | | Costa Mesa | CA |
| Burbak Machine Corporation | Bur Bak Machine Corp | | Wilton | NH |
| | Burbak Machine Corporation | | Wilton | NH |
| Calwestco/Jennings | Calwestco, Inc | | Irvine | CA |
| | Jenning's Firearms, Inc | | Irvine | CA |
| Century Arms Inc | Century Arms Inc | | Boca Raton | FL |
| | Century Arms Inc | C.A.I./ Century Arms | Georgia | VT |
| Charter Arms Corporation | Charco 2000 Inc | Charter Arms | Shelton | CT |
| | Charco Inc | | Shelton | CT |
| | Charter Arms Corp | | Shelton | CT |
| | Charter Arms Corporation | | Stratford | CT |
| Chiappa Firearms Ltd | Chiappa Firearms Ltd | | Dayton | OH |
| | Chiappa Firearms Usa Ltd | | Dayton | OH |
| CMMG Inc | CMMG Inc | CMMG | Boonville | MO |
| Cobra Enterprises of Utah, Inc / Cobra / Bearman Industries / Kodiak Firearms | Bearman Industries LLC | Bearman | Bear River City | UT |
| | Bearman Industries, LLC | Bearman Industries / Bearman | Salt Lake City | UT |
| | Cobra Enterprises of Utah, Inc | | Salt Lake City | UT |
| | Cobra Enterprises of Utah, Inc | Cobra Firearms/Cobra/Cobra Ent of Utah Inc | Salt Lake City | UT |
| | Cobra Enterprises, Inc | | Ennis | MT |
| | Kodiak Industries Inc | Kodiak Firearms/Kodiak | Salt Lake City | UT |
| Cobray / SW Daniel / Leinad / FMI | Cobray Firearms Inc | | McCaysville | GA |
| | Daniel, Wayne E | FMI | Ducktown | TN |

| | Daniel, Wayne Ernest | PPI | Copperhill | TN |
|---|---|---|---|---|
| | S W DANIEL, INC | SWD | ATLANTA | GA |
| CWI Inc. / Gander Mtn. | CWI Inc | Gander Outdoors | Kenosha | WI |
| CZ / Colt / Dan Wesson | Colt Defense LLC | Colt Defense LLC / Colt Defense | West Hartford | CT |
| | COLT INDUSTRIES INC | | HARTFORD | CT |
| | COLT INDUSTRIES INC | | WEST HARTFORD | CT |
| | Colt's Manufacturing Company LLC | Colt/ Colts Pt Fa MFG Co/ Colts MFG/ Colt Defense | West Hartford | CT |
| | Colt's Manufacturing Company LLC | Colt's Pt. F.A. Mfg. Co./ Colt's MFG/ Colt Defense | West Hartford | CT |
| | Colts MFG Co Inc | Colt Firearms | Hartford | CT |
| | CZ USA | | Kansas City | KS |
| | CZ-USA Inc | Dan Wesson Firearms | Norwich | NY |
| | Dan Wesson Arms, Inc | | Palmer | MA |
| | Dan Wesson Arms, Inc | | Monson | MA |
| | Dan Wesson Corp | Dan Wesson Firearms Norwich Gun Works | Norwich | NY |
| Daisy Manufacturing Co Inc | Daisy Manufacturing Co | Daisy Outdoor Products | Rogers | AR |
| | Daisy Manufacturing Co Inc | | Rogers | AR |
| Daniel Defense | Daniel Defense Inc | Daniel Defense; Ambush Firearms | Ridgeland | SC |
| | Daniel Defense Inc | Daniel Defense / Ambush Firearms | Black Creek | GA |
| | Daniel Defense LLC | Daniel Defense / Ambush Firearms | Black Creek | GA |
| Davis Industries | Davis Industries | | Chino | CA |
| | Davis Industries | | El Monte | CA |
| Del-Ton, Inc. | Del-Ton, Inc | | Elizabethtown | NC |
| EMCO Inc | EMCO Inc | | Gadsden | AL |
| EXCAM Inc | EXCAM Inc | | Hialeah | FL |
| Firearms Import & Export Corp | Firearms Import & Export Corp | Firearms Import & Export | Opa Locka | FL |
| FMK Firearms Incorporated | Fmk Firearms Incorporated | | Placentia | CA |
| FNH USA LLC | FN America LLC | FNH USA/FN | Fredericksburg | VA |
| | FN America, LLC | FNH USA/FN | Columbia | SC |
| | FN Manufacturing Inc | | Columbia | SC |
| | FN Manufacturing LLC | FNM LLC | Columbia | SC |
| | FN Manufacturing, LLC | | Columbia | SC |
| | FN MFG Inc | | Columbia | SC |
| | FNH South LLC | FNM LI | Columbia | SC |
| | FNH USA, LLC | FNM LI | Arnold | MO |
| | FNH USA LLC | | Fredericksburg | VA |
| | FNH USA, LLC | FNH USA | Fredericksburg | VA |

172 of 306                                             5/5/22

| Freedom Group | Advanced Armament Corp | | | Baldwin | GA |
|---|---|---|---|---|---|
| | Advanced Armament Corp LLC | Advanced Armament Corp | | Norcross | GA |
| | Advanced Armament Corp LLC | Advanced Armament Corp/AAC/BFI/Remington/DPMS | | Lawrenceville | GA |
| | Brittingham, Kevin T | Advanced Armament Co | | Norcross | GA |
| | Bushmaster Firearms BFI Quality Parts Co | | | Windham | ME |
| | Bushmaster Firearms BFI Quality Parts Co | | | Windham | ME |
| | Bushmaster Firearms Inc | | | Lake Havasu City | AZ |
| | Bushmaster Firearms International LLC | BFI | | Dallas | GA |
| | Bushmaster Firearms International LLC | | | Ilion | NY |
| | Bushmaster Firearms International LLC | | | Lake Havasu City | AZ |
| | Bushmaster Firearms International LLC | | | Windham | ME |
| | Dakota Ammo Inc | | | Sturgis | SD |
| | Dakota Arms Inc | | | Sturgis | SD |
| | Dakota Arms, Inc | Dakota Arms | | Sturgis | SD |
| | Dakota Arms, LLC | Dakota Arms | | Sturgis | SD |
| | Defense Procurement MFG Services Inc | DPMS | | St Cloud | MN |
| | DPMS Firearms LLC | DPMS | | St Cloud | MN |
| | DPMS Inc | Danco Machine | | Santa Clara | CA |
| | H & R 1871 Inc New England Firearms Co | Harrington & Richardson Wesson & Harrington | | Gardner | MA |
| | H&R 1871, LLC | Harrington & Richardson | | Gardner | MA |
| | H&R 1871, LLC | | | Ilion | NY |
| | Lar Manufacturing Inc | | | West Jordan | UT |
| | Marlin Firearms Company, The | | | Ilion | NY |
| | Marlin Firearms Company, The | | | Hickory | KY |
| | Marlin Firearms Company, The | | | North Haven | CT |
| | Nesika Bay Precision Inc | | | Poulsbo | WA |

| | Nesika Bay Precision, Inc | Nesika | Sturgis | SD |
|---|---|---|---|---|
| | New England Firearms Company, Inc | | Gardner | MA |
| | Para USA Inc | Para USA | Pineville | NC |
| | Para USA LLC | Remington Arms Co, Para, Para USA | Charlotte | NC |
| | Para USA, Inc | | Sevierville | TN |
| | Remington Arms Co Inc | | Ilion | NY |
| | Remington Arms Co, Inc | Remington Arms Co | Ilion | NY |
| | Remington Arms Company Inc | | Elizabethtown | KY |
| | Remington Arms Company LLC | Dakota Arms/Nesika | Sturgis | SD |
| | Remington Arms Company LLC | DPMS/BFI/Remington | Saint Cloud | MN |
| | Remington Arms Company LLC | Remington / Marlin | Hickory | KY |
| | Remington Arms Company LLC | Remington Arms Company | Elizabethtown | KY |
| | Remington Arms Company LLC | Remington Arms Company Inc | Nashville | TN |
| | Remington Arms Company LLC | | Stamford | CT |
| | Remington Arms Company LLC | Remington/Marlin/Dakota Arms/Nesika/BFI | Sturgis | SD |
| | Remington Arms Company LLC | Remington/Marlin/H&R 1871/BFI/DPMS/Bushmaster | Ilion | NY |
| | Remington Arms Company LLC | Remington/Marlin/H&R 1871/BFI/DPMS/Bushmaster/AAC | Huntsville | AL |
| | Remington Arms Company LLC | Remington/Marlin/H&R1871/BFI/DPMS/AAC | Southaven | MS |
| | Remington Arms Company, Inc | | Hickory | KY |
| | Remington Arms Company, LLC | Lar Manufacturing/Remington/BFI/DPMS/AAC/Tapco | Ilion | NY |
| | Remington Arms Company, LLC | | West Jordan | UT |
| | The Marlin Firearms Co | | North Haven | CT |
| Glock Inc | Glock Inc | | Smyrna | GA |

| H Squared Inc / Quantico Tactical Supply | Chesapeake Bay Armory Inc | | Stafford | VA |
|---|---|---|---|---|
| | H Squared Inc | Quantico Tactical | Quantico | VA |
| Henry RAC Holding Corp | Argus Publications Inc | Henry Repeating Arms | Brooklyn | NY |
| | Henry RAC Holding Corp | Henry Repeating Arms | Rice Lake | WI |
| | Henry RAC Holding Corp | Henry Repeating Arms / Henry RAC | Bayonne | NJ |
| | Henry Wisconsin LLC | Henry Repeating Arms | Rice Lake | WI |
| | Wright Products | | Rice Lake | WI |
| HiPoint (Strassell's Machine) / Iberia / Haskell / Stallard | Beemiller Inc | Hi-Point Firearms | Mansfield | OH |
| | Haskell Manufacturing Inc | | Lima | OH |
| | Haskell Manufacturing Inc | Hi-Point Firearms | Lima | OH |
| | Iberia Firearms Inc | Hi-Point Firearms | Galion | OH |
| | Stallard Arms Inc | Maverick Firearms | Mansfield | OH |
| | Strassells Machine Inc | Hi-Point Firearms | Mansfield | OH |
| | Strassells Machine Inc | Yoder Industries | Dayton | OH |
| | Strassell's Machine, Inc | Mid-Ohio Hydrographics | Mansfield | OH |
| I O Inc | I O Inc | | Melbourne | FL |
| | I.O. Inc | | Monroe | NC |
| International Armament Corp | International Armament Corp | Interarms | Midland | VA |
| | International Armament Corporation | Interarms | Alexandria | VA |
| Ithaca Acquisition Corp | Ithaca Acquisition Corp | | King Ferry | NY |
| | Ithaca Acquisition Corp | Ithacagun | Ithaca | NY |
| | Ithaca Acquisition Corp | | Rochester | NY |
| | Ithaca Distribution Inc | | Upper Sandusky | OH |
| | Ithaca Gun Co LLC | | Auburn | NY |
| | Ithaca Gun Co, Inc | | Ithaca | NY |
| | Ithaca Gun Company | Ithaca Gun Company | Upper Sandusky | OH |
| | Ithaca Gun Parts & Service Corporation | | King Ferry | NY |
| | Ithaca Guns USA, LLC | | Upper Sandusky | OH |
| Jimenez Arms Inc | Jimenez Arms Inc | | Henderson | NV |
| | Jimenez, Paul J | Jimenez Arms | Costa Mesa | CA |
| | Jimenez, Paul J | | Henderson | NV |
| JIE Capital Holdings  / JIE Enterprises | Dc Machine LLC | | Summerville | SC |
| | Dc Machine LLC | Dc Machine | Summerville | SC |

5/5/22

|  | Harrington - Richardson Inc | H And R | Gardner | MA |
|---|---|---|---|---|
|  | Lead Star Arms LLC | Lead Star Arms | West Columbia | SC |
|  | Lead Star Ltd Co | Lead Star | West Columbia | SC |
|  | Manufacturing Partners Incorporated |  | Becker | MN |
|  | Nodak Spud LLC |  | Edina | MN |
|  | Palmetto State Armory LLC | Palmetto State Armory | Columbia | SC |
|  | Palmetto State Armory LLC | Palmetto State Armory - Mt Pleasant | Charleston | SC |
|  | Palmetto State Armory LLC | Palmetto State Armory - Savannah | Garden City | GA |
|  | Palmetto State Armory LLC | Palmetto State Armory Summerville | Summerville | SC |
|  | Palmetto State Armory LLC | Palmetto State Armory-Outdoors | Swansea | SC |
|  | Palmetto State Armory, LLC | Palmetto State Armory | West Columbia | SC |
|  | Practical Tactical AR Parts LLC | P-Tac | West Columbia | SC |
|  | Soviet Arms, LLC | Soviet Arms | West Columbia | SC |
|  | Special Tool Solutions Inc |  | Jacksonville | FL |
|  | Toolcraft Inc Of NC |  | Marion | NC |
| Kahr Arms / Saeilo / Auto Ordnance | Auto-Ordnance Corp | Thompson | Kingston | NY |
|  | Saeilo Inc | Kahr Arms/ Auto- Ordnance | Greeley | PA |
|  | Saeilo, Inc |  | Blauvelt | NY |
|  | Saeilo, Inc | Kahr Arms / Auto-Ordnance | Worcester | MA |
| Kel-Tec | Kel Tec CNC Industries Inc |  | Cocoa | FL |
| Keystone Sporting Arms Inc | Keystone Sporting Arms Inc |  | Milton | PA |
|  | Keystone Sporting Arms LLC | KSA LLC | Milton | PA |
| Kimber MFG Inc | Kimber MFG Inc | Jerico Precision MFG Co | Yonkers | NY |
|  | Kimber MFG Inc | Kimber MFG Kimber | Troy | AL |
|  | Kimber MFG Inc | Kimber MFG/Kimber | Yonkers | NY |
|  | Kimber Of America Inc |  | Clackamas | OR |
|  | Kimber Of Oregon, Inc | Kimber | Clackamas | OR |
| KRISS USA, Inc | KRISS Industries USA Inc | KRISS, KRISS USA, Spinx, Defiance | Virginia Beach | VA |
|  | KRISS Usa, Inc | Edelweiss Arms   EDW | Chesapeake | VA |
| Legacy Sports International LLC | Legacy Sports International Inc | Legacy Sports LSI | Reno | NV |
|  | Legacy Sports International LLC | LSI | Alexandria | VA |
|  | Legacy Sports International LLC |  | Reno | NV |

| | | | | |
|---|---|---|---|---|
| Lewis Machine & Tool Co | Lewis Machine & Tool Co | | Milan | IL |
| | Lewis Machine & Tool Co | | New Britain | CT |
| | Lewis Machine & Tool Co | LMT Defense | Eldridge | IA |
| Lorcin Engineering | Lorcin Engineering Co Inc | | Mira Loma | CA |
| LWRC International | LWRC International | LWRC International | Cambridge | MD |
| | LWRC International | | Salisbury | MD |
| Magnum Research Inc / IMI / IWI | IWI US Inc | IWI | Middletown | PA |
| | Magnum Research Inc | | Fridley | MN |
| | Magnum Research Inc | Magnum Research | Minneapolis | MN |
| | Magnum Research Inc | Magnum Research and MRI | Pillager | MN |
| | Magnum Research, Inc | | Minneapolis | MN |
| | Magnum Research, Inc | | Pillager | MN |
| Navegar / Intratec | Navegar Inc | Intratec | Miami | FL |
| North American Arms Inc | North American Arms Inc | | Provo | UT |
| O.F Mossberg & Sons Inc | Maverick Arms, Inc | | Eagle Pass | TX |
| | Maverick Arms, Inc | Maverick / Mossberg | Eagle Pass | TX |
| | O F Mossberg & Sons Inc | Mossberg / Maverick by Mossberg | North Haven | CT |
| Olin Winchester / U S Repeating Arms | Olin Corporation | | East Alton | IL |
| | Olin Corporation | | Oxford | MS |
| | Olin Corporation | Winchester Western Div of the Winchester Group | New Haven | CT |
| | Olin Winchester LLC | | East Alton | IL |
| | Olin Winchester LLC | | Oxford | MS |
| | Olin Winchester, LLC | | Independence | MO |
| | St Marks Powder Inc | Primex Technologies OTS Division | Crawfordville | FL |
| | U S Repeating Arms Company | | Hingham | MA |
| | U S Repeating Arms Company | | New Haven | CT |
| | U S Repeating Arms Company, Inc | Winchester | New Haven | CT |
| | Us Repeating Arms Co Inc | Winchester | Blythewood | SC |
| | Us Repeating Arms Company | USRAC | New Haven | CT |
| | US Repeating Arms Company, Inc | Winchester | Hingham | MA |
| Olympic Arms Inc | Olympic Arms Inc | | Olympia | WA |
| Outdoor Colors LLC | Outdoor Colors LLC | | Rutherfordton | NC |

| | | | | |
|---|---|---|---|---|
| Phoenix Arms | Phoenix Arms | | Ontario | CA |
| Radical Firearms LLC | Radical Firearms LLC | | Stafford | TX |
| Raven Arms | Raven Arms | | Chino | CA |
| | Raven Arms | | City Of Industry | CA |
| | Raven Arms | Raven Arms | Baldwin Park | CA |
| Robinson Precision Die Casting Inc | Robinson Precision Die Casting Inc | | Huntington Beach | CA |
| Rock River Arms Inc | Rock River Arms Inc | | Colona | IL |
| | Rock River Arms Inc | Rock River Arms/RRA/RRA, Inc | Colona | IL |
| | Rock River Arms Inc | RRA | Colona | IL |
| RP Abrasives & Machine Inc | RP Abrasives & Machine Inc | | Rochester | NH |
| Savage Arms, Inc | Savage Arms Company | | Westfield | MA |
| | Savage Arms, Inc | Savage Arms Inc | Westfield | MA |
| | Savage Defense LLC | | Savannah | MO |
| | Savage Industries Inc | Savage-Stevens-Fox-Springfield. | Westfield | MA |
| | Savage Services Corporation | | Westfield | MA |
| SCCY Industries LLC | SCCY Industries LLC | | Daytona Beach | FL |
| Sig Sauer Inc | Sig Arms Inc | | Exeter | NH |
| | Sig Sauer Inc | | Jacksonville | AR |
| | Sig Sauer Inc | Sig Sauer | Dover | NH |
| | Sig Sauer Inc | | Exeter | NH |
| | Sig Sauer Inc | | Newington | NH |
| | Sigarms Inc | | Stratham | NH |
| | Sigarms Inc | Sig Sauer | Exeter | NH |
| | Sigarms Inc | | Herndon | VA |
| Silencereo, LLC | Silencereo LLC | Silencereo | West Valley City | UT |
| Smith & Wesson Corp | Smith & Wesson Corp | | Houlton | ME |
| | Smith & Wesson Corp | | Springfield | MA |
| | Smith & Wesson Corp | Gemtech | Meridian | ID |
| | Smith & Wesson Corp | S&W / Smith & Wesson / T/C Arms - Gemtech / M&P | Springfield | MA |
| | Smith & Wesson Corp | Smith & Wesson / S&W | Houlton | ME |
| | Smith & Wesson Corp | Thompson Center Arms | Springfield | MA |
| | Smith & Wesson Inc. | S&W/ Smith & Wesson/ T/C Arms/Gemtech/M&P/ Per Ctr | Springfield | MA |
| | Smith & Wesson Sales Company | | Columbia | MO |

178 of 306                                                    5/5/22

| | Smith & Wesson, DIY/Bangor Punta Corp | | Springfield | MA |
|---|---|---|---|---|
| Sportsmans Warehouse | Sportsmans Warehouse Inc | The Gunsmith at Sportsman's Warehouse | Salt Lake City | UT |
| Springfield, Inc | Springfield Armory, Inc | | Colona | IL |
| | Springfield Armory, Inc | Springfield Armory, Inc | Geneseo | IL |
| | Springfield Inc | SI / Springfield Armory | Colona | IL |
| | Springfield Inc | | Geneseo | IL |
| | Springfield, Inc | SI / Springfield Armory | Geneseo | IL |
| Stag Arms LLC | Stag Arms LLC | Stag Arms | New Britain | CT |
| | Stag Arms LLC | Stag Arms / Stag Defense | Tacoma | WA |
| | Stag Arms LLC | Stag Arms LLC | New Britain | CT |
| | Stag Arms LLC | Stag Arms/ Stag Defense | New Britain | CT |
| | STAG ARMS LLC | STAG DEFENSE | CHEYENNE | WY |
| STI International LLC | Spectratech, Inc | STI | Plano | TX |
| | STI Firearms, LLC | STI International / Staccato | Georgetown | TX |
| | STI International LLC | STI | Georgetown | TX |
| | STI International, Inc | STI | Georgetown | TX |
| Sturm, Ruger & Company, Inc | Sturm, Ruger & Co Inc | Ruger | Prescott | AZ |
| | Sturm, Ruger & Company, Inc | Ruger/Sturm, Ruger & Co./The Marlin Firearms Co | Enfield | CT |
| | Sturm, Ruger & Company, Inc | | Mayodan | NC |
| | Sturm, Ruger & Company, Inc | | Newport | NH |
| | Sturm, Ruger & Company, Inc | | Prescott | AZ |
| | Sturm, Ruger & Company, Inc | | Rochester | NH |
| | Sturm, Ruger & Company, Inc | | Southport | CT |
| | Sturm, Ruger & Company, Inc | Ruger/Sturm, Ruger & Co/The Marlin Firearms Co | Penfield | NY |
| Surefire LLC | Surefire LLC | | Fountain Valley | CA |
| | Surefire LLC | | Reno | NV |
| | Surefire LLC | | Santa Ana | CA |
| | Surefire, LLC | Surefire, LLC | Fountain Valley | CA |
| Talley Corp, The | Talley Corp, The | North American Arms | Spanish Fork | UT |

179 of 306                                                5/5/22

| Taurus International Manufacturing / Diamondback / Rossi / Heritage / Braztech | Braztech International LC | Rossi USA | Miami | FL |
|---|---|---|---|---|
| | Braztech International, LC | Rossi | Bainbridge | GA |
| | Diamondback Arms Inc | | Cocoa | FL |
| | Diamondback Arms LLC | | Southlake | TX |
| | Diamondback CNC LLC | | Cocoa | FL |
| | Diamondback Firearms LLC | | Cocoa | FL |
| | Heritage Manufacturing Inc | Heritage / Heritage MFG | Miami | FL |
| | Heritage Manufacturing, Inc | Heritage, Heritage MFG | Bainbridge | GA |
| | Heritage MFG Inc | | Opa Locka | FL |
| | Taurus International Manufacturing Inc | Taurus | Miami | FL |
| | Taurus International Manufacturing, Inc | Taurus | Bainbridge | GA |
| TDJ Inc | TDJ Buyer, LLC | Christensen Arms | Gunnison | UT |
| | TDJ Inc | Christensen Arms | Gunnison | UT |
| Thompson Center Arms Co Inc | DIY of K W Thompson Tool Co Inc | Thompson Center Arms | Rochester | NH |
| | Thompson Center Arms Co Inc | | Rochester | NH |
| | Thompson Center Arms Co Inc | TCA Thompson Center | Rochester | NH |
| Treffers Precision, Inc | Treffers Precision Inc | | Phoenix | AZ |
| Turners Operations Inc | Turner's Operations Inc | Turner's Outdoorsman | Tucson | AZ |
| Weatherby Inc | Weatherby Inc | | Sheridan | WY |
| | Weatherby Inc | | South Gate | CA |
| | Weatherby Inc | Weatherby | Paso Robles | CA |
| Wilsons Gun Shop Inc | Wilsons Gun Shop Inc | Wilson Combat | Berryville | AR |
| Windham Weaponry Inc | Windham Weaponry Inc | W W I / Windham Weaponry | Windham | ME |
| | Windham Weaponry Inc | WWI | Phoenix | AZ |
| WM C Anderson Inc | WM C Anderson Inc | Anderson Manufacturing | Hebron | KY |

Table M-06: Total GCA Firearms Manufactured Domestically by Weapon Type, 2000 – 2020

| Year | # of Pistols | Pistols % Total | # of Revolvers | Revolvers % Total | # of Rifles | Rifle % Total | # of Shotguns or Combos | Shotgun % Total | # of Misc. | Misc. % Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 1,005,198 | 26.1% | 318,960 | 8.3% | 1,599,890 | 41.5% | 898,586 | 23.3% | 30,238 | 0.8% | 3,852,872 |
| 2001 | 678,589 | 22.5% | 320,143 | 10.6% | 1,311,604 | 43.6% | 679,923 | 22.6% | 21,309 | 0.7% | 3,011,568 |
| 2002 | 743,017 | 22.0% | 347,070 | 10.3% | 1,527,391 | 45.2% | 741,400 | 21.9% | 21,700 | 0.6% | 3,380,578 |
| 2003 | 826,992 | 24.6% | 309,364 | 9.2% | 1,470,963 | 43.7% | 726,222 | 21.6% | 30,996 | 0.9% | 3,364,537 |
| 2004 | 837,018 | 25.3% | 294,099 | 8.9% | 1,422,579 | 43.0% | 733,623 | 22.2% | 22,154 | 0.7% | 3,309,473 |
| 2005 | 807,237 | 24.8% | 274,399 | 8.4% | 1,433,581 | 44.1% | 709,313 | 21.8% | 27,047 | 0.8% | 3,251,577 |
| 2006 | 1,021,544 | 27.9% | 382,067 | 10.4% | 1,500,658 | 41.0% | 714,618 | 19.5% | 38,094 | 1.0% | 3,656,981 |
| 2007 | 1,222,718 | 31.1% | 391,334 | 9.9% | 1,618,390 | 41.1% | 645,600 | 16.4% | 57,662 | 1.5% | 3,935,704 |
| 2008 | 1,387,441 | 32.3% | 431,753 | 10.0% | 1,740,565 | 40.5% | 630,663 | 14.7% | 106,982 | 2.5% | 4,297,404 |
| 2009 | 1,871,127 | 33.5% | 547,553 | 9.8% | 2,258,424 | 40.4% | 752,754 | 13.5% | 158,429 | 2.8% | 5,588,287 |
| 2010 | 2,212,164 | 40.8% | 559,674 | 10.3% | 1,834,063 | 33.8% | 744,097 | 13.7% | 70,771 | 1.3% | 5,420,769 |
| 2011 | 2,599,221 | 39.6% | 572,857 | 8.7% | 2,329,359 | 35.5% | 863,866 | 13.1% | 204,386 | 3.1% | 6,569,689 |
| 2012 | 3,489,037 | 40.5% | 667,356 | 7.7% | 3,168,501 | 36.8% | 948,513 | 11.0% | 341,379 | 4.0% | 8,614,786 |
| 2013 | 4,442,233 | 40.7% | 725,283 | 6.6% | 3,997,953 | 36.6% | 1,203,008 | 11.0% | 540,164 | 5.0% | 10,908,641 |
| 2014 | 3,638,622 | 40.0% | 744,048 | 8.2% | 3,373,334 | 37.0% | 935,433 | 10.3% | 414,130 | 4.5% | 9,105,567 |
| 2015 | 3,559,554 | 38.0% | 885,259 | 9.4% | 3,693,089 | 39.4% | 777,267 | 8.3% | 457,175 | 4.9% | 9,372,344 |
| 2016 | 4,770,144 | 41.7% | 855,785 | 7.5% | 4,247,386 | 37.1% | 848,628 | 7.4% | 723,593 | 6.3% | 11,445,536 |
| 2017 | 3,795,625 | 42.9% | 721,528 | 8.2% | 2,884,347 | 32.6% | 669,158 | 7.6% | 766,658 | 8.7% | 8,837,316 |
| 2018 | 3,889,860 | 43.1% | 642,962 | 7.1% | 2,867,321 | 31.8% | 536,190 | 5.9% | 1,090,889 | 12.1% | 9,027,222 |
| 2019 | 3,264,287 | 44.5% | 575,648 | 7.8% | 2,086,464 | 28.4% | 467,197 | 6.4% | 948,941 | 12.9% | 7,342,537 |
| 2020 | 5,509,151 | 49.8% | 993,077 | 9.0% | 2,760,263 | 24.9% | 476,682 | 4.3% | 1,324,737 | 12.0% | 11,063,910 |
| Total | 51,570,779 | 38.1% | 11,560,219 | 8.5% | 49,126,125 | 36.3% | 15,702,741 | 11.6% | 7,397,434 | 5.5% | 135,357,298 |

Compendium_Klarevas
Page 269

*Table M-08:  AFMER Pistol and Revolver Caliber Ranges*

The AFMER categories of common handgun caliber / chamberings is not all inclusive. It focuses on popular cartridges that are commonly and _traditionally_ used in handguns.   Cartridges traditionally manufactured for use in rifles are more frequently being used in pistols due to the rise in popularity of 'large-pistols' such as those based on rifle and carbine platforms.

The 'caliber' of a firearm is a general indication of the firearms bore, as measured from land to opposite land, not the diameter of the bullet. The cartridge is the specific fixed ammunition a firearm is designed to chamber and utilize.

| Up to .22 caliber (pistols/ revolvers) | Up to .25 Caliber (pistols) | Up to .32 Caliber (pistol) | Up to .380 Cartridge (pistol) | Up to .9mm Parabellum Cartridge (pistol) | Up to .50 Caliber (pistol) |
|---|---|---|---|---|---|
| .17 HMR | 25ACP / | .32 ACP / | 380 ACP | 7.65x25mm Tokarev* | .357 Sig * |
| 17 Hornet | 6.35mm | 7.65mm | 7.65mm Mauser * | 9x19mm Luger | .38 Super |
| 17 Remington Fireball | Browning | Browning | | | Automatic* |
| 17 Remington | .25 NAA | .32 NAA | | | 9x21mm * |
| 17 HM2 | | | | | 9x23mm* |
| 5.45x39mm* | | | | | .40 S&W |
| 5.45x18mm* | | | | | .400 COR-BON |
| .221 Remington Fireball* | | | | | 10mm Automatic |
| .22CB | | | | | .440 COR-BON |
| .22BB | | | | | .45 ACP |
| .22 short | | | | | .45 GAP |
| .22 Long | | | | | .45 Win Mag |
| .22 Long Rifle | | | | | .50 GI |
| .22 Hornet | | | | | .50 Action |
| .22 WMR | | | | | Express |
| 5.56x45mm * | | | | | |
| .223 Remington* | | | | | |
| 5.7x28* | | | | | |
| 4.6x30mm (HK) * | | | | | |
| .224-32 FA | | | | | |

| Up to .32 caliber (revolver) | Up to .38 Special CARTRIDGE (revolver) | Up to .357 Magnum CARTRIDGE (revolver) | Up to .44 Magnum CARTRIDGE (revolver) | Up to .50 caliber (revolver) |
|---|---|---|---|---|
| .256 Winchester Magnum* | .38 Special | .357 Magnum | 44 Magnum | 500 S&W |
| .32 S&W short | 327 Federal Magnum * | .357 Remington Maximum | .41 Magnum | .500 S&W Magnum |
| .32 S&W Long | .38 Short / Long Colt | | .44 Special* | .44-40 Winchester * |
| .32 H&R Magnum * | .38 S&W | | .41 Long Colt * | .45 Colt * |
| .32 Colt | | | 401 Herter Powermag | .454 Casull |
| | | | .41 Action Express | .460 S&W |
| | | | .45 Colt | .460 S&W Magnum |
| | | | | .480 Ruger |

* Denotes a cartridge placed in an AFMER category with some degree of ambiguity, as the categories switch between _caliber_ and _cartridge_.

Compendium_Klarevas
Page 270

*Table M-09:  Total Pistols Manufactured Domestically by AFMER Caliber Range, 2000 – 2020*

| Year | # of Up to .22 | Up to .22 - % Total | # of Up to .25 | Up to .25 - % Total | # of Up to .32 | Up to .32 - % Total | # of Up to .380 | Up to .380 - % Total | # of Up to 9MM PARA. | Up to 9MM PARA. - % Total | # of Up to .50 | Up to .50 - % Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 184,577 | 18.4% | 23,198 | 2.3% | 60,527 | 6.0% | 108,523 | 10.8% | 287,329 | 28.6% | 340,211 | 33.9% | 1,004,365 |
| 2001 | 123,374 | 18.2% | 5,697 | 0.8% | 57,823 | 8.5% | 41,634 | 6.1% | 229,821 | 33.9% | 219,085 | 32.3% | 677,434 |
| 2002 | 146,221 | 19.7% | 10,009 | 1.3% | 54,000 | 7.3% | 59,476 | 8.0% | 205,197 | 27.6% | 268,113 | 36.1% | 743,016 |
| 2003 | 200,300 | 24.2% | 14,023 | 1.7% | 43,471 | 5.3% | 79,788 | 9.6% | 220,576 | 26.7% | 268,828 | 32.5% | 826,986 |
| 2004 | 211,913 | 25.3% | 10,140 | 1.2% | 32,444 | 3.9% | 68,319 | 8.2% | 209,651 | 25.0% | 304,551 | 36.4% | 837,018 |
| 2005 | 139,178 | 17.2% | 10,471 | 1.3% | 29,028 | 3.6% | 107,416 | 13.3% | 301,189 | 37.3% | 219,955 | 27.2% | 807,237 |
| 2006 | 141,653 | 13.9% | 9,627 | 0.9% | 39,205 | 3.8% | 126,939 | 12.4% | 352,646 | 34.5% | 351,474 | 34.4% | 1,021,544 |
| 2007 | 180,419 | 14.8% | 11,395 | 0.9% | 43,914 | 3.6% | 138,484 | 11.3% | 392,263 | 32.1% | 456,243 | 37.3% | 1,222,718 |
| 2008 | 195,676 | 14.1% | 14,622 | 1.1% | 40,487 | 2.9% | 278,945 | 20.1% | 421,809 | 30.4% | 435,902 | 31.4% | 1,387,441 |
| 2009 | 320,957 | 17.2% | 15,107 | 0.8% | 47,396 | 2.5% | 390,895 | 20.9% | 587,260 | 31.4% | 509,512 | 27.2% | 1,871,127 |
| 2010 | 374,523 | 16.9% | 21,722 | 1.0% | 39,792 | 1.8% | 616,310 | 27.9% | 631,210 | 28.5% | 528,607 | 23.9% | 2,212,164 |
| 2011 | 427,587 | 16.5% | 19,182 | 0.7% | 13,890 | 0.5% | 537,063 | 20.7% | 889,188 | 34.2% | 712,311 | 27.4% | 2,599,221 |
| 2012 | 675,742 | 19.4% | 9,853 | 0.3% | 11,250 | 0.3% | 582,646 | 16.7% | 1,227,099 | 35.2% | 982,447 | 28.2% | 3,489,037 |
| 2013 | 635,904 | 14.3% | 18,589 | 0.4% | 6,604 | 0.1% | 852,727 | 19.2% | 1,697,931 | 38.2% | 1,230,478 | 27.7% | 4,442,233 |
| 2014 | 427,487 | 11.7% | 19,240 | 0.5% | 10,500 | 0.3% | 874,894 | 24.0% | 1,270,455 | 34.9% | 1,036,046 | 28.5% | 3,638,622 |
| 2015 | 413,279 | 11.6% | 11,567 | 0.3% | 14,769 | 0.4% | 820,208 | 23.0% | 1,531,686 | 43.0% | 768,045 | 21.6% | 3,559,554 |
| 2016 | 444,601 | 9.3% | 13,784 | 0.3% | 10,549 | 0.2% | 1,130,453 | 23.7% | 2,306,619 | 48.4% | 864,138 | 18.1% | 4,770,144 |
| 2017 | 416,476 | 11.0% | 11,958 | 0.3% | 8,782 | 0.2% | 857,464 | 22.6% | 1,807,983 | 47.6% | 692,958 | 18.3% | 3,795,621 |
| 2018 | 417,811 | 10.7% | 25,376 | 0.7% | 30,308 | 0.8% | 761,425 | 19.6% | 2,099,725 | 54.0% | 555,215 | 14.3% | 3,889,860 |
| 2019 | 382,195 | 11.7% | 53,690 | 1.6% | 44,952 | 1.4% | 510,827 | 15.6% | 1,784,871 | 54.7% | 487,752 | 14.9% | 3,264,287 |
| 2020 | 678,963 | 12.3% | 195,977 | 3.6% | 56,887 | 1.0% | 659,899 | 12.0% | 3,211,768 | 58.3% | 705,657 | 12.8% | 5,509,151 |
| Total | 7,138,836 | 13.8% | 525,227 | 1.0% | 696,578 | 1.4% | 9,604,335 | 18.6% | 21,666,276 | 42.0% | 11,937,528 | 23.1% | 51,568,780 |

Compendium_Klarevas
Page 271

*Table M-11: Total Revolvers Manufactured Domestically by AFMER Caliber Range, 2000 – 2020*

| Year | # of Up to .22 | Up to .22 – % Total | # of Up to .32 | Up to .32 – % Total | # of Up to .38 SPEC. | Up to .38 SPEC. – % Total | # of Up to .357 MAG. | Up to .357 MAG. – % Total | # of Up to .44 MAG. | Up to .44 MAG. – % Total | # of Up to .50 | Up to .50 – % Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 79,472 | 24.9% | 1,598 | 0.5% | 59,339 | 18.6% | 81,017 | 25.4% | 46,931 | 14.7% | 50,603 | 15.9% | 318,960 |
| 2001 | 77,433 | 24.2% | 5,003 | 1.6% | 50,120 | 15.7% | 85,628 | 26.7% | 39,515 | 12.3% | 62,444 | 19.5% | 320,143 |
| 2002 | 86,806 | 25.0% | 17,599 | 5.1% | 51,472 | 14.8% | 95,570 | 27.5% | 46,080 | 13.3% | 49,543 | 14.3% | 347,070 |
| 2003 | 108,518 | 35.1% | 3,928 | 1.3% | 57,078 | 18.5% | 59,591 | 19.3% | 46,533 | 15.0% | 33,716 | 10.9% | 309,364 |
| 2004 | 88,570 | 30.1% | 3,446 | 1.2% | 54,842 | 18.6% | 62,640 | 21.3% | 35,097 | 11.9% | 49,504 | 16.8% | 294,099 |
| 2005 | 63,333 | 23.1% | 2,297 | 0.8% | 68,785 | 25.1% | 68,476 | 25.0% | 25,802 | 9.4% | 45,706 | 16.7% | 274,399 |
| 2006 | 84,452 | 22.1% | 2,242 | 0.6% | 85,321 | 22.3% | 99,562 | 26.1% | 54,308 | 14.2% | 56,182 | 14.7% | 382,067 |
| 2007 | 91,963 | 23.5% | 3,509 | 0.9% | 104,498 | 26.7% | 93,320 | 23.8% | 46,719 | 11.9% | 51,325 | 13.1% | 391,334 |
| 2008 | 115,511 | 26.8% | 6,681 | 1.5% | 133,621 | 30.9% | 105,944 | 24.5% | 31,135 | 7.2% | 38,861 | 9.0% | 431,753 |
| 2009 | 141,838 | 25.9% | 7,586 | 1.4% | 232,335 | 42.4% | 107,837 | 19.7% | 29,969 | 5.5% | 27,988 | 5.1% | 547,553 |
| 2010 | 131,545 | 23.5% | 8,605 | 1.5% | 210,762 | 37.7% | 126,525 | 22.6% | 45,454 | 8.1% | 36,783 | 6.6% | 559,674 |
| 2011 | 153,748 | 26.8% | 5,182 | 0.9% | 206,191 | 36.0% | 125,238 | 21.9% | 35,791 | 6.2% | 46,707 | 8.2% | 572,857 |
| 2012 | 234,164 | 35.1% | 1,717 | 0.3% | 203,004 | 30.4% | 126,594 | 19.0% | 36,115 | 5.4% | 65,762 | 9.9% | 667,356 |
| 2013 | 226,749 | 31.3% | 1,914 | 0.3% | 238,385 | 32.9% | 149,729 | 20.6% | 46,466 | 6.4% | 62,040 | 8.6% | 725,283 |
| 2014 | 200,739 | 27.0% | 5,260 | 0.7% | 283,991 | 38.2% | 151,635 | 20.4% | 41,640 | 5.6% | 60,783 | 8.2% | 744,048 |
| 2015 | 278,784 | 31.5% | 9,413 | 1.1% | 225,782 | 25.5% | 186,655 | 21.1% | 48,170 | 5.4% | 136,455 | 15.4% | 885,259 |
| 2016 | 320,773 | 37.5% | 7,852 | 0.9% | 247,637 | 28.9% | 182,566 | 21.3% | 51,451 | 6.0% | 45,506 | 5.3% | 855,785 |
| 2017 | 318,778 | 44.2% | 1,720 | 0.2% | 172,150 | 23.9% | 138,312 | 19.2% | 43,219 | 6.0% | 47,349 | 6.6% | 721,528 |
| 2018 | 270,743 | 42.1% | 1,275 | 0.2% | 178,190 | 27.7% | 113,055 | 17.6% | 41,557 | 6.5% | 38,142 | 5.9% | 642,962 |
| 2019 | 364,546 | 63.3% | 1,674 | 0.3% | 64,528 | 11.2% | 95,093 | 16.5% | 25,742 | 4.5% | 24,065 | 4.2% | 575,648 |
| 2020 | 597,014 | 60.1% | 4,124 | 0.4% | 181,585 | 18.3% | 152,921 | 15.4% | 27,151 | 2.7% | 30,282 | 3.0% | 993,077 |
| **Total** | **4,035,479** | **34.9%** | **102,625** | **0.9%** | **3,109,616** | **26.9%** | **2,407,908** | **20.8%** | **844,845** | **7.3%** | **1,059,746** | **9.2%** | **11,560,219** |

Table M-16:  Total NFA Weapons Manufactured Domestically by Weapon Type, 2000 – 2020

| Year | # of AOW | AOW % Total | # of DD | DD % Total | # of Machinegun | MG % Total | # of Misc. | Misc. % Total | # of SBR | SBR % Total | # of SBS | SBS % Total | # of Silencer | Silencer % Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 2,371 | 3.0% | 24,751 | 31.0% | 47,361 | 59.3% | 0 | 0.0% | 83 | 0.1% | 295 | 0.4% | 5,001 | 6.3% | 79,862 |
| 2001 | 2,172 | 2.7% | 16,698 | 20.4% | 56,306 | 68.8% | 379 | 0.5% | 51 | 0.1% | 168 | 0.2% | 6,057 | 7.4% | 81,831 |
| 2002 | 3,668 | 5.0% | 16,870 | 22.8% | 45,984 | 62.2% | 525 | 0.7% | 33 | 0.0% | 514 | 0.7% | 6,384 | 8.6% | 73,978 |
| 2003 | 2,389 | 3.3% | 15,930 | 21.7% | 48,475 | 66.0% | 1,779 | 2.4% | 156 | 0.2% | 189 | 0.3% | 4,580 | 6.2% | 73,498 |
| 2004 | 1,327 | 1.8% | 4,504 | 6.2% | 57,133 | 79.2% | 2,609 | 3.6% | 82 | 0.1% | 363 | 0.5% | 6,142 | 8.5% | 72,160 |
| 2005 | 3,765 | 3.6% | 1,990 | 1.9% | 87,083 | 83.4% | 41 | 0.0% | 241 | 0.2% | 846 | 0.8% | 10,408 | 10.0% | 104,374 |
| 2006 | 13,501 | 10.0% | 1,074 | 0.8% | 103,462 | 76.3% | 316 | 0.2% | 484 | 0.4% | 264 | 0.2% | 16,434 | 12.1% | 135,535 |
| 2007 | 17,522 | 10.1% | 1,523 | 0.9% | 143,837 | 82.9% | 1 | 0.0% | 555 | 0.3% | 127 | 0.1% | 9,962 | 5.7% | 173,527 |
| 2008 | 9,337 | 3.9% | 470 | 0.2% | 205,121 | 86.6% | 71 | 0.0% | 2,246 | 0.9% | 204 | 0.1% | 19,470 | 8.2% | 236,919 |
| 2009 | 12,470 | 6.2% | 1,872 | 0.9% | 154,564 | 77.5% | 1,634 | 0.8% | 1,236 | 0.6% | 228 | 0.1% | 27,543 | 13.8% | 199,547 |
| 2010 | 10,371 | 7.5% | 14 | 0.0% | 100,398 | 72.2% | 455 | 0.3% | 852 | 0.6% | 275 | 0.2% | 26,637 | 19.2% | 139,002 |
| 2011 | 4,395 | 2.7% | 0 | 0.0% | 102,238 | 63.0% | 0 | 0.0% | 2,414 | 1.5% | 313 | 0.2% | 52,909 | 32.6% | 162,269 |
| 2012 | 2,495 | 1.2% | 0 | 0.0% | 50,018 | 24.7% | 0 | 0.0% | 9,118 | 4.5% | 4,687 | 2.3% | 136,319 | 67.3% | 202,637 |
| 2013 | 5,813 | 2.4% | 0 | 0.0% | 79,848 | 32.4% | 105 | 0.0% | 20,091 | 8.1% | 4,080 | 1.7% | 136,754 | 55.4% | 246,691 |
| 2014 | 5,888 | 2.6% | 1 | 0.0% | 71,105 | 31.4% | 18,537 | 8.2% | 11,388 | 5.0% | 3,986 | 1.8% | 115,740 | 51.1% | 226,645 |
| 2015 | 7,245 | 2.7% | 1 | 0.0% | 84,228 | 31.2% | 0 | 0.0% | 24,704 | 9.1% | 1,441 | 0.5% | 152,404 | 56.4% | 270,023 |
| 2016 | 5,382 | 1.3% | 41,057 | 10.0% | 53,581 | 13.0% | 0 | 0.0% | 20,352 | 4.9% | 2,289 | 0.6% | 289,079 | 70.2% | 411,740 |
| 2017 | 5,253 | 3.1% | 5,232 | 3.1% | 27,514 | 16.5% | 0 | 0.0% | 21,586 | 12.9% | 1,860 | 1.1% | 105,690 | 63.2% | 167,135 |
| 2018 | 2,049 | 1.5% | 0 | 0.0% | 10,320 | 7.5% | 11 | 0.0% | 19,489 | 14.1% | 1,950 | 1.4% | 104,282 | 75.5% | 138,101 |
| 2019 | 8,816 | 4.5% | 0 | 0.0% | 21,203 | 10.9% | 0 | 0.0% | 17,850 | 9.1% | 2,209 | 1.1% | 145,099 | 74.3% | 195,177 |
| 2020 | 11,413 | 4.8% | 0 | 0.0% | 16,161 | 6.8% | 0 | 0.0% | 20,069 | 8.4% | 1,287 | 0.5% | 189,987 | 79.5% | 238,917 |
| **Total** | 137,642 | 3.8% | 131,987 | 3.6% | 1,565,940 | 43.1% | 26,463 | 0.7% | 173,080 | 4.8% | 27,575 | 0.8% | 1,566,881 | 43.2% | 3,629,568 |

185 of 306

5/5/22

# APPENDIX P – PMFs

*Table P-04, Total Suspected PMFs Recovered and Traced by ATF, 2016-2021*

| Year | Total Suspected PMFs | % Total (2016-2020) | % YOY Change |
|------|---------------------|---------------------|--------------|
| 2016 | 1,758 | 3.9% | |
| 2017 | 2,552 | 5.6% | 45.2% |
| 2018 | 3,960 | 8.8% | 55.2% |
| 2019 | 7,517 | 16.6% | 89.8% |
| 2020 | 10,109 | 22.3% | 34.5% |
| 2021 | 19,344 | 42.8% | 91.4% |
| **Total** | **45,240** | **100.0%** | |

Compendium_Klarevas
Page 274

# APPENDIX E - EXPORTS

*Table E-01:  Total GCA Firearm and NFA Weapon Exports, 2000 – 2020*

| Year | # of GCA Exports | GCA Exports % Total | # of NFA Exports | NFA Exports % Total | Total Exports |
|------|-----------------|--------------------|-----------------|--------------------|--------------|
| 2000 | 175,234 | 91.7% | 15,833 | 8.3% | 191,067 |
| 2001 | 176,917 | 90.6% | 18,355 | 9.4% | 195,272 |
| 2002 | 151,411 | 83.2% | 30,523 | 16.8% | 181,934 |
| 2003 | 145,491 | 87.9% | 20,120 | 12.1% | 165,611 |
| 2004 | 144,089 | 90.2% | 15,671 | 9.8% | 159,760 |
| 2005 | 194,964 | 93.3% | 14,092 | 6.7% | 209,056 |
| 2006 | 367,654 | 96.3% | 14,295 | 3.7% | 381,949 |
| 2007 | 204,782 | 94.7% | 11,547 | 5.3% | 216,329 |
| 2008 | 227,239 | 78.1% | 63,729 | 21.9% | 290,968 |
| 2009 | 194,797 | 85.4% | 33,334 | 14.6% | 228,131 |
| 2010 | 241,971 | 91.3% | 22,965 | 8.7% | 264,936 |
| 2011 | 296,888 | 89.1% | 36,275 | 10.9% | 333,163 |
| 2012 | 287,918 | 83.6% | 56,620 | 16.4% | 344,538 |
| 2013 | 393,554 | 78.0% | 111,074 | 22.0% | 504,628 |
| 2014 | 421,042 | 71.2% | 169,897 | 28.8% | 590,939 |
| 2015 | 343,692 | 85.8% | 56,992 | 14.2% | 400,684 |
| 2016 | 376,672 | 83.1% | 76,591 | 16.9% | 453,263 |
| 2017 | 527,334 | 85.0% | 92,903 | 15.0% | 620,237 |
| 2018 | 554,802 | 89.3% | 66,454 | 10.7% | 621,256 |
| 2019 | 316,067 | 70.6% | 131,694 | 29.4% | 447,761 |
| 2020 | 529,116 | 81.3% | 121,369 | 18.7% | 650,485 |
| **Total** | **6,271,634** | **84.2%** | **1,180,333** | **15.8%** | **7,451,967** |

*Table E-03: Total GCA Firearm Exports by Weapon Type, 2000 – 2020*

| Year | # of Pistols | Pistols % Total | # of Revolvers | Revolvers % Total | # of Rifles | Rifle % Total | # of Shotguns or Combos | Shotgun % Total | # of Misc. | Misc. % Total | Total Exports |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 30,590 | 17.5% | 48,130 | 27.5% | 50,251 | 28.7% | 35,089 | 20.0% | 11,174 | 6.4% | 175,234 |
| 2001 | 32,568 | 18.4% | 32,662 | 18.5% | 54,574 | 30.8% | 46,174 | 26.1% | 10,939 | 6.2% | 176,917 |
| 2002 | 22,555 | 14.9% | 34,187 | 22.6% | 61,299 | 40.5% | 31,897 | 21.1% | 1,473 | 1.0% | 151,411 |
| 2003 | 17,305 | 11.9% | 27,852 | 19.1% | 63,808 | 43.9% | 29,537 | 20.3% | 6,989 | 4.8% | 145,491 |
| 2004 | 17,057 | 11.8% | 24,122 | 16.7% | 64,097 | 44.5% | 31,385 | 21.8% | 7,428 | 5.2% | 144,089 |
| 2005 | 19,196 | 9.8% | 29,271 | 15.0% | 92,183 | 47.3% | 46,129 | 23.7% | 8,185 | 4.2% | 194,964 |
| 2006 | 144,767 | 39.4% | 28,120 | 7.6% | 102,973 | 28.0% | 57,771 | 15.7% | 34,023 | 9.3% | 367,654 |
| 2007 | 45,053 | 22.0% | 34,662 | 16.9% | 80,594 | 39.4% | 26,949 | 13.2% | 17,524 | 8.6% | 204,782 |
| 2008 | 54,030 | 23.8% | 28,205 | 12.4% | 103,295 | 45.5% | 41,186 | 18.1% | 523 | 0.2% | 227,239 |
| 2009 | 56,449 | 29.0% | 32,377 | 16.6% | 61,078 | 31.4% | 36,455 | 18.7% | 8,438 | 4.3% | 194,797 |
| 2010 | 80,041 | 33.1% | 25,286 | 10.5% | 76,518 | 31.6% | 43,355 | 17.9% | 16,771 | 6.9% | 241,971 |
| 2011 | 121,035 | 40.8% | 23,221 | 7.8% | 79,256 | 26.7% | 54,878 | 18.5% | 18,498 | 6.2% | 296,888 |
| 2012 | 128,466 | 44.6% | 19,643 | 6.8% | 81,601 | 28.3% | 42,799 | 14.9% | 15,409 | 5.4% | 287,918 |
| 2013 | 167,654 | 42.6% | 21,180 | 5.4% | 132,202 | 33.6% | 49,766 | 12.6% | 22,752 | 5.8% | 393,554 |
| 2014 | 126,402 | 30.0% | 25,521 | 6.1% | 207,958 | 49.4% | 60,377 | 14.3% | 784 | 0.2% | 421,042 |
| 2015 | 141,005 | 41.0% | 22,666 | 6.6% | 159,707 | 46.5% | 18,797 | 5.5% | 1,517 | 0.4% | 343,692 |
| 2016 | 172,863 | 45.9% | 24,082 | 6.4% | 146,948 | 39.0% | 24,668 | 6.5% | 8,111 | 2.2% | 376,672 |
| 2017 | 280,112 | 53.1% | 20,693 | 3.9% | 188,884 | 35.8% | 30,695 | 5.8% | 6,950 | 1.3% | 527,334 |
| 2018 | 333,737 | 60.2% | 21,539 | 3.9% | 165,601 | 29.8% | 27,774 | 5.0% | 6,151 | 1.1% | 554,802 |
| 2019 | 139,081 | 44.0% | 14,778 | 4.7% | 134,890 | 42.7% | 21,857 | 6.9% | 5,461 | 1.7% | 316,067 |
| 2020 | 382,761 | 72.3% | 19,264 | 3.6% | 99,429 | 18.8% | 17,874 | 3.4% | 9,788 | 1.8% | 529,116 |
| **Total** | **2,512,727** | **40.1%** | **557,461** | **8.9%** | **2,207,146** | **35.2%** | **775,412** | **12.4%** | **218,888** | **3.5%** | **6,271,634** |

Compendium_Klarevas
Page 276

*Table E-05:  Total NFA Weapon Exports by Weapon Type, 2000 – 2020*

| Year | # of AOW | AOW % Total | # of DD | DD % Total | # of Machineguns | MG % Total | # of Misc. | Misc. % Total | # of SBR | SBR % Total | # of SBS | SBS % Total | # of Silencers | Silencers % Total | Total Exports |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 394 | 2.5% | 3,256 | 20.6% | 11,719 | 74.0% | 0 | 0.0% | 3 | 0.0% | 13 | 0.1% | 448 | 2.8% | 15,833 |
| 2001 | 227 | 1.2% | 7,956 | 43.3% | 10,021 | 54.6% | 72 | 0.4% | 0 | 0.0% | 0 | 0.0% | 79 | 0.4% | 18,355 |
| 2002 | 206 | 0.7% | 6,382 | 20.9% | 22,786 | 74.7% | 123 | 0.4% | 1 | 0.0% | 221 | 0.7% | 804 | 2.6% | 30,523 |
| 2003 | 333 | 1.7% | 4,463 | 22.2% | 14,914 | 74.1% | 0 | 0.0% | 0 | 0.0% | 54 | 0.3% | 356 | 1.8% | 20,120 |
| 2004 | 268 | 1.7% | 3,093 | 19.7% | 11,483 | 73.3% | 330 | 2.1% | 0 | 0.0% | 60 | 0.4% | 437 | 2.8% | 15,671 |
| 2005 | 963 | 6.8% | 1,655 | 11.7% | 10,444 | 74.1% | 0 | 0.0% | 4 | 0.0% | 332 | 2.4% | 694 | 4.9% | 14,092 |
| 2006 | 4,639 | 32.5% | 1,121 | 7.8% | 6,471 | 45.3% | 4 | 0.0% | 8 | 0.1% | 54 | 0.4% | 1,998 | 14.0% | 14,295 |
| 2007 | 7 | 0.1% | 59 | 0.5% | 9,869 | 85.5% | 2 | 0.0% | 20 | 0.2% | 1 | 0.0% | 1,589 | 13.8% | 11,547 |
| 2008 | 4,822 | 7.6% | 182 | 0.3% | 46,962 | 73.7% | 11,217 | 17.6% | 15 | 0.0% | 3 | 0.0% | 528 | 0.8% | 63,729 |
| 2009 | 4,716 | 14.1% | 1,336 | 4.0% | 25,587 | 76.8% | 1 | 0.0% | 4 | 0.0% | 0 | 0.0% | 1,690 | 5.1% | 33,334 |
| 2010 | 1,288 | 5.6% | 0 | 0.0% | 20,555 | 89.5% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1,122 | 4.9% | 22,965 |
| 2011 | 20 | 0.1% | 0 | 0.0% | 34,789 | 95.9% | 1,328 | 3.7% | 37 | 0.1% | 0 | 0.0% | 101 | 0.3% | 36,275 |
| 2012 | 516 | 0.9% | 0 | 0.0% | 52,862 | 93.4% | 8 | 0.0% | 1,599 | 2.8% | 135 | 0.2% | 1,500 | 2.6% | 56,620 |
| 2013 | 161 | 0.1% | 0 | 0.0% | 107,053 | 96.4% | 0 | 0.0% | 2,072 | 1.9% | 232 | 0.2% | 1,556 | 1.4% | 111,074 |
| 2014 | 161 | 0.1% | 0 | 0.0% | 144,930 | 85.3% | 15,077 | 8.9% | 5,455 | 3.2% | 207 | 0.1% | 4,067 | 2.4% | 169,897 |
| 2015 | 5,066 | 8.9% | 0 | 0.0% | 30,209 | 53.0% | 1,776 | 3.1% | 13,667 | 24.0% | 326 | 0.6% | 5,948 | 10.4% | 56,992 |
| 2016 | 1,346 | 1.8% | 0 | 0.0% | 65,775 | 85.9% | 2 | 0.0% | 2,297 | 3.0% | 86 | 0.1% | 7,085 | 9.3% | 76,591 |
| 2017 | 81 | 0.1% | 0 | 0.0% | 75,872 | 81.7% | 3,147 | 3.4% | 6,574 | 7.1% | 450 | 0.5% | 6,779 | 7.3% | 92,903 |
| 2018 | 214 | 0.3% | 0 | 0.0% | 48,494 | 73.0% | 433 | 0.7% | 7,367 | 11.1% | 261 | 0.4% | 9,685 | 14.6% | 66,454 |
| 2019 | 821 | 0.6% | 0 | 0.0% | 110,036 | 83.6% | 590 | 0.4% | 4,865 | 3.7% | 445 | 0.3% | 14,937 | 11.3% | 131,694 |
| 2020 | 2,114 | 1.7% | 0 | 0.0% | 107,154 | 88.3% | 301 | 0.2% | 4,778 | 3.9% | 211 | 0.2% | 6,811 | 5.6% | 121,369 |
| **Total** | **28,363** | **2.4%** | **29,503** | **2.5%** | **967,985** | **82.0%** | **34,411** | **2.9%** | **48,766** | **4.1%** | **3,091** | **0.3%** | **68,214** | **5.8%** | **1,180,333** |

# APPENDIX I – IMPORTS

*Table I-01:  Total Firearm Import Permits Issued[124] by Type of Importer, 2000 – 2020*

| Year | Licensed Importer | % Annual Total | Military | % Annual Total | Other | % Annual Total | Total | % Annual Total |
|---|---|---|---|---|---|---|---|---|
| 2000 | 8,195 | 65.3% | 3,072 | 24.5% | 1,283 | 10.2% | 12,550 | 100.0% |
| 2001 | 8,326 | 63.8% | 3,662 | 28.1% | 1,057 | 8.1% | 13,045 | 100.0% |
| 2002 | 9,000 | 51.4% | 6,139 | 35.1% | 2,361 | 13.5% | 17,500 | 100.0% |
| 2003 | 7,691 | 66.3% | 2,130 | 18.3% | 1,788 | 15.4% | 11,609 | 100.0% |
| 2004 | 7,115 | 69.4% | 1,374 | 13.4% | 1,760 | 17.2% | 10,249 | 100.0% |
| 2005 | 7,396 | 70.6% | 1,292 | 12.3% | 1,788 | 17.1% | 10,476 | 100.0% |
| 2006 | 8,190 | 76.2% | 1,119 | 10.4% | 1,437 | 13.4% | 10,746 | 100.0% |
| 2007 | 7,600 | 79.1% | 1,062 | 11.1% | 946 | 9.8% | 9,608 | 100.0% |
| 2008 | 7,521 | 82.7% | 687 | 7.6% | 889 | 9.8% | 9,097 | 100.0% |
| 2009 | 7,476 | 85.5% | 445 | 5.1% | 823 | 9.4% | 8,744 | 100.0% |
| 2010 | 6,795 | 82.5% | 560 | 6.8% | 879 | 10.7% | 8,234 | 100.0% |
| 2011 | 7,539 | 85.1% | 534 | 6.0% | 787 | 8.9% | 8,860 | 100.0% |
| 2012 | 8,225 | 87.3% | 395 | 4.2% | 806 | 8.6% | 9,426 | 100.0% |
| 2013 | 9,996 | 88.4% | 309 | 2.7% | 1,007 | 8.9% | 11,312 | 100.0% |
| 2014 | 7,524 | 87.2% | 297 | 3.4% | 810 | 9.4% | 8,631 | 100.0% |
| 2015 | 5,766 | 83.9% | 240 | 3.5% | 865 | 12.6% | 6,871 | 100.0% |
| 2016 | 6,095 | 85.8% | 231 | 3.3% | 781 | 11.0% | 7,107 | 100.0% |
| 2017 | 5,763 | 86.1% | 323 | 4.8% | 606 | 9.1% | 6,692 | 100.0% |
| 2018 | 6,799 | 87.4% | 288 | 3.7% | 689 | 8.9% | 7,776 | 100.0% |
| 2019 | 7,022 | 87.2% | 360 | 4.5% | 675 | 8.4% | 8,057 | 100.0% |
| 2020 | 8,288 | 91.4% | 185 | 2.0% | 590 | 6.5% | 9,063 | 100.0% |
| **Total** | **158,322** | **77.0%** | **24,704** | **12.0%** | **22,627** | **11.0%** | **205,653** | **100.0%** |

*Table 1-02:  Total Firearm Import Permits Issued by Type of Importer, 2010-2020*

| Year | Licensed Importer | % Annual Total | Military | % Annual Total | Other | % Annual Total | Total | % Annual Total |
|------|-------------------|----------------|----------|----------------|-------|----------------|-------|----------------|
| 2010 | 6,795 | 82.5% | 560 | 6.8% | 879 | 10.7% | 8,234 | 100.0% |
| 2011 | 7,539 | 85.1% | 534 | 6.0% | 787 | 8.9% | 8,860 | 100.0% |
| 2012 | 8,225 | 87.3% | 395 | 4.2% | 806 | 8.6% | 9,426 | 100.0% |
| 2013 | 9,996 | 88.4% | 309 | 2.7% | 1,007 | 8.9% | 11,312 | 100.0% |
| 2014 | 7,524 | 87.2% | 297 | 3.4% | 810 | 9.4% | 8,631 | 100.0% |
| 2015 | 5,766 | 83.9% | 240 | 3.5% | 865 | 12.6% | 6,871 | 100.0% |
| 2016 | 6,095 | 85.8% | 231 | 3.3% | 781 | 11.0% | 7,107 | 100.0% |
| 2017 | 5,763 | 86.1% | 323 | 4.8% | 606 | 9.1% | 6,692 | 100.0% |
| 2018 | 6,799 | 87.4% | 288 | 3.7% | 689 | 8.9% | 7,776 | 100.0% |
| 2019 | 7,022 | 87.2% | 360 | 4.5% | 675 | 8.4% | 8,057 | 100.0% |
| 2020 | 8,288 | 91.4% | 185 | 2.0% | 590 | 6.5% | 9,063 | 100.0% |
| **Total** | **79,812** | **86.7%** | **3,722** | **4.0%** | **8,495** | **9.2%** | **92,029** | **100.0%** |

*Table I-03:  Total Handgun, Rifle, and Shotgun Imports, 2000 – 2020*

| Year | # of Handguns | % Annual Total | # of Rifles | % Annual Total | # of Shotguns | % Annual Total | Total Imports | % Annual Total |
|------|---------------|----------------|-------------|----------------|---------------|----------------|---------------|----------------|
| 2000 | 747,129 | 53.3% | 321,457 | 22.9% | 332,712 | 23.7% | 1,401,298 | 100.0% |
| 2001 | 741,503 | 49.7% | 322,206 | 21.6% | 428,330 | 28.7% | 1,492,039 | 100.0% |
| 2002 | 1,011,503 | 44.7% | 753,478 | 33.3% | 500,293 | 22.1% | 2,265,274 | 100.0% |
| 2003 | 819,750 | 40.7% | 680,970 | 33.8% | 514,748 | 25.5% | 2,015,468 | 100.0% |
| 2004 | 877,008 | 42.5% | 681,537 | 33.0% | 507,242 | 24.6% | 2,065,787 | 100.0% |
| 2005 | 913,007 | 42.7% | 680,863 | 31.8% | 546,403 | 25.5% | 2,140,273 | 100.0% |
| 2006 | 1,201,371 | 48.3% | 677,066 | 27.2% | 607,919 | 24.5% | 2,486,356 | 100.0% |
| 2007 | 1,457,263 | 48.9% | 796,567 | 26.7% | 725,763 | 24.4% | 2,979,593 | 100.0% |
| 2008 | 1,493,672 | 56.4% | 616,158 | 23.3% | 536,562 | 20.3% | 2,646,392 | 100.0% |
| 2009 | 2,221,669 | 60.6% | 882,945 | 24.1% | 558,848 | 15.3% | 3,663,462 | 100.0% |
| 2010 | 1,782,585 | 62.8% | 548,117 | 19.3% | 509,914 | 18.0% | 2,840,616 | 100.0% |
| 2011 | 1,730,776 | 57.0% | 773,893 | 25.5% | 530,567 | 17.5% | 3,035,236 | 100.0% |
| 2012 | 2,622,466 | 57.4% | 1,243,858 | 27.2% | 704,833 | 15.4% | 4,571,157 | 100.0% |
| 2013 | 3,095,183 | 55.8% | 1,509,452 | 27.2% | 937,953 | 16.9% | 5,542,588 | 100.0% |
| 2014 | 2,187,804 | 60.3% | 791,767 | 21.8% | 648,592 | 17.9% | 3,628,163 | 100.0% |
| 2015 | 2,470,486 | 62.9% | 815,655 | 20.8% | 644,309 | 16.4% | 3,930,450 | 100.0% |
| 2016 | 3,663,992 | 71.5% | 727,161 | 14.2% | 736,450 | 14.4% | 5,127,603 | 100.0% |
| 2017 | 3,282,842 | 73.2% | 572,278 | 12.8% | 632,009 | 14.1% | 4,487,129 | 100.0% |
| 2018 | 2,939,714 | 68.3% | 652,633 | 15.2% | 713,860 | 16.6% | 4,306,207 | 100.0% |
| 2019 | 2,593,313 | 65.0% | 651,976 | 16.3% | 743,493 | 18.6% | 3,988,782 | 100.0% |
| 2020 | 4,032,019 | 63.0% | 875,155 | 13.7% | 1,490,975 | 23.3% | 6,398,149 | 100.0% |
| **Total** | **41,885,055** | **59.0%** | **15,575,192** | **21.9%** | **13,551,775** | **19.1%** | **71,012,022** | **100.0%** |

Table I-04:  Total Firearm Imports[125] by Weapon Type, 2010 – 2020

| Year | # of Pistols | % Annual Total | # of Revolvers | % Annual Total | # of Rifles | % Annual Total | # of Shotguns | % Annual Total | # of Blank-Firing Handguns | % Annual Total | Total Imports | % Annual Total |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2010 | 1,394,178 | 49.1% | 353,457 | 12.4% | 548,117 | 19.3% | 509,914 | 18.0% | 34,950 | 1.2% | 2,840,616 | 100.0% |
| 2011 | 1,448,435 | 47.7% | 258,878 | 8.5% | 773,893 | 25.5% | 530,567 | 17.5% | 23,463 | 0.8% | 3,035,236 | 100.0% |
| 2012 | 2,286,720 | 50.0% | 304,397 | 6.7% | 1,243,858 | 27.2% | 704,833 | 15.4% | 31,349 | 0.7% | 4,571,157 | 100.0% |
| 2013 | 2,738,747 | 49.4% | 316,582 | 5.7% | 1,509,452 | 27.2% | 937,953 | 16.9% | 39,854 | 0.7% | 5,542,588 | 100.0% |
| 2014 | 1,983,945 | 54.7% | 167,646 | 4.6% | 791,767 | 21.8% | 648,592 | 17.9% | 36,213 | 1.0% | 3,628,163 | 100.0% |
| 2015 | 2,139,744 | 54.4% | 283,438 | 7.2% | 815,655 | 20.8% | 644,309 | 16.4% | 47,304 | 1.2% | 3,930,450 | 100.0% |
| 2016 | 3,326,334 | 64.9% | 287,723 | 5.6% | 727,161 | 14.2% | 736,450 | 14.4% | 49,935 | 1.0% | 5,127,603 | 100.0% |
| 2017 | 2,871,027 | 64.0% | 323,572 | 7.2% | 572,278 | 12.8% | 632,009 | 14.1% | 88,243 | 2.0% | 4,487,129 | 100.0% |
| 2018 | 2,637,889 | 61.3% | 258,464 | 6.0% | 652,633 | 15.2% | 713,860 | 16.6% | 43,361 | 1.0% | 4,306,207 | 100.0% |
| 2019 | 2,295,897 | 57.6% | 265,038 | 6.6% | 651,976 | 16.3% | 743,493 | 18.6% | 32,378 | 0.8% | 3,988,782 | 100.0% |
| 2020 | 3,719,379 | 58.1% | 277,089 | 4.3% | 875,155 | 13.7% | 1,490,975 | 23.3% | 35,551 | 0.6% | 6,398,149 | 100.0% |
| **Total** | **26,842,295** | **56.1%** | **3,096,284** | **6.5%** | **9,161,945** | **19.1%** | **8,292,955** | **17.3%** | **462,601** | **1.0%** | **47,856,080** | **100.0%** |

5/5/22

*Table I-04a:  Total Handgun Imports by Weapon Type, 2010 - 2020*

| Year | # of Pistols | % Annual Total | # of Revolvers | % Annual Total | Total Imports | % Annual Total |
|------|-------------|----------------|----------------|----------------|---------------|----------------|
| 2010 | 1,394,178 | 79.8% | 353,457 | 20.2% | 1,747,635 | 100.0% |
| 2011 | 1,448,435 | 84.8% | 258,878 | 15.2% | 1,707,313 | 100.0% |
| 2012 | 2,286,720 | 88.3% | 304,397 | 11.7% | 2,591,117 | 100.0% |
| 2013 | 2,738,747 | 89.6% | 316,582 | 10.4% | 3,055,329 | 100.0% |
| 2014 | 1,983,945 | 92.2% | 167,646 | 7.8% | 2,151,591 | 100.0% |
| 2015 | 2,139,744 | 88.3% | 283,438 | 11.7% | 2,423,182 | 100.0% |
| 2016 | 3,326,334 | 92.0% | 287,723 | 8.0% | 3,614,057 | 100.0% |
| 2017 | 2,871,027 | 89.9% | 323,572 | 10.1% | 3,194,599 | 100.0% |
| 2018 | 2,637,889 | 91.1% | 258,464 | 8.9% | 2,896,353 | 100.0% |
| 2019 | 2,295,897 | 89.7% | 265,038 | 10.3% | 2,560,935 | 100.0% |
| 2020 | 3,719,379 | 93.1% | 277,089 | 6.9% | 3,996,468 | 100.0% |
| **Total** | **26,842,295** | **89.7%** | **3,096,284** | **10.3%** | **29,938,579** | 100.0% |

Table I-05:  Total Shotgun Imports by Shotgun Type[126], 2010 – 2020

| Year | # of Autoloading Shotguns | % Annual Total | # of Pump Shotguns | % Annual Total | # of Combination Shotgun Rifles | % Annual Total | # of Over-Under Shotguns | % Annual Total | # of Other Shotguns | % Annual Total | Total Shotguns | % Annual Total |
|------|--------------------------|----------------|---------------------|----------------|-------------------------------|----------------|--------------------------|----------------|---------------------|----------------|----------------|----------------|
| 2010 | 127,775 | 25.1% | 157,313 | 30.9% | 81,862 | 16.1% | 74,706 | 14.7% | 68,258 | 13.4% | 509,914 | 100.0% |
| 2011 | 177,684 | 33.5% | 154,851 | 29.2% | 55,209 | 10.4% | 80,746 | 15.2% | 62,077 | 11.7% | 530,567 | 100.0% |
| 2012 | 210,143 | 29.8% | 257,714 | 36.6% | 40,420 | 5.7% | 113,435 | 16.1% | 83,121 | 11.8% | 704,833 | 100.0% |
| 2013 | 302,380 | 32.2% | 363,221 | 38.7% | 47,555 | 5.1% | 135,051 | 14.4% | 89,746 | 9.6% | 937,953 | 100.0% |
| 2014 | 265,508 | 40.9% | 215,313 | 33.2% | 12,104 | 1.9% | 100,057 | 15.4% | 55,610 | 8.6% | 648,592 | 100.0% |
| 2015 | 209,319 | 32.5% | 239,322 | 37.1% | 6,279 | 1.0% | 134,556 | 20.9% | 54,833 | 8.5% | 644,309 | 100.0% |
| 2016 | 242,072 | 32.9% | 235,690 | 32.0% | 7,391 | 1.0% | 131,817 | 17.9% | 119,480 | 16.22% | 736,450 | 100.0% |
| 2017 | 205,525 | 32.5% | 186,955 | 29.6% | 1,692 | 0.3% | 108,201 | 17.1% | 129,636 | 20.5% | 632,009 | 100.0% |
| 2018 | 275,641 | 38.6% | 173,797 | 24.3% | 6,046 | 0.8% | 103,623 | 14.5% | 154,753 | 21.7% | 713,860 | 100.0% |
| 2019 | 311,558 | 41.9% | 150,755 | 20.3% | 19,364 | 2.6% | 119,123 | 16.0% | 142,693 | 19.2% | 743,493 | 100.0% |
| 2020 | 523,495 | 35.1% | 532,892 | 35.7% | 14,834 | 1.0% | 142,232 | 9.5% | 277,522 | 18.6% | 1,490,975 | 100.0% |
| **Total** | **2,851,100** | **34.4%** | **2,667,823** | **32.2%** | **292,756** | **3.5%** | **1,243,547** | **15.0%** | **1,237,729** | **14.9%** | **8,292,955** | **100.0%** |

*Table I-06: Total Ammunition, Frame/Receiver, and Machinegun Imports, 2000 – 2020*

| Year | Quantity of Ammunition or Ammunition Parts | # of Frames or Receivers | # of Machineguns |
|------|-------------------------------------------|--------------------------|------------------|
| 2000 | 1,989,463 | 0 | 2,355 |
| 2001 | 6,240,794 | 0 | 6,742 |
| 2002 | 1,948,878 | 0 | 2,894 |
| 2003 | 2,865,865 | 0 | 3,428 |
| 2004 | 28,513,836 | 0 | 2,804 |
| 2005 | 816,002,251 | 290,120 | 1,743 |
| 2006 | 1,126,472,245 | 44,950 | 2,655 |
| 2007 | 1,589,516,214 | 155,536 | 4,594 |
| 2008 | 1,841,619,113 | 19,953 | 6,443 |
| 2009 | 2,351,497,600 | 116,971 | 5,532 |
| 2010 | 2,037,516,193 | 182,265 | 2,200 |
| 2011 | 1,681,800,685 | 155,305 | 2,110 |
| 2012 | 2,233,082,323 | 198,219 | 5,441 |
| 2013 | 3,603,373,620 | 276,210 | 1,647 |
| 2014 | 3,937,439,954 | 264,920 | 1,197 |
| 2015 | 3,444,362,252 | 418,933 | 3,349 |
| 2016 | 4,419,193,015 | 90,667 | 1,933 |
| 2017 | 2,885,527,578 | 72,677 | 3,229 |
| 2018 | 2,104,960,158 | 91,516 | 1,876 |
| 2019 | 2,014,128,595 | 94,994 | 887 |
| 2020 | 3,490,806,610 | 81,588 | 3,445 |
| **Total** | **39,618,857,242** | **2,554,824** | **66,504** |

*Table I-10:  Origin Countries for Imported Firearms, 2020*

| Country | # of Handguns | # of Rifles | # of Shotguns | Total | % Total |
|---|---|---|---|---|---|
| Turkey | 415,180 | 29,450 | 1,045,620 | 1,490,250 | 23.3% |
| Austria | 1,279,123 | 5,632 | 30 | 1,284,785 | 20.1% |
| Brazil | 849,700 | 120,864 | 46,066 | 1,016,630 | 15.9% |
| Croatia | 521,932 | 0 | 0 | 521,932 | 8.2% |
| Italy | 146,557 | 48,705 | 175,756 | 371,018 | 5.8% |
| Germany | 275,568 | 73,114 | 2,374 | 351,056 | 5.5% |
| Czech Republic | 247,491 | 28,418 | 34 | 275,943 | 4.3% |
| Canada | 3,050 | 232,395 | 982 | 236,427 | 3.7% |
| China | 0 | 12,000 | 205,462 | 217,462 | 3.4% |
| Philippines | 113,399 | 3,818 | 0 | 117,217 | 1.8% |
| Japan | 0 | 78,249 | 620 | 78,869 | 1.2% |
| Spain | 960 | 57,506 | 515 | 58,981 | <1% |
| Israel | 41,346 | 7,839 | 7,697 | 56,882 | <1% |
| Serbia | 22,703 | 24,096 | 0 | 46,799 | <1% |
| Finland | 8 | 46,506 | 32 | 46,546 | <1% |
| Romania | 22,145 | 15,911 | 0 | 38,056 | <1% |
| Portugal | 0 | 34,576 | 72 | 34,648 | <1% |
| Argentina | 29,030 | 0 | 0 | 29,030 | <1% |
| Belgium | 14,120 | 9,533 | 212 | 23,865 | <1% |
| Switzerland | 17,943 | 3,390 | 35 | 21,368 | <1% |
| Bulgaria | 6,932 | 13,733 | 1 | 20,666 | <1% |
| Poland | 10,286 | 8,291 | 0 | 18,577 | <1% |
| United Kingdom | 65 | 11,937 | 4,211 | 16,213 | <1% |
| Slovenia | 4,902 | 0 | 0 | 4,902 | <1% |
| Montenegro | 3,639 | 0 | 0 | 3,639 | <1% |
| Taiwan | 0 | 3,140 | 0 | 3,140 | <1% |
| Slovakia | 2,987 | 0 | 0 | 2,987 | <1% |
| Sweden | 45 | 1,680 | 444 | 2,169 | <1% |
| Georgia | 608 | 1,500 | 0 | 2,108 | <1% |
| Hungary | 1,148 | 875 | 0 | 2,023 | <1% |
| Russia | 0 | 1,595 | 0 | 1,595 | <1% |
| France | 1,042 | 321 | 62 | 1,425 | <1% |
| United Arab Emirates | 0 | 0 | 750 | 750 | <1% |
| Chile | 61 | 0 | 0 | 61 | <1% |
| Ethiopia | 0 | 51 | 0 | 51 | <1% |
| South Korea | 34 | 0 | 0 | 34 | <1% |
| Estonia | 0 | 26 | 0 | 26 | <1% |
| South Africa | 15 | 0 | 0 | 15 | <1% |
| Denmark | 0 | 2 | 0 | 2 | <1% |
| Norway | 0 | 2 | 0 | 2 | <1% |
| **Total** | **4,032,019** | **875,155** | **1,490,975** | **6,398,149** | **100.0%** |

# APPENDIX SD – SELLING AND DISTRIBUTION

*Description of EMSV Data Limitations*

When determining EMSV, researchers had to account for the following data limitations regarding NICS/State POC transaction data. EMSV includes data only for those purpose codes in which the transaction involved the actual transfer of a firearm to a new possessor. The purpose codes used are 1, 2, 3, 27, 28, 29, or any combination thereof that occurred between 2017 and 2020. The data limitations include the following:

1. Hawaii does not conduct any background checks through NICS or a State POC that is reported to FBI-NICS. Hawaii is a permit only state; therefore, purchasers must request a permit from local law enforcement prior to purchasing a firearm. Long gun permits are issued for 1 year and handgun permits are issued for 10 days. Hawaii is excluded for all analysis involving NICS/State POC transactions and determining EMSV.

2. Virginia only reports total number of NICS/State POC transactions by purpose code. This allows for the determination of the total number of NICS transactions and EMSV at the state and purpose code level, but not at the FFL level. Therefore, Virginia is excluded for all analysis related to NICS/State POC transactions or EMSV beyond the State level or purpose code. For example, since FFL information cannot be determined, then FFL type breakdowns cannot be determined for the Commonwealth of Virginia.

3. Connecticut data had many "NULL" transactions that cannot be connected to a particular FFL. Consequently, the total number of NICS/State POC transactions and EMSV at the state and purpose code level could be determined, but only about 90% at the FFL level.

4. Maryland data had slightly more than 1% "Blank" when matching at the FFL level. Like Connecticut, the total number of NICS/State POC transactions and EMSV at the state and purpose code level could be determined, but only 99% at the FFL level.

5. Due to how State POCs report to NICS, some states did not include combinations of purpose codes. FBI-NICS uses combinations such as 1,2 or 1,2,3. Since certain states did not report purpose code combinations then these states could have an underestimated the EMSV. These states are California, Connecticut, Maryland, Nebraska, North Carolina, New Hampshire, New Jersey, Oregon, Pennsylvania, Tennessee, Utah, Virginia, and Wisconsin.

6. Oregon does not report purpose codes of 3, 27, 28, or 29, and Virginia does not report purpose codes of 27, 28, or 29, thus NICS/State POC transactions, and the EMSV could be underestimated for both states.

7. NICS/State POC transactions was either not provided or substantially underreported for Colorado, Florida, Illinois, Oregon, Tennessee, and Utah for January 2017 and February 2017. Subsequently, for these two months, the total EMSV is underestimated.

By excluding Hawaii (no transactions provided) and Virginia (transactions broken down by State, but not FFL) for determining EMSV, a 99.86% match rate at the FFL level was obtained. With such a high rate at the FFL level, analysis of the EMSV by such variables as FFL type, city, zip code, etc. was conducted.

EMSV does not include known multiple sales data, firearms transferred via an approved NICS Alternate Permit, or transactions that occur beyond regulated commerce, particularly legal person-to-person transfers that do not involve an FFL on the secondary market.

A list of other data limitations based on state permits can be found at https://www.atf.gov/rules-and-regulations/permanent-brady-state-lists.

*Table SD-02:  Total EMSV with Annual Percentage Breakdown and YOY Percentage Change by FFL Type, 2017 – 2020*

| FFL Type | 2017 EMSV | % Annual EMSV | % Change 2017 – 2018 | 2018 EMSV | % Annual EMSV | % Change 2018 – 2019 | 2019 EMSV | % Annual EMSV | % Change 2019 – 2020 | 2020 EMSV | % Annual EMSV | Total EMSV | % Total EMSV 2017 – 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type 01 | 9,291,630 | 76.7% | -3.9% | 8,926,551 | 75.1% | -1.0% | 8,834,651 | 74.1% | 63.4% | 14,437,165 | 73.5% | 41,489,997 | 74.6% |
| Type 02 | 1,767,463 | 14.6% | 3.5% | 1,828,779 | 15.4% | 2.5% | 1,874,422 | 15.7% | 52.6% | 2,859,453 | 14.6% | 8,330,117 | 15.0% |
| Type 07 | 968,581 | 8.0% | 7.8% | 1,044,099 | 8.8% | 8.5% | 1,132,651 | 9.5% | 94.3% | 2,200,844 | 11.2% | 5,346,175 | 9.6% |
| Type 08 | 62,275 | 0.5% | 2.4% | 63,754 | 0.5% | -7.2% | 59,168 | 0.5% | 65.9% | 98,168 | 0.5% | 283,365 | 0.5% |
| Type 09 | 4,512 | 0.0% | -3.0% | 4,377 | 0.0% | 45.8% | 6,382 | 0.1% | 84.0% | 11,741 | 0.1% | 27,012 | 0.0% |
| Type 10 | 10,800 | 0.1% | -17.0% | 8,963 | 0.1% | -1.4% | 8,840 | 0.1% | 125.4% | 19,924 | 0.1% | 48,527 | 0.1% |
| Type 11 | 9,506 | 0.1% | 7.1% | 10,180 | 0.1% | 40.8% | 14,335 | 0.1% | 70.6% | 24,461 | 0.1% | 58,482 | 0.1% |
| **Total** | **12,114,767** | **100.0%** | **-1.9%** | **11,886,703** | **100.0%** | **0.4%** | **11,930,449** | **100.0%** | **64.7%** | **19,651,756** | **100.0%** | **55,583,675** | **100.0%** |

*Table SD-07:  Month-Year EMSV Totals by Rank, 2017 - 2020*

| Rank | Year | Month | Total EMSV | % Total EMSV |
|------|------|-------|-----------|--------------|
| 1 | 2020 | March | 2,320,741 | 4.0% |
| 2 | 2020 | June | 2,147,324 | 3.7% |
| 3 | 2020 | November | 1,910,671 | 3.3% |
| 4 | 2020 | December | 1,859,520 | 3.2% |
| 5 | 2020 | July | 1,812,446 | 3.1% |
| 6 | 2020 | October | 1,719,578 | 3.0% |
| 7 | 2020 | August | 1,649,297 | 2.8% |
| 8 | 2020 | April | 1,610,843 | 2.8% |
| 9 | 2020 | September | 1,589,330 | 2.7% |
| 10 | 2017 | December | 1,561,281 | 2.7% |
| 11 | 2020 | May | 1,551,712 | 2.7% |
| 12 | 2019 | December | 1,502,554 | 2.6% |
| 13 | 2018 | December | 1,442,212 | 2.5% |
| 14 | 2018 | March | 1,428,817 | 2.5% |
| 15 | 2017 | November | 1,390,107 | 2.4% |
| 16 | 2019 | November | 1,278,177 | 2.2% |
| 17 | 2017 | March | 1,270,977 | 2.2% |
| 18 | 2018 | November | 1,261,191 | 2.2% |
| 19 | 2019 | March | 1,247,334 | 2.2% |
| 20 | 2020 | February | 1,210,936 | 2.1% |
| 21 | 2018 | February | 1,174,096 | 2.0% |
| 22 | 2020 | January | 1,107,510 | 1.9% |
| 23 | 2017 | October | 1,063,002 | 1.8% |
| 24 | 2017 | April | 1,050,888 | 1.8% |
| 25 | 2019 | August | 1,037,948 | 1.8% |
| 26 | 2019 | October | 1,037,347 | 1.8% |
| 27 | 2019 | February | 1,030,439 | 1.8% |
| 28 | 2018 | April | 1,014,862 | 1.8% |
| 29 | 2017 | August | 956,439 | 1.7% |
| 30 | 2019 | September | 953,747 | 1.6% |
| 31 | 2017 | June | 952,011 | 1.6% |
| 32 | 2017 | September | 944,932 | 1.6% |
| 33 | 2019 | April | 939,371 | 1.6% |
| 34 | 2018 | October | 936,182 | 1.6% |
| 35 | 2019 | January | 929,235 | 1.6% |
| 36 | 2017 | February | 928,296 | 1.6% |
| 37 | 2017 | May | 924,332 | 1.6% |
| 38 | 2018 | January | 896,127 | 1.5% |
| 39 | 2018 | August | 896,063 | 1.5% |
| 40 | 2019 | June | 870,043 | 1.5% |
| 41 | 2018 | September | 860,455 | 1.5% |
| 42 | 2019 | May | 855,223 | 1.5% |
| 43 | 2017 | July | 849,412 | 1.5% |
| 44 | 2018 | May | 847,697 | 1.5% |
| 45 | 2018 | June | 837,825 | 1.4% |
| 46 | 2019 | July | 765,766 | 1.3% |
| 47 | 2018 | July | 765,696 | 1.3% |
| 48 | 2017 | January | 751,153 | 1.3% |

\* As noted in *Description of EMSV Data Limitations* in Appendix SD – Selling and Distribution, NICS/State POC transactions were either not reported or substantially underreported for Colorado, Florida, Illinois, Oregon, Tennessee, and Utah for January 2017 and February 2017.  Subsequently, for these two months, the total EMSV is understated, thereby possibly lowering its rank among month-year EMSV totals.

Table SD-08:  Total EMSV and YOY Percentage Change by Purpose Code, 2017 – 2020

| Purpose Code Type | 2017 EMSV | % Annual EMSV | % Change 2017 - 2018 | 2018 EMSV | % Annual EMSV | % Change 2018 - 2019 | 2019 EMSV | % Annual EMSV | % Change 2019 - 2020 | 2020 EMSV | % Annual EMSV | Total EMSV | % Total EMSV 2017 - 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Handgun | 6,810,786 | 53.9% | -4.3% | 6,515,755 | 52.7% | 3.3% | 6,733,319 | 54.1% | 75.0% | 11,784,922 | 57.5% | 31,844,782 | 55.0% |
| Long gun | 5,048,860 | 39.9% | -3.1% | 4,893,083 | 39.6% | -3.5% | 4,722,198 | 37.9% | 50.3% | 7,098,049 | 34.6% | 21,762,190 | 37.6% |
| Frame/Receiver | 384,650 | 3.0% | 27.3% | 489,720 | 4.0% | 10.2% | 539,694 | 4.3% | 57.3% | 849,135 | 4.1% | 2,263,199 | 3.9% |
| Multiples/Other | 398,534 | 3.2% | 16.1% | 462,665 | 3.7% | -2.3% | 451,973 | 3.6% | 67.7% | 757,802 | 3.7% | 2,070,974 | 3.6% |
| Total | 12,642,830 | 100.0% | -2.2% | 12,361,223 | 100.0% | 0.7% | 12,447,184 | 100.0% | 64.6% | 20,489,908 | 3.7% | 57,941,145 | 100.0% |

Table SD-09:  Total EMSV and YOY Percentage Change by State/Territory, 2017 to 2020

| State or Territory | 2017 EMSV | % Annual EMSV | % Change 2017 - 2018 | 2018 EMSV | % Annual EMSV | % Change 2018 - 2019 | 2019 EMSV | % Annual EMSV | % Change 2019 - 2020 | 2020 EMSV | % Annual EMSV | Total EMSV | % Total EMSV 2017 - 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AK | 74,015 | 0.6% | -2.7% | 72,029 | 0.6% | -1.3% | 71,067 | 0.6% | 32.5% | 94,176 | 0.5% | 311,287 | 0.5% |
| AL | 193,404 | 1.5% | -8.8% | 176,335 | 1.4% | 65.8% | 292,401 | 2.3% | 109.0% | 611,122 | 3.0% | 1,273,262 | 2.2% |
| AR | 156,834 | 1.2% | -4.7% | 149,541 | 1.2% | -1.1% | 147,957 | 1.2% | 68.4% | 249,149 | 1.2% | 703,481 | 1.2% |
| AZ | 278,496 | 2.2% | -3.2% | 269,453 | 2.2% | 5.0% | 282,818 | 2.3% | 105.5% | 581,322 | 2.8% | 1,412,089 | 2.4% |
| CA | 869,381 | 6.9% | -9.2% | 789,046 | 6.4% | -1.0% | 780,917 | 6.3% | 56.4% | 1,221,348 | 6.0% | 3,660,692 | 6.3% |
| CO | 360,214 | 2.8% | 16.0% | 417,674 | 3.4% | -4.3% | 399,780 | 3.2% | 49.2% | 596,364 | 2.9% | 1,774,032 | 3.1% |
| CT | 100,748 | 0.8% | -8.8% | 91,932 | 0.7% | -3.5% | 88,734 | 0.7% | 47.3% | 130,679 | 0.6% | 412,093 | 0.7% |
| DC | 817 | 0.0% | 25.6% | 1,026 | 0.0% | 33.9% | 1,374 | 0.0% | 148.0% | 3,407 | 0.0% | 6,624 | 0.0% |
| DE | 44,658 | 0.4% | -4.3% | 42,748 | 0.3% | -2.3% | 41,756 | 0.3% | 75.8% | 73,393 | 0.4% | 202,555 | 0.3% |
| FL | 742,987 | 5.9% | 13.0% | 839,518 | 6.8% | 0.9% | 847,336 | 6.8% | 68.2% | 1,425,391 | 7.0% | 3,855,232 | 6.7% |
| GA | 301,846 | 2.4% | -6.3% | 282,968 | 2.3% | 0.3% | 283,930 | 2.3% | 105.4% | 583,290 | 2.8% | 1,452,034 | 2.5% |
| GM | 1,862 | 0.0% | 1.8% | 1,896 | 0.0% | 29.9% | 2,463 | 0.0% | 48.2% | 3,651 | 0.0% | 9,872 | 0.0% |
| IA | 35,300 | 0.3% | -6.3% | 33,069 | 0.3% | -4.7% | 31,519 | 0.3% | 54.3% | 48,633 | 0.2% | 148,521 | 0.3% |
| ID | 106,423 | 0.8% | 2.4% | 108,952 | 0.9% | 5.5% | 114,989 | 0.9% | 75.2% | 201,510 | 1.0% | 531,874 | 0.9% |
| IL | 361,704 | 2.9% | 14.6% | 414,479 | 3.4% | -5.9% | 389,883 | 3.1% | 45.8% | 568,569 | 2.8% | 1,734,635 | 3.0% |
| IN | 439,102 | 3.5% | -6.7% | 409,558 | 3.3% | -0.5% | 407,579 | 3.3% | 55.2% | 632,436 | 3.1% | 1,888,675 | 3.3% |
| KS | 152,349 | 1.2% | -6.9% | 141,761 | 1.1% | -2.1% | 138,763 | 1.1% | 62.4% | 225,302 | 1.1% | 658,175 | 1.1% |
| KY | 238,357 | 1.9% | -7.9% | 219,421 | 1.8% | 6.0% | 232,482 | 1.9% | 74.1% | 404,667 | 2.0% | 1,094,927 | 1.9% |
| LA | 279,379 | 2.2% | -8.2% | 256,521 | 2.1% | -6.1% | 240,811 | 1.9% | 64.2% | 395,420 | 1.9% | 1,172,131 | 2.0% |
| MA | 111,623 | 0.9% | -13.2% | 96,860 | 0.8% | -6.0% | 91,038 | 0.7% | 54.5% | 140,618 | 0.7% | 440,139 | 0.8% |
| MD | 121,028 | 1.0% | -3.8% | 116,473 | 0.9% | -10.4% | 104,334 | 0.8% | 93.5% | 201,837 | 1.0% | 543,672 | 0.9% |
| ME | 86,787 | 0.7% | -2.2% | 84,883 | 0.7% | -2.0% | 83,198 | 0.7% | 58.0% | 131,488 | 0.6% | 386,356 | 0.7% |
| MI | 277,842 | 2.2% | -8.9% | 253,183 | 2.0% | 1.3% | 256,589 | 2.1% | 184.3% | 729,405 | 3.6% | 1,517,019 | 2.6% |
| MK | 170 | 0.0% | 7.6% | 183 | 0.0% | 7.7% | 197 | 0.0% | 16.2% | 229 | 0.0% | 779 | 0.0% |
| MN | 235,303 | 1.9% | -23.5% | 180,037 | 1.5% | 40.6% | 253,072 | 2.0% | 51.7% | 384,014 | 1.9% | 1,052,426 | 1.8% |
| MO | 488,458 | 3.9% | -6.7% | 455,694 | 3.7% | -3.5% | 439,684 | 3.5% | 46.6% | 644,533 | 3.1% | 2,028,369 | 3.5% |
| MS | 198,226 | 1.6% | -4.9% | 188,440 | 1.5% | -0.7% | 187,110 | 1.5% | 69.0% | 316,227 | 1.5% | 890,003 | 1.5% |
| MT | 91,284 | 0.7% | -3.8% | 87,850 | 0.7% | 0.0% | 87,833 | 0.7% | 58.6% | 139,346 | 0.7% | 406,313 | 0.7% |
| NB | 26,475 | 0.2% | -7.9% | 24,371 | 0.2% | -6.3% | 22,830 | 0.2% | 49.4% | 34,110 | 0.2% | 107,786 | 0.2% |
| NC | 187,300 | 1.5% | -5.4% | 177,146 | 1.4% | 0.7% | 178,336 | 1.4% | 75.4% | 312,877 | 1.5% | 855,659 | 1.5% |
| ND | 53,379 | 0.4% | -0.7% | 52,979 | 0.4% | 3.1% | 54,597 | 0.4% | 43.8% | 78,498 | 0.4% | 239,453 | 0.4% |
| NH | 89,420 | 0.7% | 11.3% | 99,549 | 0.8% | -5.0% | 94,609 | 0.8% | 62.7% | 153,956 | 0.8% | 437,534 | 0.8% |
| NJ | 103,739 | 0.8% | -10.2% | 93,111 | 0.8% | -2.0% | 91,206 | 0.7% | 95.0% | 177,853 | 0.9% | 465,909 | 0.8% |

5/5/22

| State or Territory | 2017 EMSV | % Annual EMSV | % Change 2017 – 2018 | 2018 EMSV | % Annual EMSV | % Change 2018 – 2019 | 2019 EMSV | % Annual EMSV | % Change 2019 – 2020 | 2020 EMSV | % Annual EMSV | Total EMSV | % Total EMSV 2017 – 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NM | 135,511 | 1.1% | -0.5% | 134,892 | 1.1% | 2.6% | 138,438 | 1.1% | 37.4% | 190,219 | 0.9% | 599,060 | 1.0% |
| NV | 99,439 | 0.8% | -4.4% | 95,045 | 0.8% | 4.4% | 99,260 | 0.8% | 89.6% | 188,161 | 0.9% | 481,905 | 0.8% |
| NY | 331,671 | 2.6% | -8.5% | 303,408 | 2.5% | -4.5% | 289,603 | 2.3% | 55.6% | 450,518 | 2.2% | 1,375,200 | 2.4% |
| OH | 590,558 | 4.7% | -12.5% | 516,690 | 4.2% | -6.6% | 482,817 | 3.9% | 63.1% | 787,355 | 3.8% | 2,377,420 | 4.1% |
| OK | 295,699 | 2.3% | -3.9% | 284,098 | 2.3% | -0.3% | 283,315 | 2.3% | 44.2% | 408,444 | 2.0% | 1,271,556 | 2.2% |
| OR | 247,392 | 2.0% | 19.2% | 294,935 | 2.4% | -2.5% | 287,572 | 2.3% | 50.9% | 433,922 | 2.1% | 1,263,821 | 2.2% |
| PA | 735,874 | 5.8% | -4.2% | 704,916 | 5.7% | -0.3% | 702,632 | 5.6% | 53.9% | 1,081,538 | 5.3% | 3,224,960 | 5.6% |
| PR | 18,955 | 0.1% | 54.8% | 29,341 | 0.2% | -2.4% | 28,641 | 0.2% | 10.8% | 31,726 | 0.2% | 108,663 | 0.2% |
| RI | 26,788 | 0.2% | 0.5% | 26,912 | 0.2% | -4.0% | 25,843 | 0.2% | 96.8% | 50,852 | 0.2% | 130,395 | 0.2% |
| SC | 225,153 | 1.8% | -9.4% | 203,972 | 1.7% | 4.8% | 213,840 | 1.7% | 75.0% | 374,288 | 1.8% | 1,017,253 | 1.8% |
| SD | 81,943 | 0.6% | -8.1% | 75,335 | 0.6% | 0.0% | 75,338 | 0.6% | 39.8% | 105,333 | 0.5% | 337,949 | 0.6% |
| TN | 414,672 | 3.3% | 17.7% | 488,245 | 3.9% | -0.1% | 487,664 | 3.9% | 52.4% | 743,467 | 3.6% | 2,134,068 | 3.7% |
| TX | 1,104,591 | 8.7% | -6.2% | 1,036,453 | 8.4% | -0.2% | 1,034,402 | 8.3% | 65.5% | 1,712,245 | 8.4% | 4,887,691 | 8.4% |
| UT | 82,005 | 0.6% | 14.1% | 93,570 | 0.8% | -4.8% | 89,051 | 0.7% | 101.3% | 179,224 | 0.9% | 443,850 | 0.8% |
| VA | 508,825 | 4.0% | -10.1% | 457,437 | 3.7% | 9.1% | 498,991 | 4.0% | 62.1% | 808,756 | 3.9% | 2,274,009 | 3.9% |
| VI | 360 | 0.0% | 42.5% | 513 | 0.0% | -18.7% | 417 | 0.0% | -7.2% | 387 | 0.0% | 1,677 | 0.0% |
| VT | 38,219 | 0.3% | 11.2% | 42,509 | 0.3% | -14.0% | 36,556 | 0.3% | 62.3% | 59,333 | 0.3% | 176,617 | 0.3% |
| WA | 377,061 | 3.0% | 10.9% | 418,201 | 3.4% | -2.5% | 407,691 | 3.3% | 40.9% | 574,414 | 2.8% | 1,777,367 | 3.1% |
| WI | 306,982 | 2.4% | 2.0% | 313,111 | 2.5% | 2.4% | 320,714 | 2.6% | 61.5% | 518,100 | 2.5% | 1,458,907 | 2.5% |
| WV | 165,966 | 1.3% | -2.1% | 162,500 | 1.3% | -7.2% | 150,854 | 1.2% | 42.2% | 214,460 | 1.0% | 693,780 | 1.2% |
| WY | 46,256 | 0.4% | 9.1% | 50,454 | 0.4% | 3.7% | 52,333 | 0.4% | 57.4% | 82,346 | 0.4% | 231,389 | 0.4% |
| **Total** | **12,642,830** | **100.0%** | **-2.2%** | **12,361,223** | **100.0%** | **0.7%** | **12,447,184** | **100.0%** | **64.6%** | **20,489,908** | **100.0%** | **57,941,145** | **100.0%** |

5/5/22

Compendium_Klarevas
Page 293

*Table SD-10: Total EMSV among Type 01 FFLs and YOY Percentage Change by State/Territory, 2017 – 2020*

| State or Territory | 2017 EMSV | % Annual EMSV | % Change 2017 - 2018 | 2018 EMSV | % Annual EMSV | % Change 2018 - 2019 | 2019 EMSV | % Annual EMSV | % Change 2019 - 2020 | 2020 EMSV | % Annual EMSV | Total EMSV | % Total EMSV 2017 - 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AK | 64,466 | 0.7% | -4.0% | 61,859 | 0.7% | -2.0% | 60,592 | 0.7% | 26.9% | 76,875 | 0.5% | 263,792 | 0.6% |
| AL | 118,612 | 1.3% | -5.9% | 111,596 | 1.3% | 59.2% | 177,635 | 2.0% | 100.9% | 356,922 | 2.5% | 764,765 | 1.8% |
| AR | 85,204 | 0.9% | -7.3% | 79,021 | 0.9% | -5.3% | 74,829 | 0.8% | 77.0% | 132,425 | 0.9% | 371,479 | 0.9% |
| AZ | 193,228 | 2.1% | -6.6% | 180,442 | 2.0% | 0.3% | 181,032 | 2.0% | 99.7% | 361,449 | 2.5% | 916,151 | 2.2% |
| CA | 644,671 | 6.9% | -9.6% | 582,916 | 6.5% | -1.2% | 575,778 | 6.5% | 51.4% | 871,970 | 6.0% | 2,675,335 | 6.4% |
| CO | 273,162 | 2.9% | 13.5% | 310,157 | 3.5% | -4.4% | 296,574 | 3.4% | 55.0% | 459,691 | 3.2% | 1,339,584 | 3.2% |
| CT | 81,801 | 0.9% | -11.5% | 72,391 | 0.8% | -2.4% | 70,673 | 0.8% | 46.1% | 103,285 | 0.7% | 328,150 | 0.8% |
| DC | 817 | 0.0% | 25.6% | 1,026 | 0.0% | 33.9% | 1,374 | 0.0% | 148.0% | 3,407 | 0.0% | 6,624 | 0.0% |
| DE | 42,147 | 0.5% | -3.9% | 40,504 | 0.5% | -2.3% | 39,561 | 0.4% | 74.3% | 68,943 | 0.5% | 191,155 | 0.5% |
| FL | 534,138 | 5.7% | 9.6% | 585,230 | 6.6% | -1.7% | 575,239 | 6.5% | 65.0% | 949,073 | 6.6% | 2,643,680 | 6.4% |
| GA | 170,229 | 1.8% | -10.7% | 151,991 | 1.7% | -1.1% | 150,288 | 1.7% | 104.0% | 306,603 | 2.1% | 779,111 | 1.9% |
| GM | 1,862 | 0.0% | 1.8% | 1,896 | 0.0% | 29.9% | 2,463 | 0.0% | 48.2% | 3,651 | 0.0% | 9,872 | 0.0% |
| IA | 32,328 | 0.3% | -8.0% | 29,742 | 0.3% | -4.6% | 28,365 | 0.3% | 54.9% | 43,948 | 0.3% | 134,383 | 0.3% |
| ID | 72,148 | 0.8% | -0.9% | 71,492 | 0.8% | 3.2% | 73,812 | 0.8% | 82.3% | 134,562 | 0.9% | 352,014 | 0.8% |
| IL | 331,679 | 3.6% | 13.8% | 377,414 | 4.2% | -6.5% | 352,699 | 4.0% | 46.6% | 517,108 | 3.6% | 1,578,900 | 3.8% |
| IN | 390,460 | 4.2% | -7.9% | 359,504 | 4.0% | -0.7% | 356,980 | 4.0% | 55.0% | 553,235 | 3.8% | 1,660,179 | 4.0% |
| KS | 112,284 | 1.2% | -11.3% | 99,613 | 1.1% | -4.3% | 95,347 | 1.1% | 59.8% | 152,389 | 1.1% | 459,633 | 1.1% |
| KY | 156,843 | 1.7% | -10.0% | 141,160 | 1.6% | 8.5% | 153,133 | 1.7% | 86.5% | 285,528 | 2.0% | 736,664 | 1.8% |
| LA | 202,083 | 2.2% | -9.9% | 182,126 | 2.0% | -8.4% | 166,905 | 1.9% | 65.5% | 276,263 | 1.9% | 827,377 | 2.0% |
| MA | 91,304 | 1.0% | -14.8% | 77,834 | 0.9% | -6.8% | 72,524 | 0.8% | 41.8% | 102,834 | 0.7% | 344,496 | 0.8% |
| MD | 82,858 | 0.9% | -3.8% | 79,750 | 0.9% | -16.2% | 66,838 | 0.8% | 82.3% | 121,818 | 0.8% | 351,264 | 0.8% |
| ME | 69,411 | 0.7% | -6.7% | 64,741 | 0.7% | -5.0% | 61,498 | 0.7% | 48.1% | 91,081 | 0.6% | 286,731 | 0.7% |
| MI | 248,293 | 2.7% | -9.8% | 223,876 | 2.5% | 1.5% | 227,307 | 2.6% | 177.4% | 630,461 | 4.4% | 1,329,937 | 3.2% |
| MK | 170 | 0.0% | 7.6% | 183 | 0.0% | 7.7% | 197 | 0.0% | 16.2% | 229 | 0.0% | 779 | 0.0% |
| MN | 208,458 | 2.2% | -24.6% | 157,137 | 1.8% | 38.0% | 216,853 | 2.5% | 46.3% | 317,218 | 2.2% | 899,666 | 2.2% |
| MO | 348,917 | 3.8% | -9.2% | 316,708 | 3.5% | -4.8% | 301,432 | 3.4% | 49.7% | 451,237 | 3.1% | 1,418,294 | 3.4% |
| MS | 104,166 | 1.1% | -8.1% | 95,734 | 1.1% | -4.5% | 91,413 | 1.0% | 62.5% | 148,554 | 1.0% | 439,867 | 1.1% |
| MT | 73,529 | 0.8% | -6.0% | 69,139 | 0.8% | -1.0% | 68,421 | 0.8% | 64.9% | 112,815 | 0.8% | 323,904 | 0.8% |
| NB | 23,043 | 0.2% | -9.1% | 20,957 | 0.2% | -6.4% | 19,607 | 0.2% | 49.7% | 29,352 | 0.2% | 92,959 | 0.2% |
| NC | 123,748 | 1.3% | -7.9% | 113,977 | 1.3% | 0.1% | 114,143 | 1.3% | 77.6% | 202,724 | 1.4% | 554,592 | 1.3% |
| ND | 47,423 | 0.5% | -0.6% | 47,145 | 0.5% | 4.5% | 49,261 | 0.6% | 46.0% | 71,901 | 0.5% | 215,730 | 0.5% |
| NH | 58,449 | 0.6% | 8.1% | 63,172 | 0.7% | -7.8% | 58,232 | 0.7% | 57.8% | 91,870 | 0.6% | 271,723 | 0.7% |
| NJ | 101,875 | 1.1% | -10.0% | 91,727 | 1.0% | -2.0% | 89,909 | 1.0% | 95.3% | 175,560 | 1.2% | 459,071 | 1.1% |
| NM | 85,859 | 0.9% | 0.3% | 86,083 | 1.0% | -0.3% | 85,862 | 1.0% | 40.4% | 120,575 | 0.8% | 378,379 | 0.9% |

206 of 306                                                                                                                5/5/22

| State or Territory | 2017 EMSV | % Annual EMSV | % Change 2017 – 2018 | 2018 EMSV | % Annual EMSV | % Change 2018 – 2019 | 2019 EMSV | % Annual EMSV | % Change 2019 – 2020 | 2020 EMSV | % Annual EMSV | Total EMSV | % Total EMSV 2017 – 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NV | 66,121 | 0.7% | -4.6% | 63,082 | 0.7% | -5.2% | 66,358 | 0.8% | 84.3% | 122,310 | 0.8% | 317,871 | 0.8% |
| NY | 312,037 | 3.4% | -10.0% | 280,932 | 3.1% | -4.3% | 268,900 | 3.0% | 50.5% | 404,599 | 2.8% | 1,266,468 | 3.1% |
| OH | 528,436 | 5.7% | -13.3% | 453,090 | 5.1% | -6.2% | 424,918 | 4.8% | 61.4% | 685,910 | 4.8% | 2,092,354 | 5.0% |
| OK | 191,981 | 2.1% | -8.0% | 176,568 | 2.0% | 0.8% | 178,030 | 2.0% | 49.1% | 265,354 | 1.8% | 811,933 | 2.0% |
| OR | 198,040 | 2.1% | 15.4% | 228,481 | 2.6% | -3.5% | 220,560 | 2.5% | 56.8% | 345,733 | 2.4% | 992,814 | 2.4% |
| PA | 690,692 | 7.4% | -5.7% | 651,390 | 7.3% | -0.8% | 646,054 | 7.3% | 51.2% | 977,139 | 6.8% | 2,965,275 | 7.1% |
| PR | 18,707 | 0.2% | 44.4% | 27,022 | 0.3% | -8.4% | 24,748 | 0.3% | 5.3% | 26,051 | 0.2% | 96,528 | 0.2% |
| RI | 25,911 | 0.3% | -1.0% | 25,642 | 0.3% | -7.5% | 23,721 | 0.3% | 90.2% | 45,114 | 0.3% | 120,388 | 0.3% |
| SC | 152,845 | 1.6% | -12.0% | 134,571 | 1.5% | 3.0% | 138,585 | 1.6% | 74.7% | 242,155 | 1.7% | 668,156 | 1.6% |
| SD | 63,296 | 0.7% | -4.4% | 60,525 | 0.7% | 0.2% | 60,667 | 0.7% | 42.4% | 86,418 | 0.6% | 270,906 | 0.7% |
| TN | 287,138 | 3.1% | 15.4% | 331,220 | 3.7% | -1.1% | 327,578 | 3.7% | 59.7% | 523,041 | 3.6% | 1,468,977 | 3.5% |
| TX | 804,560 | 8.7% | -9.4% | 729,260 | 8.2% | -2.7% | 709,531 | 8.0% | 66.5% | 1,181,647 | 8.2% | 3,424,998 | 8.3% |
| UT | 60,019 | 0.6% | 9.9% | 65,979 | 0.7% | -5.5% | 62,336 | 0.7% | 105.4% | 128,069 | 0.9% | 316,403 | 0.8% |
| VI | 360 | 0.0% | 42.5% | 513 | 0.0% | -21.1% | 405 | 0.0% | -9.1% | 368 | 0.0% | 1,646 | 0.0% |
| VT | 34,526 | 0.4% | 7.9% | 37,265 | 0.4% | -17.5% | 30,742 | 0.3% | 61.7% | 49,703 | 0.3% | 152,236 | 0.4% |
| WA | 266,313 | 2.9% | 9.4% | 291,474 | 3.3% | -7.0% | 270,959 | 3.1% | 35.0% | 365,853 | 2.5% | 1,194,599 | 2.9% |
| WI | 278,047 | 3.0% | 1.4% | 281,851 | 3.2% | 2.8% | 289,780 | 3.3% | 60.2% | 464,195 | 3.2% | 1,313,873 | 3.2% |
| WV | 99,723 | 1.1% | -1.8% | 97,962 | 1.1% | -6.4% | 91,699 | 1.0% | 40.4% | 128,706 | 0.9% | 418,090 | 1.0% |
| WY | 37,213 | 0.4% | 11.5% | 41,481 | 0.5% | 2.0% | 42,304 | 0.5% | 63.7% | 69,244 | 0.5% | 190,242 | 0.5% |
| **Total** | **9,291,630** | **100.0%** | **-3.9%** | **8,926,551** | **100.0%** | **-1.0%** | **8,834,651** | **100.0%** | **63.4%** | **14,437,165** | **100.0%** | **41,489,997** | **100.0%** |

Table SD-11:  Total EMSV among Type 02 FFLs and YOY Percentage Change by State/Territory, 2017 - 2020

| State or Territory | 2017 EMSV | % Annual EMSV | % Change 2017 - 2018 | 2018 EMSV | % Annual EMSV | % Change 2018 - 2019 | 2019 EMSV | % Annual EMSV | % Change 2019 - 2020 | 2020 EMSV | % Annual EMSV | Total EMSV | % Total EMSV 2017 - 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AK | 6,205 | 0.4% | -8.1% | 5,702 | 0.3% | -11.6% | 5,043 | 0.3% | -10.5% | 4,513 | 0.2% | 21,463 | 0.3% |
| AL | 70,802 | 4.0% | -15.4% | 59,933 | 3.3% | 61.5% | 96,771 | 5.2% | 110.5% | 203,664 | 7.1% | 431,170 | 5.2% |
| AR | 61,678 | 3.5% | -2.8% | 59,945 | 3.3% | 0.6% | 60,327 | 3.2% | 55.3% | 93,717 | 3.3% | 275,667 | 3.3% |
| AZ | 45,441 | 2.6% | 6.3% | 48,319 | 2.6% | 7.2% | 51,798 | 2.8% | 77.7% | 92,051 | 3.2% | 237,609 | 2.9% |
| CA | 30,997 | 1.8% | -16.5% | 25,887 | 1.4% | -8.7% | 23,622 | 1.3% | 56.1% | 36,875 | 1.3% | 117,381 | 1.4% |
| CO | 57,461 | 3.3% | 25.2% | 71,936 | 3.9% | -5.7% | 67,833 | 3.6% | 16.6% | 79,105 | 2.8% | 276,335 | 3.3% |
| CT | 2,862 | 0.2% | -9.5% | 2,591 | 0.1% | 1.2% | 2,622 | 0.1% | 32.9% | 3,485 | 0.1% | 11,560 | 0.1% |
| DE | 1,422 | 0.1% | 1.3% | 1,440 | 0.1% | 10.6% | 1,592 | 0.1% | 82.6% | 2,907 | 0.1% | 7,361 | 0.1% |
| FL | 105,537 | 6.0% | 16.9% | 123,361 | 6.7% | 0.4% | 123,865 | 6.6% | 52.4% | 188,764 | 6.6% | 541,527 | 6.5% |
| GA | 115,593 | 6.5% | -0.5% | 114,963 | 6.3% | 2.7% | 118,031 | 6.3% | 97.7% | 233,312 | 8.2% | 581,899 | 7.0% |
| IA | 2,013 | 0.1% | 10.2% | 2,218 | 0.1% | -9.6% | 2,006 | 0.1% | 25.8% | 2,524 | 0.1% | 8,761 | 0.1% |
| ID | 28,176 | 1.6% | 0.7% | 28,380 | 1.6% | 3.1% | 29,263 | 1.6% | 46.2% | 42,768 | 1.5% | 128,587 | 1.5% |
| IL | 16,408 | 0.9% | 25.2% | 20,542 | 1.1% | -8.9% | 18,712 | 1.0% | 0.5% | 18,802 | 0.7% | 74,464 | 0.9% |
| IN | 17,403 | 1.0% | 9.8% | 19,116 | 1.0% | 4.5% | 19,975 | 1.1% | 40.2% | 28,005 | 1.0% | 84,499 | 1.0% |
| KS | 28,111 | 1.6% | 2.0% | 28,674 | 1.6% | -0.3% | 28,584 | 1.5% | 61.9% | 46,278 | 1.6% | 131,647 | 1.6% |
| KY | 65,018 | 3.7% | -3.2% | 62,924 | 3.4% | 7.1% | 67,376 | 3.6% | 61.6% | 108,871 | 3.8% | 304,189 | 3.7% |
| LA | 62,878 | 3.6% | -3.5% | 60,647 | 3.3% | -2.6% | 59,090 | 3.2% | 53.7% | 90,830 | 3.2% | 273,445 | 3.3% |
| MD | 12,151 | 0.7% | -9.3% | 11,025 | 0.6% | -9.7% | 9,952 | 0.5% | 88.7% | 18,778 | 0.7% | 51,906 | 0.6% |
| ME | 10,981 | 0.6% | 4.5% | 11,478 | 0.6% | 6.0% | 12,167 | 0.6% | 61.9% | 19,696 | 0.7% | 54,322 | 0.7% |
| MI | 8,350 | 0.5% | -1.8% | 8,199 | 0.4% | -3.5% | 7,910 | 0.4% | 231.2% | 26,194 | 0.9% | 50,653 | 0.6% |
| MN | 16,304 | 0.9% | -18.3% | 13,320 | 0.7% | 31.8% | 17,554 | 0.9% | 24.6% | 21,878 | 0.8% | 69,056 | 0.8% |
| MO | 117,493 | 6.6% | -0.2% | 117,230 | 6.4% | -1.4% | 115,563 | 6.2% | 33.2% | 153,941 | 5.4% | 504,227 | 6.1% |
| MS | 86,706 | 4.9% | -2.6% | 84,443 | 4.6% | 3.6% | 87,461 | 4.7% | 71.6% | 150,050 | 5.2% | 408,660 | 4.9% |
| MT | 14,405 | 0.8% | 4.2% | 15,005 | 0.8% | -3.7% | 14,455 | 0.8% | 24.8% | 18,045 | 0.6% | 61,910 | 0.7% |
| NB | 2,210 | 0.1% | -11.8% | 1,949 | 0.1% | -9.2% | 1,769 | 0.1% | 41.5% | 2,503 | 0.1% | 8,431 | 0.1% |
| NC | 53,332 | 3.0% | -0.4% | 53,093 | 2.9% | 0.9% | 53,586 | 2.9% | 71.1% | 91,705 | 3.2% | 251,716 | 3.0% |
| ND | 3,538 | 0.2% | 3.3% | 3,653 | 0.2% | -4.8% | 3,477 | 0.2% | 3.3% | 3,591 | 0.1% | 14,259 | 0.2% |
| NH | 3,015 | 0.2% | 12.5% | 3,391 | 0.2% | -12.6% | 2,965 | 0.2% | 67.0% | 4,951 | 0.2% | 14,322 | 0.2% |
| NM | 24,201 | 1.4% | 6.2% | 25,707 | 1.4% | 3.6% | 26,636 | 1.4% | 15.1% | 30,669 | 1.1% | 107,213 | 1.3% |
| NV | 7,873 | 0.4% | -0.3% | 7,847 | 0.4% | 10.1% | 8,639 | 0.5% | 61.1% | 13,921 | 0.5% | 38,280 | 0.5% |
| NY | 833 | 0.0% | 13.2% | 943 | 0.1% | 11.3% | 1,050 | 0.1% | 65.1% | 1,734 | 0.1% | 4,560 | 0.1% |
| OH | 26,969 | 1.5% | -10.5% | 24,124 | 1.3% | -5.8% | 22,715 | 1.2% | 55.3% | 35,268 | 1.2% | 109,076 | 1.3% |
| OK | 79,276 | 4.5% | 3.6% | 82,109 | 4.5% | 1.0% | 82,930 | 4.4% | 33.6% | 110,825 | 3.9% | 355,140 | 4.3% |
| OR | 36,970 | 2.1% | 32.6% | 49,032 | 2.7% | 0.6% | 49,327 | 2.6% | 13.3% | 55,872 | 2.0% | 191,201 | 2.3% |

| State or Territory | 2017 EMSV | % Annual EMSV | % Change 2017 - 2018 | 2018 EMSV | % Annual EMSV | % Change 2018 – 2019 | 2019 EMSV | % Annual EMSV | % Change 2019 - 2020 | 2020 EMSV | % Annual EMSV | Total EMSV | % Total EMSV 2017 - 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PA | 238 | 0.0% | -16.8% | 198 | 0.0% | -4.5% | 189 | 0.0% | -5.3% | 179 | 0.0% | 804 | 0.0% |
| RI | 101 | 0.0% | 27.7% | 129 | 0.0% | 176.7% | 357 | 0.0% | 231.7% | 1,184 | 0.0% | 1,771 | 0.0% |
| SC | 46,200 | 2.6% | -0.5% | 45,963 | 2.5% | -1.3% | 45,368 | 2.4% | 61.8% | 73,413 | 2.6% | 210,944 | 2.5% |
| SD | 15,456 | 0.9% | -17.7% | 12,713 | 0.7% | -4.3% | 12,164 | 0.6% | 21.7% | 14,802 | 0.5% | 55,135 | 0.7% |
| TN | 107,140 | 6.1% | 23.0% | 131,760 | 7.2% | 0.8% | 132,784 | 7.1% | 32.8% | 176,306 | 6.2% | 547,990 | 6.6% |
| TX | 221,140 | 12.5% | 1.3% | 223,998 | 12.2% | 2.3% | 229,095 | 12.2% | 43.3% | 328,354 | 11.5% | 1,002,587 | 12.0% |
| UT | 11,971 | 0.7% | 20.4% | 14,418 | 0.8% | -4.4% | 13,778 | 0.7% | 67.9% | 23,138 | 0.8% | 63,305 | 0.8% |
| VT | 208 | 0.0% | -8.7% | 190 | 0.0% | -28.4% | 136 | 0.0% | 91.2% | 260 | 0.0% | 794 | 0.0% |
| WA | 62,244 | 3.5% | 13.5% | 70,659 | 3.9% | -0.5% | 70,317 | 3.8% | 41.7% | 99,621 | 3.5% | 302,841 | 3.6% |
| WI | 11,168 | 0.6% | 5.7% | 11,801 | 0.6% | 0.5% | 11,859 | 0.6% | 37.3% | 16,285 | 0.6% | 51,113 | 0.6% |
| WV | 61,974 | 3.5% | -1.1% | 61,272 | 3.4% | -7.4% | 56,755 | 3.0% | 42.1% | 80,649 | 2.8% | 260,650 | 3.1% |
| WY | 7,011 | 0.4% | -6.5% | 6,552 | 0.4% | 6.1% | 6,954 | 0.4% | 31.9% | 9,170 | 0.3% | 29,687 | 0.4% |
| **Total** | **1,767,463** | **100.0%** | **3.5%** | **1,828,779** | **100.0%** | **2.5%** | **1,874,422** | **100.0%** | **52.6%** | **2,859,453** | **100.0%** | **8,330,117** | **100.0%** |

Table SD-12:  Total EMSV among Type 07 FFLs and YOY Percentage Change by State/Territory, 2017 - 2020

| State or Territory | 2017 EMSV | % Annual EMSV | % Change 2017 - 2018 | 2018 EMSV | % Annual EMSV | % Change 2018 - 2019 | 2019 EMSV | % Annual EMSV | % Change 2019 - 2020 | 2020 EMSV | % Annual EMSV | Total EMSV | % Total EMSV 2017 - 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AK | 3,342 | 0.3% | 33.7% | 4,468 | 0.4% | 21.6% | 5,432 | 0.5% | 134.2% | 12,720 | 0.6% | 25,962 | 0.5% |
| AL | 3,609 | 0.4% | 24.6% | 4,498 | 0.4% | 294.8% | 17,757 | 1.6% | 183.7% | 50,379 | 2.3% | 76,243 | 1.4% |
| AR | 9,845 | 1.0% | 4.8% | 10,319 | 1.0% | 8.0% | 11,149 | 1.0% | 96.0% | 21,847 | 1.0% | 53,160 | 1.0% |
| AZ | 31,168 | 3.2% | 0.3% | 31,261 | 3.0% | 41.4% | 44,213 | 3.9% | 162.7% | 116,161 | 5.3% | 222,803 | 4.2% |
| CA | 177,394 | 18.3% | -6.6% | 165,604 | 15.9% | 0.4% | 166,224 | 14.7% | 72.5% | 286,678 | 13.0% | 795,900 | 14.9% |
| CO | 29,469 | 3.0% | 20.2% | 35,429 | 3.4% | -0.4% | 35,277 | 3.1% | 62.9% | 57,454 | 2.6% | 157,629 | 2.9% |
| CT | 5,792 | 0.6% | 24.4% | 7,206 | 0.7% | -11.0% | 6,411 | 0.6% | 101.4% | 12,912 | 0.6% | 32,321 | 0.6% |
| DE | 733 | 0.1% | -54.7% | 332 | 0.0% | -69.9% | 100 | 0.0% | 1016.0% | 1,116 | 0.1% | 2,281 | 0.0% |
| FL | 87,249 | 9.0% | 28.8% | 112,338 | 10.8% | 10.9% | 124,576 | 11.0% | 94.0% | 241,706 | 11.0% | 565,869 | 10.6% |
| GA | 15,633 | 1.6% | -0.4% | 15,577 | 1.5% | -4.2% | 14,916 | 1.3% | 163.0% | 39,232 | 1.8% | 85,358 | 1.6% |
| IA | 959 | 0.1% | 15.6% | 1,109 | 0.1% | 3.5% | 1,148 | 0.1% | 88.2% | 2,161 | 0.1% | 5,377 | 0.1% |
| ID | 6,098 | 0.6% | 48.8% | 9,073 | 0.9% | 30.3% | 11,821 | 1.0% | 103.7% | 24,076 | 1.1% | 51,068 | 1.0% |
| IL | 12,607 | 1.3% | 20.7% | 15,220 | 1.5% | 11.7% | 17,007 | 1.5% | 82.3% | 31,007 | 1.4% | 75,841 | 1.4% |
| IN | 26,944 | 2.8% | -1.3% | 26,584 | 2.5% | -4.2% | 25,476 | 2.2% | 73.6% | 44,215 | 2.0% | 123,219 | 2.3% |
| KS | 11,758 | 1.2% | 14.5% | 13,468 | 1.3% | 10.0% | 14,816 | 1.3% | 79.5% | 26,591 | 1.2% | 66,633 | 1.2% |
| KY | 4,090 | 0.4% | 5.5% | 4,316 | 0.4% | 22.1% | 5,271 | 0.5% | 91.5% | 10,094 | 0.5% | 23,771 | 0.4% |
| LA | 14,404 | 1.5% | -4.6% | 13,743 | 1.3% | 4.3% | 14,335 | 1.3% | 90.2% | 27,259 | 1.2% | 69,741 | 1.3% |
| MA | 20,316 | 2.1% | -6.4% | 19,025 | 1.8% | -2.7% | 18,514 | 1.6% | 103.8% | 37,728 | 1.7% | 95,583 | 1.8% |
| MD | 24,208 | 2.5% | 0.2% | 24,253 | 2.3% | 9.0% | 26,429 | 2.3% | 120.4% | 58,255 | 2.6% | 133,145 | 2.5% |
| ME | 6,147 | 0.6% | 37.0% | 8,423 | 0.8% | 12.0% | 9,431 | 0.8% | 118.0% | 20,558 | 0.9% | 44,559 | 0.8% |
| MI | 19,773 | 2.0% | -0.8% | 19,607 | 1.9% | -0.5% | 19,501 | 1.7% | 209.3% | 60,315 | 2.7% | 119,196 | 2.2% |
| MN | 10,166 | 1.0% | -8.8% | 9,270 | 0.9% | 99.4% | 18,483 | 1.6% | 141.7% | 44,675 | 2.0% | 82,594 | 1.5% |
| MO | 21,938 | 2.3% | -1.4% | 21,622 | 2.1% | 4.5% | 22,603 | 2.0% | 73.5% | 39,224 | 1.8% | 105,387 | 2.0% |
| MS | 7,354 | 0.8% | 12.4% | 8,263 | 0.8% | -0.4% | 8,234 | 0.7% | 114.0% | 17,623 | 0.8% | 41,474 | 0.8% |
| MT | 3,122 | 0.3% | 6.5% | 3,325 | 0.3% | 39.7% | 4,644 | 0.4% | 70.5% | 7,920 | 0.4% | 19,011 | 0.4% |
| NB | 1,222 | 0.1% | 19.9% | 1,465 | 0.1% | -0.8% | 1,454 | 0.1% | 55.0% | 2,254 | 0.1% | 6,395 | 0.1% |
| NC | 10,197 | 1.1% | -2.1% | 9,982 | 1.0% | 5.9% | 10,566 | 0.9% | 73.8% | 18,359 | 0.8% | 49,104 | 0.9% |
| ND | 2,418 | 0.2% | -9.8% | 2,181 | 0.2% | -14.9% | 1,857 | 0.2% | 60.7% | 2,985 | 0.1% | 9,441 | 0.2% |
| NH | 27,879 | 2.9% | 18.2% | 32,965 | 3.2% | 1.3% | 33,390 | 2.9% | 71.0% | 57,101 | 2.6% | 151,335 | 2.8% |
| NJ | 1,588 | 0.2% | -26.6% | 1,165 | 0.1% | -9.4% | 1,056 | 0.1% | 82.2% | 1,924 | 0.1% | 5,733 | 0.1% |
| NM | 25,264 | 2.6% | -10.4% | 22,648 | 2.2% | 11.3% | 25,207 | 2.2% | 51.7% | 38,249 | 1.7% | 111,368 | 2.1% |
| NV | 22,711 | 2.3% | -3.1% | 22,016 | 2.1% | -0.4% | 21,928 | 1.9% | 106.8% | 45,349 | 2.1% | 112,004 | 2.1% |
| NY | 17,000 | 1.8% | 14.0% | 19,386 | 1.9% | -7.9% | 17,860 | 1.6% | 132.9% | 41,589 | 1.9% | 95,835 | 1.8% |
| OH | 29,978 | 3.1% | 17.2% | 35,135 | 3.4% | -9.3% | 31,857 | 2.8% | 98.6% | 63,256 | 2.9% | 160,226 | 3.0% |
| OK | 24,240 | 2.5% | 4.6% | 25,365 | 2.4% | -12.1% | 22,299 | 2.0% | 43.5% | 32,002 | 1.5% | 103,906 | 1.9% |
| OR | 11,989 | 1.2% | 42.2% | 17,046 | 1.6% | 1.6% | 17,326 | 1.5% | 84.9% | 32,039 | 1.5% | 78,400 | 1.5% |

5/5/22

| State or Territory | 2017 EMSV | % Annual EMSV | % Change 2017 - 2018 | 2018 EMSV | % Annual EMSV | % Change 2018 – 2019 | 2019 EMSV | % Annual EMSV | % Change 2019 - 2020 | 2020 EMSV | % Annual EMSV | Total EMSV | % Total EMSV 2017 - 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PA | 37,324 | 3.9% | 22.5% | 45,733 | 4.4% | 3.1% | 47,152 | 4.2% | 87.4% | 88,363 | 4.0% | 218,572 | 4.1% |
| PR | 236 | 0.0% | 882.6% | 2,319 | 0.2% | 67.8% | 3,892 | 0.3% | 42.3% | 5,539 | 0.3% | 11,986 | 0.2% |
| RI | 519 | 0.1% | 9.2% | 567 | 0.1% | -10.2% | 509 | 0.0% | 200.2% | 1,528 | 0.1% | 3,123 | 0.1% |
| SC | 22,826 | 2.4% | -7.3% | 21,156 | 2.0% | 29.7% | 27,448 | 2.4% | 100.6% | 55,061 | 2.5% | 126,491 | 2.4% |
| SD | 3,012 | 0.3% | -34.4% | 1,976 | 0.2% | 21.8% | 2,406 | 0.2% | 65.7% | 3,986 | 0.2% | 11,380 | 0.2% |
| TN | 17,345 | 1.8% | 27.8% | 22,167 | 2.1% | 9.5% | 24,279 | 2.1% | 54.8% | 37,595 | 1.7% | 101,386 | 1.9% |
| TX | 75,158 | 7.8% | 6.7% | 80,190 | 7.7% | 16.4% | 93,339 | 8.2% | 114.6% | 200,301 | 9.1% | 448,988 | 8.4% |
| UT | 9,566 | 1.0% | 32.9% | 12,709 | 1.2% | -0.1% | 12,690 | 1.1% | 120.5% | 27,976 | 1.3% | 62,941 | 1.2% |
| VI | | 0.0% | #DIV/0! | | 0.0% | #DIV/0! | 12 | 0.0% | 58.3% | 19 | 0.0% | 31 | 0.0% |
| VT | 3,435 | 0.4% | 44.0% | 4,946 | 0.5% | 11.4% | 5,510 | 0.5% | 64.1% | 9,044 | 0.4% | 22,935 | 0.4% |
| WA | 46,591 | 4.8% | 15.1% | 53,604 | 5.1% | 16.4% | 62,369 | 5.5% | 57.3% | 98,100 | 4.5% | 260,664 | 4.9% |
| WI | 17,724 | 1.8% | 9.5% | 19,404 | 1.9% | -2.0% | 19,017 | 1.7% | 96.6% | 37,380 | 1.7% | 93,525 | 1.7% |
| WV | 4,210 | 0.4% | -23.5% | 3,220 | 0.3% | -25.9% | 2,385 | 0.2% | 110.8% | 5,028 | 0.2% | 14,843 | 0.3% |
| WY | 2,031 | 0.2% | 19.2% | 2,421 | 0.2% | 27.0% | 3,075 | 0.3% | 27.2% | 3,911 | 0.2% | 11,438 | 0.2% |
| **Total** | **968,581** | **100.0%** | **7.8%** | **1,044,099** | **100.0%** | **8.5%** | **1,132,651** | **100.0%** | **94.3%** | **2,200,844** | **100.0%** | **5,346,175** | **100.0%** |

Table SD-16: Total MSRs and Associated Firearms by State/Territory, 2016 – 2020

| State or Territory | 2016 | | 2017 | | 2018 | | 2019 | | 2020 | | 2016 - 2020 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # MSRs | # Firearms Involved | # MSRs | # Firearms Involved | # MSRs | # Firearms Involved | # MSRs | # Firearms Involved | # MSRs | # Firearms Involved | # MSRs | # Firearms Involved |
| AK | 2,107 | 4,884 | 1,904 | 4,547 | 2,099 | 5,004 | 2,274 | 5,520 | 2,189 | 5,270 | 10,573 | 25,225 |
| AL | 18,161 | 40,417 | 15,894 | 35,602 | 15,059 | 33,945 | 14,966 | 33,934 | 13,626 | 41,088 | 82,706 | 184,986 |
| AR | 6,504 | 14,546 | 7,047 | 15,983 | 6,196 | 14,148 | 6,261 | 14,629 | 7,337 | 16,122 | 33,345 | 75,628 |
| AZ | 16,083 | 38,215 | 14,269 | 33,932 | 15,015 | 35,519 | 16,980 | 40,227 | 28,532 | 66,261 | 90,879 | 214,154 |
| CA | 15,965 | 39,549 | 11,451 | 29,325 | 11,069 | 28,395 | 11,694 | 29,909 | 10,357 | 26,211 | 60,536 | 153,389 |
| CO | 11,610 | 26,446 | 9,941 | 23,291 | 10,578 | 24,538 | 11,421 | 26,821 | 15,655 | 35,103 | 59,205 | 136,199 |
| CT | 2,956 | 6,867 | 2,700 | 6,292 | 2,601 | 6,066 | 2,733 | 6,550 | 2,959 | 6,817 | 13,949 | 32,592 |
| DC | 30 | 162 | 34 | 125 | 53 | 119 | 86 | 217 | 111 | 251 | 314 | 874 |
| DE | 1,337 | 2,968 | 1,116 | 2,591 | 1,177 | 2,641 | 1,381 | 3,349 | 2,057 | 4,556 | 7,068 | 16,105 |
| FL | 38,748 | 88,429 | 35,746 | 81,660 | 37,075 | 85,611 | 38,914 | 90,354 | 52,604 | 119,261 | 203,087 | 465,315 |
| GA | 23,772 | 53,350 | 23,298 | 52,650 | 22,684 | 51,533 | 22,528 | 51,889 | 33,363 | 74,844 | 125,645 | 284,266 |
| GU | 44 | 100 | 36 | 81 | 33 | 72 | 31 | 74 | 170 | 388 | 314 | 715 |
| HI | 773 | 1,965 | 585 | 1,418 | 656 | 1,664 | 546 | 1,405 | 860 | 2,073 | 3,420 | 8,525 |
| IA | 4,777 | 10,671 | 4,248 | 9,490 | 4,412 | 9,929 | 4,506 | 10,239 | 6,214 | 13,743 | 24,157 | 54,072 |
| ID | 3,950 | 9,140 | 3,492 | 8,114 | 3,866 | 9,177 | 4,180 | 9,769 | 6,087 | 13,834 | 21,575 | 50,034 |
| IL | 13,982 | 32,379 | 12,740 | 29,597 | 13,735 | 32,533 | 13,460 | 31,617 | 18,069 | 40,765 | 71,986 | 166,891 |
| IN | 14,348 | 32,039 | 11,976 | 26,884 | 13,726 | 31,400 | 14,263 | 32,611 | 18,418 | 41,025 | 72,731 | 164,049 |
| KS | 6,243 | 14,653 | 6,091 | 14,357 | 5,523 | 13,177 | 5,712 | 13,158 | 6,966 | 15,779 | 30,535 | 71,124 |
| KY | 14,669 | 32,821 | 12,415 | 28,353 | 13,198 | 30,312 | 14,298 | 32,806 | 16,918 | 37,483 | 71,498 | 161,775 |
| LA | 9,069 | 20,360 | 8,797 | 20,058 | 7,576 | 17,668 | 7,402 | 17,028 | 8,814 | 19,494 | 41,658 | 94,628 |
| MA | 3,146 | 7,247 | 2,727 | 6,436 | 2,581 | 6,098 | 2,535 | 6,188 | 3,485 | 7,894 | 14,474 | 33,863 |
| MD | 2,526 | 6,822 | 2,304 | 6,114 | 3,213 | 7,796 | 3,191 | 8,127 | 3,986 | 9,363 | 15,220 | 38,222 |
| ME | 2,072 | 4,679 | 1,623 | 3,704 | 1,786 | 4,168 | 1,957 | 4,523 | 2,745 | 6,033 | 10,183 | 23,107 |
| MI | 10,047 | 22,570 | 9,132 | 20,922 | 8,883 | 20,736 | 9,247 | 21,229 | 15,100 | 33,488 | 52,409 | 118,945 |
| MN | 6,514 | 14,711 | 5,829 | 13,241 | 5,800 | 13,368 | 6,084 | 14,155 | 8,756 | 19,565 | 32,983 | 75,040 |
| MO | 14,656 | 33,506 | 15,100 | 34,698 | 13,807 | 31,813 | 13,878 | 32,043 | 16,490 | 37,386 | 73,931 | 169,446 |
| MP | | | 9 | 20 | 6 | 14 | 24 | 71 | 14 | 29 | 53 | 134 |
| MS | 8,183 | 17,969 | 7,608 | 17,060 | 6,832 | 15,351 | 6,894 | 15,689 | 8,817 | 19,289 | 38,334 | 85,298 |
| MT | 2,668 | 6,106 | 2,091 | 4,882 | 2,424 | 5,787 | 2,486 | 5,795 | 3,708 | 8,299 | 13,377 | 30,869 |
| NC | 19,124 | 42,647 | 18,740 | 42,230 | 18,143 | 40,961 | 19,108 | 43,082 | 24,834 | 55,033 | 99,949 | 223,953 |
| ND | 1,513 | 3,503 | 1,410 | 3,283 | 1,544 | 3,737 | 1,600 | 3,870 | 2,089 | 4,799 | 8,156 | 19,192 |
| NE | 3,153 | 7,236 | 2,666 | 6,089 | 2,719 | 6,211 | 2,815 | 6,494 | 3,742 | 8,370 | 15,095 | 34,400 |
| NH | 2,533 | 5,909 | 2,462 | 5,900 | 2,558 | 6,296 | 2,804 | 6,704 | 3,799 | 8,472 | 14,156 | 33,281 |
| NJ | 465 | 1,593 | 470 | 1,611 | 500 | 1,945 | 435 | 1,579 | 374 | 1,254 | 2,244 | 7,982 |
| NM | 3,890 | 8,949 | 3,817 | 8,322 | 4,060 | 9,400 | 4,473 | 10,461 | 5,393 | 12,128 | 21,433 | 49,260 |
| NV | 7,642 | 17,576 | 6,875 | 16,555 | 7,485 | 17,636 | 8,232 | 19,372 | 12,022 | 27,361 | 42,256 | 98,500 |
| NY | 8,351 | 21,283 | 8,145 | 20,700 | 8,727 | 23,200 | 8,143 | 21,487 | 6,653 | 17,399 | 40,019 | 104,069 |
| OH | 22,030 | 49,754 | 19,639 | 42,761 | 20,734 | 47,267 | 22,198 | 51,552 | 30,942 | 68,936 | 114,943 | 260,270 |
| OK | 10,095 | 22,971 | 9,599 | 22,251 | 8,719 | 20,305 | 9,181 | 21,204 | 10,527 | 23,707 | 48,121 | 110,438 |
| OR | 7,446 | 16,797 | 6,190 | 14,022 | 7,100 | 16,306 | 7,397 | 17,156 | 10,115 | 22,720 | 38,248 | 87,001 |
| PA | 20,312 | 46,156 | 17,753 | 41,106 | 19,505 | 45,587 | 20,619 | 48,515 | 27,423 | 62,049 | 105,612 | 243,413 |

5/5/22

| State or Territory | 2016 | | 2017 | | 2018 | | 2019 | | 2020 | | 2016 - 2020 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # MSRs | # Firearms Involved | # MSRs | # Firearms Involved | # MSRs | # Firearms Involved | # MSRs | # Firearms Involved | # MSRs | # Firearms Involved | # MSRs | # Firearms Involved |
| PR | 410 | 984 | 461 | 1,071 | 850 | 1,961 | 799 | 2,082 | 784 | 1,830 | 3,304 | 7,928 |
| RI | 1,255 | 2,891 | 1,086 | 2,520 | 1,100 | 2,539 | 994 | 2,268 | 1,846 | 4,270 | 6,281 | 14,488 |
| SC | 9,681 | 21,555 | 10,790 | 24,322 | 9,054 | 20,530 | 10,383 | 23,332 | 13,577 | 29,712 | 53,485 | 119,451 |
| SD | 1,810 | 4,242 | 1,374 | 3,297 | 1,540 | 3,561 | 1,667 | 4,029 | 2,159 | 4,914 | 8,550 | 20,043 |
| TN | 18,791 | 42,438 | 18,118 | 41,484 | 19,627 | 45,634 | 19,961 | 46,089 | 22,744 | 50,764 | 99,241 | 226,409 |
| TX | 61,337 | 139,788 | 63,184 | 143,670 | 55,407 | 129,282 | 58,779 | 136,939 | 68,929 | 155,633 | 307,636 | 705,312 |
| UT | 5,414 | 12,334 | 4,788 | 11,033 | 5,633 | 13,262 | 5,273 | 12,267 | 8,278 | 19,073 | 29,386 | 67,969 |
| VA | 14,673 | 33,989 | 13,868 | 32,192 | 13,331 | 31,094 | 15,360 | 35,783 | 17,095 | 38,927 | 74,327 | 171,985 |
| VI | 2 | 11 | 3 | 15 | 2 | 8 | 3 | 17 | | | 10 | 51 |
| VT | 764 | 1,790 | 605 | 1,415 | 791 | 1,836 | 646 | 1,486 | 1,097 | 2,503 | 3,903 | 9,030 |
| WA | 9,104 | 20,479 | 8,535 | 19,562 | 10,199 | 23,373 | 11,115 | 26,022 | 11,996 | 26,821 | 50,949 | 116,257 |
| WI | 7,712 | 17,635 | 6,893 | 16,060 | 6,675 | 15,665 | 7,330 | 17,119 | 10,206 | 23,239 | 38,816 | 89,718 |
| WV | 4,945 | 11,337 | 4,078 | 9,224 | 4,983 | 11,338 | 5,199 | 12,066 | 6,542 | 14,694 | 25,747 | 58,659 |
| WY | 1,639 | 3,825 | 1,384 | 3,306 | 1,596 | 4,000 | 1,815 | 4,331 | 2,192 | 5,037 | 8,626 | 20,499 |
| (blank)[127] | 334 | 777 | 480 | 1,077 | 381 | 871 | 396 | 898 | 646 | 1,417 | 2,237 | 5,040 |
| **Total** | **499,365** | **1,142,020** | **462,816** | **1,066,525** | **464,626** | **1,082,497** | **486,657** | **1,136,130** | **625,411** | **1,412,896** | **2,538,875** | **5,840,068** |

5/5/22

*Table SD-16a:  Total Percentage of MSRs and Associated Firearms by State/Territory, 2016-2020*

| State or Territory | # of MS Transactions | % Total MS Transactions | # of Firearms Involved | % Total of Firearms Involved |
|---|---|---|---|---|
| AK | 10,573 | 0.4% | 25,225 | 0.4% |
| AL | 82,706 | 3.3% | 184,986 | 3.2% |
| AR | 33,345 | 1.3% | 75,628 | 1.3% |
| AZ | 90,879 | 3.6% | 214,154 | 3.7% |
| CA | 60,536 | 2.4% | 153,389 | 2.6% |
| CO | 59,205 | 2.3% | 136,199 | 2.3% |
| CT | 13,949 | 0.5% | 32,592 | 0.6% |
| DC | 314 | 0.0% | 874 | 0.0% |
| DE | 7,068 | 0.3% | 16,105 | 0.3% |
| FL | 203,087 | 8.0% | 465,315 | 8.0% |
| GA | 125,645 | 4.9% | 284,266 | 4.9% |
| GU | 314 | 0.0% | 715 | 0.0% |
| HI | 3,420 | 0.1% | 8,525 | 0.1% |
| IA | 24,157 | 1.0% | 54,072 | 0.9% |
| ID | 21,575 | 0.8% | 50,034 | 0.9% |
| IL | 71,986 | 2.8% | 166,891 | 2.9% |
| IN | 72,731 | 2.9% | 164,049 | 2.8% |
| KS | 30,535 | 1.2% | 71,124 | 1.2% |
| KY | 71,498 | 2.8% | 161,775 | 2.8% |
| LA | 41,658 | 1.6% | 94,628 | 1.6% |
| MA | 14,474 | 0.6% | 33,863 | 0.6% |
| MD | 15,220 | 0.6% | 38,222 | 0.7% |
| ME | 10,183 | 0.4% | 23,107 | 0.4% |
| MI | 52,409 | 2.1% | 118,945 | 2.0% |
| MN | 32,983 | 1.3% | 75,040 | 1.3% |
| MO | 73,931 | 2.9% | 169,446 | 2.9% |
| MP | 53 | 0.0% | 134 | 0.0% |
| MS | 38,334 | 1.5% | 85,298 | 1.5% |
| MT | 13,377 | 0.5% | 30,869 | 0.5% |
| NC | 99,949 | 3.9% | 223,953 | 3.8% |
| ND | 8,156 | 0.3% | 19,192 | 0.3% |
| NE | 15,095 | 0.6% | 34,400 | 0.6% |
| NH | 14,156 | 0.6% | 33,281 | 0.6% |
| NJ | 2,244 | 0.1% | 7,982 | 0.1% |
| NM | 21,433 | 0.8% | 49,260 | 0.8% |
| NV | 42,256 | 1.7% | 98,800 | 1.7% |
| NY | 40,019 | 1.6% | 104,069 | 1.8% |
| OH | 114,943 | 4.5% | 260,270 | 4.5% |
| OK | 48,121 | 1.9% | 110,438 | 1.9% |
| OR | 38,248 | 1.5% | 87,001 | 1.5% |
| PA | 105,612 | 4.2% | 243,413 | 4.2% |
| PR | 5,304 | 0.1% | 7,928 | 0.1% |
| RI | 6,281 | 0.2% | 14,488 | 0.2% |
| SC | 53,485 | 2.1% | 119,451 | 2.0% |
| SD | 8,550 | 0.3% | 20,043 | 0.3% |
| TN | 99,241 | 3.9% | 226,409 | 3.9% |
| TX | 307,636 | 12.1% | 705,312 | 12.1% |
| UT | 29,386 | 1.2% | 67,969 | 1.2% |
| VA | 74,327 | 2.9% | 171,985 | 2.9% |
| VI | 10 | 0.0% | 51 | 0.0% |
| VT | 3,903 | 0.2% | 9,030 | 0.2% |
| WA | 50,949 | 2.0% | 116,257 | 2.0% |
| WI | 38,816 | 1.5% | 89,718 | 1.5% |
| WV | 25,747 | 1.0% | 58,659 | 1.0% |
| WY | 8,626 | 0.3% | 20,499 | 0.4% |
| (blank) | 2,237 | 0.1% | 5,040 | 0.1% |
| **Total** | **2,538,875** | **100.0%** | **5,840,068** | **100.0%** |

Table SD-17: Total MSR Associated Firearms by Weapon Type and Caliber, 2016 – 2020

| Caliber | Derringer | Pistol | Revolver | Rifle | Other | Total |
|---|---|---|---|---|---|---|
| 10 | 10 | 44,942 | 2,406 | 122 | | 47,480 |
| 10/40 | | | 11 | | | 11 |
| 1035 | | | 11 | | | 11 |
| 104 | | | 32 | | | 32 |
| 105 | | | 5 | | | 5 |
| 1055 | | | 2 | | | 2 |
| 106 | | | 3 | | | 3 |
| 11 | 2 | | 39 | | | 41 |
| 12 | | 3 | 4 | | | 7 |
| 127 | | 8 | | | | 8 |
| 13 | | 8 | | | | 8 |
| 17 | | 147 | 3,360 | 1 | | 3,508 |
| 177 | | 19 | | | | 19 |
| 20 | | 1 | | | | 1 |
| 204 | | 8 | | | | 8 |
| 209 | | | 3 | | | 3 |
| 218 | | 11 | 27 | | | 38 |
| 219 | | 2 | | | | 2 |
| 22 | 14,553 | 433,354 | 428,797 | 2 | 5 | 876,711 |
| 22/32 | | 1 | | | | 1 |
| 22/38 | | 1 | | | | 1 |
| 22/380 | | 4 | 8 | | | 12 |
| 22/410 | 18 | | | | | 18 |
| 22/45 | 55 | | | | | 55 |
| 220 | | | | 9 | | 9 |
| 221 | | 141 | | 2 | | 143 |
| 222 | | 82 | | 21 | 1 | 104 |
| 22-250 | | 78 | | 125 | | 203 |
| 223 | 101 | 5,292 | | 9,608 | | 15,001 |
| 224 | | 3 | 2 | 141 | | 146 |
| 224-32 | | | 2 | | | 2 |
| 225 | | | | 1 | | 1 |
| 22TCM9R | | 61 | | | | 61 |
| 240 | | | | 3 | | 3 |
| 243 | | 210 | | 410 | | 620 |
| 244 | | | | 1 | | 1 |
| 25 | 421 | 33,993 | 80 | 3 | | 34,497 |
| 250 | | 2 | | 6 | | 8 |
| 250-3000 | | 1 | | 2 | | 3 |
| 25-06 | | 7 | | 60 | | 67 |
| 25-20 | | | | 3 | | 3 |
| 25-35 | | 3 | | 3 | | 6 |
| 25-45 | | | | 2 | | 2 |
| 256 | | 40 | 38 | | | 78 |
| 257 | | 4 | | 16 | | 20 |
| 260 | | 22 | | 15 | | 37 |
| 264 | | | | 10 | | 10 |
| 27 | | 3 | | | | 3 |
| 270 | | 29 | | 378 | | 407 |
| 276 | | 1 | | | | 1 |
| 28 | | | 3 | 5 | | 8 |
| 280 | | | | 20 | | 20 |
| 284 | | 4 | | 4 | | 8 |

| Caliber | Derringer | Pistol | Revolver | Rifle | Other | Total |
|---|---|---|---|---|---|---|
| 30 | 1 | 1,754 | 1,100 | 828 | | 3,683 |
| 300 | | 11,803 | 3 | 1,746 | | 13,552 |
| 30-06 | | 56 | | 1,041 | | 1,097 |
| 30-20 | | 1 | | | | 1 |
| 303 | | | | 110 | | 110 |
| 30-30 | 1 | 242 | 143 | 347 | | 733 |
| 30-378 | | | | 2 | | 2 |
| 30-40 | | | | 18 | | 18 |
| 307 | | | 1 | | | 1 |
| 308 | | 1,343 | | 7,250 | | 8,593 |
| 309 | | 1 | | | | 1 |
| 31 | | | 43 | | | 43 |
| 32 | 905 | 38,292 | 22,312 | 30 | 2 | 61,541 |
| 32/380 | | 1 | | | | 1 |
| 320 | 8 | 1 | 2 | | | 11 |
| 32-20 | 1 | 13 | 1,772 | | | 1,786 |
| 32-20/32 | | | 10 | | | 10 |
| 32-30 | | | 3 | | | 3 |
| 32-40 | | | | 6 | | 6 |
| 32-44 | | | 2 | | | 2 |
| 325 | | | | 3 | | 3 |
| 327 | 6 | 1 | 3,327 | 3 | | 3,337 |
| 330 | | | | 2 | | 2 |
| 338 | | 8 | | 139 | | 147 |
| 338-08 | | 1 | | | | 1 |
| 340 | | | | 1 | | 1 |
| 35 | | 316 | | 27 | | 343 |
| 350 | | 201 | 2 | 37 | | 240 |
| 351 | | | | 8 | | 8 |
| 356 | | 57 | 10 | | | 67 |
| 357 | 2,453 | 15,819 | 215,636 | 117 | | 234,025 |
| 357/40 | | 18 | | | | 18 |
| 357/45 | | 2 | | | | 2 |
| 357/9 | | | 589 | | | 589 |
| 357-44 | | 2 | | | | 2 |
| 358 | | 4 | | 5 | | 9 |
| 36 | 3 | 6 | 152 | | | 161 |
| 360 | | | 1 | | | 1 |
| 375 | | 37 | 22 | 31 | | 90 |
| 38 | 9,311 | 12,930 | 259,083 | 8 | | 281,332 |
| 38/200 | | | 46 | | | 46 |
| 38/9 | 9 | | | | | 9 |
| 380 | 1,967 | 607,092 | 1,061 | 51 | 2 | 610,173 |
| 38-40 | | | 658 | 1 | | 659 |
| 38-40/10 | | | 75 | | | 75 |
| 38-44 | | | 21 | | | 21 |
| 38-45 | 18 | | | | | 18 |
| 38-55 | | | | 15 | | 15 |
| 4 | | | 1 | | | 1 |
| 40 | 31 | 333,661 | 674 | 675 | | 335,041 |
| 40/357 | | 30 | | | | 30 |
| 40/45 | | 2 | | | | 2 |
| 400 | | 16 | | | | 16 |
| 401 | | | 26 | 4 | | 30 |
| 404 | | | | 1 | | 1 |
| 405 | | | | 1 | | 1 |

| Caliber | Derringer | Pistol | Revolver | Rifle | Other | Total |
|---|---|---|---|---|---|---|
| 40-60 | | | | 1 | | 1 |
| 40-65 | | | | 1 | | 1 |
| 41 | 351 | 107 | 5,912 | 4 | | 6,374 |
| 41/44 | | 48 | | | | 48 |
| 410 | | 13 | | 2 | 1 | 16 |
| 414 | | 1 | 2 | | | 3 |
| 416 | | 1 | | 63 | | 64 |
| 425 | | 4 | | | | 4 |
| 429 | | | 2 | | | 2 |
| 429 DE | | 25 | | | | 25 |
| 43 | | 1 | | | | 1 |
| 44 | 47 | 3,594 | 65,979 | 107 | | 69,727 |
| 44/410 | 3 | | | | | 3 |
| 440 | | 3 | | | | 3 |
| 442 | | | 1 | | | 1 |
| 444 | | 8 | 15 | 2 | | 25 |
| 44-40 | 6 | 18 | 2,756 | 15 | | 2,795 |
| 445 | | 1 | 77 | | | 78 |
| 45 | 3,356 | 504,149 | 60,815 | 1,238 | 2 | 569,560 |
| 45/410 | 9,419 | 923 | 47,852 | 7 | | 58,201 |
| 45/70 | | | 3 | | | 3 |
| 450 | 1 | 86 | 36 | 82 | | 205 |
| 450/45 | 3 | | | | | 3 |
| 450-400 | | | | 1 | | 1 |
| 451 | | 4 | | | | 4 |
| 454 | | 8 | 3,880 | 1 | | 3,889 |
| 454/410 | | | 27 | | | 27 |
| 455 | | 39 | 738 | | | 777 |
| 45-60 | | | | 1 | | 1 |
| 457 | | | 1 | | | 1 |
| 45-70 | 25 | 80 | 442 | 137 | | 684 |
| 45-75 | | | | 1 | | 1 |
| 458 | | 58 | 6 | 71 | | 135 |
| 45-90 | | | 2 | | | 2 |
| 460 | | 58 | 3,098 | | | 3,156 |
| 475 | | 47 | 76 | | | 123 |
| 476 | | | 2 | | | 2 |
| 480 | | 1 | 760 | | | 761 |
| 5 | | 25 | | | | 25 |
| 50 | | 5,473 | 65 | 8 | | 5,546 |
| 50 | | | | | | |
| BEOWULF | | 27 | | 29 | | 56 |
| 50 BMG | | | | 117 | | 117 |
| 50 GI | | 8 | | | | 8 |
| 500 | | 17 | 6,066 | 9 | | 6,092 |
| 50-70 | | | 2 | | | 2 |
| 50-95 | | | | 2 | | 2 |
| 510 | | 1 | 1 | | | 2 |
| 54 | | 5 | | 1 | | 6 |
| 545 | | 45 | | 504 | | 549 |
| 55 | | | 5 | | | 5 |
| 556 | | 47,031 | | 40,840 | 2 | 87,873 |
| 57 | | 21,554 | 2 | 291 | | 21,847 |
| 575 | | | 3 | | | 3 |
| 6 | | 127 | 27 | 24 | | 178 |
| 635 | | 9 | 14 | | | 23 |

| Caliber | Derringer | Pistol | Revolver | Rifle | Other | Total |
|---|---|---|---|---|---|---|
| 65 | | 203 | | 1,407 | | 1,610 |
| 65-284 | | | | 1 | | 1 |
| 65-300 | | | | 3 | | 3 |
| 68 | | 61 | | 205 | | 266 |
| 7 | | 300 | 15 | 222 | | 537 |
| 7-08 | | 113 | | 87 | | 200 |
| 7-30 | | 57 | | | | 57 |
| 735 | | | | 4 | | 4 |
| 75 | | 42 | 100 | 56 | | 198 |
| 762 | 80 | 33,777 | 1,362 | 14,704 | 1 | 49,924 |
| 763 | | 545 | | | | 545 |
| 765 | | 311 | | 10 | | 321 |
| 77 | | | | 15 | | 15 |
| 792 | | | | 9 | | 9 |
| 8 | | 1,300 | 183 | 162 | | 1,645 |
| 9 | 7,335 | 2,369,464 | 7,647 | 4,882 | 2 | 2,389,330 |
| 9 IMI | | 1 | | | | 1 |
| 9/40 | | 1 | | | | 1 |
| 9/41 | | 5 | | | | 5 |
| 93 | | | | 1 | | 1 |
| 939 | | 1 | | | | 1 |
| 94 | | | 6 | | | 6 |
| 960 | | | | | | |
| RWLND | | 1 | | | | 1 |
| MULTI | 30 | 9,174 | 55 | 6,266 | 2 | 15,527 |
| PD | | 1 | | | | 1 |
| ZZ[128] | 28 | 2,061 | 1,310 | 241 | 11 | 3,651 |
| **Total** | **50,558** | **4,543,212** | **1,150,953** | **95,314** | **31** | **5,840,068** |

Compendium_Klarevas
Page 306

Table SD-20:  Total DL3 MSR Associated Rifles by Caliber and State, 2016 – 2020

| Caliber | AZ<br># of Rifles<br>Involved | CA<br># of Rifles<br>Involved | NM<br># of Rifles<br>Involved | TX<br># of Rifles<br>Involved | Total<br>Rifles Involved |
|---|---|---|---|---|---|
| 6 | 3 | 2 | 2 | 17 | 24 |
| 7 | 40 | 36 | 18 | 127 | 221 |
| 8 | 22 | 43 | 8 | 89 | 162 |
| 9 | 670 | 2,099 | 162 | 1,947 | 4,878 |
| 10 | 15 | 39 | 6 | 62 | 122 |
| 17 | | | | | 0 |
| 22 | | | | | 0 |
| 25 | | 1 | 1 | 1 | 3 |
| 28 | | 1 | | 4 | 5 |
| 30 | 131 | 259 | 35 | 403 | 828 |
| 32 | 6 | 5 | 1 | 18 | 30 |
| 35 | 5 | 1 | 1 | 20 | 27 |
| 38 | 2 | 1 | | 5 | 8 |
| 40 | 107 | 137 | 41 | 390 | 675 |
| 41 | 1 | | | 3 | 4 |
| 44 | 16 | 33 | 2 | 56 | 107 |
| 45 | 167 | 502 | 42 | 525 | 1,236 |
| 50 | 5 | | | 3 | 8 |
| 54 | | | | 1 | 1 |
| 57 | 48 | 66 | 7 | 170 | 291 |
| 65 | 147 | 114 | 72 | 1,072 | 1,405 |
| 68 | 9 | 24 | 2 | 170 | 205 |
| 75 | 12 | 10 | 3 | 31 | 56 |
| 77 | 6 | 1 | 1 | 7 | 15 |
| 93 | | 1 | | | 1 |
| 220 | | 1 | | 8 | 9 |
| 221 | 1 | | | 1 | 2 |
| 222 | 3 | 2 | | 16 | 21 |
| 223 | 1,558 | 1,872 | 474 | 5,694 | 9,598 |
| 224 | 12 | 19 | 9 | 101 | 141 |
| 225 | | | | 1 | 1 |
| 240 | | | 2 | 1 | 3 |
| 243 | 54 | 27 | 21 | 306 | 408 |
| 244 | | | | 1 | 1 |
| 250 | | | | 6 | 6 |
| 257 | 2 | | | 14 | 16 |
| 260 | 5 | | | 10 | 15 |
| 264 | 1 | | 2 | 7 | 10 |
| 270 | 41 | 37 | 24 | 275 | 377 |
| 280 | | 4 | 1 | 15 | 20 |
| 284 | | 2 | 1 | 1 | 4 |
| 300 | 197 | 189 | 69 | 1,289 | 1,744 |
| 303 | 17 | 13 | 8 | 72 | 110 |
| 308 | 972 | 2,422 | 250 | 3,599 | 7,243 |
| 325 | | 2 | | 1 | 3 |
| 327 | 1 | | 1 | 1 | 3 |
| 330 | | 1 | | 1 | 2 |
| 338 | 29 | 29 | 9 | 72 | 139 |
| 340 | | | | 1 | 1 |
| 350 | 5 | 1 | 1 | 30 | 37 |
| 351 | 1 | 2 | 1 | 4 | 8 |

Compendium_Klarevas
Page 307

| Caliber | AZ # of Rifles Involved | CA # of Rifles Involved | NM # of Rifles Involved | TX # of Rifles Involved | Total Rifles Involved |
|---|---|---|---|---|---|
| 357 | 34 | 29 | 3 | 51 | 117 |
| 358 | 1 | | 1 | 3 | 5 |
| 375 | 7 | 5 | 2 | 16 | 30 |
| 380 | 7 | 1 | 2 | 41 | 51 |
| 401 | | | | 4 | 4 |
| 404 | | | | 1 | 1 |
| 405 | | 1 | | | 1 |
| 410 | | | | 2 | 2 |
| 416 | 1 | 58 | | 4 | 63 |
| 444 | 1 | | | 1 | 2 |
| 450 | 10 | 6 | 7 | 59 | 82 |
| 454 | | 1 | | | 1 |
| 458 | 2 | 8 | 1 | 60 | 71 |
| 500 | | 6 | | 3 | 9 |
| 545 | 86 | 150 | 40 | 228 | 504 |
| 556 | 6,281 | 11,200 | 1,448 | 21,856 | 40,785 |
| 735 | | 1 | | 3 | 4 |
| 762 | 2,342 | 5,111 | 412 | 6,812 | 14,677 |
| 765 | 1 | | 3 | 6 | 10 |
| 792 | | 3 | 1 | 5 | 9 |
| 7-08 | 10 | 4 | 10 | 63 | 87 |
| 22-250 | 20 | 7 | 12 | 86 | 125 |
| 250-3000 | | | | 2 | 2 |
| 25-06 | 4 | 2 | 2 | 51 | 59 |
| 25-20 | | | | 3 | 3 |
| 25-35 | | | | 3 | 3 |
| 25-45 | | | | 2 | 2 |
| 30-06 | 157 | 275 | 50 | 559 | 1,041 |
| 30-30 | 80 | 28 | 16 | 223 | 347 |
| 30-378 | 2 | | | | 2 |
| 30-40 | 2 | 2 | 2 | 12 | 18 |
| 32-40 | | | | 6 | 6 |
| 38-40 | | | | 1 | 1 |
| 38-55 | | 2 | | 13 | 15 |
| 40-60 | 1 | | | | 1 |
| 40-65 | | | | 1 | 1 |
| 44-40 | 3 | 1 | | 11 | 15 |
| 45/410 | 2 | | 1 | 4 | 7 |
| 450-400 | | | | 1 | 1 |
| 45-60 | 1 | | | | 1 |
| 45-70 | 34 | 19 | 3 | 81 | 137 |
| 45-75 | | | | 1 | 1 |
| 50 BEOWULF | 4 | 5 | 2 | 18 | 29 |
| 50 BMG | 29 | 1 | 3 | 83 | 116 |
| 50-95 | | | | 2 | 2 |
| 65-284 | | | | 1 | 1 |
| 65-300 | | 1 | 1 | 1 | 3 |
| MULTI | 802 | 1,424 | 370 | 3,650 | 6,246 |
| ZZ | 41 | 73 | 11 | 116 | 241 |
| **Total** | 14,276 | 26,422 | 3,680 | 50,797 | 95,175 |

# APPENDIX SA – SMALL ARMS AND AMMUNITION

*Table SA-01:  Producer Price Indices[129]*

| Year | PPI Values | | | Adjusted PPI Values | | | Relative Price | |
|------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| | Small Arms | Small Arms Ammunition | Consumer Goods | Small Arms | Small Arms Ammunition | Consumer Goods (Excluding Food & Energy) | Small Arms | Small Arms Ammunition |
| 2000 | 191.8 | 144.9 | 154.1 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| 2001 | 195.7 | 143.9 | 156.9 | 102.0 | 99.3 | 101.8 | 100.2 | 97.5 |
| 2002 | 198.9 | 144.3 | 157.7 | 103.7 | 99.6 | 102.3 | 101.3 | 97.3 |
| 2003 | 202.1 | 145.2 | 157.9 | 105.4 | 100.2 | 102.5 | 102.8 | 97.8 |
| 2004 | 207.7 | 148.9 | 160.3 | 108.3 | 102.8 | 104.0 | 104.1 | 98.8 |
| 2005 | 211.7 | 162.5 | 164.3 | 110.4 | 112.1 | 106.6 | 103.5 | 105.2 |
| 2006 | 216.0 | 171.5 | 166.6 | 112.6 | 118.4 | 108.1 | 104.2 | 109.5 |
| 2007 | 222.7 | 198.7 | 170.1 | 116.1 | 137.1 | 110.4 | 105.2 | 124.2 |
| 2008 | 229.1 | 250.3 | 176.4 | 119.4 | 172.7 | 114.5 | 104.3 | 150.9 |
| 2009 | 233.3 | 248.9 | 181.7 | 121.6 | 171.8 | 117.9 | 103.2 | 145.7 |
| 2010 | 233.4 | 261.6 | 185.1 | 121.7 | 180.5 | 120.1 | 101.3 | 150.3 |
| 2011 | 233.3 | 297.9 | 190.8 | 121.6 | 205.6 | 123.8 | 98.2 | 166.0 |
| 2012 | 233.8 | 304.5 | 196.8 | 121.9 | 210.1 | 127.7 | 95.4 | 164.5 |
| 2013 | 240.0 | 315.4 | 200.8 | 125.1 | 217.7 | 130.3 | 96.0 | 167.0 |
| 2014 | 242.4 | 323.4 | 205.5 | 126.4 | 223.2 | 133.4 | 94.8 | 167.4 |
| 2015 | 241.2 | 338.6 | 210.7 | 125.8 | 233.7 | 136.7 | 92.0 | 170.9 |
| 2016 | 242.4 | 345.5 | 215.6 | 126.4 | 238.4 | 139.9 | 90.3 | 170.4 |
| 2017 | 247.3 | 341.6 | 221.0 | 128.9 | 235.7 | 143.4 | 89.9 | 164.4 |
| 2018 | 248.6 | 358.3 | 227.2 | 129.6 | 247.3 | 147.4 | 87.9 | 167.7 |
| 2019 | 250.5 | 362.2 | 232.2 | 130.6 | 250.0 | 150.7 | 86.7 | 165.9 |
| 2020 | 251.3 | 369.9 | 235.0 | 131.0 | 255.3 | 152.5 | 85.9 | 167.4 |

# APPENDIX N – NFA

*Table N-02: Total NFA Applications Received by Submission Method, 2000 – 2020*

| Year | eForms | eForms % Total | Paper Forms | Paper Forms % Total | Total Applications Received |
|------|--------|----------------|-------------|---------------------|------------------------------|
| 2000 | 0 | 0.0% | 41,412 | 100.0% | 41,412 |
| 2001 | 0 | 0.0% | 42,329 | 100.0% | 42,329 |
| 2002 | 0 | 0.0% | 42,437 | 100.0% | 42,437 |
| 2003 | 0 | 0.0% | 44,502 | 100.0% | 44,502 |
| 2004 | 0 | 0.0% | 44,173 | 100.0% | 44,173 |
| 2005 | 0 | 0.0% | 43,838 | 100.0% | 43,838 |
| 2006 | 0 | 0.0% | 58,077 | 100.0% | 58,077 |
| 2007 | 0 | 0.0% | 70,423 | 100.0% | 70,423 |
| 2008 | 0 | 0.0% | 84,264 | 100.0% | 84,264 |
| 2009 | 0 | 0.0% | 89,036 | 100.0% | 89,036 |
| 2010 | 0 | 0.0% | 95,674 | 100.0% | 95,674 |
| 2011 | 0 | 0.0% | 124,199 | 100.0% | 124,199 |
| 2012 | 0 | 0.0% | 165,508 | 100.0% | 165,508 |
| 2013 | 20,207 | 9.7% | 187,846 | 90.3% | 208,053 |
| 2014 | 39,151 | 16.8% | 193,451 | 83.2% | 232,602 |
| 2015 | 41,720 | 12.7% | 285,953 | 87.3% | 327,673 |
| 2016 | 78,766 | 15.0% | 446,817 | 85.0% | 525,583 |
| 2017 | 76,439 | 28.5% | 192,150 | 71.5% | 268,589 |
| 2018 | 138,139 | 39.4% | 212,790 | 60.6% | 350,929 |
| 2019 | 172,050 | 44.3% | 216,015 | 55.7% | 388,065 |
| 2020 | 264,400 | 48.0% | 286,674 | 52.0% | 551,074 |
| **Total** | **830,872** | **21.9%** | **2,967,568** | **78.1%** | **3,798,440** |

*Table N-03: Total NFA Applications Received by Form Type, 2000 – 2020*

| Year | Form 1 | Form 2 | Form 3 | Form 4 | Form 5 | Form 9 | Form 10 | Form 5320.20 | Total |
|------|--------|--------|--------|--------|--------|--------|---------|--------------|-------|
| 2000 | 697 | 4,080 | 12,146 | 11,541 | 8,560 | 531 | 1,902 | 1,955 | 41,412 |
| 2001 | 2,285 | 4,651 | 11,268 | 10,870 | 9,532 | 583 | 1,443 | 1,697 | 42,329 |
| 2002 | 643 | 4,435 | 11,225 | 11,660 | 8,441 | 571 | 3,521 | 1,941 | 42,437 |
| 2003 | 756 | 3,891 | 11,629 | 13,665 | 7,106 | 595 | 4,849 | 2,011 | 44,502 |
| 2004 | 1,025 | 4,103 | 12,296 | 14,778 | 5,729 | 428 | 3,905 | 1,909 | 44,173 |
| 2005 | 1,398 | 4,302 | 13,486 | 14,179 | 4,966 | 391 | 3,071 | 2,045 | 43,838 |
| 2006 | 2,445 | 5,332 | 17,520 | 19,167 | 7,156 | 395 | 3,325 | 2,737 | 58,077 |
| 2007 | 3,635 | 6,216 | 21,949 | 23,920 | 10,160 | 713 | 1,002 | 2,828 | 70,423 |
| 2008 | 4,833 | 6,799 | 26,809 | 30,011 | 10,008 | 1,424 | 1,417 | 2,963 | 84,264 |
| 2009 | 5,168 | 6,781 | 27,453 | 32,398 | 11,638 | 1,059 | 970 | 3,569 | 89,036 |
| 2010 | 5,291 | 7,569 | 31,558 | 34,243 | 10,568 | 1,037 | 1,453 | 3,955 | 95,674 |
| 2011 | 7,070 | 9,272 | 43,407 | 46,743 | 9,417 | 948 | 2,740 | 4,602 | 124,199 |
| 2012 | 9,687 | 10,323 | 60,995 | 65,084 | 9,658 | 1,271 | 3,163 | 5,327 | 165,508 |
| 2013 | 15,309 | 10,904 | 74,123 | 91,010 | 9,228 | 979 | 653 | 5,847 | 208,053 |
| 2014 | 20,438 | 10,605 | 83,463 | 97,925 | 10,293 | 1,011 | 1,244 | 7,623 | 232,602 |
| 2015 | 40,479 | 13,053 | 113,312 | 137,222 | 10,918 | 1,432 | 1,595 | 9,662 | 327,673 |
| 2016 | 73,911 | 15,926 | 172,063 | 237,567 | 12,608 | 1,439 | 847 | 11,222 | 525,583 |
| 2017 | 13,215 | 12,882 | 102,474 | 112,018 | 12,710 | 1,786 | 647 | 12,857 | 268,589 |
| 2018 | 17,855 | 13,643 | 125,478 | 164,402 | 12,668 | 1,768 | 355 | 14,760 | 350,929 |
| 2019 | 25,109 | 14,567 | 135,632 | 179,973 | 15,205 | 1,972 | 326 | 15,281 | 388,065 |
| 2020 | 45,205 | 15,996 | 203,527 | 251,936 | 14,352 | 2,571 | 429 | 17,058 | 551,074 |
| **Total** | **296,454** | **185,330** | **1,311,813** | **1,600,312** | **210,921** | **22,904** | **38,857** | **131,849** | **3,798,440** |

*Table N-04:  Total NFA Applications Processed by Submission Method, 2000 – 2020*

| Year | eForms | eForms % Total | Paper Forms | Paper Forms % Total | Total |
|---|---|---|---|---|---|
| 2000 | 0 | 0.0% | 37,328 | 100.0% | 37,328 |
| 2001 | 0 | 0.0% | 41,101 | 100.0% | 41,101 |
| 2002 | 0 | 0.0% | 39,593 | 100.0% | 39,593 |
| 2003 | 0 | 0.0% | 42,861 | 100.0% | 42,861 |
| 2004 | 0 | 0.0% | 42,586 | 100.0% | 42,586 |
| 2005 | 0 | 0.0% | 45,697 | 100.0% | 45,697 |
| 2006 | 0 | 0.0% | 59,619 | 100.0% | 59,619 |
| 2007 | 0 | 0.0% | 67,944 | 100.0% | 67,944 |
| 2008 | 0 | 0.0% | 79,284 | 100.0% | 79,284 |
| 2009 | 0 | 0.0% | 88,001 | 100.0% | 88,001 |
| 2010 | 0 | 0.0% | 95,068 | 100.0% | 95,068 |
| 2011 | 0 | 0.0% | 108,697 | 100.0% | 108,697 |
| 2012 | 0 | 0.0% | 146,822 | 100.0% | 146,822 |
| 2013 | 9,402 | 5.8% | 152,199 | 94.2% | 161,601 |
| 2014 | 47,757 | 17.9% | 218,462 | 82.1% | 266,219 |
| 2015 | 34,117 | 10.9% | 279,228 | 89.1% | 313,345 |
| 2016 | 65,500 | 16.3% | 336,658 | 83.7% | 402,158 |
| 2017 | 98,907 | 26.4% | 275,959 | 73.6% | 374,866 |
| 2018 | 135,378 | 42.7% | 181,325 | 57.3% | 316,703 |
| 2019 | 172,256 | 45.1% | 209,941 | 54.9% | 382,197 |
| 2020 | 256,453 | 47.8% | 280,459 | 52.2% | 536,912 |
| **Total** | **819,770** | **22.5%** | **2,828,832** | **77.5%** | **3,648,602** |

*Table N-05:  Total NFA Applications Processed by Form Type, 2000 – 2020*

| Year | Form 1 | Form 2 | Form 3 | Form 4 | Form 5 | Form 9 | Form 10 | Form 5320.20 | Total |
|------|--------|--------|--------|--------|--------|--------|---------|--------------|-------|
| 2000 | 614 | 3,812 | 11,028 | 9,650 | 8,079 | 517 | 1,765 | 1,863 | 37,328 |
| 2001 | 2,006 | 4,506 | 11,019 | 10,698 | 9,243 | 573 | 1,483 | 1,573 | 41,101 |
| 2002 | 674 | 4,352 | 10,878 | 10,641 | 8,220 | 559 | 2,480 | 1,789 | 39,593 |
| 2003 | 712 | 3,791 | 11,283 | 13,080 | 6,853 | 577 | 4,694 | 1,871 | 42,861 |
| 2004 | 769 | 3,725 | 11,570 | 14,565 | 5,372 | 409 | 4,411 | 1,765 | 42,586 |
| 2005 | 1,449 | 4,537 | 14,379 | 14,497 | 5,149 | 403 | 3,153 | 2,130 | 45,697 |
| 2006 | 2,479 | 5,391 | 17,469 | 20,420 | 7,252 | 394 | 3,499 | 2,715 | 59,619 |
| 2007 | 3,447 | 6,103 | 21,484 | 22,263 | 10,162 | 701 | 943 | 2,841 | 67,944 |
| 2008 | 4,029 | 6,716 | 26,325 | 26,667 | 9,732 | 1,436 | 1,455 | 2,924 | 79,284 |
| 2009 | 5,256 | 6,798 | 31,637 | 31,637 | 11,516 | 1,008 | 908 | 3,488 | 88,001 |
| 2010 | 5,277 | 7,481 | 31,070 | 34,126 | 10,570 | 1,048 | 1,505 | 3,991 | 95,068 |
| 2011 | 5,305 | 9,213 | 42,900 | 33,812 | 9,383 | 959 | 2,605 | 4,520 | 108,697 |
| 2012 | 7,823 | 9,908 | 57,467 | 52,478 | 9,520 | 1,279 | 3,217 | 5,130 | 146,822 |
| 2013 | 9,246 | 10,064 | 70,166 | 57,282 | 7,866 | 884 | 707 | 5,386 | 161,601 |
| 2014 | 26,760 | 11,467 | 81,923 | 124,899 | 10,910 | 1,100 | 1,091 | 8,069 | 266,219 |
| 2015 | 32,862 | 13,154 | 113,294 | 129,876 | 11,323 | 1,392 | 1,732 | 9,712 | 313,345 |
| 2016 | 50,536 | 16,295 | 176,040 | 133,893 | 12,245 | 1,429 | 890 | 10,830 | 402,158 |
| 2017 | 40,141 | 13,018 | 108,578 | 184,258 | 13,363 | 1,853 | 635 | 13,020 | 374,866 |
| 2018 | 21,296 | 13,564 | 124,130 | 128,225 | 12,740 | 1,765 | 378 | 14,605 | 316,703 |
| 2019 | 27,208 | 14,561 | 137,132 | 170,170 | 15,272 | 1,973 | 312 | 15,569 | 382,197 |
| 2020 | 40,782 | 15,936 | 199,388 | 246,787 | 14,129 | 2,562 | 440 | 16,888 | 536,912 |
| **Total** | **288,671** | **184,392** | **1,304,913** | **1,469,924** | **208,899** | **22,821** | **38,303** | **130,679** | **3,648,602** |

Compendium_Klarevas
Page 313

*Table N-06: Total Correctly Submitted NFA Applications Received, Processed, and Approved by Submission Method, 2000 – 2020*

| Year | Total Correctly Submitted Applications Received | Processed and Approved eForm Applications | Processed and Approved Paper Form Applications | Total Processed and Approved Applications | Processed and Approved Rate |
|------|------|------|------|------|------|
| 2000 | 41,332 | 0 | 39,712 | 39,712 | 96.1% |
| 2001 | 42,236 | 0 | 40,354 | 40,354 | 95.5% |
| 2002 | 42,382 | 0 | 40,421 | 40,421 | 95.4% |
| 2003 | 44,320 | 0 | 42,264 | 42,264 | 95.4% |
| 2004 | 43,950 | 0 | 41,820 | 41,820 | 95.2% |
| 2005 | 43,642 | 0 | 42,257 | 42,257 | 96.8% |
| 2006 | 57,896 | 0 | 56,688 | 56,688 | 97.9% |
| 2007 | 70,269 | 0 | 69,070 | 69,070 | 98.3% |
| 2008 | 83,951 | 0 | 81,731 | 81,731 | 97.4% |
| 2009 | 88,905 | 0 | 84,165 | 84,165 | 94.7% |
| 2010 | 95,604 | 0 | 91,896 | 91,896 | 96.1% |
| 2011 | 124,198 | 0 | 120,648 | 120,648 | 97.1% |
| 2012 | 165,504 | 0 | 160,395 | 160,395 | 96.9% |
| 2013 | 207,996 | 18,542 | 181,104 | 199,646 | 96.0% |
| 2014 | 231,491 | 34,505 | 185,517 | 220,022 | 95.0% |
| 2015 | 326,505 | 32,653 | 274,414 | 307,067 | 94.0% |
| 2016 | 524,410 | 70,391 | 430,549 | 500,940 | 95.5% |
| 2017 | 264,352 | 70,336 | 177,322 | 247,658 | 93.7% |
| 2018 | 345,620 | 129,104 | 198,400 | 327,504 | 94.8% |
| 2019 | 383,304 | 161,726 | 204,135 | 365,861 | 95.4% |
| 2020 | 540,639 | 241,261 | 271,839 | 513,100 | 94.9% |
| **Total** | **3,768,506** | **758,518** | **2,834,701** | **3,593,219** | **95.3%** |

*Table N-09:  Pending NFA Applications Received by Form Type 2010 – 2021*

| Year | Form 1 | Form 2 | Form 3 | Form 4 | Form 5 | Form 9 | Form 10 | Form 5320.20 | Total |
|------|--------|--------|--------|--------|--------|--------|---------|--------------|-------|
| 2010 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2011 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2012 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| 2013 | 0 | 4 | 4 | 1 | 1 | 0 | 0 | 1 | 11 |
| 2014 | 3 | 34 | 80 | 5 | 49 | 0 | 18 | 76 | 265 |
| 2015 | 2 | 28 | 37 | 16 | 53 | 0 | 6 | 6 | 148 |
| 2016 | 3 | 11 | 57 | 17 | 20 | 1 | 12 | 11 | 132 |
| 2017 | 9 | 23 | 63 | 20 | 55 | 1 | 6 | 52 | 229 |
| 2018 | 13 | 14 | 13 | 9 | 19 | 1 | 2 | 30 | 101 |
| 2019 | 11 | 0 | 3 | 8 | 10 | 0 | 1 | 17 | 50 |
| 2020 | 6 | 1 | 4 | 19 | 3 | 0 | 4 | 8 | 45 |
| 2021 | 484 | 11 | 4 | 193,786 | 48 | 0 | 11 | 2 | 194,346 |
| **Total** | **531** | **126** | **265** | **193,881** | **259** | **3** | **60** | **203** | **195,328** |

*Table N-10:  NFA Applications Received and Associated Weapons by Form Type, 2016 – 2020*

| Year / Application Received / Associated Weapons | Form 1 | Form 2 | Form 3 | Form 4 | Form 5 | Form 9 | Form 10 | Form 5320.20 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **2016** | | | | | | | | | |
| Application Received | 73,911 | 15,926 | 172,063 | 237,567 | 12,608 | 1,439 | 847 | 11,222 | **525,583** |
| Associated Weapons | 73,792 | 1,013,676 | 534,937 | 237,295 | 146,302 | 539,158 | 3,052 | 22,631 | **2,570,843** |
| **2017** | | | | | | | | | |
| Application Received | 13,215 | 12,882 | 102,474 | 112,018 | 12,710 | 1,786 | 647 | 12,857 | **268,589** |
| Associated Weapons | 13,164 | 474,681 | 314,690 | 111,985 | 162,856 | 221,294 | 1,666 | 27,674 | **1,328,010** |
| **2018** | | | | | | | | | |
| Application Received | 17,855 | 13,643 | 125,478 | 164,402 | 12,668 | 1,768 | 355 | 14,760 | **350,929** |
| Associated Weapons | 17,838 | 558,432 | 358,979 | 164,279 | 164,810 | 328,919 | 1,031 | 30,195 | **1,624,483** |
| **2019** | | | | | | | | | |
| Application Received | 25,109 | 14,567 | 135,632 | 179,973 | 15,205 | 1,972 | 326 | 15,281 | **388,065** |
| Associated Weapons | 25,557 | 823,232 | 367,085 | 179,834 | 236,028 | 400,265 | 1,044 | 31,554 | **2,064,599** |
| **2020** | | | | | | | | | |
| Application Received | 45,205 | 15,996 | 203,527 | 251,936 | 14,352 | 2,571 | 429 | 17,058 | **551,074** |
| Associated Weapons | 45,197 | 880,261 | 637,223 | 251,851 | 270,006 | 365,827 | 1,723 | 34,945 | **2,487,033** |
| **Total (2016 - 2020)** | | | | | | | | | |
| Application Received | **175,295** | **73,014** | **739,174** | **945,896** | **67,543** | **9,536** | **2,604** | **71,178** | **2,084,240** |
| Associated Weapons | **175,548** | **3,750,282** | **2,212,914** | **945,244** | **980,002** | **1,855,463** | **8,516** | **146,999** | **10,074,968** |

Compendium_Klarevas
Page 316

*Table N-11:  Total Number of Weapons Listed on NFA Applications Received by Weapon Type, 2016 – 2020*

| Year | AOW | Destructive Device | Machinegun | Silencer | SBR | SBS | Total |
|---|---|---|---|---|---|---|---|
| 2016 | 5,052 | 1,078,364 | 229,101 | 1,100,778 | 144,651 | 12,897 | **2,570,843** |
| 2017 | 4,245 | 421,716 | 268,960 | 525,243 | 99,392 | 8,454 | **1,328,010** |
| 2018 | 3,442 | 672,924 | 225,592 | 613,335 | 99,519 | 9,671 | **1,624,483** |
| 2019 | 7,383 | 869,767 | 338,470 | 745,303 | 95,234 | 8,442 | **2,064,599** |
| 2020 | 10,162 | 849,106 | 271,680 | 1,228,828 | 116,498 | 10,759 | **2,487,033** |
| **Total** | **30,284** | **3,891,877** | **1,333,803** | **4,213,487** | **555,294** | **50,223** | **10,074,968** |
| **% Total** | **0.3%** | **38.6%** | **13.2%** | **41.8%** | **5.5%** | **0.5%** | **100.0%** |

*Table N-12:  Total Number of Weapons Listed by Form and Weapon Type, 2016 – 2020*

| Year /<br>Form Type | AOW | Destructive<br>Device | Machinegun | Silencer | SBR | SBS | Total |
|---|---|---|---|---|---|---|---|
| **2016** | | | | | | | |
| Form 1 | 91 | 182 | 38 | 7,830 | 63,660 | 1,991 | **73,792** |
| Form 2 | 1,572 | 537,696 | 96,847 | 346,011 | 27,680 | 3,870 | **1,013,676** |
| Form 3 | 1,690 | 9,139 | 7,280 | 495,435 | 19,417 | 1,976 | **534,937** |
| Form 4 | 1,252 | 357 | 7,622 | 215,117 | 11,828 | 1,119 | **237,295** |
| Form 5 | 137 | 99,084 | 21,116 | 14,682 | 8,445 | 2,838 | **146,302** |
| Form 9 | 66 | 431,682 | 89,333 | 14,480 | 3,237 | 360 | **539,158** |
| Form 10 | 2 | 7 | 2,698 | 80 | 110 | 155 | **3,052** |
| Form 5320.20 | 242 | 217 | 4,167 | 7,143 | 10,274 | 588 | **22,631** |
| **Subtotal** | **5,052** | **1,078,364** | **229,101** | **1,100,778** | **144,651** | **12,897** | **2,570,843** |
| **2017** | | | | | | | |
| Form 1 | 36 | 86 | 59 | 696 | 11,941 | 346 | **13,164** |
| Form 2 | 1,205 | 209,928 | 99,119 | 131,150 | 30,219 | 3,060 | **474,681** |
| Form 3 | 1,609 | 4,947 | 33,653 | 256,779 | 16,314 | 1,388 | **314,690** |
| Form 4 | 836 | 220 | 5,313 | 98,427 | 6,532 | 657 | **111,985** |
| Form 5 | 182 | 97,144 | 32,702 | 18,386 | 12,721 | 1,721 | **162,856** |
| Form 9 | 147 | 109,184 | 92,264 | 10,434 | 8,745 | 520 | **221,294** |
| Form 10 | 19 | 14 | 1,320 | 54 | 155 | 104 | **1,666** |
| Form 5320.20 | 211 | 193 | 4,530 | 9,317 | 12,765 | 658 | **27,674** |
| **Subtotal** | **4,245** | **421,716** | **268,960** | **525,243** | **99,392** | **8,454** | **1,328,010** |
| **2018** | | | | | | | |
| Form 1 | 45 | 161 | 28 | 1,532 | 15,461 | 611 | **17,838** |
| Form 2 | 740 | 323,201 | 88,392 | 116,854 | 26,501 | 2,744 | **558,432** |
| Form 3 | 1,020 | 22,932 | 9,405 | 310,487 | 13,409 | 1,726 | **358,979** |
| Form 4 | 794 | 241 | 5,383 | 150,184 | 6,950 | 727 | **164,279** |
| Form 5 | 523 | 87,196 | 45,775 | 14,925 | 13,640 | 2,751 | **164,810** |
| Form 9 | 67 | 238,944 | 71,188 | 8,334 | 10,146 | 240 | **328,919** |
| Form 10 | 1 | 32 | 807 | 20 | 111 | 60 | **1,031** |
| Form 5320.20 | 252 | 217 | 4,613 | 10,999 | 13,302 | 812 | **30,195** |
| **Subtotal** | **3,442** | **672,924** | **225,591** | **613,335** | **99,520** | **9,671** | **1,624,483** |
| **2019** | | | | | | | |
| Form 1 | 58 | 579 | 52 | 5,205 | 18,882 | 781 | **25,557** |
| Form 2 | 2,964 | 447,342 | 166,640 | 179,542 | 24,451 | 2,293 | **823,232** |
| Form 3 | 1,416 | 10,622 | 11,218 | 332,229 | 10,267 | 1,333 | **367,085** |
| Form 4 | 631 | 225 | 5,286 | 167,762 | 5,291 | 639 | **179,834** |
| Form 5 | 1,215 | 156,269 | 31,140 | 29,851 | 15,230 | 2,323 | **236,028** |
| Form 9 | 806 | 254,223 | 118,810 | 18,569 | 7,517 | 340 | **400,265** |
| Form 10 | 8 | 32 | 849 | 24 | 121 | 10 | **1,044** |
| Form 5320.20 | 285 | 475 | 4,475 | 12,121 | 13,475 | 723 | **31,554** |
| **Subtotal** | **7,383** | **869,767** | **338,470** | **745,303** | **95,234** | **8,442** | **2,064,599** |
| **2020** | | | | | | | |
| Form 1 | 155 | 573 | 34 | 14,702 | 28,350 | 1,383 | **45,197** |
| Form 2 | 4,098 | 398,265 | 121,065 | 328,473 | 26,807 | 1,553 | **880,261** |
| Form 3 | 1,401 | 18,811 | 10,299 | 587,875 | 15,412 | 3,425 | **637,223** |
| Form 4 | 772 | 220 | 5,256 | 237,350 | 7,010 | 1,243 | **251,851** |
| Form 5 | 2,213 | 194,097 | 20,618 | 36,118 | 15,190 | 1,770 | **270,006** |
| Form 9 | 1,300 | 236,784 | 108,716 | 9,522 | 9,235 | 270 | **365,827** |

| Year / Form Type | AOW | Destructive Device | Machinegun | Silencer | SBR | SBS | Total |
|---|---|---|---|---|---|---|---|
| Form 10 | 4 | 37 | 1,160 | 26 | 81 | 415 | 1,723 |
| Form 5320.20 | 219 | 319 | 4,532 | 14,762 | 14,413 | 700 | 34,945 |
| Subtotal | 10,162 | 849,106 | 271,680 | 1,228,828 | 116,498 | 10,759 | 2,487,033 |
| | | | | | | | |
| Total (2016-2020) | | | | | | | |
| Form 1 | 385 | 1,581 | 211 | 29,965 | 138,294 | 5,112 | 175,548 |
| Form 2 | 10,579 | 1,916,432 | 572,063 | 1,102,030 | 135,658 | 13,520 | 3,750,282 |
| Form 3 | 7,136 | 66,451 | 71,855 | 1,982,805 | 74,819 | 9,848 | 2,212,914 |
| Form 4 | 4,285 | 1,263 | 28,860 | 868,840 | 37,611 | 4,385 | 945,244 |
| Form 5 | 4,270 | 633,790 | 151,351 | 113,962 | 65,226 | 11,403 | 980,002 |
| Form 9 | 2,386 | 1,270,817 | 480,311 | 61,339 | 38,880 | 1,730 | 1,855,463 |
| Form 10 | 34 | 122 | 6,834 | 204 | 578 | 744 | 8,516 |
| Form 5320.20 | 1,209 | 1,421 | 22,317 | 54,342 | 64,229 | 3,481 | 146,999 |
| Total | 30,284 | 3,891,877 | 1,333,802 | 4,213,487 | 555,295 | 50,223 | 10,074,968 |

5/5/22

*Table N-13:  Total Number of SOT Payers by Tax Class and Year, 2016 – 2020*

| Tax Year | Class 1 - Importers | Class 2 - Manufacturers | Class 3 - Dealers | Total |
|---|---|---|---|---|
| 2016 | 424 | 4,543 | 5,546 | 10,513 |
| 2017 | 439 | 5,078 | 6,252 | 11,769 |
| 2018 | 438 | 5,402 | 6,620 | 12,460 |
| 2019 | 470 | 5,716 | 7,806 | 13,992 |
| 2020 | 476 | 6,310 | 10,537 | 17,323 |
| **Total** | **2,247** | **27,049** | **36,761** | **66,057** |

*Table N-14: SOT Payers by State and Tax Class, 2020*

| State | Class 1 - Importers | Class 2 - Manufacturers | Class 3 - Dealers | Total | % Total |
|-------|--------:|--------:|--------:|--------:|--------:|
| Alabama | 26 | 118 | 272 | 416 | 2.6% |
| Alaska | 1 | 33 | 112 | 146 | 1.1% |
| Arizona | 30 | 407 | 276 | 713 | 2.6% |
| Arkansas | 15 | 132 | 168 | 315 | 1.6% |
| California | 14 | 122 | 86 | 222 | 0.8% |
| Colorado | 6 | 157 | 343 | 506 | 3.3% |
| Connecticut | 3 | 88 | 114 | 205 | 1.1% |
| Delaware | 0 | 0 | 3 | 3 | 0.0% |
| District of Columbia | 1 | 0 | 0 | 1 | 0.0% |
| Florida | 66 | 462 | 595 | 1,123 | 5.6% |
| Georgia | 13 | 203 | 380 | 596 | 3.6% |
| Hawaii | 0 | 0 | 1 | 1 | 0.0% |
| Idaho | 2 | 130 | 155 | 287 | 1.5% |
| Illinois | 11 | 96 | 37 | 144 | 0.4% |
| Indiana | 6 | 103 | 310 | 419 | 2.9% |
| Iowa | 1 | 65 | 226 | 292 | 2.1% |
| Kansas | 4 | 80 | 268 | 352 | 2.5% |
| Kentucky | 18 | 95 | 254 | 367 | 2.4% |
| Louisiana | 2 | 85 | 220 | 307 | 2.1% |
| Maine | 3 | 48 | 95 | 146 | 0.9% |
| Maryland | 8 | 77 | 152 | 237 | 1.4% |
| Massachusetts | 5 | 118 | 27 | 150 | 0.3% |
| Michigan | 12 | 134 | 300 | 446 | 2.8% |
| Minnesota | 13 | 109 | 228 | 350 | 2.2% |
| Mississippi | 11 | 77 | 172 | 260 | 1.6% |
| Missouri | 15 | 147 | 255 | 417 | 2.4% |
| Montana | 4 | 72 | 148 | 224 | 1.4% |
| Nebraska | 0 | 33 | 132 | 165 | 1.3% |
| Nevada | 12 | 173 | 135 | 320 | 1.3% |
| New Hampshire | 6 | 101 | 121 | 228 | 1.1% |
| New Jersey | 1 | 7 | 21 | 29 | 0.2% |
| New Mexico | 10 | 70 | 133 | 213 | 1.3% |
| New York | 4 | 91 | 19 | 114 | 0.2% |
| North Carolina | 2 | 231 | 407 | 640 | 3.9% |
| North Dakota | 1 | 14 | 119 | 134 | 1.1% |
| Ohio | 6 | 239 | 379 | 624 | 3.6% |
| Oklahoma | 1 | 138 | 211 | 350 | 2.0% |
| Oregon | 1 | 110 | 210 | 321 | 2.0% |
| Pennsylvania | 17 | 210 | 457 | 684 | 4.3% |
| Rhode Island | 1 | 0 | 1 | 2 | 0.0% |
| South Carolina | 10 | 109 | 236 | 355 | 2.2% |
| South Dakota | 0 | 31 | 131 | 162 | 1.2% |
| Tennessee | 6 | 131 | 321 | 458 | 3.0% |
| Texas | 39 | 748 | 1,035 | 1,822 | 9.8% |
| Utah | 5 | 148 | 151 | 304 | 1.4% |
| Vermont | 4 | 26 | 71 | 101 | 0.7% |
| Virginia | 45 | 197 | 363 | 605 | 3.4% |
| Washington | 5 | 140 | 176 | 321 | 1.7% |
| West Virginia | 7 | 43 | 140 | 190 | 1.3% |
| Wisconsin | 1 | 115 | 252 | 368 | 2.4% |
| Wyoming | 2 | 47 | 119 | 168 | 1.1% |
| **Total** | **476** | **6,310** | **10,537** | **17,323** | **100.0%** |

# APPENDIX IL – FFL INVENTORY LOSSES

*Table IL-01:  Total FFL Thefts and Loss Incident Reports with Associated Firearms by Theft/Loss Type, 2016 – 2020 (Excludes Type 03 and Type 06 FFLs)*

| Annual Reporting | Burglary | % Annual Total | Robbery | % Annual Total | Larceny | % Annual Total | Inventory Losses | % Annual Total | Total |
|---|---|---|---|---|---|---|---|---|---|
| **2016** | | | | | | | | | |
| # of Incidents | 577 | 22.5% | 33 | 1.3% | 686 | 26.7% | 1,274 | 49.6% | **2,570** |
| # of Associated Firearms | 7,531 | 40.5% | 369 | 2.0% | 1,421 | 7.6% | 9,290 | 49.9% | **18,611** |
| **2017** | | | | | | | | | |
| # of Incidents | 589 | 22.8% | 33 | 1.3% | 686 | 26.5% | 1,277 | 49.4% | **2,585** |
| # of Associated Firearms | 7,867 | 35.7% | 285 | 1.3% | 1,412 | 6.4% | 12,452 | 56.6% | **22,016** |
| **2018** | | | | | | | | | |
| # of Incidents | 431 | 18.6% | 36 | 1.6% | 660 | 28.5% | 1,191 | 51.4% | **2,318** |
| # of Associated Firearms | 5,510 | 29.8% | 329 | 1.8% | 1,474 | 8.0% | 11,181 | 60.5% | **18,494** |
| **2019** | | | | | | | | | |
| # of Incidents | 346 | 15.1% | 26 | 1.1% | 565 | 24.7% | 1,354 | 59.1% | **2,291** |
| # of Associated Firearms | 4,506 | 35.2% | 202 | 1.6% | 1,006 | 7.9% | 7,091 | 55.4% | **12,805** |
| **2020** | | | | | | | | | |
| # of Incidents | 494 | 24.1% | 22 | 1.1% | 582 | 28.3% | 956 | 46.5% | **2,054** |
| # of Associated Firearms | 6,006 | 47.8% | 310 | 2.5% | 919 | 7.3% | 5,332 | 42.4% | **12,567** |
| **Total (2016 - 2020)** | | | | | | | | | |
| **# of Incidents** | **2,437** | **20.6%** | **150** | **1.3%** | **3,179** | **26.9%** | **6,052** | **51.2%** | **11,818** |
| **# of Associated Firearms** | **31,420** | **37.2%** | **1,495** | **1.8%** | **6,232** | **7.4%** | **45,346** | **53.7%** | **84,493** |

*Table IL-06:  Firearm Loss Incident Reports and Annual Frequency Rates by State/Territory, 2016 – 2020*

| State/ Territory | # of Loss Incidents | % Total Loss Incidents | Avg # of Loss Incidents per Year | # of Firearms Involved | % Total Firearms Involved | Avg # of Firearms Involved per Year | Avg # of Active FFLs per Year | Annual Frequency Rate (# of FFLs per Reported Loss Incident) |
|---|---|---|---|---|---|---|---|---|
| AK | 37 | 0.6% | 7.4 | 499 | 1.1% | 99.8 | 740 | 100:1 |
| AL | 164 | 2.7% | 32.8 | 1,216 | 2.7% | 243.2 | 1,665 | 51:1 |
| AR | 98 | 1.6% | 19.6 | 556 | 1.2% | 111.2 | 1,705 | 87:1 |
| AZ | 192 | 3.2% | 38.4 | 1,203 | 2.7% | 240.6 | 2,561 | 67:1 |
| CA | 175 | 2.9% | 35.0 | 2,105 | 4.6% | 421.0 | 3,184 | 91:1 |
| CO | 103 | 1.7% | 20.6 | 954 | 2.1% | 190.8 | 2,312 | 112:1 |
| CT | 43 | 0.7% | 8.6 | 1,742 | 3.8% | 348.4 | 702 | 82:1 |
| DC | 0 | 0.0% | 0.0 | 0 | 0.0% | 0.0 | 9 | 0 |
| DE | 9 | 0.1% | 1.8 | 28 | 0.1% | 5.6 | 151 | 84:1 |
| FL | 463 | 7.7% | 92.6 | 2,765 | 6.1% | 553.0 | 4,480 | 48:1 |
| GA | 271 | 4.5% | 54.2 | 1,392 | 3.1% | 278.4 | 2,583 | 48:1 |
| GU | 0 | 0.0% | 0.0 | 0 | 0.0% | 0.0 | 19 | 0 |
| HI | 9 | 0.1% | 1.8 | 21 | 0.0% | 4.2 | 129 | 72:1 |
| IA | 69 | 1.1% | 13.8 | 1,002 | 2.2% | 200.4 | 1,615 | 117:1 |
| ID | 63 | 1.0% | 12.6 | 333 | 0.7% | 66.6 | 1,284 | 102:1 |
| IL | 127 | 2.1% | 25.4 | 526 | 1.2% | 105.2 | 2,516 | 99:1 |
| IN | 119 | 2.0% | 23.8 | 583 | 1.3% | 116.6 | 1,865 | 78:1 |
| KS | 85 | 1.4% | 17.0 | 579 | 1.3% | 115.8 | 1,426 | 84:1 |
| KY | 155 | 2.6% | 31.0 | 1,964 | 4.3% | 392.8 | 1,867 | 60:1 |
| LA | 152 | 2.5% | 30.4 | 1,646 | 3.6% | 329.2 | 1,580 | 52:1 |
| MA | 52 | 0.9% | 10.4 | 592 | 1.3% | 118.4 | 659 | 63:1 |
| MD | 133 | 2.2% | 26.6 | 662 | 1.5% | 132.4 | 786 | 30:1 |
| ME | 35 | 0.6% | 7.0 | 289 | 0.6% | 57.8 | 670 | 96:1 |
| MI | 89 | 1.5% | 17.8 | 554 | 1.2% | 110.8 | 2,702 | 152:1 |
| MN | 74 | 1.2% | 14.8 | 323 | 0.7% | 64.6 | 1,798 | 121:1 |
| MO | 199 | 3.3% | 39.8 | 696 | 1.5% | 139.2 | 2,897 | 73:1 |
| MP | 1 | 0.0% | 0.2 | 1 | 0.0% | 0.2 | 3 | 14:1 |
| MS | 110 | 1.8% | 22.0 | 481 | 1.1% | 96.2 | 1,236 | 56:1 |
| MT | 67 | 1.1% | 13.4 | 450 | 1.0% | 90.0 | 1,341 | 100:1 |
| NC | 281 | 4.6% | 56.2 | 1,178 | 2.6% | 235.6 | 3,223 | 57:1 |
| ND | 21 | 0.3% | 4.2 | 190 | 0.4% | 38.0 | 545 | 130:1 |
| NE | 38 | 0.6% | 7.6 | 314 | 0.7% | 62.8 | 892 | 117:1 |
| NH | 74 | 1.2% | 14.8 | 329 | 0.7% | 65.8 | 649 | 44:1 |
| NJ | 12 | 0.2% | 2.4 | 31 | 0.1% | 6.2 | 421 | 176:1 |
| NM | 70 | 1.2% | 14.0 | 237 | 0.5% | 47.4 | 818 | 58:1 |
| NV | 67 | 1.1% | 13.4 | 555 | 1.2% | 111.0 | 860 | 64:1 |
| NY | 81 | 1.3% | 16.2 | 1,158 | 2.6% | 231.6 | 2,170 | 134:1 |
| OH | 271 | 4.5% | 54.2 | 2,157 | 4.8% | 431.4 | 3,222 | 59:1 |
| OK | 117 | 1.9% | 23.4 | 689 | 1.5% | 137.8 | 1,951 | 83:1 |
| OR | 125 | 2.1% | 25.0 | 4,053 | 8.9% | 810.6 | 1,791 | 72:1 |
| PA | 165 | 2.7% | 33.0 | 788 | 1.7% | 157.6 | 3,251 | 99:1 |
| PR | 3 | 0.0% | 0.6 | 10 | 0.0% | 2.0 | 68 | 114:1 |
| RI | 9 | 0.1% | 1.8 | 35 | 0.1% | 7.0 | 126 | 70:1 |
| SC | 149 | 2.5% | 29.8 | 821 | 1.8% | 164.2 | 1,486 | 50:1 |
| SD | 39 | 0.6% | 7.8 | 432 | 1.0% | 86.4 | 668 | 86:1 |
| TN | 211 | 3.5% | 42.2 | 1,219 | 2.7% | 243.8 | 2,093 | 50:1 |
| TX | 549 | 9.1% | 109.8 | 2,227 | 4.9% | 445.4 | 8,724 | 79:1 |
| UT | 144 | 2.4% | 28.8 | 1,151 | 2.5% | 230.2 | 1,285 | 45:1 |
| VA | 187 | 3.1% | 37.4 | 1,763 | 3.9% | 352.6 | 2,268 | 61:1 |

| State/ Territory | # of Loss Incidents | % Total Loss Incidents | Avg # of Loss Incidents per Year | # of Firearms Involved | % Total Firearms Involved | Avg # of Firearms Involved per Year | Avg # of Active FFLs per Year | Annual Frequency Rate (# of FFLs per Reported Loss Incident) |
|---|---|---|---|---|---|---|---|---|
| VI | 2 | 0.0% | 0.4 | 3 | 0.0% | 0.6 | 12 | 30:1 |
| VT | 28 | 0.5% | 5.6 | 328 | 0.7% | 65.6 | 391 | 70:1 |
| WA | 110 | 1.8% | 22.0 | 1,014 | 2.2% | 202.8 | 1,623 | 74:1 |
| WI | 87 | 1.4% | 17.4 | 737 | 1.6% | 147.4 | 1,942 | 112:1 |
| WV | 85 | 1.4% | 17.0 | 425 | 0.9% | 85.0 | 1,165 | 69:1 |
| WY | 33 | 0.5% | 6.6 | 340 | 0.7% | 68.0 | 792 | 120:1 |
| **Total** | **6,052** | **100.0%** | **1210.4** | **45,346** | **100.0%** | **9069.2** | **86,920** | **72:1** |

Compendium_Klarevas
Page 324

*Table IL-07:  Reported Missing Firearms by Weapon Type, 2016 – 2020*

| Weapon Type | 2016 | % Total | 2017 | % Total | 2018 | % Total | 2019 | % Total | 2020 | % Total | Total | % Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rifle | 2,822 | 30.4% | 4,270 | 34.3% | 3,573 | 32.0% | 2,019 | 28.5% | 1,487 | 27.9% | 14,171 | 31.3% |
| Pistol | 2,875 | 30.9% | 3,084 | 24.8% | 3,591 | 32.1% | 2,382 | 33.6% | 1,886 | 35.4% | 13,818 | 30.5% |
| Shotgun | 1,114 | 12.0% | 1,604 | 12.9% | 1,629 | 14.6% | 880 | 12.4% | 683 | 12.8% | 5,910 | 13.0% |
| Receiver/Frame | 1,245 | 13.4% | 1,688 | 13.6% | 1,103 | 9.9% | 905 | 12.8% | 559 | 10.5% | 5,500 | 12.1% |
| Revolver | 951 | 10.2% | 1,211 | 9.7% | 1,021 | 9.1% | 692 | 9.8% | 518 | 9.7% | 4,393 | 9.7% |
| Silencer | 178 | 1.9% | 117 | 0.9% | 120 | 1.1% | 133 | 1.9% | 129 | 2.4% | 677 | 1.5% |
| Machinegun | 13 | 0.1% | 318 | 2.6% | 4 | 0.0% | 28 | 0.4% | 14 | 0.3% | 377 | 0.8% |
| Derringer | 52 | 0.6% | 91 | 0.7% | 45 | 0.4% | 31 | 0.4% | 17 | 0.3% | 236 | 0.5% |
| Unknown Type | 25 | 0.3% | 40 | 0.3% | 25 | 0.2% | 16 | 0.2% | 29 | 0.5% | 135 | 0.3% |
| Destructive Device | 4 | 0.0% | 14 | 0.1% | 53 | 0.5% | 1 | 0.0% | 3 | 0.1% | 75 | 0.2% |
| Combination Gun | 10 | 0.1% | 14 | 0.1% | 17 | 0.2% | 4 | 0.1% | 3 | 0.1% | 48 | 0.1% |
| Any Other Weapon | 1 | 0.0% | 1 | 0.0% | | 0.0% | | 0.0% | 3 | 0.1% | 5 | 0.0% |
| Tear Gas Launcher | | 0.0% | | 0.0% | | 0.0% | | 0.0% | 1 | 0.0% | 1 | 0.0% |
| **Total** | **9,290** | **100.0%** | **12,452** | **100.0%** | **11,181** | **100.0%** | **7,091** | **100.0%** | **5,332** | **100.0%** | **45,346** | **100.0%** |

*Table IL-08:  Firearm Recoveries Associated with a Reported FFL Loss Incident, 2016 – 2020*

| State/ Territory | # Firearms Recovered by Law Enforcement | Average TTR (Days) by Law Enforcement | # Firearms Recovered by Other Means | Average TTR (Days) by Other Means | Total |
|---|---|---|---|---|---|
| AK | 2 | | | | 2 |
| AL | 27 | 489 | | | 27 |
| AR | 11 | 423 | | | 11 |
| AZ | 19 | 370 | | | 19 |
| CA | 52 | 469 | | | 52 |
| CO | 16 | 376 | | | 16 |
| CT | 5 | 36 | | | 5 |
| DC | 13 | 396 | | | 13 |
| FL | 50 | 482 | 1 | 264 | 51 |
| GA | 41 | 460 | | | 41 |
| IA | 11 | 555 | | | 11 |
| ID | 4 | 823 | | | 4 |
| IL | 27 | 704 | | | 27 |
| IN | 11 | 233 | 1 | 24 | 12 |
| KS | 11 | 421 | | | 11 |
| KY | 104 | 127 | | | 104 |
| LA | 24 | 641 | | | 24 |
| MA | 6 | 366 | | | 6 |
| MD | 16 | 539 | | | 16 |
| ME | 1 | | | | 1 |
| MI | 7 | 431 | | | 7 |
| MN | 8 | 423 | | | 8 |
| MO | 23 | 307 | | | 23 |
| MS | 11 | 546 | | | 11 |
| MT | 4 | 181 | | | 4 |
| NC | 24 | 279 | 2 | | 26 |
| ND | 4 | | | | 4 |
| NE | 4 | 437 | | | 4 |
| NJ | 7 | 662 | | | 7 |
| NM | 7 | 387 | | | 7 |
| NV | 18 | 619 | | | 18 |
| NY | 7 | 793 | | | 7 |
| OH | 23 | 330 | | | 23 |
| OK | 6 | 266 | | | 6 |
| OR | 18 | 574 | | | 18 |
| PA | 12 | 428 | | | 12 |
| PR | 4 | 532 | | | 4 |
| RI | 1 | | | | 1 |
| SC | 24 | 639 | | | 24 |
| SD | 7 | 133 | | | 7 |
| TN | 33 | 297 | 2 | 299 | 35 |
| TX | 56 | 451 | | | 56 |
| UT | 11 | 557 | | | 11 |
| VA | 19 | 211 | | | 19 |
| VI | 1 | | | | 1 |
| WA | 9 | 478 | | | 9 |
| WI | 12 | 489 | | | 12 |
| WV | 2 | | | | 2 |

| State/Territory | # Firearms Recovered by Law Enforcement | Average TTR (Days) by Law Enforcement | # Firearms Recovered by Other Means | Average TTR (Days) by Other Means | Total |
|---|---|---|---|---|---|
| Foreign Recovery | 21 | 534 | | | 21 |
| (blank) | 53 | 258 | 317 | 163 | 370 |
| **Total** | **887** | **388** | **323** | **164** | **1,210** |

Compendium_Klarevas
Page 327



***Table IL-09: Firearm Recoveries Associated with a Reported FFL Loss Incident – Recovery vs. Loss Location[130], 2016 – 2020***

| Recovery State | | AK | AL | AR | AZ | CA | CO | CT | DC | FL | GA | IA | ID | IL | IN | KS | KY | LA | MA | MD | ME | MI | MN | MO | MS | MT | NC | ND | NE | NJ | NH | NM | NV | NY | OH | OK | OR | PA | PR | RI | SC | SD | TN | TX | UT | VA | VI | VT | WA | WI | WV | WY | XX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| AK | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 |
| AL | | | 23 | | | | | | | | 3 | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | 27 |
| AR | | | | 11 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 11 |
| AZ | | | 1 | | 14 | 1 | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | 1 | | | | | | | 1 | | | | | | | | | 19 |
| BC | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| BJ | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | 2 |
| CA | 1 | | | 1 | 6 | 12 | | | | | 1 | 1 | 1 | 1 | | | 1 | | | | | | | 1 | | 1 | | | | | 1 | 2 | 11 | | | 1 | 2 | | | | 1 | 1 | | 3 | 2 | | | | 1 | | | | | 52 |
| CH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 | | | | | | | | | | | | | | | | | | | | | | 2 |
| CO | | | | | | 1 | 11 | | | | | | | 1 | | | | | | | | | | | | | | | | | | | 1 | | | 1 | | | | | | | | | | | | | | | | 1 | | 16 |
| CT | | | | | | | | 3 | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | 5 |
| DC | | | | | | | | | 1 | | 1 | | | | | 1 | | | | | | | | | 1 | | 1 | | | | | | | | | | | | | | | | | | | 8 | | | | | | | | 13 |
| FL | | | | | 1 | | | | | 41 | | | 1 | | | 1 | 1 | | 1 | | | | | | | | 1 | | | | | | | 2 | | | | 1 | | | | | | | | | | 1 | | | | | | 51 |
| GA | | | 1 | | | | 1 | 1 | | 2 | 29 | | | | 1 | | | 1 | | | | | | | | | 2 | | | | | | | | | | | | | | 1 | | | | | | | | | | 2 | | | 41 |
| IA | | | | | | | | | | | | 9 | | | | | | | | | | 1 | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | 11 |
| ID | | | | | | | | | | | | | 4 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 4 |
| IL | | | 1 | | | | | | | | 3 | 1 | | 10 | 5 | | 2 | | | | | | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | 3 | | | | 27 |
| IN | | | | | | | | | | | 1 | | | | 7 | | 1 | | | | | | | 1 | 1 | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | 12 |
| JL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | 1 | | | | | 2 |
| KS | | | | | | | | | | | | | | | | 6 | 1 | | | | | | | | 2 | | | | | | | | 2 | | | | | | | | | | | | | | | | | | | | | 11 |
| KY | | | 1 | | | | | | | | | | | | 1 | | 99 | | | | | | 1 | | | | | | | | | | | | | | | | | | | | 2 | | | | | | | | | | | 104 |
| LA | 2 | | 1 | | | | | | | | | | | | | | 2 | 12 | | | | | 1 | 2 | | | | | | | | | | | | | | | | | 1 | | | 2 | 1 | | | | | | | | | 24 |
| MA | | | | | | | | | | | | | | | | | | | 2 | | | | | | | | | | | | 2 | | | | 1 | | | | | | | | | 1 | | | | | | | | | | 6 |
| MC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 | | | | | | | | | | 2 |
| MD | | | 2 | | | | | | | | 3 | | | | | | 1 | | | 6 | | | | | | | 1 | | | | | | | | | | | | | | 1 | | | | | 2 | | | | | | | | 16 |
| ME | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| MI | | | 1 | | | | | | | | | | | | | | 3 | | | | | 3 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 7 |
| MN | | | | | | | | | | 1 | | | | | | | | | | | | | 5 | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | 1 | | | | 8 |
| MO | | | | | | | | | | | | | | 1 | | 1 | | | | | | | | 19 | | | | | | | | | 1 | | | | | 1 | | | | | | | | | | | | | | | | 23 |
| MS | | | | | | | | | | | | | | | | | | 1 | | | | | | | 9 | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | 11 |
| MT | | | | | | | | | | | | | | | | | | | | | | | | | | 4 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 4 |
| NC | | | | | | | | | | | 1 | | | | | | 2 | | | | 1 | | | | | | 17 | | | | | | | | | | | | | | 3 | | 1 | | | 1 | | | | | | | | 26 |
| ND | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | 2 | | | | | | | | | | | | | | 1 | | | | | | | | | | | | 4 |
| NE | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | 2 | | | | | | | | | | | | | | | 1 | | | | | | | | | | 4 |
| NH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NJ | 3 | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | 1 | 1 | | | | | | | | 1 | | | | | | | | 7 |
| NM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 7 | | | | | | | | | | | | | | | | | | | | | | 7 |
| NV | 1 | | 1 | | | | 1 | | | 1 | | | | | | | | | | | | | | | | | | 1 | | | | | 9 | | 1 | | | | | | | | | | 2 | | | | | | | 1 | | 18 |
| NY | | | | | | | | | | | 1 | | | | | | | | | | 1 | | | | | | | | | | | | | 4 | | | | | | | | | | | | | | | | | 1 | | | 7 |
| OH | 1 | | | | | | | | | | | | | | | | 2 | 1 | | | | | | | | | | | | | | | | | 19 | | | | | | | | | | | | | | | | | | | 23 |
| OK | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | 4 | | | | | | | | 1 | | | | | | | | | | 6 |
| ON | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| OR | | | | | | | | | | 1 | | 1 | | 1 | | | | | | | | | | | | 2 | | | | | | | 1 | | | | 11 | | | | | | | | | | | | 1 | | | | | 18 |
| PA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 12 | | | | | | | | | | | | | | | | 12 |
| PR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 3 | | | | | | | | | | 1 | | | | | 4 |
| RI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | 1 |
| SC | | | | | | | | | | 1 | | | 1 | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | 20 | | 1 | | | | | | | | | | | 24 |
| SD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | 6 | | | | | | | | | | | | 7 |
| SO | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| TM | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | 3 | | | | | | | | | | 4 |
| TN | 2 | | | | | | | | | | 4 | | | | | | 4 | | | | | | | | 2 | | | | | | | | | | | 1 | | | | | | | 22 | | | | | | | | | | | 35 |
| TX | 2 | | | 1 | | | | | | | | 1 | | | | | 3 | 1 | | | | | | 1 | | | | | | | | | | | | 1 | | | | | | | 1 | 43 | | | | | 1 | 1 | | | | 56 |
| UT | | | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | 1 | | 1 | | | | | | 1 | | 5 | | | | | | | | | 11 |
| VA | | | | | | | | | | | 1 | | | | | | | | | | | 1 | | | | | 1 | | | | | | | | | | 1 | | | | | | | | | 14 | | | | | 1 | | | 19 |
| VI | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| VT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WA | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | 8 | | | | | 9 |
| WI | | | | | | | 1 | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 10 | | | | 12 |
| WV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 | | | 2 |
| YO | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| (blank) | | 1 | 50 | 5 | 8 | 13 | | 2 | | 20 | 15 | 3 | 1 | 1 | 3 | 1 | 10 | 4 | 2 | 2 | 2 | 4 | 1 | 2 | 4 | 2 | 6 | | | | 8 | 5 | 1 | | 14 | 13 | 11 | 17 | | 2 | 3 | 6 | 56 | 22 | 28 | 3 | | 5 | 4 | 3 | 4 | | 7 | 374 |
| Grand Total | 13 | 3 | 82 | 18 | 32 | 27 | 14 | 6 | 1 | 71 | 63 | 18 | 9 | 15 | 17 | 11 | 133 | 21 | 5 | 8 | 5 | 9 | 9 | 28 | 19 | 10 | 33 | 3 | 3 | 0 | 11 | 16 | 28 | 6 | 36 | 21 | 27 | 35 | 3 | 3 | 30 | 15 | 85 | 79 | 39 | 29 | | 7 | 17 | 18 | 10 | 2 | 7 | 1210 |

# APPENDIX IO – INDUSTRY OVERVIEW

Table IO-01:  Total Number of FFLs by FFL Type, 2000 - 2020

| Year | Not Identified | Type 01 | Type 02 | Type 03 | Type 06 | Type 07 | Type 08 | Type 09 | Type 10 | Type 11 | Total | Total (Excluding Type 03) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 138 | 78,018 | 12,702 | 24,143 | 2,443 | 2,074 | 927 | 14 | 148 | 77 | 120,684 | 96,541 |
| 2001 | 123 | 76,057 | 12,457 | 28,902 | 2,347 | 2,218 | 921 | 17 | 147 | 77 | 123,266 | 94,364 |
| 2002 | 118 | 76,796 | 12,101 | 34,646 | 2,246 | 2,374 | 963 | 19 | 151 | 83 | 129,497 | 94,851 |
| 2003 | 102 | 73,181 | 11,611 | 39,380 | 2,081 | 2,559 | 961 | 21 | 153 | 92 | 130,141 | 90,761 |
| 2004 | 86 | 69,747 | 11,175 | 43,726 | 1,947 | 2,657 | 934 | 23 | 160 | 102 | 130,557 | 86,831 |
| 2005 | 63 | 67,146 | 10,818 | 48,315 | 1,887 | 2,854 | 933 | 20 | 170 | 99 | 132,305 | 83,990 |
| 2006 | 56 | 64,298 | 10,176 | 52,745 | 1,744 | 3,066 | 908 | 24 | 190 | 111 | 133,318 | 80,573 |
| 2007 | 54 | 60,841 | 9,619 | 56,031 | 1,633 | 3,249 | 886 | 28 | 199 | 126 | 132,666 | 76,635 |
| 2008 | 43 | 57,778 | 8,924 | 60,740 | 1,636 | 3,614 | 895 | 38 | 210 | 132 | 134,010 | 73,270 |
| 2009 | 36 | 56,921 | 8,571 | 64,209 | 1,819 | 4,314 | 933 | 46 | 249 | 150 | 137,248 | 73,039 |
| 2010 | 33 | 56,176 | 8,562 | 66,657 | 2,012 | 5,169 | 971 | 49 | 270 | 163 | 140,062 | 73,405 |
| 2011 | 29 | 57,544 | 8,769 | 70,135 | 2,243 | 6,686 | 1,027 | 60 | 301 | 184 | 146,978 | 76,843 |
| 2012 | 26 | 58,879 | 8,986 | 71,756 | 2,420 | 8,894 | 1,087 | 62 | 310 | 206 | 152,626 | 80,870 |
| 2013 | 16 | 61,615 | 9,306 | 74,131 | 2,786 | 10,532 | 1,243 | 69 | 308 | 213 | 160,219 | 86,088 |
| 2014 | 14 | 63,084 | 9,598 | 73,864 | 2,985 | 11,551 | 1,344 | 79 | 332 | 226 | 163,077 | 89,213 |
| 2015 | 13 | 63,446 | 9,574 | 70,154 | 2,999 | 12,333 | 1,387 | 82 | 347 | 241 | 160,576 | 90,422 |
| 2016 | 10 | 63,722 | 9,366 | 66,977 | 2,976 | 13,049 | 1,391 | 82 | 359 | 246 | 158,178 | 91,201 |
| 2017 | 8 | 63,058 | 9,055 | 63,629 | 2,717 | 13,850 | 1,380 | 94 | 389 | 259 | 154,439 | 90,810 |
| 2018 | 7 | 61,990 | 8,690 | 61,126 | 2,453 | 14,525 | 1,315 | 120 | 408 | 272 | 150,906 | 89,780 |
| 2019 | 4 | 60,489 | 8,270 | 59,426 | 2,254 | 15,132 | 1,301 | 148 | 431 | 273 | 147,728 | 88,302 |
| 2020 | 3 | 58,353 | 7,808 | 59,457 | 2,189 | 16,473 | 1,398 | 142 | 463 | 300 | 146,586 | 87,129 |
| % chg 2000 to 2020 | | -25.2% | -38.5% | 146.3% | -10.4% | 694.3% | 50.8% | 914.3% | 212.8% | 289.6% | 21.5% | -9.7% |
| % chg 2000 to 2010 | | -28.0% | -32.6% | 176.1% | -17.6% | 149.2% | 4.7% | 250.0% | 82.4% | 111.7% | 16.1% | -24.0% |
| % chg 2010 to 2020 | | 3.9% | -8.8% | -10.8% | 8.8% | 218.7% | 44.0% | 189.8% | 71.5% | 84.0% | 4.7% | 18.7% |
| % chg 2016 to 2020 | | -8.4% | -16.6% | -11.2% | -26.4% | 26.2% | 0.5% | 73.2% | 29.0% | 22.0% | -7.3% | -4.5% |

5/5/22

Compendium_Klarevas
Page 330

*Table IO-02: Total Annual Population Share by FFL Type, 2000 – 2020*

| Year | Not ID'd | Not ID'd % Annual Total | Type 01 | Type 01 % Annual Total | Type 02 | Type 02 % Annual Total | Type 03 | Type 03 % Annual Total | Type 06 | Type 06 % Annual Total | Type 07 | Type 07 % Annual Total | Type 08 | Type 08 % Annual Total | Type 09 | Type 09 % Annual Total | Type 10 | Type 10 % Annual Total | Type 11 | Type 11 % Annual Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 138 | 0.1% | 78,018 | 64.6% | 12,702 | 10.5% | 24,143 | 20.0% | 2,443 | 2.0% | 2,074 | 1.7% | 927 | 0.8% | 14 | 0.0% | 148 | 0.1% | 77 | 0.1% | 120,684 |
| 2001 | 123 | 0.1% | 76,057 | 61.7% | 12,457 | 10.1% | 28,902 | 23.4% | 2,347 | 1.9% | 2,218 | 1.8% | 921 | 0.7% | 17 | 0.0% | 147 | 0.1% | 77 | 0.1% | 123,266 |
| 2002 | 118 | 0.1% | 76,796 | 59.3% | 12,101 | 9.3% | 34,646 | 26.8% | 2,246 | 1.7% | 2,324 | 1.8% | 963 | 0.7% | 19 | 0.0% | 151 | 0.1% | 83 | 0.1% | 129,497 |
| 2003 | 102 | 0.1% | 73,181 | 56.2% | 11,611 | 8.9% | 39,380 | 30.3% | 2,081 | 1.6% | 2,559 | 2.0% | 961 | 0.7% | 21 | 0.0% | 153 | 0.1% | 92 | 0.1% | 130,141 |
| 2004 | 86 | 0.1% | 69,747 | 53.4% | 11,175 | 8.6% | 43,726 | 33.5% | 1,947 | 1.5% | 2,657 | 2.0% | 934 | 0.7% | 23 | 0.0% | 160 | 0.1% | 102 | 0.1% | 130,557 |
| 2005 | 63 | 0.0% | 67,146 | 50.8% | 10,818 | 8.2% | 48,315 | 36.5% | 1,687 | 1.4% | 2,854 | 2.2% | 933 | 0.7% | 20 | 0.0% | 170 | 0.1% | 99 | 0.1% | 132,305 |
| 2006 | 56 | 0.0% | 64,298 | 48.2% | 10,176 | 7.6% | 52,745 | 39.6% | 1,744 | 1.3% | 3,066 | 2.3% | 908 | 0.7% | 24 | 0.0% | 190 | 0.1% | 111 | 0.1% | 133,318 |
| 2007 | 54 | 0.0% | 60,841 | 45.9% | 9,619 | 7.3% | 56,031 | 42.2% | 1,633 | 1.2% | 3,249 | 2.4% | 886 | 0.7% | 28 | 0.0% | 199 | 0.2% | 126 | 0.1% | 132,666 |
| 2008 | 43 | 0.0% | 57,778 | 45.1% | 8,924 | 6.7% | 60,740 | 45.3% | 1,636 | 1.2% | 3,614 | 2.7% | 895 | 0.7% | 38 | 0.0% | 210 | 0.2% | 132 | 0.1% | 134,010 |
| 2009 | 36 | 0.0% | 56,921 | 41.5% | 8,571 | 6.2% | 64,299 | 46.8% | 1,819 | 1.3% | 4,314 | 3.1% | 933 | 0.7% | 46 | 0.0% | 249 | 0.2% | 150 | 0.1% | 137,248 |
| 2010 | 33 | 0.0% | 56,126 | 40.1% | 8,562 | 6.1% | 66,657 | 47.6% | 2,012 | 1.4% | 5,169 | 3.7% | 971 | 0.7% | 49 | 0.0% | 270 | 0.2% | 163 | 0.1% | 140,062 |
| 2011 | 29 | 0.0% | 57,544 | 39.2% | 8,769 | 6.0% | 70,135 | 47.7% | 2,243 | 1.5% | 6,686 | 4.5% | 1,027 | 0.7% | 60 | 0.0% | 301 | 0.2% | 184 | 0.1% | 146,978 |
| 2012 | 26 | 0.0% | 58,879 | 38.6% | 8,986 | 5.9% | 71,756 | 47.0% | 2,420 | 1.6% | 8,894 | 5.8% | 1,087 | 0.7% | 62 | 0.0% | 310 | 0.2% | 206 | 0.1% | 152,626 |
| 2013 | 16 | 0.0% | 61,615 | 38.5% | 9,306 | 5.8% | 74,131 | 46.3% | 2,786 | 1.7% | 10,532 | 6.6% | 1,243 | 0.8% | 69 | 0.0% | 308 | 0.2% | 213 | 0.1% | 160,219 |
| 2014 | 14 | 0.0% | 63,084 | 38.7% | 9,598 | 5.9% | 73,864 | 45.3% | 2,985 | 1.8% | 11,551 | 7.1% | 1,344 | 0.8% | 79 | 0.0% | 332 | 0.2% | 226 | 0.1% | 163,077 |
| 2015 | 13 | 0.0% | 63,446 | 39.5% | 9,574 | 6.0% | 70,154 | 43.7% | 2,999 | 1.9% | 12,333 | 7.7% | 1,387 | 0.9% | 82 | 0.1% | 347 | 0.2% | 241 | 0.2% | 160,576 |
| 2016 | 19 | 0.0% | 63,722 | 40.3% | 9,366 | 5.9% | 66,977 | 42.3% | 2,970 | 1.9% | 13,049 | 8.2% | 1,391 | 0.9% | 82 | 0.1% | 339 | 0.2% | 246 | 0.2% | 158,178 |
| 2017 | 8 | 0.0% | 63,058 | 40.8% | 9,055 | 5.9% | 63,629 | 41.2% | 2,711 | 1.8% | 13,850 | 9.0% | 1,380 | 0.9% | 94 | 0.1% | 389 | 0.3% | 259 | 0.2% | 154,439 |
| 2018 | 7 | 0.0% | 61,990 | 41.1% | 8,698 | 5.8% | 61,126 | 40.5% | 2,453 | 1.6% | 14,525 | 9.6% | 1,315 | 0.9% | 120 | 0.1% | 408 | 0.3% | 272 | 0.2% | 150,906 |
| 2019 | 4 | 0.0% | 60,489 | 40.9% | 8,270 | 5.6% | 59,426 | 40.2% | 2,254 | 1.5% | 15,132 | 10.2% | 1,301 | 0.9% | 148 | 0.1% | 431 | 0.3% | 273 | 0.2% | 147,728 |
| 2020 | 3 | 0.0% | 58,253 | 39.8% | 7,808 | 5.3% | 59,457 | 40.6% | 2,189 | 1.5% | 16,473 | 11.2% | 1,398 | 1.0% | 142 | 0.1% | 463 | 0.3% | 300 | 0.2% | 146,586 |
| Average | 47 | 0.0% | 64,245 | 45.2% | 9,816 | 6.9% | 56,674 | 39.9% | 2,277 | 1.6% | 7,484 | 5.3% | 1,100 | 0.8% | 59 | 0.0% | 271 | 0.2% | 173 | 0.1% | 142,146 |

243 of 306

5/5/22

Compendium_Klarevas
Page 331

Table IO-02b: Total Annual Population Share by FFL Type, 2000 – 2020 (Excludes Type 03 FFLs)

| Year | Not ID'd | Not ID'd % Annual Total | Type 01 | Type 01 % Annual Total | Type 02 | Type 02 % Annual Total | Type 06 | Type 06 % Annual Total | Type 07 | Type 07 % Annual Total | Type 08 | Type 08 % Annual Total | Type 09 | Type 09 % Annual Total | Type 10 | Type 10 % Annual Total | Type 11 | Type 11 % Annual Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 138 | 0.1% | 78,018 | 80.8% | 12,702 | 13.2% | 2,443 | 2.5% | 2,074 | 2.1% | 927 | 1.0% | 14 | 0.0% | 148 | 0.2% | 77 | 0.1% | 96,541 |
| 2001 | 123 | 0.1% | 76,057 | 80.6% | 12,457 | 13.2% | 2,347 | 2.5% | 2,218 | 2.4% | 921 | 1.0% | 17 | 0.0% | 147 | 0.2% | 77 | 0.1% | 94,364 |
| 2002 | 118 | 0.1% | 76,796 | 81.0% | 12,101 | 12.8% | 2,246 | 2.4% | 2,374 | 2.5% | 963 | 1.0% | 19 | 0.0% | 151 | 0.2% | 83 | 0.1% | 94,851 |
| 2003 | 102 | 0.1% | 73,181 | 80.6% | 11,611 | 12.8% | 2,081 | 2.3% | 2,559 | 2.8% | 961 | 1.1% | 21 | 0.0% | 153 | 0.2% | 92 | 0.1% | 90,761 |
| 2004 | 86 | 0.1% | 69,747 | 80.3% | 11,175 | 12.9% | 1,947 | 2.2% | 2,657 | 3.1% | 934 | 1.1% | 23 | 0.0% | 160 | 0.2% | 102 | 0.1% | 86,831 |
| 2005 | 63 | 0.1% | 67,146 | 79.9% | 10,818 | 12.9% | 1,887 | 2.2% | 2,854 | 3.4% | 933 | 1.1% | 20 | 0.0% | 170 | 0.2% | 99 | 0.1% | 83,990 |
| 2006 | 56 | 0.1% | 64,298 | 79.8% | 10,176 | 12.6% | 1,744 | 2.2% | 3,066 | 3.8% | 908 | 1.1% | 24 | 0.0% | 190 | 0.2% | 111 | 0.1% | 80,573 |
| 2007 | 54 | 0.1% | 60,841 | 79.4% | 9,619 | 12.6% | 1,633 | 2.1% | 3,249 | 4.2% | 886 | 1.2% | 28 | 0.0% | 199 | 0.3% | 126 | 0.2% | 76,635 |
| 2008 | 43 | 0.1% | 57,778 | 78.9% | 8,924 | 12.2% | 1,636 | 2.2% | 3,614 | 4.9% | 895 | 1.2% | 38 | 0.1% | 210 | 0.3% | 132 | 0.2% | 73,270 |
| 2009 | 36 | 0.0% | 56,921 | 77.9% | 8,571 | 11.7% | 1,819 | 2.5% | 4,314 | 5.9% | 933 | 1.3% | 46 | 0.1% | 249 | 0.3% | 150 | 0.2% | 73,039 |
| 2010 | 33 | 0.0% | 56,176 | 76.5% | 8,562 | 11.7% | 2,012 | 2.7% | 5,169 | 7.0% | 971 | 1.3% | 49 | 0.1% | 270 | 0.4% | 163 | 0.2% | 73,405 |
| 2011 | 29 | 0.0% | 57,544 | 74.9% | 8,769 | 11.4% | 2,243 | 2.9% | 6,686 | 8.7% | 1,027 | 1.3% | 60 | 0.1% | 301 | 0.4% | 184 | 0.2% | 76,843 |
| 2012 | 26 | 0.0% | 58,879 | 72.8% | 8,986 | 11.1% | 2,420 | 3.0% | 8,894 | 11.0% | 1,087 | 1.3% | 62 | 0.1% | 310 | 0.4% | 206 | 0.3% | 80,870 |
| 2013 | 16 | 0.0% | 61,615 | 71.6% | 9,306 | 10.8% | 2,786 | 3.2% | 10,532 | 12.2% | 1,243 | 1.4% | 69 | 0.1% | 308 | 0.4% | 213 | 0.2% | 86,088 |
| 2014 | 14 | 0.0% | 63,084 | 70.7% | 9,598 | 10.8% | 2,985 | 3.3% | 11,551 | 12.9% | 1,344 | 1.5% | 79 | 0.1% | 332 | 0.4% | 226 | 0.3% | 89,213 |
| 2015 | 13 | 0.0% | 63,446 | 70.2% | 9,574 | 10.6% | 2,999 | 3.3% | 12,333 | 13.6% | 1,387 | 1.5% | 82 | 0.1% | 347 | 0.4% | 241 | 0.3% | 90,422 |
| 2016 | 10 | 0.0% | 63,722 | 69.9% | 9,366 | 10.3% | 2,976 | 3.3% | 13,049 | 14.3% | 1,391 | 1.5% | 82 | 0.1% | 359 | 0.4% | 246 | 0.3% | 91,201 |
| 2017 | 8 | 0.0% | 63,058 | 69.4% | 9,055 | 10.0% | 2,717 | 3.0% | 13,850 | 15.3% | 1,380 | 1.5% | 94 | 0.1% | 389 | 0.4% | 259 | 0.3% | 90,810 |
| 2018 | 7 | 0.0% | 61,990 | 69.0% | 8,690 | 9.7% | 2,453 | 2.7% | 14,525 | 16.2% | 1,315 | 1.5% | 120 | 0.1% | 408 | 0.5% | 272 | 0.3% | 89,780 |
| 2019 | 4 | 0.0% | 60,489 | 68.5% | 8,270 | 9.4% | 2,254 | 2.6% | 15,132 | 17.1% | 1,301 | 1.5% | 148 | 0.2% | 431 | 0.5% | 273 | 0.3% | 88,302 |
| 2020 | 3 | 0.0% | 58,353 | 67.0% | 7,808 | 9.0% | 2,189 | 2.5% | 16,473 | 18.9% | 1,398 | 1.6% | 142 | 0.2% | 463 | 0.5% | 300 | 0.3% | 87,129 |
| Average | 47 | 0.1% | 64,245 | 75.2% | 9,816 | 11.5% | 2,277 | 2.7% | 7,484 | 8.8% | 1,100 | 1.3% | 59 | 0.1% | 271 | 0.3% | 173 | 0.2% | 85,472 |

244 of 306    5/5/22

*Table IO-03:  Total YOY FFL Population Change by FFL Type, 2000 - 2020*

| YOY FFL Turnover | Type 01 | Net Chg | Type 02 | Net Chg | Type 03 | Net Chg | Type 06 | Net Chg | Type 07 | Net Chg | Type 08 | Net Chg | Type 09 | Net Chg | Type 10 | Net Chg | Type 11 | Net Chg | Not ID'd | Net Chg | Total | Total Net Chg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2000** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 4,044 | -2,160 | 661 | -346 | 5,145 | 3,991 | 147 | -131 | 243 | 122 | 78 | -10 | 3 | 3 | 17 | 2 | 8 | -2 | 0 | -15 | 10,346 | **1,454** |
| # OOB | 6,204 | | 1,007 | | 1,154 | | 278 | | 121 | | 88 | | 0 | | 15 | | 10 | | 15 | | 8,892 | |
| **2001** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 4,279 | -1,870 | 767 | -446 | 5,934 | 4,235 | 189 | -112 | 265 | 106 | 84 | 2 | 3 | 2 | 16 | 1 | 12 | 9 | 0 | -5 | 11,549 | **1,922** |
| # OOB | 6,149 | | 1,213 | | 1,699 | | 301 | | 159 | | 82 | | 1 | | 15 | | 3 | | 5 | | 9,627 | |
| **2002** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 6,967 | -409 | 878 | -291 | 7,513 | 4,973 | 218 | -97 | 322 | 163 | 126 | 33 | 3 | 2 | 24 | 12 | 9 | 4 | 0 | -16 | 16,060 | **4,374** |
| # OOB | 7,376 | | 1,169 | | 2,540 | | 315 | | 159 | | 93 | | 1 | | 12 | | 5 | | 16 | | 11,686 | |
| **2003** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 4,000 | -2,675 | 703 | -351 | 7,408 | 4,636 | 170 | -81 | 351 | 168 | 96 | -3 | 3 | 1 | 16 | 7 | 15 | 10 | 0 | -16 | 12,762 | **1,696** |
| # OOB | 6,675 | | 1,054 | | 2,772 | | 251 | | 183 | | 99 | | 2 | | 9 | | 5 | | 16 | | 11,066 | |
| **2004** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 3,521 | -1,993 | 653 | -366 | 7,323 | 4,053 | 141 | -39 | 299 | 158 | 76 | 2 | 5 | 1 | 19 | 13 | 15 | 8 | 0 | -23 | 12,052 | **1,812** |
| # OOB | 5,514 | | 1,019 | | 3,270 | | 180 | | 141 | | 74 | | 4 | | 6 | | 9 | | 23 | | 10,240 | |
| **2005** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 3,232 | -2,767 | 696 | -533 | 7,986 | 3,663 | 142 | -132 | 350 | 144 | 78 | -31 | 2 | -1 | 18 | 14 | 9 | 3 | 0 | -7 | 12,513 | **353** |
| # OOB | 5,999 | | 1,229 | | 4,323 | | 274 | | 206 | | 109 | | 3 | | 4 | | 6 | | 7 | | 12,160 | |
| **2006** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 3,290 | -3,166 | 624 | -502 | 8,890 | 3,385 | 153 | -52 | 429 | 200 | 91 | 6 | 7 | 3 | 28 | 17 | 20 | 14 | 0 | -2 | 13,532 | **-97** |
| # OOB | 6,456 | | 1,126 | | 5,505 | | 205 | | 229 | | 85 | | 4 | | 11 | | 6 | | 2 | | 13,629 | |
| **2007** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 3,159 | -3,031 | 614 | -590 | 8,987 | 4,381 | 120 | -44 | 434 | 224 | 75 | -4 | 8 | 7 | 23 | 10 | 24 | 17 | 0 | -11 | 13,444 | **959** |
| # OOB | 6,190 | | 1,204 | | 4,606 | | 164 | | 210 | | 79 | | 1 | | 13 | | 7 | | 11 | | 12,485 | |
| **2008** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 3,290 | -1,312 | 579 | -296 | 9,738 | 5,036 | 198 | 37 | 597 | 351 | 98 | 13 | 11 | 8 | 26 | 16 | 16 | 10 | 0 | -7 | 14,553 | **3,856** |
| # OOB | 4,602 | | 875 | | 4,702 | | 161 | | 246 | | 85 | | 3 | | 10 | | 6 | | 7 | | 10,697 | |
| **2009** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 4,067 | -591 | 590 | -63 | 8,769 | 3,295 | 370 | 222 | 969 | 735 | 134 | 66 | 11 | 6 | 51 | 37 | 28 | 22 | 0 | -3 | 14,989 | **3,726** |
| # OOB | 4,658 | | 653 | | 5,474 | | 148 | | 234 | | 68 | | 5 | | 14 | | 6 | | 3 | | 11,263 | |
| **2010** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 4,138 | 314 | 710 | 177 | 8,453 | 2,552 | 377 | 261 | 1,121 | 850 | 122 | 56 | 9 | 5 | 35 | 23 | 19 | 16 | 0 | -4 | 14,984 | **4,250** |
| # OOB | 3,824 | | 533 | | 5,901 | | 116 | | 271 | | 66 | | 4 | | 12 | | 3 | | 4 | | 10,734 | |
| **2011** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 5,416 | 1,089 | 791 | 182 | 9,944 | 3,373 | 368 | 215 | 1,822 | 1,511 | 140 | 70 | 16 | 10 | 47 | 31 | 28 | 20 | 0 | -3 | 18,572 | **6,498** |
| # OOB | 4,327 | | 609 | | 6,571 | | 153 | | 311 | | 70 | | 6 | | 16 | | 8 | | 3 | | 12,074 | |
| **2012** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 5,905 | 2,082 | 868 | 244 | 8,790 | 2,686 | 360 | 156 | 2,556 | 2,101 | 146 | 37 | 9 | 7 | 33 | 6 | 31 | 17 | 0 | -10 | 18,698 | **7,326** |
| # OOB | 3,823 | | 624 | | 6,104 | | 204 | | 455 | | 109 | | 2 | | 27 | | 14 | | 10 | | 11,372 | |
| **2013** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 6,819 | 3,045 | 974 | 339 | 8,998 | 2,455 | 625 | 391 | 2,145 | 1,571 | 277 | 189 | 11 | 7 | 33 | 13 | 23 | 9 | 0 | -2 | 19,905 | **8,017** |
| # OOB | 3,774 | | 635 | | 6,543 | | 234 | | 574 | | 88 | | 4 | | 20 | | 14 | | 2 | | 11,888 | |

| YOY FFL Turnover | Type 01 | Net Chg | Type 02 | Net Chg | Type 03 | Net Chg | Type 06 | Net Chg | Type 07 | Net Chg | Type 08 | Net Chg | Type 09 | Net Chg | Type 10 | Net Chg | Type 11 | Net Chg | Not ID'd | Net Chg | Total | Total Net Chg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2014** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 5,484 | 1,175 | 963 | 246 | 6,776 | -1,541 | 470 | 225 | 1,654 | 905 | 209 | 111 | 14 | 11 | 48 | 30 | 28 | 17 | 0 | -1 | 15,646 | 1,178 |
| # OOB | 4,309 | | 717 | | 8,317 | | 245 | | 749 | | 98 | | 3 | | 18 | | 11 | | 1 | | 14,468 | |
| **2015** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 4,939 | 221 | 722 | -52 | 5,126 | -2,608 | 309 | 24 | 1,611 | 525 | 164 | 56 | 6 | -3 | 37 | 15 | 27 | 16 | 0 | -3 | 12,941 | -1,809 |
| # OOB | 4,718 | | 774 | | 7,734 | | 285 | | 1,086 | | 108 | | 9 | | 22 | | 11 | | 3 | | 14,750 | |
| **2016** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 5,269 | 545 | 610 | -158 | 5,053 | -2,812 | 311 | -86 | 1,895 | 807 | 134 | -27 | 10 | 5 | 37 | 19 | 18 | -1 | 0 | -2 | 13,337 | -1,710 |
| # OOB | 4,724 | | 768 | | 7,865 | | 397 | | 1,088 | | 161 | | 5 | | 18 | | 19 | | 2 | | 15,047 | |
| **2017** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 4,310 | -636 | 490 | -263 | 4,962 | -1,966 | 211 | -153 | 1,975 | 907 | 177 | 16 | 17 | 11 | 50 | 27 | 34 | 20 | 0 | -1 | 12,226 | -2,038 |
| # OOB | 4,946 | | 753 | | 6,928 | | 364 | | 1,068 | | 161 | | 6 | | 23 | | 14 | | 1 | | 14,264 | |
| **2018** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 4,137 | -888 | 442 | -370 | 4,802 | -1,226 | 153 | -117 | 1,845 | 647 | 125 | 19 | 34 | 29 | 44 | 25 | 28 | 9 | 0 | -3 | 11,610 | -1,875 |
| # OOB | 5,025 | | 812 | | 6,028 | | 270 | | 1,198 | | 106 | | 5 | | 19 | | 19 | | 3 | | 13,485 | |
| **2019** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 3,785 | -2,237 | 423 | -410 | 4,634 | -1,694 | 123 | -177 | 1,898 | 570 | 111 | -9 | 36 | 24 | 46 | 24 | 22 | 13 | 0 | -1 | 11,078 | -3,897 |
| # OOB | 6,022 | | 833 | | 6,328 | | 300 | | 1,328 | | 120 | | 12 | | 22 | | 9 | | 1 | | 14,975 | |
| **2020** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 4,152 | -718 | 406 | -196 | 6,652 | 878 | 289 | 36 | 2,787 | 1,616 | 231 | 112 | 6 | -4 | 63 | 33 | 43 | 23 | 0 | -1 | 14,629 | 1,779 |
| # OOB | 4,870 | | 602 | | 5,774 | | 253 | | 1,171 | | 119 | | 10 | | 30 | | 20 | | 1 | | 12,850 | |
| **Total (2000-2020)** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 94,203 | -15,982 | 14,164 | -4,045 | 151,883 | 41,745 | 5,444 | 346 | 25,568 | 14,381 | 2,772 | 704 | 224 | 134 | 711 | 375 | 457 | 252 | 0 | -136 | 295,426 | 37,774 |
| # OOB | 110,185 | | 18,209 | | 110,138 | | 5,098 | | 11,187 | | 2,068 | | 90 | | 336 | | 205 | | 136 | | 257,652 | |
| **Total (2016-2020)** | | | | | | | | | | | | | | | | | | | | | | |
| # Added | 21,653 | -3,934 | 2,371 | -1,397 | 26,103 | -6,820 | 1,087 | -497 | 10,400 | 4,547 | 778 | 111 | 103 | 65 | 240 | 128 | 145 | 64 | 0 | -8 | 62,880 | -7,741 |
| # OOB | 25,587 | | 3,768 | | 32,923 | | 1,584 | | 5,853 | | 667 | | 38 | | 112 | | 81 | | 8 | | 70,621 | |

246 of 306                                                5/5/22

*Table IO-04: Total Number of FFLs by FFL Type and Zoned Premises, 2020 (Excludes Type 03 FFLs)*

| Premises Location | Type 01 | % Total | Type 02 | % Total | Type 06 | % Total | Type 07 | % Total | Type 08 | % Total | Type 09 | % Total | Type 10 | % Total | Type 11 | % Total | Total | % Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Available | 3,198 | 5.5% | 312 | 4.0% | 95 | 4.3% | 694 | 4.2% | 87 | 6.2% | 10 | 7.0% | 25 | 5.4% | 19 | 6.3% | 4,440 | 5.1% |
| Agricultural/Rural | 6,967 | 11.9% | 202 | 2.6% | 333 | 15.2% | 1,893 | 11.5% | 87 | 6.2% | 6 | 4.2% | 35 | 7.6% | 14 | 4.7% | 9,537 | 10.9% |
| Commercial (Retail & Office) | 15,854 | 27.2% | 5,071 | 64.9% | 360 | 16.4% | 3,583 | 21.8% | 424 | 30.3% | 66 | 46.5% | 119 | 25.7% | 95 | 31.7% | 25,572 | 29.4% |
| Exempt, Government, Historical | 4,210 | 7.2% | 638 | 8.2% | 158 | 7.2% | 1,171 | 7.1% | 96 | 6.9% | 9 | 6.3% | 38 | 8.2% | 23 | 7.7% | 6,343 | 7.3% |
| Industrial (General & Heavy) | 2,260 | 3.9% | 288 | 3.7% | 205 | 9.4% | 2,028 | 12.3% | 255 | 18.2% | 23 | 16.2% | 144 | 31.1% | 89 | 29.7% | 5,292 | 6.1% |
| Recreational | 447 | 0.8% | 51 | 0.7% | 8 | 0.4% | 129 | 0.8% | 15 | 1.1% | | 0.0% | 1 | 0.2% | 0 | 0.0% | 651 | 0.7% |
| Residential | 21,125 | 36.2% | 773 | 9.9% | 822 | 37.6% | 5,443 | 33.0% | 316 | 22.6% | 17 | 12.0% | 35 | 7.6% | 28 | 9.3% | 28,559 | 32.8% |
| Vacant Land | 2,870 | 4.9% | 309 | 4.0% | 137 | 6.3% | 954 | 5.8% | 61 | 4.4% | 7 | 4.9% | 28 | 5.6% | 12 | 4.0% | 4,376 | 5.0% |
| All Other | 1,422 | 2.4% | 164 | 2.1% | 71 | 3.2% | 578 | 3.5% | 57 | 4.1% | 4 | 2.8% | 40 | 8.6% | 20 | 6.7% | 2,356 | 2.7% |
| **Total** | 58,353 | 100.0% | 7,808 | 100.0% | 2,189 | 100.0% | 16,473 | 100.0% | 1,398 | 100.0% | 142 | 100.0% | 463 | 100.0% | 300 | 100.0% | 87,126 | 100.0% |

Compendium_Klarevas
Page 335

Table 1O-05:  Total Number of FFLs by FFL Type and Business Legal Structure Composition, 2020 (Excludes Type 03 FFLs)

| Business Legal Structure | Type 01 | % Total | Type 02 | % Total | Type 06 | % Total | Type 07 | % Total | Type 08 | % Total | Type 09 | % Total | Type 10 | % Total | Type 11 | % Total | Total | % Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Available | 1,839 | 3.2% | 291 | 3.7% | 55 | 2.5% | 308 | 1.9% | 62 | 4.4% | 4 | 2.8% | 5 | 1.1% | 10 | 3.3% | 2,574 | 3.0% |
| Sole Proprietor | 27,084 | 46.4% | 1,332 | 17.1% | 877 | 40.1% | 3,731 | 22.6% | 183 | 13.1% | 4 | 2.8% | 13 | 2.8% | 5 | 1.7% | 33,229 | 38.1% |
| Partnership | 1,849 | 3.2% | 298 | 3.8% | 62 | 2.8% | 256 | 1.6% | 13 | 0.9% | 1 | 0.7% | 0 | 0.0% | 1 | 0.3% | 2,480 | 2.8% |
| Corporation | 9,739 | 16.7% | 3,409 | 43.7% | 320 | 14.6% | 3,161 | 19.2% | 484 | 34.6% | 86 | 60.6% | 252 | 54.4% | 177 | 59.0% | 17,628 | 20.2% |
| Other (LLCs) | 17,842 | 30.6% | 2,478 | 31.7% | 875 | 40.0% | 9,017 | 54.7% | 656 | 46.9% | 47 | 33.1% | 193 | 41.7% | 107 | 35.7% | 31,215 | 35.8% |
| Total | 58,353 | 100.0% | 7,808 | 100.0% | 2,189 | 100.0% | 16,473 | 100.0% | 1,398 | 100.0% | 142 | 100.0% | 463 | 100.0% | 300 | 100.0% | 87,126 | 100.0% |

*Table IO-06: Total FFL Population by State/Territory, 2000 – 2020*

*Table 10-07: Total Type 01 FFL Population by State/Territory[13], 2000 – 2020*

5/5/22

250 of 306

*Table 10-08: Total Type 02 FFL Population by State/Territory[1,2], 2000 – 2020*

251 of 306

5/5/22

*Table 10-09: Total Type 03 FFL Population by State/Territory[133], 2000 – 2020*

5/5/22

*Table 1O-1O: Total Type 07 FFL Population by State/Territory[14], 2000 – 2020*

| States & Territories | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | % Change 2000 to 2020 | % Total 2000 | % Total 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 2,074 | 2,218 | 2,374 | 2,459 | 2,657 | 2,854 | 3,066 | 3,249 | 3,644 | 4,314 | 5,169 | 6,686 | 8,894 | 10,532 | 11,551 | 12,333 | 13,849 | 13,850 | 14,525 | 15,312 | 16,473 |  | 100.0% | 100.0% |

5/5/22

*Table 10-11: Total Type 08 FFL Population by State/Territory[AS], 2000 – 2020*

| States & Territories | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | % Change 2000 to 2020 | % Total 2000 | % Total 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 927 | 921 | 963 | 964 | 934 | 933 | 908 | 886 | 895 | 933 | 971 | 1,027 | 1,087 | 1,243 | 1,344 | 1,387 | 1,391 | 1,369 | 1,345 | 1,361 | 1,398 | 50.8% | 100.0% | 100.0% |

254 of 306

5/5/22

*Table 10-12: Total Type 09 FFL Population by State/Territory[136], 2000 – 2020*

| States & Territories | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | % Change 2000 to 2020 | % Total 2000 | % Total 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AK | | | | | | | | | | | | | | | | | | | | 3 | 2 | * | 0.0% | 1.4% |
| AL | | 1 | | | | | 1 | | | | | 1 | | | | | | | 3 | 3 | 3 | * | 0.0% | 2.1% |
| AR | | | | | | | | | 2 | | | | | | | 2 | | 5 | | 4 | 4 | * | 0.0% | 2.8% |
| AZ | | 1 | 3 | | 1 | 1 | 1 | 2 | 2 | 3 | 4 | 5 | 5 | 5 | 7 | 7 | 7 | 8 | 7 | 7 | 6 | 500.0% | 0.0% | 4.2% |
| CA | 1 | 2 | | 3 | 4 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | 5 | 6 | 6 | 6 | 5 | 7 | 10 | 10 | 9 | 800.0% | 7.1% | 6.3% |
| CO | 1 | | | | | | | | | | | | | | | | | | 1 | 1 | 3 | * | 7.1% | 2.1% |
| CT | | | | | | | | | | | | | | | | | | | | 1 | 1 | * | 0.0% | 0.7% |
| DE | | 1 | 1 | 1 | 1 | | | | | | | | | | 1 | 1 | 2 | 2 | 2 | 3 | 3 | * | 0.0% | 2.1% |
| FL | 3 | 3 | 3 | 2 | 2 | 3 | 3 | 3 | 4 | 4 | 5 | 6 | 7 | 8 | 8 | 9 | 10 | 11 | 11 | 14 | 11 | 266.7% | 21.4% | 7.7% |
| GA | | | | | | | | | | | | 1 | 1 | 1 | 1 | 2 | 3 | 3 | 3 | 3 | 4 | * | 0.0% | 2.1% |
| IA | | | | | | | | | | | | | | | | | | | | | 1 | * | 0.0% | 0.7% |
| ID | | | | | | | | | | | | | | | | | | | | | 1 | * | 0.0% | 0.7% |
| IL | 1 | 1 | 1 | | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 5 | 6 | 6 | 5 | 400.0% | 7.1% | 3.5% |
| IN | | | | | | | | | | | 1 | 1 | | | | | | | 1 | 2 | 2 | * | 0.0% | 1.4% |
| KS | | | | | 1 | | 2 | | 2 | 3 | | 3 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | * | 0.0% | 1.4% |
| KY | 1 | | 1 | 1 | 1 | 1 | | 2 | 2 | | | | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | * | 0.0% | 1.4% |
| LA | | | | | | | | | | | | | | | | | | | | | 3 | 6.0% | 7.1% | 2.1% |
| MA | | 1 | 1 | 1 | 1 | 1 | | 1 | | 2 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 2 | 3 | 3 | 3 | * | 0.0% | 2.1% |
| MD | | | | | | | | | | | | | | | | | | | | | 1 | * | 0.0% | 0.0% |
| ME | | | | | | | | | 1 | | | | | | | | | | 1 | 1 | 1 | * | 0.0% | 0.7% |
| MI | 1 | 1 | | 1 | 1 | 1 | | 1 | 1 | 2 | 2 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 1 | 0.0% | 7.1% | 0.7% |
| MN | | 1 | | 1 | 1 | | | | 1 | | | 1 | | | | | | | 1 | 1 | 1 | * | 0.0% | 0.7% |
| MO | | | | 1 | | | | 1 | 1 | 1 | 1 | | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | * | 0.0% | 1.4% |
| MS | | | | | | | | | | | | | | | | | | | | | 1 | * | 0.0% | 0.0% |
| MT | | | | | | | | 1 | | | | | | | | | | | | | 1 | * | 0.0% | 0.7% |
| NC | 2 | 2 | 2 | | 1 | 1 | 2 | 2 | 2 | 4 | 4 | 3 | 2 | 2 | 4 | 2 | 2 | 3 | 6 | 6 | 7 | -50.0% | 14.3% | 4.9% |
| NJ | | | | 2 | | | | | | 1 | 2 | 2 | 3 | 3 | 5 | 5 | 5 | 6 | 6 | 7 | 6 | * | 0.0% | 4.2% |
| NV | | | | | | | | | 1 | | 2 | | | 1 | | | 1 | | | 1 | 2 | * | 0.0% | 1.4% |
| NY | 1 | 1 | | | 1 | 1 | 3 | 1 | 5 | 5 | 5 | 5 | | 1 | 1 | 1 | 1 | 3 | 3 | 5 | 2 | * | 0.0% | 1.4% |
| OH | | | | | | | | | | | | | | | | | | | | | 2 | * | 0.0% | 1.4% |
| OK | | | | | | | | | | | | | | | 1 | | | | | | | * | 0.0% | 0.0% |
| OR | 1 | 1 | 1 | | 2 | 2 | 3 | 1 | 1 | 1 | 1 | 2 | 2 | 4 | 4 | 5 | 7 | 7 | 8 | 10 | 9 | 800.0% | 7.1% | 1.4% |
| PA | 1 | | | | | | | | | 5 | 5 | 5 | 3 | 4 | 4 | 5 | 7 | 7 | 8 | 10 | 9 | * | 7.1% | 6.3% |
| PR | | | | | | | | | | | | | | | | | | | | | 1 | * | 0.0% | 0.7% |
| TN | 1 | 1 | | 1 | 2 | 2 | 3 | 3 | 5 | 5 | 5 | 5 | 3 | 4 | 3 | 2 | 3 | 3 | 6 | 5 | 9 | 800.0% | 0.0% | 1.4% |
| TX | | | | | 3 | 3 | 4 | 5 | 4 | 4 | 2 | 4 | 8 | 8 | 11 | 12 | 10 | 12 | 13 | 18 | 17 | * | 0.0% | 6.3% |
| UT | 2 | 2 | 3 | 3 | | 3 | | 1 | 4 | 4 | 2 | 7 | 8 | 11 | 11 | 12 | 10 | 13 | 13 | 16 | 17 | 750.0% | 14.3% | 12.0% |
| VA | 2 | 2 | 3 | | 3 | | 4 | | 2 | 2 | 2 | 2 | 3 | 3 | 2 | 2 | 3 | 3 | 6 | 3 | 3 | * | 14.3% | 2.1% |
| WA | | | | | | | | 1 | | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | * | 0.0% | 2.8% |
| WI | | | | | | | | | | | | | | | | | | | | | 1 | * | 0.0% | 0.7% |
| WV | | | | | | | | | | | | | | | | | | | | | | | 0.0% | 0.0% |
| **Total** | **14** | **17** | **19** | **21** | **23** | **20** | **24** | **28** | **38** | **46** | **49** | **60** | **62** | **69** | **79** | **82** | **82** | **94** | **120** | **128** | **142** | **914.3%** | **100.0%** | **100.0%** |

255 of 306

5/5/22

*Table 10-13: Total Type 10 FFL Population by State/Territory[137], 2000 – 2020*

| States & Territories | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | % Change 2000 to 2020 | % Total 2000 | % Total 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AK | | | | | | | | | | 2 | | | | | | | | | | | | * | 0.0% | 0.2% |
| AL | 8 | 8 | 9 | 7 | 6 | 5 | 4 | 4 | 8 | 2 | 5 | 5 | 7 | 7 | 8 | 10 | 9 | 8 | 9 | 8 | 13 | 62.5% | 5.4% | 2.8% |
| AR | 8 | 8 | 9 | 8 | 7 | 7 | 8 | 8 | 8 | 11 | 11 | 12 | 12 | 12 | 22 | 22 | 9 | 23 | 9 | 9 | 11 | 37.5% | 5.4% | 2.4% |
| AZ | 8 | 8 | 8 | 7 | 9 | 9 | 8 | 7 | 8 | 10 | 13 | 17 | 17 | 20 | 21 | 18 | 19 | 23 | 26 | 27 | 32 | 300.0% | 5.4% | 6.9% |
| CA | 17 | 18 | 17 | 17 | 19 | 19 | 19 | 17 | 17 | 19 | 19 | 20 | 19 | 20 | 18 | 18 | 19 | 18 | 17 | 17 | 16 | −5.9% | 11.5% | 3.5% |
| CO | | | | | | | | | | 3 | 3 | 2 | 6 | 6 | 3 | 3 | 6 | 7 | 7 | 7 | 8 | | 0.0% | 1.7% |
| CT | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 5 | 5 | 6 | 3 | 6 | 6 | 6 | 5 | 5 | 150.0% | 1.4% | 1.1% |
| DE | 1 | 1 | | | | | | | | | | | | | | | | | | | | −100.0% | 0.7% | 0.0% |
| FL | 9 | 9 | 8 | 11 | 14 | 16 | 16 | 17 | 17 | 20 | 24 | 28 | 29 | 29 | 31 | 32 | 38 | 46 | 52 | 54 | 50 | 455.6% | 6.1% | 10.8% |
| GA | 3 | 3 | | | 3 | | | | 4 | 4 | 5 | 5 | 7 | 8 | 8 | 8 | 10 | 9 | 11 | 12 | 10 | 233.3% | 2.0% | 2.2% |
| IA | 2 | 1 | 1 | 1 | 3 | 2 | 2 | 2 | 4 | 3 | 4 | 3 | 7 | 2 | 2 | 1 | 4 | 5 | 7 | 12 | 2 | 0.0% | 1.4% | 0.4% |
| ID | 1 | | | 1 | | | | | | 3 | | 2 | 2 | 2 | 4 | 2 | 2 | 5 | 7 | 7 | 7 | 600.0% | 0.7% | 1.5% |
| IL | 5 | 5 | 5 | 4 | 5 | 3 | 6 | 8 | 8 | 8 | 8 | 9 | 10 | 10 | 8 | 8 | 8 | 8 | 9 | 12 | 9 | 80.0% | 3.4% | 1.9% |
| IN | 5 | 4 | 2 | 1 | 3 | 3 | 2 | 3 | 2 | 2 | 2 | 2 | 3 | 2 | 3 | 4 | 3 | 5 | 3 | 6 | 6 | 20.0% | 1.4% | 1.3% |
| KS | 2 | 2 | 2 | 2 | 1 | 3 | 2 | 2 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 3 | 2 | 2 | 0.0% | 1.4% | 0.4% |
| KY | 1 | | 2 | | | 1 | 3 | 5 | 5 | 6 | 8 | 3 | 8 | 8 | 8 | 8 | 9 | 8 | 8 | 8 | 8 | 700.0% | 0.7% | 1.7% |
| LA | | | | | | | | | | | | | | | | | | | | | | * | 0.0% | 0.2% |
| MA | 4 | 4 | | 4 | 5 | | | | | | 8 | 8 | 9 | 8 | 7 | 7 | 8 | 8 | 9 | 9 | 10 | 150.0% | 2.7% | 2.2% |
| MD | | | | | | | | | | | | | | | | | | | | | 11 | * | 0.0% | 2.4% |
| ME | 2 | 3 | 3 | 2 | 3 | 3 | 4 | 3 | 4 | 5 | 5 | 6 | 6 | 5 | 6 | 6 | 6 | 8 | 3 | 4 | 4 | 100.0% | 1.4% | 0.9% |
| MI | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 3 | 5 | 4 | 4 | 5 | 10 | 5 | 10 | 13 | 15 | 14 | 15 | 15 | 16 | 700.0% | 1.4% | 3.5% |
| MN | 4 | 5 | 5 | 4 | 4 | 4 | 7 | 6 | 6 | 10 | 9 | 10 | 10 | 9 | 11 | 7 | 12 | 13 | 11 | 6 | 8 | −25.0% | 5.4% | 1.7% |
| MO | 5 | 5 | 6 | 6 | 4 | 4 | 6 | 6 | 6 | 10 | 11 | 10 | 10 | 8 | 9 | 12 | 12 | 13 | 13 | 6 | 2 | 180.0% | 0.7% | 3.4% |
| MS | 1 | | | 1 | 1 | 1 | 2 | 2 | 4 | 6 | 8 | 4 | 4 | 2 | 2 | 8 | 3 | 5 | 5 | 6 | 8 | 600.0% | 0.7% | 1.5% |
| MT | | | | | | | | | | | | | | | | | | | | 7 | 5 | * | 0.7% | 1.1% |
| NC | | | | | | | | | | | | | | | | | | | | | 10 | * | 0.0% | 2.2% |
| NE | 1 | 1 | 2 | 2 | 2 | 2 | 5 | 5 | 5 | 6 | 6 | 7 | 5 | 5 | 7 | 8 | 9 | 5 | 5 | 8 | 10 | * | 0.0% | 0.2% |
| NH | 2 | | 3 | 3 | 3 | 1 | 4 | 3 | 4 | 4 | 6 | 6 | 10 | 9 | 10 | 10 | 9 | 10 | 9 | 9 | 8 | 100.0% | 1.4% | 1.5% |
| NJ | 3 | 3 | 3 | | 3 | 4 | 4 | 3 | 3 | 4 | 6 | 5 | 5 | 5 | 5 | 4 | 6 | 7 | 6 | 6 | 7 | 133.3% | 2.0% | 1.5% |
| NM | | | 1 | 2 | 3 | 5 | 5 | 5 | 6 | 7 | 7 | 6 | 6 | 7 | 8 | 7 | 6 | 7 | 6 | 9 | 10 | 233.3% | 2.0% | 2.2% |
| NV | 2 | 2 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 3 | 6 | 6 | 8 | 6 | 5 | 6 | 9 | 5 | 7 | 7 | 8 | 700.0% | 0.7% | 1.7% |
| NY | 2 | 2 | 2 | 6 | 5 | 2 | 3 | 2 | 4 | 2 | 5 | 8 | 8 | 7 | 6 | 6 | 9 | 10 | 4 | 11 | 11 | 450.0% | 1.4% | 2.4% |
| OH | 2 | 2 | 2 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 6 | 5 | 6 | 4 | 4 | 4 | 4 | 4 | 100.0% | 1.4% | 0.9% |
| OK | 1 | | 2 | 1 | 1 | 2 | 3 | 3 | 2 | 2 | 2 | 3 | 5 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 200.0% | 0.7% | 0.6% |
| OR | | | | | | | | | | | | | | | | | | | | | 3 | * | 0.0% | 4.5% |
| PA | 9 | 11 | 15 | 14 | 12 | 12 | 14 | 17 | 22 | 26 | 23 | 23 | 21 | 20 | 20 | 19 | 17 | 19 | 18 | 20 | 21 | 133.3% | 6.1% | 6.1% |
| PR | | | | | | | | | | | | | | | | | | | | | | * | 0.0% | 0.0% |
| SC | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 4 | 4 | 3 | 4 | 6 | 5 | 5 | 5 | 6 | 6 | 6 | 6 | 500.0% | 0.7% | 1.3% |
| SD | | | | | | | | | | | | | | | | | | | | 2 | 2 | * | 0.0% | 0.4% |
| TN | 11 | 9 | 5 | 5 | 5 | 9 | 9 | 9 | 7 | 8 | 10 | 10 | 10 | 12 | 12 | 12 | 12 | 12 | 14 | 16 | 16 | 45.5% | 7.4% | 3.5% |
| UT | 5 | 5 | 5 | 5 | 5 | 6 | 6 | 7 | 7 | 13 | 13 | 15 | 15 | 18 | 22 | 25 | 38 | 38 | 38 | 42 | 50 | 900.0% | 3.4% | 10.8% |
| VA | 3 | 4 | 4 | 3 | 10 | 11 | 13 | 14 | 14 | 16 | 15 | 18 | 18 | 15 | 17 | 15 | 16 | 17 | 16 | 10 | 17 | 466.7% | 2.0% | 3.7% |
| WA | 3 | 4 | 3 | 3 | 6 | 4 | 2 | 2 | 4 | 6 | 5 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 6 | 5 | 7 | −66.7% | 2.0% | 0.2% |
| WI | 3 | 2 | 2 | 3 | 3 | 2 | 3 | 2 | 3 | 2 | 3 | 3 | 3 | 3 | 3 | 4 | 3 | 5 | 5 | 5 | 7 | 133.3% | 2.0% | 1.5% |
| WV | 4 | 4 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 3 | 3 | −25.0% | 2.7% | 0.6% |
| WY | | | | | | | | | | | | | | | | | | | | 4 | 4 | * | 0.7% | 0.9% |
| **Total** | **148** | **147** | **151** | **153** | **160** | **170** | **190** | **199** | **210** | **249** | **270** | **301** | **310** | **308** | **332** | **347** | **359** | **389** | **408** | **431** | **463** | **212.8%** | **100.0%** | **100.0%** |

256 of 306

5/5/22

Compendium_Klarevas
Page 344

Table 10-14: Total Type 11 FFL Population by State/Territory[138], 2000 – 2020

| States & Territories | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | % Change 2000 to 2020 | % Total 2000 | % Total 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AK | | | | | | | | | | | | | | | | | | | | | 1 | * | 0.0% | 0.3% |
| AL | 7 | 7 | 7 | 6 | 6 | 5 | 4 | 5 | 5 | 6 | 8 | 8 | 8 | 12 | 14 | 15 | 14 | 11 | 10 | 10 | 10 | 42.9% | 9.1% | 3.3% |
| AR | 5 | 2 | 4 | 4 | 5 | 3 | 2 | 3 | 3 | 5 | 5 | 5 | 3 | 6 | 6 | 5 | 4 | 4 | 4 | 2 | 2 | 0.0% | 2.6% | 0.7% |
| AZ | 4 | 7 | 4 | 5 | 5 | 6 | 7 | 7 | 7 | 6 | 6 | 11 | 13 | 12 | 15 | 15 | 15 | 19 | 18 | 18 | 21 | 425.0% | 5.2% | 7.6% |
| CA | 8 | 7 | 6 | 6 | 7 | 7 | 7 | 7 | 6 | 7 | 6 | 6 | 9 | 9 | 8 | 8 | 9 | 10 | 11 | 11 | 11 | 37.5% | 10.4% | 3.7% |
| CO | | | | | | 2 | 2 | 2 | 2 | 3 | 3 | 2 | 2 | 2 | 3 | 2 | 2 | 3 | 3 | 3 | 4 | * | 0.0% | 1.3% |
| CT | 3 | 3 | 3 | | | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | -33.3% | 3.9% | 0.7% |
| DC | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | * | 0.0% | 0.3% |
| FL | 7 | 7 | 7 | 7 | 7 | 8 | 11 | 11 | 12 | 17 | 21 | 25 | 26 | 28 | 32 | 33 | 35 | 42 | 46 | 46 | 47 | 571.4% | 9.1% | 15.7% |
| GA | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 4 | 4 | 6 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 6 | 200.0% | 2.6% | 2.0% |
| IA | | | | | | | | | | | | | | | | | | | 1 | 1 | 2 | * | 0.0% | 0.7% |
| ID | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 3 | * | 0.0% | 1.0% |
| IL | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 5 | 5 | 5 | 7 | 8 | 9 | 9 | 6 | 8 | 8 | 8 | 300.0% | 2.6% | 2.7% |
| IN | 1 | | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 3 | 2 | 2 | 3 | 4 | 3 | 2 | 4 | 6 | 4 | 3 | 300.0% | 0.0% | 1.0% |
| KS | 1 | 1 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 3 | 6 | 6 | 4 | 300.0% | 1.3% | 1.3% |
| KY | 1 | 1 | 1 | 2 | 2 | 1 | 2 | 2 | 1 | 2 | 2 | 3 | 2 | 2 | 3 | 3 | 2 | 3 | 4 | 4 | 6 | 500.0% | 1.3% | 2.0% |
| LA | 2 | 1 | 1 | 2 | 2 | 1 | 2 | 2 | 1 | 2 | 2 | 3 | 3 | 2 | 3 | 3 | 3 | 3 | 2 | 2 | 3 | 50.0% | 2.6% | 1.0% |
| MA | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 200.0% | 1.3% | 1.0% |
| MD | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 5 | 5 | 6 | 6 | 6 | 5 | 7 | 7 | 8 | 8 | 8 | 8 | 3 | 800.0% | 1.3% | 1.0% |
| ME | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 3 | * | 0.0% | 1.0% |
| MI | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 6 | 6 | 5 | 5 | 6 | 6 | 5 | 5 | 7 | 9 | 11 | 120.0% | 6.5% | 3.7% |
| MN | 5 | 5 | 5 | 6 | 6 | 5 | 6 | 6 | 6 | 5 | 6 | 6 | 5 | 5 | 6 | 6 | 7 | 7 | 8 | 9 | 9 | 40.0% | 6.5% | 3.3% |
| MO | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 5 | 7 | 7 | 6 | 5 | 5 | 6 | 7 | 6 | 7 | 8 | 8 | 10 | 233.3% | 3.9% | 2.3% |
| MS | | | | | | | | | | | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | * | 0.0% | 1.3% |
| MT | | | | | | | | | | | | | | | | | | | | | | * | 0.0% | 0.0% |
| NC | 1 | | 1 | 1 | 1 | 3 | 3 | 3 | 3 | 4 | 5 | 5 | 5 | 5 | 6 | 6 | 5 | 4 | 4 | 4 | 6 | * | 0.0% | 2.0% |
| NH | | 1 | | | 2 | 2 | 3 | 3 | 7 | 6 | 6 | 5 | 2 | 2 | 4 | 4 | 6 | 2 | 2 | 1 | 1 | 0.0% | 1.3% | 1.3% |
| NJ | 1 | | | 1 | 2 | 2 | 3 | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 2 | 1 | 0.0% | 1.3% | 0.3% |
| NM | | | | | | | | | | | | | | | | | | | | | 2 | * | 0.0% | 0.7% |
| NV | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 5 | 8 | 8 | 8 | 8 | 8 | 8 | * | 0.0% | 2.7% |
| NY | 3 | | | 1 | | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | * | 0.0% | 1.0% |
| OH | | | | | | | | | | | | | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | * | 0.0% | 0.7% |
| OR | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | * | 0.0% | 0.0% |
| PA | 4 | 4 | 4 | 5 | 7 | 6 | 8 | 8 | 12 | 11 | 9 | 11 | 11 | 11 | 11 | 11 | 12 | 12 | 10 | 10 | 8 | 150.0% | 5.2% | 3.5% |
| PR | | | | | | | | | | | | | | | | | | | | | | * | 0.0% | 0.0% |
| SC | 1 | 1 | 2 | 2 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 3 | 4 | 5 | 6 | 7 | 7 | 9 | 9 | 9 | 9 | 800.0% | 1.3% | 3.0% |
| TN | 3 | 3 | 2 | 4 | 4 | 1 | 2 | 2 | 3 | 2 | 10 | 11 | 12 | 14 | 16 | 17 | 18 | 18 | 17 | 16 | 17 | 466.7% | 3.9% | 5.7% |
| TX | 3 | 3 | 4 | 4 | 4 | 4 | 5 | 5 | 7 | 8 | 10 | 11 | 12 | 14 | 16 | 17 | 16 | 18 | 18 | 16 | 9 | * | 3.9% | 3.0% |
| UT | | | | | 1 | | 1 | 1 | 1 | | 1 | 1 | 2 | 2 | 1 | 1 | 4 | 5 | 5 | 6 | 9 | * | 0.0% | 3.0% |
| VA | 8 | 10 | 10 | 14 | 16 | 13 | 15 | 15 | 14 | 11 | 18 | 18 | 23 | 23 | 19 | 20 | 23 | 23 | 25 | 25 | 28 | 250.0% | 10.4% | 9.3% |
| VT | 2 | 3 | 3 | 3 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 4 | 3 | 3 | 3 | 4 | 3 | 3 | 3 | 50.0% | 2.6% | 1.0% |
| WI | 2 | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 3 | 3 | 4 | 4 | 4 | 3 | 3 | 2 | 3 | 3 | 3 | 3 | 50.0% | 2.6% | 1.7% |
| WV | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 3 | 200.0% | 1.3% | 1.0% |
| WY | | 1 | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 160.0% | 1.3% | 0.7% |
| **Total** | 77 | 77 | 83 | 92 | 102 | 99 | 111 | 126 | 132 | 150 | 163 | 184 | 206 | 213 | 226 | 241 | 246 | 259 | 272 | 273 | 308 | 289.6% | 100.0% | 100.0% |

*Table 10-15: Total Type 06 FFL Population by State/Territory[1,2], 2000 – 2020*

5/5/22

258 of 306

# APPENDIX IR – INDUSTRY REGULATION

*Table IR-01: Total IOI Activities by Year and Assignment Type, 2016 – 2020*

| Assignment Type | 2016 | % Subtotal | % Annual Total | 2017 | % Subtotal | % Annual Total | 2018 | % Subtotal | % Annual Total | 2019 | % Subtotal | % Annual Total | 2020 | % Subtotal | % Annual Total | Total (2016–2020) | % Subtotal | % of All (2016–2020) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Qualification - Firearms | 11,772 | 52.9% | 43.5% | 10,675 | 48.3% | 39.5% | 10,276 | 47.0% | 37.8% | 9,738 | 42.4% | 35.5% | 12,036 | 68.2% | 58.3% | 54,497 | 51.0% | 42.1% |
| Compliance - Firearms | 9,574 | 43.0% | 35.4% | 10,431 | 47.2% | 38.6% | 10,612 | 48.5% | 39.0% | 12,789 | 55.7% | 46.6% | 5,039 | 28.5% | 24.4% | 48,445 | 45.3% | 37.5% |
| Theft/Loss - Firearms | 306 | 1.4% | 1.1% | 395 | 1.8% | 1.5% | 432 | 2.0% | 1.6% | 371 | 1.6% | 1.4% | 585 | 3.3% | 2.8% | 2,089 | 2.0% | 1.6% |
| Administrative - Firearms | 170 | 0.8% | 0.6% | 184 | 0.8% | 0.7% | 150 | 0.7% | 0.6% | 15 | 0.1% | 0.1% | 0 | 0.0% | 0.0% | 519 | 0.5% | 0.4% |
| General - Firearms | 427 | 1.9% | 1.6% | 404 | 1.8% | 1.5% | 400 | 1.8% | 1.5% | 44 | 0.2% | 0.2% | 0 | 0.0% | 0.0% | 1,275 | 1.2% | 1.0% |
| **Subtotal - Firearms** | **22,249** | **100.0%** | **82.3%** | **22,089** | **100.0%** | **81.8%** | **21,870** | **100.0%** | **80.4%** | **22,957** | **100.0%** | **83.7%** | **17,660** | **100.0%** | **85.5%** | **106,825** | **100.0%** | **82.6%** |
| Qualification - Explosives | 858 | 17.9% | 3.2% | 888 | 18.1% | 3.3% | 757 | 14.2% | 2.8% | 770 | 17.2% | 2.8% | 700 | 23.5% | 3.4% | 3,973 | 17.7% | 3.1% |
| Compliance - Explosives | 3,888 | 81.3% | 14.4% | 3,990 | 81.2% | 14.8% | 4,551 | 85.3% | 16.7% | 3,690 | 82.3% | 13.4% | 2,266 | 76.0% | 11.0% | 18,385 | 81.7% | 14.2% |
| Theft/Loss - Explosives | 18 | 0.4% | 0.1% | 24 | 0.5% | 0.1% | 21 | 0.4% | 0.1% | 22 | 0.5% | 0.1% | 17 | 0.6% | 0.1% | 102 | 0.5% | 0.1% |
| Administrative - Explosives | 6 | 0.1% | 0.0% | 7 | 0.1% | 0.0% | 4 | 0.1% | 0.0% | 1 | 0.0% | 0.0% | 0 | 0.0% | 0.0% | 18 | 0.1% | 0.0% |
| General - Explosives | 13 | 0.3% | 0.0% | 7 | 0.1% | 0.0% | 5 | 0.1% | 0.0% | 0 | 0.0% | 0.0% | 0 | 0.0% | 0.0% | 25 | 0.1% | 0.0% |
| **Subtotal - Explosives** | **4,783** | **100.0%** | **17.7%** | **4,916** | **100.0%** | **18.2%** | **5,338** | **100.0%** | **19.6%** | **4,483** | **100.0%** | **16.3%** | **2,983** | **100.0%** | **14.5%** | **22,503** | **100.0%** | **17.4%** |
| **Annual Total** | **27,032** | | **100.0%** | **27,005** | | **100.0%** | **27,208** | | **100.0%** | **27,440** | | **100.0%** | **20,643** | | **100.0%** | **129,328** | | **100.0%** |

Compendium_Klarevas
Page 348

*Table IR-02:  Total Completed Firearm Assignments by State/Territory, 2016 – 2020 (Excludes Type 03 FFLs)*

| State or Territory | 2016 | % Annual Total | 2017 | % Annual Total | 2018 | % Annual Total | 2019 | % Annual Total | 2020 | % Annual Total | Total | % 2016-2020 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (blank) | 418 | 1.9% | 401 | 1.8% | 399 | 1.8% | 50 | 0.2% | 8 | 0.0% | 1,276 | 1.2% |
| AK | 111 | 0.5% | 107 | 0.5% | 79 | 0.4% | 142 | 0.6% | 93 | 0.5% | 532 | 0.5% |
| AL | 432 | 2.0% | 416 | 1.9% | 383 | 1.8% | 409 | 1.8% | 287 | 1.6% | 1,927 | 1.8% |
| AR | 329 | 1.5% | 274 | 1.2% | 270 | 1.2% | 209 | 0.9% | 241 | 1.4% | 1,323 | 1.2% |
| AZ | 727 | 3.3% | 771 | 3.5% | 675 | 3.1% | 788 | 3.5% | 773 | 4.4% | 3,734 | 3.5% |
| CA | 1,011 | 4.6% | 1,060 | 4.8% | 1,033 | 4.8% | 844 | 3.7% | 600 | 3.4% | 4,548 | 4.3% |
| CO | 366 | 1.7% | 365 | 1.7% | 433 | 2.0% | 412 | 1.8% | 370 | 2.1% | 1,946 | 1.8% |
| CT | 105 | 0.5% | 128 | 0.6% | 91 | 0.4% | 109 | 0.5% | 110 | 0.6% | 543 | 0.5% |
| DC | 1 | 0.0% | 7 | 0.0% | 4 | 0.0% | 6 | 0.0% | 8 | 0.0% | 26 | 0.0% |
| DE | 50 | 0.2% | 34 | 0.2% | 70 | 0.3% | 57 | 0.3% | 53 | 0.3% | 264 | 0.2% |
| FL | 1,307 | 5.9% | 1,260 | 5.7% | 1,322 | 6.1% | 1,473 | 6.5% | 1,257 | 7.2% | 6,619 | 6.2% |
| GA | 825 | 3.7% | 708 | 3.2% | 675 | 3.1% | 556 | 2.4% | 568 | 3.3% | 3,332 | 3.1% |
| GU | 13 | 0.1% | | 0.0% | 5 | 0.0% | 1 | 0.0% | 6 | 0.0% | 25 | 0.0% |
| HI | 51 | 0.2% | 37 | 0.2% | 47 | 0.2% | 28 | 0.1% | 15 | 0.1% | 178 | 0.2% |
| IA | 235 | 1.1% | 209 | 1.0% | 212 | 1.0% | 325 | 1.4% | 271 | 1.6% | 1,252 | 1.2% |
| ID | 261 | 1.2% | 229 | 1.0% | 195 | 0.9% | 172 | 0.8% | 187 | 1.1% | 1,044 | 1.0% |
| IL | 657 | 3.0% | 469 | 2.1% | 500 | 2.3% | 534 | 2.3% | 276 | 1.6% | 2,436 | 2.3% |
| IN | 467 | 2.1% | 352 | 1.6% | 373 | 1.7% | 380 | 1.7% | 318 | 1.8% | 1,890 | 1.8% |
| KS | 400 | 1.8% | 517 | 2.4% | 521 | 2.4% | 430 | 1.9% | 300 | 1.7% | 2,168 | 2.0% |
| KY | 455 | 2.1% | 466 | 2.1% | 490 | 2.3% | 437 | 1.9% | 293 | 1.7% | 2,141 | 2.0% |
| LA | 424 | 1.9% | 482 | 2.2% | 431 | 2.0% | 309 | 1.4% | 281 | 1.6% | 1,927 | 1.8% |
| MA | 142 | 0.6% | 152 | 0.7% | 138 | 0.6% | 208 | 0.9% | 112 | 0.6% | 752 | 0.7% |
| MD | 201 | 0.9% | 300 | 1.4% | 332 | 1.5% | 267 | 1.2% | 180 | 1.0% | 1,280 | 1.2% |
| ME | 147 | 0.7% | 136 | 0.6% | 155 | 0.7% | 185 | 0.8% | 113 | 0.6% | 736 | 0.7% |
| MI | 433 | 2.0% | 405 | 1.8% | 376 | 1.7% | 504 | 2.2% | 427 | 2.5% | 2,145 | 2.0% |
| MN | 294 | 1.3% | 253 | 1.2% | 233 | 1.1% | 259 | 1.1% | 209 | 1.2% | 1,248 | 1.2% |
| MO | 1,072 | 4.8% | 1,169 | 5.3% | 1,138 | 5.2% | 1,140 | 5.0% | 743 | 4.3% | 5,262 | 5.0% |
| MP | 5 | 0.0% | 1 | 0.0% | 1 | 0.0% | 3 | 0.0% | 1 | 0.0% | 11 | 0.0% |
| MS | 321 | 1.5% | 305 | 1.4% | 242 | 1.1% | 212 | 0.9% | 188 | 1.1% | 1,268 | 1.2% |
| MT | 193 | 0.9% | 223 | 1.0% | 239 | 1.1% | 227 | 1.0% | 147 | 0.8% | 1,029 | 1.0% |
| NC | 883 | 4.0% | 922 | 4.2% | 861 | 4.0% | 1,093 | 4.8% | 797 | 4.6% | 4,556 | 4.3% |
| ND | 81 | 0.4% | 73 | 0.3% | 68 | 0.3% | 90 | 0.4% | 84 | 0.5% | 396 | 0.4% |
| NE | 153 | 0.7% | 135 | 0.6% | 116 | 0.5% | 159 | 0.7% | 162 | 0.9% | 725 | 0.7% |
| NH | 151 | 0.7% | 147 | 0.7% | 137 | 0.6% | 159 | 0.7% | 103 | 0.6% | 697 | 0.7% |
| NJ | 217 | 1.0% | 239 | 1.1% | 164 | 0.8% | 204 | 0.9% | 106 | 0.6% | 930 | 0.9% |
| NM | 166 | 0.8% | 130 | 0.6% | 171 | 0.8% | 320 | 1.4% | 188 | 1.1% | 975 | 0.9% |
| NV | 179 | 0.8% | 194 | 0.9% | 179 | 0.8% | 178 | 0.8% | 187 | 1.1% | 917 | 0.9% |
| NY | 410 | 1.9% | 388 | 1.8% | 385 | 1.8% | 401 | 1.8% | 347 | 2.0% | 1,931 | 1.8% |
| OH | 1,269 | 5.7% | 1,263 | 5.7% | 1,203 | 5.5% | 1,284 | 5.6% | 841 | 4.8% | 5,860 | 5.5% |
| OK | 404 | 1.8% | 341 | 1.6% | 399 | 1.8% | 430 | 1.9% | 385 | 2.2% | 1,959 | 1.8% |
| OR | 303 | 1.4% | 279 | 1.3% | 273 | 1.3% | 273 | 1.2% | 302 | 1.7% | 1,430 | 1.3% |
| PA | 843 | 3.8% | 761 | 3.5% | 665 | 3.1% | 693 | 3.0% | 508 | 2.9% | 3,470 | 3.3% |
| PR | 38 | 0.2% | 47 | 0.2% | 41 | 0.2% | 44 | 0.2% | 15 | 0.1% | 185 | 0.2% |
| RI | 24 | 0.1% | 20 | 0.1% | 26 | 0.1% | 13 | 0.1% | 19 | 0.1% | 102 | 0.1% |
| SC | 276 | 1.2% | 340 | 1.5% | 327 | 1.5% | 268 | 1.2% | 310 | 1.8% | 1,521 | 1.4% |
| SD | 69 | 0.3% | 119 | 0.5% | 110 | 0.5% | 112 | 0.5% | 99 | 0.6% | 509 | 0.5% |
| TN | 499 | 2.3% | 598 | 2.7% | 530 | 2.4% | 600 | 2.6% | 387 | 2.2% | 2,614 | 2.5% |
| TX | 2,821 | 12.7% | 2,939 | 13.4% | 3,083 | 14.2% | 3,839 | 16.9% | 2,554 | 14.7% | 15,236 | 14.4% |
| UT | 253 | 1.1% | 225 | 1.0% | 242 | 1.1% | 337 | 1.5% | 281 | 1.6% | 1,338 | 1.3% |
| VA | 539 | 2.4% | 599 | 2.7% | 721 | 3.3% | 671 | 2.9% | 489 | 2.8% | 3,019 | 2.8% |
| VI | 1 | 0.0% | | 0.0% | 3 | 0.0% | 8 | 0.0% | 3 | 0.0% | 15 | 0.0% |

| State or Territory | 2016 | % Annual Total | 2017 | % Annual Total | 2018 | % Annual Total | 2019 | % Annual Total | 2020 | % Annual Total | Total | % 2016 - 2020 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VT | 57 | 0.3% | 47 | 0.2% | 55 | 0.3% | 53 | 0.2% | 63 | 0.4% | 275 | 0.3% |
| WA | 334 | 1.5% | 295 | 1.3% | 304 | 1.4% | 271 | 1.2% | 263 | 1.5% | 1,467 | 1.4% |
| WI | 371 | 1.7% | 287 | 1.3% | 262 | 1.2% | 212 | 0.9% | 205 | 1.2% | 1,337 | 1.3% |
| WV | 234 | 1.1% | 251 | 1.1% | 212 | 1.0% | 275 | 1.2% | 196 | 1.1% | 1,168 | 1.1% |
| WY | 105 | 0.5% | 114 | 0.5% | 145 | 0.7% | 112 | 0.5% | 94 | 0.5% | 570 | 0.5% |
| Total | 22,133 | 100.0% | 21,989 | 100.0% | 21,744 | 100.0% | 22,775 | 100.0% | 17,423 | 100.0% | 106,064 | 100.0% |

5/5/22

*Table IR-03: Total Completed Firearm Assignments by Reported Business Premises, 2016 – 2020*

| Premises Type | 2016 | % Annual Total | 2017 | % Annual Total | 2018 | % Annual Total | 2019 | % Annual Total | 2020 | % Annual Total | Total (2016-2020) | % 2016-2020 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | 3,818 | 17.2% | 3,679 | 16.7% | 3,782 | 17.3% | 3,657 | 15.9% | 1,346 | 7.6% | 16,282 | 15.2% |
| Condo / Apartment | 177 | 0.8% | 150 | 0.7% | 162 | 0.7% | 174 | 0.8% | 231 | 1.3% | 894 | 0.8% |
| Military Base | 24 | 0.1% | 27 | 0.1% | 38 | 0.2% | 37 | 0.2% | 22 | 0.1% | 148 | 0.1% |
| Office | 2,032 | 9.1% | 2,056 | 9.3% | 1,737 | 7.9% | 1,756 | 7.6% | 1,497 | 8.5% | 9,078 | 8.5% |
| Other | 1,370 | 6.2% | 1,395 | 6.3% | 1,258 | 5.8% | 1,357 | 5.9% | 1,219 | 6.9% | 6,599 | 6.2% |
| Public Housing | 5 | 0.0% | 2 | 0.0% | 3 | 0.0% | 8 | 0.0% | 2 | 0.0% | 20 | 0.0% |
| Rod and Gun Club | 52 | 0.2% | 58 | 0.3% | 70 | 0.3% | 59 | 0.3% | 58 | 0.3% | 297 | 0.3% |
| Single Family Dwelling | 8,110 | 36.5% | 7,860 | 35.6% | 7,928 | 36.3% | 8,674 | 37.8% | 8,866 | 50.2% | 41,438 | 38.8% |
| Store Front | 6,661 | 29.9% | 6,862 | 31.1% | 6,892 | 31.5% | 7,235 | 31.5% | 4,419 | 25.0% | 32,069 | 30.0% |
| **Total** | **22,249** | **100.0%** | **22,089** | **100.0%** | **21,870** | **100.0%** | **22,957** | **100.0%** | **17,660** | **100.0%** | **106,825** | **100.0%** |

*Table IR-06:  Percentage of FFLs with Compliance Inspections by State/Territory, 2019 (Excludes Type 03 FFLs)*

| State or Territory | # of FFLs | # of FFLs Inspected | % of FFLs Inspected |
|---|---|---|---|
| AK | 735 | 76 | 10.3% |
| AL | 1,688 | 190 | 11.3% |
| AR | 1,726 | 87 | 5.0% |
| AZ | 2,606 | 486 | 18.6% |
| CA | 3,170 | 497 | 15.7% |
| CO | 2,396 | 171 | 7.1% |
| CT | 713 | 46 | 6.5% |
| DC | 8 | 0 | 0.0% |
| DE | 148 | 41 | 27.7% |
| FL | 4,588 | 749 | 16.3% |
| GA | 2,604 | 204 | 7.8% |
| GU | 21 | 0 | 0.0% |
| HI | 122 | 19 | 15.6% |
| IA | 1,630 | 187 | 11.5% |
| ID | 1,333 | 41 | 3.1% |
| IL | 2,651 | 268 | 10.1% |
| IN | 1,906 | 100 | 5.2% |
| KS | 1,457 | 268 | 18.4% |
| KY | 1,866 | 272 | 14.6% |
| LA | 1,594 | 136 | 8.5% |
| MA | 677 | 126 | 18.6% |
| MD | 799 | 155 | 19.4% |
| ME | 680 | 111 | 16.3% |
| MI | 2,730 | 263 | 9.6% |
| MN | 1,798 | 85 | 4.7% |
| MO | 2,913 | 853 | 29.3% |
| MP | 3 | 2 | 66.7% |
| MS | 1,251 | 61 | 4.9% |
| MT | 1,367 | 128 | 9.4% |
| NC | 3,240 | 679 | 21.0% |
| ND | 558 | 22 | 3.9% |
| NE | 909 | 77 | 8.5% |
| NH | 662 | 94 | 14.2% |
| NJ | 423 | 147 | 34.8% |
| NM | 829 | 244 | 29.4% |
| NV | 881 | 27 | 3.1% |
| NY | 2,226 | 172 | 7.7% |
| OH | 3,272 | 887 | 27.1% |
| OK | 2,001 | 230 | 11.5% |
| OR | 1,752 | 109 | 6.2% |
| PA | 3,323 | 371 | 11.2% |
| PR | 71 | 33 | 46.5% |
| RI | 129 | 7 | 5.4% |
| SC | 1,483 | 101 | 6.8% |
| SD | 686 | 45 | 6.6% |
| TN | 2,094 | 362 | 17.3% |
| TX | 8,917 | 2,635 | 29.6% |
| UT | 1,375 | 151 | 11.0% |
| VA | 2,281 | 407 | 17.8% |
| VI | 13 | 4 | 30.8% |
| VT | 396 | 22 | 5.6% |
| WA | 1,646 | 98 | 6.0% |

| State or Territory | # of FFLs | # of FFLs Inspected | # of FFLs Inspected |
|---|---|---|---|
| WI | 1,969 | 40 | 2.0% |
| WV | 1,172 | 153 | 13.1% |
| WY | 814 | 38 | 4.7% |
| Unknown | | 5 | |
| **Total** | **88,302** | **12,782** | **14.5%** |

Compendium_Klarevas
Page 353

*Table IR-09:  All Violations Cited in Completed Compliance Inspections with Skewed Violations Included, 2016 – 2020*

| CFR Citation | 2016 | 2017 | 2018 | 2019 | 2020 | Total | % of All Violations Cited |
|---|---|---|---|---|---|---|---|
| 27 CFR 478.123(a) | 5,652,283 | 7,057,040 | 491,270 | 1,675,769 | 7,314 | 14,883,676 | 22.0% |
| 27 CFR 478.92(a)(1)(ii)(D) | 5,400,709 | 5,001,081 | 475 | 64,417 | 774 | 10,467,456 | 15.5% |
| 27 CFR 478.92(a)(1)(i) | 5,402,950 | 5,001,005 | 22,369 | 32,213 | 56 | 10,458,593 | 15.5% |
| 27 CFR 479.102(a) | 5,400,038 | 13 | 1,608 | 6 | | 5,401,665 | 8.0% |
| 27 CFR 479.102(a)(2) | 5,400,090 | 235 | 26 | 20 | 22 | 5,400,393 | 8.0% |
| 27 CFR 478.92(a)(1)(ii)(C) | 3,779 | 5,001,142 | 2,687 | 50,251 | 746 | 5,058,605 | 7.5% |
| 27 CFR 478.92(a)(1)(ii)(A) | 2 | 5,000,203 | 34,060 | 39 | 3 | 5,034,307 | 7.4% |
| 27 CFR 478.92(a)(1)(ii)(B) | 275 | 5,000,037 | 2,635 | 71 | 15 | 5,003,033 | 7.4% |
| 27 CFR 478.123(b) | 95,995 | 761,256 | 249,598 | 1,019,137 | 5,538 | 2,131,524 | 3.1% |
| 27 CFR 478.121(c) | 1,330,949 | 121 | 1,524 | 144 | 116 | 1,332,854 | 2.0% |
| 27 CFR 478.125(e) | 117,088 | 114,109 | 136,991 | 87,503 | 26,662 | 482,353 | 0.7% |
| 27 CFR 478.122(a) | 36,605 | 1,594 | 434,736 | 848 | 44 | 473,827 | 0.7% |
| 27 CFR 478.92(a)(1) | 308,301 | 2,305 | 1,233 | 36,842 | 46 | 348,727 | 0.5% |
| 27 CFR 478.92(a)(1)(ii) | 1,788 | 279 | 13,983 | 261,946 | 27 | 278,023 | 0.4% |
| 27 CFR 478.21(a) | 33,057 | 27,779 | 35,285 | 34,738 | 12,208 | 143,067 | 0.2% |
| 27 CFR 478.124(c)(1) | 21,371 | 24,501 | 27,750 | 40,946 | 18,367 | 132,935 | 0.2% |
| 27 CFR 479.103 | 151 | 92,167 | 1,693 | 472 | 15 | 94,498 | 0.1% |
| 27 CFR 478.41(b) | 22 | 76,512 | 103 | 63 | 67 | 76,767 | 0.1% |
| 27 CFR 478.124(c)(3)(iv) | 15,953 | 14,722 | 15,821 | 16,529 | 6,360 | 69,385 | 0.1% |
| 27 CFR 478.124(c)(5) | 12,656 | 12,633 | 14,893 | 13,867 | 5,101 | 59,150 | 0.1% |
| 27 CFR 478.123(d) | 9,671 | 15,993 | 8,841 | 9,275 | 3,222 | 47,002 | 0.1% |
| 27 CFR 478.124(c)(3)(i) | 10,298 | 9,575 | 11,678 | 9,081 | 3,711 | 44,343 | 0.1% |
| 27 CFR 478.92(a)(2) | 119 | 55 | 377 | 32,110 | 122 | 32,783 | 0.0% |
| 27 CFR 478.124(c)(4) | 3,996 | 5,225 | 5,477 | 10,052 | 4,185 | 28,935 | 0.0% |
| 27 CFR 478.126a | 5,819 | 6,035 | 6,911 | 6,609 | 3,334 | 28,708 | 0.0% |
| 27 CFR 478.124(b) | 2,467 | 5,661 | 9,308 | 866 | 1,290 | 19,592 | 0.0% |
| 27 CFR 555.123(d) | 8 | 21 | 18 | 15,986 | | 16,033 | 0.0% |
| 27 CFR 478.102(a) | 2,774 | 2,463 | 3,091 | 1,959 | 815 | 11,102 | 0.0% |
| 27 CFR 478.122(b) | 8,811 | 391 | 1,188 | 111 | 30 | 10,531 | 0.0% |
| 27 CFR 478.124(a) | 2,630 | 2,893 | 2,316 | 1,673 | 665 | 10,177 | 0.0% |
| 27 CFR 478.41(a) | 9,616 | 63 | 70 | 25 | 108 | 9,882 | 0.0% |
| 27 CFR 555.123(a) | 9,181 | 75 | | 4 | | 9,260 | 0.0% |
| 27 CFR 555.123(b) | 9,176 | | | | | 9,176 | 0.0% |
| 27 CFR 479.31(a) | 6,682 | 6 | 3 | 12 | 19 | 6,722 | 0.0% |
| 27 CFR 478.129(b) | 847 | 2,385 | 1,276 | 963 | 558 | 6,029 | 0.0% |
| 27 CFR 478.50 | 1,573 | 1,802 | 1,265 | 418 | 78 | 5,136 | 0.0% |
| 27 CFR 478.113 | | | 3,735 | 2 | | 3,737 | 0.0% |
| 27 CFR 478.125(h) | 3,427 | 148 | 5 | 5 | | 3,585 | 0.0% |
| 27 CFR 478.131(a)(2) | 607 | 774 | 856 | 1,052 | 273 | 3,562 | 0.0% |
| 27 CFR 478.103(a) | 686 | 2,541 | 23 | 184 | 22 | 3,456 | 0.0% |
| 27 CFR 478.92(a)(1)(ii)(E) | 37 | 240 | 3,109 | | | 3,386 | 0.0% |
| 27 CFR 478.128(c) | 393 | 1,767 | 329 | 748 | 146 | 3,383 | 0.0% |
| 27 CFR 478.121(a) | 855 | 270 | 1,810 | 37 | 25 | 2,997 | 0.0% |
| 27 CFR 479.131 | 228 | 216 | 875 | 182 | 1,240 | 2,741 | 0.0% |
| 27 CFR 478.36 | 2 | 26 | 1,974 | 51 | 253 | 2,306 | 0.0% |
| 27 CFR 478.102(a)(1) | 995 | 519 | 329 | 162 | 62 | 2,067 | 0.0% |
| 27 CFR 478.126(a) | 104 | 872 | 789 | 156 | 8 | 1,929 | 0.0% |
| 27 CFR 478.122(d) | 916 | 483 | 231 | 25 | 3 | 1,658 | 0.0% |
| 27 CFR 478.58 | 85 | 50 | 432 | 825 | 98 | 1,490 | 0.0% |
| 27 CFR 478.123(c) | 23 | 119 | 1,287 | 12 | | 1,441 | 0.0% |
| 27 CFR 478.99(a) | 267 | 361 | 409 | 224 | 151 | 1,412 | 0.0% |

| CFR Citation | 2016 | 2017 | 2018 | 2019 | 2020 | Total | % of All Violations Cited |
|---|---|---|---|---|---|---|---|
| 27 CFR 478.99(b)(2) | 47 | 411 | 408 | 405 | 111 | 1,382 | 0.0% |
| 27 CFR 478.102(c) | 357 | 242 | 254 | 303 | 155 | 1,311 | 0.0% |
| 27 CFR 478.99(c) | 607 | 243 | 105 | 163 | 82 | 1,200 | 0.0% |
| 27 CFR 479.88(b) | 92 | 196 | 227 | 52 | 549 | 1,116 | 0.0% |
| 27 CFR 478.100(a)(1) | 328 | 167 | 132 | 232 | 135 | 994 | 0.0% |
| 27 CFR 478.93 | 4 | 920 | | | | 924 | 0.0% |
| 27 CFR 478.103(c) | 10 | 4 | 770 | 1 | 1 | 786 | 0.0% |
| 27 CFR 478.22(a) | 54 | 233 | 444 | 36 | | 767 | 0.0% |
| 27 CFR 478.102(a)(2)(ii) | 131 | 268 | 175 | 126 | 64 | 764 | 0.0% |
| 27 CFR 479.86 | | 3 | 41 | 14 | 646 | 704 | 0.0% |
| 27 CFR 478.112(d)(2) | 600 | | 60 | 1 | 1 | 662 | 0.0% |
| 27 CFR 478.34 | 16 | 161 | 228 | 27 | 216 | 648 | 0.0% |
| 27 CFR 478.102(d)(1) | 1 | 24 | 26 | 402 | 175 | 628 | 0.0% |
| 27 CFR 555.124(a) | 1 | 555 | 13 | | | 569 | 0.0% |
| 27 CFR 478.39a | 59 | 153 | 142 | 110 | 32 | 496 | 0.0% |
| 27 CFR 478.112(d)(1) | 34 | 137 | 184 | 73 | 60 | 488 | 0.0% |
| 27 CFR 478.39(a) | 76 | 191 | 200 | | | 467 | 0.0% |
| 27 CFR 478.100(c) | 233 | 10 | 24 | 77 | 95 | 439 | 0.0% |
| 27 CFR 478.103(d) | 49 | 293 | 27 | 37 | 15 | 421 | 0.0% |
| 18 U.S.C. 923(g)(5)(A) | | | 14 | 243 | 156 | 413 | 0.0% |
| 27 CFR 478.124(c)(3)(iii) | 68 | 79 | 82 | 111 | 32 | 372 | 0.0% |
| 27 CFR 478.102(b) | 67 | 26 | 20 | 127 | 64 | 304 | 0.0% |
| 27 CFR 478.125(f) | 211 | 13 | 23 | | | 247 | 0.0% |
| 27 CFR 478.92(a)(4)(iii) | | | | 1 | 241 | 242 | 0.0% |
| 27 CFR 478.128(b) | 4 | 11 | 2 | 4 | 220 | 241 | 0.0% |
| 27 CFR 478.32(a)(3) | 1 | | 232 | 1 | | 234 | 0.0% |
| 27 CFR 478.99(b) | 26 | 99 | 60 | 22 | 23 | 230 | 0.0% |
| 27 CFR 479.105(a) | 3 | 6 | 204 | 1 | | 214 | 0.0% |
| 27 CFR 478.129(d) | 4 | 129 | 58 | 1 | | 192 | 0.0% |
| 27 CFR 478.124(c)(3) | 29 | 108 | 47 | | | 184 | 0.0% |
| 27 CFR 479.84 | 8 | 77 | 51 | 17 | 25 | 178 | 0.0% |
| 27 CFR 478.125a | 8 | 103 | 40 | 26 | 1 | 178 | 0.0% |
| 27 CFR 478.125a(a)(4) | 36 | 11 | 79 | 45 | 1 | 172 | 0.0% |
| 27 CFR 478.22(a)(3) | 9 | 5 | 143 | 1 | | 158 | 0.0% |
| 27 CFR 555.124(c)(5) | 34 | 109 | 1 | | 11 | 155 | 0.0% |
| 27 CFR 478.134(a) | | 101 | 26 | 20 | 4 | 151 | 0.0% |
| 27 CFR 479.101(e) | | 3 | 16 | 28 | 91 | 138 | 0.0% |
| 27 CFR 479.101(b) | | 5 | 14 | 109 | | 128 | 0.0% |
| 27 CFR 478.54 | 22 | 32 | 27 | 37 | 7 | 125 | 0.0% |
| 27 CFR 478.102(a)(2)(i) | 9 | 1 | 13 | 85 | 10 | 118 | 0.0% |
| 27 CFR 479.21(a) | 20 | 20 | 48 | 23 | 6 | 117 | 0.0% |
| 27 CFR 478.52(a) | 26 | 26 | 23 | 20 | 12 | 107 | 0.0% |
| 27 CFR 478.25a | 14 | 9 | 10 | 48 | 21 | 102 | 0.0% |
| 27 CFR 478.112(a) | 3 | 99 | | | | 102 | 0.0% |
| 27 CFR 478.124a | 3 | 79 | 13 | 1 | 3 | 99 | 0.0% |
| 27 CFR 478.51 | 6 | 9 | 77 | 3 | 3 | 98 | 0.0% |
| 27 CFR 478.94 | 2 | 63 | 30 | 2 | | 97 | 0.0% |
| 27 CFR 478.125(a) | 50 | 21 | 8 | 1 | | 80 | 0.0% |
| 27 CFR 478.124(c)(1) | 4 | | 70 | 5 | | 79 | 0.0% |
| 27 CFR 478.102(a)(3) | 4 | 1 | 23 | 18 | 31 | 77 | 0.0% |
| 27 CFR 478.99(c)(9) | 55 | 6 | 9 | 6 | | 76 | 0.0% |
| 27 CFR 478.23(b) | 8 | 46 | 13 | 5 | 4 | 76 | 0.0% |
| 27 CFR 478.99(c)(5) | 52 | 9 | 3 | 2 | | 66 | 0.0% |
| 27 CFR 478.124(e) | 52 | 12 | | | | 64 | 0.0% |
| 27 CFR 479.101(b) | | | | 23 | 41 | 64 | 0.0% |
| 27 CFR 478.129(e) | 16 | 3 | 3 | 26 | 14 | 62 | 0.0% |
| 27 CFR 478.99(c)(1) | 40 | 11 | 5 | 3 | 1 | 60 | 0.0% |

| CFR Citation | 2016 | 2017 | 2018 | 2019 | 2020 | Total | % of All Violations Cited |
|---|---|---|---|---|---|---|---|
| 27 CFR 555.124(c)(1) | 15 | 14 | 27 | 3 | | 59 | 0.0% |
| 27 CFR 479.62 | 1 | 1 | | 55 | | 57 | 0.0% |
| 27 CFR 447.45(b) | | | 49 | | | 49 | 0.0% |
| 27 CFR 478.92(c)(1)(ii)(A) | | | 48 | | | 48 | 0.0% |
| 27 CFR 478.129(c) | 1 | 4 | 25 | 12 | 5 | 47 | 0.0% |
| 27 CFR 478.124(a)(3)(iii) | 3 | | 43 | | | 46 | 0.0% |
| 27 CFR 479.102(a)(1) | | 5 | 13 | 1 | 20 | 39 | 0.0% |
| 27 CFR 478.124(c)(3)(ii) | | 2 | 36 | | | 38 | 0.0% |
| 27 CFR 478.124(g) | 35 | | 1 | | 2 | 38 | 0.0% |
| 27 CFR 447.34(b) | | 37 | | | | 37 | 0.0% |
| 27 CFR 478.121(b) | 3 | 1 | 27 | 4 | 2 | 37 | 0.0% |
| 27 CFR 447.45(a)(2)(b) | | 37 | | | | 37 | 0.0% |
| 27 CFR 478.102(e) | | | 1 | 19 | 15 | 35 | 0.0% |
| 27 CFR 479.114 | 5 | 1 | 28 | | | 34 | 0.0% |
| 27 CFR 478.132(a)(2) | 7 | 14 | 10 | | | 31 | 0.0% |
| 27 CFR 478.91 | 5 | 4 | 5 | 13 | 2 | 29 | 0.0% |
| 27 CFR 478.103(b) | 9 | | 20 | | | 29 | 0.0% |
| 27 CFR 478.124(c)(2) | | 29 | | | | 29 | 0.0% |
| 28 CFR 25.6(a) | 9 | 6 | 11 | 2 | | 28 | 0.0% |
| 27 CFR 478.53 | 4 | 3 | 9 | 7 | 4 | 27 | 0.0% |
| 27 CFR 478.125(g) | 10 | | 16 | | | 26 | 0.0% |
| 27 CFR 478.96(c)(1) | 19 | 7 | | | | 26 | 0.0% |
| 27 CFR 478.22(c) | | 22 | 3 | | | 25 | 0.0% |
| 27 CFR 555.126(a) | 24 | | | | | 24 | 0.0% |
| 27 CFR 478.128(a) | 6 | 5 | 3 | 4 | 5 | 23 | 0.0% |
| 27 CFR 478.112(c)(2)(ii) | | 23 | | | | 23 | 0.0% |
| 27 CFR 478.125(i) | 3 | 18 | | | | 21 | 0.0% |
| 27 CFR 555.124(b) | 1 | | 17 | | | 18 | 0.0% |
| 18 U.S.C. 922(t) | | | | 10 | 8 | 18 | 0.0% |
| 27 CFR 478.112(c)(2) | | | | 1 | 17 | 18 | 0.0% |
| 27 CFR 479.112(a) | 2 | 5 | 9 | | | 16 | 0.0% |
| 27 CFR 478.102(d)(1)(i) | | 5 | 10 | | | 15 | 0.0% |
| 27 CFR 478.99(c)(7) | 8 | 1 | 3 | 3 | | 15 | 0.0% |
| 27 CFR 478.99(c)(6) | 11 | 1 | 1 | 2 | | 15 | 0.0% |
| 27 CFR 479.26 | | 14 | | | | 14 | 0.0% |
| 18 U.S.C. 922(m) | | | | 2 | 12 | 14 | 0.0% |
| 27 CFR 478.127 | 5 | 3 | 3 | 2 | 1 | 14 | 0.0% |
| 27 CFR 555.21(a) | 13 | | | | | 13 | 0.0% |
| 27 CFR 555.124(c)(4) | 3 | 1 | 6 | 3 | | 13 | 0.0% |
| 27 CFR 478.57(a) | 6 | 3 | 1 | 2 | 1 | 13 | 0.0% |
| 27 CFR 479.48 | 2 | 9 | 1 | 1 | | 13 | 0.0% |
| 27 CFR 478.44(a) | 1 | | 8 | | 3 | 12 | 0.0% |
| 27 CFR 478.99(c)(2) | 7 | 3 | | 2 | | 12 | 0.0% |
| 27 CFR 555.102(a) | | | 11 | | | 11 | 0.0% |
| 27 CFR 478.99(a)(1) | 3 | 4 | 4 | | | 11 | 0.0% |
| 28 CFR 25.11(b)(2) | | | 11 | | | 11 | 0.0% |
| 27 CFR 478.112(c)(1) | 2 | | 9 | | | 11 | 0.0% |
| 27 CFR 478.96(c)(1)(iv) | 4 | 1 | 3 | 2 | 1 | 11 | 0.0% |
| 27 CFR 479.105(f). | | | 11 | | | 11 | 0.0% |
| 27 CFR 478.99(b)(1) | 3 | 2 | 6 | | | 11 | 0.0% |
| 18 U.S.C. 2(a) & 18 U.S.C. 922(g) | | | | 5 | 6 | 11 | 0.0% |
| 27 CFR 479.141 | 4 | | 1 | 4 | 2 | 11 | 0.0% |
| 27 CFR 479.88(A) | | | | 10 | | 10 | 0.0% |
| 27 CFR 479.142 | | | | 10 | | 10 | 0.0% |
| Unknown | | | | 7 | 3 | 10 | 0.0% |
| 27 CFR 479.90(b) | 4 | 1 | | 1 | 3 | 9 | 0.0% |

| CFR Citation | 2016 | 2017 | 2018 | 2019 | 2020 | Total | % of All Violations Cited |
|---|---|---|---|---|---|---|---|
| 26 USC 5861(d) | | | | | 9 | 9 | 0.0% |
| 27 CFR 479.61 | | 3 | 6 | | | 9 | 0.0% |
| 27 CFR 555.29 | | 6 | 2 | | | 8 | 0.0% |
| 27 CFR 478.99(c)(3) | 3 | 1 | 1 | 3 | | 8 | 0.0% |
| 27 CFR 555.124(c) | 8 | | | | | 8 | 0.0% |
| 18 U.S.C. 922(z) | | | | 4 | 4 | 8 | 0.0% |
| 18 U.S.C. 924(a)(3) | | | | 2 | 6 | 8 | 0.0% |
| 27 CFR 478.102(d)(1)(ii) | | 1 | 7 | | | 8 | 0.0% |
| 27 CFR 478.99(c)(4) | 2 | 2 | 1 | 2 | | 7 | 0.0% |
| 27 CFR 555.26(a) | | 6 | 1 | | | 7 | 0.0% |
| 27 CFR 479.49 | 7 | | | | | 7 | 0.0% |
| 27 CFR 447.62 | | 7 | | | | 7 | 0.0% |
| 27 CFR 555.201(f) | | 6 | | | | 6 | 0.0% |
| 27 CFR 447.41(a) | | | 6 | | | 6 | 0.0% |
| 27 CFR 478.99(c)(8) | 3 | 1 | | 2 | | 6 | 0.0% |
| 27 CFR 478.125(c) | | | | 5 | 1 | 6 | 0.0% |
| 27 CFR 478.32(a)(1) | 4 | | 2 | | | 6 | 0.0% |
| 27 CFR 478.36(a) | | 5 | | | | 5 | 0.0% |
| 27 CFR 478.134(c) | 1 | 3 | | | | 4 | 0.0% |
| 27 CFR 478.96(c) | 4 | | | | | 4 | 0.0% |
| 27 CFR 478.112(c)(2)(iv) | | 4 | | | | 4 | 0.0% |
| 27 CFR 478.122(c) | 1 | 1 | 1 | | | 3 | 0.0% |
| 27 CFR 478.23(a)(2) | 1 | | | 2 | | 3 | 0.0% |
| 27 CFR 479.102(f)(1) | | | 2 | 1 | | 3 | 0.0% |
| 27 CFR 479.33(b) | | 2 | | | | 2 | 0.0% |
| 27 CFR 478.96(b) | | | 1 | 1 | | 2 | 0.0% |
| 27 CFR 479.46 | | 1 | 1 | | | 2 | 0.0% |
| 27 CFR 478.92(c) | | 2 | | | | 2 | 0.0% |
| 18 U.S.C. § 2 & 18 U.S.C. § 922(a)(1)(A) | | | | | 2 | 2 | 0.0% |
| 27 CFR 479.83 | | 2 | | | | 2 | 0.0% |
| 27 CFR 479.44 | | | 2 | | | 2 | 0.0% |
| 27 CFR 478.33a | | 2 | | | | 2 | 0.0% |
| 27 CFR 478.33 | | | 2 | | | 2 | 0.0% |
| 27 CFR 478.47(b)(5) | 1 | | | | | 1 | 0.0% |
| 27 CFR 478.124(h) | | | 1 | | | 1 | 0.0% |
| 28 CFR 25.11(a) | | | 1 | | | 1 | 0.0% |
| 27 CFR 479.88(c) | | | | 1 | | 1 | 0.0% |
| 27 CFR 478.32(c) | | | 1 | | | 1 | 0.0% |
| 27 CFR 479.89 | | | 1 | | | 1 | 0.0% |
| 27 CFR 478.32(d)(1) | | 1 | | | | 1 | 0.0% |
| 27 CFR 479.118 | | 1 | | | | 1 | 0.0% |
| 27 CFR 478.92(b)(1) | | | | | 1 | 1 | 0.0% |
| 27 CFR 478.124(c )(3)(i) | | | | 1 | | 1 | 0.0% |
| 27 CFR 555.124(c)(3) | | | | 1 | | 1 | 0.0% |
| 18 U.S.C. 923(a)(3)(A) | | | | 1 | | 1 | 0.0% |
| 27 CFR 478.47(b)(4) | | | 1 | | | 1 | 0.0% |
| 27 CFR 478.124(d) | | 1 | | | | 1 | 0.0% |
| 27 CFR 478.47(b)(6)(ii) | 1 | | | | | 1 | 0.0% |
| 27 CFR 478.37 | | | 1 | | | 1 | 0.0% |
| 27 CFR 478.50(a) | | 1 | | | | 1 | 0.0% |
| 27 CFR 478.28 | | | | 1 | | 1 | 0.0% |
| 27 CFR 478.103(e) | | 1 | | | | 1 | 0.0% |
| 27 CFR 478.112(c) | | | 1 | | | 1 | 0.0% |
| 27 CFR 478.124(f) | 1 | | | | | 1 | 0.0% |
| 27 CFR 478.32(a)(9) | 1 | | | | | 1 | 0.0% |
| 27 CFR 479.102 | 0 | | | | | 0 | 0.0% |
| **Total** | **29,330,224** | **33,255,652** | **1,562,231** | **3,431,968** | **107,393** | **67,687,468** | **100.0%** |

Compendium_Klarevas
Page 357

*Table IR-10:  All Violations Cited in Completed Compliance Inspections with Skewed Violations Excluded, 2016 – 2020*

| CFR Citation | 2016 | 2017 | 2018 | 2019 | 2020 | Total | % of All Violations Cited |
|---|---|---|---|---|---|---|---|
| 27 CFR 478.125(e) | 117,088 | 114,109 | 136,991 | 87,503 | 26,662 | 482,353 | 19.9% |
| 27 CFR 478.123(a) | 60,291 | 65,971 | 164,248 | 122,946 | 7,314 | 420,770 | 17.4% |
| 27 CFR 478.123(b) | 41,190 | 65,533 | 97,598 | 59,428 | 5,538 | 269,287 | 11.1% |
| 27 CFR 478.21(a) | 33,057 | 27,769 | 35,285 | 34,738 | 12,208 | 143,057 | 5.9% |
| 27 CFR 478.124(c)(1) | 21,371 | 24,495 | 27,750 | 40,946 | 18,367 | 132,929 | 5.5% |
| 27 CFR 479.103 | 151 | 91,877 | 1,365 | 472 | 15 | 93,880 | 3.9% |
| 27 CFR 478.41(b) | 22 | 76,512 | 103 | 63 | 67 | 76,767 | 3.2% |
| 27 CFR 478.124(c)(3)(iv) | 15,953 | 14,722 | 15,821 | 16,529 | 6,360 | 69,385 | 2.9% |
| 27 CFR 478.92(a)(1)(ii)(D) | 709 | 1,081 | 475 | 64,417 | 774 | 67,456 | 2.8% |
| 27 CFR 478.124(c)(5) | 12,656 | 12,632 | 14,893 | 13,867 | 5,101 | 59,149 | 2.4% |
| 27 CFR 478.92(a)(1)(ii)(C) | 3,779 | 1,142 | 711 | 50,251 | 746 | 56,629 | 2.3% |
| 27 CFR 478.92(a)(1)(i) | 2,950 | 1,005 | 19,345 | 32,213 | 56 | 55,569 | 2.3% |
| 27 CFR 478.92(a)(1) | 7,912 | 2,305 | 633 | 36,842 | 46 | 47,738 | 2.0% |
| 27 CFR 478.123(d) | 9,671 | 13,649 | 8,841 | 9,275 | 3,222 | 44,658 | 1.8% |
| 27 CFR 478.124(c)(3)(i) | 10,298 | 9,573 | 11,678 | 9,081 | 3,711 | 44,341 | 1.8% |
| 27 CFR 478.122(a) | 36,605 | 1,594 | 1,055 | 848 | 44 | 40,146 | 1.7% |
| 27 CFR 478.92(a)(2) | 119 | 55 | 177 | 32,110 | 122 | 32,583 | 1.3% |
| 27 CFR 478.92(a)(1)(ii)(A) | 2 | 203 | 32,019 | 39 | 3 | 32,266 | 1.3% |
| 27 CFR 478.124(c)(4) | 3,996 | 5,217 | 5,477 | 10,052 | 4,185 | 28,927 | 1.2% |
| 27 CFR 478.126a | 5,819 | 6,035 | 6,911 | 6,609 | 3,334 | 28,708 | 1.2% |
| 27 CFR 478.124(b) | 2,467 | 5,661 | 9,308 | 866 | 1,290 | 19,592 | 0.8% |
| 27 CFR 478.92(a)(1)(ii) | 1,788 | 279 | 13,983 | 25 | 27 | 16,102 | 0.7% |
| 27 CFR 555.123(d) | 8 | 21 | 18 | 15,986 | | 16,033 | 0.7% |
| 27 CFR 478.102(a) | 2,774 | 2,463 | 3,091 | 1,959 | 815 | 11,102 | 0.5% |
| 27 CFR 478.122(b) | 8,811 | 391 | 1,188 | 111 | 30 | 10,531 | 0.4% |
| 27 CFR 478.124(a) | 2,630 | 2,893 | 2,316 | 1,673 | 665 | 10,177 | 0.4% |
| 27 CFR 478.41(a) | 9,616 | 63 | 70 | 25 | 108 | 9,882 | 0.4% |
| 27 CFR 555.123(a) | 9,181 | 75 | | 4 | | 9,260 | 0.4% |
| 27 CFR 555.123(b) | 9,176 | | | | | 9,176 | 0.4% |
| 27 CFR 479.31(a) | 6,682 | 6 | 3 | 12 | 19 | 6,722 | 0.3% |
| 27 CFR 478.129(b) | 847 | 2,385 | 1,276 | 963 | 558 | 6,029 | 0.2% |
| 27 CFR 478.50 | 1,573 | 1,802 | 1,265 | 418 | 78 | 5,136 | 0.2% |
| 27 CFR 478.113 | | | 3,735 | 2 | | 3,737 | 0.2% |
| 27 CFR 478.125(h) | 3,427 | 148 | 5 | 5 | | 3,585 | 0.1% |
| 27 CFR 478.131(a)(2) | 607 | 774 | 856 | 1,052 | 273 | 3,562 | 0.1% |
| 27 CFR 478.103(a) | 686 | 2,541 | 23 | 184 | 22 | 3,456 | 0.1% |
| 27 CFR 478.128(c) | 393 | 1,767 | 329 | 748 | 146 | 3,383 | 0.1% |
| 27 CFR 478.121(a) | 855 | 270 | 1,810 | 37 | 25 | 2,997 | 0.1% |
| 27 CFR 478.121(c) | 907 | 121 | 1,524 | 144 | 116 | 2,812 | 0.1% |
| 27 CFR 479.131 | 228 | 216 | 875 | 182 | 1,240 | 2,741 | 0.1% |
| 27 CFR 478.102(a)(1) | 995 | 519 | 329 | 162 | 62 | 2,067 | 0.1% |
| 27 CFR 478.36 | 2 | 26 | 1,646 | 51 | 253 | 1,978 | 0.1% |
| 27 CFR 478.126(a) | 104 | 872 | 789 | 156 | 8 | 1,929 | 0.1% |
| 27 CFR 479.102(a) | 38 | 13 | 1608 | 6 | | 1,665 | 0.1% |
| 27 CFR 478.122(d) | 916 | 483 | 231 | 25 | 3 | 1,658 | 0.1% |
| 27 CFR 478.58 | 85 | 50 | 432 | 825 | 98 | 1,490 | 0.1% |
| 27 CFR 478.123(c) | 23 | 119 | 1,287 | 12 | | 1,441 | 0.1% |
| 27 CFR 478.99(a) | 267 | 361 | 409 | 224 | 151 | 1,412 | 0.1% |
| 27 CFR 478.92(a)(1)(ii)(E) | 37 | 240 | 1,120 | | | 1,397 | 0.1% |
| 27 CFR 478.99(b)(2) | 47 | 411 | 408 | 405 | 111 | 1,382 | 0.1% |
| 27 CFR 478.102(c) | 357 | 242 | 254 | 303 | 155 | 1,311 | 0.1% |

| CFR Citation | 2016 | 2017 | 2018 | 2019 | 2020 | Total | % of All Violations Cited |
|---|---|---|---|---|---|---|---|
| 27 CFR 478.99(c) | 607 | 243 | 105 | 163 | 82 | 1,200 | 0.0% |
| 27 CFR 479.88(b) | 92 | 196 | 227 | 48 | 549 | 1,112 | 0.0% |
| 27 CFR 478.92(a)(1)(ii)(B) | 275 | 37 | 645 | 71 | 15 | 1,043 | 0.0% |
| 27 CFR 478.100(a)(1) | 328 | 167 | 132 | 232 | 135 | 994 | 0.0% |
| 27 CFR 478.93 | 4 | 920 | | | | 924 | 0.0% |
| 27 CFR 478.103(c) | 10 | 4 | 770 | 1 | 1 | 786 | 0.0% |
| 27 CFR 478.22(a) | 54 | 233 | 444 | 36 | | 767 | 0.0% |
| 27 CFR 478.102(a)(2)(ii) | 131 | 268 | 175 | 126 | 64 | 764 | 0.0% |
| 27 CFR 479.86 | | 3 | 41 | 14 | 646 | 704 | 0.0% |
| 27 CFR 478.112(d)(2) | 600 | | 60 | 1 | 1 | 662 | 0.0% |
| 27 CFR 478.34 | 16 | 161 | 228 | 27 | 216 | 648 | 0.0% |
| 27 CFR 478.102(d)(1) | 1 | 24 | 26 | 402 | 175 | 628 | 0.0% |
| 27 CFR 555.124(a) | 1 | 555 | 13 | | | 569 | 0.0% |
| 27 CFR 478.39a | 59 | 153 | 142 | 110 | 32 | 496 | 0.0% |
| 27 CFR 478.112(d)(1) | 34 | 137 | 184 | 73 | 60 | 488 | 0.0% |
| 27 CFR 478.39(a) | 76 | 191 | 200 | | | 467 | 0.0% |
| 27 CFR 478.100(c) | 233 | 10 | 24 | 77 | 95 | 439 | 0.0% |
| 27 CFR 478.103(d) | 49 | 293 | 27 | 37 | 15 | 421 | 0.0% |
| 18 U.S.C. 923(g)(5)(A) | | | 14 | 243 | 156 | 413 | 0.0% |
| 27 CFR 479.102(a)(2) | 90 | 235 | 26 | 20 | 22 | 393 | 0.0% |
| 27 CFR 478.124(c)(3)(iii) | 68 | 79 | 82 | 111 | 32 | 372 | 0.0% |
| 27 CFR 478.102(b) | 67 | 26 | 20 | 127 | 64 | 304 | 0.0% |
| 27 CFR 478.125(f). | 211 | 13 | 23 | | | 247 | 0.0% |
| 27 CFR 478.92(a)(4)(iii) | | | | 1 | 241 | 242 | 0.0% |
| 27 CFR 478.128(b) | 4 | 11 | 2 | 4 | 220 | 241 | 0.0% |
| 27 CFR 478.32(a)(3) | 1 | | 232 | 1 | | 234 | 0.0% |
| 27 CFR 478.99(b) | 26 | 99 | 60 | 22 | 23 | 230 | 0.0% |
| 27 CFR 479.105(a) | 3 | 6 | 204 | 1 | | 214 | 0.0% |
| 27 CFR 478.129(d) | 4 | 129 | 58 | 1 | | 192 | 0.0% |
| 27 CFR 478.124(c)(3) | 29 | 108 | 47 | | | 184 | 0.0% |
| 27 CFR 479.84 | 8 | 77 | 51 | 17 | 25 | 178 | 0.0% |
| 27 CFR 478.125a | 8 | 103 | 40 | 26 | 1 | 178 | 0.0% |
| 27 CFR 478.125a(a)(4) | 36 | 11 | 79 | 45 | 1 | 172 | 0.0% |
| 27 CFR 478.22(a)(3) | 9 | 5 | 143 | 1 | | 158 | 0.0% |
| 27 CFR 555.124(c)(5) | 34 | 109 | 1 | | 11 | 155 | 0.0% |
| 27 CFR 478.134(a) | | 101 | 26 | 20 | 4 | 151 | 0.0% |
| 27 CFR 479.101(e) | | 3 | 16 | 28 | 91 | 138 | 0.0% |
| 27 CFR 479.101(b). | | 5 | 14 | 109 | | 128 | 0.0% |
| 27 CFR 478.54 | 22 | 32 | 27 | 37 | 7 | 125 | 0.0% |
| 27 CFR 478.102(a)(2)(i) | 9 | 1 | 13 | 85 | 10 | 118 | 0.0% |
| 27 CFR 479.21(a) | 20 | 20 | 48 | 23 | 6 | 117 | 0.0% |
| 27 CFR 478.52(a) | 26 | 26 | 23 | 20 | 12 | 107 | 0.0% |
| 27 CFR 478.25a | 14 | 9 | 10 | 48 | 21 | 102 | 0.0% |
| 27 CFR 478.112(a) | 3 | 99 | | | | 102 | 0.0% |
| 27 CFR 478.124a | 3 | 79 | 13 | 1 | 3 | 99 | 0.0% |
| 27 CFR 478.51 | 6 | 9 | 77 | 3 | 3 | 98 | 0.0% |
| 27 CFR 478.94 | 2 | 63 | 30 | 2 | | 97 | 0.0% |
| 27 CFR 478.125(a) | 50 | 21 | 8 | 1 | | 80 | 0.0% |
| 27 CFR 478.124(c)(1) | 4 | | 70 | 5 | | 79 | 0.0% |
| 27 CFR 478.102(a)(3) | 4 | 1 | 23 | 18 | 31 | 77 | 0.0% |
| 27 CFR 478.99(c)(9) | 55 | 6 | 9 | 6 | | 76 | 0.0% |
| 27 CFR 478.23(b) | 8 | 46 | 13 | 5 | 4 | 76 | 0.0% |
| 27 CFR 478.99(c)(5) | 52 | 9 | 3 | 2 | | 66 | 0.0% |
| 27 CFR 478.124(e) | 52 | 12 | | | | 64 | 0.0% |
| 27 CFR 479.101(b) | | | | 23 | 41 | 64 | 0.0% |
| 27 CFR 478.129(e) | 16 | 3 | 3 | 26 | 14 | 62 | 0.0% |
| 27 CFR 478.99(c)(1) | 40 | 11 | 5 | 3 | 1 | 60 | 0.0% |

| CFR Citation | 2016 | 2017 | 2018 | 2019 | 2020 | Total | % of All Violations Cited |
|---|---|---|---|---|---|---|---|
| 27 CFR 555.124(c)(1) | 15 | 14 | 27 | 3 | | 59 | 0.0% |
| 27 CFR 479.62 | 1 | 1 | | 55 | | 57 | 0.0% |
| 27 CFR 447.45(b) | | | 49 | | | 49 | 0.0% |
| 27 CFR 478.92(c)(1)(ii)(A) | | | 48 | | | 48 | 0.0% |
| 27 CFR 478.129(c) | 1 | 4 | 25 | 12 | 5 | 47 | 0.0% |
| 27 CFR 478.124(a)(3)(iii) | 3 | | 43 | | | 46 | 0.0% |
| 27 CFR 479.102(a)(1) | | 5 | 13 | 1 | 20 | 39 | 0.0% |
| 27 CFR 478.124(c)(3)(ii) | | 2 | 36 | | | 38 | 0.0% |
| 27 CFR 478.124(g) | 35 | | 1 | | 2 | 38 | 0.0% |
| 27 CFR 447.34(b) | | 37 | | | | 37 | 0.0% |
| 27 CFR 478.121(b) | 3 | 1 | 27 | 4 | 2 | 37 | 0.0% |
| 27 CFR 447.45(a)(2)(b) | | 37 | | | | 37 | 0.0% |
| 27 CFR 478.102(e) | | | 1 | 19 | 15 | 35 | 0.0% |
| 27 CFR 479.114 | 5 | 1 | 28 | | | 34 | 0.0% |
| 27 CFR 478.132(a)(2) | 7 | 14 | 10 | | | 31 | 0.0% |
| 27 CFR 478.91 | 5 | 4 | 5 | 13 | 2 | 29 | 0.0% |
| 27 CFR 478.103(b) | 9 | | 20 | | | 29 | 0.0% |
| 27 CFR 478.124(c)(2) | | 29 | | | | 29 | 0.0% |
| 28 CFR 25.6(a) | 9 | 6 | 11 | 2 | | 28 | 0.0% |
| 27 CFR 478.53 | 4 | 3 | 9 | 7 | 4 | 27 | 0.0% |
| 27 CFR 478.125(g) | 10 | | 16 | | | 26 | 0.0% |
| 27 CFR 478.96(c)(1) | 19 | 7 | | | | 26 | 0.0% |
| 27 CFR 478.22(c) | | 22 | 3 | | | 25 | 0.0% |
| 27 CFR 555.126(a) | 24 | | | | | 24 | 0.0% |
| 27 CFR 478.128(a) | 6 | 5 | 3 | 4 | 5 | 23 | 0.0% |
| 27 CFR 478.112(c)(2)(ii) | | 23 | | | | 23 | 0.0% |
| 27 CFR 478.125(i) | 3 | 18 | | | | 21 | 0.0% |
| 27 CFR 555.124(b) | 1 | | 17 | | | 18 | 0.0% |
| 18 U.S.C. 922(t) | | | | 10 | 8 | 18 | 0.0% |
| 27 CFR 478.112(c)(2) | | | | 1 | 17 | 18 | 0.0% |
| 27 CFR 479.112(a) | 2 | 5 | 9 | | | 16 | 0.0% |
| 27 CFR 478.99(c)(7) | 8 | 1 | 3 | 3 | | 15 | 0.0% |
| 27 CFR 478.102(d)(1)(i) | | 5 | 10 | | | 15 | 0.0% |
| 27 CFR 478.99(c)(6) | 11 | 1 | 1 | 2 | | 15 | 0.0% |
| 18 U.S.C. 922(m) | | | | 2 | 12 | 14 | 0.0% |
| 27 CFR 478.127 | 5 | 3 | 3 | 2 | 1 | 14 | 0.0% |
| 27 CFR 555.21(a) | 13 | | | | | 13 | 0.0% |
| 27 CFR 555.124(c)(4) | 3 | 1 | 6 | 3 | | 13 | 0.0% |
| 27 CFR 478.57(a) | 6 | 3 | 1 | 2 | 1 | 13 | 0.0% |
| 27 CFR 479.48 | 2 | 9 | 1 | 1 | | 13 | 0.0% |
| 27 CFR 478.44(a) | 1 | | 8 | | 3 | 12 | 0.0% |
| 27 CFR 478.99(c)(2) | 7 | 3 | | 2 | | 12 | 0.0% |
| 27 CFR 555.102(a) | | | 11 | | | 11 | 0.0% |
| 27 CFR 478.112(c)(1) | 2 | | 9 | | | 11 | 0.0% |
| 28 CFR 25.11(b)(2) | | | 11 | | | 11 | 0.0% |
| 27 CFR 479.105(f). | | | 11 | | | 11 | 0.0% |
| 27 CFR 478.99(a)(1) | 3 | 4 | 4 | | | 11 | 0.0% |
| 18 U.S.C. 2(a) & 18 U.S.C. 922(g) | | | | 5 | 6 | 11 | 0.0% |
| 27 CFR 478.99(b)(1) | 3 | 2 | 6 | | | 11 | 0.0% |
| 27 CFR 479.141 | 4 | | 1 | 4 | 2 | 11 | 0.0% |
| 27 CFR 478.96(c)(1)(iv) | 4 | 1 | 3 | 2 | 1 | 11 | 0.0% |
| Unknown | | | | 7 | 3 | 10 | 0.0% |
| 27 CFR 479.142 | | | | 10 | | 10 | 0.0% |
| 27 CFR 479.88(a) | | | | 10 | | 10 | 0.0% |
| 26 USC 5861(d) | | | | | 9 | 9 | 0.0% |
| 27 CFR 479.90(b) | 4 | 1 | | 1 | 3 | 9 | 0.0% |
| 27 CFR 479.61 | | 3 | 6 | | | 9 | 0.0% |

5/5/22

| CFR Citation | 2016 | 2017 | 2018 | 2019 | 2020 | Total | % of All Violations Cited |
|---|---|---|---|---|---|---|---|
| 18 U.S.C. 924(a)(3) | | | | 2 | 6 | 8 | 0.0% |
| 18 U.S.C. 922(z) | | | | 4 | 4 | 8 | 0.0% |
| 27 CFR 478.99(c)(3) | 3 | 1 | 1 | 3 | | 8 | 0.0% |
| 27 CFR 555.29 | | 6 | 2 | | | 8 | 0.0% |
| 27 CFR 478.102(d)(1)(ii) | | 1 | 7 | | | 8 | 0.0% |
| 27 CFR 555.124(c) | 8 | | | | | 8 | 0.0% |
| 27 CFR 478.99(c)(4) | 2 | 2 | 1 | 2 | | 7 | 0.0% |
| 27 CFR 555.26(a) | | 6 | 1 | | | 7 | 0.0% |
| 27 CFR 479.49 | 7 | | | | | 7 | 0.0% |
| 27 CFR 447.62 | | 7 | | | | 7 | 0.0% |
| 27 CFR 555.201(f) | | 6 | | | | 6 | 0.0% |
| 27 CFR 478.99(c)(8) | 3 | 1 | | 2 | | 6 | 0.0% |
| 27 CFR 478.125(c) | | | | 5 | 1 | 6 | 0.0% |
| 27 CFR 478.32(a)(1) | 4 | | 2 | | | 6 | 0.0% |
| 27 CFR 447.41(a) | | | 6 | | | 6 | 0.0% |
| 27 CFR 478.36(a) | | 5 | | | | 5 | 0.0% |
| 27 CFR 478.112(c)(2)(iv) | | 4 | | | | 4 | 0.0% |
| 27 CFR 478.134(c) | 1 | 3 | | | | 4 | 0.0% |
| 27 CFR 478.96(c) | 4 | | | | | 4 | 0.0% |
| 27 CFR 478.122(c) | 1 | 1 | 1 | | | 3 | 0.0% |
| 27 CFR 479.102(F)(1) | | | 2 | 1 | | 3 | 0.0% |
| 27 CFR 478.23(a)(2). | 1 | | | 2 | | 3 | 0.0% |
| 27 CFR 479.44 | | | 2 | | | 2 | 0.0% |
| 27 CFR 479.33(b) | | 2 | | | | 2 | 0.0% |
| 27 CFR 478.96(b) | | | 1 | 1 | | 2 | 0.0% |
| 18 U.S.C. § 2 & 18 U.S.C. § 922(a)(1)(A) | | | | | 2 | 2 | 0.0% |
| 27 CFR 478.33a | | 2 | | | | 2 | 0.0% |
| 27 CFR 479.83 | | 2 | | | | 2 | 0.0% |
| 27 CFR 479.26 | | 2 | | | | 2 | 0.0% |
| 27 CFR 478.92(c) | | 2 | | | | 2 | 0.0% |
| 27 CFR 479.46 | | 1 | 1 | | | 2 | 0.0% |
| 27 CFR 478.33 | | | 2 | | | 2 | 0.0% |
| 27 CFR 478.47(b)(5) | 1 | | | | | 1 | 0.0% |
| 27 CFR 478.124(h) | | | 1 | | | 1 | 0.0% |
| 28 CFR 25.11(a) | | | 1 | | | 1 | 0.0% |
| 27 CFR 479.88(c) | | | | 1 | | 1 | 0.0% |
| 27 CFR 478.32(c) | | | 1 | | | 1 | 0.0% |
| 27 CFR 479.89 | | | 1 | | | 1 | 0.0% |
| 27 CFR 478.32(d)(1) | | 1 | | | | 1 | 0.0% |
| 27 CFR 479.118 | | 1 | | | | 1 | 0.0% |
| 27 CFR 478.92(b)(1) | | | | | 1 | 1 | 0.0% |
| 27 CFR 478.124(c)(3)(i) | | | | 1 | | 1 | 0.0% |
| 27 CFR 555.124(c)(3) | | | | 1 | | 1 | 0.0% |
| 18 U.S.C. 923(a)(3)(A) | | | | 1 | | 1 | 0.0% |
| 27 CFR 478.47(b)(4) | | | 1 | | | 1 | 0.0% |
| 27 CFR 478.124(d) | | 1 | | | | 1 | 0.0% |
| 27 CFR 478.47(b)(6)(ii) | 1 | | | | | 1 | 0.0% |
| 27 CFR 478.37 | | | 1 | | | 1 | 0.0% |
| 27 CFR 478.50(a) | | 1 | | | | 1 | 0.0% |
| 27 CFR 478.28 | | | | 1 | | 1 | 0.0% |
| 27 CFR 478.103(e) | | 1 | | | | 1 | 0.0% |
| 27 CFR 478.112(c) | | | 1 | | | 1 | 0.0% |
| 27 CFR 478.124(f) | 1 | | | | | 1 | 0.0% |
| 27 CFR 478.32(a)(9) | 1 | | | | | 1 | 0.0% |
| 27 CFR 479.102 | 0 | | | | | 0 | 0.0% |
| **Total** | 452,996 | 566,187 | 637,052 | 657,511 | 107,393 | 2,421,139 | 100.0% |

5/5/22

*Table IR-11: All Violations Cited in Completed Compliance Inspections of Type 01 FFLs with Skewed Violations Excluded, 2016 – 2020*

| CFR Citation | 2016 | 2017 | 2018 | 2019 | 2020 | Total | % of Violations Cited |
|---|---|---|---|---|---|---|---|
| 27 CFR 478.125(e) | 94,587 | 81,246 | 109,817 | 73,409 | 21,110 | 380,169 | 52.4% |
| 27 CFR 478.21(a) | 22,199 | 14,043 | 17,344 | 20,716 | 7,099 | 81,401 | 11.2% |
| 27 CFR 478.124(c)(1) | 11,945 | 13,209 | 14,132 | 24,240 | 10,672 | 74,198 | 10.2% |
| 27 CFR 478.124(c)(3)(iv) | 9,629 | 7,764 | 9,537 | 9,641 | 3,805 | 40,376 | 5.6% |
| 27 CFR 478.124(c)(5) | 8,051 | 6,102 | 7,040 | 9,303 | 2,911 | 33,407 | 4.6% |
| 27 CFR 478.124(c)(3)(i) | 5,491 | 5,106 | 6,944 | 5,749 | 2,416 | 25,706 | 3.5% |
| 27 CFR 478.126a | 3,847 | 3,576 | 4,034 | 3,956 | 2,211 | 17,624 | 2.4% |
| 27 CFR 478.124(c)(4) | 2,733 | 3,117 | 3,381 | 5,464 | 2,219 | 16,914 | 2.3% |
| 27 CFR 478.124(b) | 1,741 | 2,171 | 3,293 | 67 | 25 | 7,297 | 1.0% |
| 27 CFR 478.102(a) | 1,534 | 1,598 | 2,055 | 1,368 | 536 | 7,091 | 1.0% |
| 27 CFR 478.124(a) | 1,811 | 1,768 | 1,021 | 1,086 | 348 | 6,034 | 0.8% |
| 27 CFR 478.129(b) | 468 | 1,807 | 765 | 663 | 348 | 4,051 | 0.6% |
| 27 CFR 478.125(h) | 3,422 | | 2 | | | 3,424 | 0.5% |
| 27 CFR 478.50 | 1,529 | 724 | 664 | 47 | 65 | 3,029 | 0.4% |
| 27 CFR 478.103(a) | 300 | 2,214 | 15 | 180 | 15 | 2,724 | 0.4% |
| 27 CFR 478.121(c) | 712 | 25 | 1,462 | 45 | 75 | 2,319 | 0.3% |
| 27 CFR 478.131(a)(2) | 332 | 423 | 512 | 653 | 167 | 2,087 | 0.3% |
| 27 CFR 478.102(a)(1) | 817 | 355 | 257 | 60 | 35 | 1,524 | 0.2% |
| 27 CFR 479.131 | 57 | 11 | 105 | 45 | 1,189 | 1,407 | 0.2% |
| 27 CFR 478.58 | 32 | 27 | 400 | 783 | 14 | 1,256 | 0.2% |
| 27 CFR 478.126(a) | 66 | 468 | 476 | 117 | 6 | 1,133 | 0.2% |
| 27 CFR 478.99(b)(2) | 34 | 276 | 398 | 339 | 84 | 1,131 | 0.2% |
| 27 CFR 478.128(c) | 253 | 132 | 183 | 446 | 116 | 1,130 | 0.2% |
| 27 CFR 478.121(a) | 823 | 65 | 35 | 30 | 17 | 970 | 0.1% |
| 27 CFR 478.102(c) | 154 | 130 | 164 | 195 | 120 | 763 | 0.1% |
| 27 CFR 478.99(a) | 145 | 225 | 156 | 157 | 72 | 755 | 0.1% |
| 27 CFR 479.86 | | 1 | | 9 | 646 | 656 | 0.1% |
| 27 CFR 478.99(c) | 338 | 100 | 46 | 91 | 48 | 623 | 0.1% |
| 27 CFR 555.124(a) | 1 | 555 | | | | 556 | 0.1% |
| 27 CFR 479.88(b) | 1 | 2 | 6 | 1 | 545 | 555 | 0.1% |
| 27 CFR 478.100(a)(1) | 73 | 56 | 124 | 199 | 98 | 550 | 0.1% |
| 27 CFR 478.102(a)(2)(ii) | 79 | 161 | 113 | 68 | 40 | 461 | 0.1% |
| 27 CFR 478.102(d)(1) | 1 | 21 | 16 | 255 | 130 | 423 | 0.1% |
| 27 CFR 478.39(a) | 73 | 33 | 143 | | | 249 | 0.0% |
| 27 CFR 478.124(c)(3)(iii) | 37 | 39 | 49 | 82 | 22 | 229 | 0.0% |
| 27 CFR 478.39a | 39 | 81 | 25 | 61 | 21 | 227 | 0.0% |
| 27 CFR 478.41(b) | 2 | 9 | 103 | 57 | 37 | 208 | 0.0% |
| 18 U.S.C. 923(g)(5)(A) | | | 11 | 98 | 85 | 194 | 0.0% |
| 27 CFR 478.99(b) | 18 | 82 | 41 | 16 | 16 | 173 | 0.0% |
| 27 CFR 478.124(c)(3) | 14 | 108 | 47 | | | 169 | 0.0% |
| 27 CFR 478.102(b) | 1 | 26 | 17 | 92 | 29 | 165 | 0.0% |
| 27 CFR 555.124(c)(5) | 33 | 109 | 1 | | 11 | 154 | 0.0% |
| 27 CFR 478.125a | 7 | 103 | 13 | 25 | 1 | 149 | 0.0% |
| 27 CFR 478.41(a) | 42 | 51 | 43 | 10 | 1 | 147 | 0.0% |
| 27 CFR 478.100(c) | | 8 | 24 | 73 | 41 | 146 | 0.0% |
| 27 CFR 478.134(a) | | 100 | 26 | 12 | 3 | 141 | 0.0% |
| 27 CFR 478.103(c) | 8 | 2 | 96 | 1 | 1 | 108 | 0.0% |
| 27 CFR 478.103(d) | 42 | 9 | 17 | 31 | 8 | 107 | 0.0% |
| 27 CFR 478.51 | 4 | 3 | 73 | 2 | 1 | 83 | 0.0% |
| 27 CFR 479.101(e) | | 1 | 3 | 9 | 69 | 82 | 0.0% |
| 27 CFR 478.124(c)(1) | 4 | | 70 | 5 | | 79 | 0.0% |

| CFR Citation | 2016 | 2017 | 2018 | 2019 | 2020 | Total | % of All Violations Cited |
|---|---|---|---|---|---|---|---|
| 27 CFR 478.125(a) | 50 | 21 | 7 | | | 78 | 0.0% |
| 27 CFR 478.25a | 12 | 5 | 10 | 33 | 14 | 74 | 0.0% |
| 27 CFR 478.23(b) | 4 | 44 | 9 | 1 | 1 | 59 | 0.0% |
| 27 CFR 478.52(a) | 15 | 14 | 10 | 14 | 4 | 57 | 0.0% |
| 27 CFR 478.54 | 10 | 17 | 12 | 14 | 4 | 57 | 0.0% |
| 27 CFR 478.102(a)(2)(i) | 6 | 1 | 2 | 40 | 6 | 55 | 0.0% |
| 27 CFR 478.22(a) | 38 | 3 | 6 | | | 47 | 0.0% |
| 27 CFR 478.124(e) | 36 | 9 | | | | 45 | 0.0% |
| 27 CFR 478.124(a)(3)(iii) | | | 43 | | | 43 | 0.0% |
| 27 CFR 478.129(e) | 14 | 3 | 2 | 19 | 5 | 43 | 0.0% |
| 27 CFR 478.102(a)(3) | 3 | | 12 | 14 | 12 | 41 | 0.0% |
| 27 CFR 478.124(c)(3)(ii) | | 2 | 36 | | | 38 | 0.0% |
| 27 CFR 478.129(c) | 1 | 4 | 23 | 6 | 3 | 37 | 0.0% |
| 27 CFR 478.121(b) | 3 | 1 | 23 | 4 | 1 | 32 | 0.0% |
| 27 CFR 479.21(a) | | 9 | 22 | | | 31 | 0.0% |
| 27 CFR 478.124(c)(2) | | 29 | | | | 29 | 0.0% |
| 27 CFR 555.124(c)(1) | 9 | 14 | 5 | | | 28 | 0.0% |
| 27 CFR 478.102(e) | | | | 12 | 14 | 26 | 0.0% |
| 27 CFR 478.125a(a)(4) | 1 | 8 | 1 | 14 | | 24 | 0.0% |
| 27 CFR 478.124a | 1 | 7 | 12 | 1 | 3 | 24 | 0.0% |
| 27 CFR 555.126(a) | 24 | | | | | 24 | 0.0% |
| 27 CFR 478.99(c)(9) | 15 | 2 | 3 | 4 | | 24 | 0.0% |
| 27 CFR 478.34 | 2 | 5 | 4 | 7 | 4 | 22 | 0.0% |
| 27 CFR 478.36 | | 18 | | 3 | 1 | 22 | 0.0% |
| 27 CFR 478.125(f) | | | 22 | | | 22 | 0.0% |
| 27 CFR 479.31(a) | | 2 | | | 18 | 20 | 0.0% |
| 27 CFR 478.91 | 2 | 3 | 4 | 10 | | 19 | 0.0% |
| 27 CFR 478.99(c)(5) | 8 | 6 | 2 | 2 | | 18 | 0.0% |
| 27 CFR 478.99(c)(1) | 12 | 2 | | 2 | 1 | 17 | 0.0% |
| 27 CFR 478.132(a)(2) | 2 | 6 | 8 | | | 16 | 0.0% |
| 27 CFR 478.53 | 3 | 1 | 2 | 6 | 3 | 15 | 0.0% |
| 28 CFR 25.6(a) | 6 | | 9 | | | 15 | 0.0% |
| 27 CFR 478.102(d)(1)(i) | | 5 | 10 | | | 15 | 0.0% |
| 27 CFR 479.101(b) | | 1 | 13 | | | 14 | 0.0% |
| 27 CFR 555.21(a) | 13 | | | | | 13 | 0.0% |
| 18 U.S.C. 922(m) | | | | | 12 | 12 | 0.0% |
| 27 CFR 478.128(a) | 4 | 2 | 2 | 2 | 2 | 12 | 0.0% |
| 27 CFR 478.44(a) | 1 | | 8 | | 2 | 11 | 0.0% |
| 27 CFR 555.102(a) | | | 11 | | | 11 | 0.0% |
| 27 CFR 478.22(a)(3) | 4 | 4 | 2 | 1 | | 11 | 0.0% |
| 27 CFR 478.128(b) | 4 | 1 | 1 | 2 | 2 | 10 | 0.0% |
| 27 CFR 478.125(g) | 10 | | | | | 10 | 0.0% |
| 18 U.S.C. 922(t) | | | | 3 | 7 | 10 | 0.0% |
| 27 CFR 479.48 | | 9 | | | | 9 | 0.0% |
| 27 CFR 478.124(g) | 6 | | | | 2 | 8 | 0.0% |
| 27 CFR 479.102(a) | 4 | 4 | | | | 8 | 0.0% |
| 27 CFR 479.84 | | | 3 | 2 | 3 | 8 | 0.0% |
| 27 CFR 478.103(b) | 8 | | | | | 8 | 0.0% |
| 27 CFR 555.124(c)(4) | 3 | 1 | 4 | | | 8 | 0.0% |
| 27 CFR 479.49 | 7 | | | | | 7 | 0.0% |
| 27 CFR 478.96(c)(1)(iv) | 1 | 1 | 3 | 1 | 1 | 7 | 0.0% |
| 27 CFR 478.96(c)(1) | | 7 | | | | 7 | 0.0% |
| 27 CFR 478.94 | 1 | 4 | 1 | 1 | | 7 | 0.0% |
| 27 CFR 478.99(a)(1) | 1 | 2 | 4 | | | 7 | 0.0% |
| 27 CFR 478.102(d)(1)(ii) | | | 6 | | | 6 | 0.0% |
| 27 CFR 478.99(c)(7) | 1 | 1 | 2 | 2 | | 6 | 0.0% |
| 27 CFR 478.127 | 2 | 2 | 1 | | 1 | 6 | 0.0% |

| CFR Citation | 2016 | 2017 | 2018 | 2019 | 2020 | Total | % of All Violations Cited |
|---|---|---|---|---|---|---|---|
| 27 CFR 478.125(c) | | | | 5 | 1 | 6 | 0.0% |
| 27 CFR 478.99(c)(6) | 3 | | 1 | 2 | | 6 | 0.0% |
| 27 CFR 478.32(a)(1) | 4 | | 1 | | | 5 | 0.0% |
| 18 U.S.C. 922(z) | | | | 4 | 1 | 5 | 0.0% |
| Unknown | | | | 2 | 3 | 5 | 0.0% |
| 27 CFR 478.99(c)(3) | 1 | | | 3 | | 4 | 0.0% |
| 27 CFR 478.96(c) | 4 | | | | | 4 | 0.0% |
| 27 CFR 447.41(a) | | | 4 | | | 4 | 0.0% |
| 18 U.S.C. 2(a) & 18 U.S.C. 922(g) | | | | 1 | 3 | 4 | 0.0% |
| 27 CFR 478.99(c)(2) | 2 | | | 2 | | 4 | 0.0% |
| 27 CFR 478.134(c) | 1 | 3 | | | | 4 | 0.0% |
| 27 CFR 479.141 | 4 | | | | | 4 | 0.0% |
| 27 CFR 479.105(a) | | | 4 | | | 4 | 0.0% |
| 27 CFR 478.99(b)(1) | 1 | 1 | 1 | | | 3 | 0.0% |
| 27 CFR 478.57(a) | 1 | 1 | | | 1 | 3 | 0.0% |
| 27 CFR 478.99(c)(4) | | | 1 | 2 | | 3 | 0.0% |
| 27 CFR 479.101(b) | | | | 2 | 1 | 3 | 0.0% |
| 18 U.S.C. 924(a)(3) | | | | | 3 | 3 | 0.0% |
| 27 CFR 478.123(b) | | | 2 | | | 2 | 0.0% |
| 27 CFR 478.23(a)(2) | 1 | | | 1 | | 2 | 0.0% |
| 27 CFR 478.33a | | 2 | | | | 2 | 0.0% |
| 18 U.S.C. § 2 & 18 U.S.C. § 922(a)(1)(A) | | | | | 2 | 2 | 0.0% |
| 27 CFR 478.123(a) | | 2 | | | | 2 | 0.0% |
| 27 CFR 478.99(c)(8) | | | | 2 | | 2 | 0.0% |
| 27 CFR 478.32(a)(3) | 1 | | | 1 | | 2 | 0.0% |
| 27 CFR 478.96(b) | | | 1 | 1 | | 2 | 0.0% |
| 27 CFR 555.26(a) | | | 1 | | | 1 | 0.0% |
| 27 CFR 478.47(b)(6)(ii) | 1 | | | | | 1 | 0.0% |
| 27 CFR 478.103(c) | | 1 | | | | 1 | 0.0% |
| 27 CFR 478.92(a)(1)(ii)(D) | | | | 1 | | 1 | 0.0% |
| 27 CFR 478.50(a) | | 1 | | | | 1 | 0.0% |
| 27 CFR 478.47(b)(4) | | | 1 | | | 1 | 0.0% |
| 27 CFR 478.92(a)(1)(ii)(C) | | | | 1 | | 1 | 0.0% |
| 27 CFR 555.29 | | | 1 | | | 1 | 0.0% |
| 27 CFR 555.124(c)(3) | | | | 1 | | 1 | 0.0% |
| 27 CFR 478.129(d) | | | 1 | | | 1 | 0.0% |
| 27 CFR 478.112(c) | | | 1 | | | 1 | 0.0% |
| 27 CFR 478.92(a)(1) | | | 1 | | | 1 | 0.0% |
| 27 CFR 479.103 | | 1 | | | | 1 | 0.0% |
| 27 CFR 479.89 | | | 1 | | | 1 | 0.0% |
| 27 CFR 478.32(a)(9) | 1 | | | | | 1 | 0.0% |
| 26 USC 5861(d) | | | | | 1 | 1 | 0.0% |
| 27 CFR 478.124(c)(3)(i) | | | | 1 | | 1 | 0.0% |
| 27 CFR 478.32(d)(1) | | 1 | | | | 1 | 0.0% |
| 27 CFR 478.92(a)(1) | | | 1 | | | 1 | 0.0% |
| 27 CFR 478.92(a)(1)(ii)(C) | | | | 1 | | 1 | 0.0% |
| **Total** | **173,901** | **148,535** | **185,682** | **160,209** | **57,670** | **725,997** | **100.0%** |

5/5/22

*Table IR-12:  All Violations Cited in Completed Compliance Inspections of Type 02 FFLs with Skewed Violations Excluded, 2016 – 2020*

| CFR Citation | 2016 | 2017 | 2018 | 2019 | 2020 | Total | % of Violations Cited |
|---|---|---|---|---|---|---|---|
| 27 CFR 478.125(e) | 16,747 | 27,371 | 23,878 | 13,942 | 5,535 | 87,473 | 37.8% |
| 27 CFR 478.124(c)(1) | 6,426 | 6,551 | 8,888 | 11,358 | 3,726 | 36,949 | 16.0% |
| 27 CFR 478.21(a) | 5,814 | 6,513 | 8,907 | 10,148 | 2,698 | 34,080 | 14.7% |
| 27 CFR 478.124(c)(3)(iv) | 3,841 | 3,843 | 4,275 | 4,761 | 1,506 | 18,226 | 7.9% |
| 27 CFR 478.124(c)(5) | 2,315 | 2,442 | 4,992 | 3,043 | 1,104 | 13,896 | 6.0% |
| 27 CFR 478.124(c)(3)(i) | 3,425 | 2,087 | 2,541 | 2,279 | 670 | 11,002 | 4.8% |
| 27 CFR 478.124(c)(4) | 751 | 1,015 | 1,175 | 3,736 | 1,388 | 8,065 | 3.5% |
| 27 CFR 478.124(b) | 23 | 1,726 | 4,267 | 164 | 8 | 6,188 | 2.7% |
| 27 CFR 478.126a | 957 | 1,094 | 1,372 | 1,308 | 486 | 5,217 | 2.3% |
| 27 CFR 478.102(a) | 364 | 245 | 376 | 181 | 116 | 1,282 | 0.6% |
| 27 CFR 478.129(b) | 240 | 285 | 348 | 201 | 130 | 1,204 | 0.5% |
| 27 CFR 478.124(a) | 143 | 117 | 494 | 153 | 145 | 1,052 | 0.5% |
| 27 CFR 478.103(c) | 2 | | 674 | | | 676 | 0.3% |
| 27 CFR 478.131(a)(2) | 92 | 86 | 215 | 165 | 35 | 593 | 0.3% |
| 27 CFR 478.126(a) | 10 | 262 | 167 | 34 | | 473 | 0.2% |
| 27 CFR 478.22(a) | | 1 | 434 | 1 | | 436 | 0.2% |
| 27 CFR 478.99(c) | 195 | 114 | 48 | 44 | 23 | 424 | 0.2% |
| 27 CFR 478.128(c) | 30 | 88 | 16 | 280 | 2 | 416 | 0.2% |
| 27 CFR 478.102(c) | 161 | 49 | 52 | 62 | 21 | 345 | 0.1% |
| 27 CFR 478.103(a) | 277 | 4 | 5 | 2 | 3 | 291 | 0.1% |
| 27 CFR 478.102(a)(1) | 94 | 36 | 23 | 67 | 4 | 224 | 0.1% |
| 27 CFR 478.99(a) | 43 | 57 | 46 | 21 | 31 | 198 | 0.1% |
| 27 CFR 478.100(a)(1) | 169 | 19 | | 1 | 8 | 197 | 0.1% |
| 27 CFR 478.102(a)(2)(ii) | 38 | 40 | 40 | 43 | 10 | 171 | 0.1% |
| 27 CFR 478.34 | 3 | 153 | 5 | 4 | | 165 | 0.1% |
| 27 CFR 478.39(a) | 3 | 153 | 1 | | | 157 | 0.1% |
| 27 CFR 478.125(h) | 3 | 146 | 3 | 5 | | 157 | 0.1% |
| 27 CFR 478.39a | 14 | 15 | 78 | 42 | 5 | 154 | 0.1% |
| 27 CFR 478.41(a) | 1 | 9 | 25 | 4 | 107 | 146 | 0.1% |
| 27 CFR 478.102(d)(1) | | 3 | | 103 | 22 | 128 | 0.1% |
| 27 CFR 479.131 | 60 | 2 | 20 | | | 82 | 0.0% |
| 27 CFR 478.50 | 1 | 77 | 2 | | 1 | 81 | 0.0% |
| 27 CFR 478.121(c) | 2 | 34 | 19 | 6 | 12 | 73 | 0.0% |
| 27 CFR 478.99(b)(2) | 11 | 6 | 1 | 43 | 5 | 66 | 0.0% |
| 27 CFR 478.125a(a)(4) | 34 | | | 31 | | 65 | 0.0% |
| 27 CFR 478.102(b) | | | 2 | 28 | 22 | 52 | 0.0% |
| 27 CFR 478.124(c)(3)(iii) | 13 | 11 | 8 | 10 | 5 | 47 | 0.0% |
| 27 CFR 478.99(c)(9) | 36 | 1 | 5 | 2 | | 44 | 0.0% |
| 27 CFR 478.58 | 1 | | 19 | 2 | 17 | 39 | 0.0% |
| 18 U.S.C. 923(g)(5)(A) | | | | 30 | 7 | 37 | 0.0% |
| 27 CFR 478.102(a)(2)(i) | 3 | | 11 | 20 | 2 | 36 | 0.0% |
| 27 CFR 478.99(c)(1) | 21 | 4 | 5 | 1 | | 31 | 0.0% |
| 27 CFR 478.100(c) | 29 | | | 1 | 1 | 31 | 0.0% |
| 27 CFR 478.41(b) | | 2 | | 2 | 27 | 31 | 0.0% |
| 27 CFR 479.21(a) | | 4 | 26 | | | 30 | 0.0% |
| 27 CFR 478.99(b) | 5 | 7 | 7 | 2 | 5 | 26 | 0.0% |
| 27 CFR 555.124(c)(1) | 1 | | 22 | 3 | | 26 | 0.0% |
| 27 CFR 478.54 | 2 | 4 | 9 | 7 | 2 | 24 | 0.0% |
| 27 CFR 478.125a | | | 24 | | | 24 | 0.0% |
| 27 CFR 478.103(b) | 1 | | 20 | | | 21 | 0.0% |
| 27 CFR 479.84 | | 3 | 15 | 1 | | 19 | 0.0% |

| CFR Citation | 2016 | 2017 | 2018 | 2019 | 2020 | Total | % of All Violations Cited |
|---|---|---|---|---|---|---|---|
| 27 CFR 478.124(e) | 16 | 3 | | | | 19 | 0.0% |
| 27 CFR 478.99(c)(5) | 16 | 1 | 1 | | | 18 | 0.0% |
| 27 CFR 478.125(g) | | | 16 | | | 16 | 0.0% |
| 27 CFR 478.103(d) | 3 | 1 | 5 | 4 | 2 | 15 | 0.0% |
| 27 CFR 478.102(a)(3) | 1 | 1 | 11 | | | 13 | 0.0% |
| 27 CFR 478.36 | | | 10 | 3 | | 13 | 0.0% |
| 27 CFR 478.132(a)(2) | 5 | 3 | 2 | | | 10 | 0.0% |
| 27 CFR 478.129(c) | | | 2 | 5 | 2 | 9 | 0.0% |
| 27 CFR 478.99(c)(7) | 6 | | 1 | 1 | | 8 | 0.0% |
| 27 CFR 478.102(e) | | | 1 | 6 | 1 | 8 | 0.0% |
| 27 CFR 478.128(b) | | 2 | 1 | 2 | 3 | 8 | 0.0% |
| 18 U.S.C. 922(t) | | | | 7 | 1 | 8 | 0.0% |
| 28 CFR 25.6(a) | 1 | 3 | 2 | 2 | | 8 | 0.0% |
| 27 CFR 555.124(c) | 8 | | | | | 8 | 0.0% |
| 27 CFR 478.99(c)(6) | 7 | 1 | | | | 8 | 0.0% |
| 27 CFR 478.99(c)(2) | 5 | 2 | | | | 7 | 0.0% |
| 27 CFR 478.121(a) | 2 | 1 | 2 | 2 | | 7 | 0.0% |
| 27 CFR 478.129(e) | 1 | | 1 | 4 | | 6 | 0.0% |
| 27 CFR 478.57(a) | 5 | 1 | | | | 6 | 0.0% |
| 27 CFR 478.51 | 2 | 1 | 1 | | 1 | 5 | 0.0% |
| 27 CFR 478.127 | 3 | 1 | 1 | | | 5 | 0.0% |
| 27 CFR 478.53 | 1 | 1 | 3 | | | 5 | 0.0% |
| 27 CFR 478.128(a) | | 1 | 1 | 2 | | 4 | 0.0% |
| 18 U.S.C. 2(a) & 18 U.S.C. 922(g) | | | | 3 | 1 | 4 | 0.0% |
| 27 CFR 478.99(c)(8) | 3 | 1 | | | | 4 | 0.0% |
| 27 CFR 478.99(c)(3) | 2 | 1 | 1 | | | 4 | 0.0% |
| 27 CFR 478.99(c)(4) | 2 | 2 | | | | 4 | 0.0% |
| 27 CFR 478.22(a)(3) | | | 3 | | | 3 | 0.0% |
| 27 CFR 479.101(e) | | 2 | | | 1 | 3 | 0.0% |
| 27 CFR 478.99(b)(1) | 1 | 1 | 1 | | | 3 | 0.0% |
| 27 CFR 478.91 | 1 | 1 | | 1 | | 3 | 0.0% |
| 27 CFR 478.96(c)(1)(iv) | 2 | | | 1 | | 3 | 0.0% |
| 27 CFR 478.124a | 2 | 1 | | | | 3 | 0.0% |
| Unknown | | | | 2 | | 2 | 0.0% |
| 27 CFR 478.33 | | | 2 | | | 2 | 0.0% |
| 27 CFR 478.25a | 1 | | | 1 | | 2 | 0.0% |
| 27 CFR 478.99(a)(1) | 2 | | | | | 2 | 0.0% |
| 27 CFR 478.124(a)(3)(iii) | 2 | | | | | 2 | 0.0% |
| 27 CFR 479.48 | 2 | | | | | 2 | 0.0% |
| 27 CFR 479.101(b) | | | | 2 | | 2 | 0.0% |
| 27 CFR 478.22(c) | | | 2 | | | 2 | 0.0% |
| 27 CFR 478.113 | | | | 2 | | 2 | 0.0% |
| 18 U.S.C. 922(m) | | | | 2 | | 2 | 0.0% |
| 28 CFR 25.11(b)(2) | | | 2 | | | 2 | 0.0% |
| 18 U.S.C. 922(z) | | | | | 2 | 2 | 0.0% |
| 27 CFR 478.52(a) | | 1 | 1 | | | 2 | 0.0% |
| 27 CFR 478.47(b)(5) | 1 | | | | | 1 | 0.0% |
| 27 CFR 478.129(d) | 1 | | | | | 1 | 0.0% |
| 27 CFR 479.86 | | 1 | | | | 1 | 0.0% |
| 27 CFR 479.102(a) | 1 | | | | | 1 | 0.0% |
| 27 CFR 555.124(c)(5) | 1 | | | | | 1 | 0.0% |
| 27 CFR 479.105(a) | | 1 | | | | 1 | 0.0% |
| 26 USC 5861(d) | | | | | 1 | 1 | 0.0% |
| 27 CFR 478.123(c) | | | | 1 | | 1 | 0.0% |
| 27 CFR 555.124(b) | 1 | | | | | 1 | 0.0% |
| 27 CFR 479.141 | | | | 1 | | 1 | 0.0% |

| CFR Citation | 2016 | 2017 | 2018 | 2019 | 2020 | Total | % of All Violations Cited |
|---|---|---|---|---|---|---|---|
| 27 CFR 478.102(d)(1)(ii) | | | 1 | | | 1 | 0.0% |
| 18 U.S.C. 923(a)(3)(A) | | | | 1 | | 1 | 0.0% |
| 28 CFR 25.11(a) | | | 1 | | | 1 | 0.0% |
| 27 CFR 479.31(a) | | | 1 | | | 1 | 0.0% |
| 18 U.S.C. 924(a)(3) | | | | 1 | | 1 | 0.0% |
| 27 CFR 478.124(h) | | | 1 | | | 1 | 0.0% |
| 27 CFR 478.32(c) | | | 1 | | | 1 | 0.0% |
| **Total** | **42,508** | **54,714** | **63,638** | **52,397** | **17,904** | **231,161** | **100.0%** |

*Table IR-13:  All Violations Cited in Completed Compliance Inspections of Type 07 FFLs with Skewed Violations Excluded, 2016 – 2020*

| CFR Citation | 2016 | 2017 | 2018 | 2019 | 2020 | Total | % of Violations Cited |
|---|---|---|---|---|---|---|---|
| 27 CFR 478.123(a) | 48,787 | 65,235 | 162,111 | 107,685 | 7,283 | 391,101 | 29.6% |
| 27 CFR 478.123(b) | 29,055 | 65,420 | 95,642 | 49,442 | 5,516 | 245,075 | 18.6% |
| 27 CFR 479.103 | 59 | 91,381 | 922 | 286 | 15 | 92,663 | 7.0% |
| 27 CFR 478.41(b) | | 75,000 | | | 2 | 75,006 | 5.7% |
| 27 CFR 478.92(a)(1)(ii)(D) | 448 | 1,080 | 475 | 64,416 | 774 | 67,193 | 5.1% |
| 27 CFR 478.92(a)(1)(ii)(C) | 3,378 | 902 | 265 | 50,250 | 746 | 55,541 | 4.2% |
| 27 CFR 478.92(A)(1)(i) | 2,950 | 1,001 | 18,887 | 32,213 | 56 | 55,107 | 4.2% |
| 27 CFR 478.92(a)(1) | 5,571 | 2,088 | 256 | 36,818 | 45 | 44,778 | 3.4% |
| 27 CFR 478.123(d) | 9,111 | 13,572 | 8,182 | 7,844 | 3,219 | 41,928 | 3.2% |
| 27 CFR 478.92(a)(2) | 119 | 55 | 177 | 32,109 | 122 | 32,582 | 2.5% |
| 27 CFR 478.92(a)(1)(ii)(A) | 2 | 47 | 32,019 | 39 | 3 | 32,110 | 2.4% |
| 27 CFR 478.21(a) | 4,554 | 6,962 | 6,406 | 3,781 | 2,395 | 24,098 | 1.8% |
| 27 CFR 478.124(c)(1) | 2,858 | 4,489 | 4,444 | 5,209 | 3,927 | 20,927 | 1.6% |
| 27 CFR 555.123(d) | 8 | 21 | 18 | 15,986 | | 16,033 | 1.2% |
| 27 CFR 478.92(A)(1)(ii) | 1,788 | 279 | 13,730 | 25 | 27 | 15,849 | 1.2% |
| 27 CFR 478.125(e) | 5,413 | 5,466 | 2,017 | 49 | 17 | 12,962 | 1.0% |
| 27 CFR 478.124(c)(5) | 2,056 | 3,010 | 2,800 | 1,465 | 1,079 | 10,410 | 0.8% |
| 27 CFR 478.124(c)(3)(iv) | 2,356 | 2,988 | 1,902 | 2,040 | 1,040 | 10,326 | 0.8% |
| 27 CFR 555.123(a) | 9,181 | 75 | | 4 | | 9,260 | 0.7% |
| 27 CFR 555.123(b) | 9,176 | | | | | 9,176 | 0.7% |
| 27 CFR 478.124(c)(3)(i) | 1,268 | 2,334 | 2,046 | 1,032 | 624 | 7,304 | 0.6% |
| 27 CFR 479.31(a) | 6,680 | 4 | 2 | 12 | 1 | 6,699 | 0.5% |
| 27 CFR 478.124(b) | 700 | 1,762 | 1,681 | 635 | 1,257 | 6,035 | 0.5% |
| 27 CFR 478.126a | 955 | 1,282 | 1,022 | 1,254 | 633 | 5,146 | 0.4% |
| 27 CFR 478.124(c)(4) | 478 | 1,059 | 870 | 821 | 578 | 3,806 | 0.3% |
| 27 CFR 478.113 | | | 3,735 | | | 3,735 | 0.3% |
| 27 CFR 478.124(a) | 619 | 982 | 606 | 432 | 170 | 2,809 | 0.2% |
| 27 CFR 478.102(a) | 828 | 535 | 441 | 406 | 160 | 2,370 | 0.2% |
| 27 CFR 478.50 | 22 | 989 | 596 | 371 | 12 | 1,990 | 0.2% |
| 27 CFR 478.36 | 1 | 8 | 1,636 | 20 | 242 | 1,907 | 0.1% |
| 27 CFR 478.128(c) | 106 | 1,547 | 130 | 22 | 28 | 1,833 | 0.1% |
| 27 CFR 478.121(a) | 29 | 11 | 1,770 | 5 | 8 | 1,823 | 0.1% |
| 27 CFR 478.123(c) | 23 | 119 | 1,287 | 10 | | 1,439 | 0.1% |
| 27 CFR 478.131(a)(2) | 167 | 265 | 119 | 234 | 71 | 856 | 0.1% |
| 27 CFR 479.102(A) | 32 | 9 | 805 | 6 | | 852 | 0.1% |
| 27 CFR 478.92(a)(1)(ii)(B) | 13 | 37 | 645 | 71 | 15 | 781 | 0.1% |
| 27 CFR 478.129(b) | 138 | 292 | 160 | 98 | 78 | 766 | 0.1% |
| 27 CFR 479.131 | 102 | 146 | 97 | 137 | 51 | 533 | 0.0% |
| 27 CFR 478.34 | 7 | 3 | 219 | 3 | 212 | 444 | 0.0% |
| 27 CFR 478.103(a) | 109 | 323 | 2 | 2 | 4 | 440 | 0.0% |
| 27 CFR 478.121(c) | 193 | 60 | 43 | 91 | 28 | 415 | 0.0% |
| 27 CFR 478.99(a) | 53 | 72 | 186 | 45 | 48 | 404 | 0.0% |
| 27 CFR 478.102(a)(1) | 82 | 128 | 48 | 35 | 23 | 316 | 0.0% |
| 27 CFR 478.126(a) | 23 | 141 | 141 | 5 | 2 | 312 | 0.0% |
| 27 CFR 478.103(d) | 4 | 282 | 5 | 2 | 5 | 298 | 0.0% |
| 27 CFR 478.100(c) | 201 | 2 | | 3 | 53 | 259 | 0.0% |
| 27 CFR 479.88(b) | 1 | 193 | 11 | 46 | 4 | 255 | 0.0% |
| 27 CFR 478.92(a)(4)(iii) | | | | 1 | 241 | 242 | 0.0% |
| 27 CFR 478.100(a)(1) | 86 | 86 | 8 | 31 | 29 | 240 | 0.0% |
| 27 CFR 479.102(a)(2) | 90 | 78 | 26 | 20 | 22 | 236 | 0.0% |
| 27 CFR 478.32(a)(3) | | | 232 | | | 232 | 0.0% |

| CFR Citation | 2016 | 2017 | 2018 | 2019 | 2020 | Total | % of All Violations Cited |
|---|---|---|---|---|---|---|---|
| 27 CFR 479.105(a) | 3 | 5 | 200 | 1 | | 209 | 0.0% |
| 27 CFR 478.58 | 51 | 23 | 12 | 37 | 67 | 190 | 0.0% |
| 27 CFR 478.99(b)(2) | 2 | 128 | 9 | 23 | 22 | 184 | 0.0% |
| 27 CFR 478.102(c) | 40 | 58 | 37 | 31 | 14 | 180 | 0.0% |
| 18 U.S.C. 923(g)(5)(A) | | | 3 | 109 | 62 | 174 | 0.0% |
| 27 CFR 479.84 | 8 | 74 | 33 | 14 | 22 | 151 | 0.0% |
| 27 CFR 478.99(c) | 70 | 29 | 9 | 28 | 11 | 147 | 0.0% |
| 27 CFR 478.22(a)(3) | 5 | 1 | 138 | | | 144 | 0.0% |
| 27 CFR 478.102(a)(2)(ii) | 12 | 56 | 22 | 15 | 14 | 119 | 0.0% |
| 27 CFR 479.101(b). | | 4 | 1 | 109 | | 114 | 0.0% |
| 27 CFR 478.39a | 5 | 57 | 25 | 7 | 6 | 100 | 0.0% |
| 27 CFR 478.124(c)(3)(iii) | 18 | 25 | 23 | 19 | 5 | 90 | 0.0% |
| 27 CFR 478.94 | 1 | 59 | 29 | 1 | | 90 | 0.0% |
| 27 CFR 478.102(b) | 66 | | | 7 | 13 | 86 | 0.0% |
| 27 CFR 478.125a(a)(4) | 1 | 3 | 78 | | 1 | 83 | 0.0% |
| 27 CFR 478.128(b) | | 8 | | | 73 | 81 | 0.0% |
| 27 CFR 478.22(a) | 6 | 35 | 4 | 33 | | 78 | 0.0% |
| 27 CFR 478.102(d)(1) | | | 10 | 44 | 23 | 77 | 0.0% |
| 27 CFR 478.39(a) | | 4 | 56 | | | 60 | 0.0% |
| 27 CFR 479.62 | 1 | 1 | | 55 | | 57 | 0.0% |
| 27 CFR 479.101(b) | | | | 17 | 40 | 57 | 0.0% |
| 27 CFR 479.21(a) | 20 | 7 | | 23 | 6 | 56 | 0.0% |
| 27 CFR 479.101(e) | | | 13 | 19 | 21 | 53 | 0.0% |
| 27 CFR 478.92(c)(1)(ii)(A) | | | 48 | | | 48 | 0.0% |
| 27 CFR 479.86 | | 1 | 41 | 5 | | 47 | 0.0% |
| 27 CFR 479.102(a)(1) | | 5 | 13 | 1 | 20 | 39 | 0.0% |
| 27 CFR 478.52(a) | 8 | 10 | 7 | 6 | 7 | 38 | 0.0% |
| 27 CFR 447.34(b) | | 37 | | | | 37 | 0.0% |
| 27 CFR 447.45(a)(2)(b) | | 37 | | | | 37 | 0.0% |
| 27 CFR 478.54 | 7 | 9 | 6 | 12 | 1 | 35 | 0.0% |
| 27 CFR 478.99(b) | 3 | 10 | 12 | 4 | 2 | 31 | 0.0% |
| 27 CFR 478.102(a)(2)(i) | | | | 25 | 2 | 27 | 0.0% |
| 27 CFR 478.25a | 1 | 4 | | 14 | 7 | 26 | 0.0% |
| 27 CFR 478.102(a)(3) | | | | 4 | 19 | 23 | 0.0% |
| 27 CFR 478.22(c) | | 22 | 1 | | | 23 | 0.0% |
| 27 CFR 478.125(i) | 3 | 18 | | | | 21 | 0.0% |
| 27 CFR 478.124(g) | 20 | | 1 | | | 21 | 0.0% |
| 27 CFR 555.124(b) | | | 17 | | | 17 | 0.0% |
| 27 CFR 478.23(b) | 3 | 2 | 4 | 4 | 3 | 16 | 0.0% |
| 27 CFR 478.41(a) | | 2 | 2 | 11 | | 15 | 0.0% |
| 27 CFR 478.124(c)(3) | 15 | | | | | 15 | 0.0% |
| 27 CFR 478.124a | | 13 | 1 | | | 14 | 0.0% |
| 27 CFR 555.124(a) | | | 13 | | | 13 | 0.0% |
| 27 CFR 478.129(d) | 2 | 2 | 8 | | | 12 | 0.0% |
| 27 CFR 478.99(c)(1) | 7 | 5 | | | | 12 | 0.0% |
| 27 CFR 479.105(f) | | | 11 | | | 11 | 0.0% |
| 27 CFR 478.129(e) | 1 | | | 1 | 9 | 11 | 0.0% |
| 27 CFR 478.134(a) | | 1 | | 8 | 1 | 10 | 0.0% |
| 27 CFR 479.142 | | | | 10 | | 10 | 0.0% |
| 27 CFR 479.61 | | 3 | 6 | | | 9 | 0.0% |
| 28 CFR 25.11(b)(2) | | | 9 | | | 9 | 0.0% |
| 27 CFR 478.51 | | 4 | 3 | 1 | 1 | 9 | 0.0% |
| 27 CFR 479.90(b) | 4 | 1 | | 1 | 3 | 9 | 0.0% |
| 27 CFR 478.99(c)(9) | 4 | 3 | 1 | | | 8 | 0.0% |
| 27 CFR 447.62 | | 7 | | | | 7 | 0.0% |
| 26 USC 5861(d) | | | | | 7 | 7 | 0.0% |
| 27 CFR 478.91 | 2 | | 1 | 2 | 2 | 7 | 0.0% |

| CFR Citation | 2016 | 2017 | 2018 | 2019 | 2020 | Total | % of All Violations Cited |
|---|---|---|---|---|---|---|---|
| 27 CFR 478.128(a) | 1 | 2 | | | 3 | 6 | 0.0% |
| 27 CFR 555.26(a) | | 6 | | | | 6 | 0.0% |
| 27 CFR 479.141 | | | 1 | 3 | 2 | 6 | 0.0% |
| 27 CFR 478.53 | | 1 | 3 | 1 | 1 | 6 | 0.0% |
| 27 CFR 555.201(f) | | 6 | | | | 6 | 0.0% |
| 27 CFR 555.29 | | 6 | | | | 6 | 0.0% |
| 27 CFR 478.125a | 1 | | 3 | 1 | | 5 | 0.0% |
| 28 CFR 25.6(a) | 2 | 3 | | | | 5 | 0.0% |
| 27 CFR 555.124(c)(4) | | | 2 | 3 | | 5 | 0.0% |
| 27 CFR 478.36(a) | | 5 | | | | 5 | 0.0% |
| 27 CFR 478.132(a)(2) | | 5 | | | | 5 | 0.0% |
| 27 CFR 555.124(c)(1) | 5 | | | | | 5 | 0.0% |
| 18 U.S.C. 924(a)(3) | | | | 1 | 3 | 4 | 0.0% |
| 27 CFR 478.99(b)(1) | 1 | | 3 | | | 4 | 0.0% |
| 27 CFR 478.125(h) | 2 | 2 | | | | 4 | 0.0% |
| 27 CFR 478.121(b) | | | 3 | | 1 | 4 | 0.0% |
| 27 CFR 478.127 | | | 1 | 2 | | 3 | 0.0% |
| 27 CFR 479.102(f)(1) | | | 2 | 1 | | 3 | 0.0% |
| 27 CFR 478.57(a) | | | 1 | 2 | | 3 | 0.0% |
| Unknown | | | | 3 | | 3 | 0.0% |
| 18 U.S.C. 2(a) & 18 U.S.C. 922(g) | | | | 1 | 2 | 3 | 0.0% |
| 27 CFR 478.125(a) | | | 1 | 1 | | 2 | 0.0% |
| 27 CFR 479.48 | | | 1 | 1 | | 2 | 0.0% |
| 27 CFR 478.99(a)(1) | | 2 | | | | 2 | 0.0% |
| 27 CFR 479.83 | | 2 | | | | 2 | 0.0% |
| 27 CFR 479.26 | | 2 | | | | 2 | 0.0% |
| 27 CFR 478.99(c)(5) | | 2 | | | | 2 | 0.0% |
| 27 CFR 479.44 | | | 2 | | | 2 | 0.0% |
| 27 CFR 479.46 | | 1 | 1 | | | 2 | 0.0% |
| 27 CFR 478.92(c) | | 2 | | | | 2 | 0.0% |
| 27 CFR 478.124(f) | 1 | | | | | 1 | 0.0% |
| 27 CFR 478.124(d) | | 1 | | | | 1 | 0.0% |
| 27 CFR 478.99(c)(6) | 1 | | | | | 1 | 0.0% |
| 27 CFR 478.124(a)(3)(iii) | 1 | | | | | 1 | 0.0% |
| 27 CFR 478.122(b) | | | 1 | | | 1 | 0.0% |
| 27 CFR 478.102(e) | | | | 1 | | 1 | 0.0% |
| 27 CFR 478.99(c)(7) | 1 | | | | | 1 | 0.0% |
| 27 CFR 479.88(c) | | | | 1 | | 1 | 0.0% |
| 27 CFR 478.23(a)(2) | | | | 1 | | 1 | 0.0% |
| 27 CFR 478.92(b)(1) | | | | | 1 | 1 | 0.0% |
| 27 CFR 478.28 | | | | 1 | | 1 | 0.0% |
| 27 CFR 478.129(c) | | | | 1 | | 1 | 0.0% |
| 18 U.S.C. 922(z) | | | | | 1 | 1 | 0.0% |
| 27 CFR 478.103(c) | | 1 | | | | 1 | 0.0% |
| 27 CFR 478.32(a)(1) | | | 1 | | | 1 | 0.0% |
| 27 CFR 478.99(c)(2) | | 1 | | | | 1 | 0.0% |
| 27 CFR 478.102(d)(1)(ii) | | 1 | | | | 1 | 0.0% |
| 27 CFR 479.102 | 0 | | | | | 0 | 0.0% |
| **Total** | **150,285** | **352,644** | **369,755** | **416,241** | **31,363** | **1,320,288** | **100.0%** |

*Table IR-18: Total Field IOIs Assigned to States/Territories with IOI to FFL Ratio, 2020 (Excludes Type 03 FFLs)[140]*

| State or Territory | # FFLs | # Field IOIs | Field IOI to FFL Ratio |
|---|---|---|---|
| AK | 728 | 3 | 1:243 |
| AL | 1,631 | 11 | 1:148 |
| AR | 1,693 | 10 | 1:169 |
| AZ | 2,756 | 19 | 1:145 |
| CA | 3,016 | 36 | 1:84 |
| CO | 2,402 | 12 | 1:200 |
| CT | 710 | 5 | 1:142 |
| DC[141] | 10 | 0 | N/A |
| DE | 153 | 3 | 1:51 |
| FL | 4,585 | 37 | 1:124 |
| GA | 2,625 | 17 | 1:154 |
| GU | 18 | 0 | N/A |
| HI | 117 | 1 | 1:117 |
| IA | 1,625 | 3 | 1:542 |
| ID | 1,322 | 4 | 1:331 |
| IL | 2,145 | 17 | 1:126 |
| IN | 1,849 | 14 | 1:132 |
| KS | 1,428 | 3 | 1:476 |
| KY | 1,824 | 14 | 1:130 |
| LA | 1,576 | 12 | 1:131 |
| MA | 669 | 6 | 1:112 |
| MD | 793 | 7 | 1:113 |
| ME | 658 | 4 | 1:165 |
| MI | 2,685 | 21 | 1:128 |
| MN | 1,780 | 10 | 1:178 |
| MO | 2,841 | 30 | 1:95 |
| MP | 3 | 0 | N/A |
| MS | 1,241 | 7 | 1:177 |
| MT | 1,330 | 5 | 1:266 |
| NC | 3,296 | 23 | 1:143 |
| ND | 575 | 3 | 1:192 |
| NE | 903 | 5 | 1:181 |
| NH | 651 | 4 | 1:163 |
| NJ | 407 | 7 | 1:58 |
| NM | 773 | 10 | 1:77 |
| NV | 863 | 5 | 1:173 |
| NY | 2,219 | 11 | 1:202 |
| OH | 3,268 | 27 | 1:121 |
| OK | 1,936 | 9 | 1:215 |
| OR | 1,711 | 5 | 1:342 |
| PA | 3,335 | 21 | 1:159 |
| PR | 75 | 2 | 1:38 |
| RI | 118 | 1 | 1:118 |
| SC | 1,505 | 8 | 1:188 |
| SD | 675 | 4 | 1:169 |
| TN | 2,033 | 18 | 1:113 |
| TX | 8,980 | 74 | 1:121 |
| UT | 1,423 | 8 | 1:178 |
| VA | 2,294 | 25 | 1:92 |
| VI | 14 | 0 | N/A |
| VT | 396 | 3 | 1:132 |
| WA | 1,599 | 10 | 1:160 |

| State or Territory | # FFLs | # Field IOIs | Field IOI to FFL Ratio |
|---|---|---|---|
| WI | 1,922 | 6 | 1:320 |
| WV | 1,140 | 11 | 1:104 |
| WY | 805 | 1 | 1:805 |
| **Total** | **87,129** | **612** | **1:142** |

# APPENDIX LRP – LAWS, REGULATIONS, & POLICY

*Table LRP-01: Total NFA Form 1 and Form 4 Applications Received by Month/Year, May 2015 – February 2017*

| Month/Year | Total # of Applications Received |
|---|---|
| 2015-05 | 13,979 |
| 2015-06 | 14,022 |
| 2015-07 | 13,550 |
| 2015-08 | 14,473 |
| 2015-09 | 12,863 |
| 2015-10 | 13,224 |
| 2015-11 | 13,642 |
| 2015-12 | 19,494 |
| 2016-01 | 24,482 |
| 2016-02 | 26,308 |
| 2016-03 | 30,681 |
| 2016-04 | 27,832 |
| 2016-05 | 32,918 |
| 2016-06 | 50,892 |
| 2016-07 | 78,614 |
| 2016-08 | 6,346 |
| 2016-09 | 6,183 |
| 2016-10 | 8,643 |
| 2016-11 | 9,109 |
| 2016-12 | 9,470 |
| 2017-01 | 9,957 |
| 2017-02 | 9,717 |
| **Total** | **446,399** |

*Table LRP-03: Total GCA Pistol Manufacturing Up to .25 Caliber, 1980 – 2020*

| Year | # of Up to .25 Caliber |
|------|------------------------|
| 1980 | 55,441 |
| 1981 | 199,007 |
| 1982 | 166,902 |
| 1983 | 49,721 |
| 1984 | 239,221 |
| 1985 | 199,341 |
| 1986 | 169,851 |
| 1987 | 228,890 |
| 1988 | 219,155 |
| 1989 | 260,222 |
| 1990 | 239,347 |
| 1991 | 252,688 |
| 1992 | 366,032 |
| 1993 | 277,306 |
| 1994 | 119,769 |
| 1995 | 51,025 |
| 1996 | 41,156 |
| 1997 | 43,103 |
| 1998 | 50,936 |
| 1999 | 24,393 |
| 2000 | 23,198 |
| 2001 | 5,697 |
| 2002 | 10,009 |
| 2003 | 14,023 |
| 2004 | 10,140 |
| 2005 | 10,471 |
| 2006 | 9,627 |
| 2007 | 11,395 |
| 2008 | 14,622 |
| 2009 | 15,107 |
| 2010 | 21,722 |
| 2011 | 19,182 |
| 2012 | 9,853 |
| 2013 | 18,589 |
| 2014 | 19,240 |
| 2015 | 11,567 |
| 2016 | 13,784 |
| 2017 | 11,958 |
| 2018 | 25,376 |
| 2019 | 53,690 |
| 2020 | 195,977 |
| **Total** | **3,778,733** |

# GLOSSARY OF TERMS

| Term | Description |
|------|-------------|
| 3D | Three dimensional |
| 41F | Final Rule 41F amended the regulations regarding the making or transferring of a firearm under the National Firearms Act (NFA). The goal of the final rule is to ensure that the identification and background check requirements apply equally to individuals, trusts, and legal entities who apply to make or receive NFA weapons. Final Rule 41F became effective on July 13, 2016. |
| A&D | Firearms acquisition and disposition record |
| Abandoned | Qualification inspection IOI recommendation - indicates the applicant for an FFL abandoned the application and thus, it was not approved or denied by ATF. |
| Adjusted PPI Values | PPI values from the Bureau of Labor Statistics that are adjusted to reflect price deviations from 2000. |
| AECA | Arms Export Control Act |
| AFMER | Annual Firearms Manufacturing and Exportation Report |
| NICS Alternate Permit | Permit that qualifies as an alternative to a NICS background check when purchasing a firearm from an FFL. |
| Ammunition/Ammunition Components | The term means ammunition or cartridge cases, primers, bullets, or propellent powder designed for use in any firearm. |
| Any Other Weapon (AOW) | The term means any weapon or device capable of being concealed on the person from which a shot can be discharged through the energy of an explosive, a pistol or revolver having a barrel with a smooth bore designed or redesigned to fire a fixed shotgun shell, weapons with combination shotgun and rifle barrels 12 inches or more, less than 18 inches in length, from which only a single discharge can be made from either barrel without manual reloading, and shall include any such weapon which may be readily restored to fire. Such term shall not include a pistol or a revolver having a rifled bore, or rifled bores, or weapons designed, made, or intended to be fired from the shoulder and not capable of firing fixed ammunition. |
| Approved | Qualification Inspection Recommendation – indicates the application was approved and an FFL issued. |
| AR-type | Generally, refers to weapons utilizing an AR-15 receiver/upper-lower assembly design irrespective of new or different model designations or configurations, characteristics, features, components, accessories, or attachments. |
| Assault Pistol | 1994 Assault Weapons Ban stated, semi-automatic pistols with detachable magazines and two or more of the following:<br>• Magazine that attaches outside the pistol grip<br>• Threaded barrel to attach barrel extender, flash suppressor, handgrip, or suppressor<br>• Barrel shroud safety feature that prevents burns to the operator<br>• A manufactured weight of 50 ounces (1.41kg) or more when the pistol is unloaded<br>• A semi-automatic version of a fully automatic firearm. |

5/5/22

| Term | Description |
|---|---|
| Assault Rifle | 1994 Assault Weapons Ban stated, semi-automatic rifles able to accept detachable magazines and has two or more of the following:<br>• Folding or telescoping stock<br>• Pistol grip<br>• Bayonet mount<br>• Flash hider or threaded barrel designed to accommodate one<br>• Grenade launcher |
| Assault Shotgun | 1994 Assault Weapons Ban stated, semi-automatic shotguns with two or more of the following:<br>• Folding or telescoping stock<br>• Pistol grip<br>• A fixed magazine capacity in excess of 5 rounds<br>• Detachable magazine. |
| Assault Weapon | Under the Assault Weapons Ban of 1994, the definition of "assault weapon" included specific semi-automatic firearm models by name, and other semi-automatic firearms that possessed two or more from a set of certain features. |
| BIS | Bureau of Industry and Security |
| Burglary | Unlawful; entry of a structure with the intent of stealing |
| CAD | Computer aided design |
| Caliber | The internal diameter or bore of a firearm barrel.  Also refers to the diameter of a projectile. |
| CAM | Computer-aided manufacturing |
| Cartridge | A complete round of ammunition comprised of a cartridge case, primer, propellant powder, and a projectile. |
| CCL | Commerce Control List |
| Certain Governmental Agencies | Specific, but not explicitly named or stated, government agencies. |
| CLEO | Chief Law Enforcement Officer |
| CNC | Computer numerical control - a computerized manufacturing process using pre-programmed software and coding to control the movement of the fabrication tools. |
| Combination/Combo Gun | A firearm having combination rifle and shotgun barrels |
| Commerce | Travel, trade, traffic, commerce, transportation, or communication among the several states, U.S. territories, or between the District of Columbia and any state, U.S. territory or between any foreign country or any U.S. territory or possession and any state or the District of Columbia, or between points in the same state, U.S. territory but through any other state or the District of Columbia or a foreign country. |
| Completed Inspection | Completed firearms inspection. |

5/5/22

| Term | Description |
|------|-------------|
| Compliance Inspection | By law, a firearms compliance inspection may be conducted once every 12 months. |
| Curio and Relics | What firearms are considered to be curio and relic firearms? ¦ Bureau of Alcohol, Tobacco, Firearms and Explosives |
| Destructive Device (DD) | (a) Any explosive, incendiary, or poison gas (1) bomb, (2) grenade, (3) rocket having a propellant charge of more than 4 ounces, (4) missile having an explosive or incendiary charge of more than one quarter ounce, (5) mine, or (6) device similar to any of the devices described in the preceding paragraphs of this definition; (b) any type of weapon (other than a shotgun or a shotgun shell which the Director finds is generally recognized as particularly suitable for sporting purposes) by whatever name known which will, or which may be readily converted to, expel a projectile by the action of an explosive or other propellant, and which has any barrel with a bore of more than one half inch in diameter; and (c) any combination of parts either designed or intended for use in converting any device into any destructive device described in paragraph (a) or (b) of this section and from which a destructive device may be readily assembled. |
| DL3 | Demand Letter 3 - Demand letter 3 is issued monthly to assist ATF in its efforts to investigate and combat the illegal movement of firearms along and across the Southwest border. ATF requires licensed dealers and pawnbrokers in Arizona, California, New Mexico, and Texas to submit record information on multiple sales of certain rifles defined as semiautomatic rifles capable of accepting a detachable magazine and with a caliber greater than .22 (including .223/5.56 caliber). |
| DOC | Department of Commerce |
| DOS | Department of State |
| EAR | Export Administration Regulations |
| ECCN | Export Control Classification Number |
| eForms | Applications - eForms ¦ Bureau of Alcohol, Tobacco, Firearms and Explosives (atf.gov) |
| EMSV | Estimated minimum sales volume |
| eTrace | Fact Sheet - eTrace: Internet-Based Firearms Tracing and Analysis ¦ Bureau of Alcohol, Tobacco, Firearms and Explosives (atf.gov) |
| FEIS | ATF's Firearms and Explosives Import System (FEIS) |
| FELD | ATF Firearms and Explosives Law Division |
| FFL | Federal Firearm License/Federal Firearms Licensee |

5/5/22

| Term | Description |
|---|---|
| Final Rule | The Administrative Procedure Act (APA), established a uniform process for publishing, obtaining comments on, and finalizing regulations. This standard rulemaking process is known as "informal rulemaking." The APA requires that agencies in most cases issue a notice of proposed rulemaking (NPRM) and provide an opportunity for public comments. Once the comments are considered that agency may then issue a final rule. Any final rule must include a preamble and rule text. The preamble includes a response to the significant, relevant issues raised in public comments and a statement providing the basis and the purpose of the rule. Typically, agencies respond to all public comments in the preamble of the final rule and make the final rule effective a minimum of 30 days after publication in the Federal Register. |
| Flats | A receiver blank that has the shape and other features of a frame or receiver on a single flat piece of metal that must be folded into the final shape of the frame or receiver to be functional. |
| FOPA | Firearm Owners' Protection Act |
| Frame/Receiver (Final Rule 05) | (1) The term "frame" means the part of a handgun, or variants thereof, that provides housing or a structure for the primary energized component designed to hold back the hammer, striker, bolt, or similar component prior to initiation of the firing sequence (i.e., scar or equivalent), even if pins or other attachments are required to connect such component to the housing or structure.<br>(2) The term "receiver" means the part of a rifle, shotgun, or projectile weapon other than a handgun, or variants thereof, that provides housing or a structure for the primary component designed to block or seal the breech prior to initiation of the firing sequence (i.e., bolt, breechblock, or equivalent), even if pins or other attachments are required to connect such component to the housing or structure. |
| GCA | A term used for the Gun Control Act of 1968 and its latter amendments. |
| General Treasury Fund | The General Fund of the Government consists of assets and liabilities used to finance the daily and long-term operations of the U.S. Government. It also includes accounts used in management of the budget of the U.S. Government. |
| Ghost Gun | A term commonly used for a Privately Made Firearm that expels a projectile. |
| Handgun | The term "handgun" means – (A) a firearm which has a short stock and is designed to be held and fired by the use of a single hand; and (B) any combination of parts from which a firearm described in subparagraph (A) can be assembled. |
| IIC | International Import Certificate |
| Implements of War | The term "Implements of War" is a term which indicated weapons considered collectively: arms, munitions, weaponry, weapon systems, ammo, ammunition parts, components, or accessories. This term of art is now generally covered in the broader designation of *defense articles*, which includes (but is not limited to) any item designated in Title 27 CFR Ch.2, §§447.21 or 447.22.  The term is still retained on many official documents or forms. |
| IOI | Industry Operations Investigator |

| Term | Description |
|---|---|
| Larceny | Unlawful taking of property, no use of force/violence |
| Licensee Out of Business | Compliance inspection recommendation - indicates the FFL has chosen to discontinue the license. |
| Long gun | A term commonly used for either a rifle or shotgun. |
| Machinegun (MG) | Any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person. |
| Machinegun conversion device | Any part designed and intended solely and exclusively, or combination of parts, designed and intended, for use in converting a weapon into a machinegun. |
| MAG | Abbreviation for Magnum |
| MAGLOCLEN | Mid-Atlantic Great Lakes Organized Crime Law Enforcement Network |
| Northern Mariana Islands | Abbreviation codes are MK and MP |
| Miscellaneous Firearm | AFMER Category: Any firearms not included in the other categories, such as frames or receivers, etc. that are not identified as particular firearms. |
| Missing/Loss | Losses of firearm inventory not associated with a crime |
| MOCIC | Mid-States Organized Crime Information Center |
| MSR | Multiple Sales Report |
| Multiple Sale | Each licensee shall prepare a report of multiple sales or other dispositions whenever the licensee sells or otherwise disposes of, at one time or during any five consecutive business days, two or more pistols, or revolvers, or any combination of pistols and revolvers totaling two or more, to an unlicensed person.  Multiple sales also include reporting requirements associated with the DL3. |
| Nebraska | Abbreviation codes are NE and NB |
| NESPIN | New England State Police Information Network |
| NFA | A term that is used for the National Firearms Act of 1934 and its latter amendments. |
| NFRTR | National Firearms Registration and Transfer Record |
| NIBIN | National Integrated Ballistic Information Network |
| NICS | National Instant Criminal Background Check System |
| No Violations Cited | Firearm compliance inspection recommendation, in which no violations were cited. |
| NTC | National Tracing Center Division |
| OCCA | Organized Crime Control Act of 1970 |

| Term | Description |
|------|-------------|
| PARA | Abbreviation for Parabellum |
| Parent Entity | Because FFLs are issued for each specific location where regulated business activities are conducted; some business entities must use multiple licensed locations to accomplish their manufacturing or sales objectives. For example, firearm manufacturer ABC Company may use multiple product specific manufacturing locations in different states to produce their full product line. Similarly, many retailers / pawnbrokers have multiple sales locations through which they service the needs of their clientele. Finally, many manufacturers and retailers expand their capacity through the acquisition of other manufacturers or retailers' business locations but retain the brand or store names to promote brand / consumer loyalty. To fully comprehend the scope of all regulated activity conducted by these controlling business entities, ATF aggregated related FFLs and/or licenses owned or controlled by the same business organization using the term "parent entity" to describe the relationship to each related "child entity." This allows for the aggregation of related data at the parent entity level. As used in these reports, the parent entity represents the current structure of the regulated firearms industry. Because the dates of mergers and acquisitions are not captured in ATF information systems, we attribute all current and historical data to the parent entity as that business organization existed on April 6, 2022. |
| PII | Personally identifiable information. |
| Pistol | A weapon originally designed, made, and intended to fire a projectile (bullet) from one or more barrels when held in one hand, and having (a) a chamber(s) as an integral part(s) of, or permanently aligned with, the bore(s); and (b) a short stock designed to be gripped by one hand and at an angle to and extending below the line of the bore(s). |
| PMF | Privately Made Firearm |
| Polymer | Descriptive term used for a product made from a natural or synthetic chemical liquid compound that ultimately hardens to form the final product. |
| PPI | A family of indexes that measures the average change over time in the selling prices received by domestic producers of goods and services. See Producer Price Index Home: U.S. Bureau of Labor Statistics (bls.gov) |
| Private Sale | The lawful sale of a firearm from an unlicensed seller to an unlicensed buyer. |
| Purpose Code | NICS codes used to indicate the type of firearm sale and the type of firearms involved. |
| Qualification Inspection | Prior to issuance of an FFL or FEL/P, ATF conducts an inspection of the applicant to verify eligibility of the license. |

Compendium_Klarevas
Page 383

| Term | Description |
|------|-------------|
| Redemption | When a firearm is pawned and then returned to the same person that pawned it. |
| Report of Violations Only | Compliance inspection recommendation indicating the inspection resulted in the FFL being cited for violations. |
| Reported Business Premises | The business premises reported by the FFL and recorded in the Federal Licensing System. |
| Revocation | Compliance inspection recommendation indicating that the FFL be revoked. |
| Revolver | A projectile weapon, of the pistol type, having a breechloading chambered cylinder so arranged that the cocking of the hammer or movement of the trigger rotates it and brings the next cartridge in line with the barrel for firing. |
| Rifle | The term "rifle" means a weapon designed or redesigned, made or remade, and intended to be fired from the shoulder and designed or redesigned and made or remade to use the energy of an explosive to fire only a single projectile through a rifled bore for each single pull of the trigger. |
| RISS | Regional Intelligence Sharing System |
| RMIN | Rocky Mountain Information Network |
| Robbery | Unlawful taking of property, with threat/usage of violence |
| ROCIC | Regional Organized Crime Information Center |
| Ruling | ATF publishes rulings and procedures to promote uniform understanding and application of the laws and regulations it administers, and to provide uniform methods for performing operations in compliance with the requirements of the law and regulations. Rulings represent ATF's guidance as to the application of the law and regulations to the entire state of facts involved and apply retroactively unless otherwise indicated. |
| Safe Explosives Act of 2002 | This Act restricted the availability of explosives to prohibited persons, strengthened licensing and permitting requirements, and aided in the fight against terrorism. |
| Settlement in lieu of revocation | Compliance inspection recommendation indicating ATF and the FFL have reached an agreement (i.e., suspension of the license and/or fine) rather than proceeding with revoking the license. |
| Short-Barrel Rifle (SBR) | The term "short-barreled rifle" means a rifle having one or more barrels less than sixteen inches in length and any weapon made from a rifle (whether by alteration, modification, or otherwise) if such weapon, as modified, has an overall length of less than twenty-six inches. |
| Short-Barrel Shotgun (SBS) | The term "short-barreled shotgun" means a shotgun having one or more barrels less than eighteen inches in length and any weapon made from a shotgun (whether by alteration, modification or otherwise) if such weapon as modified has an overall length of less than twenty-six inches. |
| Shotgun | The term "shotgun" means a weapon designed or redesigned, made or remade, and intended to be fired from the shoulder and designed or redesigned and made or remade to use the energy of an explosive to fire through a smooth bore either a number of ball-shot or a single projectile for each single pull of the trigger. |

Compendium_Klarevas
Page 384

| Term | Description |
|---|---|
| Silencer | The terms "firearm silencer" and "firearm muffler" mean any device for silencing, muffling, or diminishing the report of a portable firearm, including any combination of parts, designed or redesigned, and intended for use in assembling or fabricating a firearm silencer or firearm muffler, and any part intended only for use in such assembly or fabrication. |
| Small Arms | Comprises small arms, other ordnance, and/or ordnance accessories associated with industry index 332994 of the North American Industry Classification System.  See North American Industry Classification System (NAICS) U.S. Census Bureau |
| SOT | Special Occupational Tax |
| SPEC | Abbreviation for Special |
| Sporting | Referring to the traditional shooting sports of hunting, target shooting, skeet, and trap shooting.  Does not include police or military-style shooting competitions. |
| Surrendered in lieu of revocation | Compliance inspection recommendation indicating the FFL voluntarily surrendered the license because ATF was planning to pursue revocation of the license. |
| SWB | Southwest Border includes the states of Arizona, California, New Mexico, and Texas. |
| Tax-Exempt Application | All other applications associated with the registration, temporary interstate transport, or export of weapons that fall under the purview of the NFA that do not require a tax to be paid.  These include ATF Forms 2, 3, 5, 9, 10, and 5320.2. |
| Tax-Paid Application | Application to make or transfer a weapon that falls under the purview of the NFA.   This includes the ATF Form 1 and Form 4. |
| Theft | The act of stealing, specifically the felonious taking and removing of personal property with intent to deprive the rightful owner of it. |
| Transferor | The seller |
| Transferee | The buyer |
| TTR | Time-to-Recovery.  The TTR for FFL thefts inventory losses is calculated by subtracting the date the firearm was recovered from the date the FFL reported it missing to ATF. |
| Unknown/Not Reported | Compliance Inspection Recommendation is unknown. |
| USMIL | United States Munitions Import List |
| USML | United States Munitions List |
| Variance | An alternate method or procedure which still fulfills the regulatory obligations and is not contrary to the law. |
| Warning Conference | Compliance inspection recommendation indicating a meeting between the FFL and the ATF to discuss the violations found during the inspection is warranted. |

| Term | Description |
|---|---|
| Warning Letter | Compliance inspection recommendation indicating the results of the inspection warrant ATF to follow-up with a letter to the FFL explaining the violations and emphasizing future violations could result in revocation of the license. |
| Withdrawn | Qualification inspection recommendation indicating the FFL applicant has voluntarily withdrawn their application for a license. |
| WSIN | Western States Information Network |
| YOY | Year-over-year |

5/5/22

Compendium_Klarevas
Page 386

# ENDNOTES

[1] All references to firearms and ammunition manufacturing in this section refer to licensed manufacturing.

[2] Destructive Device is defined in Title 18 U.S.C. § 921(a)(4) as (A) any explosive, incendiary, or poison gas (i) bomb, (ii) grenade, (iii) rocket having a propellant charge of more than four ounces, (iv) missile having an explosive or incendiary charge of more than one-quarter ounce, (v) mine, or (vi) device similar to any of the devices described in the preceding clauses; (B) any type of weapon (other than a shotgun or a shotgun shell which the Attorney General finds is generally recognized as particularly suitable for sporting purposes) by whatever name known which will, or which may be readily converted to, expel a projectile by the action of an explosive or other propellant, and which has any barrel with a bore of more than one-half inch in diameter; and (C) any combination of parts either designed or intended for use in converting any device into any destructive device described in subparagraph (A) or (B) and from which a destructive device may be readily assembled.

[3] GCA firearms: Include handguns, rifles, shotguns, combination guns, and miscellaneous firearms

[4] *Historical Population Change Data (1910 to 2020)*. (2021, April 21). Census.Gov. Retrieved December 9, 2021, from https://www.census.gov/data/tables/time-series/dec/popchange-data-text.html

[5] Parent Entity: Since FFLs are issued for each specific location where regulated business activities are conducted; some business entities must use multiple licensed locations to accomplish their manufacturing or sales objectives. For example, firearm manufacturer ABC Company may use multiple product specific manufacturing locations in different states to produce their full product line. Similarly, many retailers / pawnbrokers have multiple sales locations through which they service the needs of their clientele. Finally, many manufacturers and retailers expand their capacity through the acquisition of other manufacturers or retailers' business locations but retain the brand or trade names to promote brand / consumer loyalty. To fully and succinctly describe the scope of all regulated activity conducted by these controlling business entities, ATF aggregates related FFLs and/or separate FFLs owned or controlled by the same business organization under a common "parent entity" name under which each related FFL "child entity" falls. This allows for the aggregation of related data at the parent entity level. As used in these reports, the "parent entity" represents the current structure of the regulated firearms industry. Since the dates of mergers and acquisitions are not captured in ATF information systems, we attribute all current and historical data to the parent entity as that business organization exists today. ATF has grouped all child entity manufacturers under 85 manufacturer parent entities. Each manufacturer parent entity may only report manufacturing certain types of firearms (E.g., NFA vs GCA, pistols vs rifles, silencers vs machineguns).

[6] Total rifles manufactured includes the total number of assault rifles manufactured in 2000. Title 18 U.S.C. § 922(v) defined an assault rifle as any semi-automatic rifle able to accept detachable magazines that has two or more of the following features: a folding or telescoping stock, pistol grip, bayonet mount, flash hider or threaded barrel designed to accommodate one, grenade launcher. This law was in effect from 1994 through September 13, 2004.

[7] Total pistols manufactured include the total number of assault pistols manufactured in 2000. Title 18 U.S.C. § 922(v) defined an assault pistol as any semi-automatic pistols with detachable magazines and two or more of the following features: a magazine that attaches outside the pistol grip, threaded barrel to attach barrel extender, flash suppressor, handgrip, or suppressor, barrel shroud safety feature that prevents burns to the operator, a manufactured weight of 50 ounces (1.41kg) or more when the pistol is unloaded, a semi-automatic version of a fully automatic firearm. This law was in effect from 1994 through September 13, 2004.

[8] Total pistols manufactured includes assault pistols.

[9] For purposes of this section "9mm" refers to a caliber range of up to 9MM PARA reflected in AFMER filings. See Table M-08 in Appendix M - Manufacturing to review lists of those calibers that constitute the AFMER pistol and revolver caliber ranges.

[10] For purposes of this section ".22" refers to a caliber range of up to .22 caliber reflected in AFMER filings. See Table M-08 in Appendix M - Manufacturing to review lists of those calibers that constitute the AFMER pistol and revolver caliber ranges.

[11] Total rifles manufactured includes assault rifles.

[12] AFMER data aggregates shotgun and combination gun manufacturing in the same category. All references to shotguns in this section includes combination gun manufacturing.

[13] Total number of shotguns includes assault shotguns.

[14] Retrieved on December 4, 2021, from https://www.federalregister.gov/documents/2021/05/21/2021-10058/definition-of-frame-or-receiver-and-identification-of-firearms

[15] Cal. Penal Code § 30605. See generally Cal. Penal Code §§ 30600-30675, 30900-30965, 31000-31005. For state assault weapon regulations, see Cal. Code Regs. tit. 11, §§ 5459-5473, 5495, 5499

[16] Computerized numerical control, (CNC) a computerized manufacturing process using pre-programmed software and coding to control the movement of the fabrication tools.

[17] Wintemute, G.J. Ghost guns: spookier than you think they are. Inj. Epidemiol. 8, 13 (2021).

[18] All Google searches were conducted using quotation marks. Enclosing a search term within quotation marks returns only exact matches. Google search results will vary from computer to computer based on a variety of factors considered by Google such as user profile, search history, and geography.

[19] Google searches retrieved on 3/13/2022.

[20] Google searches were retrieved on 3/13/2022.

[21] All Google searches were conducted using quotation marks. Enclosing a search term within quotation marks returns only exact matches.

[22] Refer to Google (2022) for a more detailed description of the normalization procedure.

[23] Firearms tracing begins when a law enforcement agency discovers a firearm at a crime scene and seeks to learn the origin or background of that firearm to develop investigative leads. Firearms tracing is the systematic tracking of the movement of a firearm recovered by law enforcement officials from its first sale by the manufacturer or importer through the distribution chain (wholesaler/retailer) to the first retail purchaser.

[24] These numbers (as of January 21, 2022) are likely far lower than the actual number of PMFs recovered from crime scenes because some law enforcement departments incorrectly trace some PMFs as commercially manufactured firearms or may not see a need to use their resources to attempt to trace firearms with no serial number or other identifiable markings. The term "suspected PMF" is used because of the inconsistencies in law enforcement agencies uniformly entering PMF trace information into ATF's electronic tracing system ("eTrace"), resulting in reporting inconsistencies of PMFs involved in crime. For example, often PMFs resemble commercially manufactured firearms, or incorporate parts from commercially manufactured firearms bearing that manufacturer's name, so some firearms suspected of being PMFs were entered into eTrace using a commercial manufacturer's name rather than as one privately made by an individual. The term "potential crime scenes" is used because ATF does not know if the firearm being traced by the law enforcement agency was found at a crime scene as opposed to one recovered by them that was stolen or otherwise not from the scene of a crime. This is because the recovery location or correlated crime is not always communicated by the agency to ATF in the tracing process.

[25] Taniguchi,T., Hoogesteyn, K., Renouard, E., & Esserman, D. (2021). The Proliferation of Ghost Guns: Regulation Gaps and Challenges for Law Enforcement. National Police Foundation.

[26] ATF Ruling 2015-1 and ATF Ruling 2010-10

[27] eTrace is a web-based application that provides authorized law enforcement agencies with the ability to electronically submit firearm trace requests to the ATF NTC, monitor the progress of traces, retrieve completed trace results, and query firearms trace-related data. The eTrace user community consists of more than 8,700 local, state, tribal, federal, and international law enforcement agencies (as of 12/31/2021). https://www.atf.gov/resource-center/fact-sheet/fact-sheet-etrace-internet-based-firearms-tracing-and-analysis

[28] Middle Atlantic-Great Lakes Organized Crime Law Enforcement Network (MAGLOCLEN) is one of the six RISS regional centers and serves Delaware, Indiana, Maryland, Michigan, New Jersey, New York, Ohio, Pennsylvania, District of Columbia, as well as England and parts of Canada.

[29] Western States Information Network (WSIN) is one of the six RISS regional centers and serves Alaska, California, Hawaii, Oregon, Washington, Guam, as well as New Zealand and parts of Canada.

[30] Regional Organized Crime Information Center (ROCIC) is one of the six RISS regional centers and serves Alabama, Arkansas, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, and West Virginia, as well as Puerto Rico and the U.S. Virgin Islands.

[31] Rocky Mountain Information Network (RMIN) is one of the six RISS regional centers and serves Arizona, Colorado, Idaho, Montana, Nevada, New Mexico, Utah, Wyoming, and parts of Canada.

[32] Mid-States Organized Crime Information Center (MOCIC) is one of the six RISS regional centers and serves Illinois, Iowa, Kansas, Missouri, Nebraska, North Dakota, South Dakota, Wisconsin, and parts of Canada.

[33] New England State Police Information Network (NESPIN) is one of the six RISS regional centers and serves Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont, and parts of Canada.

[34] The Gun Control Act, Title 18 U.S.C., §925(a)(1) provides, "[t]he provisions of this chapter, except for sections 922(d)(9) and 922(g)(9) and provisions relating to firearms subject to the prohibitions of section 922(p), shall not apply with respect to the transportation, shipment, receipt, possession, or importation of any firearm or ammunition imported for, sold or shipped to, or issued for the use of, the United States or any department or agency thereof or any State or any department, agency, or political subdivision thereof."

[35] The Arms Export Control Act, Title 22 U.S.C. §2778(1) provides, "In furtherance of world peace and the security and foreign policy of the United States, the President is authorized to control the import and the export of defense articles and defense services and to provide foreign policy guidance to persons of the United States involved in the export and import of such articles and services. The President is authorized to designate those items which shall be considered as defense articles and defense services."

[36] 15 CFR Parts 730-774. The EAR is issued by the DOC and BIS under laws relating to the control of certain exports, reexports, and activities. In addition, the EAR implements anti-boycott law provisions requiring regulations to prohibit specified conduct by U.S. persons that has the effect of furthering or supporting boycotts fostered or imposed by a country against a country friendly to U.S.

[37] The Export Control Classification Number (ECCN) is an alpha-numeric code, e.g., 3A001, that describes the item and indicates licensing requirements. An ECCN categorizes items based on the nature of the product, i.e. type of commodity, software, or technology, and its respective technical parameters. An ECCN is different from a Schedule B number, which is used by the Bureau of Census to collect trade statistics. It is also different from the Harmonized Tariff System Nomenclature, which is used to determine import duties. All ECCNs are listed in the CCL. The CCL is divided into ten broad categories (0 through 9), and each category is further subdivided into five product groups (A through E). Items not listed on the CCL, but still falling within the jurisdiction of the DOC, are designated as EAR99. The EAR99 category is a "catch all" largely consisting of low-technology consumer goods generally not requiring a license.

[38] Total rifles exported includes the total number of assault rifles exported in 2000.

[39] There were zero assault pistols exported in 2000.

[40] AFMER defines a miscellaneous firearm as any firearm that may not be listed within any of the other nine AFMER firearm categories (pistol, revolver, rifle, shotgun, machinegun, any other weapon, short-barreled rifle, short-barreled shotgun, silencer). This miscellaneous category includes frames or receivers that are not yet identified as a particular type of firearm.

[41] Totals include assault weapons.

[42] For purposes of the NFA weapons section, the names of NFA manufacturers as it relates to their export number is associated with tax information and, as such, is prohibited from disclosure.

[43] Title 27 CFR Ch2 §478.92 marking requirements for GCA firearms, and §479.102 for NFA weapons.

[44] Active duty military uses ATF Form 6 Part II.

[45] Frames and receivers were not reported separately from complete firearms until 2005.

[46] Ammunition import data does not differentiate if the ammunition will ultimately be used for military or commercial purposes.

[47] On May 26, 1994, the U.S. instituted a firearms imports embargo against China. Sporting shotguns, however, are exempt from the embargo. Imports from Afghanistan, Belarus, Burma, China, Cuba, Democratic Republic of Congo, Haiti, Iran, Iraq, Libya, Mongolia, North Korea, Rwanda, Somalia Sudan, Syria, Unita (Angola), Vietnam, may include surplus military curio and relic firearms that were manufactured in these countries prior to becoming proscribed or embargoed and had been outside those proscribed countries for the preceding five years prior to import. Imports may also include those that obtained a waiver from the U.S. State Department. Imports from Georgia, Kazakhstan, Kyrgyzstan, Moldova, Russian Federation, Turkmenistan, Ukraine, Uzbekistan are limited to firearms enumerated on the Voluntary Restraint Agreement (VRA).

[48] Secondary market firearms are those firearms which entered commerce through an FFL and are subsequently sold by an unlicensed individual through a private sale, gun show, and FFLs operating as pawn shops. The normal ATF tracing process would not identify who sold or purchased the firearm.

[49] The NICS/State POC transaction data available to ATF in 2016 was incomplete. Therefore, analysis was only conducted for those years with complete transaction data, namely 2017 through 2020.

[50] In rare instances, a NICS check may be conducted, and a proceed response generated, but the final sale of the firearm is not culminated. The reasons for not completing the approved transfer include, but are not limited to, the customer or the licensee terminating the transfer. These instances are so few that they are not considered statistically significant.

[51] Table SD-02 excludes annual EMSV totals associated with Type 03 (1,193) and Type 06 (7,683) FFLs as well as those EMSV totals that cannot be attributed to an FFL type (2,348,594) due to the listed EMSV Data Limitations in Appendix SD – Selling and Distribution. Nearly 97% (2,274,009) of unattributed EMSV totals are from Virginia.

[52] The data for Table SD-13 was compiled on February 23, 2022.

[53] This table does not include EMSV data for the states of Hawaii and Virginia. Hawaii requires the use of police permits to acquire firearms. Licensees do not conduct any NICS checks. Therefore, no data is available to estimate

sales in Hawaii. Virginia reports their NICS checks aggregated at the state level, and no licensee information is provided.  ATF is therefore unable to attribute any portion of sales in Virginia to manufacturers.

[54] 18 U.S.C. § 923 (g)(5)(A)

[55] DL3 MSRs that could not be attributed to one of the four SWB states were excluded from this analysis.

[56] For a definition of the PPI small arms and ammunition go to North American Industry Classification System (NAICS) U.S. Census Bureau.

[57] While some private industry sources of retail price data exist, such as gun catalogs, these sources provide suggested prices rather than prices of actual transactions.

[58] U.S. Bureau of Labor Statistics (bls.gov)

[59] U.S. Bureau of Labor Statistics (bls.gov)

[60] ATF is a criminal and regulatory enforcement agency and has been a component of the U.S. Department of Justice since 2003. Prior to 2003, ATF and its predecessor bureaus functioned within the U.S. Department of the Treasury (except for a brief period during the Prohibition era). The Homeland Security Act of 2002 (Pub. L. No. 107–296, 116 Stat. 2135 (2002)) split the missions and functions of ATF into two agencies: ATF and the Alcohol and Tobacco Tax and Trade Bureau ("TTB"). Under that Act, the ATF's functions and responsibilities (to include enforcement of the NFA) were transferred to the Department of Justice, and TTB's functions and responsibilities remained with the Department of the Treasury.

[61] In August 2013, Forms 1, 2, 3, 5, 9, and 10 were available to applicants via eForm. In December 2021, Form 4 was made available to applicants via eForm.

[62] NFA applications eligible for processing are all applications that are not pending, withdrawn, returned without action, or voided.

[63] During the application processing and review, applications in which an error is identified are removed from further processing and therefore not included in this data.

[64] The tax rates are as follows: Class 1 - Importer of Firearms = $1,000, Class 1 - Importer of Firearms (Reduced) = $500, Class 2 - Manufacturer of Firearms = $1,000, Class 2 - Manufacturer of Firearms (Reduced) = $500, and Class 3 - Dealer in Firearms = $500. The reduced rates for importers and manufacturers apply only to those taxpayers whose total gross receipts for the most recent income tax year is less than $500,000 (not just receipts relating to the activity subject to special occupational tax). However, a member of a controlled group as defined in section 5061(e)(3) of the Internal Revenue Code, is not eligible for this reduced rate unless the total gross receipts for the entire group are less than $500,000. Businesses beginning an activity subject to special tax for the first time, may qualify for a reduced rate if the initial tax year gross receipts for the business (or the entire control group, if a member of a control group) were under $500,000 the previous year.

[65] A follow-up ATF report will be released in 2022 detailing FFL theft incidents.

[66] The total number of missing and/or stolen firearms and reporting incidents excludes those firearms originally reported missing and/or stolen, but were found by the FFL, found by another means and not involved in a crime, or was found in the possession of the rightful owner.  These reported incidents occurred between 2016 and 2020.

[67] Type 03 and Type 06 FFL inventory loss data has been excluded from this analysis since neither FFL type transfers firearms in commerce. From 2016 to 2020, Type 03 FFLs reported only 15 loss incidents (0.24% of total) involving 106 firearms (0.23% of total) as missing.  Type 06 FFLs did not report any loss incidents during this time.

[68] Excluded from this Table are Type 03 and 06 FFLs as well as any state or U.S. Territory with less than 100 FFLs. This FFL threshold excludes the District of Columbia as well as all five U.S. territories from this table.

[69] The number of firearms reported missing by FFLs in the state of Oregon includes a loss incident in CY2018 wherein a total of 1,978 firearms were reported missing by a single Type 01 FFL.

[70] For any transactions where the firearm type is listed as "Unknown", the type of firearm was not provided by the submitter and could not be readily determined based on other information provided.

[71] The number of NFA weapons reported missing by Type 10 FFLs includes a loss incident in 2017 wherein a total of 278 machineguns were reported missing by a single Type 10 FFL.

[72] Recovery data reviewed includes all reports received by ATF up to February 14, 2022

[73] Fact Sheet – Federal Firearms and Explosives Licenses by Types , Bureau of Alcohol, Tobacco, Firearms and Explosives (atf.gov)

[74] For purposes of this section, OOB (out-of-business) will be used interchangeably with discontinued business.

[75] In Table IO-07, the analysis uses the last address of record for each FFL.  The land use for each FFL is based on Department of Homeland Security (DHS)/ Homeland Infrastructure Foundation-Level Data (HIFLD) and the National Geospatial-Intelligence Agency (NGA) countrywide zoning data from October 2021. Several categories were combined: Commercial (commercial retail and office), Industrial (general and heavy industry), Not Available (Null and Blank), All Other (miscellaneous and other).

[76] There were three FFLs with unidentified FFL types. These FFLs were excluded from the analysis.

[77] American Samoa did not have any FFLs in 2000 or 2020; therefore, there was no change in its FFL population. However, it had as many as two FFLs for at least four years during this period.

[78] In 2008, the Supreme Court decided *District of Columbia v. Heller*, 554 U.S. 570 (2008) which expanded the ability to become a FFL in DC.

[79] American Samoa had no Type 01 FFLs from 2000 to 2020, and thus are not included in the analysis.

[80] The U.S. Virgin Islands and DC had no Type 02 FFLs from 2000 to 2020, and thus are not included in the analysis.

[81] American Samoa and Marianas Islands had no Type 03 FFLs from 2000 to 2020, and thus are not included in the analysis.

[82] American Samoa and DC had no Type 07 FFLs from 2000 to 2020, and thus are not included in the analysis.

[83] See, 18 U.S.C. §§922(a)(1)(A) and 923(a); 27 CFR 478.41

[84] To avoid inflating the average number of FFLs in a state, Type 03 FFLs were excluded when determining the average number of FFLs as well as in determining the total number of completed assignments by state. Consequently, the 761 firearm assignments related to Type 03 FFLs were excluded from this analysis.

[85] States or U.S. territories must have at least 100 FFLs to be included in this table.

[86] States or U.S. territories must have at least 100 FFLs to be included in this table.

[87] The "Other" Recommendation category within this table represents inspections involving an FFL relocating their business to a new location and applications approved, withdrawn, or abandoned.

[88] Seven inspections contained multiple recommendations.

[89] Between 2016 and 2020, there were 13 FFL compliance inspections that resulted in 65,097,428 cited violations, which represents more than 96% of the total (67,720,812) cited violations during the period. Each of these 13 inspections had a minimum of 50,000 violations cited.

[90] Many of the qualification inspections conducted in 2020 were completed telephonically due to COVID-19.

[91] The number of IOIs is as of October for the indicated year.

[92] IOIs in field positions are responsible for conducting firearm and explosives regulatory inspections.

[93] States or U.S. territories must have at least 100 FFLs to be included in this table. ATF IOIs are designated by field divisions which do not correspond directly to state lines. For a list of ATF field divisions, go to https://www.atf.gov/contact/atf-field-divisions.

[94] States or U.S. territories must have at least 100 FFLs to be included in this table. ATF IOIs are designated by field divisions which do not correspond directly to state lines. For a list of ATF field divisions, go to https://www.atf.gov/contact/atf-field-divisions.

[95] Title 15 U.S.C. §§ 7901-03

[96] Alabama, Colorado, Connecticut, Florida, Georgia, Illinois, Indiana, Iowa, Louisiana, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Utah, Virginia, Washington, Wisconsin, and the District of Columbia. See Ala. Code § 13A-11-75; Colo. Rev. Stat. Ann. § 18-12-203; Conn. Gen. Stat. § 29-28(b); Fla. Stat. Ann. § 790.06; Ga. Code Ann. § 16-11-129; 430 Ill. Comp. Stat. 66/4; Ind. Ann. Code §§ 35-47-2-1, 35-47-2-3; Ia. Code Ann. §§ 724.7, 724.11; La. Stat. Ann. § 1379.1.1; Mich. Comp. Laws Ann. § 28.425a; Minn. Stat. Ann. § 624.714; Mont. Code Ann. § 45-8-321; Neb. Rev. Stat. § 69-2430; Nev. Rev. Stat. Ann. § 202.3657; N.M. Stat. Ann. § 29-19-4; N.C. Gen. Stat. § 14-415.11; Ohio Rev. Code Ann. § 2923.125; Ore. Rev. Stat. Ann. § 166.291; 18 Pa. Cons. Stat. § 6109; S.C. Code § 23-31-215; Tenn. Code Ann. § 39-17-1351; Tex. Code Ann. § 411.177; Utah Code Ann. § 53-5-704; Va. Ann. Code § 18.2-308.04; Wash. Rev. Code § 9.41.070; Wisc. Stat. Ann. § 175.60; D.C.: via case law, *Wrenn v. District of Columbia*, 864 F.3d 650, D.C. Cir. 2017

[97] https://www.atf.gov/firearms/state-laws-and-published-ordinances-firearms-34th-edition

[98] "Alabama, Alaska, Arizona, Arkansas, Idaho, Indiana, Iowa, Kansas, Kentucky, Maine, Mississippi, Missouri, Montana, New Hampshire, North Dakota, Ohio, Oklahoma, South Dakota, Tennessee, Texas, Utah, West Virginia, and Wyoming. See Alabama "§13A-11-85; Alaska Stat. § 11.61.220; Ariz. Rev. Stat. § 13-3112; Ark. App. 488 (via case law: *Taff v. State*, 2018); Ida. Code Ann. § 18-3302 (applies only outside cities); IA Stat. § 724.5; Indiana SECTION 12. IC 35-47-2-3, AS AMENDED BY P.L.165-2021, SECTION 196; Kan. Stat. Ann. §§ 21-6301, 21-6302; Ky. Rev. Stat. Ann. § 237; Me. Rev. Stat. Ann. § 2001-A; Miss. Ann. Code § 45-9-101; Mo. Rev. Stat. § 571.030; Mt. Stat. § 45-8-316; N.H. Rev. Stat. Ann. § 159:6; N.D. Cent. Code §§ 62.1-04-01, 62.1-04-02; Ohio GA 134, SB 215; Okla. Stat. Ann. Tit. 21, § 1272; S.D. Codified Laws § 23-7-7; Tn. Stat. §39-17-1307; Tx. Penal Code § 46.02; Ut. Stat. § 76-10-523; W. Va. Ann. Code § 61-7-3; Wyo. Stat. Ann. § 6-8-104

99 Alabama, Alaska, Arizona, Arkansas, Colorado, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, South Carolina, South Dakota, Tennessee, Texas, Utah, Virginia, Washington, West Virginia, Wisconsin, Wyoming.; Ala. Admin. Code § 220-2-.02(1)(c); Al. Stat. § 11-61-200(h); Ariz. Rev. Stat. § 13-3101(8)(a)(ii) and Rev. Stat. § 17-251; Ark. Code R. § 5-73-104; House Bill 1488 / Act 720 (2015); Colo. Rev. Stat. §18-12-102; Fl. Stat. § 790.001 and Fla. Admin. Code r. 68A-12.002(3)(b); Ga. Code Ann. §§ 16-11-122, 16-11-124, and 27-3-4(9); Id law silent; Ind. Code Ann. § 14-22-6-11; Ia. Code §§ 724.1-724.3; Kan. Stat. Ann. §§ 21-6301, 32-1002, and SB 152-2011; Ky. law silent; La. Rev. Stat. Ann. §§ 40:1781,14:94, 56:116.6; Me. LD 635 (SP 249); Md. Code Ann. § 5-621; Mi. Mich. Comp. Laws § 750.224; Minn. Stat. Ann. § 609.66 Subd. 1a; SF 878 (2015); Miss. Code Ann. § 97-37-31; Mo. Rev. Stat. § 571.020; Mont. Code Ann. §§ 45-8-337, 87-6-401(1)(c); Neb. law silent; Nev. Rev. Stat. § 202.350: N.H. Rev. Stat. Ann. § 207:4(1); New Mex. law silent; N.C. Gen. Stat. §§ 14-288.8(c)(3), 113-291.1(c); N.D. Cent. Code §§ 62.1-05-01, 20.1-01-36; Ohio Rev. Code Ann. §§ 2923.17(C)(5),1533.04; Okla. Stat. tit. 29. § 5-201(A)(5); Or. Rev. Stat. §166.272; 18 Pa. Cons. Stat. § 908; Sc. law silent; S.D. Codified Laws § 22-14-6; Tn. law silent; Tex. Penal Code Ann. § 46.05; UT law silent; Va. law silent; Wash. Rev. Code §§ 9.41.250; 9.41.251; Wv. law silent; Wis. Stat. § 941.298; Wyo. Stat. Ann. § 23-3-112

100 California, Connecticut, District of Columbia, Illinois, Massachusetts, Minnesota, New Jersey, Pennsylvania, Rhode Island; Cal. Penal Code § 26820, 26890(a); Conn. Gen. Stat. § 29-37d; D.C. Code Ann. § 7-2504.07; 430 Ill. Comp. Stat. Ann. 68/5-50, 68/5-55; Mass. Gen. Laws Ch. 140, § 123; Minn. Stat. § 624.7161; Minn. Admin. Rules Ch. 7504; N.J. Stat. Ann. § 2C:58-2(a), N.J. Admin. Code §§ 13:54-3.11, 13:54-6.1-13:54-6.5; 18 Pa. Cons. Stat. Ann. § 6113; R.I. Gen. Laws § 11-47-40(b)

101 The average number of Form 1 and Form 4 applications received is based on the number of those forms received between May 1st and December 31, 2015.

102 Data captured on December 10, 2021.

103 "ATF Bump Stock Determination 2017." DocumentCloud, Retrieved December 8, 2021, from https://www.documentcloud.org/documents/4418662-ATF-Bump-Stock-Letter-April-6-2017.html

104 The bump stock final rule has been challenged in several lawsuits, but has to-date been upheld by federal courts. Some of these lawsuits remain pending on appeal.

105 Justice Department Announces New Rule to Modernize Firearm Definitions | OPA | Department of Justice

106 ATF Forearm Brace Determination, November 2012. ATF Classification Letter issued 11.26.12 Redacted

107 Title 26 U.S.C. § 5845 defines an SBR as a rifle with a barrel of less than 16 inches.

108 ATF Open Letter on the Redesign of "Stabilizing Braces," Open Letter on the Redesign of "Stablizing Braces" (atf.gov); and a letter to industry counsel clarifying the 2015 Open Letter 2017 Response Letter: Reversal of ATF Open Letter on the Redesign of "Stabilizing Braces",

109 ATF Open Letter on the Redesign of "Stabilizing Braces," Open Letter on the Redesign of "Stabilizing Braces" (atf.gov); and a letter to industry counsel clarifying the 2015 Open Letter 2017 Response Letter: Reversal of ATF Open Letter on the Redesign of "Stabilizing Braces"

110 NPRM ATF 2021R-08, Factoring Criteria for Firearms with Attached "Stabilizing Braces", Retrieved on 4-3-2022 from https://www.atf.gov/rules-and-regulations/docs/undefined/atf-2021r-08-notice-proposed-rulemaking-factoring-criteria/download

111 The classification process is entirely voluntary; ATF provides classification assessments as a service to the public and industry to promote compliance with the GCA and NFA. The GCA does not provide for, much less require, manufacturers of firearms, firearm parts, or accessories to obtain "approval" to market a product, and ATF does not "approve" or authorize the design or manufacture of firearm, parts, or accessories for sale. Moreover, other than enforcing marking requirements required by the GCA, ATF does not otherwise regulate the manner in which firearms, parts, and accessories are manufactured. Finally, while the NFA requires manufacturers and makers of NFA weapons to pay applicable taxes and comply with registration and marking requirements, it also does not require submission of product designs for prior approval.

112 ATF Cease and Desist Letter, August 3, 2020, https://www.atf.gov/resource-center/docs/foia/impact-laws-footnote-17-2020-cease-and-desist-letter/download

113 Data as of April 27, 2022.

114 The totals in this table reflect the number of SBR weapons listed on correctly submitted NFA applications received.

115 ATF Publication 5300.5, State Laws and Published Ordinances – Firearms (34th Edition)

[116] *NPRM ATF 2021R-08, Factoring Criteria for Firearms with Attached "Stabilizing Braces".* Retrieved on 4-3-2022 from https://www.atf.gov/rules-and-regulations/docs/undefined/atf-2021r-08-notice-proposed-rulemaking-factoring-criteria/download

[117] ATF Fact Sheet, February 2015, retrieved on 4-18-2022 from https://www.atf.gov/file/10956/download

[118] ATF Fact Sheet - Facts and Figures for Fiscal Year 2020, retrieved on 4-18-2022 from https://www.atf.gov/resource-center/fact-sheet/fact-sheet-facts-and-figures-fiscal-year-2020

[119] DEA Staffing and Budget, retrieved on 4-18-2022 from https://www.dea.gov/data-and-statistics/staffing-and-budget

[120] Departments of State, Justice, Commerce, the Judiciary and Related Agencies Appropriations for 1974 Hearings, retrieved on 4-18-2022 from https://books.google.com/books?id=Ow04AAAAIAAJ&pg=PA312&lpg=PA312&dq=1973+employee+level+at+FBI&source=bl&ots=mJZr7AQSQc&sig=ACfU3U0dCgDDZoryzUTO1sG7HQECmhR6WA&hl=en&sa=X&ved=2ahUKEwiInJLR5J73AhVomoFHYI3BqoQ6AF6BAgpEAM#v=onepage&q=1973%20employee%20level%20at%20FBI&f=false

[121] FBI FY2021 Budget Request, retrieved on 4-18-2022 from https://www.justice.gov/doj/page/file/1246691/download

[122] C&R Firearm Criteria Include: (a) Firearms which were manufactured at least 50 years prior to the current date, but not including replicas thereof; (b)Firearms which are certified by the curator of a municipal, State, or Federal museum which exhibits firearms to be curios or relics of museum interest; and (c) Any other firearms which derive a substantial part of their monetary value from the fact that they are novel, rare, bizarre, or because of their association with some historical figure, period, or event. Proof of qualification of a particular firearm under this category may be established by evidence of present value and evidence that like firearms are not available except as collector's items, or that the value of like firearms available in ordinary commercial channels is substantially less.

[123] This number is excluding Type 03 – Collector of C&R FFLs.

[124] Information derived from ATF's Firearms and Explosives Import System (FEIS). Import data excludes temporary permits issued to nonimmigrant aliens. Military category depicts ATF Form 6 Part II (5330.3C).

[125] Beginning in 2005, pistols and revolvers were reported in separate categories.

[126] Other shotguns include military shotguns and not otherwise specified shotguns. In 2005, pump shotguns were extracted from the "Other Shotgun" category and made its own category.

[127] State not provided or entered – numbers statistically insignificant for comparison with the sums involved.

[128] ZZ – Unknown / not provided – numbers statistically insignificant for comparison with the sums involved.

[129] PPI values were taken from the Bureau of Labor Statistics. PPI values were averaged by year and adjusted to reflect price deviations from 2000. The adjusted PPI values were then used to calculate the relative price of small arms and small arms ammunition. "PPI Commodity Data for Miscellaneous Products – Small Arms, Not Seasonally Adjusted", retrieved on 1-31-2022 from https://beta.bls.gov/dataViewer/view/timeseries/WPU151301; "PPI Commodity Data for Miscellaneous Products – Small Arms Ammunition, Not Seasonally Adjusted", retrieved on 1-31-2022 from https://beta.bls.gov/dataViewer/view/timeseries/WPU151302; "PPI Commodity Data for Final Demand – Finished Consumer Goods Less Foods and Energy, Not Seasonally Adjusted", retrieved on 1-31-2022 from https://beta.bls.gov/dataViewer/view/timeseries/WPUFD41311.

[130] Yellow indicates that the recovery state location is the same as the loss state location. Green indicates a foreign country recovery for a reported FFL inventory loss occurring in the U.S.

[131] American Samoa did not have any Type 01 FFLs between 2000 and 2020.

[132] District of Columbia, Guam, Northern Mariana Islands, Puerto Rico, and the Virgin Islands did not have any Type 02 FFLs between 2000 and 2020. "*" indicates that there is insufficient data to compute percent.

[133] American Samoa and the Northern Mariana Islands did not have any Type 03 FFLs between 2000 and 2020.

[134] American Samoa and the District of Columbia did not have any Type 07 FFLs between 2000 and 2020. "*" indicates that there is insufficient data to compute percent.

[135] American Samoa did not have any Type 08 FFLs between 2000 and 2020. "*" indicates that there is insufficient data to compute percent.

[136] American Samoa, District of Columbia, Guam, Hawaii, Northern Mariana Islands, North Dakota, Nebraska, New Hampshire, New Mexico, Rhode Island, South Carolina, South Dakota, Virgin Islands, Vermont, and West Virginia did not have any Type 09 FFLs between 2000 and 2020. "*" indicates that there is insufficient data to compute percent.

[137] American Samoa, District of Columbia, Guam, Hawaii, Northern Mariana Islands, North Dakota, Rhode Island, and Virgin Islands did not have any Type 10 FFLs between 2000 and 2020. "*" indicates that there is insufficient data to compute percent.

[138] American Samoa, Delaware, Guam, Hawaii, Northern Mariana Islands, North Dakota, Nebraska, Oklahoma, Rhode Island, South Dakota, and Virgin Islands did not have any Type 11 FFLs between 2000 and 2020.  "*" indicates that there is insufficient data to compute percent.

[139] District of Columbia did not have any Type 06 FFLs between 2000 and 2020.  "*" indicates that there is insufficient data to compute percent.

[140] States or U.S. territories must have at least 100 FFLs to be included in this table.  ATF IOIs are designated by field divisions which do not correspond directly to state lines.  For a list of ATF field divisions, go to https://www.atf.gov/contact/atf-field-divisions.

[141] IOIs assigned to the Washington Field Division are primarily responsible for overseeing FFLs located in Virginia.



**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives
99 New York Avenue, NE
Washington, DC 20226
www.atf.gov

5/5/22

# NEWS ARTICLES

# PolitiFact - Proposed assault weapons ban won't turn gun owners into felons overnight

Instagram posts stated on July 28, 2022 in an Instagram post:

Democratic leaders and President Joe Biden have hailed an assault-style weapons ban that the House of Representatives has advanced to the Senate as a way to address the epidemic of gun violence in America. But an Instagram post from the day before is framing the proposed legislation as a way to criminalize gun owners.

The now-deleted July 28 post features a manipulated image of House Speaker Nancy Pelosi, D-Calif., holding a crumpled copy of the U.S. Constitution.

"Thanks to gun-grabbing radicals, Nancy Pelosi now holds the fate of your second amendment rights in the palm of her rotting hand," text that's superimposed over the image read.

A caption that was with the original Instagram post claimed the assault weapons ban would "turn 150 million Americans into felons overnight." But the post is being hyperbolic. The proposed assault weapons ban would allow current gun owners to keep the semi-automatic weapons they already have, they just wouldn't be able to buy new ones.

Similar claims about gun owners potentially being turned into felons because of the proposed ban have been shared elsewhere on social media.

The offices of Reps. Jerry Nadler, D-N.Y., and David Cicilline, D-R.I., confirmed that existing gun owners will not be penalized under the bill and would not become felons overnight, as implied in the Instagram post. Nadler is the chairman of the House Judiciary Committee, which advanced the bill to the House floor; Cicilline sponsored the measure.

The post was flagged as part of Facebook's efforts to combat false news and misinformation on its News Feed. Instagram is owned by Facebook's parent company, Meta. (Read more about our partnership with Facebook.)

H.R. 1808, the Assault Weapons Ban of 2022, was proposed after a spate of mass shootings, including ones in Uvalde, Texas, and Buffalo, New York, that were perpetrated by men wielding AR-15-style rifles. It would make it illegal to manufacture, sell, transfer, import or possess semi-automatic weapons and high-capacity magazines. The U.S. previously passed an assault weapons ban in 1994, but it expired after 10 years.

Although the bill passed the House with a 217-213 vote and near unanimous support from Democrats, it's not expected to advance in the Senate, as it's unlikely to get the 60 votes needed to overcome an expected Republican filibuster.

If the measure passes the Senate, it would prohibit semi-automatic rifles, shotguns and pistols that can use a detachable magazine and have at least one type of

military feature, such as a pistol grip, folding or detachable stock or threaded barrel. Rifles and shotguns made specifically for sporting or hunting are not a part of the ban.

Certain law enforcement efforts and authorized tests are exempted from the bill as are any actions related to securing nuclear materials. Also, retired law enforcement officers would be allowed to own semi-automatic weapons and high-capacity magazines.

Any semi-automatic weapons or high-capacity magazines made after the bill takes effect would be required to display their manufacturing dates and serial numbers; no such requirement currently exists.

People who lawfully own semi-automatic weapons and high-capacity magazines would have their ownership grandfathered in, provided the guns are securely stored in a way that prevents them from being accessed by another person. If people sell or transfer grandfathered weapons, the bill would require them to check the backgrounds of the people receiving them. Also, someone who had high-capacity magazines could keep them, but wouldn't be able to sell or transfer them.

The bill would also allow funding for state and local governments to buy back semi-automatic weapons or high-capacity magazines from people who own them.

The Instagram post's claim of 150 million Americans is also questionable. There is no national gun registry and federal law prohibits using the background check system to create one. So, the true number of gun owners in the country is unknown.

Surveys may provide a rough estimate. Gallup found around 32% of adults it surveyed in 2020 said they own at least one gun. The 2020 U.S. Census counted 258.3 million adults 18 and older living in the United States. Thirty-two percent of them would be 82.6 million.

A survey by Centiment in 2021 found results similar to Gallup's. The company found that 31.9% of people surveyed reported owning a firearm and concluded that at least 81 million U.S. adults are gun owners — nowhere near the 150 million implied in the Instagram post.

Our ruling

An Instagram post claimed the proposed assault weapons bill being considered by Congress will turn 150 million gun owners into felons overnight.

The bill includes a provision that would allow lawful owners of semi-automatic weapons to keep them, but not sell or transfer them. The bill would also prohibit them from buying additional semi-automatic weapons and high-capacity magazines.

Also, because no national gun registry exists, it's unknown how many gun owners there are in the country. However, a recent survey estimated there are about 81 million Americans who are gun owners, not 150 million, as the post implies. We rate this claim False.

# OTHER SOURCES

## The Violence Project's Mass Shooter Database

The data set from the Violence Project's Mass Shooter Database, analyzed in the Supplemental Declaration of Louis Klarevas (Dkt. No. 137-5 at ¶¶ 9–10 & n.5), cannot be reproduced in this compendium due to formatting limitations.  The data set is available at https://www.theviolenceproject.org/mass-shooter-database/ (last accessed Oct. 19, 2022).

# 2021 National Firearms Survey: Updated Analysis Including Types of Firearms Owned

William English, PhD

Georgetown University

Expanded Report: May 13, 2022

**Abstract**

This report summarizes the findings of a national survey of firearms ownership and use conducted between February 17th and March 23rd, 2021 by the professional survey firm Centiment. This survey, which is part of a larger book project, aims to provide the most comprehensive assessment of firearms ownership and use patterns in America to date. This online survey was administered to a representative sample of approximately fifty-four thousand U.S. residents aged 18 and over, and it identified 16,708 gun owners who were, in turn, asked in-depth questions about their ownership and their use of firearms, including defensive uses of firearms.

Consistent with other recent survey research, the survey finds an overall rate of adult firearm ownership of 31.9%, suggesting that in excess of 81.4 million Americans aged 18 and over own firearms. The survey further finds that approximately a third of gun owners (31.1%) have used a firearm to defend themselves or their property, often on more than one occasion, and it estimates that guns are used defensively by firearms owners in approximately 1.67 million incidents per year. Handguns are the most common firearm employed for self-defense (used in 65.9% of defensive incidents), and in most defensive incidents (81.9%) no shot was fired. Approximately a quarter (25.2%) of defensive incidents occurred within the gun owner's home, and approximately half (53.9%) occurred outside their home, but on their property. About one out of ten (9.1%) defensive gun uses occurred in public, and about one out of thirty (3.2%) occurred at work.

A majority of gun owners (56.2%) indicate that they carry a handgun for self-defense in at least some circumstances, and about 35% of gun owners report carrying a handgun with some frequency. We estimate that approximately 20.7 million gun owners (26.3%) carry a handgun in public under a "concealed carry" regime; and 34.9% of gun owners report that there have been instances in which they had wanted to carry a handgun for self-defense, but local rules did not allow them to carry.

The average gun owner owns about 5 firearms, and handguns are the most common type of firearm owned. 48.0% of gun owners – about 39 million individuals – have

1

Electronic copy available at: https://ssrn.com/abstract=4109687

owned magazines that hold over 10 rounds (up to 542 million such magazines in total), and 30.2% of gun owners – about 24.6 million individuals – have owned an AR-15 or similarly styled rifle (up to 44 million such rifles in total). Demographically, gun owners are diverse. 42.2% are female and 57.8% are male. Approximately 25.4% of Blacks own firearms, 28.3% of Hispanics own firearms, 19.4% of Asians own firearms, and 34.3% of Whites own firearms. In total, Americans own over 415 million firearms, consisting of approximately 171 million handguns, 146 million rifles, and 98 million shotguns.

# 1   Introduction

This report summarizes the main findings of a national survey of firearms ownership and use conducted between February 17th and March 23rd, 2021 by the professional survey firm Centiment. This survey, which is part of a larger book project, aims to provide the most comprehensive assessment of firearms ownership and use patterns in America to date.

Before this survey, the most authoritative resource for estimating details of gun ownership in the U.S. has been the "Comprehensive National Survey on Firearms Ownership and Use" conducted by Cook and Ludwig in 1994 (Cook and Ludwig, 1996), and the most authoritative resource for estimating defensive gun use in the U.S. has been the "National Self-Defense Survey" conducted by Kleck and Gertz in 1993 (Kleck and Gertz, 1995, 1998). While valuable resources, they are both now a quarter century old, and no surveys of similar scope and depth have documented firearms ownership and use in more recent years.

Hepburn et al. (2007) conducted a more limited survey to ascertain the "gun stock" in 2004, a version of which was repeated in 2015 (Azrael et al., 2017). However, as they explain in introducing their latter survey, data sources on firearms ownership and use remain scarce:

> Although the National Opinion Research Center's General Social Survey and other surveys have asked respondents whether they personally own a firearm or live in a home with firearms, few have asked about the number of guns respondents own, let alone more detailed information about these firearms and the people who own them, such as reasons for firearm ownership, where firearms were acquired, how much firearms cost, whether they are carried in public, and how they are stored at home (Smith and Son 2015; Gallup 2016; Morin 2014). Because of this, the best and most widely cited estimates of the number of firearms

Electronic copy available at: https://ssrn.com/abstract=4206687

in civilian hands are derived from two national surveys dedicated to producing detailed, disaggregated, estimates of the U.S. gun stock, one conducted in 1994, the other in 2004 (Cook and Ludwig 1997, 1996; Hepburn et al. 2007).

Miller, Zhang, and Azrael conducted an expanded survey in 2021 of 5,932 gun owners with a focus on characterizing the demographics of those who acquired firearms for the first time during the COVID-19 Pandemic, based on a sub-sample of 447 individuals who fit this criterion (Miller et al., 2022). This team also described their survey as a "2021 National Firearms Survey," and it is helpful to clarify that their survey was distinct from the survey reported here.

Richer survey data on firearms ownership and use has been collected by industry associations such as the National Shooting Sports Foundation (NSSF).[1] However, these surveys generally aim at assessing industry trends and market segmentation and are not necessarily designed to be nationally representative. In 2017, the Pew Research Center conducted one of the most recent and detailed surveys of the demographics of gun ownership (Brown, 2017).[2] Although it did not ask detailed questions concerning defensive use of firearms and the types of firearms owned, this recent Pew survey serves as a helpful benchmark for corroborating the general ownership estimates of the present survey.

Advances in survey research technologies make it possible to reach large, representative respondent populations today at a much lower cost than a quarter century ago. One of the limitations of the Cook and Ludwig survey, which sought to be nationally representative, was that the survey sample was relatively small, with about 2,500 respondents of whom only about 600, or (24.6%), owned a firearm when the survey was administered. As the investigators noted in their report, some sub-questions were not sufficiently well powered to make confident inferences, particularly concerning the defensive use of firearms. Similarly, Kleck and Gertz's survey was limited to 4,977 respondents, and the more recent surveys by Pew, Hepburn, and Azrael are all based on less than 4,000 respondents.

---

[1] See https://www.nssf.org/research/

[2] See Pew Research Center, June 2017, "America's Complex Relationship With Guns" https://www.pewresearch.org/social-trends/wp-content/uploads/sites/3/2017/06/Guns-Report-FOR-WEBSITE-PDF-6-21.pdf

3

Electronic copy available at: https://ssrn.com/abstract=4206007

Today, professional survey firms like Centiment[3] cultivate large pools of survey respondents, enabling representative sampling, and have techniques that encourage high response and completion rates while also ensuring the integrity of responses.[4]   The online survey summarized here was presented to a nationally representative sample (excluding residents of Vermont who had already responded to a pilot version of this survey) 54,244 individuals aged 18 or over who completed an initial questionnaire that included an indirect question indicating whether they owned a firearm (respondents were presented with a list of items commonly owned for outdoor recreational purposes, including firearms, and were asked to select all items that they own).

This question identified 16,708 individuals as gun owners, who were then transferred to the main survey, which then asked detailed questions about their ownership and use of firearms.  Given the length and detail of the survey, there was a slight amount of attrition, as 7.5%, or 1,258 individuals, did not make it through all questions to the end of the survey. However, 92.5% of the responding firearms owners (15,450) did proceed through all of the survey questions.

This survey thus contains what we believe is the largest sample of firearms owners ever queried about their firearms ownership and firearms use in a scientific survey in the United States.  This survey was approved by Georgetown University's Institutional Review Board. Of note, this survey was conducted just after a period of widespread social unrest across the U.S. and a contentious presidential election, which background check data suggests led to record gun sales (approximately 39.7 million in 2020, up 40% from the prior year).[5]   It is thus a comprehensive and timely assessment of the state of firearms ownership and use in the United States.  Finally, the extraordinarily large size of this sample enables us to make well-powered, statistically informative inferences within individual states, which considerably extends the value of this data.

The initial sample of respondents achieved excellent demographic representation across

---

[3]See `https://www.centiment.co/`

[4]See `https://help.centiment.co/how-we-safeguard-your-data`

[5]See McIntyre, Douglas A. "Guns in America: Nearly 40 million guns were purchased legally in 2020 and another 4.1 million bought in January" `https://www.usatoday.com/story/money/2021/02/10/this-is-how-many-guns-were-sold-in-all-50-states/43371461/`

4

Electronic copy available at: https://ssrn.com/abstract=4109567

all 49 states and DC, excluding Vermont (see Appendix A and B). For the purpose of estimating firearms ownership rates for the general U.S. population we employed raked weighting on gender, income, age, race, and state of residence. Note that there was a brief period in the first two days after the soft launch of the survey that comprehensive demographic data was not collected from those respondents who did not indicate firearms ownership, and thus did not proceed to the main survey (approximately 300 respondents). Although the survey company, Centiment, maintained demographic data on these panel respondents, it was determined that this data was not as comprehensive as the data collected by the survey, at which point the demographic questions were moved to the front of the survey, and asked of all respondents, including those who did not indicate firearms ownership. For the purpose of calculating statistics on national firearms ownership rates, we exclude the entire sample of both firearms owners and non-firearms owners from these first two days (410 respondents), leaving us with 53,834 respondents after this date for whom we have comprehensive demographic data. Firearms-owning respondents from the first two days are included in subsequent analysis of firearms owners, and we do possess comprehensive demographic information for these individuals.

Appendix B contains tables reporting the demographic sampling rates and the Census demographics used for raked weighting of the national survey. Note that the overall effect of weights is minimal given the high representativeness of the initial sample. For the purposes of analyzing responses within the sub-sample of firearms owners, we do not employ weighting schemes, in part because the "true" demographics of gun ownership are not knowable from an authoritative source analogous to the U.S. Census Bureau. However, as a robustness exercise, using weights based on estimates derived from the larger survey response rates yields results that are substantially identical for the analysis of responses from firearms owners.

One of the challenges in asking questions about firearms is eliciting truthful responses from firearms owners who may be hesitant to reveal information about practices that are associated with public controversy. The "tendency to respond to questions in a socially acceptable direction" when answering surveys is often referred to as "social desirability bias" (Spector, 2004), and there is evidence that it can influence survey responses to questions regarding firearms. For example, when Rafferty et al. (1995) conducted a telephone survey

5

Electronic copy available at: https://ssrn.com/abstract=4102807

of Michigan residents who had purchased a hunting license or registered a handgun, only 87.3 percent of the handgun registrants and 89.7 percent of hunting license holders reported having a gun in their household. Similarly, Ludwig et al. (1998) have documented a large gender gap in reporting of firearms ownership, finding that "in telephone surveys, the rate of household gun ownership reported by husbands exceeded wives' reports by an average of 12 percentage points." Asking questions via an anonymous survey instrument on the internet is likely to cause less concern or worry than traditional phone-based questionnaires with a live person on the other end or during face-to-face interviews, which is how the General Social Survey – one of the most prominent national surveys that regularly asks about firearm ownership – is conducted.[6] Even when presented in the more impersonal setting of a computer interface, however, a survey must be worded thoughtfully so as to assure anonymity, and not give respondents reason to worry about answering truthfully.

This survey employs five common devices to encourage more truthful responses. First, it uses an indirect "teaser" question to pre-screen respondents in order to select those who own firearms. The initial question prompt presents the survey as concerned with "recreational opportunities and related public policies" and asks respondents if they own any of the following items, presented in a random order: Bicycle, Canoe or Kayak, Firearm, Rock Climbing Equipment, None of the Above. Only those who select "Firearm" are then presented the full survey. We also ask demographic questions at the outset, which allows us to assess the representativeness of the sample, including those who do not indicate firearms ownership. Second, the survey was carefully phrased so as to not suggest animus towards gun owners or ignorance of firearms-related terminology. Third, the survey assures respondents of anonymity. Fourth, in order to ensure that respondents are reading the survey questions carefully, and then responding with considered answers thereto, a "disqualifying" question (sometimes referred to as a "screening" question) was embedded a little over half of the way through the survey instructing respondents to select a particular answer for that question, which only those who read the question in its entirety would understand. Anyone registering an incorrect answer to this question was disqualified from the survey and their responses to

---

[6]For a description of the methods of the General Social Survey see: `https://www.nsf.gov/pubs/2007/nsf0748/nsf0748_3.pdf`

Electronic copy available at: https://ssrn.com/abstract=4209687

any of the survey questions were neither considered nor tallied.

Finally, while responses were required for basic demographic questions, if questions of a sensitive nature were left blank, the software would first call attention to the blank response and prompt the respondent to enter a response. However, if a respondent persisted in not responding and again tried to progress, rather than kick them out of the survey, they would be allowed to progress to the next section in the interest of obtaining the maximum amount of information that they were willing to share. Respondents were not made aware of this possibility in advance, and in practice such "opting out" of a particular question was seldom done (less than 1% of responses for the average question). This is the reason that small variations are sometimes observed in the total number of respondents for certain questions.

A pilot version of this survey was first fielded in Vermont as part of a research project aimed at documenting firearms ownership and firearms use rates in that specific state. The Vermont survey served as a proof of concept for the national version, demonstrating that this survey is a viable instrument for eliciting responses from firearms owners with both high response rates and low disqualification rates. The results of the Vermont survey are presented separately in Appendix A of this report and closely mirror national results.

This report focuses on providing descriptive statistics of answers to the major questions asked in the survey. Future research will examine responses, and relationships between them, in more detail. The report proceeds as follows: the next (second) section summarizes national firearms ownership estimates and demographics; the third section examines defensive uses of firearms; the fourth section examines question regarding carrying for self-defense; the fifth section summarizes ownership statistics, and the sixth section concludes.

## 2   Gun Ownership Demographics

- About a third of adults in the U.S. report owning a firearm, totaling about 81.4 million adult gun owners.

- 57.8% of gun owners are male, 42.2% are female.

- 25.4% of Blacks own firearms.

7

Electronic copy available at: https://ssrn.com/abstract=4109687

- 28.3% of Hispanics own firearms.

- 19.4% of Asians own firearms.

- 34.3% of Whites own firearms.

With raked weighting employed for gender, state, income, race, and age we find that 32.5% of US adults age 21 and over own a firearm (95% Confidence Interval, 32.1 - 32.9%). Expanding the sample population to include those age 18-20, who are restricted in some states from purchasing firearms, 31.9% of US adults age 18 and over own firearms (95% Confidence Interval, 31.5% - 32.3%). This is slightly above, but consistent with, the most recent in-depth survey of firearms ownership conducted by Pew in 2017 before the Covid-19 pandemic, which found that 30% of adults in America own a firearm (Brown, 2017). It is also consistent with recent Gallup polling in 2020 and 2021, which found that 32% and 31% of adults personally own a firearm (Gallup, 2021).

As a benchmark to assess the accuracy of the teaser question used to ascertain firearm ownership, we can also compare ownership rates of other items reported by respondents for this question. We find 52% of respondents indicating owning a bicycle, which closely matches Pew's finding that 53% of Americans own a bicycle, according to a poll conducted in 2014.[7]

The distribution of gun owners surveyed by state is illustrated in Figure 1, and ranges from 1,287 in California and 1,264 in Texas to 26 in Washington, DC and 24 in North Dakota.

Table 1 shows the proportion of the population in each state estimated to own a firearm. Massachusetts, Hawaii, Rhode Island, and New Jersey have the lowest rates of ownership with less than 20% of the adult population owning firearms, while Kentucky, Montana, West Virginia, and Idaho have the highest rates of ownership with more than 45% of the adult population owning firearms.

With regard to the demographics of gun ownership, we find that 57.8% of gun owners are male and 42.2% are female, the average age of gun owners is 46-50 years old, and the average annual household income is $80,000-$90,000. Approximately 18% of gun owners do not identify as White (alone). Overall, approximately 10.6% of gun owners identify as Black,

---

[7]See  https://www.pewresearch.org/fact-tank/2015/04/16/car-bike-or-motorcycle-depends-on-where-you-live/

8

Electronic copy available at: https://ssrn.com/abstract=4209687



Figure 1: Distribution of Firearms Owners Surveyed

3.6% identify as Asian, 1.6% identify as American Indian, .2% identify as Pacific Islander, 82.0% identify as White, and 2.0% identify as Other. When analyzed within racial groups, we find that 25.4% of Blacks own firearms, 28.3% of Hispanics own firearms, 19.4% of Asians own firearms, and 34.3% of Whites own firearms.

According to the latest (2019) census estimates, there are approximately 255,200,373 individuals age 18 and over in the U.S., which implies that there are about 81.4 million adult gun owners.[8] Note that this figure does not include those under the age of 18 who may use or possess firearms for purposes such as hunting or shooting sports.

In sum, firearms ownership is widespread, and firearms owners are diverse.

# 3    Defensive Use of Firearms

- 31.1% of gun owners, or approximately 25.3 million adult Americans, have used a gun in self-defense.

- In most cases (81.9%) the gun is not fired.

- Gun owners engage in approximately 1.67 million defensive uses of firearms per year.

- The majority of defensive gun uses take place outside of the home (74.8%).

---

[8]Census date is available at `https://www2.census.gov/programs-surveys/popest/tables/2010-2019/national/asrh/nc-est2019-syasexn.xlsx`

9

Electronic copy available at: https://ssrn.com/abstract=4109497

| State | Proportion of adult population estimated to own firearms | 95% Confidence Interval |
|---|---|---|
| Alabama | 39.6% | 35.2% − 44.1% |
| Alaska | 33.4% | 25.7% − 42.1% |
| Arizona | 32.0% | 28.8% − 35.4% |
| Arkansas | 36.6% | 31.1% − 42.5% |
| California | 25.5% | 24.0% − 27.0% |
| Colorado | 33.6% | 29.8% − 37.7% |
| Connecticut | 20.2% | 16.8% − 24.1% |
| Delaware | 24.7% | 18.9% − 31.6% |
| District of Columbia | 23.9% | 15.6% − 34.9% |
| Florida | 30.3% | 28.5% − 32.2% |
| Georgia | 37.1% | 34.5% − 39.9% |
| Hawaii | 16.4% | 10.6% − 24.5% |
| Idaho | 54.5% | 45.5% − 63.1% |
| Illinois | 26.5% | 24.3% − 28.9% |
| Indiana | 40.3% | 36.6% − 44.1% |
| Iowa | 33.2% | 28.1% − 38.8% |
| Kansas | 42.8% | 37.4% − 48.3% |
| Kentucky | 46.7% | 42.6% − 50.8% |
| Louisiana | 32.8% | 28.0% − 38.0% |
| Maine | 35.9% | 29.7% − 42.6% |
| Maryland | 21.7% | 18.5% − 25.2% |
| Massachusetts | 15.8% | 13.4% − 18.6% |
| Michigan | 34.7% | 32.0% − 37.5% |
| Minnesota | 32.5% | 28.4% − 36.8% |
| Mississippi | 39.5% | 33.5% − 45.8% |
| Missouri | 39.7% | 36.2% − 43.4% |
| Montana | 48.4% | 38.7% − 58.3% |
| Nebraska | 37.2% | 29.8% − 45.2% |
| Nevada | 38.0% | 32.8% − 43.4% |
| New Hampshire | 24.1% | 18.4% − 30.9% |
| New Jersey | 19.3% | 16.9% − 22.0% |
| New Mexico | 33.8% | 25.9% − 42.7% |
| New York | 22.7% | 21.3% − 24.2% |
| North Carolina | 37.3% | 34.5% − 40.2% |
| North Dakota | 42.6% | 29.9% − 56.4% |
| Ohio | 33.7% | 31.1% − 36.4% |
| Oklahoma | 40.5% | 36.2% − 45.0% |
| Oregon | 38.3% | 32.7% − 44.2% |
| Pennsylvania | 30.3% | 28.1% − 32.6% |
| Rhode Island | 16.9% | 11.4% − 24.2% |
| South Carolina | 40.7% | 36.5% − 45.1% |
| South Dakota | 39.2% | 32.4% − 46.4% |
| Tennessee | 43.0% | 39.5% − 46.6% |
| Texas | 36.0% | 34.1% − 38.0% |
| Utah | 42.8% | 36.1% − 49.8% |
| Virginia | 30.6% | 27.6% − 33.7% |
| Washington | 32.8% | 29.3% − 36.4% |
| West Virginia | 53.0% | 45.6% − 60.2% |
| Wisconsin | 33.3% | 29.9% − 36.9% |
| Wyoming | 42.7% | 34.5% − 51.2% |

Table 1: Proportion of the population estimated to own a firearm in each state.

- About half of defensive gun uses involve more than one assailant (51.2%).

- Handguns are the firearm most commonly used in defensive incidents (65.9%), followed

Electronic copy available at: https://ssrn.com/abstract=4109687

by shotguns (21.0%) and rifles (13.1%).

Defensive use of firearms was assessed through a series of questions that asked for increasingly detailed information from those who indicated that they had used a firearm in self-defense.

First, all gun owners were asked, "Have you ever defended yourself or your property with a firearm, even if it was not fired or displayed? Please do not include military service, police work, or work as a security guard." About a third (31.1%) answered in the affirmative, and they were then asked how many times they defended themselves with a firearm (from "once" to "five or more times"). As Figure 2 shows, a majority of gun owners who have used a firearm to defend themselves have done so on more than one occasion.



Figure 2: Defensive Gun Use: 31.1% of firearms owners have defended themselves of their property with a gun, and a majority have done so more than once.

Both men and women report having used firearms in self-defense at high rates, with 33.8% of male gun owners indicating they have defensively used a gun, and 27.3% of female gun owners indicating they have defensively used a gun. Table 2 further breaks down reports of

Electronic copy available at: https://ssrn.com/abstract=4203687

defensive use of firearms by categories of race and ethnic ancestry, illustrating that defensive gun use rates are higher in some minority groups.

| Demographic Group | Proportion of Gun Owners Who Used Gun Defensively | 95% Confidence Interval |
|---|---|---|
| White | 29.7% | 29.0% − 30.5% |
| Black | 44.3% | 41.2% − 47.5% |
| Asian | 26.0% | 21.7% − 30.9% |
| Native American | 47.7% | 42.7% − 52.7% |
| Pacific Islander | 37.1% | 26.0% − 49.7% |
| Other Ethnic Ancestry | 36.2% | 30.3% − 42.7% |
| Hispanic (any ancestry) | 39.3% | 36.0% − 42.8% |
| Male | 33.8% | 32.8% − 34.8% |
| Female | 27.3% | 26.2% − 28.4% |

Table 2: Demographics of defensive gun use.

Given that 31.1% of firearms owners have used a firearm in self-defense, this implies that approximately 25.3 million adult Americans have defended themselves with a firearm. Answers to the frequency question suggest that these gun owners have been involved in a total of approximately 50 million defensive incidents. Assuming that defensive uses of firearms are distributed roughly equally across years, this suggests at least 1.67 million defensive uses of firearms per year in which firearms owners have defended themselves or their property through the discharge, display, or mention of a firearm (excluding military service, police work, or work as a security guard).[9]

---

[9]This is calculated by taking the total number of defensive incidents represented by the survey responses (50 million) and dividing by the number of adult years of the average respondent, which is 30. According to U.S. Census data, the average age of U.S. adults (i.e. the average age of those in the set of everyone 18 years or older) is 48, which also matches our survey data. Thus, the average respondent of the survey has 30 years of adult experience (48 years - 18 years = 30 adult years), over which the defensive incidents captured in this survey are reported.

Note that this estimate is inherently conservative for two reasons. First, it assumes that gun owners possessed firearms, or had access to firearms, from the age of 18. In so far as firearms were only first ac-

Electronic copy available at: https://ssrn.com/abstract=4206987



Figure 3: How Guns are Employed in Self-defense: In most defensive incidents no shots are fired.

---

Gun owner respondents were asked to answer detailed questions regarding each defensive

quired/accessed by some respondents in later years, this would reduce the number of adult firearms owning years represented by the survey responses and result in a higher estimate of the number of defensive incidents per year. Second, this figure only captures defensive gun uses by those currently indicating firearms ownership. According to Kleck and Gertz (1995), only 59.5% of respondents who reported a defensive gun use personally owed a gun (p.187). This would suggest that the true number of defensive gun uses, if those who do not personally own firearms are included in the estimate, could be substantially higher - perhaps as high as 2.8 million per year.

This approach is also robust to critiques that have been made by Hemenway (1996) and others who argue that defensive gun use estimates from surveys can be exaggerated due to recollection bias when respondents are asked to recount incidents within a limited time period. The intuition behind these critiques is that if respondents are asked, for example, if they used a gun defensively within the last year, there is a possibility that people will respond affirmatively if they used a gun in self-defense in recent memory, even if that incident wasn't strictly within the last 12 months. This could lead to inflated "per year" estimates of defensive gun uses, which would only be further magnified when extrapolated out to total defensive gun uses over many years. However, the approach of this survey is not vulnerable to this critique because the survey asks about defensive gun use at any time, not simply those within the last year or some other short time horizon. We thus do not engage in the exercise of extrapolating out estimates from potentially biased measures of comparatively rare events in a restricted window of time. Rather our approach asks questions about defensive gun use in the manner that is most methodologically sound for eliciting unbiased estimates.

Finally, note that our overall approach assumes that children are not employing firearms for self-defense

13

Electronic copy available at: https://ssrn.com/abstract=4209687

incident that they reported. As Figure 3 shows, in the vast majority of defensive gun uses (81.9%), the gun was not fired. Rather, displaying a firearm or threatening to use a firearm (through, for example, a verbal threat) was sufficient. This suggests that firearms have a powerful deterrent effect on crime, which, in most cases, does not depend on a gun actually being fired or an aggressor being injured.

Figure 4 shows where defensive gun uses occurred. Approximately a quarter (25.2%) of defensive incidents took place within the gun owner's home, and approximately half (53.9%) occurred outside their home but on their property. About one out of ten (9.1%) of defensive gun uses occurred in public, and about one out of thirty (3.2%) occurred at work.



Figure 4: The Location of Defensive Incidents: Most take place outside the home.

For each incident, respondents were asked to indicate what sort of firearm was used. Figure 5 show the distribution of types of firearms employed in defensive incidents. Handguns were the most commonly used firearm for self-defense, used in nearly two-thirds (65.9%) of defensive incidents, followed by shotguns (21.0%) and rifles (13.1%).

Respondents were also asked to indicate how many assailants were involved in each de-

with any meaningful frequency. However, for the purpose of sensitivity analysis, if we lower the age used for calculating defensive incident frequency to assume that children as young as 12 years old are commonly possessing and using firearms for self-defense (and no non-firearms owning adults used firearms for self-defense), this would still imply 1.39 million defensive uses of firearms per year (48 years - 12 years = 36 years over which 50 million defensive incidents took place).

Electronic copy available at: https://ssrn.com/abstract=4109494



What sort of firearm did you use during this incident? (%)

Figure 5: Type of Gun Used for Defense: Handguns are the most common type of firearm used in defensive encounters, followed by shotguns and rifles.

fensive incident. As Figure 6 illustrates, about half of defensive encounters (51.2%) involved more than one assailant. Presumably, part of the value of using a firearm in self-defense is that it serves as a force multiplier against more powerful or more numerous assailants. Survey responses confirm that encountering multiple assailants is not an infrequent occurrence in defensive incidents. 30.8% of defensive incidents involved two assailants, and 20.4% involved three or more, while slightly less than half (48.8%) involved a single assailant.

Finally, after respondents answered these detailed questions about each defensive incident, which all flowed from their initial affirmative answer to the question, "Have you ever defended yourself or your property with a firearm, even if it was not fired or displayed?", all gun owners were asked, "Separate from any incident in which you directly used a gun to defend yourself, has the presence of a gun ever deterred any criminal conduct against you, your family, or your property?" This question was meant to capture incidents that did not involve active self-defense, but for which individuals believed that the presence of a firearm helped deter predatory behavior. For example, a situation in which a combative customer calmed down after noticing that shop owner had a handgun on his or her hip, or a situation in which a trespasser cooperatively left a property when questioned by a landowner who had a rifle slung over his or her shoulder, or a situation in which a friend showed up with a firearm

Electronic copy available at: https://ssrn.com/abstract=4109687



Figure 6: Distribution of the Number of Assailants Involved in a Defensive Incident: Multiple assailants are common.

to help diffuse a dangerous situation, could fall into this category. Respondents answering in the affirmative could indicate how many times such deterrence occurred, from once to five or more occasions. As Figure 7 illustrates, separate from the self-defense incidents summarized earlier, 31.8% of gun owners reported that the mere presence of a gun has deterred criminal conduct, and 40.2% of these individuals indicated that this has happened on more than one occasion. Extrapolated to the population at large, this suggests that approximately 25.9 million gun owners have been involved in an incident in which the presence of a firearm deterred crime on some 44.9 million occasions. This translates to a rate of approximately 1.5 million incidents per year for which the presence of a firearm deterred crime.

## 4    Carry Outside of the Home

- A majority of gun owners (56.2%) indicate that there are some circumstances for which they carry a handgun for self-defense.

- Approximately 26.3% of gun owners, or 20.7 million individuals, carry handguns for defensive purposes under a "concealed carry" regime.

- About a third of gun owners (34.9%) have wanted to carry a handgun for self-defense

16

Electronic copy available at: https://ssrn.com/abstract=4206687



Figure 7: Frequency with which Firearms Deter Crime: 31.8% of firearms owners report that the presence of a firearm has deterred criminal conduct against them, often on more than one occasion.

in a particular situation but local rules prohibited them from doing so.

As Figure 8 illustrates, a majority of gun owners (56.2%), or about 45.8 million, indicate that there are some circumstances in which they carry a handgun for self-defense (which can include situations in which no permit is required to carry, such as on their own property); and about 35% of gun owners report carrying a handgun with some frequency (indicating that they carry "Sometimes," "Often," or "Always or almost always."). Moreover, as Figure 9 summarizes, 34.9% of gun owners report that there have been instances in which they wanted to carry a handgun for self-defense, but local rules did not allow them to carry.

Assessing the number of people who carry a concealed handgun in public is complicated due, in part, to the proliferation of so-called "constitutional carry" or "permitless carry" states in recent years. These states - about 18 at the time this survey was conducted - generally allow adults in good legal standing (often restricted to those age 21 and older) to

17

Electronic copy available at: https://ssrn.com/abstract=4109567



Figure 8: Frequency of Defensive Carry: Carrying a handgun for self-defense is common.



Figure 9: Prohibition of Carry: About a third of gun owners have wanted to carry a handgun for self-defense in a particular situation but local rules prohibited them from doing so.

carry a concealed weapon without a permit. Most of these states previously had a permitting process for concealed carry and required permits to be renewed at regular intervals in order to remain valid. Under constitutional carry, law abiding adults in these states are permitted to carry concealed without an official "permit." However, most of these states continue to issue permits to residents who desire them because such permits can be useful for reciprocal carry benefits in other states. For example, a person acquiring a Utah carry permit would be entitled to carry a handgun in a number of other states such as neighboring Colorado and

18

Electronic copy available at: https://ssrn.com/abstract=4109807

Nevada.[10] Thus, while basically all gun owners age 21 and over are "permitted" to carry a handgun for self-defense in constitutional carry states, many individuals may also possess a "permit," even though it is redundant for in-state carry.

Unsurprisingly, when asked "Do you have a concealed carry permit?" gun owning residents of many constitutional carry states respond in the affirmative at high rates. Also complicating this question about concealed carry permits is the fact that many states refer to such permits by different names, the fact that the right to carry a handgun can be conferred in certain circumstances by hunting or fishing licenses in some states,[11] and the existence of other related permits, some of which do not license concealed carry (e.g. standard pistol permits in North Carolina or New York, eligibility certificates in Connecticut) and some of which do (most License To Carry permits required for handgun ownership in Massachusetts, state pistol permits in Connecticut, and LEOSA permits available to current and retired law enforcement officers nationwide). Finally, it is also possible for individuals to obtain concealed carry permits in states other than the one in which they reside.

In order to provide a robust but conservative estimate of those who actually carry in public, we code as "public carriers" those individuals who indicated both that they have a concealed carry permit and that they carry a handgun for self-defense at least "sometimes." We also restrict analysis and population estimates to those age 21 and over given that most states restrict those under 21 from carrying concealed in public.

Using this simple definition, we find that 26.3% of gun owners are "public carriers," which translates to approximately 20.7 million individuals who carry handguns in public under a concealed carry regime. Note that this could include current and former law enforcement officers who may be represented in the survey. However, the number of active law enforcement officers in the U.S. is well under a million (approximately 700,000 in 2019).[12]

---

[10]See `https://bci.utah.gov/concealed-firearm/reciprocity-with-other-states/`

[11]For example, a number of states such as California, Georgia, and Oregon allow those with a hunting or fishing license to carry concealed while engaged in hunting or fishing or while going to or returning from an expedition. See: `https://oag.ca.gov/sites/all/files/agweb/pdfs/firearms/pdf/cfl2016.pdf`, `https://law.justia.com/codes/georgia/2010/title-16/chapter-11/article-4/part-3/16-11-126/`, `https://codes.findlaw.com/or/title-16-crimes-and-punishments/or-rev-st-sect-166-260.html`

[12]See `https://ucr.fbi.gov/crime-in-the-u.s/2019/crime-in-the-u.s.-2019/tables/table-74`

Electronic copy available at: https://ssrn.com/abstract=4203587

# 5    Types of Firearms and Magazines Owned

- 82.7% of gun owners report owning a handgun, 68.8% report owning a rifle, and 58.4% report owning a shotgun.

- The average gun owner owns about 5 firearms. The median gun owner owns 3.

- 29.0% of gun owners own only one firearm.

- 30.2% of gun owners, about 24.6 million people, have owned an AR-15 or similarly styled rifle, and up to 44 million such rifles have been owned.

- 48.0% of gun owners, about 39 million people, have owned magazines that hold over 10 rounds, and up to 542 million such magazines have been owned.

- Overall, Americans own in excess of 415 million firearms, consisting of approximately 171 million handguns, 146 million rifles, and 98 million shotguns.

## 5.1    Rifles, Shotguns, and Handguns

Respondents were asked to indicate the number of rifles, shotguns, and handguns that they owned. 82.7% of gun owners report owning a handgun (95% CI 82.0% - 83.3%), 68.8% reported owning a rifle (95% CI 68.1% - 69.6%), and 58.4% report owning a shotgun (95% CI 57.6% - 59.2%). Note that using survey weights based on in-survey demographics of firearms ownership has no substantive effect on these estimates: Handgun, 83.7% (82.9% - 84.4%), Rifle, 68.6% (67.7% - 69.6%), Shotgun 58.6% (57.6% - 59.6%).

Approximately 99.8% of respondents indicated owning fewer than 100 firearms of each type, and approximately 97.2% indicated owning fewer than 10 firearms of each type. In order to provide a conservative estimate of ownership rates and to ensure that average estimates are not skewed by a small number of large outliers, we exclude the 0.2% of responses that indicated owning over 100 firearms in any category in the analysis that examines average numbers of guns owned. Also, 1.5% of respondents entered zero for each category of firearms ownership. While ostensibly inconsistent with having earlier indicated ownership of a firearm, there are a number of plausible explanations for this discrepancy including a reluctance to

Electronic copy available at: https://ssrn.com/abstract=4206687



Percentage of gun owners reporting ownership of at least one firearm in the indicated category.

Figure 10: Percent of gun owners who own each type of firearm.

provide this level of detailed information, having use of a firearm in one's household which one does not personally own, or owning a firearm that technically does not fall into one of these three categories. We exclude these response in analyzing ownership rates below. However, including them has no significant effect on estimates.

On average, gun owners owned 5.1 firearms, consisting of 1.8 rifles, 1.2 shotguns, and 2.1 handguns. Figure 11 plots histograms of the number of firearms owned by respondents. Unsurprisingly, these are skewed right, indicating that most gun owners own a small number of guns, while a smaller portion of gun owners own a large number of guns. The median gun owner owned 3 firearms. 29.0% of firearms owners owned only one firearm.[13] Among those who only own one firearm, handguns are the most commonly owned type of gun (64.7%), followed by rifles (22.5%) and shotguns (13.3%).

Overall, these estimates imply that Americans own over 415 million firearms, consisting of approximately 171 million handguns, 146 million rifles, and 98 million shotguns.

---

[13]An earlier draft had estimated that 21.9% of gun owners owned only one firearm, but the denominator for that calculation mistakenly included respondents who did not provide an answer to this question. The estimate of 29.0% properly incorporates all information provided by respondents.

Electronic copy available at: https://ssrn.com/abstract=4209687



(a) Histogram of number of rifles owned
(b) Histogram of number of shotguns owned

(c) Histogram of number of handguns owned
(d) Histogram of total number of guns owned

Figure 11: Histograms showing the distributions of gun ownership.

## 5.2    Magazine Ownership

The survey asked respondents whether they have ever owned a magazine that holds more than 10 rounds. Those who answered in the affirmative were then asked to indicate the purposes for which they owned such magazines and to estimate how many magazines of different types they owned.

48.0% of gun owners (95% CI 47.2%-48.7%) responded yes to the question, "Have you ever owned a handgun or rifle magazine that holds more than 10 rounds? (You can count magazines that you may keep in another state if there are local restrictions against ownership.)" indicating that they had owned such magazines. Note that, again, using survey

22

Electronic copy available at: https://ssrn.com/abstract=4209687

weights based on in-survey demographics of firearms ownership has no substantive effect on this estimate (47.4%, CI 46.5%-48.4%). This suggests that approximately 39 million adults in the U.S. have owned magazines that hold more than 10 rounds.



Percentage indicating each factor was a reason for ownership.

Figure 12: Purposes indicated for owning 11+ capacity magazines.

Figure 12 shows the percentage of respondents who indicated that they owned magazines that can hold more than 10 rounds for the following purposes: defense outside the home (41.7%), home defense (62.4%), competitive shooting sports (27.2%), recreational target shooting (64.3%), hunting (47.0%), and other (3.9%). Note that respondents could choose multiple purposes for which they owned such magazines. Home defense and recreational target shooting were the two most common reasons indicated for owning these magazines, with approximately two-thirds of respondents identifying each of these as a rationale for ownership.

Respondents who indicated that they had owned magazines that can hold more than 10 rounds were also asked to estimate the number of pistol and rifle magazines they owned of particular sizes. Numerical responses were unbounded. Approximately 99.8% of respondents indicated owning fewer than 100 magazines of each type, and approximately 96.5% indicated owning fewer than 10 magazines of each type. In order to provide a conservative estimate of ownership rates and to ensure that average estimates are not skewed by a small number of large outliers, we exclude the 0.2% of responses that indicated owning over 100 magazines

23

Electronic copy available at: https://ssrn.com/abstract=4203687

in a category.



Average number of handgun magazines owned by capacity.

Figure 13: About how many handgun magazines of each type would you estimate you have owned?

Figure 13 shows the average number of handgun magazines of each type reported by respondents in this section: 10 rounds or less (3.1 magazines), 11-15 rounds (2.5 magazines), more than 15 rounds (4.4 magazines). In sum, the average respondent (who indicated that they have owned a magazine that holds more than 10 rounds), owns about 10 handgun magazines, and more than two-thirds of these magazines hold more than 10 rounds. Note that the question asked whether respondents have ever owned such magazines and how many such magazines they have owned, so these estimates should be interpreted as an upper bound on current ownership given that some magazines may have been resold. Building on earlier estimates, this suggests that U.S. gun owners have owned up to 269 million handgun magazines that hold over 10 rounds.

Figure 14 shows the average number of rifle magazines of each type reported by respondents in this section: 10 rounds or less (2.4 magazines), 11-15 rounds (1.8 magazines), over 15 rounds (5.4 magazines). In sum, the average respondent (who indicated that they have owned a magazine that holds more than 10 rounds), owns about 9.6 rifle magazines, and about three-quarters of these magazines hold more than 10 rounds. Building on earlier estimates, this suggests that U.S. gun owners have owned up to 273 million rifle magazines that

24

Electronic copy available at: https://ssrn.com/abstract=4209687

hold over 10 rounds.



Average number of rifle magazines owned by capacity.

Figure 14: About how many rifle magazines of each type would you estimate you have owned?

These estimates suggest that Americans have owned some 542 million rifle and handgun magazines that hold over 10 rounds. Finally, note that these questions about the types of magazines owned were only asked of those who indicated that they had owned a magazine that holds more than 10 rounds, and thus we do not know how many magazines up to 10 rounds are owned by the 52.0% of gun owners who are not in this category.

Table 3 shows the breakdown of ownership of magazines that hold over 10 rounds across different demographic segments.

Table 4 shows the percentage of gun owners in each state who indicated that they have owned magazines that hold more than 10 rounds. Note that this question explicitly instructed respondents that "You can count magazines that you may keep in another state if there are local restrictions against ownership." This presumably explains the relatively high rates of ownership in states that restrict the purchase or ownership of such magazines. It's also possible that those answering in the affirmative possess magazines that were grandfathered in because they were acquired before such bans or that some respondents have gotten rid of magazines that they owned in the past.

Another dynamic that likely contributes to such differences in ownership rates derives

Electronic copy available at: https://ssrn.com/abstract=4203697

| Demographic Group | Proportion Owned 11+ Mags | 95% Confidence Interval |
|---|---|---|
| White | 47.0% | 46.1% − 47.8% |
| Black | 55.2% | 52.2% − 58.2% |
| Asian | 50.0% | 44.8 − 55.2% |
| Native American | 52.6% | 47.7% − 57.4% |
| Pacific Islander | 59.1% | 47.4% − 69.9% |
| Other Ethnic Ancestry | 59.6% | 53.3% − 65.6% |
| Hispanic (any ancestry) | 61.6% | 58.3% − 64.7% |
| Male | 57.7% | 56.7% − 58.7% |
| Female | 34.1% | 33.0% − 35.3% |

Table 3: Demographics of ownership of magazines that hold more than 10 rounds.

from the fact that in states with low rates of firearms ownership, such as DC and Hawaii, those few individuals who do own guns are presumably more likely to be gun enthusiasts. Indeed, analysis of the survey data reveals that states with higher rates of firearms ownership are associated with slightly lower rates of ownership of magazines that own over 10 rounds, and this difference is statistically significant (coef = -0.36, p=.03).

Given that such a large percentage of gun owners indicated that they owned magazines that hold over ten rounds for defensive purposes, we further analyze the potential value of these magazines for defense. Recall that a majority of defensive incidents involved multiple assailants (51.2%). Presumably, it would be advantageous to have a firearm with a larger capacity magazine if one needed to engage more than one assailant, which these responses suggest is indeed common. Although in most defensive gun uses the gun was not fired (81.9%), we can further analyze the subset of incidents in which a gun was fired. In 67.8% of these cases in which a gun was fired in self defense, multiple rounds were fired.

As part of the self-defense section of the survey, respondents were invited to answer an open response question that asked: "Have you ever been in a situation (including any referenced in earlier responses) in which it would have been useful for defensive purposes

26

Electronic copy available at: https://ssrn.com/abstract=4109687

| State | Owned 11+ cap. mags | 95% Confidence Interval |
|---|---|---|
| Alabama | 48.1% | 42.7% − 53.6% |
| Alaska | 52.7% | 39.6% − 65.4% |
| Arizona | 47.5% | 42.3% − 52.8% |
| Arkansas | 50.7% | 44.1% − 57.3% |
| California | 53.8% | 51.0% − 56.5% |
| Colorado | 51.4% | 45.3% − 57.4% |
| Connecticut | 42.6% | 34.4% − 51.3% |
| Delaware | 50.6% | 39.8% − 61.5% |
| District of Columbia | 69.2% | 49.5% − 83.8% |
| Florida | 46.9% | 43.9% − 49.8% |
| Georgia | 52.4% | 48.7% − 56.2% |
| Hawaii | 59.3% | 40.3% − 75.8% |
| Idaho | 45.4% | 36.7% − 54.4% |
| Illinois | 51.5% | 47.3% − 55.6% |
| Indiana | 46.5% | 41.8% − 51.2% |
| Iowa | 35.4% | 28.0% − 43.6% |
| Kansas | 42.2% | 35.4% − 49.4% |
| Kentucky | 43.7% | 38.5% − 49.0% |
| Louisiana | 47.4% | 41.1% − 53.8% |
| Maine | 37.9% | 28.7% − 48.0% |
| Maryland | 50.8% | 43.7% − 57.8% |
| Massachusetts | 53.3% | 45.7% − 60.8% |
| Michigan | 37.1% | 33.2% − 41.1% |
| Minnesota | 39.8% | 34.0% − 46.0% |
| Mississippi | 44.6% | 37.3% − 52.2% |
| Missouri | 50.6% | 45.8% − 55.5% |
| Montana | 52.6% | 39.8% − 65.1% |
| Nebraska | 45.5% | 35.9% − 55.3% |
| Nevada | 61.0% | 52.8% − 68.5% |
| New Hampshire | 43.9% | 31.6% − 56.9% |
| New Jersey | 52.2% | 46.5% − 57.8% |
| New Mexico | 49.2% | 36.9% − 61.5% |
| New York | 54.9% | 51.8% − 58.0% |
| North Carolina | 43.9% | 39.9% − 47.9% |
| North Dakota | 44.4% | 24.0% − 67.0% |
| Ohio | 42.0% | 38.4% − 45.7% |
| Oklahoma | 47.5% | 41.7% − 53.4% |
| Oregon | 49.8% | 42.9% − 56.6% |
| Pennsylvania | 39.6% | 36.0% − 43.2% |
| Rhode Island | 55.3% | 39.5% − 70.1% |
| South Carolina | 42.8% | 37.7% − 48.0% |
| South Dakota | 50.0% | 40.2% − 59.8% |
| Tennessee | 44.1% | 39.5% − 48.7% |
| Texas | 54.1% | 51.3% − 56.8% |
| Utah | 46.8% | 38.2% − 55.6% |
| Virginia | 47.5% | 42.7% − 52.4% |
| Washington | 53.1% | 47.8% − 58.4% |
| West Virginia | 44.8% | 37.7% − 52.1% |
| Wisconsin | 33.6% | 28.5% − 39.0% |
| Wyoming | 63.0% | 51.4% − 73.3% |

Table 4: Percent of gun owners who have indicated that they have ever owned magazines that hold over 10 rounds by state. Note that this includes magazines that an owner holds in other states if there are local ownership restrictions.

27

Electronic copy available at: https://ssrn.com/abstract=4209687

to have a firearm with a magazine capacity in excess of 10 rounds?  If so, please briefly describe that situation."  Approximately 550 respondents gave a affirmative response with most sketching out details of the encounter.  Examples of these responses (reported verbatim) include:

- I got jumped by multiple people in a carjacking in front of our apartments with my wife and children.

- Yes. I was robbed on a street 1 time by a group of about 6 people that at least 1 was armed and I wasn't.  It took about 6 hours of emergency surgery to gat my bones in face jaws and skull back in place form being beaten in the head face kicked all over.  Damn near killed me.

- Yes, a man broke into our apartment, high.  He was approx 6'4, 300 pounds & threw a friend of ours around the living room like a rag doll.  Beat her repeatedly.

- Yes. The first incident I mentioned.  Three men attempted to rob me outside my home, with the intention of entering my home thereafter.  My wife and child were inside the home at the time.  That was in California with a magazine that only held 7 shots.  I am a great shot, prior military and other firearms training, but I hate to only have 7 shots with three people. In such a situation, very well trained people, pumped up with adrenalin can and do miss their target.  Thank you.

- Yes, absolutely.  I am mobility challenged and was walking my dog one day.  Three men ambushed me from behind, but luckily my dog chased them away.  My dog actually bit one of the men.

- On the farm, we have had mountain lions killing our calves so a larger animal could require more rounds

- When two people attacked my company's warehouse

- Yes, I was alone with my son and 3 large men were trying to break in, I was unable to reload, thank goodness they realized and left.

28

Electronic copy available at: https://ssrn.com/abstract=4209887

- I was charged by a bear. It was very scary in the moment I panicked and rattled over multiple shots. Most missed but some hit home and eventually stopped him.

- Yes. I went in but into a store and 4 thugs approached me telling me to give them money. I produced my handgun at my side and they left. If this had been a shooting with multiple bad guys with guns a 15 round magazine is best.

- When I was a teenager 4 guys did a home invasion at our house. I could easily see needing a 20 to 30 round clip would be necessary.. we didnt have weapons and my mom and dad were hurt pretty bad. Dad was stabbed 4 times and they had a gun too. Thats when I decided when I was on my own that I would have protection.

- About 20 coyotes attacked some of my livestock. It took two 30 round magazines to repel the animals and then only after killing 10 of them.

- Yes. I was surrounded by would-be assailants in a perking lot. I was able to escape unharmed, but if they had rushed me, I would most certainly had to lay down a rapid field of fire, alternately in various directions. In that scenario, I probably would have missed the targets and needed multiple, rapid follow-up shots to hit or at least dissuade the attackers from pressing forward. Only a firearm with 10 or more round magazine would offer that kind of defensive capability.

- Had several people trespass on my property doing something illegal and when I called the police said it would be a while before they could come out so when I asked the people to leave they threatened to kill me but after they seen that I was open carry the left if the situation went a different way I dont know if I would have been about to protect myself with as many of them as there was

- The time when there were 4 people in my home and I was fearful of being hurt and my concern was do I have enough rounds to protect myself what if I missed if I had to fire the weapon .

- Yes. Been stalked by a pack of coyotes while hiking with my children

29

Electronic copy available at: https://ssrn.com/abstract=4209687

- Yes when I had more than one person trying to break into my car. I live out in the country so I do not have time to wait for police to get to me I have to act fast and protect myself and my family.

- Yes, I ran into a situation where there were numerous criminals breaking the law and rioting at a public venue during an annual festival event. They were blocking my self and my friends, two of which were females, from leaving the area as well as preventing the police from reaching us. I was very glad that I had multiple magazines that had more then a 10 round capacity.

- 2 men broke into my home while I was sleeping. I woke up and heard them breaking stuff downstairs. I grabbed my gun and ran down stairs and confronted them. I pointed my gun at them and told them to get out. They ran off.

- I was stopped at a red light. Car in front of me backed up and the car behind me pulled up to my bumper. Both drivers got out and approached both sides of my car. Light turned green. I gassed it pushing the car in front of me out of the way. They had bats to break my windows. Would've robbed me I think. Was under a overpass.

- Twice it was people attempting to break into my home I was alone age 64 and 4 burly men thought no one was home as I had been napping. They learned quickly this old lady was not without protection.  They saw the gun and quickly left.  I called 911 and they were apprended they had been robbing homes for 6 weeks in the area. Those home who had guns they left and went elsewhere. Another time people a group wanted a big party came to the wrong road half were drunk or stoned. I had small children. There was finally someone sober enough to see I had a gun and that I meant business it was the middle of the night and they wanted to party but had the wrong road. The sane person got them to all leave and they never came back. We had no phone at that time.  The third time was a cougar attacking my livestock.  It ran off but had killed 4 goats.  We called the game warden they had a special hunt and killed it as we had been the 4th place hit it had killed livestock. We have had cougar on our property in our yard 3 times since once my son shot one stalking him and his dog the other time

30

Electronic copy available at: https://ssrn.com/abstract=4206687

it ran off before he could get his gun ready.

- yes, but not at home, we were camping in prescott arizona and several men came up and wanted to harass and steal from our family. We all felt very threatened and if another couple of people had not shown up with their guns the people would have over ran us and my family would have been hurt.

- It could have helped during a robbery at my residence where 4 intruders entered my home

- I was a small business owner before I became disabled. I would often carry large amounts of cash. On more than 1 occasion I was faced with pulling my weapon or lose my cash

- I was walking a long distance through Philadelphia to get to a restaurant and was approached by 3 men who demanded to know why I thought I could go through their neighborhood. I told them I did not want any trouble and tried to continue walking but one stood in my way and asked if I actually thought I was going to leave without answering them. I began to wonder if I was going to be robbed or assaulted when they first approached and at this point it seemed like they would prevent me from leaving. I lifted my shirt and placed my hand on a pistol I was legally able to conceal carry and said yes I would be leaving. They backed away from me but continued to yell things at me as I left the area. I never pulled the gun out, but them knowing I had it and may use it to stop them was enough to escape unharmed. Having less than 10 rounds against 3 attackers, especially if they were also armed, would have put me at a disadvantage if I was unable to accurately hit my targets initially and they continued to Pursue me.

- Yes, I was in Illinois, which does not honor Indiana concealed carry. I had to leave my firearm at home. This was truly the only time in my life I felt I needed to actually use a firearm, but almost was killed. 4 men (3 with guns displayed and 1 with a knife in his hand) were walking up to me fast in a parking lot screaming stop and give me everything you have. The parking lot was near empty, and dark outside. I was able

31

Electronic copy available at: https://ssrn.com/abstract=4209687

to unlock my car while running, start the car and speed off. Just as I got in the car, I had just enough time to lock the door before the 3 men pointed there guns at the car and the other was stabbing the window with a knife. They intended to rob and kill me. I couple rounds were fired as I sped off. I would have needed minimally 10 rounds if I had discharged given their distancing. I almost died because of Illinois law and my street smarts and luck was the only thing that saved me

- Yes An incident occurred when a man was drunk and crashed his car in front of me while I was carrying my 2 small children. A large group of his friends tried to get the drunk away before the police arrived. A fight started with them punching my elderly dad and threatened my elderly mother with violence.

- I was confronted then attacked by a group of about 12 teens when I was a teenager. They kicked me and caused a sever head injury and fractured ribs. I was defenseless. Being able to brandish a weapon with the capacity to take on a group of that size would have deterred their next step of physically assaulting me

- The two large males that attempted to break into my home. Much larger than myself. A 9mm would take several shots to slow down either and/or both.

- Yes. I am a 5'2" disabled female. I was stalked by a homeless drug addict. He was detained 4-5 times due to red behavior because he was high on methamphetamine. This person could have potentially done great harm to me. Meth addicts don't always go down easy. Sometimes it takes numerous rounds to get them down.

- My brother and I were robbed at gun point when ione of the men got in the car with me after my brother got out of the car. The man had already told my brother that he wanted his money and that there were other people watching across the parking lot in case he had any problems with us. So when my brother got out, that man got in with a gun and stuck it right into my right side. He told me not to look at him and to give him all my money. With the other men standing in different positions in the parking lot my brother could have tried to shoot them (or at them) to try and scare them off

32

Electronic copy available at: https://ssrn.com/abstract=4209687

and if he could have had a larger capacity magazine he could have been able to fire more rounds at them to keep them away while we tried to get help from someone.

Finally, it is worth noting that, although a majority of these scenarios involve the prospect of defending against criminal aggression, a number involve defending against animals. The pilot survey in Vermont similarly documented a number of incidents involving animals (see Appendix A). This is a phenomenon that has been largely neglected in the scholarly literature examining the value of firearms for self-defense, and it would be helpful for future research to evaluate the frequency with which firearms are employed in defense against animal threats.

## 5.3   Ownership of AR-15 and similarly styled rifles

All gun owners were asked, "Have you ever owned an AR-15 or similarly styled rifle? You can include any rifles of this style that have been modified or moved to be compliant with local law." 30.2% of gun owners, about 24.6 million people, indicated that they have owned an AR-15 or similarly styled rifle. Using survey weights based on in-survey demographics of firearms ownership has no effect on this estimate. Respondents were then asked to indicate how many of such rifles they have owned. Approximately 99.7% indicated owning under 100 and 98.4% under 10. In order to provide a conservative estimate of ownership rates and to ensure that average estimates are not skewed by a small number of large outliers, we disregard the 0.3% that indicate owning over 100 in calculating average ownership numbers. Among those who indicate having owned AR-15 and similarly styled rifles, they indicate having owned an average of 1.8, with the median owner having owned 1. This suggest that up to 44 million AR-15 styled rifles have been owned by U.S. gun owners. Note, again, that this estimate is based on a question that asks whether someone has ever owned such a rifle, so this estimate should be interpreted as an upper bound on current ownership given that some rifles may have been resold.

Figure 15 shows the percentage of respondents who indicated that they owned AR-15 styled rifles for the following purposes: defense outside the home (34.6%), home defense (61.9%), competitive shooting sports (32.1%), recreational target shooting (66.0%), hunting (50.5%), and other (5.1%). Note that respondents could choose multiple purposes for which

33

Electronic copy available at: https://ssrn.com/abstract=4206687



Percentage indicating each factor was a reason for ownership.

Figure 15: Purposes indicated for owning AR-15 styled rifles.

they owned such firearms. Home defense and recreational target shooting were the two most common reasons indicated for owning these magazines, with approximately two-thirds of respondents identifying each of these as a rationale for ownership.

| Demographic Group | Proportion Owned AR-15 Styled Rifle | 95% Confidence Interval |
|---|---|---|
| White | 29.6% | 28.9% – 30.4% |
| Black | 34.0% | 31.0% – 37.1% |
| Asian | 29.2% | 24.6% – 34.2% |
| Native American | 35.4% | 30.8% – 40.3% |
| Pacific Islander | 48.4% | 36.3% – 60.7% |
| Other Ethnic Ancestry | 34.6% | 28.8% – 41.1% |
| Hispanic (any ancestry) | 38.3% | 35.0% – 41.8% |
| Male | 36.4% | 35.5% – 37.4% |
| Female | 21.3% | 20.3% – 22.3% |

Table 5: Demographics of ownership of AR-15 styled rifles.

Table 5 shows the breakdown of ownership of AR-15 styled rifles across different demographic segments. As this table demonstrates, AR-15 styled rifles are commonly owned at

34

Electronic copy available at: https://ssrn.com/abstract=4206987

high rates across many different demographic groups.

Table 6 shows the percentage of gun owners in each state who indicated that they have owned AR-15 styled rifles. Note that this question explicitly instructed respondents that "You can include any rifles of this style that have been modified or moved to be compliant with local law." Thus, as with magazines, these answers can include firearms that are kept in other states, as well as firearms that were grandfathered in or modified to be compliant with local law, or respondents who have since sold or disposed of such guns. This presumably explains the relatively high rates of ownership in states that restrict the purchase or ownership of such firearms.

# 6    Conclusion

This report summarizes the main findings of the most comprehensive survey of firearms ownership and use conducted in the United States to date. While many of its estimates corroborate prior survey research in this area, it also provides unique insights that are relevant to timely public policy debates, particularly regarding the defensive use of firearms and the ownership and use of AR-15 styled rifles and magazines that hold over 10 rounds.

This survey finds firearms ownership rates slightly above those documented before the Covid-19 pandemic, which is consistent with other recent scholarly research finding a large surge in firearms purchases during the pandemic, particularly among first time buyers (Crifasi et al., 2021; Miller et al., 2022).

In sum, about 31.9% of U.S. adults, or 81.4 million Americans, own over 415 million firearms, consisting of approximately 171 million handguns, 146 million rifles, and 98 million shotguns. About 24.6 million individuals have owned a up to 44 million AR-15 and similarly styled rifles, and 39 million individuals have owned up to 542 million magazines that hold over 10 rounds. Approximately a third of gun owners (31.1%) have used a firearm to defend themselves or their property, often on more than one occasion, and guns are used defensively by firearms owners in approximately 1.67 million incidents per year. A majority of gun owners (56.2%) indicate that they carry a handgun for self- defense in at least some circumstances, and about 35% of gun owners report carrying a handgun with some frequency.

35

Electronic copy available at: https://ssrn.com/abstract=4206687

| State | Owned AR-15 Style Rifle | 95% Confidence Interval |
|---|---|---|
| Alabama | 28.9% | 24.1% − 34.3% |
| Alaska | 37.0% | 24.4% − 51.6% |
| Arizona | 28.8% | 24.2% − 34.0% |
| Arkansas | 35.0% | 28.7% − 41.8% |
| California | 37.5% | 34.8% − 40.2% |
| Colorado | 33.3% | 27.7% − 39.5% |
| Connecticut | 21.8% | 15.3% − 30.2% |
| Delaware | 20.3% | 12.6% − 30.9% |
| District of Columbia | 30.0% | 14.1% − 52.7% |
| Florida | 28.1% | 25.5% − 30.9% |
| Georgia | 31.4% | 27.9% − 35.1% |
| Hawaii | 34.6% | 19.1% − 54.3% |
| Idaho | 31.0% | 23.3% − 40.0% |
| Illinois | 32.6% | 28.7% − 36.7% |
| Indiana | 30.8% | 26.5% − 35.5% |
| Iowa | 27.1% | 20.4% − 35.1% |
| Kansas | 28.4% | 22.4% − 35.4% |
| Kentucky | 29.9% | 25.2% − 35.1% |
| Louisiana | 27.5% | 22.0% − 33.7% |
| Maine | 22.0% | 14.6% − 31.6% |
| Maryland | 29.9% | 23.7% − 36.9% |
| Massachusetts | 33.8% | 26.9% − 41.4% |
| Michigan | 24.9% | 21.5% − 28.6% |
| Minnesota | 20.7% | 16.1% − 26.3% |
| Mississippi | 30.4% | 23.8% − 38.0% |
| Missouri | 28.0% | 23.8% − 32.7% |
| Montana | 26.8% | 16.8% − 39.8% |
| Nebraska | 22.4% | 15.3% − 31.8% |
| Nevada | 42.4% | 34.6% − 50.6% |
| New Hampshire | 23.2% | 14.0% − 36.0% |
| New Jersey | 30.7% | 25.7% − 36.2% |
| New Mexico | 29.5% | 19.4% − 42.1% |
| New York | 37.8% | 34.8% − 41.0% |
| North Carolina | 25.6% | 22.2% − 29.4% |
| North Dakota | 44.4% | 24.0% − 67.0% |
| Ohio | 25.9% | 22.7% − 29.4% |
| Oklahoma | 29.3% | 24.1% − 35.0% |
| Oregon | 25.6% | 20.0% − 32.2% |
| Pennsylvania | 24.4% | 21.3% − 27.8% |
| Rhode Island | 29.7% | 17.3% − 46.1% |
| South Carolina | 25.3% | 21.0% − 30.2% |
| South Dakota | 35.8% | 26.8% − 45.9% |
| Tennessee | 28.9% | 24.8% − 33.3% |
| Texas | 36.0% | 33.3% − 38.7% |
| Utah | 24.8% | 17.9% − 33.2% |
| Virginia | 26.0% | 21.9% − 30.6% |
| Washington | 35.3% | 30.3% − 40.6% |
| West Virginia | 27.4% | 21.3% − 34.5% |
| Wisconsin | 19.7% | 15.6% − 24.6% |
| Wyoming | 36.1% | 25.9% − 47.8% |

Table 6: Percent of gun owners who have indicated that they have ever owned an AR-15 styled rifle by state. Note that this includes rifles that an owner holds in other locations if there are local ownership restrictions and rifles modified to be compliant with local laws.

36

Electronic copy available at: https://ssrn.com/abstract=4206687

Finally, the demographics of firearms ownership and defensive use are diverse, with different demographic groups commonly owning and using firearms at substantial rates.

37

Electronic copy available at: https://ssrn.com/abstract=4209687

# References

Deborah Azrael, Lisa Hepburn, David Hemenway, and Matthew Miller. The stock and flow of us firearms: results from the 2015 national firearms survey. *RSF: The Russell Sage Foundation Journal of the Social Sciences*, 3(5):38–57, 2017.

Anna Brown. *America's Complex Relationship With Guns: An In-depth Look at the Attitudes and Experiences of US Adults.* Pew Research Center, 2017.

Philip J Cook and Jens Ludwig. *Guns in America: results of a comprehensive national survey on firearms ownership and use.* Police Foundation Washington, DC, 1996.

Cassandra K Crifasi, Julie A Ward, Emma E McGinty, Daniel W Webster, and Colleen L Barry. Gun purchasing behaviours during the initial phase of the covid-19 pandemic, march to mid-july 2020. *International review of psychiatry*, 33(7):593–597, 2021.

Gallup. *In Depth: Topics, Guns.* https://news.gallup.com/poll/1645/guns.aspx , https://news.gallup.com/poll/264932/percentage-americans-own-guns.aspx, 2021.

David Hemenway. Survey research and self-defense gun use: an explanation of extreme overestimates. *J. Crim. L. & Criminology*, 87:1430, 1996.

Lisa Hepburn, Matthew Miller, Deborah Azrael, and David Hemenway. The us gun stock: results from the 2004 national firearms survey. *Injury prevention*, 13(1):15–19, 2007.

Gary Kleck and Marc Gertz. Armed resistance to crime: the prevalence and nature of self-defense with a gun. *J. Crim. L. & Criminology*, 86:150, 1995.

Gary Kleck and Marc Gertz. Carrying guns for protection: results from the national self-defense survey. *Journal of Research in Crime and Delinquency*, 35(2):193–224, 1998.

Jens Ludwig, Philip J Cook, and Tom W Smith. The gender gap in reporting household gun ownership. *American Journal of Public Health*, 88(11):1715–1718, 1998.

Matthew Miller, Wilson Zhang, and Deborah Azrael. Firearm purchasing during the covid-19 pandemic: results from the 2021 national firearms survey. *Annals of internal medicine*, 175(2):219–225, 2022.

Electronic copy available at: https://ssrn.com/abstract=4206807

Ann P Rafferty, John C Thrush, Patricia K Smith, and Harry B McGee. Validity of a household gun question in a telephone survey. *Public Health Reports*, 110(3):282, 1995.

Paul Spector. Social desirability bias. *The SAGE encyclopedia of social science research methods*, 2004.

39

Electronic copy available at: https://ssrn.com/abstract=4209687

# Appendix A: Vermont Pilot Survey

An initial version of this survey was fielded in Vermont. We report below the top line results from the Vermont survey, which closely mirror the results of the national survey.

In sum, 572 Vermont residents were surveyed, of which 163 indicated owning firearms. The survey sample represented the demographics of Vermont well on all dimensions except gender, as women were over represented and comprised 65.2% of respondents. Thus, weights were employed for gender.

With weighting employed, we find that 30% of Vermont residents own a firearm. Given that the adult population of Vermont is approximately 486,000, this suggest that there are over 145,600 firearms owners in Vermont. 42.1% of Vermont firearms owners are estimated to be female and 57.9% male.

As Figure 16 illustrates, almost a third of gun owners (29.3%) reported having used a firearm to defend themselves or their property (not counting incidents that were due to military service, police work, or work as a security guard). In nearly half of these defensive gun uses (45.9%), respondents reported facing multiple assailants. 85.8% of all incidents were resolved without the firearm owner having to fire a shot (e.g. by simply showing a firearm or verbally threatening to use it).



Figure 16: Proportion of gun owners in Vermont who have use a firearm in self-defense and number of assailants involved.

Electronic copy available at: https://ssrn.com/abstract=4209687

Sample of Vermont responses to open ended question prompt of "Have you ever been in a situation (including any referenced in earlier responses) in which it would have been useful for defensive purposes to have a firearm with a magazine capacity in excess of 10 rounds?":

- in the first incident it was five to one. I was outnumbered. three rounds per person if needed

- The time I was assaulted by 10 individuals.

- Yes. We have bear that frequently come to our home. They've attempted to get into my truck, they have come onto our porch thru the dog door (XL size) they have been in our chicken coops and in our garage. They have damaged many items, destroyed gas grills and threatened my dogs and children. Sometimes a warning shot isn't enough. And if, God forbid, the bear turned and started to attack us multiple bullets would be needed to stop him.

- About 6 individuals broke into my house one night. I locked myself in my room and they tried to break my door down. I threatened them with use of deadly force, but they kept trying. One of them was outside and broke my bedroom window and I aimed my shotgun at him and he ran off. I threatened again with the sound of charging my shotgun that they knew I wasn't bluffing and they all fled. Had they entered with the intent to kill my family and I, then we would have been out numbered. If there was an exchange of gun fire, I wouldn't want to have the restriction of reloading within the time I needed to protect my family and myself. Outgun the enemy or the enemy will surely outgun you. Limiting everyone's right to weapons is not the answer, and clearly this attempt to ban high capacity magazines is just the catalyst to a government gun grab for easier totalitarian control of the population.

- Yes, i had two run ins with a mountain lion.

- We had a home invasion two times in a month

- Yes. We live in VT. Every time I fired my gun in defense of my property it was to deter bears from damaging my property. It takes more than 1 shot to scare a bear. If

41

Electronic copy available at: https://ssrn.com/abstract=4203687

it charges you or your family it'll definitely take a bunch of shots to stop the bear.

- Yes.  Just because there are 10 rounds in a magazine does not mean all will be on target during a self defense incident.  In 2012 while I was in college in Connecticut, I got jumped by 4 people in Hartford ct.  I had nothing on me to defend myself.  The men all threatened me with knives and handguns.  I wish I was able to carry a firearm at that point.

42

Electronic copy available at: https://ssrn.com/abstract=4109687

# Appendix B: Sampling Proportions With and Without Weights for National Survey

| Gender | Initial Sample Proportions | Census Based Weighted Proportions |
|---|---|---|
| Male | 49.32% | 49.23% |
| Female | 50.68% | 50.77% |

| Age Range | Initial Sample Proportions | Census Based Weighted Proportions |
|---|---|---|
| 18-20 | 7.89% | 5.04% |
| 21-25 | 8.11% | 8.58% |
| 26-30 | 7.30% | 9.24% |
| 31-35 | 11.67% | 8.67% |
| 36-40 | 12.66% | 8.44% |
| 41-45 | 8.49% | 7.70% |
| 46-50 | 6.46% | 8.09% |
| 51-55 | 6.37% | 8.13% |
| 56-60 | 7.39% | 8.52% |
| 61-65 | 7.67% | 7.87% |
| 66-70 | 8.03% | 6.59% |
| 71-75 | 5.07% | 5.13% |
| 76-80 | 1.94% | 3.50% |
| Over 80 | 0.93% | 4.49% |

43

Electronic copy available at: https://ssrn.com/abstract=4209687

| Annual Household Income | Initial Sample Proportions | Census Based Weighted Proportions |
|---|---|---|
| Less than $10,000 | 8.87% | 3.40% |
| $10,000-20,000 | 8.95% | 4.89% |
| $20,000-30,000 | 9.69% | 6.26% |
| $30,000-40,000 | 8.78% | 7.06% |
| $40,000-50,000 | 7.44% | 7.21% |
| $50,000-60,000 | 7.72% | 6.96% |
| $60,000-70,000 | 6.00% | 6.96% |
| $70,000-80,000 | 6.37% | 6.37% |
| $80,000-90,000 | 4.51% | 5.76% |
| $90,000-100,000 | 5.89% | 5.76% |
| $100,000-150,000 | 17.67% | 19.11% |
| Over $150,000 | 8.12% | 20.23% |

44

Electronic copy available at: https://ssrn.com/abstract=4209897

| State of Residence | Initial Sample Proportions | Census Based Weighted Proportions |
|---|---|---|
| Alabama | 1.83% | 1.52% |
| Alaska | 0.39% | 0.22% |
| Arizona | 2.10% | 2.16% |
| Arkansas | 1.10% | 0.91% |
| California | 9.75% | 11.95% |
| Colorado | 1.59% | 1.75% |
| Connecticut | 1.23% | 1.09% |
| Delaware | 0.56% | 0.30% |
| District of Columbia | 0.27% | 0.21% |
| Florida | 7.29% | 6.51% |
| Georgia | 3.67% | 3.24% |
| Hawaii | 0.36% | 0.44% |
| Idaho | 0.44% | 0.56% |
| Illinois | 4.14% | 3.87% |
| Indiana | 2.13% | 2.05% |
| Iowa | 0.91% | 0.96% |
| Kansas | 0.92% | 0.89% |
| Kentucky | 1.61% | 1.36% |
| Louisiana | 1.23% | 1.41% |
| Maine | 0.51% | 0.41% |
| Maryland | 1.67% | 1.87% |
| Massachusetts | 1.88% | 2.13% |
| Michigan | 3.21% | 3.05% |
| Minnesota | 1.36% | 1.73% |
| Mississippi | 0.83% | 0.90% |
| Missouri | 1.93% | 1.86% |
| Montana | 0.25% | 0.33% |
| Nebraska | 0.53% | 0.59% |
| Nevada | 0.90% | 0.94% |
| New Hampshire | 0.40% | 0.42% |
| New Jersey | 2.97% | 2.81% |
| New Mexico | 0.36% | 0.64% |
| New York | 8.09% | 6.11% |
| North Carolina | 3.18% | 3.16% |
| North Dakota | 0.13% | 0.24% |
| Ohio | 4.13% | 3.57% |
| Oklahoma | 1.32% | 1.20% |
| Oregon | 1.05% | 1.28% |
| Pennsylvania | 4.30% | 3.93% |
| Rhode Island | 0.33% | 0.33% |
| South Carolina | 1.68% | 1.55% |
| South Dakota | 0.48% | 0.27% |
| Tennessee | 2.18% | 2.09% |
| Texas | 6.91% | 8.81% |
| Utah | 0.56% | 0.99% |
| Virginia | 2.43% | 2.61% |
| Washington | 2.03% | 2.33% |
| West Virginia | 0.71% | 0.54% |
| Wisconsin | 1.83% | 1.78% |
| Wyoming | 0.32% | 0.17% |

45

Electronic copy available at: https://ssrn.com/abstract=4209607

| Race | Initial Sample Proportions | Census Based Weighted Proportions |
|---|---|---|
| White | 81.26% | 76.30% |
| Black | 9.85% | 13.40% |
| Asian | 3.98% | 5.90% |
| Native American | 2.19% | 1.30% |
| Pacific Islander | 0.49% | 0.20% |
| Other | 2.22% | 2.90% |

46

Electronic copy available at: https://ssrn.com/abstract=4209887

# Mass Public Shootings in the United States, 1980-2022

| | Date | City | State | Deaths | Involved Assault Weapon(s) |
|---|---|---|---|---|---|
| 1 | 2/3/1980 | El Paso | TX | 5 | N |
| 2 | 6/22/1980 | Daingerfield | TX | 5 | N |
| 3 | 7/21/1980 | Coraopolis | PA | 4 | N |
| 4 | 5/7/1981 | Salem | OR | 4 | N |
| 5 | 10/16/1981 | Allen | KY | 5 | N |
| 6 | 5/3/1982 | Anchorage | AK | 4 | N |
| 7 | 8/9/1982 | Grand Prairie | TX | 6 | N |
| 8 | 8/20/1982 | Miami | FL | 8 | N |
| 9 | 2/3/1983 | New York | NY | 4 | N |
| 10 | 3/3/1983 | McCarthy | AK | 6 | Y |
| 11 | 10/11/1983 | College Station and Hempstead | TX | 6 | N |
| 12 | 5/17/1984 | Manley Hot Springs | AK | 8 | N |
| 13 | 6/29/1984 | Dallas | TX | 6 | N |
| 14 | 7/18/1984 | San Ysidro | CA | 21 | Y |
| 15 | 7/24/1984 | Hot Springs | AR | 5 | N |
| 16 | 3/16/1985 | Connellsville | PA | 4 | N |
| 17 | 8/20/1986 | Edmond | OK | 14 | N |
| 18 | 4/23/1987 | Palm Bay | FL | 6 | Y |
| 19 | 2/16/1988 | Sunnyvale | CA | 7 | N |
| 20 | 7/17/1988 | Winston-Salem | NC | 4 | N |
| 21 | 9/22/1988 | Chicago | IL | 4 | N |
| 22 | 1/17/1989 | Stockton | CA | 5 | Y |
| 23 | 9/14/1989 | Louisville | KY | 8 | Y |
| 24 | 6/18/1990 | Jacksonville | FL | 9 | N |
| 25 | 10/10/1991 | Ridgewood | NJ | 4 | Y |
| 26 | 10/16/1991 | Killeen | TX | 23 | N |
| 27 | 11/1/1991 | Iowa City | IA | 5 | N |
| 28 | 11/9/1991 | Harrodsburg | KY | 4 | N |
| 29 | 11/14/1991 | Royal Oak | MI | 4 | N |
| 30 | 3/15/1992 | Phoenix | AZ | 4 | N |
| 31 | 5/1/1992 | Olivehurst | CA | 4 | N |
| 32 | 10/15/1992 | Watkins Glen | NY | 4 | N |
| 33 | 11/8/1992 | Morro Bay and Paso Robles | CA | 6 | N |
| 34 | 7/1/1993 | San Francisco | CA | 8 | Y |
| 35 | 8/6/1993 | Fayetteville | NC | 4 | N |
| 36 | 10/14/1993 | El Cajon | CA | 4 | N |

1

| | Date | City | State | Deaths | Involved Assault Weapon(s) |
|---|---|---|---|---|---|
| 37 | 12/2/1993 | Oxnard | CA | 4 | N |
| 38 | 12/7/1993 | Garden City | NY | 6 | N |
| 39 | 12/14/1993 | Aurora | CO | 4 | N |
| 40 | 6/20/1994 | Fairchild Air Force Base | WA | 4 | Y |
| 41 | 12/31/1994 | Raeford | NC | 5 | N |
| 42 | 4/3/1995 | Corpus Christi | TX | 5 | N |
| 43 | 7/19/1995 | Los Angeles | CA | 4 | N |
| 44 | 12/19/1995 | Bronx | NY | 5 | N |
| 45 | 2/9/1996 | Fort Lauderdale | FL | 5 | N |
| 46 | 4/24/1996 | Jackson | MS | 5 | Y |
| 47 | 8/19/1997 | Colebrook | NH | 4 | Y |
| 48 | 9/15/1997 | Aiken | SC | 4 | N |
| 49 | 12/3/1997 | Bartow | FL | 4 | N |
| 50 | 12/18/1997 | Orange | CA | 4 | Y |
| 51 | 3/6/1998 | Rocky Hill | CT | 4 | N |
| 52 | 3/24/1998 | Jonesboro | AR | 5 | N |
| 53 | 5/20/1998 | Springfield | OR | 4 | N |
| 54 | 3/10/1999 | Gonzalez | LA | 4 | N |
| 55 | 4/20/1999 | Littleton | CO | 13 | Y |
| 56 | 6/3/1999 | Las Vegas | NV | 4 | N |
| 57 | 7/29/1999 | Atlanta | GA | 9 | N |
| 58 | 9/15/1999 | Fort Worth | TX | 7 | N |
| 59 | 11/2/1999 | Honolulu | HI | 7 | N |
| 60 | 12/30/1999 | Tampa | FL | 5 | N |
| 61 | 3/20/2000 | Irving | TX | 5 | N |
| 62 | 4/28/2000 | Pittsburgh | PA | 5 | N |
| 63 | 12/26/2000 | Wakefield | MA | 7 | Y |
| 64 | 1/9/2001 | Houston | TX | 4 | N |
| 65 | 2/5/2001 | Lisle | IL | 4 | Y |
| 66 | 7/3/2001 | Rifle | CO | 4 | N |
| 67 | 9/8/2001 | Sacramento | CA | 5 | Y |
| 68 | 3/22/2002 | South Bend | IN | 4 | N |
| 69 | 2/25/2003 | Huntsville | AL | 4 | N |
| 70 | 7/8/2003 | Meridian | MS | 6 | N |
| 71 | 8/27/2003 | Chicago | IL | 6 | N |
| 72 | 10/24/2003 | Oldtown | ID | 4 | N |
| 73 | 7/2/2004 | Kansas City | KS | 5 | N |
| 74 | 11/21/2004 | Birchwood | WI | 6 | Y |
| 75 | 12/8/2004 | Columbus | OH | 4 | N |

2

| | Date | City | State | Deaths | Involved Assault Weapon(s) |
|---|---|---|---|---|---|
| 76 | 3/11/2005 | Atlanta | GA | 4 | N |
| 77 | 3/12/2005 | Brookfield | WI | 7 | N |
| 78 | 3/21/2005 | Red Lake | MN | 9 | N |
| 79 | 8/28/2005 | Honey Grove | TX | 4 | N |
| 80 | 1/30/2006 | Goleta | CA | 7 | N |
| 81 | 3/25/2006 | Seattle | WA | 6 | N |
| 82 | 5/21/2006 | Baton Rouge | LA | 5 | N |
| 83 | 10/2/2006 | Paradise | PA | 5 | N |
| 84 | 2/12/2007 | Salt Lake City | UT | 5 | N |
| 85 | 4/16/2007 | Blacksburg | VA | 32 | N |
| 86 | 12/5/2007 | Omaha | NE | 8 | Y |
| 87 | 12/9/2007 | Arvada | CO | 4 | Y |
| 88 | 2/7/2008 | Kirkwood | MO | 6 | N |
| 89 | 2/14/2008 | DeKalb | IL | 5 | N |
| 90 | 3/18/2008 | Santa Maria | CA | 4 | N |
| 91 | 6/25/2008 | Henderson | KY | 5 | N |
| 92 | 9/2/2008 | Alger | WA | 6 | N |
| 93 | 3/29/2009 | Carthage | NC | 8 | N |
| 94 | 4/3/2009 | Binghamton | NY | 13 | N |
| 95 | 11/1/2009 | Mount Airy | NC | 4 | Y |
| 96 | 11/5/2009 | Killeen | TX | 13 | N |
| 97 | 11/29/2009 | Tacoma | WA | 4 | N |
| 98 | 4/3/2010 | North Hollywood | CA | 4 | N |
| 99 | 6/6/2010 | Hialeah | FL | 4 | N |
| 100 | 8/3/2010 | Manchester | CT | 8 | N |
| 101 | 8/14/2010 | Buffalo | NY | 4 | N |
| 102 | 9/11/2010 | Jackson | KY | 5 | N |
| 103 | 1/8/2011 | Tucson | AZ | 6 | N |
| 104 | 8/7/2011 | Copley Township | OH | 7 | N |
| 105 | 9/6/2011 | Carson City | NV | 4 | Y |
| 106 | 10/12/2011 | Seal Beach | CA | 8 | N |
| 107 | 4/2/2012 | Oakland | CA | 7 | N |
| 108 | 5/30/2012 | Seattle | WA | 5 | N |
| 109 | 7/20/2012 | Aurora | CO | 12 | Y |
| 110 | 8/5/2012 | Oak Creek | WI | 6 | N |
| 111 | 9/27/2012 | Minneapolis | MN | 6 | N |
| 112 | 12/14/2012 | Newtown | CT | 27 | Y |
| 113 | 3/13/2013 | Herkimer | NY | 4 | N |
| 114 | 4/21/2013 | Federal Way | WA | 4 | N |

3

| | Date | City | State | Deaths | Involved Assault Weapon(s) |
|---|---|---|---|---|---|
| 115 | 6/7/2013 | Santa Monica | CA | 5 | Y |
| 116 | 7/26/2013 | Hialeah | FL | 6 | N |
| 117 | 9/16/2013 | Washington | DC | 12 | N |
| 118 | 2/20/2014 | Alturas | CA | 4 | N |
| 119 | 10/24/2014 | Marysville | WA | 4 | N |
| 120 | 6/17/2015 | Charleston | SC | 9 | N |
| 121 | 7/16/2015 | Chattanooga | TN | 5 | Y |
| 122 | 10/1/2015 | Roseburg | OR | 9 | N |
| 123 | 11/14/2015 | Palestine | TX | 5 | N |
| 124 | 12/2/2015 | San Bernardino | CA | 14 | Y |
| 125 | 2/20/2016 | Kalamazoo | MI | 6 | N |
| 126 | 3/9/2016 | Wilkinsburg | PA | 5 | Y |
| 127 | 6/12/2016 | Orlando | FL | 49 | Y |
| 128 | 7/7/2016 | Dallas | TX | 5 | Y |
| 129 | 9/23/2016 | Burlington | WA | 5 | N |
| 130 | 1/6/2017 | Fort Lauderdale | FL | 5 | N |
| 131 | 2/6/2017 | Yazoo City | MS | 4 | U |
| 132 | 3/22/2017 | Rothschild | WI | 4 | N |
| 133 | 6/5/2017 | Orlando | FL | 5 | N |
| 134 | 10/1/2017 | Las Vegas | NV | 60 | Y |
| 135 | 11/5/2017 | Sutherland Springs | TX | 25 | Y |
| 136 | 11/14/2017 | Corning and Rancho Tehama | CA | 5 | Y |
| 137 | 1/28/2018 | Melcroft | PA | 4 | Y |
| 138 | 2/14/2018 | Parkland | FL | 17 | Y |
| 139 | 2/26/2018 | Detroit | MI | 4 | N |
| 140 | 4/22/2018 | Antioch | TN | 4 | Y |
| 141 | 5/18/2018 | Santa Fe | TX | 10 | N |
| 142 | 6/28/2018 | Annapolis | MD | 5 | N |
| 143 | 9/12/2018 | Bakersfield | CA | 5 | N |
| 144 | 10/27/2018 | Pittsburgh | PA | 11 | Y |
| 145 | 11/7/2018 | Thousand Oaks | CA | 12 | N |
| 146 | 1/23/2019 | Sebring | FL | 5 | N |
| 147 | 2/15/2019 | Aurora | IL | 5 | N |
| 148 | 5/31/2019 | Virginia Beach | VA | 12 | N |
| 149 | 8/3/2019 | El Paso | TX | 23 | Y |
| 150 | 8/4/2019 | Dayton | OH | 9 | Y |
| 151 | 8/31/2019 | Midland and Odessa | TX | 7 | Y |
| 152 | 12/10/2019 | Jersey City | NJ | 4 | Y |
| 153 | 2/26/2020 | Milwaukee | WI | 5 | N |

4

| | Date | City | State | Deaths | Involved Assault Weapon(s) |
|---|---|---|---|---|---|
| 154 | 3/15/2020 | Springfield | MO | 4 | Y |
| 155 | 1/9/2021 | Chicago and Evanston | IL | 5 | N |
| 156 | 3/16/2021 | Atlanta | GA | 8 | N |
| 157 | 3/22/2021 | Boulder | CO | 10 | Y |
| 158 | 3/31/2021 | Orange | CA | 4 | N |
| 159 | 4/15/2021 | Indianapolis | IN | 8 | Y |
| 160 | 5/26/2021 | San Jose | CA | 9 | N |
| 161 | 11/30/2021 | Oxford | MI | 4 | N |
| 162 | 5/14/2022 | Buffalo | NY | 10 | Y |
| 163 | 5/24/2022 | Uvalde | TX | 21 | Y |
| 164 | 6/1/2022 | Tulsa | OK | 4 | Y |

Notes: Mass public shootings are shootings resulting in 4 or more fatalities, not including the perpetrator(s), so long as the act of violence occurred largely in a public setting and was not undertaken in pursuit of an underlying criminal objective.  Assault weapons involvement was determined by the source of this data set (The Violence Project) and confirmed using the following coding rule: an incident was coded as involving an assault weapon if at least one of the firearms discharged was defined as an assault weapon in (1) the 1994 federal Assault Weapons Ban; (2) the statutes of the state where the gun massacre occurred; or (3) a legal or judicial declaration issued by a state official.  Incidents in gray shade are those incidents that occurred at a time when and in a state where legal prohibitions on assault weapons were in effect statewide or nationwide.  The District of Columbia is treated as a state-level jurisdiction.

Source: The Violence Project. The source for the comprehensive data set is: The Violence Project, "Mass Shooter Database," 2021, *available at* https://www.theviolenceproject.org/mass-shooter-database.  In private communications with the Director of The Violence Project in June 2022, it was confirmed that the January 2021 mass public shooting in Chicago and Evanston, IL, and the June 2022 mass public shooting in Tulsa, OK, would be included in the next iteration of The Violence Project data set.  The assault weapons coding of these two incidents was performed according to the verification coding rule mentioned above in the note.





# N E W S

 Back to News

JULY 20, 2022

## COMMONLY OWNED: NSSF ANNOUNCES OVER 24 MILLION MSRS IN CIRCULATION

NEWTOWN, Conn. — NSSF®, the firearm industry trade association, updated the **industry estimate** of Modern Sporting Rifles (MSRs) in circulation in the United States at 24,446,000 since

Privacy & Cookies Policy





(ATF) Annual Firearms Manufacturing and Exportation Report (AFMER) and U.S. International Trade Commission (U.S. ITC) data, in cooperation with manufacturers, importers and exporters of MSRs, or AR-15 and AK-style rifles. This most recent estimate includes production figures current through 2020, when the industry estimates over 2,798,000 of these rifles were produced or imported. This estimate does not include MSRs that were produced and exported or imported and later exported.

The MSR remains the most-popular selling centerfire semiautomatic rifle in the United States today. There are more MSRs in circulation today than there are Ford F-Series trucks on the road.

"This is a truly significant figure that demonstrates – again – the popularity of this commonly-owned style of rifle," said NSSF President and CEO Joe Bartozzi. "The firearm industry responds to market demand and this shows that during the elevated period of firearm sales that began in 2020, this particular style of rifle is the top choice for law-abiding citizens for hunting, recreational shooting and self-defense."

The MSR's popularity for lawful ownership is attributable to several factors, including accuracy, reliability, modularity and low recoil.

# Estimated Modern Sporting Rifles in the United States 1990 – 2020

| Year | US Production less exports of MSR/AR platform | US Import less exports of MSR/AR, AK platform | ANNUAL TOTAL |
|------|-----------------------------------------------|-----------------------------------------------|--------------|
| 1990 | 43,000  | 31,000  | 74,000  |
| 1991 | 46,000  | 69,000  | 115,000 |
| 1992 | 33,000  | 72,000  | 105,000 |
| 1993 | 62,000  | 226,000 | 288,000 |
| 1994 | 103,000 | 171,000 | 274,000 |
| 1995 | 54,000  | 77,000  | 131,000 |
| 1996 | 27,000  | 43,000  | 70,000  |
| 1997 | 44,000  | 81,000  | 125,000 |
| 1998 | 70,000  | 75,000  | 145,000 |
| 1999 | 113,000 | 119,000 | |

Privacy & Cookies Policy





| | | | |
|------|-----------|-----------|------------|
| 2004 | 107,000 | 207,000 | 314,000 |
| 2005 | 141,000 | 170,000 | 311,000 |
| 2006 | 196,000 | 202,000 | 398,000 |
| 2007 | 269,000 | 229,000 | 498,000 |
| 2008 | 444,000 | 189,000 | 633,000 |
| 2009 | 692,000 | 314,000 | 1,006,000 |
| 2010 | 444,000 | 140,000 | 584,000 |
| 2011 | 653,000 | 163,000 | 816,000 |
| 2012 | 1,308,000 | 322,000 | 1,630,000 |
| 2013 | 1,882,000 | 393,000 | 2,275,000 |
| 2014 | 950,000 | 237,000 | 1,187,000 |
| 2015 | 1,360,000 | 245,000 | 1,605,000 |
| 2016 | 2,217,000 | 230,000 | 2,447,000 |
| 2017 | 1,406,000 | 158,000 | 1,564,000 |
| 2018 | 1,731,000 | 225,000 | 1,956,000 |
| 2019 | 1,679,000 | 169,000 | 1,848,000 |
| 2020 | 2,466,000 | 332,000 | 2,798,000 |
| **TOTALS** | **18,901,000** | **5,545,000** | **24,446,000** |

Source: ATF AFMER, US ITC, Industry estimates

–30–

**About NSSF**

*The National Shooting Sports Foundation is the trade association for the firearm industry. Its mission is to promote, protect and preserve hunting and the shooting sports. Formed in 1961, NSSF has a membership of thousands of manufacturers, distributors, firearms retailers, shooting ranges, sportsmen's organizations and publishers nationwide. For more information, visit* **nssf.org.**

Media contact:

**Mark Oliva**

202-220-1340

Privacy & Cookies Policy





Categories: Government Relations, Industry News, Manufacturers, Media, Press Releases, Ranges, Retailers, Top Stories

Previous Article

Next Article

## Featured Articles

**OCTOBER 20, 2022**

#GUNVOTE Quick Shot: Florida Senate Debate

ida voters got a preview of what's at stake in the U.S. Senate race for The Sunshine State on Nov. 8. #GUNVOTE® issues have...

Read More

**OCTOBER 20, 2022**

#GUNVOTE Quick Shot: Georgia Governor Debate

One of the biggest elections for a Governor's race is in Georgia where voters will decide whether to keep Republican Gov. Brian Kemp or replace...

Read More

**OCTOBER 19, 2022**

#GUNVOTE Quick Shot: Ohio Senate Debate

The U.S. Senate race in Ohio is shaping up to be one of the most critical races to determine whether Republicans or Democrats control the...

Read More

View All

## Popular Tags

NSSF    Gun Control    Hunting    Retailers    Marketing    Ranges

Privacy & Cookies Policy



7



Also of Interest:

NSSF Releases Most Recent Firearm Production Figures

Being a Gun Control Advocate Means Never...

Gun Control Howls, Gnashes Teeth When...

Subscribe     Contact Us     Jobs     Privacy Statement     Linking Policy     Terms of Use

Privacy & Cookies Policy





Privacy & Cookies Policy