1   ROB BONTA
    Attorney General of California
2   P. PATTY LI
    Supervising Deputy Attorney General
3   ANNA FERRARI
    Deputy Attorney General
4   JOHN D. ECHEVERRIA
    Deputy Attorney General
5   State Bar No. 268843
      455 Golden Gate Avenue, Suite 11000
6     San Francisco, CA  94102-7004
      Telephone:  (415) 510-3479
7     Fax:  (415) 703-1234
      E-mail:  John.Echeverria@doj.ca.gov
8   *Attorneys for Defendants Rob Bonta and
    Blake Graham, in their official capacities*

9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12                        CIVIL DIVISION

13

| | |
|---|---|
| **JAMES MILLER et al.,** | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **COMPENDIUM OF WORKS CITED IN DECLARATION OF MICHAEL VORENBERG** |
| **v.** | **VOLUME 11 OF 11** |
| **CALIFORNIA ATTORNEY GENERAL ROB BONTA et al.,** | Courtroom:  5A<br>Judge:  Hon. Roger T. Benitez |
| Defendants. | Action Filed:  August 15, 2019 |

21

22

23

24

25

26

27

28

1

## INDEX

| Works | Decl. Page. | Compendium Page No. |
|---|---|---|
| **HISTORICAL STATUTES** | | |
| 14 U.S. Statutes 487, Chap 70, Sec. 6 (Approved March 2, 1867). | 18 n.17 | 0010-0014 |
| 10 U.S.C. 332 (Aug. 10, 1956, ch. 1041, 70A. | 55 n.79 | 0015 |
| Pub. L. 109–163, div. A, title X, §1057(a)(2), Jan. 6, 2006. | 55 n.79 | 0016-0019 |
| Texas Session Laws, 13th Legislature, Regular Session, General Laws, chap. 187 (March 28, 1873), pp. 225-26. | 49 n.69 | 0020 |
| **BOOKS** | | |
| Roy P. Basler, ed., *Collected Works of Abraham Lincoln* (New Brunswick, N.J.: Rutgers University Press, 1953), 8:403-4. | 13 n.15 | 0026-0028 |
| William A. Blair, *The Record of Murders and Outrages: Racial Violence and the Fight Over Truth at the Dawn of Reconstruction* (Chapel Hill: University of North Carolina Press, 2021), 66-67. | 17 n.16 | 0029-0032 |
| Robert V. Bruce, *1877: Year of Violence* (1959; repr., Chicago: Quadrangle Books, 1970), 251-52. | 33 n.41 | 0033-0038 |
| Saul Cornell, *A Well-Regulated Militia: The Founding Fathers and the Origins of Gun Control in America* (New York: Oxford University Press, 2006), 196-97. | 34 n.44, 54 n.78 | 0039-0041 |
| Eric Foner, *Reconstruction: America's Unfinished Revolution*, 1863-1877 (New York: Harper and Row, 1988), xxvii. | 4 n.2 | 0042-0044 |

2

| | | |
|---|---|---|
| Jerome A. Greene, *Nez Perce Summer, 1877: The U.S. Army and the Nee-Me-Poo* (Helena: Montana Society Press, 2001), 34-42, 310-12. | 31 n.34 | 0045-0059 |
| Pamela Haag, *The Gunning of America: Business and the Making of American Gun Culture* (New York: Basic Books, 2016) 65-81, 90, 177-202, 353-68. | *passim* | 0060-0096 |
| Pekka Hämäläinen, *Lakota America: A New History of Indigenous Power* (New Haven, Conn.: Yale University Press, 2019), 299, 340. | 31 n.34 & n. 35 | 0097-0104 |
| W. S. Neidhardt, *Fenianism in North America* (University Park: The Pennsylvania State University Press, 1975), 71. | 20 n.22 | 0105-0108 |
| John E. Parsons, *The First Winchester: The Story of the 1866 Repeating Rifle* (New York: Morrow, 1955), 48, 85, 88, 103, 116, 123. | 9 n.3, 13 n.14, 25 n.26 | 0109-0217 |
| Dennis C. Rousey, *Policing the Southern City: New Orleans*, 1805-1889 (Baton Rouge: Louisiana State University Press, 1996), 130-31; 155-156 | 40 n.53, 43 n.55 | 0218-0222 |
| James E. Sefton, *The United States Army and Reconstruction*, 1865-1877 (Baton Rouge: Louisiana State University Press, 1967), 5-106, 112 | 18 n.17, 20 n.21 | 0223-0281 |
| Ben H. Severance, *Tennessee's Radical Army: The State Guard and Its Role in Reconstruction*, 1867-1869 (Knoxville: University Press of Tennessee, 2005), 1-119. | 18 n.19 | 0282-0359 |
| Otis A. Singletary, *Negro Militia and Reconstruction* (Austin: University of Texas Press, 1957), 3-33, 69-70. | 19 n.20, 36 n.47, 40 n.53 | 0360-0397 |
| C. L. Sonnichsen, *I'll Die Before I'll Run: The Story of the Great Feuds of Texas* (1951; 2nd ed., New York: Devin-Adair, 1962), 125-49. | 28 n.29 | 0398-0424 |

3

| | | |
|---|---|---|
| Robert M. Utley, *Lone Star Justice: The First Century of the Texas Rangers* (New York: Oxford University Press, 2002), 169-70 | 45 n.59 | 0425-0428 |
| Michael Vorenberg, "The 1866 Civil Rights Act and the Beginning of Military Reconstruction," in Christian Samito, ed., *The Greatest and the Grandest Act: The Civil Rights Act of 1866 from Reconstruction to Today* (Carbondale, Ill.: Southern Illinois University Press, 2018), 60-88 | 21 n.23, 25 n.25 | 0429-0446 |
| Walter Prescott Webb, *The Texas Rangers: A Century of Frontier Defense* (1935; 2nd ed., Austin: University of Texas Press, 1965), 292-93 | 45 n.59 | 0447-0452 |
| Harold F. Williamson, *Winchester: The Gun That Won the West* (Washington, D.C.: Combat Forces Press, 1952), 38, 42-44, 178 | 10 n.9, 27 n.28, 30 n.33 | 0453-0464 |
| Richard Zuczek, *State of Rebellion: Reconstruction in South Carolina* (Columbia: University of South Carolina Press, 1996, 75, 79-80, 140-41, 170-171 | 36 n.47, 38 n.50, 39 n.51 & 52, 47 n.64 | 0465-0476 |
| **LAW REVIEWS AND JOURNALS** | | |
| Eleanor L. Hannah, "Manhood, Citizenship, and the Formation of the National Guards, Illinois, 1870-1917" (Ph.D. diss, University of Chicago, 1997), 15-16. | 34 n.44 | 0478-0481 |
| David Kopel, "The Second Amendment in the 19th Century," B.Y.U. L. Rev. 1359, 1418-21 (1998) | 52 n.75 | 0482-0488 |
| Michael G. Lindsey, "Localism and the Creation of a State Police in Arkansas," Arkansas Historical Quarterly, 64 (Winter 2005), 356-58. | 18 n.18 | 0489-0495 |

4

| | | |
|---|---|---|
| Allan Robert Purcell, "*The History of the Texas Militia, 1835-1903*" (Ph.D. diss., University of Texas, Austin, 1981), 221-27 | 19 n.20 | 0496-0505 |
| Gautham Rao, "The Federal "Posse Comitatus" Doctrine: Slavery, Compulsion, and Statecraft in Mid-Nineteenth-Century America," Law and History Review, 26 (Spring, 2008), pp. 1-56. | 55 n.79 | 0506-0562 |
| Jerrell H. Shofner, "Florida Courts and the Disputed   Election of 1876," Florida Historical Quarterly, 48 (July 1969), 26-46. | 46 n.60 | 0563-0584 |
| Otis A. Singletary, "The Texas Militia During Reconstruction," Southwestern Historical Quarterly, 60 (July 1956), 25-28. | 19 n.20 | 0585-0598 |
| **LEGISLATIVE MATERIALS AND GOVERNMENT RECORDS** | | |
| Adjutant General James Longstreet, General Orders No. 16, New Orleans, July 19, 1870, in Annual Report of the Adjutant General of the State of Louisiana,for the Year Ending December 31, 1870 (New Orleans, A.L. Lee, 1871), p. 39. | 53 n.77 | 0600-0604 |
| 42nd Cong., 2nd sess., S. Doc. 183, "Sale of Ordnance Stores," U.S. Congressional Serial Set (1871), pp. 167-172. | 12 n.12, & 13 | 0605-0611 |
| 42nd Cong., 2nd sess., "Affairs in Insurrectionary States," vol. 3 (South Carolina), U.S. Congressional Serial Set (1871), p. 467; and vol. 4 (South Carolina,), p. 767. | 47 n.63 | 0612-0616 |
| 42nd Cong., 2nd sess., "Affairs in Insurrectionary States," vol. 8 (Alabama) U.S. Congressional Serial Set (1871), pp. 414-15. | 48 n.68 | 0617-0619 |
| 46th Cong., 2nd sess., S. Rep. 693, pt. 2 | 49 n.70 | 0620- |

5

| | | |
|---|---|---|
| "Investigation of Causes of Migration of Negroes from Southern to Northern States," U.S. Congressional Serial Set (1879-88), p. 357. | | 0621 |
| J. Q. Dickinson to "Hamilton," in 42nd Cong., 2nd sess., "Affairs in Insurrectionary States," vol. 13 (Florida), U.S. Congressional Serial Set (1871), pp. 289-90 | 48 n.67 | 0622-0627 |
| General Orders, No. 101, May 30, 1865, The War of the Rebellion (Washington, D.C.: Government Printing Office, 1880-1901), ser. 3, vol. 5, p. 43). | 12 n.13 | 0628-0630 |
| "Penitentiary Report" to Legislative Assembly, September 1868 (Salem, Oregon: W. A. McPherson, 1868), pp. 94-95. | 28 n.30 | 0631-0633 |
| Proclamations of President Ulysses S. Grant, in James Richardson, ed., *A Compilation of the Messages and Papers of the Presidents* (New York: Bureau of National Literature, 1897), vol. 9, 4086-87 (March 24, 1871), 4089-90, 4090-92, 4092-93, 4093-4095. | 24 n.24 | 0634-0644 |
| James Speed, "Surrender of the Rebel Army of Northern Virginia," April 22, 1865, Opinions of the Attorney General, 11:211-12. | 17 n.16 | 0645-0652 |
| Testimony of William Murrell, Report and Testimony of the Select Committee to Investigate the Causes of the Removal of the Negroes from the Southern States to the Northern States (Washington, D.C.: Government Printing Office, 1880), pt. 2, p. 521. | 47 n.62 | 0653-0656 |

6

| | | |
|---|---|---|
| **NEWS ARTICLES** | | |
| Army and Navy Journal, June 1, 1867, p. 350 | 29 n.32 | 0658-0059 |
| Bismarck Tri-Weekly Tribune (Dakota Territory), June 29, 1877, p. 4. | 27 n.27 | 0660 |
| Charleston News, Oct. 17, 1870, p. 2 | 37 n.49 | 0661-0663 |
| Chicago Daily Inter Ocean, January 12, 1877, p. 2 | 56 n.61 | 0664 |
| Chicago Daily Tribune, July 23, 1876, p. 4. | 32 n.37 | 0665 |
| Chicago Daily Tribune, April 15, 1878, p. 4. | 32 n.38 | 0666 |
| "The Reds," Chicago Daily Tribune, March 23, 1879, p. 7. | 49 n.72 | 0667 |
| Georgia Weekly Telegraph and Georgia Journal & Messenger, April 5, 1870, pp. 4, 8. | 44 n.56 | 0668-0669 |
| "Lovejoy," "Letter from Africa," Fayette County Herald (Washington, Ohio), Dec. 21, 1871, p.2. | 31 n.31 | 0670-0678 |
| David Kopel, "The History of Magazines holding 11 or more rounds," Washington Post, May 29, 2014. | 25 n.26 | 0679 |
| New Orleans Republican, June 1, 1873, p. 1 | 40 n.53, 42 n.54 | 0680 |
| New Orleans Republican, March 13, 1877, p. 2. | 46 n.61 | 0681-0683 |
| "Breech-Loading Arms," New York Herald, Oct. 12, 1866, p. 4. | 32 n.40 | 0684 |
| "A Tough Customer," St. Louis Globe-Democrat, Oct. 1, 1877, p. 4. | 33 n.42 | 0685-0687 |
| Ouachita Telegraph, October 24, 1873, p. 1. | 42 n.54 | 0688 |

| | | |
|---|---|---|
| "Henry's Sporting Rifle," in Wilkes' Spirit of the Times: The American Gentleman's Newspaper, March 24, 1866, p. 59. | 34 n.43 | 0689 |
| "Another Battle," The Opelousas Journal, Aug. 29, 1873, p. 3. | 45 n.58 | 0690-0691 |
| The Forest Republican (Tionesta, Pennsylvania), Oct. 3, 1877, p. 4. | 35 n.46 | 0692 |
| The Weekly Democratic Statesman (Austin, Texas), August 24, 1871, p. 2. | 44 n.57 | 0693-0694 |
| Washington Evening Star, Aug. 16, 1869, p. 1. | 37 n.48 | 0695 |
| *Wyoming Leader* (March 17, April 21, May 8, 1868, always p. 4). | 27 n.27 | 0696 |
| **OTHER SOURCES** | | |
| James Bown and Son's Illustrated Catalogue and Price List, 29th annual ed. (Pittsburgh, Penn., 1877), 33. | 34 n.45 | 0698-0700 |
| David B. Kopel and John Parker Sweeney, "Amici Curiae Brief for the Center for Constitutional Jurisprudence and Gun Owners of California in Support of Plaintiffs-Appellants and Supporting Reversal," 2014 WL 2445166 (9th Cir.). | 25 n.26 | 0701-0702 |
| "Serial Number Ranges for Springfield Armory-Manufactured Military Firearms," http://npshistory.com/publications/spar/serial-nos.pdf, pp. 1-3. | 26 n.26 | 0703-0707 |
| Springfield Armory U.S. National Park Website: https://www.nps.gov/spar/learn/historyculture/u-s-springfield-trapdoorproduction-serial-numbers.htm. | 26 n.26 | 0708-0715 |
| Guncite.com, Second Amendment State Decisions, Feb. 24, 2013. | 51 n.73 | 0716-0727 |

8

# June 1, 1867.

roads and telegraphs would owe their existence and continuity to our magnanimity and to the plethora and willingness to be bled of the purses which supported them, we would keep the country in a healthy state of excitement, the country would continue to appropriate, the Bureau would continue to prosper, agents and superintendents would continue to "retire comfortably," and we would no longer be subjected to the restraints and interference 'of prying, meddlesome, officious soldiers, whose very calling eminently unfits them for any mission of philanthropy or peace.

In closing, I trust you will admit we have done our work well for the last few years, and that we deserve more consideration at the hands of the Bureau, which is our friend. In spite of its shortcomings we still cling to it, and bespeak for it your influence in the next effort to transfer it to the War Department. Let not the War Department get hold of us, for then we can no longer rob, murder and burn, or indulge in other exciting and congenial pursuits; and though we may get what is honestly our own, the hands of the soldiers will be untied, and instead of affording us playthings for our women, a practice school for our young warriors, and a jest for our braves and chiefs, they will become a terror to our tribes, and the conservators of law, order, and civilisation.

RED CLOUD.

Chief of Sioux, Cheyennes, etc.

CAMP ON TONGUE RIVER, D. T., March 31, 1867.

*Bismarck Tri-Weekly Tribune* (Dakota Territory), June 29, 1877, p. 4.





*Charleston News* (Charleston, S.C.), October 17, 1870, page 2



## THE CHARLESTON NEWS: MONDAY, OCTOBER 17, 1870.

### The Charleston News.

MONDAY, OCTOBER 17, 1870.

DEFEAT SCOTT AND RANSIER AND SOUTH CAROLINA WILL BECOME HAPPY, PROSPEROUS AND FREE.

**UNION REFORM TICKET.**

**For Governor,**

R. B. CARPENTER.

**For Lieutenant-Governor,**

M. C. BUTLER.

**For State Senator,**

EDWIN BATES.

**For Representatives,**

FRANZ MELCHERS,    ABRAHAM BROWN,
RICH'D HOLLOWAY,   T. W. EASTERLING,
EDWARD WILLIS,     ADAM M. JACKSON,
CYRUS FENWICK,     J. C. SHULER,
BERNARD O'NEILL,   GEO. WASHINGTON,
W. H. FRANCIS,     S. PORCHER SMITH,
JOHN F. BRITTON,   SIMON POLITE,
JONAS BYRD,        CARL BERLIN,
E. D. ENSTON,      PAUL B. DRAYTON.

**For Probate Judge,**

GEORGE BUIST.

France has decided to keep in use only three millions of francs in specie in Paris; the rest will be sent off. It is agreed, when the necessity arises, to destroy all bank notes. The government has ordered the silver plate at the Tuileries melted up, and has advertised that it will redeem for the poor all articles of clothing and bedding pawned by them for not exceeding fifteen francs each. Five hundred beeves and 4000 sheep are killed daily to feed the people. There are in Paris 300,000 national guards, 150,000 of the Garde Mobile, 50,000 regulars, 10,000 sailors, 10,000 volunteers, 6000 of the old police and 4000 douanes. The forts and ramparts are well manned, while men of wealth are serving in the ranks. Such, in brief, is a picturesque account of the events daily occurring in the once gay capital of France.

A NUMBER OF THE PLANTERS OF LANCASTER PROPOSE TO INCREASE THE WAGES OF THEIR LABORERS IN CASE CARPENTER AND BUTLER ARE ELECTED.

#### An Honest Radical.

The Hon. B. Odell Duncan, the United States Consul at Naples, sums up, in a letter to Judge Orr, printed on Saturday, the cogent reasons why "the good and true of "both parties" should unite to effect a reform in the corrupt administration of the government of the State. Mr. Duncan is a native South Carolinian, who was already a Republican when the fiercest Radicals of to-day were "unrepentant rebels;" and, with the candor which caused him to proclaim, years ago, his attachment to Republicanism, he now points out the evils which should induce all respectable people to side with the party of Reform.

### An Honest Radical.

The Hon. B. Odell Duncan, the United States Consul at Naples, sums up, in a letter to Judge Orr, printed on Saturday, the cogent reasons why "the good and true of "both parties" should unite to effect a reform in the corrupt administration of the government of the State. Mr. Duncan is a native South Carolinian, who was already a Republican when the fiercest Radicals of to-day were "unrepentant rebels;" and, with the candor which caused him to proclaim, years ago, his attachment to Republicanism, he now points out the evils which should induce all respectable people to side with the party of Reform.

Mr. Duncan deems it an insult to the honest, intelligent colored man to suppose that he will support the party of corruption and extravagance, against another party which, according to Judge Orr, is equally Republican, and is in favor of reform. There is no principle at stake affecting the rights of the colored race, as there was in 1867 and 1868. If there were, every colored man would, of course, vote unflinchingly to maintain his rights. But these principles have been settled beyond the power of any State to modify them, and are accepted as final by all. There is no issue except Reform, and Mr. Duncan thinks it very reasonable to expect a large number of the most honest and intelligent colored men to vote in favor of the Reform candidates. What he *thinks*, we *know!*

Any process of reform to be accomplished by joining the party needing reformation, would be both slow and difficult. There is no instance on record of a party reforming itself, and reforms are generally effected just as the Reformers in South Carolina now propose. Virginia, Chicago and other places have been relieved from misrule, as South Carolina hopes to be, by a combination of the respectable people to defeat the public enemy.

Nor could the canvass, even if unsuc-

Nor could the canvass, even if unsuccessful, prove an injury to the State. It tends to instruct the colored people, to lower the tone of the arch-robbers, to strengthen the better elements of the party, to obtain, at least, a legislative strength sufficient to expose fraud and protect the treasury.

Mr. Duncan thinks that the danger of serious troubles growing out of Governor Scott's Winchester Rifle tactics must be met sooner or later, and just as well *sooner.* The fomenters of discord must learn that lawlessness on their part is as much a crime as on the part of simple individuals. Furthermore, Mr. Duncan says that he believes that in Judge Carpenter the State would have *an able and honest Governor,* and that, under the Reform government, there would be more educational progress, more security, and less discord than under the present administration. This brings Mr. Duncan to his conclusion, which he states in these words: "I am a Republican, and "expect to remain so. But I do not consider "it my duty as a Republican to vote for men "I am convinced are corrupt, merely because "they can claim the regular party nomina-"tion, more especially when the party is led "by Whittemore."

The Republicanism of Mr. Duncan is unimpeached and unimpeachable. In the face of the sound logic of so honorable a man, how can any industrious and intelligent Republican venture to vote for Ransier and for Scott?

WE ENTREAT THE UPPER AND MIDDLE COUNTIES TO WORK FOR REFORM UNTIL THEIR SINEWS CRACK. CHARLESTON AND THE WHOLE SEABOARD WILL DO ITS DUTY.

*Chicago Daily Inter-Ocean*, January 12, 1877, page 1

[note: Vorenberg declaration, footnote 61, had a typographical error recording his article mistakenly at page 2 instead of page 1]



VOL. V. NO. 252.                    CHICAGO, FRIDAY MORNING, JANUARY 12, 1877.

Page 1:

## PRECARIOUS.

The Situation in New Orleans Still
Very Critical.

The White League Disposed to Resist
the Orders from Washington.

Pretender Nicholls' Minions Busy Swear-
ing In so-called Police and Militia.

So That in the Event of Hayes Being De-
clared President the Army Will Be
Insufficient to Disperse Them.

Noble Words from the Governor of Kan-
sas Relative to the Situation.

Vice President-elect Wheeler Pays a Visit to
President-elect Hayes.

What the Latter Says on the
Situation.

LOUISIANA.
THE SITUATION.
[Special Telegram to The Inter Ocean.]
NEW ORLEANS, La., Jan. 11.—The situation

LOUISIANA.
THE SITUATION.
[Special Telegram to The Inter Ocean.]
NEW ORLEANS, La., Jan. 11.—The situation
is growing hourly more precarious. The pre-
tender, Nicholls, keeps 500 White Leaguers,
fully armed with Winchester rifles and bay-
onets fixed, on continuous duty at the Su-
preme Court Rooms. Squads of the White
League guard all the offices captured from
the State Government, and his appointees are
busy swearing in so-called police and militia.
It was decided by the Democratic White
League leaders to-day that every mem-
ber of the party in the city should
be sworn in, either as police or mil-
itia, so as to raise from 15,000 to
20,000 men by the 4th of March,
and that then, even if Hayes became Presi-
dent, he could not send an army sufficiently
strong to disperse them, and that they would
not lay down their arms to any force inferior
in numbers to themselves. Even the air is
filled with the ring of
THE NEW REBELLION
against not only the State but the National
Government. Orders have gone from their
headquarters here to seize all the parish
offices throughout the State, notwithstanding
Secretary Cameron's order Tuesday after-
noon to General Augur to disperse all lawless
armed combinations, and Nicholls' promise to
disband them. Not only do they remain in
possession of the courts and police stations,
but this morning the late pretender, Mc-
Enery, appointed by Nicholls to the Recorder-
ship of Mortgages, advanced with Captain
McGloin's armed White League company
which captured the City Hall in September,
1874, upon that office and
VIOLENTLY EJECTED
the old and legal incumbents, and then pro-
ceeded to the Third Municipal Court, and
ci of arnis expelled the old and legal judge
(Stassi).

*Chicago Daily Tribune*, July 23, 1867, p. 4

# The Tribune.

## TERMS OF SUBSCRIPTION.

PAYABLE IN ADVANCE—POSTAGE PREPAID AT THIS OFFICE.

| | |
|---|---|
| Daily Edition, postpaid, 1 year | $12.00 |
| Parts of a year, per month | 1.00 |
| Mailed to any address four weeks for | 1.00 |
| Sunday Edition: Literary and Religious Double Sheet | 3.00 |
| Tri-Weekly, postpaid, 1 year | 6.00 |
| Parts of a year, per month | .50 |

### WEEKLY EDITION, POSTPAID.

| | |
|---|---|
| One copy, per year | $ 1.50 |
| Club of five | 6.00 |
| Club of twenty | 20.00 |

Postage prepaid.

Specimen copies sent free.

To prevent delay and mistakes, be sure and give Post-Office address in full, including State and County.

Remittances may be made either by draft, express, Post-Office order, or in registered letters, at our risk.

### TERMS TO CITY SUBSCRIBERS.

Daily, delivered, Sunday excepted, 25 cents per week.
Daily, delivered, Sunday included, 30 cents per week

Address       THE TRIBUNE COMPANY,
Corner Madison and Dearborn-sts., Chicago, Ill.

---

The trading-boats that annually come down the Missouri from Fort Peck in their cargoes of thousands of buffalo-robes carry the explanation of how it comes that the Indians are better armed than the troops sent against them, and have ample supplies of ammunition. Since 1872, it has been well known to army officers stationed along the Upper Missouri that the traders at Fort Peck secured and maintained almost a monopoly of the Sioux trade by furnishing the redskins with Winchester rifles in exchange for buffalo-skins and furs. The rifles the traders have sold at enormous rates, receiving as high as 300 robes, or about $2,400 each, for the rifles, and the enormous cargoes sent down the river by them were known to have been obtained in exchange for Winchester rifles and ammunition. In view of these facts, before the Government sends any more expeditions against the Sioux, it would be in order to send out a company or two to capture those traders and cut off the savage base of supplies.

## Article 8 -- No Title

*Chicago Daily Tribune (1872-1922);* Apr 15, 1878; ProQuest Historical Newspapers: Chicago Tribune
pg. 4

The recent donation by the Canadian Government of forty Winchester rifles and 20,-000 cartridges to the chiefs and head-men of the Blackfeet appears to have met with very decided manifestations of disapproval among the people of the Dominion. It is complained that the gift of so deadly and effective an arm as the Winchester would place at a disadvantage the Mounted Police, who are not so well provided, and who, in the event of an encounter, would be in danger of repeating the history of CUSTER and his men, whose speedy massacre was owing to the fact that their weapons were inferior to the Winchester rifles with which SITTING BULL's warriors were supplied. The arms and ammunition are given to the Blackfeet for the purposes of hunting, and the danger of their being traded or sold to the Sioux, to be used against the soldiers of the United States, seems not to have been taken into account by the Canadian authorities.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

THE REDS.: Extraordinary Turn-Out at the Exposition Building. It Is ...
*Chicago Daily Tribune (1872-1922);* Mar 23, 1879; ProQuest Historical Newspapers: Chicago Tribune
pg. 7

# THE REDS.

### Extraordinary Turn-Out at the Exposition Building.

### It Is Jammed by the Hardest Element of This City.

### A Crowd So Great that the Programme Cannot Be Executed.

### Turn-Out of the Military Companies—Their Strength and Appearance.

### The Bloody Festivities to Be Continued All Through To-Day.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*Georgia Weekly Telegraph and Georgia Journal and Messenger*, April 5, 1870

Page 1



Page 4

### "I Tell You the Winchester Rifle is the Best Law You Can Have."

Such was the declaration of South Carolina carpet-bag Governor Scott, at the Washington Radical meeting, and it drew rounds of applause from the motley crowd to whom it was addressed. Rifles and gunpowder, bayonets and blood was the cry of that meeting from the call to order to adjournment, and all the outgivings of the letter-writers, gossips and quidnuncs in Washington go to show that this talk is not without serious meaning.

Beard, the blood-thirsty nigger from Augusta, said they did not want these Winchester Rifles in the hands of United States soldiers. Oh no! that would not begin to do, because the soldiers would be likely to deal even-handed justice and put down violence and lawlessness wherever found. Oh, no, says Beard, "we want the power to raise a militia and we want the guns put in our hands." Yes! Beard and his crowd don't want peace. But they want to kick up a row. They are "*spiling for a fight*," and we have no doubt would be willing to take a little preliminary whipping, so they could be thrown into a quasi defensive attitude and invoke the power of the United States Government to put down "another rebellion," by fire, sword, confiscation and political disabilities. Give them their melish and guns, and they could get up a fight as the boys make the little tortoise bite—by heaping live coals on his back.

And this desperate programme to force all the Southern States into an attitude in which the universal disfranchisement of the whites would be justified as a measure of "national safety," they tell us is the last card of the Butler, Drake and Thayer Radicals, to avert the possibility that the Southern States should ever vote the Democratic ticket. It is the initiatory step in the grand military *coup d'état*, which, beginning in the Southern States, shall spread at last to every Democratic State, and destroy every ballot not cast for the Radical party. That is the Winchester Rifle Law as expounded by the advocates of the Butler bill, and no wonder they say to each other, "I tell you the Winchester Rifle is the best law *we* can have."

Page 8

### Beard and Bullock Call for Rifles.

Simeon Beard, the Augusta mulatto, wound up his speech at the Washington Bullock meeting with these words:

In conclusion, give us what we ask; strike out the Bingham amendment, which ties us hand and foot. We don't want soldiers; we want the power to raise a militia; we want guns put in our hands, and we will see whether we cannot protect ourselves. Give us this, and we will give you the State of Georgia evermore. [Applause.]

Bullock's speech was as follows. We quote from Forney's Chronicle:

Mr. Chairman. It was not my purpose to have said a word on this occasion, but I should certainly be insensible to the magnificent reception which has been given to the loyal representatives of Georgia to-night, should I refuse to make a few remarks, at least; and while here, I desire to refer to that matter which has been alluded to by the eloquent speakers who have preceded me, in regard to striking out a certain amendment to the Georgia bill, now before Congress. That amendment, my friends, seeks to determine in advance, a question which the loyal Legislature of Georgia asks to decide for itself. We are not here asking that the Congress of the United States, as some newspapers allege, shall perpetuate the term of that Legislature. We simply ask that its terms shall not be cut off, and shortened in the interest of the rebels.

If Congress will give a decision in regard to this Georgia matter, which, in the opinion of many of the ablest lawyers, in the true one, and which is entertained by every loyal man in our State, we will not ask protection at the hands of the general government; we will be able to put a rifle in the hand of every loyal man in the State of Georgia. But we would do this in the interest of peace, and not for the purpose of oppressing any man. All we ask, as the rebels of old asked, is to be let alone. We desire simply to be allowed to carry out the constitution which the loyal people of Georgia adopted, and when I say the people of Georgia, I mean all the people, black and white.

It will be seen that Beard, as the representative of the Georgia Radical negroes, calls for arms with which to commence war upon the white people of the State, and that Bullock, the head of the party here, echoes the demand. The sham about defending themselves deceives nobody. Georgia is at peace now, and we know of no one who proposes to disturb it but these Radicals, white and black. There are thousands of white people in this State who have no arms at all, not even a pistol, while there is not one negro in three who does not own some sort of firearm. They are armed now—fully armed. It is the white people who need arms, not the negroes.

Now, we want to tell these gallant gentry,

who are clamoring so lustily for arms, that the white people don't care how many Winchester rifles they own. They are welcome to make walking arsenals of themselves if so minded, but they must not presume upon that fact to bully and insult white people too far. They must not forget that "rebels" still have, or think they have, some rights that even "loyal" men must respect. There are conditions and circumstances, the submitting to which is far worse, far more ruinous, in every respect, than even civil war. We would be glad to have these war men recollect that. It is neither wise nor brave to threaten, as our people don't do it. They simply ask these devils to remember that there are limits beyond which even they must not pass.

There is no earthly use for a "loyal," or any other sort of militia in Georgia, but if one is organized it must have something to do to justify its organization. If there are no disorders to put down, they will make them, just as they did in Tennessee, and then the fiend of a race war will be let loose. Have Beard and his friend, Bullock, thought of these things? Are they ready to face the horrid music that will surely resound through Georgia if they succeed in their plans?

We write in the interests of peace. We want peace. We will make almost any sacrifice to preserve it, but we will never advise the people to make every sacrifice for it. If they choose to do it, well and good. It is their affair, and as they make their bed so must they lie. All we ask is that those who are trying to break the peace think the matter over seriously, and restrain themselves, if possible. We speak in their interest as well as our own. Their lives are worth as much to them as are anybody else's. When they start on this campaign against the peace and order of Georgia, they must put them to the hazard as other people do theirs. Will any result they can achieve compensate them for a fatal issue? Let them ask and answer that question. It may improve their state of mind. We especially commend it to Generals Beard and Bullock, who are smelling the battle from afar, and who, of course, will lead the "loyal" columns on their first campaign.

*Fayette County Herald* [Washington Court House, Ohio]

December 21, 1871

Page 2

Column 1:



**LETTER FROM AFRICA.**

GABOON, WEST AFRICA,
Oct. 26th, 1871.

EDITORS HERALD:—It is always cheering to see the countenance of an old friend, especially if he has been long absent and this absence has created some apprehension as to his safety. Such was my happiness on seeing several copies of the HERALD in our last monthly mail. When the English line of steamers took the mail contract for the coast, the French neglected to hand over a large mail that had collected at Fernanda P. O. until the last mail steamer brought it down. There is nothing here which makes us feel so much out of the world as this slow mail facility. In this age of Ocean Cables and daily newspapers, to be a whole month away from the nearest of them, seems at first like being condemned constantly to read stale news. But instead of complaining, we are reminded by those who have been here many years, that when they first came out, it was sometimes a whole year before the slow-sailing coasting vessels would bring the mail; and that then it was as irregular and uncertain as the wind. Our latest dates from home close with an account of the Fair, the crowds of people and the

Column 2

large success of the exhibition. But what has transpired since that time is still, as to us, in the future, and since it is a common, although a wrong desire, to seek to lift the ve___ ____ a peep into the future, we must be content, while we call to mind Pope's distich:

"O! blindness to the future kindly given,
That each may fill the circle marked by Heaven."

It is now the rainy season and our Spring time; flowers bloom on every hand; birds sing more sweetly and joyfully, and all nature seems revived. The first rain, not more than a sprinkle, which often occurs in the dry season, fell on 14th inst. This was the first shower since our arrival on the 10th of June, and there had been no rain for a month then. Your farmers would think this a terrible dry spell; but here, from the heavy dews and moist atmosphere, vegetation, although greatly stunted, does not appear so burnt up as it would from two weeks of drouth with you. This is not near so hot and sultry as your summers. The highest I have noticed the thermometer for some time was 86 deg. The nights are quite cool, but it must be caused by the dampness of the atmosphere taking away the heat of air bodies, for the thermometer rarely falls as much as ten degrees, generally six or seven. Almost every morning it is 78 deg., and in the hottest part of the day 84 deg. And this is now our hot season. The dry season is our winter. Then the sun is north of us; now it is right over our heads, and the days and nights are equal.

There is plenty of game now—three or four kinds of deer, from the little beautiful gazelle to the big horned antler, frisk and run across the grass fields. They have come down from the brush to feed upon the fresh grass. Some very fine ones have been shot close by our house. Last week I was down, or rather up the coast—for it is north—to Benita, perhaps a hundred miles from this. I spent two days hunting. There are wide prairies there where plenty of wild cattle, deer and elephants feed. Judging from the tracks, or rather paths, the elephants are the most numerous; but they sleep in the forest in the day time, and only come out to feed at night, so that

Column 2 continued

is now our hot season. The dry season is our winter. Then the sun is north of us; now it is right over our heads, and the days and nights are equal.

There is plenty of game now—three or four kinds of deer, from the little beautiful gazzelle to the big horned antler, frisk and run across the grass fields. They have come down from the brush to feed upon the fresh grass. Some very fine ones have been shot close by our house. Last week I was down, or rather up the coast—for it is north—to Benita, perhaps a hundred miles from this. I spent two days hunting. There are wide prairies there where plenty of wild cattle, deer and elephants feed. Judging from the tracks, or rather paths, the elephants are the most numerous; but they sleep in the forest in the day time, and only come out to feed at night, so that we did not get to see many. The deer also were very wary, and we only shot one. But the cattle were to be seen on every hand, of all ages and sizes. We fired almost all our ammunition away at them; but for the want of skill we only killed two, and these ran away with the rest, and were found dead by the natives. Our guns were not heavy enough caliber to kill them at once unless we hit them fair in the head. They much resemble buffaloes, but I think they are not so tall or so heavy, but larger bodied, with drooping horns, and the bulls with shaggy manes like a lion; and when they charge, as they did once at Mr. Murphy, they must look very frightful; for although he escaped by being near the brush, he would not go near them again. There were two large bulls charged at him as soon as he fired, and but for the thick under brush close at hand, he could hardly have escaped. He forgot to shoot again his repeating rifles, and was so frightened that he left for home straightway. But we had not much to boast of, for soon afterwards when we were stalking a herd, an old elephant started up from a muddy hollow where he had been wallowing, and gave such an angry snort that the whole party ran for the trees and left the huge beast and the cattle alone in their glory. The natives said he was angry and it would not do to disturb him; and our guns would have effected him about as much as goosequill pea-cena.

Column 2 continued

...ful; for although he escaped by being near the brush, he would not go near them again. There were two large bulls charged at him as soon as he fired, and but for the thick under brush close at hand, he could hardly have escaped. He forgot to shoot again his repeating rifles, and was so frightened that he left for home straightway. But we had not much to boast of, for soon afterwards when we were stalking a herd, an old elephant started up from a muddy hollow where he had been wallowing, and gave such an angry snort that the whole party ran for the trees and left the huge beast and the cattle alone in their glory. The natives said he was angry and it would not do to disturb him; and our guns would have affected him about as much as goosequill pop-guns, so that it was not difficult to persuade us to let him alone. Afterwards we saw two others, or rather the bushes shaking and heard them cracking, for we could only get glimpses of the animals as they crashed down through the underbrush into the forest. We saw plenty of monkeys—little gray ones jumping about on the trees, and large black ones, whose bark was like that of a coarse bull dog's, but they would all hide away in the thick vine-covered branches so that we could not shoot them. These prairies are very the hunting grounds, and will be for many years to come, as the natives are very cowardly, and their guns are not capable of killing the large game. A skillful hunter might make a fortune here killing elephants, if they did not kill him.

Mr. Thompson, of Glasgow, who is visiting us, and making some observations and collections, has assisted me in making several journeys inland. The most extensive one was up the Benita River. We were supplied with everything for our journey by Dr. Wasson, whose long experience and judgment gave us such aid as we could not get elsewhere. We traveled one whole week straight back from the coast; and all this time we did not find, after we left the coast, a single place where we could see a hundred yards, except at some native town where they had cleared a small place. We traveled by a little winding foot path through dense forests, the trees two hundred feet high, and covered with innumerable vines. We came to

Column 2 continued

an angry snort that the whole party ran for the trees and left the huge beast and the cattle alone in their glory. The natives said he was angry and it would not do to disturb him; and our guns would have affected him about as much as goosequill pop-guns, so that it was not difficult to persuade us to let him alone. Afterwards we saw two others, or rather the bushes shaking and heard them cracking, for we could only get glimpses of the animals as they crashed down through the underbrush into the forest. We saw plenty of monkeys—little gray ones jumping about on the trees, and large black ones, whose bark was like that of a coarse bull dog's, but they would all hide away in the thick vine-covered branches so that we could not shoot them. These prairies are very fine hunting grounds, and will be for many years to come, as the natives are very cowardly, and their guns are not capable of killing the large game. A skillful hunter might make a fortune here killing elephants, if they did not kill him.

Mr. Thompson, of Glasgow, who is visiting us, and making some observations and collections, has assisted me in making several journeys inland. The most extensive one was up the Benita River. We were supplied with everything for our journey by Dr. Wusson, whose long experience and judgment gave us such aid as we could not get elsewhere. We traveled one whole week straight back from the coast; and all this time we did not find, after we left the coast, a single place where we could see a hundred yards, except at some native town where they had cleared a small place. We traveled by a little winding foot path through dense forests, the trees two hundred feet high, and covered with innumerable vines. We came to the river again on Friday, and glad we were to see a little open space. Two men with a canoe ferried us over, but would not take any pay. We thought this was strange, for these people are notorious beggars, and rarely refuse what is offered them. The next week

Column 3

as we returned we sent our baggage on before while we staid to visit the falls at the river. In the evening when we went down to the ferry, we found they had hid the canoe, and refused to let us cross until we paid them. When they found we would pay they made an exorbitant demand; and when Mr. Thompson, in his kindness and unwillingness to quarrel, was disposed to give them their price, they began to gather up their guns, and said that it was not enough, they must have half of our goods. I saw that the next demand would be all, and then if we were too cowardly to fight, they would strip and perhaps kill us. I told Mr. T. to get out of the way and I would settle the palaver. I had a Winchester rifle with eighteen balls in it, which it would discharge before they would reload, besides a brace of pistols, and three muskets in the hands of our men. I took the pistols, which our men had named "streams of fire," from their rapidity of discharging, being self cocking revolvers; and my gun they had named "Ekooke," which means the "death dealer." As I buckled on my belt our men mentioned these names. I demanded: Who hid that canoe. The man had concealed himself in his house, and when he came out I got him before me toward the river, and then made him understand, by our interpreter, that he must go at once and get the canoe, or I would let go these spirits. at the same time whirling the cylinder of my revolver making it click. All the women and most of the men scampered at once, and the fellow did not wait for a second order, but was very spry to find it. We gave them some presents when we were sore of the canoe. But I have no doubt a little cowardice just at that juncture would have perhaps cost us our lives. But another palaver awaited us. Our guide, whose home was on this side of the river, and who had gone on with our baggage in the morning, was now missing. The supposition at once was that he had swam the river and gone on home. But when we came to his town he was not there. It was then dark; but four men immediately

Column 3 continued

which means the "death dealer." As I buckled on my belt our men mentioned these names. I demanded: Who hid that canoe. The man had concealed himself in his house, and when he came out I got him before me toward the river, and then made him understand, by our interpreter, that he must go at once and get the canoe, or I would let go these spirits, at the same time whirling the cylinder of my revolver making it click. All the women and most of the men scampered at once, and the fellow did not wait for a second order, but was very spry to find it. We gave them some presents when we were sure of the canoe. But I have no doubt a little cowardice just at that juncture would have perhaps cost us our lives. But another palaver awaited us. Our guide, whose home was on this side of the river, and who had gone on with our baggage in the morning, was now missing. The supposition at once was that he had swam the river and gone on home. But when we came to his town he was not there. It was then dark; but four men immediately started back to hunt for him, fearing he would be injured by the people who had hid the canoe, or had attempted to swim the river and had been picked up by alligators. Our men were very much concerned. If the young man could not be found, or there was any evidence of his death, the natives would demand one of our men for him, to be cruelly murdered, if possible, in the same way the young man had died. And all our men accepted it as the law, and never thought of making any resistance, but were only thinking who would have to die. I told them that we would make every exertion to find the young man, and then we would kill all the men and burn up their town if they made any such foolish demand of us; that we would all die rather than give up one to be so cruelly and wickedly murdered. Fortunately the young man came in safe the next morning. He had attempted to swim the river, but was swept down by the current and lodged on an island; and seeing alligators in the water he was afraid to venture in the river again, and had stayed all night on the island. Seeing the canoe crossing in the morning he had called to it, and was landed safely on shore.

We returned by a more southern

Column 3 continued

lodged on an island; and seeing alligators in the water he was afraid to ...nture in the river again, and had s. 'd all night on the island. Seeing the canoe crossing in the morning he had called to it, and was landed safely on shore.

We returned by a more southern route and found it far less hilly and a better path. The elephant paths thro' the forests, especially near the river, were worn down like old roads. There are elephants enough here to supply the world with ivory for ages. The natives rarely kill one, and then only some old and helpless fellow which has been deserted by its comrades.

We arrived home after many incidents and adventures late on the eve of the 22d, having been out eleven days, sleeping on the ground and in native's huts, wading many streams through the day, or sometimes crossing the streams by sitting perched on the shoulders of a native. And then our canned provisions spoiled as soon as we opened them, so that the last two days we had nothing but native food. Still we were quite well, and although weary, enjoyed our journey and gained some useful knowledge of the country and people.

Tuesday, Oct. 31st. Last night Tom Core died. He was the richest native man on the river. He owned several plantations and many slaves, and was the head clerk in the Hamburg Co.'s factory. (We call stores factories). I have just been to see the wailing. About a hundred women are sitting on the floor around the coffin making a most hideous noise, more like a lot of hungry hogs squealing than the noise of human voices,— A small cannon is fired every few minutes, and then a loud wail follows. A large number of slaves are wallowing in the dirt around the door, and pouring the dust on their heads. A number of police from the plateau are guarding his store room. The relatives, as soon as it was certain he would die, began appropriating whatever they could lay hands on. He had much gold and goods in chests in his house. Some of them were carried away and others found to be empty. A new Colonel's uniform, which he had just received and had worn but once, was not to be found to bury him in. He has five children here in the Mission School. It was his last request to be buried in a Christian manner in the Mission Church yard. There will be a service in the church

Column 3 continued

We arrived home after many incidents and adventures late on the eve of the 22d, having been out eleven days, sleeping on the ground and in native's huts, wading many streams through the day, or sometimes crossing the streams by sitting perched on the shoulders of a native. And then our canned provisions spoiled as soon as we opened them, so that the last two days we had nothing but native food. Still we were quite well, and although weary, enjoyed our journey and gained some useful knowledge of the country and people.

Tuesday, Oct. 31st. Last night Tom Care died. He was the richest native man on the river. He owned several plantations and many slaves, and was the head clerk in the Hamburg Co.'s factory. (We call stores factories). I have just been to see the wailing. About a hundred women are sitting on the floor around the coffin making a most hideous noise, more like a lot of hungry hogs squealing than the noise of human voices.— A small cannon is fired every few minutes, and then a loud wail follows. A large number of slaves are wallowing in the dirt around the door, and pouring the dust on their heads. A number of police from the plateau are guarding his store room. The relatives, as soon as it was certain he would die, began appropriating whatever they could lay hands on. He had much gold and goods in chests in his house. Some of them were carried away and others found to be empty. A new Colonel's uniform, which he had just received and had worn but once, was not to be found to bury him in. He has five children here in the Mission School. It was his last request to be buried in a Christian manner in the Mission Church yard. There will be a service in the church. Some heathen friends have caught persons whom they say killed him by witchcraft; but the day is past for such cruel superstitions here.

LOVEJOY.

David Kopel, "The History of Magazines holding 11 or more rounds: Amicus brief in 9th Circuit, May 29, 2014," *Washington Post*, May 29, 2014

... "The commercial breakthrough for guns holding more than 10 rounds began in the late 1850s, with a collaboration between Daniel Wesson and Oliver Winchester, producing the Volcanic Rifle. This rifle used two innovations: the metallic cartridge (holding the primer, gunpowder, and bullet in a metallic case, just like modern ammunition) and the lever action mechanism for ejecting an empty case and loading a fresh cartridge. The Volcanic Rifle was improved to become the 16-shot Henry Rifle during the Civil War. The Henry was in turn refined into the Winchester Model 1866, which became a huge commercial success. So by the time the Fourteenth Amendment was ratified in 1868, rifles holding more than 10 rounds were common in America. The latter 19th century saw the proliferation of 11+ magazine rifles from companies such as Winchester, Colt's, and other manufacturers." ...

NOTE: Michael Vorenberg declaration, footnote 54, has a typographical error. *New Orleans Republican*, June 1, 1873, p. 1, should read as *New Orleans Republican*, June 13, 1873, p. 1.

The relevant article is reproduced here.

*New Orleans Republican*, June 13, 1873, p. 1

## NEW ORLEANS REPUBLICAN.

| SINGLE COPIES: FIVE CENTS. | OFFICIAL JOURNAL OF THE STATE OF LOUISIANA. | TERMS: |
| --- | --- | --- |
| VOLUME VII—NO. 56. | NEW ORLEANS, FRIDAY, JUNE 13, 1873. | WHOL |

### A BOHEMIAN IN NEW ORLEANS.

His Visit to Governor Kellogg, and What Came of It—The Governor has an Office—He has a House—Both Described—Bohemian Surprised to Find the Governor can Talk in the English Language—Samples Given of What He Heard.

Turning from this branch of the subject, I next asked Mr. Kellogg about the condition of affairs in the parishes. I had heard that he had been unable to install his representatives in some of the Red river parishes, and that he intended to send his Metropolitans up there for that purpose. He said: "there are in the State about sixty parishes; in all but about a dozen of them there is perfect quiet and order, and I have the representatives of the legal State government in office. In some of the parishes near the Arkansas and Texas boundaries, where Fusion candidates were chosen and returned by our board, as well as the other, they took commissions from McEnery, but refused to take them from me. We were obliged to have men in office holding commissions from the legal State government, and so, when those who were elected refused to take my commissions, I had to appoint others. In some cases I took the defeated candidate, and in some, other persons. Some of these appointments have not been good ones—I couldn't always tell what kind of an officer a man would make when he lived 400 miles away. At any rate, I would prefer to have the man who was elected in. Whenever, therefore, those who have held McEnery's commissions have concluded to take mine I have got the officers who were acting to resign, or in some other way caused a vacancy for them. Since the President's proclamation, a number of these men have come in and signified their willingness to submit. They say that they carried the matter far enough to show that they protested. If the Texas and Arkansas people will stay at home and not stir our people up, there will be no more trouble."

*New Orleans Republican*, March 13, 1877, page 2

# NEW ORLEANS REPUBLICAN.

SINGLE COPIES: FIVE CENTS.

OFFICIAL JOURNAL OF THE STATE OF LOUISIANA.

TERMS: $12 PER ANNUM.

VOLUME X.—NO. 265.

NEW ORLEANS, TUESDAY, MARCH 13, 1877.

WHOLE NUMBER 3044

## LAW AND REASON WILL RULE.

The telegrams now pouring into the city, addressed to prominent Democrats and assuring them of the positive success of the Nicholls government, are but the effusions of men who do not stop to reason—men who regard the fulfillment of their hopes as necessarily consequent to the expression of their desires. No credence should be given the dispatches, but the facts looked into briefly.

A Returning Board, legal and constitutional, rendered its verdict. Louisiana's electoral vote was conceded to have been the pivot upon which turned the national election.

To avoid all possibility of civil war Congress created a commission of fifteen men to inquire into facts, to listen to arguments, and to decide finally concerning the votes of all disputed States. That tribunal, after a complete reviewal of all the main points, after hearing the greatest lawyers on either side, and after a careful scrutiny of evidence and due deliberation, declared the action of the Louisiana Louisiana Returning Board as final and decisive, and announced as their irrevocable decision that the eight Republican electors were the duly chosen ones in Louisiana, and must be counted as such. Accordingly, Governor Hayes was given the vote of the State, and chiefly through its means was made President of the United States. He has been peacefully inaugurated, and is now performing the functions of his office. His Cabinet has been confirmed, and meets for the first time to-day.

Upon the very threshold of the new administration rests the difficulty of the Louisiana case. For two months now a *status quo* has existed, injurious to all men, irrespective of party, prostrating all interests, and destructive to the welfare of the entire State.

Immediate action must be taken, and

Immediate action must be taken, and will, we hope. The question for President Hayes to decide is, can he, consistently with honor and justice to himself and his party, pursue any other course than to recognize Governor Packard, and sustain him with all available and legal means? Take a hypothetical parallel case to ours. Suppose the Democrats of Ohio to have risen in arms, and by formidable array and strategy to have captured the court buildings and offices of the capital of the State. Suppose that the offices thus seized were guarded by armed men night and day; that the Republicans, though in a majority, were powerless, and the ousted and legal authorities unable to act; that this state of affairs was to continue, and that armed men paraded and patroled parts of the city; and that for two months an undisturbed condition had lasted, and the usurpers had had full sway and control. Precisely similar is the aspect in this State. The organization known as the White League, fully armed and equipped, numbering over fifteen hundred, demanded and took the Supreme and other court buildings, drove out the judges and seated their candidates. The proper officers are excluded from their places, and a body of pretending officials maintained, surrounded by Winchester rifles and muskets.

An examination of the returns shows that Governor Packard run ahead of Hayes; that the same four men who decided the electoral vote to have been Republican, declared S. B. Packard Governor; that Hayes obtained his position by the promulgations of the Returning Board, and under the same claims Packard believes he is lawfully Governor.

Hayes has without molestation quietly assumed all responsibilities of his office. Packard is powerless to start his government, because of opposition from armed men, and the lack of Federal aid to disperse them. Nationally no violent demonstrations of resistance to Hayes; in one State secret pledges of even bloodshed before submission to a government legal, but displeasing to the wealth and intelligence.

The further we carry our inquiries the

The further we carry our inquiries the stronger and more inseparable is the bond between the two— Hayes and Packard.

The failure to recognize the latter will be the equivalent to invalidate the title of the former and be fraught with infinite danger.

We hear much talk of compromise. Compromise for what? Because a few men falter, and as they think to insure peace, desire an agreement, are we to regard their treaties? Bargains are for Europe not for America—for monarchies not republics!

For the reason that a conflict may ensue if Packard is acknowledged; because he needs support and aid to maintain himself as executive, is he to be abandoned under the name of compromise? Will President Hayes sacrifice right because the upholding of it is accompanied with a possibility of turbulence; will he deprive of strength his own position by listening to the appeals of timid men who for *promised* harmony lay aside the rightful dictations of their minds? It can not be. Reflecting men know and feel the pressing necessity for a settlement and the recognition of Packard, maintaining him physically and morally. The consequences must not be considered. Right and good faith must be predominant and in the end will triumph, and disprove the maxim of "might is right."

Patiently, not anxiously, we await a vindication of justice and an affirmation of law.

"Breech-Loading Arms," *New York Herald*, Oct. 12, 1866, p. 4



### THE HENRY AND WINCHESTER RIFLES.

Almost every reader of this paper has heard of the Henry repeating rifle and the fact that it contains a magazine under the barrel, into which sixteen cartridges are stored at one time. It is merely the Spencer rifle reversed, and as a repeater has the same objections. The magazine is composed of a tube running under the barrel from the breech to within five inches of the muzzle, and is partially open along its entire length, at the bottom. At the top of this magazine and up to the muzzle is a tube which moves on hinges to one side, exposing the chamber of the magazine, so as to admit the cartridges. This tube contains a follower, which is pressed forward by a spiral spring, thus forcing a cartridge into the breech as fast as the lever is pulled down. On entering the breech the cartridge is forced into the barrel by an upward movement of the main spring. The shell is ejected by a spring catch, which seizes it by the rim and ejects it, room being left in the barrel for it to rise over the rim. An improvement on this rifle has been recently made, and the new weapon is called the "Winchester." Instead of the magazine being partially open, it is entirely closed up, and instead of loading from the top the cartridges are inserted into the magazine from the breech, thus enabling the gun to be used either as a single loader or as a repeater. By this manner of loading the cartridge last inserted is the first one fired. The cartridges are inserted in the magazine through an opening in the side of the frame, back of the lower block. A spring lid, grooved on the top, and of a length to correspond with the size of the cartridge, opens inward by a slight pressure of the cartridge, which is then pushed forward, and as it drops in its place is held there by a shoulder; the lid then rises to its place and closes the aperture. If the Henry rifle was condemned for its complications, the "Winchester" has certainly not improved the defects. However terrible both weapons would be in the hands of experts, they are totally unfit for military service. The charm of being able to fire sixteen rounds of ammunition without cessation would be quickly dispelled by the slightest injury to any one part of the delicate and complicated machinery contained in the Henry and Winchester rifles.

"A Tough Customer," St. Louis Globe-Democrat, Oct. 1, 1877

Page 4

4     St. Louis Daily Globe-Democrat, Monday Morning, October 1, 1877.

Column 4:

## A TOUGH CUSTOMER,

### The Officer Whom the Kansas Strikers Defied.

### Their Leader, a Noted Texas Desperado, Killed.

### The Federal Authorities Appealed to For Aid.

### A Mid-day Duel in Front of a Memphis Hotel.

### Several Brutal Murders—Curiosities of Crime.

Special Dispatch to the Globe-Democrat.

LEAVENWORTH, KAS., September 30.—The trouble in connection with the laborers' strike on the new extension of the Narrow-gauge Kansas Central Road on the little town of Clorksville, sixty-two miles west of this city, culminated yesterday morning in the shooting and killing of the ringleader of the rioters, Bill Hartman, a notorious Texas desperado. Saturday morning, shortly after midnight, a party of fifteen or twenty, consisting of various officers of the road and citizens, left this city on a special train for the scene of the row, many of them being armed, as trouble was anticipated.

ON ARRIVING AT HOLTON,

fifty-six miles from here, the beginning of the extension, the Leavenworth party was joined by the Sheriff of Jackson County, with a posse of fifteen men, and the entire party, after being sworn in as special deputies of the Sheriff, were armed with Winchester rifles. No trouble was met with until the train reached the end of the extension, six miles west of Clarksville, where the rioters, about sixty-five in number, were found in full force, headed by Bill Hartman, a Texas desperado and a hard case generally. The rioters surrounded the train and

DARED THE SHERIFF'S POSSE

to get out of the cars. Capt. W. S. Tough, ex-United States Marshal for the State of Kansas, who had been selected as the leader of the party, stepped out upon the platform of the car with a cocked rifle in his hand, and, ordering his men our placed them in his by the side of the track. The rioters then broke up into small squads and rode around Tough's party, yelling like fiends, and cursing like mad. Capt. Tough, with F. W. Wilford, a reporter of the Times, of this city, went down a narrow lane by and met Hartman, the

LEADER OF THE RIOTERS,

with about thirty of his men. Hartman fired at Tough, and then at Wilford, his fire being returned by both. Another exchange of shots then took place, when Hartman fell, shot through and through. Mr. Tough and Wilford both fired at the same time. It is not known which of the two hit Hartman. Tough was subsequently arrested on a warrant sworn out by one of Hartman's men, and gave $10,000 bail for his appearance before the District Court of Jackson County. Intense excitement reigned among the rioters at

THE DEATH OF HARTMAN,

and threats were made of lynching Tough, but when they ascertained the train where Tough and his men were, they fell back before their rifles. This occurred about 8 o'clock Saturday morning, and at 10 o'clock the strikers were at work again. Capt. Tough's party then proceeded down the track to Holton where they found the rioters in full force, having torn up the switch and in possession of the railroad. The rioters made two or three demonstrations against Tough's party here, and for some time it looked as though bloodshed would be the natural consequence.

THE DETERMINED ATTITUDE

of Tough's party, however, dismayed them, and at 2 o'clock this p. m. they returned to this city. The mob, however, is in full possession of the town of Holton, and trouble is feared there, as the absence of armed men will give them confidence and make them bolder. The workmen, who resumed work yesterday will probably not be allowed to go to work again. A call has been made upon Gen. Pope for troops to protect the trackmen in their work. The real cause of the trouble seems to be that Hartman,

Page 4, column 4 continued

WHO WAS KILLED,
and another man, brother to one of the contractor, had made arrangements between themselves to hoist the rust so that they could buy up the workmen's pay certificates at seventy cents on the dollar. Twelve hundred dollars was found upon Hartman's person, which is proof of this. The lack of telegraphic communication between this city and Holton makes information from the scene of the trouble very difficult to obtain. A man named Russell is now the leader of the rioters since the death of Hartman.

### The Correspondent's Story.

LEAVENWORTH, KAS., September 30.—A correspondent of the Times returned from Centerville, this afternoon, about 5 o'clock, having been an eye-witness to the shooting of Hartman, the ringleader of the rioters. The full details of the fight would have been given in this morning's Times had there been any means of communication between Holton and this city, but owing to the lack of telegraphic connection between the two points this was impossible, and, therefore, we were forced to wait until the arrival of our reporter from the scene of hostilities.

TROUBLE ON THE ROAD.

The trouble on the narrow-gauge railroad at Circleville culminated yesterday morning about 9 o'clock in the killing by the Sheriff's posse of Bill Hartman, the leader of the strikers. Saturday morning, shortly after midnight, a party from the city, consisting of Capt. Tough, Lem Smith, Levi Wilson, H. W. Gillett, Ed Gillett, Fred W. Willard, representing the Times, Harry Haley, Wm. Rickers, Harry Duffy, Wm. Simcock, Gid Armstrong, and several others, altogether twenty in number, took a special train on the Kansas Central for the scene of the trouble at Circleville. It was anticipated that trouble would occur at the end of the road, as it was reported that the strikers were desperate and determined. When the train reached Holton the party from Leavenworth was joined by Sheriff Williams, of Jackson County, with a posse of fifteen deputies, and the Leavenworth party was sworn in on occasion, and furnished with Springfield rifles belonging to the Holton militia company. At the request of the entire party, Capt. Tough was selected as the leader of the posse, each man having confidence in his bravery and ability as a leader. Subsequent events proved the wisdom of the selection.

The train arrived at Circleville about half-past 7, and from that time on the approach of the train was signalled all along the line by pickets, who were stationed on the bluffs along the track. When about half a mile this side of the place where the strikers were congregated, they came upon the man Hartman, who

DREW HIS REVOLVER,
and in the most abusive terms addressed the posse in the cars. Capt. Tough had given orders not to fire upon any one, no matter who they were, unless commanded by the Sheriff. When the train stopped at the end of the track the men were told to remain in the car until ordered out. Capt. Tough then left the car, and going towards Hartman, who had arrived at that point, said, "I would like to speak to you."

Hartman replied, "You G——d d——d s—n of a b——h, you come this away another step, and I will shoot your heart out." Capt. Tough then returned to the car and ordered his men out, and drawing them up in a line told them to load, and also again instructed them in regard to their duties. The command then moved forward and, crossing a ravine, took their position on the top of a hill overlooking the entire ground occupied by the strikers. Here, again, the men were greeted with hoots and yells by the mounted strikers, but no attention was paid to them. Three of the command were then ordered on top of the hill and the rest moved down the railroad track to clear it. Three prisoners were taken at this point, and the command marched out on the open prairie towards the mounted strikers, who were making all kinds of hostile demonstrations. Capt. Tough said to Sheriff Williams: "Do you want that man?" meaning Hartman. Williams said, "Yes, and bring him in."

TOUGH THEN STEPPED FORWARD
and ordered Hartman to halt. Hartman replied by shouting once at Tough, and upon that he gave the order to fire over his head, which was promptly replied to by his men. Hartman galloped away, and turning, fired two more shots, and the command then fired their second volley. This time with fatal effect. Hartman was seen to reel in his saddle, but he did not fall off. He kept his position until he reached his party, who had ridden about a mile away after the first volley. His horse was also hit in the right fore leg and her tail was cut in twain by a bullet. He was taken from his horse and brought into camp in an express wagon, and upon his arrival there a large crowd gathered around, and were ordered away by the deputies. This they did not readily do, and a man on horseback began to address them and excite to other deeds of violence. They then commenced to cry "Hang him! Hang him!" meaning Captain Tough, and he, with great coolness, drew his revolver and marched into the crowd and said, "The next man that repeats these words I will make him eat them." This settled the cowards, and they slunk away. Hartman was placed on the train and taken back to Holton, where he died last night about 7 o'clock. He was shot through and through below the ribs. The posse kept their position on the ground until 5 o'clock, when they went back to Circleville for dinner. Here

Page 4, column 4 continued

ANOTHER CROWD HAD ASSEMBLED, and a warrant had been swore out for Capt. Tough. He was arrested by Sheriff Williams,

Page 4, column 5

and, upon consultation with the Justice at that point, he was released upon his recognizance. The command then returned to the end of the track, and remained there until evening, when they returned to Holton. Serious trouble was again encountered there, as the friends of Harriman had ridden into town and told the most improbable stories concerning the shooting. They had assembled at the depot to the number of about 300, most of them armed with rifles and shotguns. They had taken possession of the switch, and refused to let the train pass until the body of Capt. Tough was turned over to them, they having a warrant. The crowd also commenced yelling, "Hang the s—n of a b—h," but the boys stuck together like old veterans, and refused to let their leader or themselves go to what would have been their certain deaths. Seeing the mob was determined not to let the train pass, it was run back to Circleville and remained there for a short time, and then run down within about two miles of Holton. The posse then left the train and marched into town. They soon reached the hotel, which was surrounded by a large mob, but as Tough's company was well intrenched in the house they did not attempt an assault, and they soon afterwards dispersed.

CAPT. TOUGH WAS ARRESTED last night and released this morning, for his examination on the 31st. His bond was fixed at $10,000. There are other facts in the case that will show the cause of the strike, that will be published in our next daily issue.

*Wilkes' Spirit of the Times*, March 24, 1866, p. 59

# WILKES' SPIRIT of the Times.

ANTHONY SC

A Chronicle of the Turf, Field Sports, the Army and the Stage.

OFFICE, { 201 William Street, Corner Frankfort. } NEW YORK, SATURDAY, MARCH 24, 1866. VOL. XIV.—NO. 4.

UNITED STATES

**PRIZE CONCERT**

TO BE DRAWN AT

Crosby's Opera House, Chicago, Illinois,

MAY 28th, 1866.

125,000 *Valuable Prizes, valued at* $492,575 25, *will be presented to Ticket Holders, including* $100,000 *in Greenbacks.*

NUMBER OF TICKETS ISSUED 500,000. PRICE $1.00 EACH.

This is the greatest inducement ever offered to the public, one ticket out of every four drawing a prize.
The following Prizes are a few among the many to be drawn (for full list see Circulars).

| | | |
|---|---|---|
| 1 Gift, in Greenbacks | | $50,000 |
| 1 do | do | 20,000 |
| 1 do | do | 5,000 |
| 1 do | do | 4,000 |

BREECH LOADING ARMS,

BREECH LOADING RIFLES,

SPENCER'S MILITARY AND SPORTING RIFLES, 7 SHOT MAGAZINE.
HENRY'S SPORTING RIFLE, 16 SHOT MAGAZINE.
WESSON'S, SHARP'S,
BALLARD'S, MAYNARD'S,

*BREECH LOADING PISTOLS.*

SMITH & WESSON'S, STARR'S, SHARP'S, SLOCUM'S, NATIONAL,
ELLIOT'S & LEFAUCHEUX REVOLVERS.
ALLEN'S and FRANK WESSON'S Single Shot Pistols.

*COLT'S PATENT*

Revolving Breech

PISTOLS, RIFLES, CARBINES AND SHOT GUNS.

All with Ammunition to correspond.

SCHUYLER, HARTLEY, GRAHAM & CO.,
19 Maiden Lane and 22 John St., New York.

240

INSURANCE AGAINST ACCIDENTS!
THE ORIGINAL



*Ouachita Telegraph*, October 24, 1873, p. 1

# The Ouachita Telegraph.

E IX.                    MONROE, LOUISIANA, FRIDAY, OCTOBER 24, 1873.

### THE METROPOLITAN POLICE FOR RED RIVER.

The Picayune last evening received information that the steamboat Osark, which was last year purchased by the Kellogg Government, would Sunday morning leave the city fully armed and provisioned for six weeks, for some portion of the State, supposed to be Grant parish and Rapides in the Red River. The expedition, it is stated, would land at the mouth of Red River, say Pointe Coupee parish, and being all mounted, would push forward, accompanied by the steamboat, to Rapides and Grant, where all the gentlemen charged with being concerned in the battle of Colfax, in April last, and in supporting the McEnery Government in these parishes ever since, would be arrested and brought to this city.

Orders have been issued from headquarters commanding Capts. Snow and Taylor, of the mounted police, with thirty men well mounted, and Capt. Grey, with fifteen officers of the Third Precinct, and a cannon, also mounted, to hold themselves in readiness for marching orders. Fifty patrolmen, armed with Winchester rifles, and one cannon, will be kept on board the steamboat, ready to co-operate with those on land. These will be probably under the command of Capts. Lawler and Joseph. The boat is to be under the command of W. P. Loan, by the grace of Kellogg Harbor Master and Commodore. W. J. DeKlyne, a Deputy United States Marshal, will also be present as Colonel of Louisiana State Militia, and all will be under command of A. S. Badger, Chief of Police.

*The Opelousas Journal*, August 29, 1873, p. 3









*The Forest Republican* (Tionesta, Pennsylvania), October 3, 1877, p. 4



Page 4

—Winchester rifles are becoming quite fashionable in this section, and are rapidly displacing the old double-barreled rifles. During this fall Messrs. Eli Holeman, W. A. Hilands and Jas. Swales, have each invested in a Winchester, and perhaps others of whom we have not heard. The Remington rifle is highly spoken of by those who have used it, but it is not a repeater, or "stem-winder," and so the Winchester is ahead.

*Weekly Democratic Statesman* (Austin, Texas), August 24, 1871, page 2

## WEEKLY DEMOCRATIC STATESMAN.

VOL. 1.          AUSTIN, TEXAS, THURSDAY, AUGUST 24, 1871.          NO. 4.

Page 2:

**The Meeting of Tax-Payers in Austin.**

On Saturday last, the 19th instant, the tax-payers and solid men of Travis county, met en mass, without regard to party, to consult together and devise some plan of action to relieve the people from the ruinous taxes now being levied upon their property.

The meeting took place in the open air, on the corner of Congress avenue and Pecan street, numbering about one thousand persons.

Hon. George Hancock was called to the chair, and Mr. Joseph Spencer appointed Secretary. August Ziller, Alfred Smith, J. W. Hannig, M. C. Hamilton, and W. M. Walton, were appointed a committee to draft resolutions suitable to the occasion.

The meeting was addressed by the Hon. George Hancock and Senator Hamilton, with telling effect, upon the oppression, distress and ruin about to be imposed upon the people by the forced collection of the enormous taxes now levied to support the standing army of State police, State guards, for school purposes and public printing.

After showing up the monstrosities of the party in power and the inability of the people to pay the exhorbitant taxes demanded, Senator Hamilton spoke of Gov. Davis's post-dating the school bill, as an act of inadvertence! He could not think he would do such a thing intentionally, but he had no doubt that section five of the school bill was repealed by the general tax law.

In concluding his speech to the applauding multitude, he declared that he would not pay the taxes, now attempted to be collected of him.

The following preamble and resolutions were presented and unanimously adopted:

Whereas, In consequence of the want of accurate information as to the value of the taxable property in the State, inadvertence on the part of the Executive in defeating the repeal of the fifth section of the "act to organize and maintain, a system of public free schools in the State of Texas," by post-dating its approval, the burdens imposed for the support of the Government is ten times the ordinary rate of taxation in this State; and

Whereas, [The im overished condition is

Whereas, ¶The [ill] overtaxed condition in which the disasters of the last ten years have left the people, with the certainty now of a blighted harvest, renders it impossible to meet the demands of the tax gatherers; and

Whereas, Delay and great difficulty is apprehended in the collection of the taxes, even if they can be collected at all; therefore be it

*Resolved,* That we, the tax-payers of Travis county, in mass-meeting assembled, without distinction of party or creed, recommend that a convention of tax-payers of the State assemble at the city of Austin, on the 22d day of September next, to consider the condition of the people, as well as the legitimate wants of the Government, and to memorialize the Legislature for an abatement of the taxes to the necessities of the State, and thereby avert threatened trouble in the attempt to collect the full amount of the levies.

*Resolved,* That the Legislature be further memorialized to repeal the act of the 15th of August, 1870, regulating elections, it being manifestly repugnant to section four, article three, of the Constitution, and by the enforcement whereof the integrity of the Government is threatened by leaving it without a Legislative department, and that a general election be ordered, in October or November next, as is plainly required by the Constitution.

*Resolved,* That the tax-payers of the several counties in the State, who concur in the foregoing resolutions, are earnestly urged to co-operate in this effort to modify the burdens under which we suffer, in common, and to avert, if possible, the pending menace against the most important branch of the State Government.

*Resolved,* That each and every county in the State send up a delegation to the Convention.

*Resolved,* That all papers in the State of Texas, friendly to this movement, be and are hereby requested to publish the foregoing resolutions; and to urge the people to meet and select delegates to the Convention.

After the adoption of these resolutions, the following gentlemen were elected as delegates to the convention to be held on the 22d of September, 1871 : Morgan C. Hamilton, Alfred Smith, Louis Horst, August Ziller, Giles Burdett, Aaron Burleson, C. S. West, E. M. Pease, Felix E. Smith, J. W. Brown, A. J. Hamilton, Herman Green, W. M. Walton, M. H. Bowers, H. W. Sutor, Ed Zimmerman, and George Hancock ; when the meeting adjourned in an orderly manner without the slightest disturbance whatever, to meet again Saturday, August 26th, to take into consideration the Governor's election order and other matters of importance.

There was displayed by the actors

There was displayed by the actors in the meeting a fixed determination by the people no longer to aid, uphold and support the standing army of Governor Davis and thereby perpetuate the rule of the odious and corrupt party now in power. The people are aroused, and know full well that money purchases the sinews of war. No money, no martial law ! No money, no drunken policemen ! No money, no secret detectives and spies ! No money, no Winchester rifles and ammunition ! Texans are not yet prepared to yield an abject slaves to such masters as Davis, Davidson, Tracy, Quick & Co.

The people are now, as they ever have been, willing to pay every legitimate expense of the State Government.

Washington *The Evening Star*, August 16, 1869, page 1



ANOTHER VISIT FROM THE SAVANNAH BASE BALL CLUB TO CHARLESTON—*Police and Military Escort.*—The Savannah Base Ball Club, whose recent visit to Charleston, S.C., was the occasion of a negro riot, reached there Saturday evening on another visit, at the special invitation of the citizens. The scene at the wharf upon the arrival of the Savannah steamer was one of great excitement. About two thousand citizens had assembled to escort the visiting club, and great indignation was caused by Mayor Pillsbury insisting upon sending a body of police armed with Winchester rifles and bayonets to the scene. The colored people generally kept within doors, and very few were to be seen on the streets. The march to the hotel was attended with much confusion and excitement, the procession being accompanied by the armed police and two companies of United States troops. No outbreak occurred. The feeling yesterday was feverish, as the colored people threatened to break up the match game which is to take place to-day.

DETECTIVES FOILED.—Several damage some

*Wyoming Leader*, March 16, April 21, May 8, 1868, always p. 4. [NOTE: Footnote 27 has typographical error: "March 17" in that footnote should read as "March 16"]



# OTHER SOURCES



*James Bown and Son's Illustrated Catalogue and Price List* (Pittsburgh Pa., 1877)

Generated at Brown University on 2022-10-18 14:42 GMT  /  https://hdl.handle.net/2027/udel.31741112787850
Public Domain  /  http://www.hathitrust.org/access_use#pd

Digitized by
UNIVERSITY OF DELAWARE

Original from
UNIVERSITY OF DELAWARE



Page 33



136 & 138 WOOD STREET, PITTSBURGH, PA.                33

# WINCHESTER REPEATING FIRE ARMS.

### Sporting Rifle, Octagon Barrel, Set Trigger.

Price........................ $50 00

| | |
|---|---|
| Length of Barrel | 24 in. |
| Calibre | 44-100 |
| Number of Shots | 15 |
| Weight | 9 lbs. |

### Sporting Rifle, Octagon Barrel, Plain Trigger.

| | |
|---|---|
| Price | $45 00 |
| Length of Barrel | 24 in. |
| Calibre | 44-100 |
| Number of Shots | 15 |



| | |
|---|---|
| Length of Barrel | |
| Calibre | |
| Number of Shots | 15 |
| Weight | 9 lbs. |

### Sporting Rifle, Round Barrel, Set Trigger.

Price.............. $40 00

| | |
|---|---|
| Length of Barrel | 24 in. |
| Calibre | 44-100 |
| Number of Shots | 15 |
| Weight | 8¼ lbs. |

### Sporting Rifle, Round Barrel, Plain Trigger.

| | |
|---|---|
| Price | $35 00 |
| Length of Barrel | 24 in. |
| Calibre | 44-100 |
| Number of Shots | 15 |
| Weight | 8¼ lbs. |

All deviations from standard styles and sizes involve a large proportional outlay for hand labor, and when ordered will be subject to the following charges:

For additional length of barrel and magazine add to price $1 00 per inch over the regular lengths.

Extra heavy barrels, round or octagon, increasing the weight of the gun from one to two pounds, can be furnished at an additional cost of from $5 00 upward.

The prices above given include our regular sights.

Swivel and Sling Straps, $1 50.   Varnished Stocks, extra, $1 50.

# 14-15408

IN THE

# United States Court of Appeals

FOR THE NINTH CIRCUIT



Leonard Fyock; Scott Hochstetler; William Douglas; David Pearson; Brad Seifers; Rod Swanson,

*Plaintiffs-Appellants,*

*v.*

City of Sunnyvale; The Mayor of Sunnyvale; Anthony Spitaleri, in his official capacity; The Chief of the Sunnyvale Department of Public Safety; Frank Grgurina, in his official capacity,

*Defendants-Appellees.*

---

*Appeal From the United States District Court for the Northern District of California, San Jose Case No. 5:13-cv-05807-RMW, Ronald M. Whyte, Senior District Judge*

---

### *AMICI CURIAE* BRIEF FOR THE CENTER FOR CONSTITUTIONAL JURISPRUDENCE AND GUN OWNERS OF CALIFORNIA IN SUPPORT OF PLAINTIFFS-APPELLANTS AND SUPPORTING REVERSAL

---

David B. Kopel
INDEPENDENCE INSTITUTE
727 East 16th Avenue
Denver, Colorado 80203
Telephone:   303-279-6536
Facsimile:   303-279-4176

John Parker Sweeney
T. Sky Woodward
BRADLEY ARANT BOULT CUMMINGS, LLP
1615 L Street NW, Suite 1350
Washington, D.C. 20036
Telephone:   202-393-7150
Facsimile:   202-347-1684

*Attorneys for Amici Curiae*
*The Center for Constitutional Jurisprudence and Gun Owners of California*

*Columbia v. Heller*, 554 U.S. 570, 595 (2008) (using "text and history" to interpret Second Amendment); *id.* at 588-89 (same); *id.* at 623-24 (*United States v. Miller* was flawed by its "scant discussion of the history of the Second Amendment"); *id.* at 629 ("Few laws in the history of our Nation have come close to the severe restriction of the District's handgun ban."); *see also Peruta v. County of San Diego*, 742 F.3d 1144, 1150 (9th Cir. 2014) ("[W]e must consult 'both text and history.'"); *Kerr v. Hickenlooper*, 744 F.3d 1156, 1178 (10th Cir. 2014) (Second Amendment analysis includes history, and "the rarity of state enactments in determining whether they are constitutionally permissible").

The District Court erred when it asserted that "magazines didn't even exist when the Second Amendment was ratified." *Id.* The District Court appears to have erroneously assumed that magazines themselves (as well as magazines of more than ten rounds) are a relatively recent technological advancement; that assumption was plain error. Like many consumer products, magazines today are better-made and even more common than ever, but they are hardly novelties of recent vintage.

Magazines of more than ten rounds are older than the United States. Box magazines pre-date the Civil War. In terms of large-scale commercial success, rifle magazines of more than ten rounds had become popular by the time the Fourteenth Amendment was being ratified. Handgun magazines of more than ten rounds would become popular in the 1930s.

4

http://npshistory.com/publications/spar/serial-nos.pdf

# SERIAL NUMBER RANGES FOR SPRINGFIELD ARMORY-MANUFACTURED MILITARY FIREARMS

**(Including the "Trapdoor" Springfield, the Springfield "Krag," the Springfield M1903, the M1 Garand [by all makers], and the M14, as well as the M1911 automatic pistol. Included, also, are the US "Enfield" M1917 rifles, the M1911A1 automatic pistol, and Luger pistol M1900 American Eagle Second Issue.)**

*note: before 1865, serial numbers were not given to National Armory weapons. Production at Springfield Armory shoulder arms began with the Model 1795 flintlock musket. Springfield Armory was closed by the U.S. government in 1968 as a cost-cutting measure.

## U.S. SPRINGFIELD "TRAPDOOR" PRODUCTION
[dated by calendar year: January – December]

MODEL 1865 "TRAPDOOR" RIFLE
1866-5005 CONVERTED MUSKETS

MODEL 1866 "TRAPDOOR" RIFLE(none were serial numbered)
1867
49257 RIFLES
320 CADET RIFLES

1868
1796 RIFLES
104 CADET RIFLES

1869
1296 RIFLES

1871
1 RIFLE

MODEL 1868 "TRAPDOOR" RIFLES
1869
15482 RIFLES

3 CARBINES


1870
34651 RIFLES
1 CARBINE

1871
2016 RIFLES (4 SPORTING RIFLES)

MODEL 1869 "TRAPDOOR" CADET & SPORTING RIFLES
1869 2
1870 310
1871 3091 (1 SPORTING RIFLE)

1872 (3 SPORTING RIFLES)
1873 (2 SPORTING RIFLES)
1876 20

MODEL 1870 "TRAPDOOR" RIFLES
1870
550 RIFLES

1871
2372 RIFLES
341 CARBINES
20 UNDETERMINED

1872
8110 RIFLES
1 SPORTING RIFLE

1873
501 RIFLES (INCLUDING 100 METCALFE ALTERATIONS)
1 SPORTING RIFLE
1 CARBINE

**\* PRODUCTION FIGURES: SERIAL NUMBER TO END QUARTER**
**1873**

JULY-SEPT 4
OCT-DEC 1946

1874
JAN-MAR 10592
APR-JUNE 28032
JULY-SEPT 29718
OCT-DEC 35218

1875
JAN-MAR 45039
APR-JUNE 54779
JULY-SEPT 57407
OCT-DEC 60325

1876
JAN-MAR 64164
APR-JUNE 69815
JULY-SEPT 71673
OCT-DEC 74213

1877
JAN-MAR 74231
APR-JUNE 76725

1878
JAN-MAR 81226
APR-JUNE 89729
JULY-SEPT 94467
OCT-DEC-100395

1879
JAN-MAR 104919
APR-JUNE 109753

JULY-SEPT 113920
OCT-DEC 119273

1880
JAN-MAR 125953
APR-JUNE 130140
JULY-SEPT 136545
OCT-DEC 144519

1881
JAN-MAR 151222
APR-JUNE 156700
JULY-SEPT 160722
OCT-DEC 164896

1882
JAN-MAR 170487
APR-JUNE 179736
JULY-SEPT 185569
OCT-DEC 193815

1883
JAN-MAR 203087
APR-JUNE 212809
JULY-SEPT 219411
OCT-DEC 228571

1884
JAN-MAR 228571
APR-JUNE 237708
JULY-SEPT 247189
OCT-DEC 263876

1885
JAN-MAR 275266
APR-JUNE 287246
JULY-SEPT 296367
OCT-DEC 306054

1886
JAN-MAR 315857
APR-JUNE 326773
JULY-SEPT 335915
OCT-DEC 346775

1887
JAN-MAR 356677
APR-JUNE 367879
JULY-SEPT 376839
OCT-DEC 387645

1888
JAN-MAR 398207
APR-JUNE 408909
JULY-SEPT 417929
OCT-DEC 428769

1889
JAN-MAR 439436
APR-JUNE 450281
JULY-SEPT 459533
OCT-DEC 470294

1890
JAN-MAR 480259
APR-JUNE 490019
JULY-SEPT 495420
OCT-DEC 502540

1891
JAN-MAR 510181
APR-JUNE 519421
JULY-SEPT 525941
OCT-DEC 533681

1892
JAN-MAR 541221
APR-JUNE 547121
JULY-SEPT 552042

OCT-DEC 558122

1893
JAN-MAR 563562
APR-JUNE 567882

MODEL 1881 SHOTGUN
1880-(2 UNMARKED EXPERIMENTALS)
1881-1-251
1882-252-626
1883-627-876
1884-877-1376

M1868 RIFLE 1-52000
M1869 CADET 1-3500
M1873 RIFLE 1-96000
M1873 CARBINE 1-75000
M1877 CARBINE 175001-280000
M1873/79 RIFLE 96000-280000
LONG RANGE RIFLE 110000, 132000-136000, 1622000
M1880 ROD-BAYONET RIFLE 154000-158000
M1882 28" INFANTRY & CAVALRY RIFLE 197000-197500
M1884 RIFLE AND CARBINE 280001-503500
M1884 CADET RIFLE 280001-568000
M1884 ROD-BAYONET RIFLE 305000-320000
M1886 24" CARBINE 330000-350000
M1888 "POSITIVE CAM" RIFLE -     415000
M1888 ROD-BAYONET RIFLE 503501-568000
M1881 SHOTGUN 1-1400

https://www.nps.gov/spar/learn/historyculture/u-s-springfield-trapdoor-production-serial-numbers.htm

**National Park Service**

# Springfield Armory

National Historic Site
Massachusetts

# U.S. Springfield Trapdoor Production

Compendium_Vorenberg
Page 710

Below is a list of serial numbers for Trapdoor Rifles noting the year and sometimes month(s) it was produced. Serial numbers begin with the 1873 Trapdoor Rifle. All given serial numbers are approximate. These serial numbers are credited to Albert Frasca, PH.D. and Robert Hill in their book *The .45-70 Springfield.*

- **Model 1865 Trapdoor Rifle**
  - 1866: 5,005 Converted Muskets

- **Model 1866 Trapdoor Rifle (None were given serial numbers)**
  - 1867: 49,257 Rifles and 320 Cadet Rifles
  - 1868: 1,796 Rifles and 104 Cadet Rifles
  - 1869: 1,296 Rifles
  - 1871: 1 Rifle

- **Model 1868 Trapdoor Rifle**
  - 1869: 15,482 Rifles and 3 carbines
  - 1870: 34,651 Rifles and 1 Carbine
  - 1871: 2,016 Rifles, four of which were sporting rifles

- **Model 1869 Trapdoor Rifle**
  - 1869: 2 Cadet Rifles
  - 1870: 310 Cadet Rifles
  - 1871: 3,090 Cadet Rifles and 1 Sporting Rifle
  - 1872: 3 Sporting Rifles
  - 1873: 2 Sporting Rifles
  - 1876: 20 Cadet Rifles

- **Model 1870 Trapdoors**
  - 1870: 550 Rifles
  - 1871: 2,372 Rifles, 341 Carbines, and 20 Undetermined
  - 1872: 8,110 Rifles and 1 Sporting Rifle
  - 1873: 501 Rifles (Including 100 Metcalfe Alterations), 1 Sporting Rifle and 1 Carbine

- **Model 1873 Trapdoors**
  - The serial number listed is the last one made in the given month(s).
  - 1873
    - July-September: 4
    - October-December: 1,946
  - 1874
    - January-March: 10,592

Compendium_Vorenberg
Page 711

- April-June: 28,032
- July-September: 29,718
- October-December: 35,218

- 1875
  - January-March: 45,039
  - April-June: 54,779
  - July-September: 57,407
  - October-December: 60,325

- 1876
  - January-March: 64,164
  - April-June: 69,815
  - July-September: 71,673
  - October-December: 74,213

- 1877
  - January-March:74,231
  - April-June: 76,725

- 1878
  - January-March: 81,226
  - April-June: 89,729
  - July-September: 94,467
  - October-December: 100,395

- 1879
  - January-March: 104,919
  - April-June: 109,753
  - July-September: 113,920
  - October-December: 119,273

- 1880
  - January-March: 125,953
  - April-June: 130,140
  - July-September: 136,545
  - October-December: 144,519

- 1881
  - January-March: 151,222
  - April-June: 156,700
  - July-September: 160,722
  - October-December: 164,896

- 1882
  - January-March: 170,487
  - April-June: 179,736
  - July-September: 185,569

Compendium_Vorenberg
Page 712

- October-December: 193,815
- 1883
  - January-March: 203,087
  - April-June: 212,809
  - July-September: 219,411
  - October-December: 228,571
- 1884
  - January-March: 228,571
  - April-June: 237,708
  - July-September: 247,189
  - October-December: 263,876
- 1885
  - January-March: 275,266
  - April-June: 287,246
  - July-September: 296,367
  - October-December: 306054
- 1886
  - January-March: 315,857
  - April-June: 326,773
  - July-September: 335,915
  - October-December: 346,775
- 1887
  - January-March: 356,677
  - April-June: 367,879
  - July-September: 376,839
  - October-December: 387,645
- 1888
  - January-March: 398,207
  - April-June: 408,909
  - July-September: 417,929
  - October-December: 428,769
- 1889
  - January-March: 439,436
  - April-June: 450,281
  - July-September: 459,533
  - October-December: 470,294
- 1890
  - January-March: 480,259
  - April-June:490,019
  - July-September:495,420

- October-December: 502,540

- 1891
  - January-March: 510,181
  - April-June: 519,421
  - July-September: 525,941
  - October-December: 533,681

- 1892
  - January-March: 541,221
  - April-June: 547,121
  - July-September: 552,042
  - October-December: 558,122

- 1893
  - January-March: 563,562
  - April-June: 567,882

Last updated: March 14, 2022

## Was this page helpful?

Yes

No

An official form of the United States government. Provided by **Touchpoints**

**CONTACT INFO**

**Mailing Address:**
Springfield Armory National Historic Site
One Armory Square
Suite 2
Springfield , MA 01105

## Phone:

413 734-8551

The phone is answered during museum operating hours. All other times callers will be prompted to leave a voice message that will be received and responded to during museum operating hours.

STAY CONNECTED

Compendium_Vorenberg
Page 715

https://guncite.com/court/state/

# Second Amendment

## State Decisions

State court opinions on federal and state right to arms.

---

*Last updated*: February 24, 2013

Rameriz, In re, *193 Cal. 633, 226 P. 914, 34 A.L.R. 51 (1924)*. [PDF] *55k*

State v. White, *299 Mo. 599, 253 S.W. 724 (1923)*. [HTML] *29k*

State v. Gentry, *(Mo. Sup. Ct.) 242 S.W. 398 (1922)*. [HTML] *14k*

Hayes v. State, *28 Ga. App. 67, 110 S.E. 320 (1922)*. [HTML] *2k*

People v. Zerillo, *219 Mich. 635, 189 N.W. 927 (1922)*. [HTML] *14k*

State v. Kerner, *181 N.C. 574, 107 S.E. 222 (1921)*. [HTML] *22k*

State v. Jackson, *283 Mo. 18, 222 S.W. 746 (1920)*. [HTML] *27k*

State v. Nieto, *101 Ohio 409, 130 N.E. 663 (1920)*. [HTML] *49k*

State v. Conley, *280 Mo. 21, 217 S.W. 29 (1919)*. [HTML] *11k*

Town of Lester ex rel. Richardson v. Trail, *85 W. Va. 386, 389, 101 S.E. 732, 733 (1919)*. [HTML] *12k*

State v. Reagan, *280 Mo. 57, 217 S.W. 83 (1919)*. [HTML] *12k*

In Re Reilly, *31 Ohio Dec. 364 (C.P. 1919)*. [HTML] *9k*

Danal v. State, *14 Ala. App. 97, 71 So. 976 (1916)*. [HTML] *7k*

State v. Keet, *269 Mo. 206, 190 S.W. 573, L.R.A. 1917C, 60 (1916)*. [HTML] *18k*

State v. Carter, *259 Mo. 349, 168 S.W. 679 (1914)*. [HTML] *16k*

Heaton v. State, *130 Tenn. 163, 169 S.W. 750 (1914)*. [HTML] *17k*

Johnson v. State, *11 Ala. App. 301, 66 South. 875 (1914)*. [HTML] *4k*

Darling v. Warden, *154 App. Div. 413, 139 N.Y.S. 277 (1913)*. [HTML] *41k*

Thomas v. State, *9 Ala. App. 67, 64 So. 192 (1913)*. [HTML] *6k*

Carlton v. State, *63 Fla. 1, __, 58 So. 486, 488 (1912)*. [HTML] *23k*

Ellias v. State, *65 Tex. App. 479, 144 S.W. 139 (1912)*. [HTML] *4k*

Kellum v. State, *66 Tex. Cr. R. 505, 147 S.W. 870 (1912)*. [HTML] *4k*

Nichols v. State, *4 Ala. App. 115, 58 So. 681 (1912)*. [HTML] *7k*

People v. Persce, *204 N.Y. 397, 97 N.E. 877 (1912)*. [HTML] *11k*

Isaiah v. State, *176 Ala. 27, 58 So. 53 (1911)*. [HTML] *24k*

Commonwealth v. Patsone, *231 Pa. 46, 79 A. 928 (1911)*. [HTML] *25k*

Strickland v. State, *137 Ga. 1, 72 S.E. 260 (1911)*. [HTML] *53k*

State v. Athanas, *150 Mo. App. 588, 131 S.W. 373 (1910)*. [HTML] *8k*

Eads v. State, *17 Wyo. 490, ___, 101 P. 946, 950-951 (1909)*. [HTML] *23k*

State v. Hovis, *135 Mo. App. 544, 116 S.W. 6 (1909)*. [HTML] *9k*

Salter v. State, *2 Okla. Crim. 464, 479, 102 P. 719, 725 (1909)*. [HTML] *36k*

People v. Boa, *143 Ill. App. 356 (1908)*. [HTML] *11k*

People v. Demorio, *123 App. Div. 665, 108 N.Y. Supp. 24 (1908)*. [HTML] *5k*

Ex parte Thomas, *21 Okla. 770, 1 Okla. Cr. 210, 97 P. 260, 20 L.R.A. (N.S.) 1007, 17 Am. & Eng. Ann. Cas. 566 (1908)*. [HTML] *29k*

Fitzgerald v. State, *52 Tex. App. 265, 106 S.W. 365 (1907)*. [HTML] *5k*

Kendall v. State, *118 Tenn. 156, 101 S.W. 189, 121 Am. St. Rep. 994, 11 Ann. Cas. 1104 (1907)*. [HTML] *6k*

State v. Roan, *128 Mo. App. 212, 106 S.W. 581 (1907)*. [HTML] *4k*

Ex Parte Luening, *3 Cal. App. 76; 84 P. 445 (1906)*. [HTML] *7k*

Osborne v. State, *115 Tenn. 720, 92 S.W. 853 (1906)*. [HTML] *4k*

Mangum v. State, *(Tex. App.) 90 S.W. 31 (1905)*. [HTML] *2k*

Salina v. Blaksley, *72 Kan. 230, 83 P. 619, 3 L.R.A. (N.S.) 168, 115 Am. St. Rep. 196, 7 Am. & Eng. Ann. Cas. 925 (1905)*. [HTML] *9k*

State v. Boone, *132 N.C. 1108, 44 S.E. 595 (1903)*. [HTML] *8k*

State v. Rosenthal, *75 Vt. 295, 55 A. 610 (1903)*. [HTML] *8k*

Wilson v. State, *81 Miss. 404, 33 So. 171 (1903)*. [HTML] *5k*

In re Brickey, *8 Idaho 597, 70 P. 609, 101 Am. St. Rep. 215, 1 Ann. Cas. 55 (1902)*. [HTML] *5k*

Judy v. Lashley, *50 W.Va. 628, 41 S.E. 197 (1902)*. [HTML] *22k*

Brown v. State, *114 Ga. 60, 39 S.E. 873 (1901)*. [HTML] *5k*

Dunston v. State, *124 Ala. 89, 27 So. 333, 82 Am. St. Rep. 152 (1900)*. [HTML] *5k*

State v. Hogan, *63 Ohio 202, 58 N.E. 572, 52 L.R.A. 863, 81 Am. St. 626 (1900)*. [HTML] *24k*

State v. Brown, *125 N.C. 704, 34 S.E. 549 (1899)*. [HTML] *5k*

State v. Griffin, *125 N.C. 692, 34 S.E. 513 (1899)*. [HTML] *4k*

Walburn v. State, *9 Okla. 23, 59 P. 972 (1899)*. [HTML] *14k*

Bain v. State, *38 Tex. Crim. App. 635, 44 S.W. 518 (1898)*. [HTML] *6k*

Hardy v. State, *37 Tex. Crim. App. 511, 40 S.W. 299 (1897)*. [HTML] *3k*

Eubanks v. State, *(Tex. App.) 40 S.W. 973 (1897)*. [HTML] *3k*

State v. Reams, *121 N.C. 556, 27 S.E. 1004 (1897)*. [HTML] *6k*

Stayton v. State, *(Tex. App.) 40 S.W. 299 (1897)*. [HTML] *5k*

State v. Foutch, *96 Tenn. (12 Pick.) 242, 34 S.W. 1 (1896)*. [HTML] *11k*

Commonwealth v. Murphy, *166 Mass. 171, 44 N.E. 138 (1896)*. [HTML] *9k*

Stanfield v. State, *(Tex. App.) 34 S.W. 116 (1896)*. [HTML] *2k*

Brownlee v. State, *35 Tex. Crim. App. 213, 32 S.W. 1044 (1895)*. [HTML] *5k*

Lawson v. State, *(Tex. App.) 31 S.W. 645 (1895)*. [HTML] *6k*

State v. Lilly, *116 N.C. 1049, 21 S.E. 563 (1895)*. [HTML] *5k*

State v. Pigford, *117 N.C. 748, 23 S.E. 182 (1895)*. [HTML] *3k*

Price v. State, *34 Tex. Crim. App. 102, 29 S.W. 473 (1895)*. [HTML] *3k*

Crawford v. State, *94 Ga. 772 (1894)*. [HTML] *6k*

State v. Dixon, *114 N.C. 850, 19 S.E. 364 (1894)*. [HTML] *10k*

McDaniel v. State, *(Tex. App.) 26 S.W. 724 (1894)*. [HTML] *3k*

Ratigan v. State, *33 Tex. Crim. App. 301 (1894)*. [HTML] *17k*

Gorge v. State, *(Tex. App.) 22 S.W. 43 (1893)*. [HTML] *3k*

Love v. State, *32 Tex. App. 85, 22 S.W. 140 (1893)*. [HTML] *4k*

Impson v. State, *(Tex. App.) 19 S.W. 677 (1892)*. [HTML] *4k*

Lemmons v State, *Lemmons v. State, 56 Ark. 559; 20 S.W. 404 (1892)*. [HTML] *10k*

Sanders v. State, *(Tex. App.) 20 S.W. 556 (1892)*. [HTML] *5k*

Valdez v. State, *(Tex. Crim. App.) 18 S.W. 414 (1892)*. [HTML] *4k*

Ex Parte Cheney, *90 Cal. 617, 27 P. 436 (1891)*. [HTML] *12k*

Hathcote v. State, *55 Ark. 181, 17 S.W. 721 (1891)*. [HTML] *12k*

Jones v. State, *Jones v. State, 55 Ark. 186 (1891)*. [HTML] *7k*

State v. Workman, *35 W.Va. 367, 14 S.E. 9, 14 L.R.A. 600 (1891)*. [HTML] *22k*

State v. Barnett, *34 W.Va. 74, 11 S.E. 735 (1890)*. [HTML] *12k*

Boles v. State, *86 Ga. 255 (1890)*. [HTML] *5k*

Ladd v. State, *92 Ala. 58, 9 So. 401 (1890)*. [HTML] *12k*

Maupin v. State, *89 Tenn. 367, 17 S.W. 1038 (1890)*. [HTML] *5k*

State v. Murray, *39 Mo. App. 127 (1890)*. [HTML] *10k*

State v. Roberts, *39 Mo. App. 47 (1890)*. [HTML] *5k*

Strahan v. State, *68 Miss. 347, 8 So. 844 (1890)*. [HTML] *3k*

Baker v. State, *28 Tex. App. 5, 11 S.W. 676 (1889)*. [HTML] *14k*

Campbell v. State, *28 Tex. Crim. App. 44 (1889)*. [HTML] *4k*

Coleman v. State, *28 Tex. Crim. App. 173, 12 S.W. 590 (1889)*. [HTML] *5k*

Stilly v. State, *27 Tex. App. 445, 11 S.W. 458 (1889)*. [HTML] *8k*

Diffey v. State, *86 Ala. 66, 5 So. 576 (1888)*. [HTML] *4k*

Lann v. State, *25 Tex. App. 495 (1888)*. [HTML] *7k*

State v. Livesay, *30 Mo. App. 633 (1888)*. [HTML] *12k*

Cathey v. State, *23 Tex. App. 492 (1887)*. [HTML] *3k*

Clark v. State, *49 Ark. 174 (1887)*. [HTML] *5k*

Darby v. State, *23 Tex. Crim. App. 407, 5 S.W. 90 (1887)*. [HTML] *5k*

State v. Julian, *25 Mo. App. 133 (1887)*. [HTML] *24k*

State v. Larkin, *24 Mo. App. 410 (1887)*. [HTML] *6k*

Sanderson v. State, *23 Tex. App. 520 (1887)*. [HTML] *2k*

State v. Smith, *24 Mo. App. 413 (1887)*. [HTML] *4k*

Brinson v. State, *75 Ga. 882 (1886)*. [HTML] *2k*

State v. Hall, *20 Mo. App. 401 (1886)*. [HTML] *18k*

State v. Hedrick, *20 Mo. App. 629 (1886)*. [HTML] *4k*

Lyle v. State, *21 Tex. App. 153 (1886)*. [HTML] *6k*

Redus v. State, *82 Ala. 53; 2 So. 713 (1886)*. [HTML] *5k*

State v. Shelby, *90 Mo. 302, 2 S.W. 468 (1886)*. [HTML] *11k*

State v. Bias, *37 La. Ann. 259 (1885)*. [HTML] *5k*

Davis v. State, *45 Ark. 359 (1885)*. [HTML] *5k*

State v. Harrison, *93 N.C. 605 (1885)*. [HTML] *7k*

Hunter v. State, *62 Miss. 540 (1885)*. [HTML] *6k*

Irvine v. State, *18 Tex. App. 51 (1885)*. [HTML] *8k*

Kinkead v. State, *45 Ark. 536 (1885)*. [HTML] *7k*

Smith v. State, *79 Ala. 257 (1885)*. [HTML] *6k*

State v. Terry, *93 N.C. 585, 53 Am. Rep. 472 (1885)*. [HTML] *5k*

Pressler v. State, *19 Tex. App. 52, 53 Am. Rep. 383 (1885)*. [HTML] *5k*

Commonwealth v. Walker, *7 Ky. L. Rptr. 218 (1885)*. [HTML] *2k*

State v. Broadnax, *91 N.C. 543 (1884)*. [HTML] *5k*

Cunningham v. State, *76 Ala. 88 (1884)*. [HTML] *3k*

State v. Erwin, *91 N.C. 545 (1884)*. [HTML] *10k*

Mangum v. State, *15 Tex. App. 362 (1884)*. [HTML] *3k*

Parrish v. Commonwealth, *81 Va. 1 (1884)*. [HTML] *34k*

Burst v. State, *89 Ind. 133 (1883)*. [HTML] *7k*

State v. Hayne, *88 N.C. 625 (1883)*. [HTML] *5k*

State v. McManus, *89 N.C. (14 Ken.) 555 (1883)*. [HTML] *9k*

State v. Peacock, *40 Ohio 333 (1883)*. [HTML] *2k*

Zallner v. State, *15 Tex. App., 23 (1883)*. [HTML] *6k*

Dabbs v. State, *39 Ark. 353 (1882)*. [HTML] *10k*

Farley v. State, *72 Ala. 170 (1882)*. [HTML] *8k*

State v. Gilbert, *87 N.C. (12 Ken.) 527 (1882)*. [HTML] *5k*

Haile v. State, *38 Ark. 564, 42 Am. Rep. 3 (1882)*. [HTML] *7k*

State v. Roten, *86 N.C. (11 Ken.) 701 (1882)*. [HTML] *8k*

State v. Speller, *86 N.C. (11 Ken.) 697 (1882)*. [HTML] *10k*

State v. Woodfin, *87 N.C. (12 Ken.) 526 (1882)*. [HTML] *3k*

State v. Burgoyne, *75 Tenn. 173 (1881)*. [HTML] *12k*

Collier v. State, *68 Ala. 499 (1881)*. [HTML] *8k*

Harman v. State, *69 Ala. 248 (1881)*. [HTML] *3k*

State v. Johnson, *16 S.C. 187 (1881)*. [HTML] *12k*

Rice v. State, *10 Tex. App. 288 (1881)*. [HTML] *3k*

State v. Wilforth, *74 Mo. 528, 41 Am. Rep. 330 (1881)*. [HTML] *9k*

Wilson v. State, *68 Ala. 41 (1881)*. [HTML] *8k*

Coffee v. State, *72 Tenn. (4 Lea) 246 (1880)*. [HTML] *4k*

Dycus v. State, *74 Tenn. (6 Lea) 584 (1880)*. [HTML] *3k*

Lewis v. State, *7 Tex. App. 567 (1880)*. [HTML] *5k*

Moorefield v. State, *73 Tenn. (5 Lea) 348 (1880)*. [HTML] *2k*

Carr v. State, *34 Ark 448, 36 Am. Rep. 15 (1879)*. [HTML] *6k*

Coker v. State, *63 Ala. 95 (1879)*. [HTML] *6k*

Dunne v. Illinois, *94 Ill. 120 (1879)*. [HTML] *52k*

Leatherwood v. State, *6 Tex. App. 244 (1879)*. [HTML] *9k*

Preston v. State, *63 Ala. 127 (1879)*. [HTML] *5k*

Robinson v. State, *3 Tenn.Cas 59, 3 Shannon 59, 3 Leg.Rep., 114 (1879)*. [HTML] *3k*

Shorter v. State, *63 Ala. 129 (1879)*. [HTML] *14k*

State v. Callicut, *69 Tenn. (1 Lea) 714 (1878)*. [HTML] *6k*

Holland v. State, *33 Ark. 560 (1878)*. [HTML] *3k*

Hutchinson v. State, *62 Ala. 3, 34 Am. Rep. 1 (1878)*. [HTML] *4k*

Wilson v. State, *33 Ark. 557, 34 Am. Rep. 52 (1878)*. [HTML] *8k*

Jennings v. State, *5 Tex. App. 298 (1878)*. [HTML] *8k*

Owens v. State, *3 Tex. App. 404 (1878)*. [HTML] *10k*

Summerlin v. State, *3 Tex. App. 444 (1878)*. [HTML] *7k*

Williams v. State, *61 Ga. 417 (1878)*. [HTML] *5k*

Lewis v. State, *2 Tex. App. 26 (1877)*. [HTML] *10k*

State v. Carlton, *48 Vt. 636 (1876)*. [HTML] *26k*

Fife v. State, *31 Ark. 455, 25 Am. Rep. 556 (1876)*. [HTML] *16k*

Stroud v. State, *55 Ala. 77 (1876)*. [HTML] *8k*

Atwood v. State, *53 Ala. 508 (1875)*. [HTML] *6k*

Gholson v. State, *53 Ala. 519, 25 Am. Rep. 652 (1875)*. [HTML] *8k*

State v. Clayton, *43 Tex. 410 (1875)*. [HTML] *9k*

State v. Duke, *42 Tex. 455 (1875)*. [HTML] *17k*

Smith v. State, *42 Tex. 464 (1875)*. [HTML] *4k*

Titus v. State, *42 Tex. 578 (1875)*. [HTML] *3k*

Wright v. Commonwealth, *77 Pa. 470 (1875)*. [HTML] *4k*

Barton v. State, *66 Tenn. (7 Baxt.) 105 (1874)*. [HTML] *2k*

Hill v. State, *53 Ga. 472 (1874)*. [HTML] *25k*

Jones v. State, *51 Ala. 16 (1874)*. [HTML] *5k*

Porter v. State, *66 Tenn. (7 Baxt.) 106 (1874)*. [HTML] *6k*

Stoneman v. Commonwealth, *66 Va. (25 Gratt.) 887 (1874)*. [HTML] *40k*

Baird v. State, *38 Tex. 599 (1873)*. [HTML] *8k*

Baker v. State, *49 Ala. 350 (1873)*. [HTML] *9k*

Christian v. State, *37 Tex. 475 (1873)*. [HTML] *3k*

Eslava v. State, *49 Ala. 355 (1873)*. [HTML] *7k*

Maxwell v. State, *38 Tex. 170 (1873)*. [HTML] *4k*

Carroll v. State, *28 Ark. 99, 18 Am. Rep. 538 (1872)*. [HTML] *6k*

English v. State, *35 Tex. 473, 14 Am. Rep. 374 (1872)*. [HTML] *17k*

Hilliard v. State, *37 Tex. 358 (1872)*. [HTML] *4k*

Lockett v. State, *47 Ala. 42 (1872)*. [HTML] *12k*

Morton v. State, *46 Ga. 292 (1872)*. [HTML] *6k*

Waddell v. State, *37 Tex. 354 (1872)*. [HTML] *5k*

State v. Wilburn, *66 Tenn. (7 Bax.) 57, 32 Am. Rep. 551 (1872)*. [HTML] *12k*

Andrews v. State, *50 Tenn. (3 Heisk.) 165, 8 Am. Rep. 8 (1871)*. [HTML] *61k*

Commonwealth v. Branham, *71 Ky. (18 Bush) 387 (1871)*. [HTML] *4k*

Evins v. State, *46 Ala. 88 (1871)*. [HTML] *3k*

Commonwealth v. McNulty, *28 Leg. Intel., 389, 8 Phila. 610 (Penn. 1871)*. [HTML] *2k*

Page v. State, *50 Tenn. (3 Heisk.) 198 (1871)*. [HTML] *8k*

Smith v. State, *50 Tenn. (3 Heisk.) 511 (1871)*. [HTML] *6k*

Carico v. Commonwealth, *70 Ky. (7 Bush) 124 (1870)*. [HTML] *15k*

Cutsinger v. Commonwealth, *70 Ky. (7 Bush) 392 (1870)*. [HTML] *4k*

Galvin v. State, *46 Tenn. (6 Cold.) 283 (1869)*. [HTML] *26k*

Hopkins v. Commonwealth, *66 Ky. (3 Bush) 480 (1868)*. [HTML] *7k*

Sutton v. State, *12 Fla. 135 (1867)*. [HTML] *7k*

Smith v. Ishenhour, *43 Tenn. (3 Cold.) 214 (1866)*. [HTML] *9k*

Philips v. Commonwealth, *63 Ky. (2 Duv.) 328 (1865)*. [HTML] *12k*

Cobb v. Stallings, *34 Ga. 73 (1864)*. [HTML] *13k*

Ex parte McCants, *39 Ala. 107 (1863)*. [HTML] *16k*

State v. Moore, *31 Conn. 479 (1863)*. [HTML] *22k*

Ex parte Coupland, *26 Tex. 387 (1862)*. [HTML] *124k*

Jeffers v. Fair, *33 Ga. 347 (1862)*. [HTML] *58k*

Stockdale v. State, *32 Ga. 225 (1861)*. [HTML] *8k*

Isaacs v. State, *25 Tex. 174 (1860)*. [HTML] *12k*

McManus v. State, *36 Ala. 285 (1860)*. [HTML] *23k*

Pond v. People, *8 Mich. 150 (1860).* [HTML] *74k*

Cockrum v. State, *24 Tex. 394, 401 (1859).* [HTML] *26k*

State v. Hannibal, *51 N.C. (6 Jones) 57 (1859).* [HTML] *8k*

Opinion of the Justices, *80 Mass. (14 Gray) 614 (1859).* [HTML] *16k*

Sears v. State, *33 Ala. 347 (1859).* [HTML] *6k*

Owen v. State, *31 Ala. 387 (1858).* [HTML] *6k*

State v. Jumel, *13 La. Ann. 399 (1858).* [HTML] *6k*

State v. Chavers, *50 N.C. (5 Jones) 11 (1857).* [HTML] *11k*

Day v. State, *37 Tenn. (5 Sneed) 495 (1857).* [HTML] *11k*

Flournoy v. State, *16 Tex. 31 (1856).* [HTML] *6k*

State v. Smith, *11 La. Ann. 633, 66 Am. Dec. 208 (1856).* [HTML] *6k*

Campbell v. People, *16 Ill. 17 (1854).* [HTML] *12k*

State v. Chandler, *5 La. Ann. 489, 52 Am. Dec. 599 (1850).* [HTML] *11k*

Cooper and Warsham v. Savannah, *4 Ga. 68, 72 (1848).* [HTML] *12k*

Nunn v. State, *1 Ga. (1 Kel.) 243 (1846).* [HTML] *34k*

Walls v. State, *7 Blackf. 572 (Ind. 1845).* [HTML] *3k*

Haynes v. State, *24 Tenn. (5 Hum.) 120 (1844).* [HTML] *11k*

State v. Newsom, *27 N.C. (5 Ired.) 250 (1844).* [HTML] *13k*

State v. Huntley, *25 N.C. (3 Ired.) 418, 40 Am. Dec. 416 (1843).* [HTML] *12k*

State v. Buzzard, *4 Ark. (2 Pike) 18 (1842).* [HTML] *64k*

State v. Morgan, *25 N.C. (3 Ired.) 186 (1842).* [HTML] *21k*

State v. Duzan, *6 Blackf. 31 (Ind. 1841).* [HTML] *2k*

Aymette v. State, *21 Tenn. (2 Hump.) 154 (1840)*. [HTML] *21k*

State v. Reid, *1 Ala. 612, 35 Am. Dec. 44 (1840)*. [HTML] *23k*

Commonwealth v. Riley, *Thacher's Crim. Cas. 471 (Mass. 1837)*. [HTML] *15k*

State v. Mitchell, *3 Blackf. 229 (Ind. 1833)*. [HTML] *1k*

Simpson v. State, *13 Tenn. (5 Yer.) 356 (1833)*. [HTML] *15k*

Gray v. Combs, *30 Ky. (7 J.J. Mar.) 478 (1832)*. [HTML] *23k*

Grainger v. State, *13 Tenn. (5 Yerg.) 459 (1830)*. [HTML] *11k*

Commonwealth v. Blanding, *3 Pick. 304 Mass. (1825)*. [HTML]

Bliss v. Commonwealth, *12 Ky. (2 Litt.) 90, 13 Am. Dec. 251 (1822)*. [HTML] *11k*