Rob Bonta
Attorney General of California
P. Patty Li
Supervising Deputy Attorney General
Anna Ferrari
Deputy Attorney General
John D. Echeverria
Deputy Attorney General
State Bar No. 268843
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3479
 Fax:  (415) 703-1234
 E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendants Rob Bonta and Blake Graham, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA ATTORNEY GENERAL ROB BONTA et al.,**<br><br>Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>**COMPENDIUM OF WORKS CITED IN DEFENDANTS' SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S ORDER OF AUGUST 29, 2022**<br><br>**VOLUME 9 OF 13**<br><br>Courtroom: 5A<br>Judge: Hon. Roger T. Benitez<br><br>Action Filed: August 15, 2019 |

Case 3:19-cv-01537-BEN-JLB   Document 151-8   Filed 10/21/22   PageID.14118   Page 2 of 18

# INDEX

| Works | Brief Page | Compendium Page |
|---|---|---|
| **HISTORICAL STATUTES** | | |
| 7 Rich. 2, ch. 13 (1383) | 52 n.65 | 002 |
| 20 Rich. 2, ch. 1 (1396) | 52 n.65 | 003 |
| 33 Hen. 8, ch. 6 § 1 at 832 (1541) | 51 | 004-006 |
| 33 Hen. 8, ch. 6 § 18 at 835 (1541) | 51 | 007 |
| 4 Jac. I, ch. 1 (1606) | 52 | 008 |
| 1 Wm. & Mary ch. 2, § 7 (1689), https://press-pubs.uchicago.edu/founders/documents/bill_of_rightss1.html | 50 | 009-012 |
| The Colonial Laws of New York from the Year 1664 to the Revolution, Including the Charters to the Duke of York, the Commissions and Instructions to Colonial Governors, the Dukes Laws, the Laws of the Dongan and Leisler Assemblies, the Charters of Albany and New York and the Acts of the Colonial Legislatures from 1691 to 1775 at 687 (1894) | 55 n.67 | 013-014 |
| 1750 Mass. Acts 544, An Act for Preventing and Suppressing of Riots, Routs And Unlawful Assemblies, chap. 17, § 1 | 55 n.67 | 015-017 |
| 1763-1775 N.J. Laws 346, An Act for the Preservation of Deer and Other Game, and to Prevent Trespassing with Guns, ch. 539, § 10 | 54 | 018-019 |
| Acts of the General Assembly of Arkansas, No. 96 § 3 (1881) | 59 | 020-022 |
| An Act to Prevent Routs, Riots, and Tumultuous Assemblies, and the Evil Consequences Thereof, reprinted in Cumberland Gazette (Portland, Me.), Nov. 17, 1786, at 1 | 55 n.67 | 023 |

2

Compendium of Works Cited in Defendants' Supplemental Brief in Response to Court Order of August 29, 2022  (3:19-cv-01537-BEN-JLB)

| Source | Page | Bates |
|---|---|---|
| 1786 Va. Acts, ch. XXII | 55 | 024-025 |
| 1798 Ky. Acts 106 | 56 n.69 | 026-027 |
| 1799 Miss. Laws 113, A Law for the Regulation of Slaves | 55 n.67 | 028 |
| Collection of All Such Acts of the General Assembly of Virginia, of a Public and Permanent Nature, as Are Now in Force; with a New and Complete Index. To Which are Prefixed the Declaration of Rights, and Constitution, or Form of Government Page 187, Image 195 (1803) | 56 n.69 | 029-030 |
| 1804 Ind. Acts 108, A Law Entitled a Law Respecting Slaves, § 4; | 56 n.69 | 031-032 |
| 1804 Miss. Laws 90, An Act Respecting Slaves, § 4 | 56 n.69 | 033-034 |
| 1821 Me. Laws 98, An Act for the Prevention of Damage by Fire, and the Safe Keeping of Gun Powder, chap. 25, § 5 | 53 n.66 | 035-036 |
| Slaves, in Laws of the Arkansas Territory 521 (J. Steele & J. M'Campbell, Eds., 1835) | 56 n.69 | 037-038 |
| 1855 Ind. Acts 153, An Act To Provide For The Punishment Of Persons Interfering With Trains or Railroads, chap. 79, § 1 | 56 n.69 | 039-040 |
| Tex. Const. of 1868, art. I, § 13 | 60 | 041-042 |
| Acts of the General Assembly of Arkansas, No. 96 § 3 (1881) | 59 | 043-045 |
| The Revised Statutes of Indiana: Containing, Also, the United States and Indiana Constitutions and an Appendix of Historical Documents (1881) | 56 n.69 | 046-047 |
| The Grants, Concessions, And Original Constitutions of The Province of New Jersey (1881) | 55 | 048 |
| Idaho Const. of 1896 | 60 | 049 |

3

| | | |
|---|---|---|
| Utah Constitution of 1896 | 60 | 050-052 |
| 1905 Ind. Acts 677 | 56 n.69 | 053-054 |
| 1927 Cal. Stat. 938. | 65 | 055-056 |
| **BOOKS** | | |
| Patrick J. Charles, *Armed in America: A History of Gun Rights from Colonial Militias to Concealed Carry* 141, 155, 312 (2018) | 4, 43, 51, 69 | 058-062 |
| Vincent J.M. DiMaio, *Gunshot Wounds: Practical Aspects of Firearms Ballistics, and Forensic Techniques* 69 (3d ed. 2015), https://bit.ly/3SaIKWV | 33 | 063-066 |
| Somerset Record Society, Vol. XX, at 332 (1904) | 51 n.64 | 067-070 |
| R. Blake Stevens & Edward C. Ezell, *The Black Rifle: M16 Retrospective* 24 (1994) | 45 | 071-074 |
| The Conductor generalis: or, The office, duty and authority of justices of the peace, high-sheriffs, under-sheriffs, coroners, constables, gaolers, jury-men, and overseers of the poor. As also, the office of clerks of assize, and of the peace, &c. Compiled chiefly from Burn's Justice, and the several other books, on those subjects, by James Parker, late one of the justices of the peace for Middlesex County, in New-Jersey; and now revised and adapted to the United States of America, by a gentleman (Albany: 1794) | 56 n.68 | 075-076 |
| Adam Winkler, *Gunfight* 113, 115, 117, 221 (2011) | 42, 52-54, 72 | 077-085 |

4

| **LAW REVIEWS AND JOURNALS** | | |
|---|---|---|
| Joseph Blocher & Reva B. Siegel, *When Guns Threaten the Public Sphere: A New Account of Public Safety Regulation Under Heller*, 116 Nw. U. L. Rev. 139, 181 (2021) | 72 | 087-150 |
| Philip J. Cook, *Regulating Assault Weapons and Large-Capacity Magazines for Ammunition*, 328 J. Am. Med. Ass'n 1191, 1192 (2022), https://bit.ly/3eaZZcE | 71 n.74 | 151-152 |
| John Forrest Dillon, *The Right to Keep and Bear Arms for Public and Private Defence*, 1 Cent. L. J. 259, 285, 287 (1874), https://guncite.com/journals/centlj.html | 49 | 153-159 |
| Cass R. Sunstein, *On Analogical Reasoning*, 106 Harv. L. Rev., 741, 773 (1993) | 18 | 160-197 |
| Darrell A.H. Miller & Jennifer Tucker, *Common, Use, Lineage, and Lethality*, 55 U.C. Davis L. Rev. 2495, 2508 (2022) | 44 | 198-212 |
| M. Manring et al., *Treatment of War Wounds: A Historical Review*, 486 Clinical Orthopaedics & Related Research 2168, 2175 (2009) | 45 n.60 | 222-245 |
| Robert J. Spitzer, *Gun Law History in the United States and Second Amendment Rights*, 80 Law & Contemporary Problems 55 (2017) at 69 | 65 | 246-274 |
| **LEGISLATIVE MATERIALS AND GOVERNMENT RECORDS** | | |
| Bureau of Alcohol, Firearms, Tobacco and Explosives, *Firearms Commerce in the United States, Annual Statistical Update 2021*, at 16 (2021), https://bit.ly/3y3krmI | 27 n.33 | 276-303 |
| Bureau of Alcohol, Firearms, Tobacco and Explosives, National Firearms Act Handbook (2009) (chapter 4), https://bit.ly/3CdReXd | 27 n.33 | 304-305 |

5

Compendium of Works Cited in Defendants' Supplemental Brief in Response to Court Order of August 29, 2022  (3:19-cv-01537-BEN-JLB)

| | | | |
|---|---|---|---|
| Report of Firearms Committee, 38th Conference Handbook of the National Conference on Uniform State Laws and Proceedings of the Annual Meeting 422–23 (1928) | | 65 n.72 | 306-316 |
| U.S. Census, U.S. Adult Population Grew Faster than Nation's Total Population from 2010 to 2020 (estimating the 2020 U.S. adult population to be approximately 258 million), https://bit.ly/3T7csNZ | | 30 n.38 | 317 |
| **NEWS ARTICLES** | | | |
| Julia Rothman & Shaina Feinberg, *This $20 Device Turns a Handgun into an Automatic Weapon*, N.Y. Times, July 1, 2022, https://nyti.ms/3y6LFZG | | 36 n.54 | 319-332 |
| **OTHER SOURCES** | | | |
| 1 Blackstone ch. 1 (1769) | | 50 | 334-343 |
| Heritage Foundation, Defensive Gun Uses in the U.S. (updated Sept. 16, 2022), https://herit.ag/3SLwe1g | | 40 n.58 | 344-345 |
| Eric Hung, *Featureless AR-15 Rifles [California Build Guide]*, PewPewTactical.com, Apr. 13, 2022, https://bit.ly/3STlCgl | | 28 n.35 | 346-375 |
| Kyle Mizokami, *The Marines Are Issuing Silencers to Troops Around the World*, Popular Mechanics, Jan. 1, 2021, https://bit.ly/3M36bQx | | 33 n.46 | 376-386 |
| Elwood Shelton, *Best AR-15 Options for Any Budge and Buyer's Guide* (2022), Gun Digest, June 10, 2022, https://bit.ly/3SFQAJm | | 28 n.35 | 387-405- |
| Alain Stephens & Keegan Hamilton, *The Return of the Machine Gun*, The Trace, Mar. 24, 2022, https://bit.ly/3E6FzMB | | 36 n.54 | 406-413 |

Compendium of Works Cited in Defendants' Supplemental Brief in Response to Court Order of August 29, 2022  (3:19-cv-01537-BEN-JLB)

Case 3:19-cv-01537-BEN-JLB   Document 151-8   Filed 10/21/22   PageID.14123   Page 7 of 18

2176    Manring et al.                                                         Clinical Orthopaedics and Related Research

theaters, reported in 1944 that 25,000 soft tissue wounds from battle in North Italy had been closed based solely on appearance, with only a 5% failure rate [28]. Cleveland and Grove [32], in a series of 2293 closures over compound fractures in patients evacuated to Britain, found 93% of wounds healed successfully when judged in this fashion instead of relying solely on cultures.

In Korea, combat medics worked effectively to resuscitate wounded before they were transported by helicopter and truck. Pressure dressings were applied as a first resort to control bleeding; guidelines stated tourniquets should be used only if pressure dressings were not sufficient. Fractures were splinted and wounded extremities immobilized. The medic may have begun antibiotic therapy if the casualty could not be transported for 4 to 5 hours. Blood was transfused before evacuation [128]. Extremity wounds were débrided and left open and fixed with Küntscher wires and plaster [5].

During the Vietnam War, semiautomatic rifles with high-velocity rounds caused considerable soft tissue damage, complicating wound care. Patients frequently sustained multiple wounds from bursts of automatic fire or booby traps. Surgeons could receive patients as early as 1 to 2 hours after wounding [60, 96], although in reality conditions during combat often delayed evacuation and resulted in an arrival time of 4 to 6 hours after wounding. On arrival, the patient was infused with Ringer's lactate and antibiotics. The wound was débrided and lavaged and packed open with occlusive dressings. Patients with fractures and vascular injuries typically were treated by vascular and orthopaedic specialists. Fractures were treated by reduction and initial traction or casting depending on the severity of the wounds. Secondary closure of the wound usually could be accomplished in 7 days. Wounds with massive soft tissue damage were covered with occlusive dressings or a mesh graft. Innovations included increasingly sophisticated vascular repair and treatment of hypovolemic shock [115].

The nature of wounds sustained by service members in Iraq and Afghanistan has been transformed by suicide bombers, and Improvised Explosive Devices (IEDs) have contributed to limb amputations as a result of massive tissue damage from explosives. In Iraq and Afghanistan, resuscitation begins on the battlefield (Level I) and continues during transport. Tourniquets and advanced hemostatic dressings, such as HemCon® (HemCon Medical Technologies, Inc, Portland, OR) and QuikClot™ (Z-Medica, Newington, CT), also are used in the field. Depending on battle conditions, the wounded may reach a Level II or Level III facility in 30 to 90 minutes [126]. Care at Level II facilities is limited to damage control, such as the placement of vascular shunts and stabilization, whereas Level III facilities can provide definitive repair of arterial and venous injuries using autologous vein, with a goal of definite repair of vascular injury before evacuation from Iraq [119]. Once at the Level IV or V facilities, wounds are evaluated and definitive fixation of injuries occurs. When limbs can be saved, internal and external fixation methods are incorporated. Fracture patterns and the extent of the soft tissue injuries dictate fixation type. External fixation is used when an extended amount of time is needed for repeated débridement. A combination of internal and external fixators is used with injuries to upper extremities. Tibia fractures frequently require external fixation, whereas femur fractures generally are treated with intramedullary rods. In the case of lower extremity periarticular fractures, a combination of internal and external fixation often is useful. Free flaps and rotational flaps are used to provide soft tissue coverage, along with the relatively new innovation of secondary-intention wound granulation through vacuum-assisted closure dressings and hemostatic bandages [3].

**Surgical Techniques and Technology**

Amputation has been performed since ancient times, as observed by Peruvian votive figures and Egyptian mummies. Hippocrates advocated amputation of gangrenous limbs, although he advised removing them through, not above, the gangrenous area [84]. The Roman Celsus (circa 3–64 CE) later observed the border between healthy and sick tissue was the proper demarcation line [84]. Before the invention of gunpowder in the 14th century, wounds were caused by cutting, stabbing, and blunt force, and the injured often lived without major surgical intervention. As musculoskeletal injuries from shot and cannon grew more complex, surgeons gained greater experience with the art of amputation.

As noted above, the French surgeon Paré found "seething oil" need not be used in cauterizing wounds. More important was his observation that bleeding after amputation could be stopped by ligating blood vessels instead of applying red-hot irons. He developed a procedure for tying off veins and arteries that made thigh amputations possible. He published his technique in 1564, imploring surgeons to abandon entirely "the old and cruel way of healing" with cautery [7]. Using Paré's methods, limb amputation remained the most common treatment for extremity wounds, as it transformed a complex wound into a simple wound with a better chance of recovery. Throughout his long career, Paré served in at least 17 military campaigns and was personal surgeon to four kings of France. During the Battle of Metz, the besieged French soldiers allegedly exclaimed, "We shall not die even though we are wounded. Paré is with us" [53]. His

conservative methods revolutionized care and likely spared thousands from suffering [73].

The normal practice through the 16th and 17th centuries was the single circular cut. Through the 18th century, the treatment of wounds had advanced little since Paré, until two innovations by Jean Petit (1674–1750). Petit introduced the two-stage circular cut, in which the skin was transected distal to the planned level of amputation and pulled up. The muscles and bone then were cut at the same level proximally. This technique was adopted and refined by English, Austrian, and Prussian surgeons [92, 125]. Petit's second contribution was the modified tourniquet, with a screw to adjust tension, making bleeding during an amputation manageable (Fig. 6) [60]. During the late 17th century, English and German surgeons also began to experiment with soft tissue flaps to cover the bone, a technique used routinely by England's Robert Liston (1794–1847) by 1837 [91].

One of the ongoing controversies regarding amputation throughout history was timing the procedure. Britain's John Hunter, in line with his conservative approach, advised against amputation on 18th century battlefields, believing more time was needed for inflammation (what we now know as septic contamination) to ease before surgery [67]. In contrast, France's Larrey urged immediate intervention. He ordered primary amputation within 24 hours for all ballistic wounds with injuries to major vessels, major damage to soft tissue, and comminuted bones. He also performed complete débridement to provide the best possible stump and advised leaving the stump end open, covered only with a light bandage [84]. Although largely known for his organizational skills, Larrey was one of the most accomplished surgeons of his time and certainly must have been among the fastest, as he is credited with performing 200 amputations in a 24-hour period during the Battle of Borodino (1812) [61]. He also performed the first successful disarticulation of the hip [84].

The Crimean War was the first major conflict in which chloroform was widely used as an anesthetic [33]. Although ether had been used on a limited scale by the US Army in the Mexican-American War [1, 72] (1846–1848) and by the Imperial Russian Army during a pacification campaign in the Caucasus region [95], the inherent flammability made its utility questionable in a battlefield hospital. News of anesthesia's successful application in battlefield surgery profoundly influenced its increasing acceptance in civilian settings [95]. An additional innovation was the use of plaster of Paris as a support for broken bones [140].

During the US Civil War, amputation was the most common surgical procedure for the 60,266 Union patients who sustained gunshot fractures [123]. Mortality for amputation of the lower limbs overall was 33%, and above the knee it increased to 54% [123]. Although surgeons of the era were aware of flap techniques and some Union surgeons used them [84], circular amputations were preferred for better control of hemorrhage [56] and were performed at the level of injury to preserve length. At the beginning of the war, Samuel Gross (1805–1884), Professor of Surgery at Jefferson Medical College, noted amputation was more likely to be successful if performed as soon after injury as possible, at least 12 to 24 hours after injury [104]. Wartime experience proved this observation as the fatality rate of patients with 16,238 amputations of upper and lower extremities by primary amputation (within 48 hours of wounding) was 23.9% compared with a 34.8% mortality rate among patients with 5501 intermediate amputations (between 2 days to a month) and 28.8% for patients with secondary amputations (after a month) [104]. He cautioned against procrastination, urging surgeons to decide on the course of treatment using the best information available [104]. Before the war, few American surgeons would have attempted to operate on major blood vessels, but by the war's end, thousands of physicians were



**Fig. 6** Jean Petit's screw tourniquet offered a more practical means to control bleeding during amputation. This engraving from 1718 shows a leg with the tourniquet attached and vignettes of the tourniquet apparatus. (Courtesy of the National Library of Medicine, Washington, DC.)

Compendium_Supplemental Brief
Page 231

experienced in tying an artery [124]. Surgeons made early attempts at open reductions or excisions, albeit with a 27% fatality rate, despite the fact that the majority of cases were performed on upper extremities. Sixty-six complex hip disarticulations were performed, with an 88% mortality rate for primary amputations, 100% for intermediate amputations, and 55.5% for secondary amputations (Fig. 7) [104]. Anesthesia was used extensively. Surgeons used chloroform in approximately 75% of cases in which anesthesia was used; ether or a mixture of ether and chloroform was used in other cases.

Military surgeons were quick to adopt the use of radiographs after Wilhelm Conrad Roentgen's (1845–1923) discovery of xrays in 1895 [81]. Only 5 months later, Italian physicians in Naples used radiographs to locate bullets in soldiers wounded during their country's invasion of Abyssinia (modern Ethiopia) [30]. During the Greco-Turkish War of 1897 (also known as the Thirty Days' War), German (on the Ottoman side) and British (on the Greek side) physicians used the new technology [30]. Less than 3 years later, during the Spanish-American War, the US Army placed xray machines onboard three hospital ships in the theater of operations [10]. Surgeons no longer were compelled to locate bullets by probing, improving antiseptic practice, and radiographs revealed the nature of fractures in detail previously unimaginable [43]. Despite the radiograph's revolutionary role, and its rapid incorporation into US military medicine during the war, the teaching and practice of radiology among military physicians languished until 1917, when the leadership of the American Roentgen Ray Society successfully petitioned the War Department to create 10 centers for physician and technician training [30].

As Paul Dougherty noted, the American Expeditionary Force's relatively late involvement in World War I led to reliance on the experience of the British and French physicians on the Allied side [37]. During the war, a Belgian surgeon, Antoine Depage (1862–1925), realized the current approach of minimal wound exploration and primary closure was insufficient. He believed dead tissue led to infection and must be removed, and infection decreased if the wound were left open to air for a time. Antiseptics were an essential part of wound care but could not replace thorough débridement and removal of foreign material [66]. After poor results from primary closure early in the conflict, Allied surgeons began using the open circular technique with better results and flaps constructed to ease closure. Most frequently, wounds were left open for 24 to 48 hours and then closed if bacterial counts were low and the wound's appearance indicated it was not infected. If higher bacteria counts were detected, the wound was re-opened and irrigated with Dakin's solution (see below). Delayed closure also allowed surgeons to experiment with other surgical techniques, such as leaving bone fragments in place in patients with compound long-bone fractures. A half century of improved surgical and antiseptic techniques meant, from the time of the Civil War to World War I, the rate of major amputations as a percent of all battle injuries had decreased from 12% to just 1.7% [114]. Postoperative care also was improved, as seven amputee centers were established across the country to provide specialized surgery, therapy, and prosthetics [37].

US entry into the conflict required the mobilization of thousands of surgeons who had limited experience with wartime amputation. A review of amputations of casualties at Pearl Harbor showed infections from early primary closure of the stump, open amputations performed at a higher level than necessary, and failure to provide skin traction [109]. In 1943, Kirk, a veteran of World War I and expert on amputations, became the first orthopaedic surgeon to serve as surgeon general. Kirk's published recommendations before his appointment were essentially the same as Army guidelines, emphasizing the open




**Fig. 7A–B** (A) A drawing depicts a successful secondary amputation at the right hip in a Union soldier, circa 1864. (Courtesy of Otis Historical Archives, National Museum of Health and Medicine. Armed Forces Institute of Pathology, Washington, DC.) (B) Another drawing shows hospital gangrene of an arm stump. The private, who was wounded by a Minié ball, was imprisoned in Richmond, VA, on July 4, 1863. (Courtesy of Otis Historical Archives, National Museum of Health and Medicine, Armed Forces Institute of Pathology, Washington, DC.)

Compendium_Supplemental Brief
Page 232

Volume 467, Number 8, August 2009    Treatment of War Wounds   2179

circular technique, where skin and soft tissues are left slightly longer than the bone, and double ligation of blood vessels and delayed plastic closure [85]. Amputation was to be performed at the lowest level of viable soft tissue to preserve length for further revision surgery. If the patient was not to be moved, flaps could be constructed to allow for closure later. Skin traction was required after surgery through evacuation. There were some variations from theater to theater with time regarding whether sulfa powder would be applied to wounds, and the practice was abandoned by D-Day (see below) [37]. US military guidelines changed as circumstances warranted. For example, before the invasion at Normandy in June 1944, surgeons destined for the European theater were instructed they would be allowed to use either the open circular method or the true guillotine (in which fat, muscle, and bone were divided at the same level). Just a month after the landing, based on real-time experiences, only the former technique was recommended. Likewise, earlier in the war, Vaseline gauze was used to dress the wound; by 1944, fine-mesh gauze was mandated to allow for better drainage [37]. As during World War I, the Army and Navy established specialized centers in the United States to provide for amputee's postmilitary rehabilitation (The centers have continued through today in the Armed Forces Amputee Patient Care Program, with facilities in Washington, DC; San Antonio, TX; and San Diego, CA.) [114].

Fracture care also evolved during World War II. Early methods of external fixation, using pins and plaster rather than the complex devices seen today [4], had become more widespread in civilian settings in the 1930s and initially were used by the US Army and Navy overseas. However, many military physicians were still inexperienced in the management of fractures by external fixation, and of the 25 patients treated with external fixation in the Mediterranean theater, four had infections develop, and a fifth experienced "bowing and slough at the pin site" [38]. Discouraged by early results, the US Army under Kirk's leadership did not use external fixation for most of the war, even as Navy physicians reported good results [129]. Through the conflicts in Vietnam and Korea, the US Army prohibited the use of external fixation, even in the treatment of massive soft tissue wounds. Instead, from the end of World War II until the early 1970s, functional casting was the official technique for managing long-bone fractures [127]. The US Army's objections to external fixation meant that a generation of orthopaedic surgeons had no opportunity to learn the practice in wartime. A 1950 survey by the American Academy of Orthopaedic Surgeons showed that only 28% of respondents believed external fixation had a role in fracture management [130].

A major innovation in the treatment of fractures came from a German surgeon, Gerhard Küntscher (1900–1972), who in the late 1930s developed the practice of intramedullary nailing for long-bone fractures. The onset of war in 1939 prevented the dissemination of Küntscher's techniques to Western Europe or the United States, but American surgeons became aware of his work from captured Allied airmen treated by intramedullary nailing during captivity. The procedure was controversial among US surgeons and was not used until the Korean War [39]. Brav and Jeffress [16] reported good results from intramedullary nailing on eight patients with femoral fractures from gunshot wounds but recommended it be reserved for patients who did not respond to traditional traction and suspension. Intramedullary nailing gained gradual (sometimes grudging) acceptance in civilian practice through the 1960s and 1970s [26], and in the 1990s was the subject of renewed interest with improvements in implants and technique [142].

One of the most notable contributions of Surgeon General Kirk's leadership was the recruitment of his long-time colleague, A. Sterling Bunnell, MD (1882–1957) (Fig. 8), to create the US Army Hand Centers in late 1944. While touring stateside hospitals, Kirk had become alarmed by the



**Fig. 8** Sterling Bunnell, MD, had completed the first edition of *Surgery of the Hand* [20] when called on by Surgeon General Kirk to create US Army Hand Centers in 1944. His work, particularly in training dozens of protégés, laid the foundation for the subspecialty of hand surgery. (Courtesy of Sterling Bunnell Memorial Library, Health Sciences Library, California Pacific Medical Center, San Francisco, CA.)

 Springer

Case 3:19-cv-01537-BEN-JLB   Document 151-8   Filed 10/21/22   PageID.14127   Page 11 of 18

2180    Manring et al.                                                                  Clinical Orthopaedics and Related Research

lack of efforts to salvage crippled hands. Posttrauma care of hand wounds was provided routinely by various specialists: orthopaedists, plastic surgeons, and neurosurgeons. Bunnell, who had just finished the first edition of his huge work, Surgery of the Hand [20], seized the opportunity to create the specialty of hand surgery [25]. At the 10 hand centers he directed, young physicians, many of them just out of surgical training, developed most of the techniques still used today: tendon transfer, nerve repair, skin grafts, arthrodesis, and osteotomy [18, 21, 25]. One of those physicians, Paul Brown, pioneered the use of Kirschner wires to provide fixation for closed and open complex hand injuries; his techniques are still used today [19].

Vascular surgery, an experimental procedure during World War II, became routine in Korea as Edward J. Jahnke (born 1923) trained surgeons to use the procedure, reducing the amputation rate attributable to vascular injury from 49.6% during World War II to 20.5% during the Korean War [139].

As the care of the wounded became routine, surgeons began to devote their attention to cases that would have resulted in certain death in previous wars. A Renal Insufficiency Center, complete with a Kolff-Brigham Artificial Kidney, treated 51 patients at the 11th Evacuation Hospital in Korea [73]. Improved resuscitation and transport meant 0.5% of patients suffering from shock who would have died lived long enough to suffer acute renal failure because of fluid volume overload and/or myocardial potassium intoxication [87]. The mortality rate among these patients was reportedly as high as 90% [135]. When dialysis was introduced in 1951, the mortality rate later decreased to 53% [27]. Studies between the Korean and Vietnam conflicts showing the importance of fluid balance during shock informed changes in practice that led to a reduced incidence of renal failure (0.17%) in Vietnam casualties [23, 35]. Generally, dialysis was effective for patients with major musculoskeletal injuries who otherwise were healthy; acute renal failure occurred mostly in patients who had multiple complications after wounding [143].

In both World Wars and Korea, artillery was the deadliest threat to soldiers. In Vietnam, because the enemy had relatively little heavy weaponry, most injuries were caused by machine gun fire, mines, and booby traps. As a consequence, the rate of major amputations as a percentage of all battle injuries actually increased to 3.4% from 1.4% in Korea and 1.2% in World War I [114]. Blast injuries, often from beneath the injured soldier, caused deep penetration of foreign material into the thigh and often hips and knees. After battlefield evacuation, usually by helicopter, surgeons evaluated the wound, and the decision to amputate was made by an orthopaedic specialist. The open-flap amputation was the preferred procedure, with delayed closure, although the circular method also was allowed.

Amputation was performed at the most distal point, with all nonviable tissue débrided [8]. Although experience from previous wars and official recommendations called for continuous skin traction, a 1970 study of 300 amputees indicated only 44% had been treated with some form of skin traction [145]. Pins and plaster were applied before evacuation to a stateside hospital.

Colonel Norman Rich (born 1934), chief of surgery in a MASH unit in Vietnam's central highlands, pioneered venous repair for military trauma, increasing the chance of saving badly wounded legs [121, 122]. On his return to the United States, he established the Vietnam Vascular Registry, which has records from more than 7500 cases and still is used today [117, 147].

In today's military, enhanced body armor and modern resuscitation have increased survival rates for patients with blast wounds that previously would have been fatal. This positive development poses a challenge for surgeons treating the wounded from Afghanistan and Iraq, particularly in the realm of limb salvage. Owens et al. [107] studied 1281 wounded from 2001 to 2005. The soldiers sustained 3575 extremity combat wounds, with 53% penetrating soft tissue wounds and 26% (915) fractures. Open fractures comprised 82%, or 758, and were evenly distributed between the lower and upper extremities. Three-quarters of the injuries were caused by explosive devices [107].

The care of patients who have sustained IED wounds is complex; trauma, burns, blood loss, devitalized tissue, and embedded fragments of the explosive along with rocks, dirt, glass, and debris can be present. Damage control resuscitation performed by military surgeons recognizes a successful outcome depends on more than merely treating the wound. Blood chemistry needs to be stabilized, hypothermia must be prevented, and systolic blood pressure maintained at 90 mm/Hg, in addition to controlling bleeding, removing foreign bodies, débridement, and fracture fixation [100].

Current guidelines no longer call for circular amputation but (as in the past) emphasize the need to preserve maximum length for later preservation. The patient undergoes thorough surgical débridement within 2 hours of injury and redébridement every 48 to 72 hours through evacuation. No viable tissues are removed, and the level of soft tissue injury (not the fracture) determines the amputation level. Wounds are left open through transport; no skin traction is used because of the relatively short evacuation time, although negative pressure dressings have been used at sites along evacuation routes to the continental United States [64]. Once stateside, the patient is evaluated, and débridement is continued until the wound is ready for delayed closure. A now greatly expanded rehabilitation program, with the aid of prosthetic devices using digital

technology, assists amputees in their return to civilian life or, in at least 30 cases so far, to active duty [47, 64].

## Blood Transfusion

The Austrian Karl Landsteiner (1868–1943) and coworkers described blood types A, B, and O in 1901, and the AB blood group in 1902 [149]. Subsequent blood typing greatly reduced the potential complications of blood transfusion. Expanded transfusion offered the promise of preventing many fatalities of war caused by or complicated by blood loss. It also posed medical and logistic challenges to military caregivers.

The British Army began routine use of blood transfusion for treatment of combat casualties. In 1916, surgeons performed direct transfusions on patients whose conditions were considered desperate. Of the 19 casualties it was tried on, 15 died. Despite the inauspicious start, surgeons with the British Second Army routinely performed direct transfusions on patients using a syringe cannula technique. In November 1917, American surgeon Captain Oswald Robertson (1886–1966) concluded it would be better to stockpile blood before the arrival of casualties. He collected 500 mL of blood from each donor and stored it in an icebox to be administered to a patient 10 to 14 days later. Blood could be stored and transported to be administered at casualty clearing stations close to the front, creating the first blood bank [82].

Despite the lessons of World War I, many surgeons still believed shock was caused by inadequate arterial pressure rather than inadequate capillary perfusion. Although the British had entered the war with large quantities of blood and plasma and Charles Drew (1904–1950) of the American Red Cross had developed an international blood collection and distribution system for the Blood for Britain campaign of 1940 [50], the US Army had no blood banks, and when blood was given, it was only in small amounts (100–150 mL) [59]. After heavy losses in North Africa, military surgeons recommended a blood bank be instituted. However, the Surgeon General's office balked, citing logistic concerns and stating plasma was adequate [59]. Under the leadership of US Surgeon General Kirk, an organized system to provide whole blood transfusions instead was developed by army field hospitals in 1943 and 1944. By the second half of 1944, with huge numbers of soldiers in the field across Europe and in the Pacific, army policy finally changed to provide air shipments of whole blood from the United States. By March 1945, the army was shipping 2000 units a day (Figs. 9, 10) [68]. The system was implemented rapidly, was highly efficient, and doubtless saved thousands of lives but was completely dismantled by the onset of the Korean War.



**Fig. 9** In a hastily constructed tent on Okinawa, US 10th Army medics complete a cast on a soldier wounded by shell fragments. Assistants, meanwhile, administer blood plasma. This photograph was taken on April 9, 1945. (Courtesy of Otis Historical Archives, National Museum of Health and Medicine, Armed Forces Institute of Pathology, Washington, DC.)



**Fig. 10** Blood plasma is given to the wounded at a medical station near the front line somewhere in the South Pacific during World War II. (Courtesy of Otis Historical Archives, National Museum of Health and Medicine, Armed Forces Institute of Pathology, Washington, DC.)

At the outbreak of fighting in Korea, with the US military in rapid retreat, collections stateside were shipped to the 406th General Medical Laboratory in Tokyo. Type O was greatly preferred to eliminate the need for cross-matching, specialized technicians, and larger stocks. According to the Armed Services Blood Program (ASBP) records, only four major hemolytic reactions resulting in acute renal failure were reported of approximately 50,000 transfusions in 1952. All four were attributable to locally



acquired blood. The most lasting legacy of the Korean War regarding blood transfusion may be the introduction of plastic bags rather than glass bottles, better enabling preparation of components and, by eliminating breakage, ensuring more units reached troops. The Military Blood Program (today's ASBP) was established in 1953 [2].

US military blood programs reflected the experience in Korea during the early years of engagement in Vietnam. Approximately every 10 days, units of Type O blood were shipped from Japan [83]. As the American military commitment grew by April 1965, the Army established a central blood bank in Saigon, with four subdepots across the country, and greatly broadened the collection of blood to reduce shortages. Every unit used to support the war was donated voluntarily by military personnel, dependents of military personnel, and civilians working on military bases—approximately 1.5 million donors and 1.8 million units of blood. For the first time, forward medical units received all four types of blood. The ASBP coordinated collection stateside, and blood was processed at McGuire Air Force Base in New Jersey before shipping to Vietnam. Blood also was collected from volunteers representing all services in Okinawa, Japan, and Korea and distributed by the 406th Mobile Medical Laboratory in Saigon [14].

After Vietnam, the US military maintained its capacity to collect, package, and transport blood. Improvements in anticoagulants and technology to freeze blood greatly enhanced its efforts. During the 1991 Gulf War, the ASPB shipped more than 100,000 units to troops in theater and currently operates 21 donor centers and 81 transfusion centers in the United States, Europe, and Asia [2].

**Infection and Antibiotics**

In the 18th century, infection control was not considered an issue, because physicians assumed disease was caused by an imbalance of humors rather than microbes. However, surgeon Charles Gillman, after accidentally spilling rum on the badly infected hand of a soldier wounded in the Battle of Harlem (1776), noted the infection resolved rapidly, an observation consistent with Hippocrates' recommendation to use wine to irrigate a wound [116]. Yet, the practice was never adopted by the Continental surgeons.

Gunshot wounds continued to be treated as inherently infected by gunpowder until Hunter published his *Treatise on Blood, Inflammation, and Gunshot Wounds* [75] in 1794. He argued a bullet wound should be treated like any other wound [54], although he cautioned against wound exploration, débridement, and splinting. Physicians throughout the late 18th and early 19th centuries continued to experiment with various compounds to prevent the spread of infection in patients with compound fractures, including wood tar, chlorine, tincture of benzoin, silver nitrate, and various alcohol solutions [116].

The Civil War famously showed the value of sanitary practices, or the consequences of their absence. Contrary to popular belief, surgeons usually washed, but did not disinfect, their hands and surgical instruments. The surgeon typically operated bare-handed, wearing his regular uniform or civilian garb protected by a butcher's apron. Surgery generally was performed outdoors to take advantage of sunlight. The aseptic environment of 21st century hospitals was not even a concept during the Civil War [15]. Suppuration still was regarded as a sign of proper healing rather than a risk for pyemia [12, 13]. Even so, death was more likely to come from a camp-acquired disease than from a battlefield wound. Of the generally accepted number of approximately 620,000 deaths among Union and Confederate forces, about two thirds resulted from disease, most prominently dysentery and typhoid [104].

The most feared wound infections were erysipelas, presumably attributable to Streptococcus pyogenes, and hospital gangrene. Physicians did not agree on the cause or treatment for erysipelas, which carried a mortality rate of 8%. The battle against hospital gangrene and its 60% mortality rate [96], however, produced one of the rare antiinfection victories of the war. In 1863, the Union medical officer Middleton Goldsmith (1818–1887), stationed in Louisville, KY, reported the results of a treatment protocol that called for débridement of all necrotic tissue and application of a mixture of bromine, bromide of potassium, and water applied to dressings. Of his 308 patients treated in this fashion, only eight (2.6%) died [49]. Bromine was used widely thereafter to treat gas gangrene, although surgeons were never sure if it was effective [104, 116]. Carbolic acid and sodium hypochlorite also were used to treat established gangrene, but not as prophylaxis [96].

The Spanish-American War was the first major American military encounter since the introduction of Lister's antiseptic technique (1867) and the acceptance of the germ theory of disease, as observed by Robert Koch (1843–1910) in 1882. Mortality rates decreased with the use of antiseptic dressings in the field and antiseptic/aseptic surgical techniques in hospitals, although sterile technique had not developed to the point that gloves and masks were used [34, 36]. Surgeons began to associate wound shock with sepsis and administered a saline solution subcutaneously or rectally to hydrate their patients [59]. These innovations almost halved the mortality rates (compared with the Civil War) to 7.4% of the 1320 patients treated for gunshot wounds, with only 29 cases treated by amputation [22].

Trench warfare during the First World War had several consequences. Soldiers were entrenched in farm fields fertilized with manure, which was rich with anaerobic

organisms to infect wounds. Static warfare allowed for fixed lines of communication, which with motorized ambulances reduced evacuation time [47]. Machine guns and high-explosive shells caused massive wounds and extensive soft tissue damage. The practice of débridement and delayed primary closure was adopted by US surgeons during the war and all but eliminated the need for amputation as a prophylaxis against infection. It also allowed surgeons to experiment with other surgical techniques, such as leaving bone fragments in place in patients with compound long-bone fractures [31].

In December 1915, French surgeon Alexis Carrel (1873–1944) and English chemist Henry Dakin (1880–1952) perfected a technique of irrigating wounds with antiseptic Dakin's solution (diluted sodium hypochlorite and boric acid) administered through perforated rubber tubing (Figs. 11, 12). Only after the wound had been disinfected thoroughly was closure attempted. Carrel and Dehelly described the successful treatment of various wounds—fresh, phlegmonous, gangrenous, and suppurating—all of which were disinfected and closed within 20 days [24]. Alexander Fleming (1881–1955) noted an initial benefit to the use of topical solutions, such as carbolic acid, perchloride/biniodide of mercury, boric acid, and hydrogen peroxide, but concluded antiseptics had a longer-term negative effect on healing and advised the surgeon to rely "on his skill alone" [44]. Although Dakin's solution fell into disfavor after the war, some contemporary surgeons have called for a reevaluation of its potential usefulness [93].

Fleming also contributed an early description of the bacteriology of combat wounds. He noted the initial watery, odiferous, red-brown drainage and the presence of anaerobes and streptococci. A week later, in a second phase, the drainage was less bloody and foul-smelling, growing in purulence. Approximately 3 weeks after wounding, in the third phase, streptococci and staphylococci proliferated, as indicated by blood cultures [43].

The equine tetanus antitoxin had been discovered in 1890 and was first distributed on a large scale by British physicians during late 1914. Cases of tetanus decreased from nine per 1000 wounded in September 1914 to 1.4 per 1000 wounded by December 1914 [46]. By the end of World War II, the toxin and its administration were improved to a point that of more than 2.7 million hospital admissions for patients with wounds, only a dozen cases of tetanus were reported [88].

Dissatisfaction with the cumbersome Carrel-Dakin treatment led to its abandonment. During the Spanish Civil War, Josep Trueta (1897–1977) used a closed plaster method to treat 1073 patients with open fractures, with only six deaths and four subsequent amputations. The wounded area was cleaned thoroughly and débrided. The open wound was wrapped in gauze; the fracture was reduced and then immobilized with plaster [137, 138]. More than 20,000 patients were treated with this method during the war [10].

In a previous review of military medicine, RM Hardaway, who treated many of the wounded after Pearl Harbor, met with a team sent by the Army Surgeon General after the attack:

> They were amazed at the uniformly well-healed wounds and asked how we treated them. We explained that we did a careful débridement, irrigated the wounds, sprinkled in a little sulfa power (which we had in salt shakers); left the wounds open and



**Fig. 11** A tube is inserted in the leg of an American soldier wounded in World War I, providing irrigation of the knee with Dakin's solution. (Courtesy of Otis Historical Archives, National Museum of Health and Medicine, Armed Forces Institute of Pathology, Washington, DC.)



**Fig. 12** A US soldier receives treatment in June 1919 via an irrigation tube for Dakin's solution. (Courtesy of Otis Historical Archives, National Museum of Health and Medicine, Armed Forces Institute of Pathology, Washington, DC.)

🖄 Springer

performed a delayed primary closure after three days. The immediate reaction was "that sulfanilamide powder is wonderful," missing the point that the débridement and delayed primary closure were the main reason for the clean, uninfected, healed wounds [58].

The Surgeon General recommended sulfa powder be included in all first-aid packets, but instead of being sprinkled, it often was dumped in a lump and thus was ineffective, particularly in wounds that had not been cleaned properly and débrided [58]. By 1944, sulfa powder no longer was issued to soldiers or medics.

Fleming discovered penicillin in 1928, but it was not until 1939 that an Oxford pathologist, Howard Florey (1898–1968), and his team showed its usefulness in vivo. Penicillin was not used successfully for treatment of a patient until March 1942 [17]. In November 1942, it was first administered to US troops wounded during an assault in Oran, Africa [96]. By then, with British manufacturing dedicated to the production of munitions, development of penicillin for mass production was focused in Peoria, IL, by the US Department of Agriculture, and then later with the US pharmaceutical giants Merck, Squibb, Pfizer, and Abbott. British and American production grew from 21 billion units in 1943 to 6.8 trillion units in 1945 [17]. The first large-scale military use was during the D-Day invasion of Normandy in June 1944. Although penicillin proved effective against Clostridium bacteria, which are responsible for tetanus and gas gangrene, it was considered a safeguard against infection while the surgeons débrided damaged soft tissue. Surgeons usually performed the secondary closure of the wound within 7 days after débridement [57].

In the Korean War, penicillin, usually in combination with streptomycin, remained the most common antibacterial agent used by US military caregivers. The decrease in time from wounding to surgical care thanks to rapid evacuation and MASH units was linked to an impressive reduction in the occurrence of gas gangrene; one study of 4900 wounds revealed a 0.08 incidence of gas gangrene and no mortality attributable to it [74]. Antibiotics were commonly used prophylactically, but at a risk that only became evident in retrospect, as increasingly resistant bacteria were reported from infected war wounds 3 to 5 days after injury [86, 141]. Physicians made a greater effort to identify bacteria and evaluate outcomes of antibiotic strategies. Studies of US wounded showed inadequate débridement to have been the most common cause of infection and prophylactic use of antibiotics was linked to the development of drug-resistant bacteria [141]. A 1951–1952 evaluation of neurosurgical patients in the Tokyo Army Hospital revealed, of 58 isolates from infected wounds, 48 were resistant to penicillin, 49 were resistant to streptomycin, and seven were multidrug resistant [141].

Wound infection data from Vietnam may be misleading. Hardaway, in his classic study of 17,726 patients from 1966 to 1967, found a postoperative infection rate of 3.9%; however, as he noted, the study only included patients managed in Vietnam and not patients whose infections developed or became apparent later after evacuation [60]. The punji stick, a piece of sharpened bamboo placed in the ground, created lower extremity wounds with a 10% infection rate, but few fatalities. Seventy percent of the wounded received antibiotics, usually penicillin and streptomycin, and usually intravenously. Eighty percent of wounds underwent débridement. Again, physicians increasingly found patterns of antibiotic resistance. The 1972 study of Tong [136] of 30 Marines injured in combat tracked bacterial flora in wound cultures at injury, after 3 days, and after 5 days, with blood cultures obtained every 8 hours. A mix of gram-positive and gram-negative bacteria most often were found initially, but the pathogens found in Day 5 cultures were mostly gram-negative, most predominantly Pseudomonas aeruginosa. All bacteria from blood cultures were resistant to penicillin and streptomycin [136]. The 1968 study of Kovaric et al. [86] of 112 cultures identified resistant strains of Enterobacter aerogenes, Staphylococcus aureus, Pseudomonas aeruginosa, and Escherichia coli.

During the US engagement in Vietnam, military physicians pioneered the use of pulsatile lavage to reduce bacterial and other contamination and to remove necrotic tissue from crush wounds [80]. Oral surgeons were first to use a modified Teledyne WaterPik® (Teledyne Technologies, Inc, West Los Angeles, CA) to decontaminate facial wounds; orthopaedic surgeons then adapted the instrument and technique to irrigate and débride extremity wounds [52]. Also during the war, a considerable amount of research focused on topical antiseptics for treatment of open wounds and burns. In 1962, a combination of Sulfamylon® (mafenide acetate; UDL Laboratories, Inc, Rockford, IL) and penicillin was used in an animal study to treat massive wounds infected with Clostridium perfringens [94]. The acidosis associated with absorption of the drug led to its later emergence as an ointment (Silvadene®; silver sulfadiazine; Aventis Pharmaceuticals Inc, Bridgewater, NJ), a useful antibacterial agent for burn wound treatment. However, topical antibiotics remain controversial and have yet to become a standard of care in military or civilian medicine. Murray et al. [96] reported only approximately 2% of the wounded in Vietnam were treated with topic antibiotics.

In Iraq and Afghanistan, broad-spectrum antibiotics generally are not administered during early treatment.

Antibiotic therapy is directed by cultures taken on admission to US military hospitals. In addition to methicillin-resistant Staphylococcus aureus, other resistant strains of pathogens have been found in US war wounds [97, 148]. One survey of infections from Combat Support Hospitals in Iraq during 2003 to 2004 showed bacteria most commonly isolated from clinical infections in US troops were coagulase-negative staphylococci, accounting for 34% of isolates, Staphylococcus aureus (26%), and streptococcal species (11%). The 732 cultures obtained from the predominantly Iraqi population included mostly gram-negative bacteria, Klebsiella pneumoniae (13%), Acinetobacter calcoaceticus-baumannii complex (11%), and Pseudomonas aeruginosa (10%). Gram-negative and gram-positive bacteria were resistant to a broad array of antimicrobial agents [148].

## Discussion

It is reasonable in many ways to view the history of military trauma care as a story of constant progress over the long term. Mortality from all wounds decreased dramatically across the 20th century, from 8.5% among US troops in World War I [36], to 3.3% in World War II [118], to 2.4% in Korea [120], and leveling at 2.6% in Vietnam [58]. Improvements in surgical management stopped the scourge of Clostridium-associated gas gangrene, which had a 5% incidence and 28% mortality among US troops in World War I but had fundamentally disappeared by the Korean War [65]. Likewise, the mortality of patients with abdominal wounds declined from 21% in World War II to 12% in Korea and 4.5% in Vietnam [60]. Although the historical trend is reasonably clear, mortality rates can be deceiving, depending, for example, on how those wounded who quickly returned to action were accounted for statistically and aspects that cannot be quantified easily and that have nothing to do with medical advances. Holcomb et al. [69] calculated the death rate from wounds among US troops in Iraq and Afghanistan as 4.8%, an increase from World War II, Korea, and Vietnam. However, the percentage of those killed in action in Iraq and Afghanistan has actually been lower, 13.8% compared with 20% in Vietnam and World War II [69]. This is likely the result of numerous factors, including improved body armor, tactics, the very nature of the mission undertaken by troops, improved front line medical attention, and prompt evacuation. The speed of evacuation increased dramatically from the horse carts of the 19th century and even the motorized transport of World War I; in World War II, the average time from injury to hospitalization was 12 to 15 hours, but by Vietnam it generally was less than 2 hours. As noted, wounded troops in Iraq and Afghanistan can be transported to a combat support hospital in 30 to 90 minutes.

Still, the path toward today's standard of care was not smooth. Misconceptions regarding wound healing persisted in military and civilian medicine until the age of Lister and Pasteur, and the failure to understand wound shock and substitute unsubstantiated theories in place of knowledge resulted in higher mortality rates in both world wars. Worse yet, the lessons regarding shock and delayed primary closure, learned at great human expense in World War I, had to be relearned by Americans in World War II. Also, for most of the history of warfare, at least until World War II, disease usually killed at a higher ratio than battle wounds: nearly 8:1 in the Napoleonic Wars, 4:1 in the Crimean War, 2:1 in the Civil War, 7:1 in the Spanish-American War, and 4:1 in World War I [29, 132]. In World War II, the ratio decreased to 0.1:1; in Korea and Vietnam, to 0.2:1; and in the 1992 Gulf War, to 0.1:1 [132].

The lessons of the history of military emergency medicine are on display in the current operations in Iraq and Afghanistan. The military has a strategy for care, from the training received by an individual soldier, to his squadron's medic, to the provision of a forward medical corps, to immediate transport for emergency surgery, to eventual transport for definitive care and recovery. It is undoubtedly the best-trained, best-equipped, and fastest system of military trauma care in history. However, today's caregivers in the US Army, Navy, Air Force, and Marines also face challenges peculiar to their time and place.

Of crucial importance is the problem of wound infection. As survivorship has increased, even among patients with devastating extremity wounds that would have been fatal in the past, multidrug-resistant pathogens are complicating recovery [78]. A major concern is that past ill-advised use of broad-spectrum antibiotics for empirical treatment of combat wounds is resulting in selection of more resistant pathogens. Additional study in military and civilian settings is needed to refine protocols for antibiotic prophylaxis on the battlefield. Another ongoing challenge is the need to deal with injuries from high-velocity weapons and IEDs, which result in complex, deep wounds, burns, and blunt trauma and represent more than ¾ of all wounds, according to the Joint Theatre Trauma Registry [108].

Research continues on numerous fronts in this area, much of it under the sponsorship of the federal Orthopaedic Trauma Research Program (OTRP), which has awarded approximately $14 million in funding during its first 2 years [112]. Projects currently funded by the OTRP include studies of prevention and treatment of heterotopic ossification; rabbit and rat models of osteomyelitis to evaluate infected extremity wounds; novel therapies for A baumannii; cellular therapy for rapid bone formation; and strategies for treating bone defects involving mesenchymal

stem cells, antibiotic-impregnated bone cement, and controlled delivery of growth factors [105, 106].

Most recently, a team of military and civilian physicians completed a comprehensive review of data and developed published evidence-based guidelines for prevention of infection after combat-related injuries [71]. These include collection and proper use of cultures, administration of antibiotics within 3 hours of injury, a goal of initial evaluation by a surgeon within 6 hours of injury, use of cefazolin in most cases of extremity injury, use of low-pressure lavage, termination of perioperative antibiotics within 24 to 72 hours after surgery, and guidelines for external and internal fixation. Other priorities for research include the optimal timing for débridement and stabilization, complications that may arise from lengthy air transport, such as hypoxia and anatomic trapped gas that expands at higher altitudes [9, 134], management of segmental bone defects, and multidisciplinary guidelines for treatment of amputees [111].

The experiences of war-time trauma caregivers have had an undeniable impact on civilian practices, with lessons learned in evacuation, wound management, emergency surgery, infection control, and blood banking. Just the same, the capability of combat medical care has always reflected the technology of its time as, for example, wounded were transported by horse-drawn carriages, then trucks, trains, ships, planes, and helicopters. Although war-time physicians experimented with techniques and protocols that eventually contributed greatly to civilian practice, in today's environment of vast federal funding for health research, programs such as the OTRP bring civilian and military physicians together to seek solutions. Throughout modern warfare, medical care has been reorganized to fit the exigencies of the time and the needs of the wounded. Although the tools and skills available today are more advanced than those possessed by Larrey, Letterman, von Esmarch, and their contemporaries, the mission remains the same.

**Acknowledgments**   We thank Adrianne Noe, PhD, and the staff of the National Museum of Health and Medicine, Armed Forces Institute of Pathology.

## Appendix 1

### The Wound-Dresser

### By Walt Whitman (1819–1892)

From *Drum-Taps* (1865)

   1

   An old man bending I come among new faces,
   Years looking backward resuming in answer to children,
   Come tell us old man, as from young men and maidens that love me,
   (Arous'd and angry, I'd thought to beat the alarum, and urge relentless war,
   But soon my fingers fail'd me, my face droop'd and I resign'd myself,
   To sit by the wounded and soothe them, or silently watch the dead;)
   Years hence of these scenes, of these furious passions, these chances,
   Of unsurpass'd heroes, (was one side so brave? the other was equally brave;)
   Now be witness again, paint the mightiest armies of earth,
   Of those armies so rapid so wondrous what saw you to tell us?
   What stays with you latest and deepest? of curious panics,
   Of hard-fought engagements or sieges tremendous what deepest remains?

   2

   O maidens and young men I love and that love me,
   What you ask of my days those the strangest and sudden your talking recalls,
   Soldier alert I arrive after a long march cover'd with sweat and dust,
   In the nick of time I come, plunge in the fight, loudly shout in the
   rush of successful charge,
   Enter the captur'd works–yet lo, like a swift-running river they fade,
   Pass and are gone they fade–I dwell not on soldiers' perils or
   soldiers' joys,
   (Both I remember well–many the hardships, few the joys, yet I was content.)

   But in silence, in dreams' projections,
   While the world of gain and appearance and mirth goes on,
   So soon what is over forgotten, and waves wash the imprints off the sand,
   With hinged knees returning I enter the doors, (while for you up there,
   Whoever you are, follow without noise and be of strong heart.)
   Bearing the bandages, water and sponge,
   Straight and swift to my wounded I go,
   Where they lie on the ground after the battle brought in,
   Where their priceless blood reddens the grass the ground,

Or to the rows of the hospital tent, or under the roof'd hospital,
To the long rows of cots up and down each side I return,
To each and all one after another I draw near, not one do I miss,
An attendant follows holding a tray, he carries a refuse pail,
Soon to be fill'd with clotted rags and blood, emptied, and fill'd again.

I onward go, I stop,
With hinged knees and steady hand to dress wounds,
I am firm with each, the pangs are sharp yet unavoidable,
One turns to me his appealing eyes–poor boy! I never knew you,
Yet I think I could not refuse this moment to die for you, if that
would save you.

3

On, on I go, (open doors of time! open hospital doors!)
The crush'd head I dress, (poor crazed hand tear not the bandage away,)
The neck of the cavalry-man with the bullet through and through examine,
Hard the breathing rattles, quite glazed already the eye, yet life
struggles hard,
(Come sweet death! be persuaded O beautiful death! In mercy come quickly.)

From the stump of the arm, the amputated hand,
I undo the clotted lint, remove the slough, wash off the matter and blood,
Back on his pillow the soldier bends with curv'd neck and side falling head,
His eyes are closed, his face is pale, he dares not look on the
bloody stump,
And has not yet look'd on it.

I dress a wound in the side, deep, deep,
But a day or two more, for see the frame all wasted and sinking,
And the yellow-blue countenance see.

I dress the perforated shoulder, the foot with the bullet-wound,
Cleanse the one with a gnawing and putrid gangrene, so sickening,
so offensive,

While the attendant stands behind aside me holding the tray and pail.

I am faithful, I do not give out,
The fractur'd thigh, the knee, the wound in the abdomen,
These and more I dress with impassive hand, (yet deep in my breast
a fire, a burning flame.)

4

Thus in silence in dreams' projections,
Returning, resuming, I thread my way through the hospitals,
The hurt and wounded I pacify with soothing hand,
I sit by the restless all the dark night, some are so young,
Some suffer so much, I recall the experience sweet and sad,
(Many a soldier's loving arms about this neck have cross'd and rested,
Many a soldier's kiss dwells on these bearded lips.)

**Appendix 2**

Wound management in Homer's *Iliad*

From the translation by Samuel Butler, 1898

Wounded Eurypylus made answer, "Noble Patroclus, there is no hope left for the Achaeans but they will perish at their ships. All they that were princes among us are lying struck down and wounded at the hands of the Trojans, who are waxing stronger and stronger. But save me and take me to your ship; cut out the arrow from my thigh; wash the black blood from off it with warm water, and lay upon it those gracious herbs which, so they say, have been shown you by Achilles, who was himself shown them by Chiron, most righteous of all the centaurs. For of the physicians Podalirius and Machaon, I hear that the one is lying wounded in his tent and is himself in need of healing, while the other is fighting the Trojans upon the plain."

   "Hero Eurypylus," replied the brave son of Menoetius, "how may these things be? What can I do? I am on my way to bear a message to noble Achilles from Nestor of Gerene, bulwark of the Achaeans, but even so I will not be unmindful your distress."

   With this he clasped him round the middle and led him into the tent, and a servant, when he saw him, spread bullock-skins on the ground for him to lie on. He laid him at full length and cut out the sharp arrow from his thigh; he