ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ANNA FERRARI
Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3479
Fax: (415) 703-1234
E-mail: John.Echeverria@doj.ca.gov
*Attorneys for Defendants Rob Bonta and Blake Graham, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER et al.,**<br>Plaintiffs,<br>**v.**<br>**CALIFORNIA ATTORNEY GENERAL ROB BONTA et al.,**<br>Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>**COMPENDIUM OF WORKS CITED IN DEFENDANTS' SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S ORDER OF AUGUST 29, 2022**<br><br>**VOLUME 10 OF 13**<br><br>Courtroom: 5A<br>Judge: Hon. Roger T. Benitez<br><br>Action Filed: August 15, 2019 |

**INDEX**


| Works | Brief Page | Compendium Page |
|---|---|---|
| **HISTORICAL STATUTES** | | |
| 7 Rich. 2, ch. 13 (1383) | 52 n.65 | 002 |
| 20 Rich. 2, ch. 1 (1396) | 52 n.65 | 003 |
| 33 Hen. 8, ch. 6 § 1 at 832 (1541) | 51 | 004-006 |
| 33 Hen. 8, ch. 6 § 18 at 835 (1541) | 51 | 007 |
| 4 Jac. I, ch. 1 (1606) | 52 | 008 |
| 1 Wm. & Mary ch. 2, § 7 (1689), https://press-pubs.uchicago.edu/founders/documents/bill_of_rightss1.html | 50 | 009-012 |
| The Colonial Laws of New York from the Year 1664 to the Revolution, Including the Charters to the Duke of York, the Commissions and Instructions to Colonial Governors, the Dukes Laws, the Laws of the Dongan and Leisler Assemblies, the Charters of Albany and New York and the Acts of the Colonial Legislatures from 1691 to 1775 at 687 (1894) | 55 n.67 | 013-014 |
| 1750 Mass. Acts 544, An Act for Preventing and Suppressing of Riots, Routs And Unlawful Assemblies, chap. 17, § 1 | 55 n.67 | 015-017 |
| 1763-1775 N.J. Laws 346, An Act for the Preservation of Deer and Other Game, and to Prevent Trespassing with Guns, ch. 539, § 10 | 54 | 018-019 |
| Acts of the General Assembly of Arkansas, No. 96 § 3 (1881) | 59 | 020-022 |
| An Act to Prevent Routs, Riots, and Tumultuous Assemblies, and the Evil Consequences Thereof, reprinted in Cumberland Gazette (Portland, Me.), Nov. 17, 1786, at 1 | 55 n.67 | 023 |

| | | |
|---|---|---|
| 1786 Va. Acts, ch. XXII | 55 | 024-025 |
| 1798 Ky. Acts 106 | 56 n.69 | 026-027 |
| 1799 Miss. Laws 113, A Law for the Regulation of Slaves | 55 n.67 | 028 |
| Collection of All Such Acts of the General Assembly of Virginia, of a Public and Permanent Nature, as Are Now in Force; with a New and Complete Index. To Which are Prefixed the Declaration of Rights, and Constitution, or Form of Government Page 187, Image 195 (1803) | 56 n.69 | 029-030 |
| 1804 Ind. Acts 108, A Law Entitled a Law Respecting Slaves, § 4; | 56 n.69 | 031-032 |
| 1804 Miss. Laws 90, An Act Respecting Slaves, § 4 | 56 n.69 | 033-034 |
| 1821 Me. Laws 98, An Act for the Prevention of Damage by Fire, and the Safe Keeping of Gun Powder, chap. 25, § 5 | 53 n.66 | 035-036 |
| Slaves, in Laws of the Arkansas Territory 521 (J. Steele & J. M'Campbell, Eds., 1835) | 56 n.69 | 037-038 |
| 1855 Ind. Acts 153, An Act To Provide For The Punishment Of Persons Interfering With Trains or Railroads, chap. 79, § 1 | 56 n.69 | 039-040 |
| Tex. Const. of 1868, art. I, § 13 | 60 | 041-042 |
| Acts of the General Assembly of Arkansas, No. 96 § 3 (1881) | 59 | 043-045 |
| The Revised Statutes of Indiana: Containing, Also, the United States and Indiana Constitutions and an Appendix of Historical Documents (1881) | 56 n.69 | 046-047 |
| The Grants, Concessions, And Original Constitutions of The Province of New Jersey (1881) | 55 | 048 |
| Idaho Const. of 1896 | 60 | 049 |

| | | |
|---|---|---|
| Utah Constitution of 1896 | 60 | 050-052 |
| 1905 Ind. Acts 677 | 56 n.69 | 053-054 |
| 1927 Cal. Stat. 938. | 65 | 055-056 |
| **BOOKS** | | |
| Patrick J. Charles, *Armed in America: A History of Gun Rights from Colonial Militias to Concealed Carry* 141, 155, 312 (2018) | 4, 43, 51, 69 | 058-062 |
| Vincent J.M. DiMaio, *Gunshot Wounds: Practical Aspects of Firearms Ballistics, and Forensic Techniques* 69 (3d ed. 2015), https://bit.ly/3SaIKWV | 33 | 063-066 |
| Somerset Record Society, Vol. XX, at 332 (1904) | 51 n.64 | 067-070 |
| R. Blake Stevens & Edward C. Ezell, *The Black Rifle: M16 Retrospective* 24 (1994) | 45 | 071-074 |
| The Conductor generalis: or, The office, duty and authority of justices of the peace, high-sheriffs, under-sheriffs, coroners, constables, gaolers, jury-men, and overseers of the poor. As also, the office of clerks of assize, and of the peace, &c. Compiled chiefly from Burn's Justice, and the several other books, on those subjects, by James Parker, late one of the justices of the peace for Middlesex County, in New-Jersey; and now revised and adapted to the United States of America, by a gentleman (Albany: 1794) | 56 n.68 | 075-076 |
| Adam Winkler, *Gunfight* 113, 115, 117, 221 (2011) | 42, 52-54, 72 | 077-085 |

| | | |
|---|---|---|
| **LAW REVIEWS AND JOURNALS** | | |
| Joseph Blocher & Reva B. Siegel, *When Guns Threaten the Public Sphere: A New Account of Public Safety Regulation Under Heller*, 116 Nw. U. L. Rev. 139, 181 (2021) | 72 | 087-150 |
| Philip J. Cook, *Regulating Assault Weapons and Large-Capacity Magazines for Ammunition*, 328 J. Am. Med. Ass'n 1191, 1192 (2022), https://bit.ly/3eaZZcE | 71 n.74 | 151-152 |
| John Forrest Dillon, *The Right to Keep and Bear Arms for Public and Private Defence*, 1 Cent. L. J. 259, 285, 287 (1874), https://guncite.com/journals/centlj.html | 49 | 153-159 |
| Cass R. Sunstein, *On Analogical Reasoning*, 106 Harv. L. Rev., 741, 773 (1993) | 18 | 160-197 |
| Darrell A.H. Miller & Jennifer Tucker, *Common, Use, Lineage, and Lethality*, 55 U.C. Davis L. Rev. 2495, 2508 (2022) | 44 | 198-212 |
| M. Manring et al., *Treatment of War Wounds: A Historical Review*, 486 Clinical Orthopaedics & Related Research 2168, 2175 (2009) | 45 n.60 | 222-245 |
| Robert J. Spitzer, *Gun Law History in the United States and Second Amendment Rights*, 80 Law & Contemporary Problems 55 (2017) at 69 | 65 | 246-274 |
| **LEGISLATIVE MATERIALS AND GOVERNMENT RECORDS** | | |
| Bureau of Alcohol, Firearms, Tobacco and Explosives, *Firearms Commerce in the United States, Annual Statistical Update 2021*, at 16 (2021), https://bit.ly/3y3krmI | 27 n.33 | 276-303 |
| Bureau of Alcohol, Firearms, Tobacco and Explosives, National Firearms Act Handbook (2009) (chapter 4), https://bit.ly/3CdReXd | 27 n.33 | 304-305 |

| | | |
|---|---|---|
| Report of Firearms Committee, 38th Conference Handbook of the National Conference on Uniform State Laws and Proceedings of the Annual Meeting 422–23 (1928) | 65 n.72 | 306-316 |
| U.S. Census, U.S. Adult Population Grew Faster than Nation's Total Population from 2010 to 2020 (estimating the 2020 U.S. adult population to be approximately 258 million), https://bit.ly/3T7csNZ | 30 n.38 | 317 |
| **NEWS ARTICLES** | | |
| Julia Rothman & Shaina Feinberg, *This $20 Device Turns a Handgun into an Automatic Weapon*, N.Y. Times, July 1, 2022, https://nyti.ms/3y6LFZG | 36 n.54 | 319-332 |
| **OTHER SOURCES** | | |
| 1 Blackstone ch. 1 (1769) | 50 | 334-343 |
| Heritage Foundation, Defensive Gun Uses in the U.S. (updated Sept. 16, 2022), https://herit.ag/3SLwe1g | 40 n.58 | 344-345 |
| Eric Hung, *Featureless AR-15 Rifles [California Build Guide]*, PewPewTactical.com, Apr. 13, 2022, https://bit.ly/3STlCgl | 28 n.35 | 346-375 |
| Kyle Mizokami, *The Marines Are Issuing Silencers to Troops Around the World*, Popular Mechanics, Jan. 1, 2021, https://bit.ly/3M36bQx | 33 n.46 | 376-386 |
| Elwood Shelton, *Best AR-15 Options for Any Budge and Buyer's Guide* (2022), Gun Digest, June 10, 2022, https://bit.ly/3SFQAJm | 28 n.35 | 387-405- |
| Alain Stephens & Keegan Hamilton, *The Return of the Machine Gun*, The Trace, Mar. 24, 2022, https://bit.ly/3E6FzMB | 36 n.54 | 406-413 |

washed the black blood from the wound with warm water; he then crushed a bitter herb, rubbing it between his hands, and spread it upon the wound; this was a virtuous herb which killed all pain; so the wound presently dried and the blood left off flowing.

## References


1. Aldrete JA, Marron GM, Wright AJ. The first administration of anesthesia in military surgery: on occasion of the Mexican-American War. *Anesthesiology.* 1984;61:585–588.
2. American Society of Health-System Pharmacists. Armed Services Blood Program therapeutic guidelines on antimicrobial prophylaxis in surgery. *Am J Health Syst Pharm.* 1999;56:1839–1888.
3. Andersen RC, Frisch HM, Farber GL, Hayda RA. Definitive treatment of combat casualties at military medical centers. *J Am Acad Orthop Surg.* 2006;14:S24–S31.
4. Anderson R. An automatic method for treatment of fractures of the tibia and the fibula. *J Bone Joint Surg Am.* 1934;58:639–646.
5. Artz CP, Bronwell AW, Sako Y. Preoperative and postoperative care of battle casualties. Available at: http://history.amedd.army.mil/booksdocs/korea/recad1/frameindex.html. Accessed Sept. 12, 2008.
6. Bagg MR, Covey DC, Powell ET 4th. Levels of medical care in the global war on terrorism. *J Am Acad Orthop Surg.* 2006;14:S7–S9.
7. Bagwell CE. Ambroise Pare and the renaissance of surgery. *Surg Gynecol Obstet.* 1981;152:350–354.
8. Ballard A, Brown PW, Burkhalter WE, Eversmann WW, Feagin JA, Mayfield GW, Omer GE Jr. Orthopedic surgery in Vietnam. Available at: http://history.amedd.army.mil/booksdocs/vietnam/OrthoVietnam/frameindex.html. Accessed September 11, 2008.
9. Beninati W, Meyer MT, Carter TE. The critical care air transport program. *Crit Care Med.* 2008;36:S370–S376.
10. Better OS. Josep Trueta (1897–1977): military surgeon and pioneer investigator of acute renal failure. *Am J Nephrol.* 1999;19:343–345.
11. Blagg CR. Triage: Napoleon to the present day. *J Nephrol.* 2004;17:629–632.
12. Blaisdell FW. Medical advances during the Civil War. *Arch Surg.* 1988;123:1045–1050.
13. Blaisdell FW. Civil War vascular injuries. *World J Surg.* 2005;29:S21–S24.
14. Boe GP, Chinh TV. The military blood programs in Vietnam. *Mil Med.* 1972;137:109–112.
15. Bollet AJ. *Civil War Medicine Challenges and Triumphs*. Tucson, AZ: Galen Press Ltd; 2002.
16. Brav EA, Jeffress VH. Fractures of the femoral shaft; a clinical comparison of treatment by traction suspension and intramedullary nailing. *Am J Surg.* 1952;84:16–25.
17. Brown K. The history of penicillin from discovery to the drive to production. *Pharm Hist (Lond).* 2004;34:37–43.
18. Brown PW. Recollections of Sterling Bunnell. *J Hand Surg [Br].* 1989;14:355–356.
19. Brown PW. War wounds of the hand revisited. *J Hand Surg [Am].* 1995;20:S61–S67.
20. Bunnell S. *Surgery of the Hand.* 1st Ed. Philadelphia, PA: JB Lippincott; 1944.
21. Bunnell S. *Hand Surgery*. Washington, DC: Office of the Surgeon General, Department of the Army; 1955.
22. Burkhalter WE. *Orthopedic Surgery in Vietnam.* Washington, DC: Office of the Surgeon General and Center of Military History; 1994.
23. Campion DS, Lynch LJ, Rector FC Jr, Carter N, Shires GT. Effect of hemorrhagic shock on transmembrane potential. *Surgery.* 1969;66:1051–1059.
24. Carrel A, Dehelly G. *The Treatment of Infected Wounds*. New York, NY: Paul B. Hoeber; 1917.
25. Carter PR. The embryogenesis of the specialty of hand surgery: a story of three great Americans–a politician, a general, and a duck hunter: The 2002 Richard J. Smith memorial lecture. *J Hand Surg [Am].* 2003;28:185–198.
26. Christensen NE. Technique, errors and safeguards in modern Kuntscher nailing. *Clin Orthop Relat Res.* 1976;115:182–188.
27. Chung KK, Perkins RM, Oliver JD 3rd. Renal replacement therapy in support of combat operations. *Crit Care Med.* 2008;36:S365–S369.
28. Churchill ED. The surgical management of the wounded in the Mediterranean theater at the time of the fall of Rome [Foreword by Brig. Gen'l Fred W. Rankin, M.C.]. *Ann Surg.* 1944;120:268–283.
29. Cirillo VJ. Fever and reform: the typhoid epidemic in the Spanish-American War. *J Hist Med Allied Sci.* 2000;55:363–397.
30. Cirillo VJ. The Spanish-American War and military radiology. *AJR Am J Roentgenol.* 2000;174:1233–1239.
31. Cleveland M. Surgery in World War II Series: Orthopedic Surgery in the European Theater of Operations. Available at: http://history.amedd.army.mil/booksdocs/wwii/orthoeuropn/. Accessed September 9, 2008.
32. Cleveland M, Grove JA. Delayed primary closure of wounds with compound fractures. *J Bone Joint Surg Am.* 1945;27;446–452.
33. Connor H. The use of chloroform by British Army surgeons during the Crimean War. *Med Hist.* 1998;42:161–193.
34. Cozen LN. Military orthopedic surgery. *Clin Orthop Relat Res.* 1985;200:50–53.
35. Cunningham JN Jr, Shires GT, Wagner Y. Cellular transport defects in hemorrhagic shock. *Surgery.* 1971;70:215–222.
36. Depage A. General considerations as to the treatment of war wounds. *Ann Surg.* 1919;69:575–588.
37. Dougherty PJ. Wartime amputations. *Mil Med.* 1993;158:755–763.
38. Dougherty PJ, Carter PR, Seligson D, Benson DR, Purvis JM. Orthopaedic surgery advances resulting from World War II. *J Bone Joint Surg Am.* 2004;86:176–181.
39. Driscoll RS. New York Chapter History of Military Medicine Award. U.S. Army medical helicopters in the Korean War. *Mil Med.* 2001;166:290–296.
40. Duncan LC. Medical Men In The American Revolution 1775–1783. Available at: http://history.amedd.army.mil/booksdocs/rev/MedMen/MedMenTitle.html. Accessed September. 11, 2008.
41. Ellis H. *A History of Surgery*. London, England: Greenwich Medical Media Ltd; 2001.
42. Esmarch F. Historical article. On artificial bloodlessness during operations. 1873. *J Hand Surg [Br].* 2006;31:390–396.
43. Fleming A. On the bacteriology of septic wounds. *Lancet.* 1915;2:638–643.
44. Fleming A. The action of chemical and physiological antiseptics in a septic wound. *Brit J Surg.* 1919;7:99–129.
45. Freeman FR. *Microbes and Minie Balls*. Cranbury, NJ: Associated University Press; 1993.
46. Furste W. A golden opportunity. *J Trauma.* 1998;44:1110–1112.
47. Gajewski D, Granville R. The United States armed forces amputee patient care program. *J Am Acad Orthop Surg.* 2006;14:S183–S187.

48. Gill CJ, Gill GC. Nightingale in Scutari: her legacy reexamined. *Clin Infect Dis.* 2005;40:1799–1805.
49. Goldsmith M. *A Report on Hospital Gangrene, Erysipelas and Pyaemia. As Observed in the Departments of the Ohio and the Cumberland, with Cases Appended*. Louisville, KY: Bradley & Gilbert; 1863.
50. Gordon RC, Charles R. Drew: surgeon, scientist, and educator. *J Invest Surg.* 2005;18:223–225.
51. Griffith JD. Some effects of bullets. *Proc Assoc Mil Surg U S.* 1897;7:505–520.
52. Gross A, Cutright DE, Larson WJ, Bhaskar SN, Posey WR, Mulcahy DM. The effect of antiseptic agents and pulsating jet lavage on contaminated wounds. *Mil Med.* 1972;137:145–147.
53. Gross SD. *A Manual of Military Surgery*. Philadelphia, PA: JB Lippincott & Co; 1861.
54. Haeger H. *The Illustrated History of Surgery*. London, England: Harold Starke; 1989.
55. Hagy M. "Keeping up with the Joneses"–the story of Sir Robert Jones and Sir Reginald Watson-Jones. *Iowa Orthop J.* 2004;24: 133–137.
56. Hamilton FH. *A Practical Treatise on Military Surgery*. New York, NY: Balleire Bros; 1861.
57. Hampton OP. *Orthopedic Surgery in the Mediterranean Theater of Operations*. Washington, DC: Office of the Surgeon General; 1957.
58. Hardaway RM. 200 years of military surgery. *Injury.* 1999;30: 387–397.
59. Hardaway RM. Wound shock: a history of its study and treatment by military surgeons. *Mil Med.* 2004;169:265–269.
60. Hardaway RM 3rd. Viet Nam wound analysis. *J Trauma.* 1978;18:635–643.
61. Hau T. The surgical practice of Dominique Jean Larrey. *Surg Gynecol Obstet.* 1982;154:89–94.
62. Hawk A. An ambulating hospital: or, how the hospital train transformed Army medicine. *Civil War History.* 2002;48:197–219.
63. Hayda R, Harris RM, Bass CD. Blast injury research: modeling injury effects of landmines, bullets, and bombs. *Clin Orthop Relat Res.* 2004;422:97–108.
64. Hayda RA, Mazurek MT, Powell Iv ET, Richardson MW, Frisch HM, Andersen RC, Ficke JR. From Iraq back to Iraq: modern combat orthopaedic care. *Instr Course Lect.* 2008;57:87–99.
65. Heisterkamp C 3rd, Vernick J, Simmons RL, Motsumoto T. Topical antibiotics in war wounds: a re-evaluation. *Mil Med.* 1969;134:13–18.
66. Helling TS, Daon E. In Flanders fields: the Great War, Antoine Depage, and the resurgence of debridement. *Ann Surg.* 1998;228:173–181.
67. Helling TS, McNabney WK. The role of amputation in the management of battlefield casualties: a history of two millennia. *J Trauma.* 2000;49:930–939.
68. Hess JR, Thomas MJ. Blood use in war and disaster: lessons from the past century. *Transfusion.* 2003;43:1622–1633.
69. Holcomb JB, Stansbury LG, Champion HR, Wade C, Bellamy RF. Understanding combat casualty care statistics. *J Trauma.* 2006;60:397–401.
70. Homer. *The Iliad*. Lombardo S, trans. Indianapolis, IN: Hackett Publishing Co; 1997.
71. Hospenthal DR, Murray CK, Andersen RC, Blice JP, Calhoun JH, Cancio LC, Chung KK, Conger NG, Crouch HK, D'Avignon LC, Dunne JR, Ficke JR, Hale RG, Hayes DK, Hirsch EF, Hsu JR, Jenkins DH, Keeling JJ, Martin RR, Moores LE, Petersen K, Saffle JR, Solomkin JS, Tasker SA, Valadka AB, Wiesen AR, Wortmann GW, Holcomb JB. Guidelines for the prevention of infection after combat-related injuries. *J Trauma.* 2008;64:S211–S220.
72. Houghton IT. Some observations on early military anaesthesia. *Anaesth Intensive Care.* 2006;34(suppl 1):6–15.
73. Howard JM. Battle casualties in Korea: Studies of the Surgical Research Team. Vol III. *The Battle Wound: Clinical Experiences*. Washington, DC: Army Medical Service Graduate School; 1955.
74. Howard JM, Inui FK. Clostridial myositis; gas gangrene; observations of battle casualties in Korea. *Surgery.* 1954;36: 1115–1118.
75. Hunter J. *A Treatise on the Blood, Inflammation and Gunshot Wounds.* London, England: John Richardson; 1794.
76. Hutchinson G. Words to the wise: poison arrows. *BMJ.* 1997;314:7082.
77. Iserson KV, Moskop JC. Triage in medicine, part I: concept, history, and types. *Ann Emerg Med.* 2007;49:275–281.
78. Johnson EN, Burns TC, Hayda RA, Hospenthal DR, Murray CK. Infectious complications of open type III tibial fractures among combat casualties. *Clin Infect Dis.* 2007;45:409–415.
79. Johnson PC. Guy de Chauliac and the grand surgery. *Surg Gynecol Obstet.* 1989;169:172–176.
80. Keblish DJ, DeMaio M. Early pulsatile lavage for the decontamination of combat wounds: historical review and point proposal. *Mil Med.* 1998;163:844–846.
81. Keller TM. A roentgen centennial legacy: the first use of the X-ray by the U.S. military in the Spanish-American War. *Mil Med.* 1997;162:551–554.
82. Kendrick DB. *Blood Program in World War II*. Washington, DC: Office of the Surgeon General; 1964.
83. Kiel F. Development of a blood program in Vietnam. *Mil Med.* 1966;131:1469–1482.
84. Kirk NT. The development of amputation. *Bull Med Libr Assoc.* 1944;32:132–163.
85. Kirk NT. Amputations 1943. *Clin Orthop Relat Res.* 1989;243: 3–16.
86. Kovaric JJ, Matsumoto T, Dobek AS, Hamit HF. Bacterial flora of one hundred and twelve combat wounds. *Mil Med.* 1968;133:622–624.
87. Kuz JE. The ABJS Presidential Lecture, June 2004: Our orthopaedic heritage: the American Civil War. *Clin Orthop Relat Res.* 2004;429:306–315.
88. Long AP. Tetanus in the U.S. Army during World War II. *Bull US Army Med Dept.* 1947:371–385.
89. Lucas CE. The renal response to acute injury and sepsis. *Surg Clin North Am.* 1976;56:953–975.
90. Macleod GHB. *Notes On The Surgery Of The War In The Crimea, With Remarks On The Treatment Of Gunshot Wounds*. London, England: John Churchill; 1858.
91. Magee R. Amputation through the ages: the oldest major surgical operation. *Aust N Z J Surg.* 1998;68:675–678.
92. Mavroforou A, Koutsias S, Fafoulakis F, Balogiannis I, Stamatiou G, Giannoukas AD. The evolution of lower limb amputation through the ages: historical note. *Int Angiol.* 2007;26:385–389.
93. McDonnell KJ, Sculco TP. Dakin's solution revisited. *Am J Orthop.* 1997;26:471–473.
94. Mendelson JA. Topical therapy as an expedient treatment of massive open wounds: experimental study. *Surgery.* 1960;48: 1035–1047.
95. Metcalfe NH. The influence of the military on civilian uncertainty about modern anaesthesia between its origins in 1846 and the end of the Crimean War in 1856. *Anaesthesia.* 2005;60:594–601.
96. Murray CK, Hinkle MK, Yun HC. History of infections associated with combat-related injuries. *J Trauma.* 2008;64(3 suppl):S221–S231.
97. Murray CK, Roop SA, Hospenthal DR, Dooley DP, Wenner K, Hammock J, Taufen N, Gourdine E. Bacteriology of war wounds at the time of injury. *Mil Med.* 2006;171:826–829.

98. Nakhgevany KB, Rhoads JE Jr. Ankle-level amputation. *Surgery.* 1984;95:549–552.
99. Neel S. Medical Support of the U.S. Army in Vietnam, 1965–1970. Available at: http://history.amedd.army.mil/default_index2.html. Accessed March 5, 2008.
100. Nessen SC, Lounsbury DE, Hetz SP, eds. *War Surgery in Afghanistan and Iraq: A Series of Cases, 2003–2007*. Washington, DC: Borden Institute; 2008.
101. Newmeyer WL 3rd. Sterling Bunnell, MD: the founding father. *J Hand Surg [Am].* 2003;28:161–164.
102. *Notes on Care of Battle Casualties*: Washington, DC: U.S. War Department; March 1945.
103. Ortiz JM. The revolutionary flying ambulance of Napoleon's surgeon. *US Army Medical Department Journal.* 1998(October–December):17–25.
104. Otis GA, Huntington DL. The medical and surgical history of the War of the Rebellion. Part III, Vol. II. *Surgical History*. Washington, DC: Government Printing Office; 1883.
105. Orthopaedic Trauma Research Program 2006 Funded Proposals. Fort Sam Houston, TX: U.S. Army Institute of Surgical Research; Fall 2006.
106. Orthopaedic Trauma Research Program 2007 Funded Proposals. Fort Sam Houston, TX: U.S. Army Institute of Surgical Research; Fall 2007.
107. Owens BD, Kragh JF Jr, Macaitis J, Svoboda SJ, Wenke JC. Characterization of extremity wounds in Operation Iraqi Freedom and Operation Enduring Freedom. *J Orthop Trauma.* 2007;21:254–257.
108. Owens BD, Kragh JF Jr, Wenke JC, Macaitis J, Wade CE, Holcomb JB. Combat wounds in operation Iraqi Freedom and operation Enduring Freedom. *J Trauma.* 2008;64:295–299.
109. Peterson LT. The army amputation program. *J Bone Joint Surg Am.* 1944;26:635–638.
110. Pikoulis EA, Petropoulos JC, Tsigris C, Pikoulis N, Leppaniemi AK, Pavlakis E, Gavrielatou E, Burris D, Bastounis E, Rich NM. Trauma management in ancient Greece: value of surgical principles through the years. *World J Surg.* 2004;28:425–430.
111. Pollak AN, Calhoun JH. Extremity war injuries: state of the art and future directions. Prioritized future research objectives. *J Am Acad Orthop Surg.* 2006;14:S212–S214.
112. Pollak AN, Calhoun JH. Extremity war injuries: state of the art and future directions. Introduction. *J Am Acad Orthop Surg*. 2006;14:viii-ix.
113. Porter R. *The Greatest Benefit to Mankind*. New York, NY: Norton; 1997.
114. Potter BK, Scoville CR. Amputation Is Not Isolated: An overview of the US Army Amputee Patient Care Program and associated amputee injuries. *J Am Acad Orthop Surg.* 2006;14:S188–S190.
115. Price BA. The influence of military surgeons in the development of vascular surgery. *J R Army Med Corps.* 1999;145:148–152.
116. Pruitt BA Jr. Combat casualty care and surgical progress. *Ann Surg.* 2006;243:715–729.
117. Quan RW, Adams ED, Cox MW, Eagleton MJ, Weber MA, Fox CJ, Gillespie DL. The management of trauma venous injury: civilian and wartime experiences. *Perspect Vasc Surg Endovasc Ther.* 2006;18:149–156.
118. Rankin FW. Mission accomplished: the task ahead. *Ann Surg.* 1949;130:289–309.
119. Rasmussen TE, Clouse WD, Jenkins DH, Peck MA, Eliason JL, Smith DL. Echelons of care and the management of wartime vascular injury: a report from the 332nd EMDG/Air Force Theater Hospital, Balad Air Base, Iraq. *Perspect Vasc Surg Endovasc Ther.* 2006;18:91–99.
120. Reister FA. Battle casualties and medical statistics: U.S. Army experience in the Korea War. Available at: http://history.amedd.army.mil/booksdocs/korea/reister/default.htm. Accessed March 4, 2008.
121. Rich NM. Vascular trauma in Vietnam. *J Cardiovasc Surg (Torino).* 1970;11:368–377.
122. Rich NM, Rhee P. An historical tour of vascular injury management: from its inception to the new millennium. *Surg Clin North Am.* 2001;81:1199–1215.
123. Rutkow IM. Amputation vs nonamputation: a Civil War surgical dilemma. *Arch Surg.* 1999;134:1284.
124. Rutkow IM. *Bleeding Blue and Gray*. New York, NY: Random House; 2005.
125. Sachs M, Bojunga J, Encke A. Historical evolution of limb amputation. *World J Surg.* 1999;23:1088–1093.
126. Schreiber MA, Tieu B. Hemostasis in Operation Iraqi Freedom III. *Surgery.* 2007;142:S61–S66.
127. Schwechter EM, Swan KG. Raoul Hoffmann and his external fixator. *J Bone Joint Surg Am.* 2007;89:672–678.
128. Scott R. Care of the battle casualty in advance of the aid station. Available at: http://history.amedd.army.mil/booksdocs/korea/recad1/frameindex.html. Accessed September 12, 2008.
129. Shaar CM, Kreuz FP, Jones DT. End results of treatment of fresh fractures by the use of the Stader apparatus. *J Bone Joint Surg Am.* 1944;26:471–474.
130. Sisk TD. External fixation: historic review, advantages, disadvantages, complications, and indications. *Clin Orthop Relat Res.* 1983;180:15–22.
131. Skandalakis PN, Lainas P, Zoras O, Skandalakis JE, Mirilas P. "To afford the wounded speedy assistance": Dominique Jean Larrey and Napoleon. *World J Surg.* 2006;30:1392–1399.
132. Smallman-Raynor MR, Cliff AD. Impact of infectious diseases on war. *Infect Dis Clin North Am.* 2004;18:341–368.
133. Sorokina TS. Russian nursing in the Crimean war. *J R Coll Physicians Lond.* 1995;29:57–63.
134. Teichman PG, Donchin Y, Kot RJ. International aeromedical evacuation. *N Engl J Med.* 2007;356:262–270.
135. Teschan PE. Acute renal failure during the Korean War. *Ren Fail.* 1992;14:237–239.
136. Tong MJ. Septic complications of war wounds. *Jama.* 1972;219:1044–1047.
137. Trueta J. Reflections on the past and present treatment of war wounds and fractures. *Mil Med.* 1976;141:255–258.
138. Trueta J. The classic: The treatment of war fractures by the closed method. J. Trueta, M.D. *Clin Orthop Relat Res.* 1981;156:8–15.
139. U.S. Army Medical Department Medical Science Publication No. 4. *Recent Advances In Medicine And Surgery.* Vol 19. Washington, DC: U. S. Army Medical Service Graduate School; 1954.
140. van Rens TJ. The history of treatment using plaster of Paris. *Acta Orthop Belg.* 1987;53:34–39.
141. Wannamaker GT, Pulaski EJ. Pyogenic neurosurgical infections in Korean battle casualties. *J Neurosurg.* 1958;15:512–518.
142. Weller S. Internal fixation of fractures by intramedullary nailing: introduction, historical review and present status. *Injury.* 1993;24(suppl 3):S1–S6.
143. Whelton A, Donadiq JV Jr. Post-traumatic acute renal failure in Vietnam: a comparison with the Korean war experience. *Johns Hopkins Med J.* 1969;124:95–105.
144. Whitman W. *Complete Prose Works*. New York, NY: Appleton & Co; 1910.
145. Wilber MC, Willett LV Jr, Buono F. Combat amputees. *Clin Orthop Relat Res.* 1970;68:10–13.
146. Winslow GR. *Triage and Justice*. Berkeley, CA: University of California Press; 1982.
147. Woodward EB, Clouse WD, Eliason JL, Peck MA, Bowser AN, Cox MW, Jones WT, Rasmussen TE. Penetrating

femoropopliteal injury during modern warfare: experience of the Balad Vascular Registry. *J Vasc Surg*. 2008;47:1259–1264; discussion 1264–1255.

148. Yun HC, Murray CK, Roop SA, Hospenthal DR, Gourdine E, Dooley DP. Bacteria recovered from patients admitted to a deployed U.S. military hospital in Baghdad, Iraq. *Mil Med.* 2006;171:821–825.

149. Zetterstrom R. The Nobel Prize for the discovery of human blood groups: start of the prevention of haemolytic disease of the newborn. *Acta Paediatr.* 2007;96:1707–1709.

# GUN LAW HISTORY IN THE UNITED STATES AND SECOND AMENDMENT RIGHTS

ROBERT J. SPITZER*

## I
## INTRODUCTION

In its important and controversial 2008 decision on the meaning of the Second Amendment, *District of Columbia v. Heller,*[1] the Supreme Court ruled that average citizens have a constitutional right to possess handguns for personal self-protection in the home.[2] Yet in establishing this right, the Court also made clear that the right was by no means unlimited, and that it was subject to an array of legal restrictions, including: "prohibitions on the possession of firearms by felons and the mentally ill, or laws forbidding the carrying of firearms in sensitive places such as schools and government buildings, or laws imposing conditions and qualifications on the commercial sale of arms."[3] The Court also said that certain types of especially powerful weapons might be subject to regulation,[4] along with allowing laws regarding the safe storage of firearms.[5] Further, the Court referred repeatedly to gun laws that had existed earlier in American history as a justification for allowing similar contemporary laws,[6] even though the court, by its own admission, did not undertake its own "exhaustive historical analysis" of past laws.[7]

In so ruling, the Court brought to the fore and attached legal import to the history of gun laws. This development, when added to the desire to know our own history better, underscores the value of the study of gun laws in America. In recent years, new and important research and writing has chipped away at old

Copyright © 2017 by Robert J. Spitzer.

This article is also available online at http://lcp.law.duke.edu/.

* Robert J. Spitzer (Ph.D., Cornell University, 1980) is Distinguished Service Professor and Chair of the Political Science Department at SUNY Cortland. He is the author of fifteen books, including five on gun policy, most recently GUNS ACROSS AMERICA (Oxford University Press 2015).

1. District of Columbia v. Heller, 554 U.S. 570 (2008).
2. *Id.* at 628–30, 635–36.
3. *Id.* at 626–27.
4. *See id.* at 623, 627 (citing United States v. Miller, 307 U.S. 174, 178 (1939)) (distinguishing validity of ban on short-barreled shotguns and noting that weapons protected were those used at time of ratification).
5. *See id.* at 632 (excluding gun-storage laws from scope of decision).
6. *See id.* at 626–27, 629 ("From Blackstone through the 19th-century cases, commentators and courts routinely explained that the right was not a right to keep and carry any weapon whatsoever and for whatever purpose.") (citation omitted).
7. *Id.* at 626.

myths to present a more accurate and pertinent sense of our gun past.[8] Researchers and authors including Saul Cornell, Alexander DeConde, Craig Whitney, and Adam Winkler have all published important work making clear that gun laws are by no means a contemporary phenomenon.[9] Yet even now, far too few understand or appreciate the fact that though gun possession is as old as America, so too are gun laws. But there's more: gun laws were not only ubiquitous, numbering in the thousands, but also spanned every conceivable category of regulation, from gun acquisition, sale, possession, transport, and use, including deprivation of use through outright confiscation, to hunting and recreational regulations, to registration and express gun bans. For example, the contemporary raging dispute over the regulation of some semi-automatic weapons that began in late 1980s was actually presaged seven decades earlier, when at least seven states banned such weapons entirely—a fact that seems to have been unknown to modern analysts until now. A vast newly compiled dataset of historical gun laws reveals that the first gun grabbers (as contemporary gun rights advocates like to label gun control proponents) were not Chablis-drinking liberals of the 1960s, but rum-guzzling pioneers dating to the 1600s.

This historical examination is especially relevant to the modern gun debate because, at its core, that debate is typically framed as a fierce, zero-sum struggle between supporters of stronger gun laws versus supporters of gun rights (who, of course, largely oppose stronger gun laws—or so it is said). The zero-sum quality of this struggle posits that a victory for one side is a loss for the other, and vice versa. Yet history tells a very different story—that, for the first 300 years of America's existence, gun laws and gun rights went hand-in-hand. It is only in recent decades, as the gun debate has become more politicized and more ideological that this relationship has been reframed as a zero-sum struggle.

The plethora of early gun laws herein described establish their prolific existence, but also validate the argument that gun rules and gun rights are by no means at odds. If the Supreme Court was indeed serious in saying that the provenance of gun regulations is relevant to the evaluation of contemporary laws, then this examination advances the Court's stated objective. The common

8. SAUL CORNELL, A WELL-REGULATED MILITIA: THE FOUNDING FATHERS AND THE ORIGINS OF GUN CONTROL IN AMERICA (2006); THE SECOND AMENDMENT ON TRIAL: CRITICAL ESSAYS ON DISTRICT OF COLUMBIA V. HELLER (Saul Cornell & Nathan Kozuskanich eds., 2013); CRAIG R. WHITNEY, LIVING WITH GUNS: A LIBERAL'S CASE FOR THE SECOND AMENDMENT (2012); ADAM WINKLER, GUNFIGHT: THE BATTLE OVER THE RIGHT TO BEAR ARMS IN AMERICA (2011).

9. CORNELL, *supra* note 8; ALEXANDER DECONDE, GUN VIOLENCE IN AMERICA: THE STRUGGLE FOR CONTROL (2001); WHITNEY, *supra* note 8; WINKLER, *supra* note 8. More than any other single scholar or writer, historian Saul Cornell has been most responsible for excavating the legal and social realities of the laws and practices related to guns in early America. In addition to many articles, Cornell has published a number of books on the subject including, WHOSE RIGHT TO BEAR ARMS DID THE SECOND AMENDMENT PROTECT? (2000), A WELL-REGULATED MILITIA: THE FOUNDING FATHERS AND THE ORIGINS OF GUN CONTROL IN AMERICA (2006), and THE SECOND AMENDMENT ON TRIAL, *supra* note 8. The first important serious treatment of early gun laws and history is LEE KENNETT & JAMES LAVERNE ANDERSON, THE GUN IN AMERICA: THE ORIGINS OF A NATIONAL DILEMMA (1975).

notions that gun laws are largely a function of modern, industrial (or post-industrial) America, that gun laws are incompatible with American history and its practices or values, and that gun laws fundamentally collide with American legal traditions or individual rights, are all patently false. Following this introduction in part I, part II establishes that gun laws are as old as the nation. Part III summarizes the different categories into which early gun laws are categorized, and the frequency distributions within each category divided into time periods from 1607 to 1934. Part IV examines illustrative laws within each category and considers their nature and consequences. Part V offers a brief conclusion.

Above and beyond the general ubiquity of gun regulations early in the country's history, the range of those regulations is punctuated by the most dramatic of those laws discussed in parts III and IV: measures that called for gun confiscation for myriad reasons including military necessity, failure to swear allegiance to the government, improper firearms storage, ownership of proscribed weapons, hunting law violations, and failure to pay taxes on guns. One may argue for or against the propriety of such measures, but one may no longer argue that they are the sole province of modern gun control advocates. Further, in the seventeenth century no less than in the twenty-first, an abiding concern underlying many, if not most, of these regulations is the protection of public safety by the government.

## II
## GUN LAWS ARE AS OLD AS THE NATION

The first formal legislative body created by European settlers in North America was convened in the Virginia colony on July 30, 1619, twelve years after the colony's establishment.[10] The first General Assembly of Virginia met in Jamestown where it deliberated for five days and enacted a series of measures to govern the fledgling colony.[11] Among its more than thirty enactments in those few days was a gun control law, which said "[t]hat no man do sell or give any Indians any piece, shot, or powder, or any other arms offensive or defensive, upon pain of being held a traitor to the colony and of being hanged as soon as the fact is proved, without all redemption."[12]

If a death sentence for providing Native Americans with firearms and ammunition seems a little draconian even by the standards of the day, it punctuated the degree of tension, suspicion, and confrontation that existed

---

10. *First Legislative Assembly in America*, HISTORY.COM (2010), http://www.history.com/this-day-in-history/first-legislative-assembly-in-america [https://perma.cc/3T2G-W3DH] (last visited Dec. 21, 2016).

11. *Laws Enacted By The First General Assembly of Virginia*, *in* COLONIAL ORIGINS OF THE AMERICAN CONSTITUTION 283 (Donald S. Lutz ed., 1998) (quoting 1 JOURNALS OF THE HOUSE OF BURGESSES OF VIRGINIA, 9–14 (H.R. McIlwaine & John P. Kennedy eds., 1905)).

12. *Id.* at 287.

between the settlers and the indigenous population.[13] Other colonies adopted similar measures, although they were of limited effectiveness—not only because of the difficulty of monitoring arms trading in early America, but because such trading was highly profitable, was fed by traders from other nations, including the French and the Dutch, and because many Native Americans allied themselves with settlers against various foes.[14] Far from being an anomaly, this early gun law was just the beginning of gun regulations in early America.

## III
## THE ARC OF AMERICAN GUN LAWS

America's early governmental preoccupation with gun possession, storage, and regulation was tied to the overarching concern for public safety, even as it intruded into citizens' private gun ownership and habits. Symptomatic of this is the fact that colonial and state governments enacted over 600 laws pertaining specifically to militia regulation and related militia activities alone.[15] Yet militia-related laws hardly constituted the extent of gun regulation in America.

A recently researched and compiled listing of colonial and state gun laws spanning from America's founding up to 1934 (the year the first significant national gun law, the National Firearms Act, was enacted[16]), has recently become available.[17] It is by far the most comprehensive compilation to date. This far-reaching compilation process, conducted by lawyer and researcher Mark Anthony Frassetto, has become possible thanks to the ever-growing digitization of state law archives and other electronic sources of historical information about law, including HeinOnline Session Laws Library and the Yale Law School's Avalon Project, and also some digitized state session law archives. Aside from key-word electronic searches of these sources, Frassetto also consulted secondary sources to produce this prodigious list.[18]

The result is a compilation of nearly one thousand gun laws of every variety—with some exceptions, this list does not include militia laws, hunting regulations, laws pertaining to gunpowder storage, and laws against weapons firing.[19] Following Frassetto's method of organization, these laws are organized by category and summarized in Table 1. Within those categories, they are arrayed

13. This precarious dynamic is well chronicled in NATHANIEL PHILBRICK, MAYFLOWER: A STORY OF COURAGE, COMMUNITY AND WAR (2006).

14. KENNETT & ANDERSON, *supra* note 9, at 51–56.

15. Kevin M. Sweeney, *Firearms, Militias, and the Second Amendment*, *in* THE SECOND AMENDMENT ON TRIAL, *supra* note 8, at 310–11.

16. National Firearms Act of 1934, Pub. L. No. 73-474, 48 Stat. 1236 (codified as amended at I.R.C. §§ 5801–5872 (2012)).

17. Mark Anthony Frassetto, Firearms and Weapons Legislation Up To The Early Twentieth Century (Jan. 15, 2013) (unpublished manuscript), https://ssrn.com/abstract=2200991 [https://perma.cc/YEY9-KEN8] . Unless otherwise noted, the citations to colonial and state gun laws found here are taken from this compilation.

18. *Id.*

19. *Id.*

by state alphabetically within four historical periods: 1607–1789 (the colonial and pre-modern-Constitution period); 1790–1867 (the pre-Fourteenth Amendment period); 1868–1899 (the post-Fourteenth Amendment period); and 1900–1934 (the twentieth century). Despite the admirable thoroughness of Frassetto's electronic database searches, he notes that his list cannot be considered definitive, owing to multiple spellings of common words and other glitches inherent in the nature of such searches.[20] Thus, his total list of laws is an underestimate of the actual universe of gun statutes—indeed, this article discusses a few early laws from Massachusetts in the 1600s that were not a part of Frassetto's list.[21]

**Table 1**
NUMBERS OF GUN LAWS IN THE STATES, AND NUMBERS OF STATE GUN LAWS, BY CATEGORIES, 1607–1934[22]

| LAW TYPE | 1607–1790 | 1791–1867 | 1868–1899 | 1900–1934 |
|---|---|---|---|---|
| Ban | 0 | 0 | 7 | 0 |
| Number of states | 0 | 0 | 5 | 0 |
| | | | | |
| Brandishing | 2 | 4 | 14 | 7 |
| Number of states | 2 | 3 | 13 | 7 |
| | | | | |
| Carry restriction | 5 | 31 | 48 | 21 |
| Number of states | 4 | 19 | 28 | 18 |
| | | | | |
| Dangerous weapons | 1 | 4 | 9 | 53 |
| Number of states | 1 | 4 | 8 | 35 |
| | | | | |
| Dueling | 3 | 7 | 3 | 0 |
| Number of states | 2 | 7 | 3 | 0 |
| | | | | |

20. *Id.* at 2.

21. I also conducted my own spot check of a few of the laws on Frassetto's list that are not included in this article, and found them to be, taken on the whole, accurate and correct.

22. Source: Frassetto, *supra* note 17. Though the table is labeled "State" gun laws, it also includes laws enacted when the states were colonies, and some local/municipal laws. The full category titles of gun laws from Frassetto's paper are: Bans on Handguns/Total Bans on Firearms; Brandishing; Carrying Weapons; Dangerous or Unusual Weapons; Dueling; Felons, Foreigners and Others Deemed Dangerous By the State; Firing Weapons; Hunting; Manufacturing, Inspection and Sale of Gunpowder and Firearms; Militia Regulation; Possession by, Use of, and Sales to Minors and Others Deemed Irresponsible; Registration and Taxation; Race and Slavery Based Firearms Restrictions; Sensitive Areas and Sensitive Times; Sentence Enhancement for Use of Weapons; Storage.

| | | | | |
|---|---|---|---|---|
| Felons, foreigners, etc. | 11 | 2 | 1 | 26 |
| Number of states | 5 | 2 | 1 | 19 |
| | | | | |
| Firing weapons | 19 | 17 | 19 | 22 |
| Number of states | 9 | 14 | 17 | 20 |
| | | | | |
| Hunting | 11 | 8 | 24 | 58 |
| Number of states | 8 | 5 | 21 | 43 |
| | | | | |
| Manufacturing, inspection | 2 | 11 | 11 | 22 |
| Number of states | 2 | 10 | 9 | 17 |
| | | | | |
| Militias | 23 | 15 | 2 | 0 |
| Number of states | 11 | 15 | 2 | 0 |
| | | | | |
| Minors, etc. | 0 | 2 | 15 | 21 |
| Number of states | 0 | 2 | 15 | 19 |
| | | | | |
| Registration, taxation | 3 | 8 | 12 | 18 |
| Number of states | 2 | 6 | 11 | 15 |
| | | | | |
| Race/slavery[23] | 5 | 18 | 0 | 0 |
| Number of states | 5 | 11 | 0 | 0 |
| | | | | |
| Sensitive areas, etc. | 11 | 23 | 30 | 35 |
| Number of states | 7 | 17 | 20 | 26 |
| | | | | |
| Sentencing enhancement | 3 | 3 | 5 | 12 |
| Number of states | 3 | 3 | 5 | 10 |
| | | | | |
| Storage | 2 | 7 | 2 | 0 |
| Number of states | 1 | 6 | 2 | 0 |

23. The small number of laws pertaining to slaves or race-based restrictions pertaining to guns is not meant to suggest that the legal regime in the pre–Civil War South was somehow not uniformly harsh, but rather reflects the fact that express statutory restrictions were not necessary in all places, given the South's uniformly oppressive system of slavery.

The types of gun laws span about every conceivable category. The two most common and prolific types of laws regulated hunting and militias—in fact, Frassetto noted in his compilation that he excluded from his list most hunting and militia laws, gunpowder storage laws, and laws against the firing of weapons, because there were simply too many of them. Those categories and some of those laws, however, are represented in the list provided here. Thousands of gun laws existed from the country's founding up to 1934.[24] The data presented here represents a subset of these thousands of laws. Notwithstanding Frassetto's exclusions, his full list includes over 800 laws.[25] The version of his list presented here is somewhat shorter, as it excludes state constitutional provisions, weapons laws that did not specifically mention firearms, and British laws from the early colonial period that Frassetto included. Thus, the list presented here includes about 760 laws.[26] These include colonial laws, laws of territories that later became states, and of course state laws. Generally speaking, most laws established jurisdiction-wide regulations, although some of the laws were more narrowly drawn to include only densely populated areas, such as cities and towns, or on occasion specifically named cities or counties. Each type of law warrants detailed attention.

Before examining these laws, one other question presents itself: were any of these laws challenged in court? If so, were these challenges based on claims of federal or state right to bear arms–type provisions? If so, what were the outcomes?

A perusal of nineteenth century litigation in state courts reveals that at least one type of gun law was subject to court challenge: those restricting concealed or open gun carrying. The outcomes of such challenges were summarized by a 1905 Kansas state court decision this way: "It has . . . been generally held that the Legislatures can regulate the mode of carrying deadly weapons, provided they are not such as are ordinarily used in civilized warfare [i.e. in a military context]. To this view," the court continued, "there is a notable exception in the early case of *Bliss v. Commonwealth,* 2 Litt. (Ky.) 90, 13 Am. Dec. 251 . . . . While this decision has frequently been referred to by the courts of other states, it has never been followed."[27] A Washington State court from 1907 offered the same verdict:

> Nearly all the states have enacted laws prohibiting the carrying of concealed weapons, and the validity of such laws has often been assailed, because denying to the citizen the right to bear arms; but we are not aware that such a contention has ever prevailed, except in the courts of the state of Kentucky [a reference to *Bliss*].[28]

24. *See* Frassetto, *supra* note 17 (compiling over 800 gun laws excluding the majority of the most common gun laws including hunting and militia laws, gunpowder storage laws, and laws against the firing of weapons).

25. *See id.*

26. A full summary list of the laws is available at ROBERT J. SPITZER, GUNS ACROSS AMERICA: RECONCILING GUN RULES AND RIGHTS 185–208 (2015).

27. City of Salina v. Blaksley, 83 P. 619, 620 (Kan. 1905) (citing Bliss v. Commonwealth, 12 Ky. (2 Litt.) 90 (1822)).

28. State v. Gohl, 90 P. 259, 260 (Wash. 1907); *see also* District of Columbia v. Heller, 554 U.S. 570 (2008) (explaining that nineteenth-century courts typically upheld prohibitions on carrying a concealed

The *Bliss* case was the outlier in this state case law, although in one other case, *Nunn v. State*, the Georgia state court struck down a provision of a state gun carrying law that included restrictions on both concealed carry and open carry.[29] The court struck down only the open carry provision—the man convicted of violating this provision was apparently carrying a handgun openly, yet the law failed to list handguns among those weapons not to be openly carried, while it did list them among those not to be sold or carried concealed.[30]

The conclusions offered by state courts that restrictions on gun carrying were invariably upheld when challenged is punctuated by the fact that, as late as 1981, only two states of the union had loose, "shall issue" carry laws (meaning that the government is obligated to issue a carry license upon completion of proper paperwork, unless the applicant is a felon, mentally unbalanced, or a part of some other category of person prohibited from owning a gun), and one state had no system of permitting for gun carrying.[31] Nineteen states barred concealed gun carrying entirely, and twenty-eight states had "may issue" laws, where states have great discretion as to whether to issue carry permits.[32]

## IV
## CATEGORIES OF EARLY GUN LAWS

### A. Gun Bans

A handful of laws established outright, categorical bans that criminalized the sale or exchange of firearms.[33] All were enacted in the post–Civil War era. Six of the seven state bans—in Arkansas,[34] Kansas,[35] Texas,[36] and three in Tennessee[37]—were of pistols. The seventh, from Wyoming, banned all firearms—both handguns and long guns—from "any city, town, or village."[38] Arkansas also banned any sale or transfer of pistols, except for those in military use.[39]

weapon).

29. Nunn v. State, 1 Ga. 243 (1846).

30. *Id.* at 246–47.

31. *Concealed Weapons Laws in America from 1981 to Today*, LAW CENTER TO PREVENT GUN VIOLENCE, at http://smartgunlaws.org/wp-content/uploads/2012/05/ccw-factsheet.pdf [https://perma.cc/5ZYV-HYSS].

32. SPITZER, *supra* note 26, at 113.

33. In some subsequent categories to be discussed, gun confiscation was sometimes the penalty for violations of law.

34. Act of Apr. 1, 1881, ch. XCVI, § 1, 1881 Ark. Acts 191, 191 (codified at ARK. CODE ANN. ch. 48 § 1498 (1894)).

35. Act of Mar. 13, 1872, ch. 100, § 62, 1872 Kan. Sess. Laws 210, 210 (codified at KAN. GEN. STAT. § 1003 (1901)).

36. Act of Apr. 12, 1871, ch. XXXIV, § 1, 1871 Tex. Gen. Laws 25, 25 (codified at 1879 Tex. Crim. Stat. 24).

37. Act of Mar. 26, 1879, ch. CLXXXVI, § 1, 1879 Tenn. Pub. Acts 231, 231; Act of June 11, 1870, ch. XIII, § 1, 1870 Tenn. Pub. Acts 28, 28; Act of Dec. 1, 1869, ch. XXII, § 2, 1870 Tenn. Pub. Acts 23, 23–24.

38. Act of Dec. 2, 1875, § 1, 1876 Wyo. Sess. Laws 352, 352.

39. Act of Apr. 1, 1881, ch. XCVI, 1881 Ark. Acts 191 (codified at ARK. CODE ANN. ch. 48 § 1498