1  ROB BONTA
   Attorney General of California
2  P. PATTY LI
   Supervising Deputy Attorney General
3  ANNA FERRARI
   Deputy Attorney General
4  JOHN D. ECHEVERRIA
   Deputy Attorney General
5  State Bar No. 268843
    455 Golden Gate Avenue, Suite 11000
6   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3479
7   Fax:  (415) 703-1234
    E-mail:  John.Echeverria@doj.ca.gov
8  *Attorneys for Defendants Rob Bonta and*
   *Blake Graham, in their official capacities*
9

10            IN THE UNITED STATES DISTRICT COURT

11        FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12                    CIVIL DIVISION

13

| | |
|---|---|
| **JAMES MILLER et al.,** | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **COMPENDIUM OF WORKS CITED IN DEFENDANTS' SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S ORDER OF AUGUST 29, 2022** |
| **v.** | |
| **CALIFORNIA ATTORNEY GENERAL ROB BONTA et al.,** | **VOLUME 13 OF 13** |
| Defendants. | Courtroom:  5A<br>Judge:  Hon. Roger T. Benitez |
| | Action Filed:  August 15, 2019 |

1

# INDEX

| Works | Brief Page | Compendium Page |
|---|---|---|
| **HISTORICAL STATUTES** | | |
| 7 Rich. 2, ch. 13 (1383) | 52 n.65 | 002 |
| 20 Rich. 2, ch. 1 (1396) | 52 n.65 | 003 |
| 33 Hen. 8, ch. 6 § 1 at 832 (1541) | 51 | 004-006 |
| 33 Hen. 8, ch. 6 § 18 at 835 (1541) | 51 | 007 |
| 4 Jac. I, ch. 1 (1606) | 52 | 008 |
| 1 Wm. & Mary ch. 2, § 7 (1689), https://press-pubs.uchicago.edu/founders/documents/bill_of_rightss1.html | 50 | 009-012 |
| The Colonial Laws of New York from the Year 1664 to the Revolution, Including the Charters to the Duke of York, the Commissions and Instructions to Colonial Governors, the Dukes Laws, the Laws of the Dongan and Leisler Assemblies, the Charters of Albany and New York and the Acts of the Colonial Legislatures from 1691 to 1775 at 687 (1894) | 55 n.67 | 013-014 |
| 1750 Mass. Acts 544, An Act for Preventing and Suppressing of Riots, Routs And Unlawful Assemblies, chap. 17, § 1 | 55 n.67 | 015-017 |
| 1763-1775 N.J. Laws 346, An Act for the Preservation of Deer and Other Game, and to Prevent Trespassing with Guns, ch. 539, § 10 | 54 | 018-019 |
| Acts of the General Assembly of Arkansas, No. 96 § 3 (1881) | 59 | 020-022 |
| An Act to Prevent Routs, Riots, and Tumultuous Assemblies, and the Evil Consequences Thereof, reprinted in Cumberland Gazette (Portland, Me.), Nov. 17, 1786, at 1 | 55 n.67 | 023 |

| | | |
|---|---|---|
| 1786 Va. Acts, ch. XXII | 55 | 024-025 |
| 1798 Ky. Acts 106 | 56 n.69 | 026-027 |
| 1799 Miss. Laws 113, A Law for the Regulation of Slaves | 55 n.67 | 028 |
| Collection of All Such Acts of the General Assembly of Virginia, of a Public and Permanent Nature, as Are Now in Force; with a New and Complete Index. To Which are Prefixed the Declaration of Rights, and Constitution, or Form of Government Page 187, Image 195 (1803) | 56 n.69 | 029-030 |
| 1804 Ind. Acts 108, A Law Entitled a Law Respecting Slaves, § 4; | 56 n.69 | 031-032 |
| 1804 Miss. Laws 90, An Act Respecting Slaves, § 4 | 56 n.69 | 033-034 |
| 1821 Me. Laws 98, An Act for the Prevention of Damage by Fire, and the Safe Keeping of Gun Powder, chap. 25, § 5 | 53 n.66 | 035-036 |
| Slaves, in Laws of the Arkansas Territory 521 (J. Steele & J. M'Campbell, Eds., 1835) | 56 n.69 | 037-038 |
| 1855 Ind. Acts 153, An Act To Provide For The Punishment Of Persons Interfering With Trains or Railroads, chap. 79, § 1 | 56 n.69 | 039-040 |
| Tex. Const. of 1868, art. I, § 13 | 60 | 041-042 |
| Acts of the General Assembly of Arkansas, No. 96 § 3 (1881) | 59 | 043-045 |
| The Revised Statutes of Indiana: Containing, Also, the United States and Indiana Constitutions and an Appendix of Historical Documents (1881) | 56 n.69 | 046-047 |
| The Grants, Concessions, And Original Constitutions of The Province of New Jersey (1881) | 55 | 048 |
| Idaho Const. of 1896 | 60 | 049 |

3

| | | |
|---|---|---|
| Utah Constitution of 1896 | 60 | 050-052 |
| 1905 Ind. Acts 677 | 56 n.69 | 053-054 |
| 1927 Cal. Stat. 938. | 65 | 055-056 |
| **BOOKS** | | |
| Patrick J. Charles, *Armed in America: A History of Gun Rights from Colonial Militias to Concealed Carry* 141, 155, 312 (2018) | 4, 43, 51, 69 | 058-062 |
| Vincent J.M. DiMaio, *Gunshot Wounds: Practical Aspects of Firearms Ballistics, and Forensic Techniques* 69 (3d ed. 2015), https://bit.ly/3SaIKWV | 33 | 063-066 |
| Somerset Record Society, Vol. XX, at 332 (1904) | 51 n.64 | 067-070 |
| R. Blake Stevens & Edward C. Ezell, *The Black Rifle: M16 Retrospective* 24 (1994) | 45 | 071-074 |
| The Conductor generalis: or, The office, duty and authority of justices of the peace, high-sheriffs, under-sheriffs, coroners, constables, gaolers, jury-men, and overseers of the poor. As also, the office of clerks of assize, and of the peace, &c. Compiled chiefly from Burn's Justice, and the several other books, on those subjects, by James Parker, late one of the justices of the peace for Middlesex County, in New-Jersey; and now revised and adapted to the United States of America, by a gentleman (Albany: 1794) | 56 n.68 | 075-076 |
| Adam Winkler, *Gunfight* 113, 115, 117, 221 (2011) | 42, 52-54, 72 | 077-085 |

4

| | | |
|---|---|---|
| **LAW REVIEWS AND JOURNALS** | | |
| Joseph Blocher & Reva B. Siegel, *When Guns Threaten the Public Sphere: A New Account of Public Safety Regulation Under Heller*, 116 Nw. U. L. Rev. 139, 181 (2021) | 72 | 087-150 |
| Philip J. Cook, *Regulating Assault Weapons and Large-Capacity Magazines for Ammunition*, 328 J. Am. Med. Ass'n 1191, 1192 (2022), https://bit.ly/3eaZZcE | 71 n.74 | 151-152 |
| John Forrest Dillon, *The Right to Keep and Bear Arms for Public and Private Defence*, 1 Cent. L. J. 259, 285, 287 (1874), https://guncite.com/journals/centlj.html | 49 | 153-159 |
| Cass R. Sunstein, *On Analogical Reasoning*, 106 Harv. L. Rev., 741, 773 (1993) | 18 | 160-197 |
| Darrell A.H. Miller & Jennifer Tucker, *Common, Use, Lineage, and Lethality*, 55 U.C. Davis L. Rev. 2495, 2508 (2022) | 44 | 198-212 |
| M. Manring et al., *Treatment of War Wounds: A Historical Review*, 486 Clinical Orthopaedics & Related Research 2168, 2175 (2009) | 45 n.60 | 222-245 |
| Robert J. Spitzer, *Gun Law History in the United States and Second Amendment Rights*, 80 Law & Contemporary Problems 55 (2017) at 69 | 65 | 246-274 |
| **LEGISLATIVE MATERIALS AND GOVERNMENT RECORDS** | | |
| Bureau of Alcohol, Firearms, Tobacco and Explosives, *Firearms Commerce in the United States, Annual Statistical Update 2021*, at 16 (2021), https://bit.ly/3y3krmI | 27 n.33 | 276-303 |
| Bureau of Alcohol, Firearms, Tobacco and Explosives, National Firearms Act Handbook (2009) (chapter 4), https://bit.ly/3CdReXd | 27 n.33 | 304-305 |

5

| | | |
|---|---|---|
| Report of Firearms Committee, 38th Conference Handbook of the National Conference on Uniform State Laws and Proceedings of the Annual Meeting 422–23 (1928) | 65 n.72 | 306-316 |
| U.S. Census, U.S. Adult Population Grew Faster than Nation's Total Population from 2010 to 2020 (estimating the 2020 U.S. adult population to be approximately 258 million), https://bit.ly/3T7csNZ | 30 n.38 | 317 |
| **NEWS ARTICLES** | | |
| Julia Rothman & Shaina Feinberg, *This $20 Device Turns a Handgun into an Automatic Weapon*, N.Y. Times, July 1, 2022, https://nyti.ms/3y6LFZG | 36 n.54 | 319-332 |
| **OTHER SOURCES** | | |
| 1 Blackstone ch. 1 (1769) | 50 | 334-343 |
| Heritage Foundation, Defensive Gun Uses in the U.S. (updated Sept. 16, 2022), https://herit.ag/3SLwe1g | 40 n.58 | 344-345 |
| Eric Hung, *Featureless AR-15 Rifles [California Build Guide]*, PewPewTactical.com, Apr. 13, 2022, https://bit.ly/3STlCgl | 28 n.35 | 346-375 |
| Kyle Mizokami, *The Marines Are Issuing Silencers to Troops Around the World*, Popular Mechanics, Jan. 1, 2021, https://bit.ly/3M36bQx | 33 n.46 | 376-386 |
| Elwood Shelton, *Best AR-15 Options for Any Budge and Buyer's Guide* (2022), Gun Digest, June 10, 2022, https://bit.ly/3SFQAJm | 28 n.35 | 387-405- |
| Alain Stephens & Keegan Hamilton, *The Return of the Machine Gun*, The Trace, Mar. 24, 2022, https://bit.ly/3E6FzMB | 36 n.54 | 406-413 |

Compendium of Works Cited in Defendants' Supplemental Brief in Response to Court Order of August 29, 2022  (3:19-cv-01537-BEN-JLB)

# CHAPTER 4.  TAXES IMPOSED BY THE NFA

**Section 4.1  Taxes**

The NFA imposes tax on the making and transfer of firearms. The Act also requires annual payment of a special (occupational) tax (SOT) by licensees engaged in the business of manufacturing, dealing in, or importing NFA firearms. The NFA also provides for exemptions from the making, transfer, and special (occupational) taxes in specific situations.

**4.1.1  Making tax.**  A tax of $200 is imposed on the making of all NFA firearms made by other than qualified manufacturers of firearms.[56]  The tax must be paid prior to making the firearm.  Payment of the making tax is submitted with the Application to Make and Register a Firearm (ATF Form 1).  See Appendix C for a copy of Form 1.  The making tax is also imposed when a registered, unserviceable NFA firearm is reactivated.[57]  See the exemptions from tax discussed in Section 4.2.1.

**4.1.2  Transfer tax.**  Transfer of a serviceable NFA firearm is subject to the transfer tax.[58]  The tax must be paid prior to the transfer. Payment of the tax is submitted with the Application to Transfer and Register a Firearm (ATF Form 4). See Appendix C for a copy of Form 4. ATF will accept payment of the tax from either the transferor or transferee. The tax on the transfer of short barrel shotguns, short barrel rifles, machineguns, silencers and destructive devices is $200. The transfer tax for firearms classified as "any other weapon" is $5. See the exemptions from tax discussed in Section 4.2.2.

*NOTE*: there is often confusion concerning the tax on "any other weapons." The majority of NFA weapons are subject to a making tax of $200 and a transfer tax of $200. Many individuals have the mistaken belief that the rate of tax for making an "any other weapon" is $5 because the transfer tax on "any other weapons" is $5. As discussed in Section 4.1.1, the making tax on all types of NFA firearms is $200.

**4.1.3  Special (occupational) tax.**  On first engaging in business, each importer, manufacturer, and dealer in NFA firearms must pay a special (occupational) tax for each place of business.[59]  Special tax is paid by return, specifically ATF Form 5630.7, Special Tax Registration and Return.  Appendix C contains a copy of the return.  Subsequent to the initial payment of the SOT, the tax is due on or before July 1 of each year.  The rate of tax for importers and manufacturers is $1000 per year.  The rate of tax for dealers is $500 per year.  The NFA provides a reduced rate of SOT for importers and manufacturers whose gross receipts for the most recent taxable year are less than $500,000.[60]  See the exemptions from tax discussed in Section 4.2.3.

---

[56] 26 U.S.C. 5821
[57] ATF Form 1 (5320.1), Instruction k
[58] 26 U.S.C. 5811
[59] 26 U.S.C. 5801
[60] 26 U.S.C. 5801(b)(1)

## Section 4.2  Exemptions from tax

**4.2.1  Making tax.**  A manufacturer who has paid the SOT is exempt from payment of the making tax.[61] Likewise, there is no making tax imposed on the making of an NFA firearm by or on behalf of a Federal or State agency.[62]

**4.2.2  Transfer tax.**  Transfers of registered firearms between SOTs are exempt from the transfer tax.[63] Likewise, there is no transfer tax imposed on the transfer of firearms to a Federal or State agency.[64]

**4.2.2.1  Unserviceable firearms.**  An unserviceable firearm may be transferred as a curio or ornament without payment of the transfer tax.[65]

**4.2.3  Special (occupational) tax.**  A person required to pay SOT is exempt from the tax if it is established that the business is conducted exclusively with, or on behalf of, an agency of the United States.[66]  This exemption must be obtained by filing a letter application addressed to the NFA Branch setting out the manner in which the applicant conducts business, the type of firearms to be manufactured, and satisfactory proof of the existence of the applicant's contract with the Government.[67] This exemption must be renewed by letter on or before July of each year.  Approval of the application entitles the applicant to the exemption.

**4.2.4  Exportation of firearms.**  An NFA firearm may be exported without payment of  the transfer tax provided that proof of the exportation is furnished in such form and manner as the regulations prescribe.[68]  The form to be filed is ATF Form 9 (Firearms), Application and Permit for Exportation of Firearms.[69]  See Appendix C for a copy of the form.  Approval of the form by ATF is required before exportation.  *NOTE*: *exportation of NFA firearms without an approved Form 9 will subject their registered owner to NFA transfer tax.*

---

[61] 26 U.S. 5852(c)
[62] 26 U.S.C. 5852(b), 5853(b)
[63] 26 U.S.C. 5852(d)
[64] 26 U.S.C. 5852(a), 5853(a)
[65] 26 U.S.C. 5852(e)
[66] 26 U.S.C. 5851
[67] 27 CFR 479.33
[68] 26 U.S.C. 5854
[69] 27 CFR 479.114

## REPORT OF FIREARMS COMMITTEE

*To the National Conference of Commissioners on Uniform State Laws:*

The report of this committee at Buffalo last year showed that following the publication of the Uniform Firearms Act as approved by the Conference and the Bar Association at Denver in July, 1926, some objections raised by the Police Commissioner of New York City through Governor Whitman induced the Executive Committee of the Conference in January, 1927, to recommend to the Conference the withholding of the act from presentation to the states, and the recommitment of the matter to the Firearms Committee for further study and report. (Handbook, 1927, p. 866.) In view of this action of the Executive Committee of the Conference the Executive Committee of the American Bar Association took under reconsideration the approval of the act, this action being approved at the Buffalo meeting. (Bar Assn. Reports, No. 52, 1927, p. 223.)

The Firearms Committee reported at the Buffalo meeting, outlining its efforts to cooperate with the National Crime Commission, which through a subcommittee had drafted and presented to the legislatures the so-called Crime Commission Bill on the subject of firearms regulation. The text of this was printed in display with the text of the Uniform Act. It was pointed out that the Crimes Commission had taken the Uniform Act as the basis of its work, adopting a great deal of it, but with the addition of some new matters, and the change of some of the principles of the Uniform Act. (Handbook, 1927, pp. 866-914.) These matters were also adverted to by President Young in his opening address. (*Ibid.,* p. 453.) In accordance with the recommendations of the committee the Conference voted as follows (*Ibid.,* pp. 267-268. 914):

419

"1. That in accordance with action already taken by the Executive Committee the Uniform Firearms Act be withheld from presentation to the legislatures until further action of the Conference.

"2. That the committee on the Uniform Firearms Act be continued for the purpose of giving further consideration to the objections thereto, for further study of other proposed legislation, for further conferences with the committee of the National Crime Commission, and for further report as to whether or not it is desirable that the act be amended or retained in its present form, or as to what definite disposition should be made thereof."

With the Uniform Act thus back for consideration various meetings have been held during the year between members of the undersigned committee and members of the subcommittee of the National Crime Commission. The final joint meetings were in Washington on April 26-27, 1928, at which were present on behalf of your committee Judge Ailshie and Messrs. O'Connell and Imlay, and on behalf of the subcommittee of the Crime Commission General J. Weston Allen and Mr. J. E. Baum, of the American Bankers Association.

As a result of these meetings and the separate attention given to these matters by your own committee, both in personal conference in Washington, and in an exchange of views by letter, your committee has formulated a proposed revision, printed herewith, of the Uniform Act, incorporating some of the new matter of the Crime Commission Bill, but retaining the basic features of the Uniform Act. In notes accompanying each section, which should be studied in connection with the parallel references in the two acts as printed in last year's report (Handbook, 1927, pp. 878-889), an attempt has been made to indicate the changes. Some of the matters of major importance may be summarized as follows:

1. The revision incorporates the new matter of the Crime Commission Bill on machine guns. Most of the firearms legislation passed in the current year has been on the subject of machine guns, e. g., General Laws of California of 1927, Ch. 552; Acts and Resolves of Mass., 1927, Ch. 326; Mich. Public Acts of 1927, No. 372; N. J. Public Laws 1927, Ch. 95, p. 180. There has been recent legislation on the subject also in Iowa.

Compendium_Supplemental Brief
Page 307

2. The revision retains the principle of forbidding the carrying of concealed weapons with strict regulations for identification, but does not require a license to purchase as does the Crime Commission Bill. This constitutes the basic difference between the two acts. Upon this point your committee and the subcommittee of the Crime Commission have been unable to agree.

3. The revision retains the method of the Uniform Act in providing a general penalty section (S. 19) rather than, as in the other act, placing penalty clauses within the various sections.

4. The revision, like the original act, does not fix mandatory sentences, the matter of sentences being left open for the exercise of discretion by the courts.

Upon the basic difference between the two acts mentioned above your committee has bestowed much careful thought. The form of regulation contained in the Uniform Act was adopted by the Conference advisedly. That form is consistent with the forms of regulation which have always obtained and now obtain in the states generally, as the analysis of the subject in the second report of this committee shows. (Handbook, 1925, pp. 854-898.) The system of license to purchase has been for many years the law of New York. It was adopted in Michigan in 1925, being reenacted in the 1927 act mentioned above: it was also adopted in Massachusetts in 1926. (Acts of 1926, Ch. 395.) Beyond those states it has not gone, so far as this committee is advised.

This committee reaffirms the position heretofore taken on this subject, that such a provision is not only out of line with legislative precedents and experience, but is unenforceable. It would make criminals out of law-abiding citizens, and would not be obeyed by the lawless.

A bill drawn very much along the lines of this proposed revision, was introduced into the United States Senate April 16, 1928, by Senator Capper (S. 4086, 70th Cong.) as a local law for the District of Columbia: the same bill was introduced into the House of Representatives a few days later by Representative Frederick J. Zihlman of Maryland, a member of the District of Columbia Committee (No. 13211). The bills are now under consideration before the respective Committees on the District of Columbia of the two houses.

421

Your committee presents this revision for the consideration of the Conference and recommends its adoption as an act which preserves the results achieved in the work heretofore done on the Uniform Act, and incorporates valuable new material from the Crime Commission Act.

Respectfully submitted,

JOSEPH F. O'CONNELL, *Chairman*,
JAMES F. AISHIE,
CHARLES V. IMLAY,
J. O. SETH,
L. C. SPIETH,
D. A. McDOUGAL,
GEORGE B. MARTIN,
HARRY L. CRAM.

## A UNIFORM ACT TO REGULATE THE SALE AND POSSESSION OF FIREARMS

AN ACT REGULATING THE SALE, TRANSFER AND POSSESSION OF CERTAIN FIREARMS, PRESCRIBING PENALTIES AND RULES OF EVIDENCE, AND TO MAKE UNIFORM THE LAW WITH REFERENCE THERETO

1  SECTION 1. (*Definitions.*) "Pistol," as used in this act,
2  means any firearm with a barrel less than twelve inches in
3  length.

4  "Machine gun," as used in this act, means any firearm
5  which shoots automatically and any firearm which shoots
6  more than twelve shots semi-automatically without reloading.

7  "Person," as used in this act, includes firm, association or
8  corporation.

9  "Sell" and "purchase" and the various derivatives of
10  such words, as used in this act, shall be construed to include
11  letting on hire, giving, lending, borrowing, and otherwise
12  transferring.

13  "Crime of violence," as used in this act, means any of the
14  following crimes or an attempt to commit any of the same,
15  namely: Murder, manslaughter, rape, mayhem, assault to do
16  great bodily harm, robbery, larceny, burglary, and house-
17  breaking.

422

*Note:* The words "or revolver" are omitted in the first definition and at other places where they occur in the Uniform Act, as in the Crime Commission Act, for greater simplicity.

The new definition of "machine gun" is substantially that of the Crime Commission Act.

The new definitions of "person" and "sell and purchase" are substantially those of the Crime Commission Act.

1      SECTION 2. (*Committing Crime When Armed.*) If any
2   person shall commit a crime of violence when armed with or
3   having readily available any pistol or other firearm, he may
4   in addition to the punishment provided for the crime be
5   punished also as provided by this act.

*Note:* The words "or having readily available" and "or other firearm" are added from the Crime Commission Act.

1      SECTION 3. (*Being Armed Prima Facie Evidence of In-*
2   *tent.*) In the trial of a person for committing a crime of
3   violence the fact that he was armed or had readily available
4   a pistol, and had no license to carry the same, or was armed
5   with or had readily available any other firearm having a total
6   length of less than twenty-six inches, or any machine gun,
7   shall be *prima facie* evidence of his intention to commit such
8   crime of violence.

*Note:* The words "or had readily available" are added from the Crime Commission Act; the words "or was armed with, etc.," are adopted from that act, to include firearms longer than twelve inches capable of being concealed on the person and machine guns.

1      SECTION 4. (*Persons Forbidden to Possess Certain Fire-*
2   *arms.*) No person who has been convicted in this state or
3   elsewhere of a crime of violence shall own a pistol or have one
4   in his possession or under his control.

*Note:* This section is substantially the same as that of the original Uniform Act and of the Crime Commission Act, except that the latter specifies a punishment which in this proposed revision as in the original Uniform Act is left for a general section.

1      SECTION 5. (*Carrying Pistol.*) No person shall carry a
2   pistol in any vehicle or concealed on or about his person, ex-
3   cept in his dwelling house or place of business or on other

Compendium_Supplemental Brief
Page 310

4  land possessed by him, without a license therefor issued as
5  hereinafter provided.

*Note:* This section is the same as that of the original Uniform Act
except that it incorporates the language of the corresponding Section 11
of the Crime Commission Act in making the prohibition against carrying
pistols in vehicles absolute.

1  SECTION 6.  (*Exceptions.*)  The provisions of the preced-
2  ing section shall not apply to marshals, sheriffs, prison or
3  jail wardens or their deputies, policemen or other duly ap-
4  pointed law-enforcement officers, or to members of the army,
5  navy, or marine corps of the United States or of the national
6  guard or organized reserves when on duty, or to the regu-
7  larly enrolled members of any organization duly authorized
8  to purchase or receive such weapons from the United States
9  or from this state, provided such members are at or are going
10  to or from their places of assembly or target practice, or to
11  officers or employees of the United States duly authorized to
12  carry a concealed pistol, or to any person engaged in the busi-
13  ness of manufacturing, repairing, or dealing in firearms or
14  the agent or representative of any such person having in his
15  possession, using, or carrying a pistol in the usual or ordinary
16  course of such business, or to any person while carrying a
17  pistol unloaded and in a secure wrapper from the place of
18  purchase to his home or place of business or to a place of
19  repair or back to his home or place of business or in moving
20  goods from one place of abode or business to another.

*Note:* This section remains the same as that of the original Uniform
Act with a few modifications introduced from the corresponding Section 12
of the Crime Commission Act.

1  SECTION 7.  (*Issue of Licenses to Carry.*)  [The justice
2  of a court of record, the chief of police of a city or town, and
3  the sheriff of a county or the persons authorized by any of
4  them] shall, upon the application of any person having a
5  bona fide residence or place of business within the jurisdic-
6  tion of said licensing authority or of any person having a
7  bona fide residence or place of business within the United
8  States and a license to carry a pistol concealed upon his per-
9  son issued by the lawful authorities of any state or subdivi-

424

10  sion of the United States, issue a license to such person to
11  carry a pistol within this state for not more than one year
12  from date of issue, if it appears that the applicant has good
13  reason to fear injury to his person or property or has any
14  other proper reason for carrying a pistol and that he is a
15  suitable person to be so licensed. The license shall be in tripli-
16  cate in form to be prescribed by the [Secretary of State] and
17  shall bear the name, address, description, photograph, and
18  signature of the licensee and the reason given for desiring a
19  license. The original thereof shall be delivered to the licensee,
20  the duplicate shall within seven days be sent by registered
21  mail to the [Secretary of State] and the triplicate shall be
22  preserved for six years by the authority issuing said license.

*Note:* This section remains substantially as in the original Uniform Act
and as in Section 10 of the Crime Commission Act.

1   SECTION 8.  *(Selling to Minors and Others.)*  No person
2   shall sell any pistol to a person who he has reasonable cause
3   to believe is not of sound mind, or is a drug addict, or is a
4   person who has been convicted in the District of Columbia or
5   elsewhere of a crime of violence, or, except when the relation
6   of parent and child or guardian and ward exists, is under
7   the age of eighteen years.

*Note:* This section has been expanded to include in addition to infants
the other disqualified persons named in the corresponding Section 7 of the
Crime Commission Act.

1   SECTION 9.  *(Transfers Regulated.)*  No seller shall de-
2   liver a pistol to the purchaser thereof until forty-eight hours
3   shall have elapsed from the time of the application for the
4   purchase thereof, and, when delivered, said pistol shall be
5   securely wrapped and shall be unloaded. At the time of ap-
6   plying for the purchase of a pistol the purchaser shall sign
7   in triplicate and deliver to the seller a statement containing
8   his full name, address, occupation, color, place of birth, the
9   date and hour of application, the caliber, make, model, and
10  manufacturer's number of the pistol to be purchased and a
11  statement that he has never been convicted in this state or
12  elsewhere of a crime of violence. The seller shall within six

425

13  hours after such application sign and attach his address and
14  forward by registered mail one copy of such statement to the
15  chief of police of the city or town or the sheriff of the county
16  of which the seller is a resident; the duplicate the seller shall
17  within seven days send with his signature and address to the
18  [Secretary of State]; the triplicate he shall retain for six
19  years. This section shall not apply to sales at wholesale.

*Note:* This section has been modified to require forty-eight instead of
twenty-four hours to elapse from the time of application till the time of
delivery of a weapon. A provision is also inserted for a more immediate
notice to the police.

1   SECTION 10.  (*Dealers to be Licensed.*)  No retail dealer
2   shall sell or expose for sale or have in his possession with in-
3   tent to sell any pistol without being licensed as hereinafter
4   provided.

*Note:* This section remains in substance the same as in the original
Uniform Act except that with the new matters of definition adopted from
the Crime Commission Act it conforms in language to Section 6 thereof.

1   SECTION 11.  (*Dealers' Licenses, by Whom Granted and
2   Conditions Thereof.*)  The duly constituted licensing authori-
3   ties of any city, town, or political subdivision of this state
4   may grant licenses in form prescribed by the [Secretary of
5   State] effective for not more than one year from date of issue,
6   permitting the licensee to sell pistols at retail within this
7   state subject to the following conditions in addition to those
8   specified in Section 9 hereof, for breach of any of which the
9   license shall be subject to forfeiture and the licensee subject
10  to punishment as provided in this act:
11    1. The business shall be carried on only in the building
12  designated in the license.
13    2. The license or a copy thereof, certified by the issuing
14  authority, shall be displayed on the premises where it can
15  easily be read.
16    3. No pistol shall be sold (a) if the seller has reasonable
17  cause to believe that the purchaser is not of sound mind or
18  is a drug addict or has been convicted in this state or else-
19  where of a crime of violence or is under the age of eighteen

426

20  years, or (b) unless the purchaser is personally known to
21  the seller or shall present clear evidence of his identity.

22  4. A true record in triplicate shall be made of every pistol
23  sold, said record to be made in a book kept for the purpose,
24  the form of which may be prescribed by the [Secretary of
25  State] and shall be personally signed by the purchaser and
26  by the person effecting the sale, each in the presence of the
27  other, and shall contain the date of sale, the caliber, make,
28  model, and manufacturer's number of the weapon, the name,
29  address, occupation, color, and place of birth of the purchaser,
30  and a statement signed by the purchaser that he has never
31  been convicted in this state or elsewhere of a crime of vio-
32  lence. One copy of said record shall within six hours be sent
33  by registered mail to the chief of police of the city or town
34  or the sheriff of the county of which the dealer is a resident;
35  the duplicate the dealer shall within seven days send to the
36  [Secretary of State]; the triplicate the dealer shall retain for
37  six years.

38  5. No pistol or imitation thereof or placard advertising the
39  sale thereof shall be displayed in any part of said premises
40  where it can readily be seen from the outside.

41  No license to sell at retail shall be granted to anyone except
42  as provided in this section.

*Note:* This section remains substantially the same as the original
Section 11 and Section 6 of the Crime Commission Act, except that it
incorporates, like Section 9 hereof, a provision for a more immediate notice
by the dealer to the police.

1  SECTION 12. (*False Information Forbidden.*) No person
2  shall, in purchasing a pistol or in applying for a license to
3  carry the same, give false information or offer false evidence
4  of his identity.

*Note:* This section remains practically the same as the same section in
the original Uniform Act and as Section 13 of the Crime Commission Act,
except that the latter makes special mention therein of 'a penalty.

1  SECTION 13. (*Alteration of Identifying Marks Pro-*
2  *hibited.*) No person shall change, alter, remove, or obliterate
3  the name of the maker, model, manufacturer's number, or other
4  mark of identification on any pistol. Possession of any pistol

427

5   upon which any such mark shall have been changed, altered,
6   removed, or obliterated shall be *prima facie* evidence that the
7   possessor has changed, altered, removed, or obliterated the
8.  same.

*Note:* This section remains the same as in the original Uniform Act and in the corresponding Section 18 of the Crime Commission Act.

1   SECTION 14. (*Existing Licenses Revoked.*) All licenses
2   heretofore issued in this state permitting the carrying of
3   pistols shall expire at midnight of the —— day of ——,
4   19—.

*Note:* This section remains the same as in the original Uniform Act and in Section 23 of the other act.

1   SECTION 15. (*Exceptions.*) This act shall not apply to
2   antique pistols unsuitable for use as firearms and possessed
3   as curiosities or ornaments.

*Note:* This section is the same in substance as in the original act, but it adopts from the corresponding Section 22 of the other act the words "and possessed as curiosities or ornaments."

1   SECTION 16. (*Pawning of Pistols Prohibited.*) No per-
2   son shall make any loan secured by mortgage, deposit, or
3   pledge of a pistol.

*Note:* This is a new section, adopting the substance of Section 8 of the Crime Commission Act.

1   SECTION 17. (*Machine Guns.*) No person shall possess
2   any machine gun. This section shall not apply to any foreign
3   government nor to members of the army, navy, or marine
4   corps of the United States, or of the national guard or organ-
5   ized reserves when on duty, nor to the Post Office Department
6   or its employees when on duty, nor to duly appointed law-
7   enforcement officers, nor to banking institutions established
8   under the laws of the United States, nor to public carriers
9   who are engaged in the business of transporting mail, money,
10  securities, or other valuables.

*Note:* This is a new section, incorporating the provisions of Sections 14 and 15 of the Crime Commission Act.

1   SECTION 18. (*Act Supersedes Local Laws.*) The provi-
2   sions of this act shall be effective and controlling throughout

428

3  this state, notwithstanding the provisions of any local law
4  or ordinance.

*Note:* This section remains the same as Section 16 of the original act
and is the same in substance as Section 26 of the Crime Commission Act.

1  SECTION 19.  (*Penalties.*)  Any violation of any provi-
2  sion of this act shall constitute an offense punishable by a
3  fine of not more than [$——] or imprisonment for not more
4  than [———] or both, or by imprisonment in the peniten-
5  tiary for not less than [———] nor more than [———].

1  SECTION 20.  (*Constitutionality.*)  If any part of this act
2  is for any reason declared void, such invalidity shall not af-
3  fect the validity of the remaining portion of this act.

1  SECTION 21.  (*Short Title.*)  This act may be cited as
2  "Uniform Firearms Act."

1  SECTION 22.  (*Effective Date.*)  This act shall take effect
2  on the —— day of ———, 19—.

1  SECTION 23.  (*Certain Acts Repealed.*)  All laws or parts
2  of laws inconsistent herewith are hereby repealed.

*Note:* The above sections remain the same as Sections 17-21 in the
original Uniform Act.  Section 25 of the Crime Commission Act adopts
Section 20.  Section 24 of that act has a provision for a general penalty
where none is otherwise specified, but as penalties are generally specified
throughout the Crime Commission Act, Section 24 thereof differs from
Section 19 hereof, which declares penalties for the whole act.  This method
was adopted advisedly by the Conference, as a more scientific way to deal
with the subject of penalties.

429

Table 1.
## Population by Age Group: 2000, 2010, and 2020

| Age | 2000 | | 2010 | | 2020 | | Change 2000 to 2010 | | Change 2010 to 2020 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Number | Per-cent | Number | Per-cent | Number | Per-cent | Number | Per-cent | Number | Per-cent |
| Total . . . . . . . | 281,421,906 | 100.0 | 308,745,538 | 100.0 | 331,449,281 | 100.0 | 27,323,632 | 9.7 | 22,703,743 | 7.4 |
| Under 18 years . . . . . | 72,293,812 | 25.7 | 74,181,467 | 24.0 | 73,106,000 | 22.1 | 1,887,655 | 2.6 | –1,075,467 | –1.4 |
| 18 years and over . . | 209,128,094 | 74.3 | 234,564,071 | 76.0 | 258,343,281 | 77.9 | 25,435,977 | 12.2 | 23,779,210 | 10.1 |

Note: Information on confidentiality protection, nonsampling error, and definitions is available at <https://www2.census.gov/programs-surveys /decennial/2020/technical-documentation/complete-tech-docs/summary-file/>.

Source: U.S. Census Bureau, Census 2000 Redistricting Data (Public Law 94-171) Summary File; 2010 Census Redistricting Data (Public Law 94-171) Summary File; 2020 Census Redistricting Data (Public Law 94-171) Summary File.

# NEWS ARTICLES

**The New York Times** | https://www.nytimes.com/2022/07/01/business/auto-sear-handgun-automatic.html

SCRATCH

# This $20 Device Turns a Handgun Into an Automatic Weapon

**By Julia Rothman and Shaina Feinberg**

July 1, 2022



For $20, a device called an auto sear can turn a handgun into a machine gun. Last year, U.S. OFFICIALS seized 1,500 guns with auto sears —and experts suggest they account for a small fraction of the total that exist. A shooting that killed six people in SACRAMENTO in April involved at least one gun that had been modified with an auto sear, lawmakers said. INSPECTOR COURTNEY NILAN of the NEW YORK POLICE DEPARTMENT says the devices pose an increasingly worrisome problem.



"An auto sear is a small device made of metal or plastic that can make any handgun a fully automatic weapon. With one pull of the trigger, that gun can shoot 16 rounds."

"It's a workaround for people who cannot obtain an AR or AK legally. They don't give them to police officers for a reason. They are illegal at the city, state and federal levels."



" Two years ago, during one of our investigations, an individual had auto sears at his location, in addition to a cache of personally made firearms, or ghost guns. "

" It looked to me like a very small Lego piece — a small square piece with a few holes in it — not much bigger than a quarter."

"The ones that are commercially manufactured are primarily manufactured in CHINA and sent to the UNITED STATES through different international websites. And people are now 3D printing them, too."

"A lot of people on the street or in online forums call auto sears Glock switches. (But Glock switches have nothing to do with the Glock company; that's really a misnomer.)"



3D-printed lower receivers, which hold the gun's trigger and magazine

" Generally, if you're buying them commercially on eBay or on the dark web, they go for about $20. But for people who are 3D printing them, it basically costs about a dollar to produce one. "

" In NEW YORK CITY, auto sears are still not that common. But this year alone, we have had four instances where we have recovered multiple auto sears during investigations. "



Ghost gun recovered during an investigation

"It popped up on our radar because this is how ghost guns started. They started in dribs and drabs and then came on like wildfire."

" Usually the production of ghost guns goes hand in hand with owning and producing auto sears. "

" I think the scariest thing about guns is how many are out there and all of the different methods for people to come into possession of them. "



Recovered 3D-printed illegal extended magazines

"In NEW YORK CITY, from where we were last year to where we are now, we have a little over a 200 percent increase in ghost guns. And there is no difference between a bullet shot from a commercially made firearm and a ghost gun. Same bullets. Just as deadly."

Julia Rothman is an illustrator. Shaina Feinberg is a writer and filmmaker. Both live in Brooklyn.

A version of this article appears in print on , Section BU, Page 3 of the New York edition

/

# OTHER SOURCES



## Blackstone's Commentaries on the Laws of England
## Book the First - Chapter the First : Of the Absolute Rights of Individuals

Blackstone Contents

.P 116

.P 117

COMMENTARIES

ON THE

LAWS OF ENGLAND.

BOOK THE FIRST.

OF THE RIGHTS OF PERSONS.

CHAPTER THE FIRST.

OF THE ABSOLUTE RIGHTS OF INDIVIDUALS.

THE objects of the laws of England are fo very numerous and extenfive, that, in order to confider them with any tolerable eafe and perfpicuity, it will be neceffary to diftribute them methodically, under proper and diftinct heads ; avoiding as much as poffible divifions too large and comprehenfive on the one hand, and too trifling and minute on the other ; both of which are equally productive of confufion.

NOW.

.P 118

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

NOW, as municipal law is a rule of civil conduct, commanding what is right, and prohibiting what is wrong ; or, as Cicero [d], and after him our Bracton [b], has expreffed it, fanctio jufta, jubens honefta et prohibens contraria ; it follows, that the primary and principal objects of the law are RIGHTS, and WRONGS. In the profecution therefore of thefe commentaries, I fhall follow this very fimple and obvious divifion ; and fhall in the firft place confider the rights that are commanded, and fecondly the wrongs that are forbidden by the laws of England.

RIGHTS are however liable to another fubdivifion ; being either, firft, thofe which concern, and are annexed to the perfons of men, and are then called jura perfonarum or the rights of perfons ; or they are, fecondly, fuch as a man may acquire over external objects, or things unconnected with his perfon, which are fined jura rerum or the rights of things. Wrongs alfo are divifible into, firft, prvate wrongs, which, being an infringement merely of particular rights, concern individuals only, and are called civil injuries ; and fecondly, public wrongs, which, being a breach of general and public rights, affect the whole community, and are called crimes and mifdemefnors.

THE objects of the laws of England falling into this fourfold divifion, the prefent commentaries will therefore confift of the four following parts : 1. The rights of perfons ; with the means whereby fuch rights may be either acquired or loft. 2. The rights of things ; with the means alfo of acquiring and lofing them. 3. Private wrongs, or civil injuries ; with the means of redreffing them by law. 4. Public wrongs, or crimes and mifdemefnors ; with the means of prevention and punifhment.

WE are now, firft, to confider the rights of perfons ; with the means of acquiring and lofing them.

.{FS}

11 Philipp. 12.

[b] l. 1. c. 3.

.{FE}

NOW

.P 119

The RIGHTS OF PERSONS.

BOOK I.

1.

the rights of perfons that are commanded to be obferved by the municipal law are of two forts ; firft, fuch as are due from every citizen, which are ufually called civil duties ; and, fecondly, fuch as belong to him, which is the more popular acceptation of rights or jura. Both may indeed be comprized in this latter divifion ; for, as all focial duties are of a relative nature, at the fame time that they are due from one man, or fet of men, they muft alfo be due to another. But I apprehend it will be more

Compendium_Supplemental Brief
Page 334

clear and eafy, to confider many of them as duties required from, rather than as rights belonging to, particular perfons. Thus, for inftance, allegiance is ufually, and therefore as the duty of the magiftrate ; and yet they are, reciprocally, the rights as well as duties of each other. Allegiance is the right of the magiftrate, and protection the right of the people.

PERSONS alfo are divided by the law into either natural perfons, or artificial. Natural perfons are fuch as the God of nature formed us : artificial are fuch as created and devifed by human laws for the purpofes of fociety and government ; which are called corporations or bodies politic.

THE rights of perfons confidered in their natural capacities are alfo of two forts, abfolute, and relative. Abfolue, which are fuch as appertain and belong to particular men, merely as individuals or fingle perfons : relative, which are incident to them as members of fociety, and ftanding in various relations to each other. The firft, that is, abfolute rights, will be the fubject of the prefent chapter.

BY the abfolute rights of individuals we mean thofe which are fo in their primary and ftricteft fenfe; fuch as would belong to their perfons merely in a ftate of nature, and which every man is intitled to enjoy whether out of fociety or in it. But with regard to the abfolute duties, which man is bound to perform con-

fidered

.P 120

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

fidered as a mere individual, it is not to be expected that any human municipal laws fhould at all explain or enforce them. For the end and intent of fuch laws being only to regulate the behaviour of mankind, as they are members of fociety, and ftand in various relations to each other, they have confequently no bufinefs or concern with any but focial or relative duties, Let a man therefore be ever fo abandoned in his principles, or vitious in his practice, provided he keeps his wickednefs to himfelf, and does not offend againft the rules of public decency, he is out of the reach of human laws. But if he makes his vices public, though they be fuch as feem principally to affect himfelf, (as drunkennefs, or the like) they then become, by the bad example they fet, of pernicious effects to fociety ; and therefore it is then the bufinefs of human laws to correct them, Here the circumftance of publication is what alters the nature of the café. Public fobriety is a relative duty, and therefore enjoined by our laws : private fobriety is an abfolute duty, which, whether it be performed or not, human tribunals can never know; and therefore they can never enforce it by any civil fanction. But, with refpect to rights, the café is different. Human laws define and enforce as well thofe rights which belong to a man confidered as an individual, as thofe which belong to him confidered as related to others.

FOR the principal aim of fociety is to protect individuals in the enjoyment of thofe abfolute rights, which were vefted in them by the immutable laws of nature ; but which could not be preferved in peace without that mutual affiftance and intercourfe, which is gained by the inftitution of friendly and focial communities. Hence it follows, that the firft and primary end of human laws is to formation of ftates and focieties : fo that to maintain and regulate thefe, is clearly a fubfequent confideration, And therefore the principal view of human laws is, or ought always to be, to explain, protect, and enforce fuch rights as are

abfolute,

.P 121

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

abfolute, which in themfelves are few and fimple ; and, then, fuch rights as are relative, which arifing from a variety of connexions, will be far more numerous and more complicated. Thefe will take up a greater fpace in any code of laws, and hence may appear to be more attended to, though in reality they are not, than the rights of the former kind. Let us therefore proceed to examine how far all laws ought, and how far the laws of England actually do, take notice of thefe abfolute rights, and provide for their lafting fecurity.

THE abfolute righs of man, confidered as a free agent, endowed with difcernment to known good from evil, and with power of choofing thofe meafures which appear to him to be moft defirable, are ufually fumed up on one general appellation, and denominated the natural liberty of mankind. This natural liberty confifts properly in a power of acting as one thinks fit, without any reftraint or control, unlefs by the law of nature : being a right inherent in a us by birth, and one of the gifts of God to man at his creation, when he endued him with the faculty of freewill. But every man, when he enters into fociety, gives, up a part of his natural liberty, as the price of fo valuable a purchafe ; and, in confideration of receiving the advantages of mutual commerce, obliges himfelf to conform to thofe laws, which the community has tough proper to eftablifh. And this fpecies of legal obedience and conformity is infinitely more defirable, than that wild and favage liberty which is facrificed to obtain it. For no man, that confiders a moment, would wifh to retain the abfolute and uncontrolled power of doing whatever he pleafes; the confequence of which is, that every other man would alfo have the fame power ; and then there would be no fecurity to individuals in any of the enjoyments of life. Political therefore, or civil, liberty, which is that of a member of fociety, is no other than natural liberty fo far reftrained by human laws (and no farther) as is neceffary and expedient for the general advantage of the publick [c]. Hence we may collect that the law, which reftrains a

.{FS}

[c] Facultas ejus, quod cuique facere libet, nifi quid jure prohibetur. Inft. 1, 3, 1.

.{FE}

Q

man

.P 122

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

man from doing mifchief to his fellow citizens, though it diminifhes the natural, increafes the civil liberty of mankind : but every wanton and caufelefs reftraint of the will of the fubject, whether practiced by a monarch, a nobility, or a popular affembly, is a degree of tyranny. Nay, that even laws themfelves, whether made with or without our confent, if they regulate and conftrain our conduct in matters of mere indifference, without any good end in view, are laws deftructive of liberty : whereas if any public advantage can arife from obferving fuch precepts, the control of our private inclinations, in one or two particular points, will conduce to preferve our general freedom in others of more importance ; by fupporting that ftate, of fociety, which alone can fecure our independence. Thus the ftatute of king Edward IV [d], which forbad

Compendium_Supplemental Brief
Page 335

the fine gentlemen of thofe times (under the degree of a lord) to wear pikes upon their fhoes or boots of more than two inches in length, was a law that favoured of oppreffion ; becaufe, however ridiculous the fafhion then in ufe might appear, the reftraining it by pecuniary penalties could ferve no purpofe of common utility. But the ftatute of king Charles II [e], which prefcribes a thing feemingly as indifferent ; viz. a drefs for the dead, who are all ordered to be buried in woollen; is a law confiftent with public liberty, for it encourages the ftaple trade, on which in great meafure depends the univerfal good of the nation. So that laws, wen prudently framed, are by no means fubverfive but rather introductive of liberty ; for (as Mr Locke has well obferved [f]) where there is no law, there is no freedom. But then, on the other hand, that conftitution or frame of government, that fyftem of laws, is alone calculated to maintain civil liberty, which leaves the fubject entire mafter of his own conduct, except in thofe points wherein the public good requires fome direction or reftraint.

THE idea and practice of this political or civil liberty flourifh in their higheft vigour in thefe kingdoms, where it falls little

.{FS}

[d] 3 Edw. IV. c. 5.

[e] 30 Car. II. ft. 1. c. 3.

[f] on Gov. p. 2. § 57.

.{FE}

fhort

.P 123

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

fhort of perfection, and can only be loft or deftroyed by the folly or demerits of it's owner : the legiflature, and of courfe the laws of England, being peculiarly adapted to the prefervation of this ineftimable bluffing even in the meaneft fubject. Very different from the modern conftitutions of other ftates, on the continent of Europe, and from the genius of the imperial law ; which in general are calculated to veft an arbitrary and defpotic power of controlling the actions of the fubject in the prince, or in a few grandees. And this fpirit of liberty is fo deeply implanted in our conftitution, and rooted even in our very foil, that a flave or a negro, the moment he lands in England, falls under the protection of the laws, and with regard to all natural rights becomes eo inftanti a freeman [g].

THE abfolute rights of every Englifhman (which, taken in a political and extenfive fenfe, are ufually called their liberties) as they are founded on nature and reafon, fo they are coeval with our form of government ; though fubject at times to fluctuate and change : their eftablifhment (excellent as it is) being fill human. At fome times we have feen them depreffed by overbearing and tyrannical princes; at others fo luxuriant as even to tend to anarchy, a worfe ftate than tyranny itfelf, as any government is better than none at all. But the vigour of our free conftitution has always delivered the nation from the embaraffments, and, as foon as the convulfions confequent on the ftruggle have been over, the balance of our rights and liberties has fettled to it's proper level; and their fundamental articles have been from time to time afferted in parliament, as often as they were thought to be in danger.

FIRST, by the great charter of liberties, which was obtained, fword in hand, from king John ; and afterwards, with fome alterations, confirmed in parliament by king Henry the third, his fon. Which charter contained very few new grants ; but, as fir Edward Coke [h] obferves, was for the moft part declaratory of the

.{FS}

[g] Salk. 666.

[h] 2 Inft. proem.

.{FE}

Q 2

principal

.P 124

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

principal grounds of the fundamental laws of England. Afterwards by the ftatute called confirmatio cartarum [i], whereby the great charter is directed to be allowed as the common law ; all judgments contrary to it are declared void ; copies of it are ordered to be fent to all cathedral churches, and read twice a year to the people ; and fentence of excommunication is directed to be as conftantly denounced againft all thofe that by word, deed, or counfel act contrary thereto, or in any degree infringe it. Next by a multitude of fubfequent corroborating ftatutes, (fir Edward Coke, [I] think, reckons thirty two [k],) from the firft Edward to Henry the fourth. Then, after a long interval, by the petition of right ; which was a parliamentary declaration of the liberties of the people , afferted to by king Charles the firft in the beginning of his reign, Which was clofely followed by the fill more ample conceffions made by that unhappy prince to his parliament, before the fatal rupture between them ; and by the many falutary laws, particularly the habeas corpus act, paffed under Charles the fecund. To thefe fucceeded the bill of rights, or declaration delivered by the lords and commons to the prince and princefs of Orange 13 February 1688 ; and afterwards enacted in parliament, when they became king and queen : which declaration concludes in thefe remarkable words ; "and they do claim, "demand, and infift upon all and fingular the premifes, as their "undoubted rights and liberties." And the act of parliament itfelf [l] recognizes "all and fingular the rights and liberties afferted "and claimed in the faid declaration to be the true, antient, and "indubitable rights of the people of this kingdom." Laftly, thefe liberties wee again afferted at the commencement of the prefent century, in the act of fettlement [m], whereby the crown is limited to his prefent majeft's illuftrious houfe, and fome new provifions were added at the fame fortunate aera for better fecuring our religion, laws, and liberties ; which the ftatute declares to be "the birthright of the people of England," according to the antient doctrine of the common law [n].

.{FS}

[i] 25 Edw. I.

[k] 2 Inft. proem.

Compendium_Supplemental Brief
Page 336

<sup>l</sup> 1 W. and M. ft. 2. c. 2.

<sup>m</sup> 12 & 13 W. III. c. 2.

<sup>n</sup> Plowd. 55.

.{FE}

THUS

.P 125

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

THUS much for the declaration of our rights and liberties. The rights themfelves thus defined by thefe feveral ftatutes , confift in a number of private immunities ; which will appear, from what has been premifed, to be indeed no other, than either that refiduum of natural liberty, which is not required by the laws of fociety to be facrificed to public convenience ; or elfe thofe civil privileges, which fociety hath engaged to provide, in lieu of the natural liberties fo given up by individuals. Thefe therefore were formerly, either by inheritance or purchafe, the rights of all mankind ; but, in moft other countries of the world being now more or lefs debafed and deftroyed, they at prefent may be faid to remain, in a peculiar and emphatical manner, the rights of the people of England. And thefe may be reduced to three principal or primary articles ; the right of perfonal fecurity, the right of perfonal liberty ; and the right of private property : becaufe as there is no other known method of compulfion, or of abridging man's natural free will, but by an infringment or diminution of one or other of thefe important righs, the prefervation of thefe, inviolate, may juftly be faid to include the prefervation of our civil immunities in their largeft and moft extenfive fenfe.

I. THE right of perfonal fecurity confifts in a perfon's legal and uninterrupted enjoyment of his life, his limbs, his body, his health, and his reputation.

1. LIFE is the immediate gift of God, a right inherent by nature in every individual ; and it begins in contemplation of law as foon as an infant is able to ftir in the mother's womb. For if a woman is quick with child, and by a potion, or otherwife, killeth it in her womb ; or if any one beat her, whereby the child dieth in her body, and fhe is delivered of a dead child ; this, though not murder, was by the antient law homicide or manflaughter <sup>o</sup>. But at prefent it is not looked upon in quite fo

.{FS}

<sup>o</sup> Si aliquis mulierem praegnantem percufferit, vel ei venenum dederit, per quod fecerit abortivam ; fi puerperium jam formatum fuerit, et maxime fi fuerit animatum, facit bomicidium. Bracton. I. 3. c. 21.

.{FE}

atrocious

.P 126

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

atrocious a light, though it remains a very heinous mifdemefnor <sup>p</sup>.

AN infant in ventre ftatute mere, or in the mother's womb, is fuppofed in law to be born for many purpofes. It is capable of having a legacy, or a furrender of a copyhold eftate made to it. It may have a guardian affigned to it <sup>q</sup> ; and it is enabled to have an eftate limited to it's ufe, and to take afterwards by fuch limitation, as if it were then actually born <sup>r</sup>. And in this point the civil law agrees with ours <sup>s</sup>.

2. A MAN'S limbs, (by which for the prefent we only underftand thofe members which may be ufeful to him in fight, and the lofs of which only amounts to mayhem by the common law) are alfo the gift of the wife creator ; to enable man to protect himfelf from external injuries in a ftate of nature. To thefe therefore he has a natural inherent right ; and they cannot be wantonly deftroyed or difabled without a manifeft breach of civil liberty.

BOTH the life and limbs of a man are of fuch high value, in the eftimation of the law of England, that it pardons even homicide if committed ,{FE} defendendo, or in order to preferve them. For whatever is done by a man, to fave either life or member, is looked upon as done upon the higheft neceffity and compulfion. Therefore if a man through fear of death or mayhem is prevailed upon to execute a deed, or do any other legal act ; thefe, though accompanied with all other the requifite folemnities, are totally void in law, if forced upon him by a well-grounded apprehenfion of lofing his life, or even his limbs, in café of his non-compliance <sup>t</sup>. And the fame is alfo a fufficient excufe for the commiffion of many mifdemefnors, as will appear in the fourth book.

.{FS}

<sup>p</sup> 3. Inft. 90.

<sup>q</sup> Stat. 12 Car II c. 24.

<sup>r</sup> Stat. 10 & 11 W. III. c. 16.

<sup>s</sup> 2id in intelliguntur in rervum natura effe, cum de eorum commode agatur. Ff. 1. 5. 26.

<sup>t</sup> 2 Inft. 483.

.{FE}

The

.P 127

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

The conſtraint a man is under in theſe circumſt nces is called in law dureſs, from the Latin durities, of which there are two ſorts ; dureſs of impriſonment, where a man actually loſes his liberty, fo which we ſhall preſently ſpeak ; and dureſs per minas, where the hardſhip is only threatened and impending, which is that we are now diſcourſing of. Dureſs per minas is either for fear of loſs of life, or elſe for fear of mayhem, or loſs of limb. And this fear muſt be upon ſufficient reaſon ; "non," as Bracton expreſſes it, "fuſpicio cujuſlibet vani et meticuloſi bominis, ſed talis qui poſſit "cadere in cirum conſtantem ; talis enim debet eſſe metus, qui in ,ſe "contineat vitae periculum, aut corporis cruciatum ᵘ." A fear of battery, or being beaten, though never ſo well grounded, is no dureſs ; neither is the fear of having one's houſe burnt, or one's goods taken away and deſtroyed ; becauſe in theſe caſes, ſhould the threat be performed, a man may have ſatisfaction by recovering equivalent damages ʷ: but no ſuitable atonement can be made for the loſs of life, or limb. And the indulgence ſhewn to a man under this, the principal, for of dureſs, he fear of loſing his life or limbs, agrees alfo with that maxim of the civil law ; ignofcitur ei qui fanguinem fuum qualiter redemptum voluit ˣ.

THE law not only regards life and member, and protecs every man in the enjoyment of them, but alſo furniſhes him with every thing neceſſary for their ſupport. For there is no man ſo indigent or wretched, but he may demand a ſupply ſufficient for all the neceſſities of life, from the more opulent part of the community, by means of the ſeveral ſtatutes enacted for the relief of the poor, of which in their proper places. A humane proviſion ; yet, though dictated by the principles of ſociety, diſcountenanced by the Roman laws. For the edicts of the emperor Conſtantine, commanding the public to maintain the children of thoſe who were unable to provide for them, in order to prevent the murder and expoſure of infants, an inſtitution founded on the ſame principle as our

.{FS}

ᵘ l. 2, c. 5.

ʷ 2 inſt. 483.

ᶻ Ff. 48. 21. 1.

.{FE}

founding

.P 128

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

founding hofpitals, though comprized in the Theodoſian code ʸ, were rejected in Juſtinian's collection.

THESE rights, of life and member, can only be determined by the death of the perſon ; which is either a civil or natural death. The civil death commences if any man be baniſhed the realm ᶻ by the proceſs of the common law, or enters into religion ; that is, goes into a monaſtery, and becomes there a monk profeſſed : in which caſes he is abſolutely dead in law, and his next heir ſhall have his eſtate, For, ſuch baniſhed man is entirely cut off from ſociety; and ſuch a monk, upon his profeſſion, renounces ſolemnly all ſecular concerns : and beſides, as the popiſh clergy claimed an exemption from the duties of civil life, and the commands of the temporal magiſtrate, the genius of the Engliſh law would not ſuffer thoſe perfons to enjoy the benefits of ſociety, who ſecluded themſelves from it, and refuſed to fubmit to it's regulations ᵃ. A monk is therefore accounted civiliter mortuus, and when he enters into religion may, like other dying men, make his teſtament and executors ; or, if he makes none, the ordinary may grant adminiſtration to his next of kin, as if he were actually dead inteſtate. And ſuch executors and adminiſtrators ſhall have the ſame power, and may bring the ſame actions for debts due to the religious, and are liable to the ſame actions for thoſe due from him, as if he were naturally deceaſed ᵇ. Nay, ſo far has this principle been carried, that when one was bound in a bond to an abbot and his fucceffors, and afterwards made his executors and profeſſed himſelf a monk of the ſame abbey, and in proceſs of time was himſelf made abbot thereof ; here the law gave him, in the capacity of abbot, an action of debt againſt his own executors to recover the money due ᶜ. In fhort, a monk or religious is ſo effectually dead in law, that a leaſe made even to a third perſon, during the life (generally) of one who afterwards becomes a monk, determines by ſuch his entry into religion : for

.{FS}

ʸ l. 11. t. 27.

ᶻ Co. Litt. 133.

ᵃ This was alfo a rv'e in the feudal law, l. 2. t, 21. defat eſſe miles feculi, qui factus eſt miles Chriſti ; nec beneficium pertinet ad cum qui non debet gerere officium.

ᵇ Litt. §. 200.

ᶜ Co. Litt. 133 b.

.{FE}

which

.P 129

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

which reafon leafes, and other conveyances, for life, are uſually made to have and to hold for the term of one's natural life ᵈ.

THIS natural life being, as was before obſerved, the immediate donation of the great creator, cannot legally be diſpoſed of or deſtroyed by any individual, neither by the perſon himſelf nor by any other of his fellow creatures, merely upon their own authority. Yet nevertheleſs it may, by the divine permiſſion, be frequently forfeited for the breach of thoſe laws of ſociety, which are enforced by the fanction of capital puniſhments ; of the nature, reſtrictions, expedience, and legality of which, we may hereafter more conveniently enquire in the concluding book of thefe commentaries. At preſent, I ſhall only obſerve, that whenever the conſtitution of a ſtate veſts in any man, or body of men, a power of deſtroying at pleaſure, without the direction of laws, the lives or members of the fubject, ſuch conſtitution is in the higheſt degree

Compendium_Supplemental Brief
Page 338

tyrannical : and that whenever any laws direct fuch deftruction for light and trivial caufes, fuch laws are likewife tyrannical, though in an inferior degree ; becaufe here the fubject is aware of the danger he is expofed to, and may by prudent caution provide againft it. The ftatute law of England does therefore very feldom, and the common law does never, inflict any punifhment extending to life or limb, unlefs upon the higheft neceffity : and the conftitution is an utter ftranger to any arbitrary power of killing or maiming the fubject without the exprefs warrant of law. "Nullus liber homo, fays the great charter [e], ali- " quo modo deftruatur, nifi per legale judicium parium fuorum aut "per legem terrae." Which words, "aliquo modo deftruatur," according to fir Edward Coke [f], include a prohibition not only of killing, and maiming, but alfo of torturing (to which our laws are ftrangers) and of every oppreffion by colour of an illegal authority. And it is enacted by the ftatute 5 Edw. III. c. 9. that no man fhall be forejudged of life or limb, contrary to the great charter and the law of the land : and again, by ftatute 28 Ed. III.

.{FS}

[d] 2 Rep. 48. Co. Litt. 132.

[e] c. 29.

[f] 2 Inft. 48.

.{FE}

R

c. 3.

.P 130

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

c. 3. that no man fhall be put to death, without being brought to anfwer by due procefs of law.

3. BESIDES thofe limbs and members that may be neceffary to man, in order to defend himfelf or annoy his enemy, the reft of his perfon or body is alfo entitled to the fame natural right to fecurity from the corporal infults of menaces, affaults, beating, and wounding ; though fuch infults amount not to deftruction of life or member.

4. THE prefervation of a man's health from fuch practices as may prejudice or annoy it, and

5. THE fecurity of his reputation or good name from the arts of detraction and flander, are rights to which every man is intitled, by reafon and natural juftice ; fince without thefe it is impoffible to have the perfect enjoyment of any other advantage or right. But thefe three laft articles (being of much lefs importance than thofe which have gone before, and thofe which are yet to come ) it will fuffice to have barely mentioned among the rights of perfons ; referring the more minute difcuffion of their feveral branches, to thofe parts of our commentaries which treat of the infringement of thefe rights, under the head of perfonal wrongs.

II. NEXT to perfonal fecurity, the law of England regards, afferts, and preferves the perfonal liberty of individuals. This perfonal liberty confifts in the power of loco-motion, of changing fituation, or removing one's perfon to whatfoever place one's own inclination may direct ; without imprifonment or reftraint, unlefs by due courfe of law. Concerning which we may make the fame obfervations as upon the preceding article ; that it is a right ftrictly natural ; that the laws of England have never abridged it without fufficient caufe ; and , that in this kingdom it cannot ever be abridged at the mere difcretion of the magiftrate, without the explicit permiffion of the laws. Here again the language of the great charter [g] is, that no freeman fhall be taken or imprifoned

.{FS}

[g] c. 29.

.{FE}

but

.P 131

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

but by the lawful judgment of his equals, or by the law of the land. And many fubfequent old ftatutes [h] expreffly direct, that no man fhall be taken or imprifoned or detained without caufe fhewn, to which he may make anfwer according to law. By 16 Car. I. c. 10. if any perfon be reftrained of his liberty by order or decree of any illegal court, or by command of the king's majefty in perfon, or by warrant of the council board, or of any of the privy council ; he fhall, upon demand of his counfel, have a writ of habeas corpus, to bring his body before the court of king's bench or common pleas ; who fhall determine whether the caufe of his commitment be juft, and thereupon do as to juftice fhall appertain. And by 31 Car. II. c, 2. commonly called the babcas corpus act, the methods of obtaining this writ are fo plainly pointed out and enforced, that, fo long as this ftatute remains unimpeached, no fubject of England can be long detained in prifon, except in thofe cafes in which the law requires and juftifies fuch detainer. And, left this act fhould be evaded by demanding unreafonable bail, or fureties for the prifoner's appearance, it is declared by 1 W. & M. ft, 2. c. 2. that exceffive bail ought not to be required.

OF great importance to the public is the prefervation of this perfonal liberty : for if once it were left in the power of any, the higheft, magiftrate to imprifon arbitrarily whomever he or his officers thought proper, (as in France it is daily practiced by the crown ) there would foon be an end of all other rights and immunities. Some have thought, that unjuft attacks, even upon life, or property, at the arbitrary will of the magiftrate, are lefs dangerous to the commonwealth, than fuch as are made upon the perfonal liberty of the fubject, To bereave a man of life, of by violence to confifcate his eftate, without accufation or trial, would be fo grofs and notorious an act of defpotifm, as muft at once

.{FS}

[h] 5 Edw. III. c. 9. 25. Edw. III. Ft. 5. c. 4. and 28 Edw. III. 4. 3.

.{FE}

R 2

Compendium_Supplemental Brief
Page 339

convey

.P 132

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

convey the alarm of tyranny throughout the whole kingdom. But confinement of the perfon, by fecretly hurrying him to gaol, where his fufferings are unknown or forgotten ; is a lefs public, a lefs ftriking, and therefore a more dangerous engine of arbitrary government. And yet fometimes, when the ftate is in real danger, even this may be a neceffary meafure. But the happinefs of our conftitution is, that it is not left to the executive power to determine when the danger of the ftate is fo great, as to render this meafure expedient. For the parliament only, or legiflative power, whenever it fees prper, can authorize the crown, by fufpending the babeas corpus act for a fhort and limited time, to imprifon fufpected perfons without giving any reafon for fo doing. As the fenate of Rome was wont to have recourfe to a dictator, a magiftrate of abfolute authority, when they judged the republic in any imminent danger. The decree of the fenate, which ufually preceded the nomination of this magiftrate, "dent operam confu- 'les, nequid refpublica detrimenti capiat," was called the fenatus confultum ultimate neceffitatis. In like manner this experiment ought only to be tried in cafe of extreme emergency ; and is indeed the nation parts with it's liberty for a while, in order to preferve it for ever,

THE confinement of the perfon, in any wife, is an imprifonment. So that the keeping a man againft his will in a private houfe, putting him in the ftocks, arrefting or forcibly detaining him in the ftreet, is an imprifonment [i]. And the law fo much difcourages unlawful confinement, that if a man is under durefs of imprifonment, which we before explained to mean a compulfion by an illegal reftraint of liberty, until he feals a bond or the like ; he may alledge this durefs, and avoid the extorted bond. But if a man be lawfully imprifoned, and either to procure his difcharge, or on any other fair account, feals a bond or a deed, this is not by durefs of imprifonment, and he is not at liberty to avoid it [k]. To make imprifonment lawful, it muft either be, by procefs from the courts of judicature, or by warrant from fome

.{FS}

[i] 2. Inft. 5 9.

[k] 2 Inft. 482.

.{FE}

legal

.P 133

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

legal officer, having authority to commit to prifon ; which warrant muft be in writing, under the hand and feal of the magiftrate, and exprefs the caufes of the commitment, in order to be examined into (if neceffary) upon a babeas corpus. If there be no caufe expreffed, the goaler is not bound to detain the prifoner [l]. For the law judges in this refpect, faith fir Edward Coke, like Feftus the Roman governor ; that it is unreafonable to fend a prifoner, and not to fignify withal the crimes alleged againft him.

A NATURAL and regular confequence of this perfonal liberty, is that every Englifhman may claim a right to abide in his own country fo long as he pleafes ; and not to be driven from it unlefs by the fentence of the law. The king indeed, by his royal prerogative, may iffue out his writ ne exeat regnum, and prohibit any of his fubjects from going into foreign parts without licence [m]. This may be neceffary for the public fervice, and fafeguard of the commonwealth. But no power on earth, except the authority of parliament, can fend any fubject of England out of the land againft his will ; no not even a criminal. For exile, or tranfportation, is a punifhment unknown to the common law ; and, wherever it is now inflicted, it is either by the choice of the criminal himfelf, to efcape a capital punifhment, or elfe by the exprefs direction of fome modern act of parliament. To this purpofe the great charter [n] declares that no freeman fhall be banifhed, unlefs by the judgment of his peers, or by the law of the land. And by the babeas corpus act, 31 Car. II. c. 2. (that fecund magna carta, and ftable bulwark of our liberties) it is enacted, that no fubject of this realm, who is an inhabitant of England, Wales, or Berwick , fhall be fent prifoner into Scotland, Ireland, Jerfey, Guernfey, or places beyond the feas ; (where they cannot have the benefit and protection of the common law ) but that all fuch imprifonments fhall be illegal ; that the perfon, who fhall dare to commit another contrary to this law, fhall be difabled from bearing any office, fhall incur the penalty of a praemunire, and be incapable of receiving the king's pardon :

.{FS}

[l] 2 Inft. 52. 53.

[m] F. N. B. 85.

[n] cap. 29.

.{FE}

and

.P 134

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

and the party fuffering fhall alfo have his private action againft the perfon committing, and all his aiders, advifers and abettors, and fhall recover treble cofts ; befides his damages, which no jury fhall affefs at lefs than five hundred pounds.

THE law in this refpect fo benignly and liberally conftrued for the benefit of the fubject, that, though within the realm the king may command the attendance and fervice, of all his liegemen, yet he cannot fend any man out of the realm, even upon the public fervice : he cannot even conftitute a man lord deputy or lieutenant of Ireland againft his will, nor make him a foreign embaffador [o]. For this might in reality be no more than an honorable exile.

Compendium_Supplemental Brief
Page 340

III. THE third abſolute right, inherent in every Engliſhman, is that of property : which conſiſts in the free uſe, enjoyment, and diſpoſal of all his acquiſitions, without any control or diminution, ſave only by the laws of the land. The original of private property is probably founded in nature, as will be more fully explained in the ſecund book of the enſuing commentaries : but certainly the modifications under which we at preſent find it, the method of conferving it from man to man, are entirely derived from ſociety ; and are ſome of thoſe civil advantages, in exchange for which every individual has reſigned a part of his natural liberty. The laws of England are therefore, in point of honor and juſtice, extremely watchful in aſcertaining and protecting this right. Upon this principle the great charter ᵖ has declared that no freeman ſhall be diſſeiſed, or diveſted, of his freehold, or of his liberties, or free cuſtoms, but by the judgment of his peers, or by the law of the land. And by a variety of antient ſtatutes �q it is enacted, that no man's lands or goods ſhall be ſeiſed into the king's hands, againſt the great charter, and the law of the land ; and that no man ſhall be diſinherited, nor put out of his franchiſes or freehold,

.{FS}

ᵒ 2 Inſt. 47.

ᵖ c. 29.

q 5 Edw. III. c. 9. 25 Edw. III. ſt. 5, c. 4. 28 Edw. III. c. 3.

.{FE}

unleſs

.P 135

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

unleſs he be duly brought to anſwer, and be forejudged by courſe of law ; and if any thing be done to the contrary, it ſhall be redreſſed, and holden for none.

SO great moreover is the regard of the law for private property, that it will not authorize the leaſt violation of it ; no, not even for the general good of the whole community. If a new road, for inſtance, were to be made through the grounds of a private perſon, it might perhaps be extenſively beneficial to the public ; but the law permits no man, or ſet of men, to do this without conſent of the owner of the land. In vain may it be urged, that the good of the individual ought to yield to that of the community ; for it would be dangerous to allow any private man, or even any public tribunal, to be the judge of this common good, and to decide whether it be expedient or no. Beſides, the public good is in nothing more eſſentially intereſted, than in the protection of every individual's private rights, as modelled by the municipal law. In this, and ſimilar caſes the legiſlature alone, can, and indeed frequently does, interpoſe, and compel the individual to acquieſce. But how does it interpoſe and compel ? Not by abſolutely ſtripping the ſubject of his property in an arbitrary manner ; but by giving him a full indemnification and equivalent for the injury thereby ſuſtained. The public is now conſidered as an individual, treating with an individual for an exchange. All that the legiſlature does is to oblige the owner to alienate his poſſeſſions for a reaſonable price ; and even this is an exertion of power, which the legiſlature indulges with caution, and which nothing but the legiſlature can perform.

NOR is this the only inſtance in which the law of the land has poſtponed even public neceſſity to the ſacred and inviolable rights of private property. For no ſubject of England can be conſtrained to pay any aids or taxes, even for the defence of the realm or the ſupport of government, but ſuch as are impoſed by his own conſent, or that of his repreſentatives in parliament. By the ſtatute 25 Edw. I. c. 5 and 6, it is provided, that the king

ſhall

.P 136

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

ſhall not take any aids or taſks, but by the common aſſent of the realm. And what that common aſſent is, is more fully explained by 34 Edw. I. ſt. 4, cap, 1, which enacts, that no talliage or aid ſhall be taken without aſſent of the arch-biſhops, biſhops, earls, barons, knights, burgeſſes, and other freemen of the land ʳ : and again by 14 Edw. III. ſt. 2, c. 1, the prelates, earls, barons, and commons, citizens, burgeſſes, and merchants ſhall not be charged to make any aid, if it be not by the common aſſent of the great men and commons in parliament. And as this fundamental law had been ſhamefully evaded under many ſucceeding princes, by compulſive loans, and benevolences extorted without a real and voluntary conſent, it was made an article in the petition of right 3 Car. I, that no man ſhall be compelled to yield any gift, loan, or benevolence, tax, or ſuch like charge, without common conſent by act of parliament. And, laſtly, by the ſtatute 1 W. & M. ſt. 2. c. 2. it is declared, that levying money for or to the uſe of the crown, by pretence of prerogative, without grant of parliament ; or for longer time, or in other manner, than the ſame is or ſhall be granted, is illegal.

IN the three preceding articles we have taken a ſhort view of the principal abſolute rights which appertain to every Engliſhman. But in vain would theſe rights be declared, aſcertained, and protected by the dead letter of the laws, if the conſtitution had provided no other method to ſecure their actual enjoyment. It has therefore eſtabliſhed certain other auxiliary ſubordinate rights of the ſubject, which ſerve principally as barriers to protect and maintain inviolate the three great and primary rights, of perſonal ſecurity, perſonal liberty, and private property. Theſe are,

1. THE conſtitution, powers, and privileges of parliament, of which I ſhall treat at large in the enſuing chapter.

.{FS}

ʳ See the hiſtorical introduction to the great charter, & c. ſub anno 1297 ; wherein it is ſhewn that this ſtatute de talliagio non concedendo, ſuppo ed to have been made in 34 Edw. I, is in reality nothing more than a ſort of tranſlation into Latin of the confirmatio cartarum, 25 Edw. I, which was originally publiſhed in the Norman language.

.{FE}

2, THE

.P 137

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

2. THE limitation of the king's prerogative, by bounds fo certain and notorious, that it is impoffible he fhould exceed them without the confent of the people. Of this alfo I fhall treat in it's proper place. The former of thefe keeps the legiflative power in due health and vigour, fo as to make it improbable that laws fhould be enacted deftructive of general liberty : the latter is a guard upon the executive power, by refraining it from acting either beyond or in contradiction to the laws, that are framed and eftablifhed by the other.

3. A THIRD fubordinate right of every Englifhman is that of applying to the courts of juftice for redrefs of injuries. Since the law is in England the fupreme arbiter of every man's life, liberty, and property, courts of juftice muft at all times be open to the fubject, and the law be duly adminiftred therein. The emphatical words of magna carta [s], fpoken in the perfon of the king, who in judgment of law (fays fir Edward Coke [t]) is ever prefent and repeating them in all his courts, are thefe ; "nulli "vendemus, nulli negabimus, aut differemus rectum vel juftitiam : "and therefore every fubject," continues the fame learned author, "for injury done to him in bonis, in terres, vel perfona, by "any other fubject, be he ecclefiaftical or temporal without any "exception, may take his remedy by the courfe of the law, and "have juftice and right for the injury done to him, freely with- "out fale, fully without any denial, and fpeedily without delay." It were endlefs to enumerate all the affirmative acts of parliament wherein juftice is directed to be done according to the law of the land : and what that law is, every fubject knows ; or may know if he pleafes : for it depends not upon the arbitrary will of any judge ; but is permanent, fixed, and unchangeable, unlefs by authority of parliament. I fhall however juft mention a few negative ftatutes , whereby abufes, perverfions, or delays of juftice, efpecially by the prerogative, are reftrained. It is ordained by

.{FS}

[s] c. 29.

[t] 2 Inft. 55.

.{FE}

S

magna

.P 138

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

magna carta [u], that no freeman fhall be outlawed, that is, put out of the protection and benefit of the laws, but according to the law of the land. By 2 Edw. III. c. 8. and 11 Ric. II. c. 10. it is enacted, that no commands or letters fhall be fent under the great feal, or the little feal, the fignet, or privy feal, in difturbance of the law ; or to difturb or delay common right : and, though fuch commandments fhould come, the judges fhall not ceafe to do right, And by 1 W. & M. ft, 2 : c, 2, it is declared, that the pretended power of fufpending, or difpenfing with laws, or the execution of laws, by regal authority without confent of parliament, is illegal.

NOT only the fubftantial part, or judicial decifions, of the law, but alfo the formal part, or method of proceeding, cannot be altered but by parliament ; for if once thofe outworks were demolifhed, there would be no inlet to all manner of innovation in the body of the law itfelf. The king, it is true, may erect new courts of juftice ; but then they muft proceed according to the old eftablifhed forms of the common law. For which reafon it is declared in the ftatute 16 Car. I. c, 10, upon the diffolution of the court of ftarchamber, that neither his majefty, nor his privy council, have any jurifdiction, power, or authority by Englifh bill, petition, articles, libel (which were the courfe of proceeding in the ftarchamber, borrowed from the civil law) or by any other arbitrary way whatfoever, to examine, or draw into queftion, determine or difpofe of the lands or goods of any fubjects of this kingdom ; but that the fame ought to be tried and determined in the ordinary courts of juftice, and by courfe of law.

4. IF there fhould happen any uncommon injury, or infringement of the rights beforementioned, which the ordinary courfe of law is too defective to reach, there ftill remains a fourth fubordinate right appertaining to every individual, namely, the right of petitioning the king, or either houfe of parliament, for the

.{FS}

[u] c. 29.

.{FE}

redrefs

.P 139

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

redrefs of grievances. In Ruffia we are told [w] that the czar Peter eftablifhed a law, that no fubject might petition the throne, till he had firft petitioned two different minifters of ftate. In cafe he obtained juftice from neither, he might then prefent a third petition to the prince ; but upon pain of death, if found to be in the wrong. The confequence of which was, that no one dared to offer fuch third petition ; and grievances feldom falling under the notice of the fovereign, he had little opportunity to redrefs them, The reftrictions, for fome there are, which are laid upon petitioning in England, are of a nature extremely different ; and while they promote the fpirit of peace, they are no check upon that of liberty. Care only muft be taken, left, under the pretence of petitioning, the fubject be guilty of any riot or tumult ; as happened in the opening of the memorable parliament in 1640 : and, to prevent this, it is provided by the ftatute 13 Car. II. ft. 1, c. 5, that no petition to the king, or either houfe of parliament, for any alterations in church or ftate, fhall be figned by above twenty perfons, unlefs the matter thereof be approved by three juftices of the peace or the major part of the grand jury, in the country ; and in London by the lord mayor, aldermen, and common council ; nor fhall any petition be prefented by more than two perfons at a time. But under thefe regulations , it is declared by the ftatute 1 W. & M. ft. 2. c. 2. that the fubject hath a right to petition ; and that all commitments and profecutions for fuch petitioning are illegal.

5. THE fifth and laft auxiliary right of the fubject, that I fhall at prefent mention, is that of having arms for their defence, fuitable to their condition and degree, and fuch as are allowed by law. Which is alfo declared by the fame ftatute 1 W. & M. ft. 2. c. 2. and is indeed a public allowance, under due reftrictions, of the natural right of refiftance and felf-prefervation, when the fanctions of fociety and laws are found infufficient to reftrain the violence of oppreffion.

.{FS}

[w] Montefq. Sp. L. 12, 26.

Compendium_Supplemental Brief
Page 342

.{FE}

S 2

IN

.P 140

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

IN thefe feveral articles confift the rights, or, as they are frequently termed, the liberties of Englifhmen : liberties more generally talked of, than thoroughly underftood ; and yet highly neceffary to be perfectly known and confidered by every man of rank or property, left his ignorance of the points whereon it is founded fhould hurry him into faction and licentioufnefs on the one hand, or a pufillanimous indifference and criminal fubmiffion on the other. And we have feen that thefe rights confift, primarily, in the free enjoyment of perfonal fecurity, of perfonal liberty, and of private property. So long as thefe remain inviolate, the fubject is perfectly free ; for every fpecies of compulfive tyranny and oppreffion muft act in oppofition to one or other of thefe rights, having no other object upon which it can poffibly be employed. To preferve thefe from violation, it is neceffary that the conftitution of parliaments be fupported in it's full vigor ; and limits certainly known, be fet to the royal prerogative, And, laftly, to vindicate thefe rights, when actually violated or attacked, the fubjects of England are entitled, in the fift place, to the regular adminiftration and free courfe of juftice in the courts of law ; next to the right of petitioning the king and parliament for redref of grievances ; and laftly to the right of having and ufing arms for felf-prefervation and defence. And all thefe rights and liberties it is our birthright to enjoy entire ; unlefs where the laws of our country have laid them under neceffary reftraints. Reftraints in themfelves fo gentle and moderate, 23 will appear upon farther enquiry, that no man of fenfe or probity would wifh to fee them flackened. For all of us have it in our choice to do every thing that a good man would defire to do ; and are refrained from nothing, but what would be pernicious either to ourfelves or our fellow citizens. So that this review of our fituation may fully juftify the obfervation of a learned French author, who indeed generally both thought and wrote in the fpirit of genuine freedom ˣ; and who hath not fcrupled to profefs, even

.{FS}

ᶻ Montefq, Sp, L, 11, 5.

.{FE}

in

.P 141

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

in the very bofom of his native coglifh is the only nation in the world, where political or civil liberty is the direct end of it's conftitution. Recommending therefore to the ftudent in our laws a farther and more accurate feach into this extenfive and important title, I fhall clofe my remarks upon it with the expiring wifh of the famous father Paul to his country,

"ESTO PERPETUA !"

Blackstone Contents

| Avalon Home | Document Collections | Ancient 4000bce - 399 | Medieval 400 - 1399 | 15ᵗʰ Century 1400 - 1499 | 16ᵗʰ Century 1500 - 1599 | 17ᵗʰ Century 1600 - 1699 | 18ᵗʰ Century 1700 - 1799 | 19ᵗʰ Century 1800 - 1899 | 20ᵗʰ Century 1900 - 1999 | 21ˢᵗ Century 2000 - |

© 2008 Lillian Goldman Law Library
127 Wall Street, New Haven, CT 06511.

Avalon Statement of Purpose    Accessibility at Yale    Contact Us    Yale Law Library    University Library    Yale Law School    Search Morris    Search Orbis



All of the law-abiding citizens featured in this database successfully defended their liberties, lives, or livelihoods with the lawful use of a firearm. These cases are not based on hearsay, but on verifiable reports found through public sources.

According to the Centers for Disease Control and Prevention, almost every major study on defensive gun use has found that Americans use their firearms defensively between 500,000 and 3 million times each year. There's good reason to believe that most defensive gun uses are never reported to law enforcement, much less picked up by local or national media outlets.

This database, therefore, is not intended to be comprehensive. Instead, it highlights just a fraction of the incredible number of times Americans relied on the Second Amendment—not the government getting there in time—to protect their inalienable rights. Despite the limitations on data, these confirmed cases of defensive gun use help prove that the "good guy with a gun" is not a myth, but an integral part of American society.

Click on a circle to see more information in the map above. Scroll to zoom and click + drag to pan.

## Related

- The Latest Crime News Provides Evidence in Favor of Armed Citizens
- New Cases of Armed Citizens Stopping Criminals in February
- Latest News of Self-Defense With Firearms Contradicts Gun Control
- The Second Amendment Saved These Gun Owners' Lives in April
- Gun Rights Made All the Difference for These Intended Victims
- Why These Defensive Uses of Firearms Should Disarm Second Amendment Skeptics
- Guns Saved These Americans From Assault and Robbery in July
- Lawful Gun Owners Defended Their Lives and Livelihoods in August
- These Gun Owners Were Able to Confront Criminals in September
- These Law-Abiding People Used Guns to Defend Themselves in October



Search here

Hand-Picked Daily GUN DEALS, and Exclusive Coupons Codes ›››

Home  ›  [Ultimate Resource] AR Rifle Reviews  ›  Featureless AR-15 Rifles [California Build Guide]

# Featureless AR-15 Rifles [California Build Guide]

Quickly learn what makes a rifle "featureless," how to build a featureless AR-15, the benefits, and top mods for grips, stocks, and muzzle devices.

BY ERIC HUNG , UPDATED APRIL 13, 2022  |  231 COMMENTS

**Trending: Ammo in Stock, Best AR-15s, & Best Beginner Handguns**

Confused by all these new laws and what makes an AR-15 "featureless" so you might not have to register it as an assault weapon (AW)?



A Few of Our Featureless Rifles



**Ruger LC Carbine Review: Best 5.7x28mm Carbine?**

**Deals of the Day:**
Hand-Picked Ammo & Firearm Discounts

A featureless rifle (in California) is one that does not have any of the following:



- pistol grip

**Want Free Practice Targets?**
Get our 9 favorite targets and drills

- flash hider
- grenade or flare launcher
- forward pistol grip

← →



**TULAMMO .45 ACP 230 GR FMJ STEEL CASE AMMUNITION – $0.38/rd**

MONDAY, 17    Table of Contents

Search here

Learn exactly what makes an AR-15 "<u>featureless</u>," how it allows the use

HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

Search here

have all the features. Hint...it's the **AR MagLock + Patriot Pin** combo.

Disclaimer: this is not legal advice and you should double-check everything, especially since the laws surrounding this always seem to be in flux. I'm also writing this mostly towards residents in California, but New York residents can also benefit.



**Want Free Practice Targets?**
Get our 9 favorite targets and drills

**Table of Contents**

an AR-15 "Featureless"

Things You Can't Have on a Featureless Rifle

Why Would I Want a Featureless Rifle?

California Assault Weapon Laws (2019+)

Table of Contents

Search here

Best New "Bullet Buttons"

Other Options

Conclusion

## What Makes an AR-15 "Featureless"

First, let's go over what makes an AR "featureless" before diving into the laws.

HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

Search here



Calguns Flowchart Brown

- **Start**: Begin here and if you bought your rifle at a legit FFL, it should pass everything with flying colors as you move down with the brown line.



**Want Free Practice Targets?**
Get our 9 favorite targets and drills

...ets interesting for rifles...whether or not it can have a detachable **magazine**. Most FFL bought new rifles take the "No" detachable magazine path to Section B.

- **Section B:** You might have heard of the term "bullet button" which is just a branded name for magazine locks that require a tool (and a

Table of Contents

Search here

need more than a simple tool...read on!



HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

Search here

○ ○ ○ ○ ○

the exposed trigger when firing. Yea...I had to think about that for a
minute too.



Want Free Practice Targets?
Get our 9 favorite targets and drills

Table of Contents

Search here



A2 Pistol Grip

HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE



Search here

○ ○ ○ ○ ○

**11 Best AR-15s: Ultimate Guide [2022 Hands-On]**



**8 Best Places to Buy Ammo Online [2022]**



**Best AR-15 Scopes & Optics [2022]: Red Dots to Magnified**



**Guns of Pop Culture: "Wanted" & the Safari Arms Matchmaster**



**Want Free Practice Targets?**
Get our 9 favorite targets and drills

Table of Contents

Search here

Folding Stock, gunsandtactics

HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

Search here




or Grenade Launcher

**Want Free Practice Targets?**
Get our 9 favorite targets and drills

**Flash Hider/Suppressor**

Table of Contents

Search here



HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

Search here





**Want Free Practice Targets?**
Get our 9 favorite targets and drills

Smith Vortex Flash Hider

Table of Contents

Search here

HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

Search here

Seems like you miss out on a lot of cool stuff, so why would you want a featureless AR-15?

The big reason was hidden above in Section A...**the ability to not have a bullet button and use your magazine release as it was intended**.



**Want Free Practice Targets?**
Get our 9 favorite targets and drills

Table of Contents

Search here



HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE



## California Assault Weapon Laws (2019+)



**Want Free Practice Targets?**
Get our 9 favorite targets and drills

Table of Contents

Search here



HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

Search here

○ ○ ○ ○ ○

transfer to a family member even if you die, etc. Essentially **it will die with you**.

- However, if you make a registered assault weapon (RAW) into a featureless one, you should be able to "de-register" it later.
- More info **here** and **here**.

### Featureless & Best **New** Bullet Buttons



**Want Free Practice Targets?**
Get our 9 favorite targets and drills

...is an assault weapon if it no longer meets the **requirements**...aka a "featureless" build. Find out how to do that after this law section.

- You should also be able to keep the evil features and not register if you adhere to the new definition of "fixed magazine"...aka use one

Table of Contents

Search here



HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

Search here

weapons ban to court, with Judge Roger Benitez ruling that the ban was
unconstitutional. Unfortunately, a three-judge panel of the Ninth Circuit
issued a stay, ultimately leaving the ban in place as the case works its
way through the appeals process.

Ready to build or upgrade (or rather...downgrade) to a featureless rifle?

Let's go through each of the features again with our suggestions of how



**Want Free Practice Targets?**
Get our 9 favorite targets and drills

Table of Contents



HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE





Tested Muzzle Brakes

**Want Free Practice Targets?**
Get our 9 favorite targets and drills

uppressing in the description, just err on

Here is one of our tested favorites...

## Precision Armament M4-72 Severe Duty

Table of Contents

Search here

BEST MUZZLE BRAKE

HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

Search here

Check out the rest (and even more videos) in our **Best AR-15 Muzzle Brakes & Compensators** article.

## Best Featureless Grips

The biggest aesthetic and functional change you'll do in your quest to featureless.

**Want Free Practice Targets?**
Get our 9 favorite targets and drills

Table of Contents

Search here



HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

Search here



Hammerhead Grip, Hand Position, Right

Great for regular or precision shooting...but once you start running and gunning, the lack of having your thumb on the opposite side slows you vn.



**Want Free Practice Targets?**
Get our 9 favorite targets and drills

-type grips or are on a tight budget... there are better options out there now.

Table of Contents



### Strike Industries MegaFin



**Want Free Practice Targets?**
Get our 9 favorite targets and drills

Table of Contents



HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE



### Strike Industries MegaFin

**$37**
at Primary Arms

Prices accurate at time of writing

VIEW DETAILS

Primary Arms (See Price)
Rainier Arms (See Price)
OpticsPlanet (See Price)

**Want Free Practice Targets?**
Get our 9 favorite targets and drills

## Resurgent Arms Grip

My current favorite featureless grip is the **Resurgent Arms**.

Table of Contents

Search here



Resurgent Arms Grip

HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

Search here

a very extended version, it's hard to re-engage.



**Want Free Practice Targets?**
Get our 9 favorite targets and drills

*Update* I've got the new extended safety lever (v2) on my second Resurgent Arms kitted PCC…and I highly recommend it.

Table of Contents



HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE





Resurgent Arms Grip, Right

Lastly, the length of pull is increased slightly because of the grip. Unless you have super short fingers you should still be fine.

Table of Contents

Search here

I reached out to Resurgent and they are offering Pew Pew Tactical

HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

Search here

4.99/5 (1544)                    SUBMIT RATING

See even more **Featureless Grips for the AR & AK** in our full roundup.

## Best Featureless Stocks & Pinning Options

**Want Free Practice Targets?**
Get our 9 favorite targets and drills nline Beginner Handgun Course that
if you need to know.

Table of Contents



HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

at Brownells

Prices accurate at time of writing

Brownells (See Price)

Rainier Arms (See Price)

## A2 Buttstock

Want Free Practice Targets?
Get our 9 favorite targets and drills

a more retro look and with storage

Search here

## High Standard AR-15 A2 Fixed Stock

**$52**
at Brownells

VIEW DETAILS

Prices accurate at time of writing

### Blind Pinning and Epoxying

If you really love your current buttstock or really want to save money,

HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

Search here

Drill Through Stock and Buffer Tube

I detail what I did for a new build here: **How to Blind Pin an Adjustable Stock**.

### Stock Lok

Stock Lok is something new that has come out that swaps out the

**Want Free Practice Targets?** or something fixed. More expensive at
Get our 9 favorite targets and drills
$35 but you don't need to drill and pin.

Table of Contents

Search here



HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE



Search here

○ ○ ○ ○ ○



Strike Stock Stop, Bottom

Table of Contents

Search here

Only thing is you can't select a custom length since there's that stopper in the front. Make sure the 2nd to last hole works for you.



HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

Search here



Strike Industries Stock Stop



**Want Free Practice Targets?**
Get our 9 favorite targets and drills

## Strike Industries Stock Stop

$9

Table of Contents

Search here

Need more stocks...especially now that you can use the Stock Stop?

Check out the rest of our favorite **AR-15 Buttstocks** where we rate them based on weight, price, and of course...cheekweld.

HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

Search here

**Want Free Practice Targets?**
Get our 9 favorite targets and drills      Magpul AFG

## Best New "Bullet Buttons"

Table of Contents

Search here

The best "new" bullet button I like is the **AR MagLock + Patriot Pin.**



HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

Search here

Regular empty mag reloads take a little longer you'll see in the review.


Want Free Practice Targets?
Get our 9 favorite targets and drills

**AR MagLock & Patriot Pin**

Table of Contents

Search here

## Other Options

### Stag 15 Tactical NY/CA Compliant



HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

Search here



**Want Free Practice Targets?**
Get our 9 favorite targets and drills

But there's no mag release button



, their **Stag 15** that included a non-removable 10-round magazine. This enables shooters to enjoy the normal ergonomics of the AR-15 rifle.

Table of Contents

Search here

This is a pretty cool option if you don't want a giant fin on your rifle and you aren't getting into an engagement where reloads might be a

HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

Search here



Search here

Upgrades and Best AR-15 Scopes & Optics.



HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

Search here





**Best Handgun for Beginners & Home Defense [2022]**

**Want Free Practice Targets?**
Get our 9 favorite targets and drills



**8 Best .22 LR Rifles: Bigger Isn't Always Better**



**10 Best Home-Defense Tactical Shotguns [Hands-On]**

Powered by

## Written By **Eric Hung**

Table of Contents

Hi, I'm Eric Hung and I got into guns when I was around 25 and started with YouTube videos, scouring forums, and eventually taking a bunch of



Search here

231  **Leave a Reply**

Join the discussion

HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

Search here

1. make it features?

2. keep it all original but install a "mag lock?"

What are my options? Thanks

March 16, 2022 4:44 pm   REPLY

**Jason**
None. Specifically banned by make and model. Lookup the Kasler List...

**Want Free Practice Targets?**
Get our 9 favorite targets and drills   REPLY

**Eric Bosley**

Table of Contents



Search here

R B

You're going to continue to keep getting screwed over because you don't take the time to do the research for the correct political candidate. Stop voting along party lines and start voting pro 2A.

April 15, 2022 3:05 am REPLY

LOAD MORE COMMENTS

HOME

REVIEWS

GUIDES

BUYER'S GUIDE

VIDEO

GUNS 101

MERCH

GUN DEALS

MORE

Search here

I may earn a small part of the sale from links to any products or services on this site. You do not pay anything extra and your purchase helps support my work in bringing you more awesome gun and gear articles.

Copyright © 2022 Pew Pew Media, Inc. All rights reserved.

**Want Free Practice Targets?**
Get our 9 favorite targets and drills

Table of Contents

Military > Weapons

# The Marines Are Issuing Silencers to Troops Around the World

**Quieter weapons cut down on the chaos of battle.**

 BY **KYLE MIZOKAMI**   PUBLISHED: JAN 1, 2021



**U.S. Marine Corps photo by Sarah N. Petrock, 2d MARDIV Combat Camera**

- The U.S. Marines are on track to issue 30,000 suppressors to their troops by 2023.

- The suppressors are designed to reduce the noise and muzzle flash of automatic weapons.

- The Marines believe units with suppressors can better coordinate in combat, and leads to fewer cases of hearing loss.

The U.S. Marine Corps is in the process of issuing tens of thousands of suppressors— commonly known as silencers—to infantry units worldwide. The suppressors are designed to reduce the visual and noise signature of carbines and designated marksman rifles, allowing troops to fight more effectively.

Advertisement - Continue Reading Below

➡ You love badass military tech. So do we. Let's nerd out over it together.

The Marines are fielding suppressors to infantry, reconnaissance, and Marine Raider units, for use with the M4 and M4A1 carbines, M27 infantry automatic rifle, and M38 designated marksman rifle. The Marines plan to distribute 30,000 suppressors to combat units across the world by 2023. The move is almost certainly the largest deployment of suppressors to any military force in history.

Here's a video showing Marines shooting with suppressors during a training exercise in Norway, April 2018:

Marines Shoot Rifles With Suppressors In The Snow



Watch on

Suppressors consist of a tubular attachment, typically 8 to 12 inches long, fitted to the end of a weapon barrel. The tube features a hollow core designed to let the bullet pass through. The tube is also filled with baffles designed to slow down escaping gunpowder gases, reducing their intensity and subsequent noise as they escape the suppressor.

## RELATED STORY

 **Everything You Actually Need to Know About Guns**

A suppressor also has the added benefit of reducing muzzle flash, the small jet of flame caused by burning gunpowder that typically escapes a rifle's barrel.

---

## The Coolest Military Toys



**GRTVF 1:18 Scale RC Tank German Tiger Panzer**

SHOP AT AMAZON

Credit: Big Bang



**Tletiy Soviet T34 Mini RC Tank**

$330 AT AMAZON

Credit: Big Bang





**PeleusTech 3,846–Piece Model WWII German Dora Cannon**

$185 AT AMAZON

Credit: Big Bang



**Big Bang 9-Inch 6F Light Field Vintage Cannon**

TYPE AT BIGBANGCANNONS.COM

Credit: Big Bang

Advertisement – Continue Reading Below

Suppressors cut down on the chaos of battle. In an infantry fight, one of the biggest challenges is being able to communicate over the din of gunfire. Each gunshot is in the range of 140 to 165 decibels, with the M4 carbine, M27 infantry automatic rifle, and M38 designated marksman rifle about in the 165-decibel range. The same weapons fitted with suppressors are 132 decibels.

Although a 33-decibel difference doesn't sound like much, the decibel scale is logarithmic, meaning unsuppressed weapons disperse more than 1,000 times more sound energy than suppressed ones.



Marines equipped with M4 carbines fitted with suppressors firing from the deck of USS *Bonhomme Richard*, 2017.

U.S. Marine Corps photo by Lance Cpl. Stormy Mendez

Simply put, quieter weapons mean a Marine can hear commands by their fire team, squad, or platoon leader more easily. At night, the reduction in muzzle flash can reduce disorientation and help preserve night vision. This all translates to units that can respond to orders more quickly, pass on important information faster, and operate more effectively at night.

Advertisement – Continue Reading Below

The Marines have been experimenting with issuing suppressors in smaller quantities for years, and the results have impressed enough that the service is buying 30,000 of them. That's enough to equip every front-line Marine worldwide.





In the past, suppressors have had the side effect of reducing a weapon's effective range by reducing a bullet's muzzle velocity. This 2017 video, by then-2nd Marine Division gunner CWO5 Christian Wade, shows that a bullet fired from a M4 carbine fitted with a modern suppressor actually gains 14 feet per second velocity over an unsuppressed M4.

# RELATED STORY

 **The U.S. Army Is Developing a Better Bullet**

Another benefit of suppressors can last for decades, years after a Marine completes his or her service. The U.S. Centers for Disease Control and Prevention (CDC) says exposure to 110 decibels can cause hearing loss in just 2 minutes. While a suppressed weapon is 100 times louder, it's also a relatively short impulse. Hearing loss is a leading disability among veterans, and there's also the quality of life issue for veterans as well. The more a Marine can enjoy their post-service hearing, the better.

Suppressors are heavily regulated in the U.S., requiring the purchase of a federal tax stamp and the submission of personal information, a personal photograph, and a set of fingerprints. Some states, like California, outlaw the possession of suppressors entirely.

 **Now Watch This:**





KYLE MIZOKAMI

Writer on Defense and Security issues, lives in San Francisco.

# Need to know the biggest scientific breakthroughs in our galaxy?

Get our newsletter for most fascinating space insights.

| Enter your email address. | I'M IN. |
| --- | --- |

By signing up, I agree to Hearst Magazines' Terms of Use (including the dispute resolution procedures); my information will be used as described in the Privacy Notice.

# Best AR-15 Options For Any Budget And Buyer's Guide (2022)

By **Elwood Shelton** - June 10, 2022

Updated 6/10/2022

## No need to break the bank, these are the best AR-15 options that will get you on target and leave money for ammo.

What Are The Best Budget AR-15 Options:

- **Smith & Wesson M&P 15 Sport II**
- **Ruger AR-556**
- **Core LO-Pro 15 Scout**
- **Del-Ton Sierra 316L**
- **Palmetto State Armory (PSA) PA-15**
- **Radical Firearms**
- **Springfield Armory SAINT**
- **Sig Saure M400 Tread**
- **Bushmaster XM15-ES2 ORC**

White-hot as a plasma cutter, that's how it was around a decade ago. When everyone was certain politics would quash ownership, demand for AR-15 rifles got so out of control the most basic models moved for an insane price. A grand, sometimes more. Hard to believe, but true.



Outside of recent events of pandemic proportions—Covid 19 and the election of politicians hostile to gun rights—Americans' appetite for the handy rifle has been somewhat slaked. Certainly, shooters still love to build and buy Eugene Stoner's masterpiece. But they aren't donning their high school baseball spikes to trample over the rest of the market to nab one. In a word—again outside recent events—the market has normalized.

The performance of the AR-15 has not. In fact, given the wealth of top-rate
ammunition, excellent upgrades and plenty of quality pre-built options,
the rifle is better than ever. Spend the money and you can almost
guarantee something tailored exactly to your needs. It'll shoot like a laser
beam and be built to hand down to a son or daughter. The other end of the
price spectrum isn't shabby either.

Entry-level models, though not tuned to the level of perfection of the top-
shelf stuff, are still worthy investments—especially if you're new to the
AR-15 game. Yeah, you'll most likely have a gritty mil-spec trigger out of
the box and the handguard will be more Honda Civic than Corvette. But
the rifle itself will hold its own well enough for home defense, target
practice or even to fill a survival-gun role.

That said, we've collected 8 of the best budget AR-15 options that more
than fit the bill for these applications and any others you might cook up.
Our ceiling for this article is $1,000, which nets you a pretty good rifle,
believe it or not. But before we get to the litany of rifles, it might be worth
boning up on some basics of what to look for in an AR-15 in the first place.

However, if you know all this stuff and want to get to our entry-level AR-
15 recommendations, you can skip ahead.

## AR-15 Buyer's Guide Contents

- AR-15: A Short History
- AR-15's Desirability
- Breakdown Of The AR-15
- Receivers
- AR-15 Barrel
- Chambering
- Barrel Length
- Barrel Material
- Barrel Lining
- Barrel Rifling
- Types of Rifling
- Barrel Contours
- AR-15 Gas System
- Gas System Lengths
- Gas Blocks
- Bolt Carrier Group
- Barrel And Bolt Testing
- Handguards
- Buffer Tube
- AR-15 Trigger

### AR-15: A Short History

Eugene Stoner designed the AR-15 in 1956 while working at Armalite, a
smaller-caliber derivative of his earlier AR-10 design. A short aside for
those who don't know, the AR designation stands for "Armalite Rifle" and
nothing else. In operation the rifles are identical, just the chamberings are
different. The AR-10 was chambered for 7.62x51mm (or .308 Winchester),
the AR-15 5.56x45mm NATO, an evolved version of the .223 Remington
based off the .222 Remington varmint cartridge. Why go small?
Essentially so a soldier could carry more ammunition into battle. As far as
its effectiveness, there's no doubt the 5.56 is deadly, but it remains a hot-
button debate up to this day if it's optimal.

Anyhow, Armalite eventually sold the AR-10 and AR-15 rights to the company now most associated with the designs Colt. Under the guidance of the company, the rifle came under its first military contract by 1961 and was adopted by all United States Armed Forces in 1964.

This was a slightly redesigned model that was eventually designated the M16. Incidentally, today what is known as an AR-15—no matter what the chattering class tells you—is a much different animal to the original AR-15. What was produced in the '50s and '60s was a select-fire rifle, whereas the modern AR-15 is semi-automatic. Blame the confusion on Colt marketing folks, who designated the semi-auto civilian sporter model AR-15 to capitalize off its cousin's military cred.

Over time, the rifle evolved to meet the military's changing needs, until the M4 Carbine design was adopted in the 1990s. Barrel and gas system length are the changes here, with a 14.5-inch barrel and a carbine-length gas system. Overall, this is the most popular pattern found in AR-15s today, though the rifle comes in every shape and size. By The Way, AR-15 technically only applies to Colt rifles—they own the rights—hence the reason you find other manufacturers calling the gun all sorts of different names, such as Palmetto State's PA-15.

### AR-15's Desirability

There is little arguing the AR-15 is the most popular rifle of the late 20th and early 21st Century. In fact, it is the most owned rifle in America, which raises the question Why? Multiple reasons.

**History**: Yeah, it's not the original military rifle, but is close enough to scratch most folks' vintage itch.
**Shootability:** The platform is very accurate at intermediate ranges and dang pleasurable to shoot. Most of the cartridges the rifle is chambered for are mild with little recoil.
**Modularity:** Next to its down-range performance this is the AR-15's biggest selling point—you can tailor the rifle to exactly your preferences. Handguard, trigger, sights, grip, mag release, you name it and there's an aftermarket upgrade. Bonus, most don't require armors certification to add to a rifle.

## Breakdown Of The AR-15

Getting to the rifle proper, there are numerous factors to consider when investing in an AR-15. Let's skim over the major parts of the gun and hash

Compendium_Supplemental Brief
Page 389

out the importance of each and some specifics to look for when shopping.

### Receivers

The AR-15 rifle has two receivers, the upper and lower. However, the lower carries special significance, given it is the part the Federal government technically considers the firearm. Hence the reason it is serialized. If you were to build a rifle from scratch, a very satisfying endeavor, you would require an FFL and background check to purchase even a stripped lower receiver. The upper, even a complete one—which includes all the internals, barrel and handguard—could be shipped directly to you without the need of a licensed intermediary.

The great majority of receivers are constructed from aircraft-grade aluminum alloy, usually 6061 and 7075. The numbers simply designate the type of alloy being used and sometimes include a sub-grade designation, such as "-T4" or "-T6". These specify the temper placed on the aluminum, that is, how the alloy was heat treated.

There are two types of lower receivers billet and forged. Billet receivers are produced from a single block of aluminum that is machined into the profile of a lower. It's a more time-consuming process, however, it yields more unique designed and integrated features. Forged receivers are made by hammering two roughly shaped halves of aluminum, then machining the profile later. This is the more affordable of the two methods, given machining is kept to a minimum.

Which is better? That's a can of worms, given billet and forged receivers each have the advocates. Overall, forgings tend to be more durable, given the alloy's grain structure remains intact. But billet receivers achieve tighter tolerances.

### AR-15 Barrel

Simple as a fire tube seems, there the AR-15 barrel is a multi-faceted topic. Let's delve into what you'll find when you shop for a rifle.

### AR-15 Chamberings

Quite simply, the chambering is what type of cartridge the rifle shoots. And the AR-15 shoots quite a few cartridges. Richard Mann has an excellent piece on AR-15 calibers if you want to survey what's out there. However, by far the most popular AR-15 chambering is 5.56x45mm NATO and accounts for nearly every option on our list below.

If this is your first endeavor into AR-style rifles, the common caliber is a solid choice. Outside of buying panics (hello 2020 and 2021), it is widely available and generally affordable. It's also lights out at intermediate ranges, is an absolute Thor's hammer versus varmints and is legal in many states to take deer. Also, it'll do a number on a home invader.

While the 5.56 NATO is essentially a .223 Remington, the two are not interchangeable. Patrick Sweeney gives the nitty-gritty on the .223 vs 5.56 if you're interested in specifics. For our purposes this is what matters:

- A 5.56 NATO barrel will shoot both 5.56 and .223 Remington.
- A .223 Remington barrel will only shoot .223 Remington.
- A .223 Wylde will shoot both 5.56 and .223 Remington.

**Barrel Length**

While you won't find them on a production rifle, there are 26-inch AR-15 barrels in this world. At the other end of the spectrum 4-inch options. Also everything in between. On the surface, it's a bit of a muddle on what to choose, but law and performance help thin the field fairly quickly.

By Federal law, a rifle must have a 16-inch barrel, which can include a permanently affixed muzzle device (i.e. suppressor, muzzle brake). Go any shorter and the gun is considered a Short Barrel Rifle (SBR) and requires a tax stamp and registering it. For most, these are a hurdle not worth crossing, in turn, 16-inches is the basement. The ceiling, unless you get into custom rifles, is 20-inches on most production offerings.

As for performance between the top and bottom, it's marginal. In general, a 20-inch rifle produces more velocity, given it has more bore, thus ensuring a more complete powder burn. But it will only beat out a 16-inch AR by roughly 150 to 200 fps at the muzzle. In many shooter's books, it's a marginal difference, which tends to give the shorter barrel the advantage. With the same contour, the 16-inch barrel is stiffer, thus suffers less barrel whip and is much more nimble.

However, if you aim to milk as much range from an AR-15 as possible, the 20-inch flavor might be your cup of tea. It'll produce greater velocity, thus get the bullet where it's going faster and narrow the window in which wind and gravity work upon it.

**Barrel Material**

AR-15 barrels are either made of carbon steel or stainless steel. Here are the most common of each.

**Carbon Steel**
**4140:** The most affordable steel, the alloy contains .80 to 1.10 percent chromium, .15 to .25 percent molybdenum and .40 percent carbon. The materials increase the strength and hardness above standard carbon steel.

**4150:** Also containing chromium and molybdenum, this steel has .50 percent carbon. The steel has higher tensile strength, however, requires a stress-relieving treatment, thus is more expensive.

**Chrome-Moly Vanadium (CMV):** Developed by Colt, the steel is the official mil-spec material used in the military's M16 and M4 rifles and carbines. Essentially, it's 4150 steel with the addition of Vanadium, which significantly increases strength, hardness and stability in high temperatures.

**4150 CMV, 41V50 Steel or 4150 V:** Same as CMV, but the name's been dolled up for marketing purposes.

**MIL B-11595:** It's not steel, but a specifying document of the materials used in a mil-spec barrel. Some companies slang it up and use this designation for CMV barrel just to sound cool and confuse the entire world.

**Stainless Steel**

**410:** A stainless steel that includes molybdenum and is known for its durability (perhaps the best of the lot). However, it is not recommended for cold-weather duty. Below freezing, the risk of cracking is increased.

**416:** A highly machinable stainless steel, thus allowing for better rifling and performance. However, it is less corrosion resistant than 410. Not the top choice of the lot.

**416R:** A proprietary alloy from Crucible Industries, it's normal 416 stainless with molybdenum added. It machines like 416, however, has superior low-temperature performance and corrosion resistance.

**17-4 PH:** Known for its high strength, corrosion resistance, good mechanical properties and toughness. Precision shooters love barrels made from 17-4 PH, given the extreme uniformity and smoothness of the rifling—that and a barrel will last 3 times as long. However, the process in which its made—precipitation-hardening (PH)—makes it expensive.

**Barrel Lining**

Yup, there's something in the AR-15's bore (in many cases) besides rifling. Barrel linings are found in carbon steel barrels and improve their corrosion resistance and improve their longevity. Note, some manufacturers do not line their barrels, which isn't a sin against God. If you're in the market for a causal target rifle you'll take out occasionally and care for properly, a non-lined barrel will get the job done. Harder use on the horizon, consider a barrel with this lining.

**Chrome:** The longest and perhaps most-used lining, Chrome reduces the effects of friction and heat on the barrel proper. Additionally, it makes cleaning much easier. This all adds life to the barrel. However, the process is known to reduce a rifle's accuracy, though not to the extent that renders it useless. Most casual shooters won't know the difference.

**Ferritic Nitrocarburizing (FNC):** Most likely you see FNC lining called something different, usually Melonite or Nitride. It's essentially a case-hardening process that diffuses nitrogen and carbon into the steel. Thus treated a barrel can withstand direct exposure to water, heat, salt and

corrosive elements better than any other process. Additionally, since it
does not add material, it maintains the barrel's accuracy.

**Barrel Rifling**

Manufacturers use different methods to apply the rifling to the barrel's
bore. Some methods are better for certain applications, here's a look.

**Cut Rifling:** The oldest method of rifling a barrel, the process removes
metal from the bore using a single-blade, hook-type cutter. Each groove is
cut individually and with multiple passes, making it time-consuming and
expensive. However, it introduces no additional stress to the barrel and
tolerances can be kept tight.

**Broach Rifling:** Very similar to cut rifling, except a multi-bladed broach
(metal bar) is used to cut successively deeper grooves. All the rifling is cut
at once and in a single pass. This is a more affordable method with little
stress placed on the barrel that has very consistent results through the
entire bore. Broach rifling a barrel, relative to other methods, is still
expensive.

**Button Rifling:** Essentially, a button of tungsten carbide with a reverse of
the rifling is drawn through the bore displacing metal to lay down the
pattern. It is a fairly economical system that turns out excellent results.
The lands and grooves are very uniform and have a smooth finish.
However, this method puts stress on the barrel that typically must be
relieved afterward.

**Cold Hammer Forged (CHF):** A tungsten-carbide mandril is run into a
roughly shaped barrel blank and the rifling is hammered into the bore.
Overall, a majority of AR-15 barrels are made in this fashion and they are
extremely popular with shooters. Tough as nails, these barrels withstand
a lot of abuse. However, the barrels must be stress-relieved after the
process and CHF doesn't produce the uniformity of the other processes.
Though, most shooters won't notice.

**Types of Rifling**

This used to be cut and dry, but with the advent of 5R rifling has become a
factor. What is 5R rifling, simply put the leads are opposite of the grooves
and tapered. The idea behind this is to create less bullet deformation, thus
maintaining ballistic integrity. Additionally, it's supposed to be easier to
clean. Traditional rifling still dominates the AR-15 market—lands

opposing lands, with no taper. The jury is still out on if one outperforms the other.

### Barrel Contours

Barrel contours, or barrel profiles, are simply the shape of the barrel. On the surface, a fire tube's form might not seem like much, but it has an effect on performance and the AR-15 manageability. Thick and heavy bull barrels tend to take longer to heat up, suffer less barrel whip and maintain their harmonics better. The trade-off, their heavy and not something most folks want to hump around. Conversely, thin pencil barrels are light and make for a fairly nimble rifle, but heat up quickly and become "whippy".

Fluting can provide an acceptable middle ground, removing material lengthwise along the barrel. This helps maintain rigidity, creates more surface area to dissipate heat and lightens an AR-15's burden. Still not as much as other styles. Here's a brief overview of common AR-15 barrel contours.

**A1:** The original pencil barrels found on the M16A1 rifle.
**A2:** Heavier profile forward of the gas port, found on the M16A2 rifle.
**M4:** Thin near the chamber, heavy just before and after the gas port, found on the M4 carbine.
**Government:** Same as the M4, but lacks the grenade launcher cut.
**Heavy:** Like it sounds, a thick bull barrel.

### AR-15 Gas System

The gas system power behind how an AR-15 cycles. The gas from the conflagrated powder behind the bullet is bled off and either moves the bolt-carrier group (BCG) or a piston. Here's a brief overview of each.

**Direct Impingement (DI):** This is the system that directs gas back to the receiver to move the BCG. It is extremely light and does nothing to infringe on an AR-15's accuracy. However, it injects a good deal of carbon and fouling into the receiver, meaning the shooter must stay up on cleaning detail.

**Piston:** Gas forces a piston rearward which moves the BCG. While this keeps the receiver clean and is a somewhat more robust system, it does have its flaws. Pistons-driven guns are known for being less accurate, heavier and more expensive.

### Gas System Lengths

The length of a gas system is determined by the distance to the gas port (where gas is bled). There are four lengths.

**Pistol:** 4 inches
**Carbine:** 7 inches
**Mid-Length:** 19 inches
**Rifle:** 12 inches

### Gas Bocks

On a DI AR-15, the gas block is what diverts the gas from the barrel into the gas tube, thus back into the BCG. Most entry-level guns utilize a front sight base style gas block, in which the block is integral with the front sight. However, low-profile gas blocks, which reside under the handguard, are becoming more common.

**Bolt Carrier Group**

The AR-15 bolt carrier group is where a lot of the action happens in the rifle's operation. The component loads the fresh round, fires it and ejects the spent case. Essentially it's made up of four main components.

**Bolt:** The rotating bolt locks the chamber for firing, as well as strips a fresh round off the magazine. It also has an extractor, whose job is to pull the spent case out and eject it from the receiver. Bolts are typically made of one of three kinds of steel, Carpenter No. 158, 860 or 9310.

**Carrier:** The heart of the BCG, it houses all the other components and does all the heavy lifting. It deals with a ton of force and thus must be well made from tough material, the same kinds of steel as the bolt.

**Gas Key:** The small cupped device at the top of the BCG. It catches the diverted gas to thrust the BCG rearward, thus cycling the rifle.

**Gas Rings:** Traps the expanding gas, allowing it to operate the bolt.

**Cam Pin:** Stops the bolt from over-rotating when unlocking and keeps the cam pin, bolt, and firing pin rotating and moving as one unit.

**Firing Pin:** Strikes the primer to initiate the firing process.

**Barrel And Bolt Testing**

Most manufacturers give a damn about the quality of their products, thus
test them for imperfections. There are two main tests Magnetic Particle
(MP) and High Pressure (HP). Each is designed to detect any cracks or
flaws in barrels and bolts, each component should be stamped with the
acronyms if they've gone through the procedures.

### Handguards

More the preventing you from singing your hand, many handguards serve
as an accessory attachment point. Two of the most popular systems to
this end are M-Lok and Keymod—the former more prevalent. As to the
types of handguards, there are two main varieties: free-floated and non-
free-floated. As the name suggests, it is all determined by if the
handguard makes physical contact with the barrel. Free-floated
handguards a preferred as they enhance the accuracy potential of a rifle.
But non-free-floated will get the job done without knocking a gun too far
off-kilter.

### Buffer Tube

This is the protrusion on the rear of an AR-15, where the buttstock
attaches. It housed the buffer spring and weight, whose jobs are to slow
the rearward path of the BCG and return it forward.

### AR-15 Triggers

Next to the AR-15's performance, modularity is perhaps the gun's greatest
attraction. From buttstock to front sight post, there isn't a facet of the rifle
that can't be fiddled to perfection. Needless to say, your options are legion
and far too vast to cover here. Instead, we'll zero in on one feature of the
gun you should consider at the top of your **AR-15 upgrade** list—its trigger.

*Trigger design will be based on application. On the left is ALG's ACT (Advanced Combat Trigger), which is the standard military design but coated with nickel boron for a smooth, crisp release. On the right is a two-stage trigger by Geissele, the G2S, which has a 2.5-pound first stage with a 2-pound release.*

Get On Target With The AR:

- Go Small With These 8 Economical **AR Pistol** Options
- 8 Budget **AR-15** Options: More Bang For The Buck
- **AR-10 vs. AR-15**: How Stoner's Rifles Stack Up
- How It Works: The **AR Upper**

By and large, what is known as a mil-spec trigger is a nasty beast. It'll get your gun to go BANG!, but it won't do much to enhance its performance. As you progress as a shooter, you'll find those crunchy, gritty, squishy triggers detract from your accuracy potential. Thankfully, putting a better bang switch into your rifle is among the simplest upgrades and for the money one of the best values. With that in mind, it's wise to factor an extra $100 to $200 into the base price for an upgraded **AR-15 trigger**. Yeah, it ups your investment, but you won't find it a waste of money by any stretch.

| **Geissele AR Trigger Kit $240** | **Geissele AR Trigger Kit $174.99** |

The fine print behind us let's jump into the meat of the matter.

## Best Budget AR-15 Options

### Smith & Wesson M&P 15 Sport II

While not as storied a history with the rifle as some, Smith & Wesson has proved more than adept at producing the platform since 2006. Its M&P 15 Sport II is a bare-bones budget AR-15, but one that performs superbly. It's an excellent choice to familiarize yourself with the platform or fill the role as a no-frills fighter for home defense.

The base model has a 16-inch barrel, Armornite finished including the bore and comes outfitted with an A2 front sight and folding Magpul MBUS rear. Standard, the direct-impingement gun boasts a 30-round magazine, though Smith & Wesson sells state-compliant models for both capacity and configuration.

Smith & Wesson keeps the rifle simple, which includes chambering—5.56. But the lack of variety in calibers gives the company time to concentrate on the M&P 15's top-notch performance. **MSRP:** $812, smith-wesson.com

**Ruger AR-556**

A latecomer to the AR game, Ruger has made up plenty of ground. Its AR-556 has fast become a favorite among newbies and old hands alike, offering clockwork performance at a fair price. Especially the standard model.

As its name implies its strictly a 5.56 chambering, though if you wander up the pricing tiers Ruger does offer some other calibers. The rifle has a medium contour 16.10-inch cold-hammer-forged barrel, with a 1:8 twist rate and is topped with a proprietary flash suppressor. The muzzle is cut

with a ½-28 thread, so the AR-556 is more than ready for you to slap on a suppressor.

The budget AR-15 is outfitted with an A2 front sight and the company's rapid-deploy rear that folds away, but is ready at a moment's notice. The AR-556 has attachment points including a QD socket and bayonet lug, for a sling, as well as accessory mounting options. Though, its glass-filled polymer handguard does leave a bit to be desired. Still, it's functional and gets the job done. **MSRP:** $989, ruger.com

**Core LO-PRO Scout**

Core Rifles Systems has a solid line-up of AR-15s, include its entry-level Scout. A basic M4-pattern, there isn't a ton of surprises to the carbine, but in this case, boring is good. Well-made and familiar, the Scout is tediously reliable and right on the money downrange. What else do you need?

Core, however, does allow you to upgrade the 5.56 rifle before it gets in your hot little hands, none of the extra's putting the gun over this article's price threshold. Perhaps the most weighty, the option for a nickel-boron bolt-carrier group (BCG). The high-tech alloy is more wear-resistant, as well as self-lubricating, ensuring smoother performance over the long haul. Additionally, you can choose a left-handed configuration and have the option of three color choices: black, flat dark earth and OD green. All in all, pretty slick for a budget AR-15 well south of $100. **MSRP:** $650, core15rifles.com

**Del-Ton Sierra 316L**

If you're a penny pincher, Del-Ton is a good brand to fall in love with. The better part of its catalog comes in at less than $800, yet the company doesn't skimp with its builds.

We gravitate to the Sierra 316L ourselves, given the flattop has a better handguard than you'll find on most guns in its class. A free-floated unit, it keeps the barrel's harmonics pristine improving the rifle's overall accuracy potential. Furthermore, M-Lok slots at the 3, 6 and 9 o'clock positions give plenty of room for accessory attachment. Plus it has a load of high-end features: chrome-moly-vanadium barrel (1:7 twist), DTI low-profile gas block, phosphate steel carrier assembly and chrome-lined carrier interior, among other things.

The hitch for some on the 16-inch barreled carbine, it's a flattop. In turn, you'll have to invest in an optic or iron sights, if you don't have either. Still, if you're willing to take the extra leap at an aiming solution, the Sierra 316L provides you a superior platform for an entry-level price. **MSRP:** $675, del-ton.com

**Palmetto State Armory (PSA) PA-15 M4**

Long a purveyor of excellently priced and made ARs, few top Palmetto State AR Armory when it comes to value. Again, it's one of those companies where budget AR-15 options are the norm, but its base model PA-15 is tough to beat when you're getting your legs with the platform. First and foremost, because the carbine ticks like a clock, leaving you free to master the platform, not addressing stoppages (though, you should work on that too).

The M4-pattern carbine boasts a 16-inch M4 profile chrome-moly-vanadium barrel (1:7 twist), mid-length gas system and aircraft-grade aluminum receivers. It has an A2 front sight, as well as a stainless-steel carrier and Carpenter 158 steel bolt head, which is tough as nails. In the rear, the 5.56 has a 6-position M4 buttstock, upfront a plain-Jane M4 handguard, which isn't much to write home about, but gets the job done. **MSRP:** $849, palmettostatearmory.com

**Radical Firearms**

One of those hidden gem companies, Radical Firearms gives you a lot of options in piecing together your gun. One of the most welcome is the choice of rails. In all, there are five styles to choose from, better matching the gun to your particular application. The ultralight FCR, ridge FGS and quad-rail FGQ all keep the carbine's price rock-bottom; but the suppressor-friendly MHR and ultra-slim RPR won't break the bank. In all cases, they free-float the barrel, offering a ton of attachment points and boast top rails that run seamlessly into the receiver.

Even better, with Radical you have caliber options running from 5.56 NATO up to .450 SOCOM. Though, only the standby AR caliber and .300 Blackout chamberings keep the gun at its most economical. The one hang-up, it does require you to invest in an optic or iron sights. But with everything else—including price—Radical Firearms offers that's a small bump with this budget AR-15. **MSRP:** Starting at $684, radicalfirearms.com

**Springfield Armory SAINT**

Honestly, for the money they ask, Springfield has cooked up among the best entry-level AR-15 options in the SAINT. While it does boast several spartan features, it has many assets generally not found in this class of rifles. Top-end component for one.

Whatever Springfield didn't make themselves, they picked top-shelf manufacturers to fill the role. These include Bravo Company furniture, including an M-Lok compatible handguard and a Gunfighter trigger. The

switch is especially nice, not a bit of creep and a reset no bigger than a minute—just the thing to get the SAINT humming. The company's in-house assets are no slouches either: self-lubricating nickel-boron coated BCG, Melonite treated CMV 16-inch barrel and a mid-length gas system. It also boasts Springfield's Accu-Tite system, which tensions the receivers so there's no play.

The gun has a rugged fighter's feel to it, something that won't leave you high and dry when you need a carbine that will always go bang. Though, for a more discerning pleasure shooter, it certainly won't disappoint. MSRP: $1,023; springfield-armory.com

**Sig Sauer M400 Tread**

There were some dubious voices when Sig announced its first sub-$1,000 AR-15 a few years back. Once the M400 Tread was released, those voices were soon silenced. In many folks' opinion, the 5.56 carbine is the best of the budget class of carbine and for one simple reason. Sig didn't compromise.

Top to bottom the M400 Tread delivers a tightly built AR that goes bang every time you pull the trigger and hits the mark. What more could you want? And Sig went the extra mile, arming the 16-inch, stainless-steel barreled carbine with such assets as ambidextrous controls, crisp single-stage trigger, M-Lok compatible, free-floated aluminum handguard and 3-chamber compensator. The stainless-steel barrel catches our eye, upping the gun's accuracy potential and helping it blow off heat during long strings.

Overall, and perhaps more than any other AR on this list, the Tread feel, looks and performs like it was built for hard use. Truth be told, you might drop coin because it's entry-level price, but come to find it's all the gun you require. MSRP: $950; sigsauer.com

**Bushmaster XM15-ES2 QRC**

Bushmaster was shuttered by Remington, but now is back. With it comes the somewhat legendary XM-15 (now the XM15-ES2). While not affordable as the original model, the carbine carries on the nearly 40-year tradition of the company. The Quick Response Carbine (QRC) model is the way to go if you're in search of a solid, though stripped-down iron.

You'll have to supply your own aiming solution with the QRC, as it's a flattop without any iron sights. However, Bushmaster throws in an aluminum magazine with the deal that, at least in the looks department, gives the gun some retro appeal.

The M4-pattern carbine comes with a nitride-finished 16-inch barrel (1:8 twist) and a carbine-length gas system. It's outfitted with a run-of-the-mill A2-style flash hider and mil-spec trigger, as well as a throwback C.A.R.-style handguard. It being an M4 clone, of course, it has a 6-position buttstock. All pretty standard, but more than enough to get a shooter going. MSRP: $880, www.bushmaster.com

| Bushmaster XM-15 $1,395.95 | Bushmaster XM-15 $499.97 |

NEXT STEP: Download Your **Free** Storm Tactical Printable Target Pack

**62 Printable MOA Targets with DOT Drills – Rifle Range in YARDS** This impressive target pack from our friends at Storm Tactical contains **62 printable targets** for rifle and handgun range use. Target grids and bullseye sizes are in MOA. Ideal for long-range shooting!

**Subscribe to the Gun Digest email newsletter and we'll send your print-at-home target pack right away.** Just enter your email address below.

**Around the Web**

   

**Ears Ringing? Do This Immediately, It's Genius (Watch)**

American Tinnitus Clinic

**40 of the Most Useless Sports Cars Ever Made**

Brake For It

**It Was the Most Famous Movie Line Ever, but He Was Never Meant to Say It**

YourDIY

**Quiz: 9 out of 10 Men Can't Name These Classic Cars from the 70's**

Brake For It







**If You Can Name 10 of These Cars You Were Meant to Be a Mechanic**

Brake For It

**Can You Pass the Engine Quiz That Stumps Most Men?**

Brake For It

**Premier Body Armor Releases Everyday Armor T-Shirt**

**Red Dots Vs. Presbyopia**



**First Look: Versacarry Mayhem Shoulder Holster**

### ELWOOD SHELTON

Elwood Shelton is an online content developer for Gun Digest. He is a gun owner and avid reloader from Colorado. When not at his press or the range he can be found chasing mule deer around the Rocky Mountains.

Get The
# Magazine

Get 12 issues a year of the country's best firearms writing.



Subscribe Now

Get The
# Newsletter

Get the latest news and reviews from Gundigest.com.



Sign Up

Get The
# Book

Get the 76th edition of the World's Greatest Gun Book.



Buy Now

Investigating gun
violence in America.

**Donate**

**The Business of Guns**

# The Return of the Machine Gun

For decades, fully automatic weapons were expensive, collectable, and
rarely used in crimes. Auto sears, which can cost less than $20 online, have
changed that.

**By Alain Stephens and Keegan Hamilton**      Mar 24, 2022



*This story was produced in partnership with VICE News.*

**T**he Mongolian Boys Society was out for revenge. Six members of the
Fresno, California, criminal gang huddled in a vacation rental in







November 2019, cleaning their guns in preparation to retaliate against the Asian Crips for the suspected killing of one of their own.

According to court records, one of the "triggermen" carried a Glock pistol outfitted with an auto sear, a small device the size of a thimble that transformed his semiautomatic weapon into a machine gun capable of firing 20 rounds per second. Around 8 p.m., the crew drove across town to a palm tree-lined street. Moments later, in one of the backyards, they opened fire on a gathering of people. Bullets sprayed through the crowd, killing four and wounding six.

But the house was not a rival gang den; police later determined that a family had gathered there to watch football together. Six members of the Mongolian Boys Society were arrested for their alleged involvement in the mass shooting. Three face the death penalty.

Read Next



## Watch: Machine Gun Conversion Kits Are 'Everywhere,' Feds Warn

With VICE News, we document the rise of the auto sear, a small, cheap device that converts a semiautomatic firearm into an automatic one. Court records show that auto sears have been used in robberies, homicides, and extremist attacks.

Go beyond the headlines.

**Everything you need to know about gun violence this week. Delivered Saturday mornings.**

 Get the newsletter 

An auto sear — the most common automatic conversion device — transforms a semiautomatic gun into a weapon capable of emptying an entire magazine with a single pull of the trigger. Also known as switches or chips, auto sears have been around since the '70s but are exceedingly tough to acquire legally in the United States, where machine guns cannot legally be owned without a special license. In recent years, these small metal or plastic devices have exploded in popularity on the black market and gained a particular cachet among criminals and anti-government extremists. Last year, members of the Boogaloo Boys, an accelerationist movement that hopes to spark a second civil war, used weapons equipped with auto sears to attack a federal courthouse.

An investigation by The Trace and VICE News found that federal prosecutions involving automatic conversion devices have spiked in recent years. From 2017 to 2021, the number of cases jumped from 10 to 83, according to our exclusive nationwide analysis of court filings. We found over 260 cases filed in the last five years, including robberies, assaults, and murders, with over 1,000 devices recovered. The government has not previously compiled this data, and the actual number of illegally converted machine guns on the streets is likely far higher.

Olga Pierce

The Bureau of Alcohol, Tobacco, Firearms and Explosives, the federal agency responsible for policing guns in the U.S., said it seized 1,500 weapons modified with auto sears in 2021, a staggering increase over 2020, when only 300 were recovered.

"Auto sears are everywhere on the street right now," said Jefferey Boshek, a 21-year ATF veteran who now serves as the special agent in charge of the Dallas Field Division. "They're one of the scariest things we've dealt with since I became an agent."

The ascent of the auto sear has been propelled by its availability and ease of use. The American market is largely supplied by China, where manufacturers sell the devices on websites like Alibaba and Wish.com directly to consumers, law enforcement officials say. Auto sears are often advertised as airsoft parts or tools and shipped with false documentation and packaging labels. They can also be created using a 3D printer. Once in a person's hands, installation can take just seconds and requires scant technical knowledge or tools.

"It is so simple," said Rick Vasquez, the former head of the ATF's Firearms Technology Division. "The information is out there, and the knowledge to do it is out."

An auto sear installed on a Glock handgun. VICE News

Conversion devices can be installed in many types of handguns or rifles, but they're particularly common for Glock pistols. That's because of the Glock's internal design, which makes its parts easy to access and modify. A Glock spokesperson did not respond to repeated requests for comment.

In September, a Houston man opened fire with a Glock pistol modified with an auto sear after police showed up at his front door to arrest him on a narcotics warrant. One officer was killed and another wounded. Four months later, a convicted felon with a converted Glock wounded three more Houston officers in a gun battle in broad daylight. The suspect managed to escape, but police arrested him later that same day at his home, where they also found a cache of guns, machine gun components, and a 3D printer.

To gang members, auto sears are an advantageous new accessory that can inflict incredible damage and intimidate enemies, especially when paired with high-capacity magazines. One California ATF agent, who declined to be named because he was not authorized to speak on the agency's behalf, said that in his first decade on the job, he hardly ever came across machine guns; now he sees

firearms that have been converted with auto sears "all the time." Some criminals, the agent added, have been caught with the devices on ghost guns — untraceable firearms that can be made at home or obtained without a background check.

For nearly 90 years the federal government waged an aggressive campaign to shrink the pool of automatic weapons available to the public.

In 1934, after several high-profile crimes involving machine guns, Congress passed the National Firearms Act, which required anyone who owned a fully automatic weapon to register it with the government and pay a $200 tax, equivalent to about $4,000 today. This significantly drove up the cost and difficulty of owning one.

Industrious gunsmiths searched for workarounds. In the '70s, conversion devices started surfacing in niche gun communities but the general public rarely sought them out. It became more difficult to obtain an auto sear in 1981, when the ATF ruled that possessing one was, in legal terms, the same as owning a machine gun, whether or not the device was installed on a firearm. Having an auto sear without the proper federal license, which requires an extensive background check and costly fees, can carry a 10-year federal prison sentence.

The auto sear overrides a handgun's trigger bar, allowing it to fire multiple times with the single pull of a trigger.

Five years later, Congress passed the Firearms Owners Protection Act, blocking the import or manufacture of any new automatic weapons in the U.S.

The 1986 law created an extremely limited pool of legal machine guns, and the weapons now command sky-high prices. Even basic models can cost $10,000 online. More sought-after weapons, like World War II-era machine guns, can run six figures.

But obtaining an illegal machine gun is no longer so expensive or logistically challenging. Over the last five years, advances in low-cost manufacturing tools, like 3D printers, plus global commerce on the internet, have combined to create a vast black market of illegal machine gun makers, dealers, and traffickers. With an auto sear, anyone willing to break the law can effectively create a machine gun for as little as $20.

Sales of auto sears have also been popularized by YouTubers and Instagrammers, whose demonstrations of the devices have racked up millions of views.



Full Auto Glock 100 Round Drum Mag

"People don't sell drugs, for the most part, outside of the dark web — they're not on Instagram selling crack cocaine or powder cocaine, but they are out there selling machine guns now," said Boshek, the ATF agent in Dallas.

Boshek said the wide availability of auto sears has created an arms race on the streets, and that his division in Texas is inundated with cases — including homicides and robberies — involving the devices.

At the Ohio home of a self-described incel charged last July with plotting to massacre sorority members, sheriff's deputies discovered a modified Glock machine gun stashed in a heating vent. In May 2021, federal agents in Florida seized two converted machine guns from a convicted felon linked to the murder of a 20-year-old mother.

Read Next

## Ghost Guns Are Everywhere in California

Feds say nearly a third of firearms recovered in the state are homemade, unserialized, and untraceable.

In Denver, when undercover ATF agents told arms traffickers they needed help outfitting a drug cartel "going to war" with its enemies, the blackmarket gun sellers quickly obliged. Over the course of a five-month investigation in 2018, traffickers working out of an auto-repair shop demonstrated their custom