Rob Bonta
Attorney General of California
P. Patty Li
Supervising Deputy Attorney General
Anna Ferrari
Deputy Attorney General
John D. Echeverria
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 510-3479
  Fax: (415) 703-1234
  E-mail: John.Echeverria@doj.ca.gov
*Attorneys for Defendants Rob Bonta and Blake Graham, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER et al.,** | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **COMPENDIUM OF WORKS CITED IN DECLARATION OF RANDOLPH ROTH** |
| v. | |
| | **VOLUME 16 OF 37** |
| **CALIFORNIA ATTORNEY GENERAL ROB BONTA et al.,** | Courtroom: 5A<br>Judge: Hon. Roger T. Benitez |
| Defendants. | Action Filed: August 15, 2019 |

# INDEX

| Works | Decl. Page | Compendium Page |
|---|---|---|
| **HISTORICAL STATUTES** | | |
| Joseph R. Swan, The Revised Statutes of the State of Ohio, of a General Nature, in Force August 1, 1860 (Cincinnati: Robert Clarke & Co., 1860), 452 | 24 n.86 | 0001 |
| An Act Regulating the Right to Keep and Bear Arms, 12th Leg., 1st Called Sess., ch. XLVI, § 1, 1870 Tex. Gen. Laws 63 | 20 n.77 | 0005-0007 |
| An Act to Regulate the Keeping and Bearing of Deadly Weapons, 12th Leg. Reg. Sess., ch. XXXIV, §§ 1, 3, 1871 Tex. Gen. Laws 25 | 21 n.78 | 0008-0011 |
| Federal Explosives Act of 1917, 40 Statute 385 | 30 n.101 | 0012-0020 |
| The National Firearms Act of 1934, 48 Statute 1236 | 30 n.100 | 0021-0026 |
| The National Firearms Act of 1938, 52 Statute 1250 | 30 n.100 | 0027-0029 |
| The Organized Crime Control Act of 1970, 84 Statute 922 | 30 n.101 | 0030-0071 |
| **BOOKS**[i] | | |
| Paul Avrich, *Sacco and Vanzetti: The Anarchist Background* 140-156, 181-195 (Princeton: Princeton University Press, 1991) | 29 n.97 | 0073-0079 |
| Fox Butterfield, *All God's Children: The Bosket Family and the American Tradition of Violence* 3-18 (New York: Vintage, 1996) | 8 n.29, 25 n.88 | 0080-0098 |
| Sucheng Chan, *This Bittersweet Soil: The Chinese in California Agriculture, 1860-1910*, at 372 (Berkeley: University of California Press, 1986) | 26 n.89 | 0099-0102 |
| J. A. Chapman, *History of Edgefield County* 39-41 (Newberry, South Carolina: Elbert H. Aull, 1897) | 25 n.88 | 0103-0109 |

| | | | |
|---|---|---|---|
| | Patrick J. Charles, *Armed in America: A History of Gun Rights from Colonial Militias to Concealed Carry* 70-121 (New York: Prometheus Books, 2018) | 7 n.28 | 0110-0138 |
| | Robert J. Cottrol & Raymond T. Diamond, "*Public Safety and the Right to Bear Arms*" in David J. Bodenhamer & James W. Ely, Jr., eds., The Bill of Rights in Modern America, revised and expanded, at 88-107 (Bloomington: Indiana University Press, 2008) | 14 n.51 | 0139-0162 |
| | Clayton E. Cramer, *Concealed Weapons Laws of the Early Republic: Dueling, Southern Violence, and Moral Reform* 69-96, 143-152 (Westport, Connecticut: Praeger, 1999) | 11 n.37, 14 n.50, 14 n.51 | 0163-0185 |
| | Clayton E. Cramer, *For the Defense of Themselves and the State: The Original Intent and Judicial Interpretation of the Right to Keep and Bear Arms* 74, 83-85, 97-140 (Westport, Connecticut: Praeger Publishers, 1994) | 14 n.51 | 0186-0215 |
| | Edward C. Ezell, *Handguns of the World: Military Revolvers and Self-Loaders from 1870 to 1945*, at 24-28 (Harrisburg, Pennsylvania: Stackpole Books, 1981) | 17 n.64 | 0216-0222 |
| | John Mack Faragher, *Eternity Street: Violence and Justice in Frontier Los Angeles* 463-80 (New York: W. W. Norton, 2016) | n.80 | 0223-0234 |
| | Julian S. Hatcher, *Pistols and Revolvers and Their Use* 8-11 (Marshallton, Delaware: Small-Arms Technical Publishing Company, 1927) | 17 n.64 | 0235-0242 |
| | Charles T. Haven and Frank A. Belden, *A History of the Colt Revolver and the Other Arms Made by Colt's Patent Fire Arms Manufacturing Company from 1836 to 1940*, at 17-43 (New York: Bonanza Books, 1940) | 17 n.64 | 0243-0274 |
| | W. Eugene Hollon, *Frontier Violence: Another Look* 93-95 (New York: Oxford University Press, 1974) | 26 n.89 | 0275-0282 |
| | Roy G. Jinks, *History of Smith and Wesson* 38-57, 104-170 (North Hollywood: Beinfeld, 1977) | 18 n.65, 19 n.69 | 0283-0329 |

| Citation | Cited at | Bates |
|---|---|---|
| Philip D. Jordan, Frontier Law and Order—10 Essays, at 1-22 (Lincoln: University of Nebraska Press, 1970) | 14 n.51, 15 n.52 | 0330-0343 |
| Don B. Kates, Jr., "Toward a History of Handgun Prohibition in the United States," in Cates, ed., Restricting Handguns: The Liberal Skeptics Speak Out 7-30 (Croton-on-Hudson, New York: North River Press, 1979) | 14 n.51, 15 n.52 | 0344-0358 |
| Jeff Kinard, *Pistols: An Illustrated History of Their Impact* 163 (Santa Barbara: ABC-CLIO, 2003) | 19 n.69 | 0359-0362 |
| Aubrey C. Land, *Colonial Maryland: A History* 49-54 (Millwood, New York: Kato Press, 1981) | 25 n.88 | 0363-0368 |
| Stephen C. LeSueur, *The 1838 Mormon War in Missouri* 162-68 (Columbia: University of Missouri Press, 1987) | 25 n.88 | 0369-0375 |
| Harold L. Peterson, *American Knives: The First History and Collector's Guide* 25-70 (New York: Scribner, 1958) | 13 n.49 | 0376-0401 |
| Harold L. Peterson, *Arms and Armor in Colonial America, 1526-1783*, at 155-225 (New York: Bramhall House, 1956) | 5 n.11 | 0402-0476 |
| Harold L. Peterson, *Daggers and Fighting Knives in the Western World, from the Stone Age till 1900*, 67-80 (New York: Walker, 1968) | 13 n.49 | 0477-0504 |
| David Rapoport, *Waves of Global Terrorism: From 1879 to the Present* 65-110 (New York: Columbia University Press, 2022) | 29 n.97 | 0505-0553 |
| Randolph Roth, *American Homicide* 42, 45 61-144 (especially the graphs on 38, 39, and 91), 145-79, 158, 163, 180-198, 199-203, 204-224, 297-299, 299-302, 354-384, 384-385 (Cambridge: The Belknap Press of Harvard University Press, 2009) | passim | 0554-0663 |

| | | | |
|---|---|---|---|
| Randolph Roth, "*Why Guns Are and Aren't the Problem: The Relationship between Guns and Homicide in American History*," in Jennifer Tucker, Barton C. Hacker, and Margaret Vining, eds., A Right to Bear Arms? 116-20, 124-27 (Washington, D.C.: Smithsonian Institution Scholarly Press, 2019) | passim | 0664-0679 |
| Dennis C. Rousey, *Policing the Southern City: New Orleans, 1805-1889*, at 151-58 (Baton Rouge: Louisiana State University Press, 1996) | 27 n.91 | 0680-0682 |
| Priya Satia, *Empire of Guns: The Violent Making of the Industrial Revolution* 9-10 (New York: Penguin Press, 2018) | n.11 | 0683 |
| Priya Satia, "*Who Had Guns in Eighteenth Century Britain?*" in Tucker, Hacker, and Vining, A Right to Bear Arms 41-44 (2019) | n.11 | 0684-0689 |
| Gilles Vandal, *Rethinking Southern Violence: Homicides in Post-Civil War Louisiana, 1866-1884*, at 67-109 (Columbus: Ohio State University Press, 2000) | 27 n.92 | 0690-0713 |
| Bill Yenne, *Tommy Gun: How General Thompson's Submachine Gun Wrote History* 74-78, 86, 91-93 (New York: Thomas Dunne Books, 2009) | 28 n.93, 29 n.96 | 0714-0728 |
| **LAW REVIEWS AND JOURNALS** | | |
| Robert J. Cottrol & Raymond T. Diamond, "The Second Amendment: Toward an Afro-Americanist Reconsideration," 80 Geo. L.J. 309, 309-61 (1991) | 14 n.51 | 0730-0771 |
| Clayton E. Cramer, "*Colonial Firearms Regulation*" (April 6, 2016) (available at SSRN: https://bit.ly/3THcMTu) | 4 n.3 | 0772-0794 |
| Rob Harper, "Looking the Other Way: The Gnadenhutten Massacre and the Contextual Interpretation of Violence," 64 Wm. & Mary Q. 621, 621-44 (2007) | 25 n.88 | 0795-0819 |


| Citation | Cited | Pages |
|---|---|---|
| Herschel C. Logan, *Cartridges: A Pictorial Digest of Small Arms Ammunition* 11-40, 180-183 (New York: Bonanza Books, 1959) | 6 n.18 | 0820-0839 |
| Mary Alice Mairose, "*Nativism on the Ohio: the Know Nothings in Cincinnati and Louisville, 1853-1855*" (M.A. thesis, Ohio State University, 1993) | 26 n.89 | 0840-1021 |
| Brennan Gardner Rivas, *Enforcement of Public Carry Restrictions: Texas as a Case Study*, 55 UC Davis Law Review 2603, 2609-10 (2021) | 20 n.77, 21 n.78, 22 n.79 | 1022-1036 |
| Randolph Roth and James M. Denham, *Homicide in Florida, 1821-1861*, 86 Fla. Historical Q. 216 (2007) | 12 n.43 | 1037-1061 |
| Randolph Roth, Michael D. Maltz, and Douglas L. Eckberg, *Homicide Rates in the Old West*, 42 W. Historical Q. 173 (2011) | 20 n.76 | 1062-1105 |
| Randolph Roth, *Measuring Feelings and Beliefs that May Facilitate (or Deter) Homicide*, 16 Homicide Studies 197 (2012) | 16 n.56 | 1106-1125 |
| Robert J. Spitzer, *Gun Accessories and the Second Amendment: Assault Weapons, Magazines, and Silencers*, 83 Law & Contemporary Problems 238 (2020) | 30 n.99 | 1126-1149 |
| **LEGISLATIVE MATERIALS AND GOVERNMENT RECORDS** | | |
| Department of Commerce, Bureau of the Census, Fourteenth Census of the United States Manufactures: Explosives 1126 (Washington, D.C.: Government Printing Office, 1922) | 28 n.95 | 1151-1154 |
| Grand Jurors of Wilkes County, Georgia, Superior Court Minutes, July 1839 term, as quoted and discussed in Roth, American Homicide at 218-219 and n. 76. | 12 n.46 | 1155-1156 |
| U.S Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives, Enforcement Programs and Services, ATF Federal Explosives Law and | 28 n.95 | 1157-1264 |

| | | |
|---|---|---|
| Regulations (2012) | | |
| **NEWS ARTICLES** | | |
| Charlie Savage, *Trump Administration Imposes Ban on Bump Stocks*, N.Y. Times, Dec. 18, 2018 | 31 n.103 | 1266 |
| **OTHER SOURCES** | | |
| Bureau of Alcohol, Tobacco, Firearms, and Explosives, Office of Enforcement Programs and Services, Office of Field Operations, Open Letter to All Federal Firearms Licensees, Mar. 22, 2022 | 33 n.109 | 1268-1269 |
| CDC Wonder Compressed Mortality Files, ICD-10 | 4 n.5 | 1270-1310 |
| CPI Inflation Calculator (https://bit.ly/3CS5UNl) | 28 n.94 | 1311-1321 |
| Guns.com – Price of Semiautomatic Handguns (https://bit.ly/3CVb1uW) | 32 n.108 | 1322-1325- |
| Jerry Miculek, "Dual Glock 17 Rapid Fire 60 Rounds in 5 Seconds! 660 RPM," YouTube | 32 n.107 | 1326 |
| Lunde Studio, Are Binary Triggers Legal (2022) All You Need to Know | 33 n.109 | 1327-1332 |
| Military-today.com, M16 Assault Rifle | 31 n.104 | 1333-1334 |
| "Rapid Manual Trigger Manipulation (Rubber Band Assisted)," YouTube | 33 n.110 | 1335 |
| Roth, "American Homicide Supplemental Volume: Weapons," available through the Historical Violence Database, sponsored by the Criminal Justice Research Center at the Ohio State University (https://bit.ly/3TpI4yu) | 9 n.32, 12 n.44, 17 n.62, 20 n.74 | 1336-1437 |
| Department of the Army, TC 3-22.9 Rifle and Carbine Manual (May 2016) | 31 n.105 | 1438-1689 |
| The Violence Project's Mass Shooter Database | 34 n.111 | 1690 |

| | | |
|---|---|---|
| Guns.com, AR-15s | 28 n.94 | 1691-1696 |
| Gunmagwarehouse.com, AR-15s | 28 n.94 | 1697-1722 |
| 2011 Tucson Shooting," Wikipedia. | 36 n.113 | 1723-1747 |
| Rick Sapp, Standard Catalog of Colt Firearms, at 96 (Cincinnati: F+W Media, 2011) | 19 n.69 | 1748 |

---

[i] The Declaration of Randolph Roth cites 36 books in their entirety, consistent with the practice of professional historians. *See* Roth Decl. ¶¶ 14 n.27-28, 15 n.29, 16 n.35-36, 18 n.43, 26 n.63, 29 n.75, 31 n.80, 35 n.87, 36 n.89, 37 n.90, 37 n.91-92, 39 n.93, 40 n.96-98 (citing Louis Adamic, *Dynamite: The Story of Class Violence in America* (New York: Viking, 1931); David F. Almendinger, Jr., Nat Turner and the Rising in Southampton County (Baltimore: Johns Hopkins Press, 2014); Patrick H. Breen, *The Land Shall Be Deluged in Blood: A New History of the Nat Turner Revolt* (New York: Oxford University Press, 2015); Scott Ellsworth, *Death in a Promised Land: The Tulsa Race Riot of 1921* (Baton Rouge: Louisiana State University Press, 1982); Francis S. Fox, *Sweet Land of Liberty: the Ordeal of the American Revolution in Northampton County, Pennsylvania* (University Park: Pennsylvania State University Press, 2000); John Hope Franklin, *The Militant South, 1800-1861* (Cambridge: Belknap Press of Harvard University Press, 1961); John B. Frantz and William Pencak, eds., *Beyond Philadelphia: The American Revolution in the Pennsylvania Hinterland* (University Park: Pennsylvania State University Press, 1998); Joanne B. Freeman, *Affairs of Honor: National Politics in the New Republic* (New Haven: Yale University Press, 2001); Beverly Gage, *The Day Wall Street Exploded: A Story of American in Its First Age of Terror* (New York: Oxford University Press, 2009); Paul A. Gilje, *Rioting in America* (Bloomington: Indiana University Press, 1996); and David Grimsted, *American Mobbing: Toward Civil War* (New York: Oxford University Press, 1996); David Grann, Killers of the Flower Moon: The Osage Murders and the Birth of the FBI (New York, Doubleday, 2017); Pamela Haag, *The Gunning of America: Business and the Making of American Gun Culture* (New York: Basic Books, 2016); Terri Diane Halperin, *The Alien and Sedition Acts: Testing the Constitution* (Baltimore: Johns Hopkins University Press, 2016); C. A. Harwell, "*The End of the Affair? Anti-Dueling Laws and Social Norms in Antebellum America*," Vanderbilt Law Review 54 (2001): 1805-1847; William Helmer and Arthur J. Bilek, *The St. Valentine's Day Massacre: The Untold Story of the Bloodbath That Brought Down Al Capone* (Nashville: Cumberland House, 2004); Graham R. Hodges, *Root and Branch: African Americans in New York and East Jersey, 1613-1863* (Chapel Hill: University of North Carolina Press, 1999); Holger Hoock, *Scars of Independence: America's Violent Birth* (New York: Broadway Books / Penguin Random House, 2017); LeeAnna Keith, The Colfax Massacre: The Untold Story of Black Power, White Terror, and the Death of Reconstruction (New York: Oxford University Press, 2008); Brandon G. Kinney, *The Mormon War: Zion and the Missouri Extermination Order of 1838* (Yardley, Pennsylvania: Westholme, 2011); Leonard Levy, *Jefferson and Civil Liberties: The Darker Side* (Cambridge: The Belknap Press of Harvard University Press, 1963); Leon F. Litwack, *North of Slavery: The Negro in the Free States, 1790-1860* (Chicago: University of Chicago Press, 1961); Tim Madigan, *The Burning: Massacre, Destruction, and the Tulsa Race Riot of 1921* (New York: Thomas Dunne Books / St. Martin's Press, 2001); Drew R.

McCoy, *The Last of the Fathers: James Madison and the Republican Legacy* (New York: Cambridge University Press, 1989); Clare V. McKanna, *Race and Homicide in Nineteenth-Century California* (Reno: University of Nevada Press, 2002); Clare V. McKanna, Jr., *Homicide, Race, and Justice in the American West, 1880-1920* (Tucson: University of Arizona Press, 1997); Joanne Pope Melish, *Disowning Slavery: Gradual Emancipation and "Race" in New England, 1780-1860* (Ithaca: Cornell University Press, 1998); Stephen B. Oates, *The Fires of Jubilee: Nat Turner's Fierce Rebellion* (New York: Harper and Row, 1975); Herta E. Pauli, *Alfred Nobel: Dynamite King, Architect of Peace* (New York: L. B. Fisher, 1942); Jack N. Rakove, *Original Meanings: Politics and Ideas in the Making of the Constitution* (New York: Alfred A. Knopf, 1996); Horace V. Redfield*, Homicide, North and South: Being a Comparative View of Crime against the Person in Several Parts of the United States* (Columbus: Ohio State University Press, 2000); *Andrew S. Trees, The Founding Fathers and the Politics of Character* (Princeton: Princeton University Press, 2003); Alan Trelease, *White Terror: The Ku Klux Klan Conspiracy and Southern Reconstruction* (New York: Harper and Row, 1975); Alan Taylor, *Divided Ground: Indians, Settlers, and the Northern Borderland of the American Revolution* (New York: Knopf, 2006); William M. Tuttle, Jr., *Race Riot: Chicago in the Red Summer of 1919* (New York: Atheneum, 1970); Sean White, *Somewhat More Independent: The End of Slavery in New York City, 1780-1810* (Athens: University of Georgia Press, 1991); Gordon S. Wood, *The Creation of the American Republic, 1776-1787* (Chapel Hill: University of North Carolina Press, 1969); Bertram Wyatt-Brown, *Southern Honor: Ethics and Behavior in the Old South* (New York: Oxford University Press, 1982).

Professor Roth was unable to provide narrowed references to these 36 books he cited in his declaration on account of his prior commitment to attend, and deliver the keynote address at, a conference of the Council on Criminal Justice, in Washington D.C., in advance of the October 21 deadline to file this compendium. Should the Court wish to receive excepted copies of these works, Professor Roth is willing to provide them, but additional time to comply will be required.

*CHAPTER TWO*

# THE YOUTH AND EXPERIMENTS OF SAMUEL COLT

*The Founding of the Paterson Factory*

SAMUEL COLT was born on what was then Lord's Hill in the city of Hartford, Connecticut, July 19, 1814, the son of Christopher and Sarah Caldwell Colt. From an early age he was interested in firearms and pyrotechnics of all sorts. Between the ages of seven and sixteen he is known to have owned several pistols and taken them apart to study their mechanism. He passed through varied exploits as a youth, which included working of a farm in Glastonbury, Connecticut, attending school at Ware and the Academy of Amherst, which he left rather suddenly after some early experiments with torpedoes on a Fourth of July that did not entirely please the authorities, and working in his father's dye shop which gave him a grounding in chemistry that suggested to him his lectures on laughing gas between 1832 and 1835.

E. K. Root, later his factory foreman and later still president of the company, first saw him in 1829 blow up a raft in a pond at Ware in one of his early experiments with submarine mines.

While the arms Colt played with as a boy were undoubtedly flint-locks, at some time before 1830 the new-style percussion-cap system of ignition came to his notice. This system was a hundred times more adaptable to any repeating mechanism than the clumsy flint-locks with its pan of loose powder, hammer, frizzen or battery, and open hole through the barrel by which the fire reached the charge. Colt saw its advantages at once and, at a time when the system was comparatively unknown in the United States, and had not been adopted by any military force, began to consider its application to the first successful revolver ever to be made.

On August 2, 1830, Colt, then a boy of sixteen, sailed before the mast on the ship *Corlo*, Captain Spaulding master, bound out of Boston for Calcutta. It was during this voyage that Colt first put into tangible substance his ideas concerning a revolving firearm.

The general idea of a revolving firearm is supposed to have come to Colt from watching the ship's wheel and noting that the spokes always returned in perfect line with a clutch that locked the wheel in position with any spoke that was in line with it. From observing this feature of the wheel, Colt conceived of a revolving cylinder bored for a number of chambers, which would hold charges and bring them in line with a hammer, and, eventually, also in line with a single barrel through which they might be discharged.

In his spare time he whittled out a wooden model from a ribbon block and small pieces

— 14 —



## ANSON CHASE EXPERIMENTAL MODEL

| | | | |
|---|---|---|---|
| LENGTH | 14¼ Inches | SHAPE OF BARREL | Octagonal |
| BARREL LENGTH | 10¼ Inches | RAMROD | None |
| CALIBER | .50 | TRIGGERGUARD | Rounded; Light Metal |
| NUMBER OF SHOTS | 5 | FRAME | Experimental |
| SHAPE OF CYLINDER | Straight Round | SIGHTS | Blade and Hammer Notch |
| SHAPE OF SLOTS | Round | BUTT | Rounded |

### MARKS

NONE

REMARKS. This revolver is supposed to be one of the first of the experimental models Colt had made for him by Anson Chase. It exhibits the general features arrived at in the 1836 Patent (see page 541), except that it has a triggerguard and regular trigger, showing that Colt considered using these features at a very early date.

Probably made 1831-32.

*From the Colt Plant Collection.*

Compendium_Roth
Page 0246

A HISTORY OF THE COLT REVOLVER



## EXPERIMENTAL MODEL REVOLVER

| | | | |
|---|---|---|---|
| LENGTH | 7¼ Inches | SHAPE OF BARREL | Octagonal |
| BARREL LENGTH | 3⅞ Inches | RAMROD | None |
| CALIBER | .32 | TRIGGERGUARD | None; Folding Trigger |
| NUMBER OF SHOTS | 5 | FRAME | Experimental |
| SHAPE OF CYLINDER | Straight Round | SIGHTS | Blade and Hammer Notch |
| SHAPE OF SLOTS | Round | BUTT | Rounded |

### MARKS

NONE

REMARKS. This is one of the experimental models Colt had made before he took out patents and before the Paterson factory was started. The dagger was never applied to any regular production models, although it appears in the patent drawings. The shields over the nipples and chamber mouths were also discarded before any arms were made for sale.

Probably made between 1832 and 1835.

*From the Colt Plant Collection.*

— 16 —

of wood that seemed to indicate that his first ideas were along the lines of the later "pepperbox" type of revolver.[1] The pepperbox is a multi-barreled arm with the barrels revolving in a block, or with the barrels in a stationary block and a revolving hammer. Either one of these systems is clumsy and inaccurate, and the idea was abandoned by Colt before his arms reached even the metal-model stage. It was taken up by other makers later on to avoid conflicting with Colt's patents.

On his return from the sailing voyage Colt went to Mr. Anson Chase, a gunsmith who worked in a shop called the North Schenevard shop, situated on Main Street, East Side, Hartford. Mr. Chase rented this shop from Mr. Thomas Belden of Hartford in the spring of 1830. Young Colt first came to Mr. Chase in the early summer of 1831, bringing with him a number of drawings and the wooden model he had whittled out on the *Corlo*. Chase worked for Colt during 1831 and part of 1832. From the drawings and the model Mr. Chase, and a Mr. Rowe who worked for him, made, under Colt's supervision, a model pistol.

The first pistol revolved by the act of cocking, but it was locked and unlocked by hand. It blew up when Colt tried to fire it because there were no partitions between the nipples to prevent one discharge from exploding the chambers next to it. A gun was next built with the improvements of partitions between the nipples and a bolt that locked and unlocked the cylinder by the act of cocking. The three main points at which he finally arrived were: the rotation of a many-chambered breech in a single-barreled firearm by the action of cocking the hammer; the locking and unlocking of the cylinder automatically by the same action of cocking the hammer; and the placing of partitions between the nipples in their position at the rear of a cylindrical many-chambered breech. There were other minor points in his specifications, but these were the three important claims in the patent he later took out, and were later proven to be the basic differences between Colt's arms and all multi-firing arms that preceded them.

Colt's great trouble at this period was lack of money to carry on his experiments. His father had at one time been quite well off, but while Colt was very young he lost most of his money and so could be of no pecuniary aid to his son. To overcome his shortage of cash, Colt embarked on a lecture tour of the United States and Canada. He left Hartford March 30, 1832, and proceeded about the country, giving lectures on, and demonstrating the effects of, nitrous oxide or "laughing gas."[2] Colt appears to have realized, even at this early date, the great value of showmanship and popular appeal. He took the name of Dr. Coult, an old spelling of Colt, and the novel nature of his subject, combined with his own striking and handsome appearance, brought him considerable and widespread success. His performance was noticed editorially in the Boston *Post*, June 22, 1832, and accounts of his activities on the lecture platforms of such widely separated points as New Orleans and Quebec were preserved among his effects.

A report of one of his visits to Albany, published in the Albany *Microscope*, October 26, 1833, gives a good idea of the way that his lectures were received.

> We never beheld such an anxiety as there has been during the past week to witness the astonishing effects of Dr. Coult's gas. The Museum was crowded to excess every evening; and so intense was the interest which was manifested, that the doctor has been compelled to give two exhibitions every evening.

---

[1] See page 350.  [2] See page 251.

Compendium_Roth  
Page 0248

## A HISTORY OF THE COLT REVOLVER

The effect which the gas produces on the system is truly astonishing. The person who inhales it becomes completely insensible, and remains in that state for about three minutes, when his senses become restored, and he sneaks off with as much shame as if he had been guilty of some little mean action. No person will begrudge his two shillings for the gratification of half an hour's laugh at the ludicrous feats displayed in the lecture room.

Even during the time that he was lecturing, Colt was working on his pistol idea, returning to Hartford occasionally to see how his models were progressing. In 1832, Chase having completed for him two arms, a pistol and a rifle, he deposited them in the patent office in Washington with a description of his arm and its mechanism. Some arms were also made for him in Baltimore during this period by a gunsmith named Pearson. He gave up lecturing in 1835 and went to Europe, where he took out English and French patents. He then returned to America where he completed his American patents, which were finally granted February 25, 1836.[3]

For those who are attracted by the peculiarities of the long arm of coincidence, the 25th of February, 1836, is an interesting date. The Texan-Mexican War and the Colt revolver were each important to the other. The call for Colt revolvers to be used in the Mexican war by Texas and U. S. officers who had used them earlier, led to the government order that started Colt on his own career. The Paterson revolvers in the hands of the Texas Rangers did much towards winning independence and statehood for Texas. And on February 25, 1836, when Colt's patent was being granted, the forces of Santa Anna launched the attack on the Alamo that culminated in the massacre of its one hundred and eighty-odd defenders. As the war went on, Texas Rangers, Colt revolvers in hand, charged through the shattered Mexican ranks to the cadence of the reiterated war cry, "Remember the Alamo," which was punctuated by the jarring crash of "Colt's Repeaters," both the results of a single day.

The last experimental arm previous to the opening of the Paterson factory was made about this time. This arm was handsomely stocked and elaborately mounted and engraved for use as a specimen in interesting investors in forming a stock company to manufacture arms under his patents. It was a five-shot .40 caliber revolver with shields over the nipples and the front of the cylinder, a three-and-one-quarter-inch barrel and an overall length of seven and one-quarter inches (page 19).

On the strength of this arm, The Patent Arms Manufacturing Company of Paterson, New Jersey, Colt's Patent, was formed and chartered by the legislature of New Jersey March 5, 1836. It began to manufacture revolving firearms during the summer of the same year. The officers and directors were Thomas A. Emmet, Daniel K. Allen, Elias B. D. Ogden, Daniel Holsman, and Elias Vanardale, Jr. The subscription books of the company were opened in April with a proposed capital of $230,000. But from some of Colt's later statements concerning the Paterson company, it seems that only about $150,000 in stock was sold.

Colt's position in connection with the company is outlined in *Armsmear* as follows:

He assigned his letters patent to the Company, and undertook to give his time and attention to the business, receiving therefor a fixed price, varying from one to two dollars, for each arm manufactured. His proposition of March 9th, 1836, was to assign the patent, and the right to all improvements in arms and machinery; to devote not over nine months to setting the factory in operation, and to give such future aid as might be needed in perfecting the improvements, at a salary of one thousand dollars per annum—the company to establish the works within six months and extend

[3] See pages 252 and 541.

— 18 —

them as might be needed; not to dispose of any right without his consent, to pay him semi-annually half the net profits of the company, and half the proceeds of the sale of any right, six thousand dollars being advanced in six monthly payments, and the right of subscription to $50,000 worth of stock being reserved to him for one year.



## PROMOTION MODEL REVOLVER

| | | | |
|---|---|---|---|
| LENGTH | 7¼ Inches | RAMROD | None |
| BARREL LENGTH | 3¼ Inches | TRIGGERGUARD | None |
| CALIBER | .40 | FRAME | Experimental |
| NUMBER OF SHOTS | 5 | SIGHTS | Blade and Rear Notch on Barrel, Hole in Nose of Hammer |
| SHAPE OF CYLINDER | Straight Round | | |
| SHAPE OF SLOTS | Round | BUTT | Rounded |
| SHAPE OF BARREL | Octagonal | | |

### MARKS
NONE

REMARKS. This is the arm supposed to have been used as a promotion model in selling stock in the Patent Arms Manufacturing Company. It is finely stocked, inlaid with silver, and engraved on all metal parts. It has the unusual feature of a wood forestock, as the idea at the time was to try and make the new arms look as much like standard weapons as possible. It was probably made shortly before the company was formed.

Made in 1835.

*From the Colt Memorial Collection in the Wadsworth Athenaeum at Hartford, Connecticut.*

— 19 —

Compendium_Roth
Page 0250