ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ANNA FERRARI
Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3479
  Fax: (415) 703-1234
  E-mail: John.Echeverria@doj.ca.gov
*Attorneys for Defendants Rob Bonta and Blake Graham, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER et al.,** | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **COMPENDIUM OF WORKS CITED IN DECLARATION OF RANDOLPH ROTH** |
| v. | **VOLUME 18 OF 37** |
| **CALIFORNIA ATTORNEY GENERAL ROB BONTA et al.,** | Courtroom: 5A<br>Judge: Hon. Roger T. Benitez |
| Defendants. | Action Filed: August 15, 2019 |

# INDEX

| Works | Decl. Page | Compendium Page |
|---|---|---|
| **HISTORICAL STATUTES** | | |
| Joseph R. Swan, The Revised Statutes of the State of Ohio, of a General Nature, in Force August 1, 1860 (Cincinnati: Robert Clarke & Co., 1860), 452 | 24 n.86 | 0001 |
| An Act Regulating the Right to Keep and Bear Arms, 12th Leg., 1st Called Sess., ch. XLVI, § 1, 1870 Tex. Gen. Laws 63 | 20 n.77 | 0005-0007 |
| An Act to Regulate the Keeping and Bearing of Deadly Weapons, 12th Leg. Reg. Sess., ch. XXXIV, §§ 1, 3, 1871 Tex. Gen. Laws 25 | 21 n.78 | 0008-0011 |
| Federal Explosives Act of 1917, 40 Statute 385 | 30 n.101 | 0012-0020 |
| The National Firearms Act of 1934, 48 Statute 1236 | 30 n.100 | 0021-0026 |
| The National Firearms Act of 1938, 52 Statute 1250 | 30 n.100 | 0027-0029 |
| The Organized Crime Control Act of 1970, 84 Statute 922 | 30 n.101 | 0030-0071 |
| **BOOKS**[i] | | |
| Paul Avrich, *Sacco and Vanzetti: The Anarchist Background* 140-156, 181-195 (Princeton: Princeton University Press, 1991) | 29 n.97 | 0073-0079 |
| Fox Butterfield, *All God's Children: The Bosket Family and the American Tradition of Violence* 3-18 (New York: Vintage, 1996) | 8 n.29, 25 n.88 | 0080-0098 |
| Sucheng Chan, *This Bittersweet Soil: The Chinese in California Agriculture, 1860-1910*, at 372 (Berkeley: University of California Press, 1986) | 26 n.89 | 0099-0102 |
| J. A. Chapman, *History of Edgefield County* 39-41 (Newberry, South Carolina: Elbert H. Aull, 1897) | 25 n.88 | 0103-0109 |

| | | | |
|---|---|---|---|
| Patrick J. Charles, *Armed in America: A History of Gun Rights from Colonial Militias to Concealed Carry* 70-121 (New York: Prometheus Books, 2018) | 7 n.28 | 0110-0138 |
| Robert J. Cottrol & Raymond T. Diamond, "*Public Safety and the Right to Bear Arms*" in David J. Bodenhamer & James W. Ely, Jr., eds., The Bill of Rights in Modern America, revised and expanded, at 88-107 (Bloomington: Indiana University Press, 2008) | 14 n.51 | 0139-0162 |
| Clayton E. Cramer, *Concealed Weapons Laws of the Early Republic: Dueling, Southern Violence, and Moral Reform* 69-96, 143-152 (Westport, Connecticut: Praeger, 1999) | 11 n.37, 14 n.50, 14 n.51 | 0163-0185 |
| Clayton E. Cramer, *For the Defense of Themselves and the State: The Original Intent and Judicial Interpretation of the Right to Keep and Bear Arms* 74, 83-85, 97-140 (Westport, Connecticut: Praeger Publishers, 1994) | 14 n.51 | 0186-0215 |
| Edward C. Ezell, *Handguns of the World: Military Revolvers and Self-Loaders from 1870 to 1945*, at 24-28 (Harrisburg, Pennsylvania: Stackpole Books, 1981) | 17 n.64 | 0216-0222 |
| John Mack Faragher, *Eternity Street: Violence and Justice in Frontier Los Angeles* 463-80 (New York: W. W. Norton, 2016) | n.80 | 0223-0234 |
| Julian S. Hatcher, *Pistols and Revolvers and Their Use* 8-11 (Marshallton, Delaware: Small-Arms Technical Publishing Company, 1927) | 17 n.64 | 0235-0242 |
| Charles T. Haven and Frank A. Belden, *A History of the Colt Revolver and the Other Arms Made by Colt's Patent Fire Arms Manufacturing Company from 1836 to 1940*, at 17-43 (New York: Bonanza Books, 1940) | 17 n.64 | 0243-0274 |
| W. Eugene Hollon, *Frontier Violence: Another Look* 93-95 (New York: Oxford University Press, 1974) | 26 n.89 | 0275-0282 |
| Roy G. Jinks, *History of Smith and Wesson* 38-57, 104-170 (North Hollywood: Beinfeld, 1977) | 18 n.65, 19 n.69 | 0283-0329 |


| | | | |
|---|---|---|---|
| | Philip D. Jordan, Frontier Law and Order—10 Essays, at 1-22 (Lincoln: University of Nebraska Press, 1970) | 14 n.51, 15 n.52 | 0330-0343 |
| | Don B. Kates, Jr., "Toward a History of Handgun Prohibition in the United States," in Cates, ed., Restricting Handguns: The Liberal Skeptics Speak Out 7-30 (Croton-on-Hudson, New York: North River Press, 1979) | 14 n.51, 15 n.52 | 0344-0358 |
| | Jeff Kinard, *Pistols: An Illustrated History of Their Impact* 163 (Santa Barbara: ABC-CLIO, 2003) | 19 n.69 | 0359-0362 |
| | Aubrey C. Land, *Colonial Maryland: A History* 49-54 (Millwood, New York: Kato Press, 1981) | 25 n.88 | 0363-0368 |
| | Stephen C. LeSueur, *The 1838 Mormon War in Missouri* 162-68 (Columbia: University of Missouri Press, 1987) | 25 n.88 | 0369-0375 |
| | Harold L. Peterson, *American Knives: The First History and Collector's Guide* 25-70 (New York: Scribner, 1958) | 13 n.49 | 0376-0401 |
| | Harold L. Peterson, *Arms and Armor in Colonial America, 1526-1783*, at 155-225 (New York: Bramhall House, 1956) | 5 n.11 | 0402-0476 |
| | Harold L. Peterson, *Daggers and Fighting Knives in the Western World, from the Stone Age till 1900*, 67-80 (New York: Walker, 1968) | 13 n.49 | 0477-0504 |
| | David Rapoport, *Waves of Global Terrorism: From 1879 to the Present* 65-110 (New York: Columbia University Press, 2022) | 29 n.97 | 0505-0553 |
| | Randolph Roth, *American Homicide* 42, 45 61-144 (especially the graphs on 38, 39, and 91), 145-79, 158, 163, 180-198, 199-203, 204-224, 297-299, 299-302, 354-384, 384-385 (Cambridge: The Belknap Press of Harvard University Press, 2009) | passim | 0554-0663 |

| | | | |
|---|---|---|---|
| Randolph Roth, "*Why Guns Are and Aren't the Problem: The Relationship between Guns and Homicide in American History*," in Jennifer Tucker, Barton C. Hacker, and Margaret Vining, eds., A Right to Bear Arms? 116-20, 124-27 (Washington, D.C.: Smithsonian Institution Scholarly Press, 2019) | passim | 0664-0679 |
| Dennis C. Rousey, *Policing the Southern City: New Orleans, 1805-1889*, at 151-58 (Baton Rouge: Louisiana State University Press, 1996) | 27 n.91 | 0680-0682 |
| Priya Satia, *Empire of Guns: The Violent Making of the Industrial Revolution* 9-10 (New York: Penguin Press, 2018) | n.11 | 0683 |
| Priya Satia, "*Who Had Guns in Eighteenth Century Britain?*" in Tucker, Hacker, and Vining, A Right to Bear Arms 41-44 (2019) | n.11 | 0684-0689 |
| Gilles Vandal, *Rethinking Southern Violence: Homicides in Post-Civil War Louisiana, 1866-1884*, at 67-109 (Columbus: Ohio State University Press, 2000) | 27 n.92 | 0690-0713 |
| Bill Yenne, *Tommy Gun: How General Thompson's Submachine Gun Wrote History* 74-78, 86, 91-93 (New York: Thomas Dunne Books, 2009) | 28 n.93, 29 n.96 | 0714-0728 |
| **LAW REVIEWS AND JOURNALS** | | |
| Robert J. Cottrol & Raymond T. Diamond, "The Second Amendment: Toward an Afro-Americanist Reconsideration," 80 Geo. L.J. 309, 309-61 (1991) | 14 n.51 | 0730-0771 |
| Clayton E. Cramer, "*Colonial Firearms Regulation*" (April 6, 2016) (available at SSRN: https://bit.ly/3THcMTu) | 4 n.3 | 0772-0794 |
| Rob Harper, "Looking the Other Way: The Gnadenhutten Massacre and the Contextual Interpretation of Violence," 64 Wm. & Mary Q. 621, 621-44 (2007) | 25 n.88 | 0795-0819 |

| Citation | Cite | Bates |
|---|---|---|
| Herschel C. Logan, *Cartridges: A Pictorial Digest of Small Arms Ammunition* 11-40, 180-183 (New York: Bonanza Books, 1959) | 6 n.18 | 0820-0839 |
| Mary Alice Mairose, "*Nativism on the Ohio: the Know Nothings in Cincinnati and Louisville, 1853-1855*" (M.A. thesis, Ohio State University, 1993) | 26 n.89 | 0840-1021 |
| Brennan Gardner Rivas, *Enforcement of Public Carry Restrictions: Texas as a Case Study*, 55 UC Davis Law Review 2603, 2609-10 (2021) | 20 n.77, 21 n.78, 22 n.79 | 1022-1036 |
| Randolph Roth and James M. Denham, *Homicide in Florida, 1821-1861*, 86 Fla. Historical Q. 216 (2007) | 12 n.43 | 1037-1061 |
| Randolph Roth, Michael D. Maltz, and Douglas L. Eckberg, *Homicide Rates in the Old West*, 42 W. Historical Q. 173 (2011) | 20 n.76 | 1062-1105 |
| Randolph Roth, *Measuring Feelings and Beliefs that May Facilitate (or Deter) Homicide*, 16 Homicide Studies 197 (2012) | 16 n.56 | 1106-1125 |
| Robert J. Spitzer, *Gun Accessories and the Second Amendment: Assault Weapons, Magazines, and Silencers*, 83 Law & Contemporary Problems 238 (2020) | 30 n.99 | 1126-1149 |
| **LEGISLATIVE MATERIALS AND GOVERNMENT RECORDS** | | |
| Department of Commerce, Bureau of the Census, Fourteenth Census of the United States Manufactures: Explosives 1126 (Washington, D.C.: Government Printing Office, 1922) | 28 n.95 | 1151-1154 |
| Grand Jurors of Wilkes County, Georgia, Superior Court Minutes, July 1839 term, as quoted and discussed in Roth, American Homicide at 218-219 and n. 76. | 12 n.46 | 1155-1156 |
| U.S Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives, Enforcement Programs and Services, ATF Federal Explosives Law and | 28 n.95 | 1157-1264 |

| | | |
|---|---|---|
| Regulations (2012) | | |
| **NEWS ARTICLES** | | |
| Charlie Savage, *Trump Administration Imposes Ban on Bump Stocks*, N.Y. Times, Dec. 18, 2018 | 31 n.103 | 1266 |
| **OTHER SOURCES** | | |
| Bureau of Alcohol, Tobacco, Firearms, and Explosives, Office of Enforcement Programs and Services, Office of Field Operations, Open Letter to All Federal Firearms Licensees, Mar. 22, 2022 | 33 n.109 | 1268-1269 |
| CDC Wonder Compressed Mortality Files, ICD-10 | 4 n.5 | 1270-1310 |
| CPI Inflation Calculator (https://bit.ly/3CS5UNl) | 28 n.94 | 1311-1321 |
| Guns.com – Price of Semiautomatic Handguns (https://bit.ly/3CVb1uW) | 32 n.108 | 1322-1325- |
| Jerry Miculek, "Dual Glock 17 Rapid Fire 60 Rounds in 5 Seconds! 660 RPM," YouTube | 32 n.107 | 1326 |
| Lunde Studio, Are Binary Triggers Legal (2022) All You Need to Know | 33 n.109 | 1327-1332 |
| Military-today.com, M16 Assault Rifle | 31 n.104 | 1333-1334 |
| "Rapid Manual Trigger Manipulation (Rubber Band Assisted)," YouTube | 33 n.110 | 1335 |
| Roth, "American Homicide Supplemental Volume: Weapons," available through the Historical Violence Database, sponsored by the Criminal Justice Research Center at the Ohio State University (https://bit.ly/3TpI4yu) | 9 n.32, 12 n.44, 17 n.62, 20 n.74 | 1336-1437 |
| Department of the Army, TC 3-22.9 Rifle and Carbine Manual (May 2016) | 31 n.105 | 1438-1689 |
| The Violence Project's Mass Shooter Database | 34 n.111 | 1690 |

| | | |
|---|---|---|
| Guns.com, AR-15s | 28 n.94 | 1691-1696 |
| Gunmagwarehouse.com, AR-15s | 28 n.94 | 1697-1722 |
| 2011 Tucson Shooting," Wikipedia. | 36 n.113 | 1723-1747 |
| Rick Sapp, Standard Catalog of Colt Firearms, at 96 (Cincinnati: F+W Media, 2011) | 19 n.69 | 1748 |

---

[i] The Declaration of Randolph Roth cites 36 books in their entirety, consistent with the practice of professional historians. *See* Roth Decl. ¶¶ 14 n.27-28, 15 n.29, 16 n.35-36, 18 n.43, 26 n.63, 29 n.75, 31 n.80, 35 n.87, 36 n.89, 37 n.90, 37 n.91-92, 39 n.93, 40 n.96-98 (citing Louis Adamic, *Dynamite: The Story of Class Violence in America* (New York: Viking, 1931); David F. Almendinger, Jr., Nat Turner and the Rising in Southampton County (Baltimore: Johns Hopkins Press, 2014); Patrick H. Breen, *The Land Shall Be Deluged in Blood: A New History of the Nat Turner Revolt* (New York: Oxford University Press, 2015); Scott Ellsworth, *Death in a Promised Land: The Tulsa Race Riot of 1921* (Baton Rouge: Louisiana State University Press, 1982); Francis S. Fox, *Sweet Land of Liberty: the Ordeal of the American Revolution in Northampton County, Pennsylvania* (University Park: Pennsylvania State University Press, 2000); John Hope Franklin, *The Militant South, 1800-1861* (Cambridge: Belknap Press of Harvard University Press, 1961); John B. Frantz and William Pencak, eds., *Beyond Philadelphia: The American Revolution in the Pennsylvania Hinterland* (University Park: Pennsylvania State University Press, 1998); Joanne B. Freeman, *Affairs of Honor: National Politics in the New Republic* (New Haven: Yale University Press, 2001); Beverly Gage, *The Day Wall Street Exploded: A Story of American in Its First Age of Terror* (New York: Oxford University Press, 2009); Paul A. Gilje, *Rioting in America* (Bloomington: Indiana University Press, 1996); and David Grimsted, *American Mobbing: Toward Civil War* (New York: Oxford University Press, 1996); David Grann, Killers of the Flower Moon: The Osage Murders and the Birth of the FBI (New York, Doubleday, 2017); Pamela Haag, *The Gunning of America: Business and the Making of American Gun Culture* (New York: Basic Books, 2016); Terri Diane Halperin, *The Alien and Sedition Acts: Testing the Constitution* (Baltimore: Johns Hopkins University Press, 2016); C. A. Harwell, "*The End of the Affair? Anti-Dueling Laws and Social Norms in Antebellum America*," Vanderbilt Law Review 54 (2001): 1805-1847; William Helmer and Arthur J. Bilek, *The St. Valentine's Day Massacre: The Untold Story of the Bloodbath That Brought Down Al Capone* (Nashville: Cumberland House, 2004); Graham R. Hodges, *Root and Branch: African Americans in New York and East Jersey, 1613-1863* (Chapel Hill: University of North Carolina Press, 1999); Holger Hoock, *Scars of Independence: America's Violent Birth* (New York: Broadway Books / Penguin Random House, 2017); LeeAnna Keith, The Colfax Massacre: The Untold Story of Black Power, White Terror, and the Death of Reconstruction (New York: Oxford University Press, 2008); Brandon G. Kinney, *The Mormon War: Zion and the Missouri Extermination Order of 1838* (Yardley, Pennsylvania: Westholme, 2011); Leonard Levy, *Jefferson and Civil Liberties: The Darker Side* (Cambridge: The Belknap Press of Harvard University Press, 1963); Leon F. Litwack, *North of Slavery: The Negro in the Free States, 1790-1860* (Chicago: University of Chicago Press, 1961); Tim Madigan, *The Burning: Massacre, Destruction, and the Tulsa Race Riot of 1921* (New York: Thomas Dunne Books / St. Martin's Press, 2001); Drew R.

McCoy, *The Last of the Fathers: James Madison and the Republican Legacy* (New York: Cambridge University Press, 1989); Clare V. McKanna, *Race and Homicide in Nineteenth-Century California* (Reno: University of Nevada Press, 2002); Clare V. McKanna, Jr., *Homicide, Race, and Justice in the American West, 1880-1920* (Tucson: University of Arizona Press, 1997); Joanne Pope Melish, *Disowning Slavery: Gradual Emancipation and "Race" in New England, 1780-1860* (Ithaca: Cornell University Press, 1998); Stephen B. Oates, *The Fires of Jubilee: Nat Turner's Fierce Rebellion* (New York: Harper and Row, 1975); Herta E. Pauli, Alfred Nobel: *Dynamite King, Architect of Peace* (New York: L. B. Fisher, 1942); Jack N. Rakove, *Original Meanings: Politics and Ideas in the Making of the Constitution* (New York: Alfred A. Knopf, 1996); Horace V. Redfield*, Homicide, North and South: Being a Comparative View of Crime against the Person in Several Parts of the United States* (Columbus: Ohio State University Press, 2000); *Andrew S. Trees, The Founding Fathers and the Politics of Character* (Princeton: Princeton University Press, 2003); Alan Trelease, *White Terror: The Ku Klux Klan Conspiracy and Southern Reconstruction* (New York: Harper and Row, 1975); Alan Taylor, *Divided Ground: Indians, Settlers, and the Northern Borderland of the American Revolution* (New York: Knopf, 2006); William M. Tuttle, Jr., *Race Riot: Chicago in the Red Summer of 1919* (New York: Atheneum, 1970); Sean White, *Somewhat More Independent: The End of Slavery in New York City, 1780-1810* (Athens: University of Georgia Press, 1991); Gordon S. Wood, *The Creation of the American Republic, 1776-1787* (Chapel Hill: University of North Carolina Press, 1969); Bertram Wyatt-Brown, *Southern Honor: Ethics and Behavior in the Old South* (New York: Oxford University Press, 1982).

Professor Roth was unable to provide narrowed references to these 36 books he cited in his declaration on account of his prior commitment to attend, and deliver the keynote address at, a conference of the Council on Criminal Justice, in Washington D.C., in advance of the October 21 deadline to file this compendium. Should the Court wish to receive excepted copies of these works, Professor Roth is willing to provide them, but additional time to comply will be required.

## THE PATERSON FACTORY

discarding of the shields over the front of the cylinder and the nipples.

Arms made at the Paterson factory included pistols, rifles, carbines, shotguns, and a few muskets, all having a "rotating chambered breech," or revolving cylinder as we call it today, with chambers for five or more charges of ammunition, each fired by a percussion cap on a nipple at the back of the chamber.

The bulk of the arms were five-shot repeating pistols, made in calibers from .28 to .40, with barrel lengths from three to ten inches.

The stock models of the pistols were revolving arms in calibers .28, .31, .34, and .40. Some larger caliber pistols were made in very small quantities, largely for experiment. The usual features were an octagonal barrel, no frame above the cylinder, a concealed trigger that sprung out when the hammer was pulled back, a round, five-chambered cylinder that unlocked, turned, and locked again by the act of cocking, and butts that were either rounded with a reverse curve at the bottom or had square corners.

Further improvements were made both in the mechanism and the outer form as time went on. One of the earliest was a chamfer at the muzzles of the chambers with the double purpose of deflecting the fire of the discharge from the other chambers and helping to start the bullet into the chamber for easier loading. No ramrod of any type was provided with the earliest issue, but the arbor on which the cylinder turned was cupped at its outer end so that when the arm was taken apart to load, it could be used to force the round bullets home.

Another change was the rounding off of the back end of the cylinder between the nipples, apparently to lessen the possibility of percussion caps jamming between the cylinder and the standing breech when the cylinder revolved.

In 1839 an improvement in the form of a jointed lever ramrod was designed, which was commonly used separately but sometimes attached to the Paterson pistols. Arms with the rammer attached are called by collectors Model of 1839 Pistols. On these arms the standing breech was cut away on the right side for capping, and a small recess was made at the bottom of the barrel lug to allow the round bullets to come under the rammer. The rammer had a short handle and was held up to the barrel by a spring cramp that fitted into the joint between its two parts to keep it in place. These arms could, of course, be loaded completely without being taken apart, but they form a relatively small percentage of the surviving Paterson Pistols, so it is probable that not many of them were made. The dealer's advertisement on page 268 shows this model and gives directions for its use.

The jointed lever ramrod, combination powder and bullet charger, and the cap magazine were patented in 1839.[3] At this time a complete cased outfit consisted of the following articles, put up in a cloth-lined wooden case and held in place with small wire loops instead of the wooden partitions of the usual pistol case of the period:

1) The revolver itself, marked on the barrel, in script, "*The Patent Arms M'g. Co. Paterson, N.J. Colt's Patent.*" and on the cylinder, "*Colt.*" The standard arms were plain blued finish with the only ornament a roller-die-engraved band around the cylinder, depicting either a centaur with two revolvers killing two horsemen, or a stagecoach-holdup scene, similar to the one on the cylinders of the later models of pocket pistols. A small front sight was let into

[3] See page 549.

— 23 —

## A HISTORY OF THE COLT REVOLVER

the barrel and a notch was cut in the tip of the hammer to form the rear sight when the pistol was cocked and ready to fire. As the Paterson arms were designed for round bullets, the rifling in the pistols has so slight a pitch that it looks nearly straight. The grooves are semicircular rather than straight-sided, and appear to be about half again as wide as the lands. As uniformity was not one of the virtues of the Paterson plant, the number of grooves probably differs in different arms, but some of them at least had eleven grooves.

2) A combined bullet and powder flask that loaded five measured charges of powder into the chambers at once from one end, and put five round bullets simultaneously in the chambers from the other end. This charger had a hole in the center to receive the center pin of the pistol, so that it could be used simply by removing the barrel without taking the cylinder from the frame.

3) A magazine-capping device that held forty or fifty percussion caps and fed them out one at a time in a way that made their application to the nipples much easier and quicker than the same operation done by hand.

4) A bullet mold with wooden handles and a neck cutter that cast one round bullet.

5) A brass cleaning rod with a wooden handle.

6) A very ingenious tool that combined several uses. One end was a screw driver, and pivoted near this end was a short rammer made so that it would drive the bullet home in the chamber when the screw driver was slipped into the slot in the center pin usually occupied by the barrel bolt, and the user pulled down on the other end. The back end was enlarged to form a light hammer for knocking out the barrel bolt, and hollowed so that it unscrewed to disclose a nipple picker and a nipple wrench. In the outfits in which the revolver itself was provided with a jointed lever rammer under the barrel, working through a hole in the fore part of the frame, the separate rammer was not necessary, and so was not included, but the majority of revolvers were put out without the rammer attached.

7) An extra cylinder to be carried ready loaded and put in place of the fired one, thus giving ten shots without reloading, an additional talking point in selling the arm.

Perhaps the greatest single market for Colt arms during the Paterson period was the South and the Southwest, and especially the struggling Republic of Texas, engaged in its war for freedom from Mexican rule. So many of the Paterson revolvers went to this destination that Colt in later years called the regular Paterson model "The Texas Arm," and these weapons, particularly in the larger size, did yeoman service in the hands of the hardy Texans.

The first strictly military model Colt revolver is supposed to have been the outgrowth of the Texan use of the earlier Colt arms. This is the famous and much-disputed "Paterson Walker Colt" supposed to have been made in 1839.

According to the story as it is usually told, Captain Samuel Walker came to New York in 1839 in search of arms for the Texas Rangers and met Samuel Colt in a gun store in the city. He complimented him on his revolver, but said that a heavier model should be made for cavalry use. With his suggestions and help, a new model revolver, with simplified mechanism, a regular trigger and triggerguard, an attached loading lever, and a caliber of .44, was designed. The new arm was called the Walker Colt, in honor of the co-designer, and a considerable number, from one to three hundred according to dif-

ferent accounts, were made and sold to Texas, and were carried by the Texas Rangers throughout the war and also in the later war between the United States and Mexico.

Then, when the war between the United States and Mexico broke out, the United States Government sent Captain Walker, as an officer of the U. S. Mounted Rifles, to find Colt and procure more of his repeating pistols. Colt advertised for a specimen of the Paterson Walker pistol but was unable to obtain one in the East in the time that he had to spare. He therefore redesigned from memory a close copy of the former model, and had one thousand arms of the type made at the armory of Eli Whitney at Whitneyville, Connecticut. He then started his own factory at Hartford on an order for another thousand, which were made with some variation from the first lot.

This is the usual story, and in our opinion, so far as it concerns Walker as the designer of any arm made at Paterson or there ever having been a regular issue to the Texas Rangers of Paterson-made revolvers with triggerguards and loading levers, designed to use conical bullets, it is legend pure and simple, and it is about time it was branded as such.

The earliest reference to the "Walker Pistol," as such, that we have been able to locate is in the book *Armsmear*, written in 1865 by Professor Henry Barnard, of St. John's College, Annapolis, Maryland, at the request of Mrs. Colt as a memorial volume to her husband. We consider this work as a valuable and interesting record of the doings of Colonel Colt and the details of his arms *after he came to Hartford* and established the organization that was still in operation at the time the book was written. But we feel that Professor Barnard made some mistakes concerning the Paterson factory, writing, as he did, twenty-three years after the factory had discontinued operation.

The illustration in *Armsmear* which we have reproduced on page 41 shows a six-shot weapon exactly like the Model of 1847 pistols, and in the text Professor Barnard writes concerning it as follows:

Another pistol similar to the Texas Arm was also made at Paterson. It was called the Walker Pistol by Colonel Colt, out of compliment to a distinguished Texas Ranger of that name, with whom the pistol was a great favorite. It was much larger and heavier than the Texas Arm, and although it differs in the proportion of the parts, was in form and arrangement very similar to the pistol known as "Colt's Old Model Army Pistol." The lever and rammer were attached to this pistol, though the idea of a lever rammer was suggested by sketches of a much earlier date. Its caliber was .44.

This is the earliest reference to the "Walker Pistol" by name, and even this account does not show that Captain Walker had anything to do with designing the pistol or adding the triggerguard to it. Accepted at its face value, it only indicates the manufacture of a number of large revolvers with simplified mechanism, triggerguards, and loading levers, some of which were carried by the Texas Rangers.

But its face value is considerably impaired by another statement in the book to the effect that Walker's own revolver was an item in Colt's cabinet of arms, having been acquired by Colt after Walker's death. The illustration of a "Walker Pistol" from *Armsmear*, which we have reproduced on page 41, is presumably from this pistol that was Walker's own. It happens, however, that Colt's cabinet of arms is preserved in the Wadsworth Athenaeum at Hartford. It was left to the museum by Mrs. Colt and we have the curator's authority for the statement that it is now exactly as it was during Colt's lifetime.

Compendium_Roth
Page 0256