1  ROB BONTA
Attorney General of California
2  P. PATTY LI
Supervising Deputy Attorney General
3  ANNA FERRARI
Deputy Attorney General
4  JOHN D. ECHEVERRIA
Deputy Attorney General
5  State Bar No. 268843
   455 Golden Gate Avenue, Suite 11000
6   San Francisco, CA  94102-7004
   Telephone:  (415) 510-3479
7   Fax:  (415) 703-1234
   E-mail:  John.Echeverria@doj.ca.gov
8  *Attorneys for Defendants Rob Bonta and
Blake Graham, in their official capacities*
9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12                      CIVIL DIVISION

13

14  **JAMES MILLER et al.,**                  Case No. 3:19-cv-01537-BEN-JLB

15                        Plaintiffs,   **COMPENDIUM OF WORKS CITED IN DECLARATION OF RANDOLPH ROTH**

16              **v.**

17                                       **VOLUME 20 OF 37**

18  **CALIFORNIA ATTORNEY                Courtroom:    5A
GENERAL ROB BONTA et al.,**          Judge:        Hon. Roger T. Benitez

19
                         Defendants.   Action Filed:  August 15, 2019
20

21

22

23

24

25

26

27

28                              1

# INDEX

| Works | Decl. Page | Compendium Page |
|---|---|---|
| **HISTORICAL STATUTES** | | |
| Joseph R. Swan, The Revised Statutes of the State of Ohio, of a General Nature, in Force August 1, 1860 (Cincinnati: Robert Clarke & Co., 1860), 452 | 24 n.86 | 0001 |
| An Act Regulating the Right to Keep and Bear Arms, 12th Leg., 1st Called Sess., ch. XLVI, § 1, 1870 Tex. Gen. Laws 63 | 20 n.77 | 0005-0007 |
| An Act to Regulate the Keeping and Bearing of Deadly Weapons, 12th Leg. Reg. Sess., ch. XXXIV, §§ 1, 3, 1871 Tex. Gen. Laws 25 | 21 n.78 | 0008-0011 |
| Federal Explosives Act of 1917, 40 Statute 385 | 30 n.101 | 0012-0020 |
| The National Firearms Act of 1934, 48 Statute 1236 | 30 n.100 | 0021-0026 |
| The National Firearms Act of 1938, 52 Statute 1250 | 30 n.100 | 0027-0029 |
| The Organized Crime Control Act of 1970, 84 Statute 922 | 30 n.101 | 0030-0071 |
| **BOOKS**[i] | | |
| Paul Avrich, *Sacco and Vanzetti: The Anarchist Background* 140-156, 181-195 (Princeton: Princeton University Press, 1991) | 29 n.97 | 0073-0079 |
| Fox Butterfield, *All God's Children: The Bosket Family and the American Tradition of Violence* 3-18 (New York: Vintage, 1996) | 8 n.29, 25 n.88 | 0080-0098 |
| Sucheng Chan, *This Bittersweet Soil: The Chinese in California Agriculture, 1860-1910*, at 372 (Berkeley: University of California Press, 1986) | 26 n.89 | 0099-0102 |
| J. A. Chapman, *History of Edgefield County* 39-41 (Newberry, South Carolina: Elbert H. Aull, 1897) | 25 n.88 | 0103-0109 |

2

| | | | |
|---|---|---|---|
| 1 | Patrick J. Charles, *Armed in America: A History of Gun Rights from Colonial Militias to Concealed Carry* 70-121 (New York: Prometheus Books, 2018) | 7 n.28 | 0110-0138 |
| 2 | | | |
| 3 | | | |
| 4 | Robert J. Cottrol & Raymond T. Diamond, "*Public Safety and the Right to Bear Arms*" in David J. Bodenhamer & James W. Ely, Jr., eds., The Bill of Rights in Modern America, revised and expanded, at 88-107 (Bloomington: Indiana University Press, 2008) | 14 n.51 | 0139-0162 |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | Clayton E. Cramer, *Concealed Weapons Laws of the Early Republic: Dueling, Southern Violence, and Moral Reform* 69-96, 143-152 (Westport, Connecticut: Praeger, 1999) | 11 n.37, 14 n.50, 14 n.51 | 0163-0185 |
| 9 | | | |
| 10 | | | |
| 11 | Clayton E. Cramer, *For the Defense of Themselves and the State: The Original Intent and Judicial Interpretation of the Right to Keep and Bear Arms* 74, 83-85, 97-140 (Westport, Connecticut: Praeger Publishers, 1994) | 14 n.51 | 0186-0215 |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | Edward C. Ezell, *Handguns of the World: Military Revolvers and Self-Loaders from 1870 to 1945*, at 24-28 (Harrisburg, Pennsylvania: Stackpole Books, 1981) | 17 n.64 | 0216-0222 |
| 16 | | | |
| 17 | John Mack Faragher, *Eternity Street: Violence and Justice in Frontier Los Angeles* 463-80 (New York: W. W. Norton, 2016) | n.80 | 0223-0234 |
| 18 | | | |
| 19 | | | |
| 20 | Julian S. Hatcher, *Pistols and Revolvers and Their Use* 8-11 (Marshallton, Delaware: Small-Arms Technical Publishing Company, 1927) | 17 n.64 | 0235-0242 |
| 21 | | | |
| 22 | Charles T. Haven and Frank A. Belden, *A History of the Colt Revolver and the Other Arms Made by Colt's Patent Fire Arms Manufacturing Company from 1836 to 1940*, at 17-43 (New York: Bonanza Books, 1940) | 17 n.64 | 0243-0274 |
| 23 | | | |
| 24 | | | |
| 25 | W. Eugene Hollon, *Frontier Violence: Another Look* 93-95 (New York: Oxford University Press, 1974) | 26 n.89 | 0275-0282 |
| 26 | | | |
| 27 | Roy G. Jinks, *History of Smith and Wesson* 38-57, 104-170 (North Hollywood: Beinfeld, 1977) | 18 n.65, 19 n.69 | 0283-0329 |
| 28 | | | |

| | | |
|---|---|---|
| Philip D. Jordan, Frontier Law and Order—10 Essays, at 1-22 (Lincoln: University of Nebraska Press, 1970) | 14 n.51, 15 n.52 | 0330-0343 |
| Don B. Kates, Jr., "Toward a History of Handgun Prohibition in the United States," in Cates, ed., Restricting Handguns: The Liberal Skeptics Speak Out 7-30 (Croton-on-Hudson, New York: North River Press, 1979) | 14 n.51, 15 n.52 | 0344-0358 |
| Jeff Kinard, *Pistols: An Illustrated History of Their Impact* 163 (Santa Barbara: ABC-CLIO, 2003) | 19 n.69 | 0359-0362 |
| Aubrey C. Land, *Colonial Maryland: A History* 49-54 (Millwood, New York: Kato Press, 1981) | 25 n.88 | 0363-0368 |
| Stephen C. LeSueur, *The 1838 Mormon War in Missouri* 162-68 (Columbia: University of Missouri Press, 1987) | 25 n.88 | 0369-0375 |
| Harold L. Peterson, *American Knives: The First History and Collector's Guide* 25-70 (New York: Scribner, 1958) | 13 n.49 | 0376-0401 |
| Harold L. Peterson, *Arms and Armor in Colonial America, 1526-1783*, at 155-225 (New York: Bramhall House, 1956) | 5 n.11 | 0402-0476 |
| Harold L. Peterson, *Daggers and Fighting Knives in the Western World, from the Stone Age till 1900*, 67-80 (New York: Walker, 1968) | 13 n.49 | 0477-0504 |
| David Rapoport, *Waves of Global Terrorism: From 1879 to the Present* 65-110 (New York: Columbia University Press, 2022) | 29 n.97 | 0505-0553 |
| Randolph Roth, *American Homicide* 42, 45 61-144 (especially the graphs on 38, 39, and 91), 145-79, 158, 163, 180-198, 199-203, 204-224, 297-299, 299-302, 354-384, 384-385 (Cambridge: The Belknap Press of Harvard University Press, 2009) | passim | 0554-0663 |

4

| | | |
|---|---|---|
| Randolph Roth, "*Why Guns Are and Aren't the Problem: The Relationship between Guns and Homicide in American History*," in Jennifer Tucker, Barton C. Hacker, and Margaret Vining, eds., A Right to Bear Arms? 116-20, 124-27 (Washington, D.C.: Smithsonian Institution Scholarly Press, 2019) | passim | 0664-0679 |
| Dennis C. Rousey, *Policing the Southern City: New Orleans, 1805-1889*, at 151-58 (Baton Rouge: Louisiana State University Press, 1996) | 27 n.91 | 0680-0682 |
| Priya Satia, *Empire of Guns: The Violent Making of the Industrial Revolution* 9-10 (New York: Penguin Press, 2018) | n.11 | 0683 |
| Priya Satia, "*Who Had Guns in Eighteenth Century Britain?*" in Tucker, Hacker, and Vining, A Right to Bear Arms 41-44 (2019) | n.11 | 0684-0689 |
| Gilles Vandal, *Rethinking Southern Violence: Homicides in Post-Civil War Louisiana, 1866-1884*, at 67-109 (Columbus: Ohio State University Press, 2000) | 27 n.92 | 0690-0713 |
| Bill Yenne, *Tommy Gun: How General Thompson's Submachine Gun Wrote History* 74-78, 86, 91-93 (New York: Thomas Dunne Books, 2009) | 28 n.93, 29 n.96 | 0714-0728 |
| **LAW REVIEWS AND JOURNALS** | | |
| Robert J. Cottrol & Raymond T. Diamond, "The Second Amendment: Toward an Afro-Americanist Reconsideration," 80 Geo. L.J. 309, 309-61 (1991) | 14 n.51 | 0730-0771 |
| Clayton E. Cramer, "*Colonial Firearms Regulation*" (April 6, 2016) (available at SSRN: https://bit.ly/3THcMTu) | 4 n.3 | 0772-0794 |
| Rob Harper, "Looking the Other Way: The Gnadenhutten Massacre and the Contextual Interpretation of Violence," 64 Wm. & Mary Q. 621, 621-44 (2007) | 25 n.88 | 0795-0819 |

| | | |
|---|---|---|
| Herschel C. Logan, *Cartridges: A Pictorial Digest of Small Arms Ammunition* 11-40, 180-183 (New York: Bonanza Books, 1959) | 6 n.18 | 0820-0839 |
| Mary Alice Mairose, "*Nativism on the Ohio: the Know Nothings in Cincinnati and Louisville, 1853-1855*" (M.A. thesis, Ohio State University, 1993) | 26 n.89 | 0840-1021 |
| Brennan Gardner Rivas, *Enforcement of Public Carry Restrictions: Texas as a Case Study*, 55 UC Davis Law Review 2603, 2609-10 (2021) | 20 n.77, 21 n.78, 22 n.79 | 1022-1036 |
| Randolph Roth and James M. Denham, *Homicide in Florida, 1821-1861*, 86 Fla. Historical Q. 216 (2007) | 12 n.43 | 1037-1061 |
| Randolph Roth, Michael D. Maltz, and Douglas L. Eckberg, *Homicide Rates in the Old West*, 42 W. Historical Q. 173 (2011) | 20 n.76 | 1062-1105 |
| Randolph Roth, *Measuring Feelings and Beliefs that May Facilitate (or Deter) Homicide*, 16 Homicide Studies 197 (2012) | 16 n.56 | 1106-1125 |
| Robert J. Spitzer, *Gun Accessories and the Second Amendment: Assault Weapons, Magazines, and Silencers*, 83 Law & Contemporary Problems 238 (2020) | 30 n.99 | 1126-1149 |
| **LEGISLATIVE MATERIALS AND GOVERNMENT RECORDS** | | |
| Department of Commerce, Bureau of the Census, Fourteenth Census of the United States Manufactures: Explosives 1126 (Washington, D.C.: Government Printing Office, 1922) | 28 n.95 | 1151-1154 |
| Grand Jurors of Wilkes County, Georgia, Superior Court Minutes, July 1839 term, as quoted and discussed in Roth, American Homicide at 218-219 and n. 76. | 12 n.46 | 1155-1156 |
| U.S Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives, Enforcement Programs and Services, ATF Federal Explosives Law and | 28 n.95 | 1157-1264 |

| | | |
|---|---|---|
| Regulations (2012) | | |
| **NEWS ARTICLES** | | |
| Charlie Savage, *Trump Administration Imposes Ban on Bump Stocks*, N.Y. Times, Dec. 18, 2018 | 31 n.103 | 1266 |
| **OTHER SOURCES** | | |
| Bureau of Alcohol, Tobacco, Firearms, and Explosives, Office of Enforcement Programs and Services, Office of Field Operations, Open Letter to All Federal Firearms Licensees, Mar. 22, 2022 | 33 n.109 | 1268-1269 |
| CDC Wonder Compressed Mortality Files, ICD-10 | 4 n.5 | 1270-1310 |
| CPI Inflation Calculator (https://bit.ly/3CS5UNl) | 28 n.94 | 1311-1321 |
| Guns.com – Price of Semiautomatic Handguns (https://bit.ly/3CVb1uW) | 32 n.108 | 1322-1325- |
| Jerry Miculek, "Dual Glock 17 Rapid Fire 60 Rounds in 5 Seconds! 660 RPM," YouTube | 32 n.107 | 1326 |
| Lunde Studio, Are Binary Triggers Legal (2022) All You Need to Know | 33 n.109 | 1327-1332 |
| Military-today.com, M16 Assault Rifle | 31 n.104 | 1333-1334 |
| "Rapid Manual Trigger Manipulation (Rubber Band Assisted)," YouTube | 33 n.110 | 1335 |
| Roth, "American Homicide Supplemental Volume: Weapons," available through the Historical Violence Database, sponsored by the Criminal Justice Research Center at the Ohio State University (https://bit.ly/3TpI4yu) | 9 n.32, 12 n.44, 17 n.62, 20 n.74 | 1336-1437 |
| Department of the Army, TC 3-22.9 Rifle and Carbine Manual (May 2016) | 31 n.105 | 1438-1689 |
| The Violence Project's Mass Shooter Database | 34 n.111 | 1690 |

Compendium of Works Cited in Declaration of Randolph Roth
(3:19-cv-01537-BEN-JLB)

| | | |
|---|---|---|
| Guns.com, AR-15s | 28 n.94 | 1691-1696 |
| Gunmagwarehouse.com, AR-15s | 28 n.94 | 1697-1722 |
| 2011 Tucson Shooting," Wikipedia. | 36 n.113 | 1723-1747 |
| Rick Sapp, Standard Catalog of Colt Firearms, at 96 (Cincinnati: F+W Media, 2011) | 19 n.69 | 1748 |

---

[i] The Declaration of Randolph Roth cites 36 books in their entirety, consistent with the practice of professional historians. *See* Roth Decl. ¶¶ 14 n.27-28, 15 n.29, 16 n.35-36, 18 n.43, 26 n.63, 29 n.75, 31 n.80, 35 n.87, 36 n.89, 37 n.90, 37 n.91-92, 39 n.93, 40 n.96-98 (citing Louis Adamic, *Dynamite: The Story of Class Violence in America* (New York: Viking, 1931); David F. Almendinger, Jr., Nat Turner and the Rising in Southampton County (Baltimore: Johns Hopkins Press, 2014); Patrick H. Breen, *The Land Shall Be Deluged in Blood: A New History of the Nat Turner Revolt* (New York: Oxford University Press, 2015); Scott Ellsworth, *Death in a Promised Land: The Tulsa Race Riot of 1921* (Baton Rouge: Louisiana State University Press, 1982); Francis S. Fox, *Sweet Land of Liberty: the Ordeal of the American Revolution in Northampton County, Pennsylvania* (University Park: Pennsylvania State University Press, 2000); John Hope Franklin, *The Militant South, 1800-1861* (Cambridge: Belknap Press of Harvard University Press, 1961); John B. Frantz and William Pencak, eds., *Beyond Philadelphia: The American Revolution in the Pennsylvania Hinterland* (University Park: Pennsylvania State University Press, 1998); Joanne B. Freeman, *Affairs of Honor: National Politics in the New Republic* (New Haven: Yale University Press, 2001); Beverly Gage, *The Day Wall Street Exploded: A Story of American in Its First Age of Terror* (New York: Oxford University Press, 2009); Paul A. Gilje, *Rioting in America* (Bloomington: Indiana University Press, 1996); and David Grimsted, *American Mobbing: Toward Civil War* (New York: Oxford University Press, 1996); David Grann, Killers of the Flower Moon: The Osage Murders and the Birth of the FBI (New York, Doubleday, 2017); Pamela Haag, *The Gunning of America: Business and the Making of American Gun Culture* (New York: Basic Books, 2016); Terri Diane Halperin, *The Alien and Sedition Acts: Testing the Constitution* (Baltimore: Johns Hopkins University Press, 2016); C. A. Harwell, "*The End of the Affair? Anti-Dueling Laws and Social Norms in Antebellum America*," Vanderbilt Law Review 54 (2001): 1805-1847; William Helmer and Arthur J. Bilek, *The St. Valentine's Day Massacre: The Untold Story of the Bloodbath That Brought Down Al Capone* (Nashville: Cumberland House, 2004); Graham R. Hodges, *Root and Branch: African Americans in New York and East Jersey, 1613-1863* (Chapel Hill: University of North Carolina Press, 1999); Holger Hoock, *Scars of Independence: America's Violent Birth* (New York: Broadway Books / Penguin Random House, 2017); LeeAnna Keith, The Colfax Massacre: The Untold Story of Black Power, White Terror, and the Death of Reconstruction (New York: Oxford University Press, 2008); Brandon G. Kinney, *The Mormon War: Zion and the Missouri Extermination Order of 1838* (Yardley, Pennsylvania: Westholme, 2011); Leonard Levy, *Jefferson and Civil Liberties: The Darker Side* (Cambridge: The Belknap Press of Harvard University Press, 1963); Leon F. Litwack, *North of Slavery: The Negro in the Free States, 1790-1860* (Chicago: University of Chicago Press, 1961); Tim Madigan, *The Burning: Massacre, Destruction, and the Tulsa Race Riot of 1921* (New York: Thomas Dunne Books / St. Martin's Press, 2001); Drew R.

McCoy, *The Last of the Fathers: James Madison and the Republican Legacy* (New York: Cambridge University Press, 1989); Clare V. McKanna, *Race and Homicide in Nineteenth-Century California* (Reno: University of Nevada Press, 2002); Clare V. McKanna, Jr., *Homicide, Race, and Justice in the American West, 1880-1920* (Tucson: University of Arizona Press, 1997); Joanne Pope Melish, *Disowning Slavery: Gradual Emancipation and "Race" in New England, 1780-1860* (Ithaca: Cornell University Press, 1998); Stephen B. Oates, *The Fires of Jubilee: Nat Turner's Fierce Rebellion* (New York: Harper and Row, 1975); Herta E. Pauli, Alfred Nobel: *Dynamite King, Architect of Peace* (New York: L. B. Fisher, 1942); Jack N. Rakove, *Original Meanings: Politics and Ideas in the Making of the Constitution* (New York: Alfred A. Knopf, 1996); Horace V. Redfield*, Homicide, North and South: Being a Comparative View of Crime against the Person in Several Parts of the United States* (Columbus: Ohio State University Press, 2000); *Andrew S. Trees, The Founding Fathers and the Politics of Character* (Princeton: Princeton University Press, 2003); Alan Trelease, *White Terror: The Ku Klux Klan Conspiracy and Southern Reconstruction* (New York: Harper and Row, 1975); Alan Taylor, *Divided Ground: Indians, Settlers, and the Northern Borderland of the American Revolution* (New York: Knopf, 2006); William M. Tuttle, Jr., *Race Riot: Chicago in the Red Summer of 1919* (New York: Atheneum, 1970); Sean White, *Somewhat More Independent: The End of Slavery in New York City, 1780-1810* (Athens: University of Georgia Press, 1991); Gordon S. Wood, *The Creation of the American Republic, 1776-1787* (Chapel Hill: University of North Carolina Press, 1969); Bertram Wyatt-Brown, *Southern Honor: Ethics and Behavior in the Old South* (New York: Oxford University Press, 1982).

Professor Roth was unable to provide narrowed references to these 36 books he cited in his declaration on account of his prior commitment to attend, and deliver the keynote address at, a conference of the Council on Criminal Justice, in Washington D.C., in advance of the October 21 deadline to file this compendium. Should the Court wish to receive excepted copies of these works, Professor Roth is willing to provide them, but additional time to comply will be required.

Compendium of Works Cited in Declaration of Randolph Roth
(3:19-cv-01537-BEN-JLB)

THE PATERSON FACTORY



Photo furnished by McMurdo Silver.

Compendium_Roth
Page 0260

## A HISTORY OF THE COLT REVOLVER

any previous connection between Colt and Walker. They do speak of the problem of seating a conical bullet with a lever ramrod as a new one, and the six-chambered cylinder and brass triggerguard are also mentioned as innovations.

Changes even in the first design agreed upon in the contract were apparently being made continuously as the '47 pistols approached completion. Under date of July 6, 1847, Colt wrote to the Ordnance Department:[6]

I have completed the thousand patent repeating pistols ordered by you, *with all the alterations and improvements requested by Captain Walker; making them in every respect superior to the model, or any other arm ever built of my construction.*

Colt's letter to the Senate, December 12, 1848,[7] speaks of the '47 pistols as of increased caliber over his earlier arms. The Anson Chase model, illustrated on page 15, shows that the triggerguard was considered by Colt before the Paterson arms were in production, and discarded for what seemed good reason at the time.

Loading levers of several types were applied to both pistols and rifles at the Paterson factory, including one on a very early experimental model, but apparently not for conical bullets. Colt wrote to Walker concerning the Model of 1847 pistols on January 23, 1847, as follows:

I have been bothered to deth in endevering to lode the cillinders with the conical ball by means of the old fashioned leaver and have abandoned it as a bad job. There must be a leaver attached to the barrel on a new plan which will work purpindicular otherwise you never can get your balls strate in the cillinder.

Examination of the illustrations on pages 39 and 62 will show what Colt's "new plan" turned out to be. The lever and rammer attached under the barrel of the Paterson arms were held together by a screw passing through a round hole in each part. The lever was held to the barrel by another screw passing through round holes in the lever and the barrel-lug. On account of the relative position of these screws, as the lever was pulled down, the rammer was forced away from the barrel at its joint with the lever as well as down into the chamber, which it entered at a slight but increasing angle as the lever came all the way down. A conical bullet seated by this arrangement would inevitably be tipped outward toward the circumference of the cylinder.

As can be seen from the illustration on page 62, the later arms, including all the hinged-lever models from the Model of 1847 on, did away with the outward movement of the rammer by providing an oval slot for the lever screw to slide in instead of a round hole, and making the guide hole in the barrel-lug long enough to keep the rammer running straight, thus seating the conical bullets true with the bore. This was Colt's new plan mentioned in two letters and developed during January and February, 1847.

Another Paterson experimental model (page 40) shows a number of the simplified mechanical features of the later arms, as well as the later type of trigger and triggerguard.

And to climax the whole story, Samuel Walker, the man who was supposed to have come back from Texas in 1839 to get arms for the company of Rangers that he captained, did not go to Texas for the first time until 1842, was not captain of a Ranger company until several years after that, and did not return to the East again until the fall of 1846.

A few pages and illustrations of a history of the Ranger companies during and pre-

[6] See page 288.
[7] See page 297.

— 30 —

Compendium_Roth
Page 0261

THE PATERSON FACTORY



## TEXAS ARM
Paterson Colt Revolver
Model of 1836 Paterson

| | | | |
|---|---|---|---|
| LENGTH | 14 Inches | SHAPE OF SLOTS | Round |
| BARREL LENGTH | 9 Inches | SHAPE OF BARREL | Octagonal |
| CALIBER | .40 | RAMROD | None |
| NUMBER OF SHOTS | 5 | TRIGGERGUARD | None; Folding Trigger |
| SHAPE OF CYLINDER | Round Straight Rounded Back | FRAME | Regular Paterson |
| | | SIGHTS | Pin and Hammer Notch |
| ENGRAVING OF CYLINDER | Centaur Killing Horsemen | BUTT | Flaring Round-Cornered |

### MARKS

BARREL.  Patent Arms M'g. Co., Paterson, N. J. Colt's Pt.
CYLINDER.  Colt.

REMARKS.  This is a beautifully gotten up presentation piece. It is elaborately en-
graved, inlaid with silver, and fitted with an ivory stock. The arm is in almost
perfect condition and shows the original finish of the best Paterson workmanship.

Made from 1836 to 1841.

*From the Colt Memorial Collection in the Wadsworth Athenaeum at Hartford,*
*Connecticut.*

— 31 —

## A HISTORY OF THE COLT REVOLVER

vious to the Mexican War, written by a member of one of them, will be found on page 269, and also two newspaper accounts of Walker's death, which occurred on October 9, 1847. Walker's activities in Texas and the dates of them are clearly set forth in these accounts, which are taken from one of a number of similar histories, all written by eyewitnesses and published within a few years of the actual events, which we have checked over, and from which we have selected the most comprehensive passage for reproduction. There were many references to the exploits of the Rangers between 1840 and 1847, and all these early accounts refer to the arms of the Rangers as *five-shooters*, which is the number of shots of the regular folding-trigger Paterson models, and not as *six-shooters*, which the Paterson Walkers were supposed to have been.

These facts, and a number of other references to the Paterson and Whitneyville arms, have convinced us that the arms made at Whitneyville were not close copies of any previous Paterson model, and that no regular model closely resembling them was made at Paterson, either with Walker's collaboration or without it. It is our opinion that the Whitneyville Walker Colt was a combination of what Colt remembered of the best features of the arms made at Paterson, modified in several respects to fulfill the requirements of the government contract, and designed to enable the utmost possible speed of manufacture, and that the Paterson Walker is as much a myth as the cockatrice or the salamander.

Long guns were made at the Paterson factory in two different main types, known usually among collectors as the Model of 1837 and the Model of 1839. The first model was a hammerless arm, having in the earlier examples made during 1836 a shield over the

nipples and another over the front of the cylinder. The shields over the nipples and cylinder were soon discarded, as they were found to cause the fire from one shot to run around the front of the cylinder and fire the charges in the other chambers. Cocking of this model was effected by a lever in front of the trigger. Sometimes this lever was another trigger, but usually it was a ringed lever lying outside and in front of the triggerguard. The arm was taken apart to load; a small ramrod was furnished with it as well as an extra cylinder, as in the case of the pistols. Later on some of this model had jointed ramrods put on the side of the barrel at the factory.

Some of the Model of 1839 long arms were equipped with jointed lever rammers under the barrels like the later arms, but most of them had the rammer on the side. They had much simpler lock mechanisms with regular center hammers.[8] The Model '37 and Model '39 long arms were both made in rifles, carbines, and shotguns, with from five to eight chambers in the cylinders, and one or two muskets were made for government tests.

The regular finish of all arms made at the Paterson factory was plain blued steel with polished wood stocks. Special arms, with shape and number of shots differing from the regular issue, were made to order, and any kind of ornamentation, such as browned twist steel, engraving, inlay, or ivory or pearl stocks could be had by anyone who wished to pay for them. There is no knowing what form some of these special arms may have taken, except that, so far as can be told from specimens preserved or from records or statements by anyone connected with the company, no arms were made at the Paterson factory which did not use the revolving

[8] See page 550.

— 32 —

## THE PATERSON FACTORY

breech mechanism that was the basis of the company's patents.

Colt tried in 1837 to get his arms adopted by the government, but after tests by the ordnance board of 1837 they were reported on unfavorably, and the government declined to go any further with the matter of their adoption. The reasons given for the board's unfavorable report were the complicated mechanism, which they feared would get out of order, and the expense, also the fact that the regular army was armed with flint-lock single-shot muskets and pistols which seemed to be good enough, and a change was unwarranted at that time.

Colt, however, had faith in his arms and was sure that if he could get them into the hands of men who were using arms, their many virtues would be apparent to hard-pressed soldiers, who would be more interested in the practical advantages of an arm that could deliver several shots without reloading when faced by a savage foe than by its theoretical drawbacks in the testing rooms.

Taking a number of his arms with him, he journeyed, in the face of hardships and privations that included shipwreck on the way back, to the seat of the Seminole War in Florida, which was the only active warfare going on at the time. Here he sold what arms he had to officers of the troops engaged with the Indians. Although these arms must all have been of the earlier type made at the Paterson factory, they were found by their users to be a tremendous improvement over any weapons then in use. The following are extracts from letters of two officers who served in the Florida campaign and used Colt's arms. One was written to the War Department in an attempt to get more of Colt's revolvers, and the other was written in answer to an inquiry from Colt some years after the Seminole campaign.

Long since, when at Fort King, East Florida, I applied to the ordnance depot at Garey's Ferry, Black Creek, for these arms [Colt's] for my company and was informed that there were none on hand; for, having satisfied myself that the simplicity of construction, which is but little more than a system of levers, surpassed that of an ordinary gun lock, and could be easier repaired, while its efficiency as a small weapon was unequalled by any in service, I was anxious for its use in my company, and considered thereby that my command would be equivalent to a much superior force. . . .

This weapon, eight times as efficient as a musket, would inspire confidence in our ranks, however great the disparity otherwise. . . .

I must recommend this strongly as that to which in the hour of danger I would be most willing to trust my reputation and my life. . . .

Your Most Obedient Servant
G. T. RAINS
Captain Seventh Infantry
Commanding Company A.

Washington, January 14, 1848.

Dear Sir,

In answer to your inquiries as to my present opinion of your patent revolving firearms, I am free to say that, after an experience of more than ten years in their use, commencing with the Florida war, and continuing through our contest with Mexico up to this time, no arm, in my judgment, ever yet constructed, can equal them. They are, with fair usage, as little liable to get out of order as any other, and they are at least three time as effective. I consider them invaluable in the present state of affairs in Mexico, where our cavalry are always compelled to face an overwhelming force of the enemy, and they will be equally valuable on our frontiers; when it is known that we possess such arms, they will be less apt to commence hostilities with us. I also consider them for these services the most economical arms that can be used. It is my intention to apply to the Honourable Secretary of War, to have all the regular cavalry equipped with your improved holster pistol; for I am confident that, if they were armed in this way, incalculable advantages would be gained.

In haste, your obedient servant,
W. S. HARNEY
Colonel Second United States Dragoons.

— 33 —

Compendium_Roth
Page 0264