ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ANNA FERRARI
Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendants Rob Bonta and
Blake Graham, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER et al.,** | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **COMPENDIUM OF WORKS CITED IN DECLARATION OF RANDOLPH ROTH** |
| **v.** | |
| | **VOLUME 23 OF 37** |
| **CALIFORNIA ATTORNEY GENERAL ROB BONTA et al.,** | Courtroom:  5A |
| | Judge:  Hon. Roger T. Benitez |
| Defendants. | Action Filed:  August 15, 2019 |

1

# INDEX

| Works | Decl. Page | Compendium Page |
|---|---|---|
| **HISTORICAL STATUTES** | | |
| Joseph R. Swan, The Revised Statutes of the State of Ohio, of a General Nature, in Force August 1, 1860 (Cincinnati: Robert Clarke & Co., 1860), 452 | 24 n.86 | 0001 |
| An Act Regulating the Right to Keep and Bear Arms, 12th Leg., 1st Called Sess., ch. XLVI, § 1, 1870 Tex. Gen. Laws 63 | 20 n.77 | 0005-0007 |
| An Act to Regulate the Keeping and Bearing of Deadly Weapons, 12th Leg. Reg. Sess., ch. XXXIV, §§ 1, 3, 1871 Tex. Gen. Laws 25 | 21 n.78 | 0008-0011 |
| Federal Explosives Act of 1917, 40 Statute 385 | 30 n.101 | 0012-0020 |
| The National Firearms Act of 1934, 48 Statute 1236 | 30 n.100 | 0021-0026 |
| The National Firearms Act of 1938, 52 Statute 1250 | 30 n.100 | 0027-0029 |
| The Organized Crime Control Act of 1970, 84 Statute 922 | 30 n.101 | 0030-0071 |
| **BOOKS**[i] | | |
| Paul Avrich, *Sacco and Vanzetti: The Anarchist Background* 140-156, 181-195 (Princeton: Princeton University Press, 1991) | 29 n.97 | 0073-0079 |
| Fox Butterfield, *All God's Children: The Bosket Family and the American Tradition of Violence* 3-18 (New York: Vintage, 1996) | 8 n.29, 25 n.88 | 0080-0098 |
| Sucheng Chan, *This Bittersweet Soil: The Chinese in California Agriculture, 1860-1910*, at 372 (Berkeley: University of California Press, 1986) | 26 n.89 | 0099-0102 |
| J. A. Chapman, *History of Edgefield County* 39-41 (Newberry, South Carolina: Elbert H. Aull, 1897) | 25 n.88 | 0103-0109 |

| | | |
|---|---|---|
| Patrick J. Charles, *Armed in America: A History of Gun Rights from Colonial Militias to Concealed Carry* 70-121 (New York: Prometheus Books, 2018) | 7 n.28 | 0110-0138 |
| Robert J. Cottrol & Raymond T. Diamond, "*Public Safety and the Right to Bear Arms*" in David J. Bodenhamer & James W. Ely, Jr., eds., The Bill of Rights in Modern America, revised and expanded, at 88-107 (Bloomington: Indiana University Press, 2008) | 14 n.51 | 0139-0162 |
| Clayton E. Cramer, *Concealed Weapons Laws of the Early Republic: Dueling, Southern Violence, and Moral Reform* 69-96, 143-152 (Westport, Connecticut: Praeger, 1999) | 11 n.37, 14 n.50, 14 n.51 | 0163-0185 |
| Clayton E. Cramer, *For the Defense of Themselves and the State: The Original Intent and Judicial Interpretation of the Right to Keep and Bear Arms* 74, 83-85, 97-140 (Westport, Connecticut: Praeger Publishers, 1994) | 14 n.51 | 0186-0215 |
| Edward C. Ezell, *Handguns of the World: Military Revolvers and Self-Loaders from 1870 to 1945*, at 24-28 (Harrisburg, Pennsylvania: Stackpole Books, 1981) | 17 n.64 | 0216-0222 |
| John Mack Faragher, *Eternity Street: Violence and Justice in Frontier Los Angeles* 463-80 (New York: W. W. Norton, 2016) | n.80 | 0223-0234 |
| Julian S. Hatcher, *Pistols and Revolvers and Their Use* 8-11 (Marshallton, Delaware: Small-Arms Technical Publishing Company, 1927) | 17 n.64 | 0235-0242 |
| Charles T. Haven and Frank A. Belden, *A History of the Colt Revolver and the Other Arms Made by Colt's Patent Fire Arms Manufacturing Company from 1836 to 1940*, at 17-43 (New York: Bonanza Books, 1940) | 17 n.64 | 0243-0274 |
| W. Eugene Hollon, *Frontier Violence: Another Look* 93-95 (New York: Oxford University Press, 1974) | 26 n.89 | 0275-0282 |
| Roy G. Jinks, *History of Smith and Wesson* 38-57, 104-170 (North Hollywood: Beinfeld, 1977) | 18 n.65, 19 n.69 | 0283-0329 |

| | | |
|---|---|---|
| Philip D. Jordan, Frontier Law and Order—10 Essays, at 1-22 (Lincoln: University of Nebraska Press, 1970) | 14 n.51, 15 n.52 | 0330-0343 |
| Don B. Kates, Jr., "Toward a History of Handgun Prohibition in the United States," in Cates, ed., Restricting Handguns: The Liberal Skeptics Speak Out 7-30 (Croton-on-Hudson, New York: North River Press, 1979) | 14 n.51, 15 n.52 | 0344-0358 |
| Jeff Kinard, *Pistols: An Illustrated History of Their Impact* 163 (Santa Barbara: ABC-CLIO, 2003) | 19 n.69 | 0359-0362 |
| Aubrey C. Land, *Colonial Maryland: A History* 49-54 (Millwood, New York: Kato Press, 1981) | 25 n.88 | 0363-0368 |
| Stephen C. LeSueur, *The 1838 Mormon War in Missouri* 162-68 (Columbia: University of Missouri Press, 1987) | 25 n.88 | 0369-0375 |
| Harold L. Peterson, *American Knives: The First History and Collector's Guide* 25-70 (New York: Scribner, 1958) | 13 n.49 | 0376-0401 |
| Harold L. Peterson, *Arms and Armor in Colonial America, 1526-1783*, at 155-225 (New York: Bramhall House, 1956) | 5 n.11 | 0402-0476 |
| Harold L. Peterson, *Daggers and Fighting Knives in the Western World, from the Stone Age till 1900*, 67-80 (New York: Walker, 1968) | 13 n.49 | 0477-0504 |
| David Rapoport, *Waves of Global Terrorism: From 1879 to the Present* 65-110 (New York: Columbia University Press, 2022) | 29 n.97 | 0505-0553 |
| Randolph Roth, *American Homicide* 42, 45 61-144 (especially the graphs on 38, 39, and 91), 145-79, 158, 163, 180-198, 199-203, 204-224, 297-299, 299-302, 354-384, 384-385 (Cambridge: The Belknap Press of Harvard University Press, 2009) | passim | 0554-0663 |

4

| | | |
|---|---|---|
| Randolph Roth, "*Why Guns Are and Aren't the Problem: The Relationship between Guns and Homicide in American History*," in Jennifer Tucker, Barton C. Hacker, and Margaret Vining, eds., A Right to Bear Arms? 116-20, 124-27 (Washington, D.C.: Smithsonian Institution Scholarly Press, 2019) | passim | 0664-0679 |
| Dennis C. Rousey, *Policing the Southern City: New Orleans, 1805-1889*, at 151-58 (Baton Rouge: Louisiana State University Press, 1996) | 27 n.91 | 0680-0682 |
| Priya Satia, *Empire of Guns: The Violent Making of the Industrial Revolution* 9-10 (New York: Penguin Press, 2018) | n.11 | 0683 |
| Priya Satia, "*Who Had Guns in Eighteenth Century Britain?*" in Tucker, Hacker, and Vining, A Right to Bear Arms 41-44 (2019) | n.11 | 0684-0689 |
| Gilles Vandal, *Rethinking Southern Violence: Homicides in Post-Civil War Louisiana, 1866-1884*, at 67-109 (Columbus: Ohio State University Press, 2000) | 27 n.92 | 0690-0713 |
| Bill Yenne, *Tommy Gun: How General Thompson's Submachine Gun Wrote History* 74-78, 86, 91-93 (New York: Thomas Dunne Books, 2009) | 28 n.93, 29 n.96 | 0714-0728 |
| **LAW REVIEWS AND JOURNALS** | | |
| Robert J. Cottrol & Raymond T. Diamond, "The Second Amendment: Toward an Afro-Americanist Reconsideration," 80 Geo. L.J. 309, 309-61 (1991) | 14 n.51 | 0730-0771 |
| Clayton E. Cramer, "*Colonial Firearms Regulation*" (April 6, 2016) (available at SSRN: https://bit.ly/3THcMTu) | 4 n.3 | 0772-0794 |
| Rob Harper, "Looking the Other Way: The Gnadenhutten Massacre and the Contextual Interpretation of Violence," 64 Wm. & Mary Q. 621, 621-44 (2007) | 25 n.88 | 0795-0819 |

5

| | | |
|---|---|---|
| Herschel C. Logan, *Cartridges: A Pictorial Digest of Small Arms Ammunition* 11-40, 180-183 (New York: Bonanza Books, 1959) | 6 n.18 | 0820-0839 |
| Mary Alice Mairose, "*Nativism on the Ohio: the Know Nothings in Cincinnati and Louisville, 1853-1855*" (M.A. thesis, Ohio State University, 1993) | 26 n.89 | 0840-1021 |
| Brennan Gardner Rivas, *Enforcement of Public Carry Restrictions: Texas as a Case Study*, 55 UC Davis Law Review 2603, 2609-10 (2021) | 20 n.77, 21 n.78, 22 n.79 | 1022-1036 |
| Randolph Roth and James M. Denham, *Homicide in Florida, 1821-1861*, 86 Fla. Historical Q. 216 (2007) | 12 n.43 | 1037-1061 |
| Randolph Roth, Michael D. Maltz, and Douglas L. Eckberg, *Homicide Rates in the Old West*, 42 W. Historical Q. 173 (2011) | 20 n.76 | 1062-1105 |
| Randolph Roth, *Measuring Feelings and Beliefs that May Facilitate (or Deter) Homicide*, 16 Homicide Studies 197 (2012) | 16 n.56 | 1106-1125 |
| Robert J. Spitzer, *Gun Accessories and the Second Amendment: Assault Weapons, Magazines, and Silencers*, 83 Law & Contemporary Problems 238 (2020) | 30 n.99 | 1126-1149 |
| **LEGISLATIVE MATERIALS AND GOVERNMENT RECORDS** | | |
| Department of Commerce, Bureau of the Census, Fourteenth Census of the United States Manufactures: Explosives 1126 (Washington, D.C.: Government Printing Office, 1922) | 28 n.95 | 1151-1154 |
| Grand Jurors of Wilkes County, Georgia, Superior Court Minutes, July 1839 term, as quoted and discussed in Roth, American Homicide at 218-219 and n. 76. | 12 n.46 | 1155-1156 |
| U.S Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives, Enforcement Programs and Services, ATF Federal Explosives Law and | 28 n.95 | 1157-1264 |

| | | |
|---|---|---|
| Regulations (2012) | | |
| **NEWS ARTICLES** | | |
| Charlie Savage, *Trump Administration Imposes Ban on Bump Stocks*, N.Y. Times, Dec. 18, 2018 | 31 n.103 | 1266 |
| **OTHER SOURCES** | | |
| Bureau of Alcohol, Tobacco, Firearms, and Explosives, Office of Enforcement Programs and Services, Office of Field Operations, Open Letter to All Federal Firearms Licensees, Mar. 22, 2022 | 33 n.109 | 1268-1269 |
| CDC Wonder Compressed Mortality Files, ICD-10 | 4 n.5 | 1270-1310 |
| CPI Inflation Calculator (https://bit.ly/3CS5UNl) | 28 n.94 | 1311-1321 |
| Guns.com – Price of Semiautomatic Handguns (https://bit.ly/3CVb1uW) | 32 n.108 | 1322-1325- |
| Jerry Miculek, "Dual Glock 17 Rapid Fire 60 Rounds in 5 Seconds! 660 RPM," YouTube | 32 n.107 | 1326 |
| Lunde Studio, Are Binary Triggers Legal (2022) All You Need to Know | 33 n.109 | 1327-1332 |
| Military-today.com, M16 Assault Rifle | 31 n.104 | 1333-1334 |
| "Rapid Manual Trigger Manipulation (Rubber Band Assisted)," YouTube | 33 n.110 | 1335 |
| Roth, "American Homicide Supplemental Volume: Weapons," available through the Historical Violence Database, sponsored by the Criminal Justice Research Center at the Ohio State University (https://bit.ly/3TpI4yu) | 9 n.32, 12 n.44, 17 n.62, 20 n.74 | 1336-1437 |
| Department of the Army, TC 3-22.9 Rifle and Carbine Manual (May 2016) | 31 n.105 | 1438-1689 |
| The Violence Project's Mass Shooter Database | 34 n.111 | 1690 |

7

| | | |
|---|---|---|
| Guns.com, AR-15s | 28 n.94 | 1691-1696 |
| Gunmagwarehouse.com, AR-15s | 28 n.94 | 1697-1722 |
| 2011 Tucson Shooting," Wikipedia. | 36 n.113 | 1723-1747 |
| Rick Sapp, Standard Catalog of Colt Firearms, at 96 (Cincinnati: F+W Media, 2011) | 19 n.69 | 1748 |

---

i The Declaration of Randolph Roth cites 36 books in their entirety, consistent with the practice of professional historians. *See* Roth Decl. ¶¶ 14 n.27-28, 15 n.29, 16 n.35-36, 18 n.43, 26 n.63, 29 n.75, 31 n.80, 35 n.87, 36 n.89, 37 n.90, 37 n.91-92, 39 n.93, 40 n.96-98 (citing Louis Adamic, *Dynamite: The Story of Class Violence in America* (New York: Viking, 1931); David F. Almendinger, Jr., Nat Turner and the Rising in Southampton County (Baltimore: Johns Hopkins Press, 2014); Patrick H. Breen, *The Land Shall Be Deluged in Blood: A New History of the Nat Turner Revolt* (New York: Oxford University Press, 2015); Scott Ellsworth, *Death in a Promised Land: The Tulsa Race Riot of 1921* (Baton Rouge: Louisiana State University Press, 1982); Francis S. Fox, *Sweet Land of Liberty: the Ordeal of the American Revolution in Northampton County, Pennsylvania* (University Park: Pennsylvania State University Press, 2000); John Hope Franklin, *The Militant South, 1800-1861* (Cambridge: Belknap Press of Harvard University Press, 1961); John B. Frantz and William Pencak, eds., *Beyond Philadelphia: The American Revolution in the Pennsylvania Hinterland* (University Park: Pennsylvania State University Press, 1998); Joanne B. Freeman, *Affairs of Honor: National Politics in the New Republic* (New Haven: Yale University Press, 2001); Beverly Gage, *The Day Wall Street Exploded: A Story of American in Its First Age of Terror* (New York: Oxford University Press, 2009); Paul A. Gilje, *Rioting in America* (Bloomington: Indiana University Press, 1996); and David Grimsted, *American Mobbing: Toward Civil War* (New York: Oxford University Press, 1996); David Grann, Killers of the Flower Moon: The Osage Murders and the Birth of the FBI (New York, Doubleday, 2017); Pamela Haag, *The Gunning of America: Business and the Making of American Gun Culture* (New York: Basic Books, 2016); Terri Diane Halperin, *The Alien and Sedition Acts: Testing the Constitution* (Baltimore: Johns Hopkins University Press, 2016); C. A. Harwell, "*The End of the Affair? Anti-Dueling Laws and Social Norms in Antebellum America*," Vanderbilt Law Review 54 (2001): 1805-1847; William Helmer and Arthur J. Bilek, *The St. Valentine's Day Massacre: The Untold Story of the Bloodbath That Brought Down Al Capone* (Nashville: Cumberland House, 2004); Graham R. Hodges, *Root and Branch: African Americans in New York and East Jersey, 1613-1863* (Chapel Hill: University of North Carolina Press, 1999); Holger Hoock, *Scars of Independence: America's Violent Birth* (*New York: Broadway Books / Penguin Random House, 2017); LeeAnna Keith, The Colfax Massacre: The Untold Story of Black Power, White Terror, and the Death of Reconstruction* (New York: Oxford University Press, 2008); Brandon G. Kinney, *The Mormon War: Zion and the Missouri Extermination Order of 1838* (Yardley, Pennsylvania: Westholme, 2011); Leonard Levy, *Jefferson and Civil Liberties: The Darker Side* (Cambridge: The Belknap Press of Harvard University Press, 1963); Leon F. Litwack, *North of Slavery: The Negro in the Free States, 1790-1860* (Chicago: University of Chicago Press, 1961); Tim Madigan, *The Burning: Massacre, Destruction, and the Tulsa Race Riot of 1921* (New York: Thomas Dunne Books / St. Martin's Press, 2001); Drew R.

McCoy, *The Last of the Fathers: James Madison and the Republican Legacy* (New York: Cambridge University Press, 1989); Clare V. McKanna, *Race and Homicide in Nineteenth-Century California* (Reno: University of Nevada Press, 2002); Clare V. McKanna, Jr., *Homicide, Race, and Justice in the American West, 1880-1920* (Tucson: University of Arizona Press, 1997); Joanne Pope Melish, *Disowning Slavery: Gradual Emancipation and "Race" in New England, 1780-1860* (Ithaca: Cornell University Press, 1998); Stephen B. Oates, *The Fires of Jubilee: Nat Turner's Fierce Rebellion* (New York: Harper and Row, 1975); Herta E. Pauli, *Alfred Nobel: Dynamite King, Architect of Peace* (New York: L. B. Fisher, 1942); Jack N. Rakove, *Original Meanings: Politics and Ideas in the Making of the Constitution* (New York: Alfred A. Knopf, 1996); Horace V. Redfield, *Homicide, North and South: Being a Comparative View of Crime against the Person in Several Parts of the United States* (Columbus: Ohio State University Press, 2000); *Andrew S. Trees, The Founding Fathers and the Politics of Character* (Princeton: Princeton University Press, 2003); Alan Trelease, *White Terror: The Ku Klux Klan Conspiracy and Southern Reconstruction* (New York: Harper and Row, 1975); Alan Taylor, *Divided Ground: Indians, Settlers, and the Northern Borderland of the American Revolution* (New York: Knopf, 2006); William M. Tuttle, Jr., *Race Riot: Chicago in the Red Summer of 1919* (New York: Atheneum, 1970); Sean White, *Somewhat More Independent: The End of Slavery in New York City, 1780-1810* (Athens: University of Georgia Press, 1991); Gordon S. Wood, *The Creation of the American Republic, 1776-1787* (Chapel Hill: University of North Carolina Press, 1969); Bertram Wyatt-Brown, *Southern Honor: Ethics and Behavior in the Old South* (New York: Oxford University Press, 1982).

Professor Roth was unable to provide narrowed references to these 36 books he cited in his declaration on account of his prior commitment to attend, and deliver the keynote address at, a conference of the Council on Criminal Justice, in Washington D.C., in advance of the October 21 deadline to file this compendium. Should the Court wish to receive excepted copies of these works, Professor Roth is willing to provide them, but additional time to comply will be required.

Compendium of Works Cited in Declaration of Randolph Roth
(3:19-cv-01537-BEN-JLB)

# A HISTORY OF THE COLT REVOLVER



## LARGE PATERSON EXPERIMENTAL MODEL

| | | | |
|---|---|---|---|
| LENGTH | 13⅝ Inches | SHAPE OF BARREL | Octagonal |
| BARREL LENGTH | 7 Inches | RAMROD | None |
| CALIBER | .47 | TRIGGERGUARD | Oval and of Light Construction |
| NUMBER OF SHOTS | 6 | | |
| SHAPE OF CYLINDER | Straight Round Rounded Back | BACKSTRAP | Iron |
| | | FRAME | Regular Oval Back; Cut for Capping |
| ENGRAVING OF CYLINDER | None | SIGHTS | Blade and Hammer Notch |
| SHAPE OF SLOTS | Oval | | |

### MARKS

NONE

REMARKS.  This is a very interesting arm. It has a number of the features of the later models, including the triggerguard and a much simplified interior mechanism. It was probably made near the end of the Paterson period.

Probably made in 1840-41.

*From the Colt Plant Collection.*

— 40 —



THE PATERSON FACTORY

WALKER PISTOL.

## ILLUSTRATION OF THE "PATERSON WALKER COLT" FROM *ARMSMEAR*

The illustration in *Armsmear* listed as the "Walker Pistol." Note its close resemblance, both in general appearance and specific detail, to the regular issue of the Model of 1847 Army Pistol or "Whitneyville Walker."

*Armsmear* states that Captain Walker's own revolver was one of Colt's cherished possessions at the time of his death, and was displayed in a cabinet of arms in his home. So it is probable that it was used as the model for this drawing.

The only arm resembling this illustration now in Colt's private cabinet of arms is a regular Model of 1847 Pistol made at Whitneyville, which we have illustrated in the next chapter on page 45.

TEXAS ARM.

## A SECTION DRAWING OF A PATERSON COLT REVOLVER

This drawing shows well the complicated mechanism of the early Colt models. Compare this drawing with the cut on page 62. The number of moving parts in the lock was reduced from seventeen in the earliest Paterson models to five in the standard models made after 1847.

— 41 —

# A HISTORY OF THE COLT REVOLVER



## A MODEL OF 1837 PATERSON REVOLVING CARBINE

This is a hammerless arm; cocking is effected by pulling down on the ring under the fore part of the frame. A jointed lever ramrod has been added to this piece at the factory some time after 1839.

Made from 1837 to 1839.                    *From J. C. Harvey's collection.*



## A MODEL OF 1839 PATERSON REVOLVING RIFLE

This arm has its ramrod on the side of the frame. Some arms of this model were so equipped and others had the ramrod placed under the frame similarly to those of the later-model revolvers.

Made from 1839 to 1841.                    *From J. C. Harvey's collection.*

— 42 —

THE PATERSON FACTORY



## A PATERSON COLT AND THE 1837 MILITARY PISTOL

A Paterson Colt compared with the military pistol regularly issued to the services at the time Colt's arms were rejected by the Ordnance Department in 1837. The issue pistol is a smooth-bore, .54 caliber single-shot flint-lock pistol, capable of being fired about twice a minute. The Paterson Colt is a .40 caliber rifled five-shot percussion-cap repeating pistol issued with an extra cylinder and capable of being fired ten times in about forty seconds.

*Both pieces from J. C. Harvey's collection.*

— 43 —



# FRONTIER VIOLENCE
## ANOTHER LOOK
### W. Eugene Hollon

Compendium_Roth
Page 0275

# FRONTIER VIOLENCE

*Another Look*

W. EUGENE HOLLON

New York
OXFORD UNIVERSITY PRESS
1974

Compendium_Roth
Page 0276

0537-BEN-JLB   Document 153-22   Filed 10/21/22   PageID.1579
23

GLOUCESTERSHIRE
Class 973
Copy a
COUNTY LIBRARY

GLOUCESTERSHIRE COUNTY LIBRARY.
RESERVE

Copyright © 1974 by Oxford University Press, Inc.
Library of Congress Catalogue Card Number: 73-87617
Printed in the United States of America

Compendium_Roth
Page 0277

inated by whites, they could expect to be the butt of frequent
practical jokes. Sometimes the jokes were sadistic, like one
at a mining camp near present Butte, Montana, in 1868, when
the miners got drunk and celebrated the occasion by hanging
one of the Chinese workers. "It was not a judicial execution,"
the *Anaconda Standard* explained many years later. "It was
simply the cool, premeditated act of disheartened, yet patriotic
and Fourth of July conscious miners who hanged the China-
man to a cottonwood tree just for the devilment and in hopes
that it might bring luck." [14] Obviously, the victim did not ap-
preciate either the humor or the patriotic fervor of the oc-
casion.

How many innocent Chinese were strung up by exuberant
mobs throughout the mining frontier is impossible to determine
at this date. In the cemetery at Florence, Idaho, these words
appear on the gravestone of a former Chinese resident: "Hung
by mistake." The victim may or may not have been the inspira-
tion for a popular ballad written sometime before 1900 and
still sung by folksingers through the Northwest:

Old John Martin Duffy was judge of the court
In a small mining town in the West;
Although he knew nothing about rules of the law,
At judging he was one of the best.

One night in the winter a murder occurred,
And the blacksmith was accused of the crime;
We caught him red-handed and give him three trials,
But the verdict was "guilty" each time.

Now he was the only good blacksmith we had
And we wanted to spare him his life,
So Duffy stood up in the court like a lord
And with these words he settled the strife:

"I move we dismiss him, he's needed in town";
Then he spoke out these words which have gained him renown:

"We've got two Chinese laundrymen, everyone knows;
Why not save the poor blacksmith and hang one of those?"

What most California historians refer to as one of the most
violent and barbaric episodes in the history of the state began
on October 24, 1871. It originated among the Chinese them-
selves, in the Chinatown district of Los Angeles. The Mexicans
had originally named the area "Calle de los Negros," but it
eventually became known by the less elegant name of "Nigger
Alley." [15] In the 1860's and 1870's the Chinese who concen-
trated along Calle de los Negros usually settled their disputes
without benefit of legal procedure, and murder was not un-
common. The tragedy of 1871 started with the threat of a tong
war. A young, attractive Chinese woman had run away from
her master, and she soon came into the possession of a rival
company. The original owner regained possession of his chattel
through legal procedure, only to have her stolen away again.
This time Yo Hing, the wealthy and respected leader of the
company who had lost the decision of the court, married the
Chinese woman in order to strengthen his otherwise illegal title
to her. Whereupon the rival company offered a reward of
$1000 for Yo Hing's scalp.

On the morning of October 23, two shots were fired at Yo
Hing as he passed along Calle de los Negros. The attempted as-
sassins were soon arrested, along with their intended victim,
but all three got out on bail immediately. Both sides then pre-
pared for open conflict, and when the police officer heard
shooting near Chinatown the next afternoon and approached
the scene of action, he too was fired upon. The officer then
called for help. After reinforcements had arrived, along with a
crowd of spectators, he attempted to enter a Chinese place of
business. A bullet, fired through the door, struck him in the
head, and he died one hour later. Two others among the crowd
received minor injuries from additional shots fired from inside
the building. By then the crowd had grown to a mob of 500

"Angels," practically all of whom were equipped with rifles, bowie knives, or pistols.

This enraged "scum and dregs of the city," as Professor Cleland described them, stormed through the Alley, broke down doors and windows of the houses, and beat or stabbed all of the hapless Chinese they could find. One who was flushed from his hiding place and attempted to run away was shot down in the street. Another was chased down by the crowd, dragged through the streets to a near-by corral and strung up by the neck. The rope broke the first time, but the second attempt proved successful. A third man was captured and dragged over the cobbled stones of the street with a rope around his neck until all signs of life were gone. The total number of victims hanged, shot, or beaten to death by the mob is estimated from twenty to twenty-five. One of them was a doctor named Gene Tong, an inoffensive old man who had pleaded for his life in Spanish and English and is said to have offered his captors several thousand dollars in exchange for his life. The mob strung him up anyway, then ripped off his trousers to obtain his money more readily. As he was choking to death, someone in the crowd rushed up and severed a finger from his hand with a bowie knife to get a large diamond ring that would not slip off easily.[16]

While these murders were taking place, other members of the mob were robbing and looting every room, trunk, and box in the Alley. Estimates of the loss of property vary from $3000 to $70,000. "Of all the Chinamen murdered, it is not believed that a single one of them was in any way involved in the shooting, except Ah Cloy. The leaders, Yo Hing and his gang, all fled to the country when the fight commenced." [17] The grand jury which investigated the affair a month later condemned the rabble for "disgracing our city," and criticized the law officials for not performing their duty properly. But the jury failed to indict and bring to trial a single individual associated with the crime. Nine years later, A. J. Wilson, a poet-historian, wrote

that "American 'hoodlums' and Mexican Greasers, Irish 'tramps' and French communists—all joined to murder and dispatch the foe. He who did not shoot, could shout; who feared to stab, could steal; there was work for all." [18]

The overwhelming majority of the citizens of Los Angeles deplored the massacre of 1871, and the anti-Chinese movement did not gain expression there again until 1876. In that year "Anti-Coolie Clubs" began to spring up throughout the state, primarily as a result of agitation by Denis Kearney and the rising influence and power of his Workingmen's party. An increase in Chinese immigration in the early 1870's coincided with a deterioration of economic conditions and provided Kearney with considerable ammunition in his campaign "to tax, boycott, and exile all Chinese from the borders of the state." But California would never experience another massacre of its Chinese residents similar to the Los Angeles affair of 1871. Although verbal and legislative harassment continued for several years, the Workingman's party suffered a series of defeats after 1877. The signing of a bill, on May 6, 1882, by President Arthur, which provided for the suspension of Chinese immigration for ten years, helped take some of the pressure off of those already here. But Orientals still had a long way to go before they would be accepted into the mainstream of American society.

The murder of Orientals became such a commonplace occurrence throughout the second half of the nineteenth century that newspapers seldom printed the story. But an event took place in Rock Springs, Wyoming Territory, in September 1885 which attracted nationwide attention, for it proved to be even more of an outrage than the massacre in Los Angeles fourteen years earlier. Many Chinese laborers had settled in the Union Pacific town following the completion of the main line of the railroad in 1869. Most of them worked in the coal mines, which were owned and operated by the company, despite the strong opposition of white workers. A strike against



Seven thousand Chinese workers literally hacked out the right-of-
way through the Sierras for the tracks of the Central Pacific Rail-

# HISTORY OF SMITH & WESSON

## No Thing of Importance Will Come Without Effort

By Roy G. Jinks

BEINFELD PUBLISHING, INC.
North Hollywood, California
1977

$15.95

S. F. PUBLIC LIBRARY

623.44
J564h

79 35

Model names appearing in italics in this work
are Registered Trademarks of
Smith & Wesson.

Copyright © 1977 by Beinfeld Publishing, Inc.
All Rights Reserved.
No portion of this book may be reproduced, copied,
or duplicated by any means,
or by any system including data storage or tape recording
without prior written consent.
Brief excerpts for the purpose of review only are permitted.

Library of Congress
Catalog Card Number 77-78796 ISBN 0-917714-14-8
First Printing, May 1977
Second Printing, Ausust, 1977
Third Printing, December 1977

Published by
BEINFELD PUBLISHING, INC.
North Hollywood, California

Printed by
TAYLOR PUBLISHING COMPANY
Dallas, Texas

designed by L.S. Beinfeld

v

## Dedication

This book is dedicated to the employees of Smith &
Wesson whose untiring efforts and dedication are
responsible for the high quality of Smith & Wesson's
products and its place in the history of firearms;
and to
Anthony A. (Tony) Fidd, Sr., who, as a friend and
tutor, has been a source of inspiration in my pursuit to
collect Smith & Wesson memorabilia.