1  ROB BONTA
   Attorney General of California
2  P. PATTY LI
   Supervising Deputy Attorney General
3  ANNA FERRARI
   Deputy Attorney General
4  JOHN D. ECHEVERRIA
   Deputy Attorney General
5  State Bar No. 268843
     455 Golden Gate Avenue, Suite 11000
6    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3479
7    Fax:  (415) 703-1234
     E-mail:  John.Echeverria@doj.ca.gov
8  *Attorneys for Defendants Rob Bonta and
   Blake Graham, in their official capacities*

9

10           IN THE UNITED STATES DISTRICT COURT

11        FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12                    CIVIL DIVISION

13

14  **JAMES MILLER et al.,**               Case No. 3:19-cv-01537-BEN-JLB

15                    Plaintiffs,    **COMPENDIUM OF WORKS**
                                     **CITED IN DECLARATION OF**
16       **v.**                      **RANDOLPH ROTH**

17                                   **VOLUME 24 OF 37**

18  **CALIFORNIA ATTORNEY**          Courtroom:    5A
    **GENERAL ROB BONTA et al.,**    Judge:        Hon. Roger T. Benitez
19
                      Defendants.    Action Filed:  August 15, 2019
20

21

22

23

24

25

26

27

28                                   1

1

## INDEX

2
3

| Works | Decl. Page | Compendium Page |
|---|---|---|
| **HISTORICAL STATUTES** | | |
| Joseph R. Swan, The Revised Statutes of the State of Ohio, of a General Nature, in Force August 1, 1860 (Cincinnati: Robert Clarke & Co., 1860), 452 | 24 n.86 | 0001 |
| An Act Regulating the Right to Keep and Bear Arms, 12th Leg., 1st Called Sess., ch. XLVI, § 1, 1870 Tex. Gen. Laws 63 | 20 n.77 | 0005-0007 |
| An Act to Regulate the Keeping and Bearing of Deadly Weapons, 12th Leg. Reg. Sess., ch. XXXIV, §§ 1, 3, 1871 Tex. Gen. Laws 25 | 21 n.78 | 0008-0011 |
| Federal Explosives Act of 1917, 40 Statute 385 | 30 n.101 | 0012-0020 |
| The National Firearms Act of 1934, 48 Statute 1236 | 30 n.100 | 0021-0026 |
| The National Firearms Act of 1938, 52 Statute 1250 | 30 n.100 | 0027-0029 |
| The Organized Crime Control Act of 1970, 84 Statute 922 | 30 n.101 | 0030-0071 |
| **BOOKS[i]** | | |
| Paul Avrich, *Sacco and Vanzetti: The Anarchist Background* 140-156, 181-195 (Princeton: Princeton University Press, 1991) | 29 n.97 | 0073-0079 |
| Fox Butterfield, *All God's Children: The Bosket Family and the American Tradition of Violence* 3-18 (New York: Vintage, 1996) | 8 n.29, 25 n.88 | 0080-0098 |
| Sucheng Chan, *This Bittersweet Soil: The Chinese in California Agriculture, 1860-1910,* at 372 (Berkeley: University of California Press, 1986) | 26 n.89 | 0099-0102 |
| J. A. Chapman, *History of Edgefield County* 39-41 (Newberry, South Carolina: Elbert H. Aull, 1897) | 25 n.88 | 0103-0109 |

2

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| Patrick J. Charles, *Armed in America: A History of Gun Rights from Colonial Militias to Concealed Carry* 70-121 (New York: Prometheus Books, 2018) | 7 n.28 | 0110-0138 |
| Robert J. Cottrol & Raymond T. Diamond, "*Public Safety and the Right to Bear Arms*" in David J. Bodenhamer & James W. Ely, Jr., eds., The Bill of Rights in Modern America, revised and expanded, at 88-107 (Bloomington: Indiana University Press, 2008) | 14 n.51 | 0139-0162 |
| Clayton E. Cramer, *Concealed Weapons Laws of the Early Republic: Dueling, Southern Violence, and Moral Reform* 69-96, 143-152 (Westport, Connecticut: Praeger, 1999) | 11 n.37, 14 n.50, 14 n.51 | 0163-0185 |
| Clayton E. Cramer, *For the Defense of Themselves and the State: The Original Intent and Judicial Interpretation of the Right to Keep and Bear Arms* 74, 83-85, 97-140 (Westport, Connecticut: Praeger Publishers, 1994) | 14 n.51 | 0186-0215 |
| Edward C. Ezell, *Handguns of the World: Military Revolvers and Self-Loaders from 1870 to 1945*, at 24-28 (Harrisburg, Pennsylvania: Stackpole Books, 1981) | 17 n.64 | 0216-0222 |
| John Mack Faragher, *Eternity Street: Violence and Justice in Frontier Los Angeles* 463-80 (New York: W. W. Norton, 2016) | n.80 | 0223-0234 |
| Julian S. Hatcher, *Pistols and Revolvers and Their Use* 8-11 (Marshallton, Delaware: Small-Arms Technical Publishing Company, 1927) | 17 n.64 | 0235-0242 |
| Charles T. Haven and Frank A. Belden, *A History of the Colt Revolver and the Other Arms Made by Colt's Patent Fire Arms Manufacturing Company from 1836 to 1940*, at 17-43 (New York: Bonanza Books, 1940) | 17 n.64 | 0243-0274 |
| W. Eugene Hollon, *Frontier Violence: Another Look* 93-95 (New York: Oxford University Press, 1974) | 26 n.89 | 0275-0282 |
| Roy G. Jinks, *History of Smith and Wesson* 38-57, 104-170 (North Hollywood: Beinfeld, 1977) | 18 n.65, 19 n.69 | 0283-0329 |

| | | |
|---|---|---|
| Philip D. Jordan, Frontier Law and Order—10 Essays, at 1-22 (Lincoln: University of Nebraska Press, 1970) | 14 n.51, 15 n.52 | 0330-0343 |
| Don B. Kates, Jr., "Toward a History of Handgun Prohibition in the United States," in Cates, ed., Restricting Handguns: The Liberal Skeptics Speak Out 7-30 (Croton-on-Hudson, New York: North River Press, 1979) | 14 n.51, 15 n.52 | 0344-0358 |
| Jeff Kinard, *Pistols: An Illustrated History of Their Impact* 163 (Santa Barbara: ABC-CLIO, 2003) | 19 n.69 | 0359-0362 |
| Aubrey C. Land, *Colonial Maryland: A History* 49-54 (Millwood, New York: Kato Press, 1981) | 25 n.88 | 0363-0368 |
| Stephen C. LeSueur, *The 1838 Mormon War in Missouri* 162-68 (Columbia: University of Missouri Press, 1987) | 25 n.88 | 0369-0375 |
| Harold L. Peterson, *American Knives: The First History and Collector's Guide* 25-70 (New York: Scribner, 1958) | 13 n.49 | 0376-0401 |
| Harold L. Peterson, *Arms and Armor in Colonial America, 1526-1783*, at 155-225 (New York: Bramhall House, 1956) | 5 n.11 | 0402-0476 |
| Harold L. Peterson, *Daggers and Fighting Knives in the Western World, from the Stone Age till 1900*, 67-80 (New York: Walker, 1968) | 13 n.49 | 0477-0504 |
| David Rapoport, *Waves of Global Terrorism: From 1879 to the Present* 65-110 (New York: Columbia University Press, 2022) | 29 n.97 | 0505-0553 |
| Randolph Roth, *American Homicide* 42, 45 61-144 (especially the graphs on 38, 39, and 91), 145-79, 158, 163, 180-198, 199-203, 204-224, 297-299, 299-302, 354-384, 384-385 (Cambridge: The Belknap Press of Harvard University Press, 2009) | passim | 0554-0663 |

4

| | | |
|---|---|---|
| Randolph Roth, "*Why Guns Are and Aren't the Problem: The Relationship between Guns and Homicide in American History*," in Jennifer Tucker, Barton C. Hacker, and Margaret Vining, eds., A Right to Bear Arms? 116-20, 124-27 (Washington, D.C.: Smithsonian Institution Scholarly Press, 2019) | passim | 0664-0679 |
| Dennis C. Rousey, *Policing the Southern City: New Orleans, 1805-1889*, at 151-58 (Baton Rouge: Louisiana State University Press, 1996) | 27 n.91 | 0680-0682 |
| Priya Satia, *Empire of Guns: The Violent Making of the Industrial Revolution* 9-10 (New York: Penguin Press, 2018) | n.11 | 0683 |
| Priya Satia, "*Who Had Guns in Eighteenth Century Britain?*" in Tucker, Hacker, and Vining, A Right to Bear Arms 41-44 (2019) | n.11 | 0684-0689 |
| Gilles Vandal, *Rethinking Southern Violence: Homicides in Post-Civil War Louisiana, 1866-1884*, at 67-109 (Columbus: Ohio State University Press, 2000) | 27 n.92 | 0690-0713 |
| Bill Yenne, *Tommy Gun: How General Thompson's Submachine Gun Wrote History* 74-78, 86, 91-93 (New York: Thomas Dunne Books, 2009) | 28 n.93, 29 n.96 | 0714-0728 |
| **LAW REVIEWS AND JOURNALS** | | |
| Robert J. Cottrol & Raymond T. Diamond, "The Second Amendment: Toward an Afro-Americanist Reconsideration," 80 Geo. L.J. 309, 309-61 (1991) | 14 n.51 | 0730-0771 |
| Clayton E. Cramer, "*Colonial Firearms Regulation*" (April 6, 2016) (available at SSRN: https://bit.ly/3THcMTu) | 4 n.3 | 0772-0794 |
| Rob Harper, "Looking the Other Way: The Gnadenhutten Massacre and the Contextual Interpretation of Violence," 64 Wm. & Mary Q. 621, 621-44 (2007) | 25 n.88 | 0795-0819 |

Compendium of Works Cited in Declaration of Randolph Roth
(3:19-cv-01537-BEN-JLB)

| | | |
|---|---|---|
| Herschel C. Logan, *Cartridges: A Pictorial Digest of Small Arms Ammunition* 11-40, 180-183 (New York: Bonanza Books, 1959) | 6 n.18 | 0820-0839 |
| Mary Alice Mairose, "*Nativism on the Ohio: the Know Nothings in Cincinnati and Louisville, 1853-1855*" (M.A. thesis, Ohio State University, 1993) | 26 n.89 | 0840-1021 |
| Brennan Gardner Rivas, *Enforcement of Public Carry Restrictions: Texas as a Case Study*, 55 UC Davis Law Review 2603, 2609-10 (2021) | 20 n.77, 21 n.78, 22 n.79 | 1022-1036 |
| Randolph Roth and James M. Denham, *Homicide in Florida, 1821-1861*, 86 Fla. Historical Q. 216 (2007) | 12 n.43 | 1037-1061 |
| Randolph Roth, Michael D. Maltz, and Douglas L. Eckberg, *Homicide Rates in the Old West*, 42 W. Historical Q. 173 (2011) | 20 n.76 | 1062-1105 |
| Randolph Roth, *Measuring Feelings and Beliefs that May Facilitate (or Deter) Homicide*, 16 Homicide Studies 197 (2012) | 16 n.56 | 1106-1125 |
| Robert J. Spitzer, *Gun Accessories and the Second Amendment: Assault Weapons, Magazines, and Silencers*, 83 Law & Contemporary Problems 238 (2020) | 30 n.99 | 1126-1149 |
| **LEGISLATIVE MATERIALS AND GOVERNMENT RECORDS** | | |
| Department of Commerce, Bureau of the Census, Fourteenth Census of the United States Manufactures: Explosives 1126 (Washington, D.C.: Government Printing Office, 1922) | 28 n.95 | 1151-1154 |
| Grand Jurors of Wilkes County, Georgia, Superior Court Minutes, July 1839 term, as quoted and discussed in Roth, American Homicide at 218-219 and n. 76. | 12 n.46 | 1155-1156 |
| U.S Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives, Enforcement Programs and Services, ATF Federal Explosives Law and | 28 n.95 | 1157-1264 |

| | | |
|---|---|---|
| Regulations (2012) | | |
| **NEWS ARTICLES** | | |
| Charlie Savage, *Trump Administration Imposes Ban on Bump Stocks*, N.Y. Times, Dec. 18, 2018 | 31 n.103 | 1266 |
| **OTHER SOURCES** | | |
| Bureau of Alcohol, Tobacco, Firearms, and Explosives, Office of Enforcement Programs and Services, Office of Field Operations, Open Letter to All Federal Firearms Licensees, Mar. 22, 2022 | 33 n.109 | 1268-1269 |
| CDC Wonder Compressed Mortality Files, ICD-10 | 4 n.5 | 1270-1310 |
| CPI Inflation Calculator (https://bit.ly/3CS5UNl) | 28 n.94 | 1311-1321 |
| Guns.com – Price of Semiautomatic Handguns (https://bit.ly/3CVb1uW) | 32 n.108 | 1322-1325-1326 |
| Jerry Miculek, "Dual Glock 17 Rapid Fire 60 Rounds in 5 Seconds! 660 RPM," YouTube | 32 n.107 | 1326 |
| Lunde Studio, Are Binary Triggers Legal (2022) All You Need to Know | 33 n.109 | 1327-1332 |
| Military-today.com, M16 Assault Rifle | 31 n.104 | 1333-1334 |
| "Rapid Manual Trigger Manipulation (Rubber Band Assisted)," YouTube | 33 n.110 | 1335 |
| Roth, "American Homicide Supplemental Volume: Weapons," available through the Historical Violence Database, sponsored by the Criminal Justice Research Center at the Ohio State University (https://bit.ly/3TpI4yu) | 9 n.32, 12 n.44, 17 n.62, 20 n.74 | 1336-1437 |
| Department of the Army, TC 3-22.9 Rifle and Carbine Manual (May 2016) | 31 n.105 | 1438-1689 |
| The Violence Project's Mass Shooter Database | 34 n.111 | 1690 |

7

| | | |
|---|---|---|
| Guns.com, AR-15s | 28 n.94 | 1691-1696 |
| Gunmagwarehouse.com, AR-15s | 28 n.94 | 1697-1722 |
| 2011 Tucson Shooting," Wikipedia. | 36 n.113 | 1723-1747 |
| Rick Sapp, Standard Catalog of Colt Firearms, at 96 (Cincinnati: F+W Media, 2011) | 19 n.69 | 1748 |

---

[i] The Declaration of Randolph Roth cites 36 books in their entirety, consistent with the practice of professional historians. *See* Roth Decl. ¶¶ 14 n.27-28, 15 n.29, 16 n.35-36, 18 n.43, 26 n.63, 29 n.75, 31 n.80, 35 n.87, 36 n.89, 37 n.90, 37 n.91-92, 39 n.93, 40 n.96-98 (citing Louis Adamic, *Dynamite: The Story of Class Violence in America* (New York: Viking, 1931); David F. Almendinger, Jr., Nat Turner and the Rising in Southampton County (Baltimore: Johns Hopkins Press, 2014); Patrick H. Breen, *The Land Shall Be Deluged in Blood: A New History of the Nat Turner Revolt* (New York: Oxford University Press, 2015); Scott Ellsworth, *Death in a Promised Land: The Tulsa Race Riot of 1921* (Baton Rouge: Louisiana State University Press, 1982); Francis S. Fox, *Sweet Land of Liberty: the Ordeal of the American Revolution in Northampton County, Pennsylvania* (University Park: Pennsylvania State University Press, 2000); John Hope Franklin, *The Militant South, 1800-1861* (Cambridge: Belknap Press of Harvard University Press, 1961); John B. Frantz and William Pencak, eds., *Beyond Philadelphia: The American Revolution in the Pennsylvania Hinterland* (University Park: Pennsylvania State University Press, 1998); Joanne B. Freeman, *Affairs of Honor: National Politics in the New Republic* (New Haven: Yale University Press, 2001); Beverly Gage, *The Day Wall Street Exploded: A Story of American in Its First Age of Terror* (New York: Oxford University Press, 2009); Paul A. Gilje, *Rioting in America* (Bloomington: Indiana University Press, 1996); and David Grimsted, *American Mobbing: Toward Civil War* (New York: Oxford University Press, 1996); David Grann, Killers of the Flower Moon: The Osage Murders and the Birth of the FBI (New York, Doubleday, 2017); Pamela Haag, *The Gunning of America: Business and the Making of American Gun Culture* (New York: Basic Books, 2016); Terri Diane Halperin, *The Alien and Sedition Acts: Testing the Constitution* (Baltimore: Johns Hopkins University Press, 2016); C. A. Harwell, "*The End of the Affair? Anti-Dueling Laws and Social Norms in Antebellum America,*" Vanderbilt Law Review 54 (2001): 1805-1847; William Helmer and Arthur J. Bilek, *The St. Valentine's Day Massacre: The Untold Story of the Bloodbath That Brought Down Al Capone* (Nashville: Cumberland House, 2004); Graham R. Hodges, *Root and Branch: African Americans in New York and East Jersey, 1613-1863* (Chapel Hill: University of North Carolina Press, 1999); Holger Hoock, *Scars of Independence: America's Violent Birth* (*New York: Broadway Books / Penguin Random House, 2017); LeeAnna Keith, The Colfax Massacre: The Untold Story of Black Power, White Terror, and the Death of Reconstruction* (New York: Oxford University Press, 2008); Brandon G. Kinney, *The Mormon War: Zion and the Missouri Extermination Order of 1838* (Yardley, Pennsylvania: Westholme, 2011); Leonard Levy, *Jefferson and Civil Liberties: The Darker Side* (Cambridge: The Belknap Press of Harvard University Press, 1963); Leon F. Litwack, *North of Slavery: The Negro in the Free States, 1790-1860* (Chicago: University of Chicago Press, 1961); Tim Madigan, *The Burning: Massacre, Destruction, and the Tulsa Race Riot of 1921* (New York: Thomas Dunne Books / St. Martin's Press, 2001); Drew R.

McCoy, *The Last of the Fathers: James Madison and the Republican Legacy* (New York: Cambridge University Press, 1989); Clare V. McKanna, *Race and Homicide in Nineteenth-Century California* (Reno: University of Nevada Press, 2002); Clare V. McKanna, Jr., *Homicide, Race, and Justice in the American West, 1880-1920* (Tucson: University of Arizona Press, 1997); Joanne Pope Melish, *Disowning Slavery: Gradual Emancipation and "Race" in New England, 1780-1860* (Ithaca: Cornell University Press, 1998); Stephen B. Oates, *The Fires of Jubilee: Nat Turner's Fierce Rebellion* (New York: Harper and Row, 1975); Herta E. Pauli, Alfred Nobel: *Dynamite King, Architect of Peace* (New York: L. B. Fisher, 1942); Jack N. Rakove, *Original Meanings: Politics and Ideas in the Making of the Constitution* (New York: Alfred A. Knopf, 1996); Horace V. Redfield, *Homicide, North and South: Being a Comparative View of Crime against the Person in Several Parts of the United States* (Columbus: Ohio State University Press, 2000); *Andrew S. Trees, The Founding Fathers and the Politics of Character* (Princeton: Princeton University Press, 2003); Alan Trelease, *White Terror: The Ku Klux Klan Conspiracy and Southern Reconstruction* (New York: Harper and Row, 1975); Alan Taylor, *Divided Ground: Indians, Settlers, and the Northern Borderland of the American Revolution* (New York: Knopf, 2006); William M. Tuttle, Jr., *Race Riot: Chicago in the Red Summer of 1919* (New York: Atheneum, 1970); Sean White, *Somewhat More Independent: The End of Slavery in New York City, 1780-1810* (Athens: University of Georgia Press, 1991); Gordon S. Wood, *The Creation of the American Republic, 1776-1787* (Chapel Hill: University of North Carolina Press, 1969); Bertram Wyatt-Brown, *Southern Honor: Ethics and Behavior in the Old South* (New York: Oxford University Press, 1982).

Professor Roth was unable to provide narrowed references to these 36 books he cited in his declaration on account of his prior commitment to attend, and deliver the keynote address at, a conference of the Council on Criminal Justice, in Washington D.C., in advance of the October 21 deadline to file this compendium. Should the Court wish to receive excepted copies of these works, Professor Roth is willing to provide them, but additional time to comply will be required.

Compendium of Works Cited in Declaration of Randolph Roth
(3:19-cv-01537-BEN-JLB)

Chapter IV

# The Tip-Ups

### MODEL 1 FIRST ISSUE

Now emerge from the pure historical discussion of Smith & Wesson and examine the various styles, types, and specific models that were produced from the first revolver. It seems logical that this first revolver be called the Model 1 by the factory, even though it was not the first model pistol produced by this firm. The name came as a result of the cartridge being referred to as the Smith & Wesson Number 1 cartridge that was to be fired in their Model 1 revolver. The original advertisements for the .22 caliber revolver refer to the gun as Smith & Wesson's seven shooter and not by any model number. However, soon after its introduction, the name Model 1 was associated with the revolver to





Model 1 First Issue, Smith & Wesson's first cartridge revolver.
Top picture is the Model 1 First Issue having the flat style barrel latch, serial number 21, sold in January 1858.
Bottom photograph illustrates the improved latch, circa 1859.



# THE SEVEN SHOOTER.

## SMITH & WESSON'S

# PATENT REVOLVER.

The above is a full size drawing of the No. 1 Pistol. It is the lightest Revolver in the world, and shoots with as much force as any other arm.   Weight only 10 oz.

The cartridge for this arm consists of a copper cap having its closed end enlarged, which enlarged end forms a receptacle for the percussion priming.  The remainder of the cap being filled with powder, the ball is firmly inserted in its open end, thus enclosing the powder and priming in a perfectly water-proof case.
Some of the advantages of an arm constructed on this plan are :—
The convenience and safety with which both the arm and ammunition may be carried ;
The facility with which it may be charged, (it requiring no ramrod, powder-flask, or percussion-caps) ;
Certainty of fire in damp weather ;
That no injury is caused to the arm or ammunition by allowing it to remain charged any length of time

### DIRECTIONS FOR USE.

By pressing the knobs, A, towards the top of the pistol, the barrel will be allowed to turn back to a right angle with its present position.  Place the thumb lightly upon the hammer, and with the other hand remove the cylinder. Place your charges in the chamber of the cylinder, at the rear end.  Replace the cylinder, turning it to the left, until it becomes locked.  Return the barrel to its place, (being sure it is down,) and the arm is ready for use.  After having been discharged, the refuse caps are removed from the cylinder by means of the rod 3 shown in the drawing.
While carrying the arm, allow the hammer to rest between two of the caps to avoid accident.

## J. W. STORRS, Sole Ag't,

### 121 Chambers Street, [up stairs,] New-York.

N. B.—These Cartridges are sure fire in this Pistol, but are not warranted in other kinds of Pistols.

distinguish the gun from the Number 1 cartridge. The collector has taken the liberty of renaming the revolver by calling it a Model 1 First Issue to signify that it was the first revolver produced by this firm. It is a small .22 caliber pistol having an oval brass frame that has a small round sideplate located on the left side of the frame. The hammer for this model is produced in two sections with the thumb piece hinged so that it operates the cylinder stop when the hammer is drawn to the cocked position. In general, the gun was finished with a silver-plated frame and blued barrel and cylinder. In

Instruction sheet for Smith & Wesson Model 1, circa 1859.

This drawing illustrates the function of the Model 1, showing how the barrel is tipped rearward and the cylinder removed for loading.







The two styles of barrel locking devices used on the Model 1. A and B illustrate side and front views of the spring-loaded button type and C is the less common flat latch.



later production it was available in full plate. This revolver is of the tip-up style in which the barrel is hinged at the top just forward of the cylinder. A spring latch secures the bottom of the barrel to the frame. To load the revolver, the barrel is unlatched and rotated up toward the hammer. The cylinder is then removed for loading. A small rod is secured under the barrel to allow for cartridge extraction.

The serial numbers for this model started at 1 and continued up to approximately 11,046, with the estimated total production being 11,000. These revolvers were produced over a three-and-one-half-year period with the largest percentage being produced in 1858 and 1859.

Like any new product, the Model 1 First Issue was being changed and improved continuously. Collectors

recognize six variations that are simply called Model 1 First Issue First Type through Model 1 First Issue Sixth Type. To completely cover these variations would require an in-depth study that is not warranted here. In general, however, there are two types that can be easily recognized. These are the early flat-spring latch, of which less than 1,150 were manufactured, and the more common spring-loaded button latch, which moves vertically in the barrel housing rather than being part of the revolver frame.

The Model 1 First Issue was marked on the top of the barrel with Smith & Wesson Springfield Massachusetts. The cylinder was rolled with the patent dates covering the gun's manufacture. There are three different cylinder markings known:

1. WHITE
   PATENTED April 3, 1855
2. PATENTED April 3, 1855
3. PATENTED April 3, 1855, June 15, 1858

In 1858, the Model 1 was sold to dealers for $12.75. The factory offered two styles of special Gutta Percha cases for this model. One carried the facsimile of the gun on its cover and the other was the fraternal-type motif. These cases sold to dealers for $1.25 and were a popular accessory. They were originally introduced in August of 1858 and continued in popularity well into the 1860s.





The early presentation cases for the Smith & Wesson Model 1 were molded of Gutta Percha and produced in two styles. The top case was referred to by the factory as the pistol case; the bottom style was simply referred to as the Dag case, relating its style to the then-popular Daguerreotype photo case. In 1861 this case was referred to as the Union case.



d. Hammer
h. Cylinder stop lever
i. Pivot pin hole, for
   cylinder stop lever
k. Cylinder stop
m. Split spring
n. Firing pin and wedge

**The improved Model 1 hammer and cylinder stop that was incorporated in the redesign of the Model 1.**

The Model 1 First Issue was a difficult gun to manufacture. The small round sideplate made work on the gun tedious and seriously limited production; therefore, the partners continued to search for a better design. This design came into being in the spring of 1860 when the firm made a radical change in the Model 1.

One of the major requirements of high production is to eliminate handwork and allow for easy machining and assembly. The Model 1 First Issue with its oval frame and small round sideplate did not lend itself to mass production. The frames had to be hand-filed and the assemblers had to assemble the lockwork through the one-half-inch sideplate hole.

With these thoughts in mind, Smith and Wesson completely rebuilt the Model 1. The oval frame was discontinued in favor of a flat side brass frame which could be easily machined. The small sideplate was eliminated and replaced by a large, irregularly shaped plate that, when removed, exposed almost the entire side of the revolver frame. This would allow for quick and easy insertion of the internal lockwork. To further improve the revolver, the jointed two-piece hammer of the original Model 1 was changed to a solid-piece hammer. To activate the top-strap-style cylinder stop, the hammer incorporated a wedge-shaped projection that was located on top of the hammer nose. As the hammer was drawn to the rear, this projection was brought to bear against a split spring located on the underside of the cylinder stop. The projection simply



**Smith & Wesson's new manufacturing facilities on Stockbridge Street; built in 1860.**

lifted the cylinder stop from position, unlocking the cylinder and allowing it to be rotated. When the revolver was fired, the hammer dropped and the sharp leading edge of the wedge-shaped projection separated the split spring upon contact, allowing the hammer to fall without unlocking the cylinder. Although this new design of the Model 1 was simply another engineering change to the company, collectors have completely separated it from the earlier model and refer to it as the Model 1 Second Issue.

To enable the firm to further increase production of its small .22 caliber revolver, the partners had to further expand their manufacturing operation. They began construction on a new plant located on Stockbridge Street, Springfield, Massachusetts, in 1859. This plant was completed in the spring of 1860. It was in this new building that the assembly of the improved Model 1 began.

### MODEL 1 SECOND ISSUE

The production of the Model 1 Second Issue began in the early spring of 1860 and continued until 1868, with a total production of slightly more than 115,400. These revolvers are serial numbered in a continuation of the original Model 1 series; therefore, the serial range began in the low 11,000 range and continued through 126,400. It is important to realize that these serial numbers are only an approximation obtained from observed guns, since no actual serial records for these models have been found. It is also known that there exists an overlap in serial numbers between the Model 1 First Issue and the Model 1 Second Issue. This overlap generally has been observed between serial numbers 10,500 and 11,500. This is easily explained, since both guns were serial numbered in the same series. The factory simply completed the old models from parts on hand as production of the new series was begun.

The Model 1 Second Issue was relatively free of variations during the eight years it was produced, although close study of this model shows some minor changes. One of the most important variations of this model is that of the Second Quality guns. These were revolvers that had minor defects in the brass casting or the finish of the handgun. The gun was mechanically sound with the defects detracting only from the aesthetic appearance of the gun. These Second Quality revolvers were stamped on the barrel flat 2nd quality or 2nd qual and sold to the dealers for $2 less than the normal price. The demand for handguns created by the



Smith & Wesson Model 1 Second Issue.







Model 1 Second Issue Second Quality — arrow points to flaw in frame that caused this to be designated Second Quality production and to be sold at a reduced price.





American Civil War certainly encouraged the firm to market these Second Quality guns rather than scrap them. A total of 4,402 of the Second Quality guns was sold and, as ironic as it may seem, these cheaper models today are considered rare and will demand a premium by collectors.

The Model 1 Second Issue was marked similarly to the Model 1 First Issue. The 3-3/16'' barrel was stamped Smith & Wesson Springfield Mass, while the cylinder was marked Patented April 3, 1855, July 5, 1859, December 18, 1860. The early variations of this model up to approximately serial number 20,000 will only bear the first two patent dates on the cylinder. It is an important factor to note that the second patent date of this model (July 5, 1859) is different from that of the Model 1 First Issue. This will allow the collector to immediately identify the replacement of a cylinder in either model.

This model was most commonly finished in two-tone finish of plated frame and blued barrel and cylinder; however, full plated guns of nickel, silver, or gold could be purchased. It is interesting to note that

two of these small pistols were specially manufactured using solid silver frames. Imagine the thrill of uncovering such a treasure!

The cost of the Model 1 Second Issue was $10.50 to dealers and could be purchased in either style Gutta Percha case.

When the American Civil War ended, the United States found itself in an economic recession. The sale of handguns dropped drastically from a peak of 20,000 Model 1 Second Issues per year to less than 8,000. The factory decided that it was time to modernize the Model 1 and look outside the United States for a new market. Therefore, early in 1868, plans were begun to discontinue this model in favor of a new streamlined, more modern-appearing revolver.

## MODEL 1 THIRD ISSUE

In an effort to maintain continuity we will continue our study of the Model 1 series rather than take the models in their chronological progression.

The New Model 1, as the factory called this modernized .22 caliber revolver, was, in reality, not an improved gun but a redesigned gun presenting a more artistic appearance for the sole purpose of stimulating sales. It is called by collectors the Model 1 Third Issue, since it has a completely new appearance. The gun was manufactured completely of wrought iron, having a forged iron frame rather than one of cast brass. The gun was changed so that it had the popular and appealing bird's-head-style grip, fluted cylinder, and round ribbed barrel upon which was marked Smith & Wesson Springfield Mass Pat. Apr. 3, 1855, July 5, 1859, Dec. 18, 1860. Despite the basic changes in the revolver's configuration, the gun mechanically re-

Smith & Wesson Model 1 Third Issue.



mained the same. The factory did feel that this model was of sufficient difference that they assigned it a new serial number series. Thus, the Model 1 Third Issue series was renumbered beginning at serial number 1 and continuing through 131,163.

The production of the Model 1 Third Issue began slowly in 1868 with a yearly total of 392 revolvers being produced. However, by 1869, the yearly production had increased to cover 10,000 of these .22 caliber revolvers and by 1870 the yearly production had reached 20,000.

The demand for this pocket pistol was particularly good because, for the first time, the firm had taken a close look at the handgun market outside of the United States. The factory had exhibited its products at the Paris Exposition of 1867. Here it found a sincere interest in its products and signed a sales agreement with J. H. Crane of London and C. W. May of Paris, to handle the sale of these products in England as well as across the European continent. The factory also made other valuable contacts with representatives from Russia and the eastern European countries. This new emphasis on worldwide marketing helped the factory to increase its sales through 1873. However, in 1872, when their exclusive patent on the bored-through cylinder expired* and other manufacturers jumped into the lucrative market, sales began to decrease rapidly, dropping to only 5,368 handguns in 1874. Since this was the only pocket pistol being produced by Smith & Wesson at the time, the gun remained in production until 1882 when sales dropped to such a level that it was no longer economically feasible to continue production.

The Model 1 Third Issue was manufactured with no major design changes. The only variation which is

New York style engraved Model 1 Third Issue having rare short barrel with barrel markings on side rather than barrel rib.

* The Rollin White patent legally expired in 1869; however, renewal efforts by Smith & Wesson delayed the patent from becoming public domain until 1872.



recognized is that of the short-barreled model, which was introduced in 1872. The standard barrel length for this model was 3-3/16''. The factory had received orders for a shorter barrel model that could be more easily concealed by the "sporting crowd." Therefore, a revolver having a barrel length of approximately 2-11/16'' was manufactured. On these short-barreled models, the stamping was relocated on the left side of the barrel and stamped in two lines. These models are considered rare and are very seldom seen.

The Model 1 Third Issue was sold to dealers in 1868 for $9.50 and could be purchased in blue, nickel, or a two-tone finish of nickel frame and blued barrel and cylinder. Other fancy finishes such as gold and silver, as well as a wide variety of engraved models, were also available. The guns were generally sold in



Smith & Wesson Model 1 Third Issue in the standard factory presentation case. Collection of R. Howard.

cardboard boxes which included a small brass cleaning rod. Since the fancy Gutta Percha cases were no longer available, a buyer wishing a fancier set could purchase a small wooden presentation case.

When the Model 1 Third Issue was dropped from the line in 1882, it ended an era for Smith & Wesson. It was the last of the tip-up style pistols produced, which had brought the company its first fame. It also marked the discontinuation of the .22 cartridge, which the factory had originated. The factory would let this cartridge lie dormant for the next ten years before they would again produce a pistol from which it could be fired.

If D. B. Wesson's sound judgement and reasoning did not indicate to the author that he had continued this model as a profitable item until 1882, the author would simply feel that this outdated pistol had been retained in the production line during these last years merely as a reminder to him of how the Model 1 had helped to bring him success and recognition around the world.

### MODEL 2 ARMY

It is now time to retrace our steps and pick up the story where we deviated from the chronological development of the history of Smith & Wesson.

The company realized early in its manufacturing operation that a .22 caliber revolver could not compete successfully with the larger caliber percussion revolvers; yet the company was hesitant to begin production of larger caliber revolvers, for they had experienced difficulty in making their revolvers function with the .22 rim fire cartridges. They found that upon discharge, the thin copper base of the cartridge would swell and jam the revolver by preventing the cylinder from rotating.



Raised pad for headspace.



Cylinder hub intregral with frame.

Diagrams of the projection on the rear of frame, directly behind the cartridge to be fired, to improve rotation of the cylinder.



A. Cylinder
B. Projection
C. Hole in which prawl projects to revolver cylinder.
Note: Projection has been exaggerated to illustrate its position more clearly.

Thus, to manufacture a revolver of a larger caliber would only magnify the problem. In the early .22 Model 1 revolvers, the recoil shield rotated with the cartridges so that the swelling base did not prevent rotation. This method was costly in manufacture and would not operate as successfully in a larger caliber revolver.

Early in 1859, Smith & Wesson resolved the problem by incorporating a projection to the frame directly behind the case to be fired. Once the cartridge had been expended, it was rotated from behind this projection to an area where the swollen rim of the cartridge has ample freedom of movement. This projection was patented on July 5, 1859.



**Smith & Wesson Model 2 Army, caliber .32 rim fire, engraved by L. D. Nimschke. Collection of Mario Marinetto.**

With this new improvement and other design changes, the factory planned to scale up the Model 1 to a larger .32 caliber revolver to be called the Model 2. Production began in early 1861. This revolver was similar to the Model 1 Second Issue in design except that it was a six shot made of forged wrought iron. The gun was designed to fire the Smith & Wesson Number 2 cartridge that is known today as the .32 Long Rim Fire.

The timing of the introduction of the Model 2 proved important to the partners, for the first guns reached the market in June of 1861, only two months after the first shots were fired that marked the beginning of the American Civil War. This was a time of dramatic turmoil the like of which the citizens had never experienced. Fear of invasion gripped the North, and northern soldiers were searching for compact arms to carry to war. Smith & Wesson found itself in an enviable position with the exclusive patent on a cartridge revolver. The Model 2 was perfectly suited, meeting the demands of a belt-size pistol that could be carried in the waistband or small holster. It could be quickly loaded with the new waterproof metallic cartridges and it proved ideal for the soldier as well as

those on the home front. Smith & Wesson quickly felt the impact of the gun's popularity. Orders rose so fast that by 1862 the company was forced to close its order books because there were orders already for more arms than could be produced during the next three years.

The Model 2 itself was a well-designed revolver. It was of the tip-up style and underwent few major engineering changes from the time of its introduction. Collectors recognize two major variations. The early revolvers had only two pins holding the cylinder stop in position. At approximately serial number 3,000, a third pin was added to the top strap, which limited the vertical movement of the cylinder stop. The reason behind the addition of the third pin has never been clearly stated, however, it has been theorized that it was incorporated to prevent breakage of the cylinder stop, which could occur if the stop were to catch on clothing or holster.




The Model 2 was available in 1861 in both 5'' and 6'' barrel lengths with the factory finish being blue, nickel, or a plated frame with blued barrel and cylinder. Special finishes such as gold, silver, or engraving could be ordered at premium prices. In 1864, the factory added a third barrel length to the production line, the 4'' model. The demand for this model was relatively small, and the factory never produced more than the original few hundred. The rarest of all barrel lengths for this model was sold in December 1863. This revolver had an 8'' barrel, extended length grips, and target-style sights. It was probably Smith & Wesson's first target pistol. It is doubtful that the factory produced only 1 of these models but, because of their rarity, it is believed that the total production was less than 10 units.

The Model 2 enjoyed great popularity during its first ten years of production, with a total of 77,020

**Smith & Wesson Model 2 Army. Top shows two-pin variation. Bottom shows three-pin variation with the third pin limiting travel of the cylinder stop to prevent accidental breakage.**



Smith & Wesson Model 2 Army showing all four barrel lengths (4'', 5'', 6'', and 8'').





Smith & Wesson Model 1½ First Issue, five shot .32 rim fire.
Top is standard blued model. Bottom is factory engraved with pearl grips. Engraver unknown.

revolvers being produced by the end of 1870. The partners retained this model in their catalog until 1872 when it was finally discontinued. The total production was approximately 77,155.

The Model 2 is an interesting revolver to collect, for there are many minor variations. It was used by many countries and was part of many colorful historical incidents. If a collector were to separate one model of Smith & Wesson to study, the Model 2 would lend itself easily to such an end and offer a wide variety of fine guns and interesting historical episodes.

### MODEL 1½ SERIES

The Civil War created a large demand for handguns of all sizes and shapes. Smith & Wesson had been successfully producing the Model 1 as a pocket model and the Model 2 as a larger belt model. There was, however, a great demand for a pocket model of a larger caliber than the Model 1 .22 rim fire. The factory had designed such a revolver, but had no facilities for its manufacture. This revolver was similar in configuration to the Model 2 except that it was only a five shot, which allowed it to be built on a smaller frame size. The design of the gun was also altered. The cylinder stop was relocated in the bottom of the frame directly in front of the trigger. This eliminated the exposed, combination-style rear sight and cylinder stop, which easily caught on a person's clothing when extracted from a pocket. The cylinder stop had a long lever that engaged a spring-loaded pin on the bottom side of the hammer. This pin was an inclined plane. When the hammer was drawn to the rear, the pin engaged the cylinder stop, pushing down and unlocking the cylinder. As the hammer was pulled to its cocked



*Fig. 1.*

*Fig. 2.*

*Fig. 3.*

*Fig. 4.*

**Diagrams of the Old Model 1½ hammer operation. Fig. 1. hammer at rest. Fig. 2. hammer in rotation to cocked position activating the pin, which engages the cylinder stop arm. Fig. 3. hammer at full cock. Fig. 4. hammer falling, cylinder stop activating arm and depressing inclined ramp in activating pin.**

position, the cylinder stop-lever cleared the activating pin and was free to return to position. When the hammer was released, the cylinder stop-lever engaged the inclined ramp of the activating pin, pushing the spring-loaded pin into the hammer and preventing the cylinder stop from unlocking.

The factory called this revolver the Model 1½, and it was designed to fire a smaller .32 caliber cartridge than the Smith & Wesson Number 2 cartridge. This cartridge was called the .32 Rim Fire Short. However, the revolver was capable of firing the regular .32 Long Rim Fire for those wishing the extra power of this larger powder charge.

Though the factory had a design for a .32 caliber pocket pistol, they could not produce the revolver, since the factory was already operating at peak production. For that reason, they negotiated with Savage and King of Middletown, Connecticut, to manufacture the major parts. The parts were then forwarded to Smith & Wesson to be assembled and finished. The Model 1½ was finally completed and reached the market in the spring of 1865; therefore, only a few could have seen any action in the Civil War.

This was the factory's first medium-size revolver

and the beginning of a series of .32 caliber pocket models. Collectors refer to this model as the Model 1½ First Issue or the Old Model 1½. The gun was manufactured with a 3½'' barrel and was of a wrought iron frame that was finished in the three standard finishes: blue, nickel, and the combination of blue and nickel.

The Model 1½ First Issue was produced until 1868, with a total production of approximately 26,300 revolvers. In this short period the only major variation was that of a 4'' barrel, which was introduced in April 1866. Like the 4'' barrel version of the Model 2, it was not popular and, thus, only a few reached the market. It is estimated that the quantity sold was less than 200 revolvers.

In 1868, the Model 1½ revolver also was involved in the modernization plan to boost company sales. The design of the original Model 1½ was changed to correspond to the new look of the Model 1 Third Issue. This revolver is referred to by collectors as the Model 1½ Second Issue. The factory at this time simply referred to it as the New Model 1½, a term that is often used by collectors today. The changes to the gun were a round ribbed barrel, fluted cylinder, and bird's-head grips. The factory also returned to the old-style cylinder stop. It is not clear in factory history why the new-style cylinder stop was dropped at this time, but evaluation of the stop shows that it was costly to manufacture and did not have as positive a lockup as the original design. Unlike the Model 1 series, the New Model 1½ was continued in the same serial range as the original Model 1½. The serial numbers of the New Model 1½ began to appear with the number 26,300. Factory production was reduced following the war; thus Smith

**Smith & Wesson Model 1½ Second Issue, five shot .32 rim fire.**



**Smith & Wesson Model 1½ Transition, a five shot .32 rim fire made from parts of both the Model 1½ First and Second Issue.**
**Insert photograph shows the difference in the bottom of the frames to accomodate the First Issue type barrel latch.**
**Top is Transition, bottom is Model 1½ Second Issue.**



& Wesson could begin production of the New Model 1½ in their own plant. After having completed approximately 1,000 revolvers, Savage and King informed the partners that they had on hand 1,500 of the old-style barrels and cylinders that had been completed and billed to Smith & Wesson. The factory immediately instructed them to forward the parts to Springfield. Since the country was involved in a recession and sales were low, the factory could not afford to scrap these parts or hold them for long-range repairs. Therefore, a special group of the new-style frames were manufactured to facilitate the use of the older barrel and cylinder. These frames were of a larger width to allow the old-style barrel catch to operate properly. The factory called the gun the Model 1½



Mongrel, but collectors have politely classified it as the Model 1½ Transition. Yet, it is not truly a transition from one model to another; it is simply an afterthought of a thrifty company that could not afford to see completed parts wasted.

The total production for the Model 1½ Transition as computed from daybook sales were approximately 650 revolvers. The records show that these guns were sold as follows:

1. March 17, 1869: 50 to C. W. May for sale in Japan
2. April 19, 1869: 200 to J. W. Storrs of New York City
3. May 17, 1869: 400 to C. W. May for Sale in France

These revolvers are found in the serial range from 27,200 to 28,800 and are mixed-in with the New Model 1½'s within the same range.

Once the Transition Model 1½'s were completed and the production of the New Model 1½ standardized, there were no major engineering changes made

through the remainder of production. The only variation that has any significance in this model is that of the short barrel. The factory produced a limited quantity of less than 1,000 revolvers having a barrel length of 2½''. Like the short-barreled Model 1 Third Issue, the barrel stamping appears on the left side of the barrel rather than on the top of the barrel rib.



Smith & Wesson produced approximately 100,800 of the New Model 1½, with the serial numbers ending at 127,100 when the model was discontinued from production in 1875. During these seven years, this model was available in the three standard finishes and enjoyed good popularity both in the United States and Europe. As an example of its popularity, the French Government purchased 3,895 of this model in June of 1874.

The New Model 1½ was dropped from production when the company was tooling to produce a new line of small top-break revolvers to help them again reach the exclusive position they had held when the Rollin White patent was valid.

The discontinuation of the Model 1½ truly ended the era of the tip-up revolvers. The factory had designed a new top-break revolver in 1869 and had been working to incorporate this design change in all of its models. These changes took time and were the beginning of a new era and another chapter in Smith & Wesson's history.

**Smith & Wesson Model 1½ Second Issue with New York style engraving and having the short 2½'' barrel with barrel marking on the side rather than on the top rib. Collection of Dave Burghoff.**

Chapter V

# The Large-Frame Single Action Top-Breaks

### MODEL 3 DEVELOPMENT

Smith & Wesson, as early as 1862, had plans to manufacture a .44 caliber revolver. At that time, it would have been the first military sidearm firing a metallic cartridge to be produced in the United States, but the pressure of wartime production kept the factory operating at full capacity and prevented the partners from building any but an experimental model of the large handgun. In the spring of 1864 when Colt's Pistol Shop burned to the ground, Smith & Wesson experienced a new surge of interest in a large-caliber revolver. The dealership of Cooper and Pond wrote to the partners requesting that Smith & Wesson furnish them with 3,000 .44 caliber handguns. The partners contracted with the Whitney Armory in New Haven, Connecticut, to manufacture for Smith & Wesson a .44 caliber revolver indentical in design to the Model 2 Army, except enlarged to accept the .44 S&W Rim Fire cartridge.

The firm had been producing the 44/100 cartridge for the Frank Wesson rifles since 1861, and the revolver was designed to fire this same cartridge. When the subject of an outside contract was discussed with Rollin White, who had licensed Smith & Wesson to use his patent of April 3, 1855, he became enraged and stated that the agreement did not give the partners the authority to license outside contractors to build revolvers. Thus the large-caliber project was shelved temporarily while the partners concentrated on enlarging their production facilities, enabling them to better meet the overwhelming demand for handguns.

In January 1865, Smith & Wesson was approached by J.W. Preston, a promoter for the Rollin White Arms Company, with a model of a large-caliber revolver designed by Rollin White. The partners evaluated the White revolver but were not impressed by the design and did not place an order to manufacture the large-caliber handgun.

By mid-1865, the Civil War had ended and the partners had time again to work on the design of a large-caliber revolver. The test of their early prototype, which had been of the tip-up style, proved unsuccessful. The revolver barrel-locking system was shown to be weak, and on occasion, when this handgun was fired

the barrel would be blown open and pivoted back, causing damage to the barrel hinge. The design was changed, making the revolver a solid-frame model with cartridges loaded through a loading gate in the recoil shield and spent cartridges extracted by an extractor rod located under the barrel. The rod was held in position by a spring-loaded latch, which had to be removed in order to be used to punch out each cartridge. This large-caliber revolver was submitted to the U.S. Army Ordnance Department for testing in



Smith & Wesson Model 3 solid frame .44 rim fire revolver. The first large-caliber revolver manufactured by Smith & Wesson, circa 1865.

1866. The army was not impressed, and Smith & Wesson failed to receive any orders.

In answer to a customer's inquiry about a large-caliber pistol, the partners wrote, "We have a model 44/100 calibre revolver, but never made any of that size save one. They would be too heavy for general use, better adapted to Cavalry Service." It could even be questioned whether this model would have been suited for the cavalry, for the 44/100 revolver had an over-all length of 13¾'' and a weight of 47½ ounces.



Smith & Wesson Model No. 3 pocket pistol. A four shot .41 rim fire with serial number 38; circa 1867. Collection of Mario Marinetto.

Chapter VI

# The Pocket Single Action Top-Breaks

When Smith & Wesson completed the design of the large Model 3 Single Action revolvers, they turned their attention to the line of currently manfactured pocket pistols, for these small pistols were now of an outmoded design. The new top-break system introduced by the factory was so superior that it was only logical for the firm to redesign their tip-up small pistols to capitalize on their newest improvements. The first of these redesigns was completed in 1870 when the firm patterned both a Model 1 and Model 1½ revolver after the Model 3. Drawings of the Model 1 show it to be a seven shot revolver and, except for the spur trigger and bird's-head grip, it was a scaled-down Model 3. Having completed the drawings, the factory built prototypes of each design, each being stamped Model of 1870. Small quantities of internal parts were produced to test production capabilities. The test work on these early top-break pocket models was completed in late 1870 and early 1871. In 1871, all design work was halted and



Smith & Wesson Model 1½ Top Break Experimental Model of 1870 in .32 caliber rim fire.

the project shelved. The reasons for halting the project are unknown, and the action was unusual, since these top-break pocket pistols were certainly of a more practical design than the tip-up Model 1 and Model 1½ that were in production. It has been speculated that this program was suspended as a result of the signing of the Russian contract in May of 1871, which required the factory to concentrate its total production on the manufacture of the Russian models. This is a very realistic possibility, since Smith & Wesson undertook numerous design changes of the Model 3 to satisfy Russian requirements. This work would have completely occupied the time of D. B. Wesson and Charles King, the firm's two major designers. Regardless of the reason, the curtailing of this project may have proven to be a godsend, for evaluation of the existing prototype shows it to be an extremely difficult and costly revolver to produce; one whose parts, because of the small size, were extremely delicate and may have been prone to breakage.

## .38 SINGLE ACTION FIRST MODEL
### (BABY RUSSIAN)

The top-break pocket pistol program remained shelved until 1874. By this time the factory had stabilized production on the Russian model and had increased its production capacity so that it could easily handle increased orders or contracts. The firm had also watched the decline in sales of the Model 1½ from an average of 1,475 units per month to 990 units per month. This 33 percent reduction of small pistol sales was evidence enough to illustrate the need for modernizing the pocket pistol. In redesigning the pocket pistol, the firm evaluated its currently designed Model 3



Original factory drawing of the Model 1 Top Break designed in 1870 to improve Smith & Wesson's small pocket pistol.



Original factory drawing of .38 Single Action Model of 1874, caliber .38 rim fire.

Russian and patterned the new revolver after this model. Drawings of the new pocket model were completed in 1874 and illustrate the gun as a .38 Rim Fire; however D.B. Wesson was not pleased with a rim fire cartridge and designed a new .38 center fire cartridge to be used. To insure accuracy and ease of reloading, this cartridge used a .36 caliber bullet that was so firmly seated within a cartridge case that it was not necessary to crimp the case. The outside dimension of the cartridge case was .380'', and the cartridge became known as the .38 Smith & Wesson center fire cartridge. It became a standard around the world and is still a popular cartridge today; in fact, probably more center fire revolvers have been designed to fire this .38 S&W than any other cartridge produced.

The new revolver was referred to by the factory as a .38 Single Action. Its design was of a top break, incorporating the rack and gear extractor system used on the Model 3 Russian of the Third Model type. By the time the first parts for the .38 were completed in October of 1875, the revolver had been changed to use the new .38 Smith & Wesson center fire cartridge.

The first sale of the new .38 Single Action was made on March 27, 1876, to M. W. Robinson, Smith & Wesson's large New York City distributor. As soon as it

appeared on the market, the revolver was nicknamed the Baby Russian, a reflection of its similarity to the famous Smith & Wesson Russian model. The .38 Single Action First Model, as it is properly known today, was available in both blue and nickel finish. The blued guns were sold with smooth walnut grips, while the more common nickel model had a black composition wood grip or one more commonly constructed of hard rubber. The first production guns with 3¼'' and 4'' barrels were available for sale in July of 1876, and these were followed shortly thereafter by a 5'' barrel model. Each revolver was sold with a small combination tool that served as a screw driver and wrench to disassemble the cylinder.

By the end of 1876, the factory had manufactured 12,919 .38 Single Action revolvers, divided into 3,896 with a blue finish and 9,023 nickel finishes. During this same period, the factory produced 3,730 pairs of wood stocks, 8,288 pairs of rubber, 10 of pearl, and 5 sets of

Smith & Wesson .38 Single Action First Model, commonly referred to by the collector as the Baby Russian, caliber .38 S&W.
Top revolver is early variation with the one-screw side plate.



ivory stocks, but there are no records showing how the stocks were matched to the guns.

The production of this model continued until July 1877 when the factory redesigned the .38 Single Action. From January to July of that year, the firm added a total of 12,629 more to the original production figures for the First Model, of which 10,023 were finished in nickel and 2,606 in blue. The firm produced, for these revolvers, a total of 2,603 stocks in wood, 10,012 in rubber, 9 in pearl, and 4 pairs of ivory stocks. When production ended on this model seventeen months later, Smith & Wesson had produced 19,046 in nickel finish and 6,502 in blue for a total of 25,548 revolvers, all of which were serial numbered in their own series. The firm did not lose any sales of the fast selling .38 Single Actions. Production had been scheduled so that the newly designed .38s would be available for sale prior to the completion of the original .38 Single Action, which had served its purpose of reestablishing the Smith & Wesson pocket pistol line.

### .38 SINGLE ACTION SECOND MODEL

The redesign of the .38 Single Action was a joint venture of D. B. Wesson and J. H. Bullard. It was prompted by the high cost of manufacturing and fitting the extractor system of the First Model. The first redesign shortened the length of the extractor housing by use of a new style of rack and gear extractor. This new extractor system incorporated a pivoted pawl that activated the extractor on opening by engaging the bottom of the frame as the barrel was rotated downward. The advantage of this system was that it eliminated the extractor activator in the bottom of the frame. This redesign also incorporated a different method for retaining the cylinder in position. The new system used an open screw on the cylinder stem that engaged on a twist thread in the cylinder. Now all that was necessary to remove the cylinder was to hold the latch upward to disengage the cylinder retaining lip, pull the cylinder against the thread and rotate it, thus unscrewing it from position. The threads were located so that when the cylinder was in full forward position they were not engaged. The new design was patented by D. B. Wesson and J. H. Bullard on February 20, 1877, and plans for production of the new model .38 Single Action were initiated. However, before the first parts for the new model were completed in June of 1877 Bullard had redesigned the extractor system, eliminating the rack and gear design in favor of a simpler hook-type extractor similar to the one designed by



Colonel Schofield. Since Bullard's design was significantly different, he successfully circumvented the Schofield patent. This new extractor was immediately incorporated into the new model .38 Single Action without any significant loss in production time. In July of 1877 the first 842 .38 Single Action Second Models were completed. Since this gun was manufactured in a serial range separate from the First Model, the numbering system began at 1. It was available in both blue and nickel with the blued guns being furnished with wood grips. The demand for the pocket .38 was substantial and in two and one-half years, the factory produced approximately one-half of the total production of 108,225. The production of these early years was: 1877—10,815 in nickel, 1086 in blue; 1878—16,523 in nickel, 2,968 in blue; and 1879—14,793 in nickel, 4,649 in blue. Production dropped in 1880 to only 6,167, since the factory was changing its production to the newly designed double action models. Also, by late 1880s, demand for the smaller pocket single actions was beginning to decline as the public became more



Patent drawing of the D. B. Wesson and J. H. Bullard redesign of the .38 Single Action.



**Smith & Wesson .38 Single Action Second Model, caliber .38 S&W.**

interested in the "self-cockers" or double action revolvers. In 1879, the factory discontinued the use of wood grips on this model both to help keep the cost down and to reflect the decreased demand for this kind of grip.

The .38 Single Action Second Model was a well-designed gun, thus few changes were made during its production. One improvement made was the



**Drawings showing the two styles of extractor cams used on the .38 Single Action. Top drawing illustrates the pivoted pawl style; bottom shows the slide-bar type. Both designed by J. H. Bullard.**

incorporation of the slide bar for activating the extractor cam, which had been patented on May 11, 1880. This change was made in 1881 between serial numbers 62,000 and 63,000. The only other variation in this model was the barrel length. These reached a peak in 1887 when the firm extended the barrel lengths to include 3¼", 4", 5", 6", 8", and 10", with the latter two being extremely rare.

The .38 Single Action was finally dropped from production in 1891 when the factory modernized its pocket single action line.

### .38 SINGLE ACTION THIRD MODEL

The sales of the .38 Single Action were slow in the latter part of the 1880s and Smith & Wesson decided to try to improve sales of this model by a complete redesign. During 1890, the decision was made to discontinue the spur trigger design .38 Single Action Second Model and produce a model scaled down from the New Model No. 3. This new .38 Single Action was introduced in 1891 and was referred to by the factory as the Model of 1891, with this marking incorporated as part of the barrel stamping.

The .38 Single Action Third Model, as it is classified by collectors, was the most handsome of all the pocket single actions. The revolver had a graceful design and incorporated all of the features of the New Model No. 3. When production of this model began in 1891, the factory assigned the revolver to a separate serial number range beginning again at 1 and continuing to 28,107 with the discontinuation of the model in 1911. The revolver was available in blue or nickel, with barrel lengths of 3¼", 4", and 6". The stocks were of black hard rubber similar to those used in previous models.

**Smith & Wesson .38 Single Action Third Model, sometimes referred to as the Model of 1891, caliber .38 S&W.**



The basic difference from the .38 Single Action Second Model was the elimination of the spur trigger in favor of a conventional trigger and trigger guard. Though this streamlined the appearance of the revolver, it did not encourage increased sales, for the day of the single action revolver was rapidly coming to a close. Furthermore, the move away from the spur trigger created problems with some of the factory's Latin American customers, particularly Mexico, who still preferred the single action design having the spur trigger. Needing sales for this model, the factory designed a spur trigger that could be inserted into the trigger guard cut to change the model to a spur-trigger style. This model was called the Mexican Model by the factory, but today it is properly classified as the .38 Single Action Mexican Model. For many years, the factory offered the spur trigger inserts as an accessory item, thus some revolvers were converted after the revolver was shipped from the factory. The true Mexican Models, as produced by the factory for the Latin American trade, also incorporated a hammer that had a flat side similar to the hammer used on the early model. There are no records to indicate the quantity of Mexican Models produced, but all research shows the quantity to be small.



Smith & Wesson .38 Single Action Mexican Model, caliber .38 S&W.

Smith & Wesson did many things to promote the sale of these models. One of the most productive was offered in 1893 when the factory converted many of these revolvers to single shot target pistols. These were serial numbered in this same serial number series, and if an individual desired the combination of both a revolver and a single shot pistol he could order them from the factory as a set. The single shots were available in .22, .32 S&W, and .38 S&W with barrel lengths of 6'', 8'', and 10''.

Despite efforts to encourage sales for this model,

the demand was so small that the factory dropped these revolvers from its line in 1911, thus ending the era of the .38 Single Action pocket pistol.

### .32 SINGLE ACTION

Once the firm had the .38 Single Action in full production, D. B. Wesson began to consider the reintroduction of his Model 1½ series in .32 caliber. The Model 1½ had been a popular pocket revolver and was one of the first guns redesigned as a top-break but was never produced. The improvements that had been made in the .38 Single Action would make it possible to produce the smaller .32 Single Action. The firm also incorporated another feature in this small pocket pistol design: a rebound hammer patented by D. B. Wesson and James H. Bullard on December 18, 1877. This design prevented the hammer firing pin from resting against the primer when the hammer was at rest. Though this was the first revolver produced by Smith & Wesson to incorporate this feature, it was not the first time the firm had used rebounding hammers, for they had incorporated this style hammer in the Wesson Firearms Company shotgun produced by Smith & Wesson between 1867 and 1871.

In developing the .32 Single Action pistol, D. B. Wesson patterned the gun after the early Model 1½ Second Issue maintaining the general lines and the bird's-head grip that had been very popular. The caliber of the new revolver was a reloadable .32 center fire cartridge designed by D. B. Wesson. It was a short

Smith & Wesson .32 Single Action, caliber .32 S&W.





Drawing of early eccentric type mainspring cam (top) and the conventional strain screw used in the majority of the .32 Single Actions (bottom).

cartridge with the bullet seated tightly in the mouth without the use of a crimp, similar to that of the .38 caliber cartridge designed for the .38 Single Action. The new cartridge was called the .32 Smith & Wesson cartridge. It is still being manufactured and for many years was one of the most popular .32 caliber center fire cartridges.

The first parts for the .32 Single Action were completed in November 1877 and the first revolvers were being assembled in January 1878. The first production revolvers incorporated a new style of mainspring tension device that was located under the grip. This device was an eccentric cam that applied tension to the mainspring by rotating clockwise and was used in place of the conventional strain screw. The new tension device did not prove successful and was eliminated by June 1878, six months after the model had been introduced. A total of 6,500 revolvers were manufactured with this unusual mainspring tension device.

Like the .38 Single Action, this model was produced in either a blue or nickel finish with the blue finished models having wood stocks. This practice existed only during the first year's production with a total of 705 pairs of walnut stocks being completed. The nickel finished revolvers were in the largest demand, and by the end of 1881 the factory had produced a total of 50,725 revolvers, of which 4,336 were of the blue finish and the remainder in nickel.

The .32 Single Action was serial numbered in its own serial series beginning at 1 with the highest number being 95,574. These were sold until 1892 when the model was discontinued. Like its big brother, the .38 Single Action, it was offered in a wide variety of barrel lengths. The widest selection occurred in 1887 when the factory added the 8'' and 10'' barrel lengths to the others, making it available in 3'', 3½'', 6'', 8'', and 10'' lengths. The latter two barrel lengths were very rare and were of a two-piece construction identical to the barrel on the revolving rifle.

There is no doubt that this graceful little single action is an excellent revolver to collect for the individual who wishes to specialize in one of the less expensive models. It offers the collector many variations in barrel and grip marking as well as the minor variation in the extractor lifter also found in the .38 Single Action Second Model. If a collector were to obtain all of these variations and different barrel lengths, he would have accomplished a great deal and could assemble a display that would have broad appeal.

## TARGET SINGLE SHOTS

It is difficult to determine the appropriate place to discuss the single shot pistols produced by Smith & Wesson. The guns are a group all their own, being comprised of four distinct models, all but one of which are single action. Though they are as different as day and night, with the single shot pistol designed as a target gun and the pocket single action designed for self-defense, it seems appropriate to this author to include the single shot pistols with the pocket single actions since they stem from this group. The single shot pistols probably emerged from the pocket pistols because it was not profitable in the beginning to produce them as an entirely separate model.

The discussion of these pistols is limited, since information currently available on the various models is scarce. Further, since target shooters are individuals with a wide range of interests, the variance within each model group is large and has not been totally documented. Four model types generally are recognized. The First Model type was developed on the .38 Single Action frame. The Second Model type was an altered .38 Single Action frame modified to be produced as a single shot only. The Third Model was a solid frame manufactured by using a modified production frame that had been developed for the Perfected .38 Double Action. The last of these models was a completely different style and was the only single shot designed as a new model not incorporating parts from another production model. This single shot was called the Straight Line.

As was mentioned earlier, the First Model Single Shot was introduced in 1893 as a conversion of the .38 Single Action Third Model. The factory first offered a single shot barrel that could be interchanged with the .38 Single Action revolver barrel and cylinder. This barrel was offered in three calibers, .22 Rim Fire, .32 S&W, and .38 S&W. Each barrel could be purchased in 6'', 8'', or 10'' lengths. The company also developed an oversize target grip that lengthened the grip of the frame and gave the shooter a better handful to help control the pistol. The sights were Smith & Wesson target, both front and rear. Generally, the pistol was equipped with a Paine-type sight, but by the end of the 1890s the Patridge sight was also available.

Soon after the introduction of the accessories, barrels, and stocks allowing for conversion to a single shot target pistol, Smith & Wesson began to get requests for a single shot pistol. The factory produced a quantity of single shots in each of the three calibers. It



Smith & Wesson's four Single Shot Models. From top to bottom: First Model; Second Model in rare 6'' barrel length; Third Model, commonly referred to as the Perfected Single Shot; and the Straight Line.

appears that approximately 1,500 single shots were assembled and sold; however, factory records are incomplete and the shipping records record only 862 .22 calibers; 230 .32 calibers; and 160 .38 calibers as being sold. The serial numbers of these pistols are listed in *Smith & Wesson 1857-1945*, by R. G. Jinks and R. J. Neal. It is these models that are classified as First Model Single Shots. They were strictly revolver frames that were factory-produced as single shot pistols. They can be identified as guns that were originally sold as single shots by the fact that the serial number is on the front strap of the grip, since the factory target stocks covered the butt of the pistol and would have prevented the serial numbers from being readily visible. These factory-produced single shots may also lack the cylinder stop and hand found in a revolver, since neither served a purpose in the single shot pistol. The First Model Single Shot was available in blue or nickel and could be ordered as a combination set consisting of a revolver and a single shot barrel.

As the popularity of the single shot increased, Smith & Wesson reworked the frame to make it strictly a single shot. The traditional story told for this design change was that the factory objected to individuals purchasing combination sets and getting two guns at a lower price. This theory cannot be documented nor are there large quantities of combination sets available to substantiate the claim. The more logical explanation is that the change was made to reduce manufacturing costs as well as to allow for the smoother action required by a target shooter.

The changes that were made from the First Model Single Shot to the Second Model type were: the cylinder recoil shield was eliminated from the frame, making the side of the frame flat; and the hand and cylinder stop cuts were eliminated, since they served no useful purpose in a single shot. Other than these changes, the frame was basically that of the .38 Single Action Third Model.

The Second Model Single Shot was introduced in 1905 and sold until 1909. It was produced in a separate serial number range from that of the First Model. The serial numbers began at 1 and continued through 4,617. The gun, with a finish of blue or nickel, was offered in 10'' barrel length only; however, since large quantities of 6'' and 8'' barrels were available, special orders for these lengths were produced on occasion.

The Second Model Single Shot was produced only in .22 caliber rim fire, which was generally the caliber used in competitive shooting. The factory continued to produce the model as long as frames for the .38 Single Action Third Model were available. By 1909 the supply of frames had been exhausted and the firm selected another .38 caliber frame to use as a substitute. The change of frame resulted in the factory bringing out what has been called the Third Model Single Shot or the Perfected Single Shot.

The name Perfected Single Shot comes from the fact that this Third Model Single Shot was produced on the frame for the .38 Perfected Double Action. This frame had an integral trigger guard, and the side plate