ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ANNA FERRARI
Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendants Rob Bonta and
Blake Graham, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER et al.,** | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **COMPENDIUM OF WORKS CITED IN DECLARATION OF RANDOLPH ROTH** |
| **v.** | |
| | **VOLUME 25 OF 37** |
| **CALIFORNIA ATTORNEY GENERAL ROB BONTA et al.,** | Courtroom:  5A |
| | Judge:  Hon. Roger T. Benitez |
| Defendants. | Action Filed:  August 15, 2019 |

1

# INDEX

| Works | Decl. Page | Compendium Page |
|---|---|---|
| **HISTORICAL STATUTES** | | |
| Joseph R. Swan, The Revised Statutes of the State of Ohio, of a General Nature, in Force August 1, 1860 (Cincinnati: Robert Clarke & Co., 1860), 452 | 24 n.86 | 0001 |
| An Act Regulating the Right to Keep and Bear Arms, 12th Leg., 1st Called Sess., ch. XLVI, § 1, 1870 Tex. Gen. Laws 63 | 20 n.77 | 0005-0007 |
| An Act to Regulate the Keeping and Bearing of Deadly Weapons, 12th Leg. Reg. Sess., ch. XXXIV, §§ 1, 3, 1871 Tex. Gen. Laws 25 | 21 n.78 | 0008-0011 |
| Federal Explosives Act of 1917, 40 Statute 385 | 30 n.101 | 0012-0020 |
| The National Firearms Act of 1934, 48 Statute 1236 | 30 n.100 | 0021-0026 |
| The National Firearms Act of 1938, 52 Statute 1250 | 30 n.100 | 0027-0029 |
| The Organized Crime Control Act of 1970, 84 Statute 922 | 30 n.101 | 0030-0071 |
| **BOOKS[i]** | | |
| Paul Avrich, *Sacco and Vanzetti: The Anarchist Background* 140-156, 181-195 (Princeton: Princeton University Press, 1991) | 29 n.97 | 0073-0079 |
| Fox Butterfield, *All God's Children: The Bosket Family and the American Tradition of Violence* 3-18 (New York: Vintage, 1996) | 8 n.29, 25 n.88 | 0080-0098 |
| Sucheng Chan, *This Bittersweet Soil: The Chinese in California Agriculture, 1860-1910*, at 372 (Berkeley: University of California Press, 1986) | 26 n.89 | 0099-0102 |
| J. A. Chapman, *History of Edgefield County* 39-41 (Newberry, South Carolina: Elbert H. Aull, 1897) | 25 n.88 | 0103-0109 |

2

| | | |
|---|---|---|
| Patrick J. Charles, *Armed in America: A History of Gun Rights from Colonial Militias to Concealed Carry* 70-121 (New York: Prometheus Books, 2018) | 7 n.28 | 0110-0138 |
| Robert J. Cottrol & Raymond T. Diamond, "*Public Safety and the Right to Bear Arms*" in David J. Bodenhamer & James W. Ely, Jr., eds., The Bill of Rights in Modern America, revised and expanded, at 88-107 (Bloomington: Indiana University Press, 2008) | 14 n.51 | 0139-0162 |
| Clayton E. Cramer, *Concealed Weapons Laws of the Early Republic: Dueling, Southern Violence, and Moral Reform* 69-96, 143-152 (Westport, Connecticut: Praeger, 1999) | 11 n.37, 14 n.50, 14 n.51 | 0163-0185 |
| Clayton E. Cramer, *For the Defense of Themselves and the State: The Original Intent and Judicial Interpretation of the Right to Keep and Bear Arms* 74, 83-85, 97-140 (Westport, Connecticut: Praeger Publishers, 1994) | 14 n.51 | 0186-0215 |
| Edward C. Ezell, *Handguns of the World: Military Revolvers and Self-Loaders from 1870 to 1945*, at 24-28 (Harrisburg, Pennsylvania: Stackpole Books, 1981) | 17 n.64 | 0216-0222 |
| John Mack Faragher, *Eternity Street: Violence and Justice in Frontier Los Angeles* 463-80 (New York: W. W. Norton, 2016) | n.80 | 0223-0234 |
| Julian S. Hatcher, *Pistols and Revolvers and Their Use* 8-11 (Marshallton, Delaware: Small-Arms Technical Publishing Company, 1927) | 17 n.64 | 0235-0242 |
| Charles T. Haven and Frank A. Belden, *A History of the Colt Revolver and the Other Arms Made by Colt's Patent Fire Arms Manufacturing Company from 1836 to 1940*, at 17-43 (New York: Bonanza Books, 1940) | 17 n.64 | 0243-0274 |
| W. Eugene Hollon, *Frontier Violence: Another Look* 93-95 (New York: Oxford University Press, 1974) | 26 n.89 | 0275-0282 |
| Roy G. Jinks, *History of Smith and Wesson* 38-57, 104-170 (North Hollywood: Beinfeld, 1977) | 18 n.65, 19 n.69 | 0283-0329 |

| | | |
|---|---|---|
| Philip D. Jordan, Frontier Law and Order—10 Essays, at 1-22 (Lincoln: University of Nebraska Press, 1970) | 14 n.51, 15 n.52 | 0330-0343 |
| Don B. Kates, Jr., "Toward a History of Handgun Prohibition in the United States," in Cates, ed., Restricting Handguns: The Liberal Skeptics Speak Out 7-30 (Croton-on-Hudson, New York: North River Press, 1979) | 14 n.51, 15 n.52 | 0344-0358 |
| Jeff Kinard, *Pistols: An Illustrated History of Their Impact* 163 (Santa Barbara: ABC-CLIO, 2003) | 19 n.69 | 0359-0362 |
| Aubrey C. Land, *Colonial Maryland: A History* 49-54 (Millwood, New York: Kato Press, 1981) | 25 n.88 | 0363-0368 |
| Stephen C. LeSueur, *The 1838 Mormon War in Missouri* 162-68 (Columbia: University of Missouri Press, 1987) | 25 n.88 | 0369-0375 |
| Harold L. Peterson, *American Knives: The First History and Collector's Guide* 25-70 (New York: Scribner, 1958) | 13 n.49 | 0376-0401 |
| Harold L. Peterson, *Arms and Armor in Colonial America, 1526-1783*, at 155-225 (New York: Bramhall House, 1956) | 5 n.11 | 0402-0476 |
| Harold L. Peterson, *Daggers and Fighting Knives in the Western World, from the Stone Age till 1900*, 67-80 (New York: Walker, 1968) | 13 n.49 | 0477-0504 |
| David Rapoport, *Waves of Global Terrorism: From 1879 to the Present* 65-110 (New York: Columbia University Press, 2022) | 29 n.97 | 0505-0553 |
| Randolph Roth, *American Homicide* 42, 45 61-144 (especially the graphs on 38, 39, and 91), 145-79, 158, 163, 180-198, 199-203, 204-224, 297-299, 299-302, 354-384, 384-385 (Cambridge: The Belknap Press of Harvard University Press, 2009) | passim | 0554-0663 |

4

| | | |
|---|---|---|
| Randolph Roth, "*Why Guns Are and Aren't the Problem: The Relationship between Guns and Homicide in American History*," in Jennifer Tucker, Barton C. Hacker, and Margaret Vining, eds., A Right to Bear Arms? 116-20, 124-27 (Washington, D.C.: Smithsonian Institution Scholarly Press, 2019) | passim | 0664-0679 |
| Dennis C. Rousey, *Policing the Southern City: New Orleans, 1805-1889*, at 151-58 (Baton Rouge: Louisiana State University Press, 1996) | 27 n.91 | 0680-0682 |
| Priya Satia, *Empire of Guns: The Violent Making of the Industrial Revolution* 9-10 (New York: Penguin Press, 2018) | n.11 | 0683 |
| Priya Satia, "*Who Had Guns in Eighteenth Century Britain?*" in Tucker, Hacker, and Vining, A Right to Bear Arms 41-44 (2019) | n.11 | 0684-0689 |
| Gilles Vandal, *Rethinking Southern Violence: Homicides in Post-Civil War Louisiana, 1866-1884*, at 67-109 (Columbus: Ohio State University Press, 2000) | 27 n.92 | 0690-0713 |
| Bill Yenne, *Tommy Gun: How General Thompson's Submachine Gun Wrote History* 74-78, 86, 91-93 (New York: Thomas Dunne Books, 2009) | 28 n.93, 29 n.96 | 0714-0728 |
| **LAW REVIEWS AND JOURNALS** | | |
| Robert J. Cottrol & Raymond T. Diamond, "The Second Amendment: Toward an Afro-Americanist Reconsideration," 80 Geo. L.J. 309, 309-61 (1991) | 14 n.51 | 0730-0771 |
| Clayton E. Cramer, "*Colonial Firearms Regulation*" (April 6, 2016) (available at SSRN: https://bit.ly/3THcMTu) | 4 n.3 | 0772-0794 |
| Rob Harper, "Looking the Other Way: The Gnadenhutten Massacre and the Contextual Interpretation of Violence," 64 Wm. & Mary Q. 621, 621-44 (2007) | 25 n.88 | 0795-0819 |

| | | |
|---|---|---|
| Herschel C. Logan, *Cartridges: A Pictorial Digest of Small Arms Ammunition* 11-40, 180-183 (New York: Bonanza Books, 1959) | 6 n.18 | 0820-0839 |
| Mary Alice Mairose, "*Nativism on the Ohio: the Know Nothings in Cincinnati and Louisville, 1853-1855*" (M.A. thesis, Ohio State University, 1993) | 26 n.89 | 0840-1021 |
| Brennan Gardner Rivas, *Enforcement of Public Carry Restrictions: Texas as a Case Study*, 55 UC Davis Law Review 2603, 2609-10 (2021) | 20 n.77, 21 n.78, 22 n.79 | 1022-1036 |
| Randolph Roth and James M. Denham, *Homicide in Florida, 1821-1861*, 86 Fla. Historical Q. 216 (2007) | 12 n.43 | 1037-1061 |
| Randolph Roth, Michael D. Maltz, and Douglas L. Eckberg, *Homicide Rates in the Old West*, 42 W. Historical Q. 173 (2011) | 20 n.76 | 1062-1105 |
| Randolph Roth, *Measuring Feelings and Beliefs that May Facilitate (or Deter) Homicide*, 16 Homicide Studies 197 (2012) | 16 n.56 | 1106-1125 |
| Robert J. Spitzer, *Gun Accessories and the Second Amendment: Assault Weapons, Magazines, and Silencers*, 83 Law & Contemporary Problems 238 (2020) | 30 n.99 | 1126-1149 |
| **LEGISLATIVE MATERIALS AND GOVERNMENT RECORDS** | | |
| Department of Commerce, Bureau of the Census, Fourteenth Census of the United States Manufactures: Explosives 1126 (Washington, D.C.: Government Printing Office, 1922) | 28 n.95 | 1151-1154 |
| Grand Jurors of Wilkes County, Georgia, Superior Court Minutes, July 1839 term, as quoted and discussed in Roth, American Homicide at 218-219 and n. 76. | 12 n.46 | 1155-1156 |
| U.S Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives, Enforcement Programs and Services, ATF Federal Explosives Law and | 28 n.95 | 1157-1264 |

| | | |
|---|---|---|
| Regulations (2012) | | |
| **NEWS ARTICLES** | | |
| Charlie Savage, *Trump Administration Imposes Ban on Bump Stocks*, N.Y. Times, Dec. 18, 2018 | 31 n.103 | 1266 |
| **OTHER SOURCES** | | |
| Bureau of Alcohol, Tobacco, Firearms, and Explosives, Office of Enforcement Programs and Services, Office of Field Operations, Open Letter to All Federal Firearms Licensees, Mar. 22, 2022 | 33 n.109 | 1268-1269 |
| CDC Wonder Compressed Mortality Files, ICD-10 | 4 n.5 | 1270-1310 |
| CPI Inflation Calculator (https://bit.ly/3CS5UNl) | 28 n.94 | 1311-1321 |
| Guns.com – Price of Semiautomatic Handguns (https://bit.ly/3CVb1uW) | 32 n.108 | 1322-1325- |
| Jerry Miculek, "Dual Glock 17 Rapid Fire 60 Rounds in 5 Seconds! 660 RPM," YouTube | 32 n.107 | 1326 |
| Lunde Studio, Are Binary Triggers Legal (2022) All You Need to Know | 33 n.109 | 1327-1332 |
| Military-today.com, M16 Assault Rifle | 31 n.104 | 1333-1334 |
| "Rapid Manual Trigger Manipulation (Rubber Band Assisted)," YouTube | 33 n.110 | 1335 |
| Roth, "American Homicide Supplemental Volume: Weapons," available through the Historical Violence Database, sponsored by the Criminal Justice Research Center at the Ohio State University (https://bit.ly/3TpI4yu) | 9 n.32, 12 n.44, 17 n.62, 20 n.74 | 1336-1437 |
| Department of the Army, TC 3-22.9 Rifle and Carbine Manual (May 2016) | 31 n.105 | 1438-1689 |
| The Violence Project's Mass Shooter Database | 34 n.111 | 1690 |

7

| | | |
|---|---|---|
| Guns.com, AR-15s | 28 n.94 | 1691-1696 |
| Gunmagwarehouse.com, AR-15s | 28 n.94 | 1697-1722 |
| 2011 Tucson Shooting," Wikipedia. | 36 n.113 | 1723-1747 |
| Rick Sapp, Standard Catalog of Colt Firearms, at 96 (Cincinnati: F+W Media, 2011) | 19 n.69 | 1748 |

---

[i] The Declaration of Randolph Roth cites 36 books in their entirety, consistent with the practice of professional historians. *See* Roth Decl. ¶¶ 14 n.27-28, 15 n.29, 16 n.35-36, 18 n.43, 26 n.63, 29 n.75, 31 n.80, 35 n.87, 36 n.89, 37 n.90, 37 n.91-92, 39 n.93, 40 n.96-98 (citing Louis Adamic, *Dynamite: The Story of Class Violence in America* (New York: Viking, 1931); David F. Almendinger, Jr., Nat Turner and the Rising in Southampton County (Baltimore: Johns Hopkins Press, 2014); Patrick H. Breen, *The Land Shall Be Deluged in Blood: A New History of the Nat Turner Revolt* (New York: Oxford University Press, 2015); Scott Ellsworth, *Death in a Promised Land: The Tulsa Race Riot of 1921* (Baton Rouge: Louisiana State University Press, 1982); Francis S. Fox, *Sweet Land of Liberty: the Ordeal of the American Revolution in Northampton County, Pennsylvania* (University Park: Pennsylvania State University Press, 2000); John Hope Franklin, *The Militant South, 1800-1861* (Cambridge: Belknap Press of Harvard University Press, 1961); John B. Frantz and William Pencak, eds., *Beyond Philadelphia: The American Revolution in the Pennsylvania Hinterland* (University Park: Pennsylvania State University Press, 1998); Joanne B. Freeman, *Affairs of Honor: National Politics in the New Republic* (New Haven: Yale University Press, 2001); Beverly Gage, *The Day Wall Street Exploded: A Story of American in Its First Age of Terror* (New York: Oxford University Press, 2009); Paul A. Gilje, *Rioting in America* (Bloomington: Indiana University Press, 1996); and David Grimsted, *American Mobbing: Toward Civil War* (New York: Oxford University Press, 1996); David Grann, Killers of the Flower Moon: The Osage Murders and the Birth of the FBI (New York, Doubleday, 2017); Pamela Haag, *The Gunning of America: Business and the Making of American Gun Culture* (New York: Basic Books, 2016); Terri Diane Halperin, *The Alien and Sedition Acts: Testing the Constitution* (Baltimore: Johns Hopkins University Press, 2016); C. A. Harwell, "*The End of the Affair? Anti-Dueling Laws and Social Norms in Antebellum America*," Vanderbilt Law Review 54 (2001): 1805-1847; William Helmer and Arthur J. Bilek, *The St. Valentine's Day Massacre: The Untold Story of the Bloodbath That Brought Down Al Capone* (Nashville: Cumberland House, 2004); Graham R. Hodges, *Root and Branch: African Americans in New York and East Jersey, 1613-1863* (Chapel Hill: University of North Carolina Press, 1999); Holger Hoock, *Scars of Independence: America's Violent Birth* (*New York: Broadway Books / Penguin Random House, 2017); LeeAnna Keith, The Colfax Massacre: The Untold Story of Black Power, White Terror, and the Death of Reconstruction* (New York: Oxford University Press, 2008); Brandon G. Kinney, *The Mormon War: Zion and the Missouri Extermination Order of 1838* (Yardley, Pennsylvania: Westholme, 2011); Leonard Levy, *Jefferson and Civil Liberties: The Darker Side* (Cambridge: The Belknap Press of Harvard University Press, 1963); Leon F. Litwack, *North of Slavery: The Negro in the Free States, 1790-1860* (Chicago: University of Chicago Press, 1961); Tim Madigan, *The Burning: Massacre, Destruction, and the Tulsa Race Riot of 1921* (New York: Thomas Dunne Books / St. Martin's Press, 2001); Drew R.

McCoy, *The Last of the Fathers: James Madison and the Republican Legacy* (New York: Cambridge University Press, 1989); Clare V. McKanna, *Race and Homicide in Nineteenth-Century California* (Reno: University of Nevada Press, 2002); Clare V. McKanna, Jr., *Homicide, Race, and Justice in the American West, 1880-1920* (Tucson: University of Arizona Press, 1997); Joanne Pope Melish, *Disowning Slavery: Gradual Emancipation and "Race" in New England, 1780-1860* (Ithaca: Cornell University Press, 1998); Stephen B. Oates, *The Fires of Jubilee: Nat Turner's Fierce Rebellion* (New York: Harper and Row, 1975); Herta E. Pauli, *Alfred Nobel: Dynamite King, Architect of Peace* (New York: L. B. Fisher, 1942); Jack N. Rakove, *Original Meanings: Politics and Ideas in the Making of the Constitution* (New York: Alfred A. Knopf, 1996); Horace V. Redfield, *Homicide, North and South: Being a Comparative View of Crime against the Person in Several Parts of the United States* (Columbus: Ohio State University Press, 2000); *Andrew S. Trees, The Founding Fathers and the Politics of Character* (Princeton: Princeton University Press, 2003); Alan Trelease, *White Terror: The Ku Klux Klan Conspiracy and Southern Reconstruction* (New York: Harper and Row, 1975); Alan Taylor, *Divided Ground: Indians, Settlers, and the Northern Borderland of the American Revolution* (New York: Knopf, 2006); William M. Tuttle, Jr., *Race Riot: Chicago in the Red Summer of 1919* (New York: Atheneum, 1970); Sean White, *Somewhat More Independent: The End of Slavery in New York City, 1780-1810* (Athens: University of Georgia Press, 1991); Gordon S. Wood, *The Creation of the American Republic, 1776-1787* (Chapel Hill: University of North Carolina Press, 1969); Bertram Wyatt-Brown, *Southern Honor: Ethics and Behavior in the Old South* (New York: Oxford University Press, 1982).

Professor Roth was unable to provide narrowed references to these 36 books he cited in his declaration on account of his prior commitment to attend, and deliver the keynote address at, a conference of the Council on Criminal Justice, in Washington D.C., in advance of the October 21 deadline to file this compendium. Should the Court wish to receive excepted copies of these works, Professor Roth is willing to provide them, but additional time to comply will be required.

was on the right side of the frame rather than the left. The gun was completely different in that it incorporated the double action hammer and trigger used on the .38 Perfected Model; and, for this reason, it is possible to find the Third Model in double action. The grips on the Third Model were oversized target but produced in walnut rather than hard rubber that had been used on the previous models.

The Third Model Single Shot was introduced in 1909 and produced until 1923. It was serial numbered in a continuation of the Second Model serial number group beginning with number 4,618 and continuing through 11,641. It was catalogued in blue finish only and had a barrel length of 10".

One of the interesting variations found in this model is called the Olympic Model. This name originated from some experimental work the factory had done to improve accuracy of the barrel. It was determined that if the cartridge chamber were shortened so the shooter had to force the bullet into the rifling when loading the pistol, the results would be a tighter group size. This experimental work had been done for one of the early U. S. Olympic Team members who was shooting the Smith & Wesson Single Shot pistol. However, this short chamber was not incorporated on all single shots, since it made the pistol extremely difficult to load and the added accuracy could be taken advantage of only by the most skilled competitive shooter. Like many other features associated with target shooting, the Olympic-chambered barrels gained such a reputation that the factory offered them as a special feature on this model. To detect if your pistol has this special chamber, it is necessary to insert a long rifle cartridge in the chamber. If the cartridge chambers, the barrel is standard; however, if the cartridge lacks approximately 1/16 inch of chambering and has to be forced into the rifling, the gun has the rare Olympic-style chamber.

In 1923 when this model was discontinued, it ended the period of single shots produced on revolver frames. These three single shot models had been popular guns with competitive shooters and had successfully set records across the United States as well as around the world. Although the firm produced only approximately 13,600 pistols during the thirty years they were offered, these handguns helped establish the fine quality of Smith & Wesson target guns. These pistols also led Smith & Wesson to produce a pistol that was considered to be what every target shooter wanted in a handgun. In 1920, the factory published a

questionnaire that was circulated to competitive shooters across the country to obtain ideas on what they considered to be the ideal pistol. As can be imagined, the results of this inquiry were a hodgepodge of many ideas, for each competitive shooter had his own theory. But from this questionnaire came these common points: the pistol should have the shape of an autoloading pistol, and the hammer and trigger should move in a straight line so that their movement does not disturb the sight alignment. With these ideas in mind, the factory designed its fourth and last model single shot. This pistol was introduced in 1925 and was called the Straight Line because of the manner in which the hammer and trigger functioned. The pistol has the appearance of the autoloading pistol, thus providing the shooter with that grip angle. It was chambered in .22 Long Rifle with the barrel featuring the short Olympic chamber. The barrel length was 10"— providing the shooter maximum sight radius—and the gun had a luxurious Smith & Wesson blue finish.



Smith & Wesson .22 caliber Straight Line in original case with accessories. Collection of William J. Orr.

However, it lacked two interrelated things: dependable function and sales. The primary functional problems were (1) the trigger pull would not remain consistent and (2) because of the tight tolerances to which the pistol had been built, the hammer fall was sluggish if it was over-lubricated.

The factory was proud of this new model and the initial production run was 1,870 units. The last of these was sold in 1936 when the model was dropped from the catalog. This left the firm with a quantity of unfinished parts as well as a chagrinned management that would talk about any single shot they had produced but the Straight Line.

The single shot pistols are an interesting group of guns to study. You can collect them as produced by the factory or in the numerous variations that illustrate the innovative ideas of the competitive shooter who modified the pistol to meet his needs. In this latter group are ones that were modified by some of the most famous of all American gunsmiths; such as H. Pope, who sleeved the S&W barrels with his barrels that featured the famous Pope-style rifling. Probably no other pistol manufactured by Smith & Wesson reflects the personality and individuality of its original owner as these four models of the Smith & Wesson single shot pistols.

Chapter VII

# The
# Double Action Top-Breaks

Smith & Wesson became interested in the double action style far earlier than most people realize. The first indicaton that the factory had designed a double action, or self-cocker as it was originally called, is found in a letter from the factory to General A. Gorloff. The letter is dated November 20, 1872, and is in reply to a letter from Gorloff discussing delivery and future contracts. For this discussion, the pertinent point in the letter reads:

> Fifth-We will finish twenty thousand self-cocking revolvers like sample furnished by us (if plain blue) packed and delivered as above provided, for the sum of fourteen and 45/100 dollars $14.45.
> Sixth-If nickel plated & finished like sample 20 nickel plated at $14.95.

The letter goes on to give some points concerning the Model 3 Russian and various options. When deliveries became the point, the letter states,

> Ninth-If self-cocking revolvers are ordered, four months will be required to make the necessary preparation of tools. After which we can deliver an average of 100 per day.

The letter clearly established the fact that Smith & Wesson had designed and built a double action revolver by 1872, either at the request of the Russian



Smith & Wesson .44 Double Action, built at the request of the Russian Government in 1872. Above is close up with hammer cocked.



Government or in anticipation that there would be a Russian market for a self-cocking-style handgun.

This early double action revolver had a very different appearance from what would be expected. It would seem obvious that the factory would modify the Model 3 into a double action revolver and submit it; however, they chose a completely new style of revolver, using a modified top-break latch that gave the revolver an appearance unlike any previous Smith & Wesson. It is possible that the design of this revolver was patterned after a sample submitted by the Russians. It is also assumed that the samples submitted to Russia were of the same design and in the .44 S&W Russian caliber as is illustrated.

The story of this early self-cocking revolver seems to end right here, since factory records do not record the Russians' response to the gun. Though the self-cocking pistols were mentioned during the 1870 and 1880 period in communications between the Russian Government and Smith & Wesson, no further mention has been found.

Original factory drawing of J. H. Bullard's .44 Double Action Model of 1876.



Further development of the self-cocker seemed halted until October of 1876, when J. H. Bullard made drawings of both .38 and .44 caliber revolvers. These revolvers incorporated the long-type barrel latch used on the earlier sample submitted to Russia. It also included a Schofield extractor system and, if the company had used it, they would have had to pay a royalty to Schofield. The exact reasons are unknown, but this new design was not adopted. On August 15, 1878, a further design change was made by modifying a Model 3 revolver to double action. This design used a completely different style double action cocking system and a dual-purpose mainspring that functioned to drive the hammer forward as well as to return the trigger. An added change to be noted in this drawing is that the factory, for the first time, labeled its drawing as a double action rather than a self-cocker. This established the date when this term became standard Smith & Wesson terminology.

Original factory drawing of the redesigned No. 3 Double Action, dated August 15, 1878.



### .38 DOUBLE ACTION MODELS

The factory had been experimenting with a double action revolver for six years without plans for production. D. B. Wesson was the type of individual who had learned from past experiences that the design must be perfect before the gun is placed into production. But he was beginning to note a sales drop of single actions, since both Colt and Forehand & Wadsworth were producing double action revolvers. Efforts to improve the Smith & Wesson design were increased and on February 22, 1879, J. H. Bullard completed the drawings for a .32 caliber double action. By October 16, 1879, Bullard had completed the drawings on the .38 Double Action and plans were begun to produce the tooling necessary to manufacture these revolvers.

The first of the double action revolvers completed was the .38 caliber. The firm completed 324 nickel guns in February 1880 and by the end of 1880 had completed 17,691 revolvers, of which 733 were in blue.

The January 1880 catalog announced the introduction of the .38 Double Action revolver describing it as a five shot, weight 18 ounces, caliber 38/100 (.38 S&W) with barrel lengths of 3¼'', 4'', and 5''. The gun could be ordered in blue or nickel but the nickel was the

*Original factory drawing of .32 Double Action.*



preferred finish. The trigger guard and barrel catch were in a blue finish giving a nice color contrast to the nickel finished guns. It was equipped with hard black rubber stocks as standard, with red rubber offered as an option.

The design of the early Smith & Wesson double action revolver used a rocker-type cylinder stop having two sets of stop notches on the cylinder, with a freeing groove associated with the second set to allow proper function. This feature, the extreme curved trigger and reversed curve in the rear of the trigger guard, allows an individual to quickly identify the Smith & Wesson double action revolver.

Early in 1880, D. B. Wesson had recognized a fault in the design of his double action revolvers. He had designed the double action for ease of assembly, and constructed the frame so the side plate was cut completely across the frame to allow fitters to easily assemble the lockwork. But this cut weakened the strength of the frame and Wesson quickly changed the design so the plate only extended partially across the frame. This frame change marked the beginning of what collectors classify as the .38 Double Action Second Model. During the thirty-one years this model was produced, it was improved by four engineering changes. Each one of these changes has been classified by the collector as a separate model, resulting in the following classifications:

**.38 DOUBLE ACTION FIRST MODEL**
Original design—has straight cut side plate, produced in 1880 between serial numbers 1 and 4,000.

**.38 DOUBLE ACTION SECOND MODEL**
The side plate changed to irregular shape, not extending across the frame. Produced between 1880 and 1884 from serial number 4,001 to 119,000.

**.38 DOUBLE ACTION THIRD MODEL**
Numerous changes in interior design were made to this model, but the most important was the elimination of the rocker-type cylinder stop; thus making it no longer necessary to have the freeing groove and front cylinder stop notch. This change occurred in 1884 and was produced until 1895 from serial number 119,001 to 322,700.

**.38 DOUBLE ACTION FOURTH MODEL**
In exterior appearance, it is identical to the Third Model. The changes incorporated were in the relocation of the sear to provide a better single action pull. These changes occurred in 1895 and the model was produced until 1909 from serial number 322,701 to 539,000.



The five model variations of the Smith & Wesson .38 Double Action.
From top to bottom: First Model, Second Model, Third Model, Fourth Model, and Fifth Model.

### .38 DOUBLE ACTION FIFTH MODEL

This model was identical to the previous models, except the barrel catch was changed to a more square type and the front sight was forged as an integral part of the barrel rather than being pinned into position. This change was incorporated in 1909 and produced until 1911 from serial number 539,001 to 554,077.

The .38 Double Action revolver was a great success for Smith & Wesson. During its thirty-one years of production, the firm produced 554,077 of these revolvers, with the peak of its popularity in the first ten years when the firm produced slightly over 40 percent of the total production. This model is interesting to study and offers a wide variety of barrel lengths. The 6'' barrel was an additional option from late 1880 to 1888 when the exotic lengths of 8'' and 10'' were offered. For the collector who wishes to study these models in detail, it would be useful to consult *Smith & Wesson 1857-1945*, by R. G. Jinks and R. J. Neal.

### .38 DOUBLE ACTION PERFECTED MODEL

The Perfected Model of the .38 double actions was the last of the top-break revolvers introduced by the factory. It was, in reality, a final improvement of the .38 double action series. It was introduced by the firm in 1909 and was built on a solid frame with the trigger guard an integral part of the frame. Essentially, what Smith & Wesson did was to modify the frame for its .32 Hand Ejector Model of 1903 to that of a top-break. The lockwork in this model was identical to that incorporated in the .32 Hand Ejector. This interchangeability of parts, plus a frame that could be produced on part of

Smith & Wesson .38 Double Action Perfected Model, engraved by factory engraver H. Jarvis.



the same tooling as the .32 Hand Ejector, allowed the factory to obtain greater production capacity at a lower cost.

In designing the Perfected Model, Joe Wesson, who had done a great deal of design work since joining the company on November 11, 1880, incorporated all of the latest improvements developed by the firm. He had always heard the argument that a fast-acting thug could disable the standard double action revolver by reaching over the barrel, grasping the latch, and snapping the gun open, thus depositing all cartridges on the ground and leaving the law enforcement officer or holder of the pistol disarmed. To combat this problem, Joe incorporated the thumb-style cylinder latch that required two separate operations to open the revolver. An individual wishing to break the revolver had to pull the top latch upward, push the thumb latch forward, and rotate the barrel down. This feature was unique and many .38 Double Action Perfected Models were sold to law enforcement agencies.

The Perfected Model, as it has been nicknamed, was serial numbered in a separate serial number series from 1 to 59,400. It was produced in both blue and nickel, having barrel lengths of 3¼'', 4'', 5'', and 6''. Like all other Smith & Wessons, minor variations do occur throughout production. The most interesting of these variations was a small group of guns produced without the thumb release catch, but records do not indicate the purpose for which they were produced.

Although the .38 Double Action Perfected Model had been a good small pistol for law enforcement agencies, by 1920 its style and caliber were being replaced by the side swing revolvers produced in .38 Special, and the factory decided to discontinue them to enable the production of revolvers that were in greater demand.

### .32 DOUBLE ACTION MODELS

The introduction of the .32 Double Action followed directly on the heels of the .38 Double Action. Both were of the same design, and production plans were begun at the same time. But completion of the .32 Double Action was delayed when D. B. Wesson discovered the weakness in the frame resulting from the side plate being cut completely across the frame. The problem was magnified in the .32 Double Action, due to the smaller frame size. For this reason, D.B. Wesson delayed production of the .32 frame while tooling was changed to modify the frame to allow for the irregularly shaped side plate that did not extend

completely across the frame. D.B. Wesson was fortunate that only 32 of the originally designed frames had been completed. These were set aside and not assembled. By May of 1880, the new frames were completed and the firm went into production of the .32 Double Actions by completing 11 nickel guns. By the end of 1880, the firm had built 9,881 .32 Double Actions with all but 148 of nickel finish. In 1881, the firm completed another 12,133 nickel revolvers, bringing the total for these two years to 22,014 revolvers. In May 1882, D.B. Wesson, for some reason, completed 23 of the originally designed .32 Double Actions having the side plate straight across the frame. In total, the factory completed 30 of these handguns. Serial numbers 3 and 14 were purchased by D.B.Wesson's son, Frank. Number 8 was sent to M. W. Robinson, the firm's largest distributor in New York City. Serial numbers 9 and 26 were sent to the Australian Exposition on September 15, 1880. The remaining units were held in inventory until 1888 when the firm finally disposed of them to various dealers. This extremely limited production model is one of the rarest guns for the collector to obtain. One cannot help but speculate that D. B. preserved these for the fascination of future arms students. Considering the originally designed .32 Double Action Model, there were four major engineering changes, leading early students of Smith & Wessons to classify these in five separate models. To help familiarize the reader with the development of this model each of the groups is listed below.

.32 DOUBLE ACTION FIRST MODEL
This model was of the original design having a straight cut side plate extending across the frame. Its major parts were produced in 1880 and had serial numbers ranging from 1 to 30

.32 DOUBLE ACTION SECOND MODEL
This model was identical in design to the original model, except the side plate had been altered from the straight cut to the irregular shape, which did not extend completely across the frame. It was manufactured from 1880 to 1882 and will be found in the serial number range of 31 to 22,172

.32 DOUBLE ACTION THIRD MODEL
In this change, the factory eliminated the rocker style of cylinder stop, which meant the design of the hammer and trigger were changed. More noticeable is the loss of the two sets of cylinder stops and freeing grooves from the cylinder. The elimination of these items reduced the cost of the manufacturing operation, but the new design was more durable. Therefore, D. B.

The five model variations of the Smith & Wesson .32 Double Action.
From top to bottom: First Model, Second Model, Third Model. Opposite, Fourth Model, and Fifth Model.







Wesson could maintain the high quality for which his firm was famous. The Third Model was produced for only one year during 1882/83 with the serial numbers ranging between 22,178 and 43,405

## .32 DOUBLE ACTION FOURTH MODEL

The Fourth Model of the .32 Double Actions saw only minor changes in its design. These changes were a reduction in size of the cylinder stop and sear. The most notable change was that of the trigger guard, for it was with this model that the firm changed to a standard bow-shaped trigger guard rather than the reverse curve used in the earlier models. The .32 Double Action Fourth Model was produced from 1883 to 1909. It became the longest production group produced in this series. It is found between serial numbers 43,406 and 282,999





## .32 DOUBLE ACTION FIFTH MODEL

The Fifth Model of the .32 Double Actions, like other Smith & Wesson top-break revolvers of the 1909 period, were changed by the front sight being forged integrally to the barrel rather than being pinned into position. This change took place in 1909 and the model was produced until 1919. The serial numbers for this change are from 283,000 to 327,641

This model was catalogued in January 1880 and announced as a new model. It was listed as being available in blue or nickel, a five shot weighing 14 ounces with barrel lengths of 3'' and 3½''. By 1882, the firm had introduced the 6'' barrel and, in 1888, it made a limited production run of 8'' and 10'' barrels. It is truly a rare item and an unusual sight to see this small revolver equipped with the 10'' barrel length. When this model was finally dropped from the catalog in 1919, Smith & Wesson had produced a combined total of 941,118 revolvers of the .32 and .38 caliber exposed hammer double action; proof enough of their acceptance by the American handgunner.

### .44 DOUBLE ACTION

Although the .44 Double Action revolver was the first self cocker designed by the factory, at the request of the Russian Government, it was the last of the models introduced by the firm. The gun was built on a modified Model 3 frame and had all the features of the



Smith & Wesson .44 Double Action, caliber .44 S&W Russian.

early .32 and .38 Double Actions, except for the side plate that extended across the frame. In 1881, when this model was introduced, the firm had already recognized this weakness and it was not incorporated in the design. The catalog of 1881, which illustrated this model, referred to it as the New Model Navy No. 3. The term Navy Model was used to separate this model from the New Model No. 3 Single Action called the Army Model by the factory. Since the original design of the .44 Double Action had been made for the Russian Navy, it was designated the Navy Model. D. B. Wesson kept the name alive, hoping it would be an asset when the Russian Government purchased arms for its Navy.

The catalog stated the gun weighed 2-3/16 pounds and was available in blue or nickel with barrel lengths of 4'', 5'', and 6''. Shortly after the gun had been in production, the 6½'' barrel length became available as a standard catalogued length while a 3½'' barrel length was produced only on special request. The barrel for this model and the New Model No. 3 Single Action were interchangeable, and this led the factory to use barrels from either model. The only technical difference in barrels was in the barrel marking with the new Model No. 3 ending...Reissue July 25, 1871, whereas the Double Action markings end...May 11 & 25, 1880. When purchasing the .44 Double Action, it is important to remember that the serial number on the rear of the barrel toward the barrel latch must match the number on the butt, cylinder, and barrel latch.

The .44 Double Action, unlike the smaller models, remained with the same mechanical design from 1881 until 1913 when it was dropped from the catalog. These guns were produced within their own serial range from 1 to 54,668. The only variation considered was the

length of the cylinder, which changed from 1-7/16'' to 1-9/16'' at the turn of the century, allowing the firm to produce one cylinder length for all cartridges.

.44 DOUBLE ACTION WESSON FAVORITE

The .44 Double Action Wesson Favorite, developed by D. B. Wesson in 1882, is an intriguing model, for a certain amount of mystery surrounds it. Few samples were sold in 1882, with the majority of guns released in 1888/89.

The Wesson Favorite was identical in mechanical design to the .44 Double Action. All changes were made to alter the balance of the gun by lightening its weight. This was accomplished by the following methods:  the cuts in the lockwork cavity were increased in depth; the side plate thinned; barrel hinge grooved; grooves were milled in the side of the frame under the cylinder; the 5'' barrel was reduced in diameter; a special sighting groove was cut in the top strap; the cylinder, carrying the company's markings, was reduced in diameter from the front notches forward; the sight was changed to a bead type; and generally, the grips were of wood. What Wesson was trying to prove with this revolver has been lost. It is known, however, that the Russians expressed interest, since the first completed gun was forwarded to Max Fiedler, who was located in St. Petersburg, Russia.



Smith & Wesson .44 Double Action Wesson Favorite, caliber .44 S&W Russian.

The first production guns consisted of 93 units completed in April 1882, one year after the .44 Double Action had been introduced. A total of 1,073 units were finished between April 1882 and February 1885. All were serial numbered between 9,000 and 10,100 within the .44 Double Action series. Sales records indicate that

134   THE DOUBLE ACTION TOP-BREAKS

they were produced on a special order basis, since the guns do not appear in the factory literature of 1882. They are first mentioned in the price sheet dated 1888, retailing for $14.75. By 1889 the price dropped to $13.75. After this date, it disappeared from the price sheets as mysteriously as it had appeared.

From opinions based on present facts, it seems probable that the gun was produced specially for a government or agency, but the final order never materialized. After six years, the factory was forced to sell them out of surplus inventory.

.44 DOUBLE ACTION FRONTIER
AND
.38 WINCHESTER DOUBLE ACTION

Like the development of the New Model No. 3, the Double Actions progressed in the same manner. Thus, we have the .44 Double Action Frontier and a smaller

Top photo is the Smith & Wesson .44 Double Action Frontier, factory engraved by Gustave Young, caliber .44-40. Bottom photo is the .38 Winchester Double Action, caliber .38-40.





SAFETY HAMMERLESS DOUBLE ACTIONS   135

caliber model that fired the .38 Winchester center fire cartridge (.38-40). The Double Action Frontier was introduced in 1886 by simply lengthening the cylinder and top strap to 1-9/16'' to accommodate the longer .44-40 cartridge. This model was produced in blue or nickel, having barrel lengths of 4'', 5'', 6'', and 6½''. As was done with the New Model No. 3 Frontier, it was placed in a separate serial range beginning at 1 and reaching 15,340 when the last guns were sold in 1913.

The .38 Winchester Double Action is the rarest of the Model 3 frame size double action revolvers. It was not as rare as the .38 Winchester Single Action, for it was three times more popular; having a production of 276 units all serial numbered in their own series from 1 to 276. This model was offered from 1900 to 1910 in blue or nickel and barrel lengths of 4'', 5'', and 6''.

Why this caliber was introduced is not known. In recognition of small demand, it was never listed as a separate model in the catalog; only as an optional caliber, even though its records were kept separate. It is the author's opinion that the firm had quantities of parts for the Double Action and New Model on hand and hoped the added caliber offered by this gun would help reduce inventory.

SAFETY HAMMERLESS DOUBLE ACTIONS

Within the Double Action group of revolvers, there is a series of pocket pistols that are unique in that they do not have an exposed hammer. They are truly just double action revolvers rather than a combination of single and double action models like those previously discussed.

Legend has it that D. B. Wesson developed the Safety Hammerless model in a night-long session after hearing that a child had accidentally been hurt by cocking and pulling the trigger on one of the Smith & Wesson Double Action Revolvers. This legend cannot be substantiated, since factory records show a methodical development of the revolver. D. B. Wesson was a sensitive person and perhaps after hearing of this accident was inspired to work very closely with his son Joe to develop a revolver with a safety on the handle and a strong trigger that would require a long pull, making it impractical for a child to pull through and fire.

The development of this style of revolver also stems from the law enforcement officer's requirement to draw his revolver from his coat pocket without the exterior hammer catching in the pocket lining. From whom the idea for this model originated at Smith &

Compendium_Roth
Page 0311



Factory drawing of experimental .38 Hammerless Model by Joseph H. Wesson.



Wesson is not known; however, the development of the handgun was given to Joe Wesson as one of his first projects while working at the drafting board. Joe Wesson had much of his father's inventiveness, and on February 15, 1882, he completed his first drawing for a .38 Hammerless revolver. This revolver was strictly a double action revolver in which the hammer was completely enclosed by the frame. The design also included a floating firing pin rather than a firing pin located upon the hammer. The design of the .38 Hammerless revolver did not meet D. B. Wesson's safety criteria, thus it was not accepted.

The first Safety Hammerless models were designed by J. H. Wesson on May 1, 1884. The gun was a double action model in which a lever was incorporated into the grip. This lever was pivoted at its base and the top engaged a second lever that blocked the rearward movement of the hammer. To operate the revolver, it was necessary to grip the handle firmly, thus

Factory drawing of May 1, 1884, of the first experimental .32 Hammerless to feature a grip safety.

disengaging the rearward hammer block so the revolver could be functional. The design also called for the use of a striker bar-type firing mechanism. But it was not suited to reliable function, for the weight of the striker bar was sufficient so that if the revolver were dropped upon the muzzle, the gun would discharge.

The Safety Hammerless design was finally formalized in a drawing dated January 1886. This drawing illustrates the gun in its original design including a Z-bar-type barrel latch developed by Joe Wesson in 1882 as well as an inertia-type firing pin. This type of firing pin was spring-loaded and hit the primer only after having received a blow of sufficient force from the hammer to overcome the load of the spring. The momentum was thus transferred from the hammer to the firing pin. When the hammer was at rest against the firing pin, this pin would not protrude through the frame and touch the primer. This offered the user an added safety device.

The January 1886 drawing of the proposed Model 3 Hammerless. Although the gun was advertised by the factory, no production guns were built.

Smith & Wesson experimental Model 3 Hammerless, caliber .44 S&W Russian.



When the revolver was developed in 1886, plans were made to produce it in three calibers: .32 S&W, .38 S&W, and the .44 S&W Russian. In fact, the first advertisements stated that the revolver would soon be produced in all of these calibers. After producing a prototype of the No. 3 Hammerless, as the .44 caliber model was called, all production plans were stopped and it was only produced in the other two calibers.

### .38 SAFETY HAMMERLESS MODELS

The .38 Safety Hammerless was the first of these completed. Eight nickel guns were completed in July 1886 and August production brought an additional 20 nickel units. These 28 units were the total production for 1886 and these guns were held in inventory. There are no records available to indicate why further production and sales were delayed until February 1887, when 1,045 were produced, of which 161 were blue. The total February sales were 898 units; thus beginning distribution of a style of Smith & Wesson handgun that continued to sell for more than seventy years.

The .38 Safety Hammerless models make an interesting study, since the factory changed the barrel locking system four times during the course of its manufacture. These, and several minor changes, resulted in the categorizing of these models into five model classifications, which are:

#### .38 SAFETY HAMMERLESS FIRST MODEL
This was the original design having the Z-bar barrel latch located in the top strap. It was produced in 1886/87 with the serial number range being 1 to 5,250

#### .38 SAFETY HAMMERLESS SECOND MODEL
The Second Model incorporated a new barrel latch that was a lever located on the frame directly behind the barrel rest. To open the revolver, the lever was pressed down. This change was incorporated in late 1887 at approximately serial number 5,251. The model continued in production until 1890 when the serial numbers reached 42,483

#### .38 SAFETY HAMMERLESS THIRD MODEL
Like the Second Model, this incorporated a completely new barrel latch. The new barrel latch was a knurled thumb piece that protruded from the top strap at the rear of the barrel. The revolver also included a safety device that locked the hammer's movement to prevent accidental discharge while the gun was being opened. This model was introduced in 1890 at approximately serial number 42,484 and produced until 1898. At this time the serial numbers had reached approximately 116,002



The five model variations of the .38 Safety Hammerless. Top to bottom: First Model, Second Model, Third Model, Fourth Model, and Fifth Model.

**.38 SAFETY HAMMERLESS FOURTH MODEL**
The Fourth Model of the Safety Hammerless can be identified by the fact that it utilizes the conventional top-break latch that was used on all of the other Smith & Wesson top-break revolvers. This change was incorporated in 1898 at approximately serial number 116,003, and the model was continued until 1907 when it reached serial number 220,000

**.38 SAFETY HAMMERLESS FIFTH MODEL**
This model is identical to the Fourth Model, except the front sight was forged integrally to the barrel. After this model had been introduced in 1907, another change was made pinning the extractor base pin into position rather than using a screw thread. The Fifth Model is generally believed to have begun at approximately serial number 220,001 and was continued until 1940, when the serial numbers reached 261,493

During the years this model was in production it was available in blue or nickel finish and was offered in a wide range of barrel lengths from 2'' to 6''. This is an interesting and relatively inexpensive model for a beginning or advanced collector to study.

**.32 SAFETY HAMMERLESS MODELS**
Smith & Wesson introduced its .32 Safety Hammerless in February 1888 when the firm produced 16 nickel revolvers. The factory, taking advantage of design improvements that had been made to the .38 during the eighteen months it had been produced, incorporated them into a model that was a reduced-sized variation of the .38 Safety Hammerless Third Model. As shown below, the factory made two other changes in the .32 Safety Hammerless during its production.

**.32 SAFETY HAMMERLESS FIRST MODEL**
The .32 Safety Hammerless First Model was designed similarly to the .38 Safety Third Model, except the barrel latch did not engage a safety device to block rearward movement of the hammer upon opening the revolver. This barrel latch was a small knurled button that was located at the rear of the top strap. To open the revolver, the barrel latch was pressed down and the barrel tipped forward. The .32 Safety First Model was manufactured in 1888 and began at serial number 1. It was produced until 1902 and the serial numbers reached 91,417.

**.32 SAFETY HAMMERLESS SECOND MODEL**
In the .32 Safety Second Model, the factory abandoned the button-style barrel latch and returned to the more



The three model variations of the .32 Safety Hammerless. Top to bottom: First Model, Second Model, and Third Model.

142   THE DOUBLE ACTION TOP-BREAKS

conventional T-type barrel latch that had been used on the majority of the top-break pistols. The Second Model was produced from 1902 until 1909 between the serial number range of 91,418 and 169,999

**.32 SAFETY HAMMERLESS THIRD MODEL**
This model, like all the other Double Actions of this era, was changed by the introduction of the forged front sight that reduced manufacturing cost. The cylinder base pin was also changed from a screwed-in type to one that was held by a cross pin. These changes were incorporated in 1909 at approximately serial number 170,000 and produced until 1937. At this time the serial numbers reached 242,981

The .32 Safety Hammerless model was first offered in only 3'' and 3½'' barrel lengths. In 1898, a 2'' barrel was available and shortly after 1902 the 6'' barrel length was produced. The gun was sold in blue or nickel and normally was equipped with black rubber grips.

The factory terminology for these models clearly refers to the revolver as Safety Hammerless models, but the factory cardboard box labels are marked New Departure rather then Safety Hammerless. The theory is that this term was given to the revolver, because it departed from the conventional style of double action revolvers. The shooter also nicknamed this model Lemon Squeezer since it was felt that the action of firing the gun was similar to squeezing a lemon. The 2'' barreled version of the Safety Hammerless model was called the Bicycle Model, because it was popular with the bicycle riders at the turn of the century.

In 1940, when the last of the top-break .38 Safetys were sold, the factory must have sighed a cry of relief to see the last of these obsolete models sold from inventory. Yet, anyone who had been associated with Smith & Wesson for many years must have stopped to realize that it was the end of an era. The last of the automatic extracting top-breaks that Smith & Wesson had introduced in 1870 and had been the most popular style of revolver produced in America until well into the 1900s—a gun that was probably the most copied design ever produced.

Chapter VIII
# The Hand Ejector Models

Smith & Wesson's history is really a four-part history. First the beginning, when the firm experimented with a cartridge and manufactured a lever-action pistol; second, the development of their revolver and production of the tip-up style pistol; third, the modernization of the design changing it from a tip-up to a top-break; and fourth, the development of the side swing revolver called the Hand Ejector. Each step was important in the growth of the company, but the Hand Ejector models have had the greatest influence of all. In fact, the Hand Ejectors are so important that they really warrant a book rather than a chapter.

Prior to the introduction of these models, all revolvers produced by Smith & Wesson incorporated a system that automatically extracted the cartridges when the revolver was opened. The new Hand Ejector system required that the revolver be opened and, then by pressing the extractor rod toward the cylinder, the cartridges were extracted manually. The name Hand Ejector stems from this manual operation.

Sensing the need for a solid frame revolver of a stronger construction than the top-break previously manufactured, Smith & Wesson began the development of a new style revolver in 1894. These new revolvers were of a solid frame construction with a cylinder swinging to the left to allow for loading. The cylinder was locked into position in the frame by a center pin that traveled inside the extractor rod and through the center of the cylinder. To open the revolver, the front knob of the center pin was grasped and pulled toward the muzzle, this removing the center pin from its rearward locking position. The drawings

Smith & Wesson seven shot K frame .32 caliber revolvers designed in 1895, were made experimentally by modifying a Colt 1892 Army Model.





The early factory drawings of the proposed solid-framed side swing revolver. The illustration shows the K frame, K cylinder in both six shot .38 and seven shot .32 and the .38 caliber barrel.

completed in September 1894 show that the factory had developed three Hand Ejector revolvers: one was a small-framed revolver in .32 caliber that the factory called the Model I; and a second frame size, called the Model K, was designed both as a seven shot .32 caliber and a six shot .38 caliber.

Although the model was completely new, the designer experienced difficulty in developing a cylinder stop compatible to the lockwork used in the revolver. For lack of a better design, Joe Wesson turned to one of the factory's earliest cylinder stop designs: a top strap lock that was activated by a wedge located on the hammer nose. The cylinder stop was unlocked by the wedge as the hammer was moved to the rear. Upon firing, the sharp edge of the wedge







Factory drawing illustrating the K-frame cylinder stop and matching Model I hammer. This design was almost identical to the original top-strap cylinder-stop system used on the early tip-up models illustrated in the bottom drawing.

would pass through a split spring located on the bottom of the cylinder stop. This system was identical to that developed for the Model 1 Second Issue in 1859.

The newly designed Hand Ejectors were perfected by 1895 with samples of each style revolver completed. The decision was made to produce the Model I frame size revolver in .32 caliber and to continue the design work on the Model K. At this point, each of the Hand Ejectors will be discussed separately. To help the reader understand the interrelation of models, the .32 Hand Ejectors, as well as spin-offs of this model, will be described.





Chapter IX

# The I-Frame
# Hand Ejector Models

When the factory developed the I- and K-frame models in 1894, they had no idea of the importance of these designs to the arms industry. This style of revolver emerged as the most desired and copied design ever produced.

When the side swing was first designed by Smith & Wesson, the small-frame model was called the Model I, with the larger frame called the Model K. Since these model designations did not describe the guns to the public, they were not widely used. However, factory employees adopted the designations and, when discussing a model or group of handguns internally, they would speak of the gun by the frame size rather than by a proper name. This frame size designation carried over into their discussions with gun writers and enthusiasts so that today the knowledgeable person may also refer to revolvers by frame size.

### .32 HAND EJECTOR MODEL OF 1896

The .32 Hand Ejector was the Model I previously mentioned. The tooling for this model was completed in 1895, and the first production guns manufactured in 1896. In honor of the year in which it was introduced, it was referred to as the .32 Ejector Model of 1896. Except for a hardened steel shim used to line the cylinder notches to prevent them from peening, the design was unchanged from the prototype. Smith & Wesson recognized that when the cylinder was rotated double action, firing the gun rapidly, the abrupt stopping of the cylinder would cause the notch to peen,

Smith & Wesson .32 Hand Ejector First Model, engraved by factory engraver Oscar Young, caliber .32 S&W Long.



widening it and, thus, loosening the lockup. To correct this problem, D. B. Wesson developed a method for lining the notch with a small hardened steel shim. This shim was first used on the .32 Hand Ejector but was soon incorporated in all models and used continually until 1909.

The .32 Hand Ejector First Model, as it is now known, was a six shot revolver of the side swing design with a cylinder unlocked by pulling the head of the extractor rod toward the muzzle. The revolver was produced in blue or nickel, having barrel lengths of 3¼'', 4¼'', and 6''. Special orders could be purchased with target sights. The revolvers were equipped with a round ribbed barrel. For some unknown reason, the factory did not choose to mark its name and patent dates on the rib in the conventional manner but to incorporate them on the cylinder between the flutes, as was done on the .44 Double Action Wesson Favorite. The factory lengthened its .32 S&W cartridge 1/8 inch and produced a caliber called the .32 S&W Long cartridge, allowing for a more powerful load.

Early sales of this model were slow, but several major police agencies, including the Jersey City and Philadelphia Police Departments, purchased this model for their forces, thus stimulating new sales. The .32 Hand Ejector First Model was produced from 1896 until 1903 when the design was further improved. It was serial numbered in a separate series from 1 to 19,712.

### .32 HAND EJECTOR MODEL OF 1903

The factory realized that the First Model had some design weaknesses and changed to a design perfected for the .38 Military and Police Model. This new design discarded the top strap style of cylinder stop in favor of one located in the bottom strap. The revolver was opened by the use of a thumb latch on the left side of the frame, and the cylinder was locked at the rear and front of the extractor rod. The barrel was changed from a ribbed to a round barrel having a forged sight. The barrel was stamped with the factory name and patents. This model was considered to be so different from the First Model that it was placed in a separate serial number range that duplicated those of the First Model. This model is found with serial numbers from 1 to 19,425. It was produced in barrel lengths of 3¼'', 4¼'', and 6'' and could be purchased in blue or nickel.

With the introduction of the .32 Hand Ejector Model of 1903, the external appearance was set and would remain almost unchanged until the model was temporarily discontinued for wartime production in

Compendium_Roth
Page 0317



**Smith & Wesson .32 Hand Ejector Model of 1903. This was the first of the .32 Hand Ejector Models to feature the locking lug under the barrel.**

1942. Though the appearance was unchanged, the internal design was changed to improve function. To help the collector know when these mechanical changes occurred and the names associated with them, they are listed here. For more in-depth information relating to these changes, it is suggested they be studied in *Smith & Wesson 1857-1945*, by R. G. Jinks and R. J. Neal. The changes from 1903 to 1942 are:

.32 HAND EJECTOR MODEL OF 1903 FIRST CHANGE
Incorporated 1904, produced until 1906. Serial number range 19,426 to 51,126.

.32 HAND EJECTOR MODEL OF 1903 SECOND CHANGE
Incorporated 1906, produced until 1909. Serial number range 51,127 to 95,500.

.32 HAND EJECTOR MDOEL OF 1903 THIRD CHANGE
Incorporated 1909, produced until 1910. Serial number range 95,501 to 96,125.

.32 HAND EJECTOR MODEL OF 1903 FOURTH CHANGE
Incorporated and produced in 1910. Serial number range 96,126 to 102,500.

.32 HAND EJECTOR MODEL OF 1903 FIFTH CHANGE
Incorporated 1910, produced until 1917. Serial number range 102,501 to 263,000.

**.32 HAND EJECTOR THIRD MODEL**
Incorporated 1911, produced until 1942. Serial number range 263,001 to 536,684.

When the .32 Hand Ejector was placed back into production on July 14, 1949, several changes were made. The large knob on the end of the extractor rod was eliminated and the new type of hammer block, developed in 1944, was incorporated. The I-frame .32 Hand Ejector was continued in production until October 1960 when the frame was discontinued to allow the factory to standardize small frame production by using the J size, which had been introduced in 1950. The J-frame variation of this model can be identified by the Model 30-1 designation. The production of the .32 Hand Ejector on the J frame began on April 20, 1961, at serial number 712,954 of the original .32 Hand Ejector serial number series and continued until 1976 when the Model 30 was discontinued. There were several interesting changes occurring during the J-frame period. Though not a complete list of changes, the following will help the collector identify the most important ones.

1. Elimination of the top side plate screw called the bug screw. This change was authorized on December 13, 1955, beginning at approximately serial number 640,980

2. Addition of Model 30 stamped in yoke cut in 1957

3. Serial numbers changed from .32 Hand Ejector old series in 1969/70 with original series completed in 1970 at serial number 826,977. The new serial series, with an H prefix, began in 1969 at H1

The most important of all the changes was the switch from the I frame to the J in 1960. At this point, the cylinder stop plunger screw was eliminated from in front of the trigger guard, because the J frame had been designed for a cylinder stop that did not use an external spring tension device.

The .32 Hand Ejector series was an important model for the factory. Not only was it the first Hand Ejector model introduced, but it led to an expansion of the Smith & Wesson product line. For example, during the manufacturing period from 1903 to 1942, three other models were produced as spin-off models of the .32 Hand Ejectors but were serial numbered in the same series with the .32 Hand Ejector. These were the .22/32 Bekeart, .22/32 *Kit Gun*, and the .32 Regulation





Smith & Wesson .32 Hand Ejector. Top revolver is representative of early postwar production manufactured on the I frame; bottom picture is the current production (Model 30) produced on the J frame.

Police. The .38 Regulation Police, numbered in a separate serial number series, was also built on the .32 caliber frame.

### .22/32 HAND EJECTOR

The first of these spin-off models built on the I frame was a .22 caliber revolver with the idea coming from a San Francisco gun dealer named Philip Bekeart. In 1910, he began discussing with Smith & Wesson the need for a heavy-frame target .22 caliber revolver and suggesting the .32 Hand Ejector as the ideal frame. He

further stated that his faith in the model was so great that he would order 1,000 units. Smith & Wesson began tooling for the new model in 1911 and completed the first guns by the spring. The revolver was identical to the .32 Hand Ejector Model, except that it was in .22 caliber, had a 6'' barrel, and sights adjustable for windage and elevation. Also, the stocks were checkered walnut extension type, similar to the style used on the Single Shots.

These .22/32 Target Models were serial numbered from 138,226 to 139,275 in the .32 Hand Ejector series, with the serial number stamped on the forestrap of the pistol grip. The unique thing about the numbering of these early .22/32 Hand Ejectors is that a separate number, indicating the total number of revolvers produced, was stamped on the bottom of the wood grip. These separate serial numbers were only stamped on the first 3,000 guns and the practice was discontinued in 1915.

Instead of 1,000 revolvers, Phil Bekeart received only 292 guns of the initial order, for the market was not as great as he had anticipated. It was not until 1914 that the factory scheduled any additional production. At this time, the factory formally announced the model by cataloguing it as the .22/32 Heavy-Frame Target revolver. The heavy-frame terminology was continued until the 1930s when the firm introduced its K(medium)-frame size .22 Target revolver and changed the name to simply .22/32 Target.

Top photo is the Smith & Wesson .22/32 Bekeart Model, caliber .22 rim fire. Bottom photo is the Smith & Wesson .22/32 KIT GUN with 4'' barrel and round butt. Collection of William J. Orr.



In 1936, Smith & Wesson introduced a 4'' barrel version of the .22/32 Target, naming it the .22/32 *Kit Gun* to signify that the gun was designed to be carried in the hunter's or fisherman's travel kit. It was introduced at serial number 530,003 of the .32 Hand Ejector series. The changes that occurred with this model are identical to the longer barrel variation.

The .22/32 Hand Ejector was continued in production until the factory began to meet the World War II needs with the last group of pre-World War II .22/32 Target and *Kit Guns* produced and serial numbered between 534,587 and 534,636 of the .32 Hand Ejector series. Both the Target and *Kit Gun* were reintroduced at the end of World War II with the production beginning September 6, 1950. The serial numbers started at 551,123 of the .32 Hand Ejector series and the numbers continued to be mixed within the .32 series. These revolvers were identical in appearance to the prewar models, except they incorporated the new style hammer block. In 1953, a new series was started and the model was called the .22/32 Target Model of 1953 and .22/32 *Kit Gun* Model of 1953, or what are now referred to as the Model 35 and 34, respectively.

Both 1953 models differed from the original in that they incorporated an improved I frame with a coil-type mainspring and micro-click sights. The improved model was placed in a separate serial number series beginning at serial number 101. The series was continued until October 1968 when the serial numbers had reached 135,465. the numbering series was changed to the M prefix, thus avoiding possible confusion with other models, and the serial numbers began at M1 and continue in this series to this date. The changes that have occurred in this model are:

1. Elimination of the top side plate screw authorized December 13, 1955, and occurring at approximately serial number 11,000 of the 1953 serial number series

2. Additional model numbers stamped in yoke cut occurring 1957

3. Change from I frame to J frame authorized in October 1960 and beginning at serial number 70,000. All J-framed guns are stamped Model 34-1 or 35-1.

Though the Model 34 continues in production, the Model 35, .22/32 Target, was discontinued from production in 1973 when demand for the model dropped to the point where it was no longer economically feasible to produce.



Top is the Smith & Wesson Model 34 .22/32 KIT GUN, caliber .22 rim fire.
Bottom is the Smith & Wesson Model 35 .22/32 Target, caliber .22 rim fire.



There are two other models generally included with the .22/32 *Kit Gun*, Model 34. These are the Model 43 .22/32 *Kit Gun Airweight*, and the Model 51 .22/32 Rim Fire *Magnum*. The Model 43 was first produced in January 1958, with the serial numbers beginning at 32,244.

Though it was produced with the .22/32 *Kit Gun* series, in reality the Model 43 was never manufactured on the I frame. It has always been produced on the J frame, and for this reason there was never a Model 43-1 variation produced. The Model 43 was produced until 1974 when it was dropped as a production model.

The Model 51 was produced in May 1960 beginning at serial number 52,637. It, too, was only produced on a J frame and continued in production

Compendium_Roth
Page 0320

154   THE I-FRAME HAND EJECTOR MODELS

.32 REGULATION POLICE   155





Top is the Smith & Wesson Model .22/32 KIT GUN AIR-WEIGHT caliber .22 rim fire. Bottom is the Smith & Wesson Model 51 1960 .22/32 KIT GUN MAGNUM rim fire caliber .22 Winchester MAGNUM rim fire.

until 1974. It was available in both round and square butt, with the round butt being the rarest of the variations with a total production of 600. Both the Model 43 and 51 were serial numbered in the series with the .22/32 revolvers and are, therefore, found having the M prefix.

### .32 REGULATION POLICE

The other direct spin-off model serial numbered within the .32 Hand Ejector series is the .32 Regulation







Smith & Wesson .32 Regulation Police Models.
Top is pre-World War II production, circa 1917-40.
Middle is post-World War II early production, circa mid-1950s. Flat thumb piece and what is referred to as the diamond grip, because of the diamond shape around the grip screw, which was used until 1968.
Bottom is Model 31 .32 Regulation Police, circa 1970s.
Collection of William J. Orr

Police. This model was identical in design to the .32 Hand Ejector Third Model, except it featured a square walnut extension-style stock similar to the target stocks used on the .22/32 Target models. The metal backstrap of the revolver was rebated so that the larger oversize stock blended into the frame.

Production of this model began on March 5, 1917, at approximately serial number 263,000 of the .32 hand Ejector series. It was produced until 1940 when it was temporarily discontinued. Production resumed in May

Compendium_Roth
Page 0321