ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ANNA FERRARI
Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendants Rob Bonta and
Blake Graham, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER et al.,** | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **COMPENDIUM OF WORKS CITED IN DECLARATION OF RANDOLPH ROTH** |
| **v.** | |
| | **VOLUME 29 OF 37** |
| **CALIFORNIA ATTORNEY GENERAL ROB BONTA et al.,** | Courtroom:     5A |
| | Judge:          Hon. Roger T. Benitez |
| Defendants. | Action Filed:  August 15, 2019 |

1

# INDEX

| Works | Decl. Page | Compendium Page |
|---|---|---|
| **HISTORICAL STATUTES** | | |
| Joseph R. Swan, The Revised Statutes of the State of Ohio, of a General Nature, in Force August 1, 1860 (Cincinnati: Robert Clarke & Co., 1860), 452 | 24 n.86 | 0001 |
| An Act Regulating the Right to Keep and Bear Arms, 12th Leg., 1st Called Sess., ch. XLVI, § 1, 1870 Tex. Gen. Laws 63 | 20 n.77 | 0005-0007 |
| An Act to Regulate the Keeping and Bearing of Deadly Weapons, 12th Leg. Reg. Sess., ch. XXXIV, §§ 1, 3, 1871 Tex. Gen. Laws 25 | 21 n.78 | 0008-0011 |
| Federal Explosives Act of 1917, 40 Statute 385 | 30 n.101 | 0012-0020 |
| The National Firearms Act of 1934, 48 Statute 1236 | 30 n.100 | 0021-0026 |
| The National Firearms Act of 1938, 52 Statute 1250 | 30 n.100 | 0027-0029 |
| The Organized Crime Control Act of 1970, 84 Statute 922 | 30 n.101 | 0030-0071 |
| **BOOKS[i]** | | |
| Paul Avrich, *Sacco and Vanzetti: The Anarchist Background* 140-156, 181-195 (Princeton: Princeton University Press, 1991) | 29 n.97 | 0073-0079 |
| Fox Butterfield, *All God's Children: The Bosket Family and the American Tradition of Violence* 3-18 (New York: Vintage, 1996) | 8 n.29, 25 n.88 | 0080-0098 |
| Sucheng Chan, *This Bittersweet Soil: The Chinese in California Agriculture, 1860-1910*, at 372 (Berkeley: University of California Press, 1986) | 26 n.89 | 0099-0102 |
| J. A. Chapman, *History of Edgefield County* 39-41 (Newberry, South Carolina: Elbert H. Aull, 1897) | 25 n.88 | 0103-0109 |

2

| | | |
|---|---|---|
| Patrick J. Charles, *Armed in America: A History of Gun Rights from Colonial Militias to Concealed Carry* 70-121 (New York: Prometheus Books, 2018) | 7 n.28 | 0110-0138 |
| Robert J. Cottrol & Raymond T. Diamond, "*Public Safety and the Right to Bear Arms*" in David J. Bodenhamer & James W. Ely, Jr., eds., The Bill of Rights in Modern America, revised and expanded, at 88-107 (Bloomington: Indiana University Press, 2008) | 14 n.51 | 0139-0162 |
| Clayton E. Cramer, *Concealed Weapons Laws of the Early Republic: Dueling, Southern Violence, and Moral Reform* 69-96, 143-152 (Westport, Connecticut: Praeger, 1999) | 11 n.37, 14 n.50, 14 n.51 | 0163-0185 |
| Clayton E. Cramer, *For the Defense of Themselves and the State: The Original Intent and Judicial Interpretation of the Right to Keep and Bear Arms* 74, 83-85, 97-140 (Westport, Connecticut: Praeger Publishers, 1994) | 14 n.51 | 0186-0215 |
| Edward C. Ezell, *Handguns of the World: Military Revolvers and Self-Loaders from 1870 to 1945*, at 24-28 (Harrisburg, Pennsylvania: Stackpole Books, 1981) | 17 n.64 | 0216-0222 |
| John Mack Faragher, *Eternity Street: Violence and Justice in Frontier Los Angeles* 463-80 (New York: W. W. Norton, 2016) | n.80 | 0223-0234 |
| Julian S. Hatcher, *Pistols and Revolvers and Their Use* 8-11 (Marshallton, Delaware: Small-Arms Technical Publishing Company, 1927) | 17 n.64 | 0235-0242 |
| Charles T. Haven and Frank A. Belden, *A History of the Colt Revolver and the Other Arms Made by Colt's Patent Fire Arms Manufacturing Company from 1836 to 1940*, at 17-43 (New York: Bonanza Books, 1940) | 17 n.64 | 0243-0274 |
| W. Eugene Hollon, *Frontier Violence: Another Look* 93-95 (New York: Oxford University Press, 1974) | 26 n.89 | 0275-0282 |
| Roy G. Jinks, *History of Smith and Wesson* 38-57, 104-170 (North Hollywood: Beinfeld, 1977) | 18 n.65, 19 n.69 | 0283-0329 |

Compendium of Works Cited in Declaration of Randolph Roth
(3:19-cv-01537-BEN-JLB)

| | | |
|---|---|---|
| Philip D. Jordan, Frontier Law and Order—10 Essays, at 1-22 (Lincoln: University of Nebraska Press, 1970) | 14 n.51, 15 n.52 | 0330-0343 |
| Don B. Kates, Jr., "Toward a History of Handgun Prohibition in the United States," in Cates, ed., Restricting Handguns: The Liberal Skeptics Speak Out 7-30 (Croton-on-Hudson, New York: North River Press, 1979) | 14 n.51, 15 n.52 | 0344-0358 |
| Jeff Kinard, *Pistols: An Illustrated History of Their Impact* 163 (Santa Barbara: ABC-CLIO, 2003) | 19 n.69 | 0359-0362 |
| Aubrey C. Land, *Colonial Maryland: A History* 49-54 (Millwood, New York: Kato Press, 1981) | 25 n.88 | 0363-0368 |
| Stephen C. LeSueur, *The 1838 Mormon War in Missouri* 162-68 (Columbia: University of Missouri Press, 1987) | 25 n.88 | 0369-0375 |
| Harold L. Peterson, *American Knives: The First History and Collector's Guide* 25-70 (New York: Scribner, 1958) | 13 n.49 | 0376-0401 |
| Harold L. Peterson, *Arms and Armor in Colonial America, 1526-1783*, at 155-225 (New York: Bramhall House, 1956) | 5 n.11 | 0402-0476 |
| Harold L. Peterson, *Daggers and Fighting Knives in the Western World, from the Stone Age till 1900*, 67-80 (New York: Walker, 1968) | 13 n.49 | 0477-0504 |
| David Rapoport, *Waves of Global Terrorism: From 1879 to the Present* 65-110 (New York: Columbia University Press, 2022) | 29 n.97 | 0505-0553 |
| Randolph Roth, *American Homicide* 42, 45 61-144 (especially the graphs on 38, 39, and 91), 145-79, 158, 163, 180-198, 199-203, 204-224, 297-299, 299-302, 354-384, 384-385 (Cambridge: The Belknap Press of Harvard University Press, 2009) | passim | 0554-0663 |

4

| | | |
|---|---|---|
| Randolph Roth, "*Why Guns Are and Aren't the Problem: The Relationship between Guns and Homicide in American History*," in Jennifer Tucker, Barton C. Hacker, and Margaret Vining, eds., A Right to Bear Arms? 116-20, 124-27 (Washington, D.C.: Smithsonian Institution Scholarly Press, 2019) | passim | 0664-0679 |
| Dennis C. Rousey, *Policing the Southern City: New Orleans, 1805-1889*, at 151-58 (Baton Rouge: Louisiana State University Press, 1996) | 27 n.91 | 0680-0682 |
| Priya Satia, *Empire of Guns: The Violent Making of the Industrial Revolution* 9-10 (New York: Penguin Press, 2018) | n.11 | 0683 |
| Priya Satia, "*Who Had Guns in Eighteenth Century Britain?*" in Tucker, Hacker, and Vining, A Right to Bear Arms 41-44 (2019) | n.11 | 0684-0689 |
| Gilles Vandal, *Rethinking Southern Violence: Homicides in Post-Civil War Louisiana, 1866-1884*, at 67-109 (Columbus: Ohio State University Press, 2000) | 27 n.92 | 0690-0713 |
| Bill Yenne, *Tommy Gun: How General Thompson's Submachine Gun Wrote History* 74-78, 86, 91-93 (New York: Thomas Dunne Books, 2009) | 28 n.93, 29 n.96 | 0714-0728 |
| **LAW REVIEWS AND JOURNALS** | | |
| Robert J. Cottrol & Raymond T. Diamond, "The Second Amendment: Toward an Afro-Americanist Reconsideration," 80 Geo. L.J. 309, 309-61 (1991) | 14 n.51 | 0730-0771 |
| Clayton E. Cramer, "*Colonial Firearms Regulation*" (April 6, 2016) (available at SSRN: https://bit.ly/3THcMTu) | 4 n.3 | 0772-0794 |
| Rob Harper, "Looking the Other Way: The Gnadenhutten Massacre and the Contextual Interpretation of Violence," 64 Wm. & Mary Q. 621, 621-44 (2007) | 25 n.88 | 0795-0819 |

5

| | | |
|---|---|---|
| Herschel C. Logan, *Cartridges: A Pictorial Digest of Small Arms Ammunition* 11-40, 180-183 (New York: Bonanza Books, 1959) | 6 n.18 | 0820-0839 |
| Mary Alice Mairose, "*Nativism on the Ohio: the Know Nothings in Cincinnati and Louisville, 1853-1855*" (M.A. thesis, Ohio State University, 1993) | 26 n.89 | 0840-1021 |
| Brennan Gardner Rivas, *Enforcement of Public Carry Restrictions: Texas as a Case Study*, 55 UC Davis Law Review 2603, 2609-10 (2021) | 20 n.77, 21 n.78, 22 n.79 | 1022-1036 |
| Randolph Roth and James M. Denham, *Homicide in Florida, 1821-1861*, 86 Fla. Historical Q. 216 (2007) | 12 n.43 | 1037-1061 |
| Randolph Roth, Michael D. Maltz, and Douglas L. Eckberg, *Homicide Rates in the Old West*, 42 W. Historical Q. 173 (2011) | 20 n.76 | 1062-1105 |
| Randolph Roth, *Measuring Feelings and Beliefs that May Facilitate (or Deter) Homicide*, 16 Homicide Studies 197 (2012) | 16 n.56 | 1106-1125 |
| Robert J. Spitzer, *Gun Accessories and the Second Amendment: Assault Weapons, Magazines, and Silencers*, 83 Law & Contemporary Problems 238 (2020) | 30 n.99 | 1126-1149 |
| **LEGISLATIVE MATERIALS AND GOVERNMENT RECORDS** | | |
| Department of Commerce, Bureau of the Census, Fourteenth Census of the United States Manufactures: Explosives 1126 (Washington, D.C.: Government Printing Office, 1922) | 28 n.95 | 1151-1154 |
| Grand Jurors of Wilkes County, Georgia, Superior Court Minutes, July 1839 term, as quoted and discussed in Roth, American Homicide at 218-219 and n. 76. | 12 n.46 | 1155-1156 |
| U.S Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives, Enforcement Programs and Services, ATF Federal Explosives Law and | 28 n.95 | 1157-1264 |

| | | |
|---|---|---|
| Regulations (2012) | | |
| **NEWS ARTICLES** | | |
| Charlie Savage, *Trump Administration Imposes Ban on Bump Stocks*, N.Y. Times, Dec. 18, 2018 | 31 n.103 | 1266 |
| **OTHER SOURCES** | | |
| Bureau of Alcohol, Tobacco, Firearms, and Explosives, Office of Enforcement Programs and Services, Office of Field Operations, Open Letter to All Federal Firearms Licensees, Mar. 22, 2022 | 33 n.109 | 1268-1269 |
| CDC Wonder Compressed Mortality Files, ICD-10 | 4 n.5 | 1270-1310 |
| CPI Inflation Calculator (https://bit.ly/3CS5UNl) | 28 n.94 | 1311-1321 |
| Guns.com – Price of Semiautomatic Handguns (https://bit.ly/3CVb1uW) | 32 n.108 | 1322-1325- |
| Jerry Miculek, "Dual Glock 17 Rapid Fire 60 Rounds in 5 Seconds! 660 RPM," YouTube | 32 n.107 | 1326 |
| Lunde Studio, Are Binary Triggers Legal (2022) All You Need to Know | 33 n.109 | 1327-1332 |
| Military-today.com, M16 Assault Rifle | 31 n.104 | 1333-1334 |
| "Rapid Manual Trigger Manipulation (Rubber Band Assisted)," YouTube | 33 n.110 | 1335 |
| Roth, "American Homicide Supplemental Volume: Weapons," available through the Historical Violence Database, sponsored by the Criminal Justice Research Center at the Ohio State University (https://bit.ly/3TpI4yu) | 9 n.32, 12 n.44, 17 n.62, 20 n.74 | 1336-1437 |
| Department of the Army, TC 3-22.9 Rifle and Carbine Manual (May 2016) | 31 n.105 | 1438-1689 |
| The Violence Project's Mass Shooter Database | 34 n.111 | 1690 |

7

| | | |
|---|---|---|
| Guns.com, AR-15s | 28 n.94 | 1691-1696 |
| Gunmagwarehouse.com, AR-15s | 28 n.94 | 1697-1722 |
| 2011 Tucson Shooting," Wikipedia. | 36 n.113 | 1723-1747 |
| Rick Sapp, Standard Catalog of Colt Firearms, at 96 (Cincinnati: F+W Media, 2011) | 19 n.69 | 1748 |

---

[i] The Declaration of Randolph Roth cites 36 books in their entirety, consistent with the practice of professional historians. *See* Roth Decl. ¶¶ 14 n.27-28, 15 n.29, 16 n.35-36, 18 n.43, 26 n.63, 29 n.75, 31 n.80, 35 n.87, 36 n.89, 37 n.90, 37 n.91-92, 39 n.93, 40 n.96-98 (citing Louis Adamic, *Dynamite: The Story of Class Violence in America* (New York: Viking, 1931); David F. Almendinger, Jr., Nat Turner and the Rising in Southampton County (Baltimore: Johns Hopkins Press, 2014); Patrick H. Breen, *The Land Shall Be Deluged in Blood: A New History of the Nat Turner Revolt* (New York: Oxford University Press, 2015); Scott Ellsworth, *Death in a Promised Land: The Tulsa Race Riot of 1921* (Baton Rouge: Louisiana State University Press, 1982); Francis S. Fox, *Sweet Land of Liberty: the Ordeal of the American Revolution in Northampton County, Pennsylvania* (University Park: Pennsylvania State University Press, 2000); John Hope Franklin, *The Militant South, 1800-1861* (Cambridge: Belknap Press of Harvard University Press, 1961); John B. Frantz and William Pencak, eds., *Beyond Philadelphia: The American Revolution in the Pennsylvania Hinterland* (University Park: Pennsylvania State University Press, 1998); Joanne B. Freeman, *Affairs of Honor: National Politics in the New Republic* (New Haven: Yale University Press, 2001); Beverly Gage, *The Day Wall Street Exploded: A Story of American in Its First Age of Terror* (New York: Oxford University Press, 2009); Paul A. Gilje, *Rioting in America* (Bloomington: Indiana University Press, 1996); and David Grimsted, *American Mobbing: Toward Civil War* (New York: Oxford University Press, 1996); David Grann, Killers of the Flower Moon: The Osage Murders and the Birth of the FBI (New York, Doubleday, 2017); Pamela Haag, *The Gunning of America: Business and the Making of American Gun Culture* (New York: Basic Books, 2016); Terri Diane Halperin, *The Alien and Sedition Acts: Testing the Constitution* (Baltimore: Johns Hopkins University Press, 2016); C. A. Harwell, "*The End of the Affair? Anti-Dueling Laws and Social Norms in Antebellum America*," Vanderbilt Law Review 54 (2001): 1805-1847; William Helmer and Arthur J. Bilek, *The St. Valentine's Day Massacre: The Untold Story of the Bloodbath That Brought Down Al Capone* (Nashville: Cumberland House, 2004); Graham R. Hodges, *Root and Branch: African Americans in New York and East Jersey, 1613-1863* (Chapel Hill: University of North Carolina Press, 1999); Holger Hoock, *Scars of Independence: America's Violent Birth* (*New York: Broadway Books / Penguin Random House, 2017); LeeAnna Keith, The Colfax Massacre: The Untold Story of Black Power, White Terror, and the Death of Reconstruction* (New York: Oxford University Press, 2008); Brandon G. Kinney, *The Mormon War: Zion and the Missouri Extermination Order of 1838* (Yardley, Pennsylvania: Westholme, 2011); Leonard Levy, *Jefferson and Civil Liberties: The Darker Side* (Cambridge: The Belknap Press of Harvard University Press, 1963); Leon F. Litwack, *North of Slavery: The Negro in the Free States, 1790-1860* (Chicago: University of Chicago Press, 1961); Tim Madigan, *The Burning: Massacre, Destruction, and the Tulsa Race Riot of 1921* (New York: Thomas Dunne Books / St. Martin's Press, 2001); Drew R.

1

2   McCoy, *The Last of the Fathers: James Madison and the Republican Legacy* (New York: Cambridge University Press, 1989); Clare V. McKanna, *Race and Homicide in Nineteenth-Century California* (Reno: University of Nevada Press, 2002); Clare V. McKanna, Jr., *Homicide, Race, and Justice in the American West, 1880-1920* (Tucson: University of Arizona Press, 1997); Joanne Pope Melish, *Disowning Slavery: Gradual Emancipation and "Race" in New England, 1780-1860* (Ithaca: Cornell University Press, 1998); Stephen B. Oates, *The Fires of Jubilee: Nat Turner's Fierce Rebellion* (New York: Harper and Row, 1975); Herta E. Pauli, *Alfred Nobel: Dynamite King, Architect of Peace* (New York: L. B. Fisher, 1942); Jack N. Rakove, *Original Meanings: Politics and Ideas in the Making of the Constitution* (New York: Alfred A. Knopf, 1996); Horace V. Redfield, *Homicide, North and South: Being a Comparative View of Crime against the Person in Several Parts of the United States* (Columbus: Ohio State University Press, 2000); *Andrew S. Trees, The Founding Fathers and the Politics of Character* (Princeton: Princeton University Press, 2003); Alan Trelease, *White Terror: The Ku Klux Klan Conspiracy and Southern Reconstruction* (New York: Harper and Row, 1975); Alan Taylor, *Divided Ground: Indians, Settlers, and the Northern Borderland of the American Revolution* (New York: Knopf, 2006); William M. Tuttle, Jr., *Race Riot: Chicago in the Red Summer of 1919* (New York: Atheneum, 1970); Sean White, *Somewhat More Independent: The End of Slavery in New York City, 1780-1810* (Athens: University of Georgia Press, 1991); Gordon S. Wood, *The Creation of the American Republic, 1776-1787* (Chapel Hill: University of North Carolina Press, 1969); Bertram Wyatt-Brown, *Southern Honor: Ethics and Behavior in the Old South* (New York: Oxford University Press, 1982).

Professor Roth was unable to provide narrowed references to these 36 books he cited in his declaration on account of his prior commitment to attend, and deliver the keynote address at, a conference of the Council on Criminal Justice, in Washington D.C., in advance of the October 21 deadline to file this compendium. Should the Court wish to receive excepted copies of these works, Professor Roth is willing to provide them, but additional time to comply will be required.

9

FIGURE 32



*Early bowie knife made by Searles of Baton Rouge for Rezin P. Bowie. Rezin had a number of these made for presentation to friends. He gave this one to H. W. Fowler of the U. S. Dragoons. From a glass negative found in the effects of Col. Washington Bowie.*
BEN PALMER COLLECTION

hip and stabbed in the chest with a sword cane, Bowie, according to a friendly report, killed Wright with the knife and then, after receiving another pistol ball in his left arm, wounded a second antagonist, one Alfred Blanchard, and caused him to flee the sandbar. In 1829 Bowie also is said to have fought a notorious Natchez gambler named John Sturdivant, who had cheated the son of one of his friends. In this encounter the left wrist of the fighters were tied together with a scarf. Sturdivant tried an attack. Bowie parried and slashed his enemy's knife arm, severing the tendons and rendering him helpless. Always a magnanimous victor, Bowie refrained from killing Sturdivant.

Shortly thereafter Bowie went to Texas. On his return with provisional citizenship in 1830, he is purported to have visited the shop of James Black and asked him to make a knife according to a pattern he had devised. Apparently this pattern was based on the knife he had received from Rezin and which had served him so well in his previous encounters.

Black, in later life, always maintained that he had improved on Bowie's model and thus had really invented the Bowie knife himself. As far as can

be determined, Bowie had altered Rezin's knife by increasing its size. Black may have added the false edge at the point if, indeed, he actually made the knife at all.

Shortly after Bowie received his new knife, word spread of a new battle, and this started the knife on its way to fame. Although Bowie had spared Sturdivant's life in the knife duel at Natchez-under-the-Hill, the gambler never forgave him. Instead of being grateful, the story goes, he hired three ruffians to kill Bowie. These desperadoes ambushed James on his return trip to Texas and rushed him, knives in hand. With his new knife Bowie struck off the head of the assassin who seized his bridle. Then, despite a stab wound in the calf, he dismounted and disemboweled the second. The third turned and fled, but Bowie caught him and split his head in two. Word of this feat spread rapidly. Bowie, already noted for his achievements with the weapon, became the prototype of all knife fighters, and quantities of new knives were made or reputedly made in the image of Bowie's. The era of the bowie knife had begun.

The West of Bowie's day provided the perfect environment for the development of the knife cult. The lawless element prevalent in all frontier areas, the rough and violent river men and the plentiful gamblers all found the knife a handy weapon that could be carried inconspicuously and used quietly. The law-abiding citizens needed the knife for protection and for the defense of their frequently over-sensitive honor. The day of the civilian sword had passed. Instead the well-equipped gentleman carried a pistol in his pocket and a knife beneath his coattails.

Hundreds of incidents involving knives were recorded in the newspapers of the day. They ran the gamut from nefarious murders through the settling of violent quarrels and affairs of honor to the saving of lives and virtue from attacking beasts and desperadoes. There were brawls in taverns and gambling houses, on river boats, in the streets and even in state legislatures, all of them settled by knives.

One incident, far less sanguinary than most, involved the U. S. House of Representatives itself. Congressional tempers were short in the spring of 1860. The impending crisis of the Civil War dominated all else, and the air was tense. There were individual fist fights between members, general brawls, duels and challenges to duels. One of the recently seated members was John Fox Potter of Wisconsin. Potter had a reputation in his home state as a mild and gentle man, but his actions in Congress scarcely support it.



FIGURE
33

*The knives of "Bowie Knife" Potter. According to family tradition, the top knife with an 11½-inch blade by R. E. Hardy of Sheffield is the one he planned to use in his duel with Pryor. The specimen at the lower left is a Wostenholm with a 5⅝-inch blade. In the lower right is one of the trophies which were showered on Potter. It is an American-made knife, and the plate on the grips states that it was captured from one of the Louisiana Tigers at Norfolk in 1862 and presented to Potter on behalf of Brig. Gen. Viele, May 31, 1862.*
WISCONSIN STATE HISTORICAL SOCIETY

He had hardly taken his seat before he was engaged in a fist fight on the aisle during which he captured the wig of a representative from Mississippi, received a black eye in return and was challenged to a duel.

Mutual friends patched up that dispute, but another soon followed. On April 8, 1860, a group of Southerners led by Roger A. Pryor of Virginia tried to silence Owen Lovejoy of Illinois during one of his virulent denunciations of slavery. Potter and others sprang to Lovejoy's defense. The sergeant at arms parted the two groups before the affair had passed beyond mutual insults. Shortly thereafter, when the official record appeared, it stated that Potter had shouted, "This side shall be heard, let the consequences be what they may!" Pryor accused the Wisconsin representative of having composed this statement and inserted it after the event. Words were exchanged, and Pryor's seconds waited on Potter.

In response Potter issued as bizarre a set of conditions as was ever placed before a Southern gentleman schooled in the *code duello* as it was practiced in the East. He declared that he was glad to oblige the offended Virginian and would be pleased to meet him at his convenience in a closed room with bowie knives of equal weight and length of blade, the fight to continue until one of the participants fell, and Potter added that he "would endeavor to carve him [Pryor] so skillfully as forever to remove his desire for fight." Pryor did not learn of the terms until much later. His seconds declined for him immediately upon receipt of Potter's message on the grounds that the proposal was barbarous and ungentlemanly. Another duel was then narrowly avoided when Potter's second thought that the terms of the refusal reflected on his own honor.

The newspapers seized upon the affair with avidity. It became a featured story throughout the country, and Potter became a national figure. Republicans lauded him as a hero while Democrats excoriated him as a "braggart fool." Knives were showered on him from all parts of the country, some bearing the names of persons on whom the donors wished them used. The Republicans of the State of Missouri presented him with a seven-foot knife bearing the punning inscription, "I will always keep a Prior engagement," and for the rest of his life he was known as "Bowie Knife" Potter.

The Potter incident is of no great importance in itself. Its main interest lies in the fact that it involved members of Congress and that it illustrates the knife's hold on the popular imagination thirty years after its first appearance.

Popular opinion of the bowie knife had not been static during these thirty years. Early newspaper accounts seem to dwell with a perverted pride on gory tales of knife-fighting. Then the public tired of the novelty, and a feeling of revulsion set in. From 1837 to 1839 Tennessee, Alabama and Mississippi passed stringent laws covering the use, transfer or even public handling of such knives. Despite these acts, however, the bowie retained much of its appeal, and it was carried as widely as before. During the Mexican War it was a popular though unofficial side arm of American troops. It played an important part in the violence in Kansas and Missouri in the 1850's, and many soldiers on both sides carried it into the Civil War.

So much for the general background of the bowie; what did the knife itself look like? The earliest specimens were those made in America by local smiths supposedly copying Bowie's original. These were large knives with heavy blades nine to fifteen inches long and one and a half to two inches wide. They were thick enough to give the blade sufficient rigidity to lop off saplings, split the skull of a bear or a human adversary, joint game, or dig in rough ground. The blades were usually well made but lacked the high finish of later and imported products. The guard was normally a simple cross often with S-curved quillons or a plate of iron or brass, and the grips were commonly wood, antler or bone. There were almost never any marks or inscriptions. On a few of the blacksmith-made knives there was also a most interesting feature. This was a hardened strip of brass along the back of the blade, apparently designed to catch the edge of an opponent's on a parry and prevent the possibility of its sliding up past the guard and injuring the hand. Knives with this strip are excessively rare today. It is only found on American blades, never on British specimens. The typical hand-forged knives, however, are not so scarce. They were made all along the frontier, starting probably within a few weeks after the original was made and continuing at least until the end of the Civil War, thirty-five years later.

FIGURE 34



*Crude American bowie made from a file. The guard is iron. The 12¾-inch blade is swaged but has no real false edge. It might possibly be Confederate.*

LEON C. JACKSON COLLECTION



FIGURE 35

*American bowie with 12¾-inch blade and brass mounts. Again, the blade is swaged but has no real false edge. The scabbard is tooled with Masonic emblems, a fouled anchor and other devices.*

WILLIAM SHEMERLUK COLLECTION



FIGURE 36

*Two American-made bowies. The upper specimen has a heavy 9¼-inch blade with a high median ridge. The mounts of the scabbard are tinned iron. It was found in Texas with a tradition of Confederate use. The lower knife has two unusual features. It was forged with a bolster like a carving knife, and the iron guard was passed through the bolster. The sheath has an interesting leather lug designed to hold the knife in place.*

LEON C. JACKSON COLLECTION

It was not long, however, before the English cutlery industry took note of the demand for these knives. George Wostenholm, founder of the Washington Works in Sheffield, had a representative in New York in 1830 and made personal visits to the United States himself in 1836 and after to study the demand and the market. Wostenholm probably made more bowie knives for the American trade than any other firm, and he made some of the best. His trade mark of I°XL became a standard of quality and was accorded the sincere praise of imitation by other English cutlers who approached it as closely as they dared with such variants as XLNT, I°XCD, NON°XL and the like. Ranging behind Wostenholm came the Sheffield firms of Joseph Rodgers & Sons, Edward Barnes, and Alexander. After these came a whole host of others. Some of these endeavored to add appeal to their wares by marking blades and scabbards with the letters U S separated by a star or N Y separated by a federal shield. None of them, however, had any official connection either with the United States government or the State of New York.

American firms apparently did not manufacture bowie knives in any quantity until after the Civil War. Some concerns, however, did have knives made for them in England which bore their names. Thus one finds blades marked "Manufactured by W. & S. Butcher for Graveley & Wreaks, New York" or "E. K. Tryon Co., Phila., Pa., Made in England." Such American names as do appear on bowies prior to the Civil War usually indicate dealers.

With the English imports came the great diversity of forms which characterize the secondary bowie knives. Some followed the classical form with large blades and clipped points. Others introduced the symmetrical spear point; and still others, the slanted point in which the back angles sharply to meet the edge. Blades ran all sizes from fourteen or fifteen inches to six inches. One interesting evolution to notice is the change in the false edge from a sharp cutting surface to a vestigial swage. On the early knives the false edge was always sharp. As time wore on it became a bevel only, left unsharpened. The presence of a sharp false edge is not always an absolute indication of an early knife. Some of the late ones also had it, particularly among the American-made knives of the Civil War period.

Hilts also developed variety. German silver, white brass, coin and sterling silver joined the metals used for mountings. These usually consisted of a guard, a ferrule at the base of the grips, sometimes an escutcheon plate



FIGURE 37

*Early Sheffield bowie, about 1836, made by W. Butcher. The blade is 8⅝ inches long. The mountings are German silver.*   BEN PALMER COLLECTION



FIGURE 38

*Sheffield bowie knife made by George Wostenholm about 1836–1840. Its 9-inch blade is very similar to that on the one made for Rezin Bowie. The grips are bone; the mounts, German silver.*   BEN PALMER COLLECTION



FIGURE 39

*Sheffield bowie, about 1840, without guard. The 9⅝-inch blade has a semiclipped point. The grips are bone; the mounts, German silver.*   BEN PALMER COLLECTION

36   *AMERICAN KNIVES*

FIGURE
40





*American bowie by Reinhardt of Baltimore, about 1840. The blade is 9½ inches long, and the grips are wood. The knife itself is mounted in iron, but the sheath mounts are coin silver.*

BEN PALMER COLLECTION

FIGURE
41



*Bowie knife about 1840–50 by Alfred Hunter, probably of Sheffield. The blade is 8⅛ inches long. The grips are bone; the mountings, German silver.*

BEN PALMER COLLECTION



FIGURE
42

*Slightly later bowie by Butcher, about 1840–45. A very unusual feature on this knife is the folding corkscrew in the handle. The blade is 8¾ inches long. The grips are bone; the mounts, German silver.*

BEN PALMER COLLECTION



FIGURE
43

*Bowie made about 1845–1850 marked "Sheffield Works/2/Philadelphia." Little is known about the history of this knife, but several identical specimens exist. The blade is 10 inches long. The grips are wood, and the mounts are brass.*

BEN PALMER COLLECTION

on the reverse of the grips and a cap or pommel at the butt end. Grips were made in both one and two pieces from wood, mother-of-pearl, horn, antler, bone, ivory, tortoise shell and German silver.

Along with variations in shapes and materials came the innovation of blade decoration. Usually these decorations were acid etched on the metal and left bright. Occasional specimens using bluing and gilding to accent the etching are known, and some late specimens used a gilt background with the etched designs bright.

Most of these decorations involved patriotic motifs and slogans. It is interesting to note the jingoism of some of these English etched sayings conceived to capture the fancy of prospective American buyers. It is difficult to set up a chronology for these slogans since some persisted from the 1840's through the Civil War. Generally speaking, however, one does note a certain time element. In the 1840's one finds such sayings as "An American Asks for Nothing but what is Right and Submits to Nothing that is Wrong." After the discovery of gold in California this is frequently changed to read a Californian instead of an American, and it is coupled with such comments as "I can dig Gold from Quartz." In the 1850's and early 1860's another phrase is sometimes added: "America, the Land of the Free and the Home of the Brave, Protected by her Noble and Brave Volunteers." During this same period one also finds "The American's Pride, Equal Laws, Equal Rights and Justice to All." The mounting slavery controversy brought such diametrically opposed mottoes as "Death to Abolition" and "Death to Traitors." In addition to these bombastic sayings, there were also many more prosaic legends such as "The Californian Knife," "A Sure Defense," "Self-Defender," "The American Hunting Knife," "The Genuine Arkansas Toothpick," "For Stags & Buffaloes," and many others.

Some blades bore stamped designs instead of etched ones. Among these are found sphinxes, mounted hunters, dogs, deer, lions, unicorns, Maltese crosses and the like, with such words as "Try Me," "The Hunter's Companion," "I Surpass All," "Alabama Hunting Knife" and references to General Zachary Taylor's victory at Buena Vista.

Hilts were also decorated. Some were copied from table cutlery with shells and scrollwork and made entirely of German silver. There were also pommels shaped like horses' heads or shells, and embossed representations of the legendary half-horse half-alligator creation of the Kentucky riflemen. Finally there were state crests and patriotic motifs, including eagles, flags, federal shields and the motto "Liberty."





FIGURE 44

*Sheffield bowie made for an American dealer. The 6-inch blade is stamped "E. K. TRYON Co./PHIL PA/MADE IN ENGLAND."*    U. S. NATIONAL MUSEUM



FIGURE 45

*American bowie marked "SOMMIS/PROVIDENCE," about 1850. This may have been made in England for Sommis, but aside from the scabbard, the general appearance indicates American workmanship.*    THEODORE GOLDENBERG COLLECTION

40   *AMERICAN KNIVES*

*THE BOWIE AND ITS ASSOCIATES*   41



FIGURE
46

*Group of single-edged Sheffield bowies with spear points. All are mounted in German silver, and blades range from 7⅞ to 10¾ inches. From top to bottom the makers are Wilson Swift, Wragg & Sons, James Rodgers, and G. Wostenholm & Son. Note the notch in the back of the blade of the second knife.*   HERB GLASS COLLECTION



FIGURE
47

*Two double-edged bowies with spear points. The upper specimen with a 14⅝-inch blade and pearl grips is probably American-made. The lower knife with a 12-inch blade was made by Geo. Wostenholm & Co. about 1850–55. The blade was originally etched "GEO. WOSTENHOLM & CO'S. CELEBRATED CALIFORNIA KNIFE."*   HERB GLASS COLLECTION



FIGURE
48

*Double-edged bowie with spear point made by George Wostenholm & Son about 1850–55. The 9¾-inch blade is blued and decorated with gilt etching. The mounts are German silver, and the sheath has a green leather veneer.*   HARRY D. BERRY, JR. COLLECTION

Compendium_Roth
Page 0386

42   AMERICAN KNIVES

THE BOWIE AND ITS ASSOCIATES   43

FIGURE 49



Sheffield bowie made by H. Y. Wilkinson & Co. about 1855–60. The 8¾-inch blade is decorated with an eagle and mottoes in bright etching. The grips are ivory; the mountings, German silver.
ROBERT ABELS COLLECTION

FIGURE 50



Sheffield bowie by George Wostenholm & Son made for Southern sympathizers about 1850–60. The 8¾-inch blade is etched "DEATH TO ABOLITION" in large letters. The grips are checkered ebony; the mounts, German silver.
ROBERT ABELS COLLECTION

FIGURE 51



Sheffield bowie made for an American firm. The 11⅛-inch blade is marked "W&S BUTCHER FOR GRAVELY & WREAKS/NEW YORK." The grips are tortoise shell, the mounts, German silver, and the sheath has a red leather veneer.
NORMAN TAPLEY COLLECTION



FIGURE 52

Three Sheffield bowies of 1850–60 with etched blades and table-cutlery handles of German silver. The blades range from 6½ to 8 inches. From left to right the makers are G. Woodhead, Manson, and S. C. Wraht (?). The last name is somewhat illegible.
HERB GLASS COLLECTION

Compendium_Roth
Page 0387

44   *AMERICAN KNIVES*

THE BOWIE AND ITS ASSOCIATES   45

FIGURE
53



*Sheffield bowies with decorated pommels, 1850–60. The upper specimen by John Klingard has a 6-inch blade, pearl grips and embossed German silver mounts. The lower knife, by Woodhead & Hartley, has a 7⅛-inch blade, tortoise-shell grips and a German silver pommel embossed with the mythical half horse-half alligator. The reverse side of the blade is also etched with mottoes.*   ROBERT ABELS COLLECTION

FIGURE
54



*Sheffield bowie by James Westa, about 1860, with a version of the Louisiana state arms on the pommel. The blade is 7⅛ inches long; the grips, horn; and the mounts, German silver.*   CARL PIPPERT COLLECTION



FIGURE
55

*Sheffield bowie made by W. & H. Whitehead about 1860 to appeal to Union sentiment. The 8-inch blade is etched "DEATH TO TRAITORS." The mountings are German silver; the grips, antler; and the sheath has a maroon leather veneer.*   HERB GLASS COLLECTION

This is only a sampling of the commoner decorative devices. Where individual taste and craftsmanship are concerned, the possibilities are always limitless.

The scabbards in which bowie knives were worn throughout the nineteenth century varied according to where the knives were made. American knives usually had sheaths of harness leather, plain but sturdy. Some had belt loops, some studs, and some frogs for attachment to the belt. The English sheaths were most often made of pressed paper or cardboard with a thin leather veneer. They were handsome with gilt tooling, designs and sometimes mottoes. The leather veneer itself was usually colored in one of a variety of hues. Red, green, blue, purple, yellow and golden brown were all popular. The pressed paper would not stand up in service, however. A good soaking in a heavy rain or two or even the effects of continued contact with perspiration caused the pretty scabbards to disintegrate. Then the owner had to seek out the local saddler or cobbler and have a more practical sheath made.

Almost all English sheaths and most American ones had metal throats and tips. These were usually made of German silver, brass, tin or iron. As a rule they were of the same metal as the mountings of the knife itself. The tip prevented the point of the blade from cutting through the sheath and accidentally stabbing the wearer or tearing his clothes. The throat reinforced the opening and helped the sheath hold its shape. Usually the throat had a button on the obverse side which caught over the belt when the knife was thrust beneath it and so helped hold it in position.

Compendium_Roth
Page 0388





FIGURE
56

*Group of Sheffield bowies with horse-head pommels showing some of the variations in shape and size. Blades range from 8⅝ to 12¾ inches. All are mounted in German silver. From top to bottom the makers are W. C. Reaves, R. Bunting & Sons, Fenton & Shore, and Ibbotson Peace & Co.*   ROBERT ABELS AND BEN PALMER COLLECTIONS









FIGURE
57

*Details of blade etching. From top to bottom these are from the knives illustrated in figures 48, 55, 52 and 56.*

Compendium_Roth
Page 0389



FIGURE 58

*Sheffield bowie by W. F. Jackson with stamped decorations. The 8⅜-inch blade is exceptionally wide and heavy. The mounts are German silver.*

WILLIAM SHEMERLUK COLLECTION



FIGURE 59

*Sheffield bowie by James Walters & Co. with decorated pommel. The blade is 11⅞ inches long. The grips are wood, and the mountings, German silver.*

BEN PALMER COLLECTION



FIGURE 60

*Huge American bowie by Reinhardt with a blade 17⅜ inches long. The grips are antler; the mountings, iron.*

BEN PALMER COLLECTION

The Civil War made the bowie as popular on the East Coast as it had been west of the Appalachians. Almost every volunteer on both sides wore one. The town of Ashby, Massachusetts, for instance, presented every one of its residents with a bowie knife when he enlisted, as did Shelburne Falls and many other Massachusetts towns, while Company C of the 1st Georgia Infantry from Cass County were known as "The Bowie Knife Boys." Veterans recalled, however, that the knives were soon abandoned, especially by Union soldiers who found that their issued weapons were sufficient and that they had enough to carry without them. Confederate soldiers were not so well armed, and therefore the big knives remained more popular with them.

Northern soldiers generally carried English-made knives while Confederates relied more on homemade products. Some of these were well made from the best English cast steel, occasionally by former file manufacturers such as Lan & Sherman of Richmond. Other fine knives were made by armories such as that of W. J. McElroy of Macon, Georgia, which was turning out twenty bowie knives a week in 1862. Other Confederate knives were crudely forged by local blacksmiths or cut down from swords. An interesting feature on many Confederate bowie knives is the presence of a knuckle-bow bending in an even curve from the pommel to the base of the grips. This is a unique feature which is almost never found before or after the war.



FIGURE 61



*Bowie made by Alexander of Sheffield with the popular "NY" decoration on blade and scabbard. It was owned by a naval officer during the Civil War. The blade is 6 inches long. The mounts are German silver, and the sheath has a red leather veneer.*

U. S. NATIONAL MUSEUM

50    *AMERICAN KNIVES*

51

FIGURE
62



*American bowie with cast-brass hilt, about 1855–62. The 11⅛-inch blade is unmarked, but it was undoubtedly made by Bown & Tetley of Pittsburgh, who made the bayonet illustrated in figure 75.*

BEN PALMER COLLECTION

FIGURE
63



*American bowie by Hassam, Boston, about 1860–65. The blade is 8⅜ inches long. The guard is iron, but all other mounts are German silver.*

HERB GLASS COLLECTION



FIGURE
64

*A private of the 4th Michigan Infantry in 1861 with his bowie knife thrust through his belt and a Colt revolver on his hip.*

NATIONAL ARCHIVES

52   *AMERICAN KNIVES*



FIGURE
65

*Sheffield bowie with 10-inch blade by Joseph Rodgers carried by a Union soldier in the Civil War. The sheath is an American replacement.*

WILLIAM SHEMERLUK COLLECTION



FIGURE
66

*Sheffield bowie with 10-inch blade by G. Wostenholm & Son carried by a Union soldier in the Civil War.*

WILLIAM SHEMERLUK COLLECTION



FIGURE
67

*American bowie by C. Roby of West Chelmsford, Mass., 1860–65. The blade is 9¾ inches long. The guard is iron, but the rest of the mounts are brass. The grips are turned wood.*

WILLIAM SHEMERLUK COLLECTION

*THE BOWIE AND ITS ASSOCIATES*   53



FIGURE
68

*John Wilkes Booth's knives. The large knife, by W. F. Jackson of Sheffield, is marked "RIO GRANDE CAMP KNIFE." It was this knife that Booth used to stab Major Rathbone after shooting Lincoln and brandished on the stage of Ford's Theater. The pocket dagger was found on Booth's body when he was killed at Garret's barn.*

NATIONAL PARK SERVICE



FIGURE
69

*Confederate bowie picked up on the Perryville battlefield. The blade is 12½ inches long. The grips are wood; the mounts, brass.*

U. S. NATIONAL MUSEUM

FIGURE 70



Confederate bowie by W. J. McElroy, Macon, Ga., with 12½-inch blade. *The grips are wood; the mounts, brass.*   LEON C. JACKSON COLLECTION

FIGURE 71



Two Confederate bowies with typical knuckle-bows and blades 13½ and 16 inches long.
WILLIAM SHEMERLUK COLLECTION



FIGURE 72

Confederate bowie with 11½-inch blade. The grips are wood; the mounts, iron.
LEON C. JACKSON COLLECTION



FIGURE 73

*Post Civil War bowie made by I. Lingard of Sheffield. The 8⅝-inch blade is ornamented with the words "CALIFORNIAN BOWIE KNIFE" and floral scrolls in the late-type gilt etching. The mounts are German silver; the grips, wood; and the scabbard has a yellow-brown leather veneer.*   HERB GLASS COLLECTION

One final development of the bowie knife during the Civil War was its adaptation as a bayonet. Crude specimens are encountered with wooden grips and double brass loops to fit over the gun barrel. These, according to tradition, were used by Arkansas troops. Bown and Tetley of Pittsburgh produced a better-made type, and so did Boyle, Gamble & MacFee of Richmond. The most widely used knife bayonet of the war, however, was the Dahlgren, which was designed for the so-called Plymouth Navy rifle

**56** *AMERICAN KNIVES*

of 1861. Following the Civil War the idea of combining a bowie knife and a bayonet was dropped until the 1890's, when a small quantity was produced for the Krag rifle for service in the Philippines.

During the twenty-five years from 1840 to 1865, when the popularity of the bowie was at its height, some were used for presentation purposes to distinguished citizens. The practice never became as widespread as the presentation of swords, but occasional specimens are found with such inscriptions. Sometimes a standard model was used with a little extra engraving or plating. At other times knives seem to have been made especially for the purpose just as swords were.

After the Civil War the bowie's popularity declined rapidly. Cowboys and buffalo hunters continued to carry them, but the frontier was swiftly vanishing. The fur trade was almost gone, and civilization was crowding out the big knife. Ironically, this was the period when American cutlers began to make the bowie in quantity, among them Landers, Frary & Clark, Lamson & Goodnow, Collins & Co., the Bridgeport Gun Implement Company and, at the very end, the John Russell Cutlery Company. But these were in reality hunting knives. The fighting bowie had long since disappeared.

The knives of these declining years can easily be distinguished from their predecessors. Aside from the names of manufacturers which are datable and a general shrinking in size, new materials make their appearance. Synthetics imitating bone and ivory appeared about 1870, and celluloid, though developed in 1868, followed later. Hard rubber was popular after the middle 1870's; and finally came plastics for the grips and stainless steel for the blades.

FIGURE 74



*Confederate bowie bayonet of the type reputed to have been popular in Arkansas. It was apparently made to fit a Kentucky rifle which had had the end of its octagonal barrel turned round. The blade is 12¾ inches long. The grips are wood, and the mounts, crudely cast brass.*
WILLIAM SHEMERLUK COLLECTION

---

*THE BOWIE AND ITS ASSOCIATES* **57**



FIGURE 75

*Bowie bayonet made by Bown & Tetley, Pittsburgh, about 1855–62. The blade is 20¾ inches long. The hilt is cast brass.*    BEN PALMER COLLECTION



FIGURE 76

*Two late American bowies. The upper knife with hard rubber grips and an 8¾-inch blade was made by the Bridgeport Gun Implement Company (B.G.I.Co.). The brass mounts are nickel-plated. The scabbard is a replacement. The lower knife with an 8-inch blade was made by Landers, Frary & Clark. Its mounts are German silver.*
WILLIAM SHEMERLUK COLLECTION



FIGURE 77

*Late knife by Lamson & Goodnow with a 6⅝-inch blade and brass mounts.*
HERB GLASS COLLECTION



FIGURE 78

*Late hunting knives by the John Russell Company, 1890–1929. All are marked "GREEN RIVER WORKS" in addition to the company name.* JOHN S. DU MONT COLLECTION

But the bowie tradition had not died. For almost half a century it lay dormant. Then, with the advent of World War II and its jungle campaigns, the fighting bowie came back into its own. Service men of all branches bought or made knives of the bowie pattern for their personal use—and they used them both as weapons and tools in the classic tradition. Finally, the Navy and Marine Corps made such a knife an issue arm.

Today bowie knives as fine as any ever forged are being manufactured in small quantities in the United States. W. D. Randall, Jr., of Orlando, Florida, makes several every month on special order. Each is hand-forged from the finest Swedish steel with blades ranging from nine to eleven inches in length. The guards are brass, the grips built up of sole-leather washers and the butt caps made of Duralumin. These modern knives are true heavy-duty fighting and general-utility implements. They are bought by hunters, trappers, prospectors and soldiers who need that type just as their ancestors did a century ago. Through them the bowie tradition lives on.

Alongside the bowie knife stands another very famous knife name of the same era, the Arkansas Toothpick. Students and collectors today try to distinguish between the toothpick and the bowie and use the names for two different kinds of knives. The distinction seems largely modern, however. The men who carried the knives used the terms interchangeably. Arkansas toothpick was a joking nickname coupling the name of the state where the knife was developed and a humorous comment on the huge size of the blade.

As collectors today use the term, however, it applies to a knife with a straight tapering double-edged blade. Actually this is nothing more than the old dagger—still a popular weapon in the early 1800's. The men who used it most often called it a dagger or a dirk-knife.

As a survival of an old established weapon, daggers can be found ranging from the very beginning of the period until its end. Fine silver-mounted specimens were carried by gentlemen and even by high-ranking or wealthy Army officers. Plainer specimens were popular with all classes in the West and have been excavated at several trading-post sites. Rough homemade specimens comparable to the cruder bowies are also found. Gamblers sometimes used a special version with cross grips that could be carried concealed in a special spring-locked scabbard; and to complete the picture, the dagger also was used at times as a presentation weapon.



FIGURE
79

*Sheffield bowie by E. S. Stenton presented by J. H. Prioleau of Charleston, S. C., to Capt. Edmund Kirby Smith, 1847–1861. Smith was breveted captain in 1847 for gallantry in the Mexican War. He became a general in the Confederate Army.*

WEST POINT MUSEUM



FIGURE
80

*Two modern bowies made by W. D. Randall, Jr., of Orlando, Florida.*

W. D. RANDALL, JR.



FIGURE
81

*American silver-mounted dagger about 1790–1810. The blade is 5½ inches long. The handle is a cylinder of sheet silver filled with a resinous substance.*

CHICAGO HISTORICAL SOCIETY



FIGURE
82

*American (?) dagger of the early 19th century. The blade is 7⅞ inches long. The guard is iron with pierced decorations, and the scabbard is brass. The inscription is apparently commemorative.*

LEON C. JACKSON COLLECTION

FIGURE
83



*Crudely-made American dagger of the middle 19th century, said to have been found in the Southwest. The 8⅜-inch blade is made from a file. The guard is iron, and the sheath is fastened with copper rivets.*   WILLIAM SHEMERLUK COLLECTION

FIGURE
84



*American dagger of the mid-19th century. The heavy blade is 12⅛ inches long. The grips are bone, and the guard has apparently been put on upside down. The scabbard is made of wood with brass mounts.*   BEN PALMER COLLECTION



FIGURE
85

*American dagger about 1860–80. The 8-inch blade is stamped "H. WILKINSON/HARTFORD CT." The guard is German silver; the ferrule is brass; and the grips are wood.*
WILLIAM SHEMERLUK COLLECTION



FIGURE
86

*Presentation dagger given by the citizens of Boston to Francis E. Brownell (see frontispiece) during the Civil War. The blade is 7⅝ inches long and undecorated. The grips are carved ivory, and the mountings are silver. The body of the scabbard is velvet.*
U. S. NATIONAL MUSEUM

One special form of the dagger did develop during this period, however, which is not encountered among the colonial daggers. This was the folding or pocket dagger. These ranged in size from tiny specimens with four- or five-inch blades to great long affairs with blades up to sixteen and three-eighths inches in length. Most of these folding daggers were designed to be carried in the pocket, but others had special sheaths. Some of these latter types could be used either open or closed, depending on the length of blade the owner felt he needed for any given job.

Although the bowie knife and/or the Arkansas toothpick were certainly the most widely known knives of their era and achieved the greatest historical fame, they were by no means the only forms of sheath knives carried in the American West. The trappers and traders, the mountain men,

who explored the Rockies and braved the Sioux and Blackfoot in search of beaver, flourished well before James Bowie had his knife made. These men carried knives similar to those of the eighteenth-century riflemen, typical butcher knives or knives shaped from files and hilted with antler. Even after the advent of the bowie, these men tended to hold to their old patterns.

Most of the mountain men's early store-bought knives came from England, but after 1834 they got one all their own. In that year John Russell began the manufacture of butcher and carving knives on the Green River at Greenfield, Massachusetts. Many of these knives were shipped west, most often to Pierre Chouteau, Jr., & Co. From the trading posts of this famous fur company the knives were purchased by the hunters, trappers and Indians. An idea of the quantity of Russell's knives which were dispersed throughout the upper Missouri River region can be had from the fact that the average number of knives shipped west each year from 1840 to 1860 was five thousand dozen. These sold wholesale at $1.50 to $3.50 a dozen and retailed at the fur posts for fifty cents to $1.50 each.

FIGURE 87



*Push dagger of the type popular with gamblers in the West, 1848–60. The 4-inch blade is marked "WILLS & FINK/S. F. CAL." The grips are ivory. The iron scabbard is designed to hang upside down while the blade is retained by a spring.*
U. S. NATIONAL MUSEUM



FIGURE 88

*Sheffield folding dirk closed and fully extended. When open, the blade is 16⅝ inches long; when closed, 10½ inches. Note the American eagle stamped on the German silver mounts of the handle. The grips are ivory. The scabbard is red leather.*
WILLIAM SHEMERLUK COLLECTION

The new knives found favor immediately, and the term "Green River" became a part of the trapper's vocabulary. Frederick Ruxton, in 1848, wrote of the mountain men in his *Life in the Far West:* "For, as may be imagined, a thrust from the keen scalp-knife by the nervous arm of a mountaineer was no baby blow and seldom failed to strike home—up to the 'Green River' on the blade." In this Ruxton referred to the fact that Russell's knives were stamped "J. Russell & Co./Green River Works" on the blade near the hilt. Any knife thrust in "up to the 'Green River'" would have done a thorough job. "Give it to 'em up to the Green River!" became a recognized battle cry. At the same time the term "Green River" or "up to Green River" also became synonymous for anything well done or well made. Thus anything done "up to Green River" was first rate.

The knives which created this impact on the life and speech of the mountain men were not prepossessing in appearance. They were well made and boasted fine blades, but otherwise they were simple butcher and carving knives, the same as might have been found in any New England kitchen. Two of the most popular models sent west, according to company records, were known as "Butcher Knife No. 15," which had a six-inch blade, and "Carving Knife No. 1586," which had an eight-inch blade. Butcher's skinning knives used in the early West are also found quite frequently. The early knives were stamped "J. Russell & Co./Green River Works" in two

lines. Later a diamond-shaped stamp was placed below it. Some time before 1890 the company changed from stamped to etched marks, and finally the commemorative date 1834 was added to some knives.

One change took place almost universally on the knives sent west. The new owner changed the edge of his purchase. Like most cutlers, J. Russell & Co. sharpened their knives evenly, beveling both sides of the blade. The purchasers who wanted to use the knives for skinning ground off the old edge and put the bevel all on one side. This new edge let them skin with less danger of piercing the hide and lowering its value. As a word of caution, it should be noted that many of the Green River knives actually used in the West have been sharpened so many times that their shape is often entirely different from what it was when it left the factory.

When Russell started in business, the Sheffield cutlers did everything they could to interfere. They even dumped quantities of knives on the American market at prices well below cost. Finally, however, they had to admit that the Russell Company was going to stay in business. Then they paid him the ultimate compliment of producing somewhat similar knives also bearing the name "Green River." "Green River" knives made in England can still be purchased today.

FIGURE 89



*Rifle knife made from a half-round file, early 19th century. The blade is 7¼ inches long. When found, the knife was still in its sheath fastened to the strap of a rifle bag.*

ROBERT ALBRECHT COLLECTION

FIGURE 90



*Unusually fine rifle knife, about 1830–40. The blade is 5¼ inches long, and the handle is decorated with German silver and mother-of-pearl inlays to match the rifle it was designed to accompany.*

WILLIAM SHEMERLUK COLLECTION



FIGURE 91

*Two late 19th-century folding daggers shown open and closed. The upper specimen is German. The lower knife, which retains its scabbard, is English. When open, the blades are 9¾ and 6¾ inches respectively. Both are mounted in German silver. The German knife has antler handles; the English has horn.*

LEON C. JACKSON COLLECTION



FIGURE
92

*Group of J. Russell "Green River" knives. The top three bear the early stamped mark. The bottom four are skinning knives and have the later etched marks.*

JOHN S. DU MONT COLLECTION



FIGURE
93

*Typical Russell "Green River" butcher knives. The upper specimen is the earliest. All are representative of those shipped West.*   JOHN S. DU MONT COLLECTION



FIGURE
94

*Sheffield skinning knife by I. Wilson, about 1890, with "Green River" stamped on the blade. A group of these knives was found recently in an Alaskan trading post, still packed in a cask of moose tallow.*   AUTHOR'S COLLECTION



FIGURE
95

*Sheffield knife by George Butler & Co., which also is imitatively marked "GREEN RIVER KNIFE." This pattern is still being manufactured.*

JOHN S. DU MONT COLLECTION

**70**    *AMERICAN KNIVES*

These were the most popular knives in the winning of the West: the colorful bowie and Arkansas toothpick in their many variations; the dagger; and the more prosaic but equally efficient Green River knife. With these were a host of other knives, the handmade types previously mentioned and other manufactured varieties in the hands of both civilians and soldiers, to be described in following chapters. None, however, will ever attain the place in American legend held by the bowie.

*CHAPTER IV*

# ARMY KNIVES



FIGURE 96

*Hicks knife with half knuckle-bow and sheath.*    COL. B. R. LEWIS COLLECTION

A SOLDIER in the field is a man on his own. Behind the lines there are dozens of noncombatants to take care of his needs. As he nears the fighting area these helpers gradually melt away until in the final phase there are only other fighting men. Now the soldier prepares his own food, constructs his own shelter, makes emergency repairs to his own equipment and defends his own life. In all these activities he gratefully accepts the services of a good knife.

Any man who has been in a combat area knows how highly a soldier prizes his knife. It is evident in the way he handles it and in the way he takes care of it. And especially in the lengths to which he will go to obtain one that meets his personal requirements. In the Pacific during World War II fighting men set tremendous store by their knives. Despite the fact that they were issued adequate knives, they often encountered others they liked better in the hands of sailors or rear-echelon soldiers. Then nothing would stand in their way until they got it. Money, food, trophies, anything—even

**71**

# Arms and Armor in Colonial America
## 1526-1783

by

Harold L. Peterson



THE STACKPOLE COMPANY
HARRISBURG, PENNSYLVANIA

Compendium_Roth
Page 0402

*Copyright 1956 by* HAROLD L. PETERSON

*L. C. Catalog Card Number: 56-11273*

x 399
P 442 ar

738993

REFERENCE



*Printed and bound in the United States of America
by* THE TELEGRAPH PRESS, *established 1831
Harrisburg, Pennsylvania*

3  1223  04867  2878



*THE COMPANY OF MILITARY COLLECTORS*
*& HISTORIANS*

Through its Reviewing Board, takes pride in sponsoring this book and in recommending it as a standard work of reference in the field of American military history.

COLONEL HARRY C. LARTER, USA, Ret.
*President*

REVIEWING BOARD

COLONEL ARCADI GLUCKMAN, USA, Ret.
MR. C. O. v. KIENBUSCH
LIEUTENANT COLONEL HERMANN W. WILLIAMS, JR., USAR
COLONEL FREDERICK P. TODD, USAR, *Editor-in-Chief*

WASHINGTON, D. C.

4   42386 SFPL:F-BKS
1976FL   12/18/98 5422

# BOOK II

## The French Wars and the Revolution



## 1689-1783

[ 153 ]

# Introduction

IN THE HISTORY of arms and armor, the period from 1689-1783 was in many ways the antithesis of the preceding period. Arms in America had developed rapidly under the pressure of the new environment until they had far surpassed those in general use in Europe. After 1689, aside from the development of the rifle, the rate of progress in America declined while European arms improved. Towards the end of the period, in fact, Americans began to abandon their own distinctive military tactics and the weapons connected with them and once more patterned their military modes after European models.

This transformation, like the one before it, was the result of a change in environment. The colonists faced different enemies under different conditions.

Militarily, the period from 1689-1783 was characterized by a series of wars between England and France for control of the Continent and by the American Revolution, which was closely connected with the previous struggles. King William's War, 1689-1697, began the long conflict. It was followed by Queen Anne's War, 1702-1713; King George's War, 1740-1748; and the French and Indian War, 1755-1763. By the treaty ending the French and Indian War, France was deprived of all her colonies in America, and Great Britain reigned supreme. From these conflicts, however, stemmed many of the conditions which produced the Revolutionary War of 1775-1783 and ended the colonial period of American history.

In the French wars the bulk of the important fighting was done by European troops. The Indian allies on both sides contributed little except through their terrorizing activities and their harassment of the frontier which made it necessary to maintain garrisons all along the line and thus kept many men out of the active campaigns. American troops in general lacked discipline and training in Euro-

[ 155 ]

ARMS AND ARMOR IN COLONIAL AMERICA

pean tactics, and aside from a few brilliant exceptions they were considered unreliable by the English commanders. A small group, however, did render valuable service as scouts and rangers.

As the French wars continued, an attempt was made to raise the caliber of American troops and thus remove some of the load from the British regulars. Colonial governors were encouraged to raise and train special regiments. This was done within the existing militia laws, and there were wide deviations in the way the individual governors interpreted and executed their authority. In some colonies there was little or no improvement over the old militia, but in others, such as Virginia and New Jersey, there developed relatively well disciplined and well equipped American regiments, the first such ever raised in this country.

From the very beginning military leaders in the English colonies had studied English drill manuals. They patterned the American militia system with its muster days after the English militia. Insofar as possible they used the English drill. But the nature of the country and the character of the enemy had prevented them from putting much of it into practice.

By the 18th century, however, conditions had begun to change. The Eastern Seaboard was becoming civilized. Cleared land had begun to replace the forests in many sections. The Indians were no longer a constant menace. In general, conditions there were beginning to approximate those in Europe. Also, the enemy was no longer a savage hiding in a dense forest, but another white man who fought in an open field or behind fortifications. Thus, most of the reasons for the tactics and armament of the earlier period had been removed. In their place were an entirely new set of conditions which called for a return to European tactics.

At the same time, however, there was still a frontier in America, and there the evolution of arms and tactics continued as it had in the early years. Along the Western borders of the colonies, conditions were much the same as they had originally been on the coast. The forests were still thick, and the Indians were still a continuing threat. It was on this frontier that the rifle was developed. The same conditions which had caused the first settlers to seek the lightest, most accurate and fastest shooting guns that they could purchase in Europe continued in the 18th century to foster the evolution of these European types into a purely American gun that met the requirements even better.

Although the rifle was an effective weapon for the purposes for which it was designed, it had little effect on the overall arms picture. It was almost unknown to military men during the French wars, and the Revolutionary War was fought under conditions which relegated the rifle to a minor supporting role. During that war, which was largely confined to the cleared lands of the East Coast, both armies relied heavily on the standard European linear tactics. In such warfare,

[ 156 ]

## THE FRENCH WARS AND THE REVOLUTION

the rifle, which lacked the bayonet and which required more time for loading than the musket, was useful only under special conditions.

Thus at the end of the period Americans were once more fighting like Europeans. The rifle was restricted to special troops which acted as light infantry, and the musket and bayonet of European pattern was retained as the standard weapon. The return to linear tactics also had another effect on the development of arms. The pole arm, which had all but disappeared a century before, came back into vogue as American Revolutionary troops were equipped with spontoons, trench spears, pikes and lances.

[ 157 ]

## Chapter Five

# Firearms

T HE HISTORY of firearms in America from 1689 to 1783 follows a pattern entirely different from that of the preceding period. The first 162 years had seen rapid developments and radical changes. Three entirely different systems of ignition had followed one another in quick succession, and there had been many variations and improvements in each. In design these firearms had advanced from heavy, clumsy and ill-balanced contraptions to comparatively light, well-balanced, and relatively efficient weapons. As each of these advances was made, its effect was quickly felt in America where the dependence of the colonist upon his arms caused him to demand the very best that Europe produced and to adopt them as standard arms before they were so recognized abroad.

The last of these major developments had taken place well before 1689, and the next big stride, the invention of the percussion system of ignition, did not occur until well after 1783. Thus the period under consideration was one of refinement and systematization. Older forms were improved upon, resulting in finer guns. Even the rifle and the breech-loader which are often considered the outstanding achievements of this period were but further developments of already known principles.

The other major contribution of the period, the standardization of arms, was also not absolutely new. Some small groups had already begun to try to equalize calibers and to use similar guns before 1689. It was during this period, however, that the heterogeneity of arms in most national armies was gradually done away with and definite models for firearms were developed which can be described and dated. By the end of the period, all the guns of a well-equipped organization were as nearly alike as hand-craftmanship could make them.

The principal firearm of the period was the flintlock musket. This smooth-

[ 159 ]

### ARMS AND ARMOR IN COLONIAL AMERICA

bore weapon of large caliber answered perfectly the requirements called for by the military tactics of the day. The basic formation for an engagement was the line of battle. This consisted of two or sometimes three lines of men drawn up shoulder to shoulder, one line close behind the other. About six feet behind these lines was another line of "file closers" or reserves to take the place of casualties. From this formation soldiers advanced to the attack, marching to within sure range of the enemy, delivering a volley, and then charging to decide the issue hand to hand. Likewise, it was in this formation that soldiers received an attacking force in the open fields. They waited until the enemy was within range, fired a volley, loaded, and if possible fired one or two more vollies before the enemy closed with them.[1]

Volley-firing from a line of battle was a very formal practice. All loading



*Author's Collection*
Plate 161. British musket by I. Hawkin of the period of William III-Queen Anne, used in this country.

and firing was done by command, or, as a modern soldier would say, "by the numbers." There was little or no aiming as it is understood today. The volley was delivered directly ahead or to the right or left oblique as commanded. The theory was to lay down a pattern or field of fire, and consequently rapidity of fire was prized much more highly than accuracy.[2]

Thus the musket, which could be loaded rapidly, was considered a fine weapon, even though its accuracy left something to be desired. Some idea of the speed of loading and firing expected of the soldier armed with the musket can be obtained from the following entry in a military treatise of 1768:

"No recruit to be dismissed from the drill, till he is so expert with his firelock, as to load and fire fifteen times in three minutes and three quarters."[3]

This would mean a sustained fire of one shot every fifteen seconds, a rate which would assure at least two volleys at an approaching enemy in any average charge.

Thus, if, as was often the case, a charge involved only one regiment on each side, and if each regiment consisted of 500 men, it would mean that the attacking force would have to suffer the effects of 1,000 bullets in two volleys in the 20 or 25 seconds it would take them to negotiate a charge of less than 100 yards. The second volley would be received, if delivered properly, at a range of no more than 30 yards.

[ 160 ]

## THE FRENCH WARS AND THE REVOLUTION



Plate 162. Drawing by Robert L. Miller.

[ 161 ]

ARMS AND ARMOR IN COLONIAL AMERICA



*Colonial Williamsburg*

Plate 163. British officer's fusil. The sling is modern.





*Herb Glass Collection, National Rifle Association*

Plate 164. Cavalry musketoon, c. 1690-1700.

If the charge were more than 100 yards, if there were obstacles to be surmounted, if it was necessary to halt and consolidate forces after the effects of one of these volleys, then the attacking force would have to withstand 500, 1,000, or possibly 1,500 more shots. It should be remembered also that this attacking force was not spread out in the manner in which modern infantrymen advance under fire. It was a compact and solid mass of men, a perfect target for fire from another compact body of men at point blank range. Accuracy would have been superfluous in this type of warfare. Speed was everything. Speed for the defending force to pour as many bullets into the attacking force as possible; speed for the attacking force to close with its adversary before it had been too severely decimated to have sufficient strength to carry the position.

[ 162 ]

## THE FRENCH WARS AND THE REVOLUTION

There were some instances, however, in which an accurate weapon was to be desired, and here the musket was weak. Troops detached to act as flankers on a march through hostile territory, pickets, rangers, and other similar small groups where the action was apt to involve only a few men or perhaps single individuals felt the need of accurate weapons. It was to these troops and in these instances that the rifle later proved a valuable arm.

These men wanted accuracy, and they practiced marksmanship even with the musket. There are many orders and references to such target practice, and in one instance the procedure is well described. Frederick Mackenzie, an officer of the Royal Welch Fusiliers, then stationed in Boston, left the following account of British target practice in January 1775:

15th Jan^y. The Regiments are frequently practiced at firing with ball at marks. Six rounds p^r man at each time is usually allotted for this practice. As our Regiment is quartered on a Wharf which projects into part of the harbour, and there is a very considerable range without any obstruction, we have fixed figures of men as large as life, made of thin boards, on small stages, which are anchored at a proper distance from the end of the Wharf, at which the men fire. Objects afloat, which move up and down with the tide, are frequently pointed out for them to fire at, and Premiums are sometimes given for the best Shots, by which means some of our men have become excellent marksmen.[4]

The limitations of the musket with which these men fired have been well described by one of the most famous marksmen and authorities on shooting of the time. Major George Hanger, who was also well versed with both the German and American rifle, reported that:

A soldier's musket, if not exceedingly ill-bored (as many of them are), will strike the figure of a man at eighty yards; it may even at 100; but a soldier must be very unfortunate indeed who shall be wounded by a common musket at 150 yards, provided his antagonist aims at him; and as to firing at a man at 200 yards with a common musket, you may just as well fire at the moon and have the same hopes of hitting your object. I do maintain and will prove, whenever called on, that no man was ever killed at 200 yards, by a common soldier's musket, by the person who aimed at him.[5]

These were the general characteristics of the musket and the reasons for its ascendancy as the principle military firearm of the period. Muskets from many nations were used in America in addition to those made here. Great Britain, France, Holland, the various states of Germany, and Spain were all represented.

[ 163 ]

Compendium_Roth
Page 0413

ARMS AND ARMOR IN COLONIAL AMERICA



*Colonial Williamsburg*

Plate 165. British musketoon of the type described in the warrant of 1756, although this specimen is somewhat earlier.

The models differed, but the overall principles and characteristics were the same.

The nation whose muskets wielded the dominant influence in America until the very end of the period was Great Britain. Almost all arms purchased by individuals and by Colonies prior to the Revolution came from there. During the wars with France from at least as early as the reign of Queen Anne (1702-1714), England sent arms to equip colonial troops, and most of these arms remained in America. The British musket was thus the one with which Americans were familiar, and when war broke out between the colonies and Britain in 1775 and the committees of safety of the various colonies began contracting for arms with local gunsmiths, it was the British musket which they chose as their pattern.[6]

When William III ascended the British throne in 1689, there was no standard British musket. Rather, he inherited a great mass of heterogeneous firearms, most of them matchlocks, from his predecessors. William quickly began to make the flintlock the standard weapon for his armies and to eliminate the matchlock. Unfortunately, he was shortly embroiled in a Continental War with repercussions in America, and thus could not proceed to make the conversion as systematic as might have been desired. The need for arms was such that he proceeded to convert what matchlocks he could, to contract with private English gunsmiths, and to purchase many muskets from his allies abroad, especially Holland. By these means he managed in a broad sense to make all his muskets of the same general type and of fairly uniform caliber.[7]

An average example of one of the British manufactured flintlocks of King William's reign would have a roughly made flint lock possibly with a dog catch, of about the same size and shape as the older matchlocks and thus interchangeable

[ 164 ]

## THE FRENCH WARS AND THE REVOLUTION

with them. It would be attached by three screws and might bear upon the lock plate in front of the cock the initials "WR" (William Rex) and a crown. There would be no bridle for either the tumbler or the frizzen. The barrel would be 46 inches long and about .75 caliber. It would be octagonal for about 18 inches at the breech. There would be a small fore-sight, but no rear sight. The mounts would be iron except for the brass butt plate. There would probably be no screw plate and no rear ramrod thimble. The stock would be black, and the barrel and iron mounts would also be blackened or russeted.[8]

King William was succeeded in 1702 by Queen Anne, and it was during her reign that the famous "Brown Bess" musket was adopted. There is some question, however, as to whether it actually got into production during her life-time. This almost legendary arm was selected by John Churchill, Duke of Marl-borough, and introduced into the Army under his auspices. The "Brown Bess" was a fine gun, and a great improvement over its predecessors. With only a few modifications it served the British army for well over 100 years. It had a good flint lock attached by two screws with bridles for both the tumbler and frizzen. On the lock plate it bore the cypher of the Queen and the broad arrow denoting government ownership. Sometimes it bore the name of the maker instead. The barrel was 46 inches long, round for its entire length, and of about .75 caliber. It was fastened to the stock by four pins in addition to the tang screw, and there was an ornamental raised band at the breech. An artificial oxidation or acid pickling process colored the barrel brown and thus gave rise to its nickname "Brown Bess." The stock was walnut, and the mounts were brass throughout,



Plate 166. British musketoon of the type described in 1764.    *Colonial Williamsburg*

[ 165 ]

# ARMS AND ARMOR IN COLONIAL AMERICA



*Tom Holt Collection*

Plate 167. French musket, model 1717. Muskets of this model conforming exactly to specifications are almost impossible to find. This one has a straighter butt than usual and lacks the barrel band and fore-end cap.



*Fort Ticonderoga*

Plate 168. French musket, model 1728. Note that this specimen lacks the band retaining springs.



*Tom Holt Collection*

Plate 169. French musket, model 1746, surcharged "U.S." during the Revolution.



*Richard K. Sprague Collection*

Plate 170. French musket model 1763.



*Fort Ticonderoga*

Plate 171. French musket model 1777.



*Richard K. Sprague Collection*

Plate 172. French musket model 1777. (Dragoons)

[ 166 ]

THE FRENCH WARS AND THE REVOLUTION

although some early examples were mounted in iron. The ramrod was wooden, and there was a lug for the attachment of a bayonet on top of the barrel.[9]

It was with this arm that Queen Anne set out to replace the motley array of firearms that William III had gathered. The number of these earlier arms with Queen Anne's cyphers on them that are found in America may indicate that it was these arms which she sent to the colonies for their use as she replaced them with the new model at home.

The changes that occurred in the British musket during the remainder of the period were mainly concerned with the length of the barrel, the shape of the brass mountings and the introduction of the iron ramrod. The first change in barrel length occurred late in the reign of George II, probably just before 1760. At that time the length was reduced to 42 inches. It continued that length until sometime in the late 1770's when a final reduction cut it to 39 inches.[10]

During this period there were several changes in the mountings. The length of the tang of the butt plate was reduced about the same time as the introduction of the 42 inch barrel. The key or side plate, which was cast with a convex surface and a long tail in the first model was made flat in the 42 inch model, but retained the tail. The first guns of the 39 inch model used the same key plate as the 42 inch, but soon changed to a convex plate without a tail. Both of the first two models had four ramrod thimbles with the upper one usually trumpet shaped. The third model reduced the number to three and made the first two thimbles trumpet shaped. The heavy mouldings of the trigger guard of the first two models were done away with, and the guard was much lightened in the third model.

The introduction of the iron ramrod was a slow and gradual process. It began about 1724 and continued sporadically over a long period. As late as 1757 some regiments still were only partly equipped with them. These new iron ramrods were usually made with flat "button" heads and without a worm for removing cartridges.[11]

There were also two significant changes in the cock. In the first model and early years of the second model, a tenon on the top jaw of the flint vise slid in a mortise in the tang of the cock. In later years on the second model, a slot was cut in the back of the jaw so that it fitted around the tang, which had been modified somewhat to make this possible. Finally, whereas the head of the flint screw on the first two models was slotted only, the head of the screw of the third model was both slotted and pierced.

It should also be noted that while it was not related to any particular model, the general shape of the lock plate followed the same evolutionary changes found in contemporary locks on other guns. That is, the earliest specimens had lockplates that curved sharply downward at the rear while in other specimens

[ 167 ]

Compendium_Roth
Page 0417

## ARMS AND ARMOR IN COLONIAL AMERICA



Plate 173. French musketoon, model 1776.

*Fort Ticonderoga*



*Author's Collection*

Plate 174. Semimilitary guns.  Top: New England, c. 1690-1710, iron mounted with fruit wood stock. Bottom: New England, c. 1770, brass mounted with curly maple stock. Note the bayonet stud underneath the barrel.



*Claud E. Fuller Collection, National Park Service*

Plate 175. American Revolutionary musket by Deacon Barrett of Concord, Mass.

the lock gradually straightened across the bottom. Also the surface varied between convex and flat according to contemporary preference.

Finally, of course, the locks were marked differently. Each sovereign used his own cypher, although all three Georges used the same one. Some locks, particularly those made before 1760, are dated and bear the names of the individual contractors who made the arm. Others simply bear the words "Tower" or "Dublin Castle" depending upon the arsenal from which they were issued. Exactly when the practice of marking arms with "Tower" or "Dublin Castle" instead of makers' names began is not known. Some of the later examples of the first model are so marked, and towards the end of the period of the second model, it seems to have become universal.

In addition to the standard infantry musket, there was also a lighter officer's model known colloquially by the older term of fusil or fuzee. Throughout the

[ 168 ]

# THE FRENCH WARS AND THE REVOLUTION

entire period it generally followed the design of the regular musket but was lighter, better made, and often embellished with decorations. The brass mounts were usually cast or engraved with ornamental designs, and there was often a silver wire inlay on the wrist of the stock. The normal practice in most British regiments at the beginning of the period was for the officers to carry espontoons and the sergeants to carry halberds. As the period progressed, however, officers in some regiments began to carry fusils, and during the Seven Years War and later, in the Revolution, the officers, including sergeants, changed to fusils almost exclusively for field use in America.[12]

There are also plain muskets with government locks and broad arrows indicating government ownership which are otherwise exactly similar to these officers' fusils. According to tradition, these are artillery and light infantry muskets. It is known that the artillery had long been issued muskets lighter than the usual infantry model. When the concept of light infantry was developed, whether by General Wolfe as some claim or by some more obscure military



*U. S. National Museum*

Plate 176. Committee of Safety musket by H. Watkeys of New York.



*Warren Hay Collection*

Plate 177. Committee of Safety musket by Lewis Prahl of Pennsylvania. The cock is an early replacement. The original was undoubtedly flat with a bevelled edge.



*Author's Collection*

Plate 178. Committee of Safety musket bearing the Maryland proof mark.

[ 169 ]

genius, about the middle of the 18th century, these troops were armed with the light artillery musket. No one has as yet been able to produce definite documentary evidence that these are indeed the artillery or light infantry muskets, but the assumption seems justified since no other light muskets of the period are known.[13]

One other form of the smoothbore long arm carried by British troops was the musketoon or carbine. Both terms were used synonymously during at least the first half of the 18th century, the later differentiation based upon the presence or absence of rifling had not yet developed. Several different forms of these

Plate 179. Maryland proof mark.

musketoons are known. Some are found made from regular infantry muskets with eight or ten inches cut off the barrel. Most of the earliest specimens seem to have been made in this manner. A warrant dated April 17, 1756, calls for carbines 4 feet 3 inches long with a ring and bar for attachment to a swivel, and in 1764 the standard carbine had a 28½ inch barrel of about .66 caliber and an overall length of about 44 inches. In all instances the general design and decoration followed that of the contemporary infantry musket.[14]

After the English models the French were probably the next most widely used muskets in America during the years from 1689 to 1783. From the outset,

*Robert L. Miller Collection*

Plate 180. Lock from a Fredericksburg Manufactory musket.

## THE FRENCH WARS AND THE REVOLUTION



Plate 181. Rappahannock Forge musket.

*Arthur A. O'Neill Collection*



*Arthur A. O'Neill Collection*

Plate 182. Lock from Rappahannock Forge musket.

the period was characterized by wars involving England and France. For most of the period the colonies fought with England against France and knew the French musket only as an enemy weapon. But with the coming of the Revolution and the beginning of the shift in alignment which brought France into the struggle on the side of the colonists, French arms began to become more and more common weapons to Americans. By the end of that struggle the colonists had begun to prefer the French pattern to the Brown Bess, and soon set out to make it the basis for American muskets for the next fifty years. Many of the early French arms are still found in America, mostly in New England and New York, and the evidence is that these arms were used here for many years after they had been discarded in France. A specific instance of this is the fact that a lock from a French musket model 1717 was found on the battlefield of Guilford Courthouse where it had apparently been dropped by an American soldier in 1781.[15]

Unlike the British musket which underwent only a few easily recognizable changes, the French musket of the period passed through 15 different models. The differences in these models were often slight and hard to detect, and the

[171]

ARMS AND ARMOR IN COLONIAL AMERICA



Plate 183. Banded German musket.                    *Richard K. Sprague Collection*



Plate 184. Pin-fastened German musket.              *Robert James Collection*



Plate 185. Prussian musket.                          *West Point Museum*

picture is further complicated by the fact that many guns were produced that differed slightly from the specifications.

The first really regulation French musket was the so-called model of 1717. Prior to that time muskets had varied widely. Both matchlock and flintlock were used until 1699, when the matchlock was formally abandoned. Then, although the King supplied the new flintlocks to his troops, they varied widely according to the ideas of the different makers. Also, the individual troop commanders were responsible for replacements, and there was no effective check on the selection of arms that they made as long as they were flintlocks. A regulation of January 4, 1717 contained the specifications for a new infantry musket, and the Royal Manufactories at St. Etienne, Maubeuge, and Nozon near Charleville were shortly placed under the control of inspectors of the Royal Artillery Corps, thus setting the stage for the first standard French musket. The model 1717 and its successors through the model 1777 are cataloged briefly below: [16]

*Musket, Model 1717*

Round barrel 46 inches long with a flat face on top running to within 5 inches of the muzzle. Bayonet stud on top of barrel, which is fastened to the stock by 4 pins. There is also one band around the barrel and

[ 172 ]

# THE FRENCH WARS AND THE REVOLUTION

stock at about the normal position of a middle band. All mountings are iron. Sling swivels are round and are fastened on the left side of the piece, one on the barrel band and the other on a ring bolt set in the stock just to the rear of the screw plate. The butt plate is prolonged up the comb of the stock and fastened by a pin. There are 3 ramrod thimbles. The lock plate is flat. The pan is iron, chamfered, and with a fence. There is a vertical bridle from the frizzen screw to the frizzen spring screw. The goose neck cock is flat, and the jaw screw is slotted only. The ramrod is wood. Total length: 62½ inches. Caliber: .69.

*Musket, Model 1728*

Similar to the preceding with the following differences: The barrel is held to the stock by 3 bands, of which the upper band has two rings and a funnel for the ramrod. All bands are held in place by springs set to the rear of the bands. The vertical bridle between frizzen screw and frizzen spring screw is abandoned and instead there is a bridle in the normal fashion from pan to frizzen screw. The wooden ramrod has a slightly bulbous metal band at the tip.

*Musket, Model 1746*

The barrel has 8 long flat faces. The first band is very short, and the middle and lower bands are held in place only by friction. The bridle has been removed from the lock, and the iron ramrod has a button head.



Plate 186. German pattern rifle dated 1725 used in Pennsylvania.    *Author's Collection.*



*Bucks County Historical Society*

Plate 187. Rifle made in Pennsylvania and carried by Edward Marshall on his "Indian Walk" of 1737.

[ 173 ]

ARMS AND ARMOR IN COLONIAL AMERICA

Total length reduced to 62 inches. Otherwise similar to the preceding model.

*Musket, Model 1754*

Same as the preceding except that the bridle is returned to the pan, the upper band is lengthened again, and the sling swivels are moved underneath the gun.

*Musket, Model 1763*

Barrel 44½ inches long with two short flat faces, one on either side at the breech. Mountings similar to the preceding except that the upper



*Joe Kindig, Jr. Collection*

Plate 188. American rifles of the type used in the Revolution. The top specimen is mounted in iron.



*Joe Kindig, Jr. Collection*

Plate 189. Reverse side of the rifles in the previous illustration. Note that the rifles have been reversed in order from top to bottom.

[ 174 ]

## THE FRENCH WARS AND THE REVOLUTION



*Joe Kindig, Jr. Collection*

Plate 190. Detail of the lock of the iron-mounted rifle showing construction details. Even on this very crude specimen there is some relief carving.

band carries both a brass front sight and a ramrod retaining spring and the tang of the butt plate has been shortened. The sling swivels are oval instead of round. The cock is reinforced, and the head of the jaw screw is pierced. The iron ramrod has a trumpet head. Total length: 60 inches. Otherwise it resembles the preceding model.

*Musket, Model 1766*

Similar to the preceding except the construction is lighter, the ramrod retaining spring is attached to the underside of the barrel, the swivels are flat, and the ramrod has a button head.

*Musket, Model 1768*

The trigger guard is a separate piece passing beneath the trigger bow and holding the trigger. The swivels are oval once more, and the total length is reduced to 59 inches. Otherwise it resembles the preceding model.

*Musket, Model 1770*

Exactly the same as the model 1768 except that the lockplate is convex, the bands are stronger, and the ramrod retaining spring is moved to the lower band.

*Musket, Model 1771*

The only changes from the model 1770 consist of the removal of the bayonet stud to the underside of the band, the strengthening of the barrel, and the increase in total length to 60 inches. In some specimens the comb of the stock is quite small.

[ 175 ]

ARMS AND ARMOR IN COLONIAL AMERICA

*Musket, Model 1773*

Exactly similar to the preceding except the ramrod retaining spring is once more attached to the underside of the barrel.

*Musket, Model 1774*

The tail of the frizzen is cut square. The ramrod retaining spring is returned to the lower band, and the ramrod itself has a pear-shaped head. Otherwise no changes from the model 1773.

*Musket, Model 1777 (Infantry)*

The barrel has five short flat faces at breech and a tenon at the muzzle to receive the retaining screw of the front band. The front band carries the ramrod retaining spring and a brass front sight. The middle band is held by a screw which enters the stock. The lower band is held by a spring. The changes on the lock consist primarily of the addition of a brass pan without fence but set at an angle, a convex reinforced cock, and the return of the curled tail on the frizzen. Total length: 60 inches.

*Musket, Model 1777 (Artillery)*

Resembles the infantry musket except that the barrel is reduced to slightly over 36 inches in length, and the furniture except the swivels is brass. The total length is 51½ inches.

*Musket, Model 1777 (Dragoons)*

Resembles the infantry musket except that the barrel is reduced to 42½ inches. All furniture is brass except the middle band which has two rings over the barrel and is iron. Total length: 57½ inches.

*Musket, Model 1777 (Navy)*

Similar to the infantry musket except the length, which is the same as the dragoon. All furniture, including swivels, is brass.

Just as with the British, there were also light muskets for French officers. The spontoon which had previously been regulation for commissioned foot officers was abandoned in 1754, and the regulation officers' fusils begin with the model of that year. In each instance they resembled the contemporary infantry musket but were lighter and better made, and the furniture was often decorated with engraving.[17]

Although the infantry musket had been standardized in 1717, the carbine or musketoon was left to the discretion of the various corps until 1763. The only consideration given was that they should all be of the same caliber. In 1763,

[176]