1   ROB BONTA
    Attorney General of California
2   P. PATTY LI
    Supervising Deputy Attorney General
3   ANNA FERRARI
    Deputy Attorney General
4   JOHN D. ECHEVERRIA
    Deputy Attorney General
5   State Bar No. 268843
     455 Golden Gate Avenue, Suite 11000
6    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3479
7    Fax:  (415) 703-1234
     E-mail:  John.Echeverria@doj.ca.gov
8   *Attorneys for Defendants Rob Bonta and*
    *Blake Graham, in their official capacities*
9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12                         CIVIL DIVISION

13

14   **JAMES MILLER et al.,**              Case No. 3:19-cv-01537-BEN-JLB

15                        Plaintiffs,   **COMPENDIUM OF WORKS**
                                        **CITED IN DECLARATION OF**
16        **v.**                        **RANDOLPH ROTH**

17                                      **VOLUME 35 OF 37**

18   **CALIFORNIA ATTORNEY**             Courtroom:    5A
     **GENERAL ROB BONTA et al.,**       Judge:        Hon. Roger T. Benitez
19
                         Defendants.    Action Filed:  August 15, 2019
20

21

22

23

24

25

26

27

28                                      1

## INDEX

| Works | Decl. Page | Compendium Page |
|---|---|---|
| **HISTORICAL STATUTES** | | |
| Joseph R. Swan, The Revised Statutes of the State of Ohio, of a General Nature, in Force August 1, 1860 (Cincinnati: Robert Clarke & Co., 1860), 452 | 24 n.86 | 0001 |
| An Act Regulating the Right to Keep and Bear Arms, 12th Leg., 1st Called Sess., ch. XLVI, § 1, 1870 Tex. Gen. Laws 63 | 20 n.77 | 0005-0007 |
| An Act to Regulate the Keeping and Bearing of Deadly Weapons, 12th Leg. Reg. Sess., ch. XXXIV, §§ 1, 3, 1871 Tex. Gen. Laws 25 | 21 n.78 | 0008-0011 |
| Federal Explosives Act of 1917, 40 Statute 385 | 30 n.101 | 0012-0020 |
| The National Firearms Act of 1934, 48 Statute 1236 | 30 n.100 | 0021-0026 |
| The National Firearms Act of 1938, 52 Statute 1250 | 30 n.100 | 0027-0029 |
| The Organized Crime Control Act of 1970, 84 Statute 922 | 30 n.101 | 0030-0071 |
| **BOOKS[i]** | | |
| Paul Avrich, *Sacco and Vanzetti: The Anarchist Background* 140-156, 181-195 (Princeton: Princeton University Press, 1991) | 29 n.97 | 0073-0079 |
| Fox Butterfield, *All God's Children: The Bosket Family and the American Tradition of Violence* 3-18 (New York: Vintage, 1996) | 8 n.29, 25 n.88 | 0080-0098 |
| Sucheng Chan, *This Bittersweet Soil: The Chinese in California Agriculture, 1860-1910*, at 372 (Berkeley: University of California Press, 1986) | 26 n.89 | 0099-0102 |
| J. A. Chapman, *History of Edgefield County* 39-41 (Newberry, South Carolina: Elbert H. Aull, 1897) | 25 n.88 | 0103-0109 |

2

| | | |
|---|---|---|
| Patrick J. Charles, *Armed in America: A History of Gun Rights from Colonial Militias to Concealed Carry* 70-121 (New York: Prometheus Books, 2018) | 7 n.28 | 0110-0138 |
| Robert J. Cottrol & Raymond T. Diamond, "*Public Safety and the Right to Bear Arms*" in David J. Bodenhamer & James W. Ely, Jr., eds., The Bill of Rights in Modern America, revised and expanded, at 88-107 (Bloomington: Indiana University Press, 2008) | 14 n.51 | 0139-0162 |
| Clayton E. Cramer, *Concealed Weapons Laws of the Early Republic: Dueling, Southern Violence, and Moral Reform* 69-96, 143-152 (Westport, Connecticut: Praeger, 1999) | 11 n.37, 14 n.50, 14 n.51 | 0163-0185 |
| Clayton E. Cramer, *For the Defense of Themselves and the State: The Original Intent and Judicial Interpretation of the Right to Keep and Bear Arms* 74, 83-85, 97-140 (Westport, Connecticut: Praeger Publishers, 1994) | 14 n.51 | 0186-0215 |
| Edward C. Ezell, *Handguns of the World: Military Revolvers and Self-Loaders from 1870 to 1945*, at 24-28 (Harrisburg, Pennsylvania: Stackpole Books, 1981) | 17 n.64 | 0216-0222 |
| John Mack Faragher, *Eternity Street: Violence and Justice in Frontier Los Angeles* 463-80 (New York: W. W. Norton, 2016) | n.80 | 0223-0234 |
| Julian S. Hatcher, *Pistols and Revolvers and Their Use* 8-11 (Marshallton, Delaware: Small-Arms Technical Publishing Company, 1927) | 17 n.64 | 0235-0242 |
| Charles T. Haven and Frank A. Belden, *A History of the Colt Revolver and the Other Arms Made by Colt's Patent Fire Arms Manufacturing Company from 1836 to 1940*, at 17-43 (New York: Bonanza Books, 1940) | 17 n.64 | 0243-0274 |
| W. Eugene Hollon, *Frontier Violence: Another Look* 93-95 (New York: Oxford University Press, 1974) | 26 n.89 | 0275-0282 |
| Roy G. Jinks, *History of Smith and Wesson* 38-57, 104-170 (North Hollywood: Beinfeld, 1977) | 18 n.65, 19 n.69 | 0283-0329 |

| | | |
|---|---|---|
| Philip D. Jordan, Frontier Law and Order—10 Essays, at 1-22 (Lincoln: University of Nebraska Press, 1970) | 14 n.51, 15 n.52 | 0330-0343 |
| Don B. Kates, Jr., "Toward a History of Handgun Prohibition in the United States," in Cates, ed., Restricting Handguns: The Liberal Skeptics Speak Out 7-30 (Croton-on-Hudson, New York: North River Press, 1979) | 14 n.51, 15 n.52 | 0344-0358 |
| Jeff Kinard, *Pistols: An Illustrated History of Their Impact* 163 (Santa Barbara: ABC-CLIO, 2003) | 19 n.69 | 0359-0362 |
| Aubrey C. Land, *Colonial Maryland: A History* 49-54 (Millwood, New York: Kato Press, 1981) | 25 n.88 | 0363-0368 |
| Stephen C. LeSueur, *The 1838 Mormon War in Missouri* 162-68 (Columbia: University of Missouri Press, 1987) | 25 n.88 | 0369-0375 |
| Harold L. Peterson, *American Knives: The First History and Collector's Guide* 25-70 (New York: Scribner, 1958) | 13 n.49 | 0376-0401 |
| Harold L. Peterson, *Arms and Armor in Colonial America, 1526-1783*, at 155-225 (New York: Bramhall House, 1956) | 5 n.11 | 0402-0476 |
| Harold L. Peterson, *Daggers and Fighting Knives in the Western World, from the Stone Age till 1900*, 67-80 (New York: Walker, 1968) | 13 n.49 | 0477-0504 |
| David Rapoport, *Waves of Global Terrorism: From 1879 to the Present* 65-110 (New York: Columbia University Press, 2022) | 29 n.97 | 0505-0553 |
| Randolph Roth, *American Homicide* 42, 45 61-144 (especially the graphs on 38, 39, and 91), 145-79, 158, 163, 180-198, 199-203, 204-224, 297-299, 299-302, 354-384, 384-385 (Cambridge: The Belknap Press of Harvard University Press, 2009) | passim | 0554-0663 |

4

| | | |
|---|---|---|
| Randolph Roth, "*Why Guns Are and Aren't the Problem: The Relationship between Guns and Homicide in American History*," in Jennifer Tucker, Barton C. Hacker, and Margaret Vining, eds., A Right to Bear Arms? 116-20, 124-27 (Washington, D.C.: Smithsonian Institution Scholarly Press, 2019) | passim | 0664-0679 |
| Dennis C. Rousey, *Policing the Southern City: New Orleans, 1805-1889*, at 151-58 (Baton Rouge: Louisiana State University Press, 1996) | 27 n.91 | 0680-0682 |
| Priya Satia, *Empire of Guns: The Violent Making of the Industrial Revolution* 9-10 (New York: Penguin Press, 2018) | n.11 | 0683 |
| Priya Satia, "*Who Had Guns in Eighteenth Century Britain?*" in Tucker, Hacker, and Vining, A Right to Bear Arms 41-44 (2019) | n.11 | 0684-0689 |
| Gilles Vandal, *Rethinking Southern Violence: Homicides in Post-Civil War Louisiana, 1866-1884*, at 67-109 (Columbus: Ohio State University Press, 2000) | 27 n.92 | 0690-0713 |
| Bill Yenne, *Tommy Gun: How General Thompson's Submachine Gun Wrote History* 74-78, 86, 91-93 (New York: Thomas Dunne Books, 2009) | 28 n.93, 29 n.96 | 0714-0728 |
| **LAW REVIEWS AND JOURNALS** | | |
| Robert J. Cottrol & Raymond T. Diamond, "The Second Amendment: Toward an Afro-Americanist Reconsideration," 80 Geo. L.J. 309, 309-61 (1991) | 14 n.51 | 0730-0771 |
| Clayton E. Cramer, "*Colonial Firearms Regulation*" (April 6, 2016) (available at SSRN: https://bit.ly/3THcMTu) | 4 n.3 | 0772-0794 |
| Rob Harper, "Looking the Other Way: The Gnadenhutten Massacre and the Contextual Interpretation of Violence," 64 Wm. & Mary Q. 621, 621-44 (2007) | 25 n.88 | 0795-0819 |

5

| | | |
|---|---|---|
| Herschel C. Logan, *Cartridges: A Pictorial Digest of Small Arms Ammunition* 11-40, 180-183 (New York: Bonanza Books, 1959) | 6 n.18 | 0820-0839 |
| Mary Alice Mairose, "*Nativism on the Ohio: the Know Nothings in Cincinnati and Louisville, 1853-1855*" (M.A. thesis, Ohio State University, 1993) | 26 n.89 | 0840-1021 |
| Brennan Gardner Rivas, *Enforcement of Public Carry Restrictions: Texas as a Case Study*, 55 UC Davis Law Review 2603, 2609-10 (2021) | 20 n.77, 21 n.78, 22 n.79 | 1022-1036 |
| Randolph Roth and James M. Denham, *Homicide in Florida, 1821-1861*, 86 Fla. Historical Q. 216 (2007) | 12 n.43 | 1037-1061 |
| Randolph Roth, Michael D. Maltz, and Douglas L. Eckberg, *Homicide Rates in the Old West*, 42 W. Historical Q. 173 (2011) | 20 n.76 | 1062-1105 |
| Randolph Roth, *Measuring Feelings and Beliefs that May Facilitate (or Deter) Homicide*, 16 Homicide Studies 197 (2012) | 16 n.56 | 1106-1125 |
| Robert J. Spitzer, *Gun Accessories and the Second Amendment: Assault Weapons, Magazines, and Silencers*, 83 Law & Contemporary Problems 238 (2020) | 30 n.99 | 1126-1149 |
| **LEGISLATIVE MATERIALS AND GOVERNMENT RECORDS** | | |
| Department of Commerce, Bureau of the Census, Fourteenth Census of the United States Manufactures: Explosives 1126 (Washington, D.C.: Government Printing Office, 1922) | 28 n.95 | 1151-1154 |
| Grand Jurors of Wilkes County, Georgia, Superior Court Minutes, July 1839 term, as quoted and discussed in Roth, American Homicide at 218-219 and n. 76. | 12 n.46 | 1155-1156 |
| U.S Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives, Enforcement Programs and Services, ATF Federal Explosives Law and | 28 n.95 | 1157-1264 |

| | | |
|---|---|---|
| Regulations (2012) | | |
| **NEWS ARTICLES** | | |
| Charlie Savage, *Trump Administration Imposes Ban on Bump Stocks*, N.Y. Times, Dec. 18, 2018 | 31 n.103 | 1266 |
| **OTHER SOURCES** | | |
| Bureau of Alcohol, Tobacco, Firearms, and Explosives, Office of Enforcement Programs and Services, Office of Field Operations, Open Letter to All Federal Firearms Licensees, Mar. 22, 2022 | 33 n.109 | 1268-1269 |
| CDC Wonder Compressed Mortality Files, ICD-10 | 4 n.5 | 1270-1310 |
| CPI Inflation Calculator (https://bit.ly/3CS5UNl) | 28 n.94 | 1311-1321 |
| Guns.com – Price of Semiautomatic Handguns (https://bit.ly/3CVb1uW) | 32 n.108 | 1322-1325-1326 |
| Jerry Miculek, "Dual Glock 17 Rapid Fire 60 Rounds in 5 Seconds! 660 RPM," YouTube | 32 n.107 | |
| Lunde Studio, Are Binary Triggers Legal (2022) All You Need to Know | 33 n.109 | 1327-1332 |
| Military-today.com, M16 Assault Rifle | 31 n.104 | 1333-1334 |
| "Rapid Manual Trigger Manipulation (Rubber Band Assisted)," YouTube | 33 n.110 | 1335 |
| Roth, "American Homicide Supplemental Volume: Weapons," available through the Historical Violence Database, sponsored by the Criminal Justice Research Center at the Ohio State University (https://bit.ly/3TpI4yu) | 9 n.32, 12 n.44, 17 n.62, 20 n.74 | 1336-1437 |
| Department of the Army, TC 3-22.9 Rifle and Carbine Manual (May 2016) | 31 n.105 | 1438-1689 |
| The Violence Project's Mass Shooter Database | 34 n.111 | 1690 |

7

| | | |
|---|---|---|
| Guns.com, AR-15s | 28 n.94 | 1691-1696 |
| Gunmagwarehouse.com, AR-15s | 28 n.94 | 1697-1722 |
| 2011 Tucson Shooting," Wikipedia. | 36 n.113 | 1723-1747 |
| Rick Sapp, Standard Catalog of Colt Firearms, at 96 (Cincinnati: F+W Media, 2011) | 19 n.69 | 1748 |

---

[i] The Declaration of Randolph Roth cites 36 books in their entirety, consistent with the practice of professional historians. *See* Roth Decl. ¶¶ 14 n.27-28, 15 n.29, 16 n.35-36, 18 n.43, 26 n.63, 29 n.75, 31 n.80, 35 n.87, 36 n.89, 37 n.90, 37 n.91-92, 39 n.93, 40 n.96-98 (citing Louis Adamic, *Dynamite: The Story of Class Violence in America* (New York: Viking, 1931); David F. Almendinger, Jr., Nat Turner and the Rising in Southampton County (Baltimore: Johns Hopkins Press, 2014); Patrick H. Breen, *The Land Shall Be Deluged in Blood: A New History of the Nat Turner Revolt* (New York: Oxford University Press, 2015); Scott Ellsworth, *Death in a Promised Land: The Tulsa Race Riot of 1921* (Baton Rouge: Louisiana State University Press, 1982); Francis S. Fox, *Sweet Land of Liberty: the Ordeal of the American Revolution in Northampton County, Pennsylvania* (University Park: Pennsylvania State University Press, 2000); John Hope Franklin, *The Militant South, 1800-1861* (Cambridge: Belknap Press of Harvard University Press, 1961); John B. Frantz and William Pencak, eds., *Beyond Philadelphia: The American Revolution in the Pennsylvania Hinterland* (University Park: Pennsylvania State University Press, 1998); Joanne B. Freeman, *Affairs of Honor: National Politics in the New Republic* (New Haven: Yale University Press, 2001); Beverly Gage, *The Day Wall Street Exploded: A Story of American in Its First Age of Terror* (New York: Oxford University Press, 2009); Paul A. Gilje, *Rioting in America* (Bloomington: Indiana University Press, 1996); and David Grimsted, *American Mobbing: Toward Civil War* (New York: Oxford University Press, 1996); David Grann, Killers of the Flower Moon: The Osage Murders and the Birth of the FBI (New York, Doubleday, 2017); Pamela Haag, *The Gunning of America: Business and the Making of American Gun Culture* (New York: Basic Books, 2016); Terri Diane Halperin, *The Alien and Sedition Acts: Testing the Constitution* (Baltimore: Johns Hopkins University Press, 2016); C. A. Harwell, "*The End of the Affair? Anti-Dueling Laws and Social Norms in Antebellum America*," Vanderbilt Law Review 54 (2001): 1805-1847; William Helmer and Arthur J. Bilek, *The St. Valentine's Day Massacre: The Untold Story of the Bloodbath That Brought Down Al Capone* (Nashville: Cumberland House, 2004); Graham R. Hodges, *Root and Branch: African Americans in New York and East Jersey, 1613-1863* (Chapel Hill: University of North Carolina Press, 1999); Holger Hoock, *Scars of Independence: America's Violent Birth* (*New York: Broadway Books / Penguin Random House, 2017); LeeAnna Keith, The Colfax Massacre: The Untold Story of Black Power, White Terror, and the Death of Reconstruction* (New York: Oxford University Press, 2008); Brandon G. Kinney, *The Mormon War: Zion and the Missouri Extermination Order of 1838* (Yardley, Pennsylvania: Westholme, 2011); Leonard Levy, *Jefferson and Civil Liberties: The Darker Side* (Cambridge: The Belknap Press of Harvard University Press, 1963); Leon F. Litwack, *North of Slavery: The Negro in the Free States, 1790-1860* (Chicago: University of Chicago Press, 1961); Tim Madigan, *The Burning: Massacre, Destruction, and the Tulsa Race Riot of 1921* (New York: Thomas Dunne Books / St. Martin's Press, 2001); Drew R.

McCoy, *The Last of the Fathers: James Madison and the Republican Legacy* (New York: Cambridge University Press, 1989); Clare V. McKanna, *Race and Homicide in Nineteenth-Century California* (Reno: University of Nevada Press, 2002); Clare V. McKanna, Jr., *Homicide, Race, and Justice in the American West, 1880-1920* (Tucson: University of Arizona Press, 1997); Joanne Pope Melish, *Disowning Slavery: Gradual Emancipation and "Race" in New England, 1780-1860* (Ithaca: Cornell University Press, 1998); Stephen B. Oates, *The Fires of Jubilee: Nat Turner's Fierce Rebellion* (New York: Harper and Row, 1975); Herta E. Pauli, Alfred Nobel: *Dynamite King, Architect of Peace* (New York: L. B. Fisher, 1942); Jack N. Rakove, *Original Meanings: Politics and Ideas in the Making of the Constitution* (New York: Alfred A. Knopf, 1996); Horace V. Redfield, *Homicide, North and South: Being a Comparative View of Crime against the Person in Several Parts of the United States* (Columbus: Ohio State University Press, 2000); *Andrew S. Trees, The Founding Fathers and the Politics of Character* (Princeton: Princeton University Press, 2003); Alan Trelease, *White Terror: The Ku Klux Klan Conspiracy and Southern Reconstruction* (New York: Harper and Row, 1975); Alan Taylor, *Divided Ground: Indians, Settlers, and the Northern Borderland of the American Revolution* (New York: Knopf, 2006); William M. Tuttle, Jr., *Race Riot: Chicago in the Red Summer of 1919* (New York: Atheneum, 1970); Sean White, *Somewhat More Independent: The End of Slavery in New York City, 1780-1810* (Athens: University of Georgia Press, 1991); Gordon S. Wood, *The Creation of the American Republic, 1776-1787* (Chapel Hill: University of North Carolina Press, 1969); Bertram Wyatt-Brown, *Southern Honor: Ethics and Behavior in the Old South* (New York: Oxford University Press, 1982).

Professor Roth was unable to provide narrowed references to these 36 books he cited in his declaration on account of his prior commitment to attend, and deliver the keynote address at, a conference of the Council on Criminal Justice, in Washington D.C., in advance of the October 21 deadline to file this compendium. Should the Court wish to receive excepted copies of these works, Professor Roth is willing to provide them, but additional time to comply will be required.

Compendium of Works Cited in Declaration of Randolph Roth
(3:19-cv-01537-BEN-JLB)



ATF Rul. 77–24, Appendix A and B

## APPENDIX E

## PORTABLE WHEELED TRAILERS



Cap Storage

Figure 1

Cap Storage

Figure 3

Cap Storage
Cap Storage

Figure 2

Figure 4

## APPENDIX C

1/4" PLYWOOD
(A/C grade or
better, exterior)
OUTSIDE

1/8" LOW CARBON STEEL

1/2" SHEETROCK

INSIDE

1/2" PLYWOOD
(A/C grade or
better, exterior)

Sketch of laminate construction for container or compartment for electric blasting caps
use, as illustrated in Appendix A, B, and E.

## APPENDIX D

22 GAUGE SHEET METAL

OUTSIDE

1/2" SHEETROCK or
1/4" PARTICLE BOARD

1/2" PLYWOOD

1" HARDWOOD

INSIDE

1/4" PLYWOOD

Sketch of laminate construction for container or compartment for electric blasting caps;
restricted to use as illustrated in Appendix A.

[Diagrams: Courtesy of IME]

ATF Rul. 77–24, Appendix C – E

98

# General Information (Revised 8/06)

## Effect of 18 U.S.C. Chapter 40 On the Fireworks Industry

**[Caution! This item discusses Federal requirements only. Please contact your State or local authorities for any additional requirements.]**

Title XI of the Organized Crime Control Act of 1970 (18 U.S.C. Chapter 40) establishes controls over explosive materials, including black powder and other pyrotechnic compositions commonly used in fireworks. Part 555 of Title 27, Code of Federal Regulations (CFR), contains the regulations which implement Title XI. Section 555.141(a)(7) exempts "the importation, distribution, and storage of fireworks classified as UN0336, UN0337, UN0431, or UN0432 explosives by the U.S. Department of Transportation at 49 CFR 172.101 and generally known as 'consumer fireworks' or 'articles pyrotechnic.'" Section 555.141(a)(7) does not exempt "display fireworks," as defined in 555.11.

## With Respect to Fireworks: Who needs a license?

1. Manufacturers of black powder;
2. Manufacturers of any other explosive material used in manufacturing consumer fireworks or display fireworks; and
3. Importers of, or dealers in, display fireworks.

## With Respect to Fireworks: Who needs a permit?

1. All persons transporting, shipping, causing to be transported, or receiving display fireworks, regardless of whether for their own use or for commercial display purposes (Certain exemptions apply, e.g. agencies of the United States or of any State or political subdivisions thereof are exempt from permit requirements); and
2. A person, other than a licensee, transporting, shipping, causing to be transported, or receiving explosive materials for use in manufacturing display fireworks or consumer fireworks.

## With Respect to Fireworks: Who may not need a license or permit?

Frequently, persons contracting for display fireworks (e.g., for Fourth of July observances) from a Federal explosives licensee or permittee receive a total service, including the services of a pyrotechnician who transports display fireworks in interstate or intrastate commerce to the site of the display and conducts and supervises the display. In these instances, the customers purchase and receive the contractor's services and not the explosive materials themselves (i.e. the cost of the services includes the contractor's expense in providing the fireworks utilized), and the cost of the services includes the dealer's expense in providing the fireworks utilized. When business is transacted in this manner, the customers purchasing and receiving the services need not obtain Federal explosives licenses or permits under Part 555 as long as they are not transporting, shipping, causing to be transported, or receiving explosive materials. Note: the transportation of explosive materials to the display sites would be authorized by the Federal explosives license or permit of the licensee or permittee providing the services.

## With Respect to Fireworks: Types of permits

1. User permit: Allows the permit holder to transport, ship, cause to be transported, and receive display fireworks in interstate or foreign commerce for his or her own use and not for resale. This permit is issued at a cost of $100 for a 3-year period and is renewable at a cost of $50 for a 3-year period.
2. User-limited permit: Identical to the user permit but issued for a single purchase transaction, only. The fee is $75; the permit is nonrenewable.

## With Respect to Fireworks: Storage

The law prohibits any person from storing any explosive materials in a manner not in conformity with the regulations promulgated by the Attorney General (18 U.S.C. 842(j)). Pursuant to this section, the Attorney General has prescribed storage regulations in 27 CFR Part 555, Subpart K. Display fireworks must be stored in conformity with the regulations. Display fireworks generally contain perchlorate mixture explosives, potassium chlorate base explosive mixtures, and black powder, which are entered on the List of Explosive Materials with numerous others. (The List, which is not all-inclusive, is annually compiled and readily available without charge from the address set out in 27 CFR 555.23 or online at www.atf.gov/.) Display fireworks must be stored as low explosives in magazines meeting, at a minimum, the requirements for type 4 storage magazines prescribed by 27 CFR 555.210 unless they contain other classes of explosives. Bulk salutes must be stored as high explosives in type 1 or type 2 magazines. The net weight of the explosive materials contained in the display fireworks may be used in determining compliance with table of distance requirements. To determine the actual weight of the materials, it may be necessary to contact their manufacturers. The manufacturer of exempt or nonexempt fireworks having stocks of explosive materials on hand to be used in the manufacture of fireworks must store the stocks in conformity with applicable storage requirements.

# Explosives Dealer's and User's Guide to Federal Explosives Regulation

## Explosives May Not Be Distributed by Licensees (Or by Any Person) to Any Person Who:

**1.** Is under indictment for, or who has been convicted of a crime punishable by imprisonment for a term exceeding one year.

**2.** Is an unlawful user of, or addicted to, marijuana or any depressant or stimulant drug or narcotic drug (as these terms are defined in section 102 of the Controlled Substances Act).

**3.** Has been adjudicated as a mental defective or has been committed to a mental institution.

**4.** Is a fugitive from justice.

**5.** Is an alien (with certain exceptions).

**6.** Has been discharged from the armed forces under dishonorable conditions; or

**7.** Having been a citizen of the United States, has renounced citizenship.

**8.** Is less than 21 years of age.

## Dealers in Explosives Must:

Have a current and valid Federal explosives license.
Have proper storage facilities.
Keep accurate and complete records.
Verify that each buyer has a Federal explosives license or permit.
Verify buyers' identities.

## Users of Explosives

Federal permits are required of those who transport, ship, cause to be transported, or receive explosive materials. Among other things, the permittee must keep complete and accurate records of the acquisitions and dispositions of explosives materials. Unless otherwise exempted by law, no person may receive or transport any explosive materials without a permit.

**No person shall store any explosive material in a matter not in conformity with applicable regulations.**

**All persons must report to ATF and local authorities any loss or theft of their explosive materials within 24 hours of discovery.**

**A Federal license or permit does not confer any right or privilege to violate any state law or local ordinance.**

The above summary is general and does not purport to fully convey the Federal explosives law and regulations pertaining to dealers and users.

## Black Powder Transactions

Public Law 93-639 (1975) allows nonlicensees/nonpermittees to purchase commercially manufactured black powder, in quantities of 50 pounds or less, solely for sporting, recreational or cultural purposes for use in antique firearms or antique devices. A nonlicensee or nonpermittee purchasing black powder under the exemption need not be a resident of the State in which the dealer is located. Also, the categories of persons to whom the distribution of explosive materials is prohibited do not apply to black powder transactions made under the exemption. Acquisitions of black powder not qualifying under this exemption are subject to the same regulatory requirements that govern any other low explosive.

All persons who distribute black powder, regardless of quantity, must be licensed as explosives dealers and, among other things, must provide adequate storage.

## Explosives Security

Through prompt reporting of losses and thefts of explosives and increased emphasis on physical security, explosives licensees and permittees can contribute greatly to efforts by Federal, State and local authorities to reduce the incidence of bombings and other criminal misuse of explosives in the United States. The following actions are of prime importance and in some instances required:

**Report**… any thefts or losses of explosives within 24 hours of discovery, by telephone, to ATF (toll free: 1-800-800-3855) and to appropriate local authorities. Because the States and many municipalities have designated specific agencies to investigate the theft or loss of explosives, licensees and permittees are urged to be familiar with State and local reporting procedures and appropriate contact points.

**Follow**… telephone notification with a written report on ATF Form 5400.5, *"Report of Theft or Loss—Explosive Materials,"* to the nearest ATF Division Office, and in accordance with the instructions on the form.

**Observe**… activity around magazines, within business premises, and on job sites, particularly if strangers appear to be loitering in the area in which explosives are being kept. On-site users should take special care to assure that explosives removed from storage for use on the job are either detonated or accounted for and unused items returned to storage.

100

**Review**… recordkeeping practices to assure that no discrepancies exist and that no figures in reported inventories have been manipulated, and correct any clerical errors promptly. Should any questions arise concerning explosives security procedures or any aspect of explosives regulation coming under the jurisdiction of ATF, do not hesitate to contact ATF.

*Note: For Q&A's on regulatory requirements governing recordkeeping and storage, see "Questions and Answers" numbers 62–87.*

# Additional Information

The flow of useful information is an essential ingredient in the effective administration of regulatory programs. The Bureau of Alcohol, Tobacco, Firearms and Explosives is the Federal agency charged with the responsibility of administering laws impacting the explosives industry. We call your attention to the following publication distributed by ATF that merits your attention:

## The Explosives Newsletter

During 1989 ATF developed the Explosives Industry Newsletter, an information service for Federal explosives licensees and permittees which is intended to help explosives industry members better understand the Federal laws under which they must operate. It also includes other items of particular interest to the explosives industry. There is no charge for the Explosives Industry Newsletter.

Explosives industry members who have questions concerning the Federal explosives laws and regulations may address their inquiries to:

Bureau of Alcohol, Tobacco, Firearms and Explosives
Explosives Industry Programs Branch
99 New York Avenue, N.E.
Mailstop 6N672
Washington, DC 20226

Direct e-mail inquiries on general questions or variance requests may be sent to the branch at EIPB@atf.gov

101

# List of Explosive Materials

Pursuant to the provisions of section 841(d) of title 18, U.S.C., and 27 CFR 555.23, the Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, must revise and publish in the Federal Register at least annually a list of explosives determined to be within the coverage of 18 U.S.C. Chapter 40, *Importation, Manufacture, Distribution and Storage of Explosive Materials*. The list chapter covers not only explosives, but also blasting agents and detonators, all of which are defined as explosive materials in section 841(c) of title 18, U.S.C. Accordingly, the following is the current List of Explosive Materials subject to regulation under 18 U.S.C. Chapter 40. Materials constituting blasting agents are marked by an asterisk. While the list is comprehensive, it is not all-inclusive. The fact that an explosive material may not be on the list does not mean that it is not within the coverage definitions in section 841 of title 18, U.S.C. Explosive materials are listed alphabetically by their common names, followed by chemical names and synonyms in brackets. This revised list is effective as of October 19, 2011.

## List of Explosive Materials

**A**
Acetylides of heavy metals.
Aluminum containing polymeric propellant.
Aluminum ophorite explosive.
Amatex.
Amatol.
Ammonal.
Ammonium nitrate explosive mixtures (cap sensitive).
* Ammonium nitrate explosive mixtures (non-cap sensitive).
Ammonium perchlorate having particle size less than 15 microns.
Ammonium perchlorate explosive mixtures (excluding ammonium perchlorate composite propellant (APCP)).
Ammonium picrate [picrate of ammonia, Explosive D].
Ammonium salt lattice with isomorphously substituted inorganic salts.
* ANFO [ammonium nitrate-fuel oil].
Aromatic nitro-compound explosive mixtures.
Azide explosives.

**B**
Baranol.
Baratol.
BEAF [1, 2-bis (2, 2-difluoro-2-nitroacetoxyethane)].
Black powder.
Black powder based explosive mixtures.
* Blasting agents, nitro-carbo-nitrates, including non-cap sensitive slurry and water gel explosives.
Blasting caps.
Blasting gelatin.
Blasting powder.
BTNEC [bis (trinitroethyl) carbonate].
BTNEN [bis (trinitroethyl) nitramine].
BTTN [1,2,4 butanetriol trinitrate].

Bulk salutes.
Butyl tetryl.

**C**
Calcium nitrate explosive mixture.
Cellulose hexanitrate explosive mixture.
Chlorate explosive mixtures.
Composition A and variations.
Composition B and variations.
Composition C and variations.
Copper acetylide.
Cyanuric triazide.
Cyclonite [RDX].
Cyclotetramethylenetetranitramine [HMX].
Cyclotol.
Cyclotrimethylenetrinitramine [RDX].

**D**
DATB [diaminotrinitrobenzene].
DDNP [diazodinitrophenol].
DEGDN [diethyleneglycol dinitrate].
Detonating cord.
Detonators.
Dimethylol dimethyl methane dinitrate composition.
Dinitroethyleneurea.
Dinitroglycerine [glycerol dinitrate].
Dinitrophenol.
Dinitrophenolates.
Dinitrophenyl hydrazine.
Dinitroresorcinol.
Dinitrotoluene-sodium nitrate explosive mixtures.
DIPAM [dipicramide; diaminohexanitrobiphenyl].
Dipicryl sulfone.
Dipicrylamine.
Display fireworks.
DNPA [2,2-dinitropropyl acrylate].
DNPD [dinitropentano nitrile].
Dynamite.

**E**
EDDN [ethylene diamine dinitrate].
EDNA [ethylenedinitramine].
Ednatol.
EDNP [ethyl 4,4-dinitropentanoate].
EGDN [ethylene glycol dinitrate].
Erythritol tetranitrate explosives.
Esters of nitro-substituted alcohols.
Ethyl-tetryl.
Explosive conitrates.
Explosive gelatins.
Explosive liquids.
Explosive mixtures containing oxygenreleasing inorganic salts and hydrocarbons.
Explosive mixtures containing oxygenreleasing inorganic salts and nitro bodies.
Explosive mixtures containing oxygenreleasing inorganic salts and water insoluble fuels.

Compendium_Roth
Page 1261

Explosive mixtures containing oxygenreleasing inorganic salts and water soluble fuels.
Explosive mixtures containing sensitized nitromethane.
Explosive mixtures containing tetranitromethane (nitroform).
Explosive nitro compounds of aromatic hydrocarbons.
Explosive organic nitrate mixtures.
Explosive powders.

**F**
Flash powder.
Fulminate of mercury.
Fulminate of silver.
Fulminating gold.
Fulminating mercury.
Fulminating platinum.
Fulminating silver.

**G**
Gelatinized nitrocellulose.
Gem-dinitro aliphatic explosive mixtures.
Guanyl nitrosamino guanyl tetrazene.
Guanyl nitrosamino guanylidene hydrazine.
Guncotton.

**H**
Heavy metal azides.
Hexanite.
Hexanitrodiphenylamine.
Hexanitrostilbene.
Hexogen [RDX].
Hexogene or octogene and a nitrated Nmethylaniline.
Hexolites.
HMTD [hexamethylenetriperoxidediamine].
HMX [cyclo-1,3,5,7-tetramethylene 2,4,6,8-tetranitramine; Octogen].
Hydrazinium nitrate/hydrazine/aluminum explosive system.
Hydrazoic acid.

**I**
Igniter cord.
Igniters.
Initiating tube systems.

**K**
KDNBF [potassium dinitrobenzo-furoxane].

**L**
Lead azide.
Lead mannite.
Lead mononitroresorcinate.
Lead picrate.
Lead salts, explosive.
Lead styphnate [styphnate of lead, lead trinitroresorcinate].
Liquid nitrated polyol and trimethylolethane.
Liquid oxygen explosives.

**M**
Magnesium ophorite explosives.
Mannitol hexanitrate.
MDNP [methyl 4,4-dinitropentanoate].

MEAN [monoethanolamine nitrate].
Mercuric fulminate.
Mercury oxalate.
Mercury tartrate.
Metriol trinitrate.
Minol-2 [40% TNT, 40% ammonium nitrate, 20% aluminum].
MMAN [monomethylamine nitrate]; methylamine nitrate.
Mononitrotoluene-nitroglycerin mixture.
Monopropellants.

**N**
NIBTN [nitroisobutametriol trinitrate].
Nitrate explosive mixtures.
Nitrate sensitized with gelled nitroparaffin.
Nitrated carbohydrate explosive.
Nitrated glucoside explosive.
Nitrated polyhydric alcohol explosives.
Nitric acid and a nitro aromatic compound explosive.
Nitric acid and carboxylic fuel explosive.
Nitric acid explosive mixtures.
Nitro aromatic explosive mixtures.
Nitro compounds of furane explosive mixtures.
Nitrocellulose explosive.
Nitroderivative of urea explosive mixture.
Nitrogelatin explosive.
Nitrogen trichloride.
Nitrogen tri-iodide.
Nitroglycerine [NG, RNG, nitro, glyceryl trinitrate, trinitroglycerine].
Nitroglycide.
Nitroglycol [ethylene glycol dinitrate, EGDN].
Nitroguanidine explosives.
Nitronium perchlorate propellant mixtures.
Nitroparaffins Explosive Grade and ammonium nitrate mixtures.
Nitrostarch.
Nitro-substituted carboxylic acids.
Nitrourea.

**O**
Octogen [HMX].
Octol [75 percent HMX, 25 percent TNT].
Organic amine nitrates.
Organic nitramines.

**P**
PBX [plastic bonded explosives].
Pellet powder.
Penthrinite composition.
Pentolite.
Perchlorate explosive mixtures.
Peroxide based explosive mixtures.
PETN [nitropentaerythrite, pentaerythrite tetranitrate, pentaerythritol tetranitrate].
Picramic acid and its salts.
Picramide.
Picrate explosives.
Picrate of potassium explosive mixtures.
Picratol.

Picric acid (manufactured as an explosive).
Picryl chloride.
Picryl fluoride.
PLX [95% nitromethane, 5% ethylenediamine].
Polynitro aliphatic compounds.
Polyolpolynitrate-nitrocellulose explosive gels.
Potassium chlorate and lead sulfocyanate explosive.
Potassium nitrate explosive mixtures.
Potassium nitroaminotetrazole.
Pyrotechnic compositions.
PYX [2,6-bis(picrylamino) 3,5-dinitropyridine.

**R**

RDX [cyclonite, hexogen, T4, cyclo-1,3,5,-trimethylene-2,4,6,-trinitramine; hexahydro-1,3,5-trinitro-S-triazine].

**S**

Safety fuse.
Salts of organic amino sulfonic acid explosive mixture.
Salutes (bulk).
Silver acetylide.
Silver azide.
Silver fulminate.
Silver oxalate explosive mixtures.
Silver styphnate.
Silver tartrate explosive mixtures.
Silver tetrazene.
Slurried explosive mixtures of water, inorganic oxidizing salt, gelling agent, fuel, and sensitizer (cap sensitive).
Smokeless powder.
Sodatol.
Sodium amatol.
Sodium azide explosive mixture.
Sodium dinitro-ortho-cresolate.
Sodium nitrate explosive mixtures.
Sodium nitrate-potassium nitrate explosive mixture.
Sodium picramate.
Special fireworks.
Squibs.
Styphnic acid explosives.

**T**

Tacot [tetranitro-2,3,5,6-dibenzo-1,3a,4,6a tetrazapentalene].
TATB [triaminotrinitrobenzene].
TATP [triacetonetriperoxide].
TEGDN [triethylene glycol dinitrate].
Tetranitrocarbazole.
Tetrazene [tetracene, tetrazine, 1(5-tetrazolyl)-4-guanyl tetrazene hydrate].
Tetrazole explosives.
Tetryl [2,4,6 tetranitro-N-methylaniline].
Tetrytol.
Thickened inorganic oxidizer salt slurried explosive mixture.
TMETN [trimethylolethane trinitrate].
TNEF [trinitroethyl formal].
TNEOC [trinitroethylorthocarbonate].
TNEOF [trinitroethylorthoformate].
TNT [trinitrotoluene, trotyl, trilite, triton].

Torpex.
Tridite.
Trimethylol ethyl methane trinitrate composition.
Trimethylolthane trinitrate-nitrocellulose.
Trimonite.
Trinitroanisole.
Trinitrobenzene.
Trinitrobenzoic acid.
Trinitrocresol.
Trinitro-meta-cresol.
Trinitronaphthalene.
Trinitrophenetol.
Trinitrophloroglucinol.
Trinitroresorcinol.
Tritonal.

**U**

Urea nitrate.

**W**

Water-bearing explosives having salts of oxidizing acids and nitrogen bases, sulfates, or sulfamates (cap sensitive).
Water-in-oil emulsion explosive compositions.

**X**

Xanthamonas hydrophilic colloid explosive mixture.

Approved: October 6, 2011.
B. Todd Jones, Acting Director.

[FR Doc. 2011–26963 Filed 10–18–11; 8:45 am]

104

**U. S. Department of Justice**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**P. O. Box 5950**
**Springfield, VA  22150-5950**

**Official Business**
**Penalty for Private Use, $300**



**ATF Publication 5400.7**
**Revised June 2012**

# NEWS ARTICLES

*The New York Times* | https://www.nytimes.com/2018/12/18/us/politics/trump-bump-stocks-ban.html

# Trump Administration Imposes Ban on Bump Stocks

**By Charlie Savage**

Dec. 18, 2018

WASHINGTON — The Trump administration on Tuesday issued a new rule banning bump stocks, the attachments that enable semiautomatic rifles to fire in sustained, rapid bursts and that a gunman used to massacre 58 people and wound hundreds of others at a Las Vegas concert in October 2017.

The new regulation, which had been expected, would ban the sale or possession of the devices under a new interpretation of existing law. Americans who own bump stocks would have 90 days to destroy their devices or to turn them in to the Bureau of Alcohol, Tobacco, Firearms and Explosives. The Justice Department said A.T.F. would post destruction instructions on its website.

Bump stocks work by harnessing a firearm's recoil energy to slide it back and forth to bump against a squeezed trigger, so that it keeps firing without any need for the shooter to pull the trigger again. The Justice Department said that this function transforms semiautomatic weapons, like assault rifles styled on the AR-15, into fully automatic machine guns, which Congress sharply restricted in 1986 — allowing the ban.

"With limited exceptions, the Gun Control Act, as amended, makes it unlawful for any person to transfer or possess a machine-gun unless it was lawfully possessed prior to the effective date of the statute," the new regulation states. "The bump-stock-type devices covered by this final rule were not in existence prior to the effective date of the statute, and therefore will be prohibited when this rule becomes effective."

*[Read the final rule.]*

A senior Justice Department official, briefing reporters about the new rule on condition of anonymity, said that it was believed that tens of thousands of bump-stock devices are in circulation, but that more exact figures are unavailable. The official said the department expected that most owners of the devices would comply with the new regulation, and that A.T.F. would investigate and take legal action against those who violate it.

After publishing a proposed version of the rule earlier this year, the government received 119,264 comments in support of it and 66,182 expressing opposition to it, the Justice Department said.

The regulatory move may face a legal challenge. The Justice Department had initially decided that the executive branch lacked the authority to ban bump stocks on its own under existing gun-control laws, and that action in Congress — where it is politically difficult to enact new gun-control legislation — would be necessary to curb legal access to the devices.

*[Read our explainer on bump stocks.]*

But the department reinterpreted its legal authority and determined it could ban the devices as an executive action after President Trump directed it to find a way to prohibit them earlier this year, following the mass shooting at Marjory Stoneman Douglas High School in Parkland, Fla. (The shooter in that massacre, who killed 17 people and wounded 17 others, did not use a bump stock.)

The National Rifle Association, the gun-rights lobby, did not immediately respond to a request for comment about the new rule or its intentions. In the immediate aftermath of the Las Vegas massacre, the N.R.A. supported an A.T.F. review of bump stock devices, seemingly breaking with its usual practice of fiercely opposing any new restrictions on legal access to firearms. At the time, it said it "believes that devices designed to allow semiautomatic rifles to function like fully-automatic rifles should be subject to additional regulations."

But the N.R.A. never embraced a ban, and the association's chief lobbyist, Chris Cox, later bragged in an interview with a gun enthusiast that the organization's actions had succeeded in slowing down momentum for legislative reform. As the Las Vegas massacre — the worst mass-shooting in modern American history — was replaced by other news, a push for legislation in Congress faltered.

/

# OTHER SOURCES



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives
*Office of Enforcement Programs and Services*
*Office of Field Operations*

Washington, DC 20226
www.atf.gov

March 22, 2022

## OPEN LETTER TO ALL FEDERAL FIREARMS LICENSEES

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) recently examined devices commonly known as "forced reset triggers" (FRTs) and has determined that some of them are "firearms" and "machineguns" as defined in the National Firearms Act (NFA), and "machineguns" as defined in the Gun Control Act (GCA).

These particular FRTs are being marketed as replacement triggers for AR-type firearms.  Unlike traditional triggers and binary triggers (sometimes referred to generally as "FRTs"), the subject FRTs do not require shooters to pull and then subsequently release the trigger to fire a second shot.  Instead, these FRTs utilize the firing cycle to eliminate the need for the shooter to release the trigger before a second shot is fired.  By contrast, some after-market triggers have similar components but also incorporate a disconnector or similar feature to ensure that the trigger must be released before a second shot may be fired and may not be machineguns.

Both the NFA and GCA regulate machineguns.  "Machinegun" is defined under 26 U.S.C. § 5845(b) and 18 U.S.C. § 921(a)(23) as—

> Any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, *or combination of parts designed and intended, for use in converting a weapon into a machinegun,* and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.  (Emphasis added.)

ATF's examination found that some FRT devices allow a firearm to automatically expel more than one shot with a single, continuous pull of the trigger.  For this reason, ATF has concluded that FRTs that function in this way are a combination of parts designed and intended for use in converting a weapon into a machinegun, and hence, ATF has classified these devices as a "machinegun" as defined by the NFA and GCA.

Accordingly, ATF's position is that any FRT that allows a firearm to automatically expel more than one shot with a single, continuous pull of the trigger is a "machinegun", and is accordingly subject to the GCA prohibitions regarding the possession, transfer, and transport of machineguns

**OPEN LETTER TO ALL FEDERAL FIREARMS LICENSEES** (cont.)

under 18 U.S.C. §§ 922(o) and 922(a)(4).  They are also subject to registration, transfer, taxation, and possession restrictions under the NFA. *See* 26 U.S.C. §§ 5841, 5861; 27 CFR 479.101.

Under 26 U.S.C. § 5871, any person who violates or fails to comply with the provisions of the NFA may be fined up to $10,000 per violation and is subject to imprisonment for a term of up to ten years.  Further, pursuant to 26 U.S.C. § 5872, any machinegun possessed or transferred in violation of the NFA is subject to seizure and forfeiture.  Under 18 U.S.C. § 924(a)(2), any person who violates § 922(o) may be sent to prison for up to 10 years and fined up to $250,000 per person or $500,000 per organization.

Based on ATF's determination that the FRTs that function as described above are "machineguns" under the NFA and GCA, ATF intends to take appropriate remedial action with respect to sellers and possessors of these devices.  Current possessors of these devices are encouraged to contact ATF for further guidance on how they may divest possession.  If you are uncertain whether the device you possess is a machinegun as defined by the GCA and NFA, please contact your local ATF Field Office.  You may consult the local ATF Office's webpage for office contact information.

Assistant Director
Enforcement Programs and Services

GEORGE
LAUDER

Digitally signed by
GEORGE LAUDER
Date: 2022.03.22
13:25:39 -04'00'

Assistant Director
Field Operations

# CDC WONDER

FAQs     Help     Contact Us     WONDER Search

Compressed Mortality File:

## Years 1968-1978 with ICD-8 Codes, 1979-1998 with ICD-9 Codes and 1999-2016 with ICD-10 Codes

**Summary:** The Compressed Mortality File (CMF) is a county-level national mortality and population database spanning the years 1968-2016. Compressed Mortality data are updated annually. The number of deaths, crude death rates or age-adjusted death rates can be obtained by place of residence (total U.S., Census or HHS regions, state, and county; urbanization level of residence for years 1999-present per the 2006 or the 2013 NCHS Urban-Rural Classification Scheme for Counties; or core-based statistical areas (CBSAs) of 250,000 or more population, both the December 2005 and February 2013 Office of Management and Budget (OMB) delineation of CBSAs), age group, race (years 1968-1998: White, Black, and Other; years 1999-present: American Indian or Alaska Native, Asian or Pacific Islander, Black or African American, and White), Hispanic origin (years 1968-1998: not available; years 1999-present: Hispanic or Latino, not Hispanic or Latino, Not Stated), gender, year of death, underlying cause of death (years 1968-1978: 4 digit ICD-8 codes and 69 cause-of-death recode; years 1979-1998: 4-digit ICD-9 codes, 72 cause-of-death recode, and injury intent and mechanism; years 1999-present: 4-digit ICD-10 codes, 113 cause-of-death recode, and injury intent and mechanism). For more information, see Compressed Mortality File Topics below and http://www.cdc.gov/nchs/data_access/cmf.htm.

- Beginning in 1989, additional confidentiality restrictions apply to NCHS vital statistics data. As of May 23, 2011, all sub-national data representing zero to nine (0-9) deaths or births are suppressed. Corresponding sub-national denominator population figures are also suppressed when the population represents fewer than 10 persons. With the release for the Compressed Mortality data for years 1999-2008 on February 15,2012, additional privacy constraints apply to infant mortality statistics for infant age groups and live births denominator population figures. See Assurance of Confidentiality for more information.

- Due to changes in the classification for underlying cause-of-death adopted in 1979 and also in 1999, WONDER has separate query screens for CMF data for years 1968-1978, years 1979-1998, and for years 1999 and later.

**Source:** Compressed Mortality File is produced by the National Center for Health Statistics (NCHS), at the Centers for Disease Control and Prevention (CDC). See Data Source Information.

**In WONDER:** You can produce tables, maps, charts, and data extracts. Obtain death counts, crude death rates and age-adjusted death rates, standard error and 95% confidence intervals for rates for user-specified geographic, cause of death, and demographic criteria. Mortality measures can be obtained for several levels of geographic detail: national, Census region, Census division, state, county and urbanization level. The population estimates used as the denominator for rate calculations are also shown.

**Variables:** You can limit and index your data by any and all of these variables:

1. Location - U.S., HHS regions, or Census regions and divisions, state, county

2. Urbanization - classification for counties
   1999-present: pick between the 2006 or the 2013 NCHS Urban-Rural Classification Scheme for Counties; Metro and Non-Metro categories are available for the 2006 or 2013 schema.
   1968-1998: not available.

3. CBSA - core-based statistical areas for metropolitan statistical areas of 250,000 or more population.
   1999-present: pick between the December 2005 or the February 2013 CBSA lists;
   1968-1998: not available.

4. Year - 1968-1978, 1979-1998 and 1999-2016

5. Age Group - pick between two lists of age groups:
   <1 year of age, 1-4 years, 5-9 years, 10-14 years, 15-19 years, 20-24 years, 25-34 years, 35-44 years, 45-54 years, 55-64 years, 65-74 years 75-84 years, and 85years and over;
   infant age groups:  < 1 day, 1-6 days, 7-27 days, 28-364 days

6. Race
   1999-present:  American Indian or Alaska Native, Asian or Pacific Islander, Black or African American, White;
   1968-1998:  Black, White, Other

7. Hispanic Origin
   1999-present:  Hispanic or Latino, Not Hispanic or Latino, Not Stated
   1968-1998:  not available.

8. Gender (Sex) - Female, Male

9. Cause of Death - underlying cause of death classified by International Classification of Dieases (ICD):
   1999-present:  ICD-10 codes, 113 selectted causes of death;
   1979-1998:  ICD-9 codes, 72 selected causes of death;
   1968-1978:  ICD-8 codes, 68 seslected causes of death

10. Injury Intent and Mechanism - for analysis of injury mortality in years 1979 and later
    1968-1998: not available.

**Statistical measures:**  The following statistical measures are available as query results:

1. Death Counts
2. Crude Rates
3. Age-Adjusted Rates
4. 95% Confidence Intervals for Rates
5. Standard Errors for Rates
6. Percent of Total

**Suppression and Unreliability:**

- Sub-national data representing fewer than ten (0-9) persons are suppressed for year 1989 and later years. The suppression constraint affects death counts, birth counts, rates and associated confidence intervals and standard errors, as well as corresponding population figures. See Assurance of Confidentiality for more information.
- Crude death rates and age-adjusted death rates are marked as "**unreliable**" when the death count is less than 20.

**Topics:** Compressed Mortality Data Request
Data Source Information
Additional Information
Age Adjustment of Death Rates

Assurance of Confidentiality

Contact for Data Questions

Frequently Asked Questions about Death Rates

International Classification of Diseases (ICD)

   ICD 10th revision

   ICD 9th revision

   ICD 8th revision

Locations: About County Geography Changes

Mortality Data

   Infant Mortality

   CMF Archives

Population Estimates

Race Reporting

Suggested Citation

---

**Additional Information**

Suggested

**Suggested Data Source Citations:**

United States Department of Health and Human Services (US DHHS),
Centers for Disease Control and Prevention (CDC),
National Center for Health Statistics (NCHS),
Compressed Mortality File (CMF) on CDC WONDER Online Database.

- The current release for years 1999 - 2016 is compiled from:
  CMF 1999-2016, Series 20, No. 2V, 2017
- The current release for years 1979 - 1998 is compiled from:
  CMF 1968-1988, Series 20, No. 2A, 2000 and

  CMF 1989-1998, Series 20, No. 2E, 2003
- The current release for years 1968 - 1978 is compiled from:
  CMF 1968-1988, Series 20, No. 2A, 2000
- The archive release for years 1999 - 2015 is compiled from:
  CMF 1999-2015, Series 20, No. 2U, 2016
- The archive release for years 1999 - 2014 is compiled from:
  CMF 1999-2014, Series 20, No. 2T, 2015
- The archive release for years 1999 - 2013 is compiled from:
  CMF 1999-2013, Series 20, No. 2S, 2014
- The archive release for years 1999 - 2012 is compiled from:
  CMF 1999-2012, Series 20, No. 2R, 2014
- The archive release for years 1999 - 2011 is compiled from:
  CMF 1999-2011, Series 20, No. 2Q, 2014
- The archive release for years 1999 - 2010 is compiled from:
  CMF 1999-2010, Series 20, No. 2P, 2013
- The archive release for years 1999 - 2009 is compiled from:
  CMF 1999-2009, Series 20, No. 2O, 2012
- The archive release for years 1999 - 2008 is compiled from:
  CMF 1999-2008, Series 20, No. 2N, 2011
- The archive release for years 1999 - 2007 is compiled from:
  CMF 1999-2007, Series 20, No. 2M, 2010
- The archive release for years 1999 - 2006 is compiled from:
  CMF 1999-2006, Series 20, No. 2L, 2009
- The archive release for years 1999 - 2005 is compiled from:
  CMF 1999-2005, Series 20, No. 2K, 2008
- The archive release for years 1999 - 2004 is compiled from:
  CMF 1999-2004, Series 20, No. 2J, 2007
- The archive release for years 1999 - 2003 is compiled from:
  CMF 1999-2003, Series 20, No. 2I, 2006
- The archive release for years 1999- 2002 is compiled from:
  CMF 1999-2002, Series 20, No. 2H, 2004
- The archive release with data for years 1999 - 2001 is compiled from:
  CMF 1999-2001, Series 20, No. 2G, 2004
- The archive release with data for years 1979 - 1999 is compiled from:
  CMF 1968-1988, Series 20, No. 2A, 2000 and

  CMF 1989-2000, Series 20, No. 2C 2001

The suggested citation including the original series for the data is shown below each table, chart or map.

For more information on archive data from previous releases, see CMF Archives.

Mortality data on the CMF are derived from micro-data death files produced by the National Center for Health Statistics. These files were derived from the National Vital Statistics System which contains information from death certificates collected by the States and tabulated by NCHS. Population data on the CMF are derived from Census Bureau files.

**Revisions and Errata:**

- **About revised 2014 deaths:**   A revised data file for 2014 was released on April 3, 2017 to include corrections affecting 125 deaths previously coded to "Accidental discharge of firearms" (ICD-10 codes W32-W34). This corrected file replaced the file released on December 9, 2015. The underlying cause of death changed for 125 deaths in 2014 that occurred in Tennessee (80%) and Massachusetts (20%). (Note: Data by state of residence are also impacted in Connecticut, Florida, Georgia, Kentucky, North Carolina and Virginia for records where the death occurred in Tennessee or Massachusetts but the decedent was a resident of another state.) Prior to the revision, the underlying cause of death for all 125 deaths were classified as "Accidental discharge of firearms" (ICD-10 codes W32-W34). After the revision, 50% of the changed records are now classified as "Assault (homicide) by discharge of firearms" (ICD-10 codes *U01.4, X93-X95); 42% are now classified as "Intentional self-harm (suicide) by discharge of firearms" (ICD-10 codes X72-X74); 4% of the revised death records are now classified as "Discharge of firearms, undetermined intent" (ICD-10 codes Y22-Y24); and the remaining 4% to various other causes. For more information, please refer to Deaths: Final Data for 2014.
- **About revised 1989 deaths:**   The 1989 data records for age groups 10-14 years and 25-34 years were revised on May 9, 2007 due to a data discrepancy in CMF 1989-1998, Series 20, No. 2E, 2003. Previously, 27 deaths in the 10-14 year age group were incorrectly recorded as deaths in the 25-34 age group.
- **About rates for state and county combinations:** Prior to September 18, 2015, when a Compressed Mortality query on CDC WONDER included both state and counties in the query criteria

(e.g., death rates for New Hampshire and adjacent York County, Maine), the population figures and the subsequent rate calculations may have been incorrect because the population of the selected state may have been included twice.

**Contact:**      For data questions that are not addressed in this document, e-mail nchsquery@cdc.gov.

---

**Mortality Data:**      The mortality data on the Compressed Mortality File are based on information from all death certificates filed in the fifty states and the District of Columbia. Deaths of nonresidents (e.g. nonresident aliens, nationals living abroad, residents of Puerto Rico, Guam, the Virgin Islands, and other territories of the U.S.) and fetal deaths are excluded. Mortality data from the death certificates are coded by the states and provided to NCHS through the Vital Statistics Cooperative Program or coded by NCHS from copies of the death certificates provided to NCHS by the State registration offices. For more information, see Technical Appendix from Vital Statistics of United States: 1999 Mortality.

- **About cause of death classification:**
  - Cause of death on the CMF is the underlying cause-of-death, which is defined by the World Health Organization (WHO) as "the disease or injury which initiated the train of events leading directly to death, or the circumstances of the accident or violence which produced the fatal injury." Underlying cause-of-death is selected from the conditions entered by the physician on the cause of death section of the death certificate. When more than one cause or condition is entered by the physician, the underlying cause is determined by the sequence of conditions on the certificate, provisions of the ICD, and associated selection rules and modifications.

  - Underlying cause of death is classified in accordance with the International Classification of Disease. Deaths for 1968-1978 are classified using the Eighth Revision (ICD-8). Deaths for 1979-1998 are classified using the Ninth Revision (ICD-9). Deaths for 1999 and beyond are classified using the Tenth Revision (ICD-10).

  - The ICD-9 and ICD-10 classification systems are quite different. The ICD-9 system has a 4-digit numeric structure and about 5,000 categories for classifying causes of death. The ICD-10 system has a 4-digit alphanumeric coding structure and about 8,000 categories for classifying causes of death. Comparison of ICD-9 and ICD-10 shows that new chapters have been added to the ICD, old chapters have been rearranged, causes of death have been regrouped, and titles have changed. The differences between ICD-9 and ICD-10 make direct comparisons of cause of death difficult and result in discontinuities in cause-of-death trends. NCHS conducted a comparability study to measure the discontinuities between the Ninth and Tenth Revisions and computed comparability ratios for major causes of death. For further information on comparability of mortality causes between ICD-9 and ICD-10, please reference Comparability of Causes of Death Between ICD Revisions. For information on comparability of mortality causes between ICDA-8 and ICD-9, please see Estimates of Selected Comparability Ratios Based on Dual Coding of 1976 Death Certificates by the Eighth and Ninth Revisions of the International Classification of Diseases.

  - For deaths due to injuries and poisonings that occurred during 1968-1998, the External cause is coded (E800-E999) rather than the Nature of Injury (800-999). The letter "E" is included in the code in CDC WONDER.

  - Beginning with data for 2001, NCHS introduced categories *U01-*U03 for classifying and coding deaths due to acts of terrorism. The asterisks before the category codes indicate that they are not part of the International Classification of Diseases, Tenth Revision (ICD-10). Description of the specific 4-digit codes can be found at NCHS Classifications of Diseases, and Functioning & Disability: Appendix I. Deaths classified to the terrorism categories are included in the categories for Assault (homicide) and Intentional self-harm (suicide) in the 113 cause-of-death list. Additional information on these new categories can be found at Classification of Death and Injury Resulting from Terrorism.

  - **Reporting anomalies:**
    - **About Georgia reporting anomalies in 2008-2009:** Circumstances in Georgia for the years 2008 and 2009 have resulted in unusually high death counts for the ICD-10 cause of death code R99, "Other ill-defined and unspecified causes of mortality" for deaths occurring in years 2008 and 2009. Caution should be used in interpreting these data. For more information, see Deaths: Final Data for 2008.

    - **About New Jersey reporting anomalies in 2009:** Circumstances in New Jersey for the year 2009 have resulted in unusually high death counts for the ICD-10 cause of death code R99, "Other ill-defined and unspecified causes of mortality" and therefore unusually low death counts in other ICD-10 codes, most notably R95 "Sudden Infant Death Syndrome" and X40-X49 "Unintentional poisoning." Caution should be used in interpreting these data. Deaths: Final Data for 2009.

    - **About Allen Parish, Louisiana reporting anomalies in 2006-2008:** Deaths for Allen Parish, Louisiana (FIPS code 22003) in years 2006 through 2008 are under reported due to problems with registering the deaths with the Louisiana Vital Statistics Office.

    - **About California reporting anomalies in 2000 - 2001:** Circumstances in California resulted in unusually high death counts for the ICD-10 cause of death code R99, "Other ill-defined and unspecified causes of mortality" for deaths occurring in years 2000 and 2001. Caution should be used in interpreting these data.

    - **About cause of death classification changes:** Changes to cause of death classification affect reporting trends. For more information, see Changes in ICD-10 codes.

- **About race and ethnicity reporting:**
  - Race and Hispanic origin are reported separately on the death certificate in accordance with standards set forth by the Office of Management and Budget. The American Indian or Alaska Native race category includes: North, Central, and South American Indians, Eskimos, and Aleuts. The Asian or Pacific Islander race category includes Chinese, Filipino, Hawaiian, Japanese, and Other Asian or Pacific Islanders.

  - Hispanic origin was not reported on the death certificate for some deaths. On the mortality file, missing Hispanic origin information is coded as "not stated." There is no corresponding population figure for this group. Therefore, deaths with Hispanic origin not stated are excluded when death rates are calculated by Hispanic origin.

  - Information included on the death certificate about the race and Hispanic ethnicity of the decedent is reported by the funeral director as provided by an informant, often the surviving next of kin, or, in the absence of an informant, on the basis of observation. Race and ethnicity information from the census is by self-report. To the extent that race and Hispanic origin are inconsistent between these two data sources, death rates will be biased. Studies have shown that persons self-reported as American Indian,

sources, death rates will be biased. Studies have shown that persons self-reported as American Indian, Asian, or Hispanic on census and survey reports may sometimes be reported as white or non-Hispanic on the death certificate, resulting in an underestimation of deaths and death rates for the American Indian, Asian, and Hispanic groups. Bias also results from undercounts of some population groups in the census, particularly young black males, young white males, and elderly persons, resulting in an overestimation of death rates. In " Quality of death rates by race and Hispanic origin:  A summary of current research, 1999," the authors estimate that the misclassification and under-coverage result in overstated death rates for the white and black populations (1% and 5%, respectively) and understated death rates for other population groups (American Indians, 21%; Asian or Pacific Islanders, 11%; and Hispanics, 2%). See also The validity of race and Hispanic Origin reporting on death certificates in the United States.

- For 1979-2002, all 50 States and the District of Columbia collected race data on the death certificates using four single-race categories (American Indian or Alaska Native, Asian or Pacific Islander, Black, and White) in accordance with the 1977 OMB standards, allowing only a single race to be reported. Beginning with the 2003 data year, some States began collecting race data in accordance with the 1997 OMB standards, allowing one or more of five race categories to be reported. In order to provide uniformity and comparability of mortality data during the transition from the single-race format to the multiple-race format, NCHS is "bridging" the race responses of those for whom more than one race is reported (multiple race) to one of the single-race categories. The bridging procedure is similar to the procedure used to bridge multiple-race population estimates. Multiple-race decedents are imputed to a single race (White, Black, American Indian or Alaska Native, or Asian or Pacific Islander) according to their combination of races, Hispanic origin, sex, and age indicated on the death certificate. The imputation procedure is described in detail at NCHS Procedures for Multiple-Race and Hispanic Origin Data.

- For more discussion of race and ethnicity data in CMF, see Race and Ethnicity Questions.

- **About "Not Stated" age or ethnicity**
  - Data for the "Not Stated" age category or the "Not Stated" Hispanic Origin category cannot be combined with any other specified age group or Hispanic Origin categories.
  - The "Not Stated" group is included in the "All Ages" or the "All" Hispanic Origin categories.
  - Death rates are not calculated for the "Not Stated" groups because there are no corresponding population denominator data for these groups.

- **About the "unknown county" in Georgia for years 1981-1991:**
  - For the years 1988 through 1991, if there were three or fewer deaths for a given Georgia county of residence (of deaths occurring in Georgia) with HIV infection (ICD codes *042-*044, 795.8) cited as a cause-of-death (underlying or non-underlying cause), these records were assigned a "missing" place of residence code (location code (FIPS code 13999).
  - These deaths do not appear in county death rates, but these deaths are included in the state and national death rates.

**Population Data:** The population estimates on the Compressed Mortality File are U.S. Census Bureau estimates of U.S. national, state, and county resident populations. The estimates for 1968, 1969, 1971-1979, 1981 - 1989, 1991- 1999 and 2001-2009 are intercensal estimates of July 1 resident populations. The 1970, 1980, 1990, 2000 and 2010 population estimates are April 1 modified census counts. The 2001-2009 population estimates are revised intercensal estimates of the July 1 resident population (released by NCHS on 10/26/2012). The 2011-2016 population estimates are postcensal estimates of July 1 resident populations. The population estimates for 1991-2016 have bridged-race categories. For more information, see notes below and Population Information.

| Sources of the population data, by year and type of estimate for the current 1968-1978, 1979-1998 and 1999-2016 CMF | | | |
|---|---|---|---|
| Date of estimate | National | Region, Division, State | County |
| July 1, 1968 - July 1, 1969 | National intercensal estimates | Obtained by linear extrapolation from the corresponding July 1, 1970 and July 1, 1971 state population estimates | Obtained by linear extrapolation from the corresponding July 1, 1970 and July 1, 1971 county population estimates |
| April 1, 1970 | Sum of county modified census counts | Sum of county modified census counts | County modified census counts |
| July 1, 1971 - July 1, 1979 | National intercensal estimates | Sum of county intercensal estimates | County intercensal estimates |
| April 1, 1980 | Sum of county modified age-race-sex census counts | Sum of county modified age-race-sex census counts | County modified age-race-sex census counts |
| July 1, 1981 - July 1, 1989 | National intercensal estimates | State intercensal estimates | County intercensal estimates |
| April 1, 1990 | Sum of county modified age-race-sex census counts | Sum of county modified age-race-sex census counts | County modified age-race-sex census counts |
| July 1, 1991 - July 1, 1999 | Sum of bridged-race county intercensal estimates | Sum of bridged-race county intercensal estimates | Bridged-race county intercensal estimates |
| April 1, 2000 | Sum of bridged-race county modified age-race-sex census counts | Sum of bridged-race county modified age-race-sex census counts | Bridged-race county modified age-race-sex census counts |
| July 1, 2001 - July 1, 2009 | Sum of bridged-race county revised intercensal estimates | Sum of bridged-race county revised intercensal estimates | Bridged-race county revised intercensal estimates |
| April 1, 2010 | Sum of bridged-race county modified census counts | Sum of bridged-race county modified census counts | Bridged-race county modified age-race-sex census counts |
| July 1, 2011 | Sum of bridged-race county Vintage 2011 postcensal estimates | Sum of bridged-race county Vintage 2016 postcensal estimates | Sum of bridged-race county Vintage 2016 postcensal estimates |

| July 1, 2012 | Sum of bridged-race county Vintage 2012 postcensal estimates | Sum of bridged-race county Vintage 2016 postcensal estimates | Sum of bridged-race county Vintage 2016 postcensal estimates |
|---|---|---|---|
| July 1, 2013 | Sum of bridged-race county Vintage 2013 postcensal estimates | Sum of bridged-race county Vintage 2016 postcensal estimates | Sum of bridged-race county Vintage 2016 postcensal estimates |
| July 1, 2014 | Sum of bridged-race county Vintage 2014 postcensal estimates | Sum of bridged-race county Vintage 2016 postcensal estimates | Sum of bridged-race county Vintage 2016 postcensal estimates |
| July 1, 2015 | Sum of bridged-race county Vintage 2015 postcensal estimates | Sum of bridged-race county Vintage 2016 postcensal estimates | Sum of bridged-race county Vintage 2016 postcensal estimates |
| July 1, 2016 | Sum of bridged-race county Vintage 2016 postcensal estimates | Sum of bridged-race county Vintage 2016 postcensal estimates | Sum of bridged-race county Vintage 2016 postcensal estimates |

Note:  all population estimates are estimates of the resident population of the United States.

- **About national, state, and county population estimates:**
  There are national, state, and county population estimates on the CMF; for some years they are consistent with each other (sum to the same totals), for some years they are not. For years 2011, 2012, 2013, 2014, 2015 and 2016 the state and county estimates on the CMF are consistent with each other, but not with the national estimates. For these postcensal years, the state and county estimates for all postcensal years are replaced with estimates from the most recent postcensal series when the file is updated each year. By contrast, the national estimates for the postcensal series are not revised when the file is updated annually, so that the national population estimates on the CMF will be the same as those used by NCHS to calculate published death rates. In order to replicate state or county death rates for year 2011 and later calculated using earlier versions of the CMF, please use the appropriate archived data.

- **About revisions of postcensal estimates:**
  Changes were implemented in the postcensal estimates methodology used for Vintages 2007, 2008, 2009, 2012, 2013 and 2016. Additionally, Hurricanes Katrina and Rita in 2005 necessitated special development of population estimates for the affected areas beginning with Vintage 2006. Methodology changes prior to 2010 affect estimates in archived CMF versions, but not estimates in CMF 1999-2010 and later as postcensal estimates for 2001-2009 have been replaced with intercensal estimates.

- **About bridged-race population estimates:**
  The population estimates on the CMF for 1991 and later are bridged-race population estimates. Race bridging refers to making data collected using one set of race categories consistent with data collected using a different set of race categories, to permit estimation and comparison of race-specific statistics at a point in time or over time. Census 2000 permitted individuals to report more than one race which resulted in "multiple-race" population counts. The death certificate currently used by most States only permits one race to be reported for decedents (single-race categories). Thus, the multiple-race data collected on the 2000 census are not comparable with the single-race mortality data. Therefore, multiple-race population estimates have been bridged to single-race categories. For more information see U.S. Census Populations with Bridged-race Categories.

- **About live births and "under 1 year of age" population estimates:**
  - For years 1999 and later, the number of live births and estimates of the population under 1 year of age are both available as denominators in rate calculation on the CMF. The number of live births and the population estimate for the "Under one year of age" group differ slightly. NCHS live-birth data are used as the denominators in death rate calculations for "Infant Age Groups" so that neonatal mortality, post neonatal mortality, and infant mortality rates can be calculated. The population under one year of age is used as the denominator in death rate calculations involving the "Under 1 year" age group. Prior to August 2006, the number of live births was used for all rate calculations involving the "Infant Age Groups" and the "Under 1 year" age group. For years before 1999, the number of live births is used for all rate calculations involving both the "Infant Age Groups" and the "Under 1 year" age group. For more information, see Mortality for Infants.
  - Population estimates for the age groups "Under 1 year" and "1-4 years" did not appear on some Census population files For 1968-89 state and county estimates and for 1970 and 1980 national estimates, the estimates for the "0-4 years" age group were multiplied by 0.8 to obtain estimates for the "1-4 years" age group; estimates for the "under 1 year" age group were then obtained by subtraction.

- **About rounding:**
  For years 1968-69 and 1971-79, and 1981-1989, NCHS used national population estimates rounded to the nearest 1,000 to calculate published death rates. Estimates were rounded after aggregation across race, sex, or age groups. The national population estimates on the CMF for 1968-69 and 1971-79 are rounded to the nearest 1,000 in accordance with this practice. However, while NCHS rounded after aggregating across age, race, and/or sex groups, the population estimates in the CMF for aggregate groups are obtained by summing already rounded population estimates. As a result, national death rates for aggregate groups calculated using the rounded estimates may differ slightly from those published by NCHS. Population estimates for years 1981-89 on the CMF are unrounded; hence, death rates calculated using the CMF also may differ slightly from those published by NCHS.

- **About "Not Stated" age or ethnicity:** Beginning with the August 2009 release of CMF data on WONDER online databases, data for the "Not Stated" age group or the "Not Stated" Hispanic Origin category cannot be combined with any other age group or Hispanic Origin categories, except for "All" age groups or "All" Hispanic Origin categories. Deaths for the "Not Stated" groups are not distributed among the other groups. Rates are not calculated for the "Not Stated" groups because there are no corresponding population denominator data for these groups.
  - You can select data for "All" age groups, or only for the "Not Stated" age group, or for any combination of the other age groups. Data for the "Not Stated" age group cannot be combined with the other specific age groups. Deaths of persons with "Unknown" or "Not Stated" age are included in "All" counts and rates, but are not distributed among age groups, so are not included in age-specific counts, age-specific rates or in any age-adjusted rates.
  - You can select data for "All" Hispanic Origin categories, or only for the "Not Stated" category, or for any combination of the other categories. Data for the "Not Stated" Hispanic Origin category cannot be combined with the other specific categories. Deaths of persons with unknown or "Not Stated" Hispanic Origin are included in "All" counts and rates, but are not distributed among ethnicity categories, so are not included in the specific Hispanic Origin group counts or rates.

**Compressed Mortality Data Request**

| | |
|---|---|
| **Output:** | You can produce tables, maps, charts, and data extracts. Obtain death counts, crude rates and age-adjusted rates, select specific disease and demographic criteria to produce cross-tabulated mortality measures. Data are organized into three levels of geographic detail: national, state (including multi-state regions) and county. The population estimates used as the denominator for rate calculations are also shown. |
| **Variables:** | You can limit and index your data by any and all of the variables. |
| **How?** | The Request screen has sections to guide you through the making a data request as step-by-step process. However, to get your first taste of how the system works, you may want to simply press any Send button, and execute the default data request. The data results for your query appear on the Table screen. After you get your data results, try the Chart and Map screens. Or export your data to a file (tab-delimited line listing) for download to your computer. |
| | For more information, see the following: |
| | Quick Start Guide |
| | Step 1, Organize and label results |
| | Step 2, Select location |
| | Step 3, Select years and demographics |
| | Step 4, Select cause of death |
| | Step 5, Other options |
| **'By-Variables'** | Select variables that serve as keys (indexes) for organizing your data. See How do I organize my data? for more information. |
| | **Note:**   To map your data, you must select at least one geographical location as a "By-Variable" for grouping your data, such as State or County. |
| **Help:** | Click on any button labeled "Help", located to the right hand side of each section. Each control's label, such as the "Location" label next to the Location entry box, is linked to the on-line help for that item. |
| **Send:** | Sends your data request to be processed on the CDC WONDER databases. The Send buttons are located on the bottom of the Request page, and also in the upper right corner of each section, for easy access. |

---

**Step 1. Organize table layout:**

There are three basic steps you may take in this first section. However, you may also simply click the "Send" button to request the default query, which reports national death counts and crude death rates by age group for all causes and all years.

1. **Pick indexes or cross-tabulation for your results.**
   Select up to five categorical variables that serve as indexes or keys for grouping your data. See Group Results By below for hints.
2. **Select statistical measures reported in your results.**
   The following summary statistical measures are always available as query results:
   1. Death Counts
   2. Populations for rate calculations
   3. Crude Rates

   These optional measures are also available:
   1. Age-Adjusted Rates
   2. 95% Confidence Intervals for Rates
   3. Standard Error for Rates
   4. Percent of Total

      **How?** Click the check box to indicate the desired measure. Measures are listed in section 1 on the Request Form tab.
3. **Provide a title for your results.**
   Enter any desired description in the **Title** box, to display above your results. Titles are optional.
4. **Additional Rate Options:**
   Click the "+" to open this section, and select more measures for rates. The options vary, depending on your selections in the Measures section above. For example, when you check Age-Adjusted Rates in the Measures section, then you can choose a standard population for weighting the age-adjusted rates, or you can select criteria to define a non-standard population for weights, in the Additional Rate Options section. For more information, see Additional Rate Options

---

**Group Results By...**
Select up to five variables that serve as keys for grouping your data. For example, you could select to group (summarize, stratify, index) your data by State and by County.

| | |
|---|---|
| **How?** | See How do I organize my data? for more information. |
| **Hints:** | |

1. When age-adjusted rates are calculated, you cannot group the data by Age Group.
2. **About charts:**
   You cannot make charts when your data has more than two By-Variables.
3. **About maps:**
   To make a map, you must request data with a geographic location variable, such as State or County, as a "By-Variable." Then click the Map tab.

---

**Death Counts**
The death counts in the data represent deaths that occurred in the 50 United States and the district of Columbia, for the legal place of residence of the decedent. See Mortality data for more information.

Sub-national data representing fewer than ten persons (0-9) are suppressed for year 1989 and later years. See Assurance of Confidentiality for more information.

---

## Crude Rates

Crude Rates are expressed as the number of deaths reported each calendar year per the factor you select. The default factor is per 100,000 population, reporting the death rate per 100,000 persons.

$$Crude\ Rate = Count\ /\ Population\ *\ 100,000$$

See Frequently Asked Questions about Death Rates .

**Hints:**
- Rates calculated with population estimates are per 100,000 persons by default. However, infant mortality rates are calculated per 1,000 live births by default. Click "+" to open Additional Rate Options in section 1 on the Request Form tab, to select the factor for rate calculations.
- Select the precision for rate calculations in the Other Options section. When the rate calculated for a small numerator (incidence count) is zero, you may increase the precision to reveal the rate by showing more numbers to the right of the decimal point.

**Notes:**
- Rates for small populations should be interpreted with caution.
- Sub-national data representing fewer than ten persons (0-9) are suppressed for year 1989 and later years. See Assurance of Confidentiality for more information.
- Rates are marked as "**unreliable**" when the death count is less than 20.
- Crude rates are helpful in determining the need for services for a given population, relative to another population, regardless of size. Crude rates are influenced by the underlying age distribution of the state's population. Even if two states have the same age-adjusted rates, the state with the relatively older population (as demonstrated by having a higher median age) will have higher crude rates because incidence or death rates for most cancers increase with increasing age.
- The population estimates for the denominators of incidence rates are race-specific (all races, white, black, and other races combined) and sex-specific population estimates. The population estimates are aggregated from the most detailed level selected. For example, if you have requested data for the nation grouped by state and by county, then the populations are the county-level population estimates aggregated to the state and national summaries. See Population Denominator Data Sources below for more information.
- The population for "Infant age groups" is the number of live births in the given time period. See Mortality for Infants for more information.
- Prior to August 2006, the number of live births had been substituted for the "under 1 year" age group population estimates. This substitution affected the "under 1 year" and "all ages" death rates slightly, when compared to published tables that rely solely on population estimates.

---

## Age-Adjusted Rates

Age-adjusted rates are requested in the Section 1 on the Request Form tab.

Age-adjusted death rates are weighted averages of the age-specific death rates, where the weights represent a fixed population by age. They are used to compare relative mortality risk among groups and over time. An age-adjusted rate represents the rate that would have existed had the age-specific rate of the particular year prevailed in a population whose age distribution was the same as that of the fixed population. Age-adjusted rates should be viewed as relative indexes rather than as direct or actual measures of mortality risk. However, you can select other standard populations, or select specific population criteria to determine the age distribution ratios. See Frequently Asked Questions about Death Rates for more information.

The rates of almost all causes of death vary by age. Age adjustment is a technique for "removing" the effects of age from crude rates, so as to allow meaningful comparisons across populations with different underlying age structures. For example, comparing the crude rate of heart disease in Florida to that of California is misleading, because the relatively older population in Florida will lead to a higher crude death rate, even if the age-specific rates of heart disease in Florida and California are the same. For such a comparison, age-adjusted rates are preferable. Age-adjusted rates should be viewed as relative indexes rather than as direct or actual measures of mortality risk.

The Compressed Mortality online database and NCHS age-adjusts death rates using the direct method. That is, by applying age-specific death rates (Ri) to the U.S. standard age distribution.

$$R' = S\ i\ (\ Psi\ /\ Ps\ )\ R\ i$$

where **Psi** is the standard population for age group **i** and **Ps** is the total U.S. standard population (all ages combined).

In the direct method, a standard age distribution is chosen and the age-specific death rates are weighted according to the standard. A reasonable choice for the standard is the U.S. total population (all races, both genders) for the year under study. To permit comparison of death rates from year to year, a standard population is used. Beginning with the 1999 data year, NCHS adopted the year 2000 projected population of the United States as the standard population. This new standard replaces the 1940 standard population that was used by NCHS for over 50 years. The new population standard affects the level of mortality and to some extent trends and group comparisons. Of particular note are the effects on race comparison of mortality. For detailed discussion, see:

Anderson RN, Rosenberg HM. *Age standardization of death rates: Implementation of the year 2000 standard.* National Vital Statistics Reports; volume 47 number 3, Hyattsville, Maryland. National Center for Health Statistics. 1998.

Beginning with 2003 data, the traditional standard million population along with corresponding standard weights to six decimal places were replaced by the projected year 2000 population age distribution (see 2000 Standard Population below). A forthcoming report will describe the change in more detail. The effect of the change is negligible and does not significantly affect comparability with age-adjusted rates calculated using the previous method.

**Age-Adjusted Rates Hints:**

- Age-Adjusted Rates are optional, see section 1 on the Request Form tab to select age-adjusted rates.
- Rates are calculated per 100,000 population by default. See Additional Rate Options to select the factor for rate calculations.
- Select the precision for rate calculations in the Other Options section. When the rate calculated for a small numerator (incidence count) is zero, you may increase the precision to reveal the rate by showing more numbers to the right of the decimal point.
- Age-adjusted rates cannot be calculated when the data are grouped by Age Group.
- Age-adjusted rates are not calculated when only one age group is selected (the effect is a ratio of one).
- Age-adjusted rates are not available for "Infant age groups" because the populations for these age groups are the number of live births in the given time period, the same population denominator for each infant age group.
- The selection must include both age groups "5 - 9 years" and "10 - 14 years" in order to calculate age-adjusted rates for this population. The combined age groups are required because the reference standard population has the age group "5 - 14 years."
- The selection must include both age groups "15 - 20 years" and "20 - 24 years" in order to calculate age-adjusted rates for this population. The combined age groups are required because the reference standard population has the age group "15 - 24 years."

**Notes:**

- Sub-national data representing fewer than ten persons (0-9) are suppressed for year 1989 and later years. See Assurance of Confidentiality for more information.
- Rates are marked as "**unreliable**" when the death count is less than 20.
- Rates are marked as "**not applicable**" when the denominator population figure is unavailable, such as "not stated" or unknown age or ethnicity.
- Deaths of persons with "not stated" or unknown age are not included in the calculation of age-adjusted rates.
- If a "non-standard" population is selected for age-adjusted rates, then the actual population estimates for the specified year that are on the Compressed Mortality File are used to determine the specific age-distribution ratios (or weights) used in the calculation.
- The following standard populations (see tables below) are used for computing age-adjusted rates:
  - year 2000 Standard Population
  - year 2000 Standard Million Population
  - year 1970 Standard Million Population
  - year 1940Standard Million Population
- The 2000 Standard Population is a projected population, developed before the April 1, 2000 enumerated Census occurred. For more information, see the following publications:
  - Age Standardization of Death Rates: Implementation of the Year 2000 Standard
  - Age-adjusted Death Rates: Trend Data Based on the Year 2000 Standard Population
  - The Effect of Revised Populations on Mortality Statistics for the United States, 2000

---

Year 2000 Standard Population for the United States

| Age | Number |
|---|---|
| All ages | 274,633,642 |
| Under 1 year | 3,794,901 |
| 1-4 years | 15,191,619 |
| 5-14 years | 39,976,619 |
| 15-24 years | 38,076,743 |
| 25-34 years | 37,233,437 |
| 35-44 years | 44,659,185 |
| 45-54 years | 37,030,152 |
| 55-64 years | 23,961,506 |
| 65-74 years | 18,135,514 |
| 75-84 years | 12,314,793 |
| 85 years and over | 4,259,173 |

* Based on year 2000 projected population.

---

Year 2000 Standard Million Population for the United States
**Numbers and All Ages Proportions (Weights) ***

| Age | Number | Weight |
|---|---|---|
| All ages | 1,000,000 | 1.000000 |
| Under 1 year | 13,818 | 0.013818 |
| 1-4 years | 55,317 | 0.055317 |
| 5-14 years | 145,565 | 0.145565 |
| 15-24 years | 138,646 | 0.138646 |
| 25-34 years | 135,573 | 0.135573 |
| 35-44 years | 162,613 | 0.162613 |
| 45-54 years | 134,834 | 0.134834 |
| 55-64 years | 87,247 | 0.087247 |
| 65-74 years | 66,037 | 0.066037 |
| 75-84 years | 44,842 | 0.044842 |
| 85 years and over | 15,508 | 0.015508 |

* Based on year 2000 projected population.
Note that these weights only apply to the all ages population,
the weights are calculated dynamically when age groups are selected.

---

Year 1970 Standard Million Population for the United States
**Numbers and All Ages Proportions (Weights) ***

| Age | Number | Weight |
|---|---|---|
| All ages | 1,000,000 | 1.000000 |
| Under 1 year | 18,102 | 0.018102 |
| 1-4 years | 66,314 | 0.066314 |
| 5-14 years | 200,508 | 0.200508 |
| 15-24 years | 174,406 | 0.174406 |
| 25-34 years | 122,569 | 0.122569 |
| 35-44 years | 113,614 | 0.113614 |
| 45-54 years | 114,265 | 0.114265 |
| 55-64 years | 91,480 | 0.091480 |
| 65-74 years | 61,195 | 0.061195 |
| 75-84 years | 30,112 | 0.030112 |
| 85 years and over | 7,435 | 0.007435 |

* Based on the year 1970 population.
Note that these weights only apply to the all ages population,
the weights are calculated dynamically when age groups are selected.

---

Year 1940 Standard Million Population for the United States
**Numbers and All Ages Proportions (Weights) ***

| Age | Number | Weight |
|---|---|---|
| All ages | 1,000,000 | 1.000000 |
| Under 1 year | 15,343 | 0.015343 |
| 1-4 years | 64,718 | 0.064718 |
| 5-14 years | 170,355 | 0.170355 |
| 15-24 years | 181,677 | 0.181677 |
| 25-34 years | 162,066 | 0.162066 |
| 35-44 years | 139,237 | 0.139237 |
| 45-54 years | 117,811 | 0.117811 |
| 55-64 years | 80,294 | 0.080294 |
| 65-74 years | 48,426 | 0.048426 |
| 75-84 years | 17,303 | 0.017303 |
| 85 years and over | 2,770 | 0.002770 |

* Based on the year 1940 population.
Note that these weights only apply to the all ages population,
the weights are calculated dynamically when age groups are selected.

---

**95% Confidence Intervals for Rates**
You can request 95% confidence intervals calculated for mortality rates. The method for confidence intervals calculated for 100 or more deaths differs slightly from the method for confidence intervals calculated for 99 or fewer deaths.

**How?** Confidence intervals for rates are requested in "section 1" on the Request Form tab. Click the check box to indicate the desired measure.

**Notes:**

- The method for confidence intervals calculated for 100 or more deaths:
  The lower 95% confidence interval is the crude death rate minus (1.96 times the standard error of the rate). The upper 95% confidence interval is the crude death rate plus (1.96 times the standard error of the rate). LCI = R - 1.96 * S (R)
  UCI = R + 1.96 * S (R)
- The method for confidence intervals calculated for 99 or fewer deaths:
  The lower 95% confidence interval is the crude death rate multiplied by the lower 95% confidence limit factor for a death rate based on a Poisson variable of the number of deaths. The upper 95% confidence interval is the crude death rate multiplied by the upper 95% confidence limit factor for a death rate based on a Poisson variable of the number of deaths. See Vital Statistics of the United States: Mortality, 1999: Technical Appendix Table S. LCI = R * L (0.95, D)
  UCI = R * U (0.95, D)
- Where:
  - LCI = lower 95% confidence interval
  - UCI = upper 95% confidence interval
  - R = crude death rate R = (deaths / population) * 100,000
  - D = the total number of deaths upon which the rate is based.
  - RSE(R) = relative standard error of rate RSE(R) = 100 * square root of (1/D)
  - S(R) = standard error of rate S(R) = R * (RSE(R) / 100)
  - L = the lower 95% confidence limit factor for a death rate based on a Poisson variable of the number of deaths. See Vital Statistics of the United States: Mortality, 1999 Technical Appendix Table S.
  - U = the upper 95% confidence limit factor for a death rate based on a Poisson variable of the number of deaths. See Vital Statistics of the United States: Mortality, 1999 Technical Appendix Table S.
- For more information, refer to

- Age-adjusted Death Rates: Trend Data Based on the Year 2000 Standard Population
- Vital Statistics of the United States: Mortality, 1999 Technical Appendix:
    - See the "Random Variation and Sampling Errors" section for methods.
    - See "Table S" for the upper and lower confidence limit factors for death rates based on a Poisson variable of the number of deaths.

---

**Standard Error for Age-Adjusted Rates**

You can request standard errors calculated for age-adjusted mortality rates.

**How?** Click the check box under Measures in section 1 on the Request Form tab.

**Notes:**

- S(R) = standard error of rate S(R) = R * (RSE(R)/100)
- Where:
    - R = crude death rate R = (deaths / population) * 100,000
    - D = the total number of deaths upon which the rate is based.
    - RSE(R) = relative standard error of rate RSE(R) = 100 * square root of (1/D)
- For more information, refer to
    - Age-adjusted Death Rates: Trend Data Based on the Year 2000 Standard Population
    - Vital Statistics of the United States: Mortality, 1999 Technical Appendix, see the "Random Variation and Sampling Errors" section for methods.

---

**Percent of Total**

You can request to show percent of total as an optional statistical measure in "Step 1." This option adds a "Percent of Total" column to the results table, and each row shows the percentage that the number of deaths represented in the row contributes to the total number of deaths for that table. This measure is not available when suppression constraints apply to the data in the results table, such as when the deaths are suppressed for any single row in any categorical section in the table.

---

**Additional Rate Options:**

Click the "+" to open this section in section 1 on the Request Form tab. The options shown here vary, depending on the Measures you checked in section 1. Organize table layout on the Data Request tab. For example, to pick populations for weighting age-adjusted rates here, you must first check the box for age-adjusted rates in the Measures section.

| | |
|---|---|
| **Calculate Rates Per:** | Select the factor (multiplier) for your rates. By default, all ages rates are calculated per 100,000 persons, and rates limited to infant age groups are calculated per 1,000 persons.<br>**How?** See "How do I select items from the list box?" |
| **Standard Population:** | If you picked standard populations for calculating age-adjusted rates, then the list of possible standard populations used to calculate these age-adjusted rates is shown. See Age-Adjusted Rates for more information.<br>**How?** See "How do I select items from the list box?," to limit your data to selected categories in the list.<br><br>**Note:** When using standard populations, your request criteria must include data for the following ranges of ages:  "5 - 14 years" and "15 - 24 years." Some of the age groups in the standard populations are aggregates of two age groups in the CMF data. When age-adjusted rates are calculated using the standard populations, the CMF deaths and populations counts are summed to match the standard population age groups. For example, the standard populations has a weight for the age group 15-24 years, so the CMF age groups 14-19 and 20-24 must be included in the request for age-adjusted rates (you cannot request age-adjusted rates only for persons 20 years and over). |
| **Non-standard Population:** | If you picked to use a non-standard population for calculating age-adjusted rates, then the options for selecting the non-standard population are displayed. The non-standard population is derived from the population estimates in the CMF (those used to compute crude rates). You specify the year(s), gender(s), races(s), Hispanic origin(s), and location(s) to be included in the non-standard population. The selected population is the basis for the age-specific proportional weights to calculate these age-adjusted rates. See Frequently Asked Questions about Death Rates for more information.<br>**How?** |

- See "How do I select items from the list box?
- Type the desired Location code value into the box, one code per line. Or leave the box empty for the entire US (national population). Any Region, division, state or county code shown in the Finder at Step 2 is valid.

**Note:** If the same population is picked for your query criteria and your non-standard age-adjusted rate calculations, then the crude rates and age-adjusted rates are identical for those data rows that represent the non-standard population denominator.

---

**Step 2. Select location:**

Data are available for the United States by Region (Census or HHS), Census Division, State, County. Select the location(s) for the query, and the urbanization level, which classifies population density and other factors by county. Data are also available for individual CBSAs (core-based statistical areas) of 250,000 or more population (also referred to as large and medium metropolitan statistical areas). Any number of locations can be specified here.

### How?

1. Click the button to "Switch to State/County" or "Switch to CBSA" in the upper left in Section 2 on the Request Form tab.
2. Click a round button to switch between the lists, such as the State and County list, or the Census Region and Census Division list, or the HHS Region list.
3. See How do I use a Finder? for more information.
4. See Finder Tool help for more hints.

### Hints:

- The default is all values (the United States).
- The Advanced mode lets you easily pick several items from different parts of the list. Items are not selected until you click the "Move" button in Advanced mode. You may also enter values by hand, one code per line, in the Advanced mode. Use the Finder to see the correct code format. For example, 02 is the Alaska state code.
- The "plus" symbol, "+" indicates that you can open the item, to see more items below it.
- The results to a search are shown in blue, and indicated by ">".

---

## Region

Regions are multi-state groups. For regional data, you can group by Region, or you can select any combination of individual regions. There are two types of regions available, Census Regions and Health and Human Services (HHS) Regions.

### How?

- See Location above for instructions.
- See also Group Results By in Step 1.

### Notes:

- Region is based on the person's legal state of residence at the time of death.
- The Regions are identified by both name and codes in data extracts.

---

## Census Regions

The United States is split into 4 Census Regions: Northeast, Midwest, South and West. The states that comprise each region are shown below.

### How?

- See Location above for instructions.
- See also Group Results By in Step 1.

### Notes:

- Census Region is based on the person's legal state of residence at the time of death.
- The Regions are identified by both name and codes in data extracts.

| State abbreviation and name | FIPS code |
|---|---|
| **Northeast Census Region:** | |
| CT    Connecticut | 09 |
| ME    Maine | 23 |
| MA    Massachusetts | 25 |
| NH    New Hampshire | 33 |
| NJ    New Jersey | 34 |
| NY    New York | 36 |
| PA    Pennsylvania | 42 |
| RI    Rhode Island | 44 |
| VT    Vermont | 50 |
| **Midwest Census Region:** | |
| IL    Illinois | 17 |
| IN    Indiana | 18 |
| IA    Iowa | 19 |
| KS    Kansas | 20 |
| MI    Michigan | 26 |
| MN    Minnesota | 27 |
| MO    Missouri | 29 |
| NE    Nebraska | 31 |
| ND    North Dakota | 38 |
| OH    Ohio | 39 |
| SD    South Dakota | 46 |
| WI    Wisconsin | 55 |

**South Census Region:**

```
AL    Alabama                    01
AR    Arkansas                   05
DE    Delaware                   10
DC    District of Columbia       11
FL    Florida                    12
GA    Georgia                    13
KY    Kentucky                   21
LA    Louisiana                  22
MD    Maryland                   24
MS    Mississippi                28
NC    North Carolina             37
OK    Oklahoma                   40
SC    South Carolina             45
TN    Tennessee                  47
TX    Texas                      48
VA    Virginia                   51
WV    West Virginia              54
```

**West Census Region:**
```
AK    Alaska                     02
AZ    Arizona                    04
CA    California                 06
CO    Colorado                   08
HI    Hawaii                     15
ID    Idaho                      16
MT    Montana                    30
NV    Nevada                     32
NM    New Mexico                 35
OR    Oregon                     41
UT    Utah                       49
WA    Washington                 53
WY    Wyoming                    56
```

## Census Division

Census Divisions are multi-state groups, sub-sets of Census Regions. You can group by Census Division, or select any combination of individual Census divisions.

**How?**
- See Location above for instructions.
- See also Group Results By in Step 1.

**Notes:**
- Census Division is based on the person's legal state of residence at the time of death.
- The Census Divisions are identified by both name and codes in data extracts. To see all of the states in each Census Division, group the data by Census Division and by State.
- The United States is split into 9 divisions by the Census Bureau:
  Census Division 1: New England, (CENS-D1)
  Census Division 2: Middle Atlantic, (CENS-D2)
  Census Division 3: East North Central, (CENS-D3)
  Census Division 4: West North Central, (CENS-D4)
  Census Division 5: South Atlantic, (CENS-D5)
  Census Division 6: East South Central, (CENS-D6)
  Census Division 7: West South Central, (CENS-D7)
  Census Division 8: Mountain, (CENS-D8)
  Census Division 9: Pacific, (CENS-D9)
  The states that comprise each Census Division are shown below.

| State | FIPS Code |
| --- | --- |
| Census Division 1: New England**, (CENS-D1)** | |
| Connecticut | 09 |
| Maine | 23 |
| Massachusetts | 25 |
| New Hampshire | 33 |
| Rhode Island | 44 |
| Vermont | 50 |
| Census Division 2: Middle Atlantic**, (CENS-D2)** | |
| New Jersey | 34 |
| New York | 36 |
| Census Division 3: East North Central**, (CENS-D3)** | |
| Illinois | 17 |
| Indiana | 18 |
| Michigan | 26 |
| Ohio | 39 |
| Wisconsin | 55 |
| Census Division 4: West North Central**, (CENS-D4)** | |
| Iowa | 19 |
| Kansas | 20 |
| Minnesota | 27 |

| | |
|---|---|
| Missouri | 29 |
| Nebraska | 31 |
| North Dakota | 38 |
| South Dakota | 46 |

**Census Division 5: South Atlantic (CENS-D5)**

| | |
|---|---|
| Delaware | 10 |
| District of Columbia | 11 |
| Florida | 12 |
| Georgia | 13 |
| Maryland | 24 |
| North Carolina | 37 |
| South Carolina | 45 |
| Virginia | 51 |
| West Virginia | 54 |

**Census Division 6: East South Central (CENS-D6)**

| | |
|---|---|
| Alabama | 01 |
| Kentucky | 21 |
| Mississippi | 28 |
| Tennessee | 47 |

**Census Division 7: West South Central (CENS-D7)**

| | |
|---|---|
| Arkansas | 05 |
| Louisiana | 22 |
| Oklahoma | 40 |
| Texas | 48 |

**Census Division 8: Mountain (CENS-D8)**

| | |
|---|---|
| Arizona | 04 |
| Colorado | 08 |
| Idaho | 16 |
| Montana | 30 |
| Nevada | 32 |
| New Mexico | 35 |
| Utah | 49 |
| Wyoming | 56 |

**Census Division 9: Pacific (CENS-D9)**

| | |
|---|---|
| Alaska | 02 |
| California | 06 |
| Hawaii | 15 |
| Oregon | 41 |
| Washington | 53 |

---

## HHS Regions

The Department of Health and Human Services (HHS) groups the 50 states, the District of Columbia, and the U.S. territories into ten reporting regions, referred to as the HHS regions. Any number of locations can be specified here.

**How?**
- See Location above for instructions.
- See also Group Results By in Step 1.

**Notes:**
- The CMF does not have data for Puerto Rico or any of the U.S. territories. Therefore, data for Puerto Rico and the Virgin Islands are not included in HHS Region 2; data for Guam and American Samoa are not included in HHS Region 9.
- HHS Region is based on the person's legal state of residence at the time of death.
- 
  When the data are exported, separate columns show both the label and the code for each value. To see the full list of labels and code values, request data grouped by this region for the "All" and export the results.

| Health and Human Services (HHS) Regions | List of States |
|---|---|
| 1 | Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont |
| 2 | New Jersey, New York (data for Puerto Rico, Virgin Islands are not included in CMF) |
| 3 | Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, West Virginia |
| 4 | Alabama, Florida, Georgia, Kentucky, Mississippi, |

| | |
|---|---|
| | North Carolina, South Carolina, Tennessee |
| 5 | Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin |
| 6 | Arkansas, Louisiana, New Mexico, Oklahoma, Texas |
| 7 | Iowa, Kansas, Missouri, Nebraska |
| 8 | Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming |
| 9 | Arizona, California, Hawaii, Nevada (data for American Samoa and Guam are not included in CMF) |
| 10 | Alaska, Idaho, Oregon, Washington |

## State

For state level data, you can select any combination of individual states. Or group by State and leave the Location Finder selection at the default (all locations or the 50 United States and the District of Columbia).

**How?**
- See Location above for instructions.
- See also Group Results By in Step 1.

**Notes:**
- The state coded represents the person's place of legal residence at the time of death.
- The states and the District of Columbia are identified by both state name and Standard Federal Information Processing (FIPS) codes in data extracts. See About FIPS Codes below.

## County

County-level data are available for the fifty states and the District of Columbia. In this step, you can select any combination of individual counties or leave the Location Finder at the default setting of "All Counties."

**How?**
- See Location above for instructions.
- See also Group Results By in Step 1.

**Notes:**
- The county coded represents the person's place of legal residence at the time of death.
- The counties and the District of Columbia are identified by both county name and Standard Federal Information Processing (FIPS) codes in data extracts.
- **About FIPS Codes:**  The FIPS State and county codes were established by the National Bureau of Standards, U.S. Department of Commerce in 1968. This standard set of codes provides names and codes for counties and county equivalents of the 50 States of the United States and the District of Columbia. Counties are considered to be the "first order subdivisions" of each State, regardless of their local designation (county, parish, borough, census area). Washington, D.C.; the consolidated government of Columbus City, Georgia; the independent cities of the States of Maryland, Missouri, Nevada, and Virginia; and the census areas and boroughs of Alaska are identified as county equivalents. The system is standard throughout the Federal Government. The State codes are ascending, two-digit numbers; the county codes are ascending three-digit numbers. For both the State and county codes, space has been left for new States or counties. Some changes in the FIPS codes have occurred since 1968. See Locations: About County Geography Changes for information on how these changes affect the Compressed Mortality data.
- **About County Changes:**  Changes in county geography occur from time to time. Creation and deletion of counties results in missing data for those counties for some years. County boundary changes can result in substantial increases or decreases in the population of the affected counties and hence impact birth and death counts, population estimates, and birth and death rates for those counties. See Locations: About County Geography Changes for information on how county geography changes affect CMF data.

## Urbanization and Metro/Nonmetro

Use the radio buttons to select either the 2006 or the 2013 NCHS Urban-Rural Scheme for Counties. Select All Categories or any combination of Urbanization values:  Large Central Metro, Large Fringe Metro, Medium Metro, Small Metro, Micropolitan (non-metro), NonCore (non-metro). Each county is assigned to one of these six categories. Each death is associated with a category based on the county of the person's legal residence.

The Metro/Nonmetro list allows you to easily compare metropolitan and rural areas. The Metro group includes counties in these Urbanization categories: Large Central Metro, Large Fringe Metro, Medium Metro, and Small Metro. The Nonmetro group includes counties in these Urbanization categories: Micropolitan (non-metro) and NonCore (non-metro).

**How?**
1. Click the Radio Button above the box, to pick your preferred list.
2. See "How do I select items from the list box?," to limit your data to selected categories in the list.

**Notes:**

Notes:

- These categories are from the 2006 or 2013 NCHS Urban-Rural Classification Scheme for Counties.

- See the NCHS Urban-Rural Classification Scheme for Counties web page for more information about the Urbanization categories.

- The large central metro category contains counties in metropolitan statistical areas (MSAs) of one million or more population that have been identified by NCHS classification rules as central because they contain all or part of a principal city of the area. The large fringe metro category contains the remaining counties (similar to suburbs) in MSAs of one million or more. Counties in MSAs of 250,000 to 999,999 population are assigned to the medium metro category and counties in MSAs with populations under 250,000 are assigned to the small metro category. Nonmetropolitan counties that are designated by the Office of Management and Budget as belonging to a micropolitan statistical area are assigned to the micropolitan category and the remaining nonmetropolitan counties are assigned to the noncore category. The large central metro category is the most "urban" category and the noncore category is the most "rural" category.

- To understand how the classification schemes were developed, see:
  - NCHS Urban-Rural Classification Scheme for Counties
  - 2013 NCHS Urban-Rural Classification Scheme for Counties

- Most counties are in the same urbanization category for both the 2013 and 2006 schemes. However, for those counties whose category differs in the two schemes, some moved from a less urban to a more urban category, while others moved from a more urban category to a less urban category. For more information, see "Changes in county urbanization category: 2013 scheme versus 2006 scheme" in the report, 2013 NCHS Urban-Rural Classification Scheme for Counties.

- It is recommended that the micropolitan category not be aggregated with metropolitan categories.

- The Urbanization categories are identified by two columns, labels and codes, in data extracts.

---

## CBSA - Core-Based Statistical Areas

Use the radio buttons to select either the December 2005 or the February 2013 CBSA (core-based statistical areas) list. Select All CBSAs or any combination of values. Data for individual CBSAs with populations of 250,000 or more (large and medium metropolitan statistical areas) are displayed. Data for individual CBSAs with less than 250,000 population are not displayed. Instead data for the smaller CBSAs are aggregated and displayed as: Small metro (metropolitan statistical areas of less than 250,000 population) or Micropolitan (non-metro). Data for counties not in CBSAs are aggregated and displayed as NonCore (non-metro). Each death is assigned based on the county of the decedent's legal residence.

**How?**

1. Click the button to "Switch to CBSA" in the upper left in Section 2 on the Request Form tab.
2. Click the Radio Button above the box, to pick your preferred list.
3. See "How do I select items from the list box?," to limit your data to selected categories in the list.

**Notes:**

- The CBSA delineations are from the December 2005 or February 2013 CBSA lists, as designated by the Office of Management and Budget, based on population data from the Census Bureau.

- See the NCHS Urban-Rural Classification Scheme for Counties web page for more information about the related Urbanization categories.

- CBSA data are available for Compressed Mortality in years 1999 and later. CBSA data are not available for Compressed Mortality in years 1968-1998.

- To see which Urbanization categories are associated with specific CBSAs, group results by CBSA (all CBSAs) and by Urbanization. Group the 2013 CBSAs with the 2013 Urbanization categories, and the 2005 CBSAs with the 2006 Urbanization categories.

- To see which counties are included in individual CBSAs, group results by CBSA (all CBSAs) and by County. Select only the Large Metro and Medium Metro categories in the associated Urbanization list.

- Note that CBSA data cannot be combined with regions, divisions, and states because some CBSAs cross these boundaries. For example, the CBSA for Cincinnati includes counties in Ohio, Kentucky and Indiana.

- The CBSA categories are identified by two columns, labels and codes, in data extracts.

---

## Step 3. Select years and demographics:

Limit your data for any of the following data elements:

1. Age Group - infant age groups are also available.
2. Gender - Female, Male
3. Race - American Indian or Alaska Native, Asian or Pacific Islander, Black or African American, White.
   For data before Vintage 2006, these 3 categories are available:  Black / African American, Other Races Combined, White.
4. Hispanic Origin - Hispanic or Latino, Not Hispanic or Latino, Not Stated;
   available in CMF Vintage 2006 and later releases only.
5. Year - 1999-200, or 1979-1998, or 1968-1978
   choose between the 2013 or the 2006 NCHS Urban-Rural Classification Scheme for Counties,
   available in CMF Vintage 2003 and later vintages only.

---

## Age Groups

Use the radio buttons to select either the Age Group list or the Infant Age Groups list. From the selected list you can choose "All Ages" or any combination of the individual age groups in the list. "All Ages" from the Age Group list is the default.

1. Age Group list - The following age groups are available from this list:  all age groups, under 1 year, 1 - 4 years, 5 - 9 years, 10 - 14 years, 15 - 19 years, 20 - 24 years, 25 - 34 years, 35 - 44 years, 45 - 54 years, 55 - 64 years, 65 - 74 years, 75 - 84 years, 85 years and over, age not stated.
2. Infant Age Groups list - The following age groups are available from this list:  all infant age groups, under 1 day, 1 - 6 days, 7 - 27 days, 28 - 364 days.

**How?**
- See "How do I use a radio button?", to pick your preferred list of categories.
- See "How do I select items from the list box?," to limit your data to selected categories in the list.

**Notes:**

- When an age group(s) is selected from the Infant Age Groups list, the number of live births (not the number of infants in the age category(ies)) is used as the denominator in rate computations. Thus, the denominator used for infant age group rate calculations is the same regardless of how many infant age groups are selected. When a rate is computed for an aggregate of several years, the number of live births for each year in the time period are summed together. For more information about infant age groups, see Mortality for Infants .
- For years 1999-2009:  when an age group(s) is selected from the Age Group list, Census Bureau population estimates for each age group are used as the denominator in rate computations. When a rate is computed for an aggregate of several years, the population estimates for each year in the time period are summed together.
- For years 1965-1998:  When an age group(s) is selected from the Age Group list, Census Bureau population estimates for each age group are used as the denominator in rate computations, except for the "under 1 year of age group". For the "under 1 year of age" group, the number of live births is used instead of the population estimate for this age group. When a rate is computed for an aggregate of several years, the population estimates for each year in the time period are summed together.
- Deaths with "Unknown" or "Not Stated" age are included in "All Ages" counts and rates, yet are not included in age-specific counts, age-specific rates or in any age-adjusted rates. See About "Not Stated" age or ethnicity for more information.
- Prior to August 2006, the number of live births had been substituted for the "under 1 year" age group population estimates for years 1999 and later.
- See Age-Adjusted Rates for a discussion on the use of age-groups in calculating age-adjusted rates. Note that some of the age groups available in the data are not available in the standard population tables used to calculate age-adjusted rates. Also, age-adjusted rates are not available for infant age groups.
- The age groups are identified by two columns, labels and codes, in data extracts.

---

## Year

Pick any combination of years desired. Data are available for 1999 - 2016 in the Compressed Mortality online database with ICD 10 codes. Data are available for 1979 - 1998 in the Compressed Mortality online database with ICD 9 codes. Data are available for 1968 - 1978 in the Compressed Mortality online database with ICD 8 codes. The archive databases only contain through the final year available at the time of the release.

**How?**  See "How do I select items from the list box?

---

## Gender

Select All Genders, Male, or Female

**How?**  See "How do I select items from the list box? **Note:**   The genders are identified by two columns, labels and codes, in data extracts.

---

## Race

Select All Races or any combination of values. CMF 1999-2016, archive CMF 1999-2015, archive CMF 1999-2014, archive CMF 1999-2013, archive CMF 1999-2009, archive CMF 1999-2008, archive CMF 1999-2007 and archive CMF 1999-2006 have 4 bridged-race categories: American Indian or Alaska Native, Asian or Pacific Islander, Black or African American, White. CMF 1979-1998, archive CMF 1979-1998 and CMF 1965-1978 have 3 race categories: Black / African American, Other Races Combined, White.

**How?**  See "How do I select items from the list box? **Notes:**
- See Race Reporting and Race and Ethnicity Questions for more information about the issues of race categories and ethnicity in the data.
- The Race categories are identified by two columns, labels and codes, in data extracts.

---

## Hispanic Origin

Select All or any combination of 3 values:  Hispanic or Latino, Not Hispanic or Latino, Not Stated. Hispanic Origin data are not available for CMF 1968-1978 or CMF 1979-1998 .

**How?**  See "How do I select items from the list box? **Notes:**

**How?** - See "How do I select items from the list box". **Notes:**

- Deaths with unknown or "Not Stated" Hispanic origin are included in "All" counts and rates, and are not included in the Hispanic Origin specific counts and rates . See About "Not Stated" age or ethnicity for more information.
- See Race Reporting and Race and Ethnicity Questions for more information about the issues of race categories and ethnicity in the data.
- The Hispanic Origin categories are identified by two columns, labels and codes, in data extracts.

---

**Step 4. Select cause of death:**

The cause of death is indicated by the International Classification of Disease (ICD) code in the underlying cause of death section on each death certificate. Use the radio buttons to select one of these 3 lists of causes of death:

1. The default selection is the ICD chapters, subchapters, and codes list (ICD-8 Code List for years 1968-1978, ICD-9 Code List for years 1979-1998, ICD-10 Codes list for 1999 and later).
2. The Selected Causes of Death or the ICD cause-of-death recode lists are also available (ICD-8 69 groups for years 1968-1978, ICD-9 72 groups for years 1979-1989, and ICD-10 113 groups for 1999 and later).
3. The Injury Intent and Mechanism lists are available for year 1999 and later.

**How?**

1. Click the Radio Button above the box, to pick your preferred list.
2. Select one or more items from the list to limit your data. The default value for any list is all causes of death.
   - See How do use a Finder? to learn more about search options, expanding or collapsing selected items, and displaying details for selected items in the Finder.
   - The "plus" symbol, "+" indicates that you can open the item, to see more items below it.
   - The results to a search are shown in blue, and indicated by ">".
   - The Advanced mode let you easily pick several items from different parts of the list. Items are not selected until you click the "Move" button in Advanced mode.
   - You may also enter values by hand, one code per line, in the Advanced mode. Use the Finder to see the correct code format. For example, "I20-I25" is the ICD-10 code for ischaemic heart diseases, and "GR113-059" is the Selected Causes of Death ICD-10 Group code for acute myocardial infarction.
   - See Finder Tool help for more hints.

**Hints:**

- When you select a code, note that some deaths are coded to the 3 digit code, and not the more detailed designation. Thus some deaths may be excluded from your data selection if your criteria are limited to only 4 digit codes. For example, the ICD-9 code 412 is the correct specification; 412.0 will not pick up deaths coded 412.
- The causes of death are identified by two columns, labels and codes, in data extracts.

**Notes:**

- **About the International Classification of Diseases:**
  The mortality data on the CMF are compiled in accordance with the World Health Organization (WHO) regulations, which specify that member nations classify and code causes of death in accordance with the current revision of the *International Statistical Classification of Diseases and Related Health Problems* (ICD). The International Classification of Diseases is developed collaboratively between WHO and 10 international centers, for purposes of ensuring that medical terms reported on death certificates are internationally comparable and lend themselves to statistical analysis. The ICD has been revised approximately every 10 years since 1900 in order to reflect changes in understanding of disease mechanisms and in disease terminology.

- **About the 9th and 10th ICD revisions:**
  The ICD-9 and ICD-10 classification systems are quite different. The ICD-9 system has a 4-digit numeric structure and about 5,000 categories for classifying cause-of-death. The ICD-10 system has a 4-digit alphanumeric coding structure and about 8,000 categories for classifying cause-of-death. Comparison of ICD-9 and ICD-10 shows that new chapters have been added to the ICD, old chapters have been rearranged, causes of death have been regrouped, and titles have changed. The differences between ICD-9 and ICD-10 make direct comparisons of cause-of-death difficult and result in discontinuities in cause-of-death trends. NCHS has conducted a comparability study to measure the discontinuities between the Ninth and Tenth Revisions and comparability ratios for major causes of death have been computed. Based on this work, comparability ratios have been calculated for selected causes. For further information please reference NCHS publications on Comparability of Cause-of-Death Between ICD Revisions.

- For information on comparability of mortality causes between ICDA-8 and ICD-9, please see Estimates of Selected Comparability Ratios Based on Dual Coding of 1976 Death Certificates by the Eighth and Ninth Revisions of the International Classification of Diseases.

- See also ICD 10th revision notes, ICD 9th revision notes, and ICD 8th revision notes.

- Only those ICD codes that are used to classify causes of death in the National Vital Statistics System data are available in the Finder.

- Deaths in the years 1999 and later are coded to the Tenth Revision of the International Classification of Diseases (ICD-10). There are 113 selected causes of death groups for the ICD-10 codes.

- Deaths in the years 1979 - 1998 are coded to the Ninth Revision of the International Classification of Disease (ICD-9). There are 72 selected causes of death groups for the ICD-9 codes.

- Deaths in the years 1968 - 1978 are coded to the Eighth revision of the International Classification of Disease Adapted for Use in the United States (ICDA-8). There are 69 selected causes of death groups for the ICD-8 codes.

Causes of death groups for the ICD-8 codes.

## ICD-10 Codes

Limit the data to any number of causes of death, for selected chapters, sub-chapters or codes.

**How?**   See Step 4. Select cause of death above. Check the Hints section.
**Notes:**

- The International Classification of Disease (ICD) 10th revision is used to represent the underlying cause of death for the years 1999 and later. The ICD system is organized by chapters, sub-chapters and codes.
- ICD-10 uses a 4 digit alphanumeric coding scheme. Each of the 21 chapters in ICD-10 is classified to a letter or letters of the alphabet. Infectious disease codes in Chapter 1, for example, begin with an "A" or "B". Thus, Acute poliomyelitis is associated with the codes A80.0-A80.9 and Viral hepatitis is classified as B15.0-B19.9. Most cause of death codes in the ICD-10 system have 4-digits and consist of a letter, followed by two numbers, followed by a decimal point and another number. Some codes have only 3-digits and consist of a letter followed by two numbers.
- **About changes in the ICD-10 codes:**
  The valid ICD-10 codes used to classify underlying cause of death change over time. Effective with the 2003 data year, 1 code was introduced. Effective with the 2006 data year, 18 codes were introduced as valid causes of death, and 4 codes were discontinued. Effective with the 2007 data year, 4 codes were introduced as valid causes of death, and 2 codes were discontinued. Effective with the 2009 data year, 5 codes were introduced as valid causes of death, and 11 codes were discontinued. Effective with the 2011 data year, 33 codes were introduced as valid causes of death.

---

### ICD-10 Changes in Years 2003-2011
**New causes of death in 2011**

| ICD-10 Code | Title |
| --- | --- |
| B17.9 | Acute viral hepatitis, unspecified |
| D68.5 | Primary thrombophilia |
| D68.6 | Other thrombophilia |
| D89.3 | Immune reconstitution syndrome |
| E88.3 | Tumor lysis syndrome |
| G14 | Postpolio syndrome |
| G21.4 | Vascular parkinsonism |
| H54.9 | Unspecified visual impairment (binocular) |
| I72.5 | Aneurysm and dissection of other precerebral arteries |
| J12.3 | Human metapneumovirus pneumonia |
| J21.1 | Acute bronchiolitis due to human metapneumovirus |
| K12.3 | Oral mucositis (ulcerative) |
| K35.2 | Acute appendicitis with generalized peritonitis |
| K35.3 | Acute appendicitis with localized peritonitis |
| K35.8 | Acute appendicitis, other and unspecified |
| L89.0 | Stage I decubitus ulcer and pressure area |
| L89.1 | Stage II decubitus ulcer |
| L89.2 | Stage III decubitus ulcer |
| L89.3 | Stage IV decubitus ulcer |
| L89.9 | Decubitus ulcer and pressure area, unspecified |
| N18.1 | Chronic kidney disease, stage 1 |
| N18.2 | Chronic kidney disease, stage 2 |
| N18.3 | Chronic kidney disease, stage 3 |
| N18.4 | Chronic kidney disease, stage 4 |
| N18.5 | Chronic kidney disease, stage 5 |
| N42.3 | Dysplasia of prostate |
| O14.2 | HELLP syndrome |
| O43.2 | Morbidly adherent placenta |
| O96.0 | Death from direct obstetric cause occurring more than 42 days but less than one year after delivery |
| O96.1 | Death from indirect obstetric cause occurring more than 42 days but less than one year after delivery |
| O96.9 | Death from unspecified obstetric cause occurring more than 42 days but less than one year after delivery |
| O97.0 | Death from sequelae of direct obstetric cause |
| O97.1 | Death from sequelae of indirect obstetric cause |
| O97.9 | Death from sequelae of obstetric cause, unspecified |
| O98.7 | Human immunodeficiency [HIV] disease complicating pregnancy, childbirth and the puerperium |
| X34.0 | Victim of cataclysmic earth movements caused by earthquake |
| X34.1 | Victim of tsunami |
| X34.8 | Victim of other specified effects of earthquake |
| X34.9 | Victim of unspecified effect of earthquake |

**New causes of death in 2009**

| ICD-10 Code | Title |
| --- | --- |
| A09.0 | Other and unspecified gastroenteritis and colitis of infectious origin |
| A09.9 | Gastroenteritis and colitis of unspecified origin |
| K52.3 | Indeterminate colitis |
| R26.3 | Immobility |
| R63.6 | Insufficient intake of food and water due to self neglect |

**New causes of death in 2007**

| ICD-10 Code | Title |
| --- | --- |
| J09 | Influenza due to identified avian influenza virus |

| | Influenza due to identified avian influenza virus |
|---|---|
| U04.9 | Severe acute respiratory syndrome [SARS], unspecified |
| X59.0 | Exposure to unspecified factor causing fracture |
| X59.9 | Exposure to unspecified factor causing other and unspecified injury |

**New causes of death in 2006**

| ICD-10 Code | Title |
|---|---|
| B33.4 | Hantavirus (cardio)-pulmonary syndrome [HPS][HCPS] |
| G90.4 | Autonomic dysreflexia |
| I15.0 | Renovascular hypertension |
| I15.9 | Secondary hypertension, unspecified |
| K22.7 | Barrett's esophagus |
| K85.0 | Idiopathic acute pancreatitis |
| K85.1 | Biliary acute pancreatitis |
| K85.2 | Alcohol-induced acute pancreatitis |
| K85.3 | Drug-induced acute pancreatitis |
| K85.8 | Other acute pancreatitis |
| K85.9 | Acute pancreatitis, unspecified |
| M31.7 | Microscopic polyangiitis |
| M79.7 | Fibromyalgia |
| P91.6 | Hypoxic ischemic encephalopathy of newborn |
| R29.6 | Tendency to fall, not elsewhere classified |
| R50.2 | Drug-induced fever |
| R50.8 | Other specified fever |
| W46 | Contact with hypodermic needle |

**New causes of death in 2003**

| ICD-10 Code | Title |
|---|---|
| I27.2 | Other secondary pulmonary hypertension |

**Discontinued causes of death in 2009**

| ICD-10 Code | Title |
|---|---|
| A09 | Diarrhea and gastroenteritis of infectious origin |
| F11.0 | Mental and behavioral disorders due to use of opioids, acute intoxication |
| F12.0 | Mental and behavioral disorders due to use of cannabinoids, acute intoxication |
| F13.0 | Mental and behavioral disorders due to use of sedatives or hypnotics, acute intoxication |
| F14.0 | Mental and behavioral disorders due to use of cocaine, acute intoxication |
| F15.0 | Mental and behavioral disorders due to use of other stimulants, including caffeine, acute intoxication |
| F16.0 | Mental and behavioral disorders due to use of hallucinogens, acute intoxication |
| F17.0 | Mental and behavioral disorders due to use of tobacco, acute intoxication |
| F18.0 | Mental and behavioral disorders due to use of volatile solvents, acute intoxication |
| F19.0 | Mental and behavioral disorders due to use of multiple drug use and use of other psychoactive substances, acute intoxication |
| K51.1 | Ulcerative (chronic) ileocolitis |

**Discontinued causes of death in 2007**

| ICD-10 Code | Title |
|---|---|
| F10.0 | Mental and behavioral disorders due to use of alcohol, acute intoxication |
| X59 | Exposure to unspecified factor |

**Discontinued causes of death in 2006**

| ICD-10 Code | Title |
|---|---|
| I25.2 | Old myocardial infarction |
| K85 | Acute pancreatitis |
| R50.0 | Fever with chills |
| R50.1 | Persistent fever |

---

- **About deaths due to acts of terrorism:**
  Beginning with data for 2001, NCHS introduced categories *U01-*U03 for classifying and coding deaths due to acts of terrorism. The asterisks before the category codes indicate that they are not part of the International Classification of Diseases, Tenth Revision (ICD-10). Description of the specific 4-digit codes can be found at NCHS Classifications of Diseases, Functioning and Disability: Appendix I. Deaths classified to the terrorism categories are included in the categories for Assault (homicide) and Intentional self-harm (suicide) in the 113 cause-of-death list. Additional information on these new categories can be found at NCHS Classifications of Diseases, Functioning and Disability:  Classification of Death and Injury Resulting from Terrorism. Terrorism related deaths in this data do not represent a final count of deaths resulting from the terrorist attacks on September 11, 2001, as this figure had not been determined. As of October 24, 2002, death certificates were issued for 2,957 of the estimated 3,028 individuals believed to have died as a result of the September 11, 2001 attacks. Of these, four were issued for terrorists and are classified as suicides. The criteria for issuing a death certificate for those believed to have died in the attacks differed by state, reflecting differences in state laws regarding death certification. Pennsylvania issued a death certificate for every individual, including the terrorists. Death certificates were not issued for any of the terrorists in Virginia or New York City. Virginia issued a death certificate only for those victims whose remains were identified. New York City issued a death certificate for those whose remains were identified or, if remains were not recovered, for those whose families applied for a death certificate. For more detailed information regarding New York City's processing of these deaths, see Deaths in World Trade Center Terrorist Attacks---New York City, 2001.

- **About deaths due to pulmonary hypertension:**
  The World Health Organization (WHO) added code I27.2 in 2003. Prior to 2003, if the certifier listed "secondary pulmonary hypertension" the condition would be coded I27.0 because there was no code for secondary pulmonary hypertension. After code I27.2 was added in 2003, the number of deaths coded to I27.0 dropped significantly.

## ICD-9 Codes

Limit the data to any number of causes of death, for selected chapters, sub-chapters or codes.

> **How?**   See Step 4. Select cause of death above.
> **Notes:**
>
> - The International Classification of Disease (ICD) 9th revision is used to represent the underlying cause of death for the years 1979 - 1998. The ICD system is organized by chapters, sub-chapters and codes. For a further description of the ICD-9 codes see Volume II of the annual mortality volumes produced by the NCHS, such as Vital Statistics of the United States, 1988, Volume II - Mortality.
> - **About Deaths due to Injuries and Poisoning in ICD-9:**
>   For deaths due to injuries and poisonings that occurred during 1979-1998, the external cause is coded (E800-E999) rather than the Nature of Injury (800-999). The letter "E" is included in the ICD-9 code in CDC WONDER.
> - Most cause of death codes in the ICD-9 system have 4-digits and consist of three numbers, followed by a decimal point and another number. Some codes have only 3-digits and consist of three numbers.

## ICDA-8 Codes

Limit the data to any number of causes of death, for selected chapters, sub-chapters or codes.

> **How?**   See Step 4. Select cause of death above.
> **Notes:**
>
> - The International Classification of Disease Adapted for Use in the United States 8th Revision (ICDA-8) is used to represent the underlying cause of death for the years 1968 - 1978. The ICDA-8 system is organized by chapters, sub-chapters and codes. For a further description of the ICD-8 codes see Volume II of the annual mortality volumes produced by the NCHS, such as Vital Statistics of the United States, 1978, Volume II-Mortality.
> - For information on comparability of mortality causes between ICDA-8 and ICD-9, please see Estimates of Selected Comparability Ratios Based on Dual Coding of 1976 Death Certificates by the Eighth and Ninth Revisions of the International Classification of Diseases.
> - **About Deaths due to Injuries and Poisoning in ICDA-8:**
>   For deaths due to injuries and poisonings that occurred during 1968-1978, the external cause is coded (E800-E999) rather than the Nature of Injury (800-999). The letter "E" is included in the ICD-8 code in CDC WONDER.
> - Most cause of death codes in the ICDA-8 system have 4-digits and consist of three numbers, followed by a decimal point and another number. Some codes have only 3-digits and consist of three numbers.

## ICD-10 113 Groups

Limit the data to any number of groups of selected causes of death.

> **How?**   See Step 4. Select cause of death above.
> **Hint:**   Group the data by "ICD-10 113 Groups" and also by "Cause of Death" to see the individual ICD codes included in each category.
>
> **Notes:**
>
> - NCHS developed the mortality tabulation lists for use in mortality analyses. The 113 selected causes of death list was designed to: 1) maintain continuity with the ICD-9 72 selected causes of death list, 2) to facilitate trend analysis, and 3) to separately identify causes of death that are of public health and medical importance.
> - Note that the ICD-10 113 groups have been adapted for the Injury Mechanisms categories. Some groups have been combined to make for inclusive categories, such as Motor Vehicle Traffic, Heart Disease and Tuberculosis. You may find it easier to select these broader categories of causes of death from the list under Injury Mechanism & All Other Leading Causes.
> - Changes in the 113 selected causes of death list associated with updates to the ICD-10 codes are discussed in the Technical Notes of each annual report (1-14); additional detail is available from: http://www.who.int/classifications/icd/icd10updates/en/index.html.

## ICD-9 72 Groups

Limit the data to any number of groups of selected causes of death.

**How?**   See Step 4. Select cause of death above.
**Hint:**   Group the data by "ICD-9 72 Groups" and also by "Cause of Death" to see the individual ICD codes included in each category.

**Note:**   NCHS developed the mortality tabulation lists for use in mortality analyses. The 72 selected causes of death list was designed to: 1) maintain continuity with the ICD-9 69 selected causes of death list, 2) to facilitate trend analysis, and 3) to separately identify causes of death that are of public health and medical importance.

---

## ICDA-8 69 Groups

Limit the data to any number of groups of selected causes of death.

**How?**   See Step 4. Select cause of death above.
**Hint:**   Group the data by "ICD-8 69 Groups" and also by "Cause of Death" to see the individual ICD codes included in each category.

**Note:**   NCHS developed the mortality tabulation lists for use in mortality analyses. The 69 selected causes of death list was designed to: 1) to facilitate trend analysis, and 2) to separately identify causes of death that are of public health and medical importance.

---

### Injury Intent and Mechanism
Limit your data for any of the following data elements:

1. Injury Intent
2. Injury Mechanism & All Other Leading Causes

### About the External Cause of Injury Mortality Matrix:
For the analysis of injury mortality data, all causes of death have been classified by intent and by mechanism. The causes of death that are not related to injuries have been categorized as non-injuries, and are categorized in keeping with the 113 selected causes of death groups for ICD-10. The groups of injury mechanisms are different from those based on the "113 Selected Causes of Death" for ICD-10 codes. The groupings are based on the External Cause of Injury Mortality Matrix. In addition, some non-injury groups have been combined to make for broader categories, such as Heart Disease and Tuberculosis.

For more information, see:   External Cause of Injury Mortality Matrix.

Note:  Injury intent and Mechanism categories are not available for the ICD-8 codes in years 1968-1978.

---

### Injury Intent

Limit the data to any number of categories.

**How?**
1. Click the Radio Button to pick your preferred list.
2. Select one or more items from the list to limit your data. Use Ctrl + Click for multiple selections, or Shift + Click for a range.

**Notes:**

- Group the data by "Injury Intent" and also by "Cause of Death" to see the individual ICD codes included in each category.
- Refer to External Cause of Injury Mortality Matrix for more information.
- Injury intent and Mechanism categories are not available for the ICD-8 codes in years 1968-1978.

---

### Injury Mechanism & All Other Leading Causes

Limit the data to any number of groups of selected causes of death.

**How?**
1. Click the Radio Button to pick your preferred list.
2. Select one or more items from the list to limit your data. Use Ctrl + Click for multiple selections, or Shift + Click for a range.

**Notes:**

- Group the data by "Injury Mechanism" and also by "Cause of Death" to see the individual ICD codes included in each category.
- NCHS has defined selected causes of death groups for analysis of injury mortality data. The groups of injury mechanisms are different from those based on the "113 Selected Causes of Death" for ICD-10 codes. The groupings are based on the External Cause of Injury Mortality Matrix. In addition, some non-injury groups have been combined to make for broader categories, such as Heart Disease and Tuberculosis.
- Refer to External Cause of Injury Mortality Matrix for more information.
- Injury intent and Mechanism categories are not available for the ICD-8 codes in years 1968-1978.
- In order to allow analysis of Injury Mortality across a larger span of years, the ICD-9 codes that classify the underlying cause of death for years 1979 - 1998 have been categorized to be compatible with the ICD-10 External Cause of Mortality Matrix. The categories in WONDER differ slightly from the original ICD-9 External Cause of Mortality Matrix, as follows:

### ICD-9 Codes and Updated Injury Mechanism Categories

| ICD-9 Code Values | Categories in the original ICD-9 External Cause Mortality Matrix | Categories compatible with the ICD-10 External Cause of Mortality Matrix |
|---|---|---|
| E990 | Other specified and classifiable, legal intervention | Fire or hot object or substance, legal intervention |
| E800 - E807(.0,.1,.8,.9), E820 - E825(.0 - .5,.8,.9), E826(.2 - .8), E827 - E829(.2 - .9) | Transport, other, unintentional | Other land transport, unintentional |
| E846 | Other specified and classifiable, unintentional | Other land transport, unintentional |
| E958.5 | Motor Vehicle Traffic, suicide | Other land transport, suicide |
| E988.5 | Motor Vehicle Traffic, undetermined | Other land transport, undetermined |
| E830 - E832 | Drowning, Unintentional | Other transport, unintentional |
| E847 - E848 | Other specified and classifiable, unintentional | Other transport, unintentional |
| E994 | Other specified and classifiable, legal intervention | Other transport, legal intervention |
| E958(.3) | Natural or environmental, suicide | Other specified classifiable, suicide |
| E958(.6) | Transport, other, suicide | Other specified, not elsewhere classified, suicide |
| E988(.3) | Natural or environmental, undetermined | Other specified classifiable, undetermined |
| E988(.6) | Transport, other, undetermined | Other specified, not elsewhere classified, undetermined |

**Step 5. Other options:**

**Export Results:** If checked query results are exported to a local file. More information on how to import this file into other applications can be found here.
**How?** See How do I use a checkbox?

**Show Totals:** If checked totals and sub-totals will appear in the results table.
**How?** See How do I use a checkbox?

**Show Zero Values:** If checked rows containing zero counts will appear in the results table. If unchecked, zero count rows are not displayed. However, this general feature is superseded by suppression constraints:
Sub-national vital statistics data representing fewer than ten persons (0-9) are suppressed for year 1989 and later years. See Assurance of Confidentiality for more information.
**How?** See How do I use a checkbox?

**Precision:** Select the precision for rate calculations. When the rate calculated for a small numerator (incidence count) is zero, you may increase the precision to reveal the rate by showing more numbers to the right of the decimal point.
**How?** See "How do I select items from the list box?," to limit your data to selected categories in the list.

**Data Access Timeout:** This value specifies the maximum time to wait for the data access for a query to complete. If the data access takes too long to complete, a message will be displayed and you can increase the timeout or simplify your request. If you can't complete a request using the maximum timeout, contact user support and we will try to run a custom data request for you.
**How?** See "How do I select items from the list box?," to limit your data to selected categories in the list.

**Data Source Information**

| | |
|---|---|
| **Mortality Data Sources:** | The Compressed Mortality File is produced by the National Center for Health Statistics (NCHS) Office of Analysis and Epidemiology (OAE) at the Centers for Disease Control and Prevention (CDC). Mortality information is collected by state registries and provided to the National Vital Statistics System. Underlying cause of death and demographic descriptors are indicated on the death certificates. To learn more about the methods and source of these data please reference: |

- National Center for Health Statistics:  (NCHS) Compressed Mortality web site
- National Vital Statistics System: Mortality web site
- See also Data Source Citations

| | |
|---|---|
| **Population Denominator Data Sources:** | The population estimates on the CMF are based on Bureau of the Census estimates of total U.S., State, and county resident populations. The 1968 and 1969 State and county population estimates were calculated by NCHS using linear extrapolation. The 1970, 1980, 1990, 2000, and 2010 population estimates are April 1 modified census counts. The estimates for 1971-79, 1981-89, 1991-99, and 2001-2009 are intercensal estimates of July 1 resident populations. The national population estimates for 2011 are Vintage 2011 postcensal estimates of July 1 resident populations. The national population estimates for 2012 are Vintage 2012 postcensal estimates of July 1 resident populations. The national population estimates for 2013 are Vintage 2013 postcensal estimates of July 1 resident populations. The national population estimates for 2014 are Vintage 2014 postcensal estimates of July 1 resident populations. The national population estimates for 2015 are Vintage 2015 postcensal estimates of July 1 resident populations. The national population estimates for 2016 are Vintage 2016 postcensal estimates of July 1 resident populations. The region, state and county estimates for years 2011, 2012, 2013, 2014, 2015 and 2016 are Vintage 2016 postcensal estimates of July 1 resident populations. Note that the estimates for 1991 and later are based on bridged-race categories. The population estimates on the CMF are by geographic unit (total United States, State, and county), year, race (white, black, other races), sex, and age group (13 age groups). To permit the calculation of infant mortality rates, NCHS live-birth data are included on the file. For more information on the population estimates, see Compressed Mortality File: Population Data. |

---

## Population Estimates on the Compressed Mortality File

Reference the following topics to learn more about population denominators for rate calculation:
Population Information for the Current Release

1968-1969 Population Estimates
1970 Population Estimates
1971-1979 Population Estimates
1980 Population Estimates
1981- 1989 Population Estimates
1990 Population Estimates
1991-1999 Population Estimates
2000 Population Estimates
2001- 2009 Population Estimates
2010 Population Estimates
2011 Population Estimates
2012 Population Estimates
2013 Population Estimates
2014 Population Estimates
2015 Population Estimates
2016 Population Estimates

About Population Migration due to Hurricanes in 2005
Compressed Mortality File Archives:  About the 1990-based Postcensal Population Data
If you have additional questions about the population estimates, please see U.S. Census Populations With Bridged Race Categories (http://www.cdc.gov/nchs/nvss/bridged_race.htm) or contact PopEst@cdc.gov.

---

## Population Information for the Current Release

The population data on the CMF are derived from U.S. Census Bureau files. The population estimates for the Census years:  1970, 1980, 1990, 2000, and 2010 are **April 1, modified census counts**. The population estimates for the non-Census years:  1968-69, 1971-79, 1981-89, 1991-99, and 2001-2009 are **intercensal estimates of the July 1, resident population**. The population estimates for 2011-2016 are postcensal estimates of the July 1, resident population.

estimates of the July 1, resident population.

Population estimates for year 1999 and later years are from the bridged-race population series, with estimates for four single-race categories (white, black or African American, American Indian or Alaska Native, Asian or Pacific Islander). For more information, see About Bridged-race Population Estimates.

The following modifications of the Census population estimates were made by NCHS for CMF:

   a. To permit the calculation of infant mortality rates, NCHS live-birth data are included for "Infant age Groups." The race code for these records is derived from the race of mother.

   b. When the age group 1-4 years did not appear on the Census file, the age group 0-4 years was multiplied by 0.8 to obtain an estimate of the population 1-4 years.

   c. For the years 1988 through 1991, there was an additional county in Georgia with a "missing" county code of "999". This county was assigned a population count of zero.

   d. Geographic changes that create new counties or delete old counties often are implemented in the population files before they are implemented in the mortality files. As a result, county FIPS codes for some counties on the Census population files have been modified so that the FIPS codes on the CMF population and mortality file match. For more information, see County Geography Changes.

**Specific Details**

1. **1968-1969 Population Estimates**
   National population estimates are U.S. Bureau of the Census intercensal estimates of the July 1 resident population. State and county population estimates were calculated by NCHS using linear extrapolation from the corresponding July 1, 1970 and July 1, 1971 estimates. Source: Current Population Reports, Series P-2, Number 519), rounded to the nearest 1,000, of the July 1, 1968 and July 1, 1969 resident population of the U.S. by 5-year age group (under 1, 1-4, 5-9, ..., 85+ years), sex, and race (White, Black, Other races). NCHS live-birth counts were substituted for the estimates of the population under 1 year of age; the live-birth counts were not rounded.

2. **1970 Population Estimates**
   National, state, and county population estimates are from a modified version of the April 1, 1970 census. Live birth counts were substituted for the estimates of the population under 1 year of age. The original census counts were modified by the U.S. Bureau of the Census to produce a special census file of the April 1, 1970 resident population by 5-year age group (0-4, 5-9, ..., 85+), sex, and race (White, Black, Other races) and to correct errors in the data:

   a. Numerous small changes at the county and sub-county level were made to the original census file to correct errors discovered after publication of the original data. These changes resulted in an increase of 93,494 persons in the total U.S. population.

   b. The race classifications for the 1970 and 1980 census data were adjusted to be consistent with each other and with vital statistics. Some 327,000 persons of Hispanic origin who reported their race as "Other" (race not specified) were transferred to "White". The Black population was not affected by the race adjustment.

   c. Some 103,000 persons who reported their age as over 100 years had their age recoded to between 85 and 100 years. This adjustment did not affect this file because the oldest age group on the file is 85 years and over.

3. **1971-1979 Population Estimates**
   National and county estimates are U.S. Census Bureau intercensal estimates of the July 1 resident population. The Census Bureau did not produce state population estimates by age, race, and sex for the 1970s. Therefore, the state population estimates for 1979 are simply the sum of population estimates of the counties in each state.

   a. For 1979, the Census Bureau produced a national series of estimates and a county series of estimates. While these series are consistent with each other, the sum of the population estimates for all counties may not equal the national population estimates. This is due to rounding error that results because fractional estimates are not allowed. The Census Bureau recommends that national population estimates be used to calculate national death rates and county population estimates be used to calculate county death rates. CDC WONDER does this automatically.

   b. For 1979, NCHS used national population estimates rounded to the nearest thousand to calculate published death rates. The population estimate used by NCHS to calculate the death rate of an aggregate group (e.g. aggregated across race, gender, or age) was obtained by summing unrounded population estimates for each group in the aggregate and then rounded to the nearest 1,000. Unfortunately, the national population estimates available for use in the CMF for 1979 are all prerounded to the nearest 1,0000. This means that the population estimates for aggregate groups are obtained by summing rounded population estimates, rather than by summing unrounded population estimates and then rounding. As a result, for **1979**, *some rounding error may result when aggregating across race, gender, or age groups* as summing rounded numbers may result in a different total than summing unrounded numbers and then rounding.

   c. Three Virginia independent cities (Manassas, Manassas Park, and Poquoson) did not appear on the Census file. Therefore, the 1979 populations for these three cities were estimated from the July 1, 1980 and July 1, 1981 estimates of these cities. The 1979 population estimates for the counties containing the cities were reduced by the estimated city populations.

4. **1980 Population Estimates**
   National, state, and county population estimates are from a *modified* version of the **April 1, 1980 census**. The national and state estimates are the sum of the county population counts. The original census counts were modified by the U.S. Census Bureau so that persons who reported their race as "other" (the majority of these persons being of Hispanic ethnicity) were reassigned to one of the four single-race groups specified in the Office of Management and Budget (OMB) 1977 Standards on Race and Ethnicity: White, Black, American Indian or Alaska Native, and Asian or Pacific Islander.

   a. For 1980, NCHS used unrounded population estimates to calculate national death rates. Therefore, on the CMF, the national population estimates used in rate calculation and displayed are unrounded.

   b. April 1, 1980 population estimates for three Virginia independent cities, (Manassas, Manassas Park, and Poquoson) had to be extrapolated from July 1, 1980 estimates. The April 1 populations for the three cities were calculated as a proportion of the April 1 county population, where the proportion

was calculated from the July 1, 1980 estimates. The April 1 population estimates for the counties containing the three cities were reduced by the cities estimated April 1 populations.

5. **1981-89 Population Estimates**
National, state, and county estimates are U.S. Census Bureau **intercensal estimates of the July 1 resident population**.

   a. For 1981-89, the U.S. Census Bureau has separate series of estimates for each geographic level of estimates (i.e. national, state, and county). While these series are consistent with each other, the sum of the population estimates of counties within a state may not equal the state population estimate, and the sum of all state population estimates or all county population estimates may not equal the national population estimates. This is due to rounding error that results because fractional estimates are not allowed. The Census Bureau recommends that national population estimates be used to calculate national death rates, state population estimates be used to calculate state death rates, and county population estimates be used to calculate county death rates. CDC WONDER does this automatically.

   b. For 1981-89, NCHS used national population estimates rounded to the nearest thousand to calculate published death rates. The population estimate used by NCHS to calculate the death rate of an aggregate group (e.g. aggregated across race, gender, or age) was obtained by summing unrounded population estimates for each group in the aggregate and then rounding to the nearest 1,000. This is also done on the CMF in CDC WONDER, and thus, for these years, national death rates calculated on CDC WONDER agree with those published by NCHS.

6. **1990 Population Estimates**
National, state, and county population estimates are from the **April 1, 1990 age-race-sex *modified* census counts** (national and state estimates are the sum of the county census counts). The original census counts were modified by the U.S. Census Bureau:

   1. To correct the bias in reported age -- about 10 percent of persons were actually a year younger as of April 1 than reported;

   2. To assign persons who reported their race as "other" to one of the four single-race groups specified in the Office of Management and Budget (OMB) 1977 Standards on Race and Ethnicity:  White, Black, American Indian or Alaska Native, and Asian or Pacific Islander.

For 1990, NCHS used unrounded population estimates to calculate national death rates. Therefore, on the CMF, the national population estimates used in rate calculation and displayed are unrounded.

7. **1991- 1999 Population Estimates**
For CMF 1979-1998 and CMF 1999-2016, national, state, and county population estimates are U.S. Census Bureau ***bridged-race* intercensal estimates of the July 1, resident population, based on the 1990 census and the *bridged-race* 2000 census**. Derivation of the race-specific intercensal population estimates for the 1990s was complicated by the incomparability of the race data on the 1990 and 2000 censuses. Before the intercensal estimates for the 1990s could be derived, the race groups on the 2000 census had to be made consistent with ("bridged to") the race groups on the 1990 census. Race data on the 2000 Census were collected in accordance with the 1997 Office of Management and Budget's standards on race and ethnicity. The 1997 standards specify 5 single-race groups (American Indian or Alaska Native, Asian, Black or African American, Native Hawaiian or Other Pacific Islander, and White) and permit the reporting of more than one race. As a result, there were 31 race groups on the 2000 census (5 single-race groups and 26 multiple-race groups). NCHS, in collaboration with the Census Bureau, developed methodology for bridging the multiple-race groups to single-race categories (American Indian or Alaska Native, Asian or Pacific Islander, Black, and White). The 1990 census race groups are White, Black, American Indian or Alaska Native, and Asian or Pacific Islander.

   a. The national and state estimates are the sum of the bridged-race county estimates.

   b. Prior to September 2003, the population estimates on the CMF for the years 1991-1999 (CMF 1979-1998 and CMF 1999) were **postcensal estimates** based on the 1990 census.

   c. Refer to Description of the 1990-based Postcensal Population Data for more information.

8. **2000 Population Estimates**
National, state, and county population estimates are from the U.S. Census Bureau **April 1, bridged modified race 2000 Census counts**.

9. **2001 - 2009 Population Estimates**
The population estimates for 2001-2009 are July 1 resident population estimates from the U.S. Census Bureau's revised bridged-race intercensal series, based on the year 2000 and the year 2010 census counts (released by NCHS on 10/26/2012).

The bridged-race population files have estimates for the four single-race categories (White, Black, American Indian or Alaska Native, and Asian or Pacific Islander).

For the current release of the 1999-2016 data, the national, region, division, and state estimates were obtained by summing the county estimates of the revised intercensal 2001-2009 series, so the national, region, division, state and county estimates are consistent with each other.

See CMF Archives for more information on the population estimates in previous releases.

10. **2010 Population Estimates**
National, state, and county population estimates are from the U.S. Census Bureau **April 1, bridged modified race 2010 Census counts**. The original census counts were modified by the U.S. Census Bureau to assign persons who reported their race as "other" to one of the 31 single or multiple-race groups specified in the Office of Management and Budget (OMB) 1997 Standards on Race and Ethnicity. The resulting counts were then bridged to (made consistent with) the four single-race categories (White, Black, American Indian or Alaska Native, and Asian or Pacific Islander).

11. **2011 Population Estimates**
National estimates for 2011 are from the U.S. Census Bureau's bridged-race Vintage 2011 postcensal series. The region, division, state and county 2011 population estimates are from the Vintage 2016 series.

   a. Region, division, and state estimates were obtained by summing the county estimates from the Vintage 2016 series.

Vintage 2016 series.

b. National population estimates were obtained by summing the county estimates from the Vintage 2011 postcensal series.

12. **2012 Population Estimates**
National estimates for 2012 are from the U.S. Census Bureau's bridged-race Vintage 2012 postcensal series. The region, division, state and county 2012 population estimates are from the Vintage 2016 series.

a. Region, division, and state estimates were obtained by summing the county estimates from the Vintage 2016 series.

b. National population estimates were obtained by summing the county estimates from the Vintage 2012 postcensal series.

13. **2013 Population Estimates**
National estimates for 2013 are from the U.S. Census Bureau's bridged-race Vintage 2013 postcensal series. The region, division, state and county 2013 population estimates are from the Vintage 2016 series.

a. Region, division, and state estimates were obtained by summing the county estimates from the Vintage 2016 series.

b. National population estimates were obtained by summing the county estimates from the Vintage 2013 postcensal series.

14. **2014 Population Estimates**
National estimates for 2014 are from the U.S. Census Bureau's bridged-race Vintage 2014 postcensal series. The region, division, state and county 2014 population estimates are from the Vintage 2016 series.

a. Region, division, and state estimates were obtained by summing the county estimates from the Vintage 2016 series.

b. National population estimates were obtained by summing the county estimates from the Vintage 2014 postcensal series.

15. **2015 Population Estimates**
National estimates for 2015 are from the U.S. Census Bureau's bridged-race Vintage 2015 postcensal series. The region, division, state and county 2015 population estimates are from the Vintage 2016 series.

a. Region, division, and state estimates were obtained by summing the county estimates from the Vintage 2016 series.

b. National population estimates were obtained by summing the county estimates from the Vintage 2015 postcensal series.

16. **2016 Population Estimates**
National estimates for 2016 are from the U.S. Census Bureau's bridged-race Vintage 2016 postcensal series. The region, division, state and county 2016 population estimates are from the Vintage 2016 series.

a. Region, division, and state estimates were obtained by summing the county estimates from the Vintage 2016 series.

b. National population estimates were obtained by summing the county estimates from the Vintage 2016 postcensal series.

---

**Effect of Hurricanes in 2005 on Archive Population Estimates:**

The methodology changes implemented for Vintage 2007-Vintage 2009 affect comparison of population estimates across the three vintages, as well as comparison of the estimates from these vintages with those from earlier vintages. At the national level, the methodology changes implemented for Vintage 2009 resulted in an upward shift of the Vintage 2009 postcensal population estimates when compared to those from the Vintage 2008 series. At the State and county level, some race and age groups experienced substantial changes (comparison of July 1, 2008 estimates from the Vintage 2008 series with the July 1, 2008 and July 1, 2009 estimates from the Vintage 2009 series). The net impact of the methodology changes implemented for Vintage 2008 was a downward shift of the Vintage 2008 postcensal population estimates when compared to those from the Vintage 2007 series. The net impact of the methodology changes implemented for Vintage 2007 series was a downward shift when compared to the Vintage 2006 estimates.

For the archive CMF 1999-2009, and the archive CMF 1999-2007 and the archive CMF 1999-2006:  The 2005 population estimates for Alabama, Louisiana, Mississippi and Texas reflect population changes that occurred after Hurricane Katrina and Rita in 2005. To accommodate geographic shifts of the Alabama, Louisiana, Mississippi, and Texas populations resulting from Hurricanes Katrina and Rita in 2005, the U.S. Census Bureau developed adjustments in the methodology for state and county population estimates. See methodology for more information.

For the archive CMF 1999-2005:  The 2005 population estimates for Alabama, Louisiana, and Mississippi do not reflect population changes that occurred after Hurricane Katrina. The July 1st 2005 population estimates for Alabama, Louisiana, and Mississippi do not reflect population changes that occurred after Hurricane Katrina on August 29, 2005. The populations of these three states and of Orleans parish in Louisiana, Baldwin and Mobile counties in Alabama, and George, Harrison, and Rankin counties in Mississippi were reduced following Hurricane Katrina; East Baton Rouge parish in Louisiana had an increased population. As a result, 2005 death rates for these areas (except East Baton Rouge) calculated using the population estimates on this file will be too low; the death rates calculated for East Baton Rouge will be somewhat too high. Death rates for Orleans parish are especially affected. At the time of the CMF 1999-2005 release, alternative population estimates for these areas were being developed by the National Cancer Institute.

---

**Description of the 1990-based Postcensal Population Data in Archived CMF**

In the archive data, the national, state, and county estimates for 1991-99 are postcensal estimates developed by the U.S. Census Bureau. Postcensal population estimates are estimates made for the years following a decennial census before the next census has been taken. The Census Bureau annually produces postcensal estimates of the population for various levels of geography and demographic detail. The estimates produced

estimates of the population for various levels of geography and demographic detail. The estimates produced in this annual production cycle are collectively referred to as a series of estimates, and the current series of estimates is referred to by the last year in the series. Each series contains estimates for each year from the census year forward, so each new series contains estimates for all of the years in the previous series. The estimates in a given series may not be the same as the estimates in the previous series. For example, the 1998 series of state and county estimates contains estimates for 1997 which in some cases differ substantially from the estimates for 1997 released in the 1997 series of estimates.

a. **National estimates for 1991-1999 in the archive data:**
The postcensal national estimates on the archived CMF 1979-98,CMF 1999, and CMF 1999-2001 are the same as those used by NCHS to calculate published death rates. Each year when the CMF was updated, national estimates for the new year were added to the file and the estimates for previous years were retained. As a result, the postcensal national estimates for the archive 1991-1999 CMF are from different *series* of estimates, as outlined below.
   ◦ The national estimates of the July 1, **1991** resident population of the U.S. are from the *792I series of intercensal estimates* developed by the U.S. Census Bureau. They are consistent with the postcensal estimates for that year produced shortly thereafter.
   ◦ The national estimates for July 1, **1992** are from the 1990-93 annual time series described in *Population Division Product PPL-8*.
   ◦ The national estimates for July 1, **1993** are from the 1990-94 annual time series.
   ◦ The July 1, **1994** and July 1, **1995** national estimates are from the 1990-95 annual time series described in *Population Division Product PPL-41*.
   ◦ The July 1, **1996** national estimates are from the 1990-96 annual time series described in *Population Division Product PPL-57*.
   ◦ The July 1, **1997** national estimates are from the 1990-97 annual time series described in *Population Division Product PPL-91R*.
   ◦ The July 1, **1998** national estimates are from the 1990-98 annual time series.
   ◦ The July 1, **1999** national estimates are from the 1990-99 annual time series.

b. **State estimates for 1991-1999 in the archive data:**
The state estimates are from the 1990-1999 annual time series of postcensal estimates of the July 1 resident population of the 50 States and the District of Columbia prepared by the U.S. Census Bureau.

c. **County estimates for 1991-1999 in the archive data:**
The county estimates are from the U.S. Census Bureau 1990-99 annual time series of postcensal estimates of the July 1 resident population of the 3,141 counties in the U.S. (as defined in 1990).

---

### Frequently Asked Questions about Compressed Mortality

The questions are in three sections:

Questions about Death Rates

Data Release Questions

Race and Ethnicity Questions

1. **Questions about Death Rates**

   a. **How are crude death rates calculated in WONDER?**
   The "crude death rate" is the number of deaths divided by the population, multiplied by 100,000.

   Crude Death Rate = (number of deaths / population) * 100,000

   Note: 100,000 is the default multiplier, other multipliers can be specified in the query.

   b. **How are age-adjusted death rates calculated in WONDER?**
   The age-adjusted rate is calculated by multiplying the age-specific death rate for each age group by the corresponding weight from the specified standard population, summing across all age groups, and then multiplying this result by 100,000 (or whatever multiplier is specified in the query).

   Age-Adjusted Death Rate = Sum of (Age Specific Death Rate * Standard Population weight) * 100,000

   The age-specific death rate is the number of deaths for a given age group divided by the population of that age group.

   Age Specific Death Rate = (number of deaths in age group / population of age group)

   The "standard population weight " for an age group is calculated by dividing the population for the age group by the sum of the populations for all of the age groups in the query. Please see the question below on "children under 1 year" age categories.

   Standard Population Weight = population for age group / sum of age group populations for all age groups in query

   See http://seer.cancer.gov/seerstat/tutorials/aarates/definition.html for a step-by-step tutorial with an example of the calculations.

Note that the precision of the age-specific death rate is rounded to 1 decimal place, before proceeding to the next step in the calculation of age-adjusted death rates for NCHS Detailed Mortality and NCHS Multiple Cause of Death on WONDER, in order to match rates in NCHS publications. However, Compressed Mortality on WONDER does not round the age-specific death rate. Slight differences may be noted when comparing age-adjusted deaths rates. This rounding step may have a more noticeable effect on the precision of rates calculated for small numbers of deaths.

c. **What are the "Standard" and "Non-Standard" populations?**
WONDER allows the user to select the population distribution used for calculating age-adjusted rates. Three "Standard" populations are offered: the year 2000 standard population (the default), the 1970 standard population, and the 1940 standard population. Alternatively, the user can specify a "Non-Standard" population for use as the population distribution in the age-adjustment.

- The 1940 and 2000 standard populations were obtained from the National Center for Health Statistics. Beginning with the 1999 data year, NCHS adopted the year 2000 projected population of the U.S. as the standard population for use in age adjusting death rates. The year 2000 standard population replaced the 1940 standard population that had been used for over 50 years. The new population standard affects levels of mortality, and to some extent, trends and group comparisons.
- The 1970 standard population is the one used by the National Cancer Institute.
- When the user requests that a "non-standard " population is used in the calculation of age-adjusted rates, WONDER uses the Census population estimates/counts included in the Compressed Mortality File to determine the weights used in the age-adjustment. See Population Data Description for more information.

d. **What age categories are used for age-adjusted rates?**
Only age groups that fall within the age range specified in the query are used to calculate an age-adjusted rate. The "total population" for a query is the sum of the populations of each age group included in that query. For example, if an age-adjusted rate is requested for 45-74 year olds, then the total population is the sum of the 45-54 year olds, 55-64 year olds, and 65-74 year old populations. For the 1940, 1970 and 2000 standard populations, the possible age groups are:

less than 1 year, 1-4, 5-14, 15-24, 25-34, ....85 years and over.

If the user specifies a "non-standard" population for use in age-adjustment, the possible age groups are:

less than 1 year, 1-4, 5-9, 10-14, 15-19, 20-24, 25-34, ....85 years and over.

Note that age groups differ from the age groups used for "**standard**" years, affecting the classification of deaths in the age range from 5 years to 24 years of age.

See Age Adjustment of Death Rates for more information.

e. **What about children under 1 year and rate calculation?**
When calculating mortality rates for "Infant Age Groups" (under 1 day, 1-6 days, 7-27 days, 28-264 days), the population is the number of live births in the given time period.

Notes:

- Age-adjusted rates cannot be calculated for infant age groups, because the denominator population is the number of live births in the specified years.
- In the CMF 1999-2013 and the archive CMF 1999-2009 online databases, rates for infant age groups are not shown for fewer than twenty deaths, nor are race and Hispanic Origin data available, due to privacy constraints; see Assurance of Confidentiality for more information. However, rates for race and Hispanic Origin are available for the age group "under 1 year of age." The "under 1 year of age" age group represents the population estimates for the given time period.
- In the CMF 1999-2003 online database, the "under 1 year of age" age group represents the population estimates for the given time period. (Prior to August 2006, in all previous CMF online databases, the number of live births in the given time period had been substituted for the "under 1 year of age" population estimates.)
- For more information, see Mortality for Infants.

f. **Why are death rates sometimes flagged as "Unreliable" or "Suppressed"?**
Death rates based on counts less than twenty (death count <=20) are flagged as *"Unreliable"*. A death rate based on fewer than 20 deaths has a relative standard error (RSE(R))of 23 percent or more. A RES(R ) of 23 percent is considered statistically unreliable.

Death counts and death rates are *"Suppressed"* when the data meets the criteria for confidentiality constraints. See Assurance of Confidentiality for more information.

g. **Why do the rates change for past years?**
The rates change because the population estimates used the denominators in the rate calculations change. The population estimates used as denominators change in order to provide the most recently available best estimate. In the years following the decennial census, the Census Bureau annually produces a set of estimates containing estimates of the current year population and revised estimates of the population for previous years. Each set of estimates is referred to as a postcensal series. Reference Description of the 1990-based Postcensal Population Estimates.

National death rates for 1979, 1981-89 and 1991-1999 computed using the CMF may not agree with death rates published previously by NCHS. The population estimates for these years on the CMF are intercensal estimates, which have replaced the postcensal population estimates originally used by NCHS to calculate published death rates. NCHS has published some revised death rates using the intercensal population estimates found on the current data release. To reproduce the earlier rates, please use the appropriate archive data. Reference CMF Archives.

2. **Data Release Questions**

    a. **What are the** Assurance of Confidentiality **constraints?**
Data reports for years 1989 and later meet the NCHS data use restrictions. Vital statistics data are suppressed due to confidentiality constraints, in order to protect personal privacy. For data from year 1989 and later years, the term *"Suppressed"* replaces sub-national death counts, births counts, death rates and associated confidence intervals and standard errors, as well as corresponding population figures, when the figure represents zero to nine (0-9) persons.

With the release of CMF 1999-2008 on February 15, 2012, additional privacy constraints apply to infant mortality statistics representing infant age groups and live births as the denominator population. When an infant mortality measure represents fewer than ten (0-9) infant deaths, all corresponding live birth population denominator figures are suppressed. When the infant mortality measure represents ten to nineteen (10-19) infant deaths, the number of deaths and live births are shown, but rates and associated measures are not shown. Race and Hispanic origin data are not available in this online database for infant age groups. However, race and Hispanic origin data are available for persons under one year of age in the other age groups, which use population estimates as population denominator data. Race and Hispanic origin detail for infant mortality statistics are available in the Linked Birth / Infant Death Records data collections.

Prior to May 23, 2011, data cells in tables for year 1989 and later years were suppressed only for single county-level data, when the data represented five or fewer (1-5) deaths for a time period less than three years, and the county's total population in the April 1st, 2000 Census was fewer than one hundred thousand (100,000) persons.

Totals and sub-totals are suppressed when the value falls within scope of the suppression criteria, or when the summary value includes a single suppressed figure, in order to prevent the inadvertent disclosure of suppressed values.

The confidentiality constraints and use of the "*Unreliable*" flag are established by the original data providers. For more information, please contact the data providers.

    b. **What are my responsibilities in accessing this data?**
See Data Use Restrictions to review the policies affecting access to the Compressed Mortality data. Note that use of the data implies consent or agreement to abide by the policies.

    c. **Why separate query pages for CMF 1968-1978, CMF 1979-1998 and CMF 1999 and later?**
The International Classification of Diseases (ICD) is used to classify underlying cause of death. The ICD Eighth Revision is used from 1968-1978, the ICD Ninth Revision is used from 1979-1998, and the ICD Tenth Revision is used since 1999. The classification systems differ significantly. As a result of these changes, the two classification schemes are different enough to make direct comparisons of cause-of-death difficult. NCHS has conducted a comparability study to measure the discontinuities between the Ninth and Tenth Revisions of the ICD for selected causes of death.

In order to avoid delivering potentially misleading information, separate Mortality query pages are available on CDC WONDER, one for the Eighth Revision data years (1969-1978), one for the Ninth Revision data years (1979–1998), and one for the Tenth Revision data years (1999 and later). Deaths cannot be tabulated across the 1998-1999 boundary in a single query. We fully recognize that this approach creates limitations for users of these data. We are hopeful that better approaches can be implemented once a method for addressing the data discontinuity has been developed.

    d. **Why are there "Archive" query pages for previous releases?**
CDC's current policy on data release requires that previously published data remain available for researchers for comparison purposes. WONDER provides the previously published data designated as "archive" data, in contrast to the currently available published release. Each year the Compressed Mortality File is updated with a new year of data. Other revisions are made to the preceding years of data, such as changes in denominator population estimates and changes in county location codes. For more information, please see

    County Geography Changes

    CMF Archives

3. **Race and Ethnicity Questions**

    a. **What about differences in race reporting on death certificates and self-reporting in the Census?**
See Race Reporting for more information about the issues of race categories and ethnicity in the data.

    b. **What racial categories are included in the "Other" classification for CMF Vintage 2005 and earlier?**
The racial categories for all years of the CMF are white, black, and other races. Other races includes the American Indian or Alaskan Native race category and the Asian or Pacific Islander race category.

    c. **How are multi-racial persons classified in CMF?**
Race data are collected on death certificates in accordance with the 1977 OMB standards on race and ethnicity. The 1977 standards specified four race categories (white, black, American Indian or Alaska Native, and Asian or Pacific Islander) and did not permit more than one racial category to be identified for an individual. Population data through the 1990s were also obtained in accordance with the 1977 standards. Race data on the 2000 census were collected in accordance with the 1997 OMB standards on race and ethnicity. The 1997 standards specify 5 single-race categories (American Indian or Alaskan Native, Asian, black, Hawaiian or Other Pacific Islander, and white) and permit the reporting of more than one race. As a result, there were 31 racial groups on the 2000 census (5 single-race groups and 26 multiple-race groups). NCHS, in collaboration with the Census Bureau, developed methodology for bridging the multiple-race groups to single-race categories, so that the race categories in the population data would match the race categories in the mortality data. Please see U.S. Census Populations With Bridged Race Categories.

    d. **How are Hispanic persons who reported their race as "Other" on the census assigned to a race group?**

race group:

The Census Bureau has assigned all persons (including Hispanic persons) who specified their race as "other" on the census (1980, 1990, and 2000) to one of the OMB specified racial categories. The algorithm used by the Census Bureau to make these assignments has differed for the 1980, 1990, and 2000 censuses, and is described in the Population Data section.

---

**CMF Archives**

Archives of previously published CMF versions are provided so that researchers can validate statistics and references from previous years. Each year the Compressed Mortality File is updated with a new year of data. Other revisions are made to the preceding years of data, such as changes in denominator population estimates and changes in county location codes. Changes in population estimates are reflected in changes in mortality rates. Death counts are not revised in later releases of Compressed Mortality File, other than dividing the deaths in previously combined county or county equivalents.

Archive copies of the CMF 1999-2012, CMF 1999-2011 and CMF 1999-2010 online databases are not needed, because the region, state and county population data for years 1999-2012 in those release are the same as used in the CMF 1999-2013 Archive.

**CMF 1999 - 2015 with ICD-10 codes Archive**

- This database was the active CMF data release for 1999-2015 (Series 20, No. 2U, 2016) from December 2016 - December 2017, when it was replaced by the CMF 1999-2016 (Series 20 No. 2V, 2017).
- 2015 population estimates: The national population estimates for 2014 are from the Vintage 2015 series of bridged-race postcensal estimates of the July 1 resident population. The region, state and county population estimates for 2015 are from the Vintage 2015 series of bridged-race postcensal estimates of the July 1 resident population.
- 2014 population estimates: The national population estimates for 2014 are from the Vintage 2014 series of bridged-race postcensal estimates of the July 1 resident population. The region, state and county population estimates for 2014 are from the Vintage 2015 series of bridged-race postcensal estimates of the July 1 resident population.
- 2013 population estimates: The national population estimates for 2013 are from the Vintage 2013 series of bridged-race postcensal estimates of the July 1 resident population. The region, state and county population estimates for 2013 are from the Vintage 2015 series of bridged-race postcensal estimates of the July 1 resident population.
- 2012 population estimates: The national population estimates for 2012 are from the Vintage 2012 series of bridged-race postcensal estimates of the July 1 resident population. The region, state and county population estimates for 2012 are from the Vintage 2015 series of bridged-race postcensal estimates of the July 1 resident population.
- 2011 population estimates: The national population estimates for 2011 are from the Vintage 2011 series of bridged-race postcensal estimates of the July 1 resident population. The region, state and county population estimates for 2011 are from the Vintage 2015 series of bridged-race postcensal estimates of the July 1 resident population.
- 2010 population estimates: The population estimates for 2010 are bridged-race modified April 1 census counts.
- 2001-2009 population estimates: the national, region, division, state and county population estimates for years 2001 and later, on the previous CMF 1999-2010 are from the revised 2000-2009 series of bridged-race intracensal estimates of the July 1 resident population.
- 2000 population estimates: The population estimates for 2000 are bridged-race modified April 1 census counts.
- 1999 population estimates: The population estimates for 1999 are estimates of the July 1 resident population from the bridged-race intercensal estimates.
- Data are available for Broomfield county, Colorado [08014] and Denali, Alaska [02068], only for years 2003 and later. Before 2003, data for these areas are aggregated with neighboring areas. Data for Clifton Forge City, Virginia (51560) are available only for the years 1999-2000. In the year 2001, the area merged with neighboring Alleghany county (51005).

**CMF 1999 - 2014 with ICD-10 codes Archive**

- This database was the active CMF data release for 1999-2014 (Series 20, No. 2T, 2015) from December 2015 - December 2016, when it was replaced by the CMF 1999-2015 (Series 20 No. 2U, 2016).
- 2014 population estimates: The national population estimates for 2014 are from the Vintage 2014 series of bridged-race postcensal estimates of the July 1 resident population. The region, state and county population estimates for 2014 are from the Vintage 2014 series of bridged-race postcensal estimates of the July 1 resident population.
- 2013 population estimates: The national population estimates for 2013 are from the Vintage 2013 series of bridged-race postcensal estimates of the July 1 resident population. The region, state and county population estimates for 2013 are from the Vintage 2014 series of bridged-race postcensal estimates of the July 1 resident population.
- 2012 population estimates: The national population estimates for 2012 are from the Vintage 2012 series of bridged-race postcensal estimates of the July 1 resident population. The region, state and county population estimates for 2012 are from the Vintage 2014 series of bridged-race postcensal estimates of the July 1 resident population.
- 2011 population estimates: The national population estimates for 2011 are from the Vintage 2011 series of bridged-race postcensal estimates of the July 1 resident population. The region, state and county population estimates for 2011 are from the Vintage 2014 series of bridged-race postcensal estimates of the July 1 resident population.
- 2010 population estimates: The population estimates for 2010 are bridged-race modified April 1 census counts.
- 2001-2009 population estimates: the national, region, division, state and county population estimates for years 2001 and later, on the previous CMF 1999-2010 are from the revised 2000-2009 series of bridged-race intracensal estimates of the July 1 resident population.

- 2000 population estimates: The population estimates for 2000 are bridged-race modified April 1 census counts.
- 1999 population estimates: The population estimates for 1999 are estimates of the July 1 resident population from the bridged-race intercensal estimates.
- Data are available for Broomfield county, Colorado [08014] and Denali, Alaska [02068], only for years 2003 and later. Before 2003, data for these areas are aggregated with neighboring areas. Data for Clifton Forge City, Virginia (51560) are available only for the years 1999-2000. In the year 2001, the area merged with neighboring Alleghany county (51005).

**CMF 1999 - 2013 with ICD-10 codes Archive**

- This database was the active CMF data release for 1999-2013 (Series 20, No. 2S, 2014) from January 2015 - December 2015, when it was replaced by the CMF 1999-2014 (Series 20 No. 2T, 2015).
- 2013 population estimates: The national population estimates for 2013 are from the Vintage 2013 series of bridged-race postcensal estimates of the July 1 resident population. The region, state and county population estimates for 2013 are from the Vintage 2013 series of bridged-race postcensal estimates of the July 1 resident population.
- 2012 population estimates: The national population estimates for 2012 are from the Vintage 2012 series of bridged-race postcensal estimates of the July 1 resident population. The region, state and county population estimates for 2012 are from the Vintage 2013 series of bridged-race postcensal estimates of the July 1 resident population.
- 2011 population estimates: The national population estimates for 2011 are from the Vintage 2011 series of bridged-race postcensal estimates of the July 1 resident population. The region, state and county population estimates for 2011 are from the Vintage 2013 series of bridged-race postcensal estimates of the July 1 resident population.
- 2010 population estimates: The population estimates for 2010 are bridged-race modified April 1 census counts.
- 2001-2009 population estimates: the national, region, division, state and county population estimates for years 2001 and later, on the previous CMF 1999-2010 are from the revised 2000-2009 series of bridged-race intracensal estimates of the July 1 resident population.
- 2000 population estimates: The population estimates for 2000 are bridged-race modified April 1 census counts.
- 1999 population estimates: The population estimates for 1999 are estimates of the July 1 resident population from the bridged-race intercensal estimates.
- Data are available for Broomfield county, Colorado [08014] and Denali, Alaska [02068], only for years 2003 and later. Before 2003, data for these areas are aggregated with neighboring areas. Data for Clifton Forge City, Virginia (51560) are available only for the years 1999-2000. In the year 2001, the area merged with neighboring Alleghany county (51005).

**CMF 1999 - 2009 with ICD-10 codes Archive**

- This database was the active CMF data release for 1999-2009 (Series 20, No. 2O, 2012) from July 2012 to February 2013, when it was replaced by the CMF 1999-2010 (Series 20 No. 2P, 2013).
- 2001-2009 population estimates: the region, division, state and county population estimates for years 2001 and later, on the archive CMF 1999-2009 are estimates of the July 1 resident population from the county-level bridged-race Vintage 2009 postcensal series. National population estimates for 2001-2009 are from the corresponding postcensal vintage (e.g., Vintage 2001 for 2001, Vintage 2002 for 2002).
- 2000 population estimates: The population estimates for 2000 are bridged-race modified April 1 census counts.
- 1999 population estimates: The population estimates for 1999 are estimates of the July 1 resident population from the bridged-race intercensal estimates.
- Data are available for Broomfield county, Colorado [08014] and Denali, Alaska [02068], only for years 2003 and later. Before 2003, data for these areas are aggregated with neighboring areas. Data for Clifton Forge City, Virginia (51560) are available only for the years 1999-2000. In the year 2001, the area merged with neighboring Alleghany county (51005).

**CMF 1999 - 2008 with ICD-10 codes Archive**

- This database was the active CMF data release for 1999-2008 (Series 20, No. 2N, 2011) from February 2012 to July 2012, when it was replaced by the CMF 1999-2009 (Series 20 No. 2O, 2012).
- 2001-2008 population estimates: The region, division, state and county population estimates for years 2001 and later, on the archive CMF 1999-2008 are estimates of the July 1 resident population from the county-level bridged-race Vintage 2009 postcensal series. National population estimates for 2001-2008 are from the corresponding postcensal vintage (e.g., Vintage 2001 for 2001, Vintage 2002 for 2002).
- 2000 population estimates: The population estimates for 2000 are bridged-race modified April 1 census counts.
- 1999 population estimates: The population estimates for 1999 are estimates of the July 1 resident population from the bridged-race intercensal estimates.
- Data are available for Broomfield county, Colorado [08014] and Denali, Alaska [02068], only for years 2003 and later. Before 2003, data for these areas are aggregated with neighboring areas. Data for Clifton Forge City, Virginia (51560) are available only for the years 1999-2000. In the year 2001, the area merged with neighboring Alleghany county (51005).

**CMF 1999 - 2007 with ICD-10 codes Archive**

- This database was the active CMF data release for 1999-2007 (Series 20, No. 2M, 2010) from October 2010 to January 2012, when it was replaced by the CMF 1999-2008 (Series 20 No. 2N, 2011).
- 2001-2007 population estimates: The region, division, state and county population estimates for years 2001 and later, on the archive CMF 1999-2007 are estimates of the July 1 resident population from the

county-level bridged-race Vintage 2008 postcensal series. National population estimates for 2001-2007 are from the corresponding postcensal vintage (e.g., Vintage 2001 for 2001, Vintage 2002 for 2002).

- 2000 population estimates: The population estimates for 2000 are bridged-race modified April 1 census counts.
- 1999 population estimates: The population estimates for 1999 are estimates of the July 1 resident population from the bridged-race intercensal estimates.
- Data are available for Broomfield county, Colorado [08014] and Denali, Alaska [02068], only for years 2003 and later. Before 2003, data for these areas are aggregated with neighboring areas. Data for Clifton Forge City, Virginia (51560) are available only for the years 1999-2000. In the year 2001, the area merged with merged with neighboring Alleghany county (51005).

### CMF 1999 – 2006 with ICD-10 codes Archive

- This database was the active CMF data release for 1999-2006 (Series 20, No. 2L, 2010) from August 2009 to October 2010, when it was replaced by the CMF 1999-2007 (Series 20 No. 2M, 2010).
- 2001-2006 population estimates: The region, division, state and county population estimates for years 2001 and later, on the archive CMF 1999-2006 are estimates of the July 1 resident population from the county-level bridged-race Vintage 2007 postcensal series. National population estimates for 2001-2006 are from the corresponding postcensal vintage (e.g., Vintage 2001 for 2001, Vintage 2002 for 2002).
- 2000 population estimates: The population estimates for 2000 are bridged-race modified April 1 census counts.
- 1999 population estimates: The population estimates for 1999 are estimates of the July 1 resident population from the bridged-race intercensal estimates.
- Data are available for Broomfield county, Colorado [08014] and Denali, Alaska [02068], only for years 2003 and later. Before 2003, data for these areas are aggregated with neighboring areas. Data for Clifton Forge City, Virginia (51560) are available only for the years 1999-2000. In the year 2001, the area merged with merged with neighboring Alleghany county (51005).
- New measures are available beginning with the CMF 1999-2006 database: 95% confidence intervals and standard errors.

### CMF 1999 – 2005 with ICD-10 codes Archive

- This database was the active CMF data release for 1999-2005 (Series 20, No. 2K, 2008) from March 2008-August 2009, when it was replaced by the CMF 1999-2006 (Series 20 No. 2L, 2009).
- 2001-2005 population estimates: The region, division, state and county population estimates for years 2001 and later on the archive CMF 1999-2005 are estimates of the July 1 resident population from the county-level bridged-race Vintage 2006 postcensal series.
- 2000 population estimates: The population estimates for 2000 are bridged-race modified April 1 census counts.
- 1999 population estimates: The population estimates for 1999 are estimates of the July 1 resident population from the bridged-race intercensal estimates.
- Data are available for Broomfield county, Colorado [08014] and Denali, Alaska [02068], only for years 2003 and later. Before 2003, data for these areas are aggregated with neighboring areas. Data for Clifton Forge City, Virginia (51560) are available only for the years 1999-2000. In the year 2001, the area merged with merged with neighboring Alleghany county (51005).
- The CMF 1999-2005 has **not** adjusted state and county level populations for migration due to Hurricanes Katrina and Rita in 2005, see About Population Migration due to Hurricanes in 2005 for more information.
- The CMF 1999-2005 does not provide data for Hispanic Origin, nor data for these race groups: American Indian or Alaskan Native; Asian or Pacific Islander.

### CMF 1999 – 2004 with ICD-10 codes Archive

- This database was the active CMF data release for 1999-2004 (Series 20, No. 2J, 2007) from April 2007 - March 2008, when it was replaced by the CMF 1999-2005 (Series 20 No. 2K, 2008).
- 2001-2004 population estimates: The region, division, state and county population estimates for years 2001 and later, on the archive CMF 1999-2004 are estimates of the July 1 resident population from the county-level bridged-race Vintage 2005 postcensal series.
- 2000 population estimates: The population estimates for 2000 are bridged-race modified April 1 census counts.
- 1999 population estimates: The population estimates for 1999 are estimates of the July 1 resident population from the bridged-race intercensal estimates.
- Data are available for Broomfield county, Colorado [08014] and Denali, Alaska [02068], only for 2003 and later. Before 2003, data for these areas are aggregated with neighboring areas. Data for Clifton Forge City, Virginia (51560) are available only for the years 1999-2000. In the year 2001, the area merged with merged with neighboring Alleghany county (51005).
- The CMF 1999-2004 does not provide data for Hispanic Origin, nor data for these race groups: American Indian or Alaskan Native; Asian or Pacific Islander.

### CMF 1999 – 2003 with ICD-10 codes Archive

- This database was the active CMF data release for 1999-2003 (Series 20, No. 2I, 2006) from August 2006 to April 2007, when it was replaced by the CMF 1999-2004 (Series 20 No. 2J, 2007).
- 2001-2003 population estimates: The region, division, state and county population estimates on the archive CMF 1999-2003 are estimates of the July 1 resident population from the county-level bridged-race Vintage 2004 postcensal series.
- 2000 population estimates: The population estimates for 2000 are bridged-race modified April 1 census counts.
- 1999 population estimates: The population estimates for 1999 are estimates of the July 1 resident

population from the bridged-race intercensal estimates.
- Data are available for Broomfield county, Colorado [08014] and Denali, Alaska [02068], only for 2003. Before 2003, data for these areas are aggregated with neighboring areas. Data for Clifton Forge City, Virginia (51560) are available only for the years 1999-2000. In the year 2001, the area merged with neighboring Alleghany county (51005).
- The CMF 1999-2005 does not provide data for Hispanic Origin, nor data for these race groups: American Indian or Alaskan Native; Asian or Pacific Islander.

**CMF 1999 with ICD-10 codes Archive**

- This database was the active CMF data release (CMF 1989-2000, Series 20, No. 2C, 2001) from January 2002 to November 2003, when it was replaced by CMF 1999-2001 (Series 20, No. 2G, 2004).
- 1999 population estimates: The population figures for 1999 are 1990-based postcensal population estimates, whereas the current CMF release has intercensal population estimates (based on both the 1990 and 2000 censuses) for 1999.
- This query only provides data for 1999, due to differences in ICD-9 and ICD-10 disease classifications.
- The CMF 1999 does not provide data for Urbanization, Hispanic Origin, nor data for these race groups: American Indian or Alaskan Native; Asian or Pacific Islander.

**CMF 1979-1998 with ICD-9 codes Archive**

- This database was the active CMF data release (CMF 1989-2000, Series 20, No. 2C, 2001) from January 2002 through November 2003, when it was replaced by CMF 1989-1998 (Series 20, No. 2E, 2003).
- 1991-1998 population estimates: The population figures for 1991-1998 are 1990-based postcensal population estimates, whereas the current CMF release has bridged-race intercensal population estimates (based on both the 1990 and 2000 censuses) for the years 1991-1998.
- This query only provides data for 1979 through 1998, due to differences in disease classifications.
- County-level data for the state of Alaska are not available in this database. Dade county, Florida represents Miami-Dade, Florida for all years 1979-1998. The database was updated in May 2003 to include death count and populations for La Paz county, Arizona since 1989, and for Cibola county, New Mexico since 1994. Location exceptions for the Archive CMF 1979-1998 are summarized in the table below:

| Location | Available | Unavailable | Notes |
|---|---|---|---|
| Alaskan boroughs and census areas | --*-- | 1979-1998 | Only Alaska state level available |
| Cibola, New Mexico (35006) | 1989-1998 | 1979-1988 | Aggregated with Valencia (35061) before1989 |
| Dade, Florida (12025) | 1979-1998 | | Represents Miami-Dade [12086] |
| Kalawao, Hawaii [15005] | --*-- | 1979-1998 | Aggregated with neighboring areas |
| La Paz, Arizona (04012) | 1994-1998 | 1979-1993 | Aggregated with Yuma (04027) before1994 |
| Miami-Dade, Florida (12086) | --*-- | 1979-1998 | Represented by Dade (12025) |
| South Boston, Virginia (51780) | 1979-1994 | 1995-1998 | Aggregated with Halifax (51083) in 1995 |
| Unknown, Georgia (13999) | 1988-1991 | 1979-1987, 1992-1998 | AIDS deaths only |

- The CMF 1979- 1998 does not provide data for Urbanization, Hispanic Origin, nor data for these race groups: American Indian or Alaskan Native; Asian or Pacific Islander.

For more information, please see

Locations: About County Geography Changes

Archive Mortality Data Requests

Data Source Citations for CMF On-line Databases

---

**Mortality for Infants (under 1 Year of Age)**
Causes of death among persons less than one year of age vary greatly during the first year of life, and therefore special "rates" (actually, ratios) have long been used in public health to provide meaningful indicators of infant mortality. Infant mortality rates are typically calculated as the number of deaths per 1,000 live births. Infant Age Groups" for rates calculated using the number live births as the population denominator. The default multiplier for Infant Age Groups (live births population) is 1,000 births. However, the default multiplier for death rates calculated with the population estimate for persons under 1 year of age is 100,000 persons.

Three commonly used indicators of infant mortality that can be calculated in WONDER are:

1. **Infant Mortality Rate**
   Number of deaths of infants (less than 1 year of age of death)
   divided by the number of live births during a given period,
   then multiplied by 1,000;

   (Deaths of persons under 1 year of age) / Live Births * 1000

2. **Neonatal Mortality Rate**
   Number of deaths of infants less than 28 days of age
   divided by the number of live births during a given period,
   then multiplied by 1,000;

   (Deaths of persons under 28 days of age) / Live Births * 1000

3. **Postneonatal Mortality Rate**
   Number of deaths of infants 28 days to 1 year of age
   divided by the number of live births during a given period,
   then multiplied by 1,000.

(Deaths of persons age 28 days to 1 year of age) / Live Births) * 1000

Note that all three indicators use the same denominator:  number of live births during a given period.

To support these and other infant mortality indicators, the Compressed Mortality File provides first-year mortality data as follows:

**Infant Age Groups**

less than one day old;

1 to 6 days old;

7 to 27 days old;

and 28 to 364 days old.

**Hints:**
- Select "**Infant Age Groups**" for rates calculated using the number live births as the population denominator. The default multiplier for Infant Age Groups (live births population) is 1,000 births.
- The single age group labeled "under 1 of age year" in the standard "Age Groups" list represents the population estimates for this age group. (Prior to August 2006, the number of live births in the given time period had been substituted for the "under 1 year of age" population estimates. Since August 2006, the number of live births for the specified year are available separately.) Death rates based on the population estimates are calculated per 100,000 persons, unless another multiplier is specified.
- Change the default multiplier for the rate per number of persons in the Additional Rate Options section on the Request Form tab.

**Notes:**
- Age-adjusted rates are not available for the live births population, because each infant age group uses the same population, the number of live births, to produce the age-specific rates.
- Age-adjusted rates are available for the "under 1 year of age" group, when this group is combined with other age groups. Age-adjusted rates are not calculated for any single age group because the ratio is effectively "1" in this case.
- The number of live births are not summed together for the population total when the data are grouped by infant age groups, because the number of live births is used as the population denominator for each infant age group.
- Note that rates for infant age groups are not shown for fewer than twenty deaths, nor are race and Hispanic Origin data available, due to privacy constraints; see Assurance of Confidentiality for more information.

---

### County Geography Changes:  notes about specific county-level changes in boundaries and codes

Changes in county geography occur from time to time. For example, one county may absorb another, two counties may be merged resulting in the deletion of both of them and the creation of a new county, or part of a county may be split off to form a new county or be merged with an existing county. Creation and deletion of counties results in missing data for those counties for some years. County boundary changes can result in substantial increases or decreases in the population of the affected counties and hence impact birth and death counts, population estimates, and birth and death rates for those counties. Creation and deletion of counties often is implemented later in the vital statistics system than in the Census population files. Thus, for the CMF, county codes on the population data have been modified so that they match those in the corresponding vital statistics files. County geography changes that involve creation or deletion of counties in the CMF data are listed below. They are organized by state and county name.

1. **Alaska boroughs and census areas:**
   The boroughs and census areas of Alaska undergo frequent changes making it difficult to work with individual Alaskan areas. Prior to 1989, the CMF did not include data for the individual Alaska areas. The FIPS codes used for vital statistics coding for Alaska changed in 1994 and in 2003 and therefore changed on the CMF. Specific area reporting details for Alaska are given below and summarized in the table.
   a. **Alaska (Entire State)**
      No data are available on the CMF for individual Alaska areas for the years 1965-1988. For these years, only state-level records (all individual areas combined) with a FIPS code of 02900 appear on the CMF. Alaska data are available for all areas combined for years 1965-1988. Data are reported as "Entire State, AK" (FIPS code 02900) for years 1968-1978, and as "Alaska (all counties, 1979-1988)" (FIPS code 02900) for years 1979-1988. Death counts and population estimates are available for individual areas within Alaska for years 1989-present.
   b. **Aleutians East borough, Alaska**
      Aleutians East borough, Alaska (FIPS code 02013) deaths and populations are on the CMF for 1994-present. For years 1989-1993, deaths and populations are reported for Aleutian Islands Census Area. Aleutians East borough (FIPS code 02013) was created from part of Aleutian Islands Census Area (FIPS code=02010) in 1987 from part of Aleutian Islands census area (FIPS code 02010) and an unpopulated part of Dillingham (FIPS code 02070).
   c. **Aleutian Islands Census Area, Alaska**
      Aleutian Islands Census Area, Alaska (FIPS code 02010) deaths and populations are on the CMF only for the years 1989-1993. For years 1994 - present, deaths and populations are reported for two areas, Aleutians East Borough (FIPS code=02013) and Aleutians West Census Area (FIPS code=02016).
   d. **Aleutians West Census Area, Alaska**
      Aleutians West Census Area, Alaska (FIPS code 02016) deaths and populations for Aleutians West are on the CMF for 1994 - present. For years 1989-1993, deaths and populations are reported for Aleutian Islands Census Area. Aleutians West Census Area, Alaska (FIPS code 02016) was created in 1990 from that part of Aleutian Islands (FIPS code 02010) that did not become part of Aleutians East (FIPS code 02013).

e. **Denali borough, Alaska**
Denali Borough, Alaska (FIPS code 02068) deaths and populations are on the CMF for years 2003 - present. For years 1989-2003, deaths and populations are reported for Yukon-Koyukuk (FIPS code 02290). Denali Borough, Alaska (FIPS code 02068) was created from the Yukon-Koyukuk Census Area (FIPS code 02290) and a small part of Southeast Fairbanks (FIPS code 02240) on December 7, 1990.

f. **Dillingham census area, Alaska**
Dillingham, Alaska (FIPS code 02070) deaths and populations are available on the CMF for years 1989 - present. There may be a discontinuity between 1993 and 1994 in the data reported for Dillingham because in 1989 part of Dillingham was removed to form Lake and Peninsula Borough (FIPS code 02164). This change was implemented in the vital records files and the CMF beginning 1994.

g. **Hoonah-Angoon Census Area, Alaska**
Hoonah-Angoon Census Area, Alaska (FIPS code 02105) data are only available for 2014 and later; for computational purposes, counts and population estimates for 1999-2013 are set to zero. Thus, counts and rates shown in multi-year requests for this entity do not include any data for years prior to 2014, only data for 2014 and later. In 2007, Skagway-Hoonah-Angoon Census Area (FIPS code 02232) was divided into Hoonah-Angoon Census Area (FIPS code 02105) and Skagway Municipality (FIPS code 02230). This change has been implemented in the Census Bureau's population files, yet not implemented in the mortality files until year 2014. Therefore, the population estimates for Hoonah-Angoon and Skagway Municipality are recoded to Skagway-Hoonah-Angoon Census Area for the CMF population file for the years before 2014.

h. **Ketchikan Gateway Borough, Alaska**
Ketchikan Gateway Borough (FIPS code 02130) deaths and populations are available on the CMF for 1989-present. In 2009, this Borough had a boundary change when it annexed Outer Ketchikan, formerly part of Prince of Wales-Outer Ketchikan Census Area (FIPS code 02201). The annexed territory was mostly unpopulated. The annexation was implemented in the Census 2001-2010 intercensal population estimates, so for years 2001 and beyond the population of Outer Ketchikan is reported for Ketchikan Gateway, not for Prince of Wales-Outer Ketchikan. The annexation was implemented in the vital records data in 2014, so for years 2001-2013, any deaths that occurred in Outer Ketchikan were reported for Prince of Wales-Outer Ketchikan Census Area, not for Ketchikan Gateway.

i. **Kobuck, Alaska**
Kobuck, Alaska (FIPS code 02140) became Northwest Arctic borough (FIPS code 02188). There are no records for Kobuck on the CMF.

j. **Kusilvak Census Area, Alaska**
Kusilvak Census Area, Alaska (FIPS code 02158) does not appear on the CMF. Deaths and population data are available under its former name and FIPS code:  Wade-Hampton Census Area, Alaska (FIPS code 02270).

k. **Lake and Peninsula Borough, Alaska**
Lake and Peninsula Borough, Alaska (FIPS code 02164) deaths and populations are available on the CMF for years 1994 - present. For years 1989-1993, deaths and populations for this area are reported for Dillingham. Lake and Peninsula Borough, Alaska (FIPS code 02164) was created from part of Dillingham, Census Area, Alaska (FIPS code 02070) in 1989.

l. **Northwest Arctic Borough, Alaska**
Northwest Arctic Borough, Alaska (FIPS code 02185) deaths and populations are available on the CMF for years 1989 - present. This area was formed in 1982 when an unpopulated part of North Slope Borough (FIPS code=02185) was combined with Kobuck (FIPS code=02140).

m. **Petersburg Borough/Census Area, Alaska**
Petersburg Borough/Census Area, Alaska (FIPS code 02195) data are only available for 2014 and later; for computational purposes, counts and population estimates for 1999-2013 are set to zero. Thus, counts and rates shown in multi-year requests for this entity do not include any data for years prior to 2014, only data for 2014 and later. Petersburg Borough (FIPS code 02195) was created in 2013 from part of former Petersburg Census Area (also 02195) and a mostly unpopulated part of Hoonah-Angoon Census Area (FIPS code 02105). A part of the former Petersburg Census Area (population around 600 persons) went to Prince of Wales-Hyder Census Area (FIPS code 02198). Petersburg Census Area (FIPS code 02195) was created in 2009 from the Petersburg part of Wrangell-Petersburg Census Area (FIPS code 02280). The changes have been implemented in the Census Bureau's population files, but not in the mortality files until year 2014. Therefore, the 2001 through 2013 population estimates for Petersburg Census Area (FIPS code 02195) have been aggregated with those for the new Wrangell Borough (FIPS code 02275) and recoded to the former Wrangell-Petersburg (FIPS code 02280) for the years before 2014.

n. **Prince of Wales-Hyder Census Area, Alaska**
Prince of Wales-Hyder Census Area, Alaska (FIPS code 02198) data are only available for 2014 and later; for computational purposes, counts and population estimates for 1999-2013 are set to zero. Thus, counts and rates shown in multi-year requests for this entity do not include any data for years prior to 2014, only data for 2014 and later. Prince of Wales-Hyder Census Area was formed in 2008 from part of Prince of Wales-Outer Ketchikan Census Area (FIPS code 02201). This change was implemented in the Census Bureau's population files but was not implemented in the vital records files until year 2014. Therefore, the population estimates for years prior to year 2014 for Prince of Wales-Hyder have been recoded to Prince of Wales-Outer Ketchikan Census Area. Population estimates for years 2001-2009 for Outer Ketchikan, which were aggregated into the Ketchikan Gateway estimates population files, cannot be recovered, but are estimated to be small.

o. **Prince of Wales-Outer Ketchikan Census Area, Alaska**
Prince of Wales-Outer Ketchikan Census Area, Alaska (FIPS code 02201) data are available only for 1989-2013. For 2014 and beyond, death counts and population estimates for Prince of Wales-Outer Ketchikan Census Area Census Area are reported as Prince of Wales-Hyder Census Area (FIPS code 02198). Death counts and population estimates for this entity from multi-year requests, only reflect data for years 1989-2013; for year 2014 and beyond they have been set to zero. Prince of Wales-Outer Ketchikan Census Area, Alaska (FIPS code 02201) deaths and populations are available on the CMF for years 1989-2013. In 2009, Prince of Wales-Outer Ketchikan was disaggregated. The Outer Ketchikan portion was annexed by Ketchikan Gateway Borough, the Meyers Church part of Prince of Wales was annexed by Wrangell City and Borough, and the remainder became Prince of Wales-Hyder Census Area. This change was implemented in the Census Bureau's population files but was not yet been implemented in the vital records files until year 2014. Therefore, the population estimates for Prince of Wales-Outer Ketchikan were obtained by recoding the population estimates for Prince of Wales-Hyder to Prince of Wales-Outer Ketchikan Census Area for years before 2014.

There may be a discontinuity between the 2000 and 2001 estimates for this area because the populations of Outer Ketchikan and Meyers Church cannot be recovered.

**p. Skagway Municipality, Alaska**

Skagway Municipality, Alaska (FIPS code 02230) data are only available for 2014 and later; for computational purposes, counts and population estimates for 1999-2013 are set to zero. Thus, counts and rates shown in multi-year requests for this entity do not include any data for years prior to 2014, only data for 2014 and later. Skagway-Hoonah-Angoon Census Area (FIPS code 02232) was divided into Skagway Municipality (FIPS code 02230) and Hoonah-Angoon Census Area (FIPS code 02105) in 2007. This change was implemented in the Census Bureau's population files but was not implemented in the vital records files until year 2014. Therefore, the population estimates for Skagway Municipality have been aggregated with those for Hoonah-Angoon Census Area and recoded to Skagway-Hoonah-Angoon Census Area for the CMF population file for years before 2014.

**q. Skagway-Hoonah-Angoon Census Area, Alaska**

Skagway-Hoonah-Angoon Census Area, Alaska (FIPS code 02232) data are available only for 1994-2013. For 2014 and beyond, death counts and population estimates for Skagway-Hoonah-Angoon Census Area are reported as Hoonah-Angoon Census Area(FIPS code 02105) and Skagway Municipality, (FIPS code 02230). Death counts and population estimates for this entity from multi-year requests, only reflect data from 1994-2013; for 2014 and beyond they have been set to zero. Skagway-Hoonah-Angoon Census Area, Alaska (FIPS code 02232) deaths and populations are available on the CMF for years 1994-2013. For years 1989-1993, data for Skagway-Hoonah-Angoon are reported for Skagway-Yakutat-Angoon (FIPS code 02231). Skagway-Hoonah-Angoon was formed in September 22, 1992 from that part of Skagway-Yakutat-Angoon not incorporated into Yakutat Borough (FIPS code=02282). In 2007, Skagway-Hoonah-Angoon was split into Hoonah-Angoon Census Area (FIPS code 02105) and Skagway Municipality (FIPS code 02230). This change was implemented in the Census Bureau's population files but was not implemented in the vital records files until year 2014. Therefore, the population estimates for Hoonah-Angoon Census Area and Skagway Municipality have been aggregated and recoded to Skagway-Hoonah-Angoon Census Area for years before 2014.

**r. Skagway-Yakutat-Angoon Census Area, Alaska**

Skagway-Yakutat-Angoon, Alaska (FIPS code 02231) deaths and populations are on the CMF for years 1989-1993. For years 1994 - present, deaths and populations for this area are reported for Yakutat (FIPS code 02282) and Skagway-Hoonah-Angoon (FIPS code 02232). Effective September 22, 1992, Skagway-Yakutat-Angoon Census Area was deleted after Yakutat (FIPS code 02282) and Skagway-Hoonah-Angoon (FIPS code 02232) were formed. This change was implemented in the vital records files, and hence in the CMF, beginning with the 1994 data year.

**s. Wrangell City and Borough, Alaska**

Wrangell City and Borough, Alaska (FIPS code 02275) data are only available for 2014 and later; for computational purposes, counts and population estimates for 1999-2013 are set to zero. Thus, counts and rates shown in multi-year requests for this entity do not include any data for years prior to 2014, only data for 2014 and later. Wrangell City and Borough (FIPS code 02275) was created in 2009 from part of Wrangell-Petersburg Census Area (FIPS code 02280) and the Meyers Church part of Prince of Wales-Outer Ketchikan Census Area (FIPS code 02201). This change was implemented in the Census Bureau's population estimates but was not implemented in the vital records files until year 2014. Therefore, the population estimates for Wrangell City and Borough have been aggregated with those for Petersburg (FIPS code 02195) and recoded to Wrangell-Petersburg Census Area for the CMF population file for the years before 2014. The recombined area includes the additional population for Myers Church.

**t. Wrangell-Petersburg Census Area, Alaska**

Wrangell-Petersburg Census Area, Alaska (FIPS code 02280) data are available only for 1989-2013. For 2014 and beyond, death counts and population estimates for Wrangell-Petersburg Census Area are reported as Petersburg Borough/Census Area (FIPS code 02195) and Wrangell City and Borough, (FIPS code 02275). Death counts and population estimates for this entity from multi-year requests, only reflect data from 1989-2013; for 2014 and beyond they have been set to zero. Wrangell-Petersburg Census Area, Alaska (FIPS code 02280) deaths and populations are available on the CMF for years 1989-2013. In 2008, Wrangell-Petersburg (FIPS code 02280) split to form part of Wrangell City and Borough (FIPS code 02275) and all of Petersburg Census Area (FIPS code 02195). This change was implemented in the Census Bureau's population estimates but was not implemented in the vital records files until year 2014. Therefore, the population estimates for this area on the CMF for years before 2014 were obtained by combining the estimates for Wrangell City and Borough with those for Petersburg Census Area. Because the new Wrangell City and Borough includes part of the former Prince of Wales-Outer Ketchikan (Meyers Church), the population of the recombined area is augmented somewhat.

**u. Yakutat Borough, Alaska**

Yakutat Borough, Alaska (FIPS code 02282) deaths and populations are available on the CMF for years 1994 - present. For years 1991-1993, deaths and populations for Yakutat are aggregated with those for Skagway-Hoonah-Angoon (FIPS code 02231). Yakutat Borough was created September 22, 1992 from part of Skagway-Yakutat-Angoon (FIPS code 02231). This change was implemented in the vital records files for the 1994 data year.

**v. Yukon-Koyukuk, Alaska**

Yukon-Koyukuk Census Area, Alaska (FIPS code 02290) deaths and populations are available on the CMF for years 1989 - present. However, there are discontinuities between 2002 and 2003 in the mortality and population data for Yukon-Koyukuk, because part of Yukon-Koyukuk Census Area was removed to form Denali Borough, Alaska (FIPS code 02068). This change was implemented in the vital records files and the CMF in the 2003 data year

**w. Table of Alaska boroughs and census areas in the CMF from 1989 - 1998**

---

```
                                    FIPS   Code

       Borough / Census Area Name      1989-93        1994-98

       Aleutian Islands Census Area    02010          --*--
       Aleutians East Borough          --*--          02113
       Aleutians West Census Area      --*--          02016
       Anchorage Borough               02020          02020
       Bethel Census Area              02050          02050
       Bristol Bay Borough             02060          02060
       Denali Borough (02068)          --*--          --*--
       Dillingham Census Area          02070          02070
       Fairbanks North Star Borough    02090          02090
       Haines Borough                  02100          02100
       Juneau Borough                  02110          02110
       Kenai Peninsula Borough         02122          02122
       Ketchikan Gateway Borough       02130          02130
       Kobuck(-2140)                   --*--          --*--
       Kodiak Island Borough           02150          02150
       Lake and Peninsula Borough      --*--          02164
       Matanuska-Susitna Borough       02170          02170
       Nome Census Area                02180          02180
       North Slope Borough             02185          02185
       Northwest Arctic Borough        02188          02188
       Prince of Wales-Outer Ketchikan C.A  02201     02201
       Sitka Borough                   02220          02220
       Skagway-Yakutat-Angoon Census Area  02231      --*--
       Skagway-Hoonah-Angoon Census Area   --*--      02232
       Southeast Fairbanks Census Area 02240          02240
       Valdez-Cordova Census Area      02261          02261
       Wade Hampton Census Area        02270          02270
       Wrangell-Petersburg Census Area 02280          02280
       Yakutat Borough                 --*--          02282
       Yukon-Koyukuk Census Area       02290          02290


          --*-- Code does not appear on file for these years.
```

## 2. Arizona:

### 1. La Paz, Arizona

La Paz county, Arizona (FIPS code 04012) deaths and populations are available for years 1994 - present. For years 1965 - 1993, deaths and populations for this area are aggregated with those for Yuma county, Arizona (FIPS code 04027). In January, 1983, La Paz county, Arizona (FIPS code 04012) was formed from the northern portion of Yuma county (FIPS code 04027). This change was implemented in the vital records files and in the CMF beginning in 1994.

### 2. Yuma, Arizona

Yuma county, Arizona (FIPS code 02027) deaths and populations are available on the CMF for years 1968 - present. However, there are discontinuities between 1993 and 1994 in the data reported for Yuma County. These discontinuities occur because part of Yuma County was removed to form La Paz county (FIPS code 04012) in January 1983. This change was implemented in the vital records files and in the CMF beginning in 1994.

## 3. Colorado:

### 1. **Adams, Colorado**

Adams county, Colorado (FIPS code 08001) shows a discontinuity in the mortality and population data between 2002 and 2003. This discontinuity occurs because territory in each of these four counties has been combined to form a new county, Broomfield, Colorado (FIPS code 08014). Beginning in 2003, deaths and population counts for this territory are reported for Broomfield county and are no longer included with data for Adams county.

### 2. **Boulder, Colorado**

Boulder county, Colorado (FIPS code 08003) shows a discontinuity in the mortality and population data between 2002 and 2003. This discontinuity occurs because territory in each of these four counties has been combined to form a new county, Broomfield, Colorado (FIPS code 08014). Beginning in 2003, deaths and population counts for this territory are reported for Broomfield county and are no longer included with data for Boulder county.

### 3. **Broomfield county**

Broomfield county, Colorado (FIPS code 08014) was created effective November 15, 2001 from parts of four counties: Adams, Boulder, Jefferson, and Weld. Deaths and population estimates for Broomfield county appear on the CMF beginning in the year 2003. Deaths and population estimates before 2003 are coded to the original locations.

### 4. **Jefferson, Colorado**

Jefferson county, Colorado (FIPS code 08059) shows a discontinuity in the mortality and population data between 2002 and 2003. This discontinuity occurs because territory in each of these four counties has been combined to form a new county, Broomfield, Colorado (FIPS code 08014). Beginning in 2003, deaths and population counts for this territory are reported for Broomfield county and are no longer included with data for Jefferson county.

### 5. **Weld, Colorado**

Weld county, Colorado (FIPS code 080123) shows a discontinuity in the mortality and population data between 2002 and 2003. This discontinuity occurs because territory in each of these four counties has been combined to form a new county, Broomfield, Colorado (FIPS code 08014). Beginning in 2003, deaths and population counts for this territory are reported for Broomfield county and are no longer included with data for Weld county.

## 4. **Florida:  Dade county and Miami city**

Dade county, Florida (FIPS code 12025) was renamed Miami-Dade County and its FIPS code changed to 12086, effective November 13, 1997. The CMF 1999-2009 and CMF 1979-1998 have the area coded to Miami-Dade (12086) for all years. The archive CMF 1999-2003 and later archives CMF releases have the area coded to Miami-Dade (12086) for all years. The CMF 1968-1978, the archive CMF 1999, and the archive CMF 1979-1998 have the area coded to Dade County, FL (12025) for all years.

## 5. Georgia:

### 1. **Columbus city and Muscogee county, Georgia**

The independent city Columbus, Georgia does not appear on the CMF. Death counts and population estimates for Columbus city (FIPS code 13510) have been aggregated with those for Muscogee county (FIPS code 13215).

### 2. **Georgia, unknown county**

For years 1988-1991, an additional county code (FIPS code 13999) was created for an "unknown"

county in Georgia. Deaths occurring in Georgia in years 1988-1991 with HIV infection mentioned as the underlying cause of death or one of the multiple causes of death are assigned to this fictitious county when fewer than 3 occurred in the actual county of residence of the decedent. No population estimates are available for FIPS code 13999. The deaths assigned to this FIPS code are included in Georgia state totals.

6. **Hawaii: Kalawao, Hawaii**
   Kalawao, Hawaii [FIPS code 15005) has data on the CMF beginning in the year 1989. There are no data for the years for years 1979-1988 in the CMF 1979-1998 online database, and no data for the full span of years in the archive 1979-1998 online database. There are no data for the full span of years in the 1969-1978 online database. Death counts and population estimates for Kalawao, Hawaii (FIPS code = 15005) are aggregated with those for Maui county, Hawaii (FIPS code=15009), when data for Kalawao, Hawaii are not available.

7. **Louisiana and Orleans and East Baton Rouge parishes after Hurricane Katrina in 2005:**
   The July 1st 2005 population estimates for Louisiana do not reflect population changes that occurred after Hurricane Katrina on August 29, 2005. The population of Orleans parish in Louisiana was reduced following Hurricane Katrina; East Baton Rouge parish in Louisiana had an increased population. As a result, 2005 death rates for Orleans parish calculated using the population estimates will be too low; the death rates calculated for East Baton Rouge will be somewhat too high. Death rates for Orleans parish are especially affected.

8. **Maryland:  Baltimore city and Baltimore county**
   The independent city of Baltimore, Maryland has been treated as a county. Death counts and population estimates are reported separately for Baltimore city (FIPS code 24510) and Baltimore county (FIPS code 24005).

9. **Missouri:**
   1. **St. Genevieve county, Missouri**
      In order to achieve alphabetical consistency, the FIPS code for St. Genevieve, Missouri was changed in 1979 from 29193 to 29186. The new code (29186) has been used throughout the CMF.
   2. **St. Louis city and St. Louis county, Missouri**
      The independent city of St. Louis, Missouri has been treated as a county. Death counts and population estimates are reported separately for St. Louis city (FIPS code 29510) and St. Louis county (FIPS code 29189).

10. **Montana:  Yellowstone National Park**
    Until November 7, 1997, the Montana portion of Yellowstone Park was not in any county and therefore was treated as a county equivalent (FIPS code 30113). On that date, the Montana portion of Yellowstone Park became part of Gallatin, Montana (FIPS code 30031) and Park, Montana (FIPS code 30067). The number of deaths in Yellowstone Park was so small that this should not create a discontinuity. Data for Yellowstone Park (30113) does not appear after data year 1988 on the CMF 1979-1998. However, Yellowstone Park (30113) data are available for the years 1979-1998 on the Archive CMF 1978-1998. and Yellowstone Park (30113) data are available for the years 1969-1978 in the 1968-1978 CMF. Deaths and population coded as Yellowstone National Park, Montana (FIPS code 30113) in the year 1968 are recoded to Park County, Wyoming (FIPS code 56029).

11. **Nevada:  Carson City**
    The independent city of Carson City, Nevada (FIPS code 32510) has been treated as a county. Death counts and population estimates are reported for Carson City.

12. **New Mexico:  Cibola county and Valencia county**
    Valencia county, New Mexico (FIPS code 35061) are available on the CMF for years 1968 - present. Data for Cibola county, New Mexico (FIPS code 35006) are available in the CMF for years 1989 - present. However, there are discontinuities between 1988 and 1989 in the data reported for Valencia County. These discontinuities occur because part of Valencia County was removed to form Yuma County (in 1981) and this change was implemented in the vital records files and in the CMF beginning in 1989. Hence Valencia shows an abrupt drop in deaths and populations in 1989.

13. **New York:  New York City boroughs**
    The five boroughs of New York City have been treated as counties and maintained as separate entities on this file.

| Borough | County | FIPS Code |
|---|---|---|
| Bronx | Bronx | 36005 |
| Brooklyn | Kings | 36047 |
| Manhattan | New York | 36061 |
| Queens | Queens | 36081 |
| Staten Island | Richmond | 36085 |

14. **South Dakota:  Jackson county and Washabaugh county**
    In 1979, Washabaugh county, South Dakota (FIPS code 46131) merged with Jackson county, South Dakota (FIPS code 46071). For all years, death counts and population estimates for Washabaugh county have been aggregated with those for Jackson county.

15. **South Dakota:  Oglala Lakota county and Shannon county**
    Oglala Lakota County, South Dakota (FIPS code 46102) does not appear on the CMF; deaths and population data are available under its former name and FIPS code:  Shannon county, South Dakota (FIPS code 46113).

16. **Virginia independent cities:**
    a. **Alleghany, Virginia**
       Alleghany county, Virginia (FIPS code 51005) deaths and populations are available on the CMF for years 1968 - present. Clifton Forge city, Virginia (FIPS code 51560) data are available for years 1968-2000. Beginning with the 2001 data year, Clifton Forge deaths and population estimates are aggregated with those of Alleghany County because this independent city merged with the county in 2001. As a result of this change, there is a discontinuity between 2000 and 2001 in the data reported for Alleghany County.

    b. **Bedford City, Virginia**
       Bedford city, Virginia (FIPS code 51515) data are available only for years 1979 through 2010 in the Compressed Mortality online databases. For years 1968-1978 and for year 2011 and beyond, death counts and population estimates for Bedford city have been combined with Bedford County (FIPS

counts and population estimates for Bedford city have been combined with Bedford County (FIPS code 51019). Death counts and population estimates for this entity from multi-year requests, only reflect data from 1979 through 2010; for years 1968-1978 and for year 2011 and beyond they have been set to zero. Bedford City, Virginia (FIPS code 51515), formerly an independent city, merged with Bedford County, Virginia (FIPS code 51019) on July 1, 2013. Beginning in year 2011, this change is effective for deaths and population estimates in the Compressed Mortality File. Deaths and population estimates for Bedford City, Virginia (FIPS code 51515) are only available for the years 1979 -2011. Deaths are population estimates are missing (zero) for Bedford City, Virginia for teh years 1968 -1978 and the year 2011 and later. Bedford County, Virginia (FIPS code 51019) has a discontinuity in the population estimates between years 1978 and 1979 and years 2010 and 2011 due to the change in inclusion of the city population. Prior to December 30, 2015, deaths and population estimates for Bedford City, Virginia (FIPS code 51515) in years 2011 through 2013 were reported in Compressed Mortality. Bedford City reported 94 total deaths in 2011, 92 total deaths in 2012, and 54 total deaths in 2013. Note that deaths are reported separately for Bedford City, Virginia (FIPS code 51515) in years 2011 through 2013 in the Compressed Mortality File research data sets for those years, and in the Detailed Mortality and Multiple Cause of Death online databases.

c. **Clifton Forge city, Virginia**
Clifton Forge city, Virginia (FIPS code 51560) deaths and populations are available on the CMF for years 1968-2000. On July 1, 2001, Clifton Forge city, formerly an independent city, merged with Alleghany county (FIPS code 51005).

d. **Nansemond city, Virginia**
Nansemond city, Virginia (FIPS code 51123) has been part of the independent city of Suffolk, VA (FIPS code 51800) since 1979. For all years, death counts and population estimates for Nansemond have been aggregated with those for Suffolk city.

e. **Halifax, Virginia**
For CMF 1979-1998, there is a discontinuity in the mortality and population data for Halifax, Virginia (FIPS code 51083) between 1988 and 1989. The discontinuity occurs because South Boston city, Virginia (FIPS code 51780) merged with Halifax county. For CMF 1979-1998, beginning in data year 1989, deaths and population counts for South Boston city are reported with those of Halifax county. However, for CMF 1979-1998 Archive data, death counts and population estimates for South Boston city are aggregated with those of Halifax county since 1995.

f. **South Boston city, Virginia**
South Boston city, Virginia (FIPS code 51780) deaths and populations are available on the CMF for years 1968-1988, and available through year 1994 in the archive CMF 1979-1998. Death counts and population estimates for South Boston city are aggregated with those of Halifax county since 1989 in the current release; however South Boston city data are aggregated with Halifax county since 1995 for the archive CMF 1979-1998. On June 30, 1995, South Boston city, Virginia (FIPS code 51780), formerly an independent city, merged with Halifax county (FIPS code 51083).

g. **Table of Virginia independent cities and counties**
The Virginia independent cities are treated as counties and appear on the CMF with the following FIPS codes:

| Independent City | | County | | |
|---|---|---|---|---|
| Name | FIPS code | Name | FIPS code | City Data available * |
| Alexandria | 51510 | Arlington | 51013 | 1968-current |
| Bedford | 51515 | Bedford | 51019 | 1979-2010 |
| Bristol | 51520 | Washington | 51191 | 1979-current |
| Buena Vista | 51530 | Rockbridge | 51163 | 1979-current |
| Charlottesville | 51540 | Albemarle | 51003 | 1979-current |
| Chesapeake | 51550 | | | 1968-current |
| Clifton Forge | 51560 | Alleghany | 51005 | 1979-2000 |
| Colonial Heights | 51570 | Chesterfield | 51041 | 1979-current |
| Covington | 51580 | Alleghany | 51005 | 1979-current |
| Danville | 51590 | Pittsylvania | 51143 | 1979-current |
| Emporia | 51595 | Greensville | 51081 | 1979-current |
| Fairfax | 51600 | Fairfax | 51059 | 1979-current |
| Falls Church | 51610 | Fairfax | 51059 | 1979-current |
| Franklin | 51620 | Southampton | 51175 | 1979-current |
| Fredericksburg | 51630 | Spotsylvania | 51177 | 1979-current |
| Galax | 51640 | Grayson | 51077 | 1979-current |
| Hampton | 51650 | | | 1968-current |
| Harrisonburg | 51660 | Rockingham | 51165 | 1979-current |
| Hopewell | 51670 | Prince George | 51149 | 1979-current |
| Lexington | 51678 | Rockbridge | 51163 | 1979-current |
| Lynchburg | 51680 | Campbell | 51031 | 1979-current |
| Manassas | 51683 | Prince William | 51153 | 1979-current |
| Manassas Park | 51685 | Prince William | 51153 | 1979-current |
| Martinsville | 51690 | Henry | 51089 | 1979-current |
| Newport News | 51700 | | | 1968-current |
| Norfolk | 51710 | | | 1968-current |
| Norton | 51720 | Wise | 51195 | 1979-current |
| Petersburg | 51730 | Dinwiddie | 51053 | 1979-current |
| Poquoson | 51735 | York | 51199 | 1979-current |
| Portsmouth | 51740 | Norfolk city | 51710 | 1979-current |
| Radford | 51750 | Montgomery | 51121 | 1979-current |
| Richmond | 51760 | Henrico | 51087 | 1979-current |
| Roanoke | 51770 | Roanoke | 51161 | 1979-current |
| Salem | 51775 | Roanoke | 51161 | 1979-current |
| South Boston * | 51780 | Halifax | 51083 | 1979-1988, 1979-1994 in Archive |
| Staunton | 51790 | Augusta | 51015 | 1979-current |
| Suffolk | 51800 | | | 1968-current |
| Virginia Beach | 51810 | | | 1968-current |
| Waynesboro | 51820 | Augusta | 51015 | 1979-current |
| Williamsburg | 51830 | James City | 51095 | 1979-current |
| Winchester | 51840 | Frederick | 51069 | 1979-current |

* Note that data discontinuities occur when data are not available for all years.

This page last reviewed: Wednesday, March 02, 2022

This information is provided as technical reference material. Please contact us at cwus@cdc.gov.

Thanks for trying out Immersive Reader. Share your feedback with us.    

# $100 in 1919 is worth $1,715.65 today

## The U.S. dollar has lost 94% its value since 1919

*Updated: October 13, 2022*

$100 in 1919 is equivalent in purchasing power to about $1,715.65 today, an increase of $1,615.65 over 103 years. The dollar had an average inflation rate of 2.80% per year between 1919 and today, producing a cumulative price increase of 1,615.65%.

This means that today's prices are 17.16 times higher than average prices since 1919, according to the Bureau of Labor Statistics consumer price index. A dollar today only buys 5.829% of what it could buy back then.

The inflation rate in 1919 was 14.57%. The current inflation rate compared to last year is now 8.20%. If this number holds, $100 today will be equivalent in buying power to $108.20 next year. The current inflation rate page gives more detail on the latest inflation rates.

| Inflation from 1919 to 2022 | |
|---|---|
| Cumulative price change | 1,615.65% |
| Average inflation rate | 2.80% |
| Converted amount ($100 base) | $1,715.65 |
| Price difference ($100 base) | $1,615.65 |
| CPI in 1919 | 17.300 |
| CPI in 2022 | 296.808 |
| Inflation in 1919 | 14.57% |
| Inflation in 2022 | 8.20% |
| $100 in 1919 | $1,715.65 in 2022 |

## Buying power of $100 in 1919

This chart shows a calculation of buying power equivalence for $100 in 1919 (price index tracking began in 1635).

For example, if you started with $100, you would need to end with $1,715.65 in order to "adjust" for inflation (sometimes refered to as "beating inflation").

Download

When $100 is equivalent to $1,715.65 over time, that means that the "real value" of a single U.S. dollar decreases over time. In other words, a dollar will pay for fewer items at the store.

This effect explains how inflation erodes the value of a dollar over time. By calculating the value in 1919 dollars, the chart below shows how $100 is worth less over 103 years.

Download

According to the Bureau of Labor Statistics, each of these USD amounts below is equal in terms of what it could buy at the time:

Dollar inflation: 1919-2022

| Year | Dollar Value | Inflation Rate |
| --- | --- | --- |
| 1919 | $100.00 | 14.57% |
| 1920 | $115.61 | 15.61% |
| 1921 | $103.47 | -10.50% |
| 1922 | $97.11 | -6.15% |
| 1923 | $98.84 | 1.79% |
| 1924 | $98.84 | 0.00% |
| 1925 | $101.16 | 2.34% |
| 1926 | $102.31 | 1.14% |
| 1927 | $100.58 | -1.69% |
| 1928 | $98.84 | -1.72% |
| 1929 | $98.84 | 0.00% |

| Year | Dollar Value | Inflation Rate |
|------|--------------|----------------|
| 1930 | $96.53 | -2.34% |
| 1931 | $87.86 | -8.98% |
| 1932 | $79.19 | -9.87% |
| 1933 | $75.14 | -5.11% |
| 1934 | $77.46 | 3.08% |
| 1935 | $79.19 | 2.24% |
| 1936 | $80.35 | 1.46% |
| 1937 | $83.24 | 3.60% |
| 1938 | $81.50 | -2.08% |
| 1939 | $80.35 | -1.42% |
| 1940 | $80.92 | 0.72% |
| 1941 | $84.97 | 5.00% |
| 1942 | $94.22 | 10.88% |
| 1943 | $100.00 | 6.13% |
| 1944 | $101.73 | 1.73% |
| 1945 | $104.05 | 2.27% |
| 1946 | $112.72 | 8.33% |
| 1947 | $128.90 | 14.36% |
| 1948 | $139.31 | 8.07% |
| 1949 | $137.57 | -1.24% |
| 1950 | $139.31 | 1.26% |
| 1951 | $150.29 | 7.88% |
| 1952 | $153.18 | 1.92% |
| 1953 | $154.34 | 0.75% |

| Year | Dollar Value | Inflation Rate |
|------|-------------|----------------|
| 1954 | $155.49 | 0.75% |
| 1955 | $154.91 | -0.37% |
| 1956 | $157.23 | 1.49% |
| 1957 | $162.43 | 3.31% |
| 1958 | $167.05 | 2.85% |
| 1959 | $168.21 | 0.69% |
| 1960 | $171.10 | 1.72% |
| 1961 | $172.83 | 1.01% |
| 1962 | $174.57 | 1.00% |
| 1963 | $176.88 | 1.32% |
| 1964 | $179.19 | 1.31% |
| 1965 | $182.08 | 1.61% |
| 1966 | $187.28 | 2.86% |
| 1967 | $193.06 | 3.09% |
| 1968 | $201.16 | 4.19% |
| 1969 | $212.14 | 5.46% |
| 1970 | $224.28 | 5.72% |
| 1971 | $234.10 | 4.38% |
| 1972 | $241.62 | 3.21% |
| 1973 | $256.65 | 6.22% |
| 1974 | $284.97 | 11.04% |
| 1975 | $310.98 | 9.13% |
| 1976 | $328.90 | 5.76% |
| 1977 | $350.29 | 6.50% |

| Year | Dollar Value | Inflation Rate |
|------|--------------|----------------|
| 1978 | $376.88 | 7.59% |
| 1979 | $419.65 | 11.35% |
| 1980 | $476.30 | 13.50% |
| 1981 | $525.43 | 10.32% |
| 1982 | $557.80 | 6.16% |
| 1983 | $575.72 | 3.21% |
| 1984 | $600.58 | 4.32% |
| 1985 | $621.97 | 3.56% |
| 1986 | $633.53 | 1.86% |
| 1987 | $656.65 | 3.65% |
| 1988 | $683.82 | 4.14% |
| 1989 | $716.76 | 4.82% |
| 1990 | $755.49 | 5.40% |
| 1991 | $787.28 | 4.21% |
| 1992 | $810.98 | 3.01% |
| 1993 | $835.26 | 2.99% |
| 1994 | $856.65 | 2.56% |
| 1995 | $880.92 | 2.83% |
| 1996 | $906.94 | 2.95% |
| 1997 | $927.75 | 2.29% |
| 1998 | $942.20 | 1.56% |
| 1999 | $963.01 | 2.21% |
| 2000 | $995.38 | 3.36% |
| 2001 | $1,023.70 | 2.85% |

| Year | Dollar Value | Inflation Rate |
|------|-------------|----------------|
| 2002 | $1,039.88 | 1.58% |
| 2003 | $1,063.58 | 2.28% |
| 2004 | $1,091.91 | 2.66% |
| 2005 | $1,128.90 | 3.39% |
| 2006 | $1,165.32 | 3.23% |
| 2007 | $1,198.51 | 2.85% |
| 2008 | $1,244.53 | 3.84% |
| 2009 | $1,240.10 | -0.36% |
| 2010 | $1,260.44 | 1.64% |
| 2011 | $1,300.23 | 3.16% |
| 2012 | $1,327.13 | 2.07% |
| 2013 | $1,346.57 | 1.46% |
| 2014 | $1,368.42 | 1.62% |
| 2015 | $1,370.04 | 0.12% |
| 2016 | $1,387.32 | 1.26% |
| 2017 | $1,416.88 | 2.13% |
| 2018 | $1,452.20 | 2.49% |
| 2019 | $1,477.79 | 1.76% |
| 2020 | $1,496.02 | 1.23% |
| 2021 | $1,566.30 | 4.70% |
| 2022 | $1,715.65 | 9.54%* |

* Compared to previous annual rate. Not final. See inflation summary for latest 12-month trailing value.
Click to show 97 more rows

This conversion table shows various other 1919 amounts in today's dollars, based on the 1,615.65% change in prices:

Conversion: 1919 dollars today

| Initial value | Equivalent value |
|---|---|
| $1 dollar in 1919 | $17.16 dollars today |
| $5 dollars in 1919 | $85.78 dollars today |
| $10 dollars in 1919 | $171.57 dollars today |
| $50 dollars in 1919 | $857.83 dollars today |
| $100 dollars in 1919 | $1,715.65 dollars today |
| $500 dollars in 1919 | $8,578.27 dollars today |
| $1,000 dollars in 1919 | $17,156.53 dollars today |
| $5,000 dollars in 1919 | $85,782.66 dollars today |
| $10,000 dollars in 1919 | $171,565.32 dollars today |
| $50,000 dollars in 1919 | $857,826.59 dollars today |
| $100,000 dollars in 1919 | $1,715,653.18 dollars today |
| $500,000 dollars in 1919 | $8,578,265.90 dollars today |
| $1,000,000 dollars in 1919 | $17,156,531.79 dollars today |

## Inflation by City

Inflation can vary widely by city, even within the United States. Here's how some cities fared in 1919 to 2022 (figures shown are purchasing power equivalents of $100):

- **San Francisco, California**: 3.06% average rate, $100 → $2,225.06, cumulative change of 2,125.06%

- **Seattle, Washington**: 2.95% average rate, $100 → $1,991.24, cumulative change of 1,891.24%

- **New York**: 2.84% average rate, $100 → $1,798.11, cumulative change of 1,698.11%

- **Boston, Massachusetts**: 2.83% average rate, $100 → $1,779.17, cumulative change of 1,679.17%

- **Philadelphia, Pennsylvania**: 2.76% average rate, $100 → $1,647.50, cumulative change of 1,547.50%

- **Chicago, Illinois**: 2.75% average rate, $100 → $1,636.88, cumulative change of 1,536.88%

- **Houston, Texas**: 2.71% average rate, $100 → $1,567.05, cumulative change of 1,467.05%

- **Atlanta, Georgia**: 2.68% average rate, $100 → $1,519.82, cumulative change of 1,419.82%

- **Detroit, Michigan**: 2.67% average rate, $100 → $1,502.66, cumulative change of 1,402.66%

San Francisco, California experienced the highest rate of inflation during the 103 years between 1919 and 2022 (3.06%).

Detroit, Michigan experienced the lowest rate of inflation during the 103 years between 1919 and 2022 (2.67%).

Note that some locations showing 0% inflation may have not yet reported latest data.

## Inflation by Country

Inflation can also vary widely by country. For comparison, in the UK £100.00 in 1919 would be equivalent to £5,739.06 in 2022, an absolute change of £5,639.06 and a cumulative change of 5,639.06%.

In Canada, CA$100.00 in 1919 would be equivalent to CA$1,554.31 in 2022, an absolute change of CA$1,454.31 and a cumulative change of 1,454.31%.

Compare these numbers to the US's overall absolute change of $1,615.65 and total percent change of 1,615.65%.

## Inflation by Spending Category

CPI is the weighted combination of many categories of spending that are tracked by the government. Breaking down these categories helps explain the main drivers behind price changes.

This chart shows the average rate of inflation for select CPI categories between 1919 and 2022.

Compare these values to the overall average of 2.80% per year:

| Category | Avg Inflation (%) | Total Inflation (%) | $100 in 1919 → 2022 |
|---|---|---|---|
| Food and beverages | 3.98 | 5,490.14 | 5,590.14 |
| Housing | 4.21 | 6,921.08 | 7,021.08 |
| Apparel | 1.19 | 236.94 | 336.94 |
| Transportation | 3.43 | 3,132.11 | 3,232.11 |
| Medical care | 4.68 | 10,999.83 | 11,099.83 |
| Recreation | 1.25 | 260.59 | 360.59 |
| Education and communication | 1.80 | 530.52 | 630.52 |
| Other goods and services | 4.96 | 14,558.22 | 14,658.22 |

The graph below compares inflation in categories of goods over time. Click on a category such as "Food" to toggle it on or off:

For all these visualizations, it's important to note that not all categories may have been tracked since 1919. This table and charts use the earliest available data for each category.

**Inflation rates of specific categories**
Medical Care · Housing · Rent · Food · *More*

**Inflation-adjusted measures**
S&P 500 price · S&P 500 earnings · Shiller P/E

# How to calculate inflation rate for $100 since 1919

Our calculations use the following inflation rate formula to calculate the change in value between 1919 and today:
$$\frac{\text{CPI today}}{\text{CPI in 1919}}$$
$$\times$$
$$\text{1919 USD value}$$
$$=$$
$$\text{Today's value}$$

Then plug in historical CPI values. The U.S. CPI was 17.3 in the year 1919 and 296.808 in 2022:
$$\frac{296.808}{17.3}$$
$$\times$$
$$\$100$$
$$=$$
**$1,715.65**

$100 in 1919 has the same "purchasing power" or "buying power" as $1,715.65 in 2022.

To get the total inflation rate for the 103 years between 1919 and 2022, we use the following formula:
$$\frac{\text{CPI in 2022 - CPI in 1919}}{\text{CPI in 1919}}$$
$$\times$$
$$100$$
$$=$$
**Cumulative inflation rate (103 years)**

Plugging in the values to this equation, we get:
$$\frac{296.808 - 17.3}{17.3}$$
$$\times$$
$$100$$
$$=$$
**1,616%**

# Comparison to S&P 500 Index

The average inflation rate of 2.80% has a compounding effect between 1919 and 2022. As noted above, this yearly inflation rate compounds to produce an overall price difference of 1,615.65% over 103 years.

To help put this inflation into perspective, if we had invested $100 in the S&P 500 index in 1919, our investment would be *nominally* worth approximately $2,616,090.69 in 2022. This is a return on investment of 2,615,990.69%, with an absolute return of $2,615,990.69 on top of the original $100.

These numbers are not inflation adjusted, so they are considered *nominal*. In order to evaluate the *real* return on our investment, we must calculate the return with inflation taken into account.

The compounding effect of inflation would account for 94.17% of returns ($2,463,607.03) during this period. This means the inflation-adjusted *real* return of our $100 investment is $152,383.66. You may also want to account for capital gains tax, which would take your real return down to around $129,526 for most people.

Investment in S&P 500 Index, 1919-2022

| Original Amount | Final Amount | Change | |
|---|---|---|---|
| **Nominal** | $100 | $2,616,090.69 | 2,615,990.69% |
| **Real** Inflation Adjusted | $100 | $152,483.66 | 152,383.66% |

Information displayed above may differ slightly from other S&P 500 calculators. Minor discrepancies can occur because we use the latest CPI data for inflation, annualized inflation numbers for previous years, and we compute S&P price and dividends from January of 1919 to latest available data for 2022 using average monthly close price.

For more details on the S&P 500 between 1919 and 2022, see the stock market returns calculator.

## Data source & citation

Raw data for these calculations comes from the Bureau of Labor Statistics' Consumer Price Index (CPI), established in 1913. Inflation data from 1634 to 1912 is sourced from a historical study conducted by political science professor Robert Sahr at Oregon State University and from the American Antiquarian Society.

You may use the following MLA citation for this page: "Value of 1919 dollars today | Inflation Calculator." Official Inflation Data, Alioth Finance, 13 Oct. 2022, https://www.officialdata.org/us/inflation/1919.

Special thanks to QuickChart for their chart image API, which is used for chart downloads.

in2013dollars.com is a reference website maintained by the Official Data Foundation.

» Read more about inflation and investment.
Other resources:

- U.S. Economy
- Canada Inflation
- U.K. Inflation
- Australia Inflation
- Euro Inflation
- Venezuela Inflation









GUN NEWS NEWSLETTER SELL YOUR GUN GUN FINANCING
WHY JOIN AS A DEALER | DEALER LOGIN
GUNS.COM
Search by manufacturer, model, or SKU
SIGN IN
GUNS | USED GUNS | AMMO | ACCESSORIES | SHOP LOCAL | DEALS | LIFESTYLE
SPECIAL OFFER: STOCK UP & SAVE ON ACCESSORIES
Guns.com / Firearms / Handguns / Semi Automatic Handguns
SEMI AUTO HANDGUNS FOR SALE
Shop Guns.com to find semi-automatic handguns for sale. Our ever-growing inventory includes hundreds of new and used products. We offer handguns in a variety of calibers and styles, with endless features and options. Our stock consists of the top manufacturers, including Beretta, Browning, Colt, CZ, Glock, Heckler & Koch, Kimber, Ruger, Sig Sauer, Smith & Wesson, Springfield Armory, Taurus, Walther, and many more.
Whether you're searching for pistols for concealed carry, competition, home defense, hunting, or anything in between, we have something in stock for every need. Our user-friendly website makes browsing a breeze, while our listings offer clear descriptions and product pricing. At Guns.com, our goal is simple: To make your gun buying and ownership experience the very best it can be.
UP TO 35% OFF!
See All
BROWNING
NOMAD
Clearance
USED $399.99 was $499.99
GLOCK
34 GEN 3
Clearance
USED $447.99 was $559.99
GLOCK
G43
Clearance
USED $419.99 was $599.99
GLOCK
G43
Clearance
USED $367.99 was $459.99
FILTER BY KEYWORD
GO
AVAILABILITY
PRICE RANGE
MANUFACTURER
ACTION
BARREL LENGTH
CALIBER
CAPACITY
FINISH
258 ITEMS
Applied Filters
Price Range: Less Than $250
Clear all filters
All
Used
New
Display 24 per page
Lowest Price
TARA
TM-9
(5)
$249.99 was $399.99
9MM LUGER (9X19 PARA)
SINGLE/DOUBLE
17 ROUNDS
4.5" BARREL
USED
Excellent
ADD TO CART
SEE DETAILS
Lowest Price
TAURUS
G2C
(52)
$232.99 was $299.97
9MM LUGER (9X19 PARA)
STRIKER FIRED
12 ROUNDS
3.25" BARREL
NEW
ADD TO CART
SEE DETAILS
Lowest Price
HI POINT
C9 Yeet Cannon G1
(3)
$191.99
9MM LUGER (9X19 PARA)
SEMI AUTO
8 ROUNDS
3.5" BARREL
NEW
ADD TO CART
SEE DETAILS
RUGER
EC9S STANDARD
(6)
$237.99
9MM LUGER (9X19 PARA)
STRIKER FIRED
7 ROUNDS
3.1" BARREL
NEW
ADD TO CART
SEE DETAILS

WEIGHT +
BERSA
BPCC
$234.99
9MM LUGER (9X19 PARA)
SEMI AUTO
8 ROUNDS
3.3" BARREL
NEW
ADD TO CART
SEE DETAILS
TAURUS
G2C
★★★★★ (92)
$246.99
9MM LUGER (9X19 PARA)
STRIKER FIRED
12 ROUNDS
3.2" BARREL
NEW
ADD TO CART
SEE DETAILS
SCCY INDUSTRIES
CPX-3
$249.95
NOT SPECIFIED
NO IMAGE
NEW
ADD TO CART
SEE DETAILS
TAURUS
111
★★★★★ (2)
$236.99
9MM LUGER (9X19 PARA)
SEMI AUTO
12 ROUNDS
3.2" BARREL
NEW
ADD TO CART
SEE DETAILS
Lowest Price
HI-POINT
916G
$201.99 was $219.99
9MM LUGER (9X19 PARA)
DOUBLE ACTION
8 ROUNDS
3.5 BARREL
NEW
ADD TO CART
SEE DETAILS
HI-POINT
JCP
★★★★★ (1)
$195.99
40 S&W
10 ROUNDS
4.5 BARREL
NEW
ADD TO CART
SEE DETAILS
TAURUS
G3c
★★★★★ (14)
$232.99
9MM LUGER (9X19 PARA)
STRIKER FIRED
10 ROUNDS
3.26 BARREL
NEW
ADD TO CART
SEE DETAILS
GSG GERMAN SPORTS GUNS
FIREFLY
$247.99
22 LR
10 ROUNDS
4.9 BARREL
NEW
ADD TO CART
SEE DETAILS
SCCY INDUSTRIES
CPX 2
★★★★★ (7)
$199.99
9 MM
SEMI AUTO
10 ROUNDS
3 BARREL
USED
Very Good
ADD TO CART
SEE DETAILS
DIAMONDBACK
DB380 MICRO COMPACT
$235.00
380 ACP
SEMI AUTO
6 ROUNDS
2" BARREL
NEW
ADD TO CART
SEE DETAILS

JA INDUSTRIES
J.A. NINE
$249.99
9MM LUGER (9X19 PARA)
SEMI AUTO
12 ROUNDS
3.75 BARREL
USED
Excellent
ADD TO CART
SEE DETAILS
AMERICAN TACTICAL IMPORTS
FireFly
(1)
$204.99
.22 LR
SEMI AUTO
10 ROUNDS
4.9" BARREL
NEW
ADD TO CART
SEE DETAILS
TAURUS
G3X
(6)
$241.99
9MM LUGER (9X19 PARA)
STRIKER FIRED
15 ROUNDS
32 BARREL
NEW
ADD TO CART
SEE DETAILS
Lowest Price
HI-POINT
34510DD
$193.99
.45 ACP
SINGLE ACTION
9 ROUNDS
4.5 BARREL
NEW
ADD TO CART
SEE DETAILS
Lowest Price
TAURUS
G2S
(2)
$223.99
9MM LUGER (9X19 PARA)
STRIKER FIRED
7 ROUNDS
3.25" BARREL
NEW
ADD TO CART
SEE DETAILS
PHOENIX ARMS
HP25A
(0)
$142.99
.25 ACP
10 ROUNDS
3 BARREL
NEW
ADD TO CART
SEE DETAILS
JA INDUSTRIES
JANINE JA-9
(1)
$193.99
9MM LUGER (9X19 PARA)
STRIKER FIRED
12 ROUNDS
3.75" BARREL
NEW
ADD TO CART
SEE DETAILS
TAURUS
G2S
(2)
$214.99
9MM LUGER (9X19 PARA)
STRIKER FIRED
7 ROUNDS
NEW
ADD TO CART
SEE DETAILS
RUGER
Wrangler
(1)
$212.99
.22 LR
SINGLE ACTION
6 ROUNDS
4.62" BARREL
NEW
ADD TO CART
SEE DETAILS
SCCY INDUSTRIES
CPX-2 GEN 3
$249.95
NOT SPECIFIED
NEW
ADD TO CART
SEE DETAILS
LOAD MORE

RUGER
Wrangler
★★★★★ (1)
$212.99
22 LR
SINGLE ACTION
6 ROUNDS
4.62" BARREL

NEW

ADD TO CART | SEE DETAILS

SCCY INDUSTRIES
CPX-2 GEN 3
$249.95
NOT SPECIFIED

NEW

ADD TO CART | SEE DETAILS

LOAD MORE...

## RELATED CONTENT

10/12/2022 | PAUL PETERSON

10/06/2022 | RYAN DOMKE

10/05/2022 | BEN PHILIPPI

09/29/2022 | CHRIS EGER

10/12/2022 | PAUL PETERSON

The M1 Garand became an American legend as the go-to rifle for G.I.s in World War II, but many Garand fans might be surprised b...
Read More

10/06/2022 | RYAN DOMKE

Looking for a concealed carry handgun that is small, reliable, and accurate? Kahr Arms might have a real winner for you in a gun you...
Read More

10/05/2022 | BEN PHILIPPI

A few months ago, I published a video and article stating why I switched from a Glock 19 Gen 5 to an FN 509 Compact as my go-to...
Read More

09/29/2022 | CHRIS EGER

ZEV Technologies announced this week that its 9mm OZ9 Combat X series pistol has been chosen to equip the Department of Energy's...
Read More

ABOUT SEMI AUTO HANDGUNS ⊕

POPULAR MODELS ⊕

HOW MUCH DO SEMI-AUTOMATIC HANDGUNS COST? ⊕

Stay in the know. Get Guns.com offers and news!!
By signing up you agree to Guns.com's Terms and Conditions and Privacy Policy

Enter Your Email

SIGN UP

Follow Us On:

Need Help?
service@guns.com
Call (866)582-4867

FAQ | EMAIL

HOW TO BUY A GUN ONLINE

CERTIFIED USED GUNS

WE BUY GUNS

THE GUNS.COM PROMISE

**CUSTOMER RESOURCES**
- Check On My Order
- Contact Customer Service
- Financing
- Return and Warranty Policy
- Shipping
- Guns for Sale

**SELLER RESOURCES**
- Join the Guns.com Network
- Login to My Seller Dashboard
- Contact Business Development
- Affiliate Program

**WHO WE ARE**
- About Us
- We Give Back
- Influencers
- Guns.com Careers
- Customer Reviews

norton SHOPPING GUARANTEE 10/18/2022

Terms and Conditions | Privacy Policy | Site Map

GUNS.COM

PO Box 1131 13800 Nicollet Blvd Burnsville, MN 55337 ©2022 Guns.com. All Rights Reserved

## Jerry Miculek, "Dual Glock 17 Rapid Fire 60 Rounds in 5 Seconds! 660 RPM"

The video "Dual Glock 17 Rapid Fire 60 Rounds in 5 Seconds! 660 RPM," referred to in the Declaration of Randolph Roth (Roth Decl. 32 n.107), is available at https://www.youtube.com/watch?v=1H5KsnoUBzs.



Lunde Studio is reader-supported. When you buy through links on our site, we may earn an affiliate commission from Amazon at no extra cost to you. Learn more.

# ARE BINARY TRIGGERS LEGAL (2022) ALL YOU NEED TO KNOW



👤 Alfred Mendoza   📅 January 31, 2022

If you are looking for an affordable alternative to owning a machine gun without spending too much, buying binary triggers would be your best choice. It would spice up your shooting sprees and improve your home defense without breaking your bank. However, you must determine whether or not binary triggers are legal to own.

Are binary triggers legal? We'll guide you through the important things you need to know.

---

**Table of Contents** [Show]

---

## WHAT'S A BINARY TRIGGER?

A binary trigger is a small, simple, but excellent device that allows every shooter to greatly increase the rate of fire of any pistol, carbine, or rifle without breaking any laws.

This device can replace a standard trigger system (single-stage, two-stage) with a binary one, making it possible to move close to becoming fully automatic.

Close X

And the best thing about this tool is that it wouldn't cost you much to achieve this function like owning a machine gun or an automatic weapon does.

## HOW DOES IT WORK?

To install a binary trigger, insert the IDS on the trigger's left side and go through the pinhole, guiding the IDS spring back into the IDS slot. Then, place the spacers on either end of the binary trigger, facing upward on the outside ends. Wrap one of the trigger springs around the assembly and insert the sub-assembly into the lower receiver.

Insert the trigger pins on both sides, and wrap the hammer spring around the hammer. Then put on the safety spring, grip screw, and handle. Lastly, attach the short paddle to the safety selector and then insert the buffer and buffer spring into the receiver extension.

**Also Read**: Difference Between IDPA & USPSA

## PRACTICAL APPLICATIONS OF BINARY TRIGGERS

Binary triggers are cheap alternatives to turn your ordinary pistol, carbine, or weapon into automatic. It is a very compact and affordable choice that wouldn't worry you for accidentally breaking it when used.

It is also easy to store because it can be put inside a desk drawer or a small safe.

It is also lightweight, as it doesn't weigh more than 10 pounds.

It can also be used on several platforms and various calibers at once. It is also compatible with any BCG.

Close X

## WHY WERE THEY BANNED?

Technically, binary triggers aren't banned throughout the entire United States of America. However, there was an unfortunate event that involved a gunman using multiple AR-15s outfitted with bump stocks.  He committed a horrific mass shooting in La Vegas in 2017, so a gun control plan was set out that targets assault weapons, high-capacity magazines, and ghost guns. [1]

**Related Posts:**

- How Speed Loaders Work
- How Much Ammo A Soldier Carries
- Difference Between Rimfire & Centerfire
- Number of Shells a Shotgun Holds
- How Far 9mm Bullets Can Travel

## ARE THEY LEGAL IN YOUR STATE?

It is always highly encouraged to determine whether your state allows using binary triggers legally to avoid being charged with unlawful usage of such tools. Based on our research, a binary trigger is currently banned in North Dakota, Hawaii, Connecticut, New Jersey, Maryland, Washington, California, D.C., Iowa, New York, and Rhode Island, Florida.

## FAQS

| ▬ **Are binary triggers machine guns?** |
|---|
| No, binary triggers are not machine guns. Although they somehow mimic the function of machine guns, they are technically different. Machine guns may also be legal to use in some states, but federal laws highly regulate them. |

Close X

# SO, IS A BINARY TRIGGER LEGAL TO USE?

At this time of writing, a binary trigger is still legal to use in some states. However, our team always encourages gun owners to research and fact-check whether binary triggers are legal in the state they live in to avoid any legal or gun charges.

As of now, the U.S. government is still in the process of deciding whether it is legal to use these tools. Fortunately, so far, most states still don't consider binary triggers as illegal attachments for any suited firearm. If you still happen to want to purchase a binary trigger in a state where it is banned, you will have to get a certain license to make it legal.

**References:**

1. https://www.forbes.com/sites/aaronsmith/2021/04/01/bidens-gun-control-doesnt-target-gat-cranks-mimicking-machine-guns

Author   Recent Posts



### Alfred Mendoza

Born and raised in Austin TX, Alfred has been shooting guns since he was 18. That's two decades of expertly upholding the Texan gun culture. He is a firm believer in the freedom of exercising constitutional rights, and that includes the right of every law-abiding citizen to own and carry a gun.

← Previous Post                                                      Next Post →

## Leave a Comment

Your email address will not be published. Required fields are marked *

Type here..

Name*

Close X

Email*

Website

☐ Save my name, email, and website in this browser for the next time I comment.

POST COMMENT »

At Lunde Studio, our primary goal is to provide a dedicated resource for all gun enthusiasts from all walks of life.

f  instagram  pinterest  youtube  tumblr  twitter  reddit

## SITEMAP

About

Privacy Policy

Amazon Disclaimer

Legal Disclaimer

Terms and Conditions

## REVIEWS

Shotguns

Rifles

Handguns

AR-15/AR-10

Ammunition

Accessories

## GUIDES

Optics

Close X

Ammunition

Accessories

DIY Gunsmithing

Hunting

© All Rights Reserved 2022

Powered by ❤ Lunde Studio

Close X

Home > Firearms > M16

# M16

Assault rifle



The M16 is considered as one of the best assault rifles in the world

| M16A1 | |
|---|---|
| Country of origin | United States |
| Entered service | 1967 |
| Caliber | 5.56x45 mm |
| Weight (empty) | 2.89 kg |
| Length | 986 mm |
| Barrel length | 508 mm |
| Muzzle velocity | 945 m/s |
| Cyclic rate of fire | 650 - 750 rpm |
| Practical rate of fire | 40 - 100 rpm |
| Magazine capacity | 20, 30 rounds |
| Sighting range | 500 m |
| Range of effective fire | 460 m |

It was created by Armalite to meet the US Army requirement for a new assault rifle, chambered for a new intermediate cartridge. This rifle was designed by Eugene Stoner and designated as the Armalite Rifle 15, or AR-15 for short. It was based on the previous Armalite AR-10 rifle, chambered for 7.62x51 mm ammunition. However the AR-15 was scaled-down, extensively modified and used a new 5.56x45 mm (.223 Remington) ammunition. First Armalite AR-15 rifles were delivered to the US Army for testing in 1958. Initial tests revealed some reliability and accuracy problems. In 1959 due to financial problems all rights for the design of this rifle were sold to a Colt company. Later Eugene Stoner, designer of this rifle, left the Armalite company and joined the Colt company. The Colt company made some modifications to this weapon and in 1962 sent a batch of 1 000 AR-15 assault rifles to Vietnam for field trials and evaluation. In 1964 the US Army and US Air Force officially adopted this rifle as the M16. Shortly after this weapon was adopted by the military, Colt introduced a semi-automatic only version for civil customers and law enforcement forces and also used the AR-15 trademark for this weapon. Currently variants of this assault rifle are still in service with the US Military, as well as over 50 operators worldwide. It is still manufactured in USA, Canada and China.



EXPAND IMAGE

The US Army demanded for a very light weapon. So the M16 has a number of lightweight materials in order to save weight. It uses aluminum in place of steel, fiberglass construction in place of wood. Also it has an ergonomic design.



EXPAND IMAGE

The M16 is a gas operated, selective fire weapon, chambered for the 5.56x45 mm (.223 Remington) round. At the time of its introduction the M16 had many flaws, however many of them were fixed and this weapon is considered as one of the best assault rifles in the world. It is a reliable, accurate and comfortable to use weapon. Unfortunately the M16 can not match reliability of the famous AK-47 or AK-74. However the M16 has longer range and is much more accurate than AK- type assault rifles.



EXPAND IMAGE

First production models of the M16 had a relatively short effective range of only 450 meters. The main reason for this was an unstabilized bullet. Later models were adapted for a new round and have improved range and accuracy. One interesting feature about the M16 is its progressive design, as weapon's barrel is in the same axis with buttstock. This feature reduces muzzle climb and increases accuracy, as the recoil force is directed backwards, rather than upwards.



EXPAND IMAGE

The safety / fire mode selector switch is located on the left side of the receiver, above the pistol grip. It has three positions for "safe", "semi-auto" and "full-auto". A cocking handle is located at the rear of the receiver and does not reciprocate when the gun is fired. Ejection port is located on the right side.

The trigger guard was designed to fall down for shooting with gloves in cold weather. The intended tool to do that is the tip of the cartridge.

The original M16 rifles were fed from a box-shaped aluminum magazine, holding 20 rounds. New 30-round curved magazines were introduced in 1970.

Standard adjustable iron sights of the M16 are of diopter type. Range adjustments are made by rotating a rear knob. First production rifles had a sighting range of 500 meters.

This assault rifle has a solid buttstock. It is worth mentioning, that because of internal design this weapon can not be adapted for a folding stock. Alternatively a telescopic stock can be used.

The M16 and its variants are compatible with the M203 40 mm underbarrel grenade launcher, mounted in place of the standard handguard. A knife-bayonet can be attached. Some types of flash hiders can be used to cut barbed wire by placing the flash hider over the wire and firing.



Variants

M16A1 improved version of the original M16. It has been adopted by the US Army as a standard rifle in 1967.

M16A2 a variant of the previous M16A1, adapted for a new SS109 5.56x45 mm standard NATO round. This assault rifle has a heavier barrel and different rear sight. After the Vietnam War the US military examined use of their M16 assault rifles in combat. It was determined that firing on full-auto past 3 rounds largely resulted in a waste of ammunition. So a full-auto firing mode was replaced by a 3-round burst mode. Ejection port of the M16A2 has a spent case deflector. The M16A2 has been adopted by the US Army in 1982 and by the US Marine Corps in 1983. Soon it became the standard-issue rifle. Even though the M16A2 was eventually replaced by newer -A3 and -A4 versions, as well as M4 carbines, a number of these assault rifles remain in service with all branches of US military.



M16A3 improved version, fitted with Picatinny-type rail instead of the carrying handle, which accepts a variety of scopes. It comes with a detachable carrying handle with built-in sights Weapon's trigger mechanism has a semi- and full-auto modes only. Only a relatively small number of these assault rifles was adopted by the US Navy SEALs, US Navy Seabees, and some other units.

M16A4 similar to the M16A3, however has a three-round burst mode instead of the full-auto mode. It was adopted by the US Marine Corps in 1998 as a replacement for their M16A2. It became a standard-issue USMC weapon and was widely used up until 2015, when it was replaced by a more compact M4 carbine. Currently the M16A4 is still used by support and non-infantry marines.

M4 carbine, a shortened version of the M16A2, fitted with a telescopic buttstock. It was adopted by the US Army in 1994. Currently it is also a standard-issue weapon of the US Marine Corps.



Can't find what you're looking for? [                    ] [ Search ]


Please Read


Top 10 Assault Rifles


Top 10 Sniper Rifles

© ARG 2006 - 2022
www.Military-Today.com M16

## "Rapid Manual Trigger Manipulation (Rubber Band Assisted)"

The video "Rapid Manual Trigger Manipulation (Rubber Band Assisted)," referred to in the Declaration of Randolph Roth (Roth Decl. 33 n.110), is available at https://www.youtube.com/watch?v=PVfwFP_RwTQ.

# American Homicide Supplemental Volume (AHSV)

# Weapons (W)

Randolph Roth

October, 2009

A supplement to Randolph Roth, *American Homicide*
(The Belknap Press of Harvard University Press, 2009)

**Copyright Randolph Roth, 2009**

**Not for citation or quotation without permission of the author.**

Please note that this appendix is a working draft of material I plan to revise and publish in the future.  That is why it is not under the Creative Commons copyright.  The author reserves all rights to the material in this section of the AHSV.

**Table of Contents**

**The World**

Figure 1: National Homicide Rates versus Gun Ownership Rates, 1989-2002, by Region

**The United States since World War I**

Figure 2: Gun Use in Homicides by Region, 1919-1933 (victims ages 15 and older)

Figure 3: Gun Use in Suicides by Region, 1919-1933 (victims ages 15 and older)

Figure 4: Gun Use in Homicides by Region and Race, 1919-1933 (victims ages 15 and older)

Figure 5: Gun Use in Homicides versus Homicide Rate in the United States, 1919-1933 (victims ages 15 and older). Hawaii, Puerto Rico, and the Virgin Islands are included.

Figure 6: Gun Use in Homicides versus Homicide Rate in the United States, 1929-1933 (victims ages 15 and older). Hawaii, Puerto Rico, and the Virgin Islands are not included.

Figure 7:  Percent Gun Use in Homicides versus Percent Gun Use in Suicides in the United States, 1929-1933

Figure 8: Gun Use in Homicides in the United States by Region, 1919-1933 and 1976-2003

Figure 9: Gun Use and Homicide Type in the United States, 1976-2003

Figure 10: Household Ownership of Firearms by Region in the United States, 2001

Figure 11: Homicide Rate with Firearms versus Percentage of Households with Firearms, 1999-2005

Figure 12: Homicide Rate without Firearms versus Percentage of Households with Firearms, 1999-2005

Figure 13: Suicide Rate with Firearms versus Percentage of Households with Firearms, 1999-2005

Figure 14: Suicide Rate without Firearms versus Percentage of Households with Firearms, 1999-2005

**England**

Figure 15:  Weapons Use in Homicides in Middlesex County, England, 1549-1632

Figure 16:  Weapons Use in Homicides in Essex and Surrey Counties, England, 1559-1625

Figure 17:  Weapons Use in Homicides among Unrelated Men in England, 1549-1632

**The United States, 1770-1900**

Figure 18: Proportion of Handguns among Guns Used in Homicides

**The North**

New England, 1630-1797

>Figure 19: Gun Use in Homicides versus Homicide Rates among Unrelated European American Adults

>Figure 20: Weapons Use in Homicides among European American Adults in New England

>Figure 21: Gun Use and Homicide Type in Homicides among European American Adults in New England

>Figure 22: Weapons Use in Homicides of African Americans and Native Americans by European American Adults in New England

>Figure 23:  Gun Use and Homicide Type in Homicides among Native American Adults in New England, 1676-1797

New Netherlands, 1636-1656

>Figure 24: Weapons Use in Homicides among European American Adults

New Hampshire and Vermont, 1775-1900

>Figure 25: Gun Use in Homicides versus Homicide Rates among Unrelated Adults

>Figure 26: Gun Use and Homicide Type

>Figure 27: Gun Use in Homicides

>Figure 28: Weapons Use in Homicides

New York City, 1797-1900

>Figure 29: Gun Use in Homicides among Unrelated Adults versus Homicide Rate

>Figure 30: Gun Use and Homicide Type

>Figure 31: Gun Use in Homicides

Figure 32: Weapons Use in Homicides

Figure 33: Ethnicity and Weapons Use in Homicides

Ross and Holmes Counties, Ohio, 1798-1900

Figure 34: Gun Use in Homicides versus Homicide Rates among Unrelated Adults

Figure 35: Gun Use and Homicide Type

Figure 36: Gun Use in Homicides

Figure 37: Weapons Use in Homicides

Cuyahoga County, Ohio, 1822-1876

Figure 38: Gun Use in Homicides versus Homicide Rates among Unrelated Adults

Figure 39: Gun Use and Homicide Type

Figure 40: Gun Use in Homicides

Figure 41: Weapons Use in Homicides

Calhoun, Henderson, and Williamson Counties, Illinois, 1805-1900

Figure 42: Weapons Use in Homicides

Chicago, 1879-1885

Figure 43: Weapons Use in Homicides

Figure 44: Race, Ethnicity, and Gun Use in Homicides

The Northeast and the Midwest, 1847-1900

Figure 45: Race, Ethnicity, and Gun Use in Homicides among Unrelated Adults

Figure 46: Race, Ethnicity, and Gun Use in All Homicides

**The South**

Maryland, 1634-1762

>Figure 47: Gun Use in Homicides versus Homicide Rates among Unrelated European American Adults

>Figure 48: Gun Use in Homicides among European Americans

>Figure 49: Weapons Use in Homicides among European American Adults

>Figure 50: Weapons Use in Interracial Homicides among Adults

Virginia, 1785-1900

>Figure 51: Weapons Use in Homicides in Virginia, 1785-1880

>Figure 52: Weapons Use in Homicides in Virginia, 1881-1900

>Figure 53: Gun Use by Homicide Assailants in Virginia

Georgia and South Carolina, 1779-1900

>Figure 54: Weapons Use in Homicides of African Americans in Georgia and South Carolina

>Figure 55: Weapons Use in Homicides of European Americans in Georgia and South Carolina

>Figure 56: Gun Use by Homicide Assailants in Georgia and South Carolina

Florida, 1821-1861

>Figure 57: Weapons Use in Homicides in Florida by Race of Assailant

**The Trans-Mississippi West**

California, 1830-1900

      Figure 58: Gun Use in Homicides

      Figure 59: Weapons Use in Homicides in Seven California Counties, 1849-1899

      Figure 60: Gun Use and Homicide Type in Seven California Counties, 1849-1899

      Figure 61: Weapons Use in Homicides in Los Angeles, 1830-1900

      Figure 62:  Gun Use and Homicide Type in Los Angeles, 1830-1900

      Figure 63:  Weapons Use in Homicides in San Francisco, 1849-1900

      Figure 64:  Gun Use and Homicide Type in San Francisco, 1849-1900


Douglas County, Nebraska, Gila County, Arizona, and Las Animas County, Colorado, 1880-1900

      Figure 65: Weapons Use in Homicides

      Figure 66: Gun Use and Homicide Type

Arizona, California, Colorado, and Nebraska, 1830-1900

      Figure 67: Race, Ethnicity, and Weapons Use in Homicides

# The World

**Figure W 1**



Note: The data for Columbia, 1997, were excluded. It had a gun ownership rate of 18 percent and a homicide rate of 57 per 100,000 persons per year.

# The United States since World War I

**Sources**

      The main sources for studying gun use in homicides since World War I are the *Mortality Statistics of the United States* (1919-33), published by the Bureau of the Census, and the *Supplemental Homicide Reports* (1976-2003), compiled by the Federal Bureau of Investigation.  The *Mortality Statistics* do not distinguish among types of homicides, but the SHR's do.

      The main sources for studying gun ownership

**Figure W 2**



**Figure W 3**



**Figure W 4**



**Figure W 5**



**Figure W 6**



**Figure W 7**



**Figure W 8**

**Gun Use in Homicides in the United States by Region**

|                  | 1919-33 | 1976-2003 |
|------------------|---------|-----------|
| Alaska           | --      | .65       |
| Border States    | .76     | .72       |
| Deep South       | .73     | .72       |
| Hawaii           | .31     | .39       |
| Industrial States| .66     | .67       |
| Mountain States  | .76     | .62       |
| New England      | .53     | .56       |
| Northwest        | .71     | .57       |
| Prairie States   | .70     | .62       |
| Southwest        | .72     | .67       |
|                  |         |           |
| Total            |         | .69       |

Source: Bureau of the Census, Mortality Statistics of the United States (1919-33), and Federal Bureau of Investigation, Supplemental Homicide Reports (1976-2003).

**Figure W 9**

**Gun Use and Homicide Type in the United States, 1976-2003**

| | |
|---|---|
| Spouse | .69 |
| Ex-Spouse | .81 |
| Lover | .60 |
| Gay Relationship | .30 |
| Relative | .62 |
| Stranger | .71 |
| Known to Victim | .67 |
| Unknown Relationship | .72 |

Source: Federal Bureau of Investigation, Supplemental Homicide Reports.

**Figure W 10**



Note: Respondents who "refused to answer" whether they owned guns were assumed to be gun owners, and those who were "unsure" whether they owned guns were not included in the total number of respondents. Of the 421,334 persons who responded to the BRFSS survey, 15,424 refused to answer (3.7 percent) and 2,148 (0.5 percent) were unsure. The pattern of household ownership of firearms changes little when respondents who "refused to answer" are excluded from the analysis, except in the Mountain states, where 6.8 percent refused to answer.

The Behavioral Risk Factor Surveillance System (BRFSS) is a collaborative project of the Centers for Disease Control and Prevention (CDC), and U.S. states and territories. The BRFSS, administered and supported by CDC's Behavioral Surveillance Branch, is an on going data collection program designed to measure behavioral risk factors in the adult population 18 years of age or older living in households. The BRFSS was initiated in 1984, with 15 states collecting surveillance data on risk behaviors through monthly telephone interviews. The number of states participating in the survey increased, so that by 2001, 50 States, the District of Columbia, Puerto Rico, Guam, and the Virgin Islands were participating in the BRFSS. For details, see Centers for Disease Control and Prevention. Behavioral Risk Factor Surveillance System Users Guide. 1998.

**Figure W 11**



**Figure W 12**



**Figure W 13**



**Figure W 14**



# England

**Figure W 15**

**Weapons Use in Homicides in Middlesex County, England, 1549-1632**

|  | Household | Marital | Unrelated | Relative | All |
|---|---|---|---|---|---|
| Dagger | 0 | 0 | 21 | 0 | 21 |
| Sword | 1 | 0 | 94 | 0 | 95 |
| Other sharp | 0 | 4 | 23 | 0 | 27 |
| Pike | 1 | 0 | 2 | 0 | 3 |
| Blunt | 1 | 2 | 27 | 1 | 31 |
| Gun | 0 | 0 | 5 | 0 | 5 |
| Physical | 0 | 2 | 19 | 2 | 23 |
| Poison | 1 | 2 | 1 | 0 | 4 |
| Unknown | 0 | 0 | 12 | 1 | 13 |
|  |  |  |  |  |  |
| All | 4 | 10 | 204 | 4 | 222 |

Percentages

|  | Household | Marital | Unrelated | Relative | All |
|---|---|---|---|---|---|
| Dagger | 0.00 | 0.00 | 0.10 | 0.00 | 0.09 |
| Sword | 0.25 | 0.00 | 0.46 | 0.00 | 0.43 |
| Other sharp | 0.00 | 0.40 | 0.11 | 0.00 | 0.12 |
| Pike | 0.25 | 0.00 | 0.01 | 0.00 | 0.01 |
| Blunt | 0.25 | 0.20 | 0.13 | 0.25 | 0.14 |
| Gun | 0.00 | 0.00 | 0.02 | 0.00 | 0.02 |
| Physical | 0.00 | 0.20 | 0.09 | 0.50 | 0.10 |
| Poison | 0.25 | 0.20 | 0.00 | 0.00 | 0.02 |
| Unknown | 0.00 | 0.00 | 0.06 | 0.25 | 0.06 |

**Figure W 16**

**Weapons Use in Homicides in Essex and Surrey Counties, England, 1559-1625**

|  | Household | Marital | Unrelated | Relative | All |
|---|---|---|---|---|---|
| Dagger | 1 | 1 | 28 | 0 | 30 |
| Sword | 1 | 1 | 69 | 1 | 72 |
| Other sharp | 3 | 2 | 70 | 6 | 81 |
| Pike | 1 | 0 | 10 | 0 | 11 |
| Blunt | 10 | 2 | 84 | 5 | 101 |
| Gun | 0 | 0 | 2 | 0 | 2 |
| Physical | 6 | 7 | 38 | 3 | 54 |
| Poison | 1 | 6 | 2 | 2 | 11 |
| Unknown | 0 | 0 | 1 | 0 | 1 |
| All | 23 | 19 | 304 | 17 | 363 |

Percentages

|  | Household | Marital | Unrelated | Relative | All |
|---|---|---|---|---|---|
| Dagger | 0.04 | 0.05 | 0.09 | 0.00 | 0.08 |
| Sword | 0.04 | 0.05 | 0.23 | 0.06 | 0.20 |
| Other sharp | 0.13 | 0.11 | 0.23 | 0.35 | 0.22 |
| Pike | 0.04 | 0.00 | 0.03 | 0.00 | 0.03 |
| Blunt | 0.43 | 0.11 | 0.28 | 0.29 | 0.28 |
| Gun | 0.00 | 0.00 | 0.01 | 0.00 | 0.01 |
| Physical | 0.26 | 0.37 | 0.13 | 0.18 | 0.15 |
| Poison | 0.04 | 0.32 | 0.01 | 0.12 | 0.03 |
| Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Figure W 17**

**Weapons Use in Homicides among Unrelated Men
in England, 1549-1632**

|  | Middlesex, 1549-1632 | Essex and Surrey, 1559-1625 |
|---|---|---|
| Dagger | .12 | .10 |
| Sword | .53 | .24 |
| Other Sharp | .10 | .23 |
| Pike | .01 | .04 |
| Blunt | .13 | .28 |
| Gun | .02 | .01 |
| Physical | .07 | .10 |
| Poison | .00 | .00 |
| Unknown | .02 | .00 |
|  |  |  |
| N | 178 | 290 |

# United States, 1770-1900

**Figure W 18**

**Proportion of Handguns among Guns Used in Homicides**

|  | VT & NH | GA & SC | VA | OH | CA |
|---|---|---|---|---|---|
| 1770-1815[1] | .10 | .00 |  | .17 |  |
| 1816-1846 | .50 | .50 |  | -- |  |
| 1847-1865 | .35 | .65 |  | .58 | .84 |
| 1866-1880 | .74 | .67 | .78 | .91 | .73 |
| 1881-1900 | .72 | .74 | .75 | .89 | .77 |

NOTE:  The proportions are equal to the number of known handguns divided by the number of known handguns plus the number of known long guns.  The proportions are lower if guns of unspecified type are included in the denominator, but the trends in each jurisdiction are similar.

Cuyahoga County, Ohio:  The proportion cannot be calculated, 1822-46, because there were no gun homicides.  The proportions were .67, 1847-65, and 1.00, 1866-76.

Florida:  The proportion was .31 for white assailants, 1821-1861.  No black or Native American assailants were reported to have committed a homicide with a handgun.

Douglas County, Nebraska:  The proportion was .89, 1880-1900.

Las Animas County, Colorado:  The proportion was .94, 1880-1900.

Gila County, Arizona:  The proportion was.66, 1880-1900.

[1]  The data begin in 1770 in Vermont and New Hampshire, in 1790 in Georgia and South Carolina, in 1798 in Ohio, and in 1849 in California.  The data from Virginia do not distinguish adequately between handguns and other guns before the end of the Civil War, and no gun homicides occurred in Ross, Holmes, or Cuyahoga counties, Ohio, between 1816 and 1846.  There are no data yet available for Cuyahoga County, 1877-1900.

# The North

**New England, 1630-1797**

**Figure W 19**



**Figure W 20**

**Weapons Use in Homicides among European American Adults
in New England, 1630-1797**

|  | 1630-1675 | 1676-1769 | 1770-1787 | 1788-1797 |
|---|---|---|---|---|
| Gun | .36 | .13 | .46 | .20 |
| Sharp | .20 | .27 | .17 | .20 |
| Blunt | .16 | .24 | .12 | .28 |
| Physical | .28 | .33 | .23 | .32 |
| Poison | .00 | .03 | .02 | .00 |
| Whip | .00 | .00 | .00 | .00 |
| Number of Weapons Identified | 25 | 94 | 94 | 25 |
| Number of Weapons Not Identified | 5 | 11 | 5 | 1 |
| % Unknown Weapon | .17 | .10 | .05 | .04 |

Note:  Nine of the 24 known homicides among unrelated adults with known weapons,
1630-1675, were committed with guns (38 percent); 10 of 77, 1676-1769 (13 percent), 42
of 81, 1770-1787 (52 percent), and 4 of 19, 1788-1797 (21 percent).

**Figure W 21**

**Gun Use and Homicide Type in Homicides among European American Adults in New England, 1630-1797**

|                                     | Unrelated | Marital | Relative |
|-------------------------------------|-----------|---------|----------|
| Percent Homicides Committed with Guns | .34       | .00     | .20      |
| Number of Weapons Identified        | 194       | 24      | 20       |
| Number of Weapons Not Identified    | 18        | 3       | 1        |
| % Unknown Weapon                    | .08       | .11     | .05      |

**Figure W 22**

**Weapons Use in Homicides of African Americans and Native Americans by European American Adults in New England, 1676-1797**

|  | Black Victims | Native American Victims |
|---|---|---|
| Gun | .29 | .57 |
| Sharp | .00 | .17 |
| Blunt | .21 | .03 |
| Physical | .29 | .23 |
| Poison | .00 | .00 |
| Whip | .21 | .00 |
| Number of Weapons Identified | 14 | 36 |
| Number of Weapons Not Identified | 3 | 8 |
| % Unknown Weapon | .18 | .18 |

**Figure W 23**

**Gun Use and Homicide Type in Homicides among Native American Adults in New England, 1676-1797**

|  | Unrelated | Marital | Relative | Romance |
|---|---|---|---|---|
| Percent Homicides Committed with Guns | .14 | .13 | .00 | .50 |
| Number of Weapons Identified | 43 | 16 | 4 | 2 |
| Number of Weapons Not Identified | 9 | 1 | 2 | 0 |
| % Unknown Weapon | .17 | .06 | .33 | .00 |

Note:  There were only 5 known homicides of blacks by blacks in New England, 1676-1797.  Two were marital homicides and three were homicides of unrelated adults.  None were committed with guns.

# New Netherlands, 1636-1656

**Figure W 24**

**Weapons Use in Homicides among European American Adults
in New Netherlands, 1638-1656**

| | |
|---|---|
| Gun | .40 |
| Sharp | .20 |
| Blunt | .20 |
| Physical | .20 |
| Poison | .00 |
| Whip | .00 |
| | |
| Number of Weapons Identified | 5 |
| Number of Weapons Not Identified | 3 |
| | |
| % Unknown Weapon | .38 |

Note:  All known homicides in New Netherlands, 1638-1656, were among unrelated adults.

# New Hampshire and Vermont, 1775-1900

Compendium_Roth
Page 1378

**Figure W 25**



**Figure W 26**



**Figure W 27**

**Gun Use in Homicides in New Hampshire and Vermont, 1775-1900**

|  | 1775-1815 | 1816-1846 | 1847-1880 | 1881-1900 |
|---|---|---|---|---|
| Homicides among unrelated adults | .49 | .17 | .28 | .32 |
| Marital homicides | .06 | .06 | .11 | .40 |
| Homicides of Relatives | .07 | .07 | .28 | .29 |
| Romance homicides | -- | -- | .69 | .69 |
| All homicides | .40 | .14 | .26 | .35 |
| Number of Weapons Identified | 45 | 70 | 280 | 213 |
| Number of Weapons Not Identified | 4 | 5 | 12 | 3 |
| % Unidentified Weapons | .08 | .07 | .04 | .01 |

Note:  Does not include homicides of Native Americans.

**Figure W 28**

**Weapons Use in Homicides in New Hampshire and Vermont, 1775-1900**

| | 1798-1815 | 1816-1846 | 1847-1880 | 1881-1900 |
|---|---|---|---|---|
| Gun | .40 | .14 | .26 | .35 |
| Sharp | .16 | .21 | .25 | .18 |
| Blunt | .27 | .43 | .24 | .16 |
| Physical | .18 | .19 | .17 | .24 |
| Poison | .00 | .03 | .07 | .07 |
| | | | | |
| Number of weapons Identified | 45 | 70 | 280 | 213 |
| Number of weapons Not identified | 4 | 5 | 12 | 3 |

Note:  Does not include homicides of Native Americans.

# New York City, 1797-1874

The data are from Monkkonen (2001).  The data for 1797-1874 are from Monkkonen's data on individual homicides.  The data for 1797-1900 are from Monkkonen's data on annual homicides.

**Figure W 29**



**Figure W 30**



**Figure W 31**

**Gun Use in Homicides in New York City, 1797-1874**

|  | 1797-1815 | 1816-1846 | 1847-1865 | 1866-1874 |
|---|---|---|---|---|
| Homicides among unrelated adults | .16 | .05 | .21 | .25 |
| Spousal homicides | .00 | .00 | .10 | .15 |
| Homicides of relatives | .00 | .00 | .13 | .18 |
| Homicides of lovers[1] | -- | -- | .57 | .57 |
| All homicides | .13 | .05 | .20 | .25 |
| Number of weapons Identified | 75 | 279 | 919 | 437 |
| Number of weapons Not identified | 22 | 33 | 149 | 25 |

[1] Includes all homicides of lovers, 1797-1874.  N = 36. They are not included in the numbers of weapons identified and not identified. One weapon involved in the homicide of a lover could not be identified.

1797-1815: 22 weapons could not be identified, 2 in spouse homicides and 20 in non-family homicides.  N:  8 spouse, 3 family, 64 non-family.

1816-1846: 33 weapons could not be identified, 2 in spouse homicides and 31 in non-family homicides.  N:  41 spouse, 5 family, 233 non-family.

1847-1865: 149 weapons could not be identified, 12 in spouse homicides and 137 in non-family homicides.  N:  106 spouse, 30 family, 783 non-family.

1866:1874: Only 25 weapons could not be identified, all in non-family homicides.  N:  59 spouse, 11 family, 367 non-family.

**Figure W 32**

**Weapons Use in Homicides in New York City, 1797-1900**

|  | Gun | Knife | Poison | Other |
|---|---|---|---|---|
| 1797-1815 | .13 | .19 | .04 | .65 |
| 1816-1847 | .05 | .22 | .03 | .71 |
| 1848-1865 | .20 | .30 | .02 | .47 |
| 1866-1874 | .25 | .27 | .01 | .46 |
| 1875-1900 | .35 | .21 | -- | .44 |
| N | 867 | 772 | 37 | 1508 |

Note:  230 weapons could not be identified through 1874.

**Figure W 33**

**Ethnicity and Weapons Used in Homicides in New York City, 1797-1874**

| Ethnicity | Percent Homicides with Guns | |
|---|---|---|
| | 1797-1860 | 1861-1874 |
| Native-born White | .27 | .50 |
| German | .28 | .37 |
| Irish | .09 | .26 |
| Black | .03 | .26 |
| Italian | .00 | .21 |

Monkkonen (2001: 35).

**Ross and Holmes Counties, Ohio, 1798-1900**

**Figure W 34**



**Figure W 35**



Note:  There were only two romance homicides in these counties.  Guns were not used in either homicide.

**Figure W 36**

**Gun Use in Homicides in Ross and Holmes Counties,
Ohio, 1798-1900**

|  | 1798-1815 | 1816-1846 | 1847-1880 | 1881-1900 |
|---|---|---|---|---|
| Homicides among unrelated adults | .60 | .00 | .37 | .40 |
| Marital homicides | -- | .00 | .17 | .80 |
| Homicides of Relatives | -- | .00 | .20 | .40 |
| All homicides | .60 | .00 | .31 | .48 |
| | | | | |
| Number of weapons Identified | 10 | 16 | 51 | 25 |
| Number of weapons Not identified | 3 | 0 | 5 | 0 |

Note:  Does not include homicides of Native Americans.

**Figure W 37**

**Weapons Use in Homicides in Ross and Holmes Counties, Ohio, 1798-1900**

|  | 1798-1815 | 1816-1846 | 1847-1880 | 1881-1900 |
|---|---|---|---|---|
| Gun | .60 | .00 | .31 | .48 |
| Sharp | .10 | .31 | .22 | .24 |
| Blunt | .20 | .31 | .29 | .20 |
| Physical | .10 | .38 | .12 | .08 |
| Poison | .00 | .00 | .06 | .00 |
|  |  |  |  |  |
| Number of weapons Identified | 10 | 16 | 51 | 25 |
| Number of weapons Not identified | 3 | 0 | 5 | 0 |

Note:  Does not include homicides of Native Americans.

**Cuyahoga County, Ohio, 1822-1876**

**Figure W 38**



**Figure W 39**



**Figure W 40**

**Gun Use in Homicides in Cuyahoga County, Ohio, 1822-1876**

|  | 1822-1846 | 1847-1865 | 1866-1876 |
|---|---|---|---|
| Homicides among unrelated adults | .00 | .15 | .30 |
| Marital homicides | .00 | .09 | .27 |
| Homicides of Relatives | -- | -- | -- |
| Romance homicides | -- | -- | .67 |
| All homicides | .00 | .13 | .29 |
| Number of Weapons Identified | 6 | 67 | 65 |
| Number of Weapons Not Identified | 0 | 0 | 2 |
| % Unknown Weapons | .00 | .00 | .03 |

**Figure W 41**

**Weapons Use in Homicides in Cuyahoga County,
Ohio, 1822-1876**

|                                          | 1822-1846 | 1847-1865 | 1866-1876 |
|------------------------------------------|-----------|-----------|-----------|
| Gun                                      | .00       | .13       | .29       |
| Sharp                                    | .00       | .19       | .26       |
| Blunt                                    | .50       | .19       | .08       |
| Physical                                 | .33       | .33       | .23       |
| Poison                                   | .00       | .03       | .03       |
| Violence<br>(Blunt or Physical)          | .17       | .12       | .11       |
| Number of Weapons<br>Identified          | 6         | 67        | 65        |
| Number of Weapons<br>Not Identified      | 0         | 0         | 2         |
| % Unknown Weapons                        | .00       | .00       | .03       |

# Calhoun, Henderson, and Williamson Counties, Illinois, 1805-1900

**Figure W 42**

**Weapons Use in Homicides in Calhoun, Henderson, and Williamson Counties, Illinois, 1805-1900**

|  | 1805-1832 | 1833-1865[1] | 1866-1900 |
|---|---|---|---|
| Gun | .75 | .72 | .66 |
| Sharp | .13 | .07 | .19 |
| Blunt | .00 | .17 | .10 |
| Physical | .13 | .03 | .05 |
| Number of Weapons Identified | 9 | 38 | 66 |
| Number of Weapons Not Identified | 1 | 9 | 7 |
| % Unknown Weapons | .10 | .19 | .10 |

[1] Only 3 known homicides occurred from the end of the frontier period in 1832 to the Mexican War (1833-1846).  The weapon is known in only one of those homicides:  a knife.

**Chicago, 1879-1885**

**Figure W 43**

**Weapons Use in Homicides in Chicago, 1879-1885**

|  | Gun | Blunt | Physical | Sharp |
|---|---|---|---|---|
| Homicides among unrelated adults | .49 | .19 | .13 | .19 |
| Marital homicides | .48 | .03 | .24 | .26 |
| Homicides of Relatives | .63 | .13 | .13 | .13 |
| Romance homicides | .73 | .18 | .00 | .09 |
| All homicides | .51 | .16 | .14 | .19 |
| Number of Weapons Identified | 245 |  |  |  |
| Number of Weapons Not Identified | 1 |  |  |  |
| % Unknown Weapons | .00 |  |  |  |

Note:  A long gun was used in only one known case.  All other homicides with known weapons appear to have been committed with revolvers.

**Figure W 44**

**Race, Ethnicity, and Gun Use in Homicides in Chicago, 1879-1885**

All homicides

| | | |
|---|---|---|
| German or Dutch | .69 | 35 |
| English, Scots, or Welsh[1] | .55 | 100 |
| French | .50 | 2 |
| African American | .46 | 24 |
| Irish | .45 | 44 |
| Italian | .33 | 9 |
| Scandinavian | .33 | 3 |
| East European | .30 | 10 |
| Chinese | .00 | 2 |
| | | |
| Unknown assailant | .38 | 16 |

[1] One unknown weapon was used by a Scots assailant.

Homicides among unrelated adults

| | | |
|---|---|---|
| German or Dutch | .71 | 17 |
| English, Scots, or Welsh | .55 | 78 |
| Irish | .51 | 37 |
| French or French Canadian | .50 | 2 |
| African American | .41 | 17 |
| Scandinavian | .33 | 3 |
| East European | .25 | 8 |
| Italian | .25 | 8 |
| Chinese | .00 | 2 |
| | | |
| Unknown assailant | .38 | 16 |

# The Northeast and the Midwest, 1847-1900

**Figure W 45**

**Race, Ethnicity, and Gun Use in Homicides among Unrelated Adults in the Northeast and Midwest, 1847-1900[1]**

|  | Guns | Known Weapons | Percentage Gun Use |
|---|---|---|---|
| German or Dutch | 24 | 48 | .50 |
| English, Scots, or Welsh | 156 | 340 | .46 |
| Italian | 5 | 14 | .36 |
| African American | 11 | 31 | .35 |
| East European | 3 | 9 | .33 |
| French | 11 | 35 | .31 |
| Unknown assailant | 33 | 107 | .31 |
| Scandinavian | 2 | 7 | .29 |
| Irish | 33 | 118 | .28 |
| Chinese | 0 | 2 | .00 |
| All[2] | 278 | 711 | .39 |

[1] Includes data from New Hampshire and Vermont; Chicago; Calhoun, Henderson, and Williamson counties, Illinois; and Cuyahoga, Holmes, and Ross counties, Ohio.

[2] Gun use in family and intimate homicides was nearly identical:  34 percent.

**Figure W 46**

**Race, Ethnicity, and Gun Use in All Homicides
in the Northeast and Midwest, 1847-1900**[1]

|  | Guns | Known Weapons | Percentage Gun Use |
|---|---|---|---|
| German or Dutch | 39 | 80 | .49 |
| English, Scots, or Welsh | 233 | 543 | .43 |
| Italian | 6 | 15 | .40 |
| African American | 17 | 47 | .36 |
| Eastern European | 5 | 14 | .36 |
| French | 15 | 49 | .31 |
| Unknown assailant | 33 | 108 | .31 |
| Scandinavian | 2 | 7 | .29 |
| Irish | 38 | 167 | .23 |
| Chinese | 0 | 2 | .00 |
| All | 388 | 1032 | .38 |

[1] Includes data from New Hampshire and Vermont; Chicago; Calhoun, Henderson, and Williamson counties, Illinois; and Cuyahoga, Holmes, and Ross counties, Ohio.

# The South

# Maryland, 1635-1762

**Figure W 47**



**Gun Use in Homicides versus Homicide Rates among Unrelated European American Adults in Maryland, 1635-1762**

The homicide rate among unrelated European American adults was 405.8 per 100,000 adults per year, 1635-1655.

**Figure W 48**

**Gun Use in Homicides among European Americans in Maryland, 1635-1762**

|  | 1635-1675 | 1676-1762 |
|---|---|---|
| Homicides among unrelated adults | .40 | .11 |
| Marital homicides | .00 | .00 |
| Homicides of Relatives | -- | .00 |
| Romance homicides | -- | -- |
| All homicides | .40 | .10 |
| Number of Weapons Identified | 43 | 79 |
| Number of Weapons Not Identified | 14 | 19 |
| % Unknown Weapons | .25 | .19 |

Note: Assumes that only half of the twenty victims of political homicide in 1655 were killed by firearms. If all were killed with firearms, the proportion of victims of homicides among unrelated adults who were killed by guns, 1634-75, would have been 64 percent. Seventeen (or the higher figure of 27) of the 42 known homicides among unrelated adults with known weapons, 1635-1675, were committed with guns (40 percent); 8 of 71, 1676-1762 (11 percent).

**Figure W 49**

**Weapons Use in Homicides among European American Adults
in Maryland, 1635-1762**

|  | 1635-1675 | 1676-1762 |
|---|---|---|
| Gun | .63 | .10 |
| Sharp | .05 | .23 |
| Blunt | .19 | .38 |
| Physical | .07 | .28 |
| Poison | .00 | .01 |
| Whip | .07 | .00 |
| Number of Weapons Identified | 43 | 79 |
| Number of Weapons Not Identified | 14 | 19 |
| % Unknown Weapon | .25 | .19 |

**Figure W 50**

**Weapons Use in Interracial Homicides among Adults in Maryland, 1635-1762**

|  | European Assailant/ African Victim | African Assailant/ European Victim |
|---|---|---|
| Gun | .08 | .21 |
| Sharp | .25 | .21 |
| Blunt | .50 | .29 |
| Physical | .08 | .29 |
| Poison | .00 | .00 |
| Whip | .08 | .00 |
| Number of Weapons Identified | 12 | 14 |
| Number of Weapons Not Identified | 1 | 5 |
| % Unknown Weapon | .08 | .26 |

**Virginia, 1785-1900**

**Figure W 51**

**Weapons Use in Homicides in Virginia, 1785-1880**

Percent used by assailants who were

|  | African American | European American | Unknown |
|---|---|---|---|
| **African American victims** | | | |
| Gun | .11 | .41 | .60 |
| Sharp | .36 | .09 | .00 |
| Whip | .00 | .19 | .00 |
| Other | .53 | .31 | .40 |
| Number of weapons Identified | 28 | 32 | 10 |
| Number of weapons Not identified | 4 | 2 | 3 |
| **European American victims** | | | |
| Gun | .00 | .33 | .00 |
| Sharp | .30 | .33 | .50 |
| Whip | .00 | .00 | .00 |
| Other | .70 | .35 | .50 |
| Number of weapons Identified | 10 | 40 | 2 |
| Number of weapons Not identified | 2 | 8 | 3 |

**Figure W 52**

**Weapons Use in Homicides in Virginia, 1881-1900**

Percent used by assailants who were

|  | African American | European American | Unknown |
|---|---|---|---|
| **African American victims** | | | |
| Gun | .57 | .33 | 1.00 |
| Knife | .00 | .00 | .00 |
| Other | .43 | .67 | .00 |
| Number of weapons Identified | 7 | 6 | 1 |
| Number of weapons Not identified | 4 | 0 | 0 |
| **European American victims** | | | |
| Gun | .20 | .71 | 1.00 |
| Knife | .00 | .12 | .00 |
| Other | .80 | .17 | .00 |
| Number of weapons Identified | 5 | 17 | 1 |
| Number of weapons Not identified | 0 | 0 | 0 |

Note:  The race of the assailant could not be identified in 10 cases.  The weapon is unknown in 6 of those cases.  Three of the four known weapons were guns.  One of the gun victims was black, the other two of unknown race.

**Figure W 53**

**Gun Use by Homicide Assailants in Virginia, 1785-1900**

Percent used by assailants who were

|  | African American | European American | Unknown |
|---|---|---|---|
| 1785-1880 | .08 | .36 | .50 |
| Known weapons | 38 | 72 | 12 |
| 1881-1900[1] | .46 | .61 | .80 |
| Known weapons | 13 | 23 | 5 |

[1] Includes victims of unknown race.

**Georgia and South Carolina, 1779-1900**

**Figure W 54**

**Weapons Use in Homicides of African Americans
in Georgia and South Carolina, 1779-1900**

Percent used by assailants who were

|  | African American | European American | Unknown |
|---|---|---|---|
| **1779-1863** | | | |
| Gun | .00 | .32 | - |
| Knife | .25 | .11 | - |
| Whip | .00 | .32 | - |
| Other | .75 | .26 | - |
| Number of weapons Identified | 16 | 38 | 0 |
| **1864-1900** | | | |
| Gun | .57 | .77 | .80 |
| Knife | .11 | .10 | .20 |
| Whip | .00 | .00 | .00 |
| Other | .33 | .13 | .00 |
| Number of weapons Identified | 46 | 30 | 5 |

**Figure W 55**

**Weapons Use in Homicides of European Americans
in Georgia and South Carolina, 1779-1900**

Percent used by assailants who were

|  | African American | European American | Unknown |
|---|---|---|---|
| **1779-1863** | | | |
| Gun | .17 | .41 | .50 |
| Knife | .08 | .26 | .25 |
| Whip | .00 | .00 | .00 |
| Other | .75 | .33 | .25 |
| Number of weapons Identified | 12 | 70 | 4 |
| **1864-1900** | | | |
| Gun | .56 | .82 | .83 |
| Knife | .33 | .04 | .00 |
| Whip | .00 | .00 | .00 |
| Other | .11 | .14 | .17 |
| Number of weapons Identified | 9 | 82 | 6 |

**Figure W 56**

**Gun Use by Homicide Assailants in Georgia and South Carolina, 1779-1900**

Percent used by assailants who were

|  | African American | European American | Unknown |
|---|---|---|---|
| 1779-1863 | .07 | .38 | .50 |
|    Known weapons | 28 | 108 | 4 |
| 1864-1900 | .57 | .80 | .82 |
|    Known weapons | 54 | 112 | 11 |

**Florida, 1821-1861**

**Figure W 57**

**Weapons Use in Homicides in Florida by Race of Assailant, 1821-1861**

|  | Black | Native American | White |
|---|---|---|---|
| Gun | .30 | 1.00 | .44 |
| Sharp | .39 | .00 | .19 |
| Blunt | .26 | .00 | .11 |
| Physical | .04 | .00 | .04 |
| Poison | .00 | .00 | .00 |
| Whip | .00 | .00 | .03 |
| Hanged | .00 | .00 | .19 |
| Number of Weapons Identified | 23 | 6 | 163 |
| Number of Weapons Not Identified | 27 | 4 | 172 |
| % Unknown Weapon | .54 | .40 | .51 |

Note: Fifty-five percent of victims of white assailants who were not hanged were killed with guns.

# The Trans-Mississippi West

**California, 1830-1900**

**Figure W 58**



**Figure W 59**

**Weapons Use in Homicides in Seven California Counties, 1849-1899**

|           | Gun | Sharp | Blunt | Physical | Poison |
|-----------|-----|-------|-------|----------|--------|
| 1849-1865 | .50 | .32   | .07   | .11      | .00    |
| 1866-1880 | .59 | .26   | .10   | .03      | .02    |
| 1881-1899 | .65 | .19   | .09   | .06      | .01    |
| All       | .57 | .26   | .08   | .08      | .01    |
| Known weapons | 693 | 318 | 101 | 91 | 10 |

|           | Proportion of guns of known type that were handguns | Proportion of all guns that were known handguns |
|-----------|------|------|
| 1849-1865 | .84  | .76  |
| 1866-1880 | .73  | .66  |
| 1881-1900 | .77  | .74  |

Note:  Weapons could not be identified in 172 of 681 homicides (25 percent), 1849-1865; in 84 of 379 homicides (22 percent), 1866-1880; and in 66 of 475 homicides (14 percent), 1881-1899.

Source: McKanna (2002). Includes Calaveras, Sacramento, San Diego, San Joaquin, San Luis Obispo, Santa Barbara, and Tuolomne counties.

**Figure W 60**

**Gun Use and Homicide Type in Seven California Counties, 1849-1899**

|                                  | Percent with guns | Homicides with known weapons | Percent with unknown weapons |
|----------------------------------|-------------------|------------------------------|------------------------------|
| Homicides among unrelated adults | .57               | 1138                         | .22                          |
| Family and intimate homicides    | .67               | 75                           | .06                          |
| All homicides                    | .57               | 1213                         | .21                          |

Source: McKanna (2002). Includes Calaveras, Sacramento, San Diego, San Joaquin, San Luis Obispo, Santa Barbara, and Tuolomne counties.

**Figure W 61**

**Weapons Use in Homicides in Los Angeles, 1830-1900**

|  | Gun | Sharp | Blunt | Physical | Poison |
|---|---|---|---|---|---|
| 1830-1846 | .13 | .56 | .00 | .31 | .00 |
| 1847-1865 | .55 | .29 | .07 | .09 | .00 |
| 1866-1880 | .62 | .20 | .07 | .11 | .00 |
| 1881-1900 | .63 | .15 | .07 | .13 | .02 |
| All | .59 | .21 | .07 | .12 | .01 |
| Known weapons | 274 | 97 | 33 | 57 | 5 |

Note:  Weapons could not be identified in 17 of 33 homicides (52 percent), 1830-1846; in 133 of 246 homicides (54 percent), 1847-1865; in 102 of 183 homicides (56 percent), 1866-1880; and in 38 of 294 homicides (13 percent), 1881-1900.

Source: Monkkonen (2005).

**Figure W 62**

**Gun Use and Homicide Type in Los Angeles, 1830-1900**

|  | Percent with guns | Homicides with known weapons | Percent with unknown weapons |
|---|---|---|---|
| Homicides among unrelated adults | .57 | 410 | .41 |
| Marital homicides | .77 | 39 | .13 |
| Homicides of relatives | .91 | 11 | .21 |
| Romance homicides | .33 | 6 | .14 |
| All homicides | .59 | 466 | .38 |

Source: Monkkonen (2005).

**Figure W 63**

**Weapons Use in Homicides in San Francisco, 1849-1900**

|  | Gun | Sharp | Blunt | Physical | Poison |
|---|---|---|---|---|---|
| 1849-1865 | .40 | .43 | .06 | .10 | .02 |
| 1866-1880 | .47 | .40 | .07 | .06 | .01 |
| 1881-1900 | .60 | .22 | .08 | .09 | .01 |
| All | .52 | .32 | .07 | .08 | .01 |
|  |  |  |  |  |  |
| Known weapons | 438 | 267 | 60 | 67 | 11 |

Note:  Weapons could not be identified in 46 of 222 homicides (21 percent), 1849-1865; in 55 of 302 homicides (18 percent), 1866-1880; and in 92 of 512 homicides (18 percent), 1881-1900.

Source: Mullin (2005).

**Figure W 64**

**Gun Use and Homicide Type in San Francisco, 1849-1900**

|  | Percent with guns | Homicides with known weapons | Percent with unknown weapons |
|---|---|---|---|
| Homicides among unrelated adults | .50 | 684 | .20 |
| Marital homicides | .61 | 85 | .15 |
| Homicides of relatives | .38 | 22 | .08 |
| Romance homicides | .63 | 52 | .09 |
| All homicides | .52 | 843 | .19 |

Source: Mullin (2005).

**Douglas County, Nebraska**
**Gila County, Arizona**
**Las Animas County, Colorado**
**1880-1900**

**Figure W 65**

**Weapons Use in Homicides
in Arizona, Colorado, and Nebraska, 1880-1900**

|  | Gun | Sharp | Blunt | Physical | Poison |
|---|---|---|---|---|---|
| Douglas county, Nebraska | .63 | .10 | .17 | .10 | .00 |
| Las Animas County, Colorado | .66 | .21 | .09 | .02 | .02 |
| Gila County, Arizona | .82 | .09 | .04 | .04 | .00 |
| All homicides | .70 | .12 | .11 | .06 | .00 |

Proportion of Guns Used That Were Known Handguns:

| | |
|---|---|
| Douglas County, Nebraska | .89 |
| Las Animas County, Colorado | .94 |
| Gila County, Arizona | .66 |

Note:  1 of 106 weapons in Douglas County, Nebraska, could not be identified, 26 of 73 in Las Animas County, Colorado, and 9 of 77 in Gila County, Arizona.

Source:  McKanna (1997).

**Figure W 66**

**Gun Use and Homicide Type in Arizona, Colorado, and Nebraska, 1880-1900**

|  | Percent with guns | Homicides with known weapons | Percent with unknown weapons |
|---|---|---|---|
| Homicides among unrelated adults | .67 | 181 | .17 |
| Family and intimate homicides | .82 | 39 | .00 |
| All homicides | .70 | 220 | .14 |

Source: McKanna (1997).

**Arizona, California, Colorado, and Nebraska, 1830-1900**

**Figure W 67**

**Race, Ethnicity, and Gun Use in Homicides in Arizona, California, Colorado, and Nebraska, 1830-1900**

|  | Percent with guns | Homicides with known weapons | Percent with unknown weapons |
|---|---|---|---|
| White, Non-Hispanic | .62 | 1683 | .19 |
| Asian | .55 | 265 | .20 |
| Hispanic | .53 | 320 | .34 |
| African American | .52 | 50 | .07 |
| Native American | .46 | 135 | .30 |
| Unknown | .40 | 289 | .35 |
| All | .57 | 2742 | .23 |

Source: McKanna (1997, 2002), Monkkonen (2005), and Mullin (2005).

**TC 3-22.9**

## Rifle and Carbine

# MAY 2016

**Distribution Restriction: Approved for public release; distribution is unlimited.**

*This publication supersedes FM 3-22.9, 12 August 2008.

## Headquarters, Department of the Army

**This publication is available at the Army Publishing Directorate site (http://www.apd.army.mil), and the Central Army Registry site (https://atiam.train.army.mil/catalog/dashboard).**

**TC 3-22.9, C3**

Change 3

Headquarters
Department of the Army
Washington, DC, 20 November 2019

# Rifle and Carbine

1.   Change TC 3-22.9, 13 May 2016, as follows:

   **Remove old pages:**                        **Insert new pages:**
   iii through x                                iii through ix
   1-1 through 1-9                              1-1 through 1-13
   F-1 through F-22                             F-1 through F-10
   References-1 through References-2            References-1 through References-2
   Index-1                                      Index-1

2.   A triangle ( $\triangle$ ) marks new or changed material.

3.   File this transmittal sheet in front of the publication.

**DISTRIBUTION RESTRICTION:** Approved for public release; distribution is unlimited.

**TC 3-22.9**
**20 November 2019**

By Order of the Secretary of the Army:

**JAMES C. MCCONVILLE**
*General, United States Army*
*Chief of Staff*

Official:

**KATHLEEN S. MILLER**
*Administrative Assistant*
*to the Secretary of the Army*
1931911

**DISTRIBUTION:**
*Active Army, Army National Guard, and United States Army Reserve:* To  be  distributed in accordance with the initial distrubution number (IDN) 110187, requirements for TC 3-22.9.

**PIN: 106419-003**

**TC 3-22.9, C2**

Change 2

Headquarters
Department of the Army
Washington, DC, 31 August 2017

# Rifle and Carbine

1.   Change TC 3-22.9, 13 May 2016, as follows:

| **Remove old pages:** | **Insert new pages:** |
|---|---|
| cover | cover |
| i through x | i through x |
| 3-7 through 3-8 | 3-7 through 3-8 |
| 3-15 through 3-16 | 3-15 through 3-16 |
| 8-11 through 8-12 | 8-11 through 8-12 |
| E-5 through E-6 | E-5 through E-6 |
| F-11 through F-12 | F-11 through F-12 |
|  | G-1 through G-10 |
| Glossary-3 | Glossary-3 |
| References-1 to References-2 | H-References-1 to References-2 |

2.   A star ( &#9671; ) marks new or changed material.

3.   File this transmittal sheet in front of the publication.

**DISTRIBUTION RESTRICTION:** Approved for public release, distribution is unlimited.

**TC 3-22.9, C2**
31 August 2017

By Order of the Secretary of the Army:

**MARK A. MILLEY**
*General, United States Army*
*Chief of Staff*

Official:

**GERALD B. O'KEEFE**
*Administrative Assistant to the*
*Secretary of the Army*
1723501

**DISTRIBUTION:**
*Active Army, Army National Guard, and U.S. Army Reserve.* To be distributed in
accordance with the initial distribution number (IDN) 110187, requirements for
TC 3-22.9.

**PIN: 106419-002**

This page intentionally left blank.

TC 3-22.9, C1

Change 1

Headquarters
Department of the Army
Washington, DC, 10 January 2017

# Rifle and Carbine

1.    Change TC 3-22.9, 13 May 2016, as follows:

| **Remove old pages:** | **Insert new pages:** |
|---|---|
| iii through viii | iii through viii |
| 3-13 through 3-14 | 3-13 through 3-14 |
| 3-15 through 3-16 | 3-15 through 3-16 |
| 7-7 through 7-20 | 7-7 through 7-20 |
| 8-1 through 8-2 | 8-1 through 8-2 |
| A-9 through A-10 | A-9 through A-10 |
|  | F-1 through F-22 |
|  |  |
| References-2 to References-3 | References-2 to References-3 |
| Index-1 to Index-2 | Index-1 to Index-2 |

2.    A bar (|) marks new or changed material.

3.    File this transmittal sheet in front of the publication.

**DISTRIBUTION RESTRICTION A:** Approved for public release; distribution is unlimited.

**DESTRUCTION NOTICE:** Destroy by any method that will prevent disclosure of contents or reconstruction of the document.

**TC 3-22.9, C1**
10 January 2017

By Order of the Secretary of the Army:

**MARK A. MILLEY**
*General, United States Army*
*Chief of Staff*

Official:

**GERALD B. O'KEEFE**
*Administrative Assistant to the*
*Secretary of the Army*
1612002

**DISTRIBUTION:**
*Active Army, Army National Guard, and U.S. Army Reserve.* To be distributed in accordance with the initial distribution number (IDN) 110187, requirements for TC 3-22.9.

**106419-001**

This page intentionally left blank.

TC 3-22.9 (FM 3-22.9)

*Training Circular
No. 3-22.9

Headquarters
Department of the Army
Washington, DC, 13 May 2016

# Rifle and Carbine

# Contents

| | | Page |
|---|---|---|
| | PREFACE | viii |
| | INTRODUCTION | ix |
| Chapter 1 | OVERVIEW | 1-1 |
| | Safe Weapons Handling | 1-2 |
| | Rules of Firearms Safety | 1-2 |
| | Weapon Safety Status | 1-4 |
| | Weapons Control Status | 1-10 |
| | Overmatch | 1-10 |
| Chapter 2 | RIFLE AND CARBINE PRINCIPLES OF OPERATION | 2-1 |
| | Army Standard Service Rifle | 2-1 |
| | Upper Receiver | 2-2 |
| | Lower Receiver | 2-3 |
| | Cycle of Function | 2-4 |
| | Cooling | 2-13 |
| Chapter 3 | AIMING DEVICES | 3-1 |
| | Units of Angular Measurement | 3-2 |
| | Optics | 3-8 |
| | Thermal Sights | 3-15 |
| | Pointers / Illuminators / Lasers | 3-19 |
| Chapter 4 | MOUNTABLE EQUIPMENT | 4-1 |
| | Adaptive Rail System | 4-1 |
| | Mountable Weapons | 4-2 |
| | Mountable Aiming Devices | 4-4 |
| | Mountable Accessories | 4-5 |

**Distribution Restriction: Approved for public release, distribution is unlimited.**

**\*This publication supersedes FM 3-22.9, 12 August 2008.**

i

Contents

| Chapter 5 | **EMPLOYMENT** | **5-1** |
| | Shot Process | 5-2 |
| | Functional Elements of the Shot Process | 5-3 |
| | Target Acquisition | 5-4 |
| Chapter 6 | **STABILITY** | **6-1** |
| | Support | 6-1 |
| | Muscle Relaxation | 6-4 |
| | Natural Point of Aim | 6-4 |
| | Recoil Management | 6-5 |
| | Shooter–Gun Angle | 6-5 |
| | Field of View | 6-5 |
| | Carry Positions | 6-6 |
| | Stabilized Firing | 6-13 |
| | Firing Positions | 6-15 |
| Chapter 7 | **AIM** | **7-1** |
| | Common Engagements | 7-1 |
| | Common Aiming Errors | 7-5 |
| | Complex Engagements | 7-6 |
| | Target Conditions | 7-10 |
| | Environmental Conditions | 7-16 |
| Chapter 8 | **CONTROL** | **8-1** |
| | Trigger Control | 8-2 |
| | Breathing Control | 8-4 |
| | Workspace Management | 8-4 |
| | Calling the Shot | 8-5 |
| | Rate of fire | 8-6 |
| | Follow-Through | 8-7 |
| | Malfunctions | 8-8 |
| | Transition to Secondary Weapon | 8-14 |
| Chapter 9 | **MOVEMENT** | **9-1** |
| | Movement Techniques | 9-1 |
| | Forward Movement | 9-2 |
| | Retrograde Movement | 9-2 |
| | Lateral Movement | 9-3 |
| | Turning Movement | 9-4 |
| Appendix A | **AMMUNITION** | **A-1** |
| Appendix B | **BALLISTICS** | **B-1** |
| Appendix C | **COMPLEX ENGAGEMENTS** | **C-1** |
| Appendix D | **DRILLS** | **D-1** |
| Appendix E | **ZEROING** | **E-1** |

Compendium_Roth
Page 1449

**Contents**

⚠ **Appendix F  10-METER BORESIGHT OFFSETS AND  25-METER ZERO**

Glossary ....................................................................Glossary-1

References ........................................................... References-1

Index ...............................................................................Index-1

# Figures

Figure 1-1. Employment skills ................................................................. 1-1

Figure 1-2. Small unit range overmatch ............................................... 1-12

Figure 2-1. Upper receiver..................................................................... 2-2

Figure 2-2. Lower receiver..................................................................... 2-3

Figure 2-3. Feeding example.................................................................. 2-5

Figure 2-4. Chambering example........................................................... 2-6

Figure 2-5. Locking example ................................................................. 2-7

Figure 2-6. Firing example..................................................................... 2-8

Figure 2-7. Unlocking example.............................................................. 2-9

Figure 2-8. Extraction example ........................................................... 2-10

Figure 2-9. Ejection example .............................................................. 2-11

Figure 2-10. Cocking example ............................................................. 2-12

Figure 3-1. Minute of angle example.................................................... 3-2

Figure 3-2. Mil example ........................................................................ 3-3

Figure 3-3. Close combat optic / Rifle combat optic reticle /
Thermal reticle examples................................................... 3-4

Figure 3-4. Stadia reticle example ....................................................... 3-5

Figure 3-5. Electromagnetic spectrum ................................................. 3-7

Figure 3-6. Carrying handle with iron sight example ............................ 3-9

Figure 3-7. Back up iron sight ............................................................ 3-10

Figure 3-8. CCO Reticle, Comp M2 examples ................................... 3-12

Figure 3-9. RCO reticle example ........................................................ 3-14

Figure 3-10. Thermal weapon sight example ..................................... 3-15

Figure 3-11. Weapon thermal sights by version................................. 3-17

Figure 3-12. Thermal weapons sight, narrow field of view reticle
example.......................................................................... 3-18

Figure 3-13. Thermal weapons sight, wide field of view reticle
example.......................................................................... 3-18

**Contents**

Figure 3-14. AN/PEQ-2 ...................................................................3-21

Figure 3-15. AN/PEQ-15, ATPIAL ................................................3-23

Figure 3-16. AN/PEQ-15A, DBAL-A2 ...........................................3-25

Figure 3-17. AN/PSQ-23, STORM.................................................3-27

Figure 4-1. M320 attached to M4 series carbine example....................4-2

Figure 4-2. M203 grenade launcher example ........................................4-2

Figure 4-3. M26 shotgun example ..........................................................4-3

Figure 4-4. Bipod example ......................................................................4-5

Figure 4-5. Vertical foregrip example ....................................................4-6

Figure 6-1. Stock weld .............................................................................6-4

Figure 6-2. Hang carry example .............................................................6-7

Figure 6-3. Safe hang example................................................................6-8

Figure 6-4. Collapsed low ready example...............................................6-9

Figure 6-5. Low ready position ..............................................................6-10

Figure 6-6. High ready position .............................................................6-11

Figure 6-7. Ready position or up position .............................................6-12

Figure 6-8. Firing position stability example........................................6-14

Figure 6-9. Standing, unsupported example.........................................6-16

Figure 6-10. Standing, supported example ...........................................6-17

Figure 6-11. Squatting position .............................................................6-18

Figure 6-12. Kneeling, unsupported example .......................................6-19

Figure 6-13. Kneeling, supported example ...........................................6-20

Figure 6-14. Sitting position—crossed ankle .......................................6-21

Figure 6-15. Sitting position—crossed-leg ...........................................6-22

Figure 6-16. Sitting position—open leg ................................................6-23

Figure 6-17. Prone, unsupported example ............................................6-24

Figure 6-18. Prone, supported example ................................................6-25

Figure 6-19. Prone, roll-over example ...................................................6-26

Figure 6-20. Reverse roll-over prone firing position.............................6-27

Figure 7-1. Horizontal weapon orientation example .............................7-2

Figure 7-2. Vertical weapons orientation example.................................7-3

Figure 7-3. Front sight post/reticle aim focus.........................................7-4

Figure 7-4. Immediate hold locations for windage and lead example ...........................................................................................7-8

Figure 7-5. Immediate hold locations for elevation (range) example.....7-9

Compendium_Roth
Page 1451

**Contents**

Figure 7-6. Front sight post method example......................................7-11
Figure 7-7. Immediate holds for range to target.................................7-13
Figure 7-8. Immediate holds for moving targets example...................7-14
Figure 7-9. Oblique target example....................................................7-15
Figure 7-10. Wind value......................................................................7-17
Figure 7-11. Wind effects....................................................................7-18
Figure 7-12. Wind hold example.........................................................7-19
Figure 8-1. Arc of movement example..................................................8-2
Figure 8-2. Natural trigger finger placement.........................................8-3
Figure 8-3. Workspace example............................................................8-5
Figure 8-4. Malfunction corrective action flow chart............................8-12
Figure A-1. Small arms ammunition cartridges.....................................A-1
Figure A-2. Cartridge case....................................................................A-2
Figure A-3. Propellant............................................................................A-3
Figure A-4. 5.56mm primer detail.........................................................A-4
Figure A-5. Bullet example, Armor-piercing cartridge..........................A-5
Figure A-6. Ball cartridge......................................................................A-6
Figure A-7. Ball with tracer cartridge....................................................A-6
Figure A-8. Armor-piercing cartridge....................................................A-7
Figure A-9. Short range training ammunition cartridge.........................A-7
Figure A-10. Blank cartridge.................................................................A-8
Figure A-11. Close combat mission capability kit cartridge..................A-8
Figure A-12. Dummy cartridge..............................................................A-9
Figure B-1. Internal ballistic terms.......................................................B-2
Figure B-2. External ballistic terms......................................................B-3
Figure B-3. Trajectory...........................................................................B-4
Figure B-4. Lethal zone example........................................................B-11
Figure C-1. Mil Relation Formula example...........................................C-2
Figure C-2. Standard dismount threat dimensions example.................C-3
Figure C-3. RCO range determination using the bullet drop compensator reticle...................................................................C-4
Figure C-4. Reticle relationship using a stadiametric reticle example...................................................................C-5
Figure C-5. Deliberate lead formula example.......................................C-7

Compendium_Roth
Page 1452

Contents

Figure C-6. Deliberate trapping method example ................................. C-8

Figure C-7. Oblique target example ..................................................... C-9

Figure C-8. Wind value ........................................................................ C-11

Figure C-9. Wind effects ...................................................................... C-12

Figure C-10. Wind formula and ballistics chart example ................... C-14

Figure C-11. Hold-off example ............................................................ C-15

Figure C-12. Quick high angle formula example................................. C-17

Figure C-13. Compound wind and lead determination example......... C-18

Figure E-1. Wind effects on zero at 300 meters ................................. E-3

Figure E-2. M16A2 / M16A4 weapons 25m zero target....................... E-5

Figure E-3. M4-/M16-series weapons 25m zero short range and
          pistol marksmanship target................................................ E-6

Figure E-4. Grouping............................................................................ E-7

Figure E-5. Marking shot groups.......................................................... E-8

Figure E-6a. Horizontal diagnostic shots ............................................ E-12

Figure E-6b. Vertical diagnostic shots ................................................ E-13

Figure F-1. 10-meter target offset symbols ......................................... F-2

Figure F-2. Blank 10-meter target offset ............................................. F-3

Figure F-3. M16A2 10-meter boresighting target................................. F-4

Figure F-4. 300-meter zero of the advanced combat optical
          gunsight ............................................................................. F-9

Figure F-5. Advanced combat optical gunsight points of aim  (100
          to 300 meters).................................................................... F-10

# Tables

Table 1-1. General safe condition of the weapon for each weapon
        safety status........................................................................ 1-4

Table 1-2. Weapons Control Status ..................................................... 1-10

Table 2-1. Model Version Firing Methods Comparison ....................... 2-4

Table 3-1. Laser Aiming Devices for the M4 and M16........................ 3-19

Table 4-1. Attachment Related Technical Manuals and Mounting ....... 4-4

Table 5-1. Shot Process example ........................................................ 5-2

Table A-1. Small Arms Color Coding and Packaging Markings ......... A-10

Table A-2. 5-56mm, M855, Ball ........................................................... A-11

Compendium_Roth
Page 1453

**Contents**

Table A-3. 5.56mm, M855A1, Enhanced Performance Round
(EPR), Ball ...........................................................................A-12

Table A-4. 5.56mm, M856A1, Tracer ....................................................A-13

Table A-5. 5.56mm, Mk301, MOD 0, DIM Tracer................................A-14

Table A-6. 5.56mm, M995, Armor Piercing ..........................................A-15

Table A-7. 5.56mm, M862, Short Range Training Ammunition ..........A-16

Table A-8. 5.56mm, M1037, Short Range Training Ammunition ........A-17

Table A-9. 5.56mm, M1042 Close Combat Mission Capability Kit .....A-18

Table A-10. 5.56mm, M200, Blank .......................................................A-19

Table C-1. Standard holds beyond zero distance example ................C-16

Table F-1. Offset mounting ...................................................................F-5

Compendium_Roth
Page 1454

# Preface

Training Circular (TC) 3-22.9 provides Soldiers with the critical information for their rifle or carbine and how it functions, its capabilities, the capabilities of the optics and ammunition, and the application of the functional elements of the shot process.

TC 3-22.9 uses joint terms where applicable. Selected joint and Army terms and definitions appear in both the glossary and the text. Terms for which TC 3-22.9 is the proponent publication (the authority) are italicized in the text and are marked with an asterisk (*) in the glossary. Terms and definitions for which TC 3-22.9 is the proponent publication are boldfaced in the text. For other definitions shown in the text, the term is italicized and the number of the proponent publication follows the definition.

The principal audience for TC 3-22.9 is all members of the profession of arms. Commanders and staffs of Army headquarters serving as joint task force or multinational headquarters should also refer to applicable joint or multinational doctrine concerning the range of military operations and joint or multinational forces. Trainers and educators throughout the Army will also use this publication.

Commanders, staffs, and subordinates ensure that their decisions and actions comply with applicable United States, international, and in some cases host-nation laws and regulations. Commanders at all levels ensure that their Soldiers operate in accordance with the law of war and the rules of engagement. (See FM 6-27/MCTP 11-10C.)

This publication applies to the active Army, the Army National Guard (ARNG)/Army National Guard of the United States (ARNGUS), and the United States Army Reserve (USAR). Unless otherwise stated in this publication, masculine nouns and pronouns do not refer exclusively to men.

Uniforms depicted in this manual were drawn without camouflage for clarity of the illustration.

The proponent of this publication is United States (U.S.) Army Maneuver Center of Excellence (MCoE). The preparing agency is the MCoE, Fort Benning, Georgia. You may submit comments and recommended changes in any of several ways—U.S. mail, e-mail, fax, or telephone—as long as you use or follow the format of DA Form 2028, (*Recommended Changes to Publications and Blank Forms*). Contact information is as follows:

E-mail:    usarmy.benning.mcoe.mbx.doctrine@mail.mil
Phone:    COM 706-545-7114 or DSN 835-7114
Fax:    COM 706-545-8511 or DSN 835-8511
U.S. mail:    Commander, MCoE
    Directorate of Training and Doctrine (DOTD)
    Doctrine and Collective Training Division
    ATTN: ATZB-TDD
    Fort Benning, GA 31905-5410

Compendium_Roth
Page 1455

## Introduction

This manual is comprised of nine chapters and five appendices, and is specifically tailored to the individual Soldier's use of the M4- or M16-series weapon. This TC provides specific information about the weapon, aiming devices, attachments, followed by sequential chapters on the tactical employment of the weapon system.

The training circular itself is purposely organized in a progressive manner, each chapter or appendix building on the information from the previous section. This organization provides a logical sequence of information which directly supports the Army's training strategy for the weapon at the individual level.

Chapters 1 through 4 describe the weapon, aiming devices, mountable weapons, and accessories associated with the rifle and carbine. General information is provided in the chapters of the manual, with more advanced information placed in appendix A, Ammunition, and appendix B, Ballistics.

Chapters 5 through 9 provide the employment, stability, aiming, control and movement information. This portion focuses on the Solider skills needed to produce well aimed shots. Advanced engagement concepts are provided in appendix C of this publication. Appendix D of this publication provides common tactical drills that are used in training and combat that directly support tactical engagements. Finally, appendix E of this publication, is provided at a common location in this and future weapons publications to provide a common location for reference.

This manual does not cover the specific rifle or carbine training strategy, ammunition requirements for the training strategy, or range operations. These areas will be covered in separate training circulars.

**Conclusion**

TC 3-22.9 applies to all Soldiers, regardless of experience or position. This publication is designed specifically for the Soldier's use on the range during training, and as a reference while deployed.

Compendium_Roth
Page 1456

This page intentionally left blank.

Chapter 1

# Overview

This TC is designed to provide Soldiers the critical information on their rifle or carbine to properly and effectively engage and destroy threats in a direct fire engagement. It relies on the Soldier's understanding of the weapon, how it functions, its capabilities, the capabilities of the optics and ammunition, and how to properly employ those capabilities to achieve mastery through the application of the functional elements of the shot process.

This chapter describes the principles of proper weapons handling, tactical applications and control measures for handling the weapons, and an overview of the concepts of overmatch as it pertains to a Soldier's individual weapon.

1-1.   Each Soldier is responsible for placing accurate and effective fires on threat targets with their individual weapon. This manual defines the functional elements of the shot process, the principles of operation of the weapon, the characteristics and description of ballistics and ammunition, and the various engagement techniques that are essential to build Soldier proficiency with their weapon. It includes standard drills and techniques that assist the Soldier to build, improve, and sustain their skills to achieve accurate and precise shots consistently during combat operations (see figure 1-1).



**Figure 1-1. Employment skills**

Compendium_Roth
Page 1458

# SAFE WEAPONS HANDLING

1-2.    Safe weapons handling procedures are a consistent and standardized way for Soldiers to handle, operate, and employ the weapon safely and effectively. Weapons handling is built on three components; the Soldier, the weapon, and the environment:

- The **Soldier** must maintain situational understanding of friendly forces, the status of the weapon, and the ability to evaluate the environment to properly handle any weapon. The smart, adaptive, and disciplined Soldier is the primary safety mechanism for all weapons under his control.
- The **weapon** is the primary tool of the Soldier to defeat threats in combat. The Soldier must know of and how to operate the mechanical safeties built into the weapons they employ, as well as the principles of operation for those weapons.
- The **environment** is the Soldier's surroundings. The Soldier must be aware of muzzle discipline, the nature of the target, and what is behind it.

1-3.    To safely and effectively handle weapons, Soldiers must be cognitively aware of three distinct weapons handling measures:

- **The rules of firearms safety**.
- **Weapons safety status**.
- **Weapons control status**.

1-4.    These measures directly support the components of safe weapons handling. They are designed to provide redundant safety measures when handling any weapon or weapon system, not just rifles and carbines.

1-5.    This redundancy allows for multiple fail-safe measures to provide the maximum level of safety in both training and operational environments. A Soldier would have to violate two of the rules of firearms safety or violate a weapon safety status in order to have a negligent discharge.

---

*Note.* Unit standard operating procedures (SOPs), range SOPs, or the operational environment may dictate additional safety protocols; however, the rules of firearms safety are always applied. If a unit requires Soldiers to violate these safety rules for any reason, such as for the use of blank rounds or other similar training munitions during training, the unit commander must take appropriate risk mitigation actions.

---

# RULES OF FIREARMS SAFETY

1-6.    The Rules of Firearms Safety are standardized for any weapon a Soldier may employ. Soldiers must adhere to these precepts during training and combat operations, regardless of the type of ammunition employed, except as noted above.

## Rule 1: Treat Every Weapon as if it is Loaded

1-7.    Any weapon handled by a Soldier must be treated as if it is loaded and prepared to fire. Whether or not a weapon is loaded should not affect how a Soldier handles the weapon in any instance.

1-8.    Soldiers must take the appropriate actions to ensure the proper weapon status is applied during operations, whether in combat or training.

## Rule 2: Never Point the Weapon at Anything You Do Not Intend to Destroy

1-9.    Soldiers must be aware of the orientation of their weapon's muzzle and what is in the path of the projectile if the weapon fires. Soldiers must ensure the path between the muzzle and target is clear of friendly forces, noncombatants, or anything the Soldier does not want to strike.

1-10.   When this is unavoidable, the Soldier must minimize the amount of time the muzzle is oriented toward people or objects they do not intend to shoot, while simultaneously applying the other three rules of fire arms safety.

## Rule 3: Keep Finger Straight and Off the Trigger Until Ready to Fire

1-11.   Soldiers must not place their finger on the trigger unless they intend to fire the weapon. The Soldier is the most important safety feature on any weapon. Mechanical safety devices are not available on all types of weapons. When mechanical safeties are present, Soldiers must not solely rely upon them for safe operation knowing that mechanical measures may fail.

1-12.   Whenever possible, Soldiers should move the weapon to mechanical safe when a target is not present. If the weapon does not have a traditional mechanical safe, the trigger finger acts as the primary safety.

## Rule 4: Ensure Positive Identification of the Target and its Surroundings

1-13.   The disciplined Soldier can positively identify the target and knows what is in front of and what is beyond it. The Soldier is responsible for all bullets fired from their weapon, including the projectile's final destination.

1-14.   Application of this rule minimizes the possibility of fratricide, collateral damage, or damage to infrastructure or equipment. It also prepares the Soldier for any follow-on shots that may be required.

## WEAPON SAFETY STATUS

1-15.   The readiness of a Soldier's weapon is termed as its ***weapon safety status (WSS)***. It is a standard code that uses common colors (green, amber, red, and black) to represent the level of readiness for a given weapon.

1-16.  Each color represents a specific series of actions that are applied to a weapon. They are used in training and combat to place or maintain a level of safety relevant to the current task or action of a Soldier, small unit, or group.

1-17.  The WSS ratings are evaluated by the level of safety measures applied to the weapon itself. Table 1-1 describes the general safe condition of the weapon for each WSS, based on the standard color scheme found in ADP 1-02.

> *Note.* If the component, assembly, or part described is unclear, refer to the weapon's technical manual (TM) or chapter 2 of this publication.

**Table 1-1. General safe condition of the weapon for each weapon safety status**

| Weapon Safety Status | General Description | Color Amplifier |
|---|---|---|
| GREEN | Fully Safe | |
| AMBER | Substantially Safe | |
| RED | Marginally Safe | |
| BLACK | Not Safe | |

1-18.  All firers and leaders must be fluent in the general meaning of each WSS, how it pertains to the weapon being employed, and the responsibilities of the firer to own each shot or burst. The following are the basic definitions for each WSS:

- Green, "Fully Safe" – the weapon is clear, no ammunition is present the chamber is empty, and the fire selector switch is set to SAFE.



- Amber, "Substantially Safe" – a leader must clear and verify that the weapon's bolt is forward, the chamber is empty, and ammunition is introduced to the weapon. This is an administrative or preparatory WSS. Leaders use amber primarily for mounted operations and during combat operations when directed to maintain a substantially safe weapon with the ability to rapidly transition and escalate to red or black, based on the situation.



> *Note.* WSS amber is not used in the live-fire events described in this publication.



- Red, "Marginally Safe" – the fire selector switch is set to SAFE, the magazine is locked in the magazine well, a round is in the chamber, and the bolt is locked in the forward position.



- Black, "Not Safe" – Indicates when the weapon is fully prepared to fire, the firer has positively identified the target, the fire selector switch is set to FIRE, and the firer's finger is on the trigger, and the fire is in the process of engaging the target.

***Note.*** WSS black is used to describe the actions of the firer when in a red status and entering an engagement sequence. WSS black describes the distinct difference between red and actively and deliberately engaging a threat.

1-19.  Figures 1-2 through 1-5 on pages 1-6 through 1-9 describe the standard color code for the M4-series/M16-series rifle and carbine. The Soldier performs actions described in figures 1-2 through 1-5 to move from one color code to the next.

**Chapter 1**





**Figure 1-2. M4-/M16-series weapons, green weapon safety status**

Compendium_Roth
Page 1463

Overview





**Figure 1-3. M4-/M16-series weapons, amber weapon safety status**

Compendium_Roth
Page 1464

**Chapter 1**





**Figure 1-4. M4-/M16-series weapons, red weapon safety status**

Compendium_Roth
Page 1465

Overview





**Figure 1-5. M4-/M16-series weapons, black weapons safety status**

Compendium_Roth
Page 1466



## WEAPONS CONTROL STATUS

1-20.   A *weapons control status (WCS)* is a tactical method of fire control given by a leader that incorporates the tactical situation, rules of engagement for the area of operations, and expected or anticipated enemy contact. The WCS outlines the target identification conditions under which friendly elements may engage a perceived threat with direct fire.

1-21.   Table 1-2 provides a description of the standard WCS used during tactical operations, both in training and combat. They describe when the firer is authorized to engage a threat target once the threat conditions have been met.

**Table 1-2. Weapons Control Status**

| WEAPONS CONTROL STATUS | DESCRIPTION |
|---|---|
| WEAPONS HOLD | Engage only if engaged or ordered to engage. |
| WEAPONS TIGHT | Engage only if target *is positively identified* as *enemy*. |
| WEAPONS FREE | Engage targets *not positively identified* as *friendly*. |

1-22.   A weapon control status and a weapons safety status are both implemented and available to leaders to prevent fratricide and limit collateral damage. These postures or statuses are typically suited to the area of operation or type of mission and should always be clearly outlined to all Soldiers, typically in the operations order (OPORD), warning order (WARNORD), or fragmentary order (FRAGORD).

## OVERMATCH

1-23.   Overmatch is the Soldier applying their learned skills, employing their equipment, leveraging technology, and applying the proper force to create an unfair fight in favor of the Soldier. To achieve and maintain overmatch against any threat, this publication focuses on providing information that develops the Soldier's direct fire engagement skills using the following attributes:

- **Smart** – the ability to routinely generate understanding through changing conditions.
- **Fast** – the ability to physically and cognitively outmaneuver adversaries.
- **Lethal** – deadly in the application of force.
- **Precise** – consistently accurate in the application of power to ensure deliver of the right effects in time, space, and purpose.

1-24.   This requires the Soldier to understand the key elements that build the unfair advantage and exploit them at every opportunity during tactical operations. The components of overmatch are:

Compendium_Roth
Page 1467



- **Target detection, acquisition, and identification** – the ability of the Soldier to detect and positively identify any suspected target as hostile at greater distances than their adversary. This relies upon Soldier training and their ability to leverage the capabilities of their optics, thermals, and sensors.
- **Engagement range** – provide the Soldier with weapons, aiming devices, and ammunition capable of striking and defeating a threat at a greater range than the adversary can detect or engage the friendly force with effective fires.
- **Limited visibility** – provide the Soldier to make operations during limited visibility an advantage through technology and techniques, and compound their adversary's disadvantages during those conditions.
- **Precision** – provide a weapon and ammunition package that enhances the Soldier's consistent application of shots with a level of precision greater than the adversary's.
- **Speed** – the weapon, aiming devices, and accessories a Soldier employs must seamlessly work in unison, be intuitive to use, and leverage natural motion and manipulations to facilitate rapid initial and subsequent shots during an engagement at close quarters, mid-, and extended ranges.
- **Terminal performance** – ensures that precise shots delivered at extended ranges provide the highest probability to defeat the threat through exceptional ballistic performance.

1-25.  Although not a component of overmatch, exceptional training is critical to create smart, fast, lethal, and precise Soldiers. Training builds proficiency in a progressive, logical, and structured manner and provides Soldiers the skills necessary to achieve overmatch against any adversary. This requires the training program to provide experience to the Soldier in all the components of overmatch to their fullest extent possible in the shortest amount of time.

## TARGET DETECTION, ACQUISITION, AND IDENTIFICATION

1-26.  The first component of overmatch at the Soldier level is the ability to detect targets as far away as possible during limited and low visibility conditions. This manual describes the aiming devices for the service rifle that enhance the Soldier's target detection and acquisition skills. The Soldier must be able to detect, acquire, and identify targets *at ranges beyond* the maximum effective range of their weapon and ammunition.

1-27.  This publication also provides key recognition information to build the Soldier's skills in correctly identifying potential targets as friend, foe, or noncombatant (neutral) once detected.

## ENGAGEMENT RANGE

1-28.  To ensure small unit success, the Soldier requires weapon systems that can effectively engage threats at ranges greater than those of their adversaries. This creates a standoff distance advantage that allows friendly forces to destroy the target outside the threat's maximum effective range.

Compendium_Roth
Page 1468

1-29.  Range overmatch provides a tactical engagement buffer that accommodates the Soldier's time to engage with precision fires. For example, a Soldier that has the capability to effectively engage personnel targets at a range of 500 meters will have range overmatch of 10 to 20 percent over a threat rifleman. That 10 to 20 percent range difference is equivalent to a distance of 40 to 80 meters, which is approximately the distance a maneuvering threat can traverse in 15 to 40 seconds.

⚠ 1-30.  Figure 1-6 portrays the battlefield from the Soldier's perspective. With mobile, maneuvering threats, the target acquisition capabilities must compliment the engagement of those threats at the maximum effective range of the weapon, optic, and ammunition.



**Figure 1-6. Small unit range overmatch**

## LIMITED VISIBILITY

1-31.  Soldiers must be able to detect, acquire, identify, and engage threats in all light conditions, regardless of the tactical situation. To provide that capability, aiming devices are provided that minimize the effects of limited visibility, but not completely.

1-32.  Image intensifiers and thermal optics provide a significant overmatch capability, but they also have limitations and disadvantages. A general discussion of their capabilities, particularly what those systems can view within the spectrum of light is provided. Soldiers must understand what can be "seen" or viewed and what cannot when using their assigned equipment. Understanding the advantages and limitations of their equipment has a direct impact on force protection, fratricide and collateral damage prevention, and maintaining overmatch during tactical operations.

## PRECISION

1-33.  The Army standard service rifle is designed with a specific level of accuracy out to its maximum effective range. This level of accuracy is more consistent and reliable

Compendium_Roth
Page 1469

through the use of magnified aiming devices and superior ammunition. The Soldier must build the skills to use them effectively to deliver precision fires during tactical engagements.

## SPEED

1-34.   The close fight requires rapid manipulations, a balance of speed and accuracy, and very little environmental concerns. Soldiers must move quickly and efficiently through their manipulations of the fire control to maintain the maximum amount of muzzle orientation on the threat through the shot process. This second-nature efficiency of movement only comes from regular practice, drills, and repetition.

1-35.   The foundation of speed of action is built through understanding the weapon, ammunition, ballistics, and principles of operation of the associated aiming devices. It is reinforced during drills (appendix D), and the training program of the unit.

1-36.   The goal of training to overmatch is to increase the speed at which the Soldier detects a threat, identifies it as hostile, and executes the shot process with the desired target effect. This manual is constructed to provide the requisite information in a progressive manner to build and reinforce Soldier understanding, confidence, and ability to execute tactical operations with speed and smooth fluidity of motion.

## TERMINAL BALLISTIC PERFORMANCE

1-37.   Terminal ballistic performance is the actions of a projectile from the time it strikes an object downrange until it comes to rest. The ammunition used with the service rifle performs exceptionally well out to its maximum effective range and beyond. This manual provides information on the various munition types available for training and combat, their capabilities and purpose, and the service (combat) round's terminal ballistic performance (see appendix A, Ammunition, and appendix B, Ballistics).

1-38.   Soldiers must understand the capabilities of their ammunition, whether designed for training or combat use. That understanding creates a respect for the weapon and ammunition, reinforces the precepts of safe weapons handling, and an understanding of the appropriate skills necessary to deliver lethal fires.

1-39.   Soldiers that understand the "how" and "why" of their weapon system, aiming devices, ammunition, and procedures work or function develops a more comprehensive understanding. That level of understanding, coupled with a rigorous training program that builds and strengthens their skills create more proficient Soldiers. The proficiencies and skills displayed during training translate into smart, fast, lethal and precise Soldiers for the small unit during decisive action combat operations.

This page intentionally left blank.

Chapter 2

# Rifle and Carbine Principles of Operation

This chapter provides the general characteristics, description, available components, and principles of operation for the M4- and M16-series weapons. It provides a general overview of the mechanics and theory of how weapons operate, key terms and definitions related to their functioning, and the physical relationship between the Soldier, the weapon, and the optics/equipment attached to the weapon.

## ARMY STANDARD SERVICE RIFLE

2-1.    The Army standard service rifle is either the M16-series rifle or M4-series carbine. These weapons are described as a lightweight, 5.56-mm, magazine-fed, gas-operated, air-cooled, shoulder-fired rifle or carbine. They fire in semiautomatic (single-shot), three-round burst, or in automatic mode using a selector lever, depending on the variant. The weapon system has a standardized mounting surface for various optics, pointers, illuminators, and equipment, to secure those items with common mounting and adjustment hardware.

2-2.    Each service rifle weapon system consists of components, assemblies, subassemblies, and individual parts. Soldiers must be familiar with these items and how they interact during operation.

- **Components** are uniquely identifiable group of fitted parts, pieces, assemblies or subassemblies that are required and necessary to perform a distinctive function in the operation of the weapon. Components are usually removable in one piece and are considered indivisible for a particular purpose or use.
- **Assemblies** are a group of subassemblies and parts that are fitted to perform specific set of functions during operation, and cannot be used independently for any other purpose.
- **Subassemblies** are a group of parts that are fitted to perform a specific set of functions during operation. Subassemblies are compartmentalized to complete a single specific task. They may be grouped with other assemblies, subassemblies and parts to create a component.
- **Parts** are the individual items that perform a function when attached to a subassembly, assembly, or component that serves a specific purpose.

2-3.    Each weapon consists of two major components: the upper receiver and the lower receiver. These components are described below including their associated assemblies, subassemblies, and parts.

Compendium_Roth
Page 1472

Chapter 2

# UPPER RECEIVER

2-4.   An aluminum receiver helps reduce the overall weight of the rifle/carbine and allows for mounting of equipment and accessories. The upper receiver consists of the following (see figure 2-1):

- Barrel assembly.
  - **Barrel**. The bore and chamber of the barrel are chrome-plated to reduce wear and fouling over the life of the weapon.
  - **Flash hider or compensator**. Located at the end of the barrel, is provided to reduce the signature of the weapon during firing and reduce barrel movement off target during firing.
  - **Sling swivel**. The attachment hardware for the sling system used to properly carry the weapon.
  - **Front sight assembly**. Includes an adjustable front sight post that facilitates zeroing the weapon, serves as the forward portion of the iron sight or back up iron sight, and assists with range determination.
  - **Adapter rail system (ARS)**. Provided in varying lengths, depending on the variant applied. Used to attach common aiming devices or accessories.
  - **Slip ring**. Provides a spring loaded locking mechanism for the weapon's hand guards.
  - **Ejection port**. Provides an opening in the upper receiver to allow ammunition or spent casing ejection from the weapon.
  - **Ejection port cover**. Provides a dust cover for the ejection port, protecting the upper receiver and bolt assembly from foreign objects.
  - **Forward assist assembly**. Provides a Soldier applied mechanical assist to the bolt assembly during operations.



**Figure 2-1. Upper receiver**

Compendium_Roth
Page 1473

# LOWER RECEIVER

2-5.    The lower receiver shown in figure 2-2, on page 2-3, consists of the following components, assemblies, and parts:

- **Trigger assembly**. Provides the trigger, pins, springs, and other mechanical components necessary to fire the weapon.
- **Bolt catch**. A mechanical lever that can be applied to lock the bolt to the rear by the Soldier, or automatically during the cycle of function when the magazine is empty (see page 2-4).
- **Rifle grip**. An ambidextrous pistol-type handle that assists in recoil absorption during firing.
- **Magazine catch assembly**. Provides a simple, spring-loaded locking mechanism to secure the magazine within the magazine well. Provides the operator an easy to manipulate, push-to-release textured button to release the magazine from the magazine well during operation.
- **Buttstock assembly**. Contains the components necessary for proper shoulder placement of the weapon during all firing positions, returning the bolt assembly to battery, and managing the forces of recoil during operation.
  - The M4-/M4A1-series carbine has a four position collapsible buttstock assembly: Closed, ½ open, ¾ open, and fully-open.
  - M16-series rifles have a fixed buttstock with cleaning kit compartment or an applied modified work order (MWO) collapsible buttstock.
- **Action spring**. Provides the stored energy to return the bolt carrier assembly back into battery during operation.
- **Lower receiver extension**. Provides space for the action spring and buffer assembly during operation.



**Figure 2-2. Lower receiver**

2-6.    Additional information on the characteristics and components of the M4-/M4A1-/M16-series weapons can be found in technical manual (TM) 9-1005-319-10. Soldiers will use the technical manual for preventative maintenance checks and services (PMCS),

Compendium_Roth
Page 1474

and operation under normal conditions, as well as more detailed information on the principles of operation.

2-7.   Each variant of the rifle and carbine have subtle capabilities differences. The primary differences are shown in table 2-1, and are specific to the weapon's selector switch, buttstock, and barrel length.

**Table 2-1. Model Version Firing Methods Comparison**

| Weapon | Selector Switch Position | | | Buttstock | Barrel Length |
|--------|------|------|-------|-------------|---------------|
| M16A2 | SAFE | SEMI | BURST | Full | 20 inches |
| M16A3 | SAFE | SEMI | AUTO | Full | 20 inches |
| M16A4 | SAFE | SEMI | BURST | Full | 20 inches |
| M4 | SAFE | SEMI | BURST | Collapsible | 14.5 inches |
| M4A1 | SAFE | SEMI | AUTO | Collapsible | 14.5 inches |
| **Legend:**<br>SEMI: semi-automatic firing selection<br>AUTO: fully automatic firing selection<br>BURST: three-round burst firing selection | | | | | |

# CYCLE OF FUNCTION

2-8.   The *cycle of function* is the mechanical process a weapon follows during operation. The information provided below is specific to the cycle of function as it pertains specifically to the M4- and M16-series weapons.

2-9.   The cycle starts when the rifle is ready with the bolt locked to the rear, the chamber is clear, and a magazine inserted into the magazine well with at least one cartridge. From this state, the cycle executes the sequential phases of the cycle of functioning to fire a round and prepare the weapon for the next round. The phases of the cycle of function in order are—

- Feeding.
- Chambering.
- Locking.
- Firing.
- Unlocking.
- Extracting.
- Ejecting.
- Cocking.

2-10.  For the weapon to operate correctly, semiautomatic and automatic weapons require a *system of operation* to complete the cycle of functioning. The M4- and M16-series weapons use a direct impingement gas operating system. This system uses a portion of the high pressure gas from the cartridge being fired to physically move the assemblies and subassemblies in order to complete the cycle of function.

Compendium_Roth
Page 1475

### FEEDING

2-11. Feeding is the process of mechanically providing a cartridge of ammunition to the entrance of the chamber (see figure 2-3).



**FEEDING**

1. Bolt catch is released, either physically by the firer or automatically during operation.
2. The action spring exerts its force, pushing the bolt carrier assembly forward.
3. One of the two bottom locking lugs on the bolt face strike the uppermost round in the magazine, pushing it by the cartridge case head.
4. The front bottom edge of the bullet (projectile) is guided to the chamber area by following the corresponding feed ramp.

**Figure 2-3. Feeding example**

Compendium_Roth
Page 1476

## CHAMBERING

2-12.   Chambering is the continuing action of the feeding round into the chamber of the weapon (see figure 2-4).



**CHAMBERING**

1. The cartridge is driven up the corresponding feed ramp and enters the chamber.
2. Chambering is completed when the shoulder of the cartridge (where the case tapers) and makes contact with the corresponding shoulder area of the chamber.

**Figure 2-4. Chambering example**

Compendium_Roth
Page 1477

## LOCKING

2-13. Locking is the process of creating a mechanical grip between the bolt assembly and chamber with the appropriate amount of headspace (clearance) for safe firing (see figure 2-5). With the M4- and M16-series weapons, locking takes place simultaneously with the final actions of chambering.



| LOCKING |
|---|
| 1. At the end of the chambering phase, the bolt assembly stops forward movement at the face of the chamber. |
| 2. Although the bolt assembly has stopped its forward movement, the bolt carrier assembly continues to travel forward, causing the operating cam to follow the operating cam groove. |
| 3. The operating cam is guided by a slow rotational groove in the bolt assembly, and rotates the bolt and locking lugs counter-clockwise. |
| 4. As the operating cam rotates, the bolt assembly's locking lugs rotate behind corresponding lugs in the barrel extension at the face of the chamber. |
| 5. As the bolt carrier assembly finishes its forward movement, the gas key creates a seal around the gas tube fitting. |

**Figure 2-5. Locking example**

Compendium_Roth
Page 1478

Chapter 2

## FIRING

2-14.    Firing is the finite process of initiating the primer detonation of the cartridge and continues through shot-exit of the projectile from the muzzle (see figure 2-6).



**Figure 2-6. Firing example**

Compendium_Roth
Page 1479

## UNLOCKING

2-15.  Unlocking is the process of releasing the locking lugs on the bolt face from the corresponding recesses on the barrel extension surrounding the chamber area (see figure 2-7).



| UNLOCKING |
|---|
| 1. Once the round has fired and the projectile passes the gas port inside the bore, the impinged gases follow the path of least resistance up and rearward down the gas tube. |
| 2. The rearward gases traveling down the gas tube apply their force through the gas key, filling the area inside the bolt carrier assembly behind the gas rings on the bolt assembly. |
| 3. The expanding gas pushes the bolt carrier assembly rearward while the gas seal rings retain the bolt forward. |
| 4. While the bolt carrier assembly moves rearward, the operating cam follows the operating cam groove, and rotates the bolt and its locking lugs clockwise. |

**Figure 2-7. Unlocking example**

Compendium_Roth
Page 1480

## EXTRACTING

2-16.  Extracting is the removal of the expended cartridge case from the chamber by means of the extractor (see figure 2-8).



| EXTRACTING |
| --- |
| 1.  The bolt carrier assembly and bolt continue to move rearward. |
| 2.  The extractor on the right side of the bolt pulls the expended cartridge case from the chamber using its grip on the cartridge rim. |
| 3.  Initially, the extractor breaks the seal of the expended cartridge case from the chamber area.<br>    The extractor's spring loaded force maintains pressure on the cartridge rim while it continues to pull the cartridge out of the chamber. |
| 4.  The extracting phase continues until the cartridge case is clear of the chamber area but has not exited the weapon. |

**Figure 2-8. Extraction example**

Compendium_Roth
Page 1481

## EJECTING

2-17.    Ejecting is the removal of the spent cartridge case from the weapon itself (see figure 2-9.)



**Figure 2-9. Ejection example**

Chapter 2

## COCKING

2-18.     Cocking is the process of mechanically positioning the trigger assembly's parts for firing (see figure 2-10). The cocking phase completes the full cycle of functioning.



| COCKING |
|---|
| 1.  As the bolt carrier assembly travels fully to the rear, it rotates the hammer and compresses the hammer spring. |
| 2.  As the hammer rotates rearward, the disconnector catches the hammer inner bevel. |
| 3.  Once the trigger is released , the sear engages on the hammer. |

**Figure 2-10. Cocking example**

Compendium_Roth
Page 1483

# COOLING

2-19.  Cooling is the process of dissipating heat from the weapon during firing. Although not part of the cycle of functioning, cooling the weapon during firing is critical to ensure the weapon continues to operate efficiently. Firing a round generates heat and pressure within the chamber and bore, which radiates outward through the metal of the barrel.

2-20.  The temperature generated by the burning of propellant powders is over one thousand degrees Fahrenheit. Some of the heat produced during firing is retained in the chamber, bore, and barrel during firing and poses a significant hazard to the firer.

2-21.  How this heat is absorbed by the weapon and dissipated or removed, is a function of engineering and design. Lightweight weapons like the M4 and M16 do not have sufficient mass to withstand thermal stress efficiently. The weapon system must have a means to radiate the heat outward, away from the barrel to allow continuous firing.

2-22.  There are three methods to reduce the thermal stress on a weapon. The M4- and M16-series of weapons use all three of these methods to varying degrees to cool the chamber, bore, and barrel to facilitate continuous operation. These methods of cooling are—

- **Radiational cooling** – allows for the dissipation of heat into the surrounding cooler air. This is the least efficient means of cooling, but is common to most small arms weapons, including the rifle and carbine.
- **Conduction cooling** – occurs when a heated object is in direct physical contact with a cooler object. Conduction cooling on a weapon usually results from high chamber operating temperatures being transferred into surrounding surfaces such as the barrel and receiver of the weapon. The transfer from the chamber to the cooler metals has the net effect of cooling the chamber. Thermal energy is then carried away by other means, such as radiant cooling, from these newly heated surfaces.
- **Convection cooling** – requires the presence of a moving air current. The moving air has greater potential to carry away heat. The hand guards and ARS of the rifle and carbine are designed to facilitate air movement. The heat shield reflects heat energy away from the hand guard and back towards the barrel. The net effect is an updraft that brings the cooler air in from the bottom. This process establishes a convection cycle as heated air is continually replaced by cooler air.

2-23.  Soldiers should be aware of the principles of the weapon's cooling methods' direct effects on their line of sight when viewing a target through an aiming device. Dissipating heat along the length of the barrel can create a mirage effect within the line of sight which can cause a significant error to the true point of aim when using magnified optics.

Compendium_Roth
Page 1484

This page intentionally left blank.

Chapter 3

# Aiming Devices

Every weapon has a method of aiming, that is either fixed or attached to operate the weapon effectively. Soldiers must be familiar with the various aiming devices, how they operate, and how to employ them correctly to maximize their effectiveness. This chapter provides the principles of operation of the most widely available aiming devices, and provides general information concerning their capabilities, function and use.

3-1.   An aiming device is used to align the Soldier, the weapon, and the target to make an accurate and precise shot. Each aiming device functions in a different manner. To employ the weapon system to its fullest capability, the Soldier must understand how their aiming devices function.

3-2.   The following aiming devices are described within this chapter:
- **Iron**. Iron represent the various types of mechanical sighting systems available on the weapon. They are available in two distinct types:
  - Iron sights (rear aperture and front sight post).
  - Back up iron sights (BUIS).
- **Optics**. These are optics predominantly for day firing, with limited night capability. The optics found within this manual come in two types:
  - Close Combat Optic (CCO).
  - Rifle Combat Optic (RCO, previously referred to as the Advanced Combat Optic Gunsight or ACOG).
- **Thermal**. These are electronic sighting systems that provide a view of the field of view (FOV) based on temperature variations. There are numerous variants of thermal optics, but are grouped into one type:
  - Thermal Weapon Sight (TWS).
- **Pointer/Illuminator/Laser**. These aiming devices use either a laser beam, flood light, or other light to aim the weapon at the target. There are three types of pointers, illuminators, and lasers used by the service rifle:
  - Advanced Target Pointer Illuminator Aiming Light (ATPIAL).
  - Dual Beam Aiming Laser–Advanced (DBAL-A2).
  - Illuminator, Integrated, Small Arms (STORM).

Compendium_Roth
Page 1486

# UNITS OF ANGULAR MEASUREMENT

3-3.   There are two major units of angular measurement the Army uses: mils and minutes of angle (MOA). These two different units are commonly used terms to describe a measurement of accuracy when firing a weapon, system, or munition. They typically include the accuracy of a specific weapon, the performance of ammunition, and the ability of a shooter as it relates to firing the weapon.

## MINUTE OF ANGLE

3-4.   A minute of angle (MOA) is an angular unit of measurement equal to $1/60^{th}$ of a degree (see figure 3-1). The most common use of MOA is when describing the distance of change required when zeroing a weapon.

3-5.   One MOA equals 1.047 inches per 100 yards. For most applications, a Soldier can round this to 1 inch at 100 yards or 1.1 inches at 100 meters to simplify their arithmetic.



| MOA | At Distance | Equals | |
|---|---|---|---|
| 1 | 100 yards | 1 inch | 2.5 cm |
| 1 | 200 yards | 2 inches | 5 cm |
| 1 | 300 yards | 3 inches | 7.5 cm |
| 1 | 400 yards | 4 inches | 10 cm |

1 MOA

100 yards = 1 inch ≅ 2.5 cm  200 yards = 2 inches ≅ 5 cm  300 yards = 3 inches ≅ 7.5 cm  400 yards = 4 inches ≅ 10 cm

Angle dimension exaggerated for clarity.  Examples are not to scale.
Centimeter (cm) conversions are approximate.

| MINUTE OF ANGLE (MOA) Unit of Measeurement | |
|---|---|
| There are 360 degrees in a circle. | There are 60 MOA in a degree. |
| There are 21,600 MOA in a circle. | 1 MOA at 100 yards ≈ 1 inch. |
| Smaller measurements of an MOA are described in fractions, not seconds (i.e., 1/2 MOA). | |

**Figure 3-1. Minute of angle example**

Compendium_Roth
Page 1487

**MILS**

3-6.    The mil is a common unit of angular measurement that is used in direct fire and indirect fire applications. (see figure 3-2)



**Figure 3-2. Mil example**

Compendium_Roth
Page 1488

3-7.    This mil to degree relationship is used when describing military reticles, ballistic relationships, aiming devices, and on a larger scale, map reading and for indirect fire.

## RETICLE

3-8.    A reticle is a series of fine lines in the eyepiece of an optic, such as a CCO, TWS, or RCO (see figure 3-3) used as a measuring scale with included aiming or alignment points. Reticles use either mils or minute of angle for their unit of measurement.



**Figure 3-3. Close combat optic / Rifle combat optic reticle / Thermal reticle examples**

Compendium_Roth
Page 1489

Aiming Devices

## STADIA RETICLE (STADIAMETRIC RETICLE)

3-9.   Commonly used in the thermal weapon sight, a stadia reticle provides a means of rapidly determining the approximate range to target of a viewed threat, based on its standard dimensions. The stadia reticle (sometimes referred to as "stadiametric" or "choke sight") can provide approximate range to target information using width or height of a viewed dismounted target using standard threat dimensions (see figure 3-4).



**Figure 3-4. Stadia reticle example**

3-10.  There are two stadia reticles found on the rifle / carbine reticle within the thermal weapons sight; vertical and horizontal.

- **Vertical stadia**. At the lower left of the sight picture, Soldiers can evaluate the range to target of a standing dismounted threat.
- **Horizontal stadia**. In the upper right portion of the sight picture, Soldiers can evaluate the range to target of an exposed dismounted threat based on the width of the target.

Compendium_Roth
Page 1490

**Chapter 3**

## ELECTROMAGNETIC SPECTRUM

3-11.   A major concern for the planning and use of thermal and other optics to aid in the detection process is understanding ***how they function***, but more appropriately, what they can "see". Each device develops a digital representation of the scene or view it is observing based on what frequencies or wavelengths it can detect within the electromagnetic spectrum. (Note: Thermal devices see differences in heat.)

- **Thermal optics.** This equipment operates in the mid- and far-wavelength of the infrared band, which is the farthest of the infrared wavelengths from visible light. Thermal optics cannot translate ("see") visible light. Thermal optics cannot "see" infrared equipment such as infrared (IR) strobe lights, IR chemical lights, illuminators, or laser pointers. They can only identify emitted radiation in the form of heat (see figure 3-5 on page 3-7).
- **Image intensifiers (I2).** This equipment, such as night vision devices, use the near area of the infrared spectrum closest to the frequencies of visible light, as well as visible light to create a digital picture of the scene. These systems cannot "see" or detect heat or heat sources.

3-12.   These sights generally operate on the principles of convection, conduction, and radiation (mentioned in chapter 2 of this publication). The sight "picks up" or translates the IR wavelength (or light) that is emitted from a target scene through one of those three methods.

3-13.   Things to be aware of (planning considerations) with these optics are that they have difficulty imaging through the following:

- **Rain** – absorbs the IR emitted by the target, makes it difficult to see.
- **Water** – acts as a mirror and generally reflects IR, providing a false thermal scene.
- **Glass** – acts similar to water, interfering with the sensor's ability to accurately detect emitted radiation behind the glass.

3-14.   Situations where IR can see better are the following:

- **Smoke** – will not obscure a target unless the chemical obscurant is extremely hot and dense, or if the target is sitting on top of the smoke source.
- **Dust** – may interfere with the accurate detection of the emitted thermal signature due to dust and debris density between the sensor and the target scene. Dust typically does not obscure the IR signature unless its temperature is similar to the target's.

3-15.   Figure 3-5 depicts the areas of the electromagnetic spectrum. It details the various wavelengths within the spectrum where the aiming devices, night vision devices, and equipment operate. It illustrates where these items can and cannot "see" the others, respectively, within their operating range.

Compendium_Roth
Page 1491

**Aiming Devices**



**Figure 3-5. Electromagnetic spectrum**

Compendium_Roth
Page 1492

Chapter 3

# OPTICS

3-16.  Optics are sighting aids for rifles and carbines that provide enhanced aim point reticles, and may include magnified fields of view. Optics are specific to day operations, although may be used during limited visibility or night operations. They do not have any method of enhancing low light conditions.

3-17.  Optics enhance the Soldier's ability to engage targets accurately and at extended ranges (see figure 3-6 on page 3-9). The available optics for mounting on the M4- and M16-series modular weapon system are:

- Iron Sight.
- Back Up Iron Sight (BUIS).
- CCO, M68.
- RCO, M150.

## IRON SIGHT

3-18.  Some versions of the M4 and M16 come with a carrying handle with an integrated rear aperture. The carrying handle may or may not be removable, depending on the version of the service rifle.

3-19.  The integrated rear aperture includes adjustments for both azimuth (wind) and elevation. Specific instructions for zeroing these aiming devices are found in the respective weapon's technical manual.

3-20.  The carrying handle has two selectable apertures for the engagement situation:

- Small aperture. Used for zeroing procedures and for mid- and extended-range engagements.
- Large aperture. Used during limited visibility, close quarters, and for moving targets at close or mid-range.

3-21.  The iron sight uses the fixed front sight post to create the proper aim. Soldiers use the front sight post centered in the rear aperture. The following information is extracted from the weapon's technical manual.

Compendium_Roth
Page 1493

**Aiming Devices**

| CARRYING HANDLE | | |
|---|---|---|
| **DIMENSIONS** | | |
| **LENGTH** | 7.3 in | 18.5 cm |
| **WIDTH** | 3.5 in | 9.0 cm |
| **HEIGHT** | 1.9 in | 4.8 cm |
| **WEIGHT** | 20.8 oz | 590 g |

| FUNCTION | RIFLE | ADJUSTMENTS |
|---|---|---|
| ZERO WINDAGE | M16A2 | Center rear sight aperture for mechanical zero windage |
| | M16A4 | |
| | M4 | |
| | M4A1 | |
| ZERO ELEVATION | M16A2 | 300 meter mark +1 click up for 25 m zeroing |
| | M16A4 | Once zeroing is complete, rotate elevation knob -1 click down to apply 300 m zero |
| | M4 | |
| | M4A1 | |
| WINDAGE | M16A2 | 1/2 MOA |
| | M16A4 | 1/2 MOA |
| | M4 | 1 MOA |
| | M4A1 | 1 MOA |
| ELEVATION (RANGE) FRONT SIGHT POST | M16A2 | 1 1/2 MOA |
| | M16A4 | 1 1/2 MOA |
| | M4 | 1 7/8 MOA |
| | M4A1 | 1 7/8 MOA |

| LEGEND | | | | | |
|---|---|---|---|---|---|
| BDC | bullet drop compensator | g | grams | MOA | minute of angle |
| cm | centimeters | in | inches | oz | ounces |

**Figure 3-6. Carrying handle with iron sight example**

Compendium_Roth
Page 1494

## BACK UP IRON SIGHT

3-22.      The BUIS is a semi-permanent flip-up sight equipped with a rail-grabbing base. The BUIS provides a backup capability effective out to 600 meters and can be installed on M16A4 rifles and M4-series carbines. (See figure 3-7.)

3-23.      The BUIS on the first notch of the integrated rail, nearest to the charging handle. The BUIS remains on the modular weapon system (MWS) unless the carrying handle/sight is installed. The following information is extracted from the weapon's technical manual.



| BACK UP IRON SIGHT (BUIS) | | |
|---|---|---|
| **DIMENSIONS** | | |
| **LENGTH** | 2.1 in | 5.3 cm |
| **WIDTH** | 1.3 in | 3.3 cm |
| **HEIGHT** | 1.5 in | 3.8 cm |
| **WEIGHT** | 4.3 oz | 122 g |
| **FUNCTION** | **SINGLE CLICK** | |
| ZERO WINDAGE | M16A4 | White Line |
| | M4 | White Line |
| | M4A1 | White Line |
| ZERO ELEVATION | M16A4 | White Line |
| | M4 | 300 meter setting |
| | M4A1 | 300 meter setting |
| WINDAGE | M16A4 | 1/2 MOA |
| | M4 | 3/4 MOA |
| | M4A1 | 3/4 MOA |
| ELEVATION (RANGE) FRONT SIGHT POST | M16A4 | 1 1/2 MOA |
| | M4 | 2 MOA |
| | M4A1 | 2 MOA |
| **LEGEND** | | |
| cm   centimeters     in    inches          oz   ounces<br>g    grams          MOA    minute of angle | | |

**Figure 3-7. Back up iron sight**

Compendium_Roth
Page 1495

## CLOSE COMBAT OPTIC, M68

3-24.   The close combat optic (CCO), M68 is a non-telescopic (unmagnified) reflex sight that is designed for the "eyes-open" method of sighting (see figure 3-8). It provides Soldiers the ability to fire with one or two eyes open, as needed for the engagement sequence in the shot process.

3-25.   The CCO provides a red-dot aiming point using a 2 or 4 MOA diameter reticle, depending on the variant. The red dot aiming point follows the horizontal and vertical movement of the firer's eye, allowing the firer to remain fixed on the target. No centering or focusing on the front sight post is required. There are three versions of the CCO available in the force.

> *Note.* Re-tighten the torque-limiting knob after firing the first three to five rounds to fully seat the M68.

3-26.   The CCO is zeroed to the weapon. It must remain matched with the same weapon, attached at the same slot in the attached rail system or be re-zeroed. If the CCO must be removed for storage, Soldiers must record the serial number and the rail slot to retain zero.

> *Note.* The weapon must be re-zeroed if the CCO is not returned to the same rail slot on the adaptive rail system.

### Advantages

3-27.   The CCO offers a distinct speed advantage over iron sights in most if not all engagements. The adjustments on brightness allow the Soldier to have the desired brightness from full daylight to blackout conditions.

3-28.   The CCO is the preferred optic for close quarter's engagements.

### Disadvantages

3-29.   The CCO lacks a bullet drop compensator or other means to determine accurate range to target beyond 200m.

3-30.   The following information is an extract from the equipment's technical manual for Soldier reference.

Compendium_Roth
Page 1496

Chapter 3



Figure 3-8. CCO Reticle, Comp M2 examples

Compendium_Roth
Page 1497

## RIFLE COMBAT OPTIC

3-31.  The RCO (see figure 3-9) is designed to provide enhanced target identification and hit probability for the M4-/M4A1- or M16-series weapon.

3-32.  There are several versions of the RCO available for use across the force. Soldiers must be familiar with their specific version of their assigned RCO, and be knowledgeable on the specific procedures for alignment and operation (see figure 3-9 for RCO azimuth and elevation adjustments).

3-33.  The reticle pattern provides quick target acquisition at close combat ranges to 800 meters using the bullet drop compensator (BDC) (see figure 3-10 on page 3-15). It is designed with dual illuminated technology, using fiber optics for daytime employment and tritium for nighttime and low-light use.

3-34.  The RCO is a lightweight, rugged, fast, and accurate 4x power optic scope specifically designed to allow the Soldier to keep both eyes open while engaging targets and maintain maximum situational awareness.

### Advantages

3-35.  The bullet drop compensator (BDC) is accurate for extended range engagements using either M855 or M855A1 ball ammunition. The ballistic difference between the two rounds is negligible under 400 meters and requires no hold determinations.

3-36.  This is a widely fielded optic that is rugged, durable, and operates in limited light conditions. The self-illuminating reticle allows for continuous operations through end evening nautical twilight (EENT).

### Disadvantages

3-37.  This optic's ocular view is limited when engaging targets in close quarters engagements. This requires additional training to master the close quarter's skills while employing the RCO to achieve overmatch against the threat.

3-38.  The RCO reticle does not include stadia lines. Windage must be applied by the shooter from a determined estimate. The RCO has a specific eye relief of 70-mm (millimeter) or 1.5 inches. If the eye relief is not correct, the image size will be reduced.

3-39.  The fiber optic illuminator element can provide excessive light to the reticle during certain conditions that produce a glare. The RCO does not have a mechanical or built in method to reduce the effects of the glare created. The increased lighting may interfere with the shooter's point of aim and hold determinations. Soldiers may use alternate methods to reduce the glare by reducing the amount of fiber optic exposed to direct sunlight during operating conditions.

3-40.  The following information is an extract from the equipment's technical manual for Soldier reference.

Compendium_Roth
Page 1498

**Chapter 3**



**Figure 3-9. RCO reticle example**

Compendium_Roth
Page 1499

**Aiming Devices**

# THERMAL SIGHTS

3-41.  Thermal sights are target acquisition and aiming sensors that digitally replicate the field of view based on an estimation of the temperature. They use advanced forward-looking infrared technology that identify the infrared emitted radiation (heat) of a field of view, and translate those temperatures into a gray- or color-scaled image. The TWS is capable of target acquisition under conditions of limited visibility, such as darkness, smoke, fog, dust, and haze, and operates effectively during the day and night.

3-42.  The TWS is composed of five functional groups:  (See figure 3-10.)

- **Objective lens** – receives IR light emitting from an object and its surroundings. The objective lens magnifies and projects the IR light.
- **Detector assembly** – senses the IR light and coverts it to a video signal.
- **Sensor assembly** – the sensor electronics processes the video for display on the liquid crystal display (LCD) array in the field of view.
- **LCD array/eyepiece** – the LCD array provides the IR image along with the reticle selected. The light from the LCD array is at the eyepiece.
- **User controls** – the control electronics allows the user to interface with the device to adjust contrast, thermal gain, sensitivity, reticle display, and magnification.



**Figure 3-10. Thermal weapon sight example**

3-43.  A small detector used in thermal sensors or optics to identify IR radiation with wavelengths between 3 and 30 μm (micrometer). The thermal optic calculates and processes the thermal scene into a correlating video image signal based on the temperature identified. These optics can differentiate thermal variations of 1 degree Celsius of the viewable scene. These variations generate a corresponding contrasting gradient that develops a thermal representation on the LCD screen in the eyepiece.

Compendium_Roth
Page 1500

## AN/PAS-13 SERIES OF WEAPON THERMAL SIGHTS

3-44. There are several versions of weapons thermal sights (WTS) available for use across the force. Soldiers must be familiar with their specific model and version of their assigned weapon thermal sight, and be knowledgeable on the specific procedures for alignment and operation. The various models and versions are identified in their official model nomenclature:

- **Version 1 (v1)** – Light Weapons Thermal Sight (LWTS).
- **Version 2 (v2)** – Medium Weapons Thermal Sight (MWTS).
- **Version 3 (v3)** – Heavy Weapons Thermal Sight (HWTS).

3-45. Weapons thermal sights are silent, lightweight, and compact, and have durable battery-powered IR imaging sensors that operate with low battery consumption. (See figure 3-11.)

### Advantages

3-46. Military grade weapon thermal weapon sights are designed with the following advantages:

- Small and lightweight.
- Real-time imagery. Devices provide real-time video of the thermal scene immediately after power on.
- Long-lasting battery life. Low power consumption over time.
- Reliable. Long mean time between failures (MTBF).
- Quiet. The lack of a cooling element allows for a very low operating noise level.
- One optic fits on multiple weapons. The use of the ARS rail mounting bracket allows for the same optic to be used on other weapons.
- The F- and G-models attach in front of other aiming devices to improve their capabilities and eliminate the zeroing procedures for the device.

### Disadvantages

3-47. These devices have limitations that Soldiers should take into consideration, particularly during combat operations. The primary disadvantages are:

- Cannot interpret ("see") multispectral infrared. These systems view a specific wavelength for emitted radiation (heat variations), and do not allow viewing of all aiming and marking devices at night.
- Reliance on rechargeable batteries and charging stations. Although the batteries are common and have a relatively long battery life, additional equipment is required to charge them. If common nonrechargeable (alkaline) batteries are used, a separate battery adapter is typically required.
- Cannot interpret thermal signatures behind glass or water effectively.
- Thermal systems cannot always detect friendly marking systems worn by dismounts.

Aiming Devices



| VERSION | | |
|---|---|---|
| Light Weapon Thermal Sight (HWTS) | Medium Weapon Thermal Sight (HWTS) | Heavy Weapon Thermal Sight (HWTS) |
| AN/PAS-13C (v1) | AN/PAS-13C (v2) | AN/PAS-13C (v3) |
| AN/PAS-13D (v1) | AN/PAS-13D (v2) | AN/PAS-13D (v3) |
| AN/PAS-13E (v1) | AN/PAS-13E (v2) | AN/PAS-13E (v3) |
| **NOTE:**   The MWTS does not include the ballistic reticle for the M4- or M16-series weapons. | | |

**Figure 3-11. Weapon thermal sights by version**

3-48. Thermal sight has a wide field of view and a narrow field of view (see figures 3-12 and 3-13).

Compendium_Roth
Page 1502

Chapter 3



**Figure 3-12. Thermal weapons sight, narrow field of view reticle example**



**Figure 3-13. Thermal weapons sight, wide field of view reticle example**

Compendium_Roth
Page 1503

# POINTERS / ILLUMINATORS / LASERS

3-49.  Pointers, illuminators, and laser devices for small arms weapons emit a collimated beam of IR light for precise aiming and a separate IR beam for illumination. These devices operate in one single mode at a time, as selected by the user. The laser is activated by a selector switch on the device or by a remote mechanism installed on the weapon. The basic two modes or functions are:

- **Pointer.** When used as a pointer or aiming device, a small, pin-point beam is emitted from the device. The IR beam provides an infrared visible point when it strikes an object or target. The IR beam operates in the 400 to 800 nanometer wavelength and can only be seen by I2 optics, such as the AN-PVS-7 or -14 night vision devices.

- **Illuminator.** Typically used to illuminate a close quarters area as an infrared flood light. The illuminator provides a flood-light effect for the Soldier when used in conjunction with I2 night vision devices.

*Note.* Laser is an acronym for light amplified stimulated emitted radiation, but is predominantly used as a proper noun.

3-50.  The following devices (see table 3-1) are the most common laser pointing devices available for use on the M4- and M16-weapons.

**Table 3-1. Laser Aiming Devices for the M4 and M16**

| Laser Aiming Device | Device Name | Reference |
|---|---|---|
| AN/PEQ-2 | Target Pointer/Illuminator/ Aiming Light (TPIAL) | TM 9-5855-1915-13&P |
| AN/PEQ-15 | Advanced Target Pointer/ Illuminator/Aiming Light (ATPIAL) | TM 9-5855-1914-13&P |
| AN/PEQ-15A | Dual Beam Aiming Laser – Advanced2 (DBAL-A2) | TM 9-5855-1912-13&P |
| AN/PSQ-23 | Illuminator, Integrated, Small Arms (STORM) | TM 9-5855-1913-13&P |

*Note.* The ATPIAL, DBAL-A2, and STORM have collocated IR and visible aiming lasers. A single set of adjusters move both aiming beams. Although the aiming lasers are collocated, Soldiers should zero the laser they intend to use as their primary pointer to ensure accuracy and consistency during operation.

Compendium_Roth
Page 1504

Chapter 3

## AN/PEQ-2 TARGET POINTER/ILLUMINATOR AIMING LIGHT (TPIAL)

3-51.   AN/PEQ-2 aiming devices are Class IIIb laser devices that emit a collimated beam of IR light for precise aiming and a separate IR beam for illumination of the target or target area (see figure 3-14 on page 3-21). Both beams can be independently zeroed to the weapon and to each other. The beams can be operated individually or in combination in both high and low power settings.

> *Note.* The IR illuminator is equipped with an adjustable bezel to vary the size of the illumination beam based on the size and distance of the target.

3-52.   The aiming devices are used with night observation devices (NODs) and can be used as handheld illuminators/pointers or mounted on the weapon with the included brackets and accessory mounts. In the weapon-mounted mode, the aiming devices can be used to direct fire and to illuminate and designate targets.

3-53.   The aiming light is activated by pressing on either the ON/OFF switch lever, or the button on the optional cable switch. Either switch connects power from two AA batteries to an internal electronic circuit which produces the infrared laser. Internal lenses focus the infrared light into a narrow beam. The direction of the beam is controlled by rotating the mechanical Adjusters with click detents. These adjusters are used to zero the aiming light to the weapon.

3-54.   Once zeroed to the weapon, the aiming light projects the beam along the line of fire of the weapon. The optical baffle prevents off-axis viewing of the aiming light beam by the enemy.

+---------------------------------------------------+
|                    **CAUTION**                    |
|                                                   |
| A safety block is provided for training purposes  |
| to limit the operator from selecting high power   |
| modes of operation.                               |
+---------------------------------------------------+

3-55.   The following information is an extract from the equipment's technical manual for Soldier reference.

Compendium_Roth
Page 1505

Aiming Devices



| | TM 9-5855-1915-13&P | | |
|---|---|---|---|
| | **DIMENSIONS** | | |
| **LENGTH** | 6.4 in | 16.3 cm | |
| **WIDTH** | 2.8 in | 7.1 cm | |
| **HEIGHT** | 1.2 in | 3 cm | |
| **WEIGHT** | 9.5 oz | 269 g | |

| **POWER** | |
|---|---|
| **BATTERY LIFE** | 100 hours >32° |
| | 36 hours <32° |
| **POWER SOURCE** | 2 each AA batteries |

| **MODE OF OPERATION** | | | |
|---|---|---|---|
| **MODE** | **MARKINGS** | **TGT LASER** | **ILLUM LASER** |
| O | OFF | OFF | OFF |
| 1 | AIM LO | LOW POWER | OFF |
| 2 | DUAL LO | LOW POWER | LOW POWER |
| 3 | AIM HI | HIGH POWER | OFF |
| 4 | DUAL LO/HI | HIGH POWER | LOW POWER |
| 5 | DUAL HI | HIGH POWER | HIGH POWER |

| **LASER** | **DIVERGENCE** | **WAVELENGTH** |
|---|---|---|
| IR BEAM | 0.3 mRad | 820-850 nm |
| IR ILLUMINATOR | 3.0 mRad | 820-850 nm |

| **LEGEND** | | | | | |
|---|---|---|---|---|---|
| cm | centimeters | IR | infrared | oz | ounces |
| g | grams | mRad | milliradians | | |
| in | inches | nm | nanometers | | |

**Figure 3-14. AN/PEQ-2**

Compendium_Roth
Page 1506

## AN/PEQ-15 ADVANCED TARGET POINTER/ILLUMINATOR/AIMING LIGHT

3-56.  The AN/PEQ-15 ATPIAL is a multifunctional laser that emits both a visible and IR light for precise weapon aiming and target/area illumination. This ruggedized system can be used as a handheld illuminator/pointer or can be mounted to weapons equipped with an M4- or M5-ARS (Military Standard [MIL STD] 1913).

- **Visible light** – can be used to boresight the device to a weapon without the need of night vision goggles. A visible red-dot aiming laser can also be selected to provide precise aiming of a weapon during daylight or night operations.
- **Infrared laser** – emit a highly collimated beam of IR light for precise weapon aiming. A separate IR-illuminating laser can be adjusted from a flood light mode to a single point spot-divergence mode.

3-57.  The lasers can be used as handheld illuminator pointers, or can be weapon-mounted with included hardware. The co-aligned visible and IR aiming lasers emit through laser ports in the front of the housing. These highly capable aiming lasers allow for accurate nighttime aiming and system boresighting.

3-58.  The AN/PEQ-15 has an integrated rail grabber molded into the body to reduce weight and additional mounting hardware. (Refer to TM 9-5855-1914-13&P for more information.)

---

### CAUTION

The AN/PEQ-15 can be used during force-on-force training in the low power modes only. High power modes can be used on live-fire ranges exceeding 220 meters only.

---

3-59.  The AN/PEQ-15, ATPIAL's (see figure 3-15 on page 3-23) visible aiming laser provides for active target acquisition in low light conditions and close-quarters combat situations, and allows users to zero using the borelight without using NOD. When used in conjunction with NODs, its IR aiming and illumination lasers provide for active, covert target acquisition in low light or complete darkness.

3-60.  The ATPIAL visible and IR aiming lasers are co-aligned. A single set of adjusters moves both aiming beams, and the user can boresight/zero using either aiming laser. The following information is an extract from the equipment's technical manual for Soldier reference.

Compendium_Roth
Page 1507

**Aiming Devices**



| | TM 9-5855-1914-13&P | |
|---|---|---|
| | **DIMENSIONS** | |
| **LENGTH** | 4.6 in | 11.7 cm |
| **WIDTH** | 2.8 in | 7.1 cm |
| **HEIGHT** | 1.9 in | 4.1 cm |
| **WEIGHT** | 7.5 oz | 213 g |

| **POWER** | |
|---|---|
| **BATTERY LIFE** | >6 hours in DUAL HIGH (DH) mode |
| **POWER SOURCE** | 1 each DL-123A, 3 volt |

| **MODE OF OPERATION** | | |
|---|---|---|
| **POSITION** | **MODE** | **REMARKS** |
| VIS AL | Vis Aiming Laser | Visible Aim Laser ON |
| O | OFF | Prevents inadvertent laser burst |
| P | Program | Sets the desired IR pulse rate |
| AL | AIM LOW | Low power of Aiming Laser |
| DL | DUAL LOW | Aiming Laser and Illuminator on LOW |
| AH | AIM HIGH | Aiming Laser set to HIGH |
| IH | ILLUM HIGH | IR Illuminator set to HIGH |
| DH | DUAL HIGH | IR Aim and Illuminator set to HIGH |

| **LASER** | **DIVERGENCE** | **WAVELENGTH** |
|---|---|---|
| IR BEAM | 0.5 mRad | 820-850 nm |
| IR ILLUMINATOR | 1.0 to 105 mRad | 820-850 nm |
| VISIBLE AIMING | 0.5 mRad | 605-665 nm |

| **LEGEND** | | | | | | | |
|---|---|---|---|---|---|---|---|
| cm | centimeters | IR | infrared | | oz | ounces | |
| g | grams | mRad | milliradians | | | | |
| in | inches | nm | nanometers | | | | |

**Figure 3-15. AN/PEQ-15, ATPIAL**

Compendium_Roth
Page 1508

## AN/PEQ-15A, DUAL BEAM AIMING LASER – ADVANCED2

3-61.  The AN/PEQ-15A DBAL-A2 is a multifunctional laser device that emits IR pointing and illumination light, as well as a visible laser for precise weapon aiming and target/area illumination. The visible and IR aiming lasers are co-aligned enabling the visible laser to be used to boresight both aiming lasers to a weapon without the need for night vision devices. This ruggedized system can be used as a handheld illuminator/pointer or can be mounted to weapons equipped with an M4 or M5 adapter rail system (MIL-STD-1913).

- **Visible light** – can be used to boresight the device to a weapon without the need of night vision goggles. A visible red-dot aiming laser can also be selected to provide precise aiming of a weapon during daylight or night operations.
- **Infrared laser** – emits a tightly focused beam of IR light for precise aiming of the weapon. A separate IR illumination provides supplemental IR illumination of the target or target area. The IR illuminator is equipped with an adjustable bezel to vary the size of the illumination beam on the size and distance to the target (flood to point divergence).

3-62.  The lasers can be used as hand-held illuminator pointers, or can be weapon-mounted with included hardware. These highly capable aiming lasers allow for accurate nighttime aiming and system boresighting.

3-63.  The AN/PEQ-15A, DBAL-A2 (see figure 3-16 on page 3-25) visible aiming laser provides for active target acquisition in low light conditions and close quarters combat situations, and allows users to zero using the boresight without using NODs. When used in conjunction with NODs, its IR aiming and illumination lasers provide for active, covert target acquisition in low light or complete darkness.

3-64.  The DBAL-A2 visible and IR aiming lasers are co-aligned. A single set of adjusters moves both aiming beams, and the user can boresight/zero using either aiming laser. The following information is an extract from the equipment's technical manual for Soldier reference.

Compendium_Roth
Page 1509

**Aiming Devices**



| TM 9-5855-1912-13&P | | |
|---|---|---|
| **DIMENSIONS** | | |
| **LENGTH** | 3.5 in | 8.7 cm |
| **WIDTH** | 2.9 in | 7.4 cm |
| **HEIGHT** | 1.9 in | 4.8 cm |
| **WEIGHT** | 8 oz | 224 g |
| **POWER** | | |
| **BATTERY LIFE** | >5.5 hours in IR DUAL HIGH mode | |
| **POWER SOURCE** | 1 each DL-123A, 3 volt | |

| **MODE OF OPERATION** | | |
|---|---|---|
| **POSITION** | **MODE** | **REMARKS** |
| AL | LOW POWER | Low power for aim laser |
| AH | HIGH POWER | High power for aim laser |
| VIS A | VIS AIM RED | Aiming or marking laser for daylight |
| VIS A | VIS AIM GREEN | Aiming or marking laser for daylight |

| **LASER** | **DIVERGENCE** | **WAVELENGTH** |
|---|---|---|
| IR BEAM | 0.3 mRad | 840 nm |
| IR ILLUMINATOR | 0.5 to 75 mRad | 840 nm |
| VISIBLE AIM, RED | 0.3 mRad | 635 nm |
| VISIBLE AIM, GREEN | 0.5 mRad | 532 nm |

| **LEGEND** | | | | | |
|---|---|---|---|---|---|
| cm | centimeters | IR | infrared | oz | ounces |
| g | grams | mRad | milliradians | | |
| in | inches | nm | nanometers | | |

**Figure 3-16. AN/PEQ-15A, DBAL-A2**

Compendium_Roth
Page 1510

## AN/PSQ-23, ILLUMINATOR, INTEGRATED, SMALL ARMS

3-65.  The AN/PSQ-23 is a battery operated laser range finder (LRF) and digital magnetic compass (DMC) with integrated multifunctional lasers. The illuminator, integrated, small arms device is commonly referred to as the STORM laser. The visible and IR aiming lasers are co-aligned enabling the visible laser to be used to boresight both aiming lasers to a weapon without the need for night vision devices. This ruggedized system can be used as a handheld illuminator/pointer or can be mounted to weapons equipped with an M4 or M5 adapter rail system (MIL-STD-1913).

- **Laser range finder** – provides range to target information from 20 meters to 10,000 meters with an accuracy of +/- 1.5 meters.
- **Digital magnetic compass** – provides azimuth information and limited elevation information to the operator. The azimuth accuracy is +/- 0.5 degrees to +/- 1.5 degrees. The elevation accuracy is +/- 0.2 degrees. The DMC can identify bank or slopes up to 45 degrees with an accuracy of +/- 0.2 degrees.
- **Visible light** – provides for active target acquisition in low light and close quarters combat situations without the need for night vision devices. It can be used to boresight the device to a weapon without the need of night vision devices. A visible red-dot aiming laser can also be selected to provide precise aiming of a weapon during daylight or night operations.
- **Infrared laser** – emits a tightly focused beam of IR light for precise aiming of the weapon. A separate IR illumination provides supplemental IR illumination of the target or target area. The IR illuminator is equipped with an adjustable bezel to vary the size of the illumination beam on the size and distance to the target (flood to point divergence).
- **Infrared illuminator** – the STORM features a separately adjustable IR illuminator with adjustable divergence. It is fixed in the device housing and is set parallel to the rail mount.

*Note.* The STORM's LRF and DMC may be used in combination to obtain accurate positioning information for targeting purposes and other tactical applications.

3-66.  The integrated visible aim laser (VAL) and illumination lasers provide for active, covert target acquisition in low light or complete darkness when used in conjunction with night vision devices. The STORM is also equipped with a tactical engagement simulation (TES) laser allowing it to be used in a laser-based training environment.

3-67. The AN/PEQ-15A, DBAL-A2 visible aiming laser provides for active target acquisition in low light conditions and close-quarters combat situations, and allows users to zero using the borelight without using NODs. When used in conjunction with NODs, its IR aiming and illumination lasers provide for active, covert target acquisition in low light or complete darkness. The following information is an extract from the equipment's technical manual for Soldier reference (see figure 3-17 on page 3-27).

Compendium_Roth
Page 1511