ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ANNA FERRARI
Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3479
Fax: (415) 703-1234
E-mail: John.Echeverria@doj.ca.gov
*Attorneys for Defendants Rob Bonta and Blake Graham, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER et al.,**<br>Plaintiffs,<br>**v.**<br>**CALIFORNIA ATTORNEY GENERAL ROB BONTA et al.,**<br>Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br>**COMPENDIUM OF WORKS CITED IN DECLARATION OF RANDOLPH ROTH**<br>**VOLUME 36 OF 37**<br>Courtroom: 5A<br>Judge: Hon. Roger T. Benitez<br>Action Filed: August 15, 2019 |

# INDEX

| Works | Decl. Page | Compendium Page |
|---|---|---|
| **HISTORICAL STATUTES** | | |
| Joseph R. Swan, The Revised Statutes of the State of Ohio, of a General Nature, in Force August 1, 1860 (Cincinnati: Robert Clarke & Co., 1860), 452 | 24 n.86 | 0001 |
| An Act Regulating the Right to Keep and Bear Arms, 12th Leg., 1st Called Sess., ch. XLVI, § 1, 1870 Tex. Gen. Laws 63 | 20 n.77 | 0005-0007 |
| An Act to Regulate the Keeping and Bearing of Deadly Weapons, 12th Leg. Reg. Sess., ch. XXXIV, §§ 1, 3, 1871 Tex. Gen. Laws 25 | 21 n.78 | 0008-0011 |
| Federal Explosives Act of 1917, 40 Statute 385 | 30 n.101 | 0012-0020 |
| The National Firearms Act of 1934, 48 Statute 1236 | 30 n.100 | 0021-0026 |
| The National Firearms Act of 1938, 52 Statute 1250 | 30 n.100 | 0027-0029 |
| The Organized Crime Control Act of 1970, 84 Statute 922 | 30 n.101 | 0030-0071 |
| **BOOKS**[i] | | |
| Paul Avrich, *Sacco and Vanzetti: The Anarchist Background* 140-156, 181-195 (Princeton: Princeton University Press, 1991) | 29 n.97 | 0073-0079 |
| Fox Butterfield, *All God's Children: The Bosket Family and the American Tradition of Violence* 3-18 (New York: Vintage, 1996) | 8 n.29, 25 n.88 | 0080-0098 |
| Sucheng Chan, *This Bittersweet Soil: The Chinese in California Agriculture, 1860-1910*, at 372 (Berkeley: University of California Press, 1986) | 26 n.89 | 0099-0102 |
| J. A. Chapman, *History of Edgefield County* 39-41 (Newberry, South Carolina: Elbert H. Aull, 1897) | 25 n.88 | 0103-0109 |

| | | |
|---|---|---|
| Patrick J. Charles, *Armed in America: A History of Gun Rights from Colonial Militias to Concealed Carry* 70-121 (New York: Prometheus Books, 2018) | 7 n.28 | 0110-0138 |
| Robert J. Cottrol & Raymond T. Diamond, "*Public Safety and the Right to Bear Arms*" in David J. Bodenhamer & James W. Ely, Jr., eds., The Bill of Rights in Modern America, revised and expanded, at 88-107 (Bloomington: Indiana University Press, 2008) | 14 n.51 | 0139-0162 |
| Clayton E. Cramer, *Concealed Weapons Laws of the Early Republic: Dueling, Southern Violence, and Moral Reform* 69-96, 143-152 (Westport, Connecticut: Praeger, 1999) | 11 n.37, 14 n.50, 14 n.51 | 0163-0185 |
| Clayton E. Cramer, *For the Defense of Themselves and the State: The Original Intent and Judicial Interpretation of the Right to Keep and Bear Arms* 74, 83-85, 97-140 (Westport, Connecticut: Praeger Publishers, 1994) | 14 n.51 | 0186-0215 |
| Edward C. Ezell, *Handguns of the World: Military Revolvers and Self-Loaders from 1870 to 1945*, at 24-28 (Harrisburg, Pennsylvania: Stackpole Books, 1981) | 17 n.64 | 0216-0222 |
| John Mack Faragher, *Eternity Street: Violence and Justice in Frontier Los Angeles* 463-80 (New York: W. W. Norton, 2016) | n.80 | 0223-0234 |
| Julian S. Hatcher, *Pistols and Revolvers and Their Use* 8-11 (Marshallton, Delaware: Small-Arms Technical Publishing Company, 1927) | 17 n.64 | 0235-0242 |
| Charles T. Haven and Frank A. Belden, *A History of the Colt Revolver and the Other Arms Made by Colt's Patent Fire Arms Manufacturing Company from 1836 to 1940*, at 17-43 (New York: Bonanza Books, 1940) | 17 n.64 | 0243-0274 |
| W. Eugene Hollon, *Frontier Violence: Another Look* 93-95 (New York: Oxford University Press, 1974) | 26 n.89 | 0275-0282 |
| Roy G. Jinks, *History of Smith and Wesson* 38-57, 104-170 (North Hollywood: Beinfeld, 1977) | 18 n.65, 19 n.69 | 0283-0329 |

| | | |
|---|---|---|
| Philip D. Jordan, Frontier Law and Order—10 Essays, at 1-22 (Lincoln: University of Nebraska Press, 1970) | 14 n.51, 15 n.52 | 0330-0343 |
| Don B. Kates, Jr., "Toward a History of Handgun Prohibition in the United States," in Cates, ed., Restricting Handguns: The Liberal Skeptics Speak Out 7-30 (Croton-on-Hudson, New York: North River Press, 1979) | 14 n.51, 15 n.52 | 0344-0358 |
| Jeff Kinard, *Pistols: An Illustrated History of Their Impact* 163 (Santa Barbara: ABC-CLIO, 2003) | 19 n.69 | 0359-0362 |
| Aubrey C. Land, *Colonial Maryland: A History* 49-54 (Millwood, New York: Kato Press, 1981) | 25 n.88 | 0363-0368 |
| Stephen C. LeSueur, *The 1838 Mormon War in Missouri* 162-68 (Columbia: University of Missouri Press, 1987) | 25 n.88 | 0369-0375 |
| Harold L. Peterson, *American Knives: The First History and Collector's Guide* 25-70 (New York: Scribner, 1958) | 13 n.49 | 0376-0401 |
| Harold L. Peterson, *Arms and Armor in Colonial America, 1526-1783*, at 155-225 (New York: Bramhall House, 1956) | 5 n.11 | 0402-0476 |
| Harold L. Peterson, *Daggers and Fighting Knives in the Western World, from the Stone Age till 1900*, 67-80 (New York: Walker, 1968) | 13 n.49 | 0477-0504 |
| David Rapoport, *Waves of Global Terrorism: From 1879 to the Present* 65-110 (New York: Columbia University Press, 2022) | 29 n.97 | 0505-0553 |
| Randolph Roth, *American Homicide* 42, 45 61-144 (especially the graphs on 38, 39, and 91), 145-79, 158, 163, 180-198, 199-203, 204-224, 297-299, 299-302, 354-384, 384-385 (Cambridge: The Belknap Press of Harvard University Press, 2009) | passim | 0554-0663 |

| | | |
|---|---|---|
| Randolph Roth, "*Why Guns Are and Aren't the Problem: The Relationship between Guns and Homicide in American History*," in Jennifer Tucker, Barton C. Hacker, and Margaret Vining, eds., A Right to Bear Arms? 116-20, 124-27 (Washington, D.C.: Smithsonian Institution Scholarly Press, 2019) | passim | 0664-0679 |
| Dennis C. Rousey, *Policing the Southern City: New Orleans, 1805-1889*, at 151-58 (Baton Rouge: Louisiana State University Press, 1996) | 27 n.91 | 0680-0682 |
| Priya Satia, *Empire of Guns: The Violent Making of the Industrial Revolution* 9-10 (New York: Penguin Press, 2018) | n.11 | 0683 |
| Priya Satia, "*Who Had Guns in Eighteenth Century Britain?*" in Tucker, Hacker, and Vining, A Right to Bear Arms 41-44 (2019) | n.11 | 0684-0689 |
| Gilles Vandal, *Rethinking Southern Violence: Homicides in Post-Civil War Louisiana, 1866-1884*, at 67-109 (Columbus: Ohio State University Press, 2000) | 27 n.92 | 0690-0713 |
| Bill Yenne, *Tommy Gun: How General Thompson's Submachine Gun Wrote History* 74-78, 86, 91-93 (New York: Thomas Dunne Books, 2009) | 28 n.93, 29 n.96 | 0714-0728 |
| **LAW REVIEWS AND JOURNALS** | | |
| Robert J. Cottrol & Raymond T. Diamond, "The Second Amendment: Toward an Afro-Americanist Reconsideration," 80 Geo. L.J. 309, 309-61 (1991) | 14 n.51 | 0730-0771 |
| Clayton E. Cramer, "*Colonial Firearms Regulation*" (April 6, 2016) (available at SSRN: https://bit.ly/3THcMTu) | 4 n.3 | 0772-0794 |
| Rob Harper, "Looking the Other Way: The Gnadenhutten Massacre and the Contextual Interpretation of Violence," 64 Wm. & Mary Q. 621, 621-44 (2007) | 25 n.88 | 0795-0819 |

| | | |
|---|---|---|
| Herschel C. Logan, *Cartridges: A Pictorial Digest of Small Arms Ammunition* 11-40, 180-183 (New York: Bonanza Books, 1959) | 6 n.18 | 0820-0839 |
| Mary Alice Mairose, "*Nativism on the Ohio: the Know Nothings in Cincinnati and Louisville, 1853-1855*" (M.A. thesis, Ohio State University, 1993) | 26 n.89 | 0840-1021 |
| Brennan Gardner Rivas, *Enforcement of Public Carry Restrictions: Texas as a Case Study*, 55 UC Davis Law Review 2603, 2609-10 (2021) | 20 n.77, 21 n.78, 22 n.79 | 1022-1036 |
| Randolph Roth and James M. Denham, *Homicide in Florida, 1821-1861*, 86 Fla. Historical Q. 216 (2007) | 12 n.43 | 1037-1061 |
| Randolph Roth, Michael D. Maltz, and Douglas L. Eckberg, *Homicide Rates in the Old West*, 42 W. Historical Q. 173 (2011) | 20 n.76 | 1062-1105 |
| Randolph Roth, *Measuring Feelings and Beliefs that May Facilitate (or Deter) Homicide*, 16 Homicide Studies 197 (2012) | 16 n.56 | 1106-1125 |
| Robert J. Spitzer, *Gun Accessories and the Second Amendment: Assault Weapons, Magazines, and Silencers*, 83 Law & Contemporary Problems 238 (2020) | 30 n.99 | 1126-1149 |
| **LEGISLATIVE MATERIALS AND GOVERNMENT RECORDS** | | |
| Department of Commerce, Bureau of the Census, Fourteenth Census of the United States Manufactures: Explosives 1126 (Washington, D.C.: Government Printing Office, 1922) | 28 n.95 | 1151-1154 |
| Grand Jurors of Wilkes County, Georgia, Superior Court Minutes, July 1839 term, as quoted and discussed in Roth, American Homicide at 218-219 and n. 76. | 12 n.46 | 1155-1156 |
| U.S Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives, Enforcement Programs and Services, ATF Federal Explosives Law and | 28 n.95 | 1157-1264 |

| | | |
|---|---|---|
| Regulations (2012) | | |
| **NEWS ARTICLES** | | |
| Charlie Savage, *Trump Administration Imposes Ban on Bump Stocks*, N.Y. Times, Dec. 18, 2018 | 31 n.103 | 1266 |
| **OTHER SOURCES** | | |
| Bureau of Alcohol, Tobacco, Firearms, and Explosives, Office of Enforcement Programs and Services, Office of Field Operations, Open Letter to All Federal Firearms Licensees, Mar. 22, 2022 | 33 n.109 | 1268-1269 |
| CDC Wonder Compressed Mortality Files, ICD-10 | 4 n.5 | 1270-1310 |
| CPI Inflation Calculator (https://bit.ly/3CS5UNl) | 28 n.94 | 1311-1321 |
| Guns.com – Price of Semiautomatic Handguns (https://bit.ly/3CVb1uW) | 32 n.108 | 1322-1325- |
| Jerry Miculek, "Dual Glock 17 Rapid Fire 60 Rounds in 5 Seconds! 660 RPM," YouTube | 32 n.107 | 1326 |
| Lunde Studio, Are Binary Triggers Legal (2022) All You Need to Know | 33 n.109 | 1327-1332 |
| Military-today.com, M16 Assault Rifle | 31 n.104 | 1333-1334 |
| "Rapid Manual Trigger Manipulation (Rubber Band Assisted)," YouTube | 33 n.110 | 1335 |
| Roth, "American Homicide Supplemental Volume: Weapons," available through the Historical Violence Database, sponsored by the Criminal Justice Research Center at the Ohio State University (https://bit.ly/3TpI4yu) | 9 n.32, 12 n.44, 17 n.62, 20 n.74 | 1336-1437 |
| Department of the Army, TC 3-22.9 Rifle and Carbine Manual (May 2016) | 31 n.105 | 1438-1689 |
| The Violence Project's Mass Shooter Database | 34 n.111 | 1690 |

| | | |
|---|---|---|
| Guns.com, AR-15s | 28 n.94 | 1691-1696 |
| Gunmagwarehouse.com, AR-15s | 28 n.94 | 1697-1722 |
| 2011 Tucson Shooting," Wikipedia. | 36 n.113 | 1723-1747 |
| Rick Sapp, Standard Catalog of Colt Firearms, at 96 (Cincinnati: F+W Media, 2011) | 19 n.69 | 1748 |

---

[i] The Declaration of Randolph Roth cites 36 books in their entirety, consistent with the practice of professional historians. *See* Roth Decl. ¶¶ 14 n.27-28, 15 n.29, 16 n.35-36, 18 n.43, 26 n.63, 29 n.75, 31 n.80, 35 n.87, 36 n.89, 37 n.90, 37 n.91-92, 39 n.93, 40 n.96-98 (citing Louis Adamic, *Dynamite: The Story of Class Violence in America* (New York: Viking, 1931); David F. Almendinger, Jr., Nat Turner and the Rising in Southampton County (Baltimore: Johns Hopkins Press, 2014); Patrick H. Breen, *The Land Shall Be Deluged in Blood: A New History of the Nat Turner Revolt* (New York: Oxford University Press, 2015); Scott Ellsworth, *Death in a Promised Land: The Tulsa Race Riot of 1921* (Baton Rouge: Louisiana State University Press, 1982); Francis S. Fox, *Sweet Land of Liberty: the Ordeal of the American Revolution in Northampton County, Pennsylvania* (University Park: Pennsylvania State University Press, 2000); John Hope Franklin, *The Militant South, 1800-1861* (Cambridge: Belknap Press of Harvard University Press, 1961); John B. Frantz and William Pencak, eds., *Beyond Philadelphia: The American Revolution in the Pennsylvania Hinterland* (University Park: Pennsylvania State University Press, 1998); Joanne B. Freeman, *Affairs of Honor: National Politics in the New Republic* (New Haven: Yale University Press, 2001); Beverly Gage, *The Day Wall Street Exploded: A Story of American in Its First Age of Terror* (New York: Oxford University Press, 2009); Paul A. Gilje, *Rioting in America* (Bloomington: Indiana University Press, 1996); and David Grimsted, *American Mobbing: Toward Civil War* (New York: Oxford University Press, 1996); David Grann, Killers of the Flower Moon: The Osage Murders and the Birth of the FBI (New York, Doubleday, 2017); Pamela Haag, *The Gunning of America: Business and the Making of American Gun Culture* (New York: Basic Books, 2016); Terri Diane Halperin, *The Alien and Sedition Acts: Testing the Constitution* (Baltimore: Johns Hopkins University Press, 2016); C. A. Harwell, "*The End of the Affair? Anti-Dueling Laws and Social Norms in Antebellum America*," Vanderbilt Law Review 54 (2001): 1805-1847; William Helmer and Arthur J. Bilek, *The St. Valentine's Day Massacre: The Untold Story of the Bloodbath That Brought Down Al Capone* (Nashville: Cumberland House, 2004); Graham R. Hodges, *Root and Branch: African Americans in New York and East Jersey, 1613-1863* (Chapel Hill: University of North Carolina Press, 1999); Holger Hoock, *Scars of Independence: America's Violent Birth* (*New York: Broadway Books / Penguin Random House, 2017); LeeAnna Keith, The Colfax Massacre: The Untold Story of Black Power, White Terror, and the Death of Reconstruction* (New York: Oxford University Press, 2008); Brandon G. Kinney, *The Mormon War: Zion and the Missouri Extermination Order of 1838* (Yardley, Pennsylvania: Westholme, 2011); Leonard Levy, *Jefferson and Civil Liberties: The Darker Side* (Cambridge: The Belknap Press of Harvard University Press, 1963); Leon F. Litwack, *North of Slavery: The Negro in the Free States, 1790-1860* (Chicago: University of Chicago Press, 1961); Tim Madigan, *The Burning: Massacre, Destruction, and the Tulsa Race Riot of 1921* (New York: Thomas Dunne Books / St. Martin's Press, 2001); Drew R.

McCoy, *The Last of the Fathers: James Madison and the Republican Legacy* (New York: Cambridge University Press, 1989); Clare V. McKanna, *Race and Homicide in Nineteenth-Century California* (Reno: University of Nevada Press, 2002); Clare V. McKanna, Jr., *Homicide, Race, and Justice in the American West, 1880-1920* (Tucson: University of Arizona Press, 1997); Joanne Pope Melish, *Disowning Slavery: Gradual Emancipation and "Race" in New England, 1780-1860* (Ithaca: Cornell University Press, 1998); Stephen B. Oates, *The Fires of Jubilee: Nat Turner's Fierce Rebellion* (New York: Harper and Row, 1975); Herta E. Pauli, Alfred Nobel: *Dynamite King, Architect of Peace* (New York: L. B. Fisher, 1942); Jack N. Rakove, *Original Meanings: Politics and Ideas in the Making of the Constitution* (New York: Alfred A. Knopf, 1996); Horace V. Redfield*, Homicide, North and South: Being a Comparative View of Crime against the Person in Several Parts of the United States* (Columbus: Ohio State University Press, 2000); *Andrew S. Trees, The Founding Fathers and the Politics of Character* (Princeton: Princeton University Press, 2003); Alan Trelease, *White Terror: The Ku Klux Klan Conspiracy and Southern Reconstruction* (New York: Harper and Row, 1975); Alan Taylor, *Divided Ground: Indians, Settlers, and the Northern Borderland of the American Revolution* (New York: Knopf, 2006); William M. Tuttle, Jr., *Race Riot: Chicago in the Red Summer of 1919* (New York: Atheneum, 1970); Sean White, *Somewhat More Independent: The End of Slavery in New York City, 1780-1810* (Athens: University of Georgia Press, 1991); Gordon S. Wood, *The Creation of the American Republic, 1776-1787* (Chapel Hill: University of North Carolina Press, 1969); Bertram Wyatt-Brown, *Southern Honor: Ethics and Behavior in the Old South* (New York: Oxford University Press, 1982).

Professor Roth was unable to provide narrowed references to these 36 books he cited in his declaration on account of his prior commitment to attend, and deliver the keynote address at, a conference of the Council on Criminal Justice, in Washington D.C., in advance of the October 21 deadline to file this compendium. Should the Court wish to receive excepted copies of these works, Professor Roth is willing to provide them, but additional time to comply will be required.

| | TM 9-5855-1913-13&P | | |
|---|---|---|---|
| | DIMENSIONS | | |
| | LENGTH | 7.3 in | 18.5 cm |
| | WIDTH | 3.5 in | 9.0 cm |
| | HEIGHT | 1.9 in | 4.8 cm |
| | WEIGHT | 20.8 oz | 590 g |

| POWER | |
|---|---|
| BATTERY LIFE | >5.5 hours in IR DUAL HIGH mode |
| POWER SOURCE | 2 each DL-123A, 3 volt |

| MODE OF OPERATION | | |
|---|---|---|
| POSITION | MODE | REMARKS |
| VH | VIS HIGH | Aiming or marking in daylight/indoor |
| AH | AIM HIGH | IR operates on high power |
| IH | ILLUM HIGH | IR illum operates on high power |
| DH | DUAL HIGH | IR/Illum both operate on high power |
| BUTTON | MODE | REMARKS |
| L | Laser activate | Activates aiming laser |
| R | Range/Compass | Press/Hold 3 sec to enter menu power |

| LASER | DIVERGENCE | WAVELENGTH |
|---|---|---|
| IR BEAM | 0.5 mRad | 820-850 nm |
| IR ILLUMINATOR | 1.0 to 100 mRad | 820-850 nm |
| VISIBLE AIM, RED | 0.5 mRad | 605-665 nm |
| LASER RANGE FINDER | 1.0 mRad | 1570 nm |

| LEGEND | | | | | |
|---|---|---|---|---|---|
| cm | centimeters | IR | infrared | oz | ounces |
| g | grams | mRad | milliradians | | |
| in | inches | nm | nanometers | | |

**Figure 3-17. AN/PSQ-23, STORM**

This page intentionally left blank.

Chapter 4

# Mountable Equipment

Both the M4- and M16-series of weapons have a wide variety of attachments to increase Soldier lethality, situational awareness, and overmatch. The attachments can be applied in various locations on the weapon system. Soldiers must understand what the attachments are, how they are correctly positioned, how to align them with the weapon system, and how to integrate them into use to maximize the system's capabilities.

This chapter explains how the ARS is used to mount the various attachments. It describes the weapons, aiming devices, and accessories available for mounting, and includes general information on the proper mounting location as well as their basic capabilities.

## ADAPTIVE RAIL SYSTEM

4-1. The ARS and rail grabbers are designed for M16- and M4-/M4A1-series weapons to mount:

- Weapons.
- Aiming devices.
- Accessories.

4-2. The ARS provides a secure mounting point for various accessories that may be mounted on the weapon's top, bottom, left, and right. Each rail groove has an incremental number identifying the slot location, starting from the rear of the weapon.

4-3. Soldiers should record the attachment or equipment's serial number (if applicable), the location of the attachment (for example, markings between lugs), and any boresight or alignment settings specific to the equipment at that location.

4-4. Once complete, the Soldier should mark the mounting bracket to identify the tightened position with a permanent marker. Marking the mounting bracket allows for rapid identification of loosening hardware during firing. Soldiers must periodically verify the mounting hardware does not loosen during operation. During zeroing or zero confirmation operations, Soldiers should retighten the mounting hardware after the first five rounds.

4-5. Soldiers must ensure the equipment is firmly affixed to the ARS before tie down is complete. If the attachments are loose, their accuracy and effectiveness will be degraded.

## MOUNTABLE WEAPONS

4-6. There are two types of weapons that can be physically attached to the M16-/M4-series rifles; grenade launchers and shotguns. These weapons are standard components of the unit's organizational equipment and serve specific purposes during combat operations.

4-7. These weapons are mounted under the barrel of the service rifle at specific locations. They may be removed by a qualified armorer only.

### GRENADE LAUNCHERS

4-8. The M320/M320A1 grenade launcher is a lightweight grenade launcher that can operate in a stand-alone or attached configuration. The M320/M320A1 grenade launcher uses an integrated double-action-only trigger system. The M320 series is the replacement weapon for the M203. (See figure 4-1.)

**Figure 4-1. M320 attached to M4 series carbine example**

4-9. The M203 is a breach loaded attachable grenade launcher that is affixed to the bottom of the barrel of the M16-/M4-series rifle. The M203 cannot be used in a stand-alone configuration. (See figure 4-2)

**Figure 4-2. M203 grenade launcher example**

4-10. Each mountable 40mm grenade launcher provides the following capabilities to the small unit (see the appropriate TM for authorized use):

- Pyrotechnic signal and spotting rounds:
  - Star cluster, white.
  - Star parachute, white.
  - Star parachute, green.
  - Star parachute, red.
  - Smoke, yellow.
  - Smoke, green.
  - Smoke, red.
  - Illumination, infrared.
- High explosive (HE).
- High explosive, dual purpose (HEDP).
- Nonlethal.
- Training practice (TP).

## SHOTGUN SYSTEM

4-11. The M26 Modular Accessory Shotgun System (MASS) is an under-barrel shotgun attachment for the M16/M4/M4A1. The M26 uses a 3- or 5-round detachable box magazine and provides Soldiers with additional tactical capabilities. (Refer to TC 3-22.12 for more information). (See figure 4-3.)

**Figure 4-3. M26 shotgun example**

4-12. The M26 provides specific tactical capabilities to the Soldier using the following ammunition:

- Slug. Door breaching.
- Shot range, 00 buckshot.
- Nonlethal, rubber slug, buckshot, and riot control.

# MOUNTABLE AIMING DEVICES

4-13. Aiming devices mounted to the weapon system should be placed in a specific location on the weapon to maximize their capabilities. Table 4-1 provides the preferred mounting locations of the most common attachments.

**Table 4-1. Attachment Related Technical Manuals and Mounting**

| Attachment | Technical Manual | M4/M4A1, M16A4 | M4/M4A1 | M16A2/A3 |
|---|---|---|---|---|
| BUIS | | UR | UR | |
| CCO, M68 | TM 9-1240-413-13&P | UR* | UR* | MT |
| RCO, M150 | TM 9-1240-416-13&P | UR | UR | MT |
| AN/PVS-14 | TM 11-5855-306-10 | UR*** | | |
| AN/PEQ-15A | TM 9-5855-1912-13&P | RG** | BA | BA |
| AN/PEQ-15 | TM 9-5855-1914-13&P | RG** | BA | BA |
| AN/PAS-13B(V1), LWTS | TM 11-5855-312-10 | UR | UR | MT |
| AN/PAS-13B(V3), HWTS | TM 11-5855-312-10 | UR | UR | MT |
| AN/PAS-13C(V1), LWTS | TM 11-5855-316-10 | UR | UR | MT |
| AN/PAS-13C(V3), HWTS | TM 11-5855-316-10 | UR | UR | MT |
| AN/PAS-13D(V)1 LWTS | TM 11-5855-324-10 | UR | UR | MT |
| AN/PAS-13D(V2), MWTS | TM 11-5855-317-10 | UR | UR | MT |
| AN/PAS-13D(V3), HWTS | TM 11-5855-317-10 | UR | UR | MT |
| AN/PSQ-23 | TM 9-5855-1913-13&P | RG** | BA | BA |

**Legend:**
BA – Bracket Assembly
BUIS – Back up Iron Sight
CCO – Close Combat Optic
HTWS – Heavy Thermal Weapons Sight
LTWS – Light Thermal Sight
MWTS – Medium Thermal Sight
MT – M16 Mount
RCO – Rifle Combat Optic
RG – Rail Grabber
UR – Upper Receiver
* With a half-moon spacer installed.
** Picatinny or Insight rail grabbers may be used.
*** If used in conjunction with the CCO, the CCO will mount on the top rail of the ARS.

# MOUNTABLE ACCESSORIES

4-14. Mountable accessories are items that may be attached to a weapon but are not required for operation. They provide assistance stabilizing the weapon or provide white-light illumination for specific tactical operations.

4-15. These devices are authorized as needed by the small unit. Some mountable accessories are aftermarket (commercial-off-the-shelf, or COTS) items that use the ARS for semipermanent attachment.

## BIPOD

4-16. Bipods are highly adjustable that enhance stability within the battle space environment. They are secured by the front sling swivel or the advanced rail system on the foregrip of the weapon. They can be used in combination with a sand sock or other buttstock support to provide an extremely stable firing platform. (See figure 4-4.)

4-17. The bipod is an additional means to stabilize the weapon in various shooting positions. Despite primarily being used in prone position, bipods can be used for additional support in alternate shooting positions while using barricade supports. The bipod provides additional support which facilitates acquisition of muscle relaxation and natural point of aim. The use of bipods in barricade shooting can increase the Soldier's efficiency and probability of a first round hit while engaging targets.

**Figure 4-4. Bipod example**

## Vertical Foregrip

4-18. Vertical foregrips (VFGs) assist in transitioning from target to target in close quarter combat. (See figure 4-5.)

4-19. The further out the Soldier mounts the VFG, the smoother and quicker his transitions between multiple targets will be, however he should not mount it so far forward that using the VFG is uncomfortable.

**Figure 4-5. Vertical foregrip example**

## Foregrip with Integrated Bipods

4-20. VFGs with integrated bipods are acceptable for common use. They combine the VFG capability with a small, limited adjustment bipod. They typically lack the full adjustment capabilities of full bipods, but provide a compact stable extrusion for the firer.

## Mounted Lights

4-21. The weapon-mounted lights are commonly issued throughout the Army. The purpose of the weapon mounted lights is to provide illumination and assist in target acquisition and identification during limited visibility operations.

4-22. Most weapon mounted lights provide selection between white light and infrared capabilities. Employment of the weapon mounted light is based upon mission, enemy, terrain and weather, troops and support available, time available, civil considerations (METT-TC) and unit SOP. The weapon mounted lights should be mounted in such a manner that the Soldier can activate and deactivate them efficiently and their placement does not hinder the use of any other attachment or accessory. They must be attached in such a manner as to prevent negligent or unintentional discharge of white light illumination during movement or climbing.

Chapter 5

# EMPLOYMENT

The rifleman's primary role is to engage the enemy with well-aimed shots. (Refer to ATP 3-21.8 for more information.) In this capacity, the rate of fire for the M4 rifle is not based on how fast the Soldier can pull the trigger. Rather, it is based on how fast the Soldier can consistently acquire and engage the enemy with accuracy and precision.

Consistently hitting a target with precision is a complex interaction of factors immediately before, during, and after the round fires. These interactions include maintaining postural steadiness, establishing and maintaining the proper aim on the target, stabilization of the weapon while pressing the trigger, and adjusting for environmental and battlefield conditions.

5-1. Every Soldier must adapt to the firing situation, integrate the rules of firearms safety, manipulate the fire control, and instinctively know when, how, and where to shoot. It is directly influenced by the Soldier's ability to hit the target under conditions of extreme stress:

- Accurately interpret and act upon perceptual cues related to the target, front and rear sights, rifle movement, and body movement.
- Execute minute movements of the hands, elbows, legs, feet, and cheek.
- Coordinate gross-motor control of their body positioning with fine-motor control of the trigger finger.

5-2. Regardless of the weapon system, the goal of shooting remains constant: well-aimed shots. To achieve this end state there are two truths. Soldier's must—

- Properly point the weapon (sight alignment ***and*** sight picture).
- Fire the weapon without disturbing the aim.

5-3. To accomplish this, Soldiers must master sight alignment, sight picture, and trigger control.

- **Sight alignment** – sight alignment is the relationship between the aiming device and the firer's eye. To achieve proper and effective aim, the focus of the firer's eye needs to be on the front sight post or reticle. The Soldier must maintain sight alignment throughout the aiming process.
- **Sight picture** – the sight picture is the placement of the aligned sights on the target.
- **Trigger control –** the skillful manipulation of the trigger that causes the rifle to fire without disturbing the aim.

## SHOT PROCESS

5-4. The **shot process** is the basic outline of an individual engagement sequence all firers consider during an engagement, regardless of the weapon employed. The shot process formulates all decisions, calculations, and actions that lead to taking the shot. The shot process may be interrupted at any point before the sear disengaging and firing the weapon should the situation change.

5-5. The shot process has three distinct phases:

- **Pre-shot**.
- **Shot**.
- **Post-shot**.

5-6. To achieve consistent, accurate, well-aimed shots, Soldiers must understand and correctly apply the shot process. The sequence of the shot process does not change, however, the application of each element vary based on the conditions of the engagement.

5-7. Every shot that the Soldier takes has a complete shot process. Grouping, for example, is simply moving through the shot process several times in rapid succession.

5-8. The shot process allows the Soldier to focus on one cognitive task at a time. The Soldier must maintain the ability to mentally organize the shot process's tasks and actions into a disciplined mental checklist, and focus their attention on activities which produce the desired outcome; a well-aimed shot.

5-9. The level of attention allocated to each element during the shot process is proportional to the conditions of each individual shot. Table 5-1 provides an example of a shot process.

**Table 5-1. Shot Process example**

| Phase | Element |
|---|---|
| Pre-shot | Position |
| | Natural Point of Aim |
| | Sight Alignment / Picture |
| | Hold |
| Shot | Refine Aim |
| | Breathing Control |
| | Trigger Control |
| Post-shot | Follow-through |
| | Recoil management |
| | Call the Shot |
| | Evaluate |

# FUNCTIONAL ELEMENTS OF THE SHOT PROCESS

5-10.  Functional elements of the shot process are the linkage between the Soldier, the weapon system, the environment, and the target that directly impact the shot process and ultimately the consistency, accuracy, and precision of the shot. When used appropriately, they build a greater understanding of any engagement.

5-11.  The functional elements are interdependent. A accurate shot, regardless of weapon system, requires the Soldier to establish, maintain, and sustain—

- **Stability** – the Soldier stabilizes the weapon to provide a consistent base to fire from and maintain through the shot process until the recoil pulse has ceased. This process includes how the Soldier holds the weapon, uses structures or objects to provide stability, and the Soldier's posture on the ground during an engagement.
- **Aim** – the continuous process of orienting the weapon correctly, aligning the sights, aligning on the target, and the appropriate lead and elevation (hold) during a target engagement.
- **Control** – all the conscious actions of the Soldier before, during, and after the shot process that the Soldier specifically is in control of. The first of which is trigger control. This includes whether, when, and how to engage. It incorporates the Soldier as a function of safety, as well as the ultimate responsibility of firing the weapon.
- **Movement** – the process of the Soldier moving during the engagement process. It includes the Soldier's ability to move laterally, forward, diagonally, and in a retrograde manner while maintaining stabilization, appropriate aim, and control of the weapon.

5-12.  These elements define the tactical engagement that require the Soldier to make adjustments to determine appropriate actions, and compensate for external influences on their shot process. When all elements are applied to the fullest extent, Soldiers will be able to rapidly engage targets with the highest level of precision.

5-13.  Time, target size, target distance, and the Soldier's skills and capabilities determine the amount of effort required of each of the functional elements to minimize induced errors of the shot.

5-14.  Each weapon, tactical situation, and sight system will have preferred techniques for each step in the shot process and within the functional elements to produce precision and accuracy in a timely manner. How fast or slow the shooter progresses through the process is based on target size, target distance, and shooter capability.

5-15.  The most complex form of shooting is under combat conditions when the Soldier is moving, the enemy is moving, under limited visibility conditions. Soldiers and leaders must continue to refine skills and move training from the simplest shot to the most complex. Applying the functional elements during the shot process builds a firer's speed while maintaining consistency, accuracy, and precision during complex engagements.

5-16.  Each of the functional elements and the Soldier actions to consider during the shot process are described later in this manual.

## TARGET ACQUISITION

5-17. Target acquisition is the ability of a Soldier to rapidly recognize threats to the friendly unit or formation. It is a critical Soldier function before any shot process begins. It includes the Soldier's ability to use all available optics, sensors, and information to detect potential threats as quickly as possible.

5-18. Target acquisition requires the Soldier to apply an acute attention to detail in a continuous process based on the tactical situation. The target acquisition process includes all the actions a Soldier must execute rapidly:

- **Detect** potential threats (target detection).
- **Identify** the threat as friend, foe, or noncombatant (target identification).
- **Prioritize** the threat(s) based on the level of danger they present (target prioritization).

### TARGET DETECTION

5-19. Effective target detection requires a series of skills that Soldiers must master. Detection is an active process during combat operations with or without a clear or known threat presence. All engagements are enabled by the Soldier's detection skills, and are built upon three skill sets:

- **Scan and search** – a rapid sequence of various techniques to identify potential threats. Soldier scanning skills determine potential areas where threats are most likely to appear.
- **Acquire** – a refinement of the initial scan and search, based on irregularities in the environment.
- **Locate** – the ability to determine the general location of a threat to engage with accuracy or inform the small unit leader of contact with a potential threat.

#### Scan and Search

5-20. Scanning and searching is the art of observing an assigned sector. The goal of the scan and search is a deliberate detection of potential threats based on irregularities in the surrounding environment. This includes irregular shapes, colors, heat sources, movement, or actions the Soldier perceives as being "out of place," as compared to the surrounding area.

5-21. Soldiers use five basic search and scan techniques to detect potential threats in combat situations:

- **Rapid scan** – used to detect obvious signs of threat activity quickly. It is usually the first method used, whether on the offense or fighting in the defense.
- **Slow scan** – if no threats are detected during the rapid scan, Soldiers conduct the more deliberate scan using various optics, aiming devices, or sensors. The slow scan is best conducted in the defense or during slow movement or tactical halts.

- **Horizontal scan** – are used when operating in restricted or urban terrain. It is a horizontal sweeping scan that focuses on key areas where potential threats may be over watching their movement or position.
- **Vertical scan** – an up and down scan in restricted or urban environments to identify potential threats that may be observing the unit from an elevated position.
- **Detailed search** – used when no threats are detected using other scanning methods. The detailed search uses aiming devices, thermal weapon systems, magnified optics, or other sensors to slowly and methodically review locations of interest where the Soldier would be positioned if they were the threat (where would I be if I were them?)

### Acquire

5-22. Target acquisition is the discovery of any object in the operational environment such as personnel, vehicles, equipment, or objects of potential military significance. Target acquisition occurs during target scan and search as a direct result of observation and the detection process.

5-23. During the scan and search, Soldiers are looking for "target signatures," which are signs or evidence of a threat. Tactically, Soldiers will be looking for threat personnel, obstacles or mines (including possible improvised explosive devices [IEDs]), vehicles, or anti-tank missile systems. These target signatures can be identified with sight, sound, or smell.

### Detection Best Practices

5-24. Threat detection is a critical skill that requires thoughtful application of the sensors, optics, and systems at the Soldier's disposal. Finding potential threats as quickly and effectively as possible provides the maximum amount of time to defeat the threat. Soldiers should be familiar with the following best practices to increase target detection:

- Scan with the unaided eye first, then with a magnified optic.
- Practice using I2 and thermal optics in tandem during limited visibility.
- Understand the difference between I2 and thermal optics; what they can "see" and what they can't. (See chapter 4 of this publication.)
- Thermal optics are the preferred sight for target acquisition and engagement, day or night.
- Don't search in the same area as others in the small unit. Overlap, but do not focus on the same sector.
- Practice extreme light discipline during limited visibility including IR light discipline.
- Think as the threat. Search in areas that would be most advantageous from their perspective.
- Detecting threats is exponentially more difficult when operating in a chemical, biological, radiological, nuclear (CBRN) environment. Practice detection skills with personal protective equipment (PPE)/individual

protective equipment (IPE) and understand the increased constraints and limitations, day and night.

### Locate

5-25. Target location is the determination of where a target is in your operational environment in relation to the shooter, small unit, or element. Locating a target or series of targets occurs as a result of the search and acquisition actions of each Soldier in the small unit.

5-26. Once a target is located, the threat location can be rapidly and efficiently communicated to the rest of the unit. Methods used to announce a located target depend on the individual's specific position, graphic control measures for the operation, unit SOP, and time available.

## TARGET IDENTIFICATION

5-27. Identifying (or discriminating) a target as friend, foe, or noncombatant (neutral) is the second step in the target acquisition process. The Soldier must be able to positively identify the threat into one of three classifications:

- **Friend.** Any force, U.S. or allied, that is jointly engaged in combat operations with an enemy in a theater of operation.
- **Foe (enemy combatant).** Any individual who has engaged acts against the U.S. or its coalition partners in violation of the laws and customs of war during an armed conflict.
- **Noncombatants.** Personnel, organizations, or agencies that are not taking a direct part in hostilities. This includes individuals such as medical personnel, chaplains, United Nations observers, or media representatives or those out of combat such as the wounded or sick. Organizations like the Red Cross or Red Crescent can be classified as noncombatants.

5-28. The identification process is complicated by the increasing likelihood of having to discriminate between friend/foe and combatant/noncombatant in urban settings or restricted terrain. To mitigate fratricide and unnecessary collateral damage, Soldiers use all of the situational understanding tools available and develop tactics, techniques, and procedures for performing target discrimination.

### Fratricide Prevention

5-29. Units have other means of designating friendly vehicles from the enemy. Typically, these marking systems are derived from the unit tactical standard operating procedure (TACSOP) or other standardization publications, and applied to the personnel, small units, or vehicles as required:

- **Markings.** Unit markings are defined within the unit SOP. They distinctly identify a vehicle as friendly in a standardized manner.
- **Panels.** VS-17 panels provide a bright recognition feature that allows Soldiers to identify friendly vehicles through the day sight during unlimited visibility. Panels do not provide a thermal signature.

- **Lighting.** Chemical or light emitting diode lights provide a means of marking vehicles at night. However, chemical lights are not visible through a thermal sight. An IR variant is available for use with night vision devices. Lighting systems do not provide for thermal identification during day or limited visibility operations.
- **Beacons and Strobes.** Beacons and strobes are unit-procured, small-scale, compact, battery-operated flashing devices that operate in the near infrared wavelength. They are clearly visibly through night vision optics, but cannot be viewed through thermal optics.

> ***Note.*** Beacons and strobes generate illumination signals that can only be viewed by I2 optics. The signal ***cannot be viewed*** by thermal optics. Leaders and Soldiers are required to be aware of which optic can effectively view these systems when developing their SOPs and when using them in training or combat.
>
> Beacons and strobes have the potential to be viewed by enemy elements with night vision capabilities. Units should tailor use of the beacon based on METT-TC.

- **Symbols.** Unit symbols may be used to mark friendly vehicles. An inverted V, for example, painted on the flanks, rear, and fronts of a vehicle, aid in identifying a target as friendly. These are typically applied in an area of operations and not during training. Symbol marking systems do not provide for thermal identification during day or limited visibility operations.

## TARGET PRIORITIZATION

5-30. When faced with multiple targets, the Soldier must prioritize each target and carefully plan his shots to ensure successful target engagement. Mental preparedness and the ability to make split-second decisions are the keys to a successful engagement of multiple targets. The proper mindset will allow the Soldier to react instinctively and control the pace of the battle, rather than reacting to the adversary threat.

5-31. Targets are prioritized into three threat levels—

- **Most dangerous.** A threat that has the capability to defeat the friendly force and is preparing to do so. These targets must be defeated immediately.
- **Dangerous.** A threat that has the capability to defeat the friendly force, but is not prepared to do so. These targets are defeated after all most dangerous targets are eliminated.
- **Least dangerous.** Any threat that does not have the ability to defeat the friendly force, but has the ability to coordinate with other threats that are more prepared. These targets are defeated after all threats of a higher threat level are defeated.

5-32. When multiple targets of the same threat level are encountered, the targets are prioritized according to the threat they represent. The standard prioritization of targets establishes the order of engagement. Firers engage similar threats by the following guide:

- **Near before far**.
- **Frontal before flank**.
- **Stationary before moving**.

5-33. The prioritization of targets provides a control mechanism for the shooter, and facilitates maintaining overmatch over the presented threats. Firers should be prepared deviate from the prioritization guide based on the situation, collective fire command, or changes to the target's activities.

Chapter 6

# Stability

Stability is the ability of the Soldier to create a stable firing platform for the engagement. The Soldier stabilizes the weapon to provide a consistent base from which to fire from and maintain through the shot process until the recoil impulse has ceased. This process includes how the Soldier holds the weapon, uses structures or objects to provide stability, and the Soldier's posture on the ground during an engagement. A stable firing platform is essential during the shot process, whether the Soldier is stationary or moving.

This chapter provides the principles of developing a stable firing platform, describes the interaction between the Soldier, weapon, the surroundings, and the methods to achieve the greatest amount of stability in various positions. It explains how the stability functional element supports the shot process and interacts and integrates the other three elements. Stability provides a window of opportunity to maintain sight alignment and sight picture for the most accurate shot.

## SUPPORT

6-1. Stability is provided through four functions: support, muscle relaxation, natural point of aim, and recoil management. These functions provide the Soldier the means to best stabilize their weapon system during the engagement process.

6-2. The placement or arrangement of sandbags, equipment, or structures that directly provide support to the upper receiver of the weapon to provide increased stability. This includes the use of a bipod or vertical foregrip, bone and muscle support provided by the shooter to stabilize the rifle.

6-3. Support can be natural or artificial or a combination of both. Natural support comes from a combination of the shooter's bones and muscles. Artificial support comes from objects outside the shooter's body. The more support a particular position provides, the more stable the weapon.

- **Leg Position.** The position of the legs varies greatly depending on the firing position used. The position may require the legs to support the weight of the Soldier's body, support the firing elbow, or to meet other requirements for the firing position. When standing unsupported, the body is upright with the legs staggered and knees slightly bent. In the prone, the firer's legs may be spread apart flat on the ground or bent at the knee. In the sitting position, the legs may also serve an intricate part of the firing position.

- **Stance/Center of Gravity.** The physical position of a Soldier before, during, and after the shot that relates to the firer's balance and posture. The position/center of gravity does not apply when firing from the prone position. The position/center of gravity specifically relates to the Soldier's ability to maintain the stable firing platform during firing, absorbing the recoil impulses, and the ability to aggressively lean toward the target area during the shot process.
- **Firing Elbow.** The placement of the firing elbow during the shot process. Proper elbow placement provides consistent firing hand grip while standing, sitting, or kneeling, and provides support stability in the prone position.
- **Nonfiring Elbow.** The Soldier's placement of the nonfiring elbow during the shot process supports the rifle in the all positions.
- **Firing Hand.** Proper placement of the firing hand will aid in trigger control. Place the pistol grip in the 'V' formed between the thumb and index finger. The pressure applied is similar to a firm handshake grip. Different Soldiers have different size hands and lengths of fingers, so there is no set position of the finger on the trigger. To grip the weapon, the Soldier places the back strap of the weapon's pistol grip high in the web of his firing side hand between his thumb and index (trigger) finger. The Soldier's trigger finger is indexed on the lower receiver, well outside the trigger guard and off the magazine release to prevent inadvertent release of the magazine. The firing hand thumb (or trigger finger for left-handed firers) is indexed on top of the safety selector switch. The Soldier grasps the pistol grip with his remaining three fingers ensuring there is no gap between his middle finger and the trigger guard.
- **Nonfiring Hand.** Proper placement of the non-firing hand is based on the firing position and placement of the non-firing elbow to provide the stability of the weapon. Placement is adjusted during supported and unsupported firing to maximize stability. The non-firing hand is placed as far forward as comfortable without compromising the other elements of the position or inducing extreme shooter-gun angle.
  - The nonfiring hand supports the weight of the rifle by grasping the fore arm. It should be a firm but relaxed grip. In all positions it should be as close to the handguard as naturally possible to aid in recoil management.
  - If possible, the firer should strive to have the thumb of the nonfiring hand provide downward force on the handguard. The pressure will provide the necessary force to assist in the management of the muzzle rise from recoil.
  - In all positions it should be as close to the end of the handguard as naturally possible to aid in recoil management.
  - Due to limited space on current MWS rails the above may not be possible but consideration should be given while mounting lasers to achieve an extended grip.
- **Butt Stock.** Correct placement of the butt stock in the firing shoulder will aid in achieving a solid stock weld. Side to side placement will vary

depending on equipment worn while firing. The butt stock is placed high enough in the shoulder to allow for an upright head position.

- The vertical placement of the butt stock will vary from firing position to firing position. A general guideline to follow is: the higher the position from the ground, the higher the butt stock will be in the shoulder.
- The term "butt stock" refers to both the butt stock (M16-series) and collapsible butt stock (M4-series) for clarity.

- **Stock Weld.** Stock weld is the placement of the firer's head on the stock of the weapon. Correct stock weld is critical to sight alignment. The firer rests the full weight of the head on the stock. The head position is as upright as possible to give the best vision through the aiming device. It allows for scanning additional targets not seen through the aiming device.
  - When establishing the stock weld, bring the rifle up to your head, not your head down to the rifle. The firer's head will remain in the same location on the stock while firing, but the location may change when positions are changed. The bony portion of the cheek placed on the stock is the basic starting point. Soldiers adapt to their facial structure to find the optimal placement that allows for both sight alignment and repetitive placement.
  - Figure 6-1 shows the differences in head placement, which effects sight alignment. The firer on the right is NOT resting the full weight of their head on the stock. The picture on the left shows the skin of the firer's head being pushed down by the full weight of their head. This technique can be quickly observed and corrected by a peer coach.

---

***Note.*** Soldiers' bodies vary with the amount of flesh and the bone structure of the face. Firers who apply downward force simply to achieve the appearance in the correct (left) image in figure 6-1, on page 6-4, will not have relaxation and will not have a repeatable placement. The goal is to have alignment with consistent placement.

---

**Figure 6-1. Stock weld**

## MUSCLE RELAXATION

6-4. Muscle relaxation is the ability of the Soldier to maintain orientation of the weapon appropriately during the shot process while keeping the major muscle groups from straining to maintain the weapon system's position. Relaxed muscles contribute to stability provided by support.

- Strained or fatigued muscles detract from stability.
- As a rule, the more support from the shooter's bones the less he requires from his muscles.
- The more skeletal support, the more stable the position, as bones do not fatigue or strain.
- As a rule, the less muscle support required, the longer the shooter can stay in position.

## NATURAL POINT OF AIM

6-5. The natural point of aim is the point where the barrel naturally orients when the shooter's muscles are relaxed and support is achieved. The natural point of aim is built upon the following principles:

- The closer the natural point of aim is to the target, the less muscle support required.
- The more stable the position, the more resistant to recoil it is.
- More of the shooter's body on the ground equals a more stable position.
- More of the shooter's body on the ground equals less mobility for the shooter.

6-6. When a Soldier aims at a target, the lack of stability creates a wobble area, where the sights oscillate slightly around and through the point of aim. If the wobble area is larger than the target, the Soldier requires a steadier position or a refinement to their position to decrease the size of his wobble area before trigger squeeze.

*Note.* The steadier the position, the smaller the wobble area. The smaller the wobble area, the more precise the shot.

6-7. To check a shooter's natural point of aim, the Soldier should assume a good steady position and get to the natural pause. Close their eyes, go through one cycle, and then open their eyes on the natural pause. Where the sights are laying at this time, is the natural point of aim for that position. If it is not on their point of aim for their target, they should make small adjustments to their position to get the reticle or front sight post back on their point of aim. The Soldier will repeat this process until the natural point of aim is on the point of aim on their target.

## RECOIL MANAGEMENT

6-8. Recoil management is the result of a Soldier assuming and maintaining a stable firing position which mitigates the disturbance of one's sight picture during the cycle of function of the weapon.

6-9. The Soldier's firing position manages recoil using support of the weapon system, the weight of their body, and the placement of the weapon during the shot process. Proper recoil management allows the sights to rapidly return to the target and allows for faster follow up shots.

## SHOOTER–GUN ANGLE

6-10. The shooter gun-angle is the relationship between the shooters upper body and the direction of the weapon. This angle is typically different from firing position to firing position, and directly relates to the Soldier's ability to control recoil. Significant changes in the shooter-gun angle can result in eye relief and stock weld changes.

*Note.* Units with a mix of left and right handed shooters can take advantage of each Soldiers' natural carry positions, and place left-handed shooters on the right flanks, and right-handed shooters on the left flanks, as their natural carry alignment places the muzzle away from the core element, and outward toward potential threats, and reduces the challenges of firing when moving laterally.

## FIELD OF VIEW

6-11. The field of view is the extent that the human eye can see at any given moment. The field of view is based on the Soldier's view ***without*** using magnification, optics, or thermal devices. The field of view is what the Soldier sees, and includes the areas where the Soldier can detect potential threats.

## CARRY POSITIONS

6-12. There are six primary carry positions. These positions may be directed by the leader, or assumed by the Soldier based on the tactical situation. The primary positions are—

- Hang.
- Safe hang.
- Collapsed low ready.
- Low ready.
- High ready.
- Ready (or ready-up).

## HANG

6-13. Soldiers use the hang when they need their hands for other tasks and no threat is present or likely (see figure 6-2). The weapon is slung and the safety is engaged. The hang carry should not be used when the weapon control status is RED. The reduced security of the weapon may cause the mechanical safety select lever to unintentionally move to SEMI or BURST/AUTO.

Carry Position:
Hang
When Used:
No threat is likely or present. Typically used when not in a tactical environment.
Command:
ASSUME HANG
Advantages:
Provides the maximum amount of Soldier mobility and freedom of movement and use of their hands.
Disadvantages:
Least accessibility to the weapon and the fire controls. Requires the most time to transition to a stable firing position. Maintains minimum amount of physical security.
Weapon is slung from the firing shoulder across the chest to the non-firing hand.
Magazine is secured in the magazine well based on the tactical situation.
Weapon may have dust cap covering the muzzle.

**Figure 6-2. Hang carry example**

## SAFE HANG

6-14. The safe hang is used when no immediate threat is present and the hands are not necessary (see figure 6-3). In the safe hang carry, the weapon is slung, the safety is engaged, and the Soldier has gripped the rifle's pistol grip. The Soldier sustains Rule 3, keeping the finger off the trigger until ready to engage when transitioning to the ready or ready up position.

6-15. In this position, the Soldier can move in any direction while simultaneously maintaining his muzzle oriented at the ground by using his firing hand. This carry provides control of the weapon, flexibility in movement, and positive control of the weapon's fire controls.

Weapon is slung from the firing shoulder across the chest to the non-firing hand.
Soldier maintains positive control of the weapon's pistol grip and does not have his finger on the trigger.

| Carry Position: | Safe Hang |
|---|---|
| When Used: | No immediate threat is likely or present. Used to maintain positive control of the weapon, the fire controls, and weapon orientaion during movement. |
| Command: | ASSUME SAFE HANG |
| Advantages: | Provides some Soldier mobility while maintaining positive control of the weapon and weapon orientation. |
| Disadvantages: | Reduced use of hands. |

**Figure 6-3. Safe hang example**

## COLLAPSED LOW READY

6-16. The collapsed low ready is used when a greater degree of muzzle control and readiness to respond to threats or weapon retention is necessary (such as crowded environments). In the collapsed low ready, the firing hand is secure on the weapon's pistol grip. The non-firing hand is placed on the hand guards or vertical foregrip (see figure 6-4).

6-17. This carry allows a Soldier to navigate crowded or restrictive environments while simultaneously minimizing or eliminating his muzzle covering (flagging) by maintaining positive control of the muzzle orientation.

| Carry Position: | Collapsed Low Ready |
|---|---|
| When Used: | A greater degree of muzzle control and readiness is required. Used in restricted or crowded environments, urban terrain, or when positive control of weapon orientation is required. |
| Command: | ASSUME COLLAPSED |
| Advantages: | Provides some Soldier mobility while maintaining positive control of the weapon and weapon orientation. Increased readiness. |
| Disadvantages: | Use of hands limited. |

**Figure 6-4. Collapsed low ready example**

## Low Ready

6-18. The low ready provides the highest level of readiness and with the maximum amount of observable area for target acquisition purposes

6-19. In the low ready position, the weapon is slung, the butt stock is in the Soldier's shoulder, and the muzzle is angled down at a 30- to 45-degree angle and oriented towards the Soldier's sector of fire.

6-20. Firing hand is positioned on the pistol grip with the index finger straight and out of the trigger guard. The thumb is placed on the selector lever with the lever placed on safe. From this carry, the Soldier is ready to engage threats within a very short amount of time with minimal movement. (See figure 6-5).

6-21. Observation is maintained to the sector of fire. The Soldier looks over the top of his optics or sights to maintain situation awareness of his sector. The Soldier's head remains upright.

| Carry Position: | Low Ready |
|---|---|
| When Used: | Contact with threats is likely and direct fire engagements are probable. |
| Command: | GO LOW READY |
| Advantages: | Readiness is increased to provide for rapid engagement when the weapons control status conditions are met. |
| Disadvantages: | Reduced awareness laterally and to the rear. |

**Figure 6-5. Low ready position**

## HIGH READY

6-22. The high ready is used when the Soldier's sector of fire includes areas overhead or when an elevated muzzle orientation is appropriate for safety (see figure 6-6). The high ready carry is used when contact is likely.

6-23. In the high ready, the weapon is slung, butt stock is in the armpit, the muzzle angled up to at least a 45-degree angle and oriented toward the Soldier's sector of fire—ensuring no other Soldiers are flagged.

6-24. The firing hand remains in the same position as the low ready. The non-firing side hand can be free as the weapon is supported by the firing side hand and armpit.

6-25. This position is not as effective as the low ready for several reasons: it impedes the field of view, flags friendlies above the sector of fire, and typically takes longer to acquire the target.

| Carry Position: | High Ready |
|---|---|
| When Used: | Contact with threats is likely, threats or hazards are overhead, or when elevated muzzle orientation is required. |
| Command: | GO HIGH READY |
| Advantages: | Increased readiness for elevated threats, increased flag protection for friendly forces on the same level. |
| Disadvantages: | Reduced awareness laterally and to the rear. Impedes the field of view, can flag friendlies above the sector of fire, and increases time to acquire targets. |

**Figure 6-6. High ready position**

## READY OR READY-UP

6-26. The ready is used when enemy contact is imminent (see figure 6-7). This carry is used when the Soldier is preparing or prepared to engage a threat.

6-27. In the ready, the weapon is slung, the toe of the butt stock is in the Soldier's shoulder, and muzzle is oriented toward a threat or most likely direction of enemy contact. The Soldier is looking through his optics or sights. His non-firing side hand remains on the hand guards or the vertical foregrip.

6-28. The firing hand remains on the pistol grip with the firing finger off the trigger until the decision to engage a target is made.

| Carry Position: | Ready or Ready Up |
|---|---|
| When Used: | Contact with threats is imminent, the orientation of the muzzle is in the most probable target location, and the Soldier is prepared to engage. |
| Command: | MAKE READY |
| Advantages: | The highest level of readiness to engage a threat or threats. Rapid transition from target acquisition to engagement. |
| Disadvantages: | Reduced awareness laterally and to the rear. Requires the Soldier to maintain situational awareness laterally while actively acquiring targets. |

**Figure 6-7. Ready position or up position**

## STABILIZED FIRING

6-29. The Soldier must stabilize their weapon, whether firing from a stationary position or while on the move. To create a stabilized platform, Soldiers must understand the physical relationship between the weapon system, the shooter's body, the ground, and any other objects touching the weapon or shooter's body. The more contact the shooter has to the ground will determine how stable and effective the position is. The situation and tactics will determine the actual position used.

6-30. When a shooter assumes a stable firing position, movement from muscle tension, breathing, and other natural activities within the body will be transferred to the weapon and must be compensated for by the shooter.

6-31. Failing to create an effective platform to fire from is termed a ***stabilization failure***. A stabilization failure occurs when a Soldier fails to:

- Control the movement of the barrel during the arc of movement
- Adequately support the weapon system
- Achieve their natural point of aim.

6-32. These failures compound the firing occasion's errors, which directly correlate to the accuracy of the shot taken. To maximize the Soldier's stability during the shot process, they correctly assume various firing positions when stationary, or offset the induced errors with other firing skills during tactical movement.

6-33. As a rule, positions that are lower to the ground provide a higher level of stability. When the center of gravity elevates the level of stability decreases as shown in figure°6-8.

Chapter 6

HIGH
LOW
MEDIUM
MODERATE
LOW
HIGH
As the center of Gravity (CoG) increases, the level of stability decreases.
H
M
L
High Stability
Moderate Stability
Low Stability

**Figure 6-8. Firing position stability example**

6-14 TC 3-22.9 13 May 2016

Compendium_Roth
Page 1541

# FIRING POSITIONS

6-34. The nature of combat will not always allow time for a Soldier to get into a particular position. Soldiers need to practice firing in a variety of positions, including appropriate variations. There are 12 firing positions with variations that are common to all Soldiers. The positions are listed highest to lowest. The primary position is listed in bold, with the position variations in italics:

- **Standing** –
  - *Standing, unsupported*.
  - *Standing, supported.*
- **Squatting** – This position allows for rapid engagement of targets when an obstruction blocks the firer from using standard positions. It provides the firer a fairly well supported position by simply squatting down to engage, then returning to a standing position once the engagement is complete. The squatting position is generally unsupported.
- **Kneeling** – The kneeling position is very common and useful in most combat situations. The kneeling position can be supported or unsupported.
  - *Kneeling, unsupported.*
  - *Kneeling, supported.*
- **Sitting** – There are three types of sitting positions: crossed-ankle, crossed-leg, and open-leg. All positions are easy to assume, present a medium silhouette, provide some body contact with the ground, and form a stable firing position. These positions allow easy access to the sights for zeroing.
  - *Sitting, crossed ankle.*
  - *Sitting, crossed leg.*
  - *Sitting, open leg.*
- **Prone –** The prone position is the most stable firing position due to the amount of the Soldier's body is in contact with the ground. The majority of the firer's frame is behind the rifle to assist with recoil management.
  - *Prone, unsupported.*
  - *Prone, supported.*
  - *Prone, roll-over.*
  - *Prone, reverse roll-over.*

6-35. Soldiers must practice the positions dry frequently to establish their natural point of aim for each position, and develop an understanding of the restrictive nature of their equipment during execution. With each dry repetition, the Soldier's ability to change positions rapidly and correctly are developed, translating into efficient movement and consistent stable firing positions.

6-36. Each of these firing positions is described using in a standard format using the terms defined earlier.

Case 3:19-cv-01537-BEN-JLB Document 153-35 Filed 10/21/22 PageID.17177 Page 41 of 237

## STANDING, UNSUPPORTED

6-37. This position should be used for closer targets or when time is not available to assume a steadier position such as short range employment. The upper body should be leaned slightly forward to aid in recoil management. The key focus areas for the standing supported position are applied as described in figure 6-9 below:

| | | |
|---|---|---|
| 1 | Support: | Unsupported |
| 2 | Leg Position: | Standing, firm, feet shoulder-width apart. |
| 3 | Stance / Center of Gravity: | Aggressive lean forward toward the target. |
| 4 | Firing Elbow: | Tucked toward the shooter's side. |
| 5 | Non-Firing Elbow: | Slightly outward. |
| 6 | Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 | Non-Firing Hand: | Extended as forward as possible, for aid in recoil and transitioning. |
| 8 | Butt Plate: | Highest point of shoulder to absorb recoil impulse. |
| 9 | Stock Weld: | Firm stock weld. |
| 10 | Shooter-Gun Angle: | Shooter body is approximately 45 degrees to the gun-target line. |

**Figure 6-9. Standing, unsupported example**

Compendium_Roth
Page 1543

## STANDING, SUPPORTED

6-38. Soldier should ensure it is the handguard of the weapon NOT the barrel that is in contact with the artificial support. Barrels being in direct contact with artificial support will result in erratic shots. The standing supported position uses artificial support to steady the position (see figure 6-10.) Forward pressure should be applied by the rear leg and upper body to aid in recoil management. The key focus area for the standing supported position are applied in the following ways:

> **Nonfiring hand.** The nonfiring hand will hold the hand guards firmly and push against the artificial support. Hand positioning will vary depending on the type of support used.

| | | |
|---|---|---|
| 1 | Support: | Weapon is supported using a structure, bipod, or equipment. |
| 2 | Leg Position: | Standing, firm, feet shoulder-width apart. |
| 3 | Stance / Center of Gravity: | Aggressive lean forward toward the target. |
| 4 | Firing Elbow: | Tucked toward the shooter's side. |
| 5 | Non-Firing Elbow: | Extended to provide non-firing hand support. |
| 6 | Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 | Non-Firing Hand: | Firm grasp on the hand guards, push against the artificial support. |
| 8 | Butt Plate: | Highest point of shoulder to absorb recoil impulse. |
| 9 | Stock Weld: | Firm stock weld. |
| 10 | Shooter-Gun Angle: | Shooter body is approximately 45 degrees to the gun-target line. |

**Figure 6-10. Standing, supported example**

Case 3:19-cv-01537-BEN-JLB Document 153-35 Filed 10/21/22 PageID.17179 Page 43 of 237

## SQUATTING

6-39. This position allows for rapid engagement of targets when an obstruction blocks the firer from using standard positions. It allows the firer a fairly stable position by simply squatting down to engage, then returning to a standing position after completing the engagement (see figure 6-11.)

6-40. Perform the following to assume a good squatting firing position:

- Face the target.
- Place the feet shoulder-width apart.
- Squat down as far as possible.
- Place the back of triceps on the knees ensuring there is no bone on bone contact.
- Place the firing hand on the pistol grip and the nonfiring hand on the upper hand guards.
- Place the weapon's butt stock high in the firer’s shoulder pocket.

***Note.*** The firer may opt to use pressure from firing hand to rotate weapon to place the magazine against the opposite forearm to aid in stabilization.

| | | |
|---|---|---|
| 1 | Support: | Unsupported - Soldier uses his body for limited weapon support. |
| 2 | Leg Position: | Crouched into a squatting position as low as possible to provide stability. |
| 3 | Stance / Center of Gravity: | Squatted, leaning toward the target area to assist with recoil management and absorption. |
| 4 | Firing Elbow: | Resting on the outside of the firing knee using the meaty portion of the tricep for support on the knee. |
| 5 | Non-Firing Elbow: | Resting on the inside of the non-firing thigh (NOT on the knee). |
| 6 | Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 | Non-Firing Hand: | Firmly grasping the hand guards or vertical foregrip for support. |
| 8 | Butt Plate: | Mid-point of shoulder to absorb recoil impulse. |
| 9 | Stock Weld: | Firm stock weld. |
| 10 | Shooter-Gun Angle: | Shooter is approximately 30 degrees off the gun-target line. |

**Figure 6-11. Squatting position**

Compendium_Roth
Page 1545

## KNEELING, UNSUPPORTED

6-41. The kneeling unsupported position does not use artificial support. Figure 6-12 shows the optimum unsupported kneeling position. The firer should be leaning slightly forward into the position to allow for recoil management and quicker follow-up shots. The primary goal of this firing position is to establish the smallest wobble area possible. Key focus areas for kneeling, unsupported are:

- **Nonfiring elbow.** Place the non-firing elbow directly underneath the rifle as much as possible. The elbow should be placed either in front of or behind the kneecap. Placing the elbow directly on the kneecap will cause it to roll and increases the wobble area.
- **Leg position.** The non-firing leg should be bent approximately 90 degrees at the knee and be directly under the rifle. The firing-side leg should be perpendicular to the nonfiring leg. The firer may rest their body weight on the heel. Some firers lack the flexibility to do this and may have a gap between their buttocks and the heel.
- **Aggressive (stretch) kneeling.** All weight on non-firing foot, thigh to calf, upper body leaning forward, nonfiring triceps on non-firing knee, firing leg stretched behind for support. Highly effective for rapid fire and movement.

| | | |
|---|---|---|
| 1 | Support: | Unsupported - Soldier uses non-firing knee when possible. |
| 2 | Leg Position: | Firing knee on the ground, foot under seat. Non-firing leg bent approximately 90 degrees and under weapon. |
| 3 | Stance / Center of Gravity: | Slight lean in to the target area. All weight on non-firing foot, thigh to calf. |
| 4 | Firing Elbow: | Tucked toward the shooter's side. |
| 5 | Non-Firing Elbow: | Tricep on the non-firing knee for self-support. Elbow underneath rifle. Elbow NOT ON KNEE. |
| 6 | Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 | Non-Firing Hand: | Firm grasp on the hand guards to control wobble. |
| 8 | Butt Plate: | Mid to high point of shoulder to absorb recoil impulse. |
| 9 | Stock Weld: | Firm stock weld. |
| 10 | Shooter-Gun Angle: | Shooter body is approximately 30 degrees to the gun-target line. |

**Figure 6-12. Kneeling, unsupported example**

## KNEELING, SUPPORTED

6-42. The kneeling supported position uses artificial support to steady the position (see figure 6-13). Contact by the nonfiring hand and elbow with the artificial support is the primary difference between the kneeling supported and unsupported positions since it assists in the stability of the weapon. Body contact is good, but the barrel of the rifle must not touch the artificial support. Forward pressure is applied to aid in recoil management. The key focus areas for the kneeling supported position are applied in the following ways:

- **Nonfiring hand.** The nonfiring hand will hold the hand guards firmly and will also be pushed against the artificial support. Hand positioning will vary depending on the type of support used.
- **Nonfiring elbow.** The nonfiring elbow and forearm may be used to assist with the weapon's stability by pushing against the artificial support. The contact of the nonfiring elbow and forearm with the structure will vary depending on the support used and the angle to the target.

| | | |
|---|---|---|
| 1 | Support: | Supported using available structure or equipment |
| 2 | Leg Position: | Non-firing knee on the ground, foot under seat. Firing leg bent approximately 90 degrees outward. |
| 3 | Stance / Center of Gravity: | Slight lean toward target area. All weight on firing foot and pressure on the artificial support. |
| 4 | Firing Elbow: | Tucked toward the shooter's side, pressed against the inside of the firing thigh. |
| 5 | Non-Firing Elbow: | Extended. May be pushed against the artificial support for stability. |
| 6 | Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 | Non-Firing Hand: | Firm grasp on the hand guards, push against the artificial support. |
| 8 | Butt Plate: | Mid to high point of shoulder to absorb recoil impulse. |
| 9 | Stock Weld: | Firm stock weld. |
| 10 | Shooter-Gun Angle: | Shooter body is approximately 30 degrees to the gun-target line. |

**Figure 6-13. Kneeling, supported example**

## SITTING, CROSSED-ANKLE

6-43. The sitting, crossed-ankle position provides a broad base of support and places most of the body weight behind the weapon (see figure 6-14). This allows quick shot recovery and recoil impulse absorption. Perform the following to assume a good crossed-ankle position:

- Face the target at a 10- to 30-degree angle.
- Place the nonfiring hand under the hand guard.
- Bend at knees and break fall with the firing hand.
- Push backward with feet to extend legs and place the buttocks to ground.
- Cross the non-firing ankle over the firing ankle.
- Bend forward at the waist.
- Place the non-firing elbow on the nonfiring leg below knee.
- Grasp the rifle butt with the firing hand and place into the firing shoulder pocket.
- Grasp the pistol grip with the firing hand.
- Lower the firing elbow to the inside of the firing knee.
- Place the cheek firmly against the stock to obtain a firm stock weld.
- Move the nonfiring hand to a location under the hand guard that provides the maximum bone support and stability for the weapon.

| | | |
|---|---|---|
| 1 | Support: | Unsupported - Soldier uses his body for weapon support. |
| 2 | Leg Position: | Non-firing leg crossed over firing leg at 90 degrees, ankles inter-locked. |
| 3 | Stance / Center of Gravity: | Soldier's frame sitting against the ground for maximum stability, shot recovery, and recoil absorption. |
| 4 | Firing Elbow: | Resting on the inside of the firing thigh for support. |
| 5 | Non-Firing Elbow: | Resting on the outside of the non-firing thigh (NOT on the knee). |
| 6 | Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 | Non-Firing Hand: | Firmly grasping the hand guards or vertical foregrip for support. |
| 8 | Butt Plate: | Mid-point of shoulder to absorb recoil impulse. |
| 9 | Stock Weld: | Firm stock weld. |
| 10 | Shooter-Gun Angle: | Shooter is approximately 30 degrees off the gun-target line. |

**Figure 6-14. Sitting position—crossed ankle**

## SITTING, CROSSED-LEG

6-44. The crossed-leg sitting position provides a base of support and places most of the body weight behind the weapon for quick shot recovery (see figure 6-15). Soldiers may experience a strong pulse beat in this position due to restricted blood flow in the legs and abdomen. An increased pulse causes a larger wobble area.

6-45. Perform the following to assume a good crossed-leg position:

- Place the nonfiring hand under the hand guard.
- Cross the nonfiring leg over the firing leg.
- Bend at the knees and break the fall with the firing hand.
- Place the buttocks to the ground close to the crossed legs.
- Bend forward at the waist.
- Place the nonfiring elbow on the nonfiring leg at the bend of the knee.
- Establish solid butt stock position in the firing shoulder pocket.
- Grasp the pistol grip with the firing hand.
- Lower the firing elbow to the inside of the firing knee.
- Place the cheek firmly against the stock to obtain a firm stock weld.
- Place the non-firing hand under the hand guard to provide support.

| | | |
|---|---|---|
| 1 | Support: | Unsupported - Soldier uses his body for weapon support. |
| 2 | Leg Position: | Non-firing leg crossed over firing leg in a crossed sitting position. |
| 3 | Stance / Center of Gravity: | Soldier's frame sitting against the ground for maximum stability, shot recovery, and recoil absorption. |
| 4 | Firing Elbow: | Resting on the inside of the firing thigh for support. |
| 5 | Non-Firing Elbow: | Resting on the outside of the non-firing thigh (NOT on the knee). |
| 6 | Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 | Non-Firing Hand: | Firmly grasping the hand guards or vertical foregrip for support. |
| 8 | Butt Plate: | Mid-point of shoulder to absorb recoil impulse. |
| 9 | Stock Weld: | Firm stock weld. |
| 10 | Shooter-Gun Angle: | Shooter is approximately 30 degrees off the gun-target line. |

Ensure that the lower portions of the legs are supported by the feet.
M

**Figure 6-15. Sitting position—crossed-leg**

## SITTING, OPEN-LEG

6-46. The open-leg sitting position is the preferred sitting position when shooting with combat equipment (see figure 6-16). It places less of the body weight behind the weapon than the other sitting positions. Perform the following to assume a good open-leg position:

- Face the target at a 10 to 30 degree angle to the firing of the line of fire.
- Place the feet approximately shoulder width apart.
- Place the nonfiring hand under the hand guard.
- Bend at the knees while breaking the fall with the firing hand. Push backward with the feet to extend the legs and place the buttocks on ground.
- Place the both the firing and non-firing elbow inside the knees.
- Grasp the rifle butt with the firing hand and place into the firing shoulder pocket.
- Grasp the pistol grip with the firing hand.
- Lower the firing elbow to the inside of the firing knee.
- Place the cheek firmly against the stock to obtain a firm stock weld.
- Move nonfiring hand to a location under the hand guard that provides maximum bone support and stability for the weapon.

| | |
|---|---|
| 1 Support: | Unsupported - Soldier uses his body for limited weapon support. |
| 2 Leg Position: | Open leg stance using seat and heels to provide balance. |
| 3 Stance / Center of Gravity: | Soldier's frame sitting against the ground for maximum stability, shot recovery, and recoil absorption. |
| 4 Firing Elbow: | Resting on the inside of the firing thigh for support. |
| 5 Non-Firing Elbow: | Resting on the inside of the non-firing thigh (NOT on the knee). |
| 6 Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 Non-Firing Hand: | Firmly grasping the hand guards or vertical foregrip for support. |
| 8 Butt Plate: | Mid-point of shoulder to absorb recoil impulse. |
| 9 Stock Weld: | Firm stock weld. |
| 10 Shooter-Gun Angle: | Shooter is approximately 30 degrees off the gun-target line. |

**Figure 6-16. Sitting position—open leg**

## PRONE, UNSUPPORTED

6-47. The prone unsupported position is not as stable as the prone supported position (see figure 6-17). Soldiers must build a stable, consistent position that focuses on the following key areas:

- **Firing hand.** The firer should have a firm handshake grip on the pistol grip and place their finger on the trigger where it naturally falls.
- **Nonfiring hand.** The nonfiring hand is placed to control the weapon and is comfortable.
- **Leg position.** The firer's legs may be either spread with heels as flat as possible on ground or the firing side leg may be bent at the knee to relieve pressure on the stomach.

| # | Element | Description |
|---|---|---|
| 1 | Support: | Unsupported - the Soldier uses his elbows to reduce wobble. |
| 2 | Leg Position: | Spread with heels flat against the ground or the firing side leg bent at the knee to relieve pressure. |
| 3 | Stance / Center of Gravity: | Prone position maximizes the Soldier's frame against the ground for maximum stability. |
| 4 | Firing Elbow: | Used to provide stability to the weapon. |
| 5 | Non-Firing Elbow: | As close to directly underneath the weapon as comfortable. |
| 6 | Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 | Non-Firing Hand: | Firm grasp on the hand guards. |
| 8 | Butt Plate: | Mid-point of shoulder to absorb recoil impulse. |
| 9 | Stock Weld: | Firm stock weld. |
| 10 | Shooter-Gun Angle: | Shooter body is nearly in-line with the gun-target line. |

**Figure 6-17. Prone, unsupported example**

> ***Note.*** The magazine can be rested on the ground while using the prone unsupported position. Firing with the magazine on the ground will NOT induce a malfunction.

## PRONE, SUPPORTED

6-48. The prone supported position allows for the use of support, such as sandbags (see figure 6-18). Soldiers must build a stable, consistent position that focuses on the following key areas:

- **Firing hand.** The firer should have a firm handshake grip on the pistol grip and place their finger on the trigger where it naturally falls.
- **Nonfiring hand.** The nonfiring hand is placed to maximize control the weapon and where it is comfortable on the artificial support.
- **Leg position.** The firer's legs may be either spread with heels as flat as possible on ground or the firing side leg may be bent at the knee to relieve pressure on the stomach.
- **Artificial support.** The artificial support should be at a height that allows for stability without interfering with the other elements of the position.

| | |
|---|---|
| 1 Support: | Supported with sandbag, equipment, or structure. |
| 2 Leg Position: | Spread with heels flat against the ground or the firing side leg bent at the knee to relieve pressure. |
| 3 Stance / Center of Gravity: | Prone position maximizes the Soldier's frame against the ground for maximum stability. |
| 4 Firing Elbow: | Used to provide stability to the weapon. |
| 5 Non-Firing Elbow: | Used to provide stability to the weapon. |
| 6 Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 Non-Firing Hand: | Firm grasp on the hand guards. |
| 8 Butt Plate: | Mid-point of shoulder to absorb recoil impulse. |
| 9 Stock Weld: | Firm stock weld. |
| 10 Shooter-Gun Angle: | Shooter body is nearly in-line with the gun-target line. |

**Figure 6-18. Prone, supported example**

## PRONE, ROLL-OVER

6-49. This position allows the firer to shoot under obstacles or cover that would not normally be attainable from the standard conventional prone position (see figure 6-19). With this position, the bullet trajectory will be off compared to the line of sight and increase with distance from the firer.

> For example, in the figure below the sights are rotated to the right. The trajectory of the bullet will be lower than and to the right of point of aim. This error will increase with range.

| | | |
|---|---|---|
| 1 | Support: | Unsupported - Soldier may use non-firing hand for limited support. |
| 2 | Leg Position: | Spread with heels flat against the ground or the non-firing side leg bent at the knee to provide stability. |
| 3 | Stance / Center of Gravity: | Prone position maximizes the Soldier's frame against the ground for maximum stability. |
| 4 | Firing Elbow: | Tucked under the firer. |
| 5 | Non-Firing Elbow: | Above the weapon in a position that does not interfere with LOS. |
| 6 | Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 | Non-Firing Hand: | Must provide clearance between ejection port and the ground. |
| 8 | Butt Plate: | Mid-point of shoulder to absorb recoil impulse. |
| 9 | Stock Weld: | Firm stock weld. |
| 10 | Shooter-Gun Angle: | Shooter body is nearly perpendicular with the gun-target line. |

**Figure 6-19. Prone, roll-over example**

Case 3:19-cv-01537-BEN-JLB Document 153-35 Filed 10/21/22 PageID.17188 Page 52 of 237

## PRONE, REVERSE ROLL-OVER

6-50. This position is primarily used when the firer needs to keep behind cover that is too low to use while in a traditional prone position (see figure 6-20). The bullet's trajectory will be off considerably at long distances while in this position.

6-51. This position is the most effective way to support the weapon when the traditional prone is too low to be effective and where a kneeling position is too high to gain cover or a solid base for support.

| | | |
|---|---|---|
| 1 | Support: | Unsupported - Soldier uses his body for weapon support. |
| 2 | Leg Position: | Spread with heels flat against the ground or the non-firing side leg bent at the knee to provide stability. |
| 3 | Stance / Center of Gravity: | Prone position maximizes the Soldier's frame against the ground for maximum stability. |
| 4 | Firing Elbow: | Across body to assist in stabilizing the weapon. |
| 5 | Non-Firing Elbow: | Below the weapon in a position to support the weapon. |
| 6 | Firing Hand: | Grasping pistol grip, finger off the trigger until ready to fire. |
| 7 | Non-Firing Hand: | Placed under the hand guards top provide limited stability. |
| 8 | Butt Plate: | Mid-point of shoulder to absorb recoil impulse. |
| 9 | Stock Weld: | Firm stock weld. |
| 10 | Shooter-Gun Angle: | Shooter body is nearly perpendicular with the gun-target line. |

**Figure 6-20. Reverse roll-over prone firing position**

Compendium_Roth
Page 1554

This page intentionally left blank.

Chapter 7

# Aim

The functional element aim of the shot process is the continuous process of orienting the weapon correctly, aligning the sights, aligning on the target, and the application of the appropriate lead and elevation during a target engagement. Aiming is a continuous process conducted through pre-shot, shot, and post-shot, to effectively apply lethal fires in a responsible manner with accuracy and precision.

Aiming is the application of perfectly aligned sights on a specific part of a target. Sight alignment is the first and most important part of this process.

## COMMON ENGAGEMENTS

7-1. The aiming process for engaging stationary targets consist of the following Soldier actions, regardless of the optic, sight, or magnification used by the aiming device:

- **Weapon orientation** – the direction of the weapon as it is held in a stabilized manner.
- **Sight alignment** – the physical alignment of the aiming device:
  - Iron sight/back-up iron sight and the front sight post.
  - Optic reticle.
  - Ballistic reticle (day or thermal).
- **Sight picture** – the target as viewed through the line of sight.
- **Point of aim (POA)** – the specific location where the line of sight intersects the target.
- **Desired point of impact (POI)**–the desired location of the strike of the round to achieve the desired outcome (incapacitation or lethal strike).

7-2. The aim of the weapon is typically applied to the largest, most lethal area of any target presented. Sights can be placed on target by using battlesight zero (BZ), ***center of visible mass (CoVM)***. The center of visible mass is the initial point of aim on a target of what can be seen by the Soldier. It does not include what the target size is expected or anticipated to be. For example, a target located behind a car exposes its head. The center of visible mass is in the center of the head, not the estimated location of the center of the overall target behind the car.

## WEAPON ORIENTATION

7-3. The Soldier orients the weapon in the direction of the detected threat. Weapon orientation includes both the horizontal plane (azimuth) and the vertical plane (elevation). Weapon orientation is complete once the sight and threat are in the Soldier's field of view.

- **Horizontal weapons orientation** covers the frontal arc of the Soldier, spanning the area from the left shoulder, across the Soldier's front, to the area across the right shoulder (see figure 7-1).

**Figure 7-1. Horizontal weapon orientation example**

- **Vertical weapons orientation** includes all the aspects of orienting the weapon at a potential or confirmed threat in elevation. This is most commonly applied in restricted, mountainous, or urban terrain where threats present themselves in elevated or depressed firing positions (see figure 7-2).

**Figure 7-2. Vertical weapons orientation example**

## SIGHT ALIGNMENT

7-4. Sight alignment is the relationship between the aiming device and the firer's eye. The process used by a Soldier depends on the aiming device employed with the weapon.

- **Iron sight** – the relationship between the front sight post, rear sight aperture, and the firer's eye. The firer aligns the tip of the front sight post in the center of the rear aperture and his/or her eye. The firer will maintain focus on the front sight post, simultaneously centering it in the rear aperture.
- **Optics** – the relationship between the reticle and the firer's eye and includes the appropriate eye relief, or distance of the Soldier's eye from the optic itself. Ensure the red dot is visible in the CCO, or a full centered field of view is achieved with no shadow on magnified optics
- **Thermal** – the relationship between the firer's eye, the eyepiece, and the reticle.
- **Pointers / Illuminators / Lasers** – the relationship between the firer's eye, the night vision device placement and focus, and the laser aiming point on the target.

***Note.*** Small changes matter - 1/1000 of an inch deviation at the weapon can result in up to an 18 inch deviation at 300 meters.

7-5. The human eye can only focus clearly on one object at a time. To achieve proper and effective aim, the focus of the firer's eye needs to be on the front sight post or reticle (see figure 7-3). This provides the most accurate sight alignment for the shot process.

**Figure 7-3. Front sight post/reticle aim focus**

7-6. Firers achieve consistent sight alignment by resting the full weight of their head on the stock in a manner that allows their dominant eye to look through the center of the aiming or sighting device. If the firer's head placement is subjected to change during the firing process or between shots, the Soldier will experience difficultly achieving accurate shot groups.

### SIGHT PICTURE

7-7. The sight picture is the placement of the aligned sights on the target itself. The Soldier must maintain sight alignment throughout the positioning of the sights. This is not the same as sight alignment.

7-8. There are two sight pictures used during the shot process; pre-shot and post-shot. Soldiers must remember the sight pictures of the shot to complete the overall shot process.

- Pre-shot sight picture – encompasses the original point of aim, sight picture, and any holds for target or environmental conditions.
- Post-shot sight picture – is what the Soldier must use as the point of reference for any sight adjustments for any subsequent shot.

### POINT OF AIM

7-9. The point on the target that is the continuation of the line created by sight alignment. The point of aim is a point of reference used to calculate any hold the Soldier deems necessary to achieve the desired results of the round's impact.

7-10. For engagements against stationary targets, under 300 meters, with negligible wind, and a weapon that has a 200 meter or 300 meter confirmed zero, the point of aim should be the center of visible mass of the target. The point of aim does not include ANY hold-off or lead changes necessary.

### DESIRED POINT OF IMPACT

7-11. The desired point of impact is the location where the Soldier wants the projectile to strike the target. Typically, this is the center of visible mass. At any range different from the weapon's zero distance, the Soldier's desired point of impact and their point of aim will not align. This requires the Soldier to determine the necessary hold-off to achieve the desired point of impact.

## COMMON AIMING ERRORS

7-12. Orienting and aiming a weapon correctly is a practiced skill. Through drills and repetitions, Soldiers build the ability to repeat proper weapons orientation, sight alignment, and sight picture as a function of muscle memory.

7-13. The most common aiming errors include:

- **Non-dominant eye use** – The Soldier gets the greatest amount of visual input from their dominant eye. Eye dominance varies Soldier to Soldier. Some Soldier's dominant eye will be the opposite of the dominant hand. For example, a Soldier who writes with his right hand and learns to shoot rifles right handed might learn that his dominant eye is the left eye. This is called cross-dominant. Soldiers with strong cross-dominant eyes should consider firing using their dominant eye side while firing from their non-dominant hand side. Soldiers can be trained to fire from either side of the weapon, but may not be able to shoot effectively using their nondominant eye.

- **Incorrect zero** – regardless of how well a Soldier aims, if the zero is incorrect, the round will not travel to the desired point of impact without adjustment with subsequent rounds (see appendix C of this publication).
- **Light conditions** – limited visibility conditions contribute to errors aligning the sight, selecting the correct point of aim, or determining the appropriate hold. Soldiers may offset the effects of low light engagements with image intensifier (I2) optics, use of thermal optics, or the use of laser pointing devices with I2 optics.
- **Battlefield obscurants** – smoke, debris, and haze are common conditions on the battlefield that will disrupt the Soldier's ability to correctly align their sights, select the proper point of aim, or determine the correct hold for a specific target.
- **Incorrect sight alignment** – Soldiers may experience this error when failing to focus on the front sight post or reticle.
- **Incorrect sight picture** – occurs typically when the threat is in a concealed location, is moving, or sufficient winds between the shooter and target exist that are not accounted for during the hold determination process. This failure directly impacts the Soldier's ability to create and sustain the proper sight picture during the shot process.
- **Improper range determination** – will result in an improper hold at ranges greater than the zeroed range for the weapon.

# COMPLEX ENGAGEMENTS

7-14. A complex engagement includes any shot that cannot use the ***CoVM*** as the point of aim to ensure a target hit. Complex engagements require a Soldier to apply various points of aim to successfully defeat the threat.

7-15. These engagements have an increased level of difficulty due to environmental, target, or shooter conditions that create a need for the firer to rapidly determine a ballistic solution and apply that solution to the point of aim. Increased engagement difficulty is typically characterized by one or more of the following conditions:

- **Target conditions**:
  - Range to target.
  - Moving targets.
  - Oblique targets.
  - Evasive targets.
  - Limited exposure targets.
- **Environmental conditions**:
  - Wind.
  - Angled firing.
  - Limited visibility.
- **Shooter conditions**:
  - Moving firing position.

- Canted weapon engagements.
- CBRN operations engagements.

7-16. Each of these firing conditions may require the Soldier to determine an appropriate aim point that is not the CoVM. This Soldier calculated aim point is called the **hold**. During any complex engagement, the Soldier serves as the ballistic computer during the shot process. The hold represents a refinement or alteration of the center of visible mass point of aim at the target to counteract certain conditions during a complex engagement for—

- Range to target.
- Lead for targets based on their direction and speed of movement.
- Counter-rotation lead required when the Soldier is moving in the opposite direction of the moving target.
- Wind speed, direction, and duration between the shooter and the target at ranges greater than 300 meters.
- Greatest lethal zone presented by the target to provide the most probable point of impact to achieve immediate incapacitation.

7-17. The Soldier will apply the appropriate aim (hold) based on the firing instances presented. Hold determinations will be discussed in two formats; immediate and deliberate.

7-18. All Soldiers must be familiar with the immediate hold determination methods. They should be naturally applied when the engagement conditions require. These determinations are provided in "target form" measurements, based on a standard E-type silhouette dimension, approximately 20 inches wide by 40 inches tall.

### IMMEDIATE HOLD DETERMINATION

7-19. Immediate holds are based on the values of a "target form," where the increments shown ***are sufficient*** for rapid target hits without ballistic computations. The immediate hold determinations are not as accurate as the deliberate method, and are used for complex target engagements at less than 300 meters.

7-20. Immediate hold locations for azimuth (wind or lead): (See figure 7-4.)



**Figure 7-4. Immediate hold locations for windage and lead example**

7-21. Immediate hold locations for elevation (range to target): (See figure 7-5.)

1/2 Target Form
(HEAD)

Center of Visible Mass
(CoVM)

-1/4 Target Form
(LOW)

**Figure 7-5. Immediate hold locations for elevation (range) example**

### DELIBERATE HOLD DETERMINATION

7-22. Deliberate hold points of aim are derived from applying the appropriate ballistic math computation. Deliberate hold determinations are required for precise shots beyond 300 meters for wind, extended range, moving, oblique, or evasive targets.

7-23. Deliberate holds for complex engagements are discussed in detail in appendix C, Complex Engagements. The deliberate math calculations are for advanced shooters within the formation and are not discussed within this chapter.

## TARGET CONDITIONS

7-24. Soldiers must consider several aspects of the target to apply the proper point of aim on the target. The target's posture, or how it is presenting itself to the shooter, consists of—

- Range to target.
- Nature of the target.
- Nature of the terrain (surrounding the target).

### RANGE TO TARGET

7-25. Rapidly determining an accurate range to target is critical to the success of the Soldier at mid and extended ranges. There are several range determination methods shooters should be confident in applying to determine the proper hold-off for pending engagements. There are two types of range determination methods, immediate and deliberate.

#### Immediate Range Determination

7-26. Immediate methods of range determination afford the shooter the most reliable means of determining the most accurate range to a given target. The immediate methods include—

- Close quarters engagements.
- Laser range finder.
- Front sight post method.
- Recognition method.
- 100-meter unit-of-measure method.

##### *Close Quarters Engagements*

7-27. Short-range engagements are probable in close terrain (such as urban or jungle) with engagement ranges typically less than 50 meters. Soldiers must be confident in their equipment, zero, and capabilities to defeat the threats encountered.

7-28. Employment skills include swift presentation and application of the shot process (such as quick acquisition of sight picture) to maintain overmatch. At close ranges, perfect sight alignment is not as critical to the accurate engagement of targets. The weapon is presented rapidly and the shot is fired with the front sight post placed roughly center mass on the desired target area. The front sight post must be in the rear sight aperture.

> ***Note.*** If using iron sights when this type of engagement is anticipated, the large rear sight aperture (0-2) should be used to provide a wider field of view and detection of targets.

### *Laser Range Finder*

7-29. Equipment like the AN/PSQ-23, STORM have an on-board laser range finder that is accurate to within +/- 5 meters. Soldiers with the STORM attached can rapidly determine the most accurate range to target and apply the necessary hold-offs to ensure the highest probability of incapacitation, particularly at extended ranges.

### *Front Sight Post Method*

7-30. The area of the target that is covered by the front sight post of the rifle can be used to estimate range to the target. By comparing the appearance of the rifle front sight post on a target at known distances, your shooters can establish a mental reference point for determining range at unknown distances. Because the apparent size of the target changes as the distance to the target changes, the amount of the target that is covered by the front sight post will vary depending upon its range. In addition, your shooter's eye relief and perception of the front sight post will also affect the amount of the target that is visible (see figure 7-6).

- Less Than 300 Meters. If the target is wider than the front sight post, you can assume that the target is less than 300 meters and can be engaged point of aim/point of impact using your battle sight zero (BZO).
- Greater Than 300 Meters. The service rifle front sight post covers the width of a man's chest or body at approximately 300 meters. If the target is less than the width of the front sight post, you should assume the target is in excess of 300 meters. Therefore, your BZO cannot be used effectively.

**Figure 7-6. Front sight post method example**

### *Recognition Method*

7-31. When observing a target, the amount of detail seen at various ranges gives the shooter a solid indication of the range to target. Shooters should study and remember the appearance of a person when they are standing at 100 meters increments. During

training, Soldiers should note the details of size and the characteristics of uniform and equipment for targets at those increments.

7-32. Once Soldiers are familiar and memorize the characteristics of standing threats at 100 meter increments out to 500 meters, they should study the targets in a kneeling and then in the prone position. By comparing the appearance of these positions at known ranges from 100 meters to 500 meters, shooters can establish a series of mental images that will help determine range on unfamiliar terrain. They should also study the appearance of other familiar objects such as weapons and vehicles.

- **100 meters** – the target can be clearly observed in detail, and facial features can be distinguished.
- **200 meters** – the target can be clearly observed, although there is a loss of facial detail. The color of the skin and equipment is still identifiable.
- **300 meters** – the target has a clear body outline, face color usually remains accurate, but remaining details are blurred.
- **400 meters** – the body outline is clear, but remaining detail is blurred.
- **500 meters** – the body shape begins to taper at the ends. The head becomes indistinct from the shoulders.

### *100-meter Unit-of-Measure Method*

7-33. To determine the total distance to the target using the 100 meter unit of measure method, shooters must visualize a distance of 100 meters (generally visualizing the length of a football field) on the ground. Soldiers then estimate how many of these units can fit between the shooter and the target.

7-34. The greatest limitation of the unit of measure method is that its accuracy is directly related to how much of the terrain is visible. This is particularly true at greater ranges. If a target appears at a range of 500 meters or more and only a portion of the ground between your shooter and the target can be seen, it becomes difficult to use the unit of measure method of range estimation with accuracy.

7-35. Proficiency in the unit of measure method requires constant practice. Throughout training, comparisons should be continually made between the range estimated by your shooter and the actual range as determined by pacing or other, more accurate measurement.

### *Immediate hold for Range to Target*

7-36. Immediate range determination holds are based on the zero applied to the weapon. The 300 meter zero is the Army standard and works in all tactical situations, including close quarters combat. Figure 7-7, on page 7-13, shows the appropriate immediate holds for range to target based on the weapon's respective zero:

| RANGE | HOLD | IRON SIGHT | CCO, M68 |
|---|---|---|---|
| 500 m | 1 FORM OVER | USE BDC | |
| 400 m | 1/2 HEAD | USE BDC | |
| 300 m | CoVM | | |
| 200 m | -1/4 LOW | | |
| 100 m | -1/4 LOW | | |
| BDC - Bullet Drop Compensator | | | |

**Figure 7-7. Immediate holds for range to target**

## MOVING TARGETS

7-37. Moving targets are those threats that appear to have a consistent pace and direction. Targets on any battlefield will not remain stationary for long periods of time, particularly once a firefight begins. Soldiers must have the ability to deliver lethal fires at a variety of moving target types and be comfortable and confident in the engagement techniques. There are two methods for defeating moving targets; tracking and trapping.

### Immediate hold for moving targets.

7-38. The immediate hold for moving targets includes an estimation of the speed of the moving target and an estimation of the range to that target. The immediate holds for all moving targets are shown below. (See figure 7-8.)

Lead in the direction of target movement using a smooth ***tracking*** manner.
LEAD HOLD TRACK
TARGET MOVEMENT

| RANGE TO TARGET | WALKING | RANGE WALK | TACTICAL RUSH |
|---|---|---|---|
| 500 m | Deliberate Method | Deliberate Method | Deliberate Method for all running or tactical rush targets. |
| 400 m | 1 FORM | | |
| 300 m | 1/2 EDGE | 1 FORM | |
| 200 m | 1/4 FAVOR | 1/2 EDGE | |
| 100 m | CoVM | 1/4 FAVOR | |

**Figure 7-8. Immediate holds for moving targets example**

## OBLIQUE TARGETS

7-39. Threats that are moving diagonally toward or away from the shooter are called ***oblique targets***. They offer a unique problem set to shooters where the target may be moving at a steady pace and direction; however, their oblique direction of travel makes them appear to move slower.

7-40. Soldiers should adjust their hold based on the angle of the target's movement from the gun-target line. The following guide will help Soldiers determine the appropriate change to the moving target hold to apply to engage the moving oblique threats (see figure 7-9).

**Figure 7-9. Oblique target example**

## ENVIRONMENTAL CONDITIONS

7-41. The environment can complicate the shooter's actions during the shot process with excessive wind or requiring angled firing limited visibility conditions. Soldiers must understand the methods to offset or compensate for these firing occasions, and be prepared to apply these skills to the shot process. This includes when multiple complex conditions compound the ballistic solution during the firing occasion.

### WIND

7-42. Wind is the most common variable and has the greatest effect on ballistic trajectories, where it physically pushes the projectile during flight off the desired trajectory (see appendix B of this publication). The effects of wind can be compensated for by the shooter provided they understand how wind effects the projectile and the terminal point of impact. The elements of wind effects are—

- The time the projectile is exposed to the wind (range).
- The direction from which the wind is blowing.
- The velocity of the wind on the projectile during flight.

#### Wind Direction and Value

7-43. Winds from the left blow the projectile to the right, and winds from the right blow the projectile to the left. The amount of the effect depends on the time of (projectile's exposure) the wind speed and direction. To compensate for the wind, the firer must first determine the wind's direction and value.

7-44. The clock system can be used to determine the direction and value of the wind (See figure 7-10 on page 7-17). Picture a clock with the firer oriented downrange towards 12 o'clock.

7-45. Once the direction is determined, the value of the wind is next. The value of the wind is how much effect the wind will have on the projectile. Winds from certain directions have less effect on projectiles. The chart below shows that winds from 2 to 4°o'clock and 8 to 10 o'clock are considered full-value winds and will have the most effect on the projectile. Winds from 1, 5, 7, and 11 o'clock are considered half-value winds and will have roughly half the effect of a full-value wind. Winds from 6 and 12°o'clock are considered no-value winds and little or no effect on the projectile.

**EXAMPLE**

A 10-mph (miles per hour) wind blowing from the 1 o'clock direction would be a half-value wind and has the same effect as a 5 mph, full-value wind on the projectile.

**Figure 7-10. Wind value**

7-46. The wind will push the projectile in the direction the wind is blowing (see figure 7-11). The amount of effects on the projectile will depend on the time of exposure, direction of the wind, and speed of the wind. To compensate for wind the Soldier uses a hold ***in the direction of the wind (into the wind)***.

**Figure 7-11. Wind effects**

## Wind Speed

7-47. Wind speeds can vary from the firing line to the target. Wind speed can be determined by taking an average of the winds blowing on the range. The firer's focus should be on the winds between the midrange point and the target. The wind at the one half to two thirds mark will have the most effect on the projectile since that is the point where most projectiles have lost a large portion of their velocity and are beginning to destabilize.

7-48. The Soldier can observe the movement of items in the environment downrange to determine the speed. Each environment will have different vegetation that reacts differently.

7-49. Downrange wind indicators include the following:

- 0 to 3 mph = Hardly felt, but smoke drifts.
- 3 to 5 mph = Felt lightly on the face.
- 5 to 8 mph = Keeps leaves in constant movement.

Case 3:19-cv-01537-BEN-JLB Document 153-35 Filed 10/21/22 PageID.17208 Page 72 of 237

- 8 to 12 mph = Raises dust and loose paper.
- 12 to 15 mph = Causes small trees to sway.

7-50. The wind blowing at the Soldiers location may not be the same as the wind blowing on the way to the target.

## Wind Estimation

7-51. Soldiers must be comfortable and confident in their ability to judge the effects of the wind to consistently make accurate and precise shots. Soldiers will use wind indicators between the Soldier and the target that provide windage information to develop the proper compensation or hold-off.

7-52. To estimate the effects of the wind on the shot, Soldiers need to determine three windage factors:

- Velocity (speed).
- Direction.
- Value.

## Immediate Wind Hold

7-53. Using a hold involves changing the point of aim to compensate for the wind drift. For example, if wind causes the bullet to drift 1/2 form to the left, the aiming point must be moved 1/2 form to the right. (See figure 7-12, page 7-20.)

| RANGE TO TARGET | 0-5 mph | 6-10 mph | 11-15 mph |
|---|---|---|---|
| 500 m | 1/4 FAVOR | 1 FORM | Use Deliberate Method (see Appendix C) |
| 400 m | CoVM | 1 FORM | |
| 300 m | CoVM | 1/2 EDGE | 1 FORM |
| 200 m | CoVM | 1/2 EDGE | 1/2 EDGE |
| 100 m | CoVM | 1/4 FAVOR | 1/2 EDGE |

**Figure 7-12. Wind hold example**

Compendium_Roth
Page 1574

7-54. Firers must adjust their points of aim into the wind to compensate for its effects. If they miss a distant target and wind is blowing from the right, they should aim to the right for the next shot. A guide for the initial adjustment is to split the front sight post on the edge of the target facing the wind.

7-55. Newly assigned Soldiers should aim at the target's center of visible mass for the first shot, and then adjust for wind when they are confident that wind caused the miss. Experienced firers should apply the appropriate hold for the first shot, but should follow the basic rule—when in doubt, aim at the center of mass.

## LIMITED VISIBILITY

7-56. Soldiers must be lethal at night and in limited visibility conditions, as well as during the day. That lethality depends largely on whether Soldier can fire effectively with today's technology: night vision devices (NVDs), IR aiming devices, and TWSs.

7-57. Limited visibility conditions may limit the viewable size of a threat, or cause targets to be lost after acquisition. In these situations, Soldiers may choose to apply a hold for where a target is ***expected*** to be rather than wait for the target to present itself for a more refined reticle lay or sight picture.

7-58. Soldiers may switch between optics, thermals, and pointers to refine their point of aim. To rapidly switch between aiming devices during operations in limited visibility, the Soldier must ensure accurate alignment, boresighting, and zeroing of all associated equipment. Confidence in the equipment is achieved through drills related to changing the aiming device during engagements, executing repetitions with multiple pieces of equipment, and practicing nonstandard engagement techniques using multiple aiming devices in tandem (IR pointer with NVDs, for example).

Chapter 8

# Control

The control element of employment considers all the conscious actions of the Soldier before, during, and after the shot process that the Soldier's specifically in control of. It incorporates the Soldier as a function of safety, as well as the ultimate responsibility of firing the weapon.

Proper trigger control, without disturbing the sights, is the most important aspect of control and the most difficult to master.

Combat is the ultimate test of a Soldier's ability to apply the functional elements of the shot process and firing skills. Soldiers must apply the employment skills mastered during training to all combat situations (for example, attack, assault, ambush, or urban operations). Although these tactical situations present problems, the application of the functional elements of the shot process require two additions: changes to the rate of fire and alterations in weapon/target alignment. This chapter discusses the engagement techniques Soldiers must adapt to the continuously changing combat engagements.

8-1. When firing individual weapons, the Soldier is the weapon's fire control system, ballistic computer, stabilization system, and means of mobility. Control refers to the Soldier's ability to regulate these functions and maintain the discipline to execute the shot process at the appropriate time.

8-2. Regardless of how well trained or physically strong a Soldier is, a wobble area (or arc of movement) is present, even when sufficient physical support of the weapon is provided. The arc of movement (AM) may be observed as the sights moving in a W shape, vertical (up and down) pulses, circular, or horizontal arcs depending on the individual Soldier, regardless of their proficiency in applying the functional elements. The wobble area or arc of movement is the extent of lateral horizontal and front-to-back variance in the movement that occurs in the sight picture (see figure 8-1).



**Figure 8-1. Arc of movement example**

8-3. The control element consists of several supporting Soldier functions, and include all the actions to minimize the Soldier's induced arc of movement. Executed correctly, it provides for the best engagement window of opportunity to the firer. The Soldier physically maintains positive control of the shot process by managing—

- Trigger control.
- Breathing control.
- Workspace.
- Calling the shot (firing or shot execution).
- Follow-through.

## TRIGGER CONTROL

8-4. Trigger control is the act of firing the weapon while maintaining proper aim and adequate stabilization until the bullet leaves the muzzle. Trigger control and the shooter's position work together to allow the sights to stay on the target long enough for the shooter to fire the weapon and bullet to exit the barrel.

8-5. Stability and trigger control complement each other and are integrated during the shot process. A stable position assists in aiming and reduces unwanted movements during trigger squeeze without inducing unnecessary movement or disturbing the sight picture. A smooth, consistent trigger squeeze, regardless of speed, allows the shot to fire at the Soldier's moment of choosing. When both a solid position and a good trigger squeeze are achieved, any induced shooting errors can be attributed to the aiming process for refinement.

8-6. Smooth trigger control is facilitated by placing the finger where it naturally lays on the trigger. Natural placement of the finger on the trigger will allow for the best mechanical advantage when applying rearward pressure to the trigger.

- **Trigger finger placement** – the trigger finger will lay naturally across the trigger after achieving proper grip (see figure 8-2). There is no specified point on the trigger finger that must be used. It will not be the same for all Soldiers due to different size hands. This allows the Soldier to engage the trigger in the most effective manner
- **Trigger squeeze** – The Soldier pulls the trigger in a smooth consistent manner adding pressure until the weapon fires. Regardless of the speed at which the Soldier is firing the trigger control will always be smooth.
- **Trigger reset** – It is important the Soldier retains focus on the sights while resetting the trigger.

**Figure 8-2. Natural trigger finger placement**

## BREATHING CONTROL

8-7. During the shot process, the shooter controls their breathing to reduce the amount of movement of the weapon. During training, the Soldier will learn a method of breathing control that best suits their shooting style and preference. Breathing control is the relationship of the respiratory process (free or under stress) and the decision to execute the shot with trigger squeeze.

8-8. Breathing induces unavoidable body movement that contribute to wobble or the arc of movement (AM) during the shot process. Soldiers cannot completely eliminate all motion during the shot process, but they can significantly reduce its effects through practice and technique. Firing on the natural pause is a common technique used during grouping and zeroing.

8-9. Vertical dispersion during grouping is most likely not caused by breathing but by failure to maintain proper aiming and trigger control. Refer to appendix E of this publication for proper target analysis techniques.

## WORKSPACE MANAGEMENT

8-10. The workspace is a spherical area, 12 to 18 inches in diameter centered on the Soldier's chin and approximately 12 inches in front of their chin. The workspace is where the majority of weapons manipulations take place. (See figure 8-3 on page 8-5.)

8-11. Conducting manipulations in the workspace allows the Soldier to keep his eyes oriented towards a threat or his individual sector of fire while conducting critical weapons tasks that require hand and eye coordination. Use of the workspace creates efficiency of motion by minimizing the distance the weapon has to move between the firing position to the workspace and return to the firing position.

8-12. Location of the workspace will change slightly in different firing positions. There are various techniques to use the workspace. Some examples are leaving the butt stock in the shoulder, tucking the butt stock under the armpit for added control of the weapon, or placing the butt stock in the crook of the elbow.

8-13. Workspace management includes the Soldier's ability to perform the following functions:

- **Selector lever** – to change the weapon's status from safe to semiautomatic, to burst/automatic from any position.

---

***Note.*** Some models will have ambidextrous selectors.

---

- **Charging handle** – to smoothly use the charging handle during operation. This includes any corrective actions to overcome malfunctions, loading, unloading, or clearing procedures.
- **Bolt catch** – to operate the bolt catch mechanism on the weapon during operations.
- **Ejection port** – closing the ejection port cover to protect the bolt carrier assembly, ammunition, and chamber from external debris upon completion

of an engagement. This includes observation of the ejection port area during malfunctions and clearing procedures.

- **Magazine catch** – the smooth functioning of the magazine catch during reloading procedures, clearing procedures, or malfunction corrective actions.
- **Chamber check** – the sequence used to verify the status of the weapon's chamber.
- **Forward assist** – the routine use of the forward assist assembly of the weapon during loading procedures or when correcting malfunctions.

**Figure 8-3. Workspace example**

# CALLING THE SHOT

8-14. Knowing precisely where the sights are when the weapon discharges is critical for shot analysis. Errors such as flinching or jerking of the trigger can be seen in the sights before discharge.

8-15. Calling a shot refers to a firer stating exactly where he thinks a single shot strikes by recalling the sights relationship to the target when the weapon fired. This is normally expressed in clock direction and inches from the desired point of aim.

8-16. The shooter is responsible for the point of impact of every round fired from their weapon. This requires the Soldier to ensure the target area is clear of friendly and neutral actors, in front of and behind the target. Soldiers must also be aware of the environment the target is positioned in, particularly in urban settings—friendly or neutral actors may be present in other areas of a structure that the projectile can pass through.

## RATE OF FIRE

8-17. The shooter must determine ***how*** to engage the threat with the weapon, on the current shot as well as subsequent shots. Following the direction of the team leader, the Soldier controls the rate of fire to deliver consistent, lethal, and precise fires against the threat.

### SLOW SEMIAUTOMATIC FIRE

8-18. Slow semiautomatic fire is moderately paced at the discretion of the Soldier, typically used in a training environment or a secure defensive position at approximately 12 to 15 rounds per minute. All Soldiers learn the techniques of slow semiautomatic fire during their introduction to the service rifle during initial entry training. This type of firing provides the Soldier the most time to focus on the functional elements in the shot process and reinforces all previous training.

### RAPID SEMIAUTOMATIC FIRE

8-19. Rapid semiautomatic fire is approximately 45 rounds per minute and is typically used for multiple targets or combat scenarios where the Soldier does not have overmatch of the threat. Soldiers should be well-trained in all aspects of slow semiautomatic firing before attempting any rapid semiautomatic fire training.

8-20. Those who display a lack of knowledge of employment skills should not advance to rapid semiautomatic fire training until these skills are learned and mastered.

### AUTOMATIC OR BURST FIRE

8-21. Automatic or burst fire is when the Soldier is required to provide suppressive fires with accuracy, and the need for precise fires, although desired, is not as important. Automatic or burst fires drastically decrease the probability of hit due to the rapid succession of recoil impulses and the inability of the Soldier to maintain proper sight alignment and sight picture on the target.

8-22. Soldiers should be well-trained in all aspects of slow semiautomatic firing before attempting any automatic training.

## FOLLOW-THROUGH

8-23. Follow-through is the continued mental and physical application of the functional elements of the shot process after the shot has been fired. The firer's head stays in contact with the stock, the firing eye remains open, the trigger finger holds the trigger back through recoil and then lets off enough to reset the trigger, and the body position and breathing remain steady.

8-24. Follow-through consists of all actions controlled by the shooter after the bullet leaves the muzzle. It is required to complete the shot process. These actions are executed in a general sequence:

- **Recoil management.** This includes the bolt carrier group recoiling completely and returning to battery.
- **Recoil recovery.** Returning to the same pre-shot position and reacquiring the sight picture. The shooter should have a good sight picture before and after the shot.
- **Trigger/Sear reset.** Once the ejection phase of the cycle of function is complete, the weapon initiates and completes the cocking phase. As part of the cocking phase, all mechanical components associated with the trigger, disconnect, and sear are reset. Any failures in the cocking phase indicate a weapon malfunction and require the shooter to take the appropriate action. The shooter maintains trigger finger placement and releases pressure on the trigger until the sear is reset, demonstrated by a metallic click. At this point the sear is reset and the trigger pre-staged for a subsequent or supplemental engagement if needed.
- **Sight picture adjustment.** Counteracting the physical changes in the sight picture caused by recoil impulses and returning the sight picture onto the target aiming point.
- **Engagement assessment.** Once the sight picture returns to the original point of aim, the firer confirms the strike of the round, assesses the target's state, and immediately selects one of the following courses of action:
  - **Subsequent engagement.** The target requires additional (subsequent) rounds to achieve the desired target effect. The shooter starts the pre-shot process.
  - **Supplemental engagement.** The shooter determines the desired target effect is achieved and another target may require servicing. The shooter starts the pre-shot process.
  - **Sector check.** All threats have been adequately serviced to the desired effect. The shooter then checks his sector of responsibility for additional threats as the tactical situation dictates. The unit's SOP will dictate any vocal announcements required during the post-shot sequence.
  - **Correct Malfunction.** If the firer determines during the follow-through that the weapon failed during one of the phases of the cycle of function, they make the appropriate announcement to their team and immediately execute corrective action.

## MALFUNCTIONS

8-25. When any weapon fails to complete any phase of the cycle of function correctly, a malfunction has occurred. When a malfunction occurs, the Soldier's priority remains to defeat the target as quickly as possible. The malfunction, Soldier capability, and secondary weapon capability determine if, when, and how to transition to a secondary weapon system.

8-26. The Soldier controls which actions must be taken to ensure the target is defeated as quickly as possible based on secondary weapon availability and capability, and the level of threat presented by the range to target and its capability:

- **Secondary weapon can defeat the threat.** Soldier transitions to secondary weapon for the engagement. If no secondary weapon is available, announce their status to the small team, and move to a covered position to correct the malfunction.
- **Secondary weapon cannot defeat the threat**. Soldiers quickly move to a covered position, announce their status to the small team, and execute corrective action.
- **No secondary weapon.** Soldiers quickly move to a covered position, announce their status to the small team, and execute corrective action.

8-27. The end state of any of corrective action is a properly functioning weapon. Typically, the phase where the malfunction occurred within the cycle of function identifies the general problem that must be corrected. From a practical, combat perspective, malfunctions are recognized by their symptoms. Although some symptoms do not specifically identify a single point of failure, they provide the best indication on which corrective action to apply.

8-28. To overcome the malfunction, the Soldier must first avoid over analyzing the issue. The Soldier must train to execute corrective actions immediately without hesitation or investigation during combat conditions.

8-29. There are two general types of corrective action:

- **Immediate action** – simple, rapid actions or motions taken by the Soldier to correct basic disruptions in the cycle of function of the weapon. Immediate action is taken when a malfunction occurs such that the trigger is squeeze and the hammer falls with an audible "click."
- **Remedial action** – a skilled, technique that must be applied to a specific problem or issue with the weapon that will not be corrected by taking immediate action. Remedial action is taken when the cycle of function is interrupted where the trigger is squeezed and either has little resistance during the squeeze ("mush") or the trigger cannot be squeezed.

8-30. No single corrective action solution will resolve ***all*** or ***every*** malfunction. Soldiers need to understand what failed to occur, as well as any specific sounds or actions of the weapon in order to apply the appropriate correction measures.

8-31. Immediate action can correct rudimentary failures during the cycle of function:

- **Failure to fire** – is when a round is locked into the chamber, the weapon is ready to fire, the select switch is placed on SEMI or BURST / AUTO, and the trigger is squeezed, the hammer falls (audible click), and the weapon does not fire.
- **Failure to feed** – is when the bolt carrier assembly is expected to move return back into battery but ***is prevented from moving all the way forward***. A clear gap can be seen between the bolt carrier assembly and the forward edge of the ejection port. This failure may cause a stove pipe or a double feed (see below).
- **Failure to chamber** – when the round is being fed into the chamber, but the bolt carrier assembly does not fully seat forward, failing to chamber the round and lock the bolt locking lugs with the barrel extension's corresponding lugs.
- **Failure to extract** – when either automatically or manually, the extractor loses its grip on the cartridge case or the bolt seizes movement rearward during extraction that leaves the cartridge case partially removed or fully seated.
- **Failure to eject** – occurs when, either automatically or manually, a cartridge case is extracted from the chamber fully, but does not leave the upper receiver through the ejection port.

8-32. Remedial action requires the Soldier to quickly identify one of four issues and apply a specific technique to correct the malfunction. Remedial action is required to correct the following types of malfunctions or symptoms:

- **Immediate action fails to correct symptom** – when a malfunction occurred that initiated the Soldier to execute immediate action and multiple attempts failed to correct the malfunction. A minimum of two cycles of immediate action should have been completed; first, without a magazine change, and the second with a magazine change.
- **Stove pipe** – can occur when either a feeding cartridge or an expended cartridge case is pushed sideways during the cycle of function causing that casing to stop the forward movement of the bolt carrier assembly and lodge itself between the face of the bolt and the ejection port.
- **Double feed** – occurs when a round is chambered and not fired and a subsequent round is being fed without the chamber being clear.
- **Bolt override** – is when the bolt fails to push a new cartridge out of the magazine during feeding or chambering, causing the bolt to ride on top of the cartridge.
- **Charging handle impingement** – when a round becomes stuck between the bolt assembly and the charging handle where the charging handle is not in the forward, locked position.

8-33. Although there are other types of malfunctions or disruptions to the cycle of function, those listed above are the most common. Any other malfunction will require additional time to determine the true point of failure and an appropriate remedy.

***Note***. When malfunctions occur in combat, the Soldier must announce STOPPAGE or another similar term to their small unit, quickly move to a covered location, and correct the malfunction as rapidly as possible. If the threat is too close to the Soldier or friendly forces, and the Soldier has a secondary weapon, the Soldier should immediately transition to secondary to defeat the target prior to correcting the malfunction.

## RULES FOR CORRECTING A MALFUNCTION

8-34. To clear a malfunction, the Soldier must—

- **Apply Rule #1.** Soldiers must remain coherent of their weapon and continue to treat their weapon as if it is loaded when correcting malfunctions.
- **Apply Rule #2.** Soldiers must ensure the weapon's orientation is appropriate for the tactical situation and not flag other friendly forces when correcting malfunctions.
- **Apply Rule #3.** Take the trigger finger off the trigger, keep it straight along the lower receiver placed outside of the trigger guard.
- **Do not attempt to place the weapon on SAFE** (unless otherwise noted). Most stoppages will not allow the weapon to be placed on safe because the sear has been released or the weapon is out of battery. Attempting to place the weapon on SAFE will waste time and potentially damage the weapon.
- **Treat the symptom.** Each problem will have its own specific symptoms. By reacting to what the weapon is "telling" the Soldier, they will be able to quickly correct the malfunction.
- **Maintain focus on the threat.** The Soldier must keep their head and eyes looking downrange at the threat, not at the weapon. If the initial corrective action fails to correct the malfunction, the Soldier must be able to quickly move to the next most probable corrective action.
- **Look last.** Do not look and analyze the weapon to determine the cause of the malfunction. Execute the drill that has the highest probability of correcting the malfunction.
- **Check the weapon.** Once the malfunction is clear and the threat is eliminated, deliberately check the weapon when in a covered location for any potential issues or contributing factors that caused the malfunction and correct them.

### Perform Immediate Action

8-35. To perform immediate action, the Soldier instinctively:

- Hears the hammer fall with an audible "click."
- Taps the bottom of the magazine firmly.
- Rapidly pulls the charging handle and releases to extract / eject the previous cartridge and feed, chamber, and lock a new round.
- Reassess by continuing the shot process.

***Note***. If a malfunction continues to occur with the same symptoms, the Soldier will remove the magazine and insert a new loaded magazine, then repeat the steps above.

### Perform Remedial Action

8-36. To perform remedial action, the Soldier must have a clear understanding of where the weapon failed during the cycle of function. Remedial action executed when one of the following conditions exist:

- Immediate action does not work after two attempts.
- The trigger refuses to be squeezed.
- The trigger feels like "mush" when squeezed.

8-37. When one of these three symptoms exist, the Soldier looks into the chamber area through the ejection port to quickly assess the type of malfunction. Once identified, the Soldier executes actions to "reduce" the symptom by removing the magazine and attempting to clear the weapon. Once complete, visually inspect the chamber area, bolt face, and charging handle. Then, complete the actions for the identified symptom:

- **Stove pipe** – Grasp case and attempt to remove, cycle weapon and attempt to fire. If this fails, pull charging handle to the rear while holding case.
- **Double-feed** - the Soldier must remove the magazine, clear the weapon, confirm the chamber area is clear, secure a new loaded magazine into the magazine well, and chamber and lock a round.

- **Bolt override** – Remove magazine. Pull charging handle as far rearward as possible. Strike charging handle forward. If this fails, pull charging handle to the rear a second time, use tool or finger to hold the bolt to the rear, sharply send charging handle forward.

## CORRECTING MALFUNCTIONS

8-38. Figure 8-4 below provides a simple mental flow chart to rapidly overcome malfunctions experienced during the shot process.

**Figure 8-4. Malfunction corrective action flow chart**

## COOK-OFF

8-39. Rapid and continuous firing of several magazines in sequence without cooling, will severely elevate chamber temperatures. While unlikely this elevated temperature may cause a malfunction known as a "cook-off". A “cook-off” may occur while the round is locked in the chamber, due to excessive heating of the ammunition. Or the rapid exposure to the cooler air outside of the chamber, due in part to the change in pressure.

8-40. If the Soldier determines that he has a potential “cook-off” situation he should leave the weapon directed at the target, or in a known safe direction, and follow proper weapons handling procedures, until the barrel of the weapon has had time to cool. If the chambered round has not been locked in the chamber for 10 seconds, it should be ejected as quickly as possible. If the length of time is questionable or known to be longer than 10 seconds and it is tactically sound, the Soldier should follow the above procedures until the weapon is cooled. If it is necessary to remove the round before the weapon has time to cool, the Soldier should do so with care as the ejected round may detonate due to rapid cooling in open air.

**WARNING**

**Ammunition “cook-off” is not likely in well maintained weapons used within normal training and combat parameters.**

**Soldiers and unit leadership need to consider the dangers of keeping rounds chambered in weapons that have elevated temperatures due to excessive firing. Or clearing ammunition that has the potential to cook-off when exposed to the cooler air outside of the chamber.**

**Exposure to the colder air outside of the chamber has the potential to cause the “cook-off” of ammunition. Keeping ammunition chambered in severely elevated temperatures also has the potential to cause the “cook-off” of ammunition.**

***Note.*** For more information about troubleshooting malfunctions and replacing components, see organizational and direct support maintenance publications and manuals.

## TRANSITION TO SECONDARY WEAPON

8-41. A secondary weapon, such as a pistol, is the most efficient way to engage a target at close quarters when the primary weapon has malfunctioned. The Soldier controls which actions must be taken to ensure the target is defeated as quickly as possible based on the threat presented.

8-42. The firer transitions by taking the secondary weapon from the HANG or HOLSTERED position to the READY UP position, reacquiring the target, and resuming the shot process as appropriate.

8-43. Refer to the appropriate secondary weapon's training publications for the specific procedures to complete the transition process.

Chapter 9

# Movement

The movement functional element is the process of the Soldier moving tactically during the engagement process. It includes the Soldier's ability to move laterally, forward, diagonally, and in a retrograde manner while maintaining stabilization, appropriate aim, and control of the weapon.

Proper application of the shot process during movement is vital to combat operations. The most complex engagements involve movement of both Soldier and the adversary. The importance of sight alignment and trigger control are at their highest during movement. The movement of the Solider degrades stability, the ability to aim, and creates challenges to proper trigger control.

## MOVEMENT TECHNIQUES

9-1. Tactical movement of the Soldier is classified in two ways: vertical and horizontal. Each require specific considerations to maintain and adequately apply the other functional elements during the shot process.

9-2. **Vertical movements** are those actions taken to change their firing posture or negotiate terrain or obstacles while actively seeking, orienting on, or engaging threats. Vertical movements include actions taken to—

- Change between any of the primary firing positions; standing, crouched, kneeling, sitting, or prone.
- Negotiate stairwells in urban environments.
- Travel across inclined or descending surfaces, obstacles, or terrain.

9-3. **Horizontal movements** are actions taken to negotiate the battlefield while actively seeking, orienting on, or engaging threats. There are eight horizontal movement techniques while maintaining weapon orientation on the threat—

- **Forward** – movement in a direction directly toward the adversary.
- **Retrograde** – movement rearward, in a direction away from the threat while maintaining weapon orientation on the threat.
- **Lateral right/left** – lateral, diagonal, forward, or retrograde movement to the right or left.
- **Turning left/right/about** – actions taken by the Soldier to change the weapon orientation left/right or to the rear, followed by the Soldier's direction of travel turning to the same orientation.

## FORWARD MOVEMENT

9-4. Forward movement is continued progress in a direction toward the adversary or route of march. This is the most basic form of movement during an engagement.

### TECHNIQUE

9-5. During forward movement,—

- Roll the foot heel to toe to best provide a stable firing platform.
- Shooting while moving should be very close to the natural walking gait and come directly from the position obtained while stationary.
- Keep the weapon at the ready position. Always maintain awareness of the surroundings, both to your left and right, at all times during movement.
- Maintain an aggressive position.
- The feet should almost fall in line during movement. This straight-line movement will reduce the arc of movement and visible "bouncing" of the sight picture.
- Keep the muzzle of the weapon facing down range toward the expected or detected threat.
- Keep the hips as stationary as possible. Use the upper body as a turret, twisting at the waist, maintaining proper platform with the upper body.

## RETROGRADE MOVEMENT

9-6. Retrograde movement is where the orientation of the weapon remains to the Soldier's front while the Soldier methodically moves rearward.

### TECHNIQUE

9-7. During retrograde movement, the Soldier should—

- Take only one or two steps that will open the distance or reposition the feet.
- Place the feet in a toe to heel manner and drop the center body mass by consciously bending the knees, using a reverse combat glide.
- Maintain situational awareness of team members, debris, and terrain.
- Use the knees as a shock absorber to steady the body movement to maintain the stability of the upper body, stabilizing the rifle sight(s) on the target.
- Ensure all movement is smooth and steady to maintain stability.
- Bend forward at the waist to put as much mass as possible behind the weapon for recoil management.
- Keep the muzzle oriented downrange toward the expected or detected threat.
- Keep the hips as stationary as possible. Use the upper body as a turret, twisting at the waist, maintaining proper platform with the upper body.

## LATERAL MOVEMENT

9-8. Lateral movement is where the Soldier maintains weapon orientation downrange at the expected or detected threat while moving to the left or right. In the most extreme cases, the target will be offset 90 degrees or more from the direction of movement.

### TECHNIQUE

9-9. During lateral movement, Soldiers should—

- Place their feet heel to toe and drop their center mass by consciously bending the knees.
- Use the knees as a shock absorber to steady the body movement to maintain the stability of the upper body, stabilizing the rifle sight(s) on the target.
- Ensure all movement is smooth and steady to maintain stability.
- Bend forward at the waist to put as much mass as possible behind the weapon for recoil management.
- Roll the foot, heel to toe, as you place the foot on the ground and lift it up again to provide for the smoothest motion possible.
- Keep the weapon at the alert or ready carry. Do not aim in on the target until ready to engage.
- Maintain awareness of the surroundings, both to the left and right, at all times during movement.
- Trigger control when moving is based on the wobble area. The Soldier shoots when the sights are most stable, not based on foot position.
- Keep the muzzle of the weapon facing down range toward the threat.
- When moving, the placement of the feet should be heel to toe.
- Do not overstep or cross the feet, because this can decrease the Soldier's balance and center of gravity.
- Keep the hips as stationary as possible. Use the upper body as a turret, twisting at the waist, maintaining proper platform with the upper body.

***Note***. It is more difficult to engage adversaries to the firing side while moving laterally. The twist required to achieve a full 90-degree offset requires proper repetitive training. The basic concept of movement must be maintained, from foot placement to platform.

Twisting at the waist will not allow the weapon to be brought to a full 90 degrees off the direction of travel, especially with nonadjustable butt stocks. The Soldier will need to drop the non-firing shoulder and roll the upper body toward the nonfiring side. This will cause the weapon and upper body to cant at approximately a 45-degree angle, relieving some tension in the abdominal region, allowing the Soldier to gain a few more degrees of offset.

## TURNING MOVEMENT

9-10. Turning movement are used to engage widely dispersed targets in the oblique and on the flanks. Turning skills are just as valuable in a rapidly changing combat environment as firing on the move (such as lateral movement) skills are and should only be used with the alert carry.

9-11. It does not matter which direction the Soldier is turning or which side is the Soldier's strong side. The Soldier must maintain the weapon at an exaggerated low-alert carry for the duration of the turn.

9-12. Muzzle awareness must be maintained at all times. Ensure that the muzzle does not begin to come up on target the body is completely turned toward the threat.

9-13. When executing a turn to either side, the Soldier will—

- **Look first**. Turn head to the direction of the turn first.
- **Weapon follows the eyes**. The Soldier moves the weapon smoothly to where the eyes go.
- **Follow with the body**. The body will begin movement with the movement of the weapon. Soldiers finish the body movement smoothly to maintain the best possible stability for the weapon.
- **Maintain situational awareness**. The Soldier must be completely aware of the surrounding terrain, particularly for tripping hazards. When necessary, Soldiers should visually check their surroundings during the turning action and return their vision to the target area as quickly as possible.

Appendix A

# Ammunition

Appendix A discusses the characteristics and capabilities of the different ammunition available for the M4- and M16-series weapons. It also includes general ammunition information such as packaging, standard and North Atlantic Treaty Organization (NATO) marking conventions, the components of ammunition, and general principles of operation. The information within this appendix is 5.56mm for the M4- and M16-series weapons only.

## SMALL ARMS AMMUNITION CARTRIDGES

A-1. Ammunition for use in rifles and carbines is described as a cartridge. A small arms cartridge (see figure A-1) is an assembly consisting of a cartridge case, a primer, a quantity of propellant, and a bullet. The following terminology describe the general components of all small arms ammunition (SAA) cartridges:

- **Cartridge case.** The cartridge case is a brass, rimless, center-fire case that provides a means to hold the other components of the cartridge.
- **Propellant.** The propellant (or powder) provides the energy to propel the projectile through the barrel and downrange towards a target through combustion.
- **Primer.** The primer is a small explosive charge that provides an ignition source for the propellant.
- **Bullet.** The bullet or projectile is the only component that travels to the target.

---

***Note.*** Dummy cartridges are composed of a cartridge case and bullet, with no primer or propellant. Some dummy cartridges contain inert granular materials to simulate the weight and balance of live cartridges.

---

**Figure A-1. Small arms ammunition cartridges**

A-2.   There are multiple types of bullets used for various purposes. These include ball, tracer, armor-piercing, blank, special ball long range (LR), dummy, and short range training.

A-3.   The cartridge case is made of steel, aluminum, or a brass combination (70 percent copper and 30 percent zinc) for military use. The M4- and M16-series weapons is a rimless cartridge case that provides an extraction groove (shown in figure A-2). These cartridge cases are designed to support center-fire operation.

A-4.   Center-fire cases have a centrally located primer well/pocket in the base of the case, which separates the primer from the propellant in the cartridge case. These cases are designed to withstand pressures generated during firing and are used for most small arms.

A-5.   All 5.56mm ammunition uses the rimless cartridge case. A rimless cartridge is where the rim diameter is the same as the case body, and uses an extractor groove to facilitate the cycle of functioning. This design allows for the stacking of multiple cartridges in a magazine.

A-6.   When the round is fired, the cartridge case assists in containing the burning propellant by expanding the cartridge case tightly to the chamber walls to provide rear obturation.



**Figure A-2. Cartridge case**

## PROPELLANT

A-7. Cartridges are loaded with various propellant weights that impart sufficient velocity, within safe pressure, to obtain the required ballistic projectile performance. The propellants are either a single-base (nitrocellulose) or double-base (nitrocellulose and nitroglycerine) composition.

A-8. The propellant (see figure A-3) may be a single-cylindrical or multiple-perforation, a ball, or a flake design to facilitate rapid burning. Most propellants are coated to assist the control of the combustion rate. A final graphite coating facilitates propellant flow and eliminates static electricity in loading the cartridge.

**Figure A-3. Propellant**

## PRIMER

A-9.   Center-fire small arms cartridges contain a percussion primer assembly. The assembly consists of a brass or gilding metal cup (see figure A-4). The cup contains a pellet of sensitive explosive material secured by a paper disk and a brass anvil.

A-10.  The weapon firing pin striking the center of the primer cup base compresses the primer composition between the cup and the anvil. This causes the composition to explode. Holes or vents located in the anvil or closure cup allow the flame to pass through the primer vent, igniting the propellant.



**Figure A-4. 5.56mm primer detail**

## BULLET

A-11. The bullet is a cylindrically shaped lead or alloy projectile that engages with the rifling of the barrel. Newer projectiles consist of a copper slug with exposed steel penetrator, as with the M855A1. The bullets used today are either lead (lead alloy), or assemblies of a jacket and a lead or steel core penetrator. The lead used in lead-alloy bullets is combined with tin, antimony or both for bullet hardness. The alloying reduces barrel leading and helps prevent the bullet from striping (jumping) the rifling during firing.

A-12. Jacketed bullets (see figure A-5) are used to obtain high velocities and are better suited for semiautomatic and automatic weapons. A bullet jacket may be either gilding metal, gilding metal-clad steel, or copper plated steel. In addition to a lead or steel core, they may contain other components or chemicals that provide a terminal ballistic characteristic for the bullet type.

A-13. Some projectiles may be manufactured from plastic, wax, or plastic binder and metal powder, two or more metal powders, or various combinations based on the cartridge's use.

**Figure A-5. Bullet example, Armor-piercing cartridge**

## SMALL ARMS AMMUNITION TYPES

A-14. There are seven types of SAA for the M4- and M16-series weapons that are used for training and combat. Each of these ammunition types provides a different capability and have specific characteristics. The following are the most common types of ammunition for the rifle and carbine:

### BALL

A-15. The ball cartridge (see figure A-6) is intended for use in rifles and carbines against personnel and unarmored targets. The bullet, as designed for general purpose combat and training requirements, normally consists of a metal jacket and a lead slug.

**Figure A-6. Ball cartridge**

### TRACER (TCR OR T)

A-16. A tracer round contains a pyrotechnic composition in the base of the bullet to permit visible observation of the bullet's in-flight path or trajectory and point of impact. (See figure A-7) The pyrotechnic composition is ignited by the propellant when the round is fired, emitting a bright flame visible by the firer. Tracer rounds may also be used to pinpoint enemy targets to ignite flammable materials and for signaling purposes.

**Figure A-7. Ball with tracer cartridge**

## ARMOR PIERCING (AP)

A-17. The armor-piercing cartridge (see figure A-8) is intended for use against personnel and light armored and unarmored targets, concrete shelters, and similar bullet-resistant targets. The bullet consists of a metal jacket and a hardened steel-alloy core. In addition, it may have a lead base filler and/or a lead point filler.

**Figure A-8. Armor-piercing cartridge**

## SHORT RANGE TRAINING AMMUNITION

A-18. The short range training ammunition (SRTA) (see figure A-9) cartridges are designed for target practice where the maximum range is reduced for training purposes. This cartridge ballistically matches the ball cartridge out to 300 meters, and rapidly drops in velocity and accuracy. This allows for installations with restricted training range facilities to continue to operate with accurate munitions. This cartridge is also a preferred round when conducting training in a close quarters environment, like a shoot house or other enclosed training facility.

**Figure A-9. Short range training ammunition cartridge**

## BLANK (BLK)

A-19. The blank cartridge (see figure A-10) is distinguished by the absence of a bullet or projectile. It is used for simulated fire, in training maneuvers, and for ceremonial purposes. These rounds consist of a roll crimp (knurl) or cannelure on the body of the case, which holds a paper wad in place instead of a projectile. Newer cartridges have rosette crimp (7 petals) and an identification knurl on the cartridge case.

**Figure A-10. Blank cartridge**

## CLOSE COMBAT MISSION CAPABILITY KIT

A-20. The close combat mission capability kit (CCMCK) cartridge (see figure A-11) is used for training purposes only.

A-21. The M4 carbine/M16 rifle conversion adapter kit provides utmost safety, in-service reliability and maintainability. The kit is easy to install with a simple exchange of the bolt. It adapts the host weapon to fire unlinked 5.56mm M1042 man-marking ammunition with the feel and function of live ammunition. The kit includes fail-safe measures to prevent the discharge of a standard "live" round.

**Figure A-11. Close combat mission capability kit cartridge**

### DUMMY

A-22. The dummy cartridge (see figure A-12) is used for practice in loading weapons and simulated firing to detect errors in employment skills when firing weapons. This round is completely inert and consists only of an empty cartridge case and ball bullet. Cartridge identification is by means of holes through the side of the case or longitudinal corrugations in the case and by the empty primer pocket.

**Figure A-12. Dummy cartridge**

## COLORS, MARKINGS, AND SYMBOLS

A-23. Small arms ammunition is identifiable by color coding specification per type and intended use. Table A-1 describes the general color codes for all types of 5.56mm small arms ammunition. Table A-2 identifies the color code specifications that are applied to the tip of 5.56mm ammunition.

A-24. Markings stenciled or stamped on munitions or their containers include all information needed for complete identification.

A-25. Packaging and containers for small arms ammunition are clearly marked with standard NATO symbols identifying the contents of the package by type of ammunition, primary use, and packaging information. The most common NATO symbols are described according to Standardization Agreement (STANAG) (see table A-2 on page A-11).

A-26. Small arms ammunition (less than 20mm) is not color-coded under MIL-STD-709D. Marking standards for small arms ammunition are outlined in—

- TM 9-1305-201-20&P.
- TM 9-1300-200.

A-27. These publications describe the color coding system for small arms projectiles. The bullet tips are painted a distinctive color as a ready means of identification for the user. (Refer to TM 9-1300-200 for more information.)

**Table A-1. Small Arms Color Coding and Packaging Markings**

| Ammunition Type | Color Coding | Package Marking |
|---|---|---|
| Ball | No Color or Green (M855) | ● |
| Tracer (TCR or T) | Orange Tip | ■ |
| Armor Piercing (AP) | Black Tip | ◀ |
| Short Range Training Ammunition (STRA) | Blue | |
| Blank (BLK) | Cringed or Capped End | |
| Close Combat Mission Capabilities Kit (CCMCK)<br>Dummy | Black Cartridge and Tip, or Perforated Cartridge | None |
| **Special Markings** | **Color Code** | **Package Marking** |
| NATO Standard | | ⨁ |
| Interchangeable - suitable for use in similar caliber NATO weapons | | |
| Bandoleers - ammunition is packaged in bandoleers | | |
| Clipped - ammunition is packaged in clips for use with a speed loader | | |

## 5.56-MM AMMUNITION

A-28. The following tables A-2 through A-10 on pages A-10 through A-18, will provide a brief description of the ten different types of commonly used 5.56mm ammunition for training and combat. Some types of 5.56mm ammunition will have more than one applicable Department of Defense Identification Code (DODIC); those DODICs are provided for the clarity and ease of the unit's ammunition resource manager.

**Table A-2. 5-56mm, M855, Ball**

| Cartridge, 5.56mm, M855, Ball | | | |
|---|---|---|---|
| DODIC | A059 | AA33 | Green Tip |
| Model: | M855 | | |
| Type: | Ball | | |
| Weight: | 190 grain | | |
| Length: | 57.4 mm | 2.26 in | |
| Color Code: | | Green Tip | |
| Markings: | | | |
| **Case** | | | |
| Type: | Center Fire | Description: | 5.56 x 45 mm |
| **Propellant** | | | |
| Type: | WC844 | Double Base | Nitrocellulouse, |
| Weight: | 26.1 gr | 0.06 oz | Nitroglycerine |
| **Primer** | | | |
| Type: | Center Fire, Percussion | | |
| **Bullet** | | | |
| Type: | Ball, Copper Alloy Jacket | | |
| Design: | Conical steel insert and lead antimony alloy cylindrical core copper alloy jacket. | | |
| Weight: | 62 gr | 0.14 oz | |
| Length: | 23 mm | 0.906 in | |
| Tracer: | None | | |
| **Characteristics** | | | |
| Chamber Pressure: | 3792 bars | 55000 psi | |
| Velocity: | 922 m/sec | 3025 ft/sec | 2.69 mach |
| Kinetic Energy (Ek) | 1708 J | 1260 FtLbsF | |

**Velocity to Speed of Sound**

Speed of Sound
1000f/s
2000f/s
3000f/s
4000f/s
5000f/s
6000f/s

**Special Features**

The M16A2 Rifle was designed to fire M855 Ball to achieve commonality of ammunition at the small unit level. Chamber pressures generated by the M855 and the required barrel twist (1:7 or 32 calibers) make it unsuitable in the obsolete M16 and M16A1 weapons. The M855's steel insert is effective against most types of fabric body armor while its three-piece construction achieve good effects against unprotected personnel targets.

**Table A-3. 5.56mm, M855A1, Enhanced Performance Round (EPR), Ball**

| Cartridge, 5.56mm, M855A1, Ball, EPR | | | |
|---|---|---|---|
| DODIC | AB57 | AB58 | Bronze Tip |
| Model: | M855A1 | | |
| Type: | Ball, EPR | | |
| Weight: | 190 grain | | |
| Length: | 57.4 mm | 2.26 in | |
| Color Code: | | Bronze Tip | |
| Markings: | | | |
| **Case** | | | |
| Type: | Center Fire | Description: | 5.56 x 45 mm |
| **Propellant** | | | |
| Type: | WC844 | Double Base | Nitrocellulouse, |
| Weight: | 28.1 gr | 0.06 oz | Nitroglycerine |
| **Primer** | | | |
| Type: | Center Fire, Percussion | | |
| **Bullet** | | | |
| Type: | Ball, EPR, Lead free slug (or core) | | |
| Design: | Steel Penetrator encapsulated in a reverse gilded metal jacket. | | |
| Weight: | 62 gr | 0.14 oz | |
| Length: | 23 mm | 0.906 in | |
| Tracer: | None | | |
| **Characteristics** | | | |
| Chamber Pressure: | 3792 bars | 55000 psi | |
| Velocity: | 960 m/sec | 3150 ft/sec | 2.8 mach |
| Kinetic Energy (Ek) | 1851 J | 1366 FtLbsF | |

**Velocity to Speed of Sound**

Speed of Sound
1000f/s
2000f/s
3000f/s
4000f/s
5000f/s
6000f/s

**Special Features**

The M855A1's steel penetrator is effective against light armored targets while its three-piece construction maintains operational capabilities against unprotected personnel targets. The M855A1 enhances performance on hard targets/barriers. Improved propellant reduces muzzle flash. Optimized for use with the M4 series carbine for close quarters engagements.

**Table A-4. 5.56mm, M856A1, Tracer**

| Cartridge, 5.56mm, M856A1, Tracer | | | |
|---|---|---|---|
| DODIC | A063 | | Orange Tip |
| Model: | M856A1 | | |
| Type: | Tracer | | |
| Weight: | 190 grain | | |
| Length: | 57.4 mm | 2.26 in | |
| Color Code: | | Orange Tip | |
| Markings: | | | |
| **Case** | | | |
| Type: | Center Fire | Description: | 5.56 x 45 mm |
| **Propellant** | | | |
| Type: | Wc844 | Double Base | Nitrocellulouse, |
| Weight: | 24.7 gr | 0.06 oz | Nitroglycerine |
| **Primer** | | | |
| Type: | Center Fire, Percussion | | |
| **Bullet** | | | |
| Type: | Tracer | | |
| Design: | Lead alloy core in copper alloy jacket with incendiary compound fill in hollow base. | | |
| Weight: | 63.7 gr | 0.15 oz | |
| Length: | 29.3 mm | 1.154 in | |
| Tracer: | None | | |
| **Characteristics** | | | |
| Chamber Pressure: | 3792 bars | 55000 psi | |
| Velocity: | 875 m/sec | 2870 ft/sec | 2.55 mach |
| Kinetic Energy (Ek) | 1580 J | 1165 FtLbsF | |
| **Velocity to Speed of Sound** | | | |
| Speed of Sound | | | |
| 1000f/s, 2000f/s, 3000f/s, 4000f/s, 5000f/s, 6000f/s | | | |
| **Special Features** | | | |
| Because the M856 loses mass as it travels, it necessitates a 1:7 barrel twist to keep it stable in flight. | | | |

**Table A-5. 5.56mm, Mk301, MOD 0, DIM Tracer**

| Cartridge, 5.56mm, Mk301 Mod 0, Dim Tracer | | | |
|---|---|---|---|
| DODIC | AB03 | 0 | Violet Tip |
| Model: | Mk301 Mod 0 | | |
| Type: | Dim Tracer | | |
| Weight: | 190 grain | | |
| Length: | 57.4 mm | 2.26 in | |
| Color Code: | | Violet Tip | |
| Markings: | | | |
| **Case** | | | |
| Type: | Center Fire | Description: | 5.56 x 45 mm |
| **Propellant** | | | |
| Type: | WC844 | Double Base | Nitrocellulouse, |
| Weight: | 26.1 gr | 0.06 oz | Nitroglycerine |
| **Primer** | | | |
| Type: | Center Fire, Percussion | | |
| **Bullet** | | | |
| Type: | Dim Tracer, Copper Alloy Jacket | | |
| Design: | Lead alloy core in copper alloy jacket with incendiary compound fill in a hollow case. | | |
| Weight: | 62 gr | 0.14 oz | |
| Length: | 23 mm | 0.906 in | |
| Tracer: | Dim Tracer element | | |
| **Characteristics** | | | |
| Chamber Pressure: | 4047 bars | 55000 psi | |
| Velocity: | 922 m/sec | 3025 ft/sec | 2.69 mach |
| Kinetic Energy (Ek) | 1708 J | 1260 FtLbsF | |
| **Velocity to Speed of Sound** | | | |
| Speed of Sound | | | |
| 1000f/s | 2000f/s | 3000f/s | 4000f/s |
| 5000f/s | 6000f/s | | |
| **Special Features** | | | |
| Low burning temperature of tracer mix produces IR light spectrum tracer effects, visible with use of night vision devices. Dim Tracer element consists of a barium nitrate composition, with tracer effective range to 900m. WC845S propellant provides flash suppression. | | | |

**Table A-6. 5.56mm, M995, Armor Piercing**

| Cartridge, 5.56mm, M995, Armor Piercing | | | |
|---|---|---|---|
| DODIC | AA69 | | Black Tip |
| Model: | M995 | | |
| Type: | Armor Piercing | | |
| Weight: | 180 grain | | |
| Length: | 57.4 mm | 2.26 in | |
| Color Code: | | Black Tip | |
| Markings: | | | |
| **Case** | | | |
| Type: | Center Fire | Description: | 5.56 x 45 mm |
| **Propellant** | | | |
| Type: | WCR845 | Double Base | Nitrocellulouse, |
| Weight: | 27.5 gr | 0.06 oz | Nitroglycerine |
| **Primer** | | | |
| Type: | Center Fire, Berdan | | |
| **Bullet** | | | |
| Type: | Armor Piercing, Tungsten-Cobalt core | | |
| Design: | Tungsten-Cobalt core located by aluminum cup in copper alloy jacket | | |
| Weight: | 52 gr | 0.12 oz | |
| Length: | 29.3 mm | 1.154 in | |
| Tracer: | None | | |
| **Characteristics** | | | |
| Chamber Pressure: | 3465 bars | 55000 psi | |
| Velocity: | 1013 m/sec | 3324 ft/sec | 2.95 mach |
| Kinetic Energy (Ek) | 1729 J | 1276 FtLbsF | |

**Velocity to Speed of Sound**

Speed of Sound
1000f/s
2000f/s
3000f/s
4000f/s
5000f/s
6000f/s

**Special Features**

The M995 was designed for use in all U.S. 5.56mm weapons, it will penetrate 12mm of steel at 100m to defeat light armored vehicles and other barrier materials on the battlefield.

**Table A-7. 5.56mm, M862, Short Range Training Ammunition**

| Cartridge, 5.56mm, M862, SRTA | | | |
|---|---|---|---|
| DODIC | AA68 | | Blue Tip |
| Model: | M862 | | |
| Type: | SRTA | | |
| Weight: | 108 grain | | |
| Length: | 57.4 mm | 2.26 in | |
| Color Code: | | Fluted blue Tip | |
| Markings: | | | |
| **Case** | | | |
| Type: | Center Fire | Description: | 5.56 x 45 mm |
| **Propellant** | | | |
| Type: | 0 | Double Base | Nitrocellulouse, |
| Weight: | gr | 0 oz | Nitroglycerine |
| **Primer** | | | |
| Type: | | Center Fire | |
| **Bullet** | | | |
| Type: | | SRTA | |
| Design: | Plastic projectile | | |
| Weight: | 6.9 gr | 0.02 oz | |
| Length: | 29.3 mm | 1.154 in | |
| Tracer: | None | | |
| **Characteristics** | | | |
| Chamber Pressure: | 2758 bars | 40000 psi | |
| Velocity: | 1379 m/sec | 4525 ft/sec | 4.02 mach |
| Kinetic Energy (Ek) | 425 J | 314 FtLbsF | |
| **Velocity to Speed of Sound** | | | |
| Speed of Sound | | | |
| 1000f/s, 2000f/s, 3000f/s, 4000f/s, 5000f/s, 6000f/s | | | |
| **Special Features** | | | |
| The M862 is ballistically matched to standard M855 ball ammunition out to 25m, with a maximum range of 250m. M862 ammunition MUST be used with the M2 training bolt. This provides units the capability to conduct training on installations that have limited range facilities which require the use of reduced/decreased Surface Danger Zones. | | | |

**Table A-8. 5.56mm, M1037, Short Range Training Ammunition**

| Cartridge, 5.56mm, M1037, SRTA | | | |
|---|---|---|---|
| DODIC | AB67 | | Blue Tip |
| Model: | M1037 | | |
| Type: | SRTA | | |
| Weight: | 165 grain | | |
| Length: | 57.4 mm | 2.26 in | |
| Color Code: | | Fluted blue Tip | |
| Markings: | | | |
| **Case** | | | |
| Type: | Center Fire | Description: | 5.56 x 45 mm |
| **Propellant** | | | |
| Type: | 0 | Double Base | Nitrocellulouse, |
| Weight: | gr | 0 oz | Nitroglycerine |
| **Primer** | | | |
| Type: | Center Fire | | |
| **Bullet** | | | |
| Type: | SRTA, Frangible | | |
| Design: | Copper, nylon and carbon fiber projectile | | |
| Weight: | 33 gr | 0.08 oz | |
| Length: | 29.3 mm | 1.154 in | |
| Tracer: | None | | |
| **Characteristics** | | | |
| Chamber Pressure: | 2758 bars | 40000 psi | |
| Velocity: | 1097 m/sec | 3600ft/sec | 3.2 mach |
| Kinetic Energy (Ek) | 1287J | 950 FtLbsF | |
| **Velocity to Speed of Sound** | | | |
| Speed of Sound | | | |
| 1000f/s, 2000f/s, 3000f/s, 4000f/s, 5000f/s, 6000f/s | | | |
| **Special Features** | | | |
| The M1037 is ballistically matched to standard M855 ball ammunition out to 100m, with a maximum range of less than 600m. M1037 ammunition DOES NOT require the use of the M2 training bolt. This provides units the capability to conduct training on installations that have limited range facilities which require the use of reduced/ decreased Surface Danger Zones. | | | |

**Table A-9. 5.56mm, M1042 Close Combat Mission Capability Kit**

| Cartridge, 5.56mm, M1042, Close Combat Mission Capability Kit | | | |
|---|---|---|---|
| DODIC | AB09 (blue tip) | AB10 (red tip) | AB11 (yellow tip) |
| Model: | M1042 | | |
| Type: | CCMCK | | |
| Weight: | 94.86 grain | | |
| Length: | 57.4 mm | 2.26 in | |
| Color Code: | | Blue, red, or yellow plastic tip | |
| Markings: | | | |
| **Case** | | | |
| Type: | Rim Fire | Description: | 5.56 x 45 mm |
| **Propellant** | | | |
| Type: | 0 | Double Base | Nitrocellulouse, |
| Weight: | gr | 0 oz | Nitroglycerine |
| **Primer** | | | |
| Type: | | Rim Fire | |
| **Bullet** | | | |
| Type: | | CCMCK | |
| Design: | 0 | | |
| Weight: | 6.9 gr | 0.02 oz | |
| Length: | 29.3 mm | 1.154 in | |
| Tracer: | None | | |
| **Characteristics** | | | |
| Chamber Pressure: | 0 bars | 0 psi | |
| Velocity: | 149 m/sec | 488 ft/sec | 0.43 mach |
| Kinetic Energy (Ek) | 5 J | 4 FtLbsF | |
| **Velocity to Speed of Sound** | | | |

Speed of Sound
1000f/s
2000f/s
3000f/s
4000f/s
5000f/s
6000f/s

**Special Features**

The CCMCK is a user installed weapons modification system used for short range force on force training. The M1042 is a low velocity marking ammunition that prevents the weapon from firing service ammunition. Fail-safe is achieved by utilizing a 3mm offset firing pin which will only work with the M1042 rim fire primer. In the event that a "Live" 5.56mm cartridge is chambered and the trigger is pulled, the conversion will offset.

**Table A-10. 5.56mm, M200, Blank**

| Cartridge, 5.56mm, M200, Blank | | | |
|---|---|---|---|
| DODIC | A080 | | Rosette Crimp |
| Model: | M200 | | |
| Type: | Blank | | |
| Weight: | 107 grain | | |
| Length: | 48.3 mm | 1.902in | |
| Color Code: | | Rosette Crimp | |
| Markings: | | | |
| **Case** | | | |
| Type: | Center Fire | Description: | 5.56 x 45 mm |
| **Propellant** | | | |
| Type: | HPC 13 | Double Base | Nitrocellulouse, |
| Weight: | 7 gr | 0.02 oz | Nitroglycerine |
| **Primer** | | | |
| Type: | Center Fire, Berdan | | |
| **Bullet** | | | |
| Type: | Blank, NA | | |
| Design: | NA | | |
| Weight: | NONE | | |
| Length: | NA | 0 in | |
| Tracer: | NA | | |
| **Characteristics** | | | |
| Chamber Pressure: | 0 bars | psi | |
| Velocity: | m/sec | ft/sec | 0 mach |
| Kinetic Energy (Ek) | 0 | 0 | |

**Velocity to Speed of Sound**

Speed of Sound
1000f/s
2000f/s
3000f/s
4000f/s
5000f/s
6000f/s

**Special Features**

The M200 cartridge is designed for simulated firing in training exercises and for saluting purposes. The cartridge is identified by a rosette-crimp closure of the case mouth.

This page intentionally left blank.

Appendix B

# Ballistics

Ballistics is the science of the processes that occur from the time a firearm is fired to the time when the bullet impacts its target. Soldiers must be familiar with the principles of ballistics as they are critical in understanding how the projectiles function, perform during flight, and the actions of the bullet when it strikes the intended target. The profession of arms requires Soldiers to understand their weapons, how they operate, their functioning, and their employment.

B-1. The flight path of a bullet includes three stages: the travel down the barrel, the path through the air to the target, and the actions the bullet takes upon impact with the target. These stages are defined in separate categories of ballistics; internal, external, and terminal ballistics.

## INTERNAL BALLISTICS

B-2. **Internal ballistics** – is the study of the propulsion of a projectile. Internal ballistics begin from the time the firing pin strikes the primer to the time the bullet leaves the muzzle. Once the primer is struck the priming charge ignites the propellant. The expanding gases caused by the burning propellant create pressures which push the bullet down the barrel. The bullet engages the lands and grooves (rifling) imparting a spin on the bullet that facilitates stabilization of the projectile during flight. Internal ballistics ends at shot exit, where the bullet leaves the muzzle. (See figure B-1.)



**Figure B-1. Internal ballistic terms**

B-3.   Several key terms are used when discussing the physical actions of internal ballistics —

- **Bore** – the interior portion of the barrel forward of the chamber.
- **Chamber** – the part of the barrel that accepts the ammunition for firing.
- **Grain (gr)** – a unit of measurement of either a bullet or a projectile. There are 7000 grains in a pound, or 437.5 grains per ounce.
- **Pressure** – the force developed by the expanding gasses generated by the combustion (burning) of the propellant. Pressure is measure in pounds per square inch (psi).
- **Shoulder** – the area of the chamber that contains the shoulder, forcing the cartridge and projectile into the entrance of the bore at the throat of the barrel.
- **Muzzle** – the end of the barrel.
- **Throat** – the entrance to the barrel from the chamber. Where the projectile is introduced to the lands and grooves within the barrel.

# EXTERNAL BALLISTICS

B-4. **External ballistics** is the study of the physical actions and effects of gravity, drag, and wind along the projectile's flight to the target. It includes only those general physical actions that cause the greatest change to the flight of a projectile. (See figure B-2.) External ballistics begins at shot exit and continues through the moment the projectile strikes the target.

**Figure B-2. External ballistic terms**

B-5. The following terms and definitions are used to describe the actions or reactions of the projectile during flight. This terminology is standard when dealing with any weapon or weapon system, regardless of caliber. (See figure B-3.)

- **Axis of the bore** (Line of Bore) – the line passing through the center of the bore or barrel.
- **Line of sight (LOS) or gun target line (GTL)** – a straight line between the sights or optics and the target. This is never the same as the axis of the bore. The LOS is what the Soldier sees through the sights and can be illustrated by drawing an imaginary line from the firer's eye through the rear and front sights out to infinity. The LOS is synonymous with the GTL when viewing the relationship of the sights to a target.
- **Line of elevation (LE)** – the angle represented from the ground to the axis of the bore.
- **Ballistic trajectory** – the path of a projectile when influenced only by external forces, such as gravity and atmospheric friction.
- **Maximum ordinate** – the maximum height the projectile will travel above the line of sight on its path to the point of impact.
- **Time of flight** – the time taken for a specific projectile to reach a given distance after firing.



**Figure B-3. Trajectory**

- **Jump** – vertical jump in an upward and rearward direction caused by recoil. Typically, it is the angle, measured in mils, between the line of departure and the line of elevation.
- **Line of departure (LD)** – the line the projectile is on at shot exit.
- **Muzzle** – the end of the barrel.
- **Muzzle velocity or velocity** – the velocity of the projectile measured at shot exit. Muzzle velocity decreases over time due to air resistance. For small arms ammunition, velocity (V) is represented in feet per second (f/s).
- **Twist rate** – the rotation of the projectile within the barrel of a rifled weapon based on the distance to complete one revolution. The twist rate relates to the ability to gyroscopically spin-stabilize a projectile on rifled barrels, improving its aerodynamic stability and accuracy. The twist rate of the M4- or M16-series weapon is a right hand, one revolution in every seven inches of barrel length (or R 1:7 inches).
- **Shot exit** – the moment the projectile clears the muzzle of the barrel, where the bullet is not supported by the barrel.
- **Oscillation** – the movement of the projectile in a circular pattern around its axis during flight.
- **Drift** – the lateral movement of a projectile during its flight caused by its rotation or spin.
- **Yaw** – a deviation from stable flight by oscillation. This can be caused by cross wind or destabilization when the projectile enters or exits a transonic stage.
- **Grain (gr)** – a unit of measurement of either a bullet or a propellant charge. There are 7000 grains in a pound, or 437.5 grains per ounce.
- **Pressure** – the force developed by the expanding gases generated by the combustion (burning) of the propellant. For small arms, pressure is measured in pounds per square inch (psi).
- **Gravity** – the constant pressure of the earth on a projectile at a rate of about 9.8 meters per second squared, regardless of the projectile's weight, shape or velocity. Commonly referred to as bullet drop, gravity causes the projectile to drop from the line of departure. Soldiers must understand the effects of gravity on the projectile when zeroing as well as how it applies to determining the appropriate hold-off at ranges beyond the zero distance.

- **Drag (air resistance)** – the friction that slows the projectile down while moving through the air. Drag begins immediately upon the projectile exiting the barrel (shot exit). It slows the projectile's velocity over time, and is most pronounced at extended ranges. Each round has a ballistic coefficient (BC) that is a measurement of the projectile's ability to minimize the effects of air resistance (drag) during flight.
- **Trajectory** – the path of flight that the projectile takes upon shot exit over time. For the purposes of this manual, the trajectory ends at the point of impact.
- **Wind** – has the greatest variable effect on ballistic trajectories. The effects of wind on a projectile are most noticeable in three key areas between half and two-thirds the distance to the target:
  - **Time (T)** – the amount of time the projectile is exposed to the wind along the trajectory. The greater the range to target, the greater time the projectile is exposed to the wind's effects.
  - **Direction** – the direction of the wind in relation to the axis of the bore. This determines the direction of drift of the projectile that should be compensated.
  - **Velocity (V)** – the speed of the wind during the projectile's trajectory to the target. Variables in the overall wind velocity affecting a change to the ballistic trajectory include sustained rate of the wind and gust spikes in velocity.

# TERMINAL BALLISTICS

B-6. Terminal ballistics is the science of the actions of a projectile from the time it strikes an object until it comes to rest (called terminal rest). This includes the terminal effects that take place against the target.

- **Kinetic Energy ($E_K$)** – a unit of measurement of the delivered force of a projectile. Kinetic energy is the delivered energy that a projectile possesses due to its mass and velocity at the time of impact. Kinetic energy is directly related to the *penetration capability* of a projectile against the target.
- **Penetration** – the ability or act of a projectile to enter a target's mass based on its delivered kinetic energy. When a projectile strikes a target, the level of penetration into the target is termed the impact depth. The impact depth is the distance from the point of impact to the moment the projectile stops at its terminal resting place. Ultimately, the projectile stops when it has transferred its momentum to an equal mass of the medium (or arresting medium).

B-7. Against any target, penetration is the most important terminal ballistic consideration. Soldiers must be aware of the penetration capabilities of their ammunition against their target, and the most probable results of the terminal ballistics.

B-8. The 5.56mm projectile's purpose is to focus the largest amount of momentum (energy) on the smallest possible area of the target to achieve the greatest penetration. They are designed to resist deformation on impact to enter the target's mass. The steel

tip of the penetrator allows for reduced deformation through light skin armor or body armor, and the heavier steel penetrator allows for increased soft tissue damage.

## ACTIONS AFTER THE TRIGGER SQUEEZE

B-9. Once the trigger is squeezed, the ballistic actions begin. Although not all ammunition and weapons operate in the same manner, the following list describes the general events that occur on the M4- and M16-series weapons when the trigger is squeezed.

- The hammer strikes the rear of the firing pin.
- The firing pin is pushed forward, striking the cartridge percussion primer assembly.
- The primer is crushed, pushing the primer composition through the paper disk, and on to the anvil, detonating the primer composition.
- The burning primer composition is focused evenly through the primer cup vent hole, igniting the propellant.
- The propellant burns evenly within the cartridge case.
- The cartridge case wall expand from the pressure of the burning propellant, firmly locking the case to the chamber walls.
- The expanded cartridge case, held firmly in place by the chamber walls and the face of the bolt provide rear obturation, keeping the burning propellant and created expanding gasses in front of the cartridge case.
- The projectile is forced by the expanding gasses firmly into the lands and grooves at the throat of the bore, causing engraving.
- Engraving causes the scoring of the softer outer jacket of the projectile with the lands and grooves of the bore. This allows the projectile to spin at the twist rate of the lands and grooves, and provides a forward obturation seal. The forward obturation keeps the expanding gasses behind the projectile in order to push it down the length of the barrel.
- As the propellant continues to burn, the gasses created continue to seek the path of least resistance. As the cartridge case is firmly seated and the projectile is moveable, the gas continues to exert its force on the projectile.
- Once the projectile passes the gas port on the top of the barrel, a small amount of gas is permitted to escape from propelling the projectile. This escaping gas is directed up through the gas port and rearward through the gas tube, following the path of least resistance. The diameter of the gas port limits the amount of gas allowed to escape.
- As the end of the projectile leaves the muzzle, it is no longer supported by the barrel itself. Shot exit occurs.
- Upon shot exit, most of the expanding and burning gasses move outward and around the projectile, causing the muzzle flash.
- At shot exit, the projectile achieves its maximum muzzle velocity. From shot exit until the projectile impacts an object, the projectile loses velocity at a steady rate due to air resistance.

- As the round travels along its trajectory, the bullet drops consistently by the effects of gravity.
- As the actual line of departure is an elevated angle from the line of sight, the projectile appears to rise and then descend. This rise and fall of the projectile is the trajectory.
- The round achieves the highest point of its trajectory typically over half way to the target, depending on the range to target. The high point is called the round's maximum ordinate or ***max ord***.
- From the max ord, the projectile descends into the target.
- The round strikes the target at the point of impact, which, depending on the firing event, may or may not be the desired point of impact, and is seldom the point of aim.

***Note***. The point of aim and point of impact only occur twice during the bullet's path to the target at distance; once when the trajectory crosses the line of sight approximately 25 meters from the muzzle, and again at the zero distance (300 meters for the Army standard zero).

- Once the projectile strikes a target or object, it delivers its kinetic energy (force) at the point of impact.
- Terminal ballistics begin.

B-10. Once terminal ballistics begin, no bullets follow the same path or function. Generally speaking, the projectile will penetrate objects where the delivered energy (mass times velocity squared, divided by 2) is greater than the mass, density, and area of the target at the point of the delivered force. There are other contributing factors, such as the angle of attack, yaw, oscillation, and other physical considerations that are not included in this ballistic discussion.

## STRUCTURE PENETRATION

B-11. The following common barriers in built-up areas can prevent penetration by a 5.56-mm round fired at less than 50 meters (M855) including:

- Single row sandbags.
- A 2-inch thick concrete wall (not reinforced with rebar or similar item).
- A 55-gallon drum filled with water or sand.
- A metal ammunition can filled with sand.
- A cinder block filled with sand (the block may shatter).
- A plate glass windowpane at a 45-degree angle (glass fragments will be thrown behind the glass).
- A brick veneer.

***Note.*** The M855A1 enhanced performance round (EPR) has increased capabilities for barrier penetration compared with M855 as shown above.

B-12. Although most structural materials repel single 5.56-mm rounds, continued and concentrated firing can breach (penetrate through) some typical urban structures.

B-13. The best method for breaching a masonry wall is by firing short bursts in a U-shaped pattern. The distance from the firer to the wall should be minimized for best results—ranges as close as 25 meters are relatively safe from ricochet.

B-14. Ball ammunition and armor-piercing rounds produce almost the same results, but are more likely to ricochet to the sides and rearward back at the firer (called spit-back).

***Note***. Soldiers must ensure the appropriate level of personal protective equipment is worn when conducting tactical and collective tasks, particularly at ranges less than 50 meters.

B-15. The 5.56-mm round can be used to create either a loophole (about 7 inches in diameter) or a breach hole (large enough for a man to enter). When used against reinforced concrete, the M16 rifle and M249 cannot cut the reinforcing bars.

## SOFT TISSUE PENETRATION

B-16. A gunshot wound, or ballistic trauma, is a form of physical damage sustained from the entry of a projectile. The degree of tissue disruption caused by a projectile is related to the size of the cavities created by the projectile as it passes through the target's tissue. When striking a personnel target, there are two types of cavities created by the projectile; permanent and temporary wound cavities.

### Permanent Wound Cavity

B-17. The permanent cavity refers specifically to the physical hole left in the tissues of soft targets by the pass-through of a projectile. It is the total volume of tissue crushed or destroyed along the path of the projectile within the soft target.

B-18. Depending on the soft tissue composition and density, the tissues are either elastic or rigid. Elastic organs stretch when penetrated, leaving a smaller wound cavity. Organs that contain dense tissue, water, or blood are rigid, and can shatter from the force of the projectile. When a rigid organ shatters from a penetrating bullet, it causes massive blood loss within a larger permanent wound cavity. Although typically fatal, striking these organs may not immediately incapacitate the target.

### Temporary Wound Cavity

B-19. The temporary wound cavity is an area that surrounds the permanent wound cavity. It is created by soft, elastic tissues as the projectile passes through the tissue at greater than 2000 feet per second. The tissue around the permanent cavity is propelled outward (stretched) in an almost explosive manner from the path of the bullet. This forms a temporary recess or cavity 10 to 12 times the bullet's diameter.

B-20. Tissue such as muscle, some organs, and blood vessels are very elastic and can be stretched by the temporary cavity with little or no damage and have a tendency to absorb the projectile's energy. The temporary cavity created will slowly reduce in size

over time, although typically not returning completely to the original position or location.

***Note.*** Projectiles that do not exceed 2000 feet per second velocity on impact do not provide sufficient force to cause a temporary cavity capable of incapacitating a threat.

B-21. The extent of the cavitation (the bullet's creation of the permanent and temporary cavities) is related to the characteristics of the projectile:

- **Kinetic energy ($E_K$)** – the delivered mass at a given velocity. Higher delivered kinetic energy produces greater penetration and tissue damage.
- **Yaw** – any yaw at the point of impact increases the projectiles surface area that strikes the target, decreasing kinetic energy, but increasing the penetration and cavity size.
- **Deformation** – the physical changes of the projectile's original shape and design due to the impact of the target. This increases the projectile's surface area and the size of the cavity created after penetration.
- **Fragmentation** – the fracturing of a projectile into multiple pieces or sub-projectiles. The multiple paths of the fragmented sub-projectiles are unpredictable in size, velocity, and direction. The bullet jacket, and for some types of projectiles, the lead core, fracture creating small, jagged, sharp edged pieces that are propelled outward with the temporary cavity. Fragments can sever tissue, causing large, seemingly explosive-type. Bone fragments caused by the bullet's strike can have the same effect.
- **Tumbling** – the inadvertent end-over-end rotation of the projectile. As a projectile tumbles as it strikes the target, the bullet travels through the tissues with a larger diameter. This causes a more severe permanent cavity as it passes through the soft tissue. A tumbling projectile can change direction erratically within the body due to its velocity and tendency to strike dense material with a larger surface area.

B-22. Once inside the target, the projectile's purpose is to destroy soft tissues with fragmentation. The ball ammunition is designed to not flatten or expand on impact, which would decrease velocity and delivered energy. For the M855-series cartridge, the penetrator tends to bend at the steel-core junction, fracture the weaker jacketed layer, and fragment into pieces when striking an object.

## Incapacitation

B-23.  Incapacitation with direct fire is the act of ballistically depriving a target of the ability, strength, or capability to continue its tactical mission. To assist in achieving the highest probability of incapacitation with a single shot, the projectile is designed with the ability to tumble, ricochet, or fragment after impact.

B-24.  The projectile or its fragments then must hit a vital, blood-bearing organ or the central nervous system to effectively incapacitate the threat. The projectile's limited fragmentation potential after entry maximizes the soft tissue damage and increases the potential for rapid incapacitation.

## Lethal Zones

B-25.  The Soldier's primary point of aim at any target by default is center of visible mass. This allows for a tolerance that includes the greatest margin of error with the highest probability of a first round hit. The combat conditions may require more precise fires at partially exposed targets or targets that require immediate incapacitation.

B-26.  Ideally, the point of aim is anywhere within a primary switch area. This point will maximize the possibility of striking major organs and vessels, rendering a clean, one-shot kill (see figure B-4.)



**Figure B-4. Lethal zone example**

B-27.  Shots to the head should be weighed with caution. The head is the most frequently moved body part and are the most difficult to hit with precision. Shots to other exposed body parts, such as the pelvic area, should be considered for the shot.

B-28.  Shots to the pelvic area are used when the target is not completely visible or when the target is wearing body armor that prevents the Soldier from engaging the primary zone. This area is rich in large blood vessels and a shot here has a good possibility of impeding enemy movement by destroying the pelvic or hitting the lower spine.

- Circuitry shots (switches).
- Hydraulic shots (timers).

### Circuitry Shots (Switches)

B-29. Circuitry shots, or "switches," are strikes to a target that deliver its immediate incapacitation. Immediate incapacitation is the sudden physical or mental inability to initiate or complete any physical task. To accomplish this, the central nervous system must be destroyed by hitting the brain or spinal column. All bodily functions and voluntary actions cease when the brain is destroyed and if the spinal column is broken, all functions cease below the break.

### Hydraulic Shots (Timer)

B-30. Hydraulic shots, or "timers," are impacts on a target where immediate incapacitation is not guaranteed. These types of ballistic trauma are termed "timers" as that after the strike of the bullet, the damage caused requires time for the threat to have sufficient blood loss to render it incapacitated. Hydraulic shots, although ultimately lethal, allow for the threat to function in a reduced capacity for a period of time.

B-31. For hydraulic shots to eliminate the threat, they must cause a 40 percent loss of blood within the circulatory system. If the shots do not disrupt that flow at a rapid pace, the target will be able to continue its mission. Once two (2) liters of blood are lost, the target will transition into hypovolemic shock and become incapacitated.

Appendix C

# Complex Engagements

This appendix provides detailed information on the calculations for determining ***deliberate*** holds for complex engagements and various engagement techniques. It is designed for the advanced shooter; however, all Soldiers should be familiar with the contents of the appendix in order to build their mastery and proficiency with their individual weapon.

C-1. A complex engagement includes any shot that cannot use the ***CoVM*** as the point of aim to ensure a target hit. Complex engagements require a Soldier to apply various points of aim (called hold, hold-off, or holds) to successfully defeat the threat.

C-2. This appendix builds upon the concepts discussed in Chapter 7, Aim, and only include topics specific to deliberate hold determinations. These topics are:

- **Target conditions**:
  - Range to target.
  - Moving targets.
  - Oblique targets.
- **Environmental conditions**:
  - Wind.
  - Angled firing.
- **Compound conditions**:

C-3. Each of these firing conditions may require the Soldier to determine an appropriate aim point that is not the CoVM. During any complex engagement, the Soldier serves as the ballistic computer during the shot process. The hold represents a refinement or alteration of the center of visible mass point of aim at the target to counteract certain conditions during a complex engagement for—

- Range to target.
- Lead for targets based on their direction and speed of movement.
- Counter-rotation lead required when the Soldier is moving in the opposite direction of the moving target.
- Wind speed, direction, and duration between the shooter and the target at ranges greater than 300 meters.
- Greatest lethal zone presented by the target to provide the most probable point of impact to achieve immediate incapacitation.

C-4. The Soldier will apply the appropriate aim (hold) based on the firing instances presented. Hold determinations will be discussed in two formats; immediate and deliberate.

# TARGET CONDITIONS

C-5. Soldiers must consider several aspects of the target to apply the proper point of aim on the target. The target's posture, or how it is presenting itself to the shooter, consists of—

- Range to target.
- Nature of the target.
- Nature of the terrain (surrounding the target).

## RANGE TO TARGET

C-6. Rapidly determining an accurate range to target is critical to the success of the Soldier at mid and extended ranges. There are several range determination methods shooters should be confident in applying to determine the proper hold-off for pending engagements.

### Deliberate Range Determination

C-7. The deliberate methods afford the shooter a reliable means of determining the range to a given target; however, these methods require additional time. (See figure C-1.) With practice and experience, the time to determine the range with these methods is reduced significantly. The various methods of deliberate range determination are:

- Reticle relationship (mil or MOA).
- Recognition method.
- Bracketing method.
- Halving method.

**Figure C-1. Mil Relation Formula example**

### *Reticle Relationship Method*

C-8. With this method, shooters use their aiming device's reticle to determine the range to target based on standard target information. To use the appearance of objects method based on how they align to an aiming device's reticle, shooters must be familiar with the sizes and details of personnel and equipment at known distances as shown in figure C-2.

NOTE: The height is measured from the ground to the head. The width and length are measured from the shoulders. Do not include any weapon the individual is holding.
Height
Width (Frontal)
Length (Flank)
NOT TO SCALE

| DISMOUNT | LENGTH | | WIDTH | | HEIGHT | |
|---|---|---|---|---|---|---|
| | AVERAGE | | AVERAGE | | AVERAGE | |
| | 12 IN | 30 CM | 20 IN | 50 CM | 60 IN | 150 CM |

The measurements listed above are the average approximate measurements of a dismounted insurgent and should be used as a guideline. in = inch, cm = centimeter

NOTE: The height is measured from the ground to the top of the vehicle. Do not include any weapon systems that might be mounted on the truck that are higher than the cab.
Height
Length (Flank)
Width (Frontal)
NOT TO SCALE

| UNARMORED TRUCK | LENGTH | | WIDTH | | HEIGHT | |
|---|---|---|---|---|---|---|
| | AVERAGE | | AVERAGE | | AVERAGE | |
| | 196 IN | 500 CM | 78 IN | 200 CM | 60 IN | 150 CM |

The measurements listed above are the average approximate measurements of most unarmored trucks. in = inch, cm = centimeter

**Figure C-2. Standard dismount threat dimensions example**

C-9. Knowing the standard dimensions to potential targets allows for the Soldier to assess those dimensions using the aiming device's reticle. The Soldier will apply the mil or MOA relationship as they pertain to the aiming device and the target. Figure C-3 and figure C-4 on page C-5, show various reticle relationship examples.

**Figure C-3. RCO range determination using the bullet drop compensator reticle**

**Figure C-4. Reticle relationship using a stadiametric reticle example**

C-10. Anything that limits the visibility (such as weather, smoke, or darkness) will also limit the effectiveness of this method. To become proficient in using the appearance of objects method with accuracy, shooters must be familiar with the characteristic details of objects as they appear at various ranges.

## MOVING TARGETS

C-11. Moving targets are those threats that appear to have a consistent pace and direction. Targets on any battlefield will not remain stationary for long periods of time, particularly once a firefight begins. Soldiers must have the ability to deliver lethal fires at a variety of moving target types and be comfortable and confident in the engagement techniques. There are two methods for defeating moving targets; tracking and trapping.

### Tracking Method

C-12. The tracking method is used for a moving target that is progressing at a steady pace over a well-determined route. If a Soldier uses the tracking method, he tracks the target with the rifle's sight while maintaining sight alignment and a point of aim on or ahead of (leading) the target until the shot is fired.

C-13. When establishing a lead on a moving target, the rifle sights will not be centered on the target and instead will be held on a lead in front of the target. The basic lead formula for moving targets that are generally perpendicular to the shooter (moving across the sector of observation), is—

$$\frac{1}{100}R(7) = L$$

$$or$$

$$\frac{1}{100}Range\ to\ Target\ x\ 7 = Lead\ in\ Inches$$

C-14. This formula is used to determine the baseline lead in the direction of travel of the target when its pace is approximately 3 mph or 4.5 feet per second (fps). Figure°C-5, on page C-7, shows the application of this formula at a notional moving target:

| Range to Target (R) | Lead (L) (inches) |
|---|---|
| 100 m | 7" |
| 200 m | 14" |
| 300 m | 21" |
| 400 m | 28" |
| 500 m | 35" |

**Figure C-5. Deliberate lead formula example**

C-15. To execute the tracking method, a Soldier performs the following steps:

- Swing the muzzle of the rifle through the target (from the rear of the target to the front) to the desired lead (point of aim). The point of aim may be on the target or some point in front of the target depending upon the target's range, speed, and angle of movement.
- Track and maintain focus on the rifle's sight while acquiring the desired sight picture. It may be necessary to shift the focus between the rifle's sight and the target while acquiring the sight picture, but the focus must be on the rifle's sight when the shot is fired. Engage the target once the sight picture is acquired. While maintaining the proper lead,—
  - Follow-through so the lead is maintained as the bullet exits the muzzle.
  - Continue to track in case a second shot needs to be fired on the target.

## Trapping Method

C-16. The trapping method (see figure C-6) is used when it is difficult to track the target with the aiming device, as in the prone or sitting position. The lead required to effectively engage the target determines the engagement point and the appropriate hold-off.

C-17. With the sights settled, the target moves into the predetermined engagement point and creates the desired sight picture. The trigger is pulled simultaneously with the establishment of sight picture. To execute the trapping method, a Soldier performs the following steps:

- Select an aiming point ahead of the target – where to set the trap.
- Obtain sight alignment on the aiming point.
- Hold sight alignment until the target moves into vision and the desired sight picture is established.
- Engage the target once sight picture is acquired.
- Follow-through so the rifle sights are not disturbed as the bullet exits the muzzle.

**Figure C-6. Deliberate trapping method example**

## OBLIQUE TARGETS

C-18. Threats that are moving diagonally toward or away from the shooter are oblique targets. They offer a unique problem set to shooters where the target may be moving at a steady pace and direction; however, their oblique posture makes them appear to move slower.

C-19. Soldiers should adjust their hold-off based on the angle of the target's movement from the gun-target line. The following guide (see figure C-7) will help Soldiers determine the appropriate percentage of hold-off to apply to engage the oblique threats as they move.

**Figure C-7. Oblique target example**

## ENVIRONMENTAL CONDITIONS

C-20. The environment can complicate the shooter's actions during the shot process with excessive wind or requiring angled firing limited visibility conditions. Soldiers must understand the methods to offset or compensate for these firing occasions, and be prepared to apply these skills to the shot process. This includes when multiple complex conditions compound the ballistic solution during the firing occasion.

### WIND

C-21. Wind deflection is the most influential element in exterior ballistics. Wind does not push the projectile causing the actual deflection. The bullet's tip is influenced in the direction of the wind slightly, resulting in a gradual drift of the bullet in the direction of the wind. The effects of wind can be compensated for by the shooter provided they understand how wind effects the projectile and the terminal point of impact. The elements of wind effects are—

- The **time** the projectile is exposed to the wind (range).
- The **direction** from which the wind is blowing.
- The **velocity** of the wind on the projectile during flight.

#### Wind Direction and Value

C-22. Winds from the left cause an effect on the projectile to drift to the right, and winds from the right cause an effect on the projectile to drift to the left. The amount of the effect depends on the time of (projectile's exposure) the wind speed and direction. To compensate for the wind, the firer must first determine the wind's direction and value. (See figure C-8 on page C-11.)

C-23. The clock system can be used to determine the direction and value of the wind. Picture a clock with the firer oriented downrange towards 12 o'clock.

C-24. Once the direction is determined, the value of the wind is next. The value of the wind is how much effect the wind will have on the projectile. Winds from certain directions have less effect on projectiles. The chart below shows that winds from 2 to 4°o'clock and 8 to 10 o'clock are considered full-value winds and will have the most effect on the projectile. Winds from 1, 5, 7, and 11 o'clock are considered half-value winds and will have roughly half the effect of a full-value wind. Winds from 6 and 12°o'clock are considered no-value winds and little or no effect on the projectile.

**Figure C-8. Wind value**

C-25. The wind will push the projectile in the direction the wind is blowing (see figure C-9). The amount of effects on the projectile will depend on the time of exposure, direction of the wind, and speed of the wind. To compensate for wind the Soldier uses a hold in the direction of the wind.

Appendix C

TRAJECTORY WITH WIND
LINE OF BORE
WIND DIRECTION
12
NO VALUE
1
HALF VALUE
2
FULL VALUE
3
4
HALF VALUE
5
NO VALUE
6
7
HALF VALUE
8
9
FULL VALUE
10
11
HALF VALUE
**No Value -** the wind is coming from in front of (12 o'clock) or behind (6 o'clock) the Soldier. This wind has little impact on a bullet's trajectory.
**Half Value -** the wind is coming from the oblique (1, 5, 7, or 11 o'clock). It has half the effect on the projectile of full wind value.
**Full Value -** the wind is coming directly from the Soldier's left or right flank. A full value wind has the most effect on a projectile's trajectory.

**Figure C-9. Wind effects**

C-12 TC 3-22.9 13 May 2016

Compendium_Roth
Page 1637

## Wind Speed

C-26. Wind speeds can vary from the firing line to the target. Wind speed can be determined by taking an average of the winds blowing on the range. The firer's focus should be on the winds between the firer and the target. The front 1/3 of the trajectory plays the most significant role in determining the bullet's wind drift deflection, but with increasing range, the firer must consider the wind speed at midpoint and the target area to make the best overall assessment.

C-27. The Soldier can observe the movement of items in the environment downrange to determine the speed. Each environment will have different vegetation that reacts differently.

C-28. Downrange wind indicators include the following:

- 0 to 3 mph = Hardly felt, but smoke drifts.
- 3 to 5 mph = Felt lightly on the face.
- 5 to 8 mph = Keeps leaves in constant movement.
- 8 to 12 mph = Raises dust and loose paper.
- 12 to 15 mph = Causes small trees to sway.

C-29. The wind blowing at the Soldiers location may not be the same as the wind blowing on the way to the target.

## Wind Estimation

C-30. Soldiers must be comfortable and confident in their ability to judge the effects of the wind to consistently make accurate and precise shots. Soldiers will use wind indicators between the Soldier and the target that provide windage information to develop the proper compensation or hold-off.

C-31. To estimate the effects of the wind on the shot, Soldiers need to determine three windage factors:

- Velocity (speed).
- Direction.
- Value.

## Determining Wind Drift

C-32. Once wind velocity, direction, and value have been determined, Soldiers determine how to compensate for the effects of wind. For the Soldier, there are three methods of determining the appropriate hold-off to adjust for excessive wind; using the wind formula, wind estimation, or referencing a generalized ballistic windage chart.

C-33. Once the range to target and wind speed are known, the formula below is used to determine drift. The output from the formula is in MOA. The final answer is rounded off to make the calculation quicker to perform. This formula (see figure C-10) will allow the Soldier to adjust for the distance that the wind displaces his projectile.

**Wind Hold Estimation Formula for 5.56 mm**

$$\textbf{MOA of Drift} = \frac{(\frac{1}{100}R)V}{7} = \frac{\frac{1}{100}\text{Range (meters) x Velocity (mph)}}{7}$$

$$\frac{(\frac{1}{100}\text{ 400 meters) x 7 mph}}{7} = \frac{4 \times 7}{7} = 4\text{ MOA} = 16''$$

| | meters | WIND SPEED (miles per hour {mph}) | | | |
|---|---|---|---|---|---|
| | | 5 | 10 | 15 | 20 |
| RANGE | 300 | 6 inches | 13 inches | 19 inches | 26 inches |
| | 200 | 3 inches | 5 inches | 8 inches | 11 inches |
| | 100 | 1 inch | 1 inch | 2 inches | 3 inches |

***NOTE:*** This chart represents ballistic information for M855 ammunition.
MOA - minute of angle
mm - millimeter

**Figure C-10. Wind formula and ballistics chart example**

C-34. The ballistics chart shows the wind drift in inches at ranges from 100 meters – 300 meters and wind speeds up to 20 mph. The data from the 100-m (meter) line shows that even in a 20-mph wind there is very little deflection of the round. At 300 meters, it can be seen that the same 20-mph wind will blow the bullet 26 inches. This illustrates the fact that the bullet is effected more by the wind the further it starts out from the target.

***Windage Hold***

C-35. Using a hold involves changing the point of aim to compensate for the wind drift. For example, if wind causes the bullet to drift 12 inches to the left, the aiming point must be moved 12 inches to the right. (See figure C-11 on page C-15.)



Case 3:19-cv-01537-BEN-JLB Document 153-35 Filed 10/21/22 PageID.17274 Page 138 of 237

**Figure C-11. Hold-off example**

***Note.*** The aiming point is center mass of the visual target, allowing for the greatest possibility of impacting the target. The hold off is based on the distance ***from*** center mass. Soldiers apply the hold-off creating the new point of aim.

C-36. Firers must adjust their points of aim into the wind to compensate for its effects. If they miss a distant target and wind is blowing from the right, they should aim to the right for the next shot. A guide for the initial adjustment is to split the front sight post on the edge of the target facing the wind.

C-37. Newly assigned Soldiers should aim at the target's center of visible mass for the first shot, and then adjust for wind when they are confident that wind caused the miss. Experienced firers should apply the appropriate hold-off for the first shot, but should follow the basic rule—when in doubt, aim at the center of visible mass.

## ANGLED FIRE

C-38. Firing uphill or downhill at angles greater than 30 degrees, the firer must account for the change in the strike of the round from a horizontal trajectory. Rounds fired at excessive angles at extended ranges beyond the weapon's zero distance strike high on the target. To compensate for this, firers can rapidly determine a correct firing solution using the Quick High Angle Formula.

C-39. The first step is to determine the appropriate hold for the range to target beyond zero distance. Table C-1 provides the approximate holds for M855A1, 5.56mm, Ball, Enhanced Performance Round (EPR) at ranges beyond the Army standard 300 meter zero—

**Table C-1. Standard holds beyond zero distance example**

| Range (meters) | Drop from Point of Aim (inches) | MOA Hold | Mil Hold |
|---|---|---|---|
| 400 | -11.9 | 2.6 | 0.7 |
| 500 | -31.4 | 5.5 | 1.6 |
| 600 | -59.7 | 8.7 | 2.5 |

C-40. Next, the firer estimates the angle of fire to either 30, 45, or 60 degrees. The firer then applies that information to the Quick High Angle Formula to determine the approximate high angle hold. This formula is built to create a rapid hold adjustment that will get the shot on target.

C-41. Figure C-12 shows the quick high angle formula with an example in both MOA and mils. The example is based on a target at 500 meters, and provides effective solutions for the three angle categories; 30, 45, and 60 degrees.

| QUICK HIGH ANGLE FORMULA | | | |
|---|---|---|---|
| | DOWN ANGLE | MOA ADJUSTMENT/ 100 METERS | Mil ADJUSTMENT/ 100 METERS |
| 30° | 30° | -1/2 MOA | 0.15 mils |
| 45° | 45° | -1 MOA | 0.3 mils |
| 60° | 60° | -2 MOA per 100 meters, then add 1 MOA | 0.6 mils per 100 meters, then add 0.3 mils |

**MINUTE OF ANGLE (MOA) EXAMPLE at 500 meters**

| DEGREES | RANGE HOLD | | ANGLE OFFSET (-) | | 60 DEGREE OFFSET (+) | | HIGH ANGLE HOLD |
|---|---|---|---|---|---|---|---|
| 30° | 5.5 MOA | - | 2.5 MOA | + | | = | 3 MOA |
| 45° | 5.5 MOA | - | 5 MOA | + | | = | 1/2 MOA |
| 60° | 5.5 MOA | - | 10 MOA | + | 1 MOA | = | -3 1/2 MOA |

**MILS EXAMPLE at 500 meters**

| DEGREES | RANGE HOLD | | ANGLE OFFSET (-) | | 60 DEGREE OFFSET (+) | | HIGH ANGLE HOLD |
|---|---|---|---|---|---|---|---|
| 30° | 1.6 mils | - | 0.75 mils | | | = | +0.85 mils |
| 45° | 1.6 mils | - | 1.5 mils | | | = | +0.1 mils |
| 60° | 1.6 mils | - | 3 mils | + | 0.3 mils | = | -1.1 mils |

**60° Rule of Thumb is Range Hold -2 MOA / 0.6 mil + High Angle Hold**

**Figure C-12. Quick high angle formula example**

## COMPOUND CONDITIONS

C-42. When combining difficult target firing occasion information, Soldiers can apply the rules specific to the situation together to determine the appropriate amount of hold-off to apply.

C-43. The example below shows the application of different moving target directions with varying speed directions. This is a general example to provide the concept of applying multiple hold-off information to determine complex ballistic solutions for an engagement. (See figure C-13.)

**Figure C-13. Compound wind and lead determination example**

Appendix D

# Drills

This appendix describes the various drills for the rifle and carbine, and their purpose. The drill structure is standardized for all individual and crew served weapons in order to reinforce the most common actions all Soldiers need to routinely execute with their assigned equipment during training and combat.

These drills are used during Table III of the integrated weapons training strategy, as well as during routine maintenance, concurrent training, and during deployments. The drills found within this appendix are used to build and maintain skills needed to achieve proficiency and mastery of the weapon, and are to be ingrained into daily use with the weapon.

D-1. Each drill is designed to develop confidence in the equipment and Soldier actions during training and combat operations. As they are reinforced through repetition, they become second nature to the Soldier, providing smooth, consistent employment during normal and unusual conditions.

D-2. The drills provided are designed to build the Soldier's proficiency with the following principles:

- **Mindset** – the Soldier's ability to perform tasks quickly and effectively under stress.
- **Efficiency** – ensure the drills require the least amount of movement or steps to complete correctly. Make every step count.
- **Individual tactics** – ensure the drills are directly linked to employment in combat.
- **Flexibility** – provide drills that are not rigid in execution. Units may alter the procedural steps depending on their equipment, configuration, or tactical need.

## MINDSET

D-3. Continuous combat is inherently stressful. It exhausts Soldiers and causes physiological changes that reduce their ability to perform tasks as quickly or effectively as necessary. The Soldier's ability to function under stress is the key to winning battles, since, without the Soldier, weapons and tactics are useless. Individual and unit military effectiveness depend on the Soldier's ability to think clearly, accurately, quickly, all with initiative, motivation, physical strength, and endurance.

D-4. The impact of physiological changes caused by the stress of combat escalates or de-escalates based on the degree of stimulation, causing Soldiers to attain different levels of awareness as events occur in the continually transitioning operational area around them. Maintaining a tactical mindset involves understanding one's level of awareness and transitioning between the levels of awareness as the situation requires escalation or de-escalation.

> ***Note.*** Stress can be countered using the principles associated with Soldier resilience and performance enhancement. The Comprehensive Soldier and Family Fitness (CSF2) is designed to increase a Soldier's ability and willingness to perform an assigned task or mission and enhance his performance by assessing and training mental resilience, physical resilience, and performance enhancement techniques and skills. This initiative introduces many resources used to train Soldiers on skills to counter stress. For more information about CSF2, see http://csf2.army.mil/.

# EFFICIENCY

D-5. Efficiency is defined as the minimization of time or resources to produce a desired outcome. Efficient movements are naturally faster than movements that contain excessive or wasteful actions.

D-6. By reducing the amount of effort, mental, and/or physical, the movement becomes repeatable and the effect becomes predictable. This allows the Soldier to focus on the tactics while still maintaining the ability to produce accurate and precise fires.

# INDIVIDUAL TACTICS

D-7. Individual tactics are actions independent of unit standard operating procedures (SOPs) or situations that maximize the Soldier's chance of survival and victory in a small arms, direct fire battle.

D-8. Examples of individual tactics include use of cover and standoff, or the manipulation of time and space between a Soldier and his enemy.

# FLEXIBILITY

D-9. The techniques presented in this publication are not meant to be prescriptive, as multiple techniques can be used to achieve the same goal. In fact, there is no singular "one size fits all" solution to rifle fire; different types of enemies and scenarios require the use of different techniques.

D-10. However, the techniques presented are efficient and proven techniques for conducting various rifle-related tasks. Should other techniques be selected, they should meet the following criteria:

### RELIABLE UNDER CONDITIONS OF STRESS

D-11. Techniques should be designed for reliability when it counts; during combat. The technique should produce the intended results without fail, under any conditions and while wearing mission-essential equipment.

D-12. It should also be tested under as high stress conditions as allowed in training.

### REPEATABLE UNDER CONDITIONS OF STRESS

D-13. As combat is a stressor, a Soldier's body responds much as it does to any other stressful stimulus; physiological changes begin to occur, igniting a variable scale of controllable and uncontrollable responses based on the degree of stimulation.

D-14. The technique should support or exploit the body's natural reaction to life-threatening stress.

### EFFICIENCY IN MOTION

D-15. The technique should be designed to create the greatest degree of efficiency of motion. It should contain only necessary movement. Excessive or unnecessary movement in a fighting technique costs time to execute. In a violent encounter, time can mean the difference between life and death.

D-16. Consider the speed at which violent encounters occur; An unarmed person can cover a distance of 20 feet in approximately 1 second. Efficiency decreases the time necessary to complete a task, which enhances the Soldier's safety.

### DEVELOP NATURAL RESPONSES THROUGH REPETITION

D-17. When practiced correctly and in sufficient volume, the technique should build reflexive reactions that a Soldier applies in response to a set of conditions. Only with correct practice will a Soldier create the muscle memory necessary to serve him under conditions of dire stress. The goal is to create automaticity, the ability to perform an action without thinking through the steps associated with the action.

### LEVERAGE OVERMATCH CAPABILITIES

D-18. Engagements can occur from 0 to 600 meters and any variance in between. Fast and efficient presentation of the rifle allows more time to stabilize the weapon, refine the aim, and control the shot required to deliver precise fires. This rapidly moves the unit toward the goal of fire superiority and gains/maintains the initiative. Speed should be developed throughout the training cycle and maintained during operations.

D-19. As distance between the Soldier and a threat decreases, so does the time to engage with well-place lethal fires. As distance increase, the Soldier gains time to refine his aim and conduct manipulations.

## DRILLS

D-20. To build the skills necessary to master the functional elements of the shot process, certain tasks are integrated into drills. These drills are designed specifically to capture the routine, critical tasks or actions Soldiers must perform fluently and as a second nature to achieve a high level of proficiency.

D-21. Drills focus on the Soldier's ability to apply specific weapons manipulation techniques to engage a threat correctly, overcome malfunctions of the weapon or system, and execute common tasks smoothly and confidently.

### DRILL A – WEAPON CHECK

D-22. The weapon check is a visual inspection of the weapon by the Soldier. A weapon check includes at a minimum verifying:

- Weapon is clear.
- Weapon serial number.
- Aiming device(s) serial number.
- Attachment points of all aiming devices, equipment, and accessories.
- Functions check.
- Proper location of all attachments on the adaptive rail system.
- Zero information.
- Serviceability of all magazines.

D-23. The weapon check is initiated when first receiving the weapon from the arms room or storage facility. This includes when recovering the weapon when they are stacked or secured at a grounded location.

D-24. Units may add tasks to Drill A as necessary. Units may direct Soldiers to execute Drill A at any time to support the unit's mission.

### DRILL B – SLING/UNSLING OR DRAW/HOLSTER

D-25. This drill exercises the Soldier's ability to change the location of the weapon on demand. It reinforces their ability to maintain situational and muzzle awareness during rapid changes of the weapon's sling posture. If also provides a fitment check between the weapon, the Soldier's load bearing equipment, and the Soldier's ability to move between positions while maintaining effective use of the weapon.

D-26. When conducting this drill, Soldiers should:

- Verify the proper adjustment to the sling.
- Rotate the torso left and right to ensure the sling does not hang up on any equipment.
- Ensure the weapon does not interfere with tactical movement.

### DRILL C – EQUIPMENT CHECK

D-27. This drill is a Pre-Combat Check (PCC) that ensures the Soldier's aiming devices, equipment, and accessories are prepared –

- Batteries.
- Secured correctly.
- Equipment does not interfere with tactical movement.
- Basic load of magazines are stowed properly.

## DRILL D – LOAD

D-28. This is predominantly an administrative loading function. This allows the Soldier to develop reliable loading techniques.

## DRILL E – CARRY (FIVE/THREE)

D-29. This is a series of five specific methods of carrying the weapon by a Soldier. These five methods are closely linked with range operations in the training environment, but are specifically tailored to combat operations. This drill demonstrates the Soldier's proficiency moving between:

- Hang.
- Safe hang.
- Collapsed low ready.
- Low ready.
- High ready (or ready up).

D-30. A leader will announce the appropriate carry term to initiate the drill. Each carry method should be executed in a random order a minimum of three times.

## DRILL F – FIGHT DOWN

D-31. The Fight Down drill builds the Soldier's understanding of how to move effectively and efficiently between firing postures. This drill starts at a standing position, and, on command, the Soldier executes the next lower position or the announced position by the leader. The Fight Down drill exercises the following positions in sequence:

- Standing.
- Kneeling.
- Sitting.
- Prone.

D-32. Each position should be executed a minimum of three times. Leaders will use Drill F in conjunction with Drill G.

## DRILL G – FIGHT UP

D-33. The Fight Up drill builds the Soldier's timing and speed while moving from various positions during operations. This drill starts in the prone position, and, on command, the Soldier executes the next higher position or the announced position by the leader. The Fight Up drill exercises the following positions in sequence:

- Prone.
- Sitting.

- Kneeling.
- Standing.

D-34. Each position should be executed a minimum of three times. Leaders will use Drill F, Fight Down, in conjunction with Drill G, Fight Up.

D-35. Leaders may increase the tempo of the drill, increasing the speed the Soldier needs to assume the next directed position. After the minimum three iterations are completed (Drill F, Drill G, Drill F, Drill G, etc.), the leader may switch between Drill F and G at any time, at varying tempo.

### DRILL H – GO-TO-PRONE

D-36. The Go-To-Prone drill develops the Soldier's agility when rapidly transitioning from a standing or crouched position to a prone firing position. Standard time should be below 2 seconds.

D-37. Leaders announce the starting position for the Soldier to assume. Once the Soldier has correctly executed the start position to standard, the leader will announce GO TO PRONE. This drill should be conducted a minimum of five times stationary and five times while walking.

D-38. Leaders should not provide preparatory commands to the drill, and should direct the Soldier to go to prone when it is unexpected or at irregular intervals. Leaders may choose to include a tactical rush with the execution of Drill H.

### DRILL I – RELOAD

D-39. The Tactical Reload drill is executed when the Soldier is wearing complete load bearing equipment. It provides exercises to assure fast reliable reloading through repetition at all firing positions or postures.

D-40. The Soldier should perform Drill I from each of the following positions a minimum of seven times each:

- Standing.
- Squatting.
- Kneeling.
- Prone.

D-41. Leaders may include other drills while directing Drill I to the Soldier to reinforce the training as necessary.

### DRILL J – CLEAR MALFUNCTION

D-42. This drill includes the three methods to clear the most common malfunctions on a rifle or carbine in a rapid manner, while maintaining muzzle and situational awareness. Soldiers should perform all three variations of clearing a malfunction based on the commands from their leader.

D-43. Each of the three variations of Drill J should be executed five times. Once complete, leaders should incorporate Drill J with other drills to ensure the Soldier can execute the tasks at all positions fluently.

### DRILL K – UNLOAD / SHOW CLEAR

D-44. This is predominantly an administrative unloading function, and allows the Soldier to develop reliable clearing techniques. This drill should be executed in tandem with Drill D, Load. It should be executed a minimum of seven times in order to rotate through the Soldier's magazine pouch capacity, and reinforce the use of a "dump pouch" or pocket, to retain expended magazines during operations.

D-45. This drill can be executed without ammunition in the weapon. Leaders may opt to use dummy ammunition or spent cartridge cases as desired. In garrison environments, Leaders should use Drill K on demand, particularly prior to entering buildings or vehicles to reinforce the Soldier's skills and attention to detail.

This page intentionally left blank.

Appendix E

# Zeroing

Zeroing a weapon is not a training exercise, nor is it combat skills event. Zeroing is a maintenance procedure that is accomplished to place the weapon in operation, based on the Soldier's skill, capabilities, tactical scenario, aiming device, and ammunition. Its purpose is to achieve the desired relationship between the line of sight and the trajectory of the round at a known distance. The zeroing process ensures the Soldier, weapon, aiming device, and ammunition are performing as expected at a specific range to target with the least amount of induced errors.

For Soldiers to achieve a high level of accuracy and precision, it is critical they zero their aiming device to their weapon correctly. The Soldier must first achieve a consistent grouping of a series of shots, then align the mean point of impact of that grouping to the appropriate point of aim. Soldiers use the process described in this appendix with their weapon and equipment's technical manuals to complete the zeroing task.

## BATTLESIGHT ZERO

E-1. The term battlesight zero means the combination of sight settings and trajectory that greatly reduces or eliminates the need for precise range estimation, further eliminating sight adjustment, holdover or hold-under for the most likely engagements. The battlesight zero is the default sight setting for a weapon, ammunition, and aiming device combination.

E-2. An appropriate battlesight zero allows the firer to accurately engage targets out to a set distance without an adjusted aiming point. For aiming devices that are not designed to be adjusted in combat, or do not have a bullet drop compensator, such as the M68, the selection of the appropriate battlesight zero distance is critical.

## ZEROING PROCESS

E-3. A specific process should be followed when zeroing. The process is designed to be time-efficient and will produce the most accurate zero possible.

E-4. The zero process includes mechanical zero, laser borelight, 25-m grouping and zeroing, and zero confirmation out to 300 meters.

***Note.*** Although wind and gravity have the greatest effect on the projectile's trajectory, air density and elevation must also be taken into consideration.

# LASER BORELIGHT

E-5. The borelight is an eye-safe laser that is used to boresight optics, iron sights, and aiming lasers. The borelight assists the first shot group hitting the 25-m zeroing target when zeroing the weapon. Using the borelight will save range time and require less rounds for the zeroing process. Borelighting is done with a borelight, which is centered in the bore of the weapon, and with an offset target placed 10 meters from the muzzle of the weapon.

# 25-M GROUPING AND ZEROING

E-6. After successfully boresighting the weapon, the next step is to perform grouping and zeroing exercises. Grouping and zeroing is done at 25 meters on a 25-m zero target or at known distance range.

## 25-M GROUPING

E-7. The goal of the grouping exercise is for the shooter to fire tight shot groups and consistently place those groups in the same location. Tight, consistently placed shot groups show that the firer is applying proper aiming and smooth trigger control before starting the zeroing process. The firer should not start the zeroing process until they have demonstrated their ability to group well.

## 25-M ZEROING

E-8. Once the firer has shown their ability to accurately group, they should begin adjusting the aiming device to move the groups to the center of the target. During the zeroing process, the firer should attempt to center their groups as much as possible. Depending on the aiming device used, there may be a zero offset that needs to be used at 25 meters. During the zeroing process it is important that the firer adjusts their groups as close to the offset mark as possible.

# ZERO CONFIRMATION OUT TO 300 METERS

E-9. The most important step in the zeroing process is zero confirmation out to 300 meters. Having a 25 m zero does not guarantee a center hit at 300 meters. The only way to rely on a 300-m hit, is to confirm a 300-m zero.

E-10. Confirmation can be done on any range where Soldiers can see the impacts of their rounds. Groups should be fired and aiming devices should be adjusted. At a minimum, the confirmation should be done at 300 meters. If rounds are available, groups can be fired at various ranges to show the firers where their impact will be.

E-11. When confirming zero at ranges past 100 meters, the effects of the wind needs to be considered and acted upon, if necessary. If a zero is confirmed at 300 meters on a windy day, and then the weapon is fired at a later date in different wind conditions or no wind at all, the impact will change. (See figure E-1 on page E-3.)

**Figure E-1. Wind effects on zero at 300 meters**

## DOWNRANGE FEEDBACK

E-12. Feedback must be included in all live-fire training. Soldiers must have precise knowledge of a bullet strike; feedback is not adequate when bullets from previous firings cannot be identified. To provide accurate feedback, trainers ensure that Soldiers triangulate and clearly mark previous shot groups on a zeroing target or receive a hard copy from the tower on an automated range.

E-13. After zeroing, downrange feedback should be conducted. If modified field fire or known distance ranges are not available, a series of scaled silhouette targets can be used for training on the 25-m range.

E-14. With the M4- and M16-series of weapons, this range is 25 to 300 meters. This means, that with a properly zeroed rifle, the firer can aim center mass of a target between 25 meters and 300 meters and effectively engage it. A properly trained rifleman should be able to engage targets out to 600 meters in the right circumstances.

***Note.*** A common misconception is that wearing combat gear will cause the zero to change. Adding combat gear to the Soldier's body does not cause the sights or the reticle to move. The straight line between the center of the rear sight aperture and the tip of the front sight post either intersects with the trajectory at the desired point, or it does not. Soldiers should be aware of their own performance, to include a tendency to pull their shots in a certain direction, across various positions, and with or without combat gear. A shift in point of impact in one shooting position may not correspond to a shift in the point of impact from a different shooting position.

E-15. Figure E-2, on page E-5, shows the zeroing target for use for the M16A2/M16A4. Figure E-3, on page E-6, M4-/M16-series weapons.

Zeroing

25 METER ZEROING TARGET
M16A2/M16A4
REAR SIGHT WINDAGE
REAR SIGHT WINDAGE
FRONT SIGHT
FRONT SIGHT
300 METERS
FRONT SIGHT
FRONT SIGHT
REAR SIGHT WINDAGE
REAR SIGHT WINDAGE
ZERO TARGET DATA FOR M16A2/ M16A4 RIFLE
1- FOR ZEROING AT 25 METERS WITH BACK-UP IRON SIGHTS, PLACE THE ELEVATION KNOB ON THE 200-METER SETTING. THE POINT OF IMPACT FOR THE ROUNDS WILL BE A 4 X 4 CM SQUARE WITH THE CENTER OF THE SQUARE 2.5 CM DOWN FROM CENTER MASS.
2- FOR ZEROING AT 25 METERS WITH THE CLOSE COMBAT OPTIC, PLACE THE DOT CENTER MASS ON THE TARGET. THE POINT OF IMPACT FOR THE ROUNDS WILL BE A 4 X 4 CM SQUARE WITH THE CENTER OF THE SQUARE 3 CM DOWN FROM CENTER MASS.
3- FOR THE ADVANCED COMBAT OPTICAL GUNSIGHT 25 M ZERO, SOLDIERS SHOULD USE THE 300 -METER POINT OF AIM (TIP OF 300 METER POST CENTER MASS ON THE TARGET) AND POINT OF IMPACT (A 4 X 4 CM SQUARE DRAWN IN 1.5 CM DOWN). 100 METER TRUE-ZERO IS THE PREFERRED ZEROING TECHNIQUE FOR THE ACOG. WHEN ENGAGING TARGETS AT 200 METERS WITH THE ACOG, USE THE 200 METER AIMING POINT (TIP AT THE INSIDE OF THE CHEVRON) IF TIME ALLOWS.

**Figure E-2. M16A2 / M16A4 weapons 25m zero target**

31 August 2017 TC 3-22.9, C2 E-5

Compendium_Roth
Page 1656





EACH BLOCK REPRESENTS 1 MOA AT 25M

| SIGHTING SYSTEM | ELEVATION in MOA | WINDAGE in MOA |
|---|---|---|
| CCO | 0.5 | 0.5 |
| M150 RCO/TA-01* | 0.5 | 0.5 |
| M4/M4A1 REAR SIGHT (BUIS) | 0 | 0.75 |
| M4/M4A1 FRONT SIGHT | 1.75 | 0 |
| M16A2/A3/A4 REAR SIGHT (BUIS) | 0 | 0.5 |
| M16A2/A3/A4 FRONT SIGHT | 1.25 | 0 |

* Internal knobs .333 MOA

**Figure E-3. M4-/M16-series weapons 25m zero short range and pistol marksmanship target**

E-16. A good zero is necessary to be able to engage targets accurately. Whenever the Soldier deploys or does training in a new location, they should confirm the zero on their rifle if possible, as elevation, barometric pressure, and other factors will affect the trajectory of a round. There are multitudes of factors that can affect a zero, and the only sure way to know where the rounds are going, is to fire the rifle to confirm.

E-17. The zero on each assigned rifle WILL NOT transfer to another rifle. For example, if the windage zero on the Soldier's iron sights was three minutes (3MOA) left of center, putting that same setting on another rifle does not make it zeroed. This is due to the manufacturing difference between the weapons.

E-18. It is recommended that Soldiers setup their equipment and dry practice in position with gear on before coming to the range.

E-19. Standard in Training Commission (STRAC) Department of the Army Pamphlet (DA PAM) 350-38 allocates ammunition to conduct zeroing procedures using three-shot groups. The preferred method is to use a five-shot grouping, allowing the firer to more accurately analyze their shot group. Figure E-4 shows similar three-shot and five-shot groups with one shot on the right edge of the group. If all the shots were taken into account in the three-shot group, the firer would probably adjust their zero from the right edge of the four-cm circle. It is possible that the shot on the right was a poor shot and should not be counted in the group. The five-shot group on right is in the same place as the one on the left with the exception of the one shot out to the right. With four out of five shots in a tight group, the wide shot can be discounted and little or no change to the windage is necessary.

E-20. Part of the grouping and zeroing process is the marking and analysis of shot groups.

**Figure E-4. Grouping**

## MARKING THE SHOT GROUP

E-21. If possible, shot groups should be marked using different colored markers so the firer can track their progress. Figure E-5 shows a technique for marking shot groups on a zero target. This technique allows the firer and coach to track their progress throughout the grouping and zeroing phase.

E-22. All sight adjustments are from the center of the group, called the ***mean point of impact (MPI)***, and not from the location of a single shot. When using five-shot group, a single shot that is outside of the rest of the group should not be counted in the group for sight adjustment purposes.

***Note.*** This figure depicts the color variations in shades of gray.

**Figure E-5. Marking shot groups**

E-23.  The firer shoots and marks their first shot group with a colored marker. The color of the first group is noted by placing a line with that marker next to the 1 on the right side of the zero target. Groups are fired and marked until they are consistently in the same location.

E-24.  Each sight adjustment is annotated in the same color as the group that was just fired.

# COACHING

E-25.  Coaching is the process of having another Soldier observe the firer during the firing process to look for shooting errors that the firer themselves may not consciously know they are making.

## TYPES OF COACHES

E-26.  Firing a rifle properly requires the consistent and proper application of the elements of employment. It is about doing the right thing, the same way, every shot. The small arms trainer is also the validation point for any questions during employment training. In most cases, once group training is completed, it will be the firer's responsibility to realize and correct his own firing errors but this process can be made easier through the use of a coach.

E-27.  Two types of coaches exist, the experienced coach and the peer coach. Although each should execute coaching the same way, experienced coaches have a more thorough understanding of employment and should have more knowledge and practice in firing than the Soldiers they are coaching. Knowledge and skill does not necessarily come with rank therefore Soldiers serving as experienced coaches should be carefully selected for their demonstrated firing ability and their ability to convey information to firers of varying experience levels.

## EXPERIENCED COACHES

E-28.  Experienced coaches are generally in shorter supply throughout the Army and are generally outnumbered by less skilled firers. This lack of experienced coaches usually leads to one experienced coach watching multiple firers dependent upon the table or period of employment being fired. It often helps the experienced coach to make notes of errors they observe in shooters and discuss them after firing that group. It is often difficult for the coach to remember the errors that they observe in each and every firer.

## PEER COACHES

E-29.  Using a peer coach, although generally not as effective as using an experienced coach, is still a very useful technique. The advantage of using a peer coach is two-fold: a peer coach may use their limited knowledge of employment to observe the firer when an experienced coach is not available or is occupied with another firer and can either talk the firer through the shooting errors that they have observed or bring any observed shooting errors to the attention of the experienced coach. The other advantage of using a peer coach is that the peer coach themselves, through the act of coaching, may be able to observe mistakes made by the firer and learn from them before making the mistakes

themselves. Many people grasp instruction more deeply when they are coaching others than when they are simply told to do something.

***Note.*** Peer coaches can be limited by their level of training.

E-30. Except for aiming, the coach can observe most of the important aspects of the elements of employment. To determine the unobservable errors of shooting the coach and the firer must have an open dialog and there must be a relaxed environment for learning. The firer cannot be hesitant to ask questions of the coach and the coach must not become a stressor during firing. The coach must have the ability to safely move around the firer to properly observe. There is no one ideal coaching position. The following section will discuss the elements of shooting and how best to observe them as a coach.

## STABILIZE

E-31. For the coach to observe how stable the shooter is, they may have to move to different sides of the shooter. To observe the shooter's non-firing elbow (to ensure it makes contact with the ground), the coach will need to be on the shooter's non-firing side. To observe the cant of the weapon (the sights on the weapon should be pointing towards 12 o'clock position, not 11 or 1 o'clock positions), the coach will need to watch the relationship of the front sight to the barrel from behind the shooter. The coach should look for all the other aspects of good positions as outlined in chapter 6 of this publication. The coach should also observe the total amount of weapon movement on recoil. A good stable position will have minimal movement under recoil.

## AIMING

E-32. Determining the aspects of the firer's aiming (sight picture, sight alignment, point of focus) requires dialogue between the firer and the coach. Often, a shooter will not realize his aiming errors until he discovers them on his own. The only method a coach has to observe aiming errors is to use of an M16 sighting device (A2, left and right, DVC-T 7-84), but this device can only be used on rifles with carrying handle sights. Without the use of a sighting device, the coach must rely on drawings, discussions, or the use of an M15A1 aiming card (DVC-T 07-26) to determine where the firer is aiming on the target, his focus point during firing (which should be the front sight), and where his front sight was at the moment of firing in relation to the rear sight aperture and the point of aim on the target. The technique of having the firer call his shots should also be used. This technique involves calling the point on the target where the sights were located at the moment of firing and matching the point called with the impact locations on the target. Calling the shot helps the firer learn to focus on the front sight during the entire firing process.

E-33. When optics are being used, the shooter can tell the coach where he was holding. This is of particular importance with the RCO. Coaches must insure the 300m aim point is used when zeroing at 25-m.

### CONTROL

E-34. The ideal position to observe trigger squeeze is from the non-firing side because the coach will have a better view of the speed of pull, finger position on the trigger, and release or pressure on the trigger after firing. The coach can look from behind the shooter to observe the barrel for lateral movement caused by slapping the trigger during firing.

## COACHING FACTORS

E-35. All firing happens at the weapon. This means that the coach should be focused solely on the shooter during firing and not on what is happening down range.

E-36. There is no way for a coach to observe only the bullets impact on target and know what errors the firer made. The coach must watch the shooter during firing to determine errors and use the impacts to confirm their assumptions.

E-37. For a coach to properly observe all aspects of firing they must be able to observe the shooter, safely, from both sides and the back. There is no prescribed coaching position.

E-38. Coaching requires a relaxed atmosphere with open communication between the firer and the coach.

## SHOT GROUP ANALYSIS

E-39. Shot group analysis involves the firer correlating the shots on paper with the mental image of how the shots looked when fired. An accurate analysis of the shot group cannot be made by merely looking at the holes in the paper. It is more important to observe the firer than to try and analyze the target. All firing takes place at the weapon, and the holes in the paper are only an indicator of where the barrel was pointed when the rifle was fired. When coaches are analyzing groups, they must question the firer about the group to make a determination of what caused the placement of the shots.

E-40. For example, if the firer has a tight group – minus one shot that is well outside of the group, the firer should have observed the outlying shot while firing. The firer would discount this shot when marking their group. (See figure E-6a and figure E-6b.) If a coach is analyzing the group, the firer would tell them that they performed poorly on the one shot that is out of the group.



Appendix E

Horizontal group, shows
Good Elevation
Poor Trigger Control
PROBABLE CAUSES
1. High vertical position.
2. High firing shoulder.
3. Movement of the firing elbow.
4. Varying head pressure.
5. No stability of position.
6. Change in sight picture.
7. Not concentrating on sight alignment.
8. Jerking the trigger.
Mean Point of Impact

**Figure E-6a. Horizontal diagnostic shots**

E-12 TC 3-22.9 13 May 2016

Compendium_Roth
Page 1663

**Figure E-6b. Vertical diagnostic shots**

E-41. Novice shooters may benefit from not marking their own shot group. When marking a shot group an inexperienced or stressed Soldier may unintentionally make mental corrections. These mental corrections along with the mechanical corrections to their weapon will cause further issues during follow on shot groups. The experienced Soldier is less likely to make adjustments to their sight placement along with the mechanical changes to the weapon, knowing the zero process is aligning the sights to the location of the impact of the rounds. Having a coach or the employment instructor simply inform the Soldier of mechanical changes needed to the aiming device is an effective way to accomplish this method.

E-42. Observing the shooter must be accomplished before analyzing the target can become effective. Bullets strung vertically do not necessarily mean a breathing issue, nor do bullets strung horizontally absolutely indicate a trigger squeeze problem. Coaches must learn to identify shooter errors during firing and use the bullet's impacts on target to confirm their observations. There are often several firing errors that can be the cause of certain misplacements of impacts. The coach has to realize that bullets only go where

the barrel is pointed, so he has to determine what happened that caused the barrel to be pointed in those directions, and those causes can be many.

E-43. They key to proper coaching is becoming a shooting DETECTIVE. The coach needs to observe the shooter, question the shooter, look at the evidence down range, question the shooter again, make assumptions based upon the evidence available, and then act upon his assumptions. The coach and shooter must have a free and open dialog with each other in a relaxed atmosphere. Remember if a Soldier learns to shoot poorly they will only be capable of shooting poorly.

### Displacement of Shots Within a Group (Flyers)

E-44. The capability of the weapon to shoot groups varies dependent on the number of rounds fired through the barrel over its lifetime. The average expected group size is 1 inch (approximately 2.5 centimeters) at 25 meters; some guns may shoot slightly larger than this. If a shooter is firing groups larger than a normal group size the next step should be to have a known skilled shooter attempt to fire and group with the shooter's weapon. If a proven skilled shooter is able to fire groups of the normal size it is most likely an issue with the original shooter. If however the skilled shooter cannot fire within the accepted group size there may be something wrong with the gun or barrel.

E-45. When looking at groups where there are one to two shots away from the group body (one shot away for a three round group, one or two shots away for a five round group), the coach must look objectively at the overall consistency of group placement. A bad shot or group might not indicate a poor grasp of the elements; every shooter will have a bad shot now and again, and some shooters may even have a bad group now and again. Coaches need to use their experience and determine whether or not the firer had a bad shot, a bad group, or doesn't have a clear grasp of the elements and take the necessary steps to get the shooter to the end-state. The coach may have the firer shoot again and ignore the bad group or bad shot, instead hoping that the new group matches up with the previous shot groups or the coach may need to pull the shooter off the line and cover the basic elements. Contrary to popular belief, having a firer shoot over and over again in one sitting, until the firer GETS IT RIGHT is not a highly effective technique.

### Bullets Dispersed Laterally on Target

E-46. Bullets displaced in this manner could be caused by a lateral movement of the barrel due to an unnatural placement of the trigger finger on the trigger. Reasons for this could include—

- The shooter may be slightly misaligning the sights to the left and right.
- The shooter may have the sights aligned properly but may have trouble keeping the target itself perfectly centered on the tip of the front sight.
- Shooter may be closing eyes at the moment of firing or flinching.

### Bullets Dispersed Vertically on Target

E-47. Bullets displaced in a vertical manner could be caused by the following:

- Shooter may be misaligning the front sight in the rear sight aperture vertically. May be caused by the shooter watching the target instead of the front sight. Happens more frequently from less stable positions (kneeling, unsupported positions) due to the natural movement of the weapon.
- Shooter may have trouble seeing the target and keeping the tip of the front sight exactly centered vertically on the target. Coach may consider using a larger target or a non-standard aiming point such as a 5-inch circle. Many shooters find it easier to find the center of a circle than a man shaped target.
- Shooter may not have good support, which causes him to readjust their position every shot and settle with the sights slightly misaligned.
- Shooter may be flinching or closing eyes at the moment of firing.
- Shooter may be breathing while firing the rifle. (This is not normally the case, most shooters instinctively hold their breath just before the moment of firing).

### Large Groups

E-48. Large groups are most commonly caused by the shooter looking at the target instead of the front sight. This causes the shooter to place the front sight in the center of the target without regard for its location in the rear sight aperture. A small misalignment of the sights will result in a large misplacement of shots downrange.

E-49. Most likely it is not a point of aim issue; most shooters will not fire when their properly aligned sights are pointed all over the target.

### Good Groups That Change Position on the Target

E-50. When the shooter has good groups but they are located at different positions on the target, there can be a number of reasons. These include the following:

- May be caused by the shooter properly aligning sights during shooting but picking up a different point of aim on the target each time.
- May be caused by the shooter settling into a position with the front sight on target but the sights misaligned. The shooter maintains the incorrect sight picture throughout the group but aligns the sights incorrectly and in a different manner during the next group. Tell the firer to focus on the front sight and have them check natural point of aim before each group.

This page intentionally left blank.



## Appendix F

# 10-Meter Boresight Offsets and 25-Meter Zero Offsets

This appendix provides the 10-meter target offsets and the 25-meter zero offsets for M16- and M4-series weapons mounted with iron sights, optics, MILES, TWSs, or aiming lasers.

"The general purpose of the 10 meter borelight offset targets and the 25m live-fire zero offset targets is to ensure the firer has properly borelighted their rifle."

---

***Note.*** The borelight is a visible laser. The purpose of boresighting is to obtain an initial setting on the firer's sights, optics, and/or night equipment (aiming lights and TWS) to enable the firer to hit the 25m zero live-fire target when starting the zero process, resulting in efficient use of range time. Borelighting is conducted prior to live-fire zeroing. It is not a substitute for live-fire zeroing.

---

F-1. The boresight target shows the desired relationship between the bore of the weapon and the firer's aiming point, which varies with the weapon/sight system combination. Different symbols are used for designating different sights/optics, and so forth. All borelighting is done at 10 meters. This is a dry-fire exercise. Sight settings based on borelight procedures must be verified with live-fire zero at 25 meters.

F-2. A blank, reproducible 10-meter target offset (figure F-2 on page F-3) and an example of each weapon configuration (figure F-3 on page F-4, figure F-4 on page F-9, and figure F-5 on page F-10) are provided. The M16A2 300-meter zeroing target is used for 25-meter zeroing with all weapon configurations, except when zeroing with iron sights.

## MARKING 10-METER TARGET OFFSETS

F-3. To mark the proper 10-meter target offsets—

- Find the correct template for the weapon configuration.
- Starting from the center of the borelight circle on the offset, count the number of squares to the desired point of aim.



**EXAMPLE**

L2.0, U2.4

Starting from the center of the borelight circle (0.0, 0.0), move left 2 squares and up 2.4 squares.

***Note.*** Each template also provides a number formula for the proper offset.

- Place the appropriate symbol or mark. (See figure F-1.)

Laser / Optic
Desired Point of Impact
MILES Laser
AN/PEQ-2A Illuminator
AN/PAS-13 TWS

**Legend:** MILES = Multiple-Integrated Laser Engagement System, TWS = thermal weapon sight

**Figure F-1. 10-meter target offset symbols**

***Notes.***

1. To reproduce the 10-meter target offset, obtain a copy of the blank 10-meter target offset and place the example of the weapon being used on the back. This reproducible copy can be laminated and used repeatedly.
2. Table F-1 on page F-5 provides offset mounting information for various weapon configurations.



10-Meter Boresight Offsets and 25-Meter Zero Offsets

10-METER BORESIGHT TARGET
LASER BORELIGHT
1 - USE THE CORRECT OFFSET FOR THE WEAPON, SIGHT AND LOCATION CONFIGURED
2 - STABILIZE THE WEAPON AND THE OFFSET
3 - ZERO BORELIGHT WHILE INSIDE THE BARREL OF THE WEAPON
4 - ALIGN THE LASER OF THE BORELIGHT WITH THE DOT ON THE 10M OFFSET
5 - ALIGN THE MILES LASER WITH THE MILES RECTANGLE ON THE 10M OFFSET (IF APPLICABLE)
6 - ADJUST AIMING LASER UNTIL CENTERED ON CROSSHAIR
7 - PLACE OPTIC AIMPOINT CENTERED ON CROSSHAIR AND MAKE ADJUSTMENTS ON OPTIC UNTIL THE BORELIGHT LASER IS ALIGNED WITH THE DOT ON THE 10M OFFSET
8 - RECONFIRM ALL DEVICES ARE STILL ALIGNED TO THEIR AIMING MARK
US Army ARDEC
AMSTA-AR-CCL-A
AMSTA-AR-FSF-R
Picatinny Arsenal, NJ 07089

**Legend:** ARDEC = Armament Research, Development and Engineering Center, M = meter

**Figure F-2. Blank 10-meter target offset**

20 November 2019 TC 3-22.9, C3 F-3

Compendium_Roth
Page 1670

10 Meter Boresight Tgt-AN/PAQ-4B/C Mtd on
M4/M4A1 Using the M4/M16 Mounting Rail
AN/PAQ-4B/C Aiming Laser
L1.85,U2.54
Laser Bore Light
MILES LASER
L2.0, U0.9
0 , 0
10 Meter Bore Sight Target for 300m Zero
(13 Dec 99)
US Army ARDEC
AMSTA-AR-CCL-A
AMSTA-AR-FSF-R
Picatinny Arsenal, NJ 07806
Grids are 1cm wide by 1cm high. Units must locally manufacture.

**Legend:** L= left, MILES = Multiple-Integrated Laser Engagement System, Mtd = mounted, ARDEC = Armament Research, Development and Engineering Center, Tgt = target, U = up

**Figure F-3. M16A2 10-meter boresighting target**

**Table F-1. Offset mounting**

| WEAPON | ACCES-SORY | RAIL GRAB-BER | MOUNT | LOCA-TION | RANGE TO ZERO | ZERO OFFSET | BORE-SIGHT TARGET | MILES OFF-SET |
|---|---|---|---|---|---|---|---|---|
| M16A2 | Iron sight | N/A | N/A | N/A | 300 m | 0.0 0.0 | 0.0 4.2U | 2.0L 0.9U |
| M16A2 | M68 | N/A | M68 goose-neck bracket | Carrying handle | 300 m | 0.0 1.4 cm DN | 0.0 5.2U | 2.0L 2.4U |
| M16A2 | LTWS | TWS | TWS bracket assem-bly | Carrying handle | 300 m | 0.0 10D | 0.0 13.4U | 2.0L 2.4U |
| M16A2 | TWS | N/A | TWS bracket assem-bly | Carrying handle | 300 m | 0.0 8.1D | 0.0 11.5U | 2.0L 2.4U |
| M16A2 | AN/PA Q-4B/C | N/A | M4/M16 bracket | Hand guards | 300 m | 1.5R 0.5U | 1.85L 2.54U | 2.0L 0.9U |
| M16A2 | AN/PE Q-2A/B | N/A | M4/M16 bracket | Hand guards | 300 m | 1.5L 0.5U | 1.8R 2.4U | 2.0L 0.9U |
| M16/M203 | AN/PA Q-4B/C | N/A | Spacer | Carrying handle | 300 m | 1.85R 2.6D | 1.85L 8.6U | 2.0L 3.9U |
| M4/M4A1 | BUIS | N/A | N/A | Upper receiver | 300 m | 0.0 0.0 | 0.0 4.01U | 2.0L 0.9U |
| M4/M4A1 | AN/PA Q-4B/C | N/A | M4/M16 bracket | Hand guards | 300 m | 1.5R 2.5U | 1.85L 2.54U | 2.0L 0.9U |
| M4/M4A1 | LTWS | TWS | N/A | Upper receiver | 300 m | 0.0 4.5D | 0.0 7.9U | TBD |
| M4/M4A1 | TWS | Picatinny | TWS spacer and rail grabber | Upper receiver | 300 m | 0.0 5.7D | 0.0 9.4U | 2.0L 2.4U |
| M4/M4A1 | AN/PE Q-2A/B | N/A | M4/M16 bracket | Hand guards | 300 m | 1.0L 0.3U | 1.8R 2.4U | 2.0L 0.9U |
| M4/M4A1 | M68 | M68 | Half-moon spacer | Upper receiver | 300 m | 0.0 1.4 cm DN | 0.0 5.63U | 2.0L 2.4U |
| M4/M203 | BUIS | N/A | N/A | Upper receiver | 300 m | 0.0 0.0 | 0.0 6.01U | 2.0L 0.9U |
| M4/M203 | AN/PA Q-4B/C | N/A | Spacer | Carrying handle | 300 m | 1.3R 1.9D | 1.85L 8.6U | 2.0L 0.9U |

***Note.*** Target offsets not yet developed are indicated by TBD.

**Legend:** BUIS = back up iron sight, cm = centimeters, D or DN = down, L = left, LTWS = light thermal weapon sight, m = meter, R = right, N/A = not applicable, TBD -= to be developed, TWS = thermal weapon sight, U = up

**Table F-1. Offset mounting (continued)**

| WEAPON | ACCES-SORY | RAIL GRAB-BER | MOUNT | LOCA-TION | RANGE TO ZERO | ZERO OFFSET | BORE-SIGHT TARGET | MILES OFFSET |
|---|---|---|---|---|---|---|---|---|
| M4 MWS | BUIS | N/A | N/A | Upper receiver | 300 m | 0.0 0.0 | 0.0 4.01U | 2.0L 0.9U |
| M4 MWS | M68 | M68 | Rail grabber | Upper receiver | 300 m | 0.0 1.4 cm DN | 0.0 5.63U | 2.0L 2.4U |
| M4 MWS | LTWS | TWS | N/A | Upper receiver | 300 m | 0.0 4.5D | 0.0 7.9U | 2.0L 2.4U |
| M4 MWS | TWS | TWS | Spacer | Upper receiver | 300 m | 0.0 5.7D | 0.0 9.4U | 2.0L 2.4U |
| M4 MWS | ANPEQ -2A | Insight | N/A | Left | 300 m | TBD | 4.5L 1.0D | 2.0L 0.9U |
| M4 MWS | AN/PEQ -2A/B | Insight | N/A | Right | 300 m | N/A | 5.5R 5.4D | 2.0L 0.9U |
| M4 MWS | AN/PEQ -2A/B | Insight | N/A | Top | 300 m | 1.5L 0.5D | 2.9R 2.3U | 2.0L 0.9U |
| M4 MWS | AN/PEQ -2A/B | Picatinny | Spacer | Top | 300 m | N/A | 1.95R 4.1U | 2.0L 0.9U |
| M4 MWS | AN/PEQ -2A/B | Picatinny | Spacer | Right | 300 m | N/A | 6.35R 4.4D | 2.0L 0.9U |
| M4 MWS | AN/PEQ -2A/B | Picatinny | Spacer | Left | 300 m | 6.9R 2.0U | 6.2L 0.60D | 2.0L 0.9U |
| M4MWS | AN/PEQ -2A/B | Insight | Training adapter | Top | 300 m | 2.0L 1.5D | N/A | 2.0L 0.9U |
| M4 MWS | AN/PAQ -4B/C | Picatinny | AN/PA Q-4B/C bracket adapter | Top | 300 m | 4.9R 6.1U | 1.75L 3.9U | 2.0L 0.9U |
| M4 MWS | AN/PAQ -4B/C | Picatinny | AN/PA Q-4B/C bracket adapter (spacer) | Right | 300 m | N/A | 6.9R 0.9D | 2.0L 0.9U |
| M4 MWS | AN/PAQ -4B/C | Insight | N/A | Top | 300 m | N/A | 1.75L 2.15U | 2.0L 0.9U |
| M4MWS | AN/PAQ -4B/C | Insight | N/A | Right | 300 m | N/A | 4.35R 0.65D | 2.0L 0.9U |
| M4MWS | AN/PAQ -4B/C | Insight | N/A | Left | 300 m | N/A | 4.30L 4.25D | 2.0L 0.9U |

**Legend:** BUIS = back up iron sight, cm = centimeters, D or DN = down, L = left, LTWS = light thermal weapon sight , m = meter, MWS = modular weapon system, R = right, N/A = not applicable, TBD = to be developed, TWS = thermal weapon sight, U = up



**Table F-1. Offset mounting (continued)**

| WEAPON | ACCES-SORY | RAIL GRAB-BER | MOUNT | LOCA-TION | RANGE TO ZERO | ZERO OFFSET | BORE-SIGHT TARGET | MILES OFFSET |
|---|---|---|---|---|---|---|---|---|
| M4 MWS M203 | BUIS | N/A | N/A | Upper receiver | 300 m | 0.0 0.0 | 0.0 6.01U | 2.0L 0.9U |
| M4 MWS M203 | AN/PAQ -4B/C | Picatinny | Bracket adapter (spacer) | Left | 300 m | 4.9R 6.1U | 6.0L 4.0D | 2.0L 3.9U |
| M16A4 MWS | BUIS | N/A | N/A | Upper receiver | 300 m | 0.0 0.0 | 0.0 4.01U | 2.0L 0.9U |
| M16A4 MWS | AN/PAQ -4B/C | Picatinny | AN/PAQ-4B/C bracket adapter (spacer) | Left | 300 m | 6.5R 8.1U | 6.03L 4.25D | 2.0L 0.9U |
| M16A4 MWS | TWS | TWS | Spacer | Upper receiver | 300 m | 0.0 6.0D | 0.0 9.4U | 2.0L 2.4U |
| M16A4 MWS | M68 | M68 | N/A | Upper receiver | 300 m | 0.0 1.4 cm DN | 0.0 5.63U | 2.0L 2.4U |
| M16A4 MWS | AN/PEQ -2A/B | Insight | N/A | Left | 300 m | 3.0R 3.0U | 4.5L 1.0D | 2.0L 0.9U |
| M16A4 MWS M203 | BUIS | N/A | N/A | Upper receiver | 300 m | 0.0 0.0 | 0.0 6.01U | 2.0L 0.9U |
| M16A4 MWS M203 | AN/PAQ -4B/C | Picatinny | AN/PAQ-4B/C bracket adapter (spacer) | Left | 300 m | 6.5R 8.1U | 6.0L 4.0D | 2.0L 3.9U |
| M16A4 MWS | AN/PEQ -2A/B | Picatinny | Spacer | Left | 300 m | 6.0R 2.0U | 6.2L 0.60D | 2.0L 0.9U |
| M16A4 MWS | AN/PEQ -2A/B | Picatinny | Spacer | Right | 300 m | TBD | 6.35R 4.4D | 2.0L 0.9U |
| M16A4 MWS | AN/PEQ -2A/B | Picatinny | Spacer | Top | 300 m | TBD | 1.95R 4.1U | 2.0L 0.9U |
| M16A4 MWS | AN/PEQ -2A/B | Insight | N/A | Right | 300 m | TBD | 5.5R 5.4D | 2.0L 0.9U |
| M16A4 MWS | AN/PEQ -2A/B | Insight | N/A | Top | 300 m | 1.5L 0.5D | 2.0R 2.3U | 2.0L 0.9U |

***Note.*** Target offsets not yet developed are indicated by TBD.

**Legend:** BUIS = back up iron sight, cm = centimeter, D or DN = down, m = meter, L = left, MWS = modular weapon system, R = right, N/A = not applicable, TBD = to be developed, TWS = thermal weapon sight, U = up



**Table F-1. Offset mounting (continued)**

| WEAPON | ACCES-SORY | RAIL GRAB-BER | MOUNT | LOCA-TION | RANGE TO ZERO | ZERO OFFSET | BORE-SIGHT TARGET | MILES OFFSET |
|---|---|---|---|---|---|---|---|---|
| M16A4 MWS | AN/PEQ-2A/B | Insight | Training adapter | Top | 300 m | 2.0L 1.5D | TBD | 2.0L 0.9D |
| M16A4 MWS | AN/PAQ-4B/C | Picatinny | AN/PAQ-4B/C bracket adapter | Top | 300 m | 4.9R 6.1U | 1.75L 3.9U | 2.0L 0.9U |
| M16A4 MWS | AN/PAQ-4B/C | Picatinny | AN/PAC-4B/C bracket adapter | Right | 300 m | N/A | 6.0R 0.9D | 2.0L 0.9U |
| M16A4 MWS | AN/PAQ-4B/C | Insight | N/A | Top | 300 m | N/A | 1.75L 2.15U | 2.0L 0.9U |
| M16A4 MWS | AN/PAQ-4B/C | Insight | N/A | Right | 300 m | N/A | 4.35R 0.65D | 2.0L 0.9U |
| M16A4 MWS | AN/PAQ-4B/C | Insight | N/A | Left | 300 m | N/A | 4.30L 4.25D | 2.0L 0.9U |

***Note.*** Target offsets not yet developed are indicated by TBD).

**Legend:** D = down, L = left, m = meter, MWS = modular weapon system, N/A = not applicable, R = right, TBD = to be developed, TWS = thermal weapon sight, U = up

10-Meter Boresight Offsets and 25-Meter Zero Offsets

10 Meter Boresight Tgt for M150 RCO Mtd on M4/M16A4
Upper Receiver Rail
0.0, U 4.7
Laser Borelight
MILES Laser
L 2.0, U 0.9
0, 0
US Army ARDEC
AMSTA-AR-CCL-A
AMSTA-AR-FSF-R
Picatinny Arsenal, NJ 07806
Grids are 1cm wide by 1cm high. Units must locally manufacture.

**Legend:** ARDEC = Armament Research, Development and Engineering Center, cm = centimeter, L = left, MILES = Multiple-Integrated Laser Engagement System, Mtd = mounted, RCO = rifle combat optic, Tgt = target, U = up

**Figure F-4. 300-meter zero of the advanced combat optical gunsight**

20 November 2019 TC 3-22.9, C3 F-9

Compendium_Roth
Page 1676

Appendix F

Tip of Chevron
100M Point
200M
Aiming Point
Tip of the Vertical Post
300M & 25M
Zeroing Aiming Point

**Legend:** M = meter

**Figure F-5. Advanced combat optical gunsight points of aim (100 to 300 meters)**

F-10 TC 3-22.9, C3 20 November 2019

Compendium_Roth
Page 1677

# Glossary

The glossary lists acronyms and terms with Army or joint definitions. Where Army and joint definitions differ, (Army) precedes the definition. Terms for which TC 3-22.9 is the proponent are marked with an asterisk. The proponent manual for other terms is listed in parentheses after the definition.

## SECTION I – ACRONYM/ABBREVIATIONS

| | |
|---|---|
| AM | arc of movemet |
| ARNG | Army National Guard |
| ARNGUS | Army National Guard of the United States |
| ARS | adapter rail system |
| ATPIAL | advanced target pointer illuminator aiming light |
| BC | ballistic coefficient |
| BDC | bullet drop compensater |
| BUIS | back up iron sight |
| BZO | battle sight zero |
| CBRN | chemical, biological, radiological, and nuclear |
| CCO | close combat optic |
| CSF2 | Comprehensive Soldier and Family Fitness |
| CoVM | center of visible mass |
| DA | Department of the Army |
| DBAL-A2 | dual beam aiming laser-advanced2 |
| DMC | digital magnetic compass |
| DOTD | Directorate of Training and Doctrine |
| DODIC | Department of Defense Identification Code |
| EENT | end evening nautical twilight |
| Ek | kinectic energy |
| fps | feet per second |
| FOV | field of view |
| GTL | gun target line |
| HTWS | heavy thermal weapons sight |
| I2 | image intensifier |
| IR | infrared |
| LASER | light amplified stimulated emitted radiation |
| LCD | liquid crystal display |
| LRF | laser range finder |
| LWTS | light weapons thermal sight |
| MASS | modular accessory shotgun system |

| | |
|---|---|
| MCoE | United States Army Maneuver Center of Excellence |
| METT-TC | mission, enemy, terrain and weather, troops and support-time available, and civil considerations |
| MIL STD | military standard |
| m | meter |
| mm | millimeter |
| mph | mile per hour |
| MOA | minutes of angle |
| MTBF | mean time between failures |
| MWO | modified word order |
| MWS | modular weapon system |
| MWTS | medium weapon thermal sight |
| NATO | North Atlantic Treaty Organization |
| NOD | night observation device |
| PAM | pamphlet |
| PMCS | preventative maintenance checks and services |
| POA | point of aim |
| POI | point of impact |
| NSN | National Stock Number |
| RCO | rifle combat optic |
| SAA | small arms ammunition |
| SOP | standard operating procedure |
| STANAG | Standardized Agreement |
| STRAC | Standard in Training Commission |
| STORM | illuminator, integrated, small arms |
| TACSOP | tactical standard operating procedure |
| TC | Training Circular |
| TES | tactical engagement simulation |
| TM | Technical Manual |
| T | time |
| TWS | thermal weapon sight |
| µm | micrometer |
| USAR | United States Army Reserve |
| U.S. | United States |
| VAL | visible aim laser |
| VFG | vertical foregrip |
| V | velocity |
| WCS | weapon control status |
| WTS | weapons thermal sights |

## SECTION II – TERMS

***employment**

The application of the functional elements of the shot process and skills to accurately and precisely fire a weapon at stationary or moving targets.

This page intentionally left blank.

# References

URLs accessed 7 October 2019.

## REQUIRED PUBLICATIONS

△ADP 1-02, *Terms and Military Symbols*, 14 August 2018.

△*DOD Dictionary of Military and Associated Terms*, October 2019.

## RELATED PUBLICATIONS

Most Army doctrinal publications and regulations are available at: http://www.apd.army.mil.

Most joint publications are available online at: http://www.dtic.mil/doctrine/doctrine/doctrine.htm.

Other publications are available on the Central Army Registry on the Army Training Network, https://atiam.train.army.mil.

Military Standards are available online at http://quicksearch.dla.mil/.

ATP 3-21.8, The Infantry Rifle Platoon and Squad of the Infantry Brigade Combat Team, 12 April 2016.

DA PAM 350-38, *Standards in Training Commission*, 6 October 2015.

△FM 6-27/MCTP 11-10C, *The Commander's Handbook on the Law of Warfare*, 7 August 2019.

MIL-STD-709D, *Department of Defense Criteria Standard: Ammunition Color Coding*, 16 March 2009.

MIL-STD-1913, *Military Standard Dimensioning of Accessory Mounting Rail for Small Arms Weapons*, 3 February 1995.

TC 3-22.12, *M26 Modular Accessory Shotgun System*, 12 November 2014.

TM 9-1005-319-10, *Operator`s Manual for Rifle, 5.56 MM, M16A2 W/E (NSN 1005-01-128-9936) (EIC: 4GM); Rifle, 5.56 MM, M16A3 (1005-01-357-5112); Rifle, 5.56 MM, M16A4 (1005-01-383-2872) (EIC: 4F9); Carbine, 5.56 MM, M4 W/E (1005-01-231-0973) (EIC: 4FJ); Carbine, 5.56 MM, M4A1 (1005-01-382-0953) (EIC: 4GC) {TO 11W3-5-5-41; SW 370-BU-OPI-010}*, 30 June 2010.

TM 9-1240-413-13&P, *Operator and Field Maintenance Manual Including Repair Parts and Special Tool List for M68 Sight, Reflex, w/Quick Release Mount and Sight Mount Close Combat Optic (CCO) (NSN 1240-01-411-1265) (NSN 1240-01-540-3690) (NSN 1240-01-576-6134) {AF TO 11W3-5-5-121}*, 4 May 2013.

TM 9-1240-416-13&P, *Operator and Field Maintenance Manual Including Repair Parts and Special Tool List for the M150 Sight, Rifle Combat Optic (RCO) (NSN: 1240-01-557-1897)*, 21 June 2013.

TM 9-1300-200, *Ammunition, General*, 3 October 1969.

TM 9-1305-201-20&P, *Unit Maintenance Manual (Including Repair Parts and Special Tools List) for Small Arms Ammunition to 30 Millimeter Inclusive (Federal Supply Class 1305)*, 5 October 1981.

TM 9-5855-1912-13&P, *Operator and Field Maintenance Manual Including Repair Parts and Special Tools List for Dual Beam Aiming Laser-Advanced2 (DBAL-A2), AN/PEQ-15A (NSN: 5855-01-535-6166) (NSN: 5855-01-579-0062) (LIN: J03261)*, 1 September 2012.

TM 9-5855-1913-13&P, *Operator and Field Maintenance Manual Including Repair Parts and Special Tools List for the Illuminator, Integrated, Small Arms (STORM) AN/PSQ-23 TAN (NSN: 5855-577-5946 (4XG) (NSN: 5855-01-535-1905) (EIC: 4XF) (LIN: J68653*), 31 August 2012.

TM 9-5855-1914-13&P, *Operator and Field Maintenance Manual Including Repair Parts and Special Tools List for the Advanced Target Pointer Illuminator Aiming Light (ATPIAL) AN/PEQ-15 (NSN 5855-01-534-5931) (NSN 5855-01-577-7174) {TM 10470B-0I/1}*, 10 September 2012.

TM 9-5855-1915-13&P, *Operator and Field Maintenance Manual (Including Repair Parts and Special Tools List) for the Target Pointer Illuminator/Aiming Light (TPIAL) AN/PEQ-2A (NSN: 5855-01-447-8992) (EIC: N/A) AN/PEQ-2B (5855-01-515-6904) (EIC: N/A) {TM 10470A-0I/1}*, 31 August 2007.

TM 11-5855-306-10, *Operator Manual for Monocular Night Vision Device (MNVD) AN/PVS-14 (NSN 5855-01-432-0524) (EIC: IPX) {TO 12S10-2PVS14-1; TM 10271A-OR/1B}*, 1 October 2010.

TM 11-5855-312-10, *Operator`s Manual for Sight, Thermal AN/PAS-13B(V)2 (NSN 5855-01-464-3152) (EIC:N/A); AN/PAS-13B(V)3 (5855-01-464-3151) (EIC:N/A) {TM 10091B/10092B-10/1}*, 15 February 2005.

TM 11-5855-316-10, *Operator`s Manual AN/PAS-13C(V)1 Sight, Thermal (NSN 5855-01-523-7707) (EIC: N/A) AN/PAS-13C(V)2 Sight, Thermal (NSN 5855-01-523-7713) (EIC: N/A) AN/PAS-13C(V)3 Sight, Thermal (NSN 5855-01-523-7715) (EIC: N/A)*, 31 August 2010.

TM 11-5855-317-10, *Operator`s Manual for Sight, Thermal AN/PAS-13D(V)2 (NSN 5855-01-524-4313) (EIC: JH5) (MWTS) AN/PAS-13D(V)3 (NSN 5855-01-524-4314) {TM 10091C/10092C-OR/1}*, 15 May 2009.

TM 11-5855-324-10, *Operator`s Manual for Sight, Thermal AN/PAS-13D(V)1 (NSN 5855-01-524-4308) (EIC: JG8) (LWTS)*, 15 May 2009.

△

## PRESCRIBED FORMS

No entries for this section.

## REFERENCED FORMS

Unless otherwise indicated, DA forms are available on the Army Publishing Directorate (APD) web site (http://www.apd.army.mil).

DA Form 2028, *Recommended Changes to Publications and Blank Forms*.

This page intentionally left blank.

# Index

Entries are listed by paragraph numbers unless mentioned otherwise.

**C**

carry positions
- six. 6-12

coaching
- elements of shooting. E-30
  - aiming. E-32
  - control. E-34
  - stabilize. E-31
- two types. E-27

**F**

firing positions
- twelve. 6-34

**M**

movement techniques
- horizontal
  - eight. 9-3

**S**

small arms ammunition. A-14

**T**

targets
- three threat levels, 5-7

thermal weapon sight
- five functional groups. 3-42

This page intentionally left blank.

**TC 3-22.9**
**13 May 2016**

By Order of the Secretary of the Army:

**MARK A. MILLEY**
*General, United States Army*
*Chief of Staff*

Official:

**GERALD B. O'KEEFE**
*Administrative Assistant to the*
*Secretary of the Army*
*1612002*

**DISTRIBUTION:** Active Army, Army National Guard, and U.S. Army Reserve: To be distributed in accordance with the initial distribution number (IDN) 110187, requirements for TC 3-22.9.

PIN: 106419-000

# The Violence Project's Mass Shooter Database

The data set from the Violence Project's Mass Shooter Database, referenced in the Declaration of Randolph Roth (Roth Decl. ¶ 48 n.111), cannot be reproduced in this compendium due to formatting limitations.  The data set is available at https://www.theviolenceproject.org/mass-shooter-database/.

GUN NEWS NEWSLETTER SELL YOUR GUN GUN FINANCING
WHY JOIN AS A DEALER | DEALER LOGIN
GUNS.COM
Search by manufacturer, model, or SKU
SIGN IN
GUNS | USED GUNS | AMMO | ACCESSORIES | SHOP LOCAL | DEALS | LIFESTYLE
SPECIAL OFFER: STOCK UP & SAVE ON ACCESSORIES
Guns.com / Firearms / Rifles / AR-15
AR-15
Shop Guns.com for the largest selection of AR-15 rifles available online. These semiautomatic rifles come in a large selection of calibers and are available in multiple sizes and barrel lengths. The AR-15 style rifle has become a modern day top selling firearm for home defense, tactical training and more.
AR-15 RIFLES ON SALE
ABC RIFLE COMPANY
ABC-15
Clearance
USED $604.49
FORT BARNES ARMORY
FBA-15
Clearance
USED $649.99 was $999.99
ADAMS ARMS
HULDRA MK IV
Clearance
USED $731.89
SPRINGFIELD ARMORY
SAINT VICTOR
Clearance
USED $960.68
FILTER BY KEYWORD
GO
SUBCATEGORIES
AVAILABILITY
PRICE RANGE
MANUFACTURER
ACTION
43 ITEMS
Applied Filters
Price Range: $250 - $499
Clear all filters
All
Used
New
Display 24 per page
SMITH & WESSON
M&P15-22 SPORT OR
$499.99
22 LR
SEMI AUTO
25 ROUNDS
16.5" BARREL
NEW
ADD TO CART
SEE DETAILS
Lowest Price
ANDERSON MFG.
AM-15 OPTIC READY, .223/5.56 16" - M4
$497.99 was $599.99
.223 REM/5.56 NATO
30 ROUNDS
16" BARREL
NEW
ADD TO CART
SEE DETAILS
Lowest Price
SMITH & WESSON
SMITH & WESSON

BARREL LENGTH
CALIBER
CAPACITY
FINISH
WEIGHT
Lowest Price
SMITH & WESSON
M&P15-22 SPORT M-LOK
$451.99
.22 LR
10 ROUNDS
16.5 BARREL
NEW
ADD TO CART
SEE DETAILS
SMITH & WESSON
M&P15-22 SPORT
$425.99
.22 LR
25 ROUNDS
16.5" BARREL
NEW
ADD TO CART
SEE DETAILS
Lowest Price
ANDERSON MANUFACTURING
AM-15 RIFLE
$499.99
5.56MM
SEMI AUTO
30 ROUNDS
16.5 BARREL
OUTLET
USED
Good
ADD TO CART
SEE DETAILS
Lowest Price
SMITH & WESSON
M&P 15-22
$425.99
22LR
SEMI AUTO
25 ROUNDS
18 BARREL
OUTLET
USED
Excellent
ADD TO CART
SEE DETAILS
Lowest Price
SMITH & WESSON
M&P15-22 SPORT OR
$457.99
.22 LR
10 ROUNDS
16.5 BARREL
NEW
ADD TO CART
SEE DETAILS
HECKLER & KOCH
416
$488.99
.22 LR
SEMI AUTO
20 ROUNDS
16.1" BARREL
NEW
ADD TO CART
SEE DETAILS
WALTHER
HAMMERLI TAC R1
$398.99
.22 LR
SEMI AUTO
20 ROUNDS
16.1" BARREL
NEW
ADD TO CART
SEE DETAILS
SMITH & WESSON
M&P15-22
$479.99
.22 LR
SEMI AUTO
25 ROUNDS
16.5" BARREL
NEW
ADD TO CART
SEE DETAILS
Lowest Price
SMITH & WESSON
M&P15-22 SPORT MOE SL
CBC INDUSTRIES
MOSSBERG
INTERNATIONAL 715T

Lowest Price
SMITH & WESSON
M&P15-22 SPORT MOE SL
$463.99 was $505.00
.22 LR
25 ROUNDS
16.5" BARREL
NEW
ADD TO CART
SEE DETAILS
CBC INDUSTRIES
MOSSBERG INTERNATIONAL 715T
$449.99
.22 LR
SEMI AUTO
10 ROUNDS
16.25 BARREL
OUTLET
USED
Excellent
ATI
OMNI HYBRID
$434.99
.300 AAC BLACKOUT
SEMI AUTO
30 ROUNDS
16 BARREL
WALTHER
TAC R1
$426.99
.22 LR
SEMI AUTO
10 ROUNDS
16.1" BARREL
SPIKE'S TACTICAL
ST15
$499.99
5.56 X 45 MM NATO
SEMI AUTO
30 ROUNDS
18 BARREL
Good
ANDERSON MANUFACTURING
AM-15
$499.99
.223 / 5.56 NATO
SEMI AUTO
30-39
16" BARREL
AMERICAN TACTICAL IMPORTS
Omni Hybrid Multi Cal
$450.99
MULTI
SEMI AUTO
30 ROUNDS
16 BARREL
RADICAL FIREARMS
RF-15
$479.99
7.62 X 39 MM
SEMI AUTO
30 ROUNDS
17 BARREL
Very Good

Lowest Price
ARMSCOR
M1600
$349.99
22 LR
SEMI AUTO
10 ROUNDS
18 BARREL
USED Very Good
ADD TO CART
SEE DETAILS
Lowest Price
DPMS
A-15 Oracle
$499.99
5.56X45MM NATO
SEMI AUTO
30 ROUNDS
16 BARREL
USED Excellent
ADD TO CART
SEE DETAILS
Lowest Price
MOSSBERG
715T
$299.99
22 LR
SEMI AUTO
20-29
16" BARREL
USED Good
ADD TO CART
SEE DETAILS
MOSSBERG
715T
$279.99
22 LR
SEMI AUTO
25 ROUNDS
16.5 BARREL
USED Very Good
ADD TO CART
SEE DETAILS
AMERICAN TACTICAL
OMNI HYBRID
$499.99
5.56MM
SEMI AUTO
30 ROUNDS
16 BARREL
USED Excellent
ADD TO CART
SEE DETAILS
Lowest Price
SMITH & WESSON
M&P15-22 SPORT M-LOK COMPLIANT
$478.99
22 LR
10 ROUNDS
16.5 BARREL
NEW
ADD TO CART
SEE DETAILS
LOAD MORE...
Whether you are searching for home defense, hunting, recreational shooting, or other applications, our ever-growing inventory consists of many options to meet every budget and every need. Looking for something that packs a little more punch? Try our selection of AR-10 Rifles.
AR PARTS
See All
BOWDEN TACTICAL
PARAMETRIC
AERO PRECISION
XL UPPER RECEIVER
SPIKE'S TACTICAL
CALICO JACK STRIPPED LOWER R...
Lowest Price
SPIKE'S TACTICAL
SNOWFLAKE STRIPPED LOWER REC...
Lowest Price

Compendium_Roth
Page 1694


BOWDEN TACTICAL
PARAMETRIC

$113.99

AERO PRECISION
XL UPPER RECEIVER

$97.74

SPIKE'S TACTICAL
CALICO JACK STRIPPED LOWER R...

Lowest Price

NEW $107.10

SPIKE'S TACTICAL
SNOWFLAKE STRIPPED LOWER REC...

Lowest Price

NEW $107.10

POLICE TRADE IN
ROCK RIVER ARMS LAR-15
ROCK RIVER ARMS LAR-15 [LE TRADE IN]
$649.99
BUY NOW

## MORE INFORMATION

8 Affordable AR-15s To Fit Any Budget

09/25/2019 | GUNS.COM STAFF

Guns.com has pulled together some of our favorite and wallet-friendly AR-15 models for consumers minding their bank...
Read More

9 Best AR-15s Available Now

02/21/2022 | GUNS.COM STAFF

From practical, budget-friendly AR rifles to battle-ready AR-15s with military quality and beyond, here are some of the best ARs availabl...
Read More

Best AR-15 Rifles for Beginners

02/15/2021 | ANNETTE DOERR

Modern sporting rifles have gained popularity over the past several years. If you're new to shooting and looking for a rifle, AR-15s are...
Read More

M&P15 Rifles Are Best-Selling AR-15s for a Good Reason

03/02/2022 | PAUL PETERSON

In a market filled with custom and high-performance AR-15 rifles, the M&P® 5 line offers shooters a quality and classic AR that's rang...
Read More

ABOUT

HELPFUL AR-15 ARTICLES & NEWS
Colt M4 Carbine Review: Your Classic AR-15
10/10/2022 | JEFF WOOD
The AR-15 is perhaps one of the most well-known rifles in America, enough to even be called America's rifle. Colt has long been a maker of such rifles, with the Colt M4 is perhaps one of the best known.
READ NOW
Stay in the know. Get Guns.com offers and news!!
Enter Your Email
SIGN UP
Follow Us On:
Stay in the know. Get Guns.com offers and news!!
Enter Your Email
SIGN UP
Follow Us On:
Need Help?
service@guns.com
Call (866)582-4867
FAQ
EMAIL
HOW TO BUY A GUN ONLINE
CERTIFIED USED GUNS
WE BUY GUNS
THE GUNS.COM PROMISE
CUSTOMER RESOURCES
Check On My Order
Contact Customer Service
Financing
Return and Warranty Policy
Shipping
Guns for Sale
SELLER RESOURCES
Join the Guns.com Network
Login to My Seller Dashboard
Contact Business Development
Affiliate Program
WHO WE ARE
About Us
We Give Back
Influencers
Guns.com Careers
Customer Reviews
Terms and Conditions Privacy Policy Site Map
GUNS.COM
norton
10/18/2022

GunMag WAREHOUSE
1 (800) 409-9439
Contact Us
Track Your Order
Search for products, categories, ...
Sign In / Register
Wishlist
My Cart
ALL MAGAZINES
AMMUNITION
PARTS & ACCESSORIES
BRANDS
GUNMAG EXCLUSIVES
SALE
THE MAG LIFE BLOG
Home > All Magazines > Rifle Magazines > AR-15 Magazines
Filters
Brand
American Tactical Imports (2)
ASC Magazines (34)
Beretta Magazines (1)
Bulgarian Magazines (1)
Bushmaster Magazines (3)
C Products Defense (47)
Platform
PCC (12)
Rimfire (5)
Ruger (1)
AR-15 (5)
AR-15 Magazines (243)
California Compliant ≤10rds (88)
Caliber
204 Ruger (2)
22 Long Rifle (7)
22 Nosler (1)
223 Remington (148)
224 Valkyrie (4)
300 AAC Blackout (40)
Capacity
4-Round (1)
5-Round (28)
7-Round (1)
9-Round (1)
10-Round (55)
15-Round (14)
Material
Aluminum (36)
Steel (95)
Polymer (90)
Stainless Steel (15)
Carbon Fiber (4)
AR-15 Magazines
Huge selection of the most popular AR 15 Magazines. Discounts on Magpul, ProMag, and Hexmag Magazines.
Sort By: Best Sellers
1 2 3
Magpul PMAG GEN M3 AR-15 .223 / 5.56 30-Round Magazine
(2,403)
$14.99
$12.99
SAVE $2.00
Lancer L5 AR-15 223/5.56 30-Round Advanced Warfighter Magazine
Available in GunMag Exclusive OD Green
(1,889)
$14.99 - $17.99
Hexmag Series 2 AR-15 .223 / 5.56 30-Round Polymer Magazine
(2,108)
$15.99
$9.99
SAVE $6.00
Magpul PMAG GEN M3 Window AR-15 .223 / 5.56 30-Round Magazine
(967)
$17.95
$14.99
SAVE $2.96
Duramag AR-15 .223 / 5.56mm / .300BLK 30-Round Aluminum Magazine
(440)
$10.99 - $11.99
Okay Surefeed E2 AR-15 .223 Rem / 5.56 30-Round Magazine
(226)
$17.99
$13.99
SAVE $4.00
Hexmag Series 2 AR-15 .223 / 5.56 10/30-Round Polymer Magazine
(937)
$14.99
$9.99
SAVE $5.00
Magpul PMAG GEN M3 AR-15 .300 AAC Blackout 30-Round Magazine
(415)
$15.95
$13.99
SAVE $1.96

Color
Black (212)
Flat Dark Earth (56)
Olive Drab Green (18)
Gray (24)
Pink (5)
Smoke (10)
Availability
In Stock (153)
Out of Stock (96)
Magpul PMAG GEN M2 MOE AR-15 .223 / 5.56 30-Round Magazine
(2,142)
$12.99
$10.99
SAVE $2.00
Okay Surefeed AR-15 .223 Rem / 5.56 30-Round Magazine
(445)
$16.99
$12.99
SAVE $4.00
Lancer L5 AR-15 .300 Blackout 30-Round Advanced Warfighter Magazine
(312)
$15.99 - $18.99
Magpul PMAG GEN M3 AR-15 .223 / 5.56 10-Round Magazine
(721)
$13.99
ATI Schmeisser S60 AR-15 .223 / 5.56 60-Round Magazine
(228)
$79.99
$39.99
SAVE $40.00
KCI AR-15 .223 / 5.56mm 30-Round Magazine
(380)
$14.99
Add to Cart to See Price.
ETS Gen 2 AR-15 .223 / 5.56 30-Round Magazine
(382)
$17.99
$9.99
SAVE $8.00
Magpul PMAG GEN M3 AR-15 .223 / 5.56 20-Round Magazine
(472)
$13.25
$12.99
SAVE $0.26
Magpul PMAG GEN M3 AR-15 .223 / 5.56 40-Round Magazine
(618)
$19.99
$17.99
SAVE $2.00
KCI AR-15 .223 / 5.56mm 100-Round Gen 2 Drum Magazine
(1,109)
$199.99
Add to Cart to See Price.
ProMag AR-15 7.62x39mm 30-round Blued Steel Magazine
(145)
$29.99
$22.99
SAVE $7.00
Magpul PMAG GEN M2 MOE Window AR-15 .223 / 5.56 30-Round Magazine
(303)
$15.95
$12.99
SAVE $2.96

Lancer L5 AR-15 .223 / 5.56 20-Round Advanced Warfighter Magazine
Available in GunMag Exclusive OD Green
(200)
$14.99 - $18.99
Promag AR-15 Rollermag .223 Rem, 5.56 NATO 10-Round Magazine
(611)
$12.99
$10.99
Duramag AR-15 .223 / 5.56mm Stainless Steel 30-Round Magazine
(60)
$14.99
ASC 6.5 Grendel AR-15 15-Round Stainless Steel Magazine
(160)
$17.99
$13.99
Promag AR-15 Rollermag .223 Rem, 5.56 NATO 5-Round Magazine
OUT OF STOCK
(352)
$10.99
CMMG AR-15 .22LR Conversion Clener 25-Round Magazine
(484)
$24.95
$19.99
Magpul PMAG Gen M3 AR / M4 .223 / 5.56 10/30-Round Magazine
(30)
$17.95
$16.99
Duramag AR-15 .223, 5.56, .300BLK 20-Round Magazine
(47)
$14.99
Duramag 7.62x39 AR-15 30-Round Stainless Steel Magazine
(130)
Hexmag AR-15 .223 / 5.56 20-Round Shorty Polymer Magazine
(35)
ETS Gen 2 AR-15 .223 / 5.56 30-Round Magazine with Coupler
OUT OF STOCK
(309)
Lancer L5 AR-15 .223 / 5.56 10-Round Advanced Warfighter Magazine
Available in GunMag Exclusive OD Green

Duramag 7.62x39 AR-15 30-Round Stainless Steel Magazine
(130)
$24.99
Hexmag AR-15 .223 / 5.56 20-Round Shorty Polymer Magazine
(35)
$16.99
$8.49
ETS Gen 2 AR-15 .223 / 5.56 30-Round Magazine with Coupler
OUT OF STOCK
(309)
$19.99
$11.99
Lancer L5 AR-15 .223 / 5.56 10-Round Advanced Warfighter Magazine
Available in GunMag Exclusive OD Green
(109)
$15.99 - $18.99
ASC 224 Valkyrie, 6.8mm SPC AR-15 25-Round Stainless Steel Magazine
(242)
$14.99
Savage Arms Axis .350 Legend 4-Round Magazine
(5)
$39.99
Lancer L5 AR-15 .300 Blackout 20-Round Advanced Warfighter Magazine
(159)
$15.99 - $18.99
ASC AR-15 .223 / 5.56 30-Round Aluminum Magazine
(327)
$11.99 - $12.99
ProMag AR-15 .223 / 5.56 42-Round Magazine
(424)
$17.99
$14.99
Duramag AR-15 .458 SOCOM 10-Round Stainless Steel Magazine
OUT OF STOCK
(11)
$18.99
Magpul PMAG Gen M3 AR-15 .300 AAC Blackout 20-Round Magazine
(33)
$14.95
ETS Gen 2 AR-15 .223 / 5.56 30-Round Magazine
GunMag Exclusive
(4)
$17.99
$8.99
SAVE $9.00



ASC 6.5 Grendel AR-15 10-Round Stainless Steel Magazine
(364)
$13.99
ASC AR-15 .223 / 5.56 10-Round Aluminum Magazine
(218)
$10.99
ATI Schmeisser 5.56 / .223 AR-15 60-Round Windowed Magazine
(54)
$84.95
$44.99
ASC AR-15 .223 / 5.56 5-Round Aluminum Magazine
(133)
$11.99
Okay Surefeed E2 AR-15 .223 Rem / 5.56 30-Round Magazine 10-Pack
(59)
$139.99
Magpul PMAG D-60 AR-15 .223 / 5.56 60-Round Polymer Drum Magazine
(384)
$129.95
$114.99
Duramag AR-15 6.5 Grendel 10-Round Stainless Steel Magazine
(58)
$13.99
Promag AR-15 Rollermag .223 Rem. 5.56 NATO 30 Round Magazine
(97)
$10.99 - $12.99
ASC AR-15 .223 / 5.56 10-Round Stainless Steel Magazine
(154)
$12.99
Duramag 7.62x39 AR-15 28-Round Stainless Steel Magazine
(98)
$29.99
$27.99
ASC 224 Valkyrie, 6.8mm SPC AR-15 10-Round Stainless Steel Magazine
(227)
$13.99
Hexmag Series 2 AR-15 .223 / 5.56 10/30-Round Carbon Fiber Magazine
(7)
$20.99
$12.99

Duramag 7.62x39 AR-15 5-Round Stainless Steel Magazine
(33)
$13.99
ASC AR-15 .223 / 5.56 20-Round Stainless Steel Magazine
(153)
$12.99
Okay Surefeed AR-15 .223 Rem / 5.56 10-Round Magazine
(52)
$13.99
ASC AR-15 .223 / 5.56 10/30-Round Stainless Steel Magazine
(65)
$17.99
Duramag AR-15 .350 Legend 5-Round Magazine
(17)
$16.99
ASC 6.5 Grendel AR-15 5-Round Stainless Steel Magazine
(108)
$15.99
KCI AR-15 .223 / 5.56mm 50-Round Drum Magazine
(160)
$99.99
Add to Cart to See Price.
Lancer L5 AR-15 .223 / 5.56 5-Round Advanced Warfighter Magazine
(44)
$15.99 - $16.99
10 PACK Magpul PMAG GEN M3 AR-15 .223 / 5.56 30-Round Magazine
(956)
$134.99
ASC AR-15 9mm 32-Round Stainless Steel Magazine
(269)
$17.99
ProMag AR-15 9MM Colt / SMG TYPE (32) RD Steel-lined Black Polymer Magazine
(100)
$13.99
ASC AR-15 .223 Remington, 5.56mm Nato 5-Round Stainless Steel Magazine
(108)
$12.99

10 PACK Lancer L5 AR-15 223 / 5.56 30-Round Advanced Warfighter Magazine
(108)
$129.99 - $189.99
ASC AR-15 .223 / 5.56 30-Round Stainless Steel Magazine
(298)
$12.99
ASC 7.62X39 AR-15 5-Round Stainless Steel Magazine
(126)
$14.99
Lancer L5 AR-15 223 / 5.56 10/30-Round Advanced Warfighter Magazine
(151)
$22.99
Smith & Wesson M&P AR-15 .223 / 5.56 10-Round Aluminum Magazine
(22)
$30.99
Hexmag Series 2 AR-15 .223 / 5.56 15/30-Round Polymer Magazine
(278)
$14.99
$11.99
Metalform SMG AR-15 9mm Conversion Cold Rolled Steel 32-Round Magazine
(30)
$25.99
ProMag AR-15 / M16 .223 / 5.56 30-Round Magazine
(273)
$14.99
$11.99
Duramag AR-15 .223 / 5.56 5-Round Stainless Steel Magazine
(16)
$12.99
FN Scar 16S .223 Rem, 5.56 Nato 30-Round Magazine
(13)
$31.99
10 PACK Magpul PMAG GEN M2 MOE AR-15 .223 / 5.56 30-Round Magazine
$109.99
ASC 224 Valkyrie, 6.8mm SPC AR-15 15-Round Stainless Steel Magazine
(130)
$14.99

CMMG AR-15 .22LR Conversion Clener 10-Round Magazine

★★★★★ (47)

**$18.99**

ProMag AR-15 .223 / 5.56 65-Round Drum Magazine

★★★★☆ (109)

**$74.99**

Okay Surefeed AR-15 .223 Rem / 5.56 30-Round Magazine 10-Pack

★★★★★ (87)

**$129.99**

Duramag AR-15 .223 / 5.56 30-Round Stainless Steel Magazine

★★★★★ (40)

**$12.99**

Cammenga EASYMAG 30-Round Magazine

★★★★★ (3)

~~$19.99~~
**$12.99**
SAVE $7.00

Duramag AR-15 .223 / 5.56 30-Round Aluminum Magazine with Orange Follower

★★★★½ (25)

**$13.99**

ASC 224 Valkyrie, 6.8mm SPC AR-15 5-Round Stainless Steel Magazine

★★★★★ (94)

**$15.99**

ProMag AR-15 .223 / 5.56 20-round Blued Steel Magazine

★★★★☆ (29)

**$13.99**

Duramag AR-15 .350 Legend 10 Round Magazine

OUT OF STOCK

★★★★½ (30)

**$16.99**

6 Pack of Hexmag Series 2 AR 15 .223 / 5.56 10/30-Round Polymer Magazine

★★★★★ (544)

**$59.99**

Colt Sporter AR-15 .223 / 5.56 30-Round Aluminum Magazine

★★★★★ (27)

**$28.99**

ASC AR-15 .223 / 5.56 40-Round Stainless Steel Magazine

★★★★½ (89)

~~$21.99~~
**$19.99**
SAVE $2.00



10 PACK Magpul PMAG GEN M3 AR-15 .223 / 5.56 10-Round Magazine
(5)
$119.99
ETS AR-15 .223 / 5.56 30-Round Magazine
(3)
$19.99
$9.99
Ruger AR-556, SR-556 Takedown 300 Blackout 30-Round Magazine
$18.99
ProMag AR-15 M16 .223 / 5.56 42-Round Desert Tan Magazine
(139)
$14.99
Promag AR-15 Rollermag .223 Rem, 5.56 NATO 40-Round Magazine
(142)
$16.99
HK AR-15 .223 / 5.56 30-Round Sand-Resistant Steel Magazine
(38)
$59.99
Duramag AR-15 6.5 Grendel 26-Round Stainless Steel Magazine
OUT OF STOCK
(28)
$20.99
Duramag AR-15 6.5 Grendel 20-Round Stainless Steel Magazine
(28)
$19.99
Colt Sporter AR-15 .223 / 5.56 20-Round Aluminum Magazine
OUT OF STOCK
(19)
$29.99
ProMag AR-15 .223 / 5.56 30-round Blued Steel Magazine
$14.99
Duramag AR-15 9mm 32-Round Stainless Steel Magazine
OUT OF STOCK
(31)
$18.99
Ruger AR-556, American Ranch Rifle 350 Legend 10-Round Magazine
$18.99
1 2 3

Promag AR-15 Rollermag .223 Rem, 5.56 NATO 40-Round Magazine
(142)
$16.99
HK AR-15 .223 / 5.56 30-Round Sand-Resistant Steel Magazine
(38)
$59.99
Duramag AR-15 6.5 Grendel 26-Round Stainless Steel Magazine
OUT OF STOCK
(28)
$20.99
Duramag AR-15 6.5 Grendel 20-Round Stainless Steel Magazine
(28)
$19.99
Colt Sporter AR-15 .223 / 5.56 20-Round Aluminum Magazine
OUT OF STOCK
(19)
$29.99
ProMag AR-15 .223 / 5.56 30-round Blued Steel Magazine
(34)
$14.99
Duramag AR-15 9mm 32-Round Stainless Steel Magazine
OUT OF STOCK
(31)
$18.99
Ruger AR-556, American Ranch Rifle 350 Legend 10-Round Magazine
(8)
$18.99
1 2 3 »

Customer Service
My Account
Wishlist
Order Status
FAQs
Shipping Restrictions
Shipping Policy
Return Policy
Privacy Policy
Terms of Service
Contact Us
Information
About GunMag Warehouse
Affiliate Program
Jobs & Careers
Customer Reviews
LE Exemption
Tax Exemption
The Mag Life Blog
Contact
Email an expert at support@gunmagwarehouse.com
or call us at 1 (800) 409-9439
Subscribe Today
Get exclusive offers and early access to our best deals!
Email Address...
Sign Up
© 2022 GunMag Warehouse. All Rights Reserved.

GunMag WAREHOUSE
1 (800) 409-9439 Contact Us Track Your Order
Search for products, categories, ...
Sign In / Register Wishlist My Cart
ALL MAGAZINES AMMUNITION PARTS & ACCESSORIES BRANDS GUNMAG EXCLUSIVES SALE THE MAG LIFE BLOG
Home > All Magazines > Rifle Magazines > AR-15 Magazines
Filters
Brand
American Tactical Imports (2)
ASC Magazines (34)
Beretta Magazines (1)
Bulgarian Magazines (1)
Bushmaster Magazines (3)
C Products Defense (47)
Platform
PCC (12)
Rimfire (5)
Ruger (1)
AR-15 (5)
AR-15 Magazines (243)
California Compliant ≤ 10rds (88)
Caliber
204 Ruger (2)
22 Long Rifle (7)
22 Nosler (1)
223 Remington (148)
224 Valkyrie (4)
300 AAC Blackout (40)
Capacity
4-Round (1)
5-Round (28)
7-Round (1)
9-Round (1)
10-Round (55)
15-Round (14)
Material
Aluminum (36)
Steel (95)
Polymer (90)
Stainless Steel (15)
Carbon Fiber (4)
AR-15 Magazines
Huge selection of the most popular AR 15 Magazines. Discounts on Magpul, ProMag, and Hexmag Magazines.
Sort By: Best Sellers
Hexmag Series 2 AR-15 .223 / 5.56 30-Round Carbon Fiber Magazine
(5)
$20.99
$12.99
SAVE $8.00
ASC 7.62X39 AR-15 10-Round Stainless Steel Magazine
OUT OF STOCK
(354)
$14.99
ProMag AR-15 5.56mm 40-Round Steel-Lined Magazine with Roller Follower
(35)
$24.99
$16.99
SAVE $8.00
ASC 6.5 Grendel AR-15 10-15/25-Round Stainless Steel Magazine
(6)
$17.99
10 PACK Magpul PMAG GEN M3 AR-15 .223 / 5.56 40-Round Magazine
(103)
$179.99
ProMag AR-15 9mm Colt SMG-Carbine 32-round Steel Magazine
(20)
$21.99
ASC 6.5 Grendel AR-15 25-Round Stainless Steel Magazine
OUT OF STOCK
(256)
$15.99
Okay Surefeed AR-15 .223 Rem / 5.56 20-Round Magazine
OUT OF STOCK
(52)
$14.99
$11.99
SAVE $3.00

Color
Black (212)
Flat Dark Earth (56)
Olive Drab Green (18)
Gray (24)
Pink (5)
Smoke (10)
Availability
In Stock (153)
Out of Stock (96)
Ruger SR-556 .223 Rem. 5.56 NATO 30-Round Steel Magazine
(14)
$20.99
ASC AR-15 9mm 20-Round Stainless Steel Magazine
OUT OF STOCK
$15.99
Duramag AR-15 5.56 / 300BLK 5-Round Aluminum Magazine with Orange Follower
OUT OF STOCK
(12)
$15.99
$12.99
Duramag AR-15 9mm 10-Round Stainless Steel Magazine
$18.99
ProMag AR-15 .223 / 5.56 10-round (Flush-fit) Blued Steel Magazine
(16)
$19.99
6 Pack of Hexmag Series 2 AR-15 .223 / 5.56 30-Round Magazine
$64.99
Duramag AR-15 9mm 20-Round Stainless Steel Magazine
(4)
$18.99
10 Pack of Magpul PMAG GEN M3 AR-15 .223 / 5.56 20-Round Magazine
$124.99
Promag AR-15 Rollermag .223 Rem, 5.56 NATO 20-Round Magazine
$12.99
Ruger SR-556 .223 Rem. 5.56 NATO 5-Round Steel Magazine
(2)
$19.99
FN SCAR 16S 5.56x45mm 10-Round Magazine
(2)
$34.99
ProMag AR-15 .223 / 5.56 5-round Blued Steel Magazine
(2)
$19.99



ProMag AR-15 .223/5.56 65-Round Drum Magazine - FDE
$109.99
$89.99
KCI AR-15 .223/5.56mm 30-Round Magazine 10-Pack
(3)
$74.99
10 PACK Magpul PMAG GEN M3 AR-15 .300 AAC Blackout 30-Round Magazine
(53)
$144.99
ASC AR-15 .223 / 5.56mm 15/30-Round Stainless Steel Magazine
(14)
$18.99
Hexmag Series 2 AR-15 .223 / 5.56 15/30-Round Polymer Magazine 6-Pack
(124)
$59.99
10 Pack of Magpul PMAG GEN M3 Window AR-15 .223 / 5.56 30-Round Magazine
(342)
$164.99
Duramag AR-15 6.8mm SPC 10-Round Stainless Steel Magazine
(8)
$14.99
Hexmag Series 2 AR-15 .223 / 5.56 15/30-Round Carbon Fiber Magazine
$20.99
$12.99
ProMag AR-15 9mm Colt SMG-Carbine 25-round Steel Magazine
(20)
$20.99
ProMag AR-15 7.62x39mm 5-round Blued Steel Magazine
(10)
$17.99
Duramag AR-15 6.8mm SPC 20-Round Stainless Steel Magazine
(4)
$24.99
ProMag AR-15 .223 / 5.56 5-round (Flush-fit) Blued Steel Magazine
(5)
$19.99

Thril PMX AR-15 .223 / 5.56 30-Round Magazine
$14.49
$11.49
SAVE $3.00
6 PACK Magpul PMAG GEN M3 AR-15 .223 / 5.56 30-Round Magazine
(200)
$79.99
10 PACK Magpul PMAG GEN M2 MOE Window AR-15 .223 / 5.56 30-Round Magazine
(111)
$134.99
ProMag AR-15 9mm 50-Round Drum Magazine for Glock-Compatible PCCs
(11)
$79.99
ProMag AR-15 / M16 .223 & 5.56 10-Round Magazine
(37)
$14.99
6 PACK Magpul PMAG GEN M2 MOE AR-15 .223 / 5.56 30-Round Magazine
(3)
$69.99
Ruger SR-556 6.8mm SPC 25-Round Steel Magazine
(3)
$32.99
Duramag AR-15 .223 / 5.56mm Stainless Steel 5-Round Magazine
(8)
$16.99
$14.99
SAVE $2.00
Duramag AR-15 6.8mm SPC 5-Round Stainless Steel Magazine
(5)
$14.99
ProMag AR-15 9mm SMG 50-Round Drum Magazine
(10)
$79.99
Lancer L5 AR-15 .300 Blackout 10-Round Advanced Warfighter Magazine
OUT OF STOCK
(124)
$15.99 - $18.99
Duramag AR-15 .223 / 5.56mm 5/10-Round Stainless Steel Magazine
(8)
$13.99

HK AR-15 .223 / 5.56 20-Round Magazine
(8)
$64.99
Smith & Wesson M&P15 .223 / 5.56 5-Round Aluminum Magazine
(10)
$30.99
CMMG 5.7x28mm AR-15 10-Round Conversion Magazine 3-Pack
$99.95
HK AR-15 .223 / 5.56 10-Round Magazine
$69.99
ProMag AR-15 9mm Colt/SMG Type 32-Round Hybrid Steel/Polymer Magazine
$32.99
$22.99
Okay Surefeed AR-15 .223 Rem / 5.56 10-Round Magazine 10-Pack
(6)
$139.99
ProMag for Glock-Compatible AR-15 9mm 30-Round Polymer Drum Magazine
$64.99
Strike Industries AR-15 32-Round .223 / 5.56 Magazine
OUT OF STOCK
(9)
$16.95
Case of 100 Magpul PMAG GEN M2 MOE AR-15 .223 / 5.56 30-Round Magazine
(4)
$1,049.99
ASC AR-15 .223 / 5.56 30-Round Aluminum Pink Magazine
(18)
$13.99
Hexmag AR-15 .223/5.56 20-Round Shorty Polymer Magazine 6-Pack
$64.99
ProMag AR-15 9mm Colt / SMG Type 30-Round Drum Magazine
$74.99



Hexmag Series 2 AR-15 .223 / 5.56 30-Round Carbon Fiber Magazine 6-Pack
$74.99
ProMag AR-15 5.56mm 65-Round Polymer Drum Mag
(3)
$89.99
ASC 6.8mm 15/25-Round Stainless Steel Magazine
OUT OF STOCK
$17.99
ProMag AR-15 6.8mm SPC 27-round Blued Steel Magazine
$20.99
Okay Surefeed AR-15 .223 Rem / 5.56 20-Round Magazine 10-Pack
OUT OF STOCK
(20)
$139.99
CPD AR-15 .204 Ruger 10-Round Stainless Steel Magazine
OUT OF STOCK
(4)
$14.99
TAPCO Intrafuse AR-15 223/5.56 30-Round Polymer Magazine
OUT OF STOCK
$13.99
CPD AR-15 5.45X39 30-Round Stainless Steel Magazine
OUT OF STOCK
(2)
$14.99
D&H AR-15 300 AAC Blackout 10-Round Aluminum Magazine
OUT OF STOCK
$18.99
ProMag AR-15 9mm Colt / SMG-Carbine 10-round Blued Steel Magazine
OUT OF STOCK
$19.99
CMMG AR-15 6.5 Grendel 10-Round Magazine
OUT OF STOCK
$19.99
Duramag AR-15 .450 Bushmaster 5-Round Stainless Steel Magazine
OUT OF STOCK
(32)
$24.99



Bushmaster AR-15 .223 / 5.56 20-Round Aluminum Magazine
OUT OF STOCK
(2)
$7.99
Duramag AR-15 .223 / 5.56 10-Round Stainless Steel Magazine
OUT OF STOCK
(106)
$12.99
$9.99
D&H AR-15 .300 AAC Blackout 20-Round Aluminum Magazine
OUT OF STOCK
$18.99
CMMG AR-15 .350 Legend 20-Round Magazine
OUT OF STOCK
(2)
$24.99
ProMag AR-15 .223 / 5.56 20-Round Magazine
OUT OF STOCK
(98)
$11.99
CMMG Bravo .22LR AR-15 Conversion Kit with 10-Round Magazine
OUT OF STOCK
(16)
$229.99
$144.99
Duramag AR-15 .223 / 5.56mm 5/30-Round Aluminum Magazine
OUT OF STOCK
(2)
$12.99
Magpul Emag AR-15, HK 416, SA-80 .223 / 5.56 30-Round Magazine
OUT OF STOCK
(2)
$16.95
D&H AR-15 223 / 5.56 30-Round Aluminum Magazine
OUT OF STOCK
Ruger AR-556 MSR .450 Bushmaster 5-Round Magazine
OUT OF STOCK
(2)
ASC AR-15 9mm 10-Round Stainless Steel Magazine
OUT OF STOCK
(73)
ASC 7.62X39 AR-15 30-Round Stainless Steel Magazine
OUT OF STOCK



D&H AR-15 223 / 5.56 30-Round Aluminum Magazine
OUT OF STOCK
$9.99
Ruger AR-556 MSR .450 Bushmaster 5-Round Magazine
OUT OF STOCK
(2)
$34.99
ASC AR-15 9mm 10-Round Stainless Steel Magazine
OUT OF STOCK
(73)
$15.99
ASC 7.62X39 AR-15 30-Round Stainless Steel Magazine
OUT OF STOCK
(968)
$17.99
CPD AR-15 .223 / 5.56 20-Round Aluminum Magazine w/ Orange Follower
OUT OF STOCK
$11.99
Duramag AR-15 6.8mm SPC 28-Round Stainless Steel Magazine
(9)
$18.99
CMMG Bravo .22LR AR-15 Conversion Kit with 25-Round Magazine
OUT OF STOCK
(32)
$229.99
$144.99
Duramag AR-15 .450 Bushmaster 7-Round Stainless Steel Magazine
OUT OF STOCK
(19)
$23.99
ProMag AR-15 .223 / 5.56 10-round Blued Steel Magazine
OUT OF STOCK
(23)
$19.99
D&H AR-15 .223 / 5.56 20-Round Aluminum Magazine
OUT OF STOCK
$13.99
Beretta AR-15, ARX100 .223 Remington 30-Round Magazine
OUT OF STOCK
(2)
$36.99
$23.99
DISCONTINUED
CPD AR-15 6.8mm SPC 15/25-Round Stainless Steel Magazine
OUT OF STOCK
$18.99



DISCONTINUED
ProMag AR-15 .223 / 5.56 10-round Blued Steel Magazine
OUT OF STOCK
(23)
$19.99
D&H AR-15 .223 / 5.56 20-Round Aluminum Magazine
OUT OF STOCK
$13.99
Beretta AR-15, ARX100 .223 Remington 30-Round Magazine
OUT OF STOCK
(2)
$36.99
$23.99
CPD AR-15 6.8mm SPC 15/25-Round Stainless Steel Magazine
OUT OF STOCK
$18.99
ProMag AR-15 5.56mm 30-Round Steel Lined Polymer Magazine with Roller Follower
(2)
$14.99
ASC 5.45X39 AR-15 30-Round Stainless Steel Magazine
OUT OF STOCK
(30)
$13.99
ASC 7.62X39 AR-15 20-Round Stainless Steel Magazine
OUT OF STOCK
(340)
$21.99
$18.99
Metalform SMG AR-15 9mm Conversion Cold Rolled Steel 20-round Magazine
OUT OF STOCK
(10)
$28.99
Duramag AR-15 .223 / 5.56mm Stainless Steel 10/30-Round Magazine
OUT OF STOCK
(27)
$14.99
ASC 6.8mm 10/25-Round Stainless Steel Magazine
(2)
$17.99
Duramag AR-15 6.5 Grendel 5-Round Stainless Steel Magazine
OUT OF STOCK
(31)
$14.99
DISCONTINUED
CPD AR-15 .223 / 5.56mm 15/20-Round Aluminum Magazine
OUT OF STOCK
$12.99



Duramag AR-15 .223 / 5.56mm Stainless Steel 10/30-Round Magazine
OUT OF STOCK
(27)
$14.99
ASC 6.8mm 10/25-Round Stainless Steel Magazine
(2)
$17.99
Duramag AR-15 6.5 Grendel 5-Round Stainless Steel Magazine
OUT OF STOCK
(31)
$14.99
CPD AR-15 .223 / 5.56mm 15/20-Round Aluminum Magazine
OUT OF STOCK
$12.99
CMMG 5.7x28mm AR-15 40-Round Conversion Magazine (3 Pack)
OUT OF STOCK
(3)
$99.95
Case of 100 Magpul PMAG GEN M3 AR-15 .223 / 5.56 10-Round Magazine
$1,149.99
SGM Tactical AR-15 .223 / 5.56 30-Round Magazine
OUT OF STOCK
(5)
$12.95
Duramag AR-15 .223 / 5.56mm 10/30-Round Aluminum Magazine
OUT OF STOCK
(10)
$12.99
1
2
3

Customer Service
My Account
Wishlist
Order Status
FAQs
Shipping Restrictions
Shipping Policy
Return Policy
Privacy Policy
Terms of Service
Contact Us
Information
About GunMag Warehouse
Affiliate Program
Jobs & Careers
Customer Reviews
LE Exemption
Tax Exemption
The Mag Life Blog
Contact
Email an expert at support@gunmagwarehouse.com
or call us at 1 (800) 409-9439
Subscribe Today
Get exclusive offers and early access to our best deals!
Email Address...
Sign Up
norton
10/18/2022
© 2022 GunMag Warehouse. All Rights Reserved.
Support

GunMag WAREHOUSE.com
1 (800) 409-9439
Contact Us
Track Your Order
Search for products, categories, ...
Sign In / Register
Wishlist
My Cart
ALL MAGAZINES
AMMUNITION
PARTS & ACCESSORIES
BRANDS
GUNMAG EXCLUSIVES
SALE
THE MAG LIFE BLOG
Home > All Magazines > Rifle Magazines > AR-15 Magazines
Filters
Brand
American Tactical Imports (2)
ASC Magazines (34)
Beretta Magazines (1)
Bulgarian Magazines (1)
Bushmaster Magazines (3)
C Products Defense (47)
Platform
PCC (12)
Rimfire (5)
Ruger (1)
AR-15 (5)
AR-15 Magazines (243)
California Compliant ≤ 10rds (88)
Caliber
204 Ruger (2)
22 Long Rifle (7)
22 Nosler (1)
223 Remington (148)
224 Valkyrie (4)
300 AAC Blackout (40)
Capacity
4-Round (1)
5-Round (28)
7-Round (1)
9-Round (1)
10-Round (55)
15-Round (14)
Material
Aluminum (36)
Steel (95)
Polymer (90)
Stainless Steel (15)
Carbon Fiber (4)
AR-15 Magazines
Huge selection of the most popular AR 15 Magazines. Discounts on Magpul, ProMag, and Hexmag Magazines.
Sort By: Best Sellers
CMMG 9mm AR-15 Conversion PMAG 30-Round Magazine
OUT OF STOCK
(3)
$44.99
Duramag 7.62x39 AR-15 10-Round Stainless Steel Magazine
OUT OF STOCK
(77)
$14.99
D&H AR-15 7.62x39mm 10-Round Steel Magazine
OUT OF STOCK
$22.99
Remington R-15 VTR AR-15 .223 / 5.56 5-Round Steel Factory Magazine
OUT OF STOCK
$26.99
TAPCO Intrafuse AR-15 223 / 5.56 30-Round Polymer Magazine
OUT OF STOCK
(43)
$13.99
Case of 100 Magpul PMAG GEN M3 Window AR-15 .223 / 5.56 30-Round Magazine
$1,499.99
HK AR-15 .223 / 5.56 30-Round Magazine
OUT OF STOCK
(5)
$25.99
CPD AR-15 .204 Ruger 5-Round Stainless Steel Magazine
OUT OF STOCK
(4)
$14.99

Color
Black (212)
Flat Dark Earth (56)
Olive Drab Green (18)
Gray (24)
Pink (5)
Smoke (10)
Availability
In Stock (153)
Out of Stock (96)
Surefire AR-15 .223 / 5.56 60-Round Magazine
OUT OF STOCK
(39)
$149.99
$134.99
SAVE $15.00
Bulgarian AR-15 .223 Remington 10-Round Polymer Magazine
OUT OF STOCK
(3)
$9.99
$8.99
SAVE $1.00
Troy Industries Battlemag AR-15 .223 / 5.56 30-Round Magazine
OUT OF STOCK
(4)
$10.99 - $17.99
D&H AR-15 6.8 SPC 25-Round Steel Magazine
OUT OF STOCK
$14.99
Noveske Marked C Products Colt Style 9mm 32-Round Magazine
OUT OF STOCK
$24.99
Case of 100 Magpul PMAG GEN M2 MOE Window AR-15 .223 / 5.56 30-Round Magazine
$1,249.99
Colt Sporter AR-15 .223 / 5.56 9-Round Aluminum Magazine
OUT OF STOCK
$22.99
ProMag AR-15 .22LR Conversion CMMG, Ciener, Spike's, Tactical Solutions 30-round Magazine Black
OUT OF STOCK
(8)
$15.99
D&H AR-15 300 AAC Blackout 30-Round Aluminum Magazine
OUT OF STOCK
(2)
$18.99
Duramag AR-15 .350 Legend 20-Round Magazine
OUT OF STOCK
(53)
$19.99
CMMG AR-15 .22 Nosler 10-Round Magazine
OUT OF STOCK
$20.99
ASC AR-15 .223 / 5.56 30-Round Stainless Steel Pink Magazine
OUT OF STOCK
(12)
$14.99



D&H AR-15 .223 / 5.56 10-Round Aluminum Magazine
OUT OF STOCK
$9.99
ASC AR-15 9mm 32-Round Stainless Steel Magazine (Blemished)
OUT OF STOCK
(24)
$15.99
$13.99
SAVE $2.00
ProMag AR-15 M16 .223 / 5.56 10-Round Desert Tan Magazine
OUT OF STOCK
(19)
$14.99
CMMG Bravo .22LR AR-15 Conversion Kit with Three 25-Round Magazines
OUT OF STOCK
$259.99
$169.99
SAVE $90.00
Duramag AR-15 .223 / 5.56mm / .300BLK 10/30-Round Aluminum Magazine
OUT OF STOCK
(8)
$12.99
Duramag 7.62x39 AR-15 20-Round Stainless Steel Magazine
OUT OF STOCK
(26)
$20.99
CMMG OEM .22LR AR-15 Conversion Kit
OUT OF STOCK
(10)
$209.99
$129.99
SAVE $80.00
Metalform SMG AR-15 9mm Conversion Cold Rolled Steel 10-round Magazine
OUT OF STOCK
(7)
$22.99
DISCONTINUED
CPD AR-15 6.5mm Grendel 15/25-Round Stainless Steel Magazine
OUT OF STOCK
Two Magpul PMAG Gen M3 AR-15 30-Round Magazines and Maglink Promo
OUT OF STOCK
(32)
$45.45
$39.99
DISCONTINUED
CPD AR-15 .223 / 5.56mm 15/30-Round Stainless Steel Magazine
OUT OF STOCK
Bushmaster AR-15 .450 Bushmaster 5-Round Magazine
OUT OF STOCK



DISCONTINUED
CPD AR-15 6.5mm Grendel 15/25-Round Stainless Steel Magazine
OUT OF STOCK
$18.99
Two Magpul PMAG Gen M3 AR-15 30-Round Magazines and Maglink Promo
OUT OF STOCK
(32)
$45.45
$39.99
DISCONTINUED
CPD AR-15 .223 / 5.56mm 15/30-Round Stainless Steel Magazine
OUT OF STOCK
$14.99
Bushmaster AR-15 .450 Bushmaster 5-Round Magazine
OUT OF STOCK
$27.99
CMMG 5.7x28mm AR-15 10-Round Conversion Magazine
OUT OF STOCK
$39.95
MILITARY SURPLUS Bren .303 30-Round Magazine
OUT OF STOCK
(3)
$9.99
Duramag AR-15 .223 / 5.56mm 5/30-Round Aluminum Magazine
OUT OF STOCK
(3)
$12.99
CMMG 9mm AR-15 Conversion PMAG 10-Round Magazine
OUT OF STOCK
(3)
$44.99
CMMG 5.7x28mm AR-15 40-Round Conversion Magazine
OUT OF STOCK
(3)
$39.95
Ruger American Rifle, AR-556 .223 Remington 5.56mm NATO 10-Round Magazine
OUT OF STOCK
$14.99
Case of 75 Magpul PMAG GEN M3 AR-15 .223 / 5.56 40-Round Magazine
$1,299.99
Daniel Defense AR-15 .223 / 5.56mm 32-Round Magazine
OUT OF STOCK
(8)
$19.00



CPD AR-15 .223 / 5.56mm 15/30-Round Aluminum Magazine

OUT OF STOCK

**$12.99**

CMMG AR-15 .350 Legend 5-Round Magazine

OUT OF STOCK

(10)

**$17.99**

Surefire AR-15 .223 / 5.56 100-Round Magazine

OUT OF STOCK

(11)

**$179.99**

ASC 5.45X39 AR-15 10-15/30-Round Stainless Steel Magazine

OUT OF STOCK

**$17.99**

ASC AR-15 .223 / 5.56 20-Round Aluminum Magazine

OUT OF STOCK

(224)

**$9.99**

D&H AR-15 7.62x39mm 30-Round Steel Magazine

OUT OF STOCK

(3)

**$24.99**

Bushmaster AR-15 .223 / 5.56x45mm NATO 30-Round Magazine

OUT OF STOCK

(5)

**$19.99**

Case of 100 Magpul PMAG GEN M3 AR-15 .223 / 5.56 20-Round Magazine

**$1,149.99**

Magpul PMAG LWRC Six8 6.8mm SPC 30-Round Magazine

OUT OF STOCK

(4)

**$25.99**

Magpul PMAG LWRC Six8 6.8mm SPC 30-Round Magazine

OUT OF STOCK

(4)

$25.99

Coordinates: 32°20′9.5″N 110°58′30.5″W

WIKIPEDIA

# 2011 Tucson shooting

On January 8, 2011, U.S. Representative Gabby Giffords and 18 others were shot during a constituent meeting held in a supermarket parking lot in Casas Adobes, Arizona, in the Tucson metropolitan area. Six people were killed, including federal District Court Chief Judge John Roll; Gabe Zimmerman, one of Giffords's staffers; and a 9-year-old girl, Christina-Taylor Green.[7][8][9][10][11] Giffords was holding the meeting, called "Congress on Your Corner", in the parking lot of a Safeway store when Jared Lee Loughner drew a pistol and shot her in the head before proceeding to fire on other people.[8][9] One additional person was injured in the immediate aftermath of the shooting.[12] News reports identified the target of the attack to be Giffords, a Democrat representing Arizona's 8th congressional district.[8] She was shot through the head at point-blank range, and her medical condition was initially described as "critical".[8][9]

Loughner, a 22-year-old Tucson man who was fixated on Giffords, was arrested at the scene.[13] Federal prosecutors filed five charges against him, including the attempted assassination of a member of Congress and the assassination of a federal judge.[10][14][15] Loughner previously had been arrested once (but not convicted) on a minor drug charge[16] and had been suspended by his college for disruptive behavior. Court filings include notes handwritten by Loughner indicating he planned to assassinate Giffords.[14] Loughner did not cooperate with authorities, invoking his right to remain silent.[9] He was held without bail and indicted on 49 counts. In January 2012, Loughner was found by a federal judge to be incompetent to stand trial based on two medical evaluations, which diagnosed him with paranoid schizophrenia.[17] On August 7, Loughner had a hearing in which he was judged competent. He pleaded guilty to 19 counts, and in November 2012 was sentenced to life in prison.

Following the shooting, American and international politicians expressed grief and condemnations. Gun control advocates pushed for increased restrictions on the sale of firearms and ammunition, specifically high-capacity magazines.[18] Some commentators criticized the use of harsh political rhetoric in the United States, with a number blaming the political right wing for the shooting. In particular, Sarah Palin was criticized for a poster by her political action committee that featured stylized crosshairs on an electoral map which included Giffords. Palin rejected claims that she bore any responsibility for the shooting.[19][20] President Barack Obama led a nationally televised memorial service on January 12, and other memorials took place.

**2011 Tucson shooting**

Part of mass shootings in the United States

First responders at the crime scene outside the Casas Adobes Safeway

| | |
|---|---|
| **Location** | Casas Adobes, Arizona, near Tucson |
| **Coordinates** | 32°20′9.5″N 110°58′30.5″W |
| **Date** | January 8, 2011 10:10 a.m. MST (UTC−07:00) |
| **Target** | U.S. Representative Gabby Giffords |
| **Attack type** | Mass shooting, mass murder, assassination attempt |
| **Weapons** | Glock 19 semi-automatic pistol with a 33-round magazine[1][2][3][4][5][6] |
| **Deaths** | 6 (including federal judge John Roll) |
| **Injured** | 15 (including the perpetrator; 13 by gunfire, including Giffords) |
| **Perpetrator** | Jared Lee Loughner |

## Contents

**Shooting**
**Investigation**
- Perpetrator
- Legal proceedings

**Victims**
- Gabby Giffords

**Reaction**
- Political
- Media
- Memorials
- Others

**See also**
**References**
**External links**

## Shooting

Roadside sign for the "Congress on Your Corner" constituent meeting

The shooting took place on January 8, 2011, at 10:10 A.M. MST (17:10 UTC).[21][22] A United States Representative from Arizona, Gabrielle Giffords, was holding a constituent meeting called "Congress on Your Corner"[15][23] at the Safeway supermarket in La Toscana Village mall, which is in Casas Adobes, a census-designated place north of Tucson.[24] Giffords had set up a table outside the store and about 20 to 30 people were gathered around her when a 22-year-old man by the name of Jared Lee Loughner suddenly drew a pistol and shot Giffords in the head.[25][26] The shooting was caught on video by a store security camera, but was not released to the public.[22][27]

Weapons recovered from perpetrator; knife, four magazines, Glock 19

Loughner proceeded to fire apparently randomly at other members of the crowd.[7][28] He was armed with a Glock 19 semi-automatic pistol with four magazines, two of which were capable of holding 33 rounds.[29][30][5][6] A nearby store employee said he heard "15 to 20 gunshots".[31] Loughner stopped to reload, but dropped the loaded magazine from his pocket to the sidewalk, from where bystander Patricia Maisch grabbed it.[32] Another bystander (Roger Salzgeber) clubbed the back of the assailant's head with a folding chair, injuring his elbow in the process, representing the 14th injury.[33] Loughner was tackled to the ground by Bill Badger, a 74-year-old retired United States Army Colonel[34] who had also been shot himself. Loughner was further subdued by Maisch and bystanders Roger Salzgeber and Joseph Zamudio.

Zamudio, a concealed weapon (CCW) permit holder, had a weapon on his person, but arrived after the shooting had stopped and did not draw his firearm.[35] Thirty-one shell casings were found at the scene by investigators.[36]

The first call from the scene to emergency services was received at 10:11 A.M.[21] While waiting for help to arrive, Giffords's intern Daniel Hernández Jr. applied pressure to the gunshot wound on her forehead, and made sure she did not choke on her blood. Hernández, and local paramedic Aaron Rogers are credited with saving Giffords's life.[37][38] David and Nancy Bowman, a married doctor and nurse who were shopping in the store, immediately set up triage and attended to nine-year-old Christina-Taylor Green.[11] Police arrived on the scene at 10:15 A.M., with paramedics arriving at 10:16 A.M.[39] Badger observed the assailant attempting to discard a small bag containing money and identification, which was recovered by the officers.[40] Following the shooting, the police shut down roads surrounding the shopping center until late in the day. The intersection was cordoned off and most of the businesses in the shopping center were closed throughout the weekend during the initial investigation.[41] The Safeway store reopened a week later, with a makeshift memorial erected near the front of the store.[42]

Five people died at the scene,[43] including Chief Judge John Roll and Giffords's community outreach director Gabe Zimmerman.[7][10] Several of the injured were taken to University Medical Center in Tucson.[44] Christina-Taylor Green was later pronounced dead on arrival at the hospital.[9][45]

When Loughner's parents arrived at their home, unaware of the shootings, they found police tape and police cars around their house. Their neighbor Wayne Smith said Loughner's mother "almost passed out right there", while his father sat in the road and cried. Smith described the family as "devastated", feeling guilty, and wondering "where did they fail?"[46] Loughner's parents released a statement three days later expressing remorse for the victims and saying, "We don't understand why this happened."[47]



La Toscana Village mall. The attack occurred near the Safeway main entrance, which is below the gable-end.[48]

# Investigation

Jared Lee Loughner, the suspect, was described as a white male in his mid-20s with short hair and "dressed in a shabby manner". He was arrested after being detained by bystanders,[8][49][50] and police later released his name and details.[49] The FBI attempted to question Loughner, but he reportedly refused to cooperate with authorities and invoked his Fifth Amendment rights.[8][9][51] Authorities said that Loughner's motive was unknown.[9] They said that evidence seized from a safe in Loughner's home included an envelope marked with notes reading "I planned ahead", "My assassination", and "Giffords", as well as a letter from Giffords's office thanking him for attending a similar event in 2007.[14][52]

Federal officials charged Loughner the next day with killing federal government employees, attempting to assassinate a member of Congress and attempting to kill federal employees.[53][54][55] Police reports reveal he had purchased a Glock pistol at a Sportsman's Warehouse store, after passing the required FBI background check,[56] less than six weeks before and attempted to buy additional ammunition for the pistol at a Walmart on the morning of the shooting,[57] but the clerk refused to sell it to him based on his appearance and demeanor.[58][59]

Police investigate the crime scene, seen here around two hours after the attack

As the shooting occurred outside the Tucson city limits in unincorporated Casas Adobes, the Pima County Sheriff's Department started the initial investigation with assistance from the Tucson Police Department and the Arizona Department of Public Safety.[60] The Federal Bureau of Investigation director Robert Mueller was ordered to the location by President Obama, and the FBI took over the investigation.[61] The United States Capitol Police also conducted an investigation.[8]

## Perpetrator

Photograph of Loughner taken by U.S. Marshals

Jared Lee Loughner, then age 22, lived with his parents Randy and Amy Loughner in Tucson,[62] about 5 miles (8.0 km) from the site of the shooting.[49][62] His mother worked for the City Parks Department; his father's work was not known.[63] Loughner had been attending Pima Community College. Former classmates stated Loughner (at the time) cared about his education due to his appreciation of knowledge.[63] Because of teacher and student complaints about Loughner's increasingly disruptive behavior in classes, the college suspended him on September 29, 2010, and he dropped out of the school in October.[62][63] Loughner chose not to return, as the college required him to have a mental health evaluation and clearance to be readmitted.[62][63]

Before the shooting, Loughner had two previous offenses, one of which was for drug possession.[64] He had become obsessed with Giffords,[65] and had previously met her at a "Congress on your Corner" event in a Tucson mall in August 2007.[66]

U.S. Army officials said that Loughner had attempted to enlist in 2008, but his application had been rejected as "unqualified" for service.[63] They declined further disclosure due to confidentiality rules.[49][62][67] An administration official indicated to the media that Loughner had failed a drug test.[68]

Loughner had been posting material online for some time via his Myspace account and on YouTube under the name "Classitup10".[62][69][70] He gave his views on terrorism, federal laws, and his belief that the government was brainwashing the citizenry with language.[62][64][70][71] Hours before the incident, Loughner's Myspace page was updated with posts from his account stating, "Goodbye", and said to friends: "Please don't be mad at me."[62][72][73]

On November 30, 2010, Loughner purchased a Glock 19 semi-automatic pistol at a Sportsman's Warehouse store in Tucson, passing a background check.[1]

Earlier on the day of the shooting, Loughner reportedly had an altercation with his father regarding a black bag the younger man took from a car trunk.[74] A bag matching the description was later found in a nearby desert area containing 9mm ammunition, and it is believed to belong to Loughner.[75] Later that morning, at approximately 7:30 A.M., Loughner was stopped by an Arizona Game and Fish Department officer after running a red light, but was released with a reminder when it was determined that he did not have any outstanding warrants.[74]

## Legal proceedings

Federal Correctional Institution, Phoenix, where Loughner was being held[76]

Loughner was held in the Federal Correctional Institution at Phoenix without bail.[76][77] All Arizona-based federal judges recused themselves from the case because of their ties to Judge Roll, who was killed in the attack.[78][79] The federal case was assigned to a San Diego-based jurist, federal Judge Larry Alan Burns from the United States District Court for the Southern District of California.[80] The public defender Judy Clarke, also based in San Diego, was appointed to represent Loughner in federal court.[81][82]

On January 19, 2011, a federal grand jury handed down an indictment for three counts against Loughner for the attempt to assassinate Representative Giffords, and attempting to kill two federal employees, her aides Ron Barber and Pamela Simon.[83] Loughner was indicted on additional charges of murder and attempted murder on March 3, for a total of 49 counts.[84]

Prosecutors representing the state of Arizona filed murder and attempted murder charges on behalf of the victims who were not federal employees. Under Arizona's speedy trial statutes, Arizona state prosecutors normally have ten days from the time a suspect is taken into custody to file charges, but time spent in federal custody does not count toward this limitation.[85] Conviction in either federal or state court meant that Loughner could face the death penalty.

On May 25, 2011, Judge Burns found Loughner incompetent to stand trial based on two medical evaluations. These evaluations had diagnosed him with paranoid schizophrenia.[17] Loughner was ordered to be forcibly medicated following his diagnosis of schizophrenia.[86] A new evaluation was ordered for January 25, 2012.[87]

On February 6, 2012, his stay at the Springfield, Missouri facility was extended by four months.[88] A request by Loughner's lawyers to end forced medication was denied.[89] Another competency hearing was set for June 27, 2012, but later rescheduled.[90][91]

On August 7, 2012, Loughner's competency hearing began with testimony from Dr. Christina Pietz, Loughner's forensic psychologist, who testified that she believed Loughner was competent to stand trial. After hearing the evidence, Judge Burns ruled that Loughner was competent to stand trial, whereupon Loughner pleaded guilty to 19 counts, sparing himself the death penalty.[92]

On November 8, 2012, Loughner appeared for sentencing, with several of his victims as well as relatives of those he killed in attendance. Judge Burns sentenced Loughner to seven consecutive life terms plus 140 years in prison without parole.[93][94][95]

After his sentencing in federal court, Pima County Attorney Barbara LaWall announced that she would not prosecute Loughner on behalf of the state of Arizona. LaWall explained that her decision would afford the victims and their families, as well as the community in Tucson and Pima County, an opportunity to move forward with their lives. She said that, after speaking and consulting personally with each of the surviving victims and with the family members of those killed, it was clear that they would not be benefitted by a state prosecution. Surviving victims and family members told LaWall that they are "completely satisfied with the federal prosecution", that "justice has been served", and that the federal sentence is "suitably severe".[96]

# Victims

Six people were killed in the attack;[97] all but Christina-Taylor Green died at the scene of the shooting:[98]

 

Chief Judge John Roll          Gabe Zimmerman

- Christina-Taylor Green, 9, of Tucson.[99] Green was accompanied to the meeting by neighbor Susan Hileman.[45][100] As her date of birth was September 11, 2001, she had appeared in the book *Faces of Hope: Babies Born on 9/11* (page 41).[101][102][103] She was the granddaughter of former Major League Baseball player and manager Dallas Green and the second cousin of actress Sophia Bush.[102][104]
- Dorothy "Dot" Morris, 76, a retired secretary from Oro Valley; wife of George, who was wounded.[97][105]
- John Roll, 63, chief judge of the U.S. District Court for Arizona, named to the federal bench by President George H. W. Bush in 1991.[45][106]
- Phyllis Schneck, 79, homemaker from Tucson.[97][107]
- Dorwan Stoddard, 76, retired construction worker, died from a gunshot wound to the head; his wife Mavy was wounded.[97][108]
- Gabriel "Gabe" Zimmerman, 30, community outreach director for Giffords,[8][45] and a member of Giffords's staff since 2006. Zimmerman was the first Congressional staffer killed in the line of duty.[109][110]

In addition to the six dead, thirteen other people were wounded by gunshot in the attack, while a fourteenth person was injured subduing Loughner. Gabrielle Giffords and two other members of her staff were among the surviving gunshot victims.[12] Staffer Ron Barber, shot in the thigh and face, would later succeed Giffords in her House seat.[111]

## Gabby Giffords

Gabby Giffords was reported to be the target of the shootings.[8] Some news organizations initially reported she had been killed, but these statements were quickly revised to reflect that she had survived with a gunshot wound to the head.[112][113] Daniel Hernández Jr., one of Giffords's interns, assisted her after she was wounded and is credited with saving her life.[114][115][116]

Giffords was taken to University Medical Center in critical condition,[7][117] although she was still conscious. Within 38 minutes,[118] Giffords underwent emergency surgery,[119] and part of her skull was removed to prevent further brain damage caused by swelling.[118] She was placed into a medically induced coma to allow her brain to rest.[120] During a memorial ceremony on January 12, President Obama

announced that earlier that day Giffords had opened her eyes for the first time since the attack.[121]

Giffords in 2010, official portrait

As Giffords's status improved, she began simple physical therapy and music therapy.[122] On January 21, 2011, less than two weeks after the attack, her condition was deemed sufficiently stable for her to be released to Houston's Memorial Hermann Medical Center. A few days later she was moved to the center's Institute for Rehabilitation and Research to undergo a program of physical therapy and rehabilitation.[123][124] After examination, her Houston doctors were optimistic, saying she has "great rehabilitation potential".[125]

On August 1, 2011, she made her first public appearance on the House floor to vote in favor of raising the debt limit ceiling. She was met with a standing ovation and accolades from her fellow members of Congress.[126] Giffords engaged in intensive rehabilitation treatments in Asheville, North Carolina, from October 25 through November 4.[127] In 2011, Mark Kelly, Giffords's husband, published a memoir, *Gabby: A Story of Courage and Hope*, crediting her with joint authorship. He wrote that Giffords vows to return to Congress, although she continues to struggle with language and has lost 50 percent of her vision in both eyes.[128] Kelly himself was elected U.S. Senator from Arizona in 2020.

On January 22, 2012, Giffords announced that she would resign from her congressional seat in order to concentrate on her recovery, but promised to return to public service in the future.[129] She submitted her resignation on January 25 on the floor of the House in an emotional appearance; colleagues and the House leadership offered their tributes to her courage and strength.[130]

# Reaction

## Political

In the wake of the shooting, Democrats and Republicans both called for a cooling of political rhetoric and a return to bipartisanship.[19] On the eve of the shooting, Giffords had written to a Republican friend, Trey Grayson, Secretary of State of Kentucky, saying, "we need to figure out how to tone our rhetoric and partisanship down."[131] In March 2010, Giffords had expressed concern about the use of crosshairs on a national midterm election map on Sarah Palin's campaign webpage denoting targeted congressional seats, including Giffords', in Arizona's 8th district. Shortly after the map's posting and the subsequent vandalizing of her office that month, Giffords said, "We're in Sarah Palin's 'targeted' list, but the thing is that the way she has it depicted, we're in the crosshairs of a gun sight over our district. When people do that, they've got to realize that there are consequences to that action." At that point in the interview, however, the interviewer said, "campaign rhetoric and war rhetoric have been interchangeable for years."[28][132] The image was removed from Palin's "takebackthe20" website following the January shootings.[132][133][134] Palin responded to her critics in a January 12 video, rejecting the notion that anyone other than the gunman could bear any responsibility for the Tucson shooting, and accusing the press of manufacturing a "blood libel" to blame her and the right wing for the attacks.[20][135][136] No link was proven between the crosshairs map and the shooting, and it is unclear whether Loughner ever saw the map.[137]

The political climate in the United States and in Arizona in particular was pointed to by some observers as a possible contributing factor for the violent act. For example, Clarence Dupnik, Pima County Sheriff, initially expressed concern that overheated political rhetoric and violence may be related, observing, "When you look at unbalanced people, how they respond to the vitriol that comes out of certain mouths about

tearing down the government. The anger, the hatred, the bigotry that goes on in this country is getting to be outrageous." He believed that Arizona had unfortunately become "the capital" of such feelings. "We have become the mecca for prejudice and bigotry," he said.[138][139] But, Dupnik later said that he had no evidence that the killings were a result of anything particular which Loughner may have read or heard.[140] International media referred to the political climate in the United States and the Palin map in particular.[141][142][143][144][145] The French newspaper *Le Monde* said that the attack seemed to confirm "an alarming premonition that has been gaining momentum for a long time: that the verbal and symbolic violence that the most radical right-wing opponents have used in their clash with the Obama administration would at some point lead to tragic physical violence."[146] President Obama called the shooting an "unspeakable tragedy", adding that "such a senseless and terrible act of violence has no place in a free society".[147] Arizona Governor Jan Brewer called the attack "senseless and cruel violence"[148] and House Speaker John Boehner said, "An attack on one who serves is an attack on all who serve. Acts and threats of violence against public officials have no place in our society".[149] Chief Justice John Roberts issued a statement noting, "we in the judiciary have suffered the terrible loss of one of our own", with the death of Chief Judge John Roll.[150]

Political figures such as Arizona's United States Senators Jon Kyl[151] and John McCain,[152] House Majority Leader Eric Cantor, House Minority Leader Nancy Pelosi[153] issued statements. Numerous foreign politicians additionally commented on the shooting, including Canadian Foreign Affairs Minister Lawrence Cannon,[154] British Prime Minister David Cameron,[153] Spanish Prime Minister José Luis Rodríguez Zapatero,[155] and Cuba's Fidel Castro.[156] The website GiffordsIsLying.com, run by Giffords's former opponent Jesse Kelly, was replaced with a single page urging support for Giffords and her family.

Senator Chuck Schumer called for a fresh look at gun control laws in the United States, including the possibility of high-capacity magazine ban, and prohibiting a person who has been rejected for military service due to drug use from owning a gun.[18] Homeland Security Committee chairman Peter T. King announced that he would introduce a bill to ban the carrying of firearms within 1,000 feet (300 m) of certain federal officials.[157] Representative Carolyn McCarthy announced that she would introduce legislation to ban the sale of high-capacity magazines to civilians.[158]

## Media

Some media commentators, such as Howard Kurtz and Toby Harnden, criticized what they perceived as a rush to judgment about the shooter's motivation, disputing suggestions that the shooting was the result of the Tea Party movement or anything in connection to Palin.[159][160][161][162] Paul Krugman wrote an op-ed piece arguing that political rhetoric had become toxic.[163] With renewed calls to tone down political rhetoric after the shooting,[164][165][166] Keith Olbermann said, "Violence, or the threat of violence, has no place in our Democracy, and I apologize for and repudiate any act or any thing in my past that may have even inadvertently encouraged violence."[164] Jon Stewart stated that he did not know whether or not the political environment contributed to the shooting, but, "For all the hyperbole and vitriol that's become a part of our political process—when the reality of that rhetoric, when actions match the disturbing nature of words, we haven't lost our capacity to be horrified. ... Maybe it helps us to remember to match our rhetoric with reality more often."[166]

## Memorials


Memorial at site of shooting

U.S. flags flown by the federal government were displayed at half-staff from January 9, 2011, until sunset on January 15, 2011, in honor of the victims of the Tucson shooting.[167] A national moment of silence was held at 11:00 a.m. EST on January 10, 2011, on the South Lawn of the White House as well as the steps of the United States Capitol.[168] President Obama went to Tucson on January 12, where he met with the families of the victims and visited Giffords at her bedside in the medical center before attending the evening's televised memorial ceremony where he delivered a memorial speech.[169]

Among other memorials: when the Safeway store reopened after the shooting, the staff erected a makeshift memorial;[42] at the 2011 Major League Baseball All-Star Game, Giffords's intern, Daniel Hernandez Jr., was accompanied onto the field by the families of the shooting victims, and threw the ceremonial first pitch;[170] and for the 2011 State of the Union Address, Senator Mark Udall of Colorado proposed that members of both houses sit together regardless of party, with one seat left empty in honor of Giffords.[171]

Christina-Taylor Green, the youngest of the victims, had an interest in politics and said that she had wanted to attend college at Penn State University;[172] she was born in Pennsylvania and had a connection to the state through her grandfather, Dallas Green.[173][174] The university honored her with a brick on the Alumni Walk on campus, and with a certificate in her memory.[173]

## Others

On the night of January 11, 2011, Governor Brewer signed emergency legislation to prohibit protests within 300 feet (91 m) of any funeral services, in response to an announcement by the Westboro Baptist Church that it planned to picket the funeral of shooting victim Christina-Taylor Green.[175][176] The members of the congregation agreed to appear on talk radio in exchange for dropping their plans to picket the funeral.[177]

On Sunday, January 16, 2011, eight days after the shooting, Vietnam War veteran James Eric Fuller, who had been shot in the knee during the attack, was arrested for disorderly conduct at a town hall meeting. After Tucson Tea Party figure Trent Humphries, who had faulted Giffords for not having enough security, stated that gun control measures should not be discussed until all those killed in the shooting were buried, Fuller allegedly took a picture of Humphries and shouted, "You're dead." In an interview during the week after the shooting, Fuller had criticized Palin and what he called the "Tea Party crime-syndicate" for promoting a divisive political climate before the attacks.[23] The police then committed him to an undisclosed medical facility to undergo a psychiatric evaluation. A police spokesman stated that the hospital will determine when he will be released.[178] Meanwhile, Humphries said he was worried about Fuller's threat, and the dozens of other angry e-mails he received from people blaming right-wing political rhetoric for contributing to the assassination attempt on Giffords.[179]

# See also

- List of United States federal judges killed in office
- List of United States Congress members killed or wounded in office
- List of massacres in Arizona
- Bill Gwatney
- Murder of Jo Cox

# References

1. Martin, Andrew (January 14, 2011), "Tucson Shootings Add to Glock's Notoriety" (https://www.nytimes.com/2011/01/15/business/15glock.html), *The New York Times*, retrieved July 26, 2018
2. Grimaldi, James V.; Kunkle, Fredrick (January 9, 2011). "Gun used in Tucson was purchased legally; Arizona laws among most lax in nation" (https://www.washingtonpost.com/wp-dyn/content/article/2011/01/09/AR2011010901912.html). *The Washington Post*. Retrieved July 26, 2018.
3. Kim, Susanna (January 11, 2011). "Glock 19: How did Unemployed Jared Loughner Buy Popular, Expensive Pistol?" (https://abcnews.go.com/Business/questions-remain-jared-loughner-paid-expensive-firearm/story?id=12585290). ABC News. Retrieved July 26, 2018.
4. Feldmann, Linda (January 10, 2011). "Why Jared Loughner was allowed to buy a gun" (https://www.csmonitor.com/USA/Politics/2011/0110/Why-Jared-Loughner-was-allowed-to-buy-a-gun). *The Christian Science Monitor*. Retrieved July 26, 2018.
5. Horwitz, Sari; Hedgpeth, Dana; Fahrenthold, David (January 12, 2011). "Investigators probe Loughner's gun purchase, examine finances" (https://www.washingtonpost.com/wp-dyn/content/article/2011/01/11/AR2011011107371.html). *The Washington Post*. Retrieved July 25, 2018. "The investigators believe that Loughner, 22, did not have sufficient income of his own to buy the Glock 19 semiautomatic handgun, the four magazines and the knife he allegedly carried to the event in front of a Tucson supermarket, the sources said. They estimated the cost at close to $1,000. Two of the magazines were extended ones capable of holding up to 33 rounds."
6. Montopoli, Brian (January 12, 2011). "Will Tucson Tragedy Shift Gun Control Debate?" (https://www.cbsnews.com/news/will-tucson-tragedy-shift-gun-control-debate/). CBS News. Retrieved July 26, 2018. "What they have spent less time discussing are the tools that allowed Loughner to allegedly carry out the attack – the high powered weapon and ammunition that helped him do so much damage so quickly. Arizona has some of the laxest gun laws in the nation, laws that allowed Loughner to purchase and carry a Glock 19 9mm semi-automatic pistol – and high-capacity clips – despite the fact that he was barred from his community college campus because administrators saw him as a mentally-unstable security threat...The clip allegedly used by Loughner, which allows for 33 shots without reloading instead of about 10 in a normal clip, would have been illegal under the assault weapons ban that Congress let expire in 2004."
7. "Arizona Congresswoman Giffords shot; doctors 'optimistic' about recovery chances" (https://www.azcentral.com/news/articles/2011/01/08/20110108arizona-giffords-brk.html). *The Arizona Republic*. January 8, 2011. Retrieved January 12, 2011.
8. Lacey, Marc; David M. Herszenhorn (January 9, 2011). "In Attack's Wake, Political Repercussions" (https://www.nytimes.com/2011/01/09/us/politics/09giffords.html). *The New York Times*. ISSN 0362-4331 (https://www.worldcat.org/issn/0362-4331). Archived (https://web.archive.org/web/20110110024111/http://www.nytimes.com//2011//01//09//us//politics//09giffords.html) from the original on January 10, 2011. Retrieved January 12, 2011.
9. "Police 'actively pursuing' second person in Tucson shooting" (http://us.cnn.com/2011/CRIME/01/08/arizona.shooting/). CNN. January 8, 2011. Retrieved January 8, 2011.
10. "Criminal Complaint Against Jared Lee Loughner" (http://documents.nytimes.com/criminal-complaint-against-jared-lee-loughner). *The New York Times*.
11. Couric, Katie (January 10, 2011). "Strangers Linked by Tragedy in Tucson Rampage" (https://www.cbsnews.com/news/strangers-linked-by-tragedy-in-tucson-rampage/). *CBS News*. Archived (https://web.archive.org/web/20110209115359/http://www.cbsnews.com/stories/2011/01/10/eveningnews/main7232620.shtml) from the original on February 9, 2011. Retrieved January 11, 2011.

12. Bell, Melissa; Buck, James (January 14, 2011). "Updated: List of injured victims in Arizona shooting released by Pima County sheriff" (http://voices.washingtonpost.com/blog-post/2011/01/arizona_shooting_victims_the_i.html). *The Washington Post*. Retrieved January 14, 2011.

13. Kanalley, Craig (January 8, 2011). "Jared Lee Loughner Identified As Gabrielle Giffords Shooter" (https://www.huffingtonpost.com/2011/01/08/jared-lee-loughner-gabrielle-giffords-shooter_n_806243.html). *Huffington Post*. Archived (https://web.archive.org/web/20110111195655/http://www.huffingtonpost.com/2011/01/08/jared-lee-loughner-gabrielle-giffords-shooter_n_806243.html) from the original on January 11, 2011. Retrieved January 13, 2011.

14. "Suspect in Arizona massacre: 'I planned ahead' " (http://www.suntimes.com/3228379-417/giffords-born-chances-commands-described.html). *Chicago Sun-Times*. Associated Press. January 10, 2011. Retrieved January 14, 2011.

15. Lacey, Marc (January 9, 2011). "Evidence Points to Methodical Planning" (https://www.nytimes.com/2011/01/10/us/10giffords.html). *The New York Times*. ISSN 0362-4331 (https://www.worldcat.org/issn/0362-4331). Archived (https://web.archive.org/web/20110904065453/http://www.nytimes.com/2011/01/10/us/10giffords.html) from the original on September 4, 2011. Retrieved January 11, 2011.

16. "Jared Lee Loughner, suspect in Gabrielle Giffords shooting, had college run-ins" (https://www.azcentral.com/news/articles/2011/01/09/20110109jared-lee-loughner-gabrielle-giffords-arizona-shooting.html) azcentral.com, January 9, 2011. Retrieved January 23, 2014.

17. "Judge: Loughner not competent to stand trial in Arizona shootings" (http://news.blogs.cnn.com/2011/05/25/judge-loughner-not-competent-to-stand-trial/). CNN. May 25, 2011. Archived (https://web.archive.org/web/20110527014202/http://news.blogs.cnn.com/2011/05/25/judge-loughner-not-competent-to-stand-trial/) from the original on May 27, 2011. Retrieved May 25, 2011.

18. Cohen, Tom (January 17, 2011). "Democrats face tough fight on gun control after Tucson shootings" (http://edition.cnn.com/2011/POLITICS/01/16/congress.gun.control/index.html). CNN. Archived (https://web.archive.org/web/20110121222002/http://edition.cnn.com/2011/POLITICS/01/16/congress.gun.control/index.html) from the original on January 21, 2011. Retrieved January 23, 2011.

19. Przybyla, Heidi (January 10, 2011). "Giffords Shooting in Arizona May Cool U.S. Political Rhetoric, Hurt Palin" (https://www.bloomberg.com/news/2011-01-09/lawmakers-urge-end-to-political-rhetoric-after-tucson-shootings.html). Bloomberg. Archived (https://web.archive.org/web/20110110103753/http://www.bloomberg.com/news/2011-01-09/lawmakers-urge-end-to-political-rhetoric-after-tucson-shootings.html) from the original on January 10, 2011. Retrieved January 9, 2011.

20. Zeleny, Jeff; Shear, Michael D. (January 12, 2011). "Palin Joins Debate on Heated Speech With Words That Stir New Controversy" (https://www.nytimes.com/2011/01/13/us/13palin.html). *The New York Times*. Archived (https://web.archive.org/web/20110113043443/http://www.nytimes.com//2011//01//13//us//13palin.html) from the original on January 13, 2011. Retrieved January 12, 2011.

21. Gillum, Jack (January 16, 2011). "Timeline shows Loughner's actions hours before arrest" (https://www.usatoday.com/news/nation/2011-01-14-loughner-timeline_N.htm). *USA Today*. Retrieved January 14, 2011.

22. Oppel Jr., Richard A. (January 18, 2011). "Video Captured 'Calculated' Gunman in Tucson" (https://www.nytimes.com/2011/01/19/us/19giffords.html). *The New York Times*. Archived (https://web.archive.org/web/20110119022143/http://www.nytimes.com/2011/01/19/us/19giffords.html) from the original on January 19, 2011. Retrieved January 18, 2011.

23. Dolnick, Sam (January 12, 2011). "Flashbacks and Lingering Questions for Survivors" (https://www.nytimes.com/2011/01/13/us/13survivors.html). *The New York Times*. ISSN 0362-4331 (https://www.worldcat.org/issn/0362-4331). Archived (https://web.archive.org/web/20110113055459/http://www.nytimes.com/2011/01/13/us/13survivors.html) from the original on January 13, 2011. Retrieved January 13, 2011.
24. "Routine event turned deadly fast" (https://web.archive.org/web/20121015225901/http://www.startribune.com/nation/113181349.html). *Star Tribune*. Minneapolis – Saint Paul. Los Angeles Times, The New York Times. January 10, 2011. Archived from the original (http://www.startribune.com/nation/113181349.html) on October 15, 2012. Retrieved January 11, 2011. "She and an aide parked an SUV in the lot of La Toscana Village, a mall about 8 miles north of downtown Tucson."
25. Alltucker, Ken (January 12, 2011). "Obama visits Giffords at hospital, leaves for speech on campus" (https://www.azcentral.com/news/articles/2011/01/12/20110112gabrielle-giffords-more-responsive-brk12-ON.html). *The Arizona Republic*. Retrieved January 12, 2011.
26. Lacey, Marc; Williams, Timothy (January 13, 2011). "Doctors Call Giffords's Progress Remarkable" (https://www.nytimes.com/2011/01/14/us/14giffords.html). *The New York Times*. Retrieved January 16, 2011.
27. Nakamura, David; Hedgpeth, Dana; Horwitz, Sari (January 19, 2011). "Videos show details of Tucson shooting" (https://www.washingtonpost.com/wp-dyn/content/article/2011/01/18/AR2011011801155.html). *The Washington Post*. Retrieved January 19, 2011.
28. Quinn, Ben; Gallagher, Paul (January 9, 2011). "US congresswoman Gabrielle Giffords shot as six die in Arizona massacre" (https://www.theguardian.com/world/2011/jan/08/gabrielle-giffords-shot-tucson-arizona). *The Guardian*. London. Archived (https://web.archive.org/web/20110115014252/http://www.guardian.co.uk/world/2011/jan/08/gabrielle-giffords-shot-tucson-arizona) from the original on January 15, 2011. Retrieved January 13, 2011.
29. Barrett, Paul M. (January 13, 2011). "Glock: America's Gun" (http://www.businessweek.com/magazine/content/11_04/b4212052185280.htm). *Bloomberg Businessweek*.
30. DeGregory, Lane (January 14, 2011). "Little surprise that popular Glock 19 was used in Arizona shooting" (https://web.archive.org/web/20121014113129/http://www.tampabay.com/news/little-surprise-that-popular-glock-19-was-used-in-arizona-shooting/1145393). *St. Petersburg Times*. Archived from the original (http://www.tampabay.com/news/little-surprise-that-popular-glock-19-was-used-in-arizona-shooting/1145393) on October 14, 2012. Retrieved January 14, 2011.
31. Karni, Annie (January 9, 2011). "Terror, then eerie calm as victims fall" (http://www.nypost.com/p/news/national/terror_then_eerie_calm_as_victims_P8wp5ziGYD09FsyNz9OS4M). *New York Post*. Retrieved January 14, 2011.
32. "Congresswoman's responses after Arizona shooting called encouraging" (https://archive.today/2012.07.17-021022/http://articles.cnn.com/2011-01-09/justice/arizona.shooting_1_arizona-congresswoman-gabrielle-giffords-people-shot-doctors). CNN. January 9, 2011. Archived from the original (http://articles.cnn.com/2011-01-09/justice/arizona.shooting_1_arizona-congresswoman-gabrielle-giffords-people-shot-doctors) on July 17, 2012. Retrieved January 19, 2011.
33. Hopper, Jessica; Dolak, Kevin; Sher, Lauren (January 10, 2011). "Heroes of Tucson Shooting: 'Something Had to Be Done' " (https://abcnews.go.com/US/heroes-rep-gabrielle-giffords-shooting-tucson-arizona-subdued/story?id=12580345). *ABC News*. Archived (https://web.archive.org/web/20110119070414/http://abcnews.go.com/US/heroes-rep-gabrielle-giffords-shooting-tucson-arizona-subdued/story?id=12580345) from the original on January 19, 2011. Retrieved January 15, 2011.

34. Workman, Renie (January 10, 2011). "Man who Tackled AZ Gunman has Schuylkill County Ties" (https://web.archive.org/web/20120315072846/http://www.wnep.com/wnep-schyl-man-tackled-az-gunman-schuylkill-ties%2C0%2C7811918.story). WNEP-TV. Archived from the original (http://www.wnep.com/wnep-schyl-man-tackled-az-gunman-schuylkill-ties,0,7811918.story) on March 15, 2012. Retrieved January 10, 2011.
35. Dolak, Kevin; Weaver, Justin (January 9, 2011). "Woman Wrestled Fresh Ammo Clip From Tucson Shooter as He Tried to Reload" (https://abcnews.go.com/Politics/patricia-maisch-describes-stopping-gunman-reloading/story?id=12577933). *ABC News*. Archived (https://web.archive.org/web/20110119195750/http://abcnews.go.com/Politics/patricia-maisch-describes-stopping-gunman-reloading/story?id=12577933) from the original on January 19, 2011. Retrieved January 10, 2011.
36. "New threat note found in Tucson shooting" (https://www.nbcnews.com/id/41021843/ns/us_news-crime_and_courts/t/new-threat-note-found-tucson-shooting/) *NBC News*, January 11, 2011. Retrieved January 23, 2014.
37. Williams, Mary Elizabeth (January 10, 2011). "The Giffords shooting's gay, Hispanic hero" (http://www.salon.com/life/feature/2011/01/10/daneil_hernandez_gay_latino_hero). *Salon*.
38. Morrison, Patt (January 10, 2011). "Two gay heroes thwart assassinations – what a difference 35 years make" (https://opinion.latimes.com/opinionla/2011/01/two-gay-heroes-thwart-assassinations-what-a-difference-35-years-make.html). *Los Angeles Times*. Archived (https://web.archive.org/web/20110112190452/http://opinion.latimes.com/opinionla/2011/01/two-gay-heroes-thwart-assassinations-what-a-difference-35-years-make.html) from the original on January 12, 2011. Retrieved January 11, 2011.
39. "911 call: "I do believe Gabby Giffords was hit" " (https://web.archive.org/web/20110110024213/http://www.abc15.com/dpp/news/region_central_southern_az/tucson/911-call%3A-%22i-do-believe-gabby-giffords-was-hit%22). KNXV-TV. January 9, 2011. Archived from the original (http://www.abc15.com/dpp/news/region_central_southern_az/tucson/911-call%3A-%22i-do-believe-gabby-giffords-was-hit%22) on January 10, 2011. Retrieved January 11, 2011.
40. "Retired Guard Member Helps Subdue Arizona Gunman" (https://web.archive.org/web/20130713155438/http://www.defense.gov/News/NewsArticle.aspx?ID=62420). American Forces Press Service. January 12, 2011. Archived from the original (http://www.defense.gov/news/newsarticle.aspx?id=62420) on July 13, 2013. Retrieved January 14, 2011.
41. Miller, Wendy (January 12, 2011). " 'Utter shock' -Area residents shaken but optimistic" (http://explorernews.com/news/pima_pinal/article_0b9e3f99-f0dd-53e7-9392-061e76457aba.html). *The Explorer*. Retrieved July 5, 2011.
42. "Giffords removed from respirator, has tracheotomy – Grocery store where shooting occurred reopens as Tucson" (https://www.nbcnews.com/id/41091483). *NBC News*. January 15, 2011. Retrieved July 5, 2011.
43. "Rep. Giffords shot, judge and 5 others killed at Tucson event" (http://azstarnet.com/news/local/article_88b4b436-1b53-11e0-8354-001cc4c002e0.html). *Arizona Daily Star*. January 8, 2011. Retrieved January 11, 2011.
44. "3 UMC workers fired for invading records" (https://tucson.com/news/local/umc-workers-fired-for-invading-records/article_a2645584-906d-50a9-84a4-645d4d4a94b9.html). *Arizona Daily Star*. January 13, 2011.
45. Gonzalez, Daniel (January 8, 2011). "Arizona Congresswoman Gabrielle Giffords: The victims" (https://www.azcentral.com/news/articles/2011/01/08/20110108arizona-congresswoman-gabrielle-giffords-shooting-victims-brk08-ON.html). *The Arizona Republic*. Retrieved January 13, 2011.

46. Stanglin, Douglas (January 11, 2011). "Suspect Jared Loughner's parents 'devastated' by Tucson shootings" (http://content.usatoday.com/communities/ondeadline/post/2011/01/suspect-jared-loughners-parents-devastated-by-tucson-shootings/1). *USA Today*. Retrieved January 12, 2011.
47. "Family of Arizona Shooting Rampage Breaks Silence, Expresses Remorse for Victims" (http://www.foxnews.com/us/2011/01/11/father-arizona-shooting-rampage-suspect-speaks/). Fox News Channel. April 7, 2010. Retrieved January 12, 2011.
48. "The Arizona Shooting, and What Led Up to It" (https://www.nytimes.com/interactive/2011/01/09/us/reconstruct-graphic.html), *The New York Times*. January 9, 2011. Retrieved January 30, 2011.
49. "Profile of Jared Loughner: 'I can't trust the current government' " (https://www.nbcnews.com/id/40980334). *NBC News*. January 8, 2011. Retrieved January 8, 2011.
50. Rampton, Roberta (January 8, 2011). "Congresswoman Gabrielle Giffords shot in Arizona" (https://www.reuters.com/article/idUSTRE7071IA20110108). *Reuters*. Retrieved January 8, 2011.
51. "Loughner Invoking Fifth Amendment After Arizona Slaughter" (https://web.archive.org/web/20160304050128/http://www.newstime.co.za/WorldNews/Loughner_Invoking_Fifth_Amendment_After_Arizona_Slaughter/18361/). *NewsTime*. New Zealand. South African Press Association. January 9, 2011. Archived from the original (http://www.newstime.co.za/WorldNews/Loughner_Invoking_Fifth_Amendment_After_Arizona_Slaughter/18361/) on March 4, 2016. Retrieved January 9, 2011.
52. Allen, Nick (January 10, 2011). "Gabrielle Giffords shooting: Jared Lee Loughner facing five charges" (https://www.telegraph.co.uk/news/worldnews/us-politics/8249720/Gabrielle-Giffords-shooting-Jared-Lee-Loughner-facing-five-charges.html). *The Daily Telegraph*. London. Archived (https://web.archive.org/web/20110120160503/http://www.telegraph.co.uk/news/worldnews/northamerica/usa/us-politics/8249720/Gabrielle-Giffords-shooting-Jared-Lee-Loughner-facing-five-charges.html) from the original on January 20, 2011. Retrieved January 19, 2011.
53. Burns, Alexander; Negrin, Matt (January 9, 2011). "Federal charges could carry death penalty" (http://www.politico.com/news/stories/0111/47298.html). *Politico*.
54. "Suspect charged in congresswoman's attack" (https://www.nbcnews.com/id/40988567). *NBC News*. Associated Press. January 9, 2011.
55. Gaynor, Tim; Henderson, Peter (January 9, 2011). "Suspect charged with attempted assassination of Giffords" (https://www.reuters.com/article/idUSTRE7071IA20110110). *Reuters*.
56. "Arizona Suspected Gunman Passed FBI Background Check" (http://www.foxnews.com/us/2011/01/09/arizona-suspected-gunman-no-stranger-to-trouble/). *Fox News*. January 9, 2011. Retrieved May 12, 2013.
57. Riley, Michael (January 11, 2011). "Glock Pistol Sales Surge in Aftermath of Arizona Shootings" (https://www.bloomberg.com/news/articles/2011-01-11/glock-pistol-sales-surge-in-aftermath-of-shooting-of-arizona-s-giffords). *Bloomberg*. Archived (https://web.archive.org/web/20110112052242/http://www.bloomberg.com/news/2011-01-11/glock-pistol-sales-surge-in-aftermath-of-shooting-of-arizona-s-giffords.html) from the original on January 12, 2011. Retrieved January 11, 2011.
58. "Massacre suspect "mentally disturbed", former teacher says" (https://www.cnn.com/2011/CRIME/01/09/arizona.shooting.investigation/index.html). CNN. January 10, 2011. Archived (https://web.archive.org/web/20110111122628/http://www.cnn.com/2011/CRIME/01/09/arizona.shooting.investigation/index.html) from the original on January 11, 2011. Retrieved January 14, 2011.

59. Perez, Evan; Barrett, Devlin (January 10, 2011). "Suspect Bought Bullets Hours Before Rampage" (https://www.wsj.com/articles/SB10001424052748703779704576074080255720732). *The Wall Street Journal*. Archived (https://web.archive.org/web/20110125192345/http://online.wsj.com/article/SB10001424052748703779704576074080255720732.html) from the original on January 25, 2011. Retrieved January 14, 2011.
60. CNN live broadcast
61. Spotts, Pete (January 8, 2011). "Arizona shooting: Rep. Gabrielle Giffords hit at meeting with constituents" (https://www.csmonitor.com/USA/2011/0108/Arizona-shooting-Rep.-Gabrielle-Giffords-hit-at-meeting-with-constituents). *The Christian Science Monitor*. Archived (https://web.archive.org/web/20110119192213/http://www.csmonitor.com/USA/2011/0108/Arizona-shooting-Rep.-Gabrielle-Giffords-hit-at-meeting-with-constituents) from the original on January 19, 2011. Retrieved January 8, 2011.
62. Lipton, Eric; Savage, Charlie; Shane, Scott (January 8, 2011). "Arizona Suspect's Recent Acts Offer Hints of Alienation" (https://www.nytimes.com/2011/01/09/us/politics/09shooter.html). *The New York Times*. ISSN 0362-4331 (https://www.worldcat.org/issn/0362-4331). Archived (https://web.archive.org/web/20110110024152/http://www.nytimes.com//2011//01//09//us//politics//09shooter.html) from the original on January 10, 2011. Retrieved January 10, 2011.
63. Johnson, Kirk; Kovaleski, Serge F.; Frosch, Dan; Lipton, Eric (January 9, 2011). "Jared L. Loughner's Odd Behavior Caused Alarm" (https://www.nytimes.com/2011/01/10/us/10shooter.html). *The New York Times*. ISSN 0362-4331 (https://www.worldcat.org/issn/0362-4331). Archived (https://web.archive.org/web/20111229122302/http://www.nytimes.com/2011/01/10/us/10shooter.html) from the original on December 29, 2011. Retrieved January 13, 2011.
64. Swaine, Jon (January 8, 2011). "Gabrielle Giffords shooting: strange internet trail of 'loner' Jared Lee Loughner, the alleged Tucson gunman" (https://web.archive.org/web/20110119195859/http://www.telegraph.co.uk/news/worldnews/northamerica/usa/us-politics/8248692/Gabrielle-Giffords-shooting-strange-internet-trail-of-loner-Jared-Lee-Loughner-the-alleged-Tucson-gunman.html). *The Daily Telegraph*. London. Archived from the original (https://www.telegraph.co.uk/news/worldnews/northamerica/usa/us-politics/8248692/Gabrielle-Giffords-shooting-strange-internet-trail-of-loner-Jared-Lee-Loughner-the-alleged-Tucson-gunman.html) on January 19, 2011. Retrieved January 12, 2011.
65. Allen, Jonathan (January 6, 2012). "Gabrielle Giffords' future is up in the air a year after Tucson shooting" (http://www.politico.com/news/stories/0112/71169.html). *Politico*. Retrieved January 15, 2012.
66. Emshwiller, John R.; Barrett, Devlin; Forrelle, Charles (January 10, 2011). "Suspect Fixated on Giffords" (https://www.wsj.com/articles/SB10001424052748703667904576071191163461466). *The Wall Street Journal*. Archived (https://web.archive.org/web/20110110224001/http://online.wsj.com/article/SB10001424052748703667904576071191163461466.html) from the original on January 10, 2011. Retrieved January 11, 2011.
67. Steller, Tim (January 8, 2011). "Man linked to Giffords shooting called 'very disturbed' " (http://azstarnet.com/news/local/crime/article_91db5db4-1b74-11e0-ba23-001cc4c002e0.html). *Arizona Daily Star*. Archived (https://web.archive.org/web/20110109054527/http://azstarnet.com/news/local/crime/article_91db5db4-1b74-11e0-ba23-001cc4c002e0.html) from the original on January 9, 2011. Retrieved January 8, 2011.
68. Griffin, Drew; Yellin, Jessica; Candiotti, Susan; Bash, Dana; Rowlands, Ted; et al. (January 11, 2011). "Giffords stabilizes as suspect heads to court" (http://www.cnn.com/2011/CRIME/01/10/arizona.shooting/index.html). CNN. Archived (https://web.archive.org/web/20110110190409/http://www.cnn.com/2011/CRIME/01/10/arizona.shooting/index.html) from the original on January 10, 2011. Retrieved January 11, 2011.
69. "Arizona massacre suspect: 'Kind of a troubled past' " (http://edition.cnn.com/2011/CRIME/01/08/arizona.shooting.suspect/). CNN. January 9, 2011. Retrieved January 9, 2011.

70. Grinberg, Emanuella (January 8, 2011). "Witness: Arizona gunman 'was ready for war' " (http://news.blogs.cnn.com/2011/01/08/several-people-shot-at-arizona-store-police-official-says/). CNN. Archived (https://web.archive.org/web/20110112050818/http://news.blogs.cnn.com/2011/01/08/several-people-shot-at-arizona-store-police-official-says/) from the original on January 12, 2011. Retrieved January 12, 2011.
71. "Loughner mused if he was a terrorist" (http://www.upi.com/Top_News/US/2011/01/08/Loughner-mused-if-he-was-a-terrorist/UPI-44681294537795/). *United Press International*. January 8, 2011. Archived (https://web.archive.org/web/20110119082232/http://www.upi.com/Top_News/US/2011/01/08/Loughner-mused-if-he-was-a-terrorist/UPI-44681294537795/) from the original on January 19, 2011. Retrieved January 9, 2011.
72. Shafer, Jack; Tapper, Jake; Balko, Radley; Marshall, Josh; Smith, Ben; Kirn, Walter; Lithwick, Dahlia; Maddow, Rachel; Davis, Susan (January 8, 2011). "The Giffords Shooting" (http://www.slate.com/articles/news_and_politics/press_box/2011/01/the_giffords_shooting.html). *Slate*. Archived (https://web.archive.org/web/20110119033341/http://www.slate.com/id/2280593/) from the original on January 19, 2011.
73. Weisenthal, Joe (January 8, 2011). "Gunman Identified As Jared Lee Loughner" (http://www.businessinsider.com/jared-lee-loughner-2011-1). *Business Insider*. Archived (https://web.archive.org/web/20110110025304/http://www.businessinsider.com/jared-lee-loughner-2011-1) from the original on January 10, 2011. Retrieved January 8, 2011.
74. Banfield, Ashleigh; Hopper, Jessica; Crews, Josey; Friedman, Emily (January 12, 2011). "Tucson Shooting: Jared Loughner Stopped for Traffic Violation Hours Before Shooting" (https://abcnews.go.com/US/tucson-shooting-jared-loughner-stopped-authorities-hours-shooting/story?id=12597092). *ABC News*. Archived (https://web.archive.org/web/20110119064040/http://abcnews.go.com/US/tucson-shooting-jared-loughner-stopped-authorities-hours-shooting/story?id=12597092) from the original on January 19, 2011. Retrieved January 16, 2011.
75. Fox 11 (January 14, 2011). "Loughner's black bag found" (https://web.archive.org/web/20110928222914/http://www.fox11az.com/news/local/Loughners-black-bag-found-113613454.html). KMSB-TV. Archived from the original (http://www.fox11az.com/news/local/Loughners-black-bag-found-113613454.html) on September 28, 2011. Retrieved January 16, 2011.
76. "Inmate Locator: Jared Lee Loughner" (http://www.bop.gov/iloc2/InmateFinderServlet?Transaction=NameSearch&FirstName=Jared&LastName=Loughner). Federal Bureau of Prisons. Retrieved January 12, 2011.
77. "Tucson shooting suspect held without bail" (https://web.archive.org/web/20110111092955/http://www.abc15.com/dpp/news/national/suspect-jared-loughner-faces-federal-charges-in-tucson-shooting). KNXV-TV. January 9, 2011. Archived from the original (http://www.abc15.com/dpp/news/national/suspect-jared-loughner-faces-federal-charges-in-tucson-shooting) on January 11, 2011. Retrieved January 12, 2011.
78. Johnson, Kevin (January 11, 2011). "In Loughner case, Ariz. federal judiciary considers recusal" (https://www.usatoday.com/news/washington/2011-01-12-defense12_ST_N.htm). *USA Today*. Retrieved January 12, 2011.
79. O'Neill, Ann (January 12, 2011). "Lawyer keeps even the most loathed criminals off death row" (http://www.cnn.com/2011/CRIME/01/12/arizona.judy.clarke.profile/). CNN. Archived (https://web.archive.org/web/20121109035421/http://www.cnn.com/2011/CRIME/01/12/arizona.judy.clarke.profile/) from the original on November 9, 2012. Retrieved January 12, 2011.
80. Reilly, Ryan J. (January 12, 2011). "Due To Arizona Conflicts, California Judge Takes Over Loughner Case" (http://tpmmuckraker.talkingpointsmemo.com/2011/01/due_to_arizona_conflicts_california_judge_takes_ov.php). *Talking Points Memo*. Retrieved January 13, 2011.

81. Hoffer, Steven (January 10, 2011). "Judy Clarke, Who Defended the 'Unabomber,' Will Represent Jared Lee Loughner" (https://web.archive.org/web/20130507040429/http://www.aolnews.com/2011/01/10/judy-clarke-who-defended-the-unabomber-will-represent-jared/). *AOL News*. AOL. Archived from the original (http://www.aolnews.com/2011/01/10/judy-clarke-who-defended-the-unabomber-will-represent-jared/) on May 7, 2013. Retrieved January 11, 2011.

82. Glaberson, William (January 10, 2011). "Loughner's Lawyer Is Called a Master Strategist" (https://www.nytimes.com/2011/01/11/us/11defender.html). *The New York Times*. Archived (https://web.archive.org/web/20110111050242/http://www.nytimes.com/2011/01/11/us/11defender.html) from the original on January 11, 2011. Retrieved January 11, 2011.

83. Riccardi, Nicholas (January 20, 2011). "Federal grand jury indicts Loughner in Giffords shooting" (https://www.latimes.com/news/nationworld/nation/la-na-0120-loughner-indictment-20110120,0,7054779.story). *Los Angeles Times*. Archived (https://web.archive.org/web/20110218213941/http://www.latimes.com/news/nationworld/nation/la-na-0120-loughner-indictment-20110120%2C0%2C7054779.story) from the original on February 18, 2011. Retrieved January 20, 2011.

84. Cratty and, Carol (March 4, 2011). "Alleged Tucson gunman indicted on 49 charges in shooting" (http://www.cnn.com/2011/CRIME/03/04/arizona.loughner/). CNN. Retrieved March 5, 2011.

85. Smith, Kim (January 10, 2011). "LaWall considers state charges in Tucson shooting spree case" (http://azstarnet.com/news/local/crime/article_73b56d54-1ce4-11e0-8c0e-001cc4c002e0.html). *Arizona Daily Star*. Retrieved January 11, 2011.

86. "Trial not likely for Jared Lee Loughner in 2012" (http://www.nypost.com/p/news/national/trial_not_likely_for_jared_lee_loughner_NHbkr1Kh2Dmr2gxvFMq48M). *New York Post*. Associated Press. January 6, 2012. Retrieved July 16, 2012.

87. "New Loughner evaluation due Jan. 25" (https://web.archive.org/web/20160310103232/http://tucson.com/news/local/new-loughner-evaluation-due-jan/article_913b6b9c-69a0-5e98-94dd-b885d2fb932c.html). *Arizona Daily Star*. March 10, 2016. Archived from the original (http://tucson.com/news/local/new-loughner-evaluation-due-jan/article_913b6b9c-69a0-5e98-94dd-b885d2fb932c.html) on March 10, 2016. Retrieved October 12, 2019.

88. "U.S. judge grants more time for accused Tucson shooter" (https://www.reuters.com/article/us-usa-shooting-tucson-idUSTRE81525R20120207). *Reuters*. February 6, 2012. Retrieved July 16, 2012.

89. "Jared Lee Loughner Loses 3 Appeals Over Forced Medication" (https://www.huffingtonpost.com/2012/03/05/jared-lee-loughner-trial-forced-medication-arizona-shooting_n_1321407.html). *Huffington Post*. Associated Press. March 5, 2012. Retrieved July 16, 2012.

90. Jennifer, Bowen (May 24, 2012). "Hearing set to determine if alleged Tucson shooter can stand trial" (https://web.archive.org/web/20131009085733/http://www.tucsonnewsnow.com/story/18617846/hearing-set-to-determine-if-alleged-tucson-shooter-can-stand-trial). Tucson News Now. Archived from the original (http://www.tucsonnewsnow.com/story/18617846/hearing-set-to-determine-if-alleged-tucson-shooter-can-stand-trial) on October 9, 2013. Retrieved July 16, 2012.

91. David, Schwartz (June 12, 2012). "Accused Tucson shooter's competency hearing rescheduled" (https://www.reuters.com/article/us-usa-shooting-loughner-idUSBRE85B1IJ20120612). *Reuters*. Retrieved July 16, 2012.

92. "Jared Loughner is found competent to stand trial" (https://www.azcentral.com/news/articles/20120807tucson-shooting-loughner-court-hearing.html). *The Arizona Republic*. Retrieved August 7, 2012.