ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ANNA FERRARI
Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendants Rob Bonta and Blake Graham, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER et al.,** | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **COMPENDIUM OF WORKS CITED IN DECLARATION OF RANDOLPH ROTH** |
| v. | **VOLUME 37 OF 37** |
| **CALIFORNIA ATTORNEY GENERAL ROB BONTA et al.,** | Courtroom: 5A<br>Judge: Hon. Roger T. Benitez |
| Defendants. | Action Filed: August 15, 2019 |

# INDEX

| Works | Decl. Page | Compendium Page |
|---|---|---|
| **HISTORICAL STATUTES** | | |
| Joseph R. Swan, The Revised Statutes of the State of Ohio, of a General Nature, in Force August 1, 1860 (Cincinnati: Robert Clarke & Co., 1860), 452 | 24 n.86 | 0001 |
| An Act Regulating the Right to Keep and Bear Arms, 12th Leg., 1st Called Sess., ch. XLVI, § 1, 1870 Tex. Gen. Laws 63 | 20 n.77 | 0005-0007 |
| An Act to Regulate the Keeping and Bearing of Deadly Weapons, 12th Leg. Reg. Sess., ch. XXXIV, §§ 1, 3, 1871 Tex. Gen. Laws 25 | 21 n.78 | 0008-0011 |
| Federal Explosives Act of 1917, 40 Statute 385 | 30 n.101 | 0012-0020 |
| The National Firearms Act of 1934, 48 Statute 1236 | 30 n.100 | 0021-0026 |
| The National Firearms Act of 1938, 52 Statute 1250 | 30 n.100 | 0027-0029 |
| The Organized Crime Control Act of 1970, 84 Statute 922 | 30 n.101 | 0030-0071 |
| **BOOKS**[i] | | |
| Paul Avrich, *Sacco and Vanzetti: The Anarchist Background* 140-156, 181-195 (Princeton: Princeton University Press, 1991) | 29 n.97 | 0073-0079 |
| Fox Butterfield, *All God's Children: The Bosket Family and the American Tradition of Violence* 3-18 (New York: Vintage, 1996) | 8 n.29, 25 n.88 | 0080-0098 |
| Sucheng Chan, *This Bittersweet Soil: The Chinese in California Agriculture, 1860-1910*, at 372 (Berkeley: University of California Press, 1986) | 26 n.89 | 0099-0102 |
| J. A. Chapman, *History of Edgefield County* 39-41 (Newberry, South Carolina: Elbert H. Aull, 1897) | 25 n.88 | 0103-0109 |

2

Compendium of Works Cited in Declaration of Randolph Roth
(3:19-cv-01537-BEN-JLB)

| | | | |
|---|---|---|---|
| 1 2 3 | Patrick J. Charles, *Armed in America: A History of Gun Rights from Colonial Militias to Concealed Carry* 70-121 (New York: Prometheus Books, 2018) | 7 n.28 | 0110-0138 |
| 4 5 6 7 | Robert J. Cottrol & Raymond T. Diamond, "*Public Safety and the Right to Bear Arms*" in David J. Bodenhamer & James W. Ely, Jr., eds., The Bill of Rights in Modern America, revised and expanded, at 88-107 (Bloomington: Indiana University Press, 2008) | 14 n.51 | 0139-0162 |
| 8 9 10 | Clayton E. Cramer, *Concealed Weapons Laws of the Early Republic: Dueling, Southern Violence, and Moral Reform* 69-96, 143-152 (Westport, Connecticut: Praeger, 1999) | 11 n.37, 14 n.50, 14 n.51 | 0163-0185 |
| 11 12 13 14 | Clayton E. Cramer, *For the Defense of Themselves and the State: The Original Intent and Judicial Interpretation of the Right to Keep and Bear Arms* 74, 83-85, 97-140 (Westport, Connecticut: Praeger Publishers, 1994) | 14 n.51 | 0186-0215 |
| 15 16 | Edward C. Ezell, *Handguns of the World: Military Revolvers and Self-Loaders from 1870 to 1945*, at 24-28 (Harrisburg, Pennsylvania: Stackpole Books, 1981) | 17 n.64 | 0216-0222 |
| 17 18 | John Mack Faragher, *Eternity Street: Violence and Justice in Frontier Los Angeles* 463-80 (New York: W. W. Norton, 2016) | n.80 | 0223-0234 |
| 19 20 21 | Julian S. Hatcher, *Pistols and Revolvers and Their Use* 8-11 (Marshallton, Delaware: Small-Arms Technical Publishing Company, 1927) | 17 n.64 | 0235-0242 |
| 22 23 24 | Charles T. Haven and Frank A. Belden, *A History of the Colt Revolver and the Other Arms Made by Colt's Patent Fire Arms Manufacturing Company from 1836 to 1940*, at 17-43 (New York: Bonanza Books, 1940) | 17 n.64 | 0243-0274 |
| 25 26 | W. Eugene Hollon, *Frontier Violence: Another Look* 93-95 (New York: Oxford University Press, 1974) | 26 n.89 | 0275-0282 |
| 27 28 | Roy G. Jinks, *History of Smith and Wesson* 38-57, 104-170 (North Hollywood: Beinfeld, 1977) | 18 n.65, 19 n.69 | 0283-0329 |

| | | |
|---|---|---|
| Philip D. Jordan, Frontier Law and Order—10 Essays, at 1-22 (Lincoln: University of Nebraska Press, 1970) | 14 n.51, 15 n.52 | 0330-0343 |
| Don B. Kates, Jr., "Toward a History of Handgun Prohibition in the United States," in Cates, ed., Restricting Handguns: The Liberal Skeptics Speak Out 7-30 (Croton-on-Hudson, New York: North River Press, 1979) | 14 n.51, 15 n.52 | 0344-0358 |
| Jeff Kinard, *Pistols: An Illustrated History of Their Impact* 163 (Santa Barbara: ABC-CLIO, 2003) | 19 n.69 | 0359-0362 |
| Aubrey C. Land, *Colonial Maryland: A History* 49-54 (Millwood, New York: Kato Press, 1981) | 25 n.88 | 0363-0368 |
| Stephen C. LeSueur, *The 1838 Mormon War in Missouri* 162-68 (Columbia: University of Missouri Press, 1987) | 25 n.88 | 0369-0375 |
| Harold L. Peterson, *American Knives: The First History and Collector's Guide* 25-70 (New York: Scribner, 1958) | 13 n.49 | 0376-0401 |
| Harold L. Peterson, *Arms and Armor in Colonial America, 1526-1783*, at 155-225 (New York: Bramhall House, 1956) | 5 n.11 | 0402-0476 |
| Harold L. Peterson, *Daggers and Fighting Knives in the Western World, from the Stone Age till 1900*, 67-80 (New York: Walker, 1968) | 13 n.49 | 0477-0504 |
| David Rapoport, *Waves of Global Terrorism: From 1879 to the Present* 65-110 (New York: Columbia University Press, 2022) | 29 n.97 | 0505-0553 |
| Randolph Roth, *American Homicide* 42, 45 61-144 (especially the graphs on 38, 39, and 91), 145-79, 158, 163, 180-198, 199-203, 204-224, 297-299, 299-302, 354-384, 384-385 (Cambridge: The Belknap Press of Harvard University Press, 2009) | passim | 0554-0663 |

Compendium of Works Cited in Declaration of Randolph Roth
(3:19-cv-01537-BEN-JLB)

| | | | |
|---|---|---|---|
| Randolph Roth, "*Why Guns Are and Aren't the Problem: The Relationship between Guns and Homicide in American History*," in Jennifer Tucker, Barton C. Hacker, and Margaret Vining, eds., A Right to Bear Arms? 116-20, 124-27 (Washington, D.C.: Smithsonian Institution Scholarly Press, 2019) | passim | 0664-0679 |
| Dennis C. Rousey, *Policing the Southern City: New Orleans, 1805-1889*, at 151-58 (Baton Rouge: Louisiana State University Press, 1996) | 27 n.91 | 0680-0682 |
| Priya Satia, *Empire of Guns: The Violent Making of the Industrial Revolution* 9-10 (New York: Penguin Press, 2018) | n.11 | 0683 |
| Priya Satia, "*Who Had Guns in Eighteenth Century Britain?*" in Tucker, Hacker, and Vining, A Right to Bear Arms 41-44 (2019) | n.11 | 0684-0689 |
| Gilles Vandal, *Rethinking Southern Violence: Homicides in Post-Civil War Louisiana, 1866-1884*, at 67-109 (Columbus: Ohio State University Press, 2000) | 27 n.92 | 0690-0713 |
| Bill Yenne, *Tommy Gun: How General Thompson's Submachine Gun Wrote History* 74-78, 86, 91-93 (New York: Thomas Dunne Books, 2009) | 28 n.93, 29 n.96 | 0714-0728 |
| **LAW REVIEWS AND JOURNALS** | | |
| Robert J. Cottrol & Raymond T. Diamond, "The Second Amendment: Toward an Afro-Americanist Reconsideration," 80 Geo. L.J. 309, 309-61 (1991) | 14 n.51 | 0730-0771 |
| Clayton E. Cramer, "*Colonial Firearms Regulation*" (April 6, 2016) (available at SSRN: https://bit.ly/3THcMTu) | 4 n.3 | 0772-0794 |
| Rob Harper, "Looking the Other Way: The Gnadenhutten Massacre and the Contextual Interpretation of Violence," 64 Wm. & Mary Q. 621, 621-44 (2007) | 25 n.88 | 0795-0819 |

5

| | | | |
|---|---|---|---|
| | Herschel C. Logan, *Cartridges: A Pictorial Digest of Small Arms Ammunition* 11-40, 180-183 (New York: Bonanza Books, 1959) | 6 n.18 | 0820-0839 |
| | Mary Alice Mairose, "*Nativism on the Ohio: the Know Nothings in Cincinnati and Louisville, 1853-1855*" (M.A. thesis, Ohio State University, 1993) | 26 n.89 | 0840-1021 |
| | Brennan Gardner Rivas, *Enforcement of Public Carry Restrictions: Texas as a Case Study*, 55 UC Davis Law Review 2603, 2609-10 (2021) | 20 n.77, 21 n.78, 22 n.79 | 1022-1036 |
| | Randolph Roth and James M. Denham, *Homicide in Florida, 1821-1861*, 86 Fla. Historical Q. 216 (2007) | 12 n.43 | 1037-1061 |
| | Randolph Roth, Michael D. Maltz, and Douglas L. Eckberg, *Homicide Rates in the Old West*, 42 W. Historical Q. 173 (2011) | 20 n.76 | 1062-1105 |
| | Randolph Roth, *Measuring Feelings and Beliefs that May Facilitate (or Deter) Homicide*, 16 Homicide Studies 197 (2012) | 16 n.56 | 1106-1125 |
| | Robert J. Spitzer, *Gun Accessories and the Second Amendment: Assault Weapons, Magazines, and Silencers*, 83 Law & Contemporary Problems 238 (2020) | 30 n.99 | 1126-1149 |
| **LEGISLATIVE MATERIALS AND GOVERNMENT RECORDS** | | | |
| | Department of Commerce, Bureau of the Census, Fourteenth Census of the United States Manufactures: Explosives 1126 (Washington, D.C.: Government Printing Office, 1922) | 28 n.95 | 1151-1154 |
| | Grand Jurors of Wilkes County, Georgia, Superior Court Minutes, July 1839 term, as quoted and discussed in Roth, American Homicide at 218-219 and n. 76. | 12 n.46 | 1155-1156 |
| | U.S Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives, Enforcement Programs and Services, ATF Federal Explosives Law and | 28 n.95 | 1157-1264 |

| | | |
|---|---|---|
| Regulations (2012) | | |
| **NEWS ARTICLES** | | |
| Charlie Savage, *Trump Administration Imposes Ban on Bump Stocks*, N.Y. Times, Dec. 18, 2018 | 31 n.103 | 1266 |
| **OTHER SOURCES** | | |
| Bureau of Alcohol, Tobacco, Firearms, and Explosives, Office of Enforcement Programs and Services, Office of Field Operations, Open Letter to All Federal Firearms Licensees, Mar. 22, 2022 | 33 n.109 | 1268-1269 |
| CDC Wonder Compressed Mortality Files, ICD-10 | 4 n.5 | 1270-1310 |
| CPI Inflation Calculator (https://bit.ly/3CS5UNl) | 28 n.94 | 1311-1321 |
| Guns.com – Price of Semiautomatic Handguns (https://bit.ly/3CVb1uW) | 32 n.108 | 1322-1325- |
| Jerry Miculek, "Dual Glock 17 Rapid Fire 60 Rounds in 5 Seconds! 660 RPM," YouTube | 32 n.107 | 1326 |
| Lunde Studio, Are Binary Triggers Legal (2022) All You Need to Know | 33 n.109 | 1327-1332 |
| Military-today.com, M16 Assault Rifle | 31 n.104 | 1333-1334 |
| "Rapid Manual Trigger Manipulation (Rubber Band Assisted)," YouTube | 33 n.110 | 1335 |
| Roth, "American Homicide Supplemental Volume: Weapons," available through the Historical Violence Database, sponsored by the Criminal Justice Research Center at the Ohio State University (https://bit.ly/3TpI4yu) | 9 n.32, 12 n.44, 17 n.62, 20 n.74 | 1336-1437 |
| Department of the Army, TC 3-22.9 Rifle and Carbine Manual (May 2016) | 31 n.105 | 1438-1689 |
| The Violence Project's Mass Shooter Database | 34 n.111 | 1690 |

| | | |
|---|---|---|
| Guns.com, AR-15s | 28 n.94 | 1691-1696 |
| Gunmagwarehouse.com, AR-15s | 28 n.94 | 1697-1722 |
| 2011 Tucson Shooting," Wikipedia. | 36 n.113 | 1723-1747 |
| Rick Sapp, Standard Catalog of Colt Firearms, at 96 (Cincinnati: F+W Media, 2011) | 19 n.69 | 1748 |

---

[i] The Declaration of Randolph Roth cites 36 books in their entirety, consistent with the practice of professional historians. *See* Roth Decl. ¶¶ 14 n.27-28, 15 n.29, 16 n.35-36, 18 n.43, 26 n.63, 29 n.75, 31 n.80, 35 n.87, 36 n.89, 37 n.90, 37 n.91-92, 39 n.93, 40 n.96-98 (citing Louis Adamic, *Dynamite: The Story of Class Violence in America* (New York: Viking, 1931); David F. Almendinger, Jr., Nat Turner and the Rising in Southampton County (Baltimore: Johns Hopkins Press, 2014); Patrick H. Breen, *The Land Shall Be Deluged in Blood: A New History of the Nat Turner Revolt* (New York: Oxford University Press, 2015); Scott Ellsworth, *Death in a Promised Land: The Tulsa Race Riot of 1921* (Baton Rouge: Louisiana State University Press, 1982); Francis S. Fox, *Sweet Land of Liberty: the Ordeal of the American Revolution in Northampton County, Pennsylvania* (University Park: Pennsylvania State University Press, 2000); John Hope Franklin, *The Militant South, 1800-1861* (Cambridge: Belknap Press of Harvard University Press, 1961); John B. Frantz and William Pencak, eds., *Beyond Philadelphia: The American Revolution in the Pennsylvania Hinterland* (University Park: Pennsylvania State University Press, 1998); Joanne B. Freeman, *Affairs of Honor: National Politics in the New Republic* (New Haven: Yale University Press, 2001); Beverly Gage, *The Day Wall Street Exploded: A Story of American in Its First Age of Terror* (New York: Oxford University Press, 2009); Paul A. Gilje, *Rioting in America* (Bloomington: Indiana University Press, 1996); and David Grimsted, *American Mobbing: Toward Civil War* (New York: Oxford University Press, 1996); David Grann, Killers of the Flower Moon: The Osage Murders and the Birth of the FBI (New York, Doubleday, 2017); Pamela Haag, *The Gunning of America: Business and the Making of American Gun Culture* (New York: Basic Books, 2016); Terri Diane Halperin, *The Alien and Sedition Acts: Testing the Constitution* (Baltimore: Johns Hopkins University Press, 2016); C. A. Harwell, "The End of the Affair? Anti-Dueling Laws and Social Norms in Antebellum America," Vanderbilt Law Review 54 (2001): 1805-1847; William Helmer and Arthur J. Bilek, *The St. Valentine's Day Massacre: The Untold Story of the Bloodbath That Brought Down Al Capone* (Nashville: Cumberland House, 2004); Graham R. Hodges, *Root and Branch: African Americans in New York and East Jersey, 1613-1863* (Chapel Hill: University of North Carolina Press, 1999); Holger Hoock, *Scars of Independence: America's Violent Birth* (New York: Broadway Books / Penguin Random House, 2017); LeeAnna Keith, The Colfax Massacre: The Untold Story of Black Power, White Terror, and the Death of Reconstruction (New York: Oxford University Press, 2008); Brandon G. Kinney, *The Mormon War: Zion and the Missouri Extermination Order of 1838* (Yardley, Pennsylvania: Westholme, 2011); Leonard Levy, *Jefferson and Civil Liberties: The Darker Side* (Cambridge: The Belknap Press of Harvard University Press, 1963); Leon F. Litwack, *North of Slavery: The Negro in the Free States, 1790-1860* (Chicago: University of Chicago Press, 1961); Tim Madigan, *The Burning: Massacre, Destruction, and the Tulsa Race Riot of 1921* (New York: Thomas Dunne Books / St. Martin's Press, 2001); Drew R.

McCoy, *The Last of the Fathers: James Madison and the Republican Legacy* (New York: Cambridge University Press, 1989); Clare V. McKanna, *Race and Homicide in Nineteenth-Century California* (Reno: University of Nevada Press, 2002); Clare V. McKanna, Jr., *Homicide, Race, and Justice in the American West, 1880-1920* (Tucson: University of Arizona Press, 1997); Joanne Pope Melish, *Disowning Slavery: Gradual Emancipation and "Race" in New England, 1780-1860* (Ithaca: Cornell University Press, 1998); Stephen B. Oates, *The Fires of Jubilee: Nat Turner's Fierce Rebellion* (New York: Harper and Row, 1975); Herta E. Pauli, *Alfred Nobel: Dynamite King, Architect of Peace* (New York: L. B. Fisher, 1942); Jack N. Rakove, *Original Meanings: Politics and Ideas in the Making of the Constitution* (New York: Alfred A. Knopf, 1996); Horace V. Redfield, *Homicide, North and South: Being a Comparative View of Crime against the Person in Several Parts of the United States* (Columbus: Ohio State University Press, 2000); Andrew S. Trees, *The Founding Fathers and the Politics of Character* (Princeton: Princeton University Press, 2003); Alan Trelease, *White Terror: The Ku Klux Klan Conspiracy and Southern Reconstruction* (New York: Harper and Row, 1975); Alan Taylor, *Divided Ground: Indians, Settlers, and the Northern Borderland of the American Revolution* (New York: Knopf, 2006); William M. Tuttle, Jr., *Race Riot: Chicago in the Red Summer of 1919* (New York: Atheneum, 1970); Sean White, *Somewhat More Independent: The End of Slavery in New York City, 1780-1810* (Athens: University of Georgia Press, 1991); Gordon S. Wood, *The Creation of the American Republic, 1776-1787* (Chapel Hill: University of North Carolina Press, 1969); Bertram Wyatt-Brown, *Southern Honor: Ethics and Behavior in the Old South* (New York: Oxford University Press, 1982).

Professor Roth was unable to provide narrowed references to these 36 books he cited in his declaration on account of his prior commitment to attend, and deliver the keynote address at, a conference of the Council on Criminal Justice, in Washington D.C., in advance of the October 21 deadline to file this compendium. Should the Court wish to receive excepted copies of these works, Professor Roth is willing to provide them, but additional time to comply will be required.

93. Ball, James (November 8, 2012). "Jared Lee Loughner sentenced to life in prison" (https://www.washingtonpost.com/world/national-security/gabrielle-giffords-confronts-shooter-jared-lee-loughner-in-court/2012/11/08/09968fe2-29c7-11e2-b4e0-346287b7e56c_story.html). *The Washington Post*. Retrieved November 14, 2012.
94. Duke, Alan (November 9, 2012). "Loughner sentenced to life for Arizona shootings" (http://edition.cnn.com/2012/11/08/justice/arizona-loughner-sentencing/index.html). CNN. Retrieved November 14, 2012.
95. Santos, Fernanda (November 8, 2012). "Gunman in Giffords Shooting Sentenced to 7 Life Terms" (https://www.nytimes.com/2012/11/09/us/gunman-who-shot-giffords-to-be-sentenced.html). *The New York Times*. Retrieved November 14, 2012.
96. "Pima County Attorney won't prosecute Loughner – The Explorer: News" (http://www.tucsonlocalmedia.com/news/article_f396fab0-29f3-11e2-9ec5-001a4bcf887a.html). *The Explorer*. Archived (https://web.archive.org/web/20160322094949/http://www.tucsonlocalmedia.com/news/article_f396fab0-29f3-11e2-9ec5-001a4bcf887a.html) from the original on March 22, 2016. Retrieved September 13, 2014. ()
97. "Thumbnail sketches of victims in Tucson shooting" (https://www.boston.com/news/nation/articles/2011/01/09/thumbnail_sketches_of_victims_in_tucson_shooting/). *The Boston Globe*. Associated Press. January 9, 2011. Retrieved January 10, 2011.
98. "Gabrielle Giffords shooting: As it unfolded" (https://www.azcentral.com/news/articles/2011/01/08/20110108gabrielle-giffords-arizona-shooting-timeline.html). *The Arizona Republic*. January 8, 2011. Retrieved January 9, 2011.
99. Dolnick, Sam; Lacey, Marc (January 13, 2011). "Tucson Pauses in Grief for the Youngest Victim" (https://www.nytimes.com/2011/01/14/us/14funeral.html). *The New York Times*. Archived (https://web.archive.org/web/20110114045430/http://www.nytimes.com//2011//01//14//us//14funeral.html) from the original on January 14, 2011. Retrieved January 15, 2011.
100. Innes, Stephanie (September 1, 2011). "Born, died between 2 tragedies" (http://azstarnet.com/news/local/article_28c8e686-1ca6-5b3e-ab85-965bd22c68c0.html). *Arizona Daily Star*. Retrieved September 1, 2011.
101. " 'Baby of hope' shot dead by gunman" (https://www.smh.com.au/world/baby-of-hope-shot-dead-by-gunman-20110109-19jpr.html). *The Sydney Morning Herald*. January 9, 2011. Retrieved January 9, 2011.
102. Berger, Joseph (January 9, 2011). "Born on Sept. 11, Claimed by a New Horror" (https://www.nytimes.com/2011/01/10/us/10green.html). *The New York Times*. ISSN 0362-4331 (https://www.worldcat.org/issn/0362-4331). Archived (https://web.archive.org/web/20110119195603/http://www.nytimes.com//2011//01//10//us//10green.html) from the original on January 19, 2011. Retrieved January 9, 2011.
103. Naman, Christine Pisera (2002). *Faces of Hope: Babies Born on 9/11* (https://books.google.com/books?id=VayUKdTuI7kC&pg=PA41). Deerfield Beach, Florida: Health Communications, Inc. p. 41. ISBN 978-0-7573-0097-4. Retrieved January 10, 2011.
104. Posnanski, Joe (January 24, 2011). "A Death in The Family" (http://sportsillustrated.cnn.com/vault/article/magazine/MAG1180934/index.htm). *Sports Illustrated*. Retrieved January 22, 2011. "Everyone says Christina had Roxanna's grace and John's spirit."
105. Bodfield, Rhonda (January 10, 2011). "Morrises, shot at shopping center gathering, 'were totally in love' " (http://azstarnet.com/news/local/crime/article_172ac6d9-578c-5b3a-b227-c824c94c3f28.html). *Arizona Daily Star*. Retrieved January 11, 2011.
106. Schwartz, John (January 8, 2011). "Amid Shock, Recalling Judge's Life of Service" (https://www.nytimes.com/2011/01/09/us/09judge.html). *The New York Times*. Archived (https://web.archive.org/web/20121113071104/http://www.nytimes.com/2011/01/09/us/09judge.html) from the original on November 13, 2012. Retrieved January 9, 2011.

107. Bodfield, Rhonda (January 10, 2011). "Shooting victim made quilts, volunteered" (http://azstarnet.com/news/local/crime/article_8fa84b49-2e3a-5267-9af8-a5809386e583.html). *Arizona Daily Star*. Retrieved January 11, 2011.
108. Poole, Brad (January 11, 2011). "Tucson shooting victim shielded wife from hail of bullets" (https://www.reuters.com/article/idUSTRE70A5RE20110111). *Reuters*. Archived (https://web.archive.org/web/20110112052145/https://www.reuters.com/article/idUSTRE70A5RE20110111) from the original on January 12, 2011. Retrieved January 12, 2011.
109. Davis, Tony (January 9, 2011). "Aide had gift for working with people" (http://azstarnet.com/news/local/article_4521426f-3aed-52c8-87fd-19e38b9ec5ec.html). *Arizona Daily Star*. Retrieved January 11, 2011.
110. "Fallen Hill staffer honored" (https://www.politico.com/story/2011/07/fallen-hill-staffer-honored-059488). *Politico*.
111. Woodberry, Jazmine (November 17, 2012). "Ex-Giffords aide Ron Barber wins Arizona House race" (http://articles.chicagotribune.com/2012-11-17/news/sns-rt-us-usa-campaign-barberbre8ag0kh-20121117_1_ron-barber-gabrielle-giffords-thousands-of-provisional-ballots). *Reuters*. Retrieved September 11, 2013.
112. Moos, Julie (January 8, 2011). "After conflicting reports in Arizona shooting, Sklar, Silverman track media mistakes while NPR explains" (https://web.archive.org/web/20110110201233/http://www.poynter.org/latest-news/top-stories/113736/after-conflicting-reports-in-arizona-shooting-folkenflik-uses-twitter-to-explain-media-mistakes/). *Poynter Institute*. Archived from the original (http://www.poynter.org/latest-news/top-stories/113736/after-conflicting-reports-in-arizona-shooting-folkenflik-uses-twitter-to-explain-media-mistakes/) on January 10, 2011. Retrieved January 9, 2011.
113. Hagey, Keach (January 8, 2011). "NPR: 'We regret the erroneous news' " (http://www.politico.com/news/stories/0111/47282.html). *Politico*. Retrieved January 9, 2011.
114. Williams, Mary Elizabeth (January 10, 2011). "The Giffords shooting's gay, Hispanic hero" (http://www.salon.com/life/feature/2011/01/10/daneil_hernandez_gay_latino_hero). *Salon*. Archived (https://web.archive.org/web/20110117085708/http://www.salon.com/life/feature/2011/01/10/daneil_hernandez_gay_latino_hero) from the original on January 17, 2011. Retrieved January 15, 2011.
115. Morrison, Patt (January 10, 2011). "Two gay heroes thwart assassinations – what a difference 35 years make" (http://opinion.latimes.com/opinionla/2011/01/two-gay-heroes-thwart-assassinations-what-a-difference-35-years-make.html). *Los Angeles Times*. Archived (https://web.archive.org/web/20110114213856/http://opinion.latimes.com/opinionla/2011/01/two-gay-heroes-thwart-assassinations-what-a-difference-35-years-make.html) from the original on January 14, 2011. Retrieved January 15, 2011.
116. Foley, Elise (January 10, 2011). "Heroic Giffords Intern Could Be Asked For Papers Under Arizona Immigration Law" (https://www.huffingtonpost.com/2011/01/10/heroic-giffords-intern-co_n_806999.html). *Huffington Post*. Archived (https://web.archive.org/web/20110110025338/http://www.huffingtonpost.com/2011/01/10/heroic-giffords-intern-co_n_806999.html) from the original on January 11, 2011. Retrieved January 15, 2011.
117. Murray, Shailagh; Horwitz, Sari (January 9, 2011). "Hospital: Rep. Gabrielle Giffords shot in Tucson rampage; federal judge killed" (https://www.washingtonpost.com/wp-dyn/content/article/2011/01/08/AR2011010802422.html). *The Washington Post*. Retrieved January 9, 2011.
118. Gupta, Sanjay (January 10, 2011). "Gupta: What helped Giffords survive brain shot" (http://pagingdrgupta.blogs.cnn.com/2011/01/10/gupta-how-giffords-survived-bullet-to-the-brain/). CNN. Archived (https://web.archive.org/web/20110111061831/http://pagingdrgupta.blogs.cnn.com/2011/01/10/gupta-how-giffords-survived-bullet-to-the-brain/) from the original on January 11, 2011. Retrieved January 13, 2011.

119. Stein, Rob; Vedantam, Shankar (January 9, 2011). "Doctors see signs of hope for Giffords's recovery" (https://www.washingtonpost.com/wp-dyn/content/article/2011/01/09/AR2011010904439.html). *The Washington Post*. Retrieved January 10, 2011.

120. Carollo, Kim (January 9, 2011). "Gabrielle Giffords in Medically Induced Coma to Help Brain Rest" (https://abcnews.go.com/Health/gabrielle-giffords-health-update/story?id=12576433). *ABC News*. Archived (https://web.archive.org/web/20110119040501/http://abcnews.go.com/Health/gabrielle-giffords-health-update/story?id=12576433) from the original on January 19, 2011. Retrieved January 9, 2011.

121. Cooper, Helene; Zeleny, Jeff (January 12, 2011). "Obama Calls for a New Era of Civility in U.S. Politics" (https://www.nytimes.com/2011/01/13/us/13obama.html). *The New York Times*. ISSN 0362-4331 (https://www.worldcat.org/issn/0362-4331). Archived (https://web.archive.org/web/20110904044556/http://www.nytimes.com/2011/01/13/us/13obama.html) from the original on September 4, 2011. Retrieved January 12, 2011.

122. Money, Luke (January 14, 2011). "Giffords can move legs, begins physical therapy" (https://web.archive.org/web/20110117041554/http://wildcat.arizona.edu/news/giffords-can-move-legs-begins-physical-therapy-1.1843099). *Arizona Daily Wildcat*. Archived from the original (http://wildcat.arizona.edu/news/giffords-can-move-legs-begins-physical-therapy-1.1843099) on January 17, 2011. Retrieved January 14, 2011.

123. Martinez, Michael (January 21, 2011). "Giffords arrives in Houston" (http://www.cnn.com/2011/CRIME/01/21/arizona.shooting/index.html). CNN. Archived (https://web.archive.org/web/20110121102450/http://www.cnn.com/2011/CRIME/01/21/arizona.shooting/index.html) from the original on January 21, 2011. Retrieved January 21, 2011.

124. Cohen, Elizabeth (January 26, 2011). "Giffords moves to rehabilitation hospital" (http://www.cnn.com/2011/CRIME/01/26/arizona.shooting.giffords/index.html). CNN. Retrieved January 26, 2011.

125. "Doctor: Giffords has 'great rehabilitation potential' " (http://azstarnet.com/news/local/article_4dc188e0-25a8-11e0-aa8e-001cc4c002e0.html). *Arizona Daily Star*. January 21, 2011. Retrieved January 22, 2011.

126. "Giffords returns to House for debt vote" (http://www.cnn.com/2011/POLITICS/08/01/congress.giffords/index.html). CNN. August 1, 2011. Retrieved August 1, 2011.

127. "Gabrielle Giffords to undergo 'intensive' therapy in North Carolina" (https://www.cnn.com/2011/10/23/us/north-carolina-giffords-rehab/index.html). CNN. October 23, 2011. Retrieved November 18, 2011.

128. Myers, Amanda Lee; Price, Michelle (November 4, 2011). "AP Exclusive: Giffords vows return to Congress" (https://news.yahoo.com/ap-exclusive-giffords-vows-return-congress-154211434.html). Yahoo!. Associated Press. Retrieved November 18, 2011.

129. "Giffords to resign from Congress" (http://www.foxnews.com/politics/2012/01/22/giffords-to-resign-from-congress/). Fox News Channel. January 22, 2012. Retrieved January 22, 2012.

130. Mascaro, Lisa (January 26, 2012). "Rep. Gabrielle Giffords sees her last bill pass, says farewell" (https://web.archive.org/web/20120126055707/http://www.latimes.com/news/nationworld/nation/la-na-giffords-bill-20120126,0,6404241.story). *Los Angeles Times*. Archived from the original (https://www.latimes.com/news/nationworld/nation/la-na-giffords-bill-20120126,0,6404241.story) on January 26, 2012. Retrieved January 26, 2012.

131. Lack, Eric (January 10, 2011). "Giffords Sent Email on Eve of Shooting Calling For Toned Down Rhetoric" (http://tpmdc.talkingpointsmemo.com/2011/01/giffords-sent-email-on-eve-of-shooting-calling-for-toned-down-rhetoric.php). *Talking Points Memo*. Retrieved January 11, 2011.

132. Hulse, Carl; Zernike, Kate (January 8, 2011). "Bloodshed Puts New Focus on Vitriol in Politics" (https://www.nytimes.com/2011/01/09/us/politics/09capital.html). *The New York Times*. Archived (https://web.archive.org/web/20110110024103/http://www.nytimes.com//2011//01//09/us//politics//09capital.html) from the original on January 10, 2011. Retrieved January 8, 2011.
133. Coutsoukis, Photius (January 2011). "Screenshot of Sarah Palin's Facebook Page with the "Cross Hairs" Map" (http://www.articlesurfing.org/politics_and_government/sarah_palin_facebook_reconstructed.html). articlesurfing.org. Retrieved January 11, 2011.
134. Preston, Mark (January 9, 2011). "Adviser: Linking Palin to shootings 'appalling' " (http://politicalticker.blogs.cnn.com/2011/01/09/advisor-linking-palin-to-shootings-appalling/). CNN. Retrieved January 9, 2011.
135. "Palin says efforts to lay blame 'reprehensible' and a 'blood libel' " (http://politicalticker.blogs.cnn.com/2011/01/12/palin-says-efforts-to-lay-blame-reprehensible/#more-142708). CNN. January 12, 2011. Archived (https://web.archive.org/web/20110112232759/http://politicalticker.blogs.cnn.com/2011/01/12/palin-says-efforts-to-lay-blame-reprehensible/) from the original on January 12, 2011. Retrieved January 13, 2011.
136. "Palin Criticizes Manufacturers of 'Blood Libel' as Proponents of Speech Limits Cite Sharron Angle" (http://www.foxnews.com/politics/2011/01/11/democrats-single-sharron-angle-calling-limits-speech/). Fox News Channel. April 7, 2010. Archived (https://web.archive.org/web/20110119051005/http://www.foxnews.com/politics/2011/01/11/democrats-single-sharron-angle-calling-limits-speech/) from the original on January 19, 2011. Retrieved January 13, 2011.
137. Ye Hee Lee, Michelle (June 15, 2017). "The bogus claim that a map of crosshairs by Sarah Palin's PAC incited Rep. Gabby Giffords's shooting" (https://www.washingtonpost.com/news/fact-checker/wp/2017/06/15/the-bogus-claim-that-a-map-of-crosshairs-by-sarah-palins-pac-incited-rep-gabby-giffordss-shooting/). *The Washington Post*. Retrieved November 18, 2021.
138. Steinhauer, Jennifer (January 9, 2011). "Shooting Casts a Harsh Spotlight on Arizona's Unique Politics" (https://www.nytimes.com/2011/01/10/us/10arizona.html). *The New York Times*. Retrieved January 10, 2011.
139. Somashekhar, Sandhya (January 9, 2011). "Sheriff Dupnik's criticism of political 'vitriol' resonates with public" (http://voices.washingtonpost.com/44/2011/01/sheriff-dupniks-criticism-of-p.html). *The Washington Post*. Retrieved January 29, 2011.
140. Mirkinson, Jack (January 9, 2011). "Megyn Kelly Debates Sheriff Clarence Dupnik About His Comments on Arizona Shooting (VIDEO)" (https://www.huffingtonpost.com/2011/01/09/megyn-kelly-debates-clarence-dupnik_n_806521.html). *Huffington Post*. Retrieved January 12, 2011.
141. "Shot US congresswoman Gabrielle Giffords 'doing well' " (https://www.bbc.co.uk/news/world-us-canada-12147588). BBC News Online. January 9, 2011. Archived (https://web.archive.org/web/20110110030929/http://www.bbc.co.uk/news/world-us-canada-12147588) from the original on January 10, 2011. Retrieved January 11, 2011.
142. "Toestand Giffords bevredigend (Condition Giffords satisfying)" (http://nos.nl/artikel/210531-toestand-giffords-bevredigend.html). *nos.nl (Dutch public broadcaster)* (in Dutch). January 10, 2011. Retrieved January 11, 2011.
143. "Tea Party: links misbruikt aanslag (Tea Party: left misuses attack)" (http://www.rtl.nl/(/actueel/rtlnieuws/buitenland/)/components/actueel/rtlnieuws/2011/01_januari/11/buitenland/tea-party_links-misbruikt-aanslag.xml). *RTL News (Dutch commercial broadcaster)* (in Dutch). Retrieved January 11, 2011.
144. "Amerikaans Congreslid Giffords neergeschoten (American member of congress Giffords shot down)" (http://www.deredactie.be/cm/vrtnieuws/buitenland/1.938298). *deredachtie.be (VRT; Belgian public broadcaster)* (in Dutch). January 8, 2011. Retrieved January 11, 2011.

145. "US-Abgeordnete Giffords in kritischem Zustand (US-representative Giffords in critical condition)" (https://web.archive.org/web/20110111053542/http://www.tagesschau.de/ausland/schiessereituscon110.html). *tagesschau.de (ARD; German public broadcaster)* (in German). Archived from the original (https://www.tagesschau.de/ausland/schiessereituscon110.html) on January 11, 2011. Retrieved January 11, 2011.

146. "Global worry: Tucson attack augur more violent US?" (http://www.foxnews.com/world/2011/01/10/global-worry-tucson-attack-augur-violent/). Fox News Channel. Associated Press. January 10, 2011. Archived (https://web.archive.org/web/20110123230448/http://www.foxnews.com/world/2011/01/10/global-worry-tucson-attack-augur-violent/) from the original on January 23, 2011. Retrieved January 15, 2011. "In Paris, the newspaper *Le Monde* said the attack seemed to confirm "an alarming premonition that has been gaining momentum for a long time: that the verbal and symbolic violence that the most radical right-wing opponents have used in their clash with the Obama administration would at some point lead to tragic physical violence.""

147. Obama, Barack (January 8, 2011). "The President's Statement on the Attack in Arizona" (https://obamawhitehouse.archives.gov/blog/2011/01/08/presidents-statement-attack-arizona). The White House. Archived (https://web.archive.org/web/20170202153420/https://obamawhitehouse.archives.gov/blog/2011/01/08/presidents-statement-attack-arizona) from the original on February 2, 2017. Retrieved January 13, 2011. "This morning, in an unspeakable tragedy, a number of Americans were shot in Tucson, Arizona, at a constituent meeting with Congresswoman Gabrielle Giffords. And while we are continuing to receive information, we know that some have passed away, and that Representative Giffords is gravely wounded. We do not yet have all the answers. What we do know is that such a senseless and terrible act of violence has no place in a free society. I ask all Americans to join me and Michelle in keeping Representative Giffords, the victims of this tragedy, and their families in our prayers."

148. "Arizona Congresswoman Gabrielle Giffords shot: reaction" (https://www.azcentral.com/news/articles/2011/01/08/20110108arizona-congresswoman-gabrielle-giffords-shot-reaction08-ON.html). *The Arizona Republic*. January 8, 2011. Retrieved January 13, 2011.

149. "Boehner Condemns Attack on Congresswoman Gabrielle Giffords" (https://web.archive.org/web/20110108195151/http://speaker.gov/News/DocumentSingle.aspx?DocumentID=219343) (Press release). John Boehner. Archived from the original (http://speaker.gov/News/DocumentSingle.aspx?DocumentID=219343) on January 8, 2011. Retrieved January 9, 2011.

150. "Statement from Chief Justice Roberts on Death of Judge Roll" (https://archive.today/2012.05.24-164259/http://www.foxnewsinsider.com/2011/01/08/statement-from-chief-justice-roberts-on-death-of-judge-roll/). Fox News Channel. January 8, 2011. Archived from the original (http://www.foxnewsinsider.com/2011/01/08/statement-from-chief-justice-roberts-on-death-of-judge-roll/) (AJAX) on May 24, 2012. Retrieved January 10, 2011.

151. Sunnucks, Mike (January 8, 2011). "Arizona, federal leaders speak out on shootings" (http://www.bizjournals.com/phoenix/news/2011/01/08/arizona-federal-leaders-speak-out.html). *Phoenix Business Journal*. Retrieved January 8, 2011.

152. "McCain: Shooting a 'terrible, terrible' tragedy" (http://www.ynetnews.com/articles/0,7340,L-4010692,00.html). *Ynetnews*. Israel News. January 9, 2011. Retrieved January 29, 2011.

153. "In quotes: Reaction to Arizona shooting" (https://www.bbc.co.uk/news/world-us-canada-12144057). BBC News Online. January 9, 2011. Archived (https://web.archive.org/web/20110110024504/http://www.bbc.co.uk/news/world-us-canada-12144057) from the original on January 10, 2011. Retrieved January 9, 2011.

154. "Ottawa offers condolences to 'valued friend' after Arizona shooting" (https://www.theglobeandmail.com/news/politics/ottawa-offers-condolences-to-valued-friend-after-arizona-shooting/article1863058/). *The Globe and Mail*. Toronto. January 9, 2011. Archived (https://web.archive.org/web/20110120111639/http://www.theglobeandmail.com/news/politics/ottawa-offers-condolences-to-valued-friend-after-arizona-shooting/article1863058/) from the original on January 20, 2011. Retrieved January 10, 2011.

155. "Expresa Rodríguez Zapatero a Obama su solidaridad tras atentado" (https://archive.today/2012.05.24-164315/http://www.yucatan.com.mx/20110109/nota-11/59809-expresa-rodriguez-zapatero-a-obama-su-solidaridad-tras-atentado.htm). *yucatan.com.mx* (in Spanish). Grupo Megamedia. January 9, 2011. Archived from the original (http://www.yucatan.com.mx/20110109/nota-11/59809-expresa-rodriguez-zapatero-a-obama-su-solidaridad-tras-atentado.htm) on May 24, 2012. Retrieved January 11, 2011.

156. "Fidel Castro Condemns Attack on U .S. Congresswoman" (http://www.foxnews.com/world/2011/01/09/fidel-castro-condemns-attack-u-s-congresswoman/). Fox News Channel. Associated Press. January 9, 2011. Archived (https://web.archive.org/web/20110124233849/http://www.foxnews.com/world/2011/01/09/fidel-castro-condemns-attack-u-s-congresswoman/) from the original on January 24, 2011. Retrieved January 9, 2011.

157. Parkinson, John R. (January 11, 2011). "Top Republican Rep. Pete King to Introduce Gun-Control Legislation" (http://blogs.abcnews.com/thenote/2011/01/top-republican-rep-pete-king-to-introduce-gun-control-legislation.html). *ABC News*. Retrieved January 12, 2011.

158. Chernoff, Allan (January 12, 2011). "McCarthy to call for ban on high-capacity ammo clips" (http://www.cnn.com/2011/POLITICS/01/10/clips.ban/). CNN. Archived (https://web.archive.org/web/20121109040243/http://www.cnn.com/2011/POLITICS/01/10/clips.ban/) from the original on November 9, 2012. Retrieved January 12, 2011.

159. Kurtz, Howard (January 8, 2011). "Should We Blame Sarah Palin for Gabrielle Giffords' Shooting?" (http://www.thedailybeast.com/blogs-and-stories/2011-01-08/gabrielle-giffords-shooting-dont-blame-sarah-palin/). *The Daily Beast*. Archived (https://web.archive.org/web/20110110211644/http://www.thedailybeast.com/blogs-and-stories/2011-01-08/gabrielle-giffords-shooting-dont-blame-sarah-palin/) from the original on January 10, 2011. Retrieved January 9, 2011.

160. Harnden, Toby (January 9, 2011). "The unseemly rush to blame Sarah Palin, the Tea Party and Republicans for murder in Arizona" (https://web.archive.org/web/20110112064353/http://blogs.telegraph.co.uk/news/tobyharnden/100071004/the-unseemly-rush-to-blame-sarah-palin-the-tea-party-and-republicans-for-murder-in-arizona/). *The Daily Telegraph*. London. Archived from the original (http://blogs.telegraph.co.uk/news/tobyharnden/100071004/the-unseemly-rush-to-blame-sarah-palin-the-tea-party-and-republicans-for-murder-in-arizona/) on January 12, 2011. Retrieved January 9, 2011.

161. York, Byron (January 9, 2011). "Journalists urged caution after Ft. Hood, now race to blame Palin after Arizona shootings" (https://web.archive.org/web/20110128213422/http://washingtonexaminer.com/blogs/beltway-confidential/2011/01/journalists-urged-caution-after-ft-hood-now-race-blame-palin-afte). *The Washington Examiner*. Archived from the original (http://washingtonexaminer.com/blogs/beltway-confidential/2011/01/journalists-urged-caution-after-ft-hood-now-race-blame-palin-afte) on January 28, 2011. Retrieved January 9, 2011.

162. McCain, Robert Stacy. "Arizona Shootings: 'It Was a Colossal Failure of Journalism' " (https://web.archive.org/web/20130827221717/http://spectator.org/blog/2011/01/09/arizona-shootings-it-was-a-col). *The American Spectator*. Archived from the original (http://spectator.org/blog/2011/01/09/arizona-shootings-it-was-a-col) on August 27, 2013. Retrieved January 9, 2011.

163. Krugman, Paul (January 9, 2011). "Climate of Hate" (https://www.nytimes.com/2011/01/10/opinion/10krugman.html). *The New York Times*. Archived (https://web.archive.org/web/20110113042058/http://www.nytimes.com/2011/01/10/opinion/10krugman.html) from the original on January 13, 2011. Retrieved January 13, 2011.

164. Olbermann, Keith (January 8, 2011). "Keith Olbermann Issues Special Comment on Arizona Shooting: 'Violence Has No Place In Democracy' " (https://www.huffingtonpost.com/2011/01/08/keith-olbermann-arizona-shooting_n_806311.html). *Huffington Post*. Archived (https://web.archive.org/web/20110117122057/http://www.huffingtonpost.com/2011/01/08/keith-olbermann-arizona-shooting_n_806311.html) from the original on January 17, 2011. Retrieved January 15, 2011.

165. Minora, Leslie (January 9, 2011). "Keith Olbermann Calls Out Conservatives for Inciting Tucson Shooting, Includes Allen West, Repents" (https://web.archive.org/web/20110113134139/http://blogs.browardpalmbeach.com/juice/2011/01/tucson_shooting_gabrielle_giffords_olbermann.php). *Broward/Palm Beach New Times*. Archived from the original (http://blogs.browardpalmbeach.com/juice/2011/01/tucson_shooting_gabrielle_giffords_olbermann.php) on January 13, 2011. Retrieved January 15, 2011.

166. Estes, Adam Clark (January 11, 2011). "Jon Stewart on shooting: No idea how to process this" (http://www.salon.com/news/feature/2011/01/11/jon_stewart_arizona_shooting/). *Salon*. Retrieved January 15, 2011.

167. "Flags ordered at half-staff through Saturday in honor of Tucson shooting victims" (https://web.archive.org/web/20150924031702/http://www.htrnews.com/article/20110110/MAN0101/110110086/Flags-ordered-at-half-staff-through-Saturday-in-honor-of-Tucson-shooting-victims). *Herald Times Reporter*. Archived from the original (http://www.htrnews.com/article/20110110/MAN0101/110110086/Flags-ordered-at-half-staff-through-Saturday-in-honor-of-Tucson-shooting-victims) on September 24, 2015. Retrieved January 20, 2011.

168. Camia, Catalina (January 10, 2011). "Moment of silence observed on Capitol steps" (http://content.usatoday.com/communities/onpolitics/post/2011/01/congress-moment-of-silence-gabrielle-giffords-/1). *USA Today*. Retrieved January 13, 2011.

169. Obama, Barack (January 12, 2011). "Obama's Remarks in Tucson" (https://www.nytimes.com/2011/01/13/us/politics/13obama-text.html). *The New York Times*. ISSN 0362-4331 (https://www.worldcat.org/issn/0362-4331). Retrieved January 13, 2011.

170. Powers, Ashley (November 10, 2011). "Former Giffords intern elected to Arizona school board" (https://articles.latimes.com/2011/nov/10/nation/la-na-daniel-hernandez-20111110). *Los Angeles Times*. Retrieved November 25, 2011.

171. "Bipartisan State of Union Seating Urged By Sen. Mark Udall" (https://www.npr.org/blogs/itsallpolitics/2011/01/13/132888876/sen-udall-urges-bipartisan-seating-for-state-of-union). NPR. January 13, 2011.

172. Stephanie Innes, Christina-Taylor Green: Born, died between 2 tragedies (http://tucson.com/news/local/born-died-between-tragedies/article_28c8e686-1ca6-5b3e-ab85-965bd22c68c0.html), *Arizona Daily Star* (January 9, 2011).

173. Board of Trustees meets; President Spanier's remarks (http://news.psu.edu/story/159747/2011/03/18/board-trustees-meets-president-spaniers-remarks), Penn State University (March 18, 2011).

174. Joseph Berger, Born on Sept. 11, Claimed by a New Horror (https://www.nytimes.com/2011/01/10/us/10green.html), *New York Times* (January 9, 2011).

175. Mehta, Seema (January 11, 2011). "Tucson rallies to protect girl's family from protesters" (https://www.latimes.com/news/nationworld/nation/la-na-funeral-protest-20110112,0,7494257.story). *Los Angeles Times*.

176. "Bill Would Ban Westboro Picketers at Christina Green's Tucson Funeral" (http://www.politicsdaily.com/2011/01/11/bill-would-ban-westboro-picketers-at-christina-greens-tucson-fu). *Politics Daily*. January 11, 2011.
177. Anderson, Phil (January 12, 2011). "Phelps' Tucson pickets called off" (https://www.cjonline.com/article/20110112/NEWS/301129785). *The Topeka Capital-Journal*. Retrieved August 15, 2020.
178. "Tucson Shooting Victim Detained at Taping of TV Special" (https://www.nbcnews.com/id/41094534). *NBC News*. January 16, 2011. Retrieved January 19, 2011.
179. "Ariz. Shooting Victim Apologizes for Outburst" (https://www.cbsnews.com/stories/2011/01/17/national/main7254844.shtml). *CBS News*. January 17, 2011. Archived (https://web.archive.org/web/20110119105609/http://www.cbsnews.com/stories/2011/01/17/national/main7254844.shtml) from the original on January 19, 2011. Retrieved January 19, 2011.

## External links

- Indictment (http://s3.documentcloud.org/documents/27938/loughner-indictment.pdf). U.S. District Court of Arizona. January 19, 2011.
- Arizona Shooting (http://topics.nytimes.com/top/reference/timestopics/subjects/a/arizona_shooting_2011/index.html) collected news and commentary at *The New York Times*
- "Rampage in Arizona, January 2011 (slideshow)" (https://web.archive.org/web/20110112031214/http://www.life.com/image/first/in-gallery/54341/rampage-in-arizona-january-2011). *Life*. January 8, 2011. Archived from the original (http://www.life.com/image/first/in-gallery/54341/rampage-in-arizona-january-2011) on January 12, 2011. Retrieved January 10, 2011.
- "A Statement from U.S. Representative Gabrielle Giffords' Chief of Staff, Pia Carusone" (https://web.archive.org/web/20110111174232/http://giffords.house.gov/2011/01/a-statement-from-us-representative-gabrielle-giffords-chief-of-staff.shtml). Gabrielle Giffords official website (archived). January 9, 2011.

Retrieved from "https://en.wikipedia.org/w/index.php?title=2011_Tucson_shooting&oldid=1109685303"

**This page was last edited on 11 September 2022, at 08:27 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License 3.0; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

### NEW ARMY AND NAVY MODEL 1892

Army trials between 1890 and 1891 revealed the weakness of the Model 1889's locking system. It allowed the cylinder to rotate when the gun was holstered or if the shooter attempted to turn the cylinder as the trigger was being pulled. Combining the trigger with the cylinder-rotating pawl, and adding a double locking bolt, necessitating an extra set of bolt stop notches in the periphery of the cylinder, addressed the problem. The locking bolt dropped clear as soon as the hammer lifted to cock, and the pawl engaged the ratchet on the rear of the cylinder to begin rotation.

Often, the manufacturer's marks will include reference to patent protection granted in 1884, 1888 or 1895, and this helps date individual guns if other indicators, serial numbers, for example, are unclear. The New Army and Navy Models were superseded by the New Service Model in 1908.

### CIVILIAN OR COMMERCIAL MODEL

This model is similar in appearance to the 1889 Navy, because the first 4,700 were modified from the 1889 Navy. The main differences are improvements to the lock-work function. It has the double bolt stop notches, a double cylinder locking bolt and shorter flutes on the cylinder mentioned above. The .38 Smith & Wesson and the .32-20 were added to the .38 Colt and .41 Colt chamberings. The checkered hard rubber grips are standard, with plain walnut grips found on some contract series guns. Barrel lengths and finishes are the same as described for the Model 1889, 2 to 6 inches in one-inch increments. The patent dates 1895 and 1901 appear stamped on later models. Colt manufactured 291,000 of these revolvers between 1892 and 1907, and serial numbers begin with #1. Guns made before 1898 are considered antiques and are more desirable from an investment standpoint. For 3-inch barrel add 20 percent.

| EXC. | V.G. | GOOD | FAIR | POOR |
|---|---|---|---|---|
| 2,000 | 1,200 | 500 | 300 | 100 |

NOTE: The following advertisement was featured in the Spring of 2007 on *AntiqueGunList.com*:

*"Colt DA 1892 U.S. 6" barrel .38 Colt has been re-blued not all of the 2 line address can be seen. Last patent date on the barrel is '88. Barrel crane, cylinder, latch are serialized to the gun. All other markings in excellent shape. On the butt says U.S. Model 1892. It has 2 piece wood grips in excellent working condition Serial number #486. $795."*

### MODEL 1892 U.S. NAVY – MARTIAL MODEL: BUTT INCLUDES "U.S.N." AND ANCHOR

| EXC. | V.G. | GOOD | FAIR | POOR |
|---|---|---|---|---|
| 3,500 | 2,750 | 1,500 | 1,000 | 750 |

### MARTIAL MODEL (BUTT INCLUDES "U.S./ARMY")

The initial army purchase was for 8,000 Model 1892 revolvers, almost all of which were altered to add "Model 1894" improvements. Unaltered examples will bring a premium.

| EXC. | V.G. | GOOD | FAIR | POOR |
|---|---|---|---|---|
| 3,500 | 2,000 | 800 | 600 | 400 |



Model 1892 New Army .38.

Model 1894 US Army.

96   STANDARD CATALOG OF COLT