John Cutonilli
P.O. Box 372
Garrett Park, MD 20896
(410) 675-9444
jcutonilli@gmail.com

FILED
OCT 24 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY         CL         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JAMES MILLER et al., | Case No.: 3:19-cv-01537-BEN-JLB |
|---|---|
| Plaintiffs, | **BRIEF OF AMICUS CURIAE** |
| v. | **JOHN CUTONILLI** |
| CALIFORNIA ATTORNEY GENERAL ROB BONTA et al., | **IN SUPPORT OF PLAINTIFFS** |
| Defendants. | |

**Motion for Leave to File Amicus Brief**

John Cutonilli respectfully moves for leave to file the accompanied Amicus Curiae Brief in Support of Plaintiffs. Neither party has objected to Cutonilli filing an amicus brief in this case.

Cutonilli is a resident of Maryland and is subject to the same laws in question in this case. As he is unable to bring suit against Maryland due to the precedent set in Kolbe v. Hogan, 849 F.3d 114 (4th Cir. 2017). This particular case is cited throughout the Defendants Brief. Cutonilli seeks to provide additional insight into other aspects of the law that were neither addressed in Kolbe nor in the briefs in this case. His intent is to help this court avoid previous errors so that other fellow Americans are not subject to such

laws, which are detrimental to public safety. No counsel for any party authored this brief in whole or in part. Apart from amicus curiae, no person contributed money to fund this brief's preparation and submission.

      This brief provides historical insight into how the key phrases, "dangerous and unusual" and "in common use," relate to societal biases that carry forward into Kolbe. It provides examples of the commonly accepted uses of "assault weapons," a term defined in California law. It demonstrates through references to history and precedent, that the people themselves provide public safety. It provides a discussion of why Bruen effectively overrules Kolbe. It offers additional textual and history-based interpretation of the text of the Second Amendment. It also provides insight into errors that invalidate the scrutiny process used in other Second Amendment Cases. Cutonilli has filed a similar amicus brief in a related case Bianchi v Frosh (Case 21-1255 in the Fourth Circuit Court of Appeals).

      Respectfully submitted,

/s/ John Cutonilli
John Cutonilli
P.O. Box 372
Garrett Park, MD 20896
(410) 675-9444
jcutonilli@gmail.com

20 October 2022