John W. Dillon (SBN 296788)
    jdillon@dillonlawgp.com
**DILLON LAW GROUP APC**
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

George M. Lee (SBN 172982)
    gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al.,<br><br>              Plaintiffs,<br><br>vs.<br><br>ROB BONTA, in his official capacity as Attorney General of California, et al.,<br><br>              Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>**PLAINTIFFS' COMPENDIUM OF WORKS AND ARTICLES CITED IN PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL BRIEF RE *NEW YORK STATE RIFLE & PISTOL ASS'N V. BRUEN***<br>**[ECF 156]**<br><br>Courtroom 5A<br>Judge: Hon. Roger T. Benitez |

//

//

//

Pursuant to the Court's Minute Order of October 14, 2022 [ECF 138], Plaintiffs James Miller, et al. hereby submit the attached compendium of excerpted works and articles cited in PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL BRIEF RE *NEW YORK STATE RIFLE & PISTOL ASS'N V. BRUEN*, submitted on October 28, 2022 [ECF 156].

## <u>COMPENDIUM OF WORKS CITED (EXCERPTED)</u>

**Exhibit A:**  Greg Lee Carter, *Guns in American Society: An Encyclopedia of History, Politics, Culture, and the Law* (2002)

**Exhibit B:**  Norm Flayderman, *Flayderman's Guide to Antique American Firearms… and their Values*. (9th ed. 2019)

**Exhibit C:**  Nicholas J. Johnson, et al., *Firearms Law and the Second Amendment* (3d ed. 2022)

**Exhibit D:**  John Keegan, *Battle at Sea* (2d Pimlico ed., 2004)

**Exhibit E:**  David B. Kopel, *The History of Firearm Magazines and Magazine Prohibitions*, 78 ALB. L. REV. 849 (2015)

**Exhibit F:**  Christopher S. Koper, *Assessing the Potential to Reduce Deaths and Injuries from Mass Shootings Through Restrictions on Assault Weapons and Other High-Capacity Semiautomatic Firearms*, 19 CRIM'Y & PUB. POL'Y 147 (2020)

**Exhibit G:**  Charles Lane, *The Day Freedom Died: The Colfax Massacre, the Supreme Court, and the Betrayal of Reconstruction* (1st ed. 2008)

Dated: October 28, 2022

**SEILER EPSTEIN LLP**

/s/ George M. Lee
George M. Lee

Attorneys for Plaintiffs

**EXHIBIT A**

# GUNS IN AMERICAN SOCIETY

## AN ENCYCLOPEDIA OF HISTORY, POLITICS, CULTURE, AND THE LAW

### VOLUME I: A–L

Edited by
**Gregg Lee Carter**



ABC◆CLIO

Santa Barbara, California    Denver, Colorado    Oxford, England

www.abc-clio.com          ABC-CLIO          1-800-368-6868

Copyrighted material

© 2002 by Gregg Lee Carter

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, except for the inclusion of brief quotations in a review, without prior permission in writing from the publishers.

Library of Congress Cataloging-in-Publication Data

Guns in American society : an encyclopedia of history, politics,
culture, and the law / edited by Gregg Lee Carter.
    p. cm.
 ISBN 1-57607-268-1 (hardcover : alk. paper)
 1. Gun control--United States--Encyclopedias. 2. Firearms--Law and
legislation--United States--Encyclopedias. 3. Firearms--Social
aspects--United States--Encyclopedias. 4. Violent crimes--United
States--Encyclopedias. 5. Social movements--United
States--Encyclopedias. I. Carter, Gregg Lee, 1951-

HV7436 .G8783 2002
363.3'3'097303--dc21

                         2002014682


07   06   05   04   03   02       10   9   8   7   6   5   4   3   2   1

This book is also available on the World Wide Web as an e-book. Visit abc-clio.com for details.

ABC-CLIO, Inc.
130 Cremona Drive, P.O. Box 1911
Santa Barbara, California 93116-1911

This book is printed on acid-free paper ∞.
Manufactured in the United States of America

Copyrighted material

and collect Taxes, Duties, Imposts, and Excises," for purposes wholly unrelated to raising revenue.

National alcohol prohibition in the 1920s encouraged the development of organized crime; both bootleggers and bank robbers frequently used machine guns. In 1934, President Franklin D. Roosevelt encouraged Congress to enact national gun control legislation. The legislation would use the tax power as a means to impose near-prohibitory controls on machine guns and handguns. (The National Rifle Association dropped its opposition to the proposal following a compromise in which handguns were removed from the bill.)

The National Firearms Act of 1934 (NFA) imposed a $200 per gun tax on the transfer of machine guns, short shotguns, short rifles, silencers, and certain other weapons. The NFA provided a mechanism for the registration of owners of these guns, ostensibly to be sure that they paid the tax. The $200 transfer tax was intended to wipe out machine-gun ownership, since the tax exceeded the cost of a machine gun and, indeed, was more than many people earned in an entire month. But after World War II, the effect of inflation on the price level meant that the tax became considerably less onerous than was intended.

*Sonzinsky* was a direct challenge to the National Firearms Act of 1934. A gun dealer argued that the NFA's provisions relating to sellers of NFA firearms were unconstitutional because their purpose was quite obviously not taxation. The NFA was not enacted to raise revenue for the government, but to impose gun control regulations in the guise of a tax.

In a unanimous opinion written by Chief Justice Harlan Fiske Stone, the Supreme Court announced that it did not care. The Court would not "speculate" about the "hidden motives" behind tax legislation (even though congressional nontax motives were plainly stated during the enactment of the bill). Since the NFA brought in a little bit of revenue, the NFA was a legitimate use of the tax power.

The mid-1930s were years of intense conflict pitting the Supreme Court against the president and Congress. As the president demanded and Congress enacted legislation taking federal powers far beyond the literal language of the Constitution and the intent of the framers, a slim majority of the Court resisted, striking down much New Deal legislation as unconstitutional.

By 1937, the Supreme Court had lost the institutional will to continue the struggle. *Sonzinsky* was among a series of late-1930s cases in which the Court majority announced that the Court was, in essence, abandoning any effort to require that Congress only exercise the powers granted to Congress by the Constitution. Supreme Court submission to Congress's expansive reading of congressional powers continued for the next several decades.

While some earlier cases had allowed a certain amount of use of the tax power for nontax purposes, *Sonzinsky* announced that Congress could now proceed free of judicial restraint. The Marihuana Tax Act of 1937 was speedily enacted, and today the Internal Revenue Code contains many thousands of provisions designed to control behavior rather than to raise revenue.

Today, many federal gun control laws are contained in the amended version of the National Firearms Act (26 U.S. Code sect. 5801, et seq.). In addition to machine guns, short shotguns, and short rifles, the amended NFA covers various "destructive devices" such as grenades. (For ordinary guns, most federal laws are contained in 18 U.S. Code 920, et seq., which is enacted under the congressional power "to regulate Commerce … among the several States." The first use of the interstate commerce power to regulate intrastate firearm behavior was the federal Gun Control Act of 1968.)

In the 1990s, the Supreme Court began to edge away from the unlimited legislative power that decisions from the 1930s and subsequent decades had endorsed. (*United States v. Lopez* and *Printz v. United States* are both examples of this trend.) In the 1994 case of *Kurth Ranch,* a majority of the Court ruled that a Montana marijuana tax was enacted for the purpose of punishment, not taxation. And therefore, after punishing people for violating the state's marijuana criminal laws, Montana could not subsequently collect the marijuana tax from them; since the tax was really punishment, the second punishment would violate the constitutional

Copyrighted material

EXHIBIT B



The Leading Reference for Antique American Arms

# FLAYDERMAN'S GUIDE TO ANTIQUE AMERICAN FIREARMS
## ...and their values

**9th EDITION**

**Norm Flayderman**

- 4,000 Individually Priced Firearms • 1,800 Photos for Quick Reference • Coverage From Early-1700s to Early-1900s

# ABOUT THE COVER

Representing the newer end of the contents spectrum, the Colt Model 1911 pistol has become a sought-after collectible, and continues in use by military units, law enforcement personnel and private citizens.

The Model 1911 autoloading 45-caliber pistol was adopted in 1911, and Colt's first deliveries were made to Springfield Armory in early January 1912. Subsequently the Model 1911, with numerous modifications, has compiled an enviable service record with total production (to 1970) of over three million units, with most going to military contracts.

Author Norm Flayderman acquired the illustrated M-1911, frames and drawing from the Winchester Gun Museum in the mid-1970s when the museum contents were moved to the Buffalo Bill Museum in Cody, Wyoming. The Flayderman letter documenting the details of the acquisitions appears in the background, as does a letter from the Winchester Gun Museum, and is the sort of provenance that collectors value greatly. *(Courtesy Little John's Auction Service)*

© 1977, 1980, 1983, 1987, 1990, 1994, 1998, 2001, 2007 and 2019 by E. Norman Flayderman

All rights reserved

Published by



Gun Digest® Books, an imprint of Caribou Media Group, LLC
Gun Digest Media, 5600 W. Grande Market Drive, Suite 100
Appleton, WI 54913
www.gundigest.com

To order books or other products call 920.471.4522
or visit us online at **www.gundigeststore.com**

All rights reserved. No portion of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher, except by a reviewer who may quote brief passages in a critical article or review to be printed in a magazine or newspaper, or electronically transmitted on radio, television, or the Internet.

The views and opinions of the author expressed herein are not necessarily those of the publisher, and no responsibility for such views will be assumed.

All listings and prices have been checked for accuracy but the publisher cannot be responsible for any errors that may have occurred.

The opinions stated herein by the author as to the values of used firearms represent the views of the author and not necessarily those of the publisher. Obviously, the marketplace could yield different values for the subject firearms.

ISBN 13: 978-0-89689-455-6

Designed by Patsy Howell and Donna Mummery
Edited by Ken Ramage

Printed in the United States of America

# Contents

About the Author . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Foreword . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Chapter I
  Collecting Firearms . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Chapter II
  Values and Condition . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Chapter III
  Restoration and Fakes;
    Where the Fine Line is Drawn . . . . . . . . . . . . . . . 36

Chapter IV
  The Arms Library . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

Chapter V
  Major American Manufacturers
  A: Ethan Allen (Allen & Thurber, Allen & Wheelock,
    E. Allen & Co.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
  B: Colt Firearms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73
  C: Manhattan Firearms Company . . . . . . . . . . . . . . . 126
  D: Marlin (Including Ballard and Marlin-Ballard) . 132
  E: Remington Firearms . . . . . . . . . . . . . . . . . . . . . . . 156
  F: Sharps Firearms . . . . . . . . . . . . . . . . . . . . . . . . . . 193
  G: Smith & Wesson . . . . . . . . . . . . . . . . . . . . . . . . . . 212
  H: Stevens Arms Company . . . . . . . . . . . . . . . . . . . . 242
  I: Frank Wesson (Including Wesson & Harrington
    and Harrington & Richardson) . . . . . . . . . . . . . 262
  J: Whitney Arms Company . . . . . . . . . . . . . . . . . . . . 275
  K: Winchester Firearms
    (and Their Predecessor Arms) . . . . . . . . . . . . . . 299

Chapter VI
  American Military Single Shot Pistols . . . . . . . . . . . 324
  A: U.S. Issue/Primary Types . . . . . . . . . . . . . . . . . . . 326
  B: Secondary Types . . . . . . . . . . . . . . . . . . . . . . . . . . 339

Chapter VII
  American Percussion Pistols
  A: Revolvers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 351
  B: Pepperboxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 378
  C: Single and Multi-Barrel Pistols . . . . . . . . . . . . . . 387
  D: Deringers (Henry Deringer and his Imitators) . 405
  E: Underhammer Pistols . . . . . . . . . . . . . . . . . . . . . . 422
  F: Dueling and Deuling Pistols,
    Percussion Target & Belt Pistols . . . . . . . . . . . 449

Chapter VIII
  American Metallic Cartridge Pistols
  A: Revolvers, Pepperboxes, Single and
    Multi-Barrel Pistols, Suicide Specials . . . . . . . 458
  B: Semi-Automatic Pistols . . . . . . . . . . . . . . . . . . . . 524

Chapter IX
  American Military Longarms . . . . . . . . . . . . . . . . . . 530
  A: U.S. Issue/Primary Types . . . . . . . . . . . . . . . . . . . 536
  B: Secondary Types . . . . . . . . . . . . . . . . . . . . . . . . . . 606

Chapter X
  Confederate Firearms . . . . . . . . . . . . . . . . . . . . . . . . 637
  A: Handguns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 640
  B: Longarms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 646

Chapter XI
  Kentucky Rifles and Pistols . . . . . . . . . . . . . . . . . . . 659
  A: Rifles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 664
  B: Pistols . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 671

Chapter XII
  Percussion Sporting and Target Rifles, Plains Rifles,
    Flintlock New England Rifles & Pistols . . . . . . 676

Chapter XIII
  Lever Action and Other Repeating Rifles . . . . . . . . 691

Chapter XIV
  Single Shot Breech-Loading Cartridge Rifles . . . . . 698

Chapter XV
  Revolving Rifles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 709

Chapter XVI
  American Colonial and
    Revolutionary War Firearms . . . . . . . . . . . . . . . 722

Chapter XVII
  American Shotguns and Fowling Pieces . . . . . . . . . 733

Chapter XVIII
  Miscellanea
    (Whaling Guns, Indian Guns, Alarm Guns,
    Blunderbusses, Spring and Air Guns, Harmonica
    and Needle Fire Guns, Yacht and other Salute
    Cannon) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 755

Acknowledgments . . . . . . . . . . . . . . . . . . . . . . . . . . . . 783
NRA Condition Standards for Antique Firearms . . . . . . 785

Indexes
  A: Major Manufacturers Index . . . . . . . . . . . . . . . . . 786
  B: Alphabetical Index . . . . . . . . . . . . . . . . . . . . . . . . . 792

**5K-022
Iron Frame Henry**

**5K-023
Early Brass Frame Henry**

the magazine. A distinctive identifying feature of the Henry is the lack of a forend, and the absence of a loading gate on either side of the frame. Made in relatively limited quantities, and a revolutionary weapon in Civil War service, the Henry is one of the major collector's items in the entire Winchester field. The model is difficult to obtain in fine condition and commands premium prices in all its variations. Quite a few company-size Union outfits, especially those from Kentucky, Illinois, Indiana and Missouri purchased at their own expense, and carried, Henry rifles. Much significant information on the development and history of this important rifle, its production, sale and usage by the military during the Civil War is found in *The Historic Henry Rifle* by W. Sword (q.v.).

**Iron Frame Model.** The most desirable Henry variation, featuring the frame of iron, rather than the standard brass. Rounded type iron buttplate at its heel; no lever latch; sporting style adjustable leaf rear sights. Quantity estimated 275. Serial number range 1 to 400:

**5K-022**      Values—Good **$30,000**         Fine **$100,000**

**Early Brass Frame Model.** As above, but the frame and buttplate of brass. With or without lever latch. Serial numbers overlap iron frames. Total made about 1,500:

**5K-023**      Values—Good **$11,500**         Fine **$35,000**

**Late Brass Frame Model.** As above, but the heel of the **brass** buttplate (**adopted approx. serial range no. 4,000**) has a pointed profile. Lever latch standard. Serial range primarily above about 2500 (overlap with early M1866 brass frame rifles):

**5K-024**      Values—Good **$10,000**         Fine **$30,000**

**U.S. Government Purchased and Issued Henry Rifles.** Total quantity 1,731 acquired between 1862 and 1865. Most in serial range 3000 to 4200. Known issued to 1st Maine and 1st District of Columbia Cavalry Regiments, (more than 200 were captured Sept. 1864 from the 1st D.C. Regiment and issued to the 7th, 11th and 35th Virginia (Confederate) Cavalry); small quantity trial issues to other units. Believed brass frames only. Inspector

markings C.G.C. at breech of barrel and stock. Extremely important information about government purchases and serial number ranges of same will be found in *The Historic Henry Rifle* (by W. Sword, q.v.) some of which may add significantly to historic significance and premium values.

**5K-025**      Values—Good **$20,000**         Fine **$70,000**

**Cleaning or wiping rods issued with all Henry rifles.** Earliest types were jointed, four-piece hickory wood rods with small iron fittings for assembly. The four sections were stowed in the butt stock through a hinged brass door in buttplate. Later rods were four pieces of steel with brass tip stowed in butt in same manner. However, the aperture and the loading port was narrower in diameter, hence the earlier wooden rod will not fit into that later style! Reported that some earlier wooden rods may bear "CGC" inspector markings to accompany government contract rifles.



**5K-025.5**

**Briggs Patent Henry Rifle.** Although the King's Patent (May 27, 1866) hinged loading gate adapted to a Henry rifle became the device used to facilitate loading cartridges from the receiver in the M.1866, other methods were experimented with. Best known and most practical is the Briggs Patent of Oct. 16, 1866 which allowed for loading the magazine tube immediately in front of the receiver. Made only experimently, there are a handful of known examples that have come on the market. One method, made without a forearm, had the entire magazine tube slide forward; the other (illus. here) is fitted with a uniquely designed brass forend which slides forward to expose the bottom end of the magazine for ease in loading. Few recorded sales; values minimum in low five figures; upward considerably dependant on condition.
**5K-025.5**

## Winchester Model 1866 Rifle

**Model 1866 Rifle.** Manufactured c. 1866-98; total produced approximately 170,101.

44 rimfire caliber. Tubular magazine located beneath the barrel. Distinctive brass frame.

Oil stained walnut stocks. Metal parts finished as follows: Lever and hammer casehardened; barrel browned or blued, magazine tube blued, the brass furniture left a natural finish.

Serial numbering overlaps that of the Henry Rifle, and began at about 12476. Until about the 20000 serial range the number was marked beneath the buttstock on the left side of the upper tang. Thereafter the number could be found on the lower tang and was visible without removing the buttstock.

These arms are not marked "Model 1866," and are easily distinguished by their brass frames with loading gates, and the

presence of forestocks. Winchester Museum serial records are only partially complete on the 1866 production. Popularly known on the frontier as the "Yellow Boy", the Indian also called it "many shots" along with "heap firing" guns. The best the repeating rifle most deserving of the name "The Gun That Won The West."

*Rifles:* Standard with 24" barrel, octagonal through about the serial range 100000, at which time round barrels became common. Brass frame, buttplate, and forend cap (steel cap became standard after serial range 135000). The buttplate of the crescent type.

*Carbines:* Standard with 20" round barrel and two barrel bands. Brass frame and buttplate, the latter of the distinctive curved profile. Saddle ring mounted on the left side of the frame.

*Muskets:* Standard with 27" round barrel, 24" magazine, and

# V-K: Winchester



**5K-028**
**M. 1866 Rifle**

**5K-029**
**M. 1866 Carbine**

**5K-032**
**M. 1866 Musket**

forend. Three barrel bands present, and the buttplate of carbine style.

Major variations are:

First Model 1866 (a.k.a. **"Flatside"**), tang serial number concealed by the buttstock. "Henry drop" in profile of frame at the hammer area, frame does not flare out to meet forend, upper tang has two screws, flat loading gate cover, Henry and King's patent barrel marking, serial range 12476 to about 15500 (with some overlap with Henry Rifle).

Rifle version of the First Model (not fitted with forend cap):
5K-026   Values—Good **$14,000**      Fine **$45,000**

Carbine version of the First Model:
5K-027   Values—Good **$7,000**      Fine **$22,500**

Musket version of the First Model: (None produced)
Second Model 1866, concealed "inside" serial marking on the early production through about 19000 serial range), flared to meet the forend, the "Henry drop" frame profile has to a graceful curved shape in the hammer area, Henry and King's patent barrel marking for most of production, serial range about 15500 to 23000+.

Mexican military purchase: Late in 1866 President Benito purchased 1,000 Model 1866 rifles (most likely 5K-028; possibly 5K-030; not to be confused with muskets or carbines). They were soon delivered to Monterrey in the State of Nuevo León. Only marking thus far recorded is a small circular stamp at top of receiver with a crudely outlined eagle, wings downward and letters "N.L." (Nuevo Leon) on left of circle; an issue or serial number above circle. Whether that marking indicated solely a Nuevo Leon state issue or was marked on all

the contract is unknown. Authenticated specimens worthy of premium values.

Rifle:
5K-028      Values—Good **$4,500**      Fine **$12,500**

Carbine:
5K-029      Values—Good **$4,000**      Fine **$11,500**

**Musket:** None known to be produced.
**Third Model 1866**, serial marked in block numerals behind the trigger (and thus visible without removing stock), flared frame to meet forend, and the curved frame profile in hammer area not as pronounced as the First and Second Models; Winchester, New Haven and King's Patent barrel marking, serial range about 23169 (lowest recorded number to date) to 149000.

Rifle:
5K-030      Values—Good **$4,000**      Fine **$11,000**

Carbine:
5K-031      Values—Good **$3,750**      Fine **$9,500**

Musket:
5K-032      Values—Good **$2,500**      Fine **$6,500**
**Fourth Model 1866**, the serial number marked in script on the lower tang near lever latch, flared frame to meet forend, the curved frame profile in hammer area even less pronounced than the Third Model, barrel marking same as the Third Model, serial range about 149000 to 170101. Late production iron mountings.

Rifle:
5K-033      Values—Good **$3,250**      Fine **$9,000**

Carbine:
5K-034      Values—Good **$2,750**      Fine **$8,500**

Musket:
5K-035      Values—Good **$2,500**      Fine **$6,500**
(Note: A premium placed on round barrels on rifles, as these are less frequently encountered than octagon.)

## Winchester Model 1873 Rifle

**Model 1873 Rifle.** Made c. 1873-1919; total produced approximately 720,610 (figure includes 19,552 made in 22 rimfire). 32-20, 38-40, and 44-40 calibers. Tubular magazine located beneath barrel. The frames of iron with sideplates, and noticeably different from the Model 1866 predecessor.

Oil stained or (less common) varnished walnut stocks. Blued finish, with hammers, levers and buttplates casehardened; frames also not uncommon casehardened.

Serial numbering in individual series from 1 on up; located

on the lower tang. MODEL 1873 and Winchester markings appear on the upper tang; caliber markings usually are present on bottom of the brass elevator block (see bottom of frame) and on the barrel at breech. Winchester name and address marking on the barrel, with King's Improvement patent dates.

To the good fortune of collectors, Winchester Museum factory records are virtually complete for the Model 1873 production. This is a model in which the collector can specialize exclusively, and perhaps never run out of variations to acquire. Considerable

## V-K: Winchester

variety is apparent in the Model 1873, in sights, magazines, finishes, markings, barrel lengths and weights, stocks, and even in screws, varying contours of wood and metal, knurlings, and *ad infinitum*. Export sales were considerable, and many of these arms experienced rough handling and those that survived are often in poor condition. Domestic sales have survived in a generally better state of condition, but the majority do show use, and often to a great degree. Perhaps the most famous of all Winchesters, the '73 was featured in the James Stewart film "Winchester '73." The Model boasts a production record covering more years (about 50) and more guns (over 720,000) than most of the company's other lever action models. Those under No. 525900 (approx.) made prior to December 31, 1898.

*Rifles:* Standard with 24" barrel, round or octagon. Buttplate of the crescent type. Cap on front of forend; the magazine tube attached to barrel with small band. Adjustable, open style sporting rear sight.

*Carbines:* Standard with 20" round barrel, and two barrel bands. Buttplate of distinctive curved profile. Saddle ring mounted on the left side of the frame. The rear sights of adjustable carbine type (compare with Rifle).

*Muskets:* Standard with 30" round barrel, 27" magazine. Three barrel bands usually present, the buttplate of carbine style, and the sights of adjustable musket type.

Major variations are:

**Early First Model 1873,** the dust cover with guide grooves is mortised in forward section of the frame; checkered oval thumbrest is separately affixed (very earliest is round thumbrest and worth premium). Note two screws on frame above trigger, lever latch fits into lower tang with threads, upper lever profile curves away from trigger; serial range from 1 to about 1600 (serials under 100 worth 30 percent to 50 percent premium).

**Rifle:**
**5K-036**  Values—Good **$2,250**  Fine **$8,500**

**Carbine:**
**5K-037**  Values—Good **$3,500**  Fine **$10,000**

**Musket:** None known to be produced.
(Note: Many, serial numbered 1 through approximately 600, Model 1873 markings are hand engraved and found on the lower tang with the serial number. This feature worth a premium in value.)

**Late First Model 1873,** the dust cover mortised as above (oval thumbrest is checkered on the cover itself and variations of that oval panel occur and fetch premiums), trigger pin appears below the two frame screws above trigger, improved type lever latch (the threads not visible) became standard as did the trigger block safety and the added profile to the lever behind trigger (to engage newly added safety pin); serial range about 1600 to 31000 (serials under 100 worth 30 percent to 50 percent premium).

**Rifle:**
**5K-038**  Values—Good **$1,750**  Fine **$6,500**

**Carbine:**
**5K-039**  Values—Good **$2,250**  Fine **$9,500**

**Musket**
**5K-040**  Values—Good **$2,250**  Fine **$9,000**

**Second Model 1873,** same as above but dust cover slides on center rail on rear section of top of the frame, the rail secured by screws; serial range about 31000 to 90000. On later Second Models, serrations on rear edges (for finger hold) replaced the checkered oval panel on the dust cover.

**Rifle:**
**5K-041**  Values—Good **$1,250**  Fine **$3,750**

**Carbine:**
**5K-042**  Values—Good **$1,500**  Fine **$5,000**

**Musket:**
**5K-043**  Values—Good **$1,250**  Fine **$4,000**

**Third Model 1873,** same as above but the dust cover rail is a machined integral part of the frame, no longer present are the two frame screws and pin formerly located above the trigger, and screws on lower tang are located much more rearward than previously; serial range about 90000 to end of production. Serrated rear edges on dust cover.

**Rifles:**
**5K-044**  Values—Good **$875**  Fine **$3,000**

**Carbine:**
**5K-045**  Values—Good **$1,250**  Fine **$4,500**

**Musket:**
**5K-046**  Values—Good **$1,100**  Fine **$2,750**



5K-042 / 5K-045
**Carbine**

5K-041 / 5K-044
**Rifle**

5K-043 / 5K-046
**Musket**



**V-K: Winchester**

5K-047
Model 1873 Caliber 22 RF

**Model 1873 22 Rimfire Rifle,** easily identified by the 22 caliber markings and the lack of a loading gate in the right sideplate, chambered for 22 short and long rimfire cartridges, and loaded through the front end of the magazine tube. 24" or 26" barrels standard. Made c 1884-1904 in a total quantity of 19,552, this was the first repeating rifle manufactured in America chambered for the 22 rimfire ammunition (although Winchester's initial advertising of this rifle in their 1885 catalog offered it in 22 W.C.F. centerfire) it is believed that was a clerical error as none are known, or recorded made in that caliber). Made in rifle size only.

It appears that only this variant chambered for 22 rimfire was offered with a takedown feature (in the early Winchester advertisements). The barrel, magazine and forearm fastened together as a single unit and were attached to the frame by a single tapered iron cross-pin. Merely removing (knocking out) that pin separated the frame from the barrel unit "thus making the gun more easily packed in trunk or case" as their catalog stated. The system was found unsatisfactory and few were actually produced and sold. It is noted that some other receivers had been drilled to accept that taper pin, but were fitted with the barrel unit and that pin is in a permanently fixed position. Actual takedown models and others with merely frames showing the

permanent pin have been observed in the serial ranges 155,000 to 180,000. Authenticated takedown models worth substantial increased value.

**5K-047      Values—Good $1,150          Fine $3,750**

**1 of 1000 and 1 of 100 rifles,** are among the ultimate rarities in Winchester collecting. In the Model 1873 only 136 "1 of 1000" rifles were made, and 8 "1 of 100". These are distinguished by the special marking found on the top of the breech. Confirmation of the series can be made through Winchester Museum records, in which the original arms are documented. The desirability of 1 of 100/1000 rifles has made them attractive due faking; and caution is suggested in making a purchase. Although the "1 of 100" is the scarcer rifle it seems that the "1 of 1000" is more eagerly sought after, hence values are apparently the same for these two great rarities, ranging from:

**1 of 100:**
**5K-048      Values—Good $40,000      Fine $90,000**
              Exc. $225,000

**1 of 1000:**
**5K-049      Values—Good $37,500      Fine $85,000**
              Exc. $200,000

## Winchester Model 1876 Rifle

**Model 1876 Rifle.** Manufactured c. 1876-97; total production of 63,871

40-60, 45-60, 45-75, and 50-95 calibers. Tubular magazine located beneath barrel. The frames similar in appearance to the Model 1873, but are noticeably larger.

Oil stained or (less common) varnished walnut stocks. Blued finish, with hammers and levers, casehardened; frames and butt-plates also not uncommon casehardened.

Serial numbering in individual series from 1 on up; located on the lower tang. MODEL 1876 stamped on the upper tang. Winchester name and address marking on the barrel, with King's Improvement patent dates. Caliber markings usually are present on bottom of the brass elevator block and on the barrel at breech.

Often known as the "Centennial Model" due to its introduction in 1876, the '76 was designed to offer the shooter a large caliber lever action for big game. It is sometimes confused with the Model 1873, until comparing their frames and calibers. The limited production total and years of manufacture recommend the '76 as among the less common Winchester lever actions. Shooters who enthusiastically endorsed the model include one of the most revered of all American hunters—Theodore Roosevelt. An important recent study *The Winchester Model 1876 Centennial Rifle* by H.G. Houze (q.v.) includes much fresh information about the Model 76 and discusses misconceptions about its origin and evolution.

*Rifles* Standard with 26" or 28" round or octagon barrel. The buttplate of crescent type. Like the 1873, the forend has a metal cap, and the magazine tube is attached to the barrel with a small band. Adjustable, open style sporting rear sight. Stocks usually straight, pistol grip types are not common.

*Carbines:* The standard having 22" round barrel, 18" forend with a distinctive forend cap set back to allow for bayonet attachment, one barrel band (with band spring), carbine type buttplate. Saddle ring mounted on the left side of the frame. The rear sights of adjustable carbine type.

*Muskets:* Standard with 32" round barrel, the magazine tube concealed beneath the forend and the forend tip identical to that on the carbine. One barrel band, with band spring. Carbine type buttplate. Sights vary but are generally of military type. Muskets in the Model 1876 are scarce.

Major variations are:

**First Model 1876,** was made without a frame dust cover, and is in the serial range 1 to about 3000.

**Rifle:**
**5K-050      Values—Good $1,750          Fine $6,500**

**Carbine:**
**5K-051      Values—Good $2,250          Fine $7,500**

**Musket:**
**5K-052      Values—Good $5,500          Fine $10,000**

**Early Second Model 1876,** has a dust cover on the frame, with the thumbpiece of a die-struck oval, the dust cover guide rail screwed to top of frame; serial range about 3000 to 7000.

**Rifle:**
**5K-053      Values—Good $1,250          Fine $5,000**

**Carbine:**
**5K-054      Values—Good $1,750          Fine $7,000**

**Musket:**
**5K-055      Values—Good $5,000          Fine $9,500**

## V-K: Winchester

5K-053 / 056 / 059
**Rifle**

5K-054 / 057 / 060
**Carbine**

**Late Second Model 1876,** lacks the oval thumbpiece on the dust cover, but has knurling at the finger grip section at rear, the guide rail as on Early Second Model; serial range of about 7000 to 30000.

Rifle:
**5K-056**    Values—Good **$1,100**      Fine **$4,000**

Carbine:
**5K-057**    Values—Good **$1,750**      Fine **$6,000**

Musket:
**5K-058**    Values—Good **$4,500**      Fine **$9,000**

**Third Model 1876,** same as Late Second Model, but the guide rail machined integral with the frame; serial range of about 30000 to end of production.

Rifle:
**5K-059**    Values—Good **$1,100**      Fine **$4,000**

Carbine:
**5K-060**    Values—Good **$1,750**      Fine **$6,000**

Musket:
**5K-061**    Values—Good **$4,500**      Fine **$9,000**

**Northwest Mounted Police Carbines,** form especially prized variations of the 1876 Carbine. Though appearing in various serial ranges from as low as about 8000, the two major types are in the serial range of about 23801 - 24100 and the range 43900 - 44400. Mounted Police '76 Carbines bear an NWMP stamp on the buttstock, and are in 45-75 caliber; barrel lengths of the conventional 22":

**5K-062**    Values—Good **$3,250**      Fine **$8,750**

**1 of 1000 and 1 of 100 Rifles,** are of even greater rarity in the '76 than in the '73 Model. Only 8 "1 of 100s" and 54 "1 of 1000s" were made in the 1876 series, all fortunately recorded in the Winchester shipping records. The identifying marking appears on top of the breech end of the barrel. Again, caution is recommended for purchasing one of these ultra-rarities, due to the possibility of spurious markings. As with the Model 1873, the "1 of 100" is the scarcer rifle, but values in the collectors marketplace are about the same for these two great prizes:

1 of 100:
**5K-063**    Values—Good **$50,000**      Fine **$95,000**
          Exc. **$250,000**

1 of 1000:
**5K-064**    Values—Good **$50,000**      Fine **$90,000**
          Exc. **$225,000**

## Winchester Model 1886 Rifle

**Model 1886 Rifle.** Manufactured c. 1886-1935; total produced 159,994. (Those under No. 119193 (approx.) made prior to December 31, 1898).

Made in a variety of calibers from as small as 33 W.C.F. to as large as 50-110 Express; total of about 10 chamberings; 45-70 and 45-90 are worth 25 percent premium; caliber 50 is worth 100 percent premium. Tubular magazine beneath the barrel. The frame distinctively different from previous lever action Winchesters, and featured vertical locking bolts, visible when viewing the gun from top or bottom.

Prior to 1900 and serial 120,000 (approx.) the M.1886 was standard with case hardened frame, hammer, forend cap and buttplates. Hence, such information is not included in factory letters. Following that date/serial all major parts were blued and case hardening had to be custom ordered and was so mentioned in factory ledgers. Takedown models almost always blued and not so mentioned. Straight grain, oil stained walnut stock standard. Although various grades of wood were extra, records merely mention "fancy"; pistol grip stocks usually fitted with better grades.

Serial numbering was in an individual series from 1 on up; marked on the lower tang. MODEL 1886 on the upper tang of most of the production; variations exist primarily in the late production due to adding of Winchester name and trademark data. Barrel marking of Winchester name and address, and, in late series arms, 1884 and 1885 patent dates were also used. Calibers marked on breech of the barrels.

The Model 1886, dramatically different from predecessor lever actions, was the first repeating rifle of John M. and Matthew S. Browning design to be adopted by Winchester. Improvements on their creation were made by Winchester's own William Mason, and the result was a vast improvement



5K-065
**1886 Rifle**

## V-K: Winchester



**5K-066**
**1886 Light Weight Rifle**

**5K-069**
**1886 Carbine**

**5K-071**
**1886 Musket**

over the Model 1876. Chamberings were in the big game calibers, and a featured part of the '86 was its shorter and quite streamlined frame. Immediately received with great enthusiasm by shooters (even several African hunters), the new model could count among its converts Theodore Roosevelt.

Major variations are:

Rifle; 26" round or octagon barrel, crescent style buttplate. Steel forend cap, the magazine tube attached to the barrel by a small band. Adjustable Buckhorn style rear sights. Straight buttstock:

**5K-065**   Values—Very Good **$1,500**   Exc. **$4,750**

Extra Light Weight Rifle; 22" round "rapid taper" barrel; half magazine, rubber shotgun buttplate; 45-70 and 33 calibers only:

33 caliber:
**5K-066**   Values—Very Good **$1,200**   Exc. **$3,750**

45-70 caliber:
**5K-067**   Values–Very Good **$3,000**   Exc. **$6,000**

**Takedown Model Rifles:** which come apart at forward end of the breech:

**5K-068**   Values—Add 10 percent to 15 percent premium depending on model and overall condition.

**Carbine;** 22" round barrel; saddle ring on left side of the frame. Adjustable carbine style rear sights. Carbine style buttplate. Calibers 45-70 and 50 Express worth premium:

**5K-069**   Values—Good **$3,000**   Fine **$7,500**

**Full Stock Carbine;** as above but with forearm extending nearly to the muzzle (as on the Model 1876 Carbine); one barrel band:

**5K-070**   Values—Good **$4,000**   Fine **$11,500**

**Musket;** 30" round barrel, 26" forend (the tip of the Model 1876 Musket style), one barrel band. Military windgauge rear sights. Production quite limited, only about 350 produced; the '86 Musket is the greatest rarity of all Winchester lever action muskets:

**5K-071**   Values—Good **$5,000**   Fine **$17,500**

## Winchester Model 71 Rifle

Model 71 Rifle. (Not illus.; about identical in contours to the Model 1886.) Manufactured 1935-1957; total quantity of about 47,254.

.348 Winchester caliber. Tubular 3/4-length magazine beneath the barrel. The frame used was an improved version of that employed for many years on the Model 1886. (Note: Early specimens [approx. first 15,000] have long 3-7/8" tangs and will bring a premium value. Standard tang is 2-7/8".)

Plain walnut pistol grip stocks; the forend of semi-beavertail type. Blued finish.

Serial numbered in an individual series, from 1 to 47254; marking was on the bottom curve of the forward end of the frame. Two basic types of barrel markings were used, both identifying the model, and giving caliber, company name and address, etc. Winchester developed the Model 71 as a

continuation of the Model 1886, with improvements to handle the 348 cartridge. Though a relatively modern rifle, the 71 has proven a quite popular item with collectors.

**Standard model;** plain walnut stocks, without pistol grip cap, or sling, or sling swivels. 24" barrel length:

**5K-072**   Values—Very Good **$600**   Exc. **$1,000**

**Deluxe Model;** checkered pistol grip stock and quick detachable sling swivels:

**5K-072.5**   Values—Very Good **$750**   Exc. **$1,250**

**As above, but in 20" barrels:**

**5K-073**   Values—Very Good **$850**   Exc. **$1,750**

**Deluxe Model;** checkered pistol grip stock; detachable swivels; 20" barrel:

**5K-073.5**   Values—Very Good **$950**   Exc. **$1,850**

## Winchester Model 1892 Rifle

Model 1892 Rifle. Made c. 1892-1941; total production approximately 1,004,067. (Those under No. 165,432 (approx.) made prior to December 31,1898).

32-20, 38-40, and 44-40 were the major calibers; 25-20 added

in 1895; quite scarce in 218 Bee. Tubular magazine beneath the barrel. The frame a smaller version of the Model 1886.

Oil stained or (less common) varnished walnut stocks. Blued finish, with casehardening a special order detail.

## V-K: Winchester



**5K-074 Rifle**

**5K-076 Carbine**

**5K-078 Musket**

Serial numbering in an individual series from 1 on up; marked on the bottom curve of the forward end of the frame. MODEL 1892, Winchester, and trademark stamps appear on the upper tang, in four basic marking variants. Barrel marking of Winchester name and address, and, in late series arms, 1884 patent date, was also used. Calibers marked on breech of the barrel.

The 1892 was designed as a modern successor to the Model 1873, with the same chambering of 32, 38, and 44 W.C.F. as the major calibers—the latter chambering being one of the most desirable today. The rather sleek and short frame was a scaled down version of the Model 1886. The '92 was so well made, functional, and attractive that many specimens still do service today in the hands of hunters and shooters. Export sales of the '92 were substantial, and large quantities of arms were shipped to Australia, South America, and the Far East. But the major market was North America. Due to the high production total, and the lengthy manufacturing run of over 50 years, a wide range of variants will be observed in virtually every detail, from butt to muzzle. In "excellent" or "mint" condition caliber 38-40 and 44-40 will bring premiums of 50 percent more. A few various European copies were made of the '92. Most often seen is a near identical, Spanish made c. 1920, carbine marked EL TIGRE. Value as a "curiosity" substantially less.

The major variations:

**Rifle;** 24" round or octagon barrel (worth premium), crescent style buttplate. Steel forend cap; the magazine tube attached to the barrel by a small band. Adjustable buckhorn type rear sights. Straight buttstock:

**5K-074**    Values—Very Good **$675**        Exc. **$1,750**

**Takedown Model Rifle;** comes apart at forward end of breech.
**5K-075**    Values—Add 15 percent to 20 percent

**Carbine;** 20" round barrel; saddle ring on left side of the frame. Two barrel bands. Rear sights of adjustable carbine type:
**5K-076**    Values—Very Good **$875**        Exc. **$3,000**

**Trapper's Model Carbine;** same as above but with barrel lengths of 14", 15", 16", or 18":
**5K-077**    Values—Very Good **$2,000**        Exc. **$6,500**
(Note: Federal firearms laws should be checked to ascertain the legality of short lengths under 16".)

**Musket;** 30" round barrel, 27" magazine, portion of which protrudes from the forend. Three barrel bands. Rear sights of military type. Modified shotgun style buttplate. Quite rare:
**5K-078**    Values—Very Good **$4,500**        Exc. **$10,000**

## Winchester Model 53 Rifle

**Model 53 Rifle.** (Not illus.) Manufactured 1924-1934 (with a few assembled as late as 1941); total made about 15,110. Substantially identical to the Model 1892.

25-20, 32-20 cals; 44-40 worth 25 percent premium. 22-inch round barrel standard. Tubular half-magazine beneath the barrel. The frame was that of the Model 1892. Plain walnut stocks. Blued finish.

Marked on bottom curve of forward end of frame. MODEL 53 and accompanying markings stamped on left side of the barrel; company name and address stamp on right side. Trademark stamping on the upper tang.

The Model 53 was produced as the final form of the Model 1892 series; except for the 1892 carbine, which continued through 1941.

Rather than keep the 1892 rifle with variations as a part of the product line, Winchester developed the 53, in which was combined some of its predecessor's most preferred details. These were the 22" round barrel, the walnut stock of pistol grip or straight type (buttplate of shotgun type checkered steel, or of rifle style in a crescent shape), and the 25-20, 32-20, and 44-40 calibers. Still further adaptations resulted in a new model, the 65, brought out in 1933.

**Standard model;** plain stocks:
**5K-079**    Values—Very Good **$800**        Exc. **$1,600**

**Takedown model;** comes apart at forward end of the breech. Apparently more takedowns were made than solid frames:
**5K-080**    Values—Very Good **$850**        Exc. **$1,750**

## Winchester Model 65 Rifle

**Model 65 Rifle.** (Not illus.) Made 1933-1947; total quantity of about 5,704. Substantially identical to the Model 1892.

25-20, 32-20 cals; 218 Bee worth 15 percent premium. Tubular half-magazine beneath the barrel. The frame was that of the Model 1892. Plain walnut stocks. Blued finish.

Serial numbered within the range of the Model 1892; the

marking on bottom curve of forward end of the frame. MODEL 65 and accompanying markings on left side of the barrel; company name and address stamp on the right side. Trademark and caliber stamp also on the barrel.

Designed from the Model 53 rifle, the Model 65 employed the 1892 action, but differed from its predecessor primarily in

having a greater magazine capacity, a pistol grip stock only, and a sight cover mounted on the forged ramp type front base. Among standard features were the 22" round barrel, shotgun style butt (with checkered steel buttplate), and the solid frame (no takedown variations were produced):

**5K-081**  Values—Very Good **$950**  Exc. **$3,000**

## Winchester Model 1894 Rifle

**Model 1894 Rifle.** Manufactured c. 1894 to present. The total production to 1975 in excess of 3,000,000. (Those under No. 147684 (approx.) made prior to December 31, 1898). In 25-35, 30-30, 32-40, 32 Winchester Special, and 38-55 calibers; the largest proportion in the 30-30 caliber. Tubular magazine beneath the barrel. The frame similar in appearance to the Model 1892, but quickly differentiated by the straight bottom contour of frame (lacks the vertical locking bolt device as on the '92). Oil stained or (much less common) varnished walnut stocks. Blued finish, with casehardened levers, hammers, and buttplates for varying periods into the 20th century.

Serial numbering in an individual series from 1 on up; marked on bottom of the frame at forward end. MODEL 1894, Winchester, and trademark stamps appear on the upper tang; four basic marking variants. Barrel marking of Winchester name and address, after 100,000 serial range, 1894 patent date added. Above range of about 100,000 a longer marking adopted, without patent date. And still other variants of barrel stamps appeared, later in production. Calibers marked on the barrel near breech end.

The Model 1894 was Winchester's first lever action made for smokeless powder cartridges, and is decidedly the most successful centerfire rifle the company ever produced. The design was by John M. Browning, and from the beginning the '94 was eminently practical—a specimen of ultimate perfection in a lever action rifle. It is of no surprise that the model has experienced not a single major change over its long production run. The Model 94 continues today as the major model of centerfire rifle in the Winchester line.

Variations as follows:

**Rifle;** 26" octagon barrel; early production with casehardened hammer, lever, trigger, and buttplate; the balance blued. Crescent style buttplate. Steel forend cap; the magazine tube attached to the barrel by a small band. Adjustable buckhorn style rear sights:

**5K-082**  Values—Very Good **$650**  Exc. **$2,000**
**Same as above,** but with full blued finish; the earlier production arms generally more desirable than specimens with high serial numbers:
**5K-083**  Values—Very Good **$575**  Exc. **$1,400**
**Same as above,** but with round barrel:
**5K-084**  Values—Very Good **$475**  Exc. **$1,250**
**Extra Light Weight Rifle;** 22" to 26" round, rapid taper barrel, straight buttstock with shotgun style buttplate:
**5K-085**  Values—Very Good **$900**  Exc. **$3,250**
**Takedown Model Rifle;** comes apart at forward end of the breech:
**5K-086**  Values—Add 15 percent to 20 percent depending on caliber and condition.
**Carbine;** 20" round barrel; saddle ring on left side of the frame (standard through 1925). Rear sights of adjustable carbine type. Modified shotgun style buttplate (Calibers 30-30 and 32 Special tend to bring 15 to 20 percent less than values shown):
**5K-087**  Values—Very Good **$700**  Exc. **$2,250**
**Same as above,** but without saddle ring (post-1925):
**5K-088**  Values—Very Good **$425**  Exc. **$900**
**Trapper's Model Carbine;** with or without saddle ring; barrel lengths of 14", 16", or 18" (scarce, worth premium):
**5K-089**  Values—Very Good **$2,000**  Exc. **$6,000**
(Note: Federal firearms laws should be checked to ascertain the legality of short lengths.)



**5K-082
Rifle**

**5K-087
Carbine**

## Winchester Model 55 Rifle

**Model 55 Rifle.** (Not illus.) Manufactured 1924-1932; approximately 20,580 produced. Substantially the same as the Model 1894.

25-35, 30-30, and 32 Winchester Special calibers. Tubular half-magazine beneath the barrel. Frame used was that of the Model 1894.

Plain walnut stocks. Blued finish.

Serial numbering was at first in an individual range (1 to about 2868); and subsequently was made concurrent with that of the Model 1894; the marking on bottom curve of forward end of the frame. Barrel marking type was as used on the late production of the Model 1894—a long legend, without patent dates. Caliber designation was on the breech end of the barrel. The MODEL 55 identification also appeared on the barrel.

Winchester management decided to discontinue a variety of Model 1894 rifles and to replace these with the Model 55 (and at the same time continue with the 1894 carbine). Standard on the new model was the 24" round barrel, altered sights, and shotgun type buttstock terminating in a buttplate of checkered steel.

## Winchester Model 64 Rifle

**Model 64 Rifle.** (Not illus.) Made 1933-1957; in a total quantity of about 66,783. Substantially the same as the Model 1894.

25-35, 30-30, 219 Zipper, and 32 Winchester Special calibers (25-35 and 219 dropped in 1941). Tubular 3/4-length magazine beneath the barrel. The frame used was basically that of the Model 1894.

Plain walnut pistol grip stocks. Blued finish.

Serial numbering was concurrent with the Model 1894; marked on the bottom curve of the forward end of frame. Caliber designation, MODEL 64, and Winchester name and address markings were on the barrel.

The 64 joined the Winchester product line as the successor to the Model 55. Design changes over its predecessor were in an increased magazine capacity, adoption of the pistol grip type stock, sight

## Winchester Model 1895 Rifle

**Model 1895 Rifle.** Manufactured c. 1896-1931; total of approximately 425,881. (Those under No. 19871 (approx.) made prior to December 31, 1898).

30-03, 30-06, 30-40 Krag (later with "30 ARMY" markings), 303 British, 35 Winchester, 38-72, 40-72, 405 Winchester, and 7.62mm Russian calibers. Box magazine located beneath the frame.

Oil stained or (less common) varnished walnut stocks. Blued finish; casehardening a special order detail.

Serial numbered in an individual series from 1 on up; marked on the lower tang. Four basic types of upper tang stamping; the first with WINCHESTER and MODEL 1895; later types with patent data added and other minor changes. On left side of the frame (except on the Flatside variation), the Winchester name, address, and patent dates with variation mainly in the adding of dates. Calibers were marked on the barrel at breech, or on top of the breech area of the frame.

Another brainchild of the uniquely talented John M. Browning, the Model 1895 was the first box-magazine lever action rifle to be successfully produced. Chambering was for the new high powered smokeless ammunition, capable of handling any big game throughout the world. Due to the box magazine

Standard model; solid frame, plain stocks:
**5K-090**     Values—Very Good **$600**     Exc. **$1,250**
As above, but of takedown type; coming apart at the forward end of the breech (more often seen):
**5K-091**     Values—Very Good **$650**     Exc. **$1,400**

cover mounted on the forged ramp type front base, and use of only the solid type frame (no takedown variations). Lengths of barrels were from 20" to 26", the latter only in the 219 Zipper caliber. Buttstocks with checkered steel buttplates, of shotgun style.

Standard model; plain walnut stocks; chambered for 30-30 or 32 Special caliber:
**5K-092**     Values—Very Good **$350**     Exc. **$775**

Deluxe Model: checkered pistol grip stock and detachable sling swivels:
**5K-092.5**     Values—Very Good **$500**     Exc. **$1,000**
As above, but in 25-35 or 219 Zipper:
**5K-093**     Values—Very Good **$850**     Exc. **$2,500**

Deluxe Model in 25-35 or 219 Zipper:
**5K-093.5**     Values—Very Good **$950**     Exc. **$3,000**

beneath the frame, the Model 1895 has a distinctive profile, unlike any other Winchester rifle. Thanks mainly to a substantial order from the Russian government, the major proportion of '95 production was in the musket configuration.

Major variations are:

**Rifle;** The Flatside Model, the frame sides without escalloping or fluting; standard barrel lengths vary according to caliber, and are usually round; crescent style buttplate. Solid loop lever construction. Two-piece magazine; sporting style rear sights. Serial range 1 to about 5000:
**5K-094**     Values—Very Good **$1,100**     Exc. **$4,000**

Standard production model; the frame sides escalloped; two-piece lever; one-piece magazine; serial range about 5000 to end of production; this was the configuration for most of the rifle production:
**5K-095**     Values—Very Good **$750**     Exc. **$1,800**

Takedown Model Rifle; comes apart at forward end of breech:
**5K-096**     Values—Add 10 percent to 15 percent

Carbine; 22" round barrel; standard calibers of 30-03, 30-06, 30-40 and 303 British. Escalloped sides to the frame. With or without



*5K-094*
*1895 Flatside Rifle*

*5K-095*
*1895 Standard Rifle*

## V-K: Winchester



5K-097
1895 Carbine

5K-103
1895 NRA Musket

5K-104
1895 Russian Model Musket

saddle ring. One barrel band; forend includes handguard over the barrel. Rear sights of adjustable carbine type. Modified shotgun style buttplate; serial range above about 5000:

**5K-097**     Values—Very Good **$800**     Exc. **$3,000**

Same as above, caliber 30-40 only, but with U.S. government markings:

**5K-098**     Values—Very Good **$1,750**     Exc. **$5,000**

Musket, Flatside Model; the frame sides without escalloping or fluting. 30-40 Krag caliber; 28" round barrel; two barrel bands. Rear sights of military type. Modified shotgun style buttplate. No handguard over barrel. Serial range below about 5000:

**5K-099**     Values—Very Good **$6,000**     Exc. **$17,500**

Standard Model Musket; As above, but the frame sides escalloped and has handguard over barrel. 30-40 Krag, 30-03, or 30-06 calibers standard:

**5K-100**     Values—Very Good **$1,100**     Exc. **$3,250**

U.S. Army Model; 28" barrel; 30-40 cal.; fullstock with handguard. Large US top of receiver with various inspector markings. Ordnance Dept. purchased 10,000 1898-99 to fill war needs. All rejected for reasons unknown; later accepted too late for war use. 100 field tested late 1899 in Philippines. 9900 in

storage sold 1906 on commercial market. Believed most to Cuba and Central America. Specimens very scarce; most show hard use:

**5K-101**     Values—Very Good **$1,600**     Exc. **$4,500**

**U.S. Army National Rifle Association Musket;** The first type was basically the standard model Musket, but with 30" round barrel, and Model 1901 Krag-Jorgensen rear sight. The NRA Model had been accepted officially for competitive use by the National Rifle Association:

**5K-102**     Values—Very Good **$1,250**     Exc. **$4,000**

**NRA Musket Models 1903 and 1906;** (variations of the above) differed in having 24" barrel and a special buttplate. These were also NRA approved for military type competition, and were in 30-03 and 30-06 calibers respectively:

**5K-103**     Values—Very Good **$1,000**     Exc. **$4,000**

**Russian Model Musket;** Chambered for 7.62mm Russian cartridge, a total of 293,816 were made, on order from the Imperial Russian Government. Production was in 1915-16; various Russian Ordnance stamps are present. Clip guides were present on the receiver top:

**5K-104**     Values—Very Good **$900**     Exc. **$3,000**

---

*NOTE: Values shown for various single shot rifles include their specified sights. If sights are lacking values are lessened 20 to 30 percent.*

---

## Winchester Single Shot Rifle

**Single Shot (High Wall and Low Wall) Rifle.** (a.k.a. Model 1885) Manufactured c. 1885-1920; the total production approximately 139,725. (Those under No. 84700 (approx.) made prior to December 31, 1898).

Calibers provide the greatest variety in the entire history of Winchester firearms. From 22 rimfire through a broad range up to 50 caliber centerfire. (Very scarce.) The more popular and desirable calibers, especially those for which ammunition is available, often bring higher values.

Oil stained or varnished (uncommon) walnut stocks. Blued finish on metal parts, with casehardened frame and buttplate to about 90,000 serial range; thereafter, full blued finish standard.

Serial numbered from 1 on up; marked on the lower tang.

High Wall and Low Wall arms numbered together in the same range. Barrel marking of Winchester name and address; on later production patent date of 1879 present, and still later, 1907 added. The upper tangs not marked until above the 100,000 serial range; then appeared WINCHESTER and patent and trademark data. On breech end of the barrel, the caliber designation was marked.

Winchester's first single shot rifle, the model was a John M. Browning design, first as a High Wall. The company's purchase of manufacturing rights from the Browning brothers (in 1883) launched the historic and lengthy association of Browning and Winchester. The Single Shot Rifle series offers a tremendous variety of features, in calibers, barrel lengths and weights,

## V-K: Winchester



**5K-105**
**1895 Carbine**

finishes, stocks, buttplates, trigger guards, sights, and in relatively minor areas of contours, knurlings, and so forth. The result is a field of vast opportunities for the collector, and not a few enthusiasts have as their speciality *only* the Single Shot Winchester rifles. Deluxe features, such as double set triggers, half-octagon-half-round barrels, pistol grip stocks, checkering, and etc., all add to values. Certain details are rare, and some are more desirable than others.

A basic differentiation of types is by frames—High Wall and Low Wall:

*High Wall:* The frame features high sides which conceal the breechblock and all of the hammer but the spur; production began with this model.

*Low Wall:* Features low sides, with the breechblock and hammer spur quite visible; first appeared at about the 5000 serial range.

Of still further note to collectors are the "thickside" and "thinside" frame contours—made in both the High Wall and Low Wall actions.

*Thickside:* Frames with flat sides. They do not flare out as the frame ends to meet the stocks. Thickside frames are more common in the Low Wall rifles, and are scarce in the High Wall.

*Thinside:* Frames with their sides milled out to a shallow depth, so the ends flare out to juncture with the stocks. Thinside frames are the standard in the High Wall rifles, and are scarce in the Low Wall.

Major production variations in types of Single Shots are as follows:

**High Wall Standard Model Rifle;** in a variety of calibers, the barrel lengths varying according to caliber but usually between 24" and 30". Octagon barrels far outnumber the round. Barrels were offered in weights graded from 1 (light) up to 5 (heavy). Crescent style buttplate. Stocks usually straight; the forends taper and have a knurl finial with ebony wedge inlay. Variety of sights, but usually of adjustable sporting type. Rimfire models tend to bring about 15 percent less.

**Standard Model;** with octagon barrel of light or medium weight in center fire calibers:
**5K-105**   Values—Very Good **$1,100**   Exc. **$2,750**

As above, in rimfire calibers:
**5K-105.2**  Values—Very Good **$900**   Exc. **$2,000**

Same as above; but with heavyweight octagon barrel:
**5K-106**   Values—Very Good **$1,200**   Exc. **$4,000**

**Standard Model;** but with round barrel of light or medium weight:
**5K-107**   Values—Very Good **$950**   Exc. **$3,000**

Same as above; but with heavyweight round barrel:
**5K-108**   Values—Very Good **$1,200**   Exc. **$4,000**

**High Wall Musket,** most often observed in 22 rimfire caliber (usually of 28" length), but calibers vary and lengths vary according to caliber; the larger calibers usually fetching stronger prices. Full length forends terminating within about 3" of muzzle. Military windgauge sights standard, but sight types show wide variance. Modified shotgun style buttplate. U.S. and Ordnance flaming bomb markings will be observed on muskets purchased by the government:

**First Model;** High Wall frame, the forend secured by two barrel bands (with band springs), no finger grooves on the forend:

22 caliber with standard (thinside) frame: Although never officially recognized by the factory, it became known as the WINDER MUSKET (First Model) after Lt. Col. C.R. Winder, Ohio National Guard, who was most associated with its development. Take-down variant known; very rare.
**5K-109**  Values—Very Good **$850**   Exc. **$2,250**

45-70 caliber with thickside frame:
**5K-110**  Values—Very Good **$1,750**   Exc. **$3,500**

**Second Model;** (a.k.a Second Model Winder); Winder High Wall frame, one barrel band, finger grooves in forend, and the forend slim forward of the barrel band; made in 22 r.f. only: Takedown variation scarce; worth premium:
**5K-111**  Values—Very Good **$775**   Exc. **$1,400**

**High Wall Schuetzen Rifle,** first appeared on the market c. 1900 with features on a reasonably standard basis; but for many years previous such details as Schuetzen buttplates, elaborate finger levers, and triggers had been available special ordered. The newly-devised standard Schuetzen Model offered the following



**5K-110**
**1st Model High Wall Musket with Thickside Frame**

**5K-111**
**2nd Model High Wall Musket with Thickside (standard) Frame**

# V-K: Winchester



**5K-112**
*High Wall Schuetzen Rifle*

**5K-115**
*Low Wall Rifle*

**5K-117**
*Low Wall Carbine*

**5K-118**
*Low Wall Winder Musket*

**Frames of High Wall type;** 30" octagonal No. 3 barrels, usually chambered for 32-40 or 38-55 caliber; double set trigger, pistol grip buttstock of deluxe wood, checkered, and with cheekpiece; Schuetzen spurs on the buttplate; palm rest may be present; target sights. Takedown type not unusual. These true Schuetzen Rifles are generally found above the 80000 serial range:

**5K-112** Values—Very Good **$3,250** Exc. **$7,000**

**High Wall Schuetzen** style rifles made below serial range about 80000, and not the full Schuetzen of later production:

**5K-113** Values—Very Good **$2,500** Exc. **$6,500**

**Shotgun, High Wall frame only;** 20 gauge, 26" round barrel. Straight grip buttstock, rubber buttplate of shotgun type. Manufactured mainly in the serial range 110000 - 115000, but also appeared before and after:

**5K-114** Values—Very Good **$1,500** Exc. **$4,000**

**Low Wall Standard Model Rifle;** in a variety of calibers, the barrel lengths varying according to caliber but usually the 28" and 30" Octagon barrels far outnumber the round. Barrels were offered in weights graded from 1 (light) up to 5 (heavy). Stocks usually straight; the forends taper and have a knurl finial with ebony wedge inlay. Variety of sights, but usually of adjustable sporting type.

**Standard Model,** with octagon barrel of light or medium

weight in rimfire calibers:

**5K-115** Values—Very Good **$475** Exc. **$1,000**

**Same in centerfire calibers:**

**5K-115.2** Values—Very Good **$550** Exc. **$1,500**

**Standard Model,** but with round barrel of light or medium weight:

**5K-116** Same as Above

**Low Wall Carbine,** in standard calibers of 32-20, 38-40, and 44-40; 15", 16", 18", and 20" round barrels. Saddle ring usually present, on left side of frame. Carbine style rear sights. Modified shotgun style buttplates. Centerfire or rimfire calibers same values:

**5K-117** Values—Very Good **$3,850** Exc. **$8,500**

**Third Model, Low Wall, Musket;** (a.k.a. Third Model Winder) peep sight, forend and barrel bands like the Second Model High Wall Musket (*q.v.*):

**5K-118** Values—Very Good **$550** Exc. **$1,000**

**Low Wall Schuetzen style rifle;** usually made below serial range about 80000, and not the true Schuetzen of high wall production. Feature such details as Swiss type buttplates, elaborate finger levers, special triggers, checkered pistol grip or straight select grain stock, cheekpiece, etc. Centerfire or rimfire calibers same values:

**5K-119** Values—Very Good **$3,000** Exc. **$7,000**

# Winchester-Hotchkiss Bolt Action Rifle

**Hotchkiss Bolt Action Repeating Rifle, a.k.a. Model 1879, Model 1883.** Made c. 1879-99; total produced approximately 84,555.

45-70 government caliber. Tubular magazine of six-shot capacity within the buttstock.

Oil stained walnut stocks; straight grip standard. Blued

finish, with casehardened receivers and buttplates.

Serial numbered in an individual series from 1 on up; marked on the left side of the receiver. Also on left side of receiver are Winchester name and address markings, and various patent dates from 1860 to 1878.

Benjamin B. Hotchkiss, designer of the rifle bearing his name,



**5K-120**
**1st Model Sporting Rifle**

**5K-120**
**Close-up Hotchkiss 1st Model**

**5K-122**
**1st Model Musket**

sold the rights to this bolt action weapon to Winchester, in 1877. After several years of development, the Hotchkiss appeared on the market in 1883, for military and sporting use. This was Winchester's first bolt action rifle, and the first with a magazine located in the butt. Martially marked specimens command a premium. Classification is in three basic model types:

**First Model** (a.k.a. Model 1879); serial range from 1 to about 6419. Distinguishing features are the one-piece stock with safety and magazine cutoff device in button style unit on right side (located above trigger guard area).

**Sporting Rifle,** 26" round or octagon barrel, Winchester name and address marking usually on the barrel. Crescent style buttplate; horn or ebony forend tip. Adjustable leaf rear sights:

**5K-120**   Values—Good **$450**        Fine **$950**

**Carbine;** 24" round barrel, saddle ring on left side of stock, one barrel band, carbine style buttplate, military windgauge rear sight:

**5K-121**   Values—Good **$575**       Fine **$1,250**

**Musket;** 32" round barrel, cleaning rod under barrel, for angular or saber bayonet attachment, two barrel bands, steel forend tip, carbine style buttplate, military windgauge rear sight:

**5K-122**   Values—Very Good **$600**       Fine **$1,400**

**Second Model;** serial range about 6420 to 22521. Identification by the safety on the left side of the receiver, at top; and the magazine cutoff on the top right side, to rear of the bolt handle.

**Sporting Rifle,** with basic features same as First Model Rifle, other than noted above:

**5K-123**   Values—Good **$450**        Fine **$950**

**Carbine;** basically same as First Model arms, but having a 1/2" round barrel, and a distinctive nickeled iron forend tip with hinged door covering compartment inside forend for cleaning rod:

**5K-124**   Values—Good **$650**       Fine **$1,750**



**5K-124**
**2nd Model Carbine**

**5K-124**
**Close-up Hotchkiss 2nd Model**

# V-K: Winchester



**5K-126**
**3rd Model Sporting Rifle**

**5K-128**
**3rd Model Musket**

Musket; 28" round barrel; various other features continued from First Model Musket:

**5K-125**   Values—Good **$650**   Fine **$1,750**

Third Model (a.k.a. Model 1883); serial range about 22522 to 44255. Easily identified by the two-piece stock, separated by the exposed receiver.

Sporting Rifle; with basic features as on earlier models, other than noted above:

**5K-126**   Values—Good **$500**   Fine **$1,400**

Carbine; 20" barrel, saddle ring bar and ring on left frame, short forend fastened by single barrel band. *Very rare:*

**5K-127**   Values—Good **$1,800**   Fine **$4,500**

Musket; basically same as Second Model:

**5K-128**   Values—Good **$650**   Fine **$1,750**

**Martially Marked Models.** Reliable evidence and U.S. Ordnance reports clearly seem to indicate that all martially marked Model 1879 First and Second Type Hotchkiss carbines and muskets were made by the U.S. Springfield Armory. (One counter-theory has it that just the Second Style carbines were assembled at Winchester from parts supplied by Springfield.) All the actions (bearing the usual Winchester markings) and buttplates were supplied by Winchester with the Springfield armory adding their own barrels, stocks, sights and mountings. Considerable dimensional differences are noted when these martial specimens are compared to Winchester-made non-martial counterparts. The guns are considered as Springfield Armory weapons.

All barrels have the Springfield proofmarks of VP, eaglehead motif and U.S. at breech, while the two Navy Models have additional markings of an anchor motif. The rifles are caliber 45-70 while carbines are caliber 45-55.

Inspector markings on the First Type Army muskets and carbines are ESA/1878 on the left side of the stock and on the Navy musket SWP/1879.

Inspector markings on stocks of the Second Type Army carbines and Navy muskets are both SWP over the dates 1880 or 1881, and are found on the left side of the butt near buttplate.

The Third Model Hotchkiss (1883) was entirely of Winchester manufacture. Quantity sold to the U.S. unknown.

**First Model Army Rifle;** 32-1/4" barrel. Quantity made 513:
**5K-129**   Values—Good **$1,500**   Fine **$4,000**

**First Model Army Carbine;** 24" barrel. Quantity made 501. Although fewer made than the rifle above, more have survived:
**5K-130**   Values—Good **$1,000**   Fine **$2,750**

**First Model Navy Rifle;** 28-3/4" barrel. Quantity made 1474:
**5K-131**   Values—Good **$750**   Fine **$2,000**

**Second Model Army Carbine;** (This style was not made in rifle form.) 24" barrel. Quantity made 400:
**5K-132**   Values—Good **$1,000**   Fine **$3,000**

**Second Model Navy Rifle;** 28-3/4" barrel. Quantity made 999:
**5K-133**   Values—Good **$850**   Fine **$1,600**

**Third Model Army Rifle;** Winchester manufacture:
**5K-134**   Values—Good **$700**   Fine **$1,800**

## Winchester-Lee Straight Pull Rifle

**Lee Straight Pull Rifle.** Manufactured c. 1895–c. 1902; total production of about 20,000. (Those under No. 13390 (approx.) made prior to December 31, 1898).

6mm Lee (.236) caliber. Round barrel of 24" (Sporting) and 28" (Musket) lengths. Clip fed box-magazine, located beneath the receiver. Five shots.

Oil stained walnut stock of semi-pistol grip type. Metal parts blued.

Serial numbered in individual series from 1 on up; marked on top of the forward end of the receiver. Receiver markings noted below under variations.

James Paris Lee was the designer of this early bolt action rifle, and the rights to manufacturing rifles were obtained by Winchester, mainly to fill orders from the U.S. Navy. The model designation used by the Navy was 1895—not to be confused with the Winchester Model 1895 Lever Action arms. Specimens of the military musket were also sold commercially, following delivery of U.S. Navy contract orders. Mechanically the Lees are

intriguing with their bolt which pulls slightly up and then rearward, without the initial upward arc turn found on conventional bolt actions.

**Sporting Rifle,** marked on the receiver with Winchester name and address, and patent dates 1893, '94, '95, and '98. 236 U.S.N.. caliber marking on the barrel. 24" rapid taper barrel. Pistol grip stock extending to about half length on the barrel, and featuring finger grooves on the forend. Shotgun style buttplate of steel. Adjustable sporting style rear sights. The total made about 1,700:
**5K-135**   Values—Very Good **$725**   Exc. **$1,450**

**U.S. Navy Musket,** Model 1895, the receiver marked with Winchester name and address, and patent dates 1893, '94, and '95. 28" barrel. Semi-pistol grip stock of nearly full length with two barrel bands, and cover over the breech end of barrel; government style sights. Carbine style buttplate of steel. Fitted with knife type bayonet:



**5K-136**

U.S. Navy and Marine Corps issue.** Two contracts: 1898 for 10,000. Marked on top of receiver **U.S.N./anchor/serial/ N.C.T.** (inspector). Second contract 1899 for 5,000. Markings same except for inspector initials **W.B.W.** 1,800 of the first contract were issued to U.S.M.C. of which 623 to the 1st Marine Battalion, the first U.S. forces landed in Cuba and first to come under fire. The primary rifle of both services 1895-1900 until gradually replaced by the Springfield-Krag. The Lee saw much action with the Navy and Marines in the

Spanish-American War and with various landing parties at lesser incidents immediately following, in the Philippines and the Boxer Rebellion. A large group known aboard the USS MAINE, 1898, when sunk in Havana. 34 recovered 1910, in surprisingly good condition. Serial numbers with supporting documents shown in many early Bannerman, N.Y. catalogs and "Winchester Book" (Madis.) Worth substantial premium:

**5K-136**    Values—Very Good **$950**    Exc. **$2,000**

Civilian sales, without anchor and N.C.T. markings; with or without bayonet fixtures; approximately 3,300 total:

**5K-137**    Values—Very Good **$800**    Exc. **$1,750**

## Winchester Model 1890 Slide Action Rifle



**5K-138**

**Model 1890 Slide Action Rifle.** Made c. 1890-32; total production approximately 849,000. (Those under No. 64,521 (approx.) made Prior to Dec 31, 1898).

22 Short, Long, and Long Rifle (not interchangeable) and 22 W.R.F. 24" octagonal barrel. Magazine tube beneath the barrel.

Oil stained walnut stock; straight buttstock. Metal parts blued, except for casehardened frames until serial 97050.

Serial numbered in individual series from 1 on up; marked on the lower tang, and after No. 232328 also found on receiver extension secured to the barrel. Winchester name and address, patent dates, model and caliber markings standard on the barrel.

A joint creation of John M. and Matthew S. Browning, the Model 1890 was the first slide action Winchester. It replaced the rather slow-selling Model 1873 22, which had been the firm's only repeating rifle in 22 caliber. The Model 1890 proved a popular shooting gallery rifle, and became one of the best selling rimfire

repeaters in Winchester history. Ironically a competitor arm to this model was Colt's Lightning slide action 22, brought out in 1887. The Brownings' design was of overall superiority, and a comparison of production figures reflects that fact dramatically.

Basic variants are:

**First Model Rifle,** in the serial range from 1 to about 15521; made in solid casehardened frame type only:

**5K-138**    Values—Very Good **$1,500**    Exc. **$3,000**

**Second Model Rifle,** in takedown type; the serial range from about 15522 to 326615; concealed locking lugs as in the First Model; add 50 percent premium if frame is casehardened:

**5K-139**    Values—Very Good **$400**    Exc. **$1,250**

**Third Model Rifle,** also in takedown, have locking lugs visible in notch at top of each side of the frame; serial range about 326616 to end of production:

**5K-140**    Values—Very Good **$350**    Exc. **$875**

## Winchester Double Barrel Shotguns

**Double Barrel Shotguns, Imported, Marked and Sold by Winchester.**

From 1879 to 1884, Winchester bought double barrel, outside hammer, breechloading shotguns of varying grades from selected English gunmakers. The arms were for sale through the store maintained by Winchester in New York City.

At first the guns were not Winchester marked, but beginning 1879 the top ribs bore: Winchester Repeating Arms Co. New Haven, Connecticut U.S.A., along with the grade of gun. The locks bore the Winchester name and the gun grade. Adversed and marked were Match Gun and Class A, B, C and D. Stocks were of English walnut, checkered, and of generally good

**5K-141**

The highest grade was the Match Gun; the lowest quality.

**Grade D** of all types: About 10,000. Gauges: 10 and 12. Total quantity of all types: About 10,000. Gauges: 10 and 12. Barrel lengths: 30" and 32". English makers represented: C.G. Bonehill, W.C. Scott and Sons, W.C. McEntree & Company, and Richard Rodman.

No definitive data yet compiled on these scarce doubles. The plainest grade "D" could possibly be scarcer than fancier grades. Values established by general scarcity and their degrees of quality.

In one of few known Winchester promotional brochures Class D" offered with "best English *twist* barrels" while all

other classes had "Laminated Steel Barrels" (with class "A" and the "Match Gun" having "*Fine* Laminated." Class "D" offered with under-lever while all others had top lever; all classes except "D" offered with rebounding hammers).

**Class "A"** (add approximately 25 percent premium for "Match Gun"). Their best grade with fanciest engraving and finest finish:

**5K-141**     Values—Very Good **$2,250**     Exc. **$7,000**

**Class "B" "C" "D"**. Successively less embellishments and engraving with other differences as noted above:

**5K-142**     Values—Very Good **$1,500**     Exc. **$4,000**

## Winchester Model 1887 Lever Action Shotgun



*5K-143*

**Model 1887 Lever Action Shotgun.** Manufactured c. 1887-1901; total production approximately 64,855 (Those under No. 63953 made prior to December 31, 1898).

10 and 12 gauge. 30" and 32" barrels, with Riot Gun in 20" barrel. Magazine tube beneath the barrel. 5-shot capacity.

Oil stained or (less common) varnished walnut semi-pistol grip stocks. Blued finish, with casehardened frame.

Serial numbered in individual series from 1 on up; marked on bottom of the forward end of the frame; serials were later continued by the Model 1901 Lever Action Shotgun. Stylish WRA Co intertwined monogram marked on left side of the frame. The lower tang bears Winchester name and address marking, with 1886 patent dates. 10 or 12 marked on breech end of the barrel after the 30000 serial range, to indicate gauge.

The rear sight a notch on top of the receiver; brass bead front sight. The buttplate of steel or hard rubber.

The Model 1887 was Winchester's first lever action shotgun, and was made for black powder loads. John M. Browning created this rather massive scattergun, and company executives hoped the lever action mechanism would catch the fancy of the millions of shooters already sold on Winchester

lever operated rifles. However, the resemblance between rifle and shotgun was negligible; the large cartridge of the latter required a rather awkwardly oversized breech. The result was only a comparatively moderate success for the '87, soon to be confronted with stiff competition from such slide action shotguns as the Model 1893 and 1897 Winchesters. (Note: The company's only 10 gauge shotguns were in the Models 1887 and 1901.)

Although the 1887 was not the first repeating shotgun manufactured, it is claimed to have been the first successful one. Many of them were later cut down for use as protective weapons, express company and stagecoach guards and other various legitimate (and some not so legitimate) purposes. Unless there are valid supporting documents of a historic association and use (such as by a stagecoach driver, etc.) values considerably lessened.

Basic Variations are:

**Standard Model Shotgun**, 10 and 12 gauge, 30" and 32" barrels; 10 gauge standard in 32" length, and 12 gauge in 30":

**5K-143**     Values—Very Good **$800**     Exc. **$3,750**

**Riot Gun**, 10 and 12 gauge, with 20" barrel:

**5K-144**     Values—Very Good **$1,000**     Exc. **$4,250**

## Winchester Model 1901 Lever Action Shotgun

**Model 1901 Lever Action Shotgun.** (Not illus.) Made c. 1901-20; total production of approximately 13,500. Substantially the same as the Model 1887.

10 gauge only. 32" barrel length standard; not made in a Riot Gun variation. Magazine tube beneath the barrel; 5-shot capacity.

Oil stained or (less common) varnished walnut semi-pistol grip stocks. Blued finish.

Serial numbering continued where the Model 1887 left off; running from 64856 on up; marked on bottom of the forward end of the frame. WRA Co. intertwined monogram on left side of

frame. On top of the barrel the Winchester name and address marking, with 1886 and 1897 patent dates. MODEL 1901 and 10 on the barrel breech.

Rear sight a notch on top of the receiver; brass bead front sight. The buttplate of hard rubber; steel uncommon.

The Model 1901 was an improved version of the Model 1887, able to safely fire smokeless powder loads. Though much more difficult for the collector to locate than the '87, it is not unusual to find '01's still used in the field at this writing.

**5K-145**     Values—Very Good **$675**     Exc. **$2,000**

## Winchester Model 1893 Slide Action Shotgun

**Model 1893 Slide Action Shotgun.** Made c. 1893-97; total production approximately 34,050.

12 gauge. 30" and (less common) 32" barrels. Magazine tube beneath the barrel. Five shots.



5K-146

Oil stained walnut stock, semi-pistol grip type; hard rubber buttplate. Metal parts blued.

Serial numbered in individual series from 1 on up; marked on the bottom of front end of frame. Numbering later continued by the successor arm, the Model 1897 Shotgun. Markings include Winchester name and address, patent dates, and model identification.

In this John M. Browning design Winchester produced its first slide action shotgun. Chambering was for black powder shells, and in 12 gauge only. The Model 1893 encountered stiff competition from a variety of double barrel guns then on the market, and it also experienced some mechanical problems. Production was limited, thus adding to the attraction of the type to collectors:

**5K-146**     Values—Very Good **$325**     Exc. **$1,200**

## Winchester Model 1897 Slide Action Shotgun



5K-146
Model 1897 Trench Gun "U.S." marked

**Model 1897 Slide Action Shotgun.** (Not illus.) Produced c. 1897-1957; total quantity Of about 1,024,700. Very similar in contour to the Model 1893.

12 and 16 gauge. Barrel lengths vary according to gauge, but in 12 the standard length was 30", and in 16 the standard was 28". Magazine tube beneath the barrel. 5 shots. A variety of chokes available.

Oil stained walnut stock, straight or semi-pistol grip buttstock; buttplate usually of steel. Metal parts blued.

Serial numbering continued from where the Model 1893 left off; beginning with about 34151. The major marking was on the bottom of the front end of the frame. Markings include Winchester name and address, patent dates, model identification, and gauge.

Due to problems in the Model 1893 Shotgun with smokeless ammunition, the type was discontinued, and quickly replaced with the Model 1897. The new gun achieved instant popularity, and became the best selling slide action shotgun on the market. No other exposed hammer gun of its type has approached its success and fame. A number of Model '97s are still in field use at this writing.

**Major collector variations are:**

**Standard Model** "Field Grade" Shotgun, 12 or 16 gauge, solid frame:
**5K-147**     Values—Very Good **$350**     Exc. **$850**

**Same as above,** takedown type:
**5K-148**     Values—Very Good **$350**     Exc. **$850**

**Trap Gun** (so marked):
**5K-149**     Values—Very Good **$550**     Exc. **$1,000**

**Pigeon Gun** (so marked):
**5K-150**     Values—Very Good **$700**     Exc. **$1,450**

**Riot Gun;** solid frame and takedown types, 20" barrel:
**5K-151**     Values—Very Good **$650**     Exc. **$1,250**

**"U.S." Marked Riot Gun:**
**5K-151.5**   Values—Very Good **$850**     Exc. **$1,750**

**Trench Gun;** solid frame and takedown types, 20" barrel:
**5K-152**     Values—Very Good **$900**     Exc. **$2,250**

**"U.S." Marked Trench Gun;** with hand guard and bayonet lug:
**5K-152.5**   Values—Very Good **$1,000**   Exc. **$2,500**

---

**U.S. Model 1917 Enfield Rifle by Winchester** *See Chapter IX-A U.S. Issue Military Long Arms (9A-455)*

## Winchester Handguns

Winchester attempted to move into the handgun market between 1876 and 1883. Word-of-mouth tradition, debunked by some, has it that it was as threat to keep Colt from the manufacture of lever action rifles. About 12 various type experimental revolvers were made, most 44 cal. One submitted to U.S. Navy for trial, another to Russian government. Extreme rarities, the few that have appeared on collectors' market brought prices in the mid five figures.

**A Single Shot Winchester Pistol.** Occasionally finds its way to collectors. For many years considered as Winchester "curiosa"

5K-170

# XIII: Lever Action and Other Repeating Rifles

**"Folding Gun."** 12 gauge shotgun. 19-1/2" barrel. Hinged on underside of receiver with lift lever to open on top. Folds in half for concealment. Advertised in company literature as "…especially adapted for police service, express messengers, U.S. marshals, prison and bank guards." Company sold a unique "quick draw" waist holster to go with it:

**13-006**    Values—Very Good **$1,750**    Exc. **$4,500**

**Rifles.** Reported in calibers 30/30 and 45/70. Round barrels. The longer forend conceals the full length of the magazine tube. Very scarce:

**13-007**    Values—Very Good **$2,000**    Exc. **$4,500**

## Burgess Lever Action Rifle *See Chapter V  Whitney Firearms (V-J) or Colt Firearms (V-B).*

## Colt Lever and Pump Action Rifles *See Colt Firearms, Chapter V-B*

## Evans Lever Action Rifles



13-008
Old Model

13-013
Transition Model Carbine

13-016
New Model Military Musket

**Evans Repeating Rifle Company, Mechanic Falls, Maine, Lever Action Repeating Rifles.** Made c. 1873 to 1879. Total quantity estimated at approximately 12,200.

Caliber 44 Evans centerfire all models (1" shell on "Old Model" and "Transition Model" with longer 1-1/2" shell on "New Model").

Blued finish on barrel and frame standard. Walnut stocks. Nickeled buttplates and cocking levers occasionally seen and correct, but not worth premium.

Markings as noted below. "Old Model" and "Transition Model" serial numbered from 1 to approximately 2185. New Models are not serial numbered (the numbers that appear on them are assembly numbers and not serials).

The Evans was one of the more remarkable repeating rifles of the 19th century. It enjoys the distinction of being the only mass produced firearm ever attempted in the state of Maine and also holds the greatest capacity of any repeating rifle ever mass produced and marketed in the United States. The magazine was of a revolving type with the full complement of cartridges loaded through the butt. In place of the usual top hammer on most lever action rifles, the Evans hammer was mounted on the underside of the frame, just ahead of the breech lever and could also be manually cocked. Earliest specimens (extreme rarities with no examples known) held 38 rounds while the standard manufactured types had capacities of 34 and 28 rounds respectively.

As with other arms companies of their era, Evans made a practice of presenting elaborately embellished models of their rifles to notables of the time. They included famous shooters, personalities and governmental officials instrumental in passing judgment on the acceptability of weapons for possible quantity contracts. Such arms are rare and eagerly sought after; some are exemplary for their ornateness and superb quality reflecting the highest degrees of the engraver's art. Such rifles are one-of-a-kind and are evaluated similarly to those of other makes on the basis of their quality, elaborateness of workmanship, historical significance and, of course, condition. They have been recorded in all models of Evans with known examples presented to famous Westerners, Presidents of various Central and South American Republics and a number of Russian officers whom Evans was actively courting, seeking military contracts.

The best reference for information about Evans may be found in *Maine Made Guns And Their Makers* by Dwight B. Demeritt, Jr. (Maine State Museum, Hallowell, Maine, 1973).

**Old Model.** Made c. 1874 to 1876. Quantity estimated at approximately 500. Serial numbered 1 to approximately 500. 34-shot capacity. Fitted with upper buttstock only with the iron magazine entirely exposed on underside; buttplate has an inverted appearance with the heel on the underside. Flat top of frame; wooden forend fits into cut-out sides of forward section of frame. Earliest production made without the small lever retaining stud; later production (approximately serial numbers 100 to 500) with small locking stud. Exposed loading aperture on right frame without cover. Barrel marked EVANS REPEATING RIFLE/PAT DEC 8, 1868 & SEPT 16, 1871.

> **Sporting Rifle.** Estimated quantity made 300. 26", 28", and 30" octagon barrels:
> **13-008**    Values—Very Good **$850**    Exc. **$2,250**

> **Military Musket.** Estimated quantity less than 50. 30" barrel fitted for either socket type or saber bayonet. Full forend fastened by two barrel bands:
> **13-009**    Values—Very Good **$2,500**    Exc. **$4,000**

> **Carbine.** Estimated quantity made 150. 22" barrel. Short carbine forend with single barrel band and sling swivel.
> **13-010**    Values—Very Good **$1,450**    Exc. **$2,750**



# XIII: Lever Action and Other Repeating Rifles

**13-017**
**New Model Carbine**

**13-018**
**Evans Sporting Rifle**

...Model. Made c. 1876 to 1877. Estimated quantity ...capacity. Serial numbers approximately 500 to ... frame shape and exposed loading port as above, but ...of a lower butt piece with the magazine exposed in ...nner buttplate with no heel piece as above. Barrel ...full buttplate with no heel piece as above. Barrel ...ANS REPEATING RIFLE MECHANIC FALLS ME/PAT DEC ...Sep 16. 1871.

...ing Rifle. Estimated quantity made 1,050. 26", 28", and
...gon barrels:
...1   Values—Very Good $850   Exc. $1,500

...ary Musket. Estimated quantity made 150. 30" round
... full forend fastened by two or three barrel bands:
...2   Values—Very Good $2,250   Exc. $3,500

...ine. Estimated quantity made 450. 22" barrel; short
...e forend fastened by single barrel band and sling
...13   Values—Very Good $1,000   Exc. $2,250

...ntreal" Marked Carbine. A few specimens have been
...d marked only EVANS REPEATING RIFLE - PAT JULY 24.
... VONTREAL. These are believed made for and sold by
... Canadian representative Ralph H. Kilby. Estimated
...n 50 to 100:
...14   Values—Very Good $1,500   Exc. $3,250

...Model. Made c. 1877 to 1879. Estimated quantity 10,000. 28-
...pazine capacity. Easily distinguished by its new frame
... rounded at top and no cut-outs on side; the forend fits

square to the front of the receiver; dust cover over the redesigned loading aperture on receiver. The hammer and cocking mechanism were redesigned and shaped, late production has slightly redesigned shape of lever with reverse curve at tip. Markings identical to the above Transition Model but are in one line with the addition at end of U.S.A.

**Sporting Rifle.** Estimated quantity 3,000. 26", 28", and 30" octagon barrels:
**13-015**   Values—Very Good $775   Exc. $1,250

**Military Musket.** Estimated quantity 3,000 plus (many converted to sporting rifles). 30" round barrel. Full forend fastened by two barrel bands:
**13-016**   Values—Very Good $1,750   Exc. $3,000

**Carbine.** Estimated quantity made 4,000 plus. 22" barrel; short carbine forend fastened by single barrel band with sling swivel. A few specimens found with stud for saber type bayonet at muzzle and are worth premium:
**13-017**   Values—Very Good $850   Exc. $1,600

**"EVANS SPORTING RIFLE" marked specimens** (in place of the usual Evans barrel markings). Believed assembled from parts on hand after the company entered bankruptcy. These markings are seen on 30" round barrel Evans military muskets with a short screw fastened sporting type forend in place of the usual full two-band fastened forend. The shape of the sporting forend is quite different than the usual Evans. These are believed assembled by E. G. Ridout & Company of New York or G. W. Turner & Ross of Boston, the firms that purchased the remaining stock of the Evans Company:
**13-018**   Values—Very Good $700   Exc. $1,000

...ry **Lever Action Rifle**   *See Winchester Firearms, Chapter V-K.*

...nt **Repeating Rifle**   *See Winchester Firearms, Chapter V-K.*

...nnings **Rifles**   *See Winchester Firearms, Chapter V-K, and Chapter XII.*

...ennedy **Lever Action Rifles**   *See Whitney Firearms, Chapter V-J.*

...rlin **Lever and Pump Action Rifles**   *See Marlin Firearms Company, Chapter V-D.*

...rse **Lever Action Rifle**   *See Whitney Firearms, Chapter V-J.*

...emington **Bolt Action Repeating Rifles**   *See Remington Firearms, Chapter V-E.*

## O.M. Robinson Tube Loading Rifles

...M. Robinson Patent, Tube Loading Repeating Rifles.
...actured by Adirondack Arms Company and A. S. Babbitt,
... Plattsburgh, New York. Made c. 1870 to 1874. Less than
...stimated manufactured.
... ed 44 rimfire calibers. Varying length octagon barrels; 26"
... average; few also known with part octagon/part round
... rels. Three-quarter length magazine tube on most; few with

full magazine. Brass frames standard with iron frames occasionally seen and considered scarcer and worth premium. Blued barrels.

Two distinct types have been noted, but variances on all of them are quite evident, seemingly indicating their individual hand manufacture. Markings vary on most, but all apparently bear: O. M. ROBINSON PATENT and accompanied by markings of

**EXHIBIT C**

ASPEN CASEBOOK SERIES

# FIREARMS LAW AND THE SECOND AMENDMENT

## REGULATION, RIGHTS, AND POLICY

### THIRD EDITION

NICHOLAS J. JOHNSON
PROFESSOR OF LAW
FORDHAM UNIVERSITY SCHOOL OF LAW

DAVID B. KOPEL
ADJUNCT PROFESSOR OF LAW
UNIVERSITY OF DENVER STURM COLLEGE OF LAW

GEORGE A. MOCSARY
PROFESSOR OF LAW
UNIVERSITY OF WYOMING COLLEGE OF LAW

E. GREGORY WALLACE
PROFESSOR OF LAW
CAMPBELL UNIVERSITY SCHOOL OF LAW

DONALD KILMER
PROFESSOR OF LAW
LINCOLN LAW SCHOOL OF SAN JOSE

Wolters Kluwer

Copyright © 2022 CCH Incorporated. All Rights Reserved.

Published by Wolters Kluwer in New York.

Wolters Kluwer Legal & Regulatory U.S. serves customers worldwide with CCH, Aspen Publishers, and Kluwer Law International products. (www.WKLegaledu.com)

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or utilized by any information storage or retrieval system, without written permission from the publisher. For information about permissions or to request permissions online, visit us at www.WKLegaledu.com, or a written request may be faxed to our permissions department at 212-771-0803.

To contact Customer Service, e-mail customer.service@wolterskluwer.com, call 1-800-234-1660, fax 1-800-901-9075, or mail correspondence to:

> Wolters Kluwer
> Attn: Order Department
> PO Box 990
> Frederick, MD 21705

Printed in the United States of America.

1 2 3 4 5 6 7 8 9 0

ISBN 978-1-5438-2681-4

Library of Congress Cataloging-in-Publication Data

Names: Johnson, Nicholas J., author. | Kopel, David B., author. | Mocsary, George A., author. | Wallace, E. Gregory, author. | Kilmer, Donald, author.
Title: Firearms law and the Second Amendment : regulation, rights, and policy / Nicholas J. Johnson, Professor of Law, Fordham University School of Law; David B. Kopel, Adjunct Professor of Law, University of Denver Sturm College of Law; George A. Mocsary, Professor of Law, University of Wyoming College of Law; Gregory Wallace, Professor of Law, Campbell University School of Law; Donald Kilmer, Professor of Law, Lincoln Law School of San Jose.
Description: Third edition. | New York : Wolters Kluwer, 2021. | Series: Aspen casebook series | Includes bibliographical references and index. | Summary: "Casebook for courses that would cover firearms law"— Provided by publisher.
Identifiers: LCCN 2021023912 | ISBN 9781543826814 (hardcover) | ISBN 9781543826821 (ebook)
Subjects: LCSH: Firearms—Law and legislation—United States—History. | United States. Constitution. 2nd Amendment. | Gun control—United States. | LCGFT: Casebooks (Law)
Classification: LCC KF3941 .J64 2021 | DDC 344.7305/33—dc23
LC record available at https://lccn.loc.gov/2021023912

The first commercially successful handgun to take advantage of the metallic cartridge was the Smith & Wesson Model 1, of 1857. It was by far the fastest reloading handgun of the time. After the six shots in the cylinder had been fired, loading six fresh cartridges took just a few seconds. The next major step in handgun reloading would take place in the latter nineteenth century, with the detachable box magazine. Ch. 7.G.3.

### c.   The Repeating Rifle

In 1855, an alliance of Daniel Wesson and Oliver Winchester produced a lever action rifle that fired the new metallic cartridges. The lever action was invented in the early seventeenth century. Ch. 23. Until the metallic cartridge, though, a lever action repeater was extremely expensive.

With a lever action, loading the next shot is simple. To eject the empty metallic case and then bring a fresh cartridge into the firing chamber, the user pulls down a lever and then pushes it back up. In a typical lever action rifle, the reserve ammunition is held in a tubular magazine underneath the barrel.

Wesson and Winchester's first model, the 30-shot Volcanic Rifle, had reliability problems. But the Volcanic was improved into the 16-shot Henry Rifle of 1861. The Henry was a big success. In May 1862, the Henry was tested at the Washington Navy Yard, where one 15-shot magazine was fired in 10.8 seconds. R. L. Wilson, The Winchester: An American Legend, 11 (1991). An improved version of the Henry, the Winchester Model 1866, could fire 18 shots without reloading.

### 6.   Conclusion

Mass production in the fullest sense was not perfected until Henry Ford's assembly line for the Model T automobile in the early twentieth century. Even so, the advances that were fostered by the Ordnance Department greatly changed the firearms used by ordinary Americans. Breechloaders and repeaters were nothing new, but their mass availability and affordability was a dramatic change from 1791.

With a muzzle-loading musket in 1791, an expert shooter might fire five shots per minute. With a single-shot Sharps rifle, anyone now could fire nine shots per minute. Revolvers and repeating rifles dramatically exceeded that rate of fire with far greater range and accuracy.

As far as the historical record indicates, no one asserted that better guns required more stringent gun control. Slaves, free people of color (in the slave states), and hostile Indians remained the targets of gun prohibitions regardless of type. Only the Bowie knife and the Arkansas tooth-pick were singled out for special legislation. Some jurisdictions, especially in the South, prohibited carrying concealed arms in public, but ownership of concealable arms was common and unregulated.

After the Civil War, the remainder of the nineteenth century, covered in Chapter 7, would see very important improvements in gunpowder and metallic cartridges; new types of actions (pump, slide, bolt, semi-automatic) to perform the same work as the lever action; and the detachable box magazine (to hold the reserve ammunition in a rectangular box, rather than in tube underneath the

"Notwithstanding the provision in the Constitution of the United States, that the right to keep and bear arms shall not be abridged, the black man has never had the right either to keep or bear arms." Until there was a new constitutional amendment to make states obey the Second Amendment, "the work of the Abolitionists is not finished," said Douglass. *Id.* at 84.

As he pointed out, Blacks in the slave states had effectively been denied the right of personal self-defense. Because Blacks could not testify in court against a White, a White could commit violent crimes against a Black with impunity, as long as there were no White witnesses. Further, the slave state codes made it a crime for a Black man to "lift his arm in self-defence" against a White. *Id.* at 83.

## B.   THE INITIAL RESPONSE TO BLACK FREEDOM

On March 3, 1865, a month before the Civil War ended, Congress acted on President Abraham Lincoln's request to establish the Bureau of Refugees, Freedmen, and Abandoned Lands—popularly called the "Freedmen's Bureau." The Bureau was given "control of all subjects relating to refugees and freedmen from rebel states." 13 Stat. 507 (1865). Originally expected to last for one year after the end of the Civil War, the Bureau remained in service until 1872. The Bureau's immediate focus was providing food, clothing, and shelter to the freedmen and to refugee Whites, and then helping former slaves become truly free.

The defeated South aimed to preserve as much of the prewar, White-dominated social order as possible. The Emancipation Proclamation and the Thirteenth Amendment abolished chattel slavery, but many Southerners were unwilling to acknowledge or accommodate the freedmen basic civil rights. Two developments directly curtailed the promise of liberty for the freedmen: enactment of the Black Codes and the birth of terrorist organizations such as the Ku Klux Klan and the Knights of the White Camelia.

Further reading: Nicholas J. Johnson, Negroes and the Gun: The Black Tradition of Arms (2014); Stephen P. Halbrook, Securing Civil Rights: Freedmen, the 14th Amendment, and the Right to Bear Arms (2010); Douglas A. Blackmon, Slavery by Another Name: The Re-Enslavement of Black Americans from the Civil War to World War II (2008); Akhil Reed Amar, The Bill of Rights: Creation and Reconstruction (1998); Clayton E. Cramer, Nicholas J. Johnson & George A. Mocsary, *"This Right Is Not Allowed by Governments That Are Afraid of the People": The Public Meaning of the Second Amendment When the Fourteenth Amendment Was Ratified*, 17 Geo. Mason L. Rev. 823 (2010); David Yassky, *The Second Amendment: Structure, History, and Constitutional Change*, 99 Mich. L. Rev. 588 (2000); and Robert J. Cottrol & Raymond P. Diamond, *The Second Amendment: Toward an Afro-Americanist Reconsideration*, 80 Geo. L.J. 309 (1991).

### 1.   The Black Codes

One impulse for the Black Codes was Southern Whites' fear of Black retribution for slavery. By November 1865, rumors of Black secret societies and planned mass rebellions had panicked the former Confederacy, particularly those states

with the largest Black populations. Determined to maintain White control, Southern legislatures enacted legislation targeting freedmen. The Black Codes required freedmen to submit to labor "contracts" of at least one year with White employers; prevented them from traveling without permission; and restricted their rights to assemble, to contract, to own property, and to testify in court. The Codes also banned arms possession by Blacks or required them to obtain permits. The permit requirements did not apply to Whites. The objective of the Black Codes was to maintain a social order of de facto servitude.

## An Act Prescribing Additional Penalties for the Commission of Offenses Against the State and for Other Purposes

Laws of Fla., Dec. 18, 1865, ch. 1,466, no. 3 § 12

SEC. 12. . . . [I]t shall not be lawful for any negro, mulatto, or other person of color, to own, use, or keep in his possession or under his control, any bowie-knife, dirk, sword, fire-arms, or ammunition of any kind, unless he first obtain a license to do so from the judge of probate of the county in which he may be a resident for the time being; and the said judge of probate is hereby authorized to issue such license, upon the recommendation of two respectable citizens of the county, certifying to the peaceful and orderly character of the applicant; and any negro, mulatto, or other person of color, so offending, shall be deemed to be guilty of a misdemeanor, and upon conviction shall forfeit to the use of the informer all such fire-arms and ammunition, and in addition thereto, shall be sentenced to stand in the pillory for one hour, or be whipped, not exceeding thirty-nine stripes, or both, at the discretion of the jury.

## An Act to Punish Certain Offences Therein Named, and for Other Purposes

1865 Miss. Laws 166 (Nov. 29, 1865)

SEC. 1. *Be it enacted*, . . . That no freedman, free negro or mulatto, not in the military service of the United States government, and not licensed so to do by the board of police of his or her county, shall keep or carry fire-arms of any kind, or any ammunition, dirk or bowie knife, and on conviction thereof in the county court shall be punished by fine, not exceeding ten dollars, and pay the costs of such proceedings, and all such arms or ammunition shall be forfeited to the informer; and it shall be the duty of every civil and military officer to arrest any freedman, free negro, or mulatto found with any such arms or ammunition, and cause him or her to be committed to trial in default of bail. . . .

SEC. 3. If any white person shall sell, lend, or give to any freedman, free negro, or mulatto any fire-arms, dirk or bowie knife, or ammunition, or any spirituous or intoxicating liquors, such person or persons so offending, upon conviction thereof in the county court of his or her county, shall be fined not exceeding fifty dollars, and may be imprisoned, at the discretion of the court, not exceeding thirty days. . . .

Sec. 5. If any freedman, free negro, or mulatto, convicted of any of the misdemeanors provided against in this act, shall fail or refuse for the space of five days, after conviction, to pay the fine and costs imposed, such person shall be hired out by the sheriff or other officer, at public outcry, to any white person who will pay said fine and all costs, and take said convict for the shortest time.

## Landry Parish, Louisiana, Ordinance of 1865

Senate Exec. Doc. No. 2., *in* 1 Documentary History of Reconstruction: Political, Military, Social, Religious, Educational and Industrial, 1865 to the Present Time, at 93-94 (Walter L. Fleming ed., 1906)

Sec. 5. . . . No public meetings or congregations of negroes shall be allowed within said parish after sunset; but such public meetings and congregations may be held between the hours of sunrise and sunset, by the special permission in writing of the captain of patrol, within whose beat such meetings shall take place. This prohibition, however, is not to prevent negroes from attending the usual church services, conducted by white ministers and priests. Every negro violating the provisions of this section shall pay a fine of five dollars, or in default thereof shall be compelled to work five days on the public road, or suffer corporeal punishment as hereinafter provided.

Sec. 6. . . . No negro shall be permitted to preach, exhort, or otherwise declaim to congregations of colored people, without a special permission in writing from the president of the police jury. Any negro violating the provisions of this section shall pay a fine of ten dollars, or in default shall be forced to work ten days on the public road, or suffer corporeal punishment as hereinafter provided.

Sec. 7. . . . No negro who is not in the military service shall be allowed to carry fire-arms, or any kind of weapons, within the parish, without the special written permission of his employers, approved and indorsed by the nearest and most convenient chief of patrol. Any one violating the provisions of this section shall forfeit his weapons and pay a fine of five dollars, or in default of the payment of said fine, shall be forced to work five days on the public road, or suffer corporeal punishment as hereinafter provided.

### 2.   The Ku Klux Klan and Other Extralegal Suppression of Freedmen

Post-war White supremacists across the South participated in unorganized mobs, in organized terror groups such as the Ku Klux Klan, and sometimes in private militias. The Ku Klux Klan was formed in 1866 in Tennessee as an organization of White Confederate Army veterans. It soon began terrorizing Blacks who exercised their rights, and it also terrorized White Republicans and Unionists. Similar White terrorist organizations operated under names such as the Knights of the White Camelia, the Pale Faces, the White Brotherhood, and the Society of the White Rose. When the Klan or other terrorists took over an area, "almost universally the first thing done was to disarm the negroes and leave them

*The order of the Circuit Court arresting the judgment upon the verdict is, therefore, affirmed; and the cause remanded, with instructions to discharge the defendants. . . .*

## NOTES & QUESTIONS

1. *The Second Founding.* Did the Framers of the Fourteenth Amendment have a different vision of federalism (i.e., the respective powers of the federal and state governments) than did the Framers of the original Constitution and the Bill of Rights? In which vision does *Cruikshank* fit? Reconstruction, the enactment of the Thirteenth through Fifteenth Amendments, and the related statutes are sometimes called "the Second Founding," and the civil rights leaders of the period called "the Founding Sons." Suppose that Charles Sumner, Frederick Douglass, Lyman Trumbull, and other Founding Sons were as well-known as Founding Fathers such as Patrick Henry, James Madison, and others. How would public discourse about the Constitution be different? *See generally* Tom Donnelly, *Our Forgotten Founders: Reconstruction, Public Education, and Constitutional Heroism,* 58 Clev. St. L. Rev. 115 (2010).

2. Would a state or local government be compliant with the Freedmen's Bureau Act, the Civil Rights Act, or the Fourteenth Amendment if it disarmed everyone equally, without regard to race? What if the state allowed all races to serve in the state-organized militia, but prohibited firearms ownership by everyone else? Does the Civil Rights Act's use of the phrase "full and equal" as opposed to just "equal" affect the answer?

3. What do you make of the fact that the Second Freedmen's Bureau Act included explicit protection of the right to bear arms while the Civil Rights Act did not?

4. When the Second Amendment was ratified, the large majority of firearms were single-shot muzzleloaders. By the time that the Fourteenth Amendment was passed by Congress in 1866, and ratified by the states in 1868, rapid-fire repeating firearms had become common. *See* Ch. 6.C.5; Section G.2. The legislative history of congressional passage of the Fourteenth Amendment is bereft of any indication that proponents or opponents of the Fourteenth Amendment thought that the technological advances made any difference in the desirability (or undesirability) of stricter enforcement of the right to keep and bear arms. What might account for the indifference?

5. What is the holding in *Cruikshank*? What is its effect on the Second Amendment and the Bill of Rights? The Court relies on *Barron v. Baltimore* for the proposition that the Bill of Rights applies only to the federal government. Does this make the adoption of the Fourteenth Amendment a futile exercise? **CQ:** Decades later, the Supreme Court began to use the Due Process Clause of the Fourteenth Amendment to make some but not all provisions of the Bill of Rights enforceable against the states, via the doctrine of "incorporation." The incorporation issue, as applied to the Second Amendment, is picked up again in *McDonald v. City of Chicago,* 561 U.S. 742 (2010) (Ch. 11.B).

6. *Thirteenth Amendment enforcement power.* Can you frame the argument that the *Thirteenth* Amendment gave Congress authority to pass the Enforcement Act? The Civil Rights Act? In *Jones v. Alfred H. Mayer Co.,* 392 U.S. 409 (1968), the Supreme Court held that Congress was empowered by the Thirteenth Amendment

**EXHIBIT D**

# BATTLE AT SEA

## From Man-of-War to Submarine

# JOHN KEEGAN

PIMLICO

Published by Pimlico 2004

· 2 4 6 8 10 9 7 5 3 1

Copyright © John Keegan 1988

John Keegan has asserted his right under the Copyright,
Designs and Patents Act 1988 to be identified as the author of this work

This book is sold subject to the condition that it shall not,
by way of trade or otherwise, be lent, resold, hired out,
or otherwise circulated without the publisher's prior
consent in any form of binding or cover other than that
in which it is published and without a similar condition
including this condition being imposed on the subsequent purchaser

First published in Great Britain as
*The Price of Admiralty* by Hutchinson 1988

First Pimlico edition, published as *Battle at Sea* 1993

Second Pimlico edition 2004

Pimlico
Random House, 20 Vauxhall Bridge Road,
London SW1V 2SA

Random House Australia (Pty) Limited
20 Alfred Street, Milsons Point, Sydney,
New South Wales 2061, Australia

Random House New Zealand Limited
18 Poland Road, Glenfield,
Auckland 10, New Zealand

Random House South Africa (Pty) Limited
Endulini, 5A Jubilee Road, Parktown 2193, South Africa

Random House UK Limited Reg. No. 954009

A CIP catalogue record for this book
is available from the British Library

ISBN 1–8441-3737-6

Papers used by Random House UK Limited are natural,
recyclable products made from wood grown in sustainable forests.
The manufacturing processes conform to the environmental
regulations of the country of origin

Printed and bound in Great Britain by Bookmarque Ltd, Croydon, Surrey

In memory
of my grandfather
John Bridgman
(1882–1954)
of Toomdeely, County Limerick
and for my son
Thomas John Bridgman Keegan
and my grandson
Benjamin Bridgman Newmark

party left aboard as a 'prize crew' (to bring it into a British port). The focus of action at the rear of the Combined Fleet now shifted to the Spanish ships *Bahama* and *Montanes*, which *Bellerophon*, *Tonnant's* follower, had steered to pass between. *Bellerophon* – 'Billy Ruffian' – was a famous ship in the Royal Navy, a veteran of the Glorious First of June and of the Nile, and was to become more famous after Trafalgar. John Cooke, her captain, was a daredevil officer who, as a frigate captain, had already taken six French ships in single-ship actions. Like Nelson he had disdained disguising himself for the coming action. Urged by one of his officers to remove his captain's epaulettes, he had answered, 'It is too late to take them off. I see my situation but I will die like a man.'

Cooke was to be dead within the first half-hour of action, killed as he was reloading his pistols on his quarterdeck. *Bellerophon* was by then in the gravest situation any ship was to undergo in the battle, worse even than that of the French *Redoutable* or the British *Téméraire*. Passing through the Combined Fleet's line she had exchanged fire with *Bahama* and *Montanes*; emerging on the other side she was confronted by the French *Swiftsure* and *Aigle* which had fallen out of formation. Both poured into her 'raking' fire as she was borne on to their broadsides. Turning head to wind and 'luffing' (shaking the wind from her sails) to slow her motion, *Bellerophon* went aboard *Aigle*, locking fore to main yardarms, and at once found herself in a brisk small-arms fight. Of *Aigle*'s 750 crew 150 were soldiers, who packed the tops and rigging as marksmen and grenadiers.

A French grenadier, with a lucky throw, was to threaten *Bellerophon* with the deadliest danger to which any of the Trafalgar ships was to be exposed throughout the battle. Later in the action *Aigle*'s gunroom (fortunately not a powder store) was to be set on fire by burning shot-wads from British guns; but now the grenade thrown from the *Aigle* popped in through a lower-deck port and exploded, so 'forcing open the door into the magazine passage', reported Lieutenant Price Cumby, who had taken command on Cooke's death. The grenade also started a fire. This was a potential catastrophe, for a fire in the magazine was the only means by which a wooden man-of-war could be destroyed outright. Extraordinary precautions – involving a system of double doors and water-soaked felt curtains – were taken to see that fire did not break out by mishandling of powder, while the common projectiles of sailing-ship warfare, being solid shot, could not of themselves generate an outbreak. The incursion of a grenade was an unanticipated eventuality, threatening disaster; from it *Bellerophon* was spared only by eccentric accident. 'The same blast which blew open the store-room door,' reported Cumby, 'shut the door of the magazine, otherwise we must all in both ships inevitably have been blown up together.' The immediate crisis was finally overcome when the *Bellerophon*'s gunner gathered hands to throw water into and over the magazine – 'hung' through the

orlop deck (the lowest deck) into the hold so that all its external surfaces could be doused in exactly such a crisis – and to 'put the fire out without its having been known to any persons on board except those employed in its extinction'.

Grenades elsewhere were inflicting heavy casualties on the crew: one wounded twenty-five of *Bellerophon*'s men. Their success in the fire-fight encouraged *Aigle*'s crew in an attempt to board and some crawled out from the forecastle along *Bellerophon*'s spritsail yard; the sortie was checked by the quick thinking of a seaman named Macfarlane who loosed the spritsail yard brace, dropping the interlopers into the sea. That was the last French attempt at boarding; but *Aigle*'s gunners still manned their pieces and *Bellerophon* also suffered from the fire of *Bahama*, which lay only a little further distant. Two other ships also lay close enough to direct fire at her, and shortly afterwards a fifth came up and also engaged.

Cumby (who was to be promoted substantive captain after the battle for the way in which he fought his ship) described the scene as he reached the quarterdeck: 'This would be about a quarter-past one o'clock, when I found we were still entangled with the *Aigle*, on whom we kept up a brisk fire, and also our old opponent on the larboard [port] bow, the *Monarca*, who by this time was nearly silenced, though her colours were still flying. At the same time we were receiving the fire of two other of the enemy's shipssss, one nearly astern of each other on the larboard quarter' (these were the *Bahama* and the French *Swiftsure*). 'I must say,' wrote another officer, 'I was astonished at the coolness and undaunted bravery displayed by our gallant and veteran crew, when surrounded by five enemy's ships [the fifth was the *San Juan Nepomuceno*, which came up from astern] and for a length of time unassisted by any of ours.'

*San Juan* was not long in the battle. Soon after engaging the *Bellerophon* she was taken under attack by the 98-gun *Dreadnought*, one of the furthest astern of Collingwood's column, driven off and forced into a single-ship fight. Commodore Churruca, *San Juan*'s commander, was a notably brave officer, but mistrust of Villeneuve's leadership had sapped his fighting spirit. His ship had already had a damaging brush with *Tonnant*. Now, outgunned by *Dreadnought*, it fought bravely for a few minutes until he was mortally wounded by a cannon-ball which almost severed his right leg. 'It is nothing – go on firing,' he is reported as saying, and ordered the colours to be nailed to the mast. However, news of his mortal wound spread to the gundecks – in which *Dreadnought*'s fire had killed a hundred men – and, since no surviving subordinate took decisive command, the crew quickly struck.

*San Juan*, originally the last ship in the Combined Fleet's line, had clashed with *Tonnant* and *Dreadnought* by overreaching those ahead of her. The main engagement in the rear was to be between those which had kept station – *Argonaute*, *Argonauta*, *Achille*, *Principe de Asturias* –

**EXHIBIT E**

KOPEL                                                                          3/17/2015 11:41 AM

# THE HISTORY OF FIREARM MAGAZINES AND MAGAZINE PROHIBITIONS

*David B. Kopel\**

## I. INTRODUCTION

In recent years, the prohibition of firearms magazines has become an important topic of law and policy debate. This article details the history of magazines and of magazine prohibition. The article then applies the historical facts to the methodologies of leading cases that have looked to history to analyze the constitutionality of gun control laws.

Because ten rounds is an oft-proposed figure for magazine bans, Part II of the article provides the story of such magazines from the sixteenth century onward. Although some people think that multi-shot guns did not appear until Samuel Colt invented the revolver in the 1830s, multi-shot guns predate Colonel Colt by over two centuries.[1]

Especially because the Supreme Court's decision in *District of Columbia v. Heller*[2] considers whether arms are "in common use" and are "typically possessed by law-abiding citizens for lawful purposes,"[3] the article also pays attention to whether and when particular guns and their magazines achieved mass-market success in the United States. The first time a rifle with more than ten rounds of ammunition did so was in 1866,[4] and the first time a

---

\* Adjunct Professor of Advanced Constitutional Law, Denver University, Sturm College of Law. Research Director, Independence Institute, Denver, Colorado. Associate Policy Analyst, Cato Institute, Washington, D.C. Professor Kopel is the author of fifteen books and over ninety scholarly journal articles, including the first law school textbook on the Second Amendment. *See generally* NICHOLAS J. JOHNSON, DAVID B. KOPEL, GEORGE A. MOCSARY & MICHAEL P. O'SHEA, FIREARMS LAW AND THE SECOND AMENDMENT: REGULATION, RIGHTS, AND POLICY (2012). Professor Kopel's website is http://www.davekopel.org. The author would like to thank Joseph Greenlee and Noah Rauscher for research assistance.

[1] *See* Clayton E. Cramer & Joseph Edward Olson, *Pistols, Crime, and Public Safety in Early America*, 44 WILLAMETTE L. REV. 699, 716 (2008).

[2] District of Columbia v. Heller, 554 U.S. 570 (2008).

[3] *Id.* at 624–25, 627.

[4] *See infra* notes 50–55 and accompanying text.

849

Electronic copy available at: https://ssrn.com/abstract=2473224

precedents from the *Heller* Court and from subsequent cases that have relied at least in part on history and tradition in judging Second Amendment cases.

## A. The Crucial Years: 1789–1791 and 1866–1868

For original meaning of the Second Amendment, the most important times are when the Second Amendment was created and when the Fourteenth Amendment was created, since a core purpose of the latter amendment was to make the individual's Second Amendment right enforceable against state and local government.[167]  Congress sent the Second Amendment to the states for ratification in 1789, and ratification was completed in 1791.[168] The Fourteenth Amendment was passed by Congress in 1866, and ratification by the states was completed in 1868.[169]

### 1. Magazines in 1789–1791 and 1866–1868

As of 1789 to 1791, multi-shot magazines had existed for two centuries, and a variety of models had come and gone.[170]  The state-of-the-art gun between 1789 and 1791 was the twenty- or twenty-two-shot Girandoni air rifle, powerful enough to take down an elk with a single shot.[171]

By the time that the Fourteenth Amendment was introduced in Congress, firearms with magazines of over ten or fifteen rounds had been around for decades.[172]  The best of these was the sixteen-shot Henry Rifle, introduced in 1861 with a fifteen-round magazine.[173] The Henry Rifle was commercially successful, but Winchester Model 1866, with its seventeen-round magazine, was massively successful.[174]  So by the time ratification of the Fourteenth Amendment was completed in 1868, it was solidly established that firearms with seventeen-round magazines were in common use.

---

[167]  *See, e.g.*, Ezell v. City of Chi., 651 F.3d 684, 702–03 (7th Cir. 2011).
[168]  JOHNSON, KOPEL, MOCSARY & O'SHEA, *supra* note 90, at 218.
[169]  *Id.* at 299.
[170]  *See supra* Part II.B.
[171]  *See supra* notes 27–31 and accompanying text.
[172]  *See supra* notes 32–35 and accompanying text..
[173]  RICHARD C. RATTENBURY, A LEGACY IN ARMS: AMERICAN FIREARM MANUFACTURE, DESIGN, AND ARTISTRY, 1800–1900, at 135 (2014); *see supra* note 49 and accompanying text.
[174]  CLIFFORD R. CADWELL, GUNS OF THE LINCOLN COUNTY WAR 50 (2009); RATTENBURY, *supra* note 173, at 136; *supra* notes 55–55 and accompanying text.

Electronic copy available at: https://ssrn.com/abstract=2473224

**EXHIBIT F**

DOI: 10.1111/1745-9133.12485

*CRIMINOLOGY*
*& Public Policy*

**SPECIAL ISSUE ARTICLE**

**COUNTERING MASS VIOLENCE IN THE UNITED STATES**

# Assessing the potential to reduce deaths and injuries from mass shootings through restrictions on assault weapons and other high-capacity semiautomatic firearms

## Christopher S. Koper [ID]

George Mason University

**Correspondence**
Christopher S. Koper, Department of Criminology, Law & Society, Center for Evidence-Based Crime Policy, George Mason University, 4400 University Drive, MS 6D12, Fairfax, VA 22030. Email: ckoper2@gmu.edu

The author thanks William Johnson for research assistance in the preparation of this paper. An earlier version of this paper was presented at the George Mason University-Carnegie Mellon University Workshop on An Evidence-Based Approach to Understanding and Countering Mass Violence in America held in April 2019 with funding from the National Science Foundation. The author thanks conference participants for their comments on the earlier draft.

**Research Summary:** This article examines the use, impacts, and regulation of assault weapons and other high-capacity semiautomatic firearms as they pertain to the problem of mass shootings in the United States. High-capacity semiautomatics (which include assault weapons as a subset) are used in between 20% and 58% of all firearm mass murders, and they are used in a particularly high share of public mass shootings. Mass shootings perpetrated with these firearms result in substantially more fatalities and injuries than do attacks with other firearms, and these differences are especially pronounced for the number of victims with nonfatal gunshot injuries. The federal ban on assault weapons and large-capacity ($>10$ rounds) ammunition magazines of 1994 had exemptions and loopholes that limited its short-term effects, but its expiration in 2004 was followed by an increase in the use of these weapons in mass shootings and other crimes. Growing evidence suggests that state-level restrictions on large-capacity magazines reduce mass shootings, but further research is needed on the implementation and effects of these laws.

**Policy Implications:** Restrictions on large-capacity magazines are the most important provisions of assault weapons laws in part because they can produce broader reductions in the overall use of high-capacity semiautomatics that facilitate high-volume gunfire attacks. Data on mass shooting incidents suggest these magazine restrictions can

AW laws are typically complemented by restrictions on large-capacity magazines (LCMs), which are most commonly defined as ammunition feeding devices holding more than 10 rounds of ammunition. Some LCM laws allow or have previously allowed higher limits for some or all firearms, and a few states have LCM restrictions without bans on AWs (all states with AW bans currently have LCM bans, but that has not always been true). Other salient features of these laws are discussed in subsequent sections.

LCM restrictions are arguably the most important components of AW–LCM laws—and thus the most relevant to the amelioration of mass shootings—for two reasons. One is that an LCM is the most functionally important feature of an AW-type firearm. Guns defined as AWs can often be equipped with LCMs holding 30 or more rounds; hence, removing LCMs from these weapons greatly limits their firepower. In other respects, AW-type firearms do not operate differently than other comparable semiautomatics, nor do they fire more lethal ammunition. The second reason is that LCM restrictions also apply to the much larger class of high-capacity semiautomatics without military-style features. This includes many common semiautomatic pistol and rifle models that are sold with LCMs in the range of 11–20 rounds or sometimes higher. LCM restrictions do not ban all firearms capable of accepting LCMs, but they do limit the capacity of the ammunition magazines that can be sold for these weapons. LCM restrictions thus have the ability to affect a much larger share of gun crimes. Accordingly, the discussion below places a greater emphasis on the overall use and restriction of firearms with LCMs. (The terms "LCM firearm" and "high-capacity semiautomatic" are used interchangeably throughout this essay to refer to any semiautomatic with an LCM, including both AW and non-AW models.)

In the broadest sense, AW–LCM laws are intended to reduce gunshot victimizations by limiting the stock of semiautomatic firearms with large ammunition capacities and, to a lesser degree, other features conducive to criminal use. Although offenders blocked from access to AWs and LCMs can commit crimes with other guns and smaller magazines, the logic underlying AW–LCM laws is that forcing this substitution should limit the number of shots fired in gun attacks, thus, reducing the number of people shot per attack and/or the number sustaining multiple wounds. This idea is supported by a small number of studies suggesting that attacks with semiautomatic firearms—including AWs and other guns equipped with LCMs—tend to result in more shots fired, more persons wounded, and more wounds inflicted per victim than do attacks with other firearms (Jager et al., 2018; Koper, 2004; McGonigal et al., 1993; Reedy & Koper, 2003; Richmond, Branas, Cheney, & Schwab, 2004; Roth & Koper, 1997). With respect to mass shootings in particular, AW and LCM use could conceivably affect both the prevalence and the severity of mass shootings by increasing the likelihood that shooting incidents produce enough victims to qualify as a mass shooting (Jager et al., 2018) and increasing the number of fatalities and injuries per mass shooting. Evidence on these matters is considered in more detail below.

Semiautomatic weapons with LCMs and other military-style features are common among models produced in the contemporary gun market (e.g., Lee, 2014; Violence Policy Center, 2011), but precise estimates of their production and ownership are unavailable.[3] National survey estimates indicate that 18% of all civilian-owned firearms and 21% of civilian-owned handguns were equipped with magazines having 10 or more rounds in 1994 (Cook & Ludwig, 1996, p. 17) just before the passage of the federal AW–LCM ban, which prohibited further production of LCMs but allowed continued ownership and sale of pre-ban LCMs. More recent estimates are not available, but these numbers have likely grown since the federal ban expired in September 2004.

Recent studies of criminal use of AWs and other LCM firearms indicate that AWs (primarily assault-type rifles) account for 2% to 12% of guns used in crime in general (based on analysis of guns recovered by police), with most estimates suggesting they account for less than 7%. In combination, however, AWs and other high-capacity semiautomatics account for 22% to 36% of crime guns overall,

**EXHIBIT G**

# THE DAY FREEDOM DIED

THE COLFAX MASSACRE,
THE SUPREME COURT, AND THE
BETRAYAL OF RECONSTRUCTION

CHARLES LANE

A HOLT PAPERBACK

HENRY HOLT AND COMPANY    NEW YORK

*For My Family:*

*Cati, David, Nina, and Johanna*



Holt Paperbacks
Henry Holt and Company, LLC
*Publishers since 1866*
175 Fifth Avenue
New York, New York 10010
www.henryholt.com

A Holt Paperback® and ® are registered trademarks of
Henry Holt and Company, LLC.

Copyright © 2008 by Charles Lane
All rights reserved.

Library of Congress Cataloging-in-Publication Data

Lane, Charles, 1961–
    The day freedom died: the Colfax massacre, the Supreme Court, and the betrayal of
Reconstruction / Charles Lane.—1st ed.
        p.   cm.
    Includes bibliographical references and index.
    ISBN-13: 978-0-8050-8924-3
    ISBN-10: 0-8050-8924-5
    1. Colfax (La.)—Race relations—History—19th century.  2. African Americans—Crimes
against—Louisiana—Colfax—History—19th century.  3. Massacres—Louisiana—Colfax—
History—19th century.  4. Violence—Louisiana—Colfax—History—19th century.
5. Racism—Louisiana—Colfax—History—19th century.  6. Reconstruction (U.S. history,
1865–1877)  7. Beckwith, James, 1832–1912.  8. Lawyers—Louisiana—
Biography.  9. Tulsa (Murder)—United States—Case studies.  10. United States. Supreme
Court—History—19th century.  I. Title.

F379.C59L36 2008
976.3'67—dc22

2007037514

Henry Holt books are available for special promotions and
premiums. For details contact: Director, Special Markets.

Originally published in hardcover in 2008 by Henry Holt and Company

Maps by *Lanis Karklis*
Designed by *Kelly S. Too*

Printed in the United States of America

D 10 9 8 7 6 5 4 3

In law, what plea so tainted and corrupt
But being season'd with a gracious voice
Obscures the show of evil?

WILLIAM SHAKESPEARE

The law cannot be enforced when everyone is an offender.

CHINESE PROVERB

Case 3:19-cv-01537-BEN-JLB    Document 156-1    Filed 10/28/22    PageID.19692    Page 51 of 52

* * *

WITH ABOUT 150 NEGRO MEN AND A SIMILAR NUMBER OF WOMEN AND CHILDREN crowded in and around the Colfax courthouse, the village resembled one of the refugee camps that sprang up around Union army positions during the Red River Campaign in 1864. The smoke of cooking-fires fused with the stink of human waste and the tang of sweat. Children's cries pierced the air. There was a semblance of organization, with the women running back and forth to the Smithfield Quarters each night for food and supplies, and cooking for the men, who formed a line to receive their chow. But since the departure of William Ward, Eli Flowers, and Robert Register to New Orleans four days earlier, the Negroes had spent more time and energy purging suspected traitors than preparing for an attack.

On April 5, the day of Jesse McKinney's murder, Sam Cuney, the colored Colfax postmaster and bitter political rival of Ward, had left for Alexandria, taking the U.S. mail with him. Cuney said he did this to protect government property against the threat of violence. Cuney came back to Colfax on April 8 but was immediately met with hostility. The colored men found it highly suspicious that he seemed to enjoy free access to the very place where Jim Hadnot and Bill Cruikshank had sought refuge. "You're nothing but a damned spy," one of the courthouse defenders hissed at him.

Fearing for his life, Cuney asked Dan Shaw, the white Republican sheriff, to post a guard at his house. Shaw agreed, but Levi Allen, who was exercising a share of what passed for command authority in Ward's absence, came along later and sent the deputies back to the courthouse. Apparently Allen felt that, with armed whites circulating in the surrounding countryside, he could not spare any men—especially not to protect someone of such questionable loyalty. Cuney fled Colfax on April 10, followed soon thereafter by the town's other colored storekeeper.

As part of their hasty propaganda effort in New Orleans, Ward and his friends had planted an editorial in the *New Orleans Republican*, touting the force they had left behind. "In Grant Parish, it seems there is a local majority of colored men, not only accustomed to the trade of war, but equipped with arms of the most perfect character," the item read. "According to statements most worthy of belief, they are well armed, well disciplined and confident of success. . . . The time is passed, if ever it existed, when a handful of whites could frighten a regiment of colored men."

This report might have been intended to deter an attack on their men. But it was utterly false. In fact, Ward and Flowers were the only ones

with significant military experience. Few members of their "regiment" were veterans of anything but Ward's own abortive state militia company. Ward and Flowers had tried to drill their men but gave up after a few sloppy attempts to form them into ranks and march them around the grassy patch in front of the courthouse. They made elementary—but crucial—tactical errors, such as failing to guard the levee so that the whites could not use it to cover a flanking movement along the riverbank.

==Whereas nearly every white man in Nash's force was carrying multiple firearms, only a half to two-thirds of the black men had even one gun. Their weaponry was not "perfect," but measurably inferior to that of the whites, and consisted mainly of shotguns and hunting pieces, with at most a dozen Enfield rifles scattered among the ranks.== The Negroes only had enough powder and shot for each man to fire about two rounds.

By Saturday, April 12, the men at the courthouse had concluded that an attack was imminent. The colored women who brought them their food and water at night probably had reported the armed whites coming in from other parishes. The courthouse defenders began digging a defensive trench—under the instruction of an itinerant white schoolteacher and peddler of religious illustrations from New York City who had somehow gravitated to Colfax via Chicago and St. Louis. Plunging shovels (probably taken from Calhoun's toolsheds) into the red earth, the Negroes dug through Saturday night and into Sunday morning.

The results were far from ideal. A proper Civil War trench would have been reinforced with heavy timbers and deep enough for a rifleman to stand, or at least kneel, so that he could fire at the enemy from behind a protective wall. At Colfax, the courthouse defenders did manage to excavate a long crescent around their position, enclosing an area about 250 yards square. But the trench was only about two feet at the deepest point. The dirt pile in front of it, reinforced by two-and-a-half-inch-thick wooden planks, created a breastwork only about twenty inches high. In some places, there was no trench at all, just a rough shield made of planks stacked in a zigzag pattern.

The same traveling salesman who designed the trench helped the Negroes rig up three improvised artillery pieces. They secured some lengths of steam pipe, probably left over from a cotton gin or the Calhouns' old sugar mill. Then they plugged the pipes at one end, and drilled vents in them. Effective artillery could have kept the whites at bay as long as powder and shot held out. But these homemade "cannon" were not even on a par with the little four-pound gun from the *John T. Moore*. The freedmen

Case 3:19-cv-01537-BEN-JLB   Document 156-1   Filed 10/28/22   PageID.19693   Page 52 of 52

gathered at the courthouse, there was no longer any place for an equivocator among the Republican leadership, much less a white equivocator. After Levi Allen returned from his conference with Nash, Shaw asked Allen what he should do. Allen looked at the fifty-eight-year-old. He felt sorry for Shaw, who he knew would probably be worse than useless in a fight anyway. "Old man, go away and save yourself, if you can," Allen replied. Shaw fled toward Mirabeau. Kindred J. Harvey and the traveling salesman followed soon thereafter. His black comrades liked Harvey; he had stood by them through the entire crisis. But now they warned the sixty-five-year-old that he would not survive the fight. Only colored men remained in Colfax.

AFTER ALLEN REFUSED TO CAPITULATE, NASH RODE BACK TO HIS MEN AND BEGAN using the allotted thirty minutes to organize. He proceeded just as he must have done during the Civil War, following well-established tactical principles for attacking a fixed position with a company-sized unit. The first step was to dismount his men, leaving twenty-five of the smallest and lightest-armed ones to hold the horses. Nash then assigned a three-man crew to the cannon, accompanied by the Negro Bob Bernstein, who would pull the cart. Nash sent a spotter to high ground to help direct the cannon's fire. He sent three men out to the left of town, about four hundred yards away, to make observations and report them by runner to the main force. Finally, he formed a skirmish line out of eighteen men carrying the best rifles: modern, quick-firing breechloaders like the ones that had done heavy damage to Confederate troops in the last years of the Civil War and were still claiming lives in battles between the U.S. Army and the Plains Indians. The eighteen skirmishers would march in front of Nash's main force to clear the way.

At noon, they moved out. The skirmish line patrolled unopposed down the main street of the Smithfield Quarters, taking control of the area without firing a shot. Nash and the rest of the force followed. Several Negro women were still there. One of Nash's men ordered them out. "You see these damned sons of bitches have run off and left you to take care of yourselves," he said. "Now you women get out of here, and not a damn one of you will get hurt."

The force advanced 50 yards at a time, beginning about 450 yards away from the Negroes' trench line. Once the skirmishers had made it safely to within 300 yards of the defenders, they called for the cannon. The crew rushed forward. Bernstein followed with the wagon. They set

up the little howitzer in the garden of Willie Calhoun's house. In went the gunpowder, followed by an iron slug and some wadding. Then they packed the missiles in with a ramrod and touched off the fuse.

The first booming shot landed in front of the freedmen's trenches, kicking up a shower of red soil. At the time, several dozen courthouse defenders, exhausted from digging all day and night Saturday, and still apparently unable to believe that the whites really meant to fight, were actually asleep. The cannon fire was a frightful alarm. Minutes later, the steamboat *Maria Luisa* chugged by on the Red River. To the freedmen, its clanging bell seemed to herald the arrival of white reinforcements.

Bullets from the white skirmishers' rifles zipped over the heads of the freedmen. Steadying themselves, a few Negroes returned fire, sporadically, saving ammunition. For the most part, though, the outgunned defenders did not dare raise their heads above the breastworks. The whites soon found that they could make them duck just by pointing their guns at them. The colored men gave one of their remaining improvised cannon a try. It blew up just like the one they tested the day before.

Still, the whites could not inflict a decisive blow. The cannon crew advanced to within 225 yards of the trench, but even from this distance, none of the half-dozen shots they got off did any damage. The whites' rifles were indeed accurate, but they could not hit the Negroes as long as they stayed prone in their trenches or behind the courthouse's walls. On the other side, the freedmen's shotguns were effective only at short range, but they posed enough of a threat to keep the whites from closing in and destroying them.

For two hours, the standoff continued. It was providential, in a way, this mutually assured nondestruction. But the whites had other options. One of the three Union men in their ranks was a certain William Chaney, formerly of the Eleventh Connecticut Infantry Regiment and more recently a fortune seeker in Louisiana. But none of his comrades on April 13, 1873, knew this. Earlier in the week, the same Rapides Parish force that had taken Willie Calhoun prisoner had arrested Chaney as he wandered suspiciously nearby. He told them he was "Ezekiel B. Powell," a Confederate veteran from Virginia. To win his release, he promised to join them against the rioting Negroes in Colfax. He had kept that promise.

Earlier, Nash had sent Chaney—"Powell"—and another man to scout along the riverbank. Keeping the levee between themselves and the battlefield, the pair crept to within 125 yards of the Negroes' left flank. They found the levee completely unguarded. More important, they located a gap in the levee, covered by nothing but a low fence made out of planks. It was behind and to the right of the trench line, as the whites viewed it.