ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ANNA FERRARI
Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendants Rob Bonta and Blake Graham, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA ATTORNEY GENERAL ROB BONTA et al.,**<br><br>Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>**NOTICE OF LODGMENT OF COMPENDIUM OF WORKS CITED IN DEFENDANTS' RESPONSIVE BRIEF**<br><br>Courtroom:  5A<br>Judge:  Hon. Roger T. Benitez<br><br>Action Filed:  August 15, 2019 |

     Defendants Attorney General Rob Bonta and Blake Graham, in their official capacities, hereby give notice that they have lodged with the Court a Compendium of Works Cited in Defendants' Response to Plaintiffs' Additional Brief Re: *New York State Rifle & Pistol Ass'n v. Bruen,* consistent with the Court's October 14, 2022 Minute Order (ECF No. 138).

Dated: October 28, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
P. PATTY LI
Supervising Deputy Attorney General
ANNA FERRARI
Deputy Attorney General

s/ John D. Echeverria

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendants Rob Bonta and Blake Graham, in their official capacities*