Rob Bonta
Attorney General of California
P. Patty Li
Supervising Deputy Attorney General
Anna Ferrari
Deputy Attorney General
John D. Echeverria
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendants Rob Bonta and
Blake Graham, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**CALIFORNIA ATTORNEY GENERAL ROB BONTA et al.,**<br><br>Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>**COMPENDIUM OF WORKS CITED IN DEFENDANTS' RESPONSE TO PLAINTIFFS' ADDITIONAL BRIEF RE *NEW YORK STATE RIFLE & PISTOL ASS'N V. BRUEN***<br><br>**VOLUME 1 OF 3**<br><br>Courtroom:    5A<br>Judge:          Hon. Roger T. Benitez<br><br>Action Filed:  August 15, 2019 |

1

# INDEX

| Works | Br. Page[1] | Compendium Page No. |
|---|---|---|
| **HISTORICAL STATUTES** | | |
| 1776 Md. Laws 146. | Ex. A (Baron Decl.) at 33, ¶ 53 | 2 |
| 1801 Tenn. Acts 260–61, ch. 22, § 6 | 14 | 4 |
| 1837 Ala. Laws 7, No. 11, § 2 | 13 n.14 | 8 |
| 1837 Ga. Laws 90, § 1 | 13 n.14 | 10 |
| 1837-1838 Tenn. Pub. Acts 200-01, §§ 1–2 | 13 n.14 | 13 |
| 1838 Fla. Laws 36, No. 24, § 1 | 13 n.14 | 16 |
| 1838 Va. Acts 76, ch. 101, § 1 | 13 n.14 | 18 |
| 1839 Ala. Acts 67, ch. 77 | 13 n.14 | 21 |
| 1850 Mass. Acts 401, ch. 194 | 13 n.14 | 22 |
| 1858-1859 N.C. Sess. Laws 34-36, ch. 25, § 27, pt. 15 | 13 n.14 | 32–33 |
| 1868 Ala. Laws 11 | 13 n.14 | 62 |
| 1868 Fla. Laws 95, ch. 7, § 11 | 14 n.14 | 64 |
| 1869 Minn. Laws 50-51, ch. 39 § 1 | 15 n.15 | 68 |
| John Lellyett, Ordinances of the City of Nashville 244, § 9 (1872) | 15 n.15 | 71 |

---

[1] Defendants respectfully submit this compendium of works cited, consistent with the Court's minute order of October 14, 2022 (Dkt. No. 138) directing Defendants to submit a similar compendium in connection with Defendants' Supplemental Brief in Response to the Court's Order of August 29, 2022.

2

| | | |
|---|---|---|
| 1873 Minn. Stats. 993 | 15 n.15 | 72 |
| 1875 Mich. Pub. Acts 136, no. 97, § 1 | 15 n.15 | 73 |
| Geoffrey Andrew Holmes, Compiled Ordinances of the City of Council Bluffs, and Containing the Statutes Applicable to Cities of the First-Class, Organized under the Laws of Iowa 206-207 (1887) | 13–14 | 75 |
| 1895 N.D. Rev. Codes 1293 | 15 n.15 | 76 |
| 1919 Me. Laws 193 | Ex. A at 33, ¶ 55 | 77 |
| 1923 Vt. Acts and Resolves 127, no. 130, § 1 | Ex. A at 33, ¶ 56 | 78 |
| 1927 Mass. Acts 413–14, ch. 326, § 1 | Ex. A at 33, ¶ 56 | 80 |
| 1927 R.I. Pub. Laws 256, ch. 1052, § 1 | Ex. A at 33, ¶ 56 | 85 |
| 1933 Tex. Laws 219, ch. 82, § 1 | Ex. A at 34 | 93 |
| Firearms Act of 1934, 48 Stat. 1236 (Pub. L. 73-474) | Ex. A at 34 | 96 |
| **BOOKS** | | |
| The American jest book: containing a curious variety of jests, anecdotes, stories, bon mots, &c., Part I (Philadephia:  M. Carey, 1789), 6 | Ex. A at 10 | 105 |
| William Cobbett, French arrogance; or, "The cat let out of the bag;" a poetical dialogue between the envoys of America, and X. Y.Z. and the lady (Philadelphia: Peter Porcupine, 1798), 23 | Ex. A at 28, ¶ 31 | 118 |
| Accoutrement, *Oxford English Dictionary*, (3rd ed., 2011) | Ex. A at 26, ¶¶ 25–27 | 124, 126 |

3

| | | |
|---|---|---|
| Magazine, *Oxford English Dictionary* (3rd ed., 2011) | Ex. A at 32, ¶ 50 | 129–130 |

**LAW REVIEWS AND JOURNALS**

| | | |
|---|---|---|
| Samuel L. Bray, *"Necessary and Proper" and "Cruel and Unusual": Hendiadys in the Constitution*, 102 Va. L. Rev. 687, 695 (2016) | 14-15 | 142 |
| David B. Kopel et al., *Knives and the Second Amendment*, 47 U. Mich. J.L. Reform 167, 179 (Fall 2013) | 13 | 199 |
| David B. Kopel & Joseph G.S. Greenlee, *The "Sensitive Places" Doctrine*, 13 Charleston L. Rev. 205, 235 (2018) | 12 n.13 | 249 |
| Thomas R. Lee & Stephen Mouritsen, *Judging Ordinary Meaning*, 127 Yale L. J. 788 (2018) | Ex. A at 22, ¶ 12 | 340 |
| Thomas R. Lee & James C. Phillips, *Data-Driven Originalism*, 167 U. Pa. L. Rev. 261, 267 (2019) | 4 | 432 |

**LEGISLATIVE MATERIALS AND GOVERNMENT RECORDS**

| | | |
|---|---|---|
| George Washington, General Orders, Jan. 22, 1780 | Ex. A at 28, ¶ 31 | 509 |
| U.S. Dep't of the Army, TC 3-22.9 Rifle and Carbine Manual (May 2016), ch. 2 | 8 n.10 | 511, 537 |
| U.S. Dep't of Education, Adult Literacy in America (1993) | Ex. A at 23, ¶ 15 | 548 |

**NEWS ARTICLES**

| | | |
|---|---|---|
| *Boston Evening-Post*, Sept. 10, 1750, p.2. | Ex. A at 29, ¶ 36 | 750 |
| *Cedar Falls Gazette*, Jan. 10, 1868, p.3 | Ex. A at 31, ¶ 44 | 751 |

4

| | | |
|---|---|---|
| *The Daily Morning Chronicle*, Jan. 7, 1868, p.4 | Ex. A at 31–32, ¶ 39 | 752 |
| *The Derby Mercury*, Mar. 19, 1756, p.3 | Ex. A at 28, ¶ 34 | 753 |
| *Gloucestershire Chronicle*, Jan. 4 1868, p.2 | Ex. A at 30–31 | 754 |
| *Jackson's Oxford Journal,* Mar. 20, 1756, p.2 | Ex. A at 29, ¶ 35 | 755 |
| *The Jeffersonian*, Jan. 9, 1868, p.2 | Ex. A at 31, ¶ 45 | 756 |
| *Pittsburgh Gazette*, Feb. 14, 1789, p. 1 | Ex. A at 29, ¶ 37 | 757 |
| **OTHER SOURCES** | | |
| Tentative Ruling on Mot. for Prelim. Inj., *Defense Distributed v. Bonta*, No. 22-cv-6200-GW (AGRx) (C.D. Cal. Oct. 21, 2022) (Dkt. 19) | 1 n.1; 3 n.4 | 761 |
| Order, *Defense Distributed v. Bonta*, No. 22-cv-6200-GW (AGRx) (C.D. Cal. Oct. 24, 2022) (Dkt. 21) | 3 n.4 | 772 |
| Decl. of Dennis Baron, Ex. 2, *Ocean State Tactical, LLC v. Rhode Island*, No. 22-cv-00246-JJM-PAS (D.R.I.) (Dkt. 19-7) | 4-6; Ex. A | 773 |
| *AR-15 Gas Systems Guide*, 5D Tactical.com (Feb. 2021) | 8 n.10 | 807 |
| *M4 Carbine*, Military.com. | 9 n.12 | 811 |
| Search results (accoutrement), Corpus of Early Modern English, Brigham Young University Center for Law and Corpus Linguistics. | Ex. A at 28, ¶ 32 | 823 |
| Search results (accoutrement), Corpus of Founding Era American English, Brigham Young University Center for Law and Corpus Linguistics. | Ex. A at 28, ¶ 32 | 889 |

5

| Search results (accoutrement /6 arms), Corpus of Early Modern English, Brigham Young University Center for Law and Corpus Linguistics. | Ex. A at 26, ¶ 28 | 994 |
| Search results (accoutrement /6 arms), Corpus of Founding Era American English, Brigham Young University Center for Law and Corpus Linguistics. | Ex. A at 26, ¶ 28 | 1006 |

Compendium of Works Cited in Defendants' Response to Plaintiffs' Additional Brief
(3:19-cv-01537-BEN-JLB)

# HISTORICAL STATUTES

" />



(https://firearmslaw.duke.edu)

(https://law.duke.edu/)

Search this website

# Proceedings of the Conventions of the Province of Maryland Held at the City of Annapolis, in 1774, 1775, & 1776 Page 147, Image 147 (1836) available at The Making of Modern Law: Primary Sources.

Subject(s):

- Transportation (https://firearmslaw.duke.edu/subjects/transportation/)

Jurisdiction(s):

- Maryland (https://firearmslaw.duke.edu/jurisdictions/maryland/)

Year(s):

- 1776 (https://firearmslaw.duke.edu/years/1776/)

[1776 Md. Laws 146.Resolved, that no muskets or rifles, except by the owner thereof on his removal to reside out of this province, or any gun barrels, gun locks, or bayonets, be carried out of his province, without the leave of the council of safety for the time being.]

- (https://twitter.com/dukefirearmslaw)

- (https://www.youtube.com/playlist?list=PLPIlY2puNnqYUNnmXwbGnQFKMSaLSVDoq)

- Home (https://firearmslaw.duke.edu/)
- About (https://firearmslaw.duke.edu/about/)
- Blog (https://firearmslaw.duke.edu/secondthoughts/)
- Videos (https://firearmslaw.duke.edu/videos/)
- Events (https://firearmslaw.duke.edu/events/)
- Repository of Historical Gun Laws (https://firearmslaw.duke.edu/repository/)
- Teaching Resources (https://firearmslaw.duke.edu/teaching-resources/)
- Conferences (https://firearmslaw.duke.edu/conferences/)

Duke Center for Firearms Law | 210 Science Drive, Durham, NC 27708 | firearmslaw@law.duke.edu (mailto:firearmslaw@law.duke.edu)

Questions or comments about the Repository of Historical Gun Laws can be sent to gunlaws@law.duke.edu (mailto:gunlaws@law.duke.edu).

Copyright © 2022. All rights reserved. Website designed by Addicott Web (https://www.wordpress-web-designer-raleigh.com/).

 

DATE DOWNLOADED: Fri Oct 28 00:17:26 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1801 259 .

ALWD 7th ed.
, , 1801 259 .

Chicago 17th ed.
"," Tennessee - 4th General Assembly, 1st Session : 259-261


AGLC 4th ed.
" Tennessee - 4th General Assembly, 1st Session 259

OSCOLA 4th ed.
" 1801 259

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

( 259 )

grants, deeds, or mesne conveyances not being proved and registered within this state, it shall and may be lawful for such person or persons to prove and register his, her, or their grants, deeds or mesne conveyances.

Sec. 2. *Be it enacted*. That this act shall be in force until the end of the next stated session of the general assembly.

## CHAP. XXI.

An ACT *to amend an act, entitled*, " An act to ascertain the boundaries of land, and for perpetuating testimony.—PASSED NOVEMBER 6, 1801.

BE it enacted by the General Assembly of the State of Tennessee, That all the privileges, benefits, and advantages arising under or accruing to others, by virtue of an act, entitled, " An act to ascertain the boundaries of land, and for perpetuating testimony, passed at Knoxville in the year 1799, shall extend to the citizens resident south of French Broad and Holston, and between the rivers Big Pigeon and Tennessee, holding or claiming, or that may hold or claim land by right of occupancy, so far as may respect their rights to, or the conditional or boundary lines of their respective claims or rights of occupancy and pre-emption in that tract of country, any thing in the proviso to the fourth section of said recited act to the contrary notwithstanding.

## CHAP. XXII.

An ACT *for the restraint of idle and disorderly persons.*—PASSED NOVEMBER 13, 1801.

WHEREAS it becomes necessary for the welfare of the community, to suppress wandering, disorderly and idle persons :

Section 1. BE *it enacted by the General Assembly of the State of Tennessee*, That any person or persons who have no apparent means of subsistence, or neglect applying themselves to some honest calling for the support of themselves and families, every person so offending, who shall be found sauntering about neglecting his business, and endeavoring to maintain himself by gaming or other undue means, it shall and may be lawful for any justice of the peace of the county wherein such person may be found, on due proof made, to issue his warrant for such offending person, and cause him to be brought before said justice, who is hereby empowered, on conviction, to demand security for his good behaviour, and in case of refusal or neglect, to commit him to the goal of the county, for any term not exceeding five days, at the expiration of which time he shall be set at liberty if nothing criminal appears against him, the said offender paying all charges arising from such imprisonment; and if such person shall be guilty of the like offence from and after the space of thirty days, he, so offending, shall be deemed a vagrant, and be subject to one month's imprisonment, with all costs accruing thereon, which if he neglects or refuses to pay, he may be continued in prison until the next court of the county, who may proceed to try the said offender, and if found guilty by a verdict of a jury of good and lawful men, said court may proceed to hire the offender for any space of time not exceeding six months, to make satisfaction for all costs, but if such person or persons so offending, be of ill fame, so that he or they cannot be hired for the costs, nor give sufficient security for the same and his future good behaviour, in that case it shall and may be lawful for the said court to cause the offender to recive not exceeding thirty nine lashes, on his bare back, after which he shall be set at liberty, and the costs arising thereon shall become a county charge ; which punishment may

Compendium_Responsive Brief
Page 5

( 260 )

be inflicted as often as the person may be guilty, allowing thirty days between the punishment and the offence.

Sec. 2. *Be it enacted.* That it shall not be lawful for any person or persons of ill fame or suspicious character, to remove him or themselves from one county to another in this state, without first obtaining a certificate from some justice of the peace of said county or captain of his company, setting forth his intention in removing, whether to settle in said county, or if travelling, to set forth his business and destination, and if such traveller should be desirous to stay in any county longer than ten days, he shall first apply to some justice of said county for leave, and obtain a certificate for that purpose, setting forth the time of his permission, and if such person shall be found loitering in said county after the expiration of his permit, or fail to obtain the same agreeable to the true intent and meaning of this act, such person or persons so offending, may be apprehended by any person or persons, and carried before some justice of the peace, who may enquire into his character and business; and fine him at his discretion, not exceeding ten dollars; but if said traveller shall be found on examination, to be a person of ill fame, and there is reason to suspect he is loitering in said county for evil purpose, attempting to acquire a living by gambling, or other bad practices, such justice shall have power to commit any person of like character, until he shall find good and sufficient security for his good behaviour, for any time not exceeding ten days, and said justice of the peace or court of the county shall proceed against such offender, in the same manner as is heretofore prescribed for vagrants.

Sec. 3 *Be it enacted,* That all and every keeper or keepers, exhibitor or exhibitors, of either of the gaming tables commonly called A. B. C. or E. O. tables, or faro bank, or of any other gaming cloth table, or bank of the same, or like kind, under any denomination whatever, shall be deemed and treated as a vagrant, and moreover it shall be the duty of any judge or justice of the peace, by warrant under his hand, to order such gaming table or cloth to be seized and publicly burned or destroyed; said warrant shall be directed to some one constable within the county, whose duty it shall be, forthwith to execute the same: *Provided,* That nothing herein contained, shall be so construed as to extend to billiard tables.

Sec. 4. *Be it enacted,* That it shall not be lawful for any house keeper to harbor any idle person of the character aforesaid, for any longer time than is heretofore specified, under the penalty of twenty dollars for every such offence, to be recovered by warrant before any justice of the peace of the county where the offence is committed.

Sec. 5 *Be it enacted,* That it shall be the duty of each justice of the peace, on information being made on oath to him or them, that there is a person or persons of the aforesaid description, loitering in his or their county, then and in that case he or they shall issue his or their warrant against such person or persons agreeable to this act: *And provided,* he or they shall neglect or refuse so to do, it shall be deemed a misdemeanor in office, for which he or they shall be impeachable, and on conviction be removed from office.

Sec. 6 *Be it enacted,* That if any person or persons shall publicly ride or go armed to the terror of the people, or privately carry any dirk, large knife, pistol or any other dangerous weapon, to the fear or terror of any person, it shall be the duty of any judge or justice, on his

Digitized from Best Copy Available

( 261 )

own view, or upon the information of any other perfon on oath, to bind fuch perfon or perfons to their good behaviour; and if he or they fail to find fecurities, commit him or them to goal; and if fuch perfon or perfons fhall continue fo to offend, he or they fhall not only forfeit their recognizances, but be liable to an indictment, and be punifhed as for a breach of the peace, or riot at common law.

Sec 7. Be it enacted, That if any perfon or perfons fhall unlawfully cut out or difable the tongue, put out an eye, flit a nofe, bite or cut off a nofe, ear or lip, or cut off or difable any limb or member, or ftab any perfon whatfoever, in doing fo, to maim, wound or disfigure in any of the manner; before mentioned, fuch perfon or perfons fo offending their counfellors, aiders and abettors, knowing of, and privy to the offence, fhall be and are hereby declared to be felons, and fhall fuffer as in cafe of felony: Provided neverthelefs, he or they fhall be entitled to benefit of clergy, and be further liable to an action of damages to the party injured.

Sec 8. Be it enacted, That all fines inflicted by this act, fhall be one half to him that will fue for the fame, and the other half to the ufe of the county.

Sec. 9. Be it enacted That all laws and parts of laws, which come within the meaning and purview of this act, are hereby repealed.

## CHAP. XXIII.

An ACT to authorife the feveral county courts of pleas and quarter feffions to remit and mitigate fines and forfeitures on recognizances as therein mentioned —(PASSED OCT. NER. 12, 18.1.)

Section 1. BE it enacted by the General Affembly of the State of Tenneffee, That the feveral courts of pleas and quarter feffions in this ftate, fhall have power to remit or mitigate all fines by them inflicted, and all forfeitures on recognizances, previous to entering final judgment thereon : Provided, a majority, or any number not lefs than nine of the juftices of faid county be prefent when fuch remittance or mitigation fhall be made.

Sec 2. Be it enacted, That fo much of any other act as comes within the purview and meaning of this act is hereby repealed.

## CHAP. XXV.

An ACT concerning adminiftrations granted on the eftates of perfons dying inteftate, therein mentioned —(PASSED NOVEMBER 10, 1801.)

WHEREAS heretofore the courts of pleas and quarter feffions, during the being of the temporary government called Franklin, granted adminiftrations on the eftates of perfons who died inteftate, and have iffued letters of adminiftration accordingly, in virtue and by authority of which, the perfons fo adminiftering, have proceeded to adminifter upon the goods and chattels, rights and credits of their inteftates refpectively : And whereas it will contribute to the peace and quiet of families, that adminiftrations on fuch eftates, fo as aforefaid granted, be deemed and declared valid,

Sec 1. BE it enacted by the General Affembly of the State of Tenneffee, That all adminiftrations granted by any of the faid courts of pleas and quarter feffions, and letters of adminiftration by any of the aforefaid courts iffued, on the eftate or eftates of any perfon who died inteftate, and all proceedings in virtue of fuch letters of adminiftration had and done, of, and concerning any fuch eftate, agreeably to, and in conformi-

Digitized from Best Copy Available



# HEINONLINE

DATE DOWNLOADED: Thu Oct 27 19:47:26 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1837 7 .

ALWD 7th ed.
, , 1837 7 .

Chicago 17th ed.
"," Alabama - General Assembly, Annual Session : 7-10


AGLC 4th ed.
" Alabama - General Assembly, Annual Session 7

OSCOLA 4th ed.
" 1837 7

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

SEC. 2. *And be it further enacted,* That all acts and parts of acts contravening the provisions of this act, be, and the same are hereby repealed.

Approved, December 14, 1837.

[No. 10.]
## AN ACT
To permanently establish the Seat of Justice in Tallapoosa county.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the State of Alabama in General Assembly convened,* That the permanent site for the seat of justice for the county of Tallapoosa, is hereby fixed and established in the town of Dadeville, in said county.   Approved, Dec. 14, 1837.

[No. 11.]
## AN ACT
To require the several Medical boards of this State to keep a seal of office, and for other purposes.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the State of Alabama in General Assembly convened,* That the several medical boards in this State be, and they are hereby required to procure and keep an official seal for their respective boards, with such device as they may deem suitable. *[margin: To keep a seal of office.]*

SEC. 2. *And be it further enacted,* That the said medical boards shall affix their official seal to all licenses or permits, which they may grant, and any license or permit having said seal, shall be received in evidence in any of the courts of this State, without further proof of their authentication. *[margin: Seal to be affixed to licen.]*

SEC. 3. *And be it further enacted,* That hereafter it shall not be necessary for any physician or surgeon, who may sue, to recover any account or demand for medical or surgical services, or for any medicine that may be furnished by him in the practice of medicine or surgery, to produce on the trial of any such suit, any license or permit granted to him by any medical board of this State, or any member thereof, to practice medicine and surgery or either of them, unless the defendant or his attorney shall give the plaintiff or his attorney notice in writing at least five days before the term of the court at which such suit shall stand for trial, that license or permit will be required to be produced, and if any such suit shall be commenced before a justice of the peace, then two days notice shall be given in like manner, that such license or permit will be required to be produced on the trial of such suit. *[margin: Not compell'd to produce license unless on giving four days notice. Two days before a justice of peace.]*

Approved, December 14 1–37.

[No. 12.]
## AN ACT
To authorize the formation of Limited Partnerships.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the State of Alabama in General Assembly convened,* That limited partnerships, for the transaction of any mercantile, mechanical or manufacturing business, within this State, may be formed by two or more persons, upon the terms, and with the rights and powers, and subject to the conditions and liabilities herein prescribed, but the provisions of this act, shall not be construed to authorize any such partnership for the purpose of banking or making insurance. *[margin: Limited partnerships may be formed.]*

SEC. 2. *And be it further enacted,* That such partnerships may consist of one or more persons, who shall be general partners, and who shall be jointly and severally responsible as general partners now are by law; and of one or more persons who shall contribute in actual cash payments a specific sum as capital to the common stock, who shall be called special partners and who shall not be liable for the debts of the partnership, beyond the fund so contributed by him or them to the capital. *[margin: May be formed of one or more partners.]*

SEC. 3. *And be it further enacted,* That the general partners, only shall be authorized to transact business and sign for the partnership and to bind the same.

 

DATE DOWNLOADED: Wed Oct 26 00:03:42 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1837 3 .

ALWD 7th ed.
, , 1837 3 .

Chicago 17th ed.
"," Georgia - Annual Session : 3-288


AGLC 4th ed.
" Georgia - Annual Session 3.

OSCOLA 4th ed.
" 1837 3

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

DEADLY WEAPONS.

## DEADLY WEAPONS.

AN ACT to guard and protect the citizens of this State,
against the unwarrantable and too prevalent use of deadly
weapons.

SECTION 1. *Be it enacted by the Senate and House of Re-*
*presentatives of the State of Georgia, in General Assembly met,*
*and it is hereby enacted by the authority of the same,* That from
and after the passage of this act, it shall not be lawful for any
merchant, or vender of wares or merchandize in this State, or
any other person or persons whatsoever, to sell, or offer to sell,
or to keep, or have about their person or elsewhere, any of the
hereinafter described weapons, to wit: Bowie, or any other
kind of knives, manufactured and sold for the purpose of wear-
ing, or carrying the same as arms of offence or defence, pis-
tols, dirks, sword canes, spears, &c., shall also be contemplated
in this act, save such pistols as are known and used, as horse-
man's pistols, &c.

SEC. 2. *And be it further enacted by the authority aforesaid,*
That any person or persons within the limits of this State, vio-
lating the provisions of this act, except as hereafter excepted,
shall, for each and every such offence, be deemed guilty of a
high misdemeanor, and upon trial and conviction thereof, shall
be fined, in a sum not exceeding five hundred dollars for the
first offence, nor less than one hundred dollars at the direction
of the Court; and upon a second conviction, and every after
conviction of a like offence, in a sum not to exceed one thou-
sand dollars, nor less than five hundred dollars, at the discre-
tion of the Court.

SEC. 3. *And be it further enacted by the authority aforesaid,*
That it shall be the duty of all civil officers, to be vigilent in
carrying the provisions of this act into full effect, as well also as
Grand Jurors, to make presentments of each and every offence
under this act, which shall come under their knowledge.

SEC. 4. *And be it further enacted by the authority aforesaid,*
That all fines and forfeitures arising under this act, shall be
paid into the county Treasury, to be appropriated to county
purposes: *Provided, nevertheless,* that the provisions of this
act shall not extend to Sheriffs, Deputy Sheriffs, Marshals,
Constables, Overseers or Patrols, in actual discharge of their
respective duties, but not otherwise: *Provided, also,* that no
person or persons, shall be found guilty of violating the before
recited act, who shall openly wear, externally, Bowie Knives,
Dirks, Tooth Picks, Spears, and which shall be exposed
plainly to view: *And provided, nevertheless,* that the provis-
ions of this act shall not extend to prevent venders, or any oth-

er persons who now own and have for sale, any of the aforesaid weapons, before the first day of March next.

SEC. 5. *And be it further enacted by the authority aforesaid,* That all laws and parts of laws militating against this act, be, and the same are, hereby repealed.

> JOSEPH DAY,
> Speaker of the House of Representatives,
>
> ROBERT M. ECHOLS,
> President of the Senate.

Assented to, 25th December, 1837.
> GEORGE R. GILMER, Governor.

---

## DEEDS.

AN ACT to admit certain Deeds to be recorded and read in evidence ; and also, to prescribe the effect of certain other Deeds.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the State of Georgia, in General Assembly met, and it is hereby enacted by the authority of the same,* That from and after the passing of this act, all Deeds for lands which may have been recorded upon the usual proof of execution, but not recorded within the time prescribed by the laws of this State, shall be admitted in evidence, without further proof; and when the originals are lost or destroyed, and that being made judicially known to the Court, copies of the same may be introduced and read in evidence, on any trial before any Court of law or equity, in this State.

SEC. 2. *And be it further enacted by the authority aforesaid,* That all Deeds executed, according to the laws of this State, but not yet recorded, may nevertheless be recorded within twelve months from the passage of this act, upon the usual proof of their execution ; and when so recorded, the same or copies thereof, when the originals are shown to be lost or destroyed, may be read in evidence without further proof.

SEC. 3. *And be it further enacted by the authority aforesaid,* That all Deeds conveying lands hereafter executed upon being attested or proved in the manner required by the laws of this State, shall be admitted to record, at any time, and after being recorded, shall be received in evidence in any Court of Law or Equity, without further proof of the execution thereof.

SEC. 4. *And be it further enacted by the authority aforesaid,* That in all cases where two or more Deeds shall hereafter be executed by the same person or persons, conveying the same



DATE DOWNLOADED: Thu Oct 27 19:49:46 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1837-1838 200 .

ALWD 7th ed.
, , 1837-1838 200 .

Chicago 17th ed.
"," Tennessee - 22nd General Assembly, 1st Session : 200-201


AGLC 4th ed.
" Tennessee - 22nd General Assembly, 1st Session 200.

OSCOLA 4th ed.
" 1837-1838 200

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

to perform the duties enjoined on them by the second section of an act, passed at Nashville, the 19th of February, 1836, chapter XLVIII, that it shall be the duty of the several county surveyors to do and perform said services within their respective counties, and that said county surveyors shall be allowed the same fees, and be subject to the same penalties that said principal surveyors were entitled to, and liable for, in processioning said lands, and that said county surveyors shall return a plat and certificate of each tract so processioned by them to the entry taker of the county, who shall forthwith record the same in his survey book, for which services the said entry taker shall be allowed the same fees as for other services of the same kind, and that said several tracts of land shall be liable to attachment and final judgment for all expenses in processioning and recording the same.

JOHN COCKE,
*Speaker of the House of Representatives.*
TERRY H. CAHAL,
*Speaker of the Senate.*

Passed January 15th, 1838.

## CHAPTER CXXXVII.

An Act to suppress the sale and use of Bowie Knives and Arkansas Tooth Picks in this State.

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That if any merchant, pedlar, jeweller, confectioner, grocery keeper, or other person or persons whatsoever, shall sell or offer to sell, or shall bring into this State, for the purpose of selling, giving or disposing of in any other manner whatsoever, any Bowie knife or knives, or Arkansas tooth picks, or any knife or weapon that shall in form, shape or size resemble a Bowie knife or any Arkansaw tooth pick, such merchant, pedlar, jeweller, confectioner, grocery keeper, or other person or persons for every such Bowie knife or knives, or weapon that shall in form, shape or size resemble a Bowie knife or Arkansas tooth pick so sold, given or otherwise disposed of, or offered to be sold, given or otherwise disposed of, shall be guilty of a misdemeanor, and upon conviction thereof upon indictment or presentment, shall be fined in a sum not less than one hundred dollars, nor more than five hundred dollars, and shall be imprisoned in the county jail for a period not less than one month nor more than six months.

*Knives not to be sold or given away*

SEC. 2. That if any person shall wear any Bowie knife, Arkansas tooth pick, or other knife or weapon that shall in

*Not to be worn*

Digitized from Best Copy Available

form, shape or size resemble a Bowie knife or Arkansas
tooth pick under his clothes, or keep the same concealed
about his person, such person shall be guilty of a misdemea-
nor, and upon conviction thereof shall be fined in a sum
not less than two hundred dollars, nor more than five hun-
dred dollars, and shall be imprisoned in the county jail not
less than three months and not more than six months.

Sec. 3. That if any person shall maliciously draw or penalty of draw-
attempt to draw any Bowie knife, Arkansas tooth pick, ing a knife
or any knife or weapon that shall in form, shape or size re-
semble a Bowie knife or Arkansas tooth pick, from under
his clothes or from any place of concealment about his per-
son, for the purpose of sticking, cutting, awing, or intimi-
dating any other person, such person so drawing or attempt-
ing to draw, shall be guilty of a felony, and upon convic-
tion thereof shall be confined in the jail and penitentiary
house of this State for a period of time not less than three
years, nor more than five years.

Sec. 4. That if any person carrying any knife or wea- penalty for using
pon known as a Bowie knife, Arkansas tooth pick, or any knife
knife or weapon that shall in form, shape or size resemble a
Bowie knife, on a sudden rencounter, shall cut or stab ano-
ther person with such knife or weapon, whether death en-
sues or not, such person so stabbing or cutting shall be
guilty of a felony, and upon conviction thereof shall be con-
fined in the jail and penitentiary house of this State, for a
period of time not less than three years, nor more than fif-
teen years.

Sec. 5. That this act shall be in force from and after Of prosecutions
the first day of March next. And it shall be the duty of the
several judges of the circuit courts in this State to give the
same in charge to the grand jury every term of the respec-
tive courts, and any civil officer who shall arrest and prose-
cute to conviction and punishment any person guilty of any
of the offences enumerated in this act, shall be entitled to
the sum of fifty dollars, to be taxed in the bill of costs, and
the attorney general shall be entitled to a tax fee of twenty ·
dollars in each case, when a defendant shall be convicted,
and no prosecutor required on any presentment or indict-
ment for any of the offences enumerated in this act.

JOHN COCKE,
*Speaker of the House of Representatives.*
TERRY H. CAHAL,
*Speaker of the Senate.*

Passed January 27th, 1838.

26

Digitized from Best Copy AvailableCompendium_Responsive Brief
Page 15




DATE DOWNLOADED: Tue Oct 25 23:59:40 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1838 36 .

ALWD 7th ed.
, , 1838 36 .

Chicago 17th ed.
"," Florida - 16th Session : 36-36


AGLC 4th ed.
" Florida - 16th Session 36

OSCOLA 4th ed.
" 1838 36

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

( 36 )

the statute of which this is an amendment, she shall make her election either of dower or of a childs part, within twelve months after the probate of the will or granting letters of administration, or she shall be confined to her dower.

*Widow may make her election of dower.*

Sec. 2. That if a widow take dower, she shall be entitled only to a life estate in the real property, to return at her death, to the estate of her deceased husband for distribution; if she takes a childs part, she shall have in the property set apart to her, a fee simple estate in the real property, and an absolute title to the personal property including slaves, with power to control or dispose of the same by will, deed or otherwise.

*Fee simple title in widow.*

Passed February 6th 1838.—Approved 8th Feb. 1838.

———

No. 24. AN ACT in addition to An Act, (approved January 30th, 1835,) entitled An Act to prevent any person in this Territory from carrying arms secretly.

Section 1. Be it enacted by the Governor and Legislative Council of the Territory of Florida, That from and after the passage of this act, it shall not be lawful for any person or persons in this Territory to vend dirks, pocket pistols, sword canes, or bowie knives, until he or they shall have first paid to the treasurer of the county in which he or they intend to vend weapons, a tax of two hundred dollars per annum, and all persons carrying said weapons openly shall pay to the officer aforesaid a tax of ten dollars per annum; and it shall be the duty of said officer to give the parties so paying a written certificate, stating that they have complied with the provisions of this act. Four fifths of all monies so collected to be applied by the county courts to county purposes, the other fifth to be paid to the prosecuting attorney.

*Venders to get license.*

*moneys how appropriated.*

Sec. 2. Be it further enacted, That if any person shall be known to violate this act, he or they so offending, shall be subject to an indictment, and on conviction, to a fine of not less than two hundred nor exceeding five hundred dollars, at the discretion of the court.

*Penalty.*

Sec. 3. Be it further enacted, That it shall be the duty of the several Judges of the Superior Courts of this Territory, to give this act in charge to the grand jurors of their respective districts at each term of the court.

*Judges to charge grand juries.*

Passed 5th Febuary, 1838.—Approved 10th Feb. 1838.

 

DATE DOWNLOADED: Wed Oct 26 18:55:39 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1838 76 .

ALWD 7th ed.
, , 1838 76 .

Chicago 17th ed.
"," Virginia - 1838 Session : 76-77


AGLC 4th ed.
" Virginia - 1838 Session 76

OSCOLA 4th ed.
" 1838 76

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

CHAP. 99.—An ACT to prevent free persons of colour who leave the state from returning to it in certain cases.

( Passed April 7, 1838. )

**Free negroes leaving state to be educated not permitted to return.**

1. *Be it enacted by the general assembly,* That if any free person of colour, whether infant or adult, shall go or be sent or carried beyond the limits of this commonwealth for the purpose of being educated, he or she shall be deemed to have emigrated from the state, and it shall not be lawful for him or her to return to the same;

**Infants so returning how dealt with.**

and if any such person shall return within the limits of the state contrary to the provisions of this act, he or she being an infant, shall be bound out as an apprentice until the age of twenty-one years, by the overseers of the poor of the county or corporation where he or she may be, and at the expiration of that period, shall be sent out of the state agreeably to the provisions of the laws now in force, or which may hereafter be enacted to prohibit the migration of free

**Adults how punished.**

persons of colour to this state; and if such person be an adult, he or she shall be sent in like manner out of the commonwealth; and if any person having been so sent off, shall thereafter return within the state, he or she so offending shall be dealt with and punished in the same manner as is or may be prescribed by law in relation to other persons of colour returning to the state after having been sent therefrom.

**Commencement.**

2. This act shall be in force from and after the first day of August next.

---

CHAP. 100.—An ACT abolishing the punishment of burning in the hand in all cases.

(Passed February 8, 1838.)

**Burning in hand abolished.**

1. *Be it enacted by the general assembly,* That so much of any law of this commonwealth as authorizes or inflicts the punishment of burning in the hand in any case whatever, shall be, and the same is hereby repealed. And every person who may be hereafter convicted of any offence within the benefit of clergy, shall be punished in the mode now prescribed by law, except only the burning in the hand.

**Commencement.**

2. This act shall be in force from the passing thereof.

---

CHAP. 101.—An ACT to prevent the carrying of concealed weapons.
[Passed February 2, 1838.]

**Penalty for carrying concealed weapons.**

1. *Be it enacted by the general assembly,* That if any person shall hereafter habitually or generally keep or carry about his person any pistol, dirk, bowie knife, or any other weapon of the like kind, from the use of which the death of any person might probably ensue, and the same be hidden or concealed from common observation, and he be thereof convicted, he shall for every such offence forfeit and pay the sum of not less than fifty dollars nor more than five hundred dollars, or be imprisoned in the common jail for a term not less than one month nor more than six months, and in each instance at the discretion of the jury; and a moiety of the penalty recovered in any prosecution under this act, shall be given to any person who may voluntarily institute the same.

**Courts to ascertain if murders or felonies be perpetrated by concealed weapons.**

2. *And be it further enacted,* That if any person shall hereafter be examined in any county or corporation court upon a charge of murder or felony, perpetrated by shooting, stabbing, maiming, cutting or wounding, and it shall appear that the offence charged was

in fact committed by any such weapon as is above mentioned, and that the same was hidden or concealed from or kept out of the view of the person against whom it was used, until within the space of one half hour next preceding the commission of the act, or the infliction of the wound, which shall be charged to have caused the death, or constituted the felony, it shall be the duty of the examining court to state that the fact did so appear from the evidence; and if the court shall discharge or acquit the accused, such discharge or acquittal shall be no bar to an indictment for the same offence in the superior court having jurisdiction thereof, provided the same be found within one year thereafter. And whether the accused shall be by such court sent on for further trial or discharged, it shall be lawful to charge in the indictment that the offence was committed in any of the modes herein before described; and upon the trial it shall be the duty of the jury (if they find the accused not guilty of the murder or felony) to find also whether the act charged was in fact committed by the accused, though not feloniously, and whether the same was committed or done with or by means of any pistol, dirk, bowie knife, or other dangerous weapon, which was concealed from or kept out of the view of the person on or against whom it was used, for the space before mentioned, next preceding such use thereof; and if the jury find that the act was so committed, they shall assess a fine against the accused, and it shall be lawful for the court to pronounce judgment as in cases of misdemeanor.

*Acquittal no bar to indictment in superior court.*

*Offence how charged in indictment.*

*Verdict of jury what to contain.*

*Penalty.*

3. This act shall be in force from and after the first day of June next. *Commencement.*

———

CHAP. 102.—An ACT to extend the act for the temporary relief of the banks of this commonwealth.

(Passed February 20, 1838.)

1. *Be it enacted by the general assembly,* That the first, second and seventh sections of the act passed on the twenty-fourth day of June, eighteen hundred and thirty-seven, entitled, " an act for the temporary relief of the banks of this commonwealth, and for other purposes," shall be, and the same are hereby continued in force till the twentieth day of March next.

*Laws for temporary relief of banks extended. See post, ch. 109. Acts extra session 1837, pp. 3, 4, § 1, 2, 7.*

2. *Be it further enacted,* That so much of the provisions of the act, entitled, " an act increasing the banking capital of the commonwealth," passed March the twenty-fifth, eighteen hundred and thirty-seven, as relates to the Bank of Virginia, the Farmers bank of Virginia, and the Bank of the Valley of Virginia, shall be and the same is hereby suspended until the first day of April next.

*Part of act increasing banking capital suspended. Acts 1836-7, pp. 68-74.*

3. This act shall commence and be in force from the passage thereof. *Commencement.*

———

CHAP. 103.—An ACT further to extend the act for the temporary relief of the banks of this commonwealth.

[Passed March 16, 1838.]

1. *Be it enacted by the general assembly,* That the first, second and seventh sections of the act passed on the twenty-fourth day of June, eighteen hundred and thirty-seven, entitled, " an act for the temporary relief of the banks of this commonwealth," be and the same is hereby continued in force till the expiration of the present session of the legislature, any law to the contrary notwithstanding.

*Laws for temporary relief of banks further extended.*

2. This act shall be in force from its passage. *Commencement.*

# 1839 Ala. Acts 67, An Act to Suppress the Evil Practice of Carrying Weapons Secretly, § 1 | Duke Center for Firearms Law

That if any person shall carry concealed about his person any species of fire arms, or any bowie knife, Arkansas tooth-pick, or any other knife of the like kind, dirk, or any other deadly weapon, the person so offending shall, on conviction thereof, before any court having competent jurisdiction, pay a fine not less than fifty, nor more than five hundred dollars, to be assessed by the jury trying the case; and be imprisoned for a term not exceeding three months, at the discretion of the Judge of said court.



# HEINONLINE

DATE DOWNLOADED: Thu Oct 27 21:34:48 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1850 397 .

ALWD 7th ed.
, , 1850 397 .

Chicago 17th ed.
"," Massachusetts - Acts & Resolves, January Session : 397-402


AGLC 4th ed.
" Massachusetts - Acts & Resolves, January Session 397

OSCOLA 4th ed.
" 1850 397

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

Case 3:19-cv-01537-BEN-JLB   Document 158-1   Filed 10/28/22   PageID.19784   Page 29 of 146

true lines of such land or flats continued to said commissioners' line : *and provided, also*, that so much of said *Proviso.* wharf as shall extend beyond the line of low-water mark, shall be built on piles, which piles shall not be nearer to each other than six feet in the direction of the stream, and eight feet in a transverse direction, and that this grant shall in no wise impair the legal rights of any person.  [*Approved by the Governor, April 15, 1850.*]

---

An Act in relation to the carrying of Slung Shot.                *Chap 194.*

*BE it enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same, as follows :*

SECT. 1.   Any person arrested upon the warrant of a *Penalty, fine, or* magistrate, issued against him for any alleged offence *imprisonment.* against the laws of this Commonwealth, and any person committing any criminal offence against the laws of this Commonwealth, or any breach or disturbance of the public peace, who may, at the time of the commission of such offence, or breach or disturbance of the public peace, be arrested by any sheriff, deputy sheriff, constable, or police officer, in this State, and who shall, at the time of such arrest, be armed with any dangerous weapon, of the kind usually called slung shot, shall be punished by a fine not exceeding fifty dollars, or imprisonment in the common jail or house of correction for a term not exceeding one year.

SECT. 2.   Any person who shall, within this State, here- *Penalty for* after manufacture, or cause to be manufactured, or sell, or *manufacturing slung shot, or* expose for sale, any instrument or weapon of the kind usu- *causing them to* ally known as slung shot, shall be punished therefor by a *be manfactured.* fine not less than fifty dollars, or by imprisonment in the common jail or house of correction, for a term not exceeding six months. [*Approved by the Governor, April 15, 1850.*]

---

An Act to incorporate the Springfield Medical School.                *Chap 195.*

*BE it enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same, as follows :*

SECT. 1.   William B. Calhoun, Reuben A. Chapman, *Corporators.* James M. Smith, their associates and successors, are hereby made a corporation, by the name of the Springfield Medical School, to be established in the town of Springfield, in the county of Hampden, with all the powers and privi- *Powers and duties.* leges, and subject to all the duties, restrictions, and liabili- *R. S. ch. 44.* ties, set forth in the forty-fourth chapter of the Revised Statutes.

Compendium_Responsive Brief
Page 23



DATE DOWNLOADED: Tue Oct 18 16:35:49 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1858-1859 28 .

ALWD 7th ed.
, , 1858-1859 28 .

Chicago 17th ed.
"," North Carolina - Public Laws, Regular Session : 28-64

AGLC 4th ed.
" North Carolina - Public Laws, Regular Session 28

OSCOLA 4th ed.
" 1858-1859 28

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

and 15th lines the words "first volume of public acts," and insert the words "each of the volumes embracing both the public and private acts." [*Ratified the 16th day of February,* 1859.]

## REVENUE.

*Chap.* 25.

AN ACT ENTITLED REVENUE.

District board of valuation, how appointed.

SECTION 1. *Be it enacted by the General Assembly of the State of North-Carolina, and it is hereby enacted by the authority of the same,* That at the first Court of Pleas and Quarter Sessions for each county, held after the first day of July, 1859, and at the same term every four years thereafter, the court shall appoint one justice of the peace, and two freeholders, men of skill and probity, for each captain's district in the county, who shall be styled the district board of valuation of their respective districts. The clerk shall issue a notice of his appointment to each man, within ten days, and the sheriff shall serve the same within twenty days after adjournment of the court. Should the court fail to make the required appointments, or should, from any cause, a vacancy occur, any three justices of the peace may make the required appointments, or fill the vacancy.

Board to ascertain value.

2. This district board of valuation shall, as near as practicable, ascertain the cash value of every tract of land, or other real estate, with the improvements thereon, situate in their district, either by viewing the premises or otherwise.

May call and swear witnesses.

3. In estimating the value, the board may call and swear witnesses to testify thereto, and they shall take into the estimate any fishery appurtenant thereto or used with the land; also all mines of metal, stone or coal, or other material discovered, or supposed to exist, whereby the price of land is enhanced; also, all machinery and fixtures for manufacturing or mechanical purposes, that have been erected or used on the land. When a tract of land shall be in one or more districts, the board of the district in which the owner resides shall ascertain the value of the whole tract; and if the owner reside in neither of the districts, the board

of the district in which the larger part may lie, shall ascertain the value of the whole.

4. The owner of the land, or (if he be a non-resident) his agent shall furnish the district board with a list, including land entries, setting forth the separate tracts, and also the several contiguous bodies or tracts of land owned by him in the district, together with the names of the water courses, or other noted places on, or nearest to which they may be situated, and the number of acres in each separate tract or contiguous body of land. *Owner to furnish list.*

5. Town lots shall be listed separately, and each lot be numbered according to the plot of the town. Each separate body or tract of land, and each town lot shall be separately and distinctly valued and returned. *Town lots.*

6. The district boards shall, in each case, administer the following oath to the person furnishing the required list: "You, A. B., do solemnly swear that the list, by you furnished, contains a full statement of every tract of land and town lot in this district, for the taxes of which you are liable, either in your own right or the right of any other person, either as guardian, attorney, agent or trustee, or in any other manner whatsoever, to the best of your knowledge and belief, so help you God." *Oath.*

7. If any person shall refuse to furnish the list required above, or to take the oath prescribed in the preceding section, he shall be deemed guilty of a misdemeanor, and the justices of the peace of said board shall bind him over to appear at the next term of the Superior Court of the county to answer the charge; and, on conviction or submission, he shall be fined at the discretion of the court. *Refusal to take oath.*

8. When the owner of the land, or (if he be a non-resident of the State) his agent, be not a resident of the district where the land is situated, the required list, with affidavits of the same import as the above required oath, subscribed and sworn to before and certified by a justice of the peace, may be transmitted to the district board of valuation, and if received before the board shall be ready to value the land contained in the list, such list shall be received as though tendered and sworn to by the owner or agent in person. *Non-residents.*

When list is not furnished.

9. When the board of valuation are not furnished with a list sworn to as above required, or the owner or agent refuses to answer to the correctness of the statement as to the number of acres contained in any tract of land, they may procure a county or other surveyor, and have the same surveyed. And the surveyor may recover the amount of his fees and all expenses out of the owner of the land, before a justice of the peace, by warrant or attachment.

Boards to value real property.

10. The district boards of valuation shall, as soon as practicable after their appointment, proceed to value all real property in their respective districts, as above directed, complete the lists by the first of January, after their appointment, and annex the following affidavit, subscribed and sworn to before a justice of the peace, who shall certify the same : "We do solemnly swear that we have diligently enquired, and do not believe that there is any real property in the —— district of —— county, subject to taxation, that is not entered and valued in the above list, and the foregoing valuation of real property, with the improvements thereon, and privileges thereto attached, is in our judgment and belief the actual value thereof in cash ; and that in assessing the same, we have endeavored to do equal justice to the public and to the individuals concerned, so help us God." This list and valuation shall remain in the hands of the justice of the peace of the board, and be open to the inspection of any one who wishes to examine it, until returned as hereinafter directed.

Justices to meet.

11. On the second Monday of January, after the appointment of the district boards of valuation, the persons who were appointed as justices of the peace to be members of the different district boards, shall meet at the court house, and organize themselves into a county board of valuation, by electing, by ballot, one of their number chairman, and another secretary. In case a justice of the peace of any district board, from any cause cannot attend, the older of the two members of the board shall take his place.

Boards to make returns of lists.

12. To this county board of valuation shall the district boards of valuation make returns of their lists. This board shall carefully examine and compare all the lists, and if, in their opinion, the real property throughout the county shall

not have been assessed by a uniform standard of value, they may re-assess any district or any separate tract or tracts or lots of land.

13. If any one deem that too high a valuation was put on his land, he may apply to the county board of valuation for redress, and they shall duly consider the case and decide as in their judgment is right. The board may call, swear and examine witnesses, or in person view the land about the value of which they are in doubt. When valued too high.

14. Two-thirds of the entire number of the members, composing the county board of valuation, shall form a quorum for the transaction of business, and the decision of a majority of the members present shall stand as the decision of the board. Two-thirds to be a quorum.

15. If in the opinion of the county board of valuation, any tract or tracts of land or town lots have been assessed at too low a value, they shall make lists of such tracts or lots, and post them in at least two conspicuous places in the court house, at the time of their adjournment. After they shall have examined and compared the lists, heard the complaints of all who may feel themselves aggrieved by the valuation of their property, the board shall post the lists as above required, and adjourn until the first Monday in April following, when they shall again meet at the court house, hear the complaints of all who may feel themselves aggrieved by their former action, or by the original valuation, and decide each case as to them may appear right; and from this decision there shall be no appeal. When valued too low.

16. When the county boards of valuation shall have performed the duty on them imposed, they shall return the lists received of the district boards of valuation, as by them revised and corrected, to the clerk of the county court, before whom they shall subscribe and swear to the following affidavit annexed to the lists returned: "We solemnly swear that the foregoing lists have been carefully examined and compared, and, in our judgment and belief, they do, as now corrected, exhibit the actual cash value of every tract or lot of land in this county, with the improvements thereon and privileges thereto attached; and in the discharge of our duties we have endeavored to do equal justice to the public Lists to be returned to clerk.

and the individuals concerned, so help us God." The clerk, on receiving the lists from the county board of valuation, shall record them in alphabetical order, keeping the return of each district separate from the other.

Compensation.    17. Each member of the county and district boards of valuation shall receive, out of the county treasury, such compensation as the county court may allow, which, however, shall in no case exceed two dollars a day for the time engaged in the discharge of his duties.

Takers of tax lists—how appointed.    18. At the first court of pleas and quarter sessions of each county, held after the first day of April in each year, the court shall annually appoint, for each captain's district, a justice of the peace or a freeholder of known skill and probity, to take the lists of taxable subjects, and the names of the appointees and of the districts for which they were appointed, shall, during the term, be advertised at the court house, by the clerk. Should the court fail to make such appointments, any three justices of the peace of the county may meet at the office of the county court clerk, on or before the first day of July, and appoint the takers of the lists of taxables, and the clerk shall record such appointments.

Appointments of takers of tax lists.    19. Notices of all appointments of takers of tax lists, as soon as made, shall be issued by the clerk to the sheriff, who shall serve them within ten days on each appointee, whose duty it shall be to advertise at three several places within the district, at least ten days before the time of listing, the places and times where and when he will attend for the purpose of receiving the lists of taxables; and the days thus determined on shall be between the second Monday in July and first Thursday in August.

Persons incapable of taking lists.    20. Should any person appointed to take the list of taxables, from any cause, become incapable to perform the duties, another shall be appointed by any three justices of the peace of the county, to be notified by the sheriff for that purpose, and the person thus appointed shall take the list of taxables.

Penalty for refusing to serve.    21. If any person appointed to assess the value of lands, or to take the lists of taxables, shall refuse or wilfully fail to discharge the duties of his appointment, he shall be deemed guilty of misdemeanor.

22. Every person appointed to take the list of taxables, shall, before he enters upon the discharge of his duties, take the following oath, administered by a justice of the peace: "I, A. B., do solemnly swear that I will well and faithfully discharge the duties imposed by law on me as the taker of the list of taxables in ——— district, ——— county, without prejudice or partiality, to the best of my skill and ability, so help me God." Oath.

23. Every person appointed to take the list of taxables, shall, on taking the above oath, be invested with full power to administer oaths, and with all the other powers of a justice of the peace, so far as the same may be necessary to the proper discharge of his duties. Every person so appointed shall receive such compensation for his services as the county court may in its discretion allow, to be paid out of the county treasury. Powers of takers of tax lists.

24. Every taker of the list of taxables shall be furnished, by the clerk of the county court, with a fair copy of the returns made by the last preceding board of valuation of the assessment of real estate in his district, and with the necessary number of printed forms of tax bills, furnished by the comptroller, under the provisions of this act. Clerk to furnish copy of returns by preceding board.

25. All the property and other subjects of taxation shall be annually taxed, as by this act enacted, unless such property be expressly exempt from taxation by this or some other act; and the property and estate hereby exempted from taxation, are all such and their profits as may belong to the United States, or to this State, or may belong to or be set apart and exclusively used for the university and colleges, institutes, academies and schools for the education of youth, or the support of the poor or afflicted, or specially set apart for and appropriated to the exercises of divine worship or the propagation of the gospel, or such as may be set apart and kept for grave yards belonging to churches, religious societies, cities, towns or counties. To be taxed annually. Exemptions.

26. The taxes shall be annually collected and paid: First, to the sheriffs, on all property and subjects of taxation required to be listed, as per schedule A; secondly, to the sheriffs, on all property and subjects of taxation which are not required to be listed, but an account of which is to be How collected and paid.

3

rendered on oath to the sheriffs, as per schedule B; thirdly, to the clerks of courts, and to the treasurer of the State, as per schedule C.

### Schedule A.

27. The following subjects shall be annually listed, and be taxed the amounts specified:

Land.

(1) Real property, with the improvements thereon, (including entries of land,) twenty cents on every hundred dollars of its value.

Polls.

(2) Every taxable poll eighty cents; *Provided*, That the county court may exempt from poll tax such poor and infirm persons, and disabled and insane slaves as they may declare and record fit objects of exemption.

Gates, &c.

(3) Every toll gate on a turnpike road, and every toll bridge, five per cent. on the gross receipts, and every gate permitted by the county court to be erected across a highway, fifteen dollars.

Ferries.

(4) Every ferry one per cent. on the total receipts of tolls during the year.

Studhorses, &c.

(5) Every studhorse or jackass, let to mares for a price, belonging to a resident of the State, six dollars, unless the highest price demanded for the season for one mare shall exceed that sum, in which case the amount thus demanded shall be paid as tax. The subject shall be listed, and the tax paid in the county in which the owner resides.

Interest, &c.

(6) Every dollar of net interest, not previously listed, received or accrued, (whether demandable or not,) on or before the first day of July of every year, on bonds or certificates of debt of the United States, of this State, (unless exempt by chapter 90 of the Revised Code, entitled "Public Debt,") or of any other State or government, or of any county or corporation, municipal or private, or on any bond, note, contract, account, or other claim or demand against solvent debtors, wherever they may reside, four cents.

Dividend and profit.

(7) Every dollar of net dividend or profit, not previously listed, declared, received, or due on or before the first day of July in each year, upon money, or capital invested in steam vessels of twenty tons burden or upwards, or in shares in any bank or other incorporation or trading company, four cents.

(8) Such net interest, dividend and profit shall be ascertained by deducting from the aggregate amount of interest, dividends and profits accrued in favor of the person listing, the amount of interest accrued against him during the year ending on the first day of July. *How ascertained.*

(9) Every note shaver, or person who buys any note or notes, bond or bonds made by individuals, shall list the profits made and received or secured on all such purchases made by him during the year ending on the first day of July, whether made for cash or in exchange for other notes or bonds, and pay a tax of ten per cent. on the aggregate amount of such profits, in addition to the tax imposed by this act on the interest he may receive on such notes or bonds; *Provided,* There shall be no deduction made from the profits in consequence of any losses sustained. *Note shavers.*

(10) Every person resident in this State, engaged in the business of buying and selling slaves, whether the purchases or sales be made in or out of the State, for cash or on a credit, one-half of one per cent. on the total amount of all his purchases, during the twelve months ending on the first day of July of each year. *Negro traders.*

(11) Every person resident in this State, not a regular trader in slaves, who may buy a slave or slaves to sell again, whether such purchase or sale be made in or out of the State, for cash or on credit, one-half of one per cent. on the total amount of his purchases during the twelve months ending on the first day of July of each year. *Not regular traders.*

(12) Every carriage, buggy or other vehicle kept for pleasure or for the conveyance of persons, of the value of fifty dollars or upwards, one per cent. on its value. *Carriages, &c.*

(13) All gold and silver plate, and gold and silver plated ware, and jewelry worn by males, including watch-chains, seals and keys, when collectively of greater value than twenty-five dollars, one per cent on their entire value. *Plate, &c.*

(14) Every watch in use one per cent. on the value; *Provided,* That all watches worn by ladies shall be exempt from taxation. Every harp in use, $2.50; every piano in use, $1.50. *Watches.*

(15) Every dirk, bowie-knife, pistol, sword-cane, dirk-cane and rifle cane, used or worn about the person of any one *Dirks, &c.*

at any time during the year, one dollar and twenty-five cents. Arms used for mustering shall be exempt from taxation.

**Dentists, physicians, &c.**    (16) Every resident surgeon-dentist, physician, lawyer, portrait or miniature painter, daguerrian artist, or other person taking likenesses of the human face; every commission merchant, factor, produce broker, and auctioneer; every State and county officer, and every person in the employment of incorporated or private companies, societies, institutions or individuals, and every other person, (except ministers of the gospel and judges of the superior and supreme courts) whose annual total receipts and income, (whether in money or otherwise) in the way of practice, salary, fees, wages, perquisites and emoluments, amount to, or are worth five hundred dollars or upwards, one per cent. on such total receipts and income.

**Liquors, &c.**    (17) Every resident of the State that brings into this State, or buys from a non-resident, whether by sample or otherwise, spirituous liquors, wines or cordials for the purpose of sale, ten per cent. on the amount of his purchases. Every person that buys to sell again, spirituous liquors, wines or cordials from the maker in this State, his agent, factor or commission merchant, five per cent. on his purchases.

**Collateral descent.**    (18) Upon all real and personal estate, whether legal or equitable, above the value of one hundred dollars, situated within this State, which shall descend, or be devised or bequeathed to any collateral relation, or person, other than a lineal ancestor or descendant, or the husband or wife of the deceased, or husband or wife of such ancestor or descendant, or to which such collateral relation may become entitled under the law for the distribution of intestates' estates, and which real and personal estate may not be required in payment of debts and other liabilities, the following per centum tax upon the value thereof, shall be paid:

(*Class* 1) If such collateral relation be a brother or sister, a tax of one per cent.

(*Class* 2) If such collateral relation be a brother or sister of the father or mother of the deceased, or child of such brother or sister, a tax of two per cent.

(*Class* 3) If such collateral relation be a more remote re-

lation, or the devisee or legatee be a stranger, a tax of three per cent.

(19) The real estate liable to taxation shall be listed by the devisee or heir in a separate column, designating its proper per cent. tax.  *Who to list.*

(20) The personal estate shall be liable to the tax, in the hands of the executor or administrator, and shall be paid by him before his administration account is audited, or the estate settled, to the sheriff of the county.  *Personal estate liable.*

(21) If the real estate descended or devised, shall not be the entire inheritance, the heir or devisee shall pay a *pro rata* tax corresponding with the relative value of his estate or interest.

(22) If the legacy or distributive share to be received shall not be the entire property, such legatee or distributee shall, in like manner, pay a *pro rata* part of the tax, according to the value of his interest.

(23) Whenever the personal property in the hands of such executor or administrator (the same not being needed to be converted into money in the course of the administration) shall be of uncertain value, he shall apply to the county court, to appoint three impartial men of probity to assess the value thereof; and such assessment being returned to court, and confirmed, shall be conclusive of the value.

28. Every person shall at such time and place as shall be designated by the persons appointed to take the list of taxables, list all the real and personal estate, and other taxable subjects enumerated in Schedule A of this act, which were his property, or in his possession, or were the subjects of taxation on the first day of July, of that year.  *Real and personal estate to be listed.*

29. Lists of taxables of testators, intestates, minors, lunatics, insane persons, absentees, and other estates held in trust, shall be rendered by the executor, administrator, guardian, agent, trustee, or *cestui que trust* as the case may be.  *Estates held in trust, &c.*

30. Real estate shall be listed in the county where situated, and where a tract of land is divided by a county line, shall be listed in the county in which the larger portion shall be situated; except when the owner resides in one of the counties in which a portion of the tract is situated, in which case he shall list in the county in which he resides.  Where  *Where to be listed.*

38                    1858–'59.——Chap. 25.

the Pedee and main Yadkin river shall be the dividing line between counties, in that case the land shall be listed in the county where the same shall be situated.

**Where land has been divided.** 31. Where any tract of land, or town lot, shall have been divided after valuation by the board of valuation, the taker of the tax lists shall return the separate value of each part, making the aggregate value of the parts equal to the board valuation of the entire tract or lot, and the taker of the list may swear and examine witnesses to aid him in making the return correctly.

**Increase of value from mines, &c.** 32. When land or town lots, after valuation, shall increase in value by reason of mines of metal, coal, or other valuable thing being discovered or worked, or by reason of new buildings being erected; or where land or town lots, after valuation, shall decrease in value by reason of fire, or other extraordinary causes, or by reason of failure of mines, the person taking the tax list shall appoint and swear two respectable and disinterested freeholders, who, with him, shall re-value said land or lot, and such value shall be returned on the list.

**Listing of polls, &c.** 33. Every poll that is, or will be of the required age on the first day of July of any year, shall be listed that year. Every owner, if in the State, shall list his slaves in the county in which he resides; and if the owner be a non-resident of the State, the hirer or person who has the slaves in possession, shall list the same and pay taxes. Slaves hired out beyond the limits of the State shall be listed by the owners as well as those employed within the State.

**Where to be listed.** 34. Such slaves and other taxable personal estate as are employed on the land of the owner, shall be listed in the county in which the land is listed.

**Free persons of color.** 35. Every head of a family, or owner of land or town lot, who, on the first day of July shall have a free person of color subject to taxation, as a member of his family, or in his employment, or living on his land, or in his house, shall list such person for taxation, and pay the tax.

36. Personal property, and other subjects of taxation—unless otherwise directed in section 34—shall be listed in the district where the owner or lister resides; but if the owner

reside out of the State, they shall be listed in the district where his agent, or the person liable for the tax may reside.

37. At the time and place appointed by the taker of the tax lists, the inhabitants of the district shall attend, and the taker of the list shall read over to each one giving in his list, all the articles and subjects of taxation, and thereupon he shall render to the taker of the list, his list of taxables, and at the same time take the following oath: "You, A. B., do solemnly swear that you have rendered a true and full statement of all subjects of taxation which you, in your own right, or as agent of, or in trust for any other person, or in any other capacity are by law required to list for taxation, according to your best knowledge, information and belief, so help you God." <span style="float:right">Inhabitants to attend to list taxables.</span>

38. No taker of a tax list shall take the list of any one without administering the foregoing oath, on pain of paying one hundred dollars to any one who will sue for it: *Provided*, That females, aged and infirm persons, and persons not resident in the county, or absent from the county during the days of listing taxables, may transmit their lists to the taker of the tax lists, with the foregoing oath subscribed and sworn to before, and certified by a justice of the peace, which list, if transmitted to the taker of tax lists, on or before the day appointed for taking the lists, shall be entered by him as though sworn to in his presence. <span style="float:right">Taker of tax list to administer oath.</span>

39. If any person shall refuse to take the oath prescribed in section 37 of this act, he shall be deemed guilty of a misdemeanor, and the taker of the tax lists shall forthwith bind him over to appear at the next term of the superior court of the county, to answer the charge, and on conviction or submission, he shall be fined one hundred dollars, at least, more than the amount of his taxes. <span style="float:right">Penalty for refusing to take oath.</span>

40. If any person neglect to list his taxables on the day or days appointed for that purpose, he may list at any time before the lists are returned to the court, under the same rules and regulations as laid down for listing on appointed days, on paying to the person taking the list twenty-five cents, as compensation for his extra trouble. <span style="float:right">Neglect to list.</span>

41. Every taker of the list of taxables shall set down on the blank lists furnished by the clerk, each article or sub- <span style="float:right">Duties of list takers.</span>

1858-'59.——Chap. 25.

ject of taxation in its proper column, against the names of the persons listing, arranged in alphabetical order, and return the same to the clerk of the county court, at the term next after the time prescribed for taking the lists. He shall further make out a list of all the persons that should have listed in his district, and shall have failed to do so, and return the same, together with the copy of the last assessments of real estate in his district, as furnished to him by the clerk, under the provisions of this act, at the same time that he makes the return of the list of taxables.

**Endorsement on returns, &c.**

42. Each return thus made, shall have the following endorsement: "I, A. B., appointed to take the list of taxables in ——— district, do declare on oath I have taken, that the within lists correctly set forth all the property and other subjects of taxation required to be listed, as rendered to me by the persons listing the same; that in each case, the list of each person listing was rendered on oath in the manner prescribed and enjoined by law; and that further, the list of persons who failed to list, as required by law, contains the name of every delinquent in the district for which I was appointed, to the best of my knowledge and belief;" which endorsement shall be signed by the person making the return, in the presence of the clerk of the county court, who shall attest the same; and without such endorsement, signed and attested, as herein required, the return shall not be received unless it can be made to appear to the satisfaction of the court, that the taker of the list of taxables is prevented from attending the court by sickness or other unavoidable cause.

**When county court may take list.**

43. The county court, on the prescribed oath, may take the list of any person applying to list his taxables at any term of such court, before the first day of March, upon his paying to the clerk one dollar for recording the same.

**Relief for overcharge.**

44. If any one shall be charged with more polls or other subjects of taxation than he is liable for, he may apply to the county court for relief, and if the court shall find that he has cause for complaint, it shall direct the clerk to render a true account thereof, and the account thus rendered, certified by the clerk, shall be returned to the comptroller,

who shall credit the sheriff with the overcharge in his settlement of that year.

45. If the application for relief be made to the court after the sheriff shall have settled the accounts with the comptroller, the court (twelve or a majority of the justices being present) shall carefully examine the case, and if, in its opinion, the applicant is entitled to relief, shall direct the clerk to record on the minute docket the cause of complaint and the amount which, in the opinion of the court, should be refunded to the applicant. The clerk shall make out a copy of such record, certify the same under the seal of the court, and deliver it to the applicant, who shall pay to the clerk a fee of fifty cents. Such copy shall then be transmitted to the comptroller of the State, who, on finding the proceedings in conformity with the requirements of this section, shall credit the treasurer of the State with the amount specified, and make an endorsement to that effect on the transcript. The treasurer shall, on presentation of such copy, thus endorsed, pay to the holder of the same the amount to be refunded. *Justices to examine the case.*

46. The clerk on receiving the returns shall record them at length, in alphabetical order, keeping the return of each district separate from the other: and at the next county court, after they are directed to be made, shall set up in some conspicuous part in the court house, a copy of the whole, adding to the taxables of each person the amount of tax for which he is liable; and any clerk offending against any of the duties prescribed in this section, shall forfeit and pay one hundred dollars. *Clerk to record the lists.*

47. The clerk on or before the first day of June next after the lists are returned, shall return to the comptroller an abstract of the same, showing the number of acres of land, and their value, and the value of town lots, and the number of white, free black, and slave polls, separately, and specify every other subject of taxation, and the amount as State tax paid on each subject, and the amount paid on the whole. At the same time the clerk shall return to the comptroller an abstract of the lists of the poor, county and school taxes, paid in his county, setting forth separately the tax levied on each poll, and on each hundred dollars value of real pro- *Clerk to make return to Comptroller.*

porty, for each purpose, and also the gross amount of taxes of every kind levied for county purposes.

**Penalty on clerk.**

48. If any clerk shall offend against any of the duties prescribed in the preceding section, or shall fail to return to the comptroller a copy of the sheriff's returns, made, sworn to and subscribed, as required in section 89 of this act, he shall forfeit and pay to the State one thousand dollars, to be recovered against him and the sureties of his bond, in the superior court of Wake county, at the term next after the default, on motion of the attorney general; and it shall be the duty of the comptroller to inform the attorney general of such default.

**Clerk's duties.**

49. The clerk of the county court shall, on or before the first day of April, in the year ensuing the taking the lists, deliver to the sheriff of the county a fair and accurate copy, in alphabetical order, of the tax lists, which shall contain the public tax, or tax payable to the public treasurer, and the taxes imposed by the justices of the county court; it shall likewise designate the separate amount due from each subject of taxation, and extend the aggregate amount due from each person in columns; and if any clerk shall fail to furnish the sheriff at the time prescribed with a copy of this description, he shall be deemed guilty of a misdemeanor, and the sheriff shall inform the grand jury thereof.

**Pay to clerks.**

50. For services of the clerks in relation to the taxes not in this chapter specially provided for, they shall be paid by the county such sum as the court may allow.

**Tax collectors.**

51. The sheriff shall forthwith proceed to collect said taxes, and when he shall collect, by his deputies or others who are not sworn, such persons shall in open court, or before a justice of the peace of the county, take an oath, faithfully and honestly to account for the same, with the sheriff, or other person authorized to receive them.

**Receipt.**

52. The sheriff shall give to each tax-payer one receipt for the amount of his State taxes, and another separate receipt for the amount of his county taxes.

**When sureties to collect.**

53. If any sheriff shall die during the time appointed for collecting taxes, his sureties may collect them, and for that purpose shall have all the powers and means of collecting the same of the collectors and tax-payers, as the sheriff

would have had; and shall be subject to all the remedies for collection and settlement of the taxes on their bond or otherwise, as might have been had against the sheriff if he had lived.

54. The sheriff, and (in case of his death) his sureties, shall have one year and no longer, from the day prescribed for his settlement and payment of the State taxes, to finish the collection of all taxes; but this extension of time for collection shall not extend the time of his settlement of the taxes. *To have one year.*

55. The sheriff shall collect the taxes as they are set down in the list, and, moreover, shall collect of all persons whose taxables are not listed, double the taxes imposed on the same subjects; and as to any land not listed, which may not have been assessed at the last assessment, the same, in estimating the double tax, shall be deemed to be of the value, by the acre, of the highest valued tract adjoining thereto. *Duties of sheriff.*

56. Immediately on receiving the tax lists, the sheriff shall advertise the fact, and that he holds them ready for inspection. He shall also request therein all persons to inform him of any taxables which may not be listed. For the more efficient collection of the taxes the sheriff at any time from the delivery to him of the lists till the first day of October in the next year, may, and if there be need, shall distrain and sell the property of the tax payer to satisfy the same, selling first his personal, and then his real estate. *Sheriff to advertise.*

57. In each case, in which the sheriff collects by distress, he shall be entitled to extra compensation of forty cents, to be collected with the tax. *Extra compensation.*

58. If any person liable for taxes on other subjects than land, shall be about to remove from the county, after listing time and before the period for collection, the sheriff shall make affidavit thereof before the clerk, and obtain from him a certificate of the amount of such person's tax, and forthwith collect the same. *Persons removing.*

59. If any person be liable for taxes in any county wherein he shall have no property, but shall be supposed to have property in some other county, and will not pay his tax, the sheriff shall report the fact to the county court, held *Persons liable for taxes in other counties.*

next after the first day of October, and thereupon the court
shall direct the clerk to issue a *fieri facias* to the sheriff of
that county, returnable to the court whence it issued, for
such tax and the cost of process and executing the same,
which the sheriff shall execute in the manner of writs of
execution in other cases; and the tax collected thereon shall
be paid to the clerk of the court, and by him paid to the
sheriff, to be accounted for as other taxes.

**Sale under distress.**
60. The sale under distress of personal estate for taxes
shall be advertised ten days previous thereto, at three pub-
lic places in the district wherein the delinquent tax payer
shall reside, and if he reside not in the county, then in the
district where the taxables were or ought to have been lis-
ted; and the amount of tax shall be stated in the advertise-
ment.

**Rules for sel-
ling land for
taxes.**
61. The sale of land for taxes due thereon, shall be made
under the following rules:

(1) The sheriff shall return to the court of pleas and quar-
ter sessions of his county, held next after the first day of
January, a list of the tracts of land which he proposes to
sell for taxes, therein mentioning the owner or the suppos-
ed owner of each tract, and if such owner be unknown, the
last known or reputed owner, the situation of the tracts,
and the amount of taxes for which they are respectively to
be sold, which list shall be read aloud in open court, recor-
ded by the clerk upon the minutes of the court, and a copy
thereof shall be put up in some public part of the court
house.

(2) The county court shall order the clerk of the court to
issue notice to every person whose land is returned as afore-
said; and a copy of the notice shall be served by the sheriff
on the owner, or his agent, and returned to the next county
court; and if the owner be a non-resident, the clerk shall
publish the same in some newspaper printed in the State, in
which advertisement shall be mentioned the situation of the
land, the streams on or near which it lies, the estimated
quantity, the names of the owners, where they are known,
and the names of the tenants or occupants of the same.

(3) The sales shall be made within the two terms next
succeeding the term when the returns are made of lands to

be sold, and at such place in the county as is directed for the sale of land under execution; and the whole expense attendant on the advertising and sale, shall be chargeable on the lands and raised at the sale.

(4) The whole tract or contiguous body of land belonging to one delinquent person or company, shall be set up for sale at the same time, and the bid shall be struck off to him who will pay the amount of taxes, with the expenses aforesaid, for the smallest part of the land.

(5) At the second term next succeeding for the term when the returns are made of lands to be sold, the sheriff shall return a list of the tracts actually sold for taxes, the quantity of the tract bought and to be laid off, the name of the purchaser, and the sum paid to the sheriff for taxes and charges, which list shall be read aloud by the clerk in open court, shall be recorded in the minutes of the court, and a copy thereof shall be put up by the clerk, during the term, in some public part of the court house.

62. If any sheriff or clerk shall fail to perform any of the duties prescribed in sections 60 and 61 of this act, he shall forfeit and pay to the person aggrieved one hundred dollars and shall moreover be liable, he and his sureties on his bond, for all such damages as any one may sustain by reason of such default. *Penalty on clerk or sheriff.*

63. The land of an infant, lunatic or person *non compos mentis*, shall not be sold for taxes; *Provided, however,* That when land may be owned by such persons in common with another or others, free of such disability, the share or interest of the person so free, shall be subject to be sold for the taxes due on the whole tract; but before setting apart the quantity bid off, the purchaser by petition shall cause the tract to be divided among the tenants in common, and the share or interest of the defaulting taxpayer being set apart, the purchaser may proceed to lay off on such share the quantity by him bid off, and secure the title as before provided; and the time necessarily employed in procuring such division shall not be reckoned against the purchaser. *Lunatics, &c.*

64. The owner of land sold for taxes under section 61 of this act, his heirs, executors or administrators, or any other person for them, may redeem the same from the purchaser, *Owners of lands sold for taxes.*

at any time within one year after the sale, by paying or tendering in payment to the purchaser or to the county court clerk of the county where the land lies, the full amount of the price paid to the sheriff, and twenty-five per cent. thereon.

**If not redeemed, purchaser to select, &c.** 65. If the land so sold, shall not be redeemed within the period aforesaid, the purchaser may at the end of that time select the quantity of land struck off to him, out of any part of the tract or body of which the same was bid off; the said quantity to be laid off in one compact body, as nearly square as may be, and adjoining to some of the outlines of the whole tract or body of land.

**Quantity to be selected in one year.** 66. Within one year after the time of redemption shall have passed, the purchaser, at his own cost, his heirs, executors or administrators, or any of them, may procure the quantity bid off to be surveyed by the county surveyor, who shall make out and certify, under his hand, a fair plat of the survey with the courses and distances fairly and truly set forth; and if the county surveyor, on request, shall fail to make such survey and plat, then any other surveyor may make and certify the same.

**Sheriff to make title.** 67. The sheriff on being presented with such certified plat, within the year after the time of the redemption is passed, shall convey to the purchaser the land therein contained.

**Court to direct sheriff to make title.** 68. When by any provision of the law, any sheriff or officer, other than the person who sold for the taxes, shall be authorized to execute a conveyance for the land, the purchaser shall apply to the county court, and on showing to the court that such purchase has been made, and the price paid to the sheriff, who sold, and that he has paid the other taxes since accruing thereon, the court shall direct the present sheriff to execute a deed on the purchaser's producing to him a certified plat and survey, as is provided for in sections 65 and 66 of this act.

69. The purchaser of land sold for taxes, under section 61 of this act, shall be considered as taking and holding the same, subject to all the taxes accrued from the first day of April in the year preceding the purchase.

**Penalty on surveyor.** 70. If any county surveyor, being required within two months after the survey may be lawfully made, to survey

the land bid off at sale for taxes, shall wilfully fail to do so within four months after such request, he shall forfeit and pay to the purchaser, or his executor or administrator, one hundred dollars.

71. If no person will bid a less quantity than the whole land, for the taxes, the bid shall be deemed the bid of the State, and the land shall be struck off to the State as the purchaser; and the sheriff shall report in writing to the county court, at the time he returns the list of lands sold for taxes, what and whose lands are thus struck off to the State, describing them particularly, which report shall be recorded on the minutes of the court, and thereupon the title of said lands shall be deemed to have been vested in the State from the time of purchase.

*When to be deemed the bid of the State.*

72. The clerk shall, within twenty days after the return of the sheriff's report of the land sold to the State, make and certify two copies thereof; one of which he shall transmit to the comptroller, and the other deliver to the sheriff, (or to his sureties, when they act,) who shall deposit the same with the secretary of state, to be by him recorded; and the secretary shall grant to the sheriff a certificate, setting forth what and whose lands, and the quantity and value thereof, have been sold for the taxes and struck off to the State.

*Clerk to make and certify two copies.*

73. If any sheriff or other person authorized thereto, shall sell for taxes and strike off any land to the State, and shall fail duly to report the same to the county court, or to duly obtain and deposit a copy thereof with the secretary of state, the comptroller shall, in his report to the treasurer, charge such sheriff (or other person acting in his stead) with the sum of two thousand dollars, and the treasurer shall recover the same as unpaid tax.

*Penalty for not making return.*

74. Lands bid off for the State may be redeemed in like time, and under the same rules and regulations as those purchased by individuals, except the payment (which shall be double in amount of all the taxes for which they were sold) shall be made to the treasurer; and on his certificate thereof, the secretary of state shall, on being paid his fees, issue a grant to the original proprietor, his heirs or assigns,

*How redeemed.*

1858-'59.——Chap. 25.

and at the same time shall certify the payment to the comptroller.

**Liable to entry.**  75. Lands bid off for the State shall, as to the person for whose tax the land is sold, his heirs or assigns, be liable to be entered as vacant lands, subject, nevertheless, to the right of redemption within the time prescribed.

**Sureties may report.**  76. When land shall be sold for its tax and the sheriff shall die, or otherwise become unable to report his sales, his sureties may report the same within the time prescribed, and shall proceed as to the land bid off by the State, in the same manner as the sheriff might.

**Real estate bound.**  77. When any person shall sell his real property, and shall have no estate within reach of the sheriff to satisfy the taxes due from him on any subject of taxation, the real property shall be bound for all such taxes.

**Conveyance to avoid taxes, void.**  78. Every conveyance made by any deceased person, with the fraudulent intent to evade the collection of any taxes by this act imposed, shall as against the State be void, and the taxes shall be chargeable at the suit of the State of North-Carolina on the property conveyed, in the hands of vendees and assignees.

**Lands not assessed.**  79. If the sheriff or other person shall discover that any land has not been assessed, he shall make it known to the county court; whereupon a board shall be appointed to assess the same, who shall proceed in the manner herein provided; and the court shall ascertain the amount of tax which within the ten preceding years the land has been liable for, but not paid; and the sheriff shall be ordered forthwith to collect treble the amount with interest, of all such tax, by distress or otherwise.

**Sheriffs to inform Attorney General.**  80. It shall be the duty of the sheriffs to inform the attorney general and solicitors of the State, for the circuits and counties, concerning all omissions by tax-payers, done in their respective counties to defraud the State of its revenue; and the attorney general and solicitors of the State, for circuits and counties, upon information or good cause for suspicion, that any person has omitted to render his tax list, or has failed to render an accurate and fair list of all the property, estate and subjects on and for which he is liable to be taxed, shall file a bill in equity against the person so

Case 3:19-cv-01537-BEN-JLB   Document 158-1   Filed 10/28/22   PageID.19807   Page 52 of 146

defaulting; and the answer of the defendant shall not be competent evidence against him in any criminal or penal prosecution whatever. And whenever suit is brought or a bill (filed) in behalf of the State, under any of the provisions of this act, it shall be done in the name of the State of North-Carolina, unless otherwise directed.

81. The comptroller, at public cost, shall have prepared and printed forms of tax lists, with all the articles and subjects of taxation to be listed under this act or any future law, mentioned separately over the heads of parallel columns, in which the amount, or quantity, or description of each article or subject to be listed is to be set down; and he shall annually furnish each county court clerk with as many such blank lists, as in the opinion of the clerk may be required to supply the takers of the lists in his county; and further, the comptroller, at public cost, shall have prepared and printed, other blank forms adapted to the returns by this act required to be made by the clerks of county courts, and sheriffs, and he shall supply each clerk and sheriff with as many such blank forms as in his opinion may be needed.

*Comptroller to furnish tax lists.*

## SCHEDULE B.

### *Subjects taxed without being listed.*

82. The sheriff shall annually collect the taxes as set forth in this schedule, and grant to each party paying the tax, a license to carry on his business until the first day of July next ensuing, except in cases where the tax is on non resident traders in slaves, or horses and mule drovers, in which cases no license shall be required:

*Sheriffs to collect.*

(1) Every company of circus riders, or exhibitors of collections of animals, seventy-five dollars for each county in which they shall perform or exhibit for reward. Every separate exhibition (commonly known as side shows) accompanying such performers or exhibitors, which cannot be seen without the payment of a separate charge, fifteen dollars for each county in which it is exhibited for reward.

*Circus riders, &c.*

4

Compendium_Responsive Brief
Page 46

Stage players, &c.

(2) Every company of stage or theatrical players, or persons performing feats of strength or agility, or exhibiting natural or artificial objects, except amateur performers, twenty dollars for each county in which they exhibit for reward.

Itinerant singers, &c.

(3) Every company of itinerant singers, or performers on musical instruments, or dancers, or itinerant companies, who otherwise exhibit for the public amusement, ten dollars for each county in which they exhibit for reward.

Insurance companies.

(4) Every insurance company incorporated by this State, except companies for mutual assurance, who take no policy out of the State, one hundred dollars.

(5) Every insurance company incorporated out of the State, one hundred dollars for each county in which an agency is established.

Bank agencies.

(6) Every agency of a bank incorporated out of the State, five hundred dollars.

Brokers, &c.

(7) Every money or exchange, bond or note broker, private banker or agent of a foreign broker or banker, three hundred dollars for each county in which he has an office or place of business.

Express companies.

(8) Every express company, ten dollars for each county in which it proposes to deliver packages.

Billiard tables.

(9) Every public billiard table, one hundred and twenty-five dollars; every private billiard table, twenty-five dollars.

Bowling alleys.

(10) Every public bowling alley, whether called a nine-pin or a ten-pin alley, or by any other name, fifty dollars; every private bowling alley, ten dollars.

Livery stables.

(11) Every livery stable, where horses and vehicles are kept for hire, twenty-five dollars.

Retailers.

(12) Every licensed retailer of spirituous liquors, wines or cordials, or retailer of malt liquors, thirty dollars. In addition to this, such retailer shall list the amount of liquors, wines and cordials as required in schedule A of this act, and pay the tax there imposed.

Dentists, painters, &c.

(13) Every itinerant surgeon-dentist, portrait or miniature painter, daguerreian artist, and other persons taking likenesses of the human face, ten dollars for each county in which he carries on his business: *Provided,* That such person as shall furnish satisfactory evidence to the sheriff of the

county, in which he proposes to practice, that he is a resident of the State, and has listed the receipts of his profession for the previous year, shall be exempt from the tax imposed in this paragraph.

(14) Every non-resident of the State, who, in person or by agent, shall purchase any slave or slaves in this State, shall, immediately after such purchase, become liable to pay a tax of one-half of one per cent. on the amount of his purchase, and upon his neglect or failure to pay such tax, he shall forfeit and pay the sum of one hundred dollars, which shall be collected by the sheriff, one-half to his own use and the other half to the use of the State. When the purchase was made by an agent, such agent shall be equally liable for the tax and forfeiture with his principal. *Dealers in slaves.*

* (15) Every non-resident of the State, who, either in person or by agent, brings a slave or slaves into the State, and sells, shall pay one-half of one per cent. on the amount of each sale effected. If he fail to pay this tax, the purchaser shall be liable for the same, and the sheriff of the county in which the sale was made, or in which the purchaser reside, shall collect by distress or otherwise out of the seller, if to be found in his county, and if the seller is not to be found, out of the buyer. *Non-resident dealers in slaves.*

(16) Every person that sells playing cards, a sum equal to thirty-five cents per pack on all cards sold by him during the year. *Cards.*

(17) Every person that, for himself, or as agent for another at his regular place of business, sells riding vehicles, manufactured out of this State, one per cent. on his sales. *Vehicles.*

(18) Every auctioneer, on all goods, wares or merchandize placed in his hands by a merchant resident in the State, (whether owner or not) or by a commission merchant, one per cent. on the gross amount of sales, and if by itinerant traders, or such as are not residents of the State, five per cent. on gross amount of sales, subject to all the regulations and exemptions set forth in the tenth chapter of Revised Code, entitled "*Auctions and Auctioneers.*" *Auctioneers.*

(19) Every merchant, merchant tailor, jeweller, grocer, druggist, apothecary, produce dealer, commission merchant, factor, produce broker, and every other trader, who, as prin- *Merchants, &c.*

cipal, or agent for another, carries on the business of buying or selling goods, wares or merchandize of whatsoever name or description, and who is not taxed on his purchases in some other paragraph of this schedule, one-half of one per cent. on the total amount of his purchases, whether made in or out of the State, for cash, or on credit: *Provided*, That articles the growth or manufacture of this State, if bought in the State, and also articles the growth or manufacture of adjoining States, if brought into this State for sale by the grower or manufacturer, shall not be required to be returned in the amount of purchases, but shall be exempt from taxation.

**Clothing.**   (20) Every dealer in ready made-clothing (for males) one and one-half per cent. on total amount of purchases.

**Patent medicines.**   (21) Every person who, for himself, or as agent for another, sells patent medicines or nostrums, ten per cent. on amount of his sales.

**Horse drovers, &c.**   (22) Every non-resident horse or mule drover, or person who receives horses or mules to sell for a non-resident, one per cent. on the amount of each sale, due as soon as the sale is effected; and upon his neglect or failure to pay such tax in every county in which he sells, he shall forfeit and pay the sum of one hundred dollars, which shall be collected by the sheriff, by distress or otherwise, one-half to his own use, and one-half to the use of the State. Every horse or mule drover shall be considered a non-resident, unless the sheriff has satisfactory evidence that he is a resident of the State; and the sheriff shall have power and authority to examine, on oath, at any time, every horse or mule drover, or person who receives horses or mules to sell for another, as to whether he has made any sale or exchange or not, and as to whether he is a non-resident, or agent of a non-resident; and on his failure to answer, he shall be subject to the same penalty as for failure or neglect to pay such tax.

**Studs & Jacks.**   (23) Every stud-horse or jackass let to mares for a price, belonging to a non-resident of the State, ten dollars, unless the highest price demanded for the season, for one mare, shall exceed that sum, in which case the amount thus demanded shall be paid for the license. The payment to one sheriff, and the license under his hand, shall protect the sub-

ject in this paragraph taxed, in any county of this State.
Every such stud-horse or jackass shall be considered as belonging to a non-resident, unless the sheriff is furnished with satisfactory evidence that the owner is a resident of the State.

(24) Every person that peddles goods, wares or merchandize, either by land or water, not the growth or manufacture of this State, or any drugs, nostrums or medicine, whether such person travel on foot, or with a conveyance, or otherwise, shall first have proved to the county court that he is a citizen of the United States, and is of good moral character, and shall have obtained from the court, (who may in its discretion, make or refuse) an order to the sheriff to grant him peddler's license, to expire on the 1st of July next ensuing. And the sheriff on production of a copy of such order, certified by the clerk of said court, shall grant such license for his county, on receipt of forty dollars tax: *Provided*, (1.) That not more than one person shall peddle under one license. (2.) That any person who temporarily carries on a business as merchant in any public place, and then removes his goods, shall be deemed a peddler. (3.) That nothing in this act contained, shall prevent any person from freely selling live stock, vegetables, fruits, oysters, fish, books, charts, maps, printed music, or the articles of his own growth or manufacture. (4.) That nothing herein contained shall release peddlers from paying the tax imposed in this act, on persons who deal in the same species of merchandise, which tax shall be collected or secured in the same manner as in case of other merchants or traders.

(25) Every itinerant who deals in or puts up lightning rods, or who sells spirituous liquors, wines or cordials, in quantities from one quart to one barrel, shall be under the same rules and restrictions, and be liable to the same tax as peddlers, except that no order from court shall be required to entitle him to a license: *Provided*, That any person shall be permitted to sell any spirituous liquors, wines or cordials, made from products of his own farm without paying the tax in this paragraph imposed.

(26) Every company of gypsies or any strolling company of persons who make a support by pretending to tell for-

*[margin: Peddlers, &c.]*

*[margin: Lightning rods.]*

*[margin: Gypsies, &c.]*

tunes, horse trading, tinkering or bogging, one hundred dollars in each county in which they offer to practice any of their crafts, recoverable out of any property belonging to any one of the company. But nothing herein contained shall be so construed as to exempt them from indictment, or any other penalties now imposed by law.

(27) Every freeman that shall arrive at age after the 1st of July of any year, and before an election, may pay his poll tax for that year to the sheriff, or to his deputy, before the election, without listing.

(28) If any person bound to list taxables in his own right, or the right of another, shall fail to list the same, or any part thereof, the sheriff shall collect from him, and of his own proper estate, double the tax imposed on the property or subject not listed.

**County court may release.** 83. The county court may release any person from the payment of a double tax, for failing to list his taxables, in cases where it shall appear to the court by satisfactory evidence, that such failure occurred by reason of sickness of the party, at the very time when the list was taken, or when it may appear that he rendered a list, and his name was omitted to be entered, or was omitted in the duplicate prepared by the taker of the list to be returned to the clerk; or for other sufficient cause, to be judged of by the court.

**To be paid to sheriffs.** 84. On personal property in hands of executors and administrators bequeathed to, or as distributive shares to collateral relations or stangers, as set forth in schedule A, in connection with real estate descended or devised to collateral relations or strangers, the tax shall be paid to the sheriff direct.

**To render statement to sheriff.** 85. Every person that is intended to be taxed in §16, §17, §18, §19, §20, §21, and §24, of schedule B, and shall have been carrying on his business twelve months before the first day of July of any year, shall render to the sheriff a statement of the amount of his purchases (or sales, as the said paragraphs may require) of taxable articles, during the year ending on such first day of July, and shall sign and swear to an affidavit that his purchases (or sales as may be required) during that period did not exceed the amount stated, and on his paying the taxes imposed and enume

rated in schedule B., shall be entitled to a license to carry on his business until the first of July, next ensuing.

86. Every person who is intended to be taxed in paragraps 16, 17, 18, 19, 20, 21, and 24, of schedule B., commencing to do business, or who shall not have been doing business for twelve months before the first of July, shall pay at the end of the year for which his license is issued the taxes on his purchases or sales, as set forth in said paragraphs of schedule B; and to secure the same, he shall, before license is delivered, enter into bond with good sureties, payable to the State of North-Carolina, in such sum as the sheriff may deem sufficient, conditioned that he will render a true statement of the amount of his purchases (or sales, as this act may require) for the period embraced in his license, and pay his taxes thereon, on the first day of July when this license shall expire. *To enter into bond.*

87. Every person that shall carry on any business intended to be taxed, as per schedule B, without having previously received a license as required, shall, in addition to the taxes, forfeit and pay one hundred dollars, to be collected by distress or otherwise, by the sheriff, one-half to his own use, and the other half to the use of the State. *Forfeit.*

88. Every person intended to be taxed by sections 1, 2, 3, 13, 23, 24, 25 and 26, of schedule B, shall show his license, to any justice of the peace or constable, who may demand a view thereof; and it shall be the duty of every constable to demand such a view. And if such person fail to exhibit his license on demand thus made, he shall forfeit and pay one hundred dollars, recoverable on a warrant before a justice of the peace, one-half to the person suing out the warrant, and one-half to the use of the State, to be paid over to the sheriff and accounted for as taxes. *Shall show license.*

89. Every sheriff shall keep a record of the taxes collected by him from the clerks of courts, and under schedule B of this act, and of all forfeitures, arrears from insolvents, double taxes, and taxes on unlisted subjects, and on or before the second Monday in August, shall deliver to the clerk of the county court, a statement setting forth all sums received to that date, not previously accounted for, the date of each receipt, the person from whom received, the amount *Sheriff to keep record of taxes collected.*

Case 3:19-cv-01537-BEN-JLB   Document 158-1   Filed 10/28/22   PageID.19814   Page 59 of 146

received from each person, the subjects on which received, and the aggregate amount, accompanied by an affidavit, signed and sworn to before the clerk and attested by him, that the statement is correct, and that no receipt has been omitted. And the clerk shall, before the third Monday in August, send a duplicate of said statement and affidavit to the comptroller of the State, register the same in a book kept in his office for that purpose, and keep a copy of the same posted in a conspicuous place in the court house, until the first day of January next ensuing.

Clerk's ab-
stract.

90. The clerk, on application of the sheriff, shall deliver to him a true abstract of such return, which the sheriff shall deliver to the comptroller when he settles his accounts; and if any sheriff shall fail to deliver such abstract to the comptroller, the comptroller shall add to the taxes for which such sheriff is liable, one thousand dollars, and so report his account to the treasurer.

Forfeiture of
Clerk.

91. If any clerk shall fail to perform any of the duties required in the preceding three sections of this act, or shall falsely certify to the abstract of the sheriff's return, he shall be deemed guilty of a misdemeanor, and on conviction, shall be removed from office.

92. If any person taxed in schedule B of this act, refuses or fails to pay the taxes imposed, and leaves the county before the sheriff can collect the forfeiture, the sheriff, in his own name, may recover the tax and forfeiture out of the delinquent, in any superior court of the State. The tax and forfeiture, when collected, shall be paid over by the sheriff, as originally required.

## SCHEDULE C.

93. The following subjects shall be taxed the amounts specified, and the taxes collected and accounted for thus:

Corporations.

(1) Every corporation that might become incorporated by letters patent, under the provisions of chapter 26, Revised Code, entitled "Corporations," but shall fail to do so, and apply to the General Assembly and obtain a special act of incorporation, or shall obtain an act to amend their charter, whether it had been secured by letters patent under … id

Case 3:19-cv-01537-BEN-JLB   Document 158-1   Filed 10/28/22   PageID.19815   Page 60 of 146

law or by a special act, twenty-five dollars for each act to incorporate or to amend; which tax shall be paid to the treasurer of the State.

(2) No corporation shall organize under such special act **Corporations.** of incorporation obtained as set forth in the preceding section, or derive any benefit under such act to amend their charter, until it shall first have obtained a certified copy of such act from the secretary of State, and the secretary shall, in no case, furnish such copy, until the company applying shall have delivered to him the treasurer's receipt for the tax assessed in the preceding section; which receipt the secretary shall file in his office.

(3) The president and cashier of each of the banks in this **Bank taxes.** State, on or before the first day of October, in each year, shall pay into the public treasury the following tax, to-wit: If the profits divided among the stockholders of the banks under their charge, during the year, amounted to not less than six, and not more than seven per cent., one-half of one per cent. on the stock owned by individuals or corporations; if over seven and not more than eight per cent., three-fourths of one per cent. on the stock thus owned; if more than eight per cent., one per cent. on the stock thus owned. In case the said officers of any bank shall neglect or fail to pay the tax as herein required, said bank shall pay double the amount of said tax, and the same shall be sued for and recovered by the attorney general in the name of the State, in the superior court of the county of Wake.

(4) Every license to an attorney to practice law in the **Attorneys license.** county or superior courts, fifteen dollars, to be paid at the time of obtaining the same, to the clerk of the supreme court, who shall before the first day of October in each year, render to the treasurer of the State a list, setting forth the names of the persons, from whom received, and the amounts received; and pay into the public treasury the total amount, less five per cent. commission, for receiving and accounting for the same.

(5) Every marriage license, one dollar; every mortgage **Marriage licenses, &c.** deed, marriage contract, and deed in trust, made to secure debts or liabilities, one dollar; and every other deed conveying title to real estate where the consideration is three

hundred dollars or upwards, fifty cents, payable to the clerk of the county court. No clerk shall grant such license, or admit to probate such instrument, until the tax shall have been paid, and the receipt shall be endorsed on such license or instrument, and be registered with the same.

(6) Every broker, not a resident of the State, shall pay to the cashier of the bank from which he draws any exchange or specie, one-quarter of one per cent. on all such sums drawn, to be accounted for to the State treasury by the said cashier on oath.

**Clerk to keep record.**

94. Every clerk shall keep a record of the taxes received by him, and to the county court next preceding the first of July of each year, on the first day of the term, shall return a statement setting forth the date of each receipt, the person from whom received, the subject on which received, and the amount received from each person, and the aggregate amount received up to that date, and not previously accounted for; and to this statement the clerk shall attach an affidavit that such statement is correct, and that no receipt by himself or a deputy of his, has been omitted; which affidavit shall be sworn to and subscribed in presence of the chairman of the court, who shall attest the same. And the county court clerk shall record such statement and affidavit in a book kept for that purpose in his office, and keep a copy of the same posted in some conspicuous place in the court house, from the time at which the return shall be made, until the first day of January next ensuing. And on or before the second day of the term, the clerk shall pay the sheriff the amount of the taxes received, as set forth in said return, less three per cent. commissions, for receiving and accounting for said taxes.

**Penalty on clerk.**

95. If any clerk shall fail to perform any duties required in the preceding section, he shall be deemed guilty of a misdemeanor, and on conviction shall be removed from office. And if any clerk shall fail to pay over to the sheriff the amount of the taxes in his hands on the day specified, the sheriff shall inform the county solicitor of the default, and the county solicitor shall bring suit on his bond, and shall recover, in addition to the taxes withheld or not ac-

counted for, one hundred dollars; and the whole recovery
shall be paid into the treasury by the sheriff.

96. The sheriffs, and all receivers of public moneys, shall **Settlement with Comptroller.** yearly settle their accounts with the comptroller, between the last day of June and the first day of October, (unless where the settlement of such persons may be specially directed to be made in another manner, or at another time,) so that it may be known what sum each one ought to pay into the treasury; and the comptroller shall forthwith report to the public treasurer the amount due from each accountant, setting forth therein (if a sheriff's account) the net amount due from the sheriff to each fund; and therefor the treasurer shall raise an account against such person, and debit him accordingly.

97. The sheriff in making his settlement as aforesaid shall **Return of sources of taxation.** designate in a list by him rendered at the time, the different sources from which were raised the taxes accounted for by him, and the particular amount of tax received from each source; and the comptroller shall give to each sheriff a certified copy of such list, which the sheriff shall deposit with the clerk of the county court of his county, for public inspection; in such settlement the sheriff shall be charged with the amount of public tax as the same appears by the tax list transmitted to the comptroller; also, with all double taxes, and taxes on unlisted property by him received, and with all other tax which he may have collected, or for which he is chargeable.

98. He shall be credited (1) with the amount of State tax **Credits to sheriffs.** on land bid off by the State, with the cost attendant on the sale and procuring the title, and with commissions on the whole, including the county revenue, on producing the certificate of the secretary of State, as is provided in section 72 of this act. (2) With all insolvent taxables allowed by the court as hereinafter provided; and when the sheriff shall be required to settle before such taxables are allowed, he shall be credited with them in the next year's settlement, or the sheriff may at any time thereafter, on producing certificates of such taxables allowed, procure an order from the comptroller on the treasurer for the amount thereof. And, in like manner, the sheriff shall have credit for any over-

payment made in former settlement, by reason of any error in the clerk's abstract of taxables.

**Insolvents.** 99. No insolvent taxables shall be credited to the sheriff in his settlement with the comptroller, but such as shall be allowed by the county court; a list whereof, containing the names and amounts, and subscribed by the sheriff, he shall return to the court at some term preceding said settlement, and the same shall be allowed only on his making oath that he has been at the dwelling house or usual place of abode, of each of the tax-payers, and could not there or elsewhere in the county, find property wherewith to discharge his taxes, or such part thereof as is returned unpaid; and that the persons contained in the list were insolvent, at and during the time, when, by law, he ought to have endeavored to collect their taxes; such list shall be recorded on the minutes of the court, and a copy thereof, within ten days after its return, shall be set up by the clerk in some public part of the court house; *Provided*, That when the sheriff may be desirous of obtaining his allowance for insolvent poll tax, that instead of swearing to his list, as the law now directs, the same may be submitted to the county court, a majority of justices being present, who shall consider and examine said sheriff's list, and make him such allowance as they may think just and proper.

**Returns of insolvents, &c.** 100. If any sheriff shall return to court as insolvent the name of a person who is not listed, or has paid his taxes for the year, or shall, by himself or his deputy, collect from any person his tax for the year, for which he has been returned an insolvent, without accounting for the same; or if any clerk shall fail to record or set up the returns as required in the preceding section, the person so offending shall forfeit and pay to the State one hundred dollars, and the county solicitor shall prosecute a suit for the same.

**Oath of sheriffs or other collectors.** 101. Every sheriff or other person allowed by law to collect and account in his stead, on settling his accounts with the comptroller, shall take the following oath, administered by the comptroller, and subscribe the same in the presence of the comptroller, by whom it shall be attested; and the comptroller shall make no settlement with the sheriff, or any one in his stead, unless he have sworn to and subscri-

Compendium_Responsive Brief
Page 57

1858-'59.——Chap. 25.

bed the oath as hereby required: I, A. B., sheriff of the county of ——, do on this the —— day of ——, one thousand eight hundred and ——, make oath that the list now given in by me, is to the best of my knowledge and belief, complete, perfect and entire, and doth contain the full amount of all moneys, by me or for me received, or which ought to have been received, on account of the public taxes for the year one thousand eight hundred and ——, on listed and unlisted property; and all double taxes, and all taxes received from clerks of courts, and from insolvents not heretofore accounted for, and all taxes received, or which ought to have been received from any other and all other sources whatsoever. And I do further make oath, that if I, or any person for me, shall hereafter collect any unpaid tax now due, and not rendered in said list, I will render a true account thereof, within one year after collecting the same."

102. If the comptroller at any time shall have just cause to suspect that any sheriff or other person accounting in his stead may have made a false return, or sworn falsely in any matter relative to the collecting or accounting for any tax, he shall thereof inform the officer prosecuting in the superior court of the county wherein the offence was committed, who shall take such steps as public justice may demand. *False returns.*

103. The sheriff for his services in collecting and paying the public taxes into the treasury, shall receive a compensation of two per cent. on the net amount received by him from the clerk, for taxes imposed by Schedule C of this act, and four per cent. on the amount of taxes collected from every other source, to be deducted in the settlement of his account with the comptroller. For collecting and paying county taxes, (for whatever purpose laid,) the sheriff shall receive the same per centum compensation as above allowed on public taxes. *Sheriff's compensation.*

104. And for his settlement with the treasurer, he shall be paid by the treasurer three dollars for each day he may be necessarily engaged therein, and two dollars for every thirty miles of twice the estimated distance from his home to the seat of government, by the most usual common highway.

62

## 1858-'59.——Chap. 25.

**In case of failure to settle accounts.**

105. In every case of failure by a sheriff or other accounting officer, to settle his accounts within due time, or to take the oath required on his settlement, the comptroller shall forthwith report to the treasurer the account of such sheriff or officer, deducting therefrom nothing for commissions or insolvents, but adding thereto one thousand dollars, for the amount of taxes supposed not to appear in the list transmitted by the clerk; and if the whole amount be not paid, the treasurer, on motion of the attorney-general in the superior court of Wake county, at the first court after the default shall have occurred, shall recover judgment against such defaulting officer and his sureties, for the amount reported against him, without other notice than is given by the delinquency of the officer.

**Clerk to transmit copy of bond.**

106. And to the end, that their obligation and names may be known, the clerk of the county court, at the same time when he transmits to the comptroller the tax list, shall transmit to him also a copy certified under the seal of the court, of the bond of the sheriff, upon pain for his default, of forfeiting to the State one thousand dollars; which the treasurer shall and is hereby specially charged to collect in like manner and at such time as is provided in the preceding section.

**Duty of register.**

107. The register of every county yearly, on or before the first day of September, shall transmit to the comptroller a certified copy of the bond of the clerk of the county court, as the same is registered, upon pain of forfeiting for his default to the State, one thousand dollars; which the treasurer is hereby specially charged to collect in like manner and time, as is provided in section one hundred and five of this act.

**Suits against sheriffs, clerks, &c.**

108. In all suits directed by any law to be instituted on motion of the attorney general at the instance of the treasurer or comptroller, against any sheriff or clerk, and his sureties, a copy of the bond of such officer, certified as aforesaid, and sent to the comptroller, and by the comptroller certified together with the default under his hand, shall be deemed sufficient evidence of the execution of such bond and the default of the officer, to allow the judgment to be entered.

Case 3:19-cv-01537-BEN-JLB   Document 158-1   Filed 10/28/22   PageID.19821   Page 66 of 146

109. And in case of the default by the register to duly *Register's default, &c.* certify and transmit the bond of the clerk in proper time, the comptroller shall forthwith proceed to procure such certified copy, and also a copy of the bond of the register certified by the keeper thereof, and shall proceed in the manner hereinbefore provided against them and their sureties, at the first superior court in Wake county after copies shall have been procured.

110. In every case of default by any clerk, sheriff, or ta- *Default of clerks, sheriffs, &c.* ker of the tax list, or assessor of the value of property in the discharge of any of the duties of this act, imposed on any of them, where no penalty is provided, the defaulting officer shall forfeit and pay to the State, for each default, one hundred dollars. And all the penalties by this act imposed on such officers for the sole use of the State, may, when there is no special mode provided for recovering the same, be recovered in the name of the State, at the instance of the treasurer, or [on] motion of the attorney general, or any of the solicitors of the State.

111. The certificate of the treasurer or comptroller of any *Certificate to be evidence.* matter of default in any of said officers, occurring at the office of the comptroller or treasurer, and copies of any papers, in said offices duly certified by the proper keeper thereof, shall be admitted as evidence in any suit or prosecution whatsoever against them or others, and about any other matter whatsoever.

112. The treasurer may, on motion, obtain judgment in *Treasurer may obtain judgment.* any court of record, against any person indebted to the State, in the same manner, and under the same rules and regulations which are prescribed in case of delinquent sheriffs; and the court shall award execution, though the amount of the claim be within the jurisdiction of a justice of the peace.

113. If any person shall wilfully and corruptly commit *Penalty for perjury.* perjury in any oath required to be taken or administered by any section of this act, such persons shall be deemed guilty of a misdemeanor, and on conviction, shall be subject to the same pains and penalties as are imposed in section 29, chapter 34, entitled "Crimes and Punishments," in the Revised Code, on persons guilty of perjury.

Other laws repealed.

114. All laws imposing taxes, the subjects of which are revised in this act, or imposing taxes upon subjects other than those revised in this act, are hereby repealed: *Provided,* That this repeal shall not be construed to extend to the provisions of any law so far as they relate to the taxes listed, or which ought to have been listed, or which may be due for the year 1858, or for any year previous thereto.

115. All other laws of this State coming in conflict with the provisions of this act, be, and the same are hereby repealed.

116. This act shall be in force from and after its ratification. [*Ratified the 16th day of February,* 1859.]

## RIVERS AND CREEKS.

Chap. 26.    AN ACT TO AMEND CHAPTER ONE HUNDRED OF THE REVISED CODE, ENTITLED RIVERS AND CREEKS.

Duty of commissioners.

*Be it enacted by the General Assembly of the State of North-Carolina, and it is hereby enacted by the authority of the same,* That the commissioners appointed by the county courts to examine and lay off the rivers and creeks within the county, or where the stream is a boundary between counties, pursuant to the provisions of chapter one hundred of the Revised Code, entitled "Rivers and Creeks," shall have power to lay off gates, with slopes attached thereto, upon any mill dam built across such stream, of such dimensions and construction as shall be sufficient for the convenient passage of floating logs and other timber, in cases where it may be deemed necessary by the said courts; and they shall return to the courts appointing them a plan of such gates, slopes and dams in writing.

Report, &c.

That upon the confirmation of the report made by the commissioners, and notice thereof given to the owner or keeper of said mill, it shall be his duty forthwith to construct, and thereafter to keep and maintain at his expense, such gate and slope, for the use of persons floating logs and other timber as aforesaid, so long as said dam shall be kept up, or until otherwise ordered by the court.

 

DATE DOWNLOADED: Wed Oct 26 19:01:03 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1868 3 .

ALWD 7th ed.
, , 1868 3 .

Chicago 17th ed.
"," Alabama - General Assembly, July Extraordinary, September Called Sessions; and
November Regular Session : 3-196

AGLC 4th ed.
" Alabama - General Assembly, July Extraordinary, September Called Sessions; and
November Regular Session 3.

OSCOLA 4th ed.
" 1868 3

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

11                                                    1868.

### AN ACT

To prevent the carrying of hostile deadly weapons,
known as Rifle Walking Canes, or Gunshot Canes.

SECTION 1. *Be it enacted by the General Assembly of
Alabama,* That any person who shall carry "rifle"
walking canes, or "gunshot" walking canes, shall    Carrying pro-
upon conviction be fined not less than five hundred dol-   ons punished.
lars, nor more than one thousand dollars, and be im-
prisoned in the Penitentiary not less than two years.

Approved, August 5, 1868.

---

### AN ACT

To amend sub-division (6) six, of section 434 of the
Revised Code of Alabama.

SECTION 1. *Be it enacted by the General Assembly of
Alabama,* That subdivision (6) six, of section (434) four
hundred and thirty-four, be amended by striking out
the word "gross" and inserting in lieu thereof, the word Amendment.
"net," which section reads as follows : "On the gross
amount of premiums (after deducting therefrom all re-
turn premiums) received from their business in this
State, during such tax year, by any insurance company,
not chartered by this State, and doing business therein,
by agents or otherwise, at the rate of one per cent.

Approved, August 5, 1868.

---

### AN ACT

To authorize the appointment of a guardian *ad litem*
for each county.

SECTION 1. *Be it enacted by the General Assembly of
Alabama,* That the judges of Probate in each county Probate j'dge
be and are hereby authorized to appoint a guardian *ad* dian ad litem.
*litem,* who shall defend the interests of all minors in set-
tlements of decedent's estates, in contests of wills, set-
tlements of guardians' accounts in which a minor or



# HEINONLINE

DATE DOWNLOADED: Thu Oct 27 21:54:30 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1868 61 .

ALWD 7th ed.
, , 1868 61 .

Chicago 17th ed.
"," Florida - 1st Session : 61-111

AGLC 4th ed.
" Florida - 1st Session 61

OSCOLA 4th ed.
" 1868 61

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

## LAWS OF FLORIDA.

93

bine, or confederate: *First*, to commit any offense; or, *second*, falsely or maliciously to indict another for any offense, or procure another to be charged or arrested for any offense; or, *third*, falsely or maliciously to move or maintain any suit; or, *fourth*, to cheat and defraud any person of any money or property, by means which are in themselves criminal; or, *fifth*, to cheat and defraud any person of any money or property by any means which if executed would amount to a cheat or to obtaining property by false pretences; or, *sixth*, to commit any act injurious to the public health or public morals, or for the prevention or obstruction of justice; or, *seventh*, to interfere with or prevent the holding or conducting of any election, or making returns thereof, or to prevent the due administration of the laws, they shall be deemed guilty of a misdemeanor, and, on conviction, shall be punished by imprisonment in the county jail not exceeding one year, or by fine not exceeding five hundred dollars, or by both such fine and imprisonment.

## CHAPTER VII.

### OF OFFENSES AGAINST THE PUBLIC PEACE.

SECTION 1. If any persons, to the number of twelve or more, being armed with clubs or other dangerous weapons, or if any persons, to the number of thirty or more, whether armed or not, are unlawfully, riotously, or tumultuously assembled in any city or town, it shall be the duty of the mayor and of each of the aldermen of such city, and of each of the selectmen of such town, and of every justice of the peace living in any such city or town, and also of the sheriff of the county and his deputies, to go among the persons so assembled, or as near to them as may be with safety, and in the name of the State to command all the persons so assembled immediately and peaceably to disperse; and if such persons do not thereupon immediately and peaceably disperse, it shall be the duty of each of said magistrates and officers to command the assistance of all persons there present, in seizing, arresting, and securing such persons in custody, so that they may be proceeded with for their offense according to law.

SEC. 2. If any person present, being commanded by any of the magistrates or officers mentioned in the preceding section to aid and assist in seizing and securing such rioters, or persons so unlawfully assembled, or in suppressing such riot or unlawful assembly, refuses or neglects to obey such command, or, when required by such magistrate or officer to depart from the place, refuses or neglects so to do, he shall be deemed one of the rioters, or persons unlawfully assembled, and may be prosecuted and punished accordingly.

SEC. 3. If any mayor, alderman, selectman, justice of the

94                      LAWS OF FLORIDA.

*Officers omitting to exercise their authority.*   peace, sheriff, or deputy sheriff, having notice of any such riotous or tumultuous and unlawful assembly in the city or town in which he lives, neglects or refuses immediately to proceed to the place of such assembly, or as near thereto as he can with safety, or omits or neglects to exercise the authority with which he is invested by this chapter for suppressing such assembly, and for arresting and securing the offenders, he shall be punished by fine not exceeding three hundred dollars.

*Rioters failing to disperse upon command.*   Sec. 4. If any persons who are so riotously or unlawfully assembled, and who have been commanded to disperse, as before provided, refuse or neglect to disperse without unnecessary delay, any two of the magistrates or officers before mentioned may require the aid of a sufficient number of persons, in arms or otherwise, as may be necessary, and shall proceed in such manner as in their judgment is expedient, forthwith to disperse and suppress such assembly, and seize and secure the persons composing the same, so that they may be proceeded with according to law.

*Resistance of force called out to suppress riot.*   Sec. 5. When any armed force is called out to suppress a tumult or riot, or to disperse any body of men acting together by force and with intent to commit a felony or to offer violence to persons or property, or with intent by force or violence to resist or oppose the execution of the laws of this State, arrives at the place of such unlawful, riotous, or tumultuous assembly, they shall obey such orders for suppressing the riot or tumult, and for dispersing and arresting all persons who are committing any of said offenses, as they have received from the Governor, or any judge of a court of record, or the sheriff of the county, and also such orders as they there receive from any two of the magistrates or officers before mentioned.

*When magistrates and persons excused for killing.*

*Persons killing magistrate.*   Sec. 6. If, by reason of the efforts made by any two or more of said magistrates or officers, or by their direction, to disperse such assembly, or to seize and secure the persons composing the same, who have refused to disperse, though the number remaining may be less than twelve, any such person, or other person then present, is killed or wounded, the magistrates and officers and all persons acting by their order, or under their directions, and all persons acting under the two preceding sections, shall be held guiltless and fully justified in law; and if any of said magistrates or officers, or any person acting under or by the direction of any of the officers before mentioned, is killed or wounded, all persons so assembled, and all other persons who, when commanded or required, refused to aid and assist said magistrates or officers, shall be held answerable therefor.

*Assembly demolishing dwelling house, ship.*   Sec. 7. If any of the persons so unlawfully assembled demolishes, pulls down, or destroys, or begins to pull down, demolish, or destroy, any dwelling house or other building, or ship, or vessel, he shall be punished by imprisonment in the State penitentiary not exceeding five years, or by fine not exceeding one

Compendium_Responsive Brief
Page 66

## LAWS OF FLORIDA.

hundred dollars and imprisonment in the county jail not exceeding one year, and shall also be answerable to any person injured, or to the full amount of the damage, in an action of tort.

SEC. 8. When property of the value of fifty dollars or more is destroyed, or property is injured to that amount, by any persons to the number of twelve or more, riotously, rantously, or tumultuously assembled, the city or town within which the property was situated shall be liable to indemnify the owner thereof, to the amount of three-fourths of the value of the property destroyed, or of the amount of such injury thereto, to be recovered in [an] action of tort; *Provided,* That the owner of such property uses all reasonable diligence to prevent its destruction or injury, and to procure the conviction of the offenders. *Riotous persons injuring property beyond the value of fifty dollars, city to be responsible for. Duty of owner.*

SEC. 9. A city or town which pays any sum under the provisions of the preceding section may recover the same against any or all of the persons who destroyed or injured such property. *May recover of rioters.*

SEC. 10. Whoever, when arrested upon a warrant of a magistrate issued against him for an alleged offense against the laws of this State, and whoever, when arrested by a sheriff, deputy sheriff, constable, police officer, or watchman, while committing a criminal offense against the laws of this State, or a breach or disturbance of the public peace, is armed with, or has on his person, slung shot, metallic knuckles, billies or other dangerous weapon, shall be punished by fine not exceeding fifty dollars, and by imprisonment in the county jail not exceeding one year. *Persons engaged in breach of the peace having weapons*

SEC. 11. Whoever manufactures, or causes to be manufactured, or sells, or exposes for sale, any instrument or weapon of the kind usually known as slung shot, or metallic knuckles, shall be punished by fine not less than fifty dollars, or by imprisonment in the county jail not exceeding six months. *Sellers of slung shot.*

SEC. 12. Whoever is concerned in causing or making a bonfire within ten rods of any house or building, shall be punished by fine not exceeding twenty dollars, or by imprisonment not exceeding one month. *Making bonfires near buildings.*

SEC. 13. Whoever without reasonable cause, by outcry, or the ringing of bells, or otherwise, makes or circulates, or causes to be made or circulated, a false alarm of fire, shall be punished by fine not exceeding fifty dollars. *False alarms of fire.*

SEC. 14. Whoever shall carry arms of any kind whatever secretly, on or about their person, or whoever shall have about or on their person any dirk, pistol, or other arm or weapon, except a common pocket knife, upon conviction thereof shall be fined in a sum not exceeding one hundred dollars or imprisonment in the county jail not exceeding six months. *Carrying secret arms.*

SEC. 15. Any person convicted of the publication of a libel shall be punished by imprisonment in the county jail not exceeding one year, or by fine not exceeding one thousand dollars, or by both such fine and imprisonment. *Libel.*



# HEINONLINE

DATE DOWNLOADED: Wed Oct 26 02:13:58 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1869 50 .

ALWD 7th ed.
, , 1869 50 .

Chicago 17th ed.
"," Minnesota - General Laws, 11th Session : 50-51


AGLC 4th ed.
" Minnesota - General Laws, 11th Session 50

OSCOLA 4th ed.
" 1869 50

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

50                    GENERAL LAWS

of the general statutes, is hereby amended, so as to read
as follows :

*Disposition of surplus estray moneys.*   Sec. 12.   The county treasurer shall, after deducting
two per cent. for his fees, pay such surplus money, if
claimed within one year after such sale, to the owner of
such estray, if not claimed within that time, to the school
fund of the county in which the estray was kept.

*When act to take effect.*   Sec. 2.   This act shall be in force from and after its
passage.

Approved March 3, 1869.

------

## CHAPTER XXXIX.

*Feb'y 27, 1869.*   *An Act to prohibit the setting of traps or spring guns, rifles,
or other deadly weapons.*

SECTION 1.  The setting of a spring gun, pistol, or other deadly weapon declared un-
lawful.

2.  Punishment for violation of foregoing section.

3.  When act to take effect.

*Be it enacted by the Legislature of the State of Minnesota:*

*Unlawful to set spring guns, &c.*   SECTION 1.   The setting of a so-called trap or spring
gun, pistol, rifle or other deadly weapon in this state, is
hereby prohibited and declared to be unlawful.

*Punishment for violating the foregoing Sec- tion.*   Sec. 2.   Any person offending against the foregoing
section shall be punished as follows :  If no injury results
therefrom to any person, the person so offending shall be
punished by imprisonment in the county jail of the proper
county, for a period not less than six (6) months, or by
fine not exceeding five hundred dollars, or by both fine
and imprisonment at the discretion of the court.  If death
results to any human being from the discharge of a wea-
pon so unlawfully set, the person so offending shall, upon
conviction thereof, be punished by imprisonment in the

state prison for a term not exceeding fifteen, nor less than ten years.  If any person is injured, but not fatally, by the discharge of any weapon so unlawfully set, the person so offending, upon conviction thereof, shall be punished by imprisonment in the state prison for a term not exceeding five years, in the discretion of the court.

SEC. 3.  This act shall take effect and be in force from and after its passage.

*When act to take effect.*

Approved Feb. 27, 1869.

---

## CHAPTER XL.

*An Act to repeal Chapter thirty-nine of the General Laws of one thousand eight hundred and sixty-seven, relating to an act to prevent the killing of muskrat, mink or otter.*

*Feb'y 24, 1869.*

SECTION 1.  Repeal of Chapter thirty-nine (39) of the General Laws of 1867.
    2.  When act to take effect.

*Be it enacted by the Legislature of the State of Minnesota:*

SECTION 1.   That chapter thirty-nine of the general laws of the year one thousand eight hundred and sixty-seven, be and the same is hereby repealed.

*Repeal of chapter thirty-nine of Laws of 1867.*

SEC. 2.  This act shall take effect and be in force from and after its passage.

*When act to take effect.*

Approved Feb. 24, 1869.

**John Lellyett, Ordinances of the City of Nashville, of a Public Nature, in Force August 1st, 1872. To Which is Prefixed a Compilation of the State Laws Chartering and Relating to the City and Other Laws Relating to City Corporations in General and with an Appendix, Containing Rules of the City Council, and an Historical Record of the Chief Officers of the City, From its Incorporation in 1871, Inclusive Page 244, image 283 (1872) available at The Making of Modern Law: Primary Sources. | Duke Center for Firearms Law**

Ordinances of the City of Nashville, Active Nuisances, § 9. That it shall not be lawful for any person to use what is commonly called or known as a sling gun, or spring shot, made from India rubber, or other elastic substances, attached to a forked stick, or other brace, to throw or shoot pebbles, gravel, shot, bullets, or other hard substances, or to use a bow and arrow, within the corporate limits of Nashville. And the using of any such instrument or apparatus aforesaid, or having the same in his or her possession, shall be a misdemeanor; and such person or persons shall be liable to arrest and upon conviction, fined not less than two, nor more than fifty dollars, for each and every offense.

# The Statutes at Large of the State of Minnesota: Comprising the General Statutes of 1866 as Amended by Subsequent Legislation to the Close of the Session of 1873: Together with All Laws of a General Nature in Force, March 7, A.D. 1873 with References to Judicial Decisions of the State of Minnesota, and of Other States Whose Statutes are Similar to Which are Prefixed the Constitution of the United States, the Organic Act, the Act Authorizing a State Government, and the Constitution of the State of Minnesota Page 993, Image 287 (Vol. 2, 1873) available at The Making of Modern Law: Primary Sources. | Duke Center for Firearms Law

Of Crimes and Their Punishment, Setting Spring Guns Unlawful, § 64. The setting of a so-called trap or spring gun, pistol, rifle, or other deadly weapon in this state is hereby prohibited and declared to be unlawful. § 65. Any person offending against the foregoing section shall be punished as follows: If no injury results therefrom to any person, the person so offending shall be punished by imprisonment in the county jail of the proper county for a period not less than six months, or by fine not exceeding five hundred dollars, or by both fine and imprisonment, at the discretion of the court. If death results to any human being from the discharge of a weapon so unlawfully set, the person so offending shall, upon conviction thereof, be punished by imprisonment in the state prison for a term not exceeding fifteen nor less than ten years. If any person is injured, but not fatally, by the discharge of any weapon so unlawfully set, the person so offending, upon conviction thereof, shall be punished by imprisonment in the state prison for a term not exceeding five years, in the discretion of the court.



DATE DOWNLOADED: Thu Oct 27 23:13:38 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1875 136 .

ALWD 7th ed.
, , 1875 136 .

Chicago 17th ed.
"," Michigan - Public Acts, Regular Session : 136-136


AGLC 4th ed.
'' Michigan - Public Acts, Regular Session 136

OSCOLA 4th ed.
'' 1875 136

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

136        LAWS OF MICHIGAN.        [1875.

erection or construction of said State house of correction or the furnishing of labor or materials for the same.

**Commissioners may draw from general fund for immediate use.** SEC. 12. Said board of commissioners are hereby authorized at any time to draw from the general fund of the State Treasury such amounts of money within the appropriation made by this act, as they shall deem necessary for the immediate commencement and carrying on of the erection of said State house of correction. The amounts so drawn shall be considered as an advance to the said State house of correction upon the appropriation made by **Reimbursement.** this act, and such amounts shall be deducted from said State house of correction fund and returned to the general fund when such appropriation shall have been collected and paid into the State Treasury.

SEC. 13. This act shall take immediate effect.

Approved April 22, 1875.

---

[ No. 97. ]

AN ACT to prevent the setting of guns and other dangerous devices.

**Setting of a spring gun, etc., deemed a misdemeanor.** SECTION 1. *The People of the State of Michigan enact,* That if any person shall set any spring or other gun, or any trap or device operating by the firing or explosion of gunpowder or any other explosive, and shall leave or permit the same to be left, except in the immediate presence of some competent person, he shall be **Killing of person by gun so set deemed manslaughter.** deemed to have committed a misdemeanor; and the killing of any person by the firing of a gun or device so set shall be deemed to be manslaughter.

SEC. 2. This act shall take immediate effect.

Approved April 22, 1875.

---

[ No. 98. ]

AN ACT to amend section twelve of article two, and sections one, two, four, seven, thirteen, and fifteen of article four of act number one hundred and ninety-eight, of the session laws of eighteen hundred and seventy-three, entitled "An act to revise the laws providing for the incorporation of railroad companies, and to regulate the running and management, and to fix the duties and liabilities of all railroad and other corporations owning or operating any railroad in this State," approved May one, eighteen hundred and seventy-three.

**Sections amended.** SECTION 1. *The People of the State of Michigan enact,* That section twelve of article two, and sections one, two, four, seven, thirteen, and fifteen, of article four of act number one hundred and ninety-eight of the session laws of eighteen hundred and seventy-three, entitled "An act to revise the laws providing for the incorporation of railroad companies, and to regulate the running

# Geoffrey Andrew Holmes, Compiled Ordinances of the City of Council Bluffs, and Containing the Statutes Applicable to Cities of the First-Class, Organized under the Laws of Iowa Page 206-207, Image 209-210 (1887) available at The Making of Modern Law: Primary Sources. | Duke Center for Firearms Law

Carrying Concealed Weapons Prohibited, § 105. It shall be unlawful for any person to carry under his clothes or concealed about his person, or found in his possession, any pistol or firearms, slungshot, brass knuckles, or knuckles of lead, brass or other metal or material , or any sand bag, air guns of any description, dagger, bowie knife, or instrument for cutting, stabbing or striking, or other dangerous or deadly weapon, instrument or device; provided that this section shall not be construed to prohibit any officer of the United States, or of any State, or any peace officer, from wearing and carrying such weapons as may be convenient, necessary and proper for the discharge of his official duties.

# 1895 N.D. Rev. Codes 1293, Penal Code, Crimes Against the Public Health and Safety, ch. 40, §§ 7312-13. | Duke Center for Firearms Law

§ 7312. Carrying or using slung shot. Every person who carries upon his person, whether concealed or not, or uses or attempts to use against another, any instrument or weapon of the kind usually known as slung shot, or of any similar kind, is guilty of a felony. § 7313. Carrying concealed weapons. Every person who carries concealed about his person any description of firearms, being loaded or partly loaded, or any sharp or dangerous weapon, such as is usually employed in attack or defense of the person, is guilty of a misdemeanor.

# 1919 Me. Laws 193, Possession of loaded shotgun or rifle in motor vehicle on highways, fields or forests prohibited; penalty. | Duke Center for Firearms Law

No person shall have a rifle or shotgun, either loaded or with a cartridge in the magazine thereof, in or on any motor vehicle while the same is upon any highway or in the fields or forests. Whoever violates any provision of this section shall be subject to a penalty of not more than one hundred dollars and costs for each offense or imprisonment for not more than sixty days or both said fine and imprisonment in the discretion of the court.



**HEINONLINE**

DATE DOWNLOADED: Wed Oct 19 10:46:55 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1923 127 .

ALWD 7th ed.
, , 1923 127 .

Chicago 17th ed.
"," Vermont - 27th Biennial Session : 127-127


AGLC 4th ed.
" Vermont - 27th Biennial Session 127

OSCOLA 4th ed.
" 1923 127

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

PUBLIC ACTS

SEC. 6403. *Unlawful devices.* A person, except as otherwise provided, who uses or has in his possession for use or who furnishes for another's use, for taking fish, a pound net, trap net, seine, snare, gill net, set net, fyke net, set line, fishing otter, trawl, grapple, spear, jack, jack light or electrical or other device for killing or stunning fish or who is found on any waters or the shores thereof or the islands therein, having in his possession any such device, shall be imprisoned not more than thirty days or fined one hundred dollars, or both. Possession of such a device within five hundred feet of such shores shall be presumptive evidence that the same has been unlawfully used. Such devices may be summarily seized and destroyed by any person.

SEC. 2. *Snaring prohibited, penalty.* A person who takes an animal by snaring, or who possesses a snare with intent to use the same shall be fined not more than fifty dollars nor less than twenty-five dollars.

SEC. 3. *Shooting from motor vehicle or logging train prohibited, penalty.* A person who from a motor vehicle or logging train takes quadrupeds or game birds by shooting shall be fined not more than fifty dollars nor less than ten dollars and five dollars additional for each quadruped or bird so taken.

Approved March 3, 1923.

———————

## No. 130.—AN ACT TO PROHIBIT THE USE OF MACHINE GUNS AND AUTOMATIC RIFLES IN HUNTING.

[H. 144]

*It is hereby enacted by the General Assembly of the State of Vermont:*

SECTION 1. *Prohibition, penalty.* A person engaged in hunting for game who uses, carries, or has in his possession a machine gun of any kind or description, or an automatic rifle of military type with a magazine capacity of over six cartridges, shall be fined not more than five hundred dollars nor less than fifty dollars. The presence of such a firearm in a hunting camp shall be presumptive evidence that the possessor of such a firearm has violated the provisions of this section.

Approved March 22, 1923.



DATE DOWNLOADED: Wed Oct 19 11:31:42 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1927 384 .

ALWD 7th ed.
, , 1927 384 .

Chicago 17th ed.
"," Massachusetts - General Court, Acts and Resolves : 384-418

AGLC 4th ed.
'' Massachusetts - General Court, Acts and Resolves 384

OSCOLA 4th ed.
'' 1927 384

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

Case 3:19-cv-01537-BEN-JLB   Document 158-1   Filed 10/28/22   PageID.19842   Page 87 of 146

vent the state treasurer from deducting at any time, from any moneys which may be due from the commonwealth to the delinquent city or town, the whole or any part of said tax, with the interest accrued thereon, which shall remain unpaid.   *Approved April 27, 1927.*

Deduction of tax from money due from commonwealth.

---

AN ACT RELATIVE TO THE CHOICE OF A THIRD MEMBER OF THE STATE BOARD OF RETIREMENT.

*Chap.*325

*Whereas,* The deferred operation of this act would in part defeat its purpose, therefore it is hereby declared to be an emergency law, necessary for the immediate preservation of the public convenience.

Emergency preamble.

*Be it enacted, etc., as follows:*

Chapter ten of the General Laws is hereby amended by striking out section eighteen and inserting in place thereof the following: — *Section 18.*   There shall be a state board of retirement serving in the department, consisting of three members, one of whom shall be the state treasurer, ex officio, who shall be chairman, a second member elected by the state retirement association established under section two of chapter thirty-two from among their number in such manner as the commissioner of insurance may determine, and a third member chosen by the other two.   If the third member is not so chosen within thirty days after the election of the second, the governor shall appoint the third member for a term of three years.   Upon the expiration of the term of office of an elected, chosen or appointed member or in case of a vacancy in either of said offices, his successor shall be elected, chosen or appointed as aforesaid for three years.

G. L. 10, § 18, amended.

State board of retirement, members, election.

Expirations and vacancies.

*Approved April 27, 1927.*

---

AN ACT RELATIVE TO MACHINE GUNS AND OTHER FIREARMS.

*Chap.*326

*Be it enacted, etc., as follows:*

SECTION 1.   Chapter one hundred and forty of the General Laws, as amended in section one hundred and twenty-one by section one of chapter four hundred and eighty-five of the acts of nineteen hundred and twenty-two, is hereby further amended by striking out said section one hundred and twenty-one and inserting in place thereof the following: — *Section 121.*   In sections one hundred and twenty-two to one hundred and twenty-nine, inclusive, "firearms" includes a pistol, revolver or other weapon of any description, loaded or unloaded, from which a shot or bullet can be discharged and of which the length of barrel, not including any revolving, detachable or magazine breech, does not exceed twelve inches, and a machine gun, irrespective of the length of the barrel.   Any gun of small arm calibre designed for rapid fire and operated by a mechanism, or any gun which operates automatically after the first shot has been fired, either by gas action or recoil action,

G. L. 140, § 121, etc., amended.

Definition of "firearms."

Definition of "machine gun."

414                    ACTS, 1927. — CHAP. 326.

Words "purchase" and "sale" to include exchange, word "purchaser" to include exchanger, and verbs "sell" and "purchase" to include verb exchange.
Sections not applicable to certain firearms.
G. L. 140, § 123, etc., amended.

shall be deemed to be a machine gun for the purposes of said sections, and of sections one hundred and thirty-one and one hundred and thirty-one B. As used in this section and in sections one hundred and twenty-two to one hundred and thirty-one A, the words "purchase" and "sale" shall include exchange, the word "purchaser" shall include exchanger, and the verbs "sell" and "purchase", in their different forms and tenses, shall include the verb exchange in its appropriate form and tense. Said sections one hundred and twenty-two to one hundred and twenty-nine, inclusive, shall not apply to antique firearms incapable of use as firearms nor to sales of firearms at wholesale.

SECTION 2. Said chapter one hundred and forty, as amended in section one hundred and twenty-three by section four of said chapter four hundred and eighty-five, by section one of chapter two hundred and eighty-four of the acts of nineteen hundred and twenty-five and by section one of chapter three hundred and ninety-five of the acts of nineteen hundred and twenty-six, is hereby further amended by striking out said section one hundred and twenty-three and inserting in place thereof the following: — *Section 123.* The license shall be expressed to be and shall be subject to the following conditions: First, That the provisions in regard to the nature of the license and the building in which the business may be carried on under it shall be strictly adhered to. Second, That every licensee shall before delivery of a firearm make or cause to be made a true entry in a sales record book to be furnished by the licensing authorities and to be kept for that purpose, specifying the description of the firearm, the make, number, whether single barrel, magazine, revolver, pin, rim or central fire, whether sold, rented or leased, the date and hour of such delivery, and shall, before delivery as aforesaid, require the purchaser, renter or lessee personally to write in said sales record book his full name, sex, residence and occupation. The said book shall be open at all times to the inspection of the licensing authorities and of the police. Third, That the license or a copy thereof, certified by the recording officer of the licensing authorities or by the clerk of the town by which it is issued, shall be displayed on the premises in a position where it can easily be read. Fourth, That no firearms shall be displayed in any outer window of said premises or in any other place where they can readily be seen from the outside. Fifth, That the licensee shall, once a week, send a copy of the record of sales, rentals and leases made by him for the preceding seven days to the licensing authorities and to the commissioner of public safety. Sixth, That every firearm shall be delivered securely wrapped and fastened and shall be unloaded when delivered. Seventh, That no delivery of a pistol or revolver shall be made on the day of application for the purchase, rental or lease thereof, except to a person having a license to carry the

Conditions of licenses to sell, rent or lease certain firearms.

ACTS, 1927. — CHAP. 326.     415

same issued under section one hundred and thirty-one. <span>Conditions of licenses to sell, rent or lease certain firearms.</span> Eighth, That no pistol or revolver shall be sold, rented or leased to a person who has not a permit, then in force, to purchase, rent or lease the same issued under section one hundred and thirty-one A, and that no machine gun shall be sold, rented or leased to a person who has not a license to possess the same issued under section one hundred and thirty-one. Ninth, That upon a sale, rental or lease of a pistol or revolver, the licensee under section one hundred and twenty-two shall take up such permit and shall endorse upon it the time and place of said sale, rental or lease, and shall forthwith transmit the same to the commissioner of public safety, and that upon the sale, rental or lease of a machine gun shall endorse upon the license to possess the same the time and place of said sale, rental or lease, and shall forthwith transmit a notice thereof to said commissioner. Tenth, That this license shall be subject to forfeiture as provided in section one hundred and twenty-five for breach of any of its conditions, and that, if the licensee hereunder is convicted of a violation of any such condition, this license shall thereupon become void.

SECTION 3.   Section one hundred and thirty-one of said <span>G. L. 140, § 131, etc., amended.</span> chapter one hundred and forty, as amended by section nine of said chapter four hundred and eighty-five and by section four of said chapter two hundred and eighty-four, is hereby further amended by inserting after the word "commonwealth" in the twelfth line the words: — or to possess therein a machine gun, — so as to read as follows: — *Section* <span>License to carry pistols or revolvers, or possess machine gun, issuance to certain persons, etc.</span> *131.* The justice of a court or a trial justice, the board of police or mayor of a city, the selectmen of a town, or the commissioner of public safety, or persons authorized by them, may, upon the application of any person residing or having a place of business within the jurisdiction of the person or body issuing the license, except an unnaturalized person, a person who has been convicted of a felony or of the unlawful use or sale of drugs or a minor other than one fifteen years of age or over in the employ of a bank, public utility corporation or business of a similar nature whose application is endorsed by his employer, issue a license to such applicant to carry a pistol or revolver in the commonwealth or to possess therein a machine gun, if it appears that he has good reason to fear an injury to his person or property or for any other proper purpose, and that he is a suitable person to be so licensed. Such license shall be <span>Duration of license.</span> issued for a term not to exceed one year, but may be for a less period, and all such licenses shall be revocable at the <span>Revocation.</span> will of the person or body issuing the same, who shall forthwith send written notice of such revocation to the commissioner of public safety. Said licenses shall be issued on <span>Form, etc.</span> forms furnished by said commissioner and a copy of every license so issued shall within one week after the granting thereof be sent to the said commissioner. Whoever issues <span>Penalty.</span>

416                    ACTS, 1927. — CHAP. 326.

a license in violation of this section shall be punished by imprisonment for not less than six months nor more than two years in a jail or house of correction.

G. L. 140, § 131B, etc., amended.

SECTION 4. Section one hundred and thirty-one B of said chapter one hundred and forty, inserted by section three of said chapter three hundred and ninety-five, is hereby amended by striking out the word "or" where it occurs a second time in the second line and inserting in place thereof a comma and also by inserting after the word "revolver" in the same line the words: — or machine gun, —

Penalty for loans of money on pistol, revolver or machine gun.

so as to read as follows: — *Section 131B*. Whoever loans money secured by mortgage, deposit or pledge of a pistol, revolver or machine gun shall be punished by a fine of not more than five hundred dollars or by imprisonment for not more than one year, or by both.

G. L. 269, § 10, etc., amended.

SECTION 5. Section ten of chapter two hundred and sixty-nine of the General Laws, as amended by section one of chapter two hundred and forty-eight of the acts of nineteen hundred and twenty-three and by section five of said chapter two hundred and eighty-four, is hereby further amended by inserting after the word "unloaded" in the third line the words: — , or possesses a machine gun as defined in section one hundred and twenty-one of chapter one hundred and forty, — so as to read as follows: —

Penalty for carrying dangerous weapons or possessing machine gun without permission, etc.

*Section 10*. Whoever, except as provided by law, carries on his person, or carries on his person or under his control in a vehicle, a pistol or revolver, loaded or unloaded, or possesses a machine gun as defined in section one hundred and twenty-one of chapter one hundred and forty, without permission under section one hundred and thirty-one of chapter one hundred and forty, or whoever so carries any stiletto, dagger, dirk knife, slung shot, metallic knuckles or sawed off shotgun, or whoever, when arrested upon a warrant for an alleged crime or when arrested while committing a crime or a breach or disturbance of the public peace, is armed with, or has on his person, or has on his person or under his control in a vehicle, a billy or dangerous weapon other than those herein mentioned, shall be punished by imprisonment for not less than six months nor more than two and one half years in a jail or house of correction or for not less than two and one half years nor more than five

Confiscation.

years in the state prison, and upon conviction the pistol or other article shall be confiscated by the commonwealth.

Forwarding to commissioner of public safety, etc.

The pistol or article so confiscated shall, by the authority of the written order of the court or trial justice, be forwarded by common carrier to the commissioner of public safety, who, upon receipt of the same, shall notify said court or justice thereof. Said commissioner may sell or destroy the same, and, in case of a sale, after paying the cost of forwarding the article, shall pay over the net proceeds to the commonwealth.                *Approved April 27, 1927.*



DATE DOWNLOADED: Wed Oct 19 11:45:57 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1927 256 .

ALWD 7th ed.
, , 1927 256 .

Chicago 17th ed.
"," Rhode Island - General Assembly, January Session : 256-262

AGLC 4th ed.
" Rhode Island - General Assembly, January Session 256

OSCOLA 4th ed.
" 1927 256

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

256     JANUARY SESSION, 1927—CHAPTER 1052.

## CHAPTER 1052.

H 729 A
Approved
April 22, 1927.

AN ACT TO REGULATE THE POSSESSION OF FIREARMS.

*It is enacted by the General Assembly as follows:*

Certain words
and phrases,
how construed:

SECTION 1.   When used in this act the following words and phrases shall be construed as follows:

"Pistol."

"Pistol" shall include any pistol or revolver, and any shot gun, rifle or similar weapon with overall length less than twenty-six inches, but shall not include any pistol without a magazine or any pistol or revolver designed for the use of blank cartridges only.

"Machine
gun."

"Machine gun" shall include any weapon which shoots automatically and any weapon which shoots more than twelve shots semi-automatically without reloading.

"Firearm."

"Firearm" shall include any machine gun or pistol.

"Person."

"Person" shall include firm, association or corporation.

"Licensing
authorities."

"Licensing authorities" shall mean the board of police commissioners of a city or town where such board has been instituted, the chief of police or superintendent of police of other cities and towns having a regular organized police force, and in towns where there is no chief of police or superintendent of police it shall mean the town clerk who may issue licenses upon the recommendation of the town sergeant;

"Crime of
violence."

"Crime of violence" shall mean and include any of the following crimes or an attempt to commit any of the same, viz.: murder, manslaughter, rape, mayhem, assault or battery involving grave bodily injury, robbery, burglary, and breaking and entering.

"Sell."

"Purchase."

"Purchasing."

"Sell" shall include let or hire, give, lend and transfer, and the word "purchase" shall include hire, accept and borrow, and the expression "purchasing" shall be construed accordingly."

SEC. 2.  If any person shall commit or attempt to commit a crime of violence when armed with or having available any firearm, he may in addition to the punishment provided for such crime of violence be punished as provided in this act.  In the trial of a person for committing or attempting to commit a crime of violence the fact that he was armed with or had available a pistol without license to carry the same, or was armed with or had available a machine gun, shall be prima facie evidence of his intention to commit said crime of violence.

*Additional punishment under this act.*

*What to be prima facie evidence of intention to commit crime of violence.*

SEC. 3.  No person who has been convicted in this state or elsewhere of a crime of violence shall purchase, own, carry or have in his possession or under his control any firearm.

*Who to be denied firearms.*

SEC. 4.  No person shall, without a license therefor, issued as provided in section six hereof, carry a pistol in any vehicle or concealed on or about his person, except in his dwelling house or place of business or on land possessed by him, and no person shall manufacture, sell, purchase or possess a machine gun except as otherwise provided in this act.

*Carrying of pistol forbidden, except when.*

*Machine gun.*

SEC. 5.  The provisions of section four shall not apply to sheriffs, deputy sheriffs, the superintendent and members of the state police, prison or jail wardens or their deputies, members of the city or town police force or other duly appointed law enforcement officers, nor to members of the army, navy or marine corps of the United States, or of the national guard, when on duty, or of organizations by law authorized to purchase or receive firearms from the United States or this state, nor to officers or employees of the United States authorized by law to carry a concealed firearm, nor to duly authorized military organizations when on duty, nor to the members thereof when at or going to or from

*Sec. 4 not to apply to whom.*

their customary places of assembly, nor to the regular and ordinary transportation of pistols as merchandise, nor to any person while carrying a pistol unloaded in a wrapper from the place of purchase to his home or place of business, or to a place of repair or back to his home or place of business, or in moving goods from one place or abode or business to another.

License to carry concealed pistol may be issued, to whom, when and how.

SEC. 6. The licensing authorities of any city or town shall upon application of any person having a bona fide residence or place of business within such city or town, or of any person having a bona fide residence or place of business within the United States and a license to carry a pistol concealed upon his person issued by the authorities of any other state or subdivision of the United States, issue a license to such person to carry concealed upon his person a pistol within this state for not more than one year from date of issue, if it appears that the applicant has good reason to fear an injury to his person or property or has any other proper reason for carrying a pistol, and

License, form of.

that he is a suitable person to be so licensed. The license shall be in triplicate, in form to be prescribed by the attorney-general and shall bear the fingerprint, name, address, description and signature of the licensee and the reason given for desiring a license.

Triplicate license, how disposed of.

The original thereof shall be delivered to the licensee, the duplicate shall within seven days be sent to the attorney-general and the triplicate shall be preserved for six years by the licensing authorities issuing said

Fee for license.

license. A fee of two dollars may be charged and shall be paid for each license, to the officer issuing the same.

Applicant for license to give bond.

Before issuing any such permit the applicant for the same shall be required to give bond to the city or town treasurer in the penal sum of three hundred dollars, with surety satisfactory to the authority issu-

ing such permit, to keep the peace and be of good behavior. Every such permit shall be valid for one year from the date when issued unless sooner revoked. The fee charged for the issuing of such license or permit shall be applied in accordance with the provisions of section thirty-three of chapter 401 of the general laws.

SEC. 7.   The attorney-general may issue a permit to any banking institution doing business in this state or to any public carrier who is engaged in the business of transporting mail, money, securities or other valuables, to possess and use machine guns under such regulations as the attorney-general may prescribe.

<div style="float:right">Attorney-general may issue permit to banking institutions, etc.</div>

SEC. 8.   It shall be unlawful within this state to manufacture, sell, purchase or possess except for military or police purposes, any muffler, silencer or device for deadening or muffling the sound of a firearm when discharged.

<div style="float:right">Muffler or silencer for firearm forbidden.</div>

SEC. 9.   Any person, except a member of the state police, the sheriff or his deputies, or a member of the police force of any city or town, or a member of the army, navy, or marine corps of the United States, or of the national guard or organized reserves when on duty, who possesses, or carries on or about his person or in a vehicle, a bomb or bomb shell, except for blasting or other commercial use, or who, with intent to use the same unlawfully against the person or property of another, possesses or carries any explosive substance, or any noxious liquid, gas or substance, shall be guilty of a violation of this act and punished as hereinafter provided.

<div style="float:right">Possession or carrying of bomb, explosive substance, or noxious liquid, gas, etc., forbidden.</div>

SEC. 10.   No property right shall exist in any firearm unlawfully possessed, carried or used, and all such firearms are hereby declared to be nuisances and forfeited to the state. When such forfeited firearms shall be

<div style="float:right">Certain firearms to be nuisances and forfeited. Disposition of forfeited firearms.</div>

260    January Session, 1927—Chapter 1052.

taken from any person, they shall be surrendered to the chief or superintendent of police in the city or town in which they are taken, or to the town sergeant of such town where there is no chief of police or superintendent. The officer to whom they are surrendered shall, except upon a certificate of a justice of the superior court or the attorney-general that the non-destruction thereof is necessary or proper to the ends of justice, proceed to destroy all such firearms at stated intervals of not more than one year. Provided, however, that if any such firearm shall be found to be the property of an innocent owner, it shall be returned to such owner if and when no longer needed for purposes of evidence.

**Giving of false information, etc., forbidden.**

Sec. 11. No person shall in purchasing or otherwise securing delivery of a pistol or in applying for a license to carry the same, give false information or offer false evidence of his identity.

**Mark of identification not to be removed from firearm.**

Sec. 12. No person shall change, alter, remove, or obliterate the name of the maker, model, manufacturer's number, or other mark of identification on any firearm. Possession of any firearm upon which any such mark shall have been changed, altered, removed, or obliterated, shall be prima facie evidence that the possessor has changed, altered, removed or obliterated the same.

**This act not to apply to antique firearms.**

Sec. 13. This act shall not apply to antique firearms unsuitable for use nor to collections of firearms as curios, souvenirs, or for educational, scientific or any similar purposes without intent to use such firearms.

**Penalties for violation of the provisions of this act.**

Sec. 14. Any violation of any provision of this act shall be punished by a fine of not more than one thousand dollars or imprisonment for not more than five years, or by both such fine and imprisonment.

SEC. 15. No negative allegation of any kind need be averred or proved in any complaint under this act and the carrying or use of any firearm contrary to the provisions of this act shall be evidence that the possession, carrying or use of any such firearm is unlawful, but the respondent in any such case may show any fact that would render the possession, or use, or carrying of such firearm lawful.

*Negative allegation need not be averred, etc.*

SEC. 16. Every officer authorized to make an arrest may without complaint and warrant arrest any person who has in his possession any firearm whenever such officer has reasonable ground to suspect that such person possesses or is using or is carrying such firearm contrary to law. Any person so arrested may be detained a reasonable time, not exceeding twenty-four hours, for the purpose of making an investigation concerning such person, but no person so arrested shall be detained longer than twenty-four hours without complaint being made against him before some proper court or justice. If the officer making the arrest shall at any time within the said twenty-four hours satisfy himself that there is no ground for making a criminal complaint against such person, he shall thereupon be discharged from custody.

*Officer may arrest without complaint and warrant.*

*Person arrested may be detained not exceeding 24 hours.*

SEC. 17. In the case of the conviction under this act of a person who is not a citizen of the United States, it shall be the duty of the clerk of the court in which such conviction is secured to certify the fact of such conviction to the proper officer of the United States government having supervision of the deportation of aliens.

*Conviction of alien to be certified to U. S. officer in charge of deportation.*

SEC. 18. The provisions and penalties prescribed in this act shall take the place of the provisions and penalties of sections thirty-two to thirty-five inclusive of chapter 401 of the general laws in so far as such pro-

*Provisions and penalties of this act to be substituted for certain others provided by law.*

262    January Session, 1927—Chapter 1053.

visions and penalties of said sections of said chapter 401 relate to the possession and carrying of air guns, pistols or firearms of any description, and upon the passage of this act said provisions and penalties of said sections in so far as they relate to air guns, pistols and firearms shall be repealed.

<div style="margin-left:2em"></div>

Certain pending legal proceedings not affected by this act.

Sec. 19.   No offense committed, or forfeiture incurred, under any law hereby amended and before the time when this act goes into effect, and no suit, prosecution or indictment pending at the time when this act goes into effect, for any offence committed or for the recovery of any fine or penalty or forfeiture incurred under any law hereby amended, shall be affected by the passage of this act, but, proceedings relating to the same shall be taken and continued as if this act had not been passed.

This act, how cited.

Sec. 20.   This act shall take effect upon its passage and may be cited as the Firearms Act.

---

## CHAPTER 1053.

H 779
Approved
April 22, 1927.

AN ACT IN AMENDMENT OF SECTION 17 OF CHAPTER 98 OF THE GENERAL LAWS, ENTITLED "MOTOR VEHICLES AND THE OPERATION THEREOF."

*It is enacted by the General Assembly as follows*:

Section 1.   Section 17 of chapter 98 of the general laws, entitled "Motor vehicles and the operation thereof," is hereby amended so as to read as follows:

Rules of the road for operation of motor vehicle.

"Sec. 17.   Upon approaching any person standing or walking in the traveled portion of any public highway, or a horse or any other draft animal being led, ridden or driven therein, or a crossing of intersecting public highways, or a bridge, or a sharp turn, or a curve, or a steep descent, and also in passing such



DATE DOWNLOADED: Wed Oct 19 10:39:48 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1933 219 .

ALWD 7th ed.
, , 1933 219 .

Chicago 17th ed.
"," Texas - 43rd Legislature, 1st Called Session; General and Special Laws : 219-220


AGLC 4th ed.
" Texas - 43rd Legislature, 1st Called Session; General and Special Laws 219

OSCOLA 4th ed.
" 1933 219

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

the said Rule is hereby suspended, and that this Act take effect and be in force from and after its passage, and it is so enacted.

[NOTE.—H. B. No. 45 passed the House by a vote of 109 yeas, 0 nays; passed the Senate by a vote of 29 yeas, 0 nays.]

Approved October 25, 1933.
Effective October 25, 1933.

———

## ANTI-MACHINE GUN LAW.

H. B. No. 64.]                    CHAPTER 82.

An Act defining "machine gun" and "person"; making it an offense to possess or use machine guns; making it an offense to sell, lease, barter, give, exchange, trade or cause to be sold, leased, given, bartered, exchanged or traded a machine gun to any person; providing penalty for possessing machine gun; providing penalty for selling, leasing, bartering, giving, exchanging, trading or causing to be sold, leased, given, bartered, exchanged or traded a machine gun to any person; providing exceptions where machine guns are sold to the military forces or peace officers of the United States or any political subdivision thereof, and the transportation thereof; providing exceptions when the possession of machine guns for scientific purposes or possession of machine guns not usable as a weapon and possessed as a curiosity, ornament or keepsake, and possession of machine guns by officials or employees of the State Prison System; providing exceptions where machine guns are sold, leased, bartered, exchanged or given the Adjutant General of the State of Texas, the Sheriff of any county, the Chief of Police of a municipality, the purchasing agent for the Texas State Prison System; the military forces or peace officers of the United States, and declaring an emergency.

*Be it enacted by the Legislature of the State of Texas:*

SECTION 1. Definition. "Machine gun" applies to and includes a weapon of any description by whatever name known, loaded or unloaded, from which more than five (5) shots or bullets may be automatically discharged from a magazine by a single functioning of the firing device.

"Person" applies to and includes firm, partnership, association or corporation.

SEC. 2. Whosoever shall possess or use a machine gun, as defined in Section 1, shall be guilty of a felony and upon conviction thereof, shall be confined in the State Penitentiary, for not less than two (2) nor more than ten (10) years.

SEC. 3. Whoever shall sell, lease, give, barter, exchange, or trade, or cause to be sold, leased, given, bartered, exchanged, or traded, a machine gun as hereinabove defined to any person shall be guilty of a felony and upon conviction thereof, shall be confined to the State Penitentiary, for not less than two (2) nor more than ten (10) years.

SEC. 4. Nothing contained in Section 2 of this Act shall prohibit or interfere with:

220          GENERAL AND SPECIAL LAWS.

1.    The possession of machine guns by the military forces or the peace officers of the United States or of any political subdivision thereof, or the transportation required for that purpose.

2.    The possession of a machine gun for scientific purpose, or the possession of a machine gun not usable as a weapon and possessed as a curiosity, ornament, or keepsake

3.    The possession of machine guns by officials and employees of the Texas State Prison System.

SEC. 5.    Nothing contained in this Act shall prohibit or interfere with the sale, lease, barter, exchange or gift of a machine gun as defined in this Act, or the transportation required for such purpose to the Adjutant General of the State of Texas, the duly qualified and commissioned Sheriff of a county in Texas, to a duly qualified and commissioned Chief of Police of any municipality within the State of Texas, the duly authorized purchasing agent for the Texas State Prison System, the military forces or peace officers of the United States.

SEC. 6.    The fact that there are many gangsters purchasing machine guns in Texas, causing a menace to the citizenry of Texas, creates an emergency and imperative public necessity that the Constitutional Rule requiring bills to be read on three several days be suspended, and said Rule is hereby suspended, and this Act shall take effect and be in force from and after its passage, and it is so enacted.

[NOTE.—H. B. No. 64 passed the House by a vote of 121 yeas, 0 nays; passed the Senate by a vote of 30 yeas, 0 nays.]

Approved October 25, 1933.
Effective October 25, 1933.

————

SALARIES OF COMMISSIONERS IN CERTAIN COUNTIES.

H. B. No. 88.|          CHAPTER 83.

An Act amending Article 2350, Chapter 44 of the Revised Civil Statutes of the State of Texas, 1925, as amended by Act of the Thirty-ninth Legislature, Regular Session, Chapter 135, Section 1; and as amended by Act of the Fortieth Legislature, Page 435, Chapter 490, Section 1; and as amended by Act of the Fortieth Legislature, First Called Session, Page 138, Chapter 46, Section 1; and as amended by House Bill Number 555, Chapter 216, Page 727, Acts of the Forty-third Legislature, Regular Session, relating to the salaries of County Commissioners in certain Counties; providing that if any part of this Act be declared unconstitutional it shall not affect any remaining part, and declaring an emergency.

*Be it enacted by the Legislature of the State of Texas:*

SECTION 1.    That Article 2350, Chapter 44 of the Revised Civil Statutes of the State of Texas, 1925, as amended by Act

# HEINONLINE

DATE DOWNLOADED: Wed Oct 19 23:44:52 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
To provide for the taxation of manufacturers, importers, and dealers in certain firearms and machine guns, to tax the sale or other disposal of such weapons, and to restrict importation and regulate interstate transportation thereof., Public Law 73-474 / Chapter 757, 73 Congress. 48 Stat. 1236 (1928-1934) (1934).

ALWD 7th ed.
To provide for the taxation of manufacturers, importers, and dealers in certain firearms and machine guns, to tax the sale or other disposal of such weapons, and to restrict importation and regulate interstate transportation thereof., Public Law 73-474 / Chapter 757, 73 Congress. 48 Stat. 1236 (1928-1934) (1934).

APA 7th ed.
To provide for the taxation of manufacturers, importers, and dealers in certain firearms and machine guns, to tax the sale or other disposal of such weapons, and to restrict importation and regulate interstate transportation thereof., Public Law 73-474 Chapter 757, 73 Congress. 48 Stat. 1236 (1928-1934) (1934).

Chicago 17th ed.
"Public Law 73-474 / Chapter 757, 73 Congress, Session 2, An Act: To provide for the taxation of manufacturers, importers, and dealers in certain firearms and machine guns, to tax the sale or other disposal of such weapons, and to restrict importation and regulate interstate transportation thereof.," U.S. Statutes at Large 48 (1934): 1236-1240

McGill Guide 9th ed.
To provide for the taxation of manufacturers, importers, and dealers in certain firearms and machine guns, to tax the sale or other disposal of such weapons, and to restrict importation and regulate interstate transportation thereof., Public Law 73-474 / Chapter 757, 73 Congress. 48 Stat. 1236 (1928-1934) (1934).

AGLC 4th ed.
To provide for the taxation of manufacturers, importers, and dealers in certain firearms and machine guns, to tax the sale or other disposal of such weapons, and to restrict importation and regulate interstate transportation thereof., Public Law 73-474 / Chapter 757, 73 Congress. 48 Stat. 1236 (1928-1934) (1934)

MLA 9th ed.
To provide for the taxation of manufacturers, importers, and dealers in certain firearms and machine guns, to tax the sale or other disposal of such weapons, and to restrict importation and regulate interstate transportation thereof., Public Law 73-474 / Chapter 757, 73 Congress. 48 Stat. 1236 (1928-1934) (1934). HeinOnline.

OSCOLA 4th ed.
To provide for the taxation of manufacturers, importers, and dealers in certain firearms and machine guns, to tax the sale or other disposal of such weapons, and to restrict importation and regulate interstate transportation thereof., Public Law

**1236**    73d CONGRESS.   SESS. II.   CHS. 756, 757.   JUNE 26, 1934.

available to pay claims on account of any check, the amount of which has been included in any balance so covered into the surplus fund.

Advances for land surveys. U.S.C., title 43, sec. 863.
SEC. 22. So much of the Act of August 18, 1894 (U.S.C., title 43, sec. 863), as authorizes the Governors of the States therein named to advance money from time to time for the survey of certain townships located within such States, which money shall be reimbursable, is hereby repealed.

Moneys in U.S. court registries.
SEC. 23. Moneys in, or payable into, the registry of any United States court, in the discretion of the court, may be deposited in official checking accounts with the Treasurer of the United States, subject to disbursement on order approved by the court.

Survey of certain accounts to be made by Comptroller General.
SEC. 24. The Comptroller General of the United States shall cause a survey to be made of all inactive and permanent appropriations and/or funds on the books of the Government and also funds in the official custody of officers and employees of the United States, in which the Government is financially concerned, for which no account-

Report to Congress.
ing is rendered to the General Accounting Office; and he shall submit to the Congress annually, in a special report, his recommendations for such changes in existing law relating thereto as, in his judgment, may be in the public interest.

Existing provisions not affected.
SEC. 25. The provisions of this Act shall not be construed to alter or amend any existing authorization for an appropriation.

Saving clause.
SEC. 26. All Acts and/or parts of Acts inconsistent or in conflict with the provisions of this Act are hereby repealed to the extent of such inconsistency or conflict.

Short title.
SEC. 27. The short title of this Act shall be the "Permanent Appropriation Repeal Act, 1934."

Approved, June 26, 1934.

---

[CHAPTER 757.]

## AN ACT

June 26, 1934.
[H.R. 9741.]
[Public, No. 474.]

To provide for the taxation of manufacturers, importers, and dealers in certain firearms and machine guns, to tax the sale or other disposal of such weapons, and to restrict importation and regulate interstate transportation thereof.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That for the purposes of this Act—

National Firearms Act.
Limitation of terms for purposes of Act.
"Firearm."
(a) The term "firearm" means a shotgun or rifle having a barrel of less than eighteen inches in length, or any other weapon, except a pistol or revolver, from which a shot is discharged by an explosive if such weapon is capable of being concealed on the person, or a machine gun, and includes a muffler or silencer for any firearm whether or not such firearm is included within the foregoing definition.

"Machine gun."
(b) The term "machine gun" means any weapon which shoots, or is designed to shoot, automatically or semiautomatically, more than one shot, without manual reloading, by a single function of the trigger.

"Person."
(c) The term "person" includes a partnership, company, association, or corporation, as well as a natural person.

"Continental United States."
(d) The term "continental United States" means the States of the United States and the District of Columbia.

"Importer."
(e) The term "importer" means any person who imports or brings firearms into the continental United States for sale.

"Manufacturer."
(f) The term "manufacturer" means any person who is engaged within the continental United States in the manufacture of firearms, or who otherwise produces therein any firearm for sale or disposition.

73d CONGRESS.   SESS. II.   CH. 757.   JUNE 26, 1934. 1237

(g) The term "dealer" means any person not a manufacturer or importer engaged within the continental United States in the business of selling firearms. The term "dealer" shall include wholesalers, pawnbrokers, and dealers in used firearms.

(h) The term "interstate commerce" means transportation from any State or Territory or District, or any insular possession of the United States (including the Philippine Islands), to any other State or to the District of Columbia.

(i) The term "Commissioner" means the Commissioner of Internal Revenue.

(j) The term "Secretary" means the Secretary of the Treasury.

(k) The term "to transfer" or "transferred" shall include to sell, assign, pledge, lease, loan, give away, or otherwise dispose of.

SEC. 2. (a) Within fifteen days after the effective date of this Act, or upon first engaging in business, and thereafter on or before the 1st day of July of each year, every importer, manufacturer, and dealer in firearms shall register with the collector of internal revenue for each district in which such business is to be carried on his name or style, principal place of business, and places of business in such district, and pay a special tax at the following rates: Importers or manufacturers, $500 a year; dealers, other than pawnbrokers, $200 a year; pawnbrokers, $300 a year. Where the tax is payable on the 1st day of July in any year it shall be computed for one year; where the tax is payable on any other day it shall be computed proportionately from the 1st day of the month in which the liability to the tax accrued to the 1st day of July following.

(b) It shall be unlawful for any person required to register under the provisions of this section to import, manufacture, or deal in firearms without having registered and paid the tax imposed by this section.

SEC. 3. (a) There shall be levied, collected, and paid upon firearms transferred in the continental United States a tax at the rate of $200 for each firearm, such tax to be paid by the transferor, and to be represented by appropriate stamps to be provided by the Commissioner, with the approval of the Secretary; and the stamps herein provided shall be affixed to the order for such firearm, hereinafter provided for. The tax imposed by this section shall be in addition to any import duty imposed on such firearm.

(b) All provisions of law (including those relating to special taxes, to the assessment, collection, remission, and refund of internal revenue taxes, to the engraving, issuance, sale, accountability, cancelation, and distribution of tax-paid stamps provided for in the internal-revenue laws, and to penalties) applicable with respect to the taxes imposed by section 1 of the Act of December 17, 1914, as amended (U.S.C., Supp. VII, title 26, secs. 1040 and 1383), and all other provisions of the internal-revenue laws shall, insofar as not inconsistent with the provisions of this Act, be applicable with respect to the taxes imposed by this Act.

(c) Under such rules and regulations as the Commissioner, with the approval of the Secretary, may prescribe, and upon proof of the exportation of any firearm to any foreign country (whether exported as part of another article or not) with respect to which the transfer tax under this section has been paid by the manufacturer, the Commissioner shall refund to the manufacturer the amount of the tax so paid, or, if the manufacturer waives all claim for the amount to be refunded, the refund shall be made to the exporter.

SEC. 4. (a) It shall be unlawful for any person to transfer a firearm except in pursuance of a written order from the person seeking to obtain such article, on an application form issued in

Marginal notes:

"Dealer."

Exceptions.

"Interstate commerce."

"Commissioner."

"Secretary." "To transfer" or "transferred."

Registration requirements.

Taxes.

Fractional parts of year.

Failure to register and pay tax unlawful.

Transfer tax; stamps.

Applicable administrative provisions of narcotic tax law to govern.

Vol. 38, p. 785; Vol. 44, p. 92. U.S.C., Supp. VII, pp. 892, 644.

Refund, if for exportation.

Unlawful transfers.

1238          73d CONGRESS.   SESS. II.   CH. 757.   JUNE 26, 1934.

blank in duplicate for that purpose by the Commissioner.  Such order shall identify the applicant by such means of identification as may be prescribed by regulations under this Act: *Provided*, That, if the applicant is an individual, such identification shall include fingerprints and a photograph thereof.

*Proviso.*
*Identification.*

(b) The Commissioner, with the approval of the Secretary, shall cause suitable forms to be prepared for the purposes above mentioned, and shall cause the same to be distributed to collectors of internal revenue.

*Preparation and distribution of forms.*

(c) Every person so transferring a firearm shall set forth in each copy of such order the manufacturer's number or other mark identifying such firearm, and shall forward a copy of such order to the Commissioner.  The original thereof with stamps affixed, shall be returned to the applicant.

*Identifying marks, etc., to be indicated in orders.*

(d) No person shall transfer a firearm which has previously been transferred on or after the effective date of this Act, unless such person, in addition to complying with subsection (c), transfers therewith the stamp-affixed order provided for in this section for each such prior transfer, in compliance with such regulations as may be prescribed under this Act for proof of payment of all taxes on such firearms.

*Transferor to transfer stamp-affixed order for each prior transfer.*

(e) If the transfer of a firearm is exempted from the provisions of this Act as provided in section 13 hereof, the person transferring such firearm shall notify the Commissioner of the name and address of the applicant, the number or other mark identifying such firearm, and the date of its transfer, and shall file with the Commissioner such documents in proof thereof as the Commissioner may by regulations prescribe.

*Notice to Commissioner of transfers exempted.*

(f) Importers, manufacturers, and dealers who have registered and paid the tax as provided for in section 2(a) of this Act shall not be required to conform to the provisions of this section with respect to transactions in firearms with dealers or manufacturers if such dealers or manufacturers have registered and have paid such tax, but shall keep such records and make such reports regarding such transactions as may be prescribed by regulations under this Act.

*Registered importers, etc.*

SEC. 5. (a) Within sixty days after the effective date of this Act every person possessing a firearm shall register, with the collector of the district in which he resides, the number or other mark identifying such firearm, together with his name, address, place where such firearm is usually kept, and place of business or employment, and, if such person is other than a natural person, the name and home address of an executive officer thereof: *Provided*, That no person shall be required to register under this section with respect to any firearm acquired after the effective date of, and in conformity with the provisions of, this Act.

*Possessors of firearms to register with collector within 60 days.*

*Proviso.*
*Acquisitions after effective date need not be registered.*

(b) Whenever on trial for a violation of section 6 hereof the defendant is shown to have or to have had possession of such firearm at any time after such period of sixty days without having registered as required by this section, such possession shall create a presumption that such firearm came into the possession of the defendant subsequent to the effective date of this Act, but this presumption shall not be conclusive.

*Prosecutions.*
*Presumption raised by possession.*

SEC. 6. It shall be unlawful for any person to receive or possess any firearm which has at any time been transferred in violation of section 3 or 4 of this Act.

*Unlawfully receiving or possessing.*

SEC. 7. (a) Any firearm which has at any time been transferred in violation of the provisions of this Act shall be subject to seizure and

*Seizure and forfeiture.*

forfeiture, and (except as provided in subsection (b)) all the provisions of internal-revenue laws relating to searches, seizures, and forfeiture of unstamped articles are extended to and made to apply to the articles taxed under this Act, and the persons to whom this Act applies.

(b) In the case of the forfeiture of any firearm by reason of a violation of this Act: No notice of public sale shall be required; no such firearm shall be sold at public sale; if such firearm is in the possession of any officer of the United States except the Secretary, such officer shall deliver the firearm to the Secretary; and the Secretary may order such firearm destroyed or may sell such firearm to any State, Territory, or possession (including the Philippine Islands), or political subdivision thereof, or the District of Columbia, or retain it for the use of the Treasury Department or transfer it without charge to any Executive department or independent establishment of the Government for use by it.

Sec. 8. (a) Each manufacturer and importer of a firearm shall identify it with a number or other identification mark approved by the Commissioner, such number or mark to be stamped or otherwise placed thereon in a manner approved by the Commissioner.

(b) It shall·be unlawful for anyone to obliterate, remove, change, or alter such number or other identification mark. Whenever on trial for a violation of this subsection the defendant is shown to have or to have had possession of any firearm upon which such number or mark shall have been obliterated, removed, changed, or altered, such possession shall be deemed sufficient evidence to authorize conviction, unless the defendant explains such possession to the satisfaction of the jury.

Sec. 9. Importers, manufacturers, and dealers shall keep such books and records and render such returns in relation to the transactions in firearms specified in this Act as the Commissioner, with the approval of the Secretary, may by regulations require.

Sec. 10. (a) No firearm shall be imported or brought into the United States or any territory under its control or jurisdiction (including the Philippine Islands), except that, under regulations prescribed by the Secretary, any firearm may be so imported or brought in when (1) the purpose thereof is shown to be lawful and (2) such firearm is unique or of a type which cannot be obtained within the United States or such territory.

(b) It shall be unlawful (1) fraudulently or knowingly to import or bring any firearm into the United States or any territory under its control or jurisdiction (including the Philippine Islands), in violation of the provisions of this Act; or (2) knowingly to assist in so doing; or (3) to receive, conceal, buy, sell, or in any manner facilitate the transportation, concealment, or sale of any such firearm after being imported or brought in, knowing the same to have been imported or brought in contrary to law. Whenever on trial for a violation of this section the defendant is shown to have or to have had possession of such firearm, such possession shall be deemed sufficient evidence to authorize conviction unless the defendant explains such possession to the satisfaction of the jury.

Sec. 11. It shall be unlawful for any person who is required to register as provided in section 5 hereof and who shall not have so registered, or any other person who has not in his possession a stamp-affixed order as provided in section 4 hereof, to ship, carry, or deliver any firearm in interstate commerce.

Provisions of internal-revenue laws extended.

Sale, etc., forbidden.

Disposition of.

Identification marks.

Obliteration, etc., unlawful.

Possession of, deemed sufficient evidence for conviction.

Exception.

Importers, manufacturers, etc., required to keep records.

Regulation of traffic in firearms in places under control of United States.

Unlawful acts.
Fraudulent importations, possession, etc.

Receiving, concealing, etc.

Possession deemed sufficient evidence for conviction; exception.

Transportation in interstate commerce.

Rules, etc., to be prescribed.

SEC. 12. The Commissioner, with the approval of the Secretary, shall prescribe such rules and regulations as may be necessary for carrying the provisions of this Act into effect.

Transfers, when provisions not applicable.

SEC. 13. This Act shall not apply to the transfer of firearms (1) to the United States Government, any State, Territory, or possession of the United States, or to any political subdivision thereof, or to the District of Columbia; (2) to any peace officer or any Federal officer designated by regulations of the Commissioner; (3) to the transfer of any firearm which is unserviceable and which is transferred as a curiosity or ornament.

Penalty provision.

SEC. 14. Any person who violates or fails to comply with any of the requirements of this Act shall, upon conviction, be fined not more than $2,000 or be imprisoned for not more than five years, or both, in the discretion of the court.

Excise taxes.
Firearms herein defined exempt from.
Vol. 44, p. 93; Vol. 47, p. 264.
U.S.C., Supp. VII, p. 604.

SEC. 15. The taxes imposed by paragraph (a) of section 600 of the Revenue Act of 1926 (U.S.C., Supp. VII, title 26, sec. 1120) and by section 610 of the Revenue Act of 1932 (47 Stat. 169, 264), shall not apply to any firearm on which the tax provided by section 3 of this Act has been paid.

Saving clause.

SEC. 16. If any provision of this Act, or the application thereof to any person or circumstance, is held invalid, the remainder of the Act, and the application of such provision to other persons or circumstances, shall not be affected thereby.

Effective date.

SEC. 17. This Act shall take effect on the thirtieth day after the date of its enactment.

Citation of title.

SEC. 18. This Act may be cited as the "National Firearms Act."

Approved, June 26, 1934.

[CHAPTER 758.]

AN ACT

June 26, 1934.
[H.R. 9760.]
[Public, No. 475.]

To amend the Act of June 19, 1930 (46 Stat. 788), entitled "An Act providing for the sale of the remainder of the coal and asphalt deposits in the segregated mineral land in the Choctaw and Chickasaw Nations, Oklahoma, and for other purposes."

Choctaw and Chickasaw Indians, Okla.
Vol. 46, p. 788.
Sales of coal and asphalt deposits authorized.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Act of June 19, 1930 (46 Stat. 788), entitled "An Act providing for the sale of the remainder of the coal and asphalt deposits in the segregated mineral land in the Choctaw and Chickasaw Nations, Oklahoma, and for other purposes", is hereby amended so as to permit the Secretary of the Interior, in his discretion, to sell under the provisions of said Act the coal and asphalt deposits referred to therein in tracts of less than nine hundred and sixty acres where such smaller tract or acreage adjoins a developed tract on which active mining operations are being conducted and is needed by the operator in further developing the existing mine: *Provided,* That where the sale of such smaller tract or acreage is not deemed advisable, the Secretary of the Interior may in his discretion, lease said tract under the same terms and conditions as developed tracts are leased under the Act of April 21, 1932 (47 Stat. 88), with the exception that the minimum tonnage requirement contained therein is hereby waived as to leases on such small tracts.

*Proviso.*
Leases.

Vol. 47, p. 89.
Minimum tonnage requirement waived.

Approved, June 26, 1934.

Compendium_Responsive Brief
Page 101

# BOOKS

evans tcp

Evans Early American
Imprint Collection

All Digital Collections | Login
Your bookbag has 0 items

Home        Search        Browse        Bookbag        Help

**The American jest book: containing a curious variety of jests, anecdotes, bon mots, stories &c. : Part I[-II].**

Table of contents | Add to bookbag | How to cite

---
Page  [unnumbered]
---

---
Page  [unnumbered]
---

[illustration]

**FRONTISPIECE**

---
Page  [unnumbered]
---

THE AMERICAN JEST BOOK: CONTAINING A CURIOUS VARIETY OF
JESTS, ANECDOTES, BON MOTS, STORIES, &c.

PART I.

*PHILADELPHIA:* PRINTED FOR M. CAREY, AND W. SPOTSWOOD.

M,DCC,LXXXIX.

---
Page  [unnumbered]
---

**THE AMERICAN JEST BOOK.**

A BLACKSMITH in a country town, while shoeing a horse, was gazed at by a num|ber of negroes as they were passing by; being a little piqued at being the object of the blacks' at|tention, and attempting to cast a slur upon them, he said, "*I believe hell's broke loose.*"—"*Yes, massa,*" says one, "*I see de devil got hold de horse's foot.*"

2. A tradesman, whose love of money made him prescribe, as beneficial to his servants' health, and his own profit, *the practice of early rising,* one morning gave a poor *black man* a severe scolding for suffering the sun to shine on him while in bed —concluding his lectures with a severe threat, if he should ever after find him not up at sun rise. "At sunrise, massa?" asked the honest African, in the native sim|plicity of his soul—it was worth a casket of dia|monds to him—"At sun-rise, massa? But suppose, massa, the sun rise before day-light—what shall I do den, sir?" The master made no reply, and *Sambo* was dismissed.

3. A very pious gentleman, but rather worldly, who lives not many miles from Boston, made it his constant practice to call up his family before day, in order that they might attend prayers, and be ready for their labour in good season: one morning having mustered his family rather earlier than com|mon, he commenced family duties by prayer, during which, he returned thanks to the Lord, that they

———————————

Page  4

were brought to see the light of *another day:* an old negro standing by, cried out, "*Top, top, vate a bit, no day yet, massa, sartin, no day yet.*"

4. Soon after the peace, a merchant in Wilming|ton. North Carolina, wrote to one of the principal shippers in London, an order to send out thirty thousand *black tacks;* the writing being indifferent, the gentleman thought it meant *black jacks;* and al|though the order appeared a little romantic, he used his utmost endeavours to comply with it. After collecting in London, Birmingham and Sheffield, he could only glean up ten thousand, which he dis|patched with an apology that he could not then complete the order, but was in hopes in a short time *he should be able to send the remainder.*

5. When the French sleet, during the late war, entered the British channel, the English fleet under sir Charles Hardy, stood away, as if bearing for port; a jack tar, on board the Royal George, see|ing this proceeding, went below, and bringing up his hammock, went to the head of the ship, which had the figure of George II. for its ornament—"*Let me, old boy,*" said he, "*muffle you, for damn me but it would hurt you too much to see us running away.*"

6. Mr. Mackenzie, who has sometimes been cal|led the Scots *Addison,* is by profession an attorney. He was lately in company with sir William Howe, in the Highlands of Scotland. After dinner, the conversation happened to turn upon poison; the va|rious effects of different species were mentioned, and among others, those of ratsbane and laurel water. "We say in England," said the general to mr. Mackenzie, "that *ratsbane* will not kill a lawyer."—"And we say in Scotland," replied the wit, "that some generals are in no danger from *laurel.*"

7. A certain young gentleman, well known a|mong the *choice spirits* of Charleston, South Carolina, for singing a good song, being lately recovered from an indisposition, which made him look rather down

———————————

Page  5

in the mouth, was accosted by an old acquaintance, with, "how are you, my buck? don't you feel very ugly at present?" "very ugly, indeed," replied the valetudinarian —"that's not to be wondered at nei|ther," replies the other, "for ever since I first saw you, I always look'd upon you to be a *d—d ugly fellow.*"

8. Some years since, one *Tom Hide,* an Indian, famous for his cunning, went into a tavern at Brook|field, in Massachusetts, and after a little talk, told the landlord, he had been hunting, had killed a fine fat deer, and that if he would give him a quart of rum, he would tell him where it was.—The land|lord did not wish to let slip so good

an opportunity to obtain the venison, and immediately measured the Indian his rum —"Well," says Tom, "do you know where the great meadow is?" "Yes"—"Well, do you know, where the great marked maple|tree that stands in it, is?"—"Yes"—"Well there lies the deer." A way posted the taverner with his team, in quest of his purchase: he found the meadow and the tree, it is true; but his searchings after the deer were in vain; and he returned no heavier, but in chagrin, than he went. Some days after, he met the Indian, and violently accused him of the deception. Tom heard him out, and with the coolness of a phi|losopher replied, "did you not find the meadow, as I said?"—"Yes," "and the tree?"—"Yes"—"and the deer?"—"No."—"Very good," con|tinues he—"you found *two truths to one lie, which was very well for an Indian.*"

9. A certain *trading justice* in Boston, notorious for his *professional ingenuity,* some time since employ|ed a poor man to saw a load of wood, for which he agreed to give him *eighteen-pence.* The man, in order to be more expeditious in the business, stripped off his coat and laid it in the street.—After finishing the job, he found, to his surprise, that the coat had

---

Page  6

vanished, and asking the justice, who had been at the door, nearly the whole time, if he had seen any thing of it—the worthy magistrate replied, "he had *found* a coat in the street," and producing it de|sired to know, "if he could swear to the property;" on the poor man's answering in the affirmative, he proceeded to administer the oath: after which, on restoring the coat, he shrewdly observed to the poor fellow, *that they were now clear of each other, the price of the work being eighteen pence, and his fees amounting to the same.*

10. A few years since, some boys, equipped in mock military accoutrements, such as paper-caps, paper-belts, wooden swords, &c. were beating up for recruits in Parliament-street, Boston; their ser|jeant made a stand at a corner, and a number of peo|ple soon collected about him, among whom were some officers of the British army, of the delicate cast, then quartered in Boston: young Kite delivered his speech at the drum-head; after which many boys, candidates for military fame, presented them|selves to be enlisted, were approved, and after hav|ing received dumps, in lieu of entrance-money, join|ed the party: among the rest, a wretched little boy, bow-legged and otherwise deformed, offered himself as a volunteer to this corps of real *infantry:* on his approach, serjeant Kite, with a profound import|ance, cocked his hat, and after viewing him cap-a|pee, with an air of supreme importance, "sirrah," says he, "what do you mean? how durst you insult his majesty's service you a soldier! why you are a disgrace to human nature; march off directly, or I shall chastise your presumption." On this the poor rejected lad was retiring apace, when an arch boy, eyeing the spectators in scarlet with a look shrewdly expressive, at the same time pulling the serjeant by the sleeve, "*sir,*" says he, "*call him back, call him back, he'll ◇ for an officer.*"

11. During the late war, an English frigate hav|ing come up the Patowmac, a party was landed,

---

Page  7

who set fire to and destroyed some gentlemen's houses on the Maryland side in sight of mount Ver|non, general Washington's house; after which the captain, (I think captain Greaves of the Actaeon) sent a boat on shore to the general's, demanding a large supply of provisions, &c. with a menace of burning it, likewise, in case of a refusal. To which mr. Lund Washington replied, "That when gene|ral Washington engaged in the contest, he had put all to the stake, and was well aware of the expo|sed situation of his house and property; in conse|quence of which, he had given him orders by no means to comply with any such demands, for that he would make no unworthy compromise with the enemy, and was ready to meet the fate of his neigh|bours" The captain was highly incensed on receiv|ing this answer, and removed his frigate to the Vir|ginia shore; but before he commenced his operati|ons, he sent another message to the same purport, offering likewise a passport to mr. Washington to come on board: he went accordingly in the boat, carrying with him a small present of poultry, of which he begged the captain's acceptance. His presence produced the best effect—he was hospita|bly received, notwithstanding he repeated the same sentiments with the same firmness. The captain ex|pressed his personal respect for the character of the general, commending the character of mr. Lund Washington, and assured him, nothing but his hav|ing misconceived the terms of the first answer, could have induced him for a moment to conceive the idea of taking the smallest measure offensive to so illustrious a character as the general, explaining at the same time the real or supposed provocations which had com|pelled his severity, on the other side of the river. Mr. Washington, after spending some time in per|fect harmony on board, returned, and instantly dis|patched sheep, hogs, and an abundant supply of other articles, *as a present to the English frigate.*

––––––––––––––––
Page  8

12. The constitution of Pennsylvania makes a year's residence in the state, and payment of taxes, the sole requisites to qualify a man for an elector.

At an election, when parties were violent, each warmly canvassing for suffrages, a captain of a ship, then lying at the wharf, took his seamen to a ma|gistrate, paid a tax for each, and procured a certifi|cate of the payment—then putting such tickets or votes in their hands, as he pleased, led them to the state-house, where they all lodged their votes.

On the return of the ship the next voyage, just before she arrived in Delaware bay, she was surround|ed by a vast multitude of porpoises, pursuing a westerly course with the ship. "See here," says one of the sailors, to his ship-mate, "what a mer|ry company we have." "Yes, d—n 'em," replies Jack, "*they are driving for Philadelphia, I believe, to pay taxes, and vote for assemblymen.*" The cap|tain, who was then walking on the quarter deck, heard the sarcastic wag, and smiled, but said not a word.

13. A very worthy man in a neighbouring state, was remarkable for his absence of mind. In one of his profound reveries, he saddled his horse to carry a bag of corn to a mill at some distance, but forget|ting to place the bag and himself too upon the horse, he took the corn upon his own shoulders, led the horse and marched nearly a mile, before he discover|ed his mistake. At length one of his neighbours met him, and to his great surprise, asked him whe|ther it would not be easier for him to let his

All Digital Collections | Login

Your bookbag has 0 items

**Evans Early American**
Imprint Collection

evans tcp

Home      Search      Browse      Bookbag      Help

**French arrogance; or, "The cat let out of the bag;" a poetical dialogue between the envoys of America, and X.Y.Z. and the lady.**

Cobbett, William, 1763-1835.

Table of contents | Add to bookbag | How to cite

---

Page [unnumbered]

---

Page [unnumbered]

*FRENCH ARROGANCE;* OR, "The Cat let out of the Bag;" *A POETICAL DIALOGUE* BETWEEN THE ENVOYS OF AMERICA, AND X. Y. Z. AND THE LADY.

*PHILADELPHIA:* PUBLISHED BY PETER PORCUPINE, OPPOSITE CHRIST-CHURCH, AND SOLD BY THE PRINCIPAL BOOKSELLERS. 1798.

[*Price* 25 *cents.*]

[*Copy-Right secured according to Law.*]

---

Page [unnumbered]

## ADVERTISEMENT.

THE Author has thought proper to form this poem into a dialogue, as it furnished an opportunity of displaying, with more perspicuity, the natural gasconading arrogance of France, and the just retort and manly independence of her opponents. He likewise considered the Hudibrastic measure best adapted for interspersing that requisite burlesque which the subject required: how near he has come to the celebrated Butler, or whether he has had him at all in view, is left to the ad|mirers of that author to decide.

---

Page [unnumbered]

## FRENCH ARROGANCE, &c.

### INTRODUCTION.

QUARRELS arise we know not why,
Yet they exist we can't deny,
Different in habit and in feature,
Some private, some of public nature.

The ladies jar at every meal,
They think it witty and genteel;
To backbite and to scandalize
Is charming in the fair ones' eyes.

The nymph will quarrel with her swain,
Because she knows 'twill give him pain;
She's so tenacious of her lover,
He must not look at any other;
Thus are we trammel'd when we court,
And made the butt of woman's sport:
And ask the damsel why she teazes?
Most like she'll say, because she pleases,
It is her fancy to perplex him,
The more she loves, the more she'll vex him,

---

Page 6

Will ne'er desist nor give him quarter,
But keep him always in hot water,
Until she's gain'd him and his riches,
And then perhaps she'll wear the breeches.
The sex, alas! tho' fam'd for beauty,
Think contradiction is their duty;
But we must yield and seldom flout them,
Because we cannot live without them.
Yet man is frail as well as woman,
Tho' 'tis not always quite so common.
Some think their love cannot be zealous,
If of their wives they are not jealous,
When they most likely are the reason,
For acts of matrimonial treason.
T' avenge an insult to his jewel,
He must of course provoke a duel;
And should he 'scape this bold affray,
And "live to fight another day,"
He only lives to see his spouse
Gallant with others and carouse,
To feel each morn his horns a sprouting,
Which must be *pleasant* past all doubting.
But these are jars in private station,
A mortal stab to reputation,
A kind of murder in the retail,
Of which there is a lengthy detail.
But public feuds should widely alter,
And no man should by wholesale slaughter.

---

Page 7

Men are not mushrooms—by this light!
Nor can we get an army in a night.

King Solomon the wise, we're told,
Had children e'en an hundred fold;
But then t' account for all these lives,
He had an army form'd of wives:
The case is alter'd now you know,
We dare not even marry two.
This maxim therefore I'll propose,
Before two nations come to blows,
To have a proper explanation,
And cooly weigh the disputation.

## AMERICA.

MOST potent *citizens* of France,
Renown'd for war, and complaisance,
Renown'd for conquest and for glory,
We come to tell a plain and candid story;
To now present you our credentials,
And argue chiefly on essentials;
We therefore hope you'll be explicit,
'Tis all we ask for and solicit;
Our love for you was always pure,
Which prompts us to this overture;
Peace is our object and our aim,
Against a war we all declaim;

Page  8

War is the bane of human life,
The child of discord and of strife;
We've strove to keep it at a distance,
And hope 'twill bear our firm resistance;
At variance we have been 'tis true,
But trust our friendship will renew;
Our errand here is really meant
A lasting friendship to cement,
To cancel and destroy defection,
And fix a permanent connexion;
Which you'll approve without a frown,
As men of *honor* and renown,
As men of *"public faith"* and trust,
Who're *merciful as well as just.*

## FRANCE.

OF these rare virtues we've a store,
We likewise have a number more,
Which you shall find, ere you leave France,
Or say that Frenchmen cannot dance.
But your ideas are too illusive,
You speak in language too conclusive.
Shall France, possess'd of all her pow'r,
Submit to you because you low'r;

*Foutre diable,* 'twill not do,
Such language certainly you'll rue;

---

Page 9

Suppose, Commissioners all three,
You were to copy after me,
Take Frenchmen's conduct for a sample,
In every thing they're *wise* and *ample;*
Observe me therefore very nice,
And hear with patience my advice:
The speech of your great President,
Our nation one and all resent;
He talks to us, the mighty Gauls,
As big as church you call Saint Paul's,
Like Buonaparte the Gallic god,
Who has *ten millions* at his nod,
And cou'd, if he was firmly bent,
Turn upside down your continent;
Displace your Chieftain or your Head,
Make war and desolation spread;
Reduce your cities to a level,
And send your Congress to the devil;
Destroy your forts of ev'ry kind,
And "leave not" e'en "a wreck behind;"
Drain dry the vast Atlantic Ocean,
And plant disorder and commotion;
Slay all your women and your men,
And march in triumph back agen.
Avert the danger of delay,
And save your country whilst you may.

---

Page 10

Your haughty speech must be disjointed,
Before you see the Lords *anointed;*
Start not, *messieurs,* nor even grumble,
The speech I say must be more humble;
Or else, to save a deal of pother,
Suppose you was to make another,
As thus—"Renown'd and mighty men,
We've err'd, but ne'er will err agen;
We once conceiv'd, oh! vain the thought,
Our freedom, which with blood we bought,
Was purchas'd to the end of time;
That thought we now confess a crime;
No right have *we* to live at ease,
Unless the great *Direct'ry* please;
Our lands are yours, nay e'en our lives,
Our sons and daughters, and our wives;
When *France* shall send her mighty mission,

Both one and all shall bow submission;
*Great Britain's treaty* we'll dispel,
And drive those English dogs to h—ll;
E'en Porcupine and all his crew,
His press, his types, his paper too,
His clerks, his 'prentices, and men,
Shall trudge to England's isle agen,
Not e'en a vestige shall you meet
Of him nor his in Second-street.
If after this you're not content,
M'K—n shall be our *President;*

Page 11

And as a lustre to the scene,
Our Vice shall be great G—l-t-ne;
We'll then appoint, for strength and weight,
Shrew'd N-ck-l-s, Secret'ry of state;
L—n, that brilliant fighting star,
Shall be our Secret'ry of War;
And B—che, your warmest advocate,
We'll dubb the Printer of the State;
With such a groupe, what pow'r can wrench
The vict'ry from the matchless French!
Cerb'rus of old, who watch'd so well,
And was the centry dog of h—ll,
Could not more fiercely guard the gates
Than this *grand compact* would our states;
Their talents can't, should they be sent,
E'er "stop the wheels of government;"
But smoothly onward they would glance,
Just like the government of France;
And then each member should agree
To wear the *cap of liberty,*
With strictest orders, when they're made,
To paste a national cockade
Just in the front, to catch the eye
Of strangers when they're passing by.
At every ball our belles should dance
In all the elegance of *France;*
No fashion like the *French* can please,
E'en from the stocking to *chemise;*

Page 12

Our bucks and bloods, where'er they dine,
Shall drink nought else but *Gallic* wine;
And in their cups shall chaunt and sing—
Long live the French, and d—n the king;
We mean the king of Britain's land,
Whose fleets and armies you'll command;

Then teach those Britons to be free,
And learn John Bull *equality.*"

Now this would be quits apropo,
And you'll acknowledge it we know;
Or else you cannot go before 'em,
Nor e'er behold their *grand sanctorum;*
I speak my mind, and speak it clear,
'Tis known the *French* are all sincere.
But we'll proceed without delay,
As I'm in haste and cannot stay:
*Money's* our next and grand command,
Which you must furnish on demand;
You know we cannot *"cut a splash"*
Without that article called *cash:*
*Money, Money's* the thing you know,
Which makes the *man* and *mare to go;*
A little *now* would answer well,
In fact 'tis but a *bagatelle:*
The sum from Holland due to France,
You cannot scruple to advance;
The *Dutch* are money getting men,
And will return it back agen;

Page 13

They'd send you readily, no doubt,
Large cargoes of their *sour-crout;*
'Twould sell in market by retailers,
And keep the scurvy from your sailors;
It has not quite so fine a smell,
But ne'er mind that if it will sell.
They'd send you pipes and little toys
To please your pretty girls and boys;
So don't be pushing or severe,
But have some patience with *mynheer.*
They'll pay you even to a stiver,
Or say that *France* is no contriver.
Another sum I'd here propound,
I think 'tis *fifty thousand pound,*
By way of present, or *douceur;*
To make your interview more sure.
All locks of whatsoe'er degree,
Will open with a golden key;
'Tis understood—needs no refining,
That ev'ry pocket wants a *lining.*
Lawyers you know will not agree
To plead a cause without a fee;
And some there are, you may depend on't,
Are fee'd by plaintiff and defendant.[*]
Algiers did not your men release,
Before you paid the dollars for a peace.

Page 14

Can you refuse *all gentle France,*
And pay these *robbers* in advance?
Why hesitate and make this fuss
To gain or purchase peace with us?
Pray do not frown and mournful stand,
But sign the terms of Talleyrand,
" And look before you, ere you leap,"s
For as you sow, you're like to reap.

AMERICA.

YOUR doctrine's strange we must confess,
It seems a riddle, nothing less;
You cannot certainly be serious,
But must be joking or delirious,
Or else you think us void of sense,
And can't discern your *insolence.*
But know ye, sirs, we represent
A people ready to resent;
A *nation* that can ward a blow,
And hurl defiance on their foe;
Who will in *freedom's* cause advance,
And fight—if needful—mighty France!
The blust'ring blades who rant and swagger,
And are for drawing sword and dagger,
Are not the heroes they pretend,
But oft prove cowards in the end.

Page  15

Redress for injuries we implore,
For nothing else, we ask no more.
Justice we want, for that we press,
We cannot, will not, take no less;
For *war* with us you've sometime held,
Which we'll avoid unless compell'd.
Our wrongs you know before they're told,
Yet we shall briefly them unfold.

Have not your nation's *privateers*
Set us together by the ears,
At least endeavour'd so to do?
This, sirs, is positively true.
Have they not seiz'd, in wanton sport,
Our vessels near their destin'd port,
And sent them to another part
To practice ev'ry plundering art;
Where they have ships and cargoes sold,
And robb'd e'en passengers of gold?
They've e'en disgrac'd our very seamen,

And put in irons honest freemen;
To language base they've added blows,
And used them like inveterate foes.
Can we sit tame without surprize,
And bear such treatment from allies?
Repel such acts whilst life remains,
Or live in bondage and in chains.
Our friends you were some time ago,
But acts like these bespeak a foe.

Page  16

We thought you honest, fair and kind,
But *honesty* you've guillotin'd,
And thrown her carcafe and her head
Amongst your butcher'd, injur'd dead.
Such deeds will live from age to age,
And stain with blood th' historic page;
A race unborn will drop a tear,
When they your cruel actions hear.
We thought you polish'd and polite,
But *there* we've prov'd an oversight.
Your brutal rage has far out-done
The vilest deeds beneath the sun;
You've ransack'd every town and village,
And liv'd on cruelty and pillage.
Compar'd to thy most savage reign,
The bloody Nero's was humane.
'T would beggar language to describe
The horrid acts of half your tribe.
Did not your minister G—n—t,
Our untaught country-men beset,
With cringes and insidious smiles,
And all his catalogue of wiles?
Did not he shun our government,
And land elsewhere to circumvent,
To sound the minds and dispositions,
And circulate your d—d commissions?
Deception was his *"ruling star,"*
To loose at large "the dogs of war."

Page  17

But now he's wedded to his charmer,
And turn'd a penitential farmer;
Repents of ev'ry former ravage,
And plants potatoes, leaks and cabbage;
Keeps ducks and chickens, kills his mutton,
And lives as snug as any button;
Conceives Long-Island a retreat
Surpassing pageantry and state:

To France he'll never more be led,
Because he values much his *head.*

The speech of our First Magistrate,
You wish to maul and mutilate;
You say it grates upon the ear,
And must be alter'd, that is clear.
In fact, you say 'tis not a true one,
And we had better make a new one;
You then hold out a language vile,
And say 'tis just the very style,
Exact the thing, "quite apropo',"
And we'll acknowledge it you know.
To answer all your paltry stuff,
Wou'd make you strut, parade, and puff,
Augment your nation's nat'ral vanity,
Which nearly borders on insanity.
We will not Adams e'er disgrace,
Nor from his speech a word erase;
He spoke what every heart shou'd feel,
And prov'd his patriotic zeal;

Page 18

He was the object of our choice,
And echo'd forth Columbia's voice.
Be silent therefore on that head,
We will not by the nose be led;
Cat's paws nor tools we'll never be,
But are determin'd to be free.

Respecting *cash,* which you demand,
We've not our treasury at command,
And if we had we'd ne'er agree
To lend a dollar unto thee,
Until you'd made a reparation
For ev'ry act of depredation.

You talk of Holland very much,
And praise these money making Dutch;
But what is that to us—if true,
The devil take their sour-crout and you.
No doubt they're very much provok'd
To find themselves so strongly yok'd;
But if 'mongst *hogs* they've chose a stye,
Like *hogs,* for God-sake, let them lie;
Give them their sour-crout and pipes;
Some gin to keep them from the gripes;
They'll smoke and drink and make a row,
And get as drunk "as David's sow."
Mynheers are hardy plodding fellows,
If you want wind they'll blow the bellows•

Page 19

How you get cash it makes no odds,
We'll not "give six-pence," by the gods!
With what sang froid you ask for money,
We can't but smile, you are so funny;
You thought, when you propos'd this loan,
We'd found the what d' y' call-um stone,
Philosopher's I mean to say,
Which makes pure gold from potter's clay,
As quick as you with truth comply,
Tho' not so fast as you can lie.

Ere you attempt to ask for more,
You should rub off your ancient score;
You wish to live on depredations,
And tax the people of all nations,
To gormandize on others' spoils,
And reap the harvest of their toils;
To *"cut a splash"* at our expense,
And laugh to prove our lack of sense;
Your meaning's clear, we have a view of it,
But think we know a trick worth two of it.
If to this pitch you cannot rise,
Without *our* granting the supplies,
Go live on sallad, mice and frogs,
And fricasee you cats and dogs;
We care not how your nation raves,
" Columbians never will be slaves."

Page  20

FRANCE.

COME, come, messieurs, you must advance,
Consider now the strength of France;
They have your interest in view,
And only act as *friends* to you.
You've made a fine elab'rate speech,
Yet seem'd to've soar'd above your reach;
Reflect a little, and beware,
There is no foothold in the air;
Mind that yourselves you don't enthrall,
Perchance you may receive a fall,
A fall perhaps you will deplore,
As you may never rise no more.
France she entreats with eyes brim full;
You'd view the state of poor John Bull;
How he must meet our rage and fury,
And very soon, I do assure you;
Perhaps you know not our intention,
Permit me therefore, just to mention:

England—that *paltry! bit of land,*
We mean to conquer and command;
'Twill yield the moment we appear,
We'll petrify the dogs with fear;
Balloons are made, and rafts constructed,
By which our hosts will be conducted;
Through clouds of smoke Balloons will sail,
And drop upon their coast like hail;

---

Page  21

---

Chock full of men they'll all appear,
And darken e'en the very air;
So true they're steer'd, they'll drop with ease,
On whatsoever spot they please;
And some they really do intend,
Shall in the *palace yard* descend;
Alarm the House of *Lords* and *Commons,*
And issue out a gen'ral summons;
With which all members shall comply,
Or in an instant they shall die.
Then farewell Anti-gallic glory,
Good by t'ye *Billy Pitt* the *tory,*
Dundas and him this storm shan't weather,
But both shall go to h—ll together.
Others they'll order and arrange,
To light exactly in th' *exchange;*
Confuse the merchants and the jobbers,
And all the speculating robbers,
Who'll fell their stock, if you'll believe me,
From tribes of *Dan* to tribes of *Levy;*
They'll swear it was by their desire,
And *France* is Israel's Messiah;
Tune up the *psalt'ry, harp* and *sackbut,*\*
And banish those who scrape *on catgut;*
Ope all their windows and their doors,
Embrace French politics and wh—rs.
They'll bless their happy, happy chance,
That they have met the sons of France.

---

Page  22

---

Our spacious *rafts* would make you stare,
Some two, and others three miles square.
To view this mighty floating army,
Would quite astonish, and alarm ye.
As thick as hops, or hives of bees,
You'll see them gliding on the seas;
They're all so frolicksome and skittish,
In hopes to broil and roast the British,
To eat and drink like any glutton,

And cut them up like pork or mutton.
On every raft is fix'd a battery,
That would to atoms quickly shatter ye.
Each man, I'm told, you may rely on,
Is near as brave as *spitting L—n;*
Whose deeds atchiev'd by *wooden sword,*
Surpass description, 'pon my word.
These rafts are meant, should ere they meet,
To sink and burn the English fleet;
And after that, the mighty host
Shall land upon the British coast.

As France is matchless at invention,
Another thing I'll beg to mention.
They mean to carve a *wooden* fish,
Large as a man would really wish,
To hold his powder and his ball,
His gun, accoutrements and all;
Some bread and garlic, and a sausage,
Will serve 'em for so short a passage;

---

Page  23

Vast shoals of these are now a making,
For this important undertaking!
They'll dart from ev'ry port and quarter,
And swim so *nicely* thro' the water,
All arm'd with fins and massy scales,
Like *grampuses* or *sharks* or *whales;*
And ev'ry now and then you know,
They'll raise their snouts to puff and blow.
Quite unsuspected will they swim,
For who'd e'er think of such a whim?
No one would doubt but they were fish,
Unless they saw them on a dish,
Which they'll prevent by swimming deep,
And keeping watch when e'er they sleep.
How France will laugh when looking over,
And see them on the beach at *Dover;*
And how the country folks will yell,
When every fish shall drop his shell,
And stand erect in full array,
To take their towns, to kill and slay.

Still on the wing for vast contriving,
We've got machines or bells for diving;
They of two properties partake,
To fink or swim like *duck* or *drake;*
When e'er they hear a cannon pop,
A cord is pull'd and down they drop.
To us the nations all must yield
For arts on water and the field;

Page 24

Witness, you know, the fate of Venice,
Who were to us like balls at Tennis;
Each Frenchman prov'd a noted drubber,
Who play'd and beat them every rubber.
We play'd the deuce with these Italians,
We took their cows, their mares and *stallions,*
And put them into requisition,
To serve our craving disposition.
" Remember, how in arms and politics,"
We've work'd the Pope and all his "holy tricks."
The *cardinals,* the *nuns* and *friars,*
Were all let loose to French desires.

Take warning therefore ere too late,
Or else you'll share their very fate.
No longer hesitate, we pray,
But grant the loan without delay.

AMERICA.

WE know too well your plots and schemes,
And treat them all as idle dreams;
We likewise know your greater *half,*
Are made to gasconade and laugh;
But laughing, sirs, will never do,
Americans are staunch and true;
True to her friends, yet won't forego
A just resentment to her foe.

Page 25

Our country's cause, with joy elate,
I think I now anticipate,
And see the Fathers of our soil,
Resolv'd again to share the toil;
Their sons turn out with manly zeal,
To prop their *native common weal;*
With shoulder'd arms and pointed lance,
To dare the menaces of France;
To fight for what their fathers fought,
When they their Independence bought;
To fight the foe of any hue,
Who dare encroach on *Freedom's* due.

Addresses now I think are sent,
From north to south the Continent,
Compos'd of patriots in the cause,
Who will support Columbia's laws;
Resolv'd *firm* ADAMS to defend,
Before they'll any lower bend:

'Tis needless any more to press,
We cannot, will not acquiesce▪

FRANCE.

WELL, well, messieurs, once more we'll try,
And send a *Lady* by and by;

---

Page  26

---

If she won't do on this occasion,
Farewell *finesse* and French persuasion.
Adieu, messieurs, we'll send the lady▪
To bring you over and persuade ye.

ENTER

LADY.

MESSIEURS, your most, I'm proud to see
The *Envoys* of America.
You're from some gay and gallant City,
You look so smart, so very pretty;
Whether from Boston, or Virginia,
'Twould give me happiness to win ye;
The ladies *here* admire your parts,
And hope to gain Columbian's hearts.
I therefore beg that you'll be seated,
For ceremony *here's* defeated.
We know nought else but mirth and jolity,
And live in *freedom* and *equality.*
Thus introduced, I 'll speak my mind,
Which you'll perceive, unless you're blind.
Our minister, the fam'd and grand,
The most *sagacious,* Talleyrand,
Has through some channel, I am told,
Requested you to furnish gold,
Which you conceive a great affront,
And will not pay, depend upon't▪

---

Page  27

---

Now there I think you very wrong,
As 'twill the business much prolong,
And may perhaps a War create,
Which *we abhor and really hate.*
Our spies are out from south to nor'ard,
And know full well how things go for'ard;
'Twas thought with us, but *now* decided,
That 'mongst yourselves you are divided;
Our party's strong, I don't dissemble,

And may, 'tis likely, make you tremble.
Down with the *cash,* without such fuss,
And you'll again be one of us;
You will not sure yourselves disgrace,
When once a *lady's* in the case;
For to be candid, frank and free,
The *fifty thousand* is for me,
To purchase pins to stick my cushion,
That made the gentlemen so *pushing:*
A sum for pins is very common
With ev'ry fashionable woman:
Another thing—but draw the screen—
I'm the *direct'ry's, grand* machine;
With me they take a vast delight,
To do their business, day and night;
Don't smile, my dearest! Johnny M-r-h-l;
I now begin to feel quite partial,
To gaze on you and Elbridge G-r—y,
My eyes I'm sure would ne'er be weary,

Page  28

Likewise, my charming Charley P-n-k—y;
You're clever men, the devil sink me!
I love all handsome Plenipos,
Such *satisfaction* with them goes;
They have most noble gen'rous hearts,
And then of course they're men of *parts,*
Of *sense* I mean, and penetration,
And schollars at negociation.
I'm not asham'd to say, *messieurs,*
That I'm in love o'er head and ears;
So now to settle this dispute,
Suppose we one and all salute;—
What! not indulge me with a *kiss!*
Is all my rhet'rick come to this?
Is this Columbian gallantry?
Oh fye! commissioners, oh fye!
Deny a lady of my *figure!*
You surely can't be men of vigor:
But pay the *cash,* I shall not rue,
I value not your kiss a sous;
Shall leave you all to meditate
On what of course will be your fate,
And go post haste to Talleyrand,
Who soon shall make you understand.

*Exit Lady in a passion.*

Page  29

## AMERICA.

THIS lady's neither more nor less
Than some French *cheat,* in woman's dress,
Sent here on purpose to delude
Our hearts from moral rectitude;
However, be it as it will,
We're proof against her *nation's* skill.

## FRANCE.

WELL, gentlemen, we're come again,
And hope you're in a better vein;
The *lady* has, we make no doubt,
Made every thing much plainer out,
The sex are vastly our superiors,
And men must knuckle as inferiors;
The business doubtless, she has done,
You've only now to sign the *loan,*
We'll call for paper, pen and ink,
And then sit down to smoke and drink.

## AMERICA.

NOT quite so hasty, *gentlemen,*
We want not paper, ink or pen.

---

Page  30

The Lady we have heard 'tis true,
But all her arguments won't do
She's thrown out ev'ry art and lure
About the loan and her douceur,
And laid on flattery so thick,
We thought it would have made us sick.
Tho' Adam was by woman drawn in,
We'll not be done by Gallic fawning;
Eve was a beauty form'd to win,
No wonder Adam gave it in.
Her beauteous limbs! her lovely Face,
Was *nature's* dignity and grace,
She gave the apple with a grandeur!
No man existing, cou'd withstand her!
Now your sweet lady gave disgust,
For she demanded money *first,*
The part she play'd we must deplore,
Was too much like a common wh—e;
She flew like lightning when she found
She'd lost the *fifty thousand pound;*
However, sirs, we'll not dispute,
But give an answer to your suit.
Firm as a rock! we'll ever stand,
And scorn the schemes of Talleyrand,

Not France with all her pow'r combin'd,
Shall shake the purpose of our mind.
Talk not of "faith, of public trust,"
When you're unwilling to be just;

---

Page  31

Insult no more, no more intrude,
And let this visit now conclude;
Too long we've borne your galling pride,
'Tis now high time we should divide;
Return no more, unless your nation
Will pay for every depredation.
The path great WASHINGTON has trod,
Shall lead Columbians to their GOD;
On this grand *base* we'll stand or fall,
And hurl defiance on each Gaul.

FINIS.

Powered by DLXS
To comment or inquire about content, contact evanstcp-info@umich.edu
To report errors, contact DLPS Help

Oxford English Dictionary | The definitive record of the English language

---

# accoutrement | accouterment, *n.*

**Pronunciation:** ⓘ Brit.    /əˈkuːtrɪm(ə)nt/,    /əˈkuːtəm(ə)nt/, U.S.    /əˈkudərmənt/,    /əˈkutrəmənt/

**Forms:**  1500s **accotrement**, 1500s **accoustramment**, 1500s–1600s **accoustrement** , 1500s–1600s **accutrement**, 1500s–1600s (1700s *North American*) (1800s *U.S.*) (1900s– chiefly *U.S.*) **accouterment**, 1600s **accounterment**, 1600s **accustrement**, 1600s **acowtrement**, 1600s (1700s *North American*) **accoutriment**, 1600s– **accoutrement**, 1700s **accotroment** (*North American*), 1700s **acuttrement** (*North American*); also *Scottish* pre-1700 **accowterment**, pre-1700 **accowtrement**, pre-1700 **accoutrement**.

**Frequency (in current use):**

**Origin:** Probably of multiple origins. Probably partly a borrowing from French. Probably partly formed within English, by derivation. **Etymons:** French *accoutrer* ; ACCOUTRE *v.*, -MENT *suffix.*

**Etymology:** Probably partly < Middle French *accoustrement*, *accoustrement*, *accouterment*, French *accoutrement* way of dressing, clothing, ornament, decoration, (in plural) accessories (all late 15th cent.), set of clothes (1543; < *acoustrer* , *accoustrer* ACCOUTRE *v.* + *-ment* -MENT *suffix*), and partly < ACCOUTRE *v.* + -MENT *suffix*. Compare slightly earlier ACCOUTRED *adj.*

**1.**

**a.** In *plural*. Items of apparel; (more generally) additional pieces of dress or equipment, trappings; (*Military*) the outfit of a soldier other than weapons and garments.

c1550   *Complaynt Scotl.* (1979) vii. 54   The acoutrementis ande clethyng of this dolorus lady vas ane syde mantil.

1586   J. FERNE *Blazon of Gentrie* 29   Let al men embroudre, depaint, engraue and stampe vpon their hanginges, walles, windowes, and other domesticall *accoustrammentes* these glorious and commendable ensignes.

a1616   W. SHAKESPEARE *Taming of Shrew* (1623) III. ii. 119   I can change these poore accoutrements .

1641   R. SANDERSON *Serm.* II. 6/1   All those other rites and accoutrements that are used in or about the publick worship.

1699   E. WARD *London Spy* I. x. 11   Awkward and Ungainly in their Gorgeous Accouterments.

1751   I. WATTS *Improvem. Mind* (1801) 365   Rich and glittering accoutrements wherewith the Church of Rome hath surrounded her devotions.

1813   DUKE OF WELLINGTON *Dispatches* (1838) X. 495   In order to collect the wounded and their arms and accoutrements.

1851   C. MERIVALE *Hist. Romans under Empire* III. xxviii. 329   There was no camp filled with plate, jewels, and splendid accoutrements to be devoted to plunder.

1902   G. S. WHITMORE *Last Maori War* i. 4   When they landed they brought on shore besides a quantity of ammunition and accoutrements..and large stores of flour, sugar and tobacco, &c.

2000   N. HENDERSON *Old Friends & Mod. Instances* (2001) i. 7   It was full of..easels, multi-coloured palettes, brushes—all the alluring accoutrements of an artist's life.

**b.** In *singular* = sense 1a. Also: an individual piece of dress or equipment.

*a*1610   J. Healey tr. Epictetus *Manuall* (1636) lxi. 80   For if thou goest beyond thy necessary accoutrement therein, then first thou must haue a shooe buckled with Golde.

*a*1686   J. Turner *Mem.* (1829) 59   I misd one linnen stockine,..and one boothose the accoustrement under a boote for one leg.

1794   S. T. Coleridge *Coll. Lett.* (1956) I. 66   Gaiters, a pair of Leather Breeches, Stable Jacket and Shell, Horse Cloth, Surcingle, Watering Bridle..and the long et cetera of military accoutrement.

1838   *Young Lady's Equestrian Man.* 33   Every accoutrement for the horse, however ornamental and pictorial, beyond the mere saddle and bridle, is to be rejected, as being in bad taste.

1953   P. Gallico *Foolish Immortals* xxv. 189   Looking like a young god of war, his accoutrement jingling and rattling.

2003   J. Lethem *Fortress of Solitude* I. xiv. 231   He..wore his jacket with doomy fear—not a bad accoutrement, actually, to his punk aura.

**2.** The process of accoutring or being accoutred; attiring. Now *rare*.

*a*1616   W. Shakespeare *Merry Wives of Windsor* (1623) iv. ii. 5   Not onely..in the simple office of loue, but in all the accustrement, complement, and ceremony of it.

1732   *Present State Republick Lett.* **10** xxii. 297   In the Delivery out of the King's Wardrobe for the Accoutrement of Knights, particular mention is made of the Gloves.

1850   J. Leitch tr. K. O. Müller *Ancient Art* (new ed.) §409. 552   Youthful representations, with slight indication of accoutrement.

1890   *Wilson's Photogr. Mag.* 20 Dec. 755/1   Empty would be the purse of the photographer who failed to have on hand a good supply of drums and bugles and fifes, et cetera, for the accoutrement of young masters.

1927   A. S. Aiton *Antonio de Mendoza* vii. 176   One hundred and ninety-two thousand pesos were expended on munitions, provisions, and the accoutrement of the men who volunteered for the enterprize.

---

## Compounds

### accoutrement-maker  *n.* now *historical*

1758   *London Mag.* **27** 314   Mr. Esdale, accoutrement maker to the office of ordnance.

1858   T. P. Thompson *Audi Alteram Partem* I. lxii. 241   Without sacrificing everything to the game of the war-contractor and the accoutrement-maker.

2004   S. Koven *Slumming* I. i. 53   The first involved an army accoutrement maker from Soho, Mr. David Greenhall, who entered the casual ward of St. James Workhouse at 9:15 pm, ate some bread and gruel, and was shown his berth.

## accoutrement shop  *n.*

1831  *United Service Jrnl.* I. 325   The crowd was so great in the Rue de Richelieu,..especially about the gun-smiths and accoutrement shops in the vicinity of the Palais Royal.

1915  *Harper's Mag.* Dec. 84/2   He was walking down Piccadilly..with the war-posters blazing on either side of him, past the accoutrement-shops.

2002  *Time Out Edinb.* (ed. 3) 143   There's a small room looking directly on to Broughton Street as well as a nice book and accoutrement shop in the basement.

This entry has been updated (OED Third Edition, December 2011; most recently modified version published online December 2021).

Copyright © 2022 Oxford University Press. All rights reserved.

Oxford English Dictionary | The definitive record of the English language

___

# magazine, *n.*

**Pronunciation:** ⓘ Brit.   /maɡəˈziːn/,   /ˈmaɡəziːn/, U.S.   /ˌmæɡəˈzin/

**Forms:** 1500s **magason**, 1500s **magosine**, 1500s–1600s **magasin**, 1500s–1600s **magasine** ...

**Frequency (in current use):**

**Origin:** A borrowing from French. **Etymon:** French *magasin*.

**Etymology:** < Middle French *magasin* (1409; 1389 as *maguesin*) < Italian *magazzino*...

**I.** Senses denoting a storehouse or repository, and closely allied uses.

**1.**

**a.** A place where goods are kept in store; a storehouse for goods or merchandise; a warehouse or depot. Now *rare*.

1583   J. NEWBERY *Let.* in Purchas *Pilgrims* (1625) II. 1643   That the Bashaw, neither any other Officer shall meddle with the goods, but that it may be kept in a Magosine.

1588   T. HICKOCK tr. C. Federici *Voy. & Trauaile* f. 27   The merchants haue all one house or Magason..and there they put all their goods of any valure.

1613   S. PURCHAS *Pilgrimage* VI. x. 511   Vnder which Porches or Galleries [of the Church] are Magazines or Store-houses, wherein are kept lampes, oile, mats, and other necessaries.

1704   DUKE OF MARLBOROUGH *Let.* 20 July in H. L. Snyder *Marlborough–Godolphin Corr.* (1975) I. 339   The two days we have been here has been spent in endeavoring to make a magazin of corn in this town, that we might not want bread.

1731   *Gentleman's Mag.* **1** Introd.   This Consideration has induced several Gentlemen to promote a Monthly Collection to treasure up, as in a Magazine, the most remarkable Pieces on the Subjects abovemention'd.

1768   L. STERNE *Sentimental Journey* I. 73   Mons. Dessein came up with the key of the Remise in his hand, and forthwith let us into his magazine of chaises.

1793   E. BURKE *Corr.* (1844) IV. 143   No magazine, from the ware~houses of the East India Company to the grocer's and the baker's shop, possesses the smallest degree of safety.

1808   Z. M. PIKE *Acct. Exped. Sources Mississippi* III. App. 23   A public magazine for provisions, where every farmer brings whatever grain and produce he may have for sale.

1875   STANLEY in *Contemp. Rev.* **25** 489   Imported..from the magazines of France and of Belgium, according to the last fashions of Brussels or Paris.

1904   *Westm. Gaz.* 24 Aug. 7/3   A later cemetery, containing larnax burials, yielded bronze implements, beads, and vases like those in the palace magazines.

1986   T. MO *Insular Possession* iii. 12   Also to be seen are a few storage magazines against the walls, and..a secure treasury with heavy iron doors.

†**b.** A country or district rich in natural products, a centre of commerce. *Obsolete.*

1596   W. RALEIGH *Discoverie Guiana* (new ed.) 3   Guiana (the Magazin of all rich mettels).

1632   W. LITHGOW *Totall Disc. Trav.* IV. 165   Constantinople..Aleppo..and grand Cayro..are the three Maggezzines of the whole Empire.

1640   DIGBY in *Lismore Papers* (1888) 2nd Ser. IV. 133   He conceaued that the City of London was the Magazine of money.

1650   T. FULLER *Pisgah-sight of Palestine* III. 410   Timber they fetched from mount Libanus (the magazeen of Cedars).

1718   J. ADDISON *Remarks Italy* (ed. 2) 259   The great Magazine for all kinds of Treasure is supposed to be the Bed of the Tiber.

1787   *Gentleman's Mag.* **57** II. 1115/2   The Dutch islands of Curaçoa and St. Eustatius are now converted into complete magazines for all kinds of European goods.

1833   L. RITCHIE *Wanderings by Loire* 109   The..bourg of Chouzé, set down in a perfect magazine of fruit and vegetables, grain and wine.


**c.** A portable receptacle (usually for articles of value). Now *historical.*

1768   L. STERNE *Sentimental Journey* II. 112   She open'd her little magazine, laid all her laces..before me.

1781   S. JOHNSON *Thomson* in *Pref. Wks. Eng. Poets* IX. 6   He had recommendations..which he had tied up carefully in his handkerchief; but..his magazine of credentials was stolen from him.

1861   J. G. HOLLAND *Lessons in Life* viii. 120   The great army of little men that is yearly commissioned to go forth into the world with a case of sharp knives in one hand, and a magazine of drugs in the other.

1969   E. H. PINTO *Treen* 331   Wooden pocket cases, to hold any number from three to six cheroots or slender cigars,..were made from about 1830. The enterprising Smith family..were quick off the mark with what they described as 'magazines'.


**2.** *Military  (a)* A building, room, or compartment (of a ship, etc.), for the storage of arms, ammunition, or other military provisions.  *(b) spec.* A store for large quantities of explosives.

a1599   E. SPENSER *View State Ireland* 97 in J. Ware *Two Hist. Ireland* (1633)   Then would I wish that there should bee good store of Houses and Magazins erected in all those great places of garrison, and in all great townes, as well for the victualling of Souldiers, and Shippes, as for..preventing all times of dearth.

?1610   H. WOTTON *Let.* in L. P. Smith *Life & Lett. Sir H. Wotton* (1907) I. 497   A way how to save gunpowder from all mischance of fire in their magazines.

1616   J. BULLOKAR *Eng. Expositor   Megasine,* a storehouse for warre.

1647   N. NYE *Art of Gunnery* II. 72   A barrell of the best powder in the Magazine.

1667   J. MILTON *Paradise Lost* IV. 816   A heap of nitrous Powder, laid Fit for the Tun som Magazin to store Against a rumord Warr.

1711   A. POPE *Ess. Crit.* 39   Thus useful Arms in Magazines we place.

1745   J. SWIFT in *Ann. Reg.* (1759) II. 328   Here Irish wit is seen, When nothing's left, that's worth defence, We build a magazine.

1769   W. FALCONER *Universal Dict. Marine* sig. Bb2   *Magazine,* a..store-house, built in the fore, or after-part of a ship's hold, to contain the gun-powder.

1800   DUKE OF WELLINGTON *Dispatches* (1837) I. 213   I have no power to order the repair of magazines,

storerooms, &c.

1847   W. H. Prescott *Hist. Conquest Peru* I. iii. iii. 373   In another quarter they beheld one of those magazines destined for the army, filled with grain, and with articles of clothing.

1868   *Queen's Regulations & Orders Army* ¶1238   The reserve Ammunition will be kept in the Magazine.

1877   A. B. Edwards *Thousand Miles up Nile* ix. 239   To provide a safe underground magazine for gunpowder.

1904   R. Kipling *Traffics & Discov.* 53   The Gunner mops up a heathenish large detail for some hanky-panky in the magazines.

1931   *Amazing Stories* Dec. 804/1   The rayguns of the battlecraft, being of superior range, melted down the mortars of the fort at the magazine.

†**3.** A ship which supplies provisions. Cf. *magazine ship n.* at Compounds 2. *Obsolete*.

1624   J. Smith *Gen. Hist. Virginia* iv. 155   Some pety Magazines came this Summer.

1624   J. Smith *Gen. Hist. Virginia* v. 189   About this time arriued the *Diana* with a good supply of men and prouision, and the first Magazin euer seene in those Iles.

1624   J. Smith *Gen. Hist. Virginia* v. 195   He made..a large new storehouse of Cedar for the yeerely Magazines goods.

1624   J. Smith *Gen. Hist. Virginia* v. 198   Constrained to buy what they wanted, and sell what they had at what price the Magazin pleased.

[1769   W. Falconer *Universal Dict. Marine* sig. *I   *Magasins*, the store-ships which attend on a fleet of men of war.]

**II.** That which is kept in a storehouse, and related uses.
†**4.**

**a.** *Military*. The contents of a magazine; a store. In *plural*, also with collective sense (rarely as mass noun): military stores, provisions, munitions; armaments, military equipment. *Obsolete*.

1588   *Narr. Def. Berghen* 27 Sept. in *Ancaster MSS* (Hist. MSS Comm.) (1907) 208   Sir John Wingfield sent all the said victualles to Berghen, being then besieged, to be emploied as Magasin for that garrison.

1591   W. Raleigh *Rep. Fight Iles of Açores* sig. A4   Of which [Armada] the number of souldiers,..with all other their magasines of prouisions, were put in print.

a1613   T. Overbury *Obseruations Xvii. Prouinces* (1626) 11   They allowed neither Cannon vpon the Rampier, nor Magezins of powder.

1644   in J. Rushworth *Hist. Coll.: Third Pt.* (1692) II. 670   The Kings forces..marcht away with their Artillery and Magazeen towards Oxford.

1667   J. Dryden *Annus Mirabilis 1666* cclxxi. 69   And bad him swiftly driv'the approaching fire From where our Naval Magazins were stor'd.

1671   J. Milton *Samson Agonistes* 1281   Thir Armories and Magazins .

1774   T. West *Antiq. Furness* (1805) 48   They took most part of their arms..with a coup laden with magazeen, drawn by six oxen.

1781   E. Gibbon *Decline & Fall* III. xxxi. 259   He used, with so much skill and resolution, a large magazine

of darts and arrows, that [etc.].

1810   Duke of Wellington *Dispatches* (1836) VI. 23   A corps of 5000 men..had carried away a magazine of arms.

1830   E. S. N. Campbell *Dict. Mil. Sci.  Base-line*, in Military Tactics, signifies the line on which all Magazines and means of Supply of an Army are established.

1864   T. Carlyle *Hist. Friedrich II of Prussia* IV. xvii. iv. 540   Seize Saxony..and in that rich corny Country, form Magazines.

1889   'M. Twain' *Connecticut Yankee* xxiii. 289   We placed a whole magazine of Greek fire on each corner of the roof.

**b.** *gen.* A store of provisions, materials; a pile; a stock of clothing. *Obsolete.*

1615   H. Crooke *Μικροκοσμογραφια* 61   Next vnder the Skin lyeth the Fat..a Stowage or Magazine of nourishment against a time of dearth.

1637   T. Heywood *Londini Speculum* sig. C3   By which small mites to Magozines increase.

a1641   T. Heywood *Captives* (1953) II. iii. 47   That have no more left off a Magazin, then these wett Cloathes vpon mee.

1661   J. Evelyn *Fumifugium* To Rdr. sig. a2   The Deformity of so frequent Wharfes and Magazines of Wood, Coale, Boards, and other course Materials.

1669   J. Rose *Eng. Vineyard* (1675) 34   A load of lime, to every ten loads of dung, will make an admirable compost..but your magazine will require the maturity of two, or three years.

1712   J. Arbuthnot *John Bull in his Senses* iv. 18   She [*sc.* Usury] had amass'd vast Magazines of all sorts of Things.

1714   J. Gay *Fan* I. 13   Should you the Wardrobe's Magazine rehearse, And glossy Manteaus rustle in thy Verse.

1719   D. Defoe *Life Robinson Crusoe* 180   A..Magazine of Flesh, Milk, Butter and Cheese.

1771   O. Goldsmith *Hist. Eng.* III. 165   A magazine of coals were usually deposited there.

1790   T. Bewick *Hist. Quadrupeds* (1807) 419   Each Beaver forms its bed of moss, and each family lays in its magazine of winter provisions.

1828   S. Smith *Wks.* (1859) II. 21/1   Distillation, too, always insures a magazine against famine... It opens a market for grain.

1849   T. B. Macaulay *Hist. Eng.* II. ix. 437   In every asylum were collected magazines of stolen or smuggled goods.

**5.** *figurative.* In literary use or rhetorically: a store or repertoire (of resources, ideas, rhetorical weapons, etc.). Usually with *of*.

1600   B. Jonson *Every Man out of his Humor* II. i. sig. Eiv^v   What more than heauenly pulchritude is this? What Magazine, or treasurie of blisse?

a1610   J. Healey in tr. Theophrastus *Characters* To Rdr., in tr. Epictetus *Manuall* (1616)   That great Magazine or Storehouse of all learning M. Cassaubon.

1638   R. Baker tr. J. L. G. de Balzac *New Epist*. III. 242   I take not upon me to contend with you in Compliments..who..have whole Magasins of good words.

1656   A. Cowley *Misc*. 23 in *Poems*   The Lace, the Paint, and warlike things That make up all their

Magazins.

1709   H. Sacheverell *Communic. of Sin* 15   What a Magazine of Sin, what an Inexhaustible Fund of Debauchery,..does any Author of Heresie..set up!

1738   G. Smith *Curious Relations* II. 216   My Friend! the Rich are the Poor Man's Magazine.

1750   S. Johnson *Rambler* No. 76. ¶6   He has stored his magazine of malice with weapons equally sharp.

1795   E. Burke *Let. to W. Elliot* in *Wks.* VII. 348   The magazine of topicks and common-places which I suppose he keeps by him.

1817   *Parl. Deb.* 1st Ser. 352   A magazine of petitions had been opened in Scotland.

*a*1856   W. Hamilton *Lect. Metaphysics* (1859) I. ii. 23   An individual may possess an ample magazine of knowledge, and still be little better than an intellectual barbarian.

1878   P. Robinson *In my Indian Garden* (ed. 2) 49   The monstrous jáck that in its eccentric bulk contains a whole magazine of tastes and smells.

1918   J. Woodroffe *Shakti & Shâkta* 49   According to Shâkta doctrine each man and woman contains within himself and herself a vast latent magazine of Power or Shakti.

**III.** (Figuratively from senses 1, 2.)
**6.**

†**a.** A book providing information on a specified subject or for a specified group of people. (Frequently as part of the title.) *Obsolete*.

1639   R. Ward (*title*)   Animadversions of Warre; or, a Militarie Magazine of the trvest rvles..for the Managing of Warre.

1669   S. Sturmy (*title*)   The Mariners Magazine.

1705   G. Shelley (*title*)   The Penman's Magazine: or, a New Copy-book, of the English, French and Italian Hands.

1719   R. Hayes (*title*)   Negociator's Magazine.

1802   J. Allen (*title*)   Spiritual Magazine, or Christian's Grand Treasure.

**b.** A periodical publication containing articles by various writers; *esp.* one with stories, articles on general subjects, etc., and illustrated with pictures, or a similar publication prepared for a special-interest readership.

The use of the word (rather than *periodical*) typically indicates that the intended audience is not specifically academic.

Cf. quot. 1731 at sense 1a, with reference to the *Gentleman's Magazine*.

1731   (*title*)   The Gentleman's magazine; or, Trader's monthly intelligencer.

1742   A. Pope *New Dunc.* I. 42   Hence Journals, Medleys, Merc'ries, Magazines;..and all the Grub-street race.

1748   Lady Luxborough *Let.* 28 Apr. in *Lett. to W. Shenstone* (1775) 23   Nothing can be more just than the criticism upon the Play in the Magazine.

1762   O. Goldsmith in *Lloyd's Evening Post* 8–10 Feb. 142/1   It is the life and soul of a Magazine never to be long dull upon one subject.

1798   A. Tilloch (*title*)   The Philosophical Magazine.

1819   Ld. Byron *Don Juan: Canto I* ccxi. 108   All other magazines of art or science, Daily, or monthly, or

three monthly.

1823  (*title*)   The Mechanics' Magazine.

1857  A. Mathews *Tea-table Talk* I. 2   A Magazine is the fancy fair of literature—a reader's veritable bazaar.

1860  (*title*)   Baily's Monthly Magazine of Sports and Pastimes.

1880  J. McCarthy *Hist. our Own Times* IV. lix. 304   He wrote largely on the subject in reviews and magazines.

1929  R. S. Lynd & H. M. Lynd *Middletown* xvii. 241   As in its reading of books Middletown appears to read magazines primarily for the vicarious living in fictional form they contain.

1948  E. Waugh *Loved One* 1   Each in his rocking-chair, each with his whisky and soda and his outdated magazine.

1987  S. Bellow *More die of Heartbreak* 85   It was no longer an impropriety, according to the women's magazines and TV, to take the initiative.

2003  *PC Mag.* 25 Mar. 86/2   AlterNet is an online magazine devoted to independent coverage of important issues.


**c.** *Broadcasting.* A regular programme comprising a variety of topical items, often dealing with a specific subject area. Formerly also: a short film released as part of a regular series of this type.

1921  A. C. Lescarboura *Cinema Handbk.* (1922) x. 351   Paralleling all this is the filming of short features for the news and magazine films.

1936  *Radio Times* 30 Oct. 88/2   'Picture Page'. A Magazine of Topical and General Interest.

1957  *B.B.C. Handbk.* 153   *Family affairs*: a weekly magazine for mothers with children.

1984  *Broadcast* 7 Dec. 47/1   The channel's weekday 07.00 to 09.00 programme band..will be given a magazine format.

1989  *Listener* 4 May 41/1   The Survivors' Guide (Thursday 6.30–7 p.m.), an advice and info magazine, is the last of C4's spring youth-show launches.

**IV.** (In various extended uses of sense 2.)

**7.**

†**a.** An air-chamber in a wind-gun; (also) a chamber for a supply of bullets in a 'magazine wind-gun'. *Obsolete.*

1677  R. Hooke *Diary* 4 Oct. (1935) 317   Pappin shewd wind gun..[Section] ff was a magazine for the air and might hold almost half a pint.

1744  J. T. Desaguliers *Course Exper. Philos.* II. 399   The small or shooting Barrel, which receives the Bullets one at a time from the Magazine, being a serpentine Cavity, wherein the Bullets..nine or ten, are lodged.


**b.** A container or (detachable) receptacle in a repeating rifle, machine-gun, etc., containing a supply of cartridges which are fed automatically to the breech.

1868  C. B. Norton & W. J. Valentine *Rep. to Govt. U.S. on Munitions of War at Paris Universal Exhib.*

*1867* 28   Drop the cartridges into the outer magazine, ball foremost, to the number of seven.

1884   H. BOND *Treat. Small Arms* 89   Magazine arms in which the cartridges are placed in a tube or magazine under the barrel.

1890   G. A. HENTY *With Lee in Virginia* 153   Many of the men carried repeating rifles, and the magazines were filled before these were slung across the riders' shoulders.

1915   'I. HAY' *First Hundred Thousand* vii. 77   Pumpherston graciously accepted the charger of cartridges.., rammed it into the magazine, adjusted the sights,..and fired his first shot.

1930   W. S. CHURCHILL *My Early Life* xv. 208   I found I had fired the whole magazine of my Mauser pistol, so I put in a new clip of ten cartridges before thinking of anything else.

1964   H. L. PETERSON *Encycl. Firearms* 255/1   This turret system was revived many years later as a practical magazine for the Lewis machine gun.

1990   *Guns & Weapons* Sept.–Oct. 15/1   Remove the magazine and make sure the chamber is empty.

**c.** A store of essential supplies in a machine or apparatus, or the compartment or receptacle in which these supplies are contained.

1873   J. RICHARDS *On Arrangem. Wood-working Factories* 45   Exhausting the air from the magazine by fans.

*a*1884   E. H. KNIGHT *Pract. Dict. Mech.* Suppl. 570/2   As in the Daniells' battery, which has a magazine of sulphate of copper crystals.

1889   *Judge (*U.S.*)* 22 June 180/2   Every operator can develop and print his own negatives and refill his magazine.

1893   C. H. BOTHAMLEY *Ilford Man. Photogr.* xix. 136   Hand-cameras..in which the plate-reservoir or magazine is detachable.

1936   E. A. POWELL *Aerial Odyssey* x. 148   The film is still in the magazine.

1958   *Amateur Photographer* 31 Dec. 3/2 (*advt.*)   The Hanomatic slide changer is complete with a plastic magazine holding 36 slides.

1964   C. WILLOCK *Enormous Zoo* v. 77   John Buxton used up one magazine of film and then reloaded with terrible precision.

1967   H. M. R. SOUTO *Technique Motion Pict. Camera* i. 13   The first mechanism has the task of drawing the unexposed film (or raw stock) from the storage chamber, called a *magazine*, and after exposure, driving it into a similar magazine.

1970   E. A. D. HUTCHINGS *Surv. Printing Processes* (1978) i. 7   The matrices are carried in magazines located at the front of the machine at the top.

1989   *Which?* Apr. 186/2   The Pioneer and Technics have removable 'magazines' which can be loaded with six CDs.

†**d.** A case in which a supply of cartridges is carried. *Obsolete. rare.*

1892   W. W. GREENER *Breech-loader* 184   Cartridges are best carried in a magazine of solid leather.

---

**COMPOUNDS**

**C1.** General *attributive*, objective, etc.

**a.** (In senses 1a, 2.)

## magazine door  *n.*

1646   *Mercurius Academicus* No. 12 111   Our daring and undaunted Foot..brought away two of their Gunners, with their Spunges, Ladles, and Wormes, the Key of their Magazine doore, and 16 of their Common Souldiers prisoners.

1761   J. Call in R. O. Cambridge *Acct. War in India* 167   They were employed..in making traverses before the magazine doors of the Nabob's bastion.

1848   G. C. Furber *Twelve Months Volunteer* xii. 551   Near the magazine door, in which set the powder-men, are a number of shells, loaded, with their fuses driven in them.

1998   *Knoxville News-Sentinel (*Knoxville, Tennessee*)* (Nexis) 13 May A4   Maybe something went wrong as they went to close the magazine doors.

## † magazine house  *n. Obsolete*

1645   in D. Robertson *S. Leith Rec.* (1911) 57   To gait the kyes of Peter Cochrins house in the links to make ane magazine house therof to lay in beer, aill, bread and uthir necessars therin.

a1649   W. Drummond *Wks.* (1711) 185   That..the Town's Magazine-Houses, be furnished with Arms.

1678   in M. Wood *Extracts Rec. Burgh Edinb.* (1950) X. 354   Keeper of the merchant magazine hous or wairhous within this burgh.

## † magazine storehouse  *n. Obsolete rare*

a1654   in H. Wotton *Lett.* (1654) II. 91   To erect and set up..a Company, to be called The East Indian Company of Scotland, making their first Magazin Storehouse..in some parts of our Realm of Ireland.

**b.** (In sense 1c.)

## † magazine bag  *n. Obsolete*

1653   I. Walton *Compl. Angler* iv. 117   You must be sure you want not in your Magazin bag, the Peacocks feather.

1681   J. Chetham *Angler's Vade Mecum* xxxiv. 127   The Angler must always have in readiness a large Magazine Bag or Budget, plentifully furnished with the following materials.

## † magazine chest  *n. Obsolete rare*

1694   R. Gibson in S. Pepys *Corr.* (1926) I. 124   Your Majesty will please to..alter the present method of letting your sea-surgeons provide..their own medicines; but that it be done by a magazine chest from Apothecary's Hall.

**c.** (In sense 6b.)

## magazine article  *n.*

1820   C. Brown *Let.* 21 Dec. in J. Keats *Lett.* (1958) II. 365   The fellow forsooth must have the chapters somewhat converted into the usual style of magazine articles.

1888   *N.Y. Herald* 29 July (Farmer)   The editor of the *Century Magazine* blue pencils magazine articles by the bushel.

1955   *Times* 5 May 15/4   There is..a key-note running through the essays and magazine articles here reprinted.

1993   R. Hughes *Culture of Complaint* I. 15   One morning in 1991, a waitperson named Barbara..saw a journalist sitting on his own and perusing a magazine article.

## magazine editor   *n.*

1857   *Ladies' Repository* **17** 563   Thus is the magazine editor enabled to benefit by useful information, or by plain and moral appeals to the sentiments.

1942   H. Haycraft *Murder for Pleasure* xi. 267   Some..magazine editors have been experimenting with novelette-length condensations.

1990   *Technol. Rev.* Nov. 4/1   A magazine editor is like a conductor, encouraging one theme, discouraging another, ensuring a measure of coordination and perhaps a kind of vision.

## magazine-monger   *n.*

1767   'Coriat Junior' *Another Traveller!* II. 134   A noted book-maker, magazine-monger, and anti~critic of the eighteenth-century.

1994   *Steyr GB Magazine Found* in *rec.guns* (Usenet newsgroup) 28 Mar.   The magazine monger at our local gun shows (Eastern PA) finally had a Steyr GB magazine.

## magazine rack   *n.*

1917–18   *T. Eaton & Co. Catal.* Fall–Winter 416/1   Morris Chair... Paper and magazine rack under arm.

1955   E. Bowen *World of Love* ii. 42   One or two ruched taffeta cushions and a magazine-rack..survived from her few attempts to bring the room into line with her ideas.

1990   *Gay Scotl.* Dec. 9/1   Remove all tales of lesbian love and dyke dalliances from your bookcase, the same applies for *Gay Scotland* from coffee tables, magazine racks.

## magazine-reader   *n.*

1833   J. S. Mill *Let.* 24 Sept. in *Wks.* (1963) XII. 179   They would not be attractive to the bulk of Magazine-readers.

1897   W. James *Will to Believe* 109   Thousands of innocent magazine readers lie paralyzed and terrified in the network of shallow negations which the leaders of opinion have thrown over their souls.

1992   M. Margetts *Classic Crafts* 10/3   Increased wealth and leisure time has given many more people the opportunity either to take up a craft or to pursue their enthusiasms as craft collectors, exhibition goers, magazine readers and bespoke home-makers.

## magazine rights   *n.*

1909   *Westm. Gaz.* 14 July 11/2   In America 'magazine rights' did not necessarily mean publication by instalments. The term was used to distinguish magazine rights from newspaper syndicate rights.

**magazine table**  *n.*

1966  H. ROTH *Button, Button* (1967) i. 15   A small, locked safe..unnoticeable..because the top was extended to make it look like a magazine table.

1967  A. DIMENT *Dolly Dolly Spy* xi. 145   The magazine table caught them neatly behind the naked knees and..they overbalanced.

1988  M. BISHOP *Unicorn Mountain* (1989) iii. 25   He lay on the low-slung sofa with a Bloody Mary on the magazine table beside him.

**magazine verse**  *n.*

1885  *Overland Monthly* **5** 653/1   Two or three touch the level of possible magazine verse.

1915  L. M. MONTGOMERY *Anne of Island* xxvii. 233   But it was very tolerable magazine verse.

**magazine world**  *n.*

1833  *Fraser's Mag.* **8** 482/1   He [*sc.* Bulwer] came into our magazine world with an impertinent swagger.

1964  M. MCLUHAN *Understanding Media* (1967) I. v. 65   The magazine world has discovered a hybrid that ended the supremacy of the short story.

1991  *Atlantic* Dec. 4/2   Lemann avidly followed the magazine world's debates about 'the New Journalism' and 'the nonfiction novel'.

**magazine-writer**  *n.*

1787  P. H. MATY tr. J. K. Riesbeck *Trav. Germany* II. xlv. 206   Reviewers, magazine-writers.

1901  F. HARRISON *Autobiogr. Mem.* (1911) II. 203   Ah! when the dream is over—and I wake up to find myself an average magazine writer.

1948  F. R. LEAVIS *Great Tradition* (1955) iii. 180   Conrad must here stand convicted of borrowing the arts of the magazine-writer.

1992  *Chicago* Jan. 57/3   He meets a trailer-park tart with a 24-karat heart and learns that the veneer separating a..magazine writer from a blue-collar grunt is fairly thin after all.

**magazine writing**  *n.*

1835  F. MARRYAT *Olla Podrida* xxx, in *Metrop. Mag.*   Magazine writing..is the most difficult of all writing.

1976  *National Observer (*U.S.*)* 11 Sept. 20/1   This colorful chap..teaches photojournalism, magazine writing, and investigative reporting at Brigham Young University in Utah.

**d.** (In sense 7b.)

**magazine arms**  *n.*

1868  C. B. NORTON & W. J. VALENTINE *Rep. to Govt. U.S. on Munitions of War at Paris Universal Exhib. 1867* 19   These cartridges cannot with safety be used in magazine arms.

1884  H. BOND *Treat. Small Arms* 89   Magazine arms in which the cartridges are placed in a tube or

magazine under the barrel.

**magazine rifle**  *n.*

1867   *Rep. Artisans Visit Paris Universal Exhib.* II. 98   Repeating or magazine rifles.

1908   *Chambers's Jrnl.* Feb. 141/1   Scarlet-coated British infantrymen with magazine-rifles.

1945   C. E. Balleisen *Princ. Firearms* viii. 79   In some firearms, notably magazine rifles, the magazine remains in the gun at all times.

1985   *Christie's Sale Catal. Mod. & Vintage Firearms* 20 Mar.   A .44-40 'Lightning' Slide-action magazine rifle.

**magazine-slot**  *n.*

1910   R. Kipling *Land & Sea Tales* (1923) 178   The tiny twenty-two cartridge had dropped into the magazine-slot.

**magazine weapon**  *n.*

1884   *Pall Mall Gaz.* 28 Aug. 5/1   The information as to magazine or repeating weapons is very meagre.

1945   C. E. Balleisen *Princ. Firearms* i. 2   Those which require manual operation by the gunner before and after each shot to actuate the firearm are known as *single-shot* or *magazine weapons*.

**C2.**

† **magazine battery**  *n. Obsolete* a galvanic battery with a perforated container for holding crystals by which the solution was kept saturated.

a1884   E. H. Knight *Pract. Dict. Mech.* Suppl. 570/2   *Magazine battery*, one in which a magazine contains the crystals which are supplied to the liquid as exhausted, to keep the liquid saturated.

**magazine camera**  *n.* now *historical* a camera in which the plates for exposure are inserted in batches.

1893   *Beginner's Guide to Photogr.* (ed. 5) 130   The..Magazine Camera was highly extolled..as least complicated of Reservoir Cameras.

1989   *Miller's Collectables Price Guide 1989–90* 50/3–4   A Rex magazine camera.

**magazine clothing**  *n.* woollen clothing to be put on before entering a powder magazine.

1876   G. E. Voyle & G. de Saint-Clair-Stevenson *Mil. Dict.* (ed. 3) 558   All persons employed in magazines..will..change their own clothes and boots for magazine clothing and slippers.

**magazine cover**  *n.* the (usually pictorial) cover of a magazine.

1893   *Overland Monthly* **21** 448/1   She objects to changes in magazine covers that make them lose the charm of the familiar.

1914   S. Lewis *Our Mr. Wrenn* i. 2   A newsstand was heaped with the orange and green and gold of magazine covers.

1938   *Toronto Daily Star* 30 Dec. 12/6   Famous Hollywood Glamour Girls. Magazine cover models.

1951   M. McLuhan *Mech. Bride* 120/2   The feminine images of our ads and magazine covers.

1990   *N.Y. Woman* Oct. 91/2   Brooke Shields is widely seen as..a chimera off a magazine cover.


**magazine-day**   *n. Publishing* (chiefly *historical*) the day on which a particular magazine is issued to the trade.

1821   *Guardian* 4 Mar. 3/1   There is no bustle, to our minds, half so agreeable as the bustle of Paternoster-row on the last day of the month. This is Magazine-day.

1837   J. S. Mill *Let.* in *Wks.* (1963) XII. 332   The review shall always be ready for publication by the *20th* of the month so that it may be brought out at..the most advantageous moment between that & magazine-day.

1872   J. Forster *Life Dickens* I. 129   The magazine-day of that April month, I remember, fell upon a Saturday.


**magazine gun**   *n.*   †*(a)* = *magazine wind-gun n.*   (*obsolete rare*);   *(b)* a firearm provided with a 'magazine' (sense 7b).

1744   J. T. Desaguliers *Course Exper. Philos.* II. 399   The Magazine-Gun, as he calls it.

1880   *Encycl. Brit.* XI. 284/2   The Vetterli gun..is a repeater or magazine gun.


**magazine paper**   *n.* now *rare* a magazine article.

1833   *Fraser's Mag.* **8** 482/1   He had written some smart magazine papers, bound up in a volume called *Pelham*.

1855   W. M. Thackeray *Let.* 22 Sept. (1946) III. 471   I think it's the best magazine paper that ever was written.


**magazine programme**   *n.* (see sense 6c).

1941   *B.B.C. Gloss. Broadcasting Terms* 18   *Magazine programme*, programme made up of miscellaneous items (e.g. talks, interviews, musical acts), loosely related one to the other by a compère or by other means of presentation.

1970   *Times* 23 Feb. 25/3   B.B.C. Newcastle..will have its own budget which will be sufficient to allow the production of another 30-minute weekly magazine programme.

1972   P. Black *Biggest Aspidistra* III. iv. 175   Godfrey Bazely, a Midland Region broadcaster..loved the world of farming… The BBC gave him a new magazine programme aimed at farmers and their families.


**magazine release**   *n.* a catch which allows the magazine of a gun to be removed; frequently *attributive*.

1970   R. A. STEINDLER *Firearms Dict.* 150/2   *Magazine release catch*, on rifles and pistols, a small spring-activated knob or protrusion that, when pushed or moved, permits the magazine to be removed from the magazine housing.

1992   *Guns Illustr.* (ed. 24) 118/1   Extended beavertail grip safety; improved magazine release; skeletonized trigger and hammer.

**magazine section**  *n.* a section in a newspaper the contents of which resemble a magazine.

1941   P. STURGES *Palm Beach Story* in *Four more Screenplays* (1995) 187   I mean you read things like that in the Sunday magazine section but you don't run up against them in real life.

1959   N. MAILER *Advts. for Myself* (1961) 158   Sam throws the Magazine Section away... Sam is enraged at editorial dishonesty.

1969   *Listener* 30 Jan. 148/1   Leavis did not apologise that his terms of reference should be the Robbins Report and Harold Wilson and the magazine sections of the English Sundays.

1993   *Coloradoan (Fort Collins)* 4 Sept. A10/4   Years ago, during the pre-political correctness era *The New York Times* magazine section ran a recipe..for..a Crazy Pancake.

**magazine ship**  *n.* now *historical* a ship which supplies provisions, or (occasionally) munitions (cf. sense 3).

1617–18   S. ARGALL *Memoranda* in S. M. Kingsbury *Rec. Virginia Company* (1933) III. 78   Yᵉ most convenient times & Seasons..for yᵉ Magazine Ship to Set forth..towards Virgᵃ.

1647   *Let.* 12 Feb. in *William & Mary Q. Hist. Mag.* (1929) **9** 302   The Deputy of the Sommer Ilands Company..will transmit them [*sc.* the letters]..by their Magazine ship that they send to us everie yeare about November.

1862   *Rep. U.S. Quartermaster's Dept.* 18 Nov. 7   Other vessels of the fleet served as tenders,..ordnance and magazine ships, hospital ships, and store ships.

1963   *William & Mary Q.* **20** 496   The Privy Council took up his petition and held a two-day hearing on the Company's magazine ship monopoly.

**magazine story**  *n.* a story written for publication in a magazine.

1841   *Southern Literary Messenger* **7** 664   The young gentleman or lady who cannot refrain from devouring..every silly magazine story, that chance presents.

1885   C. M. YONGE *Nuttie's Father* II. ii. 23   The hero of many a magazine story.

1932   Q. D. LEAVIS *Fiction & Reading Public* I. iii. 47   The magazine story is almost without exception a commercial article.

1942   *John o' London's Weekly* 10 Apr. 6/2   The short story of today is roughly one of two kinds—what is called the Magazine Story; and the newer kind which derives from Tchekov.

1974   E. BOWEN *Henry & Other Heroes* ix. 186   There was a magazine story containing the grim notion that how one went about being forty was of no consequence because the whole world was headed for a youth-in.

**magazine stove**   *n.* now chiefly *historical* a kind of stove with a fuel-chamber which supplies the grate.

> 1875   E. H. Knight *Amer. Mech. Dict.* II. 1369/1   *Magazine-stove*, one in which is a fuel-chamber which supplies coal to the fire as that in the grate burns away.

> 1974   L. Gay *Compl. Bk. Heating with Wood* (1980) 81   Dr. Nott's..base-burning magazine stove was a forerunner of the modern Riteway pictured next.

**magazine well**   *n.* the aperture into which a magazine is loaded on an automatic firearm.

> 1948   W. H. B. Smith *Rifles* II. xix. 82   The magazine well..is the square-sided hole milled through the receiver from top to bottom, immediately to the rear of the breech face of the barrel.

> 1993   *Soldier of Fortune* Feb. 13/1   By the time anyone could..insert a magazine in the magazine well..the shooters would be gone down the street and around the corner.

† **magazine wind-gun**   *n. Obsolete rare* a type of wind-gun fitted with a magazine of bullets.

> 1744   J. T. Desaguliers *Course Exper. Philos.* II. 399   An ingenious Workman call'd L. Colbe has very much improv'd it [*sc.* the old Wind-Gun], by making it a Magazine Wind-Gun; so that 10 Bullets are so lodg'd in a Cavity..that they may be..successively shot.

**magazine work**   *n.   (a)* writing for magazines;   *(b) Printing* setting up type for magazines.

> 1831   T. Carlyle *Let.* 8 May in *Coll. Lett. T. & J. W. Carlyle* (1976) V. 272   Magazine work is below street sweeping as a trade.

> 1891   *Labour Commission Gloss.   Magazine Work*, printing work paid by the 100 lines.

Copyright © 2022 Oxford University Press. All rights reserved.