| | |
|---|---|
| 1 | ROB BONTA |
| | Attorney General of California |
| 2 | MARK R. BECKINGTON |
| | Supervising Deputy Attorney General |
| 3 | KEVIN J. KELLY |
| | Deputy Attorney General |
| 4 | State Bar No. 337425 |
| |   300 South Spring Street, Suite 9012 |
| 5 |   Los Angeles, CA 90013 |
| |   Telephone: (213) 269-6615 |
| 6 |   E-mail: Kevin.Kelly@doj.ca.gov |
| | *Attorneys for Defendant Rob Bonta* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MILLER et al.,** | 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | **NOTICE OF APPEARANCE OF KEVIN J. KELLY ON BEHALF OF DEFENDANT CALIFORNIA ATTORNEY GENERAL ROB BONTA AND DOJ BUREAU OF FIREARMS DIRECTOR BRENT ORICK** |
| v. | |
| **CALIFORNIA ATTORNEY GENERAL ROB BONTA et al.,** | |
| Defendants. | Judge:    Hon. Roger T. Benitez |
| | Action Filed: August 15, 2019 |

PLEASE TAKE NOTICE that Deputy Attorney General Kevin J. Kelly hereby enters his appearance in this matter as counsel for Defendants California Attorney General Rob Bonta and DOJ Bureau of Firearms Director Brent Orick. Mr. Kelly is a member of the State Bar of California and is admitted to practice in the United States District Court for the Southern District of California. His contact information is as follows:

> Kevin J. Kelly
> Deputy Attorney General
> State Bar No. 337425
> 300 S. Spring St., Ste. 9012
> Los Angeles, CA 90013
> Telephone: (213) 269-6615
> Fax: (916) 731-2125
> E-mail: Kevin.Kelly@doj.ca.gov

Dated: December 1, 2022

Respectfully Submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General


*/s/ Kevin J. Kelly*
KEVIN J. KELLY
Deputy Attorney General
*Attorneys for Defendant California Attorney General Rob Bonta and DOJ Bureau of Firearms Director Brent Orick*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: December 1, 2022                          */s/ Kevin J. Kelly*
                                                                   KEVIN J. KELLY