

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No.: 19-cv-1537-BEN (JLB)<br><br>ORDER<br><br>[Dkt. No. 132] |

Movant David Edward Martin seeks leave to participate in the action as amici curiae. Courts have broad discretion to consider amicus briefs and appoint amicus curiae. In this case the movants seek to assist the Court in considering the constitutionality of statutes restricting ownership and possession of firearms defined as assault weapons. The parties are competent to present arguments concerning the statutes at issue. Therefore, the Court denies the motion.

**IT IS SO ORDERED.**

Dated: February 6, 2023

HON. ROGER T. BENITEZ
United States District Judge