UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al.,<br><br>                          Plaintiffs,<br><br>v.<br><br>Rob Bonta, in his official capacity as Attorney General of the State of California, et al.,<br><br>                         Defendants. | Case No.: 19-cv-1537-BEN (JLB)<br><br>**ORDER**<br><br>[Dkt. # 155; Dkt. # 132**]** |

      Proposed Amicus Curiae John Cutonilli and proposed Amicus Curiae David Edward Martin have each moved for leave to file an amicus curiae brief.  Courts have broad discretion to consider amicus briefs and appoint amicus curiae.  The existing parties are well-equipped to present arguments and expertise.  Therefore, the Court denies the motions.

      IT IS SO ORDERED.

Date: August 25, 2023

                                      HON. ROGER T. BENITEZ
                                      United States District Judge