UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Rob Bonta, in his official capacity as Attorney General of the State of California, et al., <br><br> Defendants. | Case No.: 19-cv-1537-BEN (JLB) <br><br> **ORDER** <br><br> [Dkt. # 141] |

Proposed Amicus Curiae Giffords Law Center to Prevent Gun Violence has moved for reconsideration of the August 3, 2020 Order denying its motion for leave to file an amicus curiae brief. Courts have broad discretion to consider amicus briefs and appoint amicus curiae. The existing parties are well-equipped to present arguments and expertise. Therefore, the Court denies the motion.

IT IS SO ORDERED.

Date: August 25, 2023

_____
HON. ROGER T. BENITEZ
United States District Judge