1  ROB BONTA
   Attorney General of California
2  R. MATTHEW WISE
   Supervising Deputy Attorney General
3  ANNA FERRARI
   Deputy Attorney General
4  JOHN D. ECHEVERRIA
   Deputy Attorney General
5  State Bar No. 268843
    455 Golden Gate Avenue, Suite 11000
6   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3479
7   Fax:  (415) 703-1234
    E-mail:  John.Echeverria@doj.ca.gov
8  *Attorneys for Defendants Rob Bonta and*
   *Allison Mendoza, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER, et al.,**<br><br>                                  Plaintiffs,<br><br>**v.**<br><br>**CALIFORNIA ATTORNEY GENERAL ROB BONTA, et al.,**<br><br>                                  Defendants. | Case No. 19-cv-1537-BEN-JLB<br><br>**NOTICE OF APPEAL**<br><br>Judge:            Hon. Roger T. Benitez<br>Courtroom:   5A<br>Action Filed:  August 15, 2019 |

**PLEASE TAKE NOTICE** that Defendants-Appellants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms, hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Decision and permanent injunction, entered on October 19, 2023 (Dkt. 175).

Dated: October 19, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
ANNA FERRARI
Deputy Attorney General

s/ John D. Echeverria

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendants Rob Bonta and Allison Mendoza, in their official capacities*