ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
ANNA FERRARI
Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3479
 Fax:  (415) 703-1234
 E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendants Rob Bonta and
Allison Mendoza, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JAMES MILLER, et al.,**<br><br>                  Plaintiffs,<br><br>    v.<br><br>**CALIFORNIA ATTORNEY GENERAL ROB BONTA, et al.,**<br><br>                  Defendants. | Case No. 19-cv-1537-BEN-JLB<br><br>**REPRESENTATION STATEMENT**<br><br>**[Fed. R. App. P. 12(b)]**<br><br>Judge:      Hon. Roger T. Benitez<br>Courtroom:  5A<br>Action Filed:  August 15, 2019 |

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Defendants-Appellants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms, hereby submit the following Representation Statement identifying all parties to the action along with the names, addresses, and telephone numbers of their respective counsel:

Defendants-Appellants:

John D. Echeverria (john.echeverria@doj.ca.gov)
Helen H. Hong (helen.hong@doj.ca.gov)
Mica L. Moore (mica.moore@doj.ca.gov)
R. Matthew Wise (matthew.wise@doj.ca.gov)
Anna Ferrari (anna.ferrari@doj.ca.gov)
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 510-3479
Fax:  (415) 703-1234

Plaintiffs-Appellees:

John W. Dillon (jdillon@dillonlawgp.com)
Dillon Law Group, APC
2647 Gateway Road, Suite 105 No. 255
Carlsbad, CA  92009
(760) 642-7150

George M. Lee (gml@seilerepstein.com)
Seiler Epstein LLP
275 Battery Street, Suite 1600
San Francisco, CA  94111
(415) 979-0500

Erik S. Jaffe (ejaffe@schaerr-jaffe.com)
Schaerr Jaffe LLP
1717 K Street NW, Suite 900
Washington, D.C. 20006
(202) 787-1060

Dated: October 19, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
ANNA FERRARI
Deputy Attorney General

s/ John D. Echeverria

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendants Rob Bonta and Allison Mendoza, in their official capacities*