# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ROB BONTA, in his official capacity as Attorney General of California, et al.,<br><br>Defendants. | Case No. 3:19-cv-01537-BEN-JLB<br><br>**PARTIES' JOINT MOTION TO STAY PROCEEDINGS RELATING TO ATTORNEYS' FEES AND COSTS PENDING APPEAL AND TO ENTER SEPARATE JUDGMENT**<br><br>Judge:   Hon. Roger T. Benitez<br>Courtroom 5A |

# JOINT MOTION TO STAY PROCEEDINGS RELATING TO ATTORNEYS' FEES AND COSTS PENDING APPEAL AND TO ENTER SEPARATE JUDGMENT

Plaintiffs James Miller, Wendy Hauffen, Neil Rutherford, Adrian Sevilla, Ryan Peterson, Gunfighter Tactical, LLC, John Phillips, PWGG, L.P., San Diego County Gun Owners PAC, California Gun Rights Foundation, Second Amendment Foundation, and Firearms Policy Coalition, Inc. ("Plaintiffs"), together with Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms ("Defendants"), by and through their counsel undersigned, respectfully request that this Court stay proceedings related to the recovery of attorneys' fees or costs incurred in this action, for a period of thirty (30) days following the completion of all appellate proceedings, pursuant to Federal Rule of Civil Procedure ("FRCP") 54(d), and to enter a separate judgment, pursuant to FRCP 58(d). This joint motion is made herein upon the following facts which are stipulated to by the Parties:

## STIPULATED FACTS

WHEREAS, on October 19, 2023, this Court issued a Decision, and entered judgment, in this matter, finding in favor of Plaintiffs and against Defendants [ECF 175];

WHEREAS, Defendants filed their Notice of Appeal to the Ninth Circuit Court of Appeals on October 23, 2023 [ECF 177], docketed Case No. 23-2979 ("Appeal");

WHEREAS, the time to file a claim for attorneys' fees and costs would ordinarily be filed no later than 14 days after entry of judgment, pursuant to FRCP 54(d);

WHEREAS, on October 31, 2023, the parties, by and through counsel undersigned, met and conferred, and agreed to a stay of proceedings related to the recovery of attorneys' fees or costs incurred in this action until final resolution of the Appeal, in the interest of judicial economy and to prevent potentially wasteful litigation;

WHEREAS, the parties agree that good cause exists to grant a stay of proceedings related to the recovery of attorneys' fees or costs incurred in this action until final resolution of the Appeal; and

WHEREAS, the parties agree that a separate judgment should be entered under FRCP 58(a).

The parties hereto hereby stipulate and agree that proceedings related to the recovery of attorneys' fees or costs incurred in this action should be stayed until 30 days after completion of all appellate proceedings in the Appeal and that a separate judgment should be entered.

1-28

**POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION**

Under FRCP 54(d), a claim for attorneys' fees and costs must ordinarily be filed no later than 14 days after the entry of judgment, "[u]nless […] a court order provides otherwise." A district court may thus defer litigation of attorneys' fees and costs until a pending appeal has been decided. FRCP 54, advisory committee Notes to 1993 amend. ("If an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d) (2) (B) a new period for filing after the appeal has been resolved."). The advisory committee notes to the 1993 amendment to FRCP 54(d) have been widely interpreted to permit deferral of a claim for fees and costs. *G.P.P., Inc. v. Guardian Protection Prods., Inc.*, 1:15-cv-00321- SKO, 2018 WL 932087 at * 2 (E.D. Cal. 2018) (and cases collected therein)*; Apple Inc. v. Samsung Elec. Co*., Case No. 11-cv-01846–LHK, 2014 WL 4745933, *4 (N.D. Cal. Sept. 19, 2014) ("[T]he Court acknowledges that it has the discretion to defer a decision on costs pending resolution of Samsung's appeal...."). This is a matter within the court's discretion, and this Court granted similar relief in previously in this matter. (ECF 122).

Additionally, FRCP 58(a) requires that every judgment "must be set out in a separate document," subject to exceptions not relevant here.  Under FRCP 58(d),

– 4 –
ORDER GRANTING PARTIES' JOINT MOTION TO STAY PROCEEDINGS RELATING TO ATTORNEYS' FEES AND COSTS
PENDING APPEAL
CASE NO. 3:19-cv-01537-BEN-JLB

any party may request that "judgment be set out in a separate document as required by [FRCP] 58(a)."

## CONCLUSION

Accordingly, and pursuant to the parties' stipulation recited above, the parties respectfully request that this Court find good cause to enter an order staying proceedings relating to attorneys' fees and costs, until 30 days after completion of all appellate proceedings in this matter, as set forth in the proposed form of order submitted herewith.

Additionally, pursuant to FRCP 58(d), the parties request the Court enter a separate judgment, disposing of all claims asserted in this action.

October 31, 2023                    Dillon Law Group APC

                                                  */s/ John W. Dillon*
                                                  JOHN W. DILLON
                                                  ATTORNEYS FOR PLAINTIFFS

October 31, 2023                    ROB BONTA
                                                  ATTORNEY GENERAL OF CALIFORNIA
                                                  MARK R. BECKINGTON
                                                  Supervising Deputy Attorney General

                                                  */s/ John D. Echeverria*
                                                  JOHN D. ECHEVERRIA
                                                  Deputy Attorney General
                                                  Attorneys for Defendants