FILED

NOV 0 6 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILLER, an individual, et al., | Case No. 3:19-cv-01537-BEN-JLB |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING PARTIES' JOINT MOTION TO STAY PROCEEDINGS RELATING TO ATTORNEYS' FEES AND COSTS PENDING APPEAL AND TO ENTER SEPARATE JUDGMENT |
| vs. | |
| ROB BONTA, in his official capacity as Attorney General of California, et al., | |
| Defendants. | Judge:   Hon. Roger T. Benitez<br>Courtroom 5A |

The Court has before it the Parties' Joint Motion to Stay Proceedings Relating to Attorneys' Fees and Costs Pending Appeal and to Enter Separate Judgment. Having considered the Motion and good cause appearing, the Court is of the opinion that the Parties' joint motion should be GRANTED.

Accordingly, it is hereby ORDERED that the Clerk of the Court shall enter final judgment in the Plaintiffs' favor on all claims in accordance with this Court's October 31, 2023, Decision (Dkt. No. 175) (declaring California Penal Code sections 30515(a)(1) through (8) (defining an "assault weapon" by prohibited features), 30800 (deeming those "assault weapons" a public nuisance), 30915 (regulating those "assault weapons" obtained by bequest or inheritance), 30945 (restricting use of registered "assault weapons"), and the penalty provisions §§ 30600, 30605 and 30800 as applied to "assault weapons" defined in Code §§ 30515(a)(1) through (8) unconstitutional and incorporating all relevant findings of fact and conclusions of law set forth in Dkt. No. 115.

It is FURTHER ORDERED that all proceedings regarding attorneys' fees or costs shall be stayed until 30 days after the completion of the appeal of this matter.

**IT IS SO ORDERED**.

Dated: November __6, 2023

_____
HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE