

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Miller, an individual, et al., | Civil Action No. 19-cv-01537-BEN-JLB |
| **Plaintiff,** | |
| V. | |
| Rob Bonta, in his official capacity as Attorney General of California, et al., | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is in favor of Plaintiff on all claims in accordance with this Court's October 31, 2023, Decision, (Dkt.No.[175]). Case is closed.

Date: 11/7/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ D.Frank

D.Frank, Deputy